**Exhibit 45**

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Int. J. Human–Computer Studies 190 (2024) 103303

Contents lists available at ScienceDirect

# International Journal of Human - Computer Studies

journal homepage: www.elsevier.com/locate/ijhcs





# Preventing users from going down rabbit holes of extreme video content: A study of the role played by different modes of autoplay

Cheng Chen [a,*], Jingshi Kang [b], Pejman Sajjadi [c], S. Shyam Sundar [d]

[a] Elon University, Elon, NC, USA
[b] Fudan University, Shanghai, PR China
[c] Meta, California, USA
[d] Pennsylvania State University, University Park, PA, USA

## ARTICLE INFO

*Keywords:*
Interpassivity
Autoplay
Control heuristic
Content extremity
Inattentiveness
Rabbit hole perception
Negative expectancy violation

## ABSTRACT

The autoplay feature of video platforms is often blamed for users going down rabbit holes of binge-watching extreme content. However, autoplay is not necessarily a passive experience, because users can toggle the feature off if they want. While the automation aspect is passive, the toggle option signals interactivity, making it "interpassive," which lies between completely passive autoplay and manual initiation of each video. We empirically compare these three modes of video viewing in a user study ($N = 394$), which exposed participants to either extreme or non-extreme content under conditions of manual play, interpassive autoplay, or completely passive autoplay. Results show that interpassive autoplay is favored over the other two. It triggers the control heuristic compared to passive autoplay, but leads to higher inattentiveness compared to manual play. Both the invoked control heuristic and inattentiveness result in higher rabbit hole perception. These findings have implications for socially responsible design of the autoplay feature.

## 1. Introduction

Content extremity is a long-standing issue on YouTube. Its recommendation algorithms expose users to progressively more extreme content (McCrosky and Geurkink, 2021; Ribeiro et al., 2020; Tang et al., 2021; Tufekci, 2018). For example, an algorithmic audit by Tufekci (2018) revealed that YouTube videos about Donald Trump rallies led to white supremacist rants and Holocaust denials. Videos about Hillary Clinton and Bernie Sanders moved to those about secret government agencies. Even ideologically neutral videos gradually take an extreme turn, changing from jogging to running, and from marathons to ultra-marathons. The YouTube Regrets report also documents user-reported examples where the recommendation algorithms led users to see socially undesirable and even harmful content containing misinformation and violent or sexually explicit content (McCrosky and Geurkink, 2021).

Researchers use the phrase "down the rabbit hole" to describe users' encounters with extreme content on YouTube (Brown et al., 2022; Kaiser, 2019; Ledwich and Zaitsev, 2019; Tang et al., 2021), and tend to blame the feature of autoplay for this phenomenon (Roffarello and De Russis, 2022; Tang et al., 2021). If this is true, then altering autoplay should help avoid potential harms caused by exposure to extreme content (Livingstone et al., 2014; Tang et al., 2021). We investigate this possibility through the lens of interpassivity (Pfaller, 1996; Žižek, 1997) and examine how different modes of autoplay affect users' rabbit hole perception under conditions of both extreme and non-extreme video recommendations.

Interpassivity affords the action possibility of delegating a task to an agent, enabling a paradoxical experience that combines both passivity (due to automation) and interactivity (due to user control). Does the automation aspect trigger the "machine heuristic," a perception that machines are more objective than humans (Sundar and Kim, 2019), thus less likely to drive users down a rabbit hole, given that new content is automatically selected by recommendation algorithms? Does automation leave users inattentive to what they are watching considering that they did not actively choose the video content? Does the aspect of interactivity provide a heightened sense of user control, considering that it allows users to toggle the feature on and off? Answering these questions could help unpack the psychological effect of autoplay in the context of online video viewing.

Studies have pointed out that being stuck in a rabbit hole is a complex experience, which could also be attributed to the consecutiveness of one's prior media consumption experience (Woolley and Sharif, 2022).

---

* Correspondence author at: Communication Design Department, School of Communications, Elon University, Elon, NC, 27244
 *E-mail address:* cchen8@elon.edu (C. Chen).

https://doi.org/10.1016/j.ijhcs.2024.103303
Received 8 November 2023; Received in revised form 23 March 2024; Accepted 30 May 2024
Available online 5 June 2024
1071-5819/Published by Elsevier Ltd.

*C. Chen et al.* International Journal of Human - Computer Studies 190 (2024) 103303

Users are more likely to choose similar media content over dissimilar media content or completing a non-media task after consecutively consuming multiple pieces of similar content (Woolley and Sharif, 2022). Thus, we are motivated to explore how users' prior online video viewing influences their perceptions of extreme video content under autoplay.

To answer these questions, we designed a user study in which we randomly assigned participants to use a self-developed online video platform in three different autoplay modes: interpassive autoplay, manual play, and completely passive autoplay. In each autoplay mode, participants watched videos that were either progressively more extreme or similar to each other. After this, we measured their rabbit hole perception and user experience related to the use of autoplay feature. We found that interpassive autoplay increases users' perception of going down the rabbit hole under certain conditions and further revealed two psychological mechanisms that drive the effect of autoplay on this perception.

This study contributes to the literature in the following ways: First, drawing on the perspective of interpassivity, it reveals the nature of autoplay by demonstrating how automation and interactivity, as two independent affordances, differently affect users' perceptions and experience with the autoplay feature in online video platforms. Second, the study reveals the control heuristic and inattentiveness as two psychological mechanisms underlying the effect of autoplay on rabbit hole perception. Ascertaining the role of these mediators deepens our understanding of the psychological effect of autoplay in forming users' rabbit hole perception. Lastly, this study reveals an individual difference—the amount of prior online video viewing—as influencing the effect of autoplay on rabbit hole perception. Such nuanced findings contribute to the conditional media effects paradigm by revealing the conditions under which the effect occurs. In addition to the theoretical implications, findings of the study inform interface designs for minimizing the potential risks of engaging with algorithmic personalization that may expose users to extreme content and improving algorithmic literacy among users to promote mindful and meaningful interactions on online video platforms.

## 2. Related work

In this section, we first introduce three modes of autoplay based on the concept of interpassivity and discuss their potential effects on user experience (UX) and user interface (UI) satisfaction. Following this, we explore the effects of autoplay on users' rabbit hole perception. By focusing on two distinct affordances, automation and interactivity, we discuss the psychological mechanisms that may influence rabbit hole perception under different autoplay modes. After presenting each key study concept, we propose research questions and hypotheses.

### 2.1. Autoplay and affordance of interpassivity

Autoplay has been a feature on YouTube since 2015. It automatically queues and plays a sequence of videos based on the preferences of users themselves and also those of collective others, thereby streamlining content consumption. It sustains user engagement by reducing the need for manual video selection but can also lead to unintended content exposure due to its algorithmic nature. The autoplay feature is enabled on YouTube by default, but users can disable the feature any time using the toggle option available on the video-playing page. The two dimensions, automation and interactivity, collectively shape user experience with autoplay. Early studies have conceptualized this unique affordance as interpassivity (Pfaller, 1996; Žižek, 1997), which has become a new source of gratification (Chen et al., 2023).

As an automated feature, autoplay is enjoyed by users as it affords convenience (by freeing users from doing things manually), user control (it allows users to have the final say), and user profiling (it remembers users' habits and preferences) (Chen et al., 2023). But it has also been criticized as a dark-pattern design feature because it undermines users' sense of agency (Lukoff et al., 2021) and promotes excessive technology use and problematic behavior (Roffarello and De Russis, 2022; Schaffner et al., 2023; Stöcker and Preuss, 2020).

Given that these studies take an object-centered approach by treating autoplay as a holistic object, we do not know which aspects of autoplay contribute to these unintended consequences. Scholars have argued that the object-centered approach can inhibit knowledge generation (Nass and Mason, 1990) as it may be difficult to generalize findings about YouTube's autoplay to other platforms that use the same feature. To better understand the effect of autoplay and make it generalizable to other technologies that adopt the same mechanisms, we take a variable-centered approach by specifying the affordances underlying the autoplay feature, i.e., automation and interactivity.

On the one hand, autoplay affords automation. Users can delegate the video selection task to the machine and enjoy having the videos automatically played for them. The task delegation may provide a sense of relaxation and convenience. On the other hand, autoplay affords interactivity by allowing users to turn the autoplay feature off. The action possibility provided by interactive features, such as the toggle option, may result in a heightened sense of user control. Depending on users' engagement with these two affordances, there are three modes of autoplay for consideration in the current study context: interpassive autoplay (automation + interactivity), manual play (interactivity only), and completely passive autoplay (automation only). By comparing interpassive autoplay with manual play, we can observe the psychological effects of *automation* on user experience and perceptions of the recommended content. Furthermore, the distinction between interpassive autoplay and completely passive autoplay allows us to evaluate the effect of *interactivity* on perceptual outcomes. As such, the first goal of our study is to explore the effects of different autoplay modes on user experience (UX) and user interface (UI) satisfaction through the lens of interpassivity.

### 2.2. UX and UI satisfaction with autoplay

We define UX as "the person's experience at the moment experienced" (Whiteside and Wixon, 1987). It not only concerns usability issues, such as productivity and learnability of the system, but also focuses on the amount of fun and enjoyment users perceive in their interaction with it. Overall, user experience is a holistic perception obtained from interaction with the system. It could be hedonic, affective, or experiential aspects of technology use (Hassenzahl and Tractinsky, 2006). UI is one aspect that influences user experience. Compared to UX, UI focuses more on the elements presented on the interface, such as icons, buttons, and content, and how the presence of certain or all elements influences users' reactions to the system (Chin et al., 1988).

As an aspect of UI, the autoplay feature has fundamentally changed user experience with online video platforms such as YouTube. Early studies on autoplay have pointed out several reasons why users like (Chen et al., 2023) and dislike this feature (Lukoff et al., 2021; Roffarello et al., 2023; Roffarello and De Russis, 2022). The reasons for dislike include usurping users' sense of agency (Lukoff et al., 2021, 2023), the absence of easy-to-find buttons to turn off the feature (Roffarello et al., 2023), promoting prolonged use (Roffarello and De Russis, 2022; Schaffner et al., 2023), and leading users down the rabbit hole through personalization algorithms (McCrosky and Geurkink, 2021). However, these studies are mostly based on interviews, focus groups, and survey data, thus making it difficult to infer causation. In other words, we do not know whether autoplay negatively affects UX and UI satisfaction, and if so, which aspects of the autoplay experience contribute to these negative outcomes. Unpacking the affordances provided by autoplay through the lens of interpassivity and employing an experimental method enable us to more effectively observe the psychological effect of autoplay compared to pre-existing play modes, such as manual play.

Furthermore, some people may use autoplay in a completely passive

*C. Chen et al.*                                                                          *International Journal of Human - Computer Studies 190 (2024) 103303*

way by not intervening at all in the display of the videos. Previous research has pointed out that users do not seem to enjoy being passive viewers, probably due to the lack of user control over video recommendations (Roffarello and De Russis, 2022). However, it remains unknown how the UX and UI satisfaction differ across interpassive autoplay and completely passive autoplay given the absence of an apple-to-apple comparison. The lack of empirical study comparing different modes of autoplay in UX and UI satisfaction motivates us to ask the following research question:

**RQ1.** How does interpassive autoplay influence UX and UI satisfaction compared to manual play and completely passive autoplay?

### 2.3. Autoplay, content extremity, rabbit hole perception

Beyond UX and UI satisfaction, a major concern about autoplay is its potential to shape users' reception and perceptions of extreme online content. Given that autoplay has long been referred to as a "radicalizer" for its tendency to progressively recommend and supply more extreme content (Ribeiro et al., 2020; Tang et al., 2021; Tufekci, 2018), our second study goal is to examine whether users perceive themselves as falling into a rabbit hole when exposed to increasingly extreme videos under autoplay.

Conceptually, we define content extremity as recommendations on daily-life activities escalating towards extremes. One example is videos on running/jogging evolving into marathon and ultramarathon in Tufekci's (2018) algorithmic audit. We focus on daily life activities—avoiding socially undesirable and harmful content featuring radical political ideologies or misinformation—to more accurately reflect the typical user experience on online video platforms. The top three most watched video genres on YouTube are music videos, tutorials, and "top" list about makeup or dinner recipes (*10 Most Watched Categories of YouTube Videos*, 2022). By focusing on daily-life video content that progressively become more extreme, our study also aims to enhance external validity, considering that any video topic or theme can potentially veer towards extremism, thereby illustrating the rabbit hole phenomenon.

Realizing that recommended contents become progressively more extreme is crucial for users' digital well-being, as it paves the way for mindful media usage. Moreover, when algorithms recommend content like false news or hate speech, recognizing the potential for falling into a rabbit hole can act as a safeguard. It may prevent users from engaging with, or at the very least being inoculated against, misleading, inflammatory, and even harmful content (Kaiser, 2019; Ledwich and Zaitsev, 2019; Tang et al., 2021).

We term this positive cognitive outcome as *rabbit hole perception*, which is defined as a cognitive state in which users are alert to the nature of the recommendation algorithm, particularly its tendency to escalate towards more extreme manifestations of the initially chosen topic or theme, often to the point of differing significantly from users' initial viewing goal. An absence of this perception means users are insufficiently aware of this discrepancy between their goals and the videos being fed to them. They are lulled into overlooking the negative violation of their expectations. That is why a conscious perception of being led down the rabbit hole is important for stemming the negative effects of mindless watching. It can serve as a wake-up call, alerting users to scrutinize the nature of the recommendations. This means an awareness of negative expectancy violation is a logical antecedent of rabbit hole perception.

The question is whether this perception can be better achieved with interpassive autoplay compared to manual play and completely passive autoplay when the video platform progresses toward extreme content. We examine the affordance of interpassivity and discuss how each aspect of the affordance, i.e., automation and interactivity, may influence user experience and perceptions of extreme content, respectively, by invoking different cognitive heuristics, as discussed in the sections

below.

#### 2.3.1. Psychology of automation: inattentiveness and machine heuristic

Automation allows users to enjoy videos without the tedium of frequently interacting with the interface. The lower task demand under the completely passive autoplay mode may cause mental underload, a status where one's attentional resources are not sufficiently activated to process the information at hand (Young and Stanton, 2002). Researchers have pointed out that mental underload is not an optimal mental status because it can negatively influence user performance under emergencies (Young and Stanton, 2002). It suggests that disengagement in the face of video content, or inattentiveness, may reduce vigilance to a point where users do not realize that their expectations are being violated, thus undermining their perception of going down a rabbit hole. Based on this rationale, we predict that users may be less likely to perceive they are going down the rabbit hole when they use the autoplay feature. This is more likely to be true in the interpassive autoplay condition compared to the manual play condition because the lower task demand of the former results in mental underload. Therefore, we hypothesize:

**H1.** Compared to manual play, interpassive autoplay will trigger higher inattentiveness, which will be associated with less negative expectancy violation, leading to lower rabbit hole perception when the recommended video content becomes extreme.

Another possible psychological outcome of automation is the triggering of "machine heuristic," which is a user perception that machines are more objective and neutral than humans (Sundar and Kim, 2019). This perception is often formed when the source of interaction is a machine, and users tend to apply stereotypical thinking about machines to understand the interaction at hand (Sundar, 2008; Sundar and Kim, 2019). We argue that the presence of the autoplay feature may activate the machine heuristic because the source of recommendation is an algorithm rather than a human (Markmann and Grimme, 2021; Stöcker and Preuss, 2020). Users are likely to overtrust the system's ability to produce quality recommendations and therefore let their antenna down in terms of critically evaluating the relevance of the videos to their initial interest. As a result, they may not be aware of the negative violation of their expectations, resulting in lower rabbit hole perception. Thus, we propose the following hypothesis:

**H2.** Compared to manual play, interpassive autoplay will activate the machine heuristic, which will be associated with less negative expectancy violation, leading to lower rabbit hole perception when the recommended video content becomes extreme.

#### 2.3.2. Psychology of interactivity: control heuristic

Independent of automation, autoplay also affords interactivity, which allows users to toggle the feature on and off. The sheer presence of the toggle button and other interaction possibilities may invoke the control heuristic, promoting the belief among users that if they are in charge of the video being played, the recommended video must be good (Sundar, 2008). This belief implies an ego defensiveness effect (Miller, 1976). That is, once users feel in charge of the functionality of the platform, they tend to engage in a self-enhancing and defensive processing of the recommended video content. The positive perception toward the recommended content may reduce negative expectancy violation, resulting in less rabbit hole perception. Based on this rationale, we propose the following hypothesis:

**H3.** Compared to completely passive autoplay, interpassive autoplay will trigger the control heuristic, which will be associated with less negative expectancy violation, leading to lower rabbit hole perception when the recommended video content becomes extreme.

### 2.4. Individual difference: amount of prior online video viewing

Individual differences can affect users' perception of extreme

*C. Chen et al.*                                                                    *International Journal of Human - Computer Studies 190 (2024) 103303*

content. We propose that heavy online video viewers may be less aware that they are in a rabbit hole when using the interpassive autoplay feature. There are two distinct but related concepts that can explain this prediction. One pertains to the notion of desensitization, which states that individuals tend to have diminished emotional responsiveness to stimuli after repeated exposure (Carnagey et al., 2007). Given that online video platforms, such as YouTube, often feature all kinds of videos, including radical and extreme content (Ribeiro et al., 2020; Tang et al., 2021), the more time users spend watching online videos, the less sensitive they are toward extreme content, thus reducing rabbit hole perception. This tendency is hypothesized to be stronger for those who are under the interpassive autoplay mode due to the lack of attention or the invoked machine heuristic, as discussed earlier.

Related to the desensitization point of view, the lack of rabbit hole perception could also be explained by cultivation theory, which posits that long-term media exposure can distort individuals' perception of reality (Gerbner, 1967, 1969). Considering that heavy viewers tend to spend longer time watching videos online, they may encounter extreme content more often than an average viewer. As a result, they may view rare and novel content recommendations as common, popular, and mainstream. Based on this rationale, heavy online video viewers may be less aware that they are in a rabbit hole when the platform features extreme video content. Again, this effect is likely to be stronger when the interpassive autoplay is on, as the automation aspect can trigger inattentiveness and machine heuristic.

Together, we propose the moderating effect of heavy online video viewing on the interaction between autoplay modes and content extremity on rabbit hole perception, as shown below.

**H4.** The proposed effect in H1 will be moderated by the amount of prior online video viewing, such that the effect hypothesized in H1 will be stronger for those who are heavy, compared to light, online video viewers.

**H5.** The proposed effect in H2 will be moderated by the amount of prior online video viewing, such that the effect hypothesized in H2 will be stronger for those who are heavy, compared to light, online video viewers.

We present the study model in Fig. 1.

## 3. Method

To address the research question and test the hypotheses, we conducted a 3 (autoplay modes: interpassive autoplay vs. manual play vs. completely passive autoplay) × 2 (content extremity: non-extreme vs. extreme) between-subjects online experiment. We obtained the University's Institutional Review Board approval and pre-registered the study on open science foundation (OSF) before data collection. Click here https://osf.io/v7jxr to see the details of the pre-registration.

### 3.1. Participants

An *a priori* power analysis indicated that at least 279 participants were required to achieve the power of 0.80, an error rate of 0.05, and a small to medium effect size ($f = 0.25$) in the *F* family tests. Given that there may be invalid and inattentive responses, we recruited 400 participants from Cloud Research to ensure sufficient power for data analysis. After excluding participants who failed either of the two attention checks, we were left with 394 participants.

Our sample consisted of slightly more females (50.3 %) than males (47.4 %). 1.5 % of participants chose the non-binary gender category, and 0.5 % preferred not to answer this question. Their ages ranged from 21 to 85 years old ($M = 42.76$, $SD = 12.69$). The median family income was $50,000 to less than $75,000 per year, and the median educational background was a bachelor's degree. Our sample was dominated by White participants (71.3 %), followed by Blacks or African Americans (17 %), Asians (7.6 %), American Indians or Alaska Natives (1.8 %). Native Hawaiians or Pacific Islanders (5 %). It is worth noting that 0.8 % preferred not to reveal their race background and 1.5 % chose other races or origins.

### 3.2. Stimuli

We created 12 versions of an online video platform prototype for the study. Participants were informed that a newly developed online video platform called VIDNATION provides high-quality videos tailored to users' interests. They were invited to try out the beta version, with the reminder that the platform was in the prototype phase and some features might not be fully functional. After the introduction, participants were provided a link to access the online video platform. Depending on their assigned condition, they were asked to search either "jogging" or "meal prep" to get started. They were informed that the platform would show them a total of four videos, and they would need to provide a four-digit code to proceed after returning from the platform.

As shown in Fig. 2, participants first landed on the home page of VIDNATION, where they were shown a list of 16 videos on different topics. After entering the required search query ("jogging" or "meal prep"), participants were shown the search results page, which displayed 12 video thumbnails. The thumbnails were generic and ambiguous, so users could not clearly predict the upcoming video content. Participants could click on any of the 12 videos to proceed. Regardless of which video they chose, it directed them to the same next page.

A tour was provided before video playing to introduce the functionality of each major feature on the platform, including the basic video



**Fig. 1.** Study Model.

*C. Chen et al.*                                                                                     *International Journal of Human - Computer Studies 190 (2024) 103303*

control buttons (i.e., the play button, the progress bar, and the volume control button), the Next Video button (i.e., click to see the next video), and the autoplay toggle option (i.e., turn the autoplay feature on and off). We provided this tour because our pretests showed that users could not clearly differentiate interpassive autoplay and manual play in terms of user control. They perceived both play modes to be similar in user control and significantly higher than the user control offered in the completely passive autoplay condition. The pretest result indicated that simply providing an autoplay toggle option on the interface might be too subtle. Thus, we added the tour to help users understand the functionality of each feature, a point further discussed in the practical implication section.

Following the tour, participants were shown four videos in a predefined order so that they were exposed to either extreme or non-extreme video content. Each video lasted approximately one minute. By the end of the last video, participants were provided with a four-digit access code to proceed with the rest of the questionnaire. We describe the manipulation of autoplay modes and content extremity in the subsections below.

### 3.2.1. Manipulation of autoplay modes

We manipulated three modes of autoplay based on the presence or absence of three interface features, including toggling the autoplay feature on and off, controlling the Next Video button, and having the platform automatically play the next video (see Table 1). Given that autoplay itself affords interpassivity, i.e., both interactivity and automation, the interpassive autoplay condition not only allowed users to enjoy the videos automatically played one after another with a 3-second countdown between each, but also allowed users to turn the autoplay feature off through the toggle option if they desired. To increase ecological validity, we also made the "Next Video" button clickable, so that users could jump to the next video if they were not satisfied with the autoplay recommendation.

By contrast, the manual play condition only offered user control over the Next Video button but disabled the toggle option. Given that the automation aspect was not available in manual play, there was no 3-second countdown between videos. The completely passive autoplay represented a real-life situation where users just lean back and enjoy the video automatically played for them without taking any actions. Thus, we had the platform automatically play the next video. Also, we disabled the toggle option and the Next Video button in the completely passive autoplay condition.

### 3.2.2. Manipulation of content extremity

To manipulate content extremity, we used stimulus sampling by randomly assigning two video topics to our participants for viewing: jogging and meal prep. The purpose of stimulus sampling is to increase both the internal and external validity of the study, as content extremity could vary across topics. For the topic of jogging, the recommended videos in the extreme condition progressed from jogging to 5K running, and then to marathon, and finally to ultramarathon. In contrast, videos in the non-extremity condition were similar to each other, focusing on



**Fig. 2.** Prototype of the online video platform in the manual play condition.

*C. Chen et al.*                                                                                *International Journal of Human - Computer Studies 190 (2024) 103303*





**Fig. 2.** (*continued*).

**Table 1**
Manipulation of autoplay modes.

| Autoplay Modes | Toggling the autoplay feature on and off | Controlling the Next Video button | Having the platform automatically play the next video with a 3-second countdown |
| --- | --- | --- | --- |
| Interpassive Autoplay | Yes | Yes | Yes |
| Manual Play | No | Yes | No |
| Completely Passive autoplay | No | No | Yes |

the effects and tips of jogging and running.

Regarding meal prep, we manipulated content extremity by increasing the number of people served in a meal from a single person to a family of four, and then moving from serving 1,000 people to 100,000 people. By contrast, the non-extreme condition featured cooking videos with dishes commonly seen in American society, such as mustard chicken, chicken breast, salmon, and pasta. In both the jogging and meal prep video series, both extreme and non-extreme video conditions started with the same first video.

### 3.3. Procedure

Participants went through three stages in the study: 1) filling out a pre-test questionnaire, 2) interacting with the online video platform VIDNATION, and 3) completing a post-test questionnaire. In the pre-test questionnaire, we measured their demographics and amount of prior online video viewing. Then, they were randomly assigned to interact with one of the 12 versions of VIDNATION. After this, they completed the post-test questionnaire, which included manipulation check questions and measures for all mediators and dependent variables, as described below.

### 3.4. Measures

We measured the following four mediators: inattentiveness, machine heuristic, control heuristic, and negative expectancy violation. The dependent variables were rabbit hole perception, UX, and UI satisfaction. The moderating variable was the amount of prior online video viewing. All measures were rated on a 7-point scale, unless otherwise explained.

#### 3.4.1. Inattentiveness

Inattentiveness was measured by four items adapted from prior research (LaRose et al., 2003), including 1) I did not pay much attention to how VIDNATION recommended videos to me; 2) My mind wandered when VIDNATION recommended videos to me; 3) I did not really think about how VIDNATION recommended video; and 4) I was not aware of how VIDNATION recommended video. We created an index of inattentiveness by averaging the four items ($M = 2.36$, $SD = 1.39$), which

C. Chen et al.                                                                International Journal of Human - Computer Studies 190 (2024) 103303

was reliable Cronbach's *alpha* = 0.89.

### 3.4.2. Machine heuristic

Measures for machine heuristic were modified from earlier studies (Sundar and Kim, 2019; Yang and Sundar, 2020). Items included: 1) VIDNATION is better than humans in making recommendations about videos to watch; 2) VIDNATION is more dependable than humans in selecting the best next video; 3) VIDNATION is more reliable than humans in video recommendations; and 4) VIDNATION is more competent than humans in searching for the best next video. The average of the four items formed an index of the machine heuristic ($M$ = 3.67, $SD$ = 1.49), which was reliable, Cronbach's *alpha* = 0.96.

### 3.4.3. Control heuristic

Based on the conceptualization of the control heuristic in previous studies (Sundar, 2008; Sundar et al., 2020), we developed three items to fit the context of online video watching, namely 1) VIDNATION allowed me to control the play of the videos, so the platform must be good; 2) I felt in charge of my video watching experience, so the platform must be good; and 3) VIDNATION afforded me control over video playing, so the platform must be good. The three-item measure was also highly reliable (Cronbach's *alpha* = 0.95, $M$ = 4.09, $SD$ = 1.86).

### 3.4.4. Negative expectancy violation

Modified from earlier studies (Ramirez Jr and Wang, 2008; Waddell, 2018), we used three items to evaluate the extent to which users' expectations were violated by the recommended video content. Items included: 1) I was disappointed by the videos played on VIDNATION, 2) The videos were not as good as I thought they would be, and 3) The videos did not meet my expectations. An index was created by averaging the three items, and it was quite reliable (Cronbach's *alpha* = 0.95, $M$ = 3.26, $SD$ = 1.64).

### 3.4.5. Rabbit hole perception

Given the absence of a well-established scale to measure rabbit hole perception, we developed four items to assess the extent to which users perceive that the recommended video content went to an extreme. The items were: 1) The videos shown to me were progressively more extreme; 2) The videos shown to me were more and more extreme; 3) The videos took me down into a rabbit hole; and 4) The videos shown to me were different from what I searched in the beginning. To identify the latent construct of the four items, we conducted a principal component factor analysis with Varimax rotation. The analysis yielded a single factor with an eigenvalue greater than 1, with our four items explaining 68.81 % of the variance in rabbit hole perception. Thus, we created an index by averaging the four items (Cronbach's *alpha* = 0.85, $M$ = 2.66, $SD$ = 1.39). Recognizing that content validity alone is insufficient for construct validation (Sireci, 1998), we also conducted a one-tailed independent sample *t*-test to assess its predictive validity. The findings revealed a significantly higher perception of falling into a rabbit hole under the extreme content condition ($M$ = 3.11, $SD$ = 1.35) compared to the non-extreme content condition ($M$ = 2.21, $SD$ = 1.29), $t(389.89)$ = −6.73, $p$ < .001, $d$ = −0.68. This provides criterion validity to our measure.

### 3.4.6. UI satisfaction

Based on the subscale of Overall Reactions to the Software from the Questionnaire for User Interface Satisfaction (Chin et al., 1988), we adopted six paired adjectives to evaluate the extent to which users were satisfied with the interface. These were (1) terrible/wonderful, (2) difficult/easy, (3) frustrating/satisfying, (4) inadequate power/adequate power, (5) dull/stimulating, and (6) rigid /flexible. We averaged them to form an index ($M$ = 4.75, $SD$ = 1.23), which was reliable, Cronbach's *alpha* = 0.91.

### 3.4.7. UX

UX was measured by four indicators adopted from Reynolds (2001), namely frustration (How frustrating was the experience on VIDNA-TION?), difficulty (How mentally difficult was it to use VIDNATION?), liking of the platform (Did you like using VIDNATION?), and interest in the platform (How interested are you in using VIDNATION again?). All questions were asked on a 7-point scale, ranging from 1 = not at all to 7 = very much.

### 3.4.8. Amount of prior online video viewing

Based on the Facebook addiction scale (Andreassen et al., 2012), we used six items to measure the amount of prior online video viewing. We asked participants "How often during the last year have you_?," with the following six statements: 1) spend a lot of thinking about online videos or planning to watch them; 2) feel an urge to watch videos online more and more; 3) watch online videos to forget about personal problems; 4) try to cut down on watching online videos without success; 5) become restless or troubled if I am prohibited from watching online videos; and 6) watch online videos so much that it has had a negative impact on my job/studies. We created an index by averaging the six items ($M$ = 1.89, $SD$ = 0.97, Cronbach's alpha = 0.91)

### 3.5. Construct validity

We tested the construct validity of these scales and measures based on the established criteria (Fornell and Larcker, 1981). Convergent validity is said to be achieved if the average variance extracted (AVE) is higher than 0.50 and the composite reliability (CR) is greater than 0.70. Furthermore, discriminant validity is demonstrated if the square root of AVE for each variable is greater than all the correlation coefficients involving that construct. As shown in Table 2, all constructs were valid based on these criteria.

## 4. Results

We first test manipulation effectiveness and then present the results for the research questions and hypotheses.

### 4.1. Manipulation check

After the interaction with the online video platform, we asked participants "Are you able to control the Next Video button?" with a binary response option Yes or No. Results from a *Chi*-square analysis indicated that most participants in the interpassive autoplay condition ($n$ = 95) and manual play condition ($n$ = 130) said Yes, whereas a majority of participants in the completely passive autoplay condition ($n$ = 113) said No. The difference was statistically significant $\chi^2$ (2, $N$ = 394) = 205.67, $p$ < .001.

Furthermore, we asked participants to indicate their level of agreement with the following two statements: "The platform automatically played the next video for me" and "The platform allowed me to turn the autoplay feature on and off" to measure perceived automation and perceived user control, respectively. Rated on a 7-point Likert scale (1 = strongly disagree and 7 = strongly agree), participants perceived a higher level of automation in the interpassive autoplay ($M$ = 6.09, $SD$ = 1.40) and completely passive autoplay condition ($M$ = 6.45, $SD$ = 1.15) compared to the manual play condition ($M$ = 2.45, $SD$ = 1.83), $F(2, 391)$ = 292.66, $p$ < .001, partial $\eta^2$ = 0.60. Furthermore, the perception of user control was the highest in the interpassive autoplay condition ($M$ = 5.58, $SD$ = 1.48), followed by manual play ($M$ = 3.08, $SD$ = 2.14) and completely passive autoplay condition ($M$ = 2.64, $SD$ = 1.95), $F$ (2, 391) = 92.06, $p$ < .001, partial $\eta^2$ = 0.32. The mean differences between interpassive autoplay and manual play, as well as between interpassive autoplay and completely passive autoplay, were significant at .001 level. Overall, the manipulation of autoplay modes was successful.

Regarding the manipulation effectiveness of content extremity,

C. Chen et al.

International Journal of Human - Computer Studies 190 (2024) 103303

**Table 2**
Convergent and discriminant validity of key study variables.

| Variables | AVE | CR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Machine Heuristic (1) | .90 | .97 | **.95**[a] | | | | | | | | | | |
| Control Heuristic (2) | .91 | .97 | .36*** | **.95**[a] | | | | | | | | | |
| Inattentiveness (3) | .76 | .93 | .02 | .06 | **.87**[a] | | | | | | | | |
| Expectancy Violation (4) | .91 | .97 | −0.29*** | −0.15** | .52*** | **.95**[a] | | | | | | | |
| Rabbit Hole Perception (5) | .69 | .90 | .33 | .15** | .35*** | .20*** | **.83**[a] | | | | | | |
| UI Satisfaction (6) | .70 | .93 | .47*** | .45*** | −0.23*** | −0.56*** | .17*** | **.84**[a] | | | | | |
| Amount of Prior Online Video Viewing (7) | .69 | .93 | .40*** | .20*** | .37*** | .21*** | .48*** | .23*** | **.83**[a] | | | | |
| Frustration (8) | n/a[b] | n/a[b] | −0.17*** | −0.28*** | .43*** | .53*** | .19*** | −0.49*** | .23*** | n/a[b] | | | |
| Difficulty (9) | n/a[b] | n/a[b] | −0.01 | −0.13** | .43*** | .42*** | .35*** | −0.28*** | .35*** | .73*** | n/a[b] | | |
| Liking (10) | n/a[b] | n/a[b] | .61*** | .43*** | −0.21*** | −0.56*** | .21*** | .83*** | .25*** | −0.45*** | −0.23 | n/a[b] | |
| Interest (11) | n/a[b] | n/a[b] | .61*** | .42*** | −0.18*** | −0.51*** | .23*** | .79*** | .29*** | −0.37*** | −0.16*** | .88*** | n/a[b] |

[a] Bold values on the diagonal are the square root of AVE, an indicator of discriminant validity.
[b] Variables measured by a single item do not have AVE, CR, and the square root of AVE.

participants were asked how well (1 = not well at all and 7 = very well) the following adjectives describe the videos they saw on VIDNATION, including novel, new, odd, extreme, unrealistic, intense, niche, and hardcore. We created an index of perceived content extremity by averaging the eight items, which was reliable, Cronbach's alpha = 0.83. The index was used as the dependent variable in a one-tailed independent sample $t$-test. Results indicated that participants in the extreme condition ($M = 3.10$, $SD = 1.15$) perceived the video content to be significantly more extreme compared to their counterparts in the non-extreme condition ($M = 2.59$, $SD = 1.09$), $t(392) = 4.53$, $p < .001$, Cohen's $d = 0.46$. Thus, the manipulation of content extremity was successful as well.

### 4.2. Main effect of autoplay modes and content extremity

Given that video topic was used for stimulus sampling, it was added as a covariate in all analyses. An analysis of covariance (ANCOVA) showed that completely passive autoplay triggered the lowest control heuristic compared to interpassive autoplay and manual play. Similarly, completely passive autoplay led to the lowest UI satisfaction compared to the interpassive autoplay and manual play conditions. However, the difference between completely passive autoplay and manual play on UI satisfaction was only approaching significance. In addition, perceived frustration was significantly higher in the completely passive autoplay condition compared to the manual play and interpassive autoplay conditions. Regarding the interest in using the platform again, users showed much higher interest in the interpassive autoplay condition compared to the completely passive autoplay condition, but the difference was only marginally significant between the interpassive autoplay and the manual play conditions. We summarize the results in Table 3.

As shown in Table 4, ANCOVA results revealed that exposure to extreme content led to higher rabbit hole perception and interest in using the platform again compared to exposure to non-extreme video content.

**Table 4**
Main effect of content extremity.

| Variables | Non-extreme | Extreme | Univariate $F$ |
|---|---|---|---|
| Rabbit Hole Perception | 2.22 (1.29)[a] | 3.11 (1.35)[b] | $F(1, 391) = 44.83$, $p < .001$, partial $\eta^2 = 0.10$ |
| Interest | 4.00 (1.95)[a] | 4.40 (1.96)[b] | $F(1, 391) = 4.07$, $p < .05$, partial $\eta^2 = 0.01$ |

*Note.* Standard deviation is in the parenthesis. Using LSD post hoc comparisons, means with no superscript in common differ at $p < .05$.

### 4.3. Model testing

We used Model 83 from PROCESS Macro (Hayes, 2017) to test the proposed moderated mediation model. Interpassive autoplay was used as the reference group in the indicator coding method used for dichotomizing the independent variable. The model was tested with 5,000 bootstrapped resamples and 95 % percentile confidence intervals (CIs).

#### 4.3.1. Mediating roles of inattentiveness and negative expectancy violation

There was no significant interaction effect between autoplay modes and content extremity on inattentiveness. $F(2, 387) = 0.56$, $p = .57$. An examination of the moderated mediation model through both inattentiveness and negative expectancy violation showed that the model index was not significant for the comparision between manual play and interpassive autoplay, Index = 0.00, SE = 0.02, 95 % CI: [−0.02, 0.04], and for the comparison between completely passive autoplay and interpassive autoplay, Index = −0.00, SE = 0.01, 95 % CI: [−0.03, 0.02]. Thus, H1 was not supported.

We further tested whether the interaction effect on inattentiveness was dependent on the amount of prior online video viewing, by using a customized model based on Model 83 in PROCESS Macro. The three-way interaction on inattentiveness was significant, $F(2, 381) = 3.80$, $p < .05$. As shown in Fig. 3, interpassive autoplay (vs. manual play) increased

**Table 3**
Main effect of autoplay modes.

| Variables | Interpassive Autoplay | Manual Play | Completely Passive Autoplay | Univariate $F$ |
|---|---|---|---|---|
| Control Heuristic | 4.88 (1.50)[a] | 4.87 (1.41)[a] | 2.56 (1.60)[b] | $F(2, 390) = 103.58$, $p < .001$, partial $\eta^2 = 0.35$ |
| UI Satisfaction | 5.00 (1.13)[a] | 4.77 (1.23)[ab] | 4.50 (1.29)[b] | $F(2, 390) = 5.61$, $p < .01$, partial $\eta^2 = 0.03$ |
| Frustration | 2.25 (1.69)[a] | 2.52 (1.94)[ab] | 3.03 (1.92)[b] | $F(2, 390) = 5.95$, $p < .01$, partial $\eta^2 = 0.03$ |
| Interest | 4.56 (1.87)[a] | 4.11 (1.96)[b] | 3.93 (2.02)[b] | $F(2, 390) = 3.51$, $p < .05$, partial $\eta^2 = 0.02$ |

[a] Standard deviation is in the parenthesis. Using Fisher's Least Significance Difference (LSD) post hoc comparisons, means with no superscript in common differ at $p < .05$.

C. Chen et al.                                                                                          International Journal of Human - Computer Studies 190 (2024) 103303

users' inattentiveness to the video content when the platform featured non-extreme content, whereas interpassive autoplay decreased inattentiveness when the platform showed extreme content. In both cases, the effect was true only for individuals who had low prior online video viewing.

Furthermore, results revealed that the conditional indirect effect on rabbit hole perception was true only through one mediator, i.e., inattentiveness, as shown in Fig. 4. A close examination of each condition indicated that manual play (vs. interpassive autoplay) decreased users' inattentiveness to the video content, $b = -0.90$, se $= 0.47$, $p = .056$, which further lowered rabbit hole perception only when the platform featured non-extreme content and only for those who had low prior online video viewing (see Table 5). Given that the findings are in a different direction than hypothesized, H4 was not supported.

### 4.3.2. Mediating roles of machine heuristic and negative expectancy violation

We used Model 83 to examine the interaction effect between autoplay modes and content extremity on rabbit hole perception through machine heuristic and negative expectancy violation. Again, there was no significant interaction effect on the triggered machine heuristic. The index of the moderated mediation model was not significant either. Thus, H2 was not supported. Adding the amount of prior online video viewing as a second moderator, moderating the conditional effect of content extremity on the relationship between autoplay modes and machine heuristic, did not result in a significant model either. Therefore, H5 was not supported.

### 4.3.3. Mediating roles of control heuristic and negative expectancy violation

Regarding the mediating role of control heuristic, results from Model 83 revealed a significant index of moderated mediation when comparing interpassive autoplay with completely passive autoplay, Index $= -0.03$, SE $= 0.02$, 95 % CI: $[-0.07, -0.00]$. A close examination of each condition showed that interpassive autoplay triggered the control heuristic to a greater extent compared to completely passive autoplay, and the invoked control heuristic was associated with less negative expectancy violation, which further lowered rabbit hole perception. The serial mediation model comparing interpassive autoplay and completely passive autoplay was true regardless of content extremity, as shown in

Table 6. Given that we hypothesized that interpassive autoplay (vs. completely passive autoplay) would increase the control heuristic under the extreme content condition only, H3 was partially supported. We present the moderated mediation model in Fig. 5.

In addition, results from Model 83 suggested that the path from the control heuristic to rabbit hole perception was significant. This implies that the control heuristic that is not associated with negative expectancy violation is positively related to rabbit hole perception.

### 4.4. Summary of the findings

This study found that interpassive autoplay was favored by users as it was more likely to trigger the control heuristic, led to higher UI satisfaction and interest in using the platform, and caused less frustration, compared to manual play and completely passive autoplay. We found that the invoked control heuristic from interpassive autoplay was associated with higher rabbit hole perception than completely passive autoplay. However, when the triggered control heuristic led to less negative expectancy violation, it was associated with a lower rabbit hole perception. Compared to manual play, interpassive autoplay increased users' inattentiveness to the video content, which further increased rabbit hole perception when the platform showed non-extreme content, but this effect was true only for those who scored low in the amount of prior online video viewing.

## 5. Discussion

This study compares the UX and UI satisfaction of three modes of autoplay based on the affordance of interpassivity. Furthermore, it reveals the conditions and psychological mechanisms that drive the effect of interpassive autoplay on rabbit hole perception.

### 5.1. Is interpassivity a psychologically valid concept?

The first goal of our study was to compare three modes of autoplay based on the affordance of interpassivity. Ontologically, interpassivity is the action possibility afforded by autoplay, as it allows users to enjoy video automatically played one after another, but also allows users to toggle the feature off if they so desire. However, whether users perceive both automation and interactivity from autoplay is under-explored. This



**Fig. 3.** Conditional effect of amount of prior online video viewing on the effect of autoplay modes and content extremity on inattentiveness under both non-extreme (left) and extreme (right) content exposure.

C. Chen et al.                                                                                         International Journal of Human - Computer Studies 190 (2024) 103303



Note. Manual play was coded as 1 and interpassive autoplay was coded as 0.

**Fig. 4.** Conditional moderated mediation model on rabbit hole perception through inattentiveness.

study fills that gap by examining the psychological effect of interpassivity. We found that users perceive both high automation and interactivity from interpassive autoplay compared to manual play and completely passive autoplay. Therefore, we argue that interpassivity is an ontologically and psychologically valid experience, which is afforded by autoplay.

Furthermore, the two unique affordances of autoplay, i.e., automation and interactivity, help us understand how the three autoplay modes differ from the users' perspective. We found that manual play results in high perceived interactivity but low perceived automation, whereas completely passive autoplay leads to high perceived automation but low perceived interactivity. Interpassive autoplay is the only mode that causes both high perceived automation and interactivity. This co-occurrence means that perceived automation and interactivity are not at odds with each other. Users can achieve both from different aspects of autoplay. Given that automation is primarily system-driven and interactivity is mostly user-driven, the collaboration between machines and humans seems to result in better user experience, characterized as interpassivity. Previous studies have shown that the synergy between machine agency and human agency tends to generate better interaction outcomes in the context of human-computer interaction (Kang and Lou, 2022; Sundar, 2020).

### 5.2. Do users like the autoplay feature?

We found that users have positive perceptions of interpassive autoplay, as it triggers the control heuristic, making users believe that they have a higher sense of control over their viewing experience. Additionally, the presence of interpassive autoplay leads to a more favorable reaction to the online video platform as a whole and increases users' intentions to continue using it. More interestingly, interpassive autoplay seems to lower users' frustration during their interaction with the platform compared to completely passive autoplay. The positive evaluation of interpassive autoplay echoes a recent study on the uses and gratifications of automated features, which found that users enjoy autoplay because it provides convenience, user control, and user profiling (Chen et al., 2023). Among the three gratifications, the important role of user control is confirmed and highlighted by the current study. The positive correlations between the control heuristic and UX and UI satisfaction in the study further explain why users enjoy autoplay as an interface feature.

Our findings show that the triggered control heuristic is higher in interpassive autoplay and manual play compared to completely passive

autoplay. This suggests that the affordance of interactivity seems to give rise to user control (Molina and Sundar, 2022; Sun and Sundar, 2022). Considering that both interpassive autoplay and manual play featured the Next Video button, it appears that being able to assert one's agency during the playing of the videos is an important aspect that affects users' sense of control. Previous research has also pointed out that users appreciate the opportunity to reclaim their agency rather than being passive recipients of the recommendations (Lukoff et al., 2021; Roffarello and De Russis, 2022).

Furthermore, we found that there is no difference between interpassive autoplay and manual play in terms of the activated control heuristic; this suggests that the simple toggle option is sufficient to provide users with the same level of control during autoplay reception as having the ability to manually control each and every video in the non-autoplay scenario. This finding indicates the power of the toggle button, a point further discussed in relation to rabbit hole perception.

### 5.3. Do users like extreme content?

In addition, we found that users seem to enjoy extreme content. When the platform features extreme video content, it leads to higher liking of the platform and greater interest in using the platform again. Given that extreme video is by nature more interesting, rare, and novel than non-extreme video content, the positive evaluation toward the online video platform is not surprising. Previous research has also demonstrated the linkage between perceived enjoyment of the content and positive attitudes toward the system (Praveena and Thomas, 2014).

However, the preference for extreme videos should be interpreted by keeping in mind our operationalization of content extremity. We defined content extremity as daily-life activities that escalate to an extreme. This definition suggests that the majority of recommended video content is socially desirable, and is not focused on harmful and false information. Thus, our findings indicating that users tend to enjoy daily-life video content that goes to an extreme do not necessarily generalize to less desirable content such as radical political speech and misinformation.

### 5.4. Can interpassive autoplay increase rabbit hole perception when content becomes extreme?

One major finding of the study is that interpassive autoplay can make a difference in users' rabbit hole perception. Two mediators can explain the effect of interpassive autoplay on rabbit hole perception under both extreme and non-extreme content conditions. One is the control

*C. Chen et al.*                                                                 *International Journal of Human - Computer Studies 190 (2024) 103303*

**Table 5**

Conditional moderated mediation effect of modes of autoplay on rabbit hole perception through inattentiveness under both extreme and non-extreme content.

| Modes of Autoplay | Content Extremity | Amount of Prior Online Video Viewing | Effect (B) | BootSE | 95 % CI |
|---|---|---|---|---|---|
| Indirect Effect: Autoplay Mode → Inattentiveness → Rabbit Hole Perception | | | | | |
| Manual play (vs. interpassive autoplay) | Non-extreme | Low | −0.16 | .08 | [−0.34, −0.00] |
| Manual play (vs. interpassive autoplay) | Non-extreme | Medium | −0.10 | .07 | [−0.24, 0.03] |
| Manual play (vs. interpassive autoplay) | Non-extreme | High | .10 | .14 | [−0.19, 0.38] |
| Manual play (vs. interpassive autoplay) | Extreme | Low | .14 | .12 | [−0.08, 0.38] |
| Manual play (vs. interpassive autoplay) | Extreme | Medium | .08 | .08 | [−0.09, 0.25] |
| Manual play (vs. interpassive autoplay) | Extreme | High | −0.11 | .15 | [−0.09, 0.25] |
| Indices of Conditional Moderated Mediation: | | | | | |
| Low use: Index = 0.30, BootSE = 0.15, 95 % CI: [0.04, 0.61] | | | | | |
| Medium use: Index = 0.17, BootSE = 0.11, 95 % CI: [−0.03, 0.41] | | | | | |
| High use: Index = −0.21, BootSE = 0.21, 95 % CI: [−0.63, 0.19] | | | | | |
| Completely passive autoplay (vs. interpassive autoplay) | Non-extreme | Low | .06 | .11 | [−0.16, 0.25] |
| Completely passive autoplay (vs. interpassive autoplay) | Non-extreme | Medium | .04 | .08 | [−0.13, 0.18] |
| Completely passive autoplay (vs. interpassive autoplay) | Non-extreme | High | −0.03 | .17 | [−0.38, 0.32] |
| Completely passive autoplay (vs. interpassive autoplay) | Extreme | Low | .03 | .09 | [−0.15, 0.21] |
| Completely passive autoplay (vs. interpassive autoplay) | Extreme | Medium | .01 | .07 | [−0.12, 0.15] |
| Completely passive autoplay (vs. interpassive autoplay) | Extreme | High | −0.02 | .13 | [−0.27, 0.25] |
| Indices of Conditional Moderated Mediation: | | | | | |
| Low use: Index = −0.03, BootSE = 0.14, 95 % CI: [−0.29, 0.27] | | | | | |
| Medium use: Index = −0.02, BootSE = 0.11, 95 % CI: [−0.22, 0.20] | | | | | |
| High use: Index = −0.01, BootSE = 0.22, 95 % CI: [−0.43, 0.45] | | | | | |

**Table 6**

Conditional indirect effect of autoplay modes on rabbit hole perception through the control heuristic and negative expectancy violation.

| Autoplay Modes | Content Extremity | Effect (B) | BootSE | 95 % CI |
|---|---|---|---|---|
| Indirect Effect: Autoplay Modes → Control Heuristic → Negative Expectancy Violation → Rabbit Hole Perception | | | | |
| Manual play (vs. interpassive autoplay) | Non-extreme | .00 | .01 | [−0.02, 0.02] |
| Manual play (vs. interpassive autoplay) | Extreme | −0.00 | .01 | [−0.02, 0.02] |
| Index of Moderated Mediation: Index = −0.00, BootSE = 0.01, 95 % CI: [−0.03, 0.02] | | | | |
| Completely passive autoplay (vs. interpassive autoplay) | Non-extreme | .09 | .04 | [.03, 0.17] |
| Completely passive autoplay (vs. interpassive autoplay) | Extreme | .06 | .03 | [.02, 0.11] |
| Index of Moderated Mediation: Index = −0.03, BootSE = 0.02, 95 % CI: [−0.07, −0.00] | | | | |

hole perception would go through two mediators, we found that the invocation of the control heuristic tends to increase rabbit hole perception when it does not mitigate negative expectancy violation. This result highlights that the quality of the control heuristic activated by the interpassive autoplay matters. If the control heuristic can increase users' consciousness of their media use, it leads to higher rabbit hole perception. By contrast, if the control heuristic engenders complacency by lulling them to believe that the videos recommended align with their expectations, then it tends to be associated with a lower rabbit hole perception.

Considering that the control heuristic is mostly from the interactivity aspect of autoplay, it seems likely that the presence of the Next Video button and the toggle option contribute to the higher control heuristic activated in the interpassive autoplay condition compared to the completely passive autoplay condition. Given that we did not find any difference in the activated control heuristic between interpassive autoplay and manual play, it implies that the Next Video button is probably not the primary driver of the control heuristic. Instead, the toggle option seems to play a critical role in giving rise to a greater sense of user control and further influences user experience and perceptions of extreme content in the interpassive autoplay condition.

It is worth noting that the toggle option offers both modality interactivity (i.e., allowing users to turn the feature on and off through a toggle button) and source interactivity (i.e., allowing users to see themselves as the source of the recommendation). If users are influenced by modality interactivity, the presence of a unique interaction technique, i.e., the toggle option, may increase the fun and pleasure of using the autoplay feature. However, a playful user experience is also found to activate heuristic information processing, leading to fewer message-related thoughts (Oh and Sundar, 2015). In light of this, it is possible that the playfulness engendered by the toggle option triggers a false sense of user control, with users overlooking the negatively violated experience and thereby becoming less aware of the rabbit hole. If users are primarily driven by source interactivity afforded by the toggle option, they are likely to see themselves as the source of the recommendation, which increases their sense of control. However, being the gatekeeper of information also demands users' cognitive resources (Kang and Sundar, 2013). The depleted ego may hamper the evaluation of their negatively violated experience, leading to less rabbit hole perception. Together, the sense of user control afforded by interactivity could be a double-edged sword. High-quality user control could enhance users' cognition and increase rabbit hole perception. However, when the triggered control heuristic is accompanied by perceived playfulness or ego depletion, it may undermine users' cognitive engagement with the content, leading them to believe that what the system recommends matches one's expectation, thus lowering their rabbit hole perception.

Aside from the control heuristic, inattentiveness is another mechanism that accounts for the effect of autoplay on rabbit hole perception.

heuristic. We found that interpassive autoplay is more likely to trigger the control heuristic, which is associated with lower negative expectancy violation and rabbit hole perception compared to completely passive autoplay. This finding indicates that when users feel agentic, probably due to the interactivity aspect of autoplay, it makes them more likely to believe that the recommendation meets their expectations, which further lowers their awareness that they are being led down a rabbit hole.

While we proposed that the effect of interpassive autoplay on rabbit

*C. Chen et al.*                                                                                   *International Journal of Human - Computer Studies 190 (2024) 103303*



Note. Completely passive autoplay was coded as 1 and interpassive autoplay was coded as 0.

**Fig. 5.** Testing moderated mediation model on rabbit hole perception through the control heuristic and negative expectancy violation.

We found that interpassive autoplay tends to cause higher inattentiveness compared to manual play when the platform features non-extreme content, and the perceived inattentiveness in turn leads to higher rabbit hole perception. This finding seems contradictory given that there is no rabbit hole when the recommended content is not extreme. Considering that rabbit hole perception is broadly defined as users' sensitivity to content extremity, it means that users are more sensitive to the tendency to go down the rabbit hole when the platform features common, mainstream, and mundane content. Given the prevalence of extreme content in online video platforms, such as YouTube (Brown et al., 2022; Tang et al., 2021; Tufekci, 2018), users probably expect extreme content to be upcoming even while being fed with non-extreme content, thus increasing their rabbit hole perception.

However, the positive relationship between inattentiveness and rabbit hole perception does not align with our hypothesis, which predicted that users would experience mental underload when automation takes effect, thus reducing rabbit hole perception (Young and Stanton, 2002). The discrepancy is probably due to different conceptualizations of inattentiveness. If we interpret inattentiveness as a lack of interest in the video content played on the platform, then the positive correlation between inattentiveness and rabbit hole perception makes sense, as it suggests that if users are less involved in the videos to which they are exposed, they may have more attentional resources to evaluate the nature of the recommendations as a whole, resulting in higher rabbit hole perception. Our findings reveal that this indirect effect is true only for those who are not heavy online video viewers. It suggests that users with higher self-regulation are more inattentive to the content when the platform features non-extreme content under autoplay. It is probably because users are not motivated to process the recommended video when they have a viewing goal to begin with. Such inattentiveness seems to trigger higher rabbit hole perception among non-heavy online video viewers. Again, negative expectancy violation did not play a role in the model; instead, inattentiveness is a powerful factor driving rabbit hole perception. It means that negative expectancy violation may not necessarily precede rabbit hole perception when users are mindless during their video reception.

One unexpected finding is that the machine heuristic did not mediate the effect of autoplay on rabbit hole perception under both extreme and non-extreme content conditions. Given that machine heuristic is often triggered when the source of interaction is a machine (Molina and Sundar, 2022; Sundar and Kim, 2019), one plausible explanation is that the machine heuristic is not sufficiently invoked as the machine-ness cues are very subtle on the current interface. Considering that we did not mention words such as AI and algorithms when introducing the platform to users, cues pertaining to machine-ness do not seem to be available in users' minds, thus undermining the invocation of the

machine heuristic. Furthermore, online video platforms like YouTube may be considered an older medium compared to emerging and newer media technologies, such as ChatGPT. Again, the lack of machine-ness cues, suggesting the machine is intelligent, competent, and cool, may have hindered the activation of the machine heuristic.

Overall, we found that autoplay can increase users' rabbit hole perception through two mediators: the control heuristic and inattentiveness. The former is true regardless of content extremity, while the latter works only when the platform features non-extreme content and is for light online video viewers. By revealing the mechanisms and conditions under which interpassive autoplay can influence users' awareness of extreme content, this study provides ideas for the socially responsible design of autoplay, as discussed below.

### 5.5. Practical implications

First, our manipulation of three modes of autoplay was successful, triggering different levels of perceived automation and interactivity. The success was built upon several failures in the pre-test as simply presenting the autoplay toggle option and the 3-second countdown timer did not help users fully realize the affordance of interpassivity. One solution that worked in the present study is the tour, in which we introduced the major features of the platform prior to video playing. The tour seems to increase users' understanding of the system's functionality in general and the autoplay feature in particular. Given that the design of autoplay in platforms such as YouTube is very subtle, designers should consider adding a tour or tooltip to help users better understand how autoplay works.

Second, the positive evaluation of extreme content may suggest that designers incorporate more novel, rare, and unusual content in the recommendation algorithms. However, it is important to consider the nature of the extreme content. Designers should be aware that some extreme content could be harmful as it contains misinformation (Tang et al., 2021), radicalization (Ledwich and Zaitsev, 2019), and sexually suggestive material (Kaiser, 2019). It is therefore irresponsible and unethical to feed users extreme videos to increase positive perceptions of the platform.

Third, interpassive autoplay seems to promote users' rabbit hole perception through two mechanisms: the control heuristic and inattentiveness. Given that the control heuristic is primarily triggered by interactivity and inattentiveness is mostly caused by the automation aspect of autoplay, featuring either user control or the allure of convenience and relaxation is promising to activate the corresponding psychological mechanism that drives rabbit hole perception. One risk pertaining to the affordance of interactivity is that the invoked control heuristic may lower rabbit hole perception if the negative expectancy

*C. Chen et al.*                                                                                          *International Journal of Human - Computer Studies 190 (2024) 103303*

violation is attenuated. As such, designers should be cautious of the quality of user control triggered by the autoplay toggle option. The kind of user control that empowers users and raises their consciousness seems to enhance rabbit hole perception, but the part that makes them feel complacent seems to make them overlook the negatively violated experience, thus resulting in lesser rabbit hole perception. Designers should consider measuring the level of the activated user control during their interaction with the toggle option and come up with intervention strategies to promote more mindful and conscious use of the autoplay feature.

### 5.6. Limitations and future studies

This study has some methodological limitations that need to be addressed in future studies. We manipulated the completely passive autoplay condition by disabling several control buttons on the platform, including play, pause, and volume control. While it simulates the scenario in which users lean back and enjoy the play of the videos without active participation, this setup is not natural as users are forced to watch the videos without considering their preferences. This design may have negatively influenced user experience. Future studies should observe how completely passive autoplay influences rabbit hole perception in a natural environment. This effort will help validate the findings of the current study.

The second limitation pertains to the lack of behavioral data. We are unsure how users interact with the autoplay feature, such as how many participants paid attention to the toggle option and how many tried to turn the autoplay feature off. The sheer presence of the autoplay feature only allows us to observe the cue effect of the interactivity affordance (Sundar, 2020). While revealing the relationship between interactivity cues and the control heuristic is informative, it would be more interesting to explore the action effect, i.e., how the actual interaction with the autoplay toggle button influences rabbit hole perception.

Third, the current study mimics YouTube's autoplay design, which may not be representative of the autoplay features on other platforms. For example, YouTube allows users to turn the autoplay feature on and off through the toggle option, but the option to disable autoplay on other platforms is often hidden or non-existent (Roffarello et al., 2023). This deceptive design may prevent users from experiencing the interactivity aspect of the autoplay feature, thereby reducing the activated control heuristic and leading to a lower perception of falling into a rabbit hole. Thus, it is crucial to validate the study's findings across various platforms using the autoplay feature and to explore how the placement of the autoplay button influences perceived user control over the feature and their rabbit hole perception.

Fouth, perceived content extremity was below the midpoint, as the study focused on routine daily life activities taken to an extreme. It is likely that a study involving hot button political issues, health misinformation, hate speech, and other socially undesirable media content would result in higher perceived content extremity and a better observation of rabbit hole perception. However, we are mindful of the ethicality of conducting such research with human subjects and therefore decided to avoid exposing our participants to problematic media content in the interest of protecting their well-being.

Last, the recommendation algorithms of YouTube are evolving. A recent study found that they rarely send people down the rabbit hole (A. Y. Chen et al., 2023). However, if users are actively seeking extreme content, the algorithms may learn their preferences and increase exposure to content from alternative and extremist channels. Future studies would do well to explore whether user-initiated exposure to extreme content can influence rabbit hole perception under different modes of autoplay.

## 6. Conclusion

Based on the affordance of interpassivity, this study compared three

modes of autoplay and examined their relative influences on rabbit hole perception when individuals are shown progressively extreme content. Despite the sweeping criticism of autoplay for undermining users' sense of control (Lukoff et al., 2021, 2023) and leading to problematic use (Roffarello and De Russis, 2022; Schaffner et al., 2023), we found that interpassive autoplay is generally appreciated as an interface feature and can promote users' rabbit hole perception under certain conditions. Future studies should examine the dynamics of autoplay use. Currently, autoplay is a conditionally autonomous feature that relies on user control. A more advanced and highly automated autoplay could identify users' cognition, affect, and behaviors and make corresponding adjustments in real time. In this way, findings from the current study can be used in a theoretically and empirically grounded manner to design future variations of autoplay that can serve users' needs while also protecting their welfare.

### CRediT authorship contribution statement

**Cheng Chen:** Conceptualization, Data curation, Formal analysis, Methodology, Writing – original draft, Writing – review & editing. **Jingshi Kang:** Conceptualization, Methodology, Writing – review & editing. **Pejman Sajjadi:** Conceptualization, Software, Writing – review & editing. **S. Shyam Sundar:** Supervision, Writing – review & editing.

### Declaration of competing interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

### Data availability

Data will be made available on request.

### References

*10 Most Watched Categories of YouTube Videos.* (2022, February 14). Mugafi. https://mugafi.com/blog/10-most-watched-categories-of-youtube-videos.

Andreassen, C.S., Torsheim, T., Brunborg, G.S., Pallesen, S., 2012. Development of a facebook addiction scale. Psychol. Rep. 110 (2), 501–517. https://doi.org/10.2466/02.09.18.PR0.110.2.501-517.

Brown, M., Bisbee, J., Lai, A., Bonneau, R., Nagler, J., Tucker, J.A., 2022. Echo chambers, rabbit holes, and algorithmic bias: how YouTube recommends content to real users. SSRN Electr. J. https://doi.org/10.2139/ssrn.4114905.

Carnagey, N.L., Anderson, C.A., Bushman, B.J., 2007. The effect of video game violence on physiological desensitization to real-life violence. J. Exp. Soc. Psychol 43 (3), 489–496. https://doi.org/10.1016/j.jesp.2006.05.003.

Chen, A.Y., Nyhan, B., Reifler, J., Robertson, R.E., Wilson, C., 2023a. Subscriptions and external links help drive resentful users to alternative and extremist YouTube channels. Sci. Adv 9 (35), eadd8080. https://doi.org/10.1126/sciadv.add8080.

Chen, C., Lee, S., Sundar, S.S., 2023b. Interpassivity instead of interactivity? The uses and gratifications of automated features. Behav. Inf. Technol. https://doi.org/10.1080/0144929X.2023.2184174.

Chin, J.P., Diehl, V.A., Norman, K.L., 1988. Development of an instrument measuring user satisfaction of the human-computer interface. In: Proceedings of the SIGCHI Conference on Human Factors in Computing Systems, pp. 213–218. https://doi.org/10.1145/57167.57203.

Fornell, C., Larcker, D.F., 1981. Evaluating structural equation models with unobservable variables and measurement error. Journal of Marketing Research 18 (1), 39–50. https://doi.org/10.2307/3151312.

Gerbner, G., 1967. An institutional approach to mass communications research. In: Communication theory and research: Proceedings of the First International Symposium. Charles C. Thomas, pp. 429–445.

Gerbner, G., 1969. Toward 'cultural indicators': the analysis of mass mediated public message systems. The Analysis of Communication content: Developments in Scientific Theories and Computer Techniques. John Wiley & Sons, pp. 123–132.

Hassenzahl, M., Tractinsky, N., 2006. User experience-a research agenda. Behav. Inf. Technol 25 (2), 91–97. https://doi.org/10.1080/01449290500330331.

Hayes, A.F., 2017. Introduction to mediation, moderation, and Conditional Process analysis: A regression-Based Approach. Guilford publications.

Kaiser, J., 2019. The implications of venturing down the rabbit hole. Inter. Policy Rev. https://policyreview.info/articles/news/implications-venturing-down-rabbit-hole/1406.

*C. Chen et al.*                                                                                      *International Journal of Human - Computer Studies 190 (2024) 103303*

Kang, H., Lou, C., 2022. AI agency vs. human agency: understanding human–AI interactions on TikTok and their implications for user engagement. J. Comp.-Med. Commun. 27 (5) https://doi.org/10.1093/jcmc/zmac014 zmac014.

Kang, H., Sundar, S.S., 2013. Depleted egos and affirmed selves: the two faces of customization. Comput. Human Behav. 29 (6), 2273–2280. https://doi.org/10.1016/j.chb.2013.05.018.

LaRose, R., Lin, C.A., Eastin, M.S., 2003. Unregulated internet usage: addiction, habit, or deficient self-regulation? Media Psychol 5 (3), 225–253. https://doi.org/10.1207/S1532785XMEP0503_01.

Ledwich, M., & Zaitsev, A. (2019). *Algorithmic extremism: examining YouTube's rabbit hole of radicalization* (arXiv:1912.11211). arXiv. http://arxiv.org/abs/1912.11211.

Livingstone, S., Kirwil, L., Ponte, C., Staksrud, E., 2014. In their own words: what bothers children online? Europ. J. Commun. 29 (3), 271–288. https://doi.org/10.1177/0267323114521045.

Lukoff, K., Lyngs, U., Shirokova, K., Rao, R., Tian, L., Zade, H., Munson, S.A., Hiniker, A., 2023. SwitchTube: a proof-of-concept system introducing "adaptable commitment interfaces" as a tool for digital wellbeing. In: Proceedings of the 2023 CHI Conference on Human Factors in Computing Systems, pp. 1–22. https://doi.org/10.1145/3544548.3580703.

Lukoff, K., Lyngs, U., Zade, H., Liao, J.V., Choi, J., Fan, K., Munson, S.A., Hiniker, A., 2021. How the design of YouTube influences user sense of agency. In: Proceedings of the 2021 CHI Conference on Human Factors in Computing Systems, pp. 1–17. https://doi.org/10.1145/3411764.3445467.

Markmann, S., Grimme, C., 2021. Is YouTube still a radicalizer? An exploratory study on autoplay and recommendation. Disinfor. Open Online Media 3, 50–65. https://doi.org/10.1007/978-3-030-87031-7_4.

McCrosky, J., & Geurkink, B. (2021). *YouTube regrets: a crowdsourced investigation into YouTube's recommendation algorithms.* https://foundation.mozilla.org/en/youtube/findings/.

Miller, D.T., 1976. Ego involvement and attributions for success and failure. J. Pers. Soc. Psychol. 34 (5), 901–906. https://doi.org/10.1037/0022-3514.34.5.901.

Molina, M.D., Sundar, S.S., 2022. When AI moderates online content- effects of human collaboration and interactive transparency on user trust. J. Comp.-Med. Commun. 27 (4) https://doi.org/10.1093/jcmc/zmac010.

Nass, C., Mason, L., 1990. On the study of technology and task: a variable-based approach. Organizations and Communication Technology. Sage publications. https://doi.org/10.4135/9781483325385.N3.

Oh, J., Sundar, S.S., 2015. How does interactivity persuade? An experimental test of interactivity on cognitive absorption, elaboration, and attitudes: persuasive effects of interactivity. J. Commun. 65 (2), 213–236. https://doi.org/10.1111/jcom.12147.

Pfaller, R., 1996. Um Die Ecke Gelacht. Falter 41, 71.

Praveena, K., Thomas, S., 2014. Continuance intention to use facebook: a study of perceived enjoyment and TAM. Bonfr. Int. J. Indus. Engineer. Manag. Sci. 4 (1), 24–29. https://doi.org/10.9756/BIJIEMS.4794.

Ramirez Jr, A., Wang, Z., 2008. When online meets offline: an expectancy violations theory perspective on modality switching. J. Commun. 58 (1), 20–39. https://doi.org/10.1111/j.1460-2466.2007.00372.x.

Reynolds, C.J. (2001). *The sensing and measurement of frustration with computers* [Massachusetts Institute of Technology]. http://hdl.handle.net/1721.1/29170.

Ribeiro, M.H., Ottoni, R., West, R., Almeida, V.A.F., Meira, W., 2020. Auditing radicalization pathways on YouTube. In: Proceedings of the 2020 Conference on Fairness, Accountability, and Transparency, pp. 131–141. https://doi.org/10.1145/3351095.3372879.

Roffarello, A.M., De Russis, L., 2022. Towards understanding the dark patterns that steal our attention. In: CHI Conference on Human Factors in Computing Systems Extended Abstracts, pp. 1–7. https://doi.org/10.1145/3491101.3519829.

Roffarello, A.M., Lukoff, K., De Russis, L., 2023. Defining and identifying attention capture deceptive designs in digital interfaces. In: Proceedings of the 2023 CHI Conference on Human Factors in Computing Systems, pp. 1–19. https://doi.org/10.1145/3544548.3580729.

Schaffner, B., Stefanescu, A., Campili, O., Chetty, M., 2023. Don't let Netflix drive the bus: user's sense of agency over time and content choice on Netflix. Proc. ACM Human-Comp. Inter 7 (CSCW1), 1–32. https://doi.org/10.1145/3579604.

Sireci, S.G., 1998. The construct of content validity. Soc. Indic. Res. 45, 83–117. https://doi.org/10.1023/A:1006985528729.

Stöcker, C., Preuss, M., 2020. Riding the wave of misclassification: how we end up with extreme YouTube content. In: International Conference on Human-Computer Interaction, pp. 359–375. https://doi.org/10.1007/978-3-030-49570-1_25.

Sun, Y., Sundar, S.S., 2022. Exploring the effects of interactive dialogue in improving user control for explainable online symptom checkers. In: CHI Conference on Human Factors in Computing Systems Extended Abstracts, pp. 1–7. https://doi.org/10.1145/3491101.3519668.

Sundar, S.S., 2008. The MAIN model: a heuristic approach to understanding technology effects on credibility. Digital Media, Youth, and Credibility. The MIT Press, pp. 73–100. https://doi.org/10.1162/dmal.9780262562324.073.

Sundar, S.S., 2020. Rise of machine agency: a framework for studying the psychology of human–AI interaction (HAII). J. Comp.-Med. Commun. 25 (1), 74–88. https://doi.org/10.1093/jcmc/zmz026.

Sundar, S.S., Kim, J., 2019. Machine heuristic: when we trust computers more than humans with our personal information. In: Proceedings of the 2019 CHI Conference on Human Factors in Computing Systems, pp. 1–9. https://doi.org/10.1145/3290605.3300768.

Sundar, S.S., Kim, J., Rosson, M.B., Molina, M.D., 2020. Online privacy heuristics that predict information disclosure. In: Proceedings of the 2020 CHI Conference on Human Factors in Computing Systems, pp. 1–12. https://doi.org/10.1145/3313831.3376854.

Tang, L., Fujimoto, K., Amith, M.(Tuan), Cunningham, R, Costantini, R.A, York, F, Xiong, G, Boom, J.A, Tao, C., 2021. Down the Rabbit Hole" of vaccine misinformation on YouTube: network exposure study. J. Med. Internet Res. 23 (1), e23262. https://doi.org/10.2196/23262.

Tufekci, Z. (2018). *YouTube, the great radicalizer.* The New York Times. https://coinse.io/assets/files/teaching/2019/cs489/Tufekci.pdf.

Waddell, T.F., 2018. A robot wrote this? How perceived machine authorship affects news credibility. Digital Journal. 6 (2), 236–255. https://doi.org/10.1080/21670811.2017.1384319.

Whiteside, J., Wixon, D., 1987. The dialectic of usability engineering. Human-Comp. Inter.-INTERACT ' 87, 17–20. https://doi.org/10.1016/B978-0-444-70304-0.50013-3.

Woolley, K., Sharif, M.A., 2022. Down a rabbit hole: how prior media consumption shapes subsequent media consumption. J. Mark. Res. 59 (3), 453–471. https://doi.org/10.1177/00222437211055403.

Yang, H., & Sundar, S.S. (2020, May 21). *Machine heuristic: a concept explication and development of a scale.* The 70th annual conference of the International Communication Association, Virtual Event USA.

Young, M.S., Stanton, N.A., 2002. Malleable attentional resources theory: a new explanation for the effects of mental underload on performance. Hum. Factors 44 (3), 365–375. https://doi.org/10.1518/0018720024497709.

Žižek, S., 1997. The plague of fantasies. Verso.