# Exhibit 46

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Telematics and Informatics Reports 11 (2023) 100087



Contents lists available at ScienceDirect

# Telematics and Informatics Reports

journal homepage: www.elsevier.com/locate/teler



Check for updates

# Snapchat streaks—How are these forms of gamified interactions associated with problematic smartphone use and fear of missing out among early adolescents?

Christina M. van Essen [a,*], Joris Van Ouytsel [a,b]

[a] *Hugh Downs School of Human Communication, Arizona State University, Tempe, AZ 85287, United States*
[b] *Department of Communication Studies, University of Antwerp, 2000 Antwerp, Belgium*

| ARTICLE INFO | ABSTRACT |
|---|---|
| *Keywords:*<br>Snapchat streaks<br>Adolescents<br>Social media | Snapchat offers a unique function, the Snapchat Streak, which is a gamified function within the app that motivates users to participate in daily interactions. This feature of the application can aid users in building a friendship with their peers. Given the requirement of interacting on the platform every 24 hours, our exploratory study aims to investigate how Snapchat streaks are associated with Fear of Missing Out (FOMO), problematic smartphone use and social media self-control. We conducted a study among a final sample of 2483 early adolescents ($M_{age}$ = 13.46 years old; $SD$ = 0.894) in the Dutch-speaking community of Belgium. The results indicate that the girls were more likely than boys to engage in a Snapchat streak and were more likely to engage in streaks for a longer period of time. Problematic smartphone use was associated with the engagement in Snapchat streaks. Lastly, FOMO, problematic smartphone use, and social media self-control were correlated with the number of people and the number of days adolescents maintained Snapchat streaks with, albeit it being a weak relationship. Implications of the findings for understanding adolescent Snapchat use are provided. |

## Introduction

Over the past years, Snapchat has become one of the most popular social media applications among adolescents. According to recent data from Belgium, the country where this research was carried out, 91% of the youth between the ages of 12 and 18 years old owns a Snapchat account [1]. Snapchat allows its users to send private text messages, pictures and videos to others. The content sent can only be opened once or twice for a limited amount of time (between 1 and 10 seconds). Once the timer expires, the images disappear permanently. Of course, users still have the option to take a screenshot of the content. Snapchat also has a "My Story" feature where users can post images and videos and publish the content for 24 hours after which it disappears. These stories are visible to all the Snapchat contacts [2].

Prior work has found that many adolescents perceive Snapchat as an appealing medium to communicate with their friends [3], especially because the disappearing images can remain outside of parental control. Although research on adolescents' motivations for using Snapchat is limited, a study among a convenience sample of young adults has found that the most frequently sent and received content on Snapchat consists of selfies, which was reported by 50% of the participants, followed by screenshots at only 7% [4]. The most common recipient of the message is a close friend or partner, accounting for 55% and 18% respectively [4]. Young adults value Snapchat's simple design and use it to share personal or entertaining content that they would not share on other platforms [4,5].

Because of the temporary nature of the content, Snapchat users tend to share mundane, humorous or playful content. They perceive Snapchat as a platform for less curated and more casual photo sharing compared to other social media platforms like Facebook or Instagram. [6,7,8]. Unsurprisingly, among college students, one of the main motivations to use Snapchat is for entertainment purposes, along with various other motivations [9]. This is in contrast with the use of Instagram, where users share curated versions of their lives, by carefully selecting the images and by being more intentional about the long-term nature of the communication that they have through the app [7,5]. For instance, a study investigating users who post food images, commonly known as "food porn," found that these individuals had diverse reasons for sharing such photos. Instagram was primarily employed for public sharing (e.g., for the purpose of engaging in self-presentation), while Snapchat was

* Corresponding author at: Hugh Downs School of Human Communication, Arizona State University, 950 S Forest Mall, Tempe, AZ 85287-1205, United States.
  *E-mail addresses:* cvanesse@asu.edu (C.M. van Essen), joris.vanouytsel@asu.edu (J. Van Ouytsel).

https://doi.org/10.1016/j.teler.2023.100087
Received 12 September 2022; Received in revised form 5 July 2023; Accepted 27 July 2023
Available online 28 July 2023
2772-5030/© 2023 The Authors. Published by Elsevier B.V. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

*C.M. van Essen and J. Van Ouytsel*                                                        *Telematics and Informatics Reports 11 (2023) 100087*

used to share private images (e.g., to connect with friends and family members). This emphasizes the distinct motivations and affordances of the ephemeral nature of Snapchat communication [10].

The ephemeral nature of the content on Snapchat and its nature that allows for the sending of spontaneous and less curated content, also raised substantial concern for the application's ability to be used for the purposes of harassment, sexting and sexual solicitation (e.g., [11,12]). Qualitative studies have found that adolescents engage in sexting through Snapchat, taking advantage of the platform's disappearing images feature (e.g., [13,14]). This behavior introduces the risk of images being disseminated to wider audiences without permission of the creator and can have considerable long-term consequences [15].

Adolescent Snapchat users also experience image-based sexual abuse (i.e., through receiving unsolicited sexual images), inappropriate messages and other forms of harassment [7,15]. Adult Snapchat users employ the app for seeking sexual access, requesting hookups, or soliciting sexting images. Notably, men were found to be more likely than women to use Snapchat for requesting hookups or sexts [16]. The disappearing nature of the images also makes the application an attractive medium for perpetrators of online grooming, as Snapchat has been used in many cases of child sexual abuse to gain access to the victim and to coerce the victim through online sexual abuse [17].

### Snapchat streaks

Snapchat has several features that encourages its users to frequently communicate with each other. Snapchat has several built-in gamification features that encourage frequent use, such as badges, points, or challenges [18,19]. One example is the Snapchat score which ranks users that use the application most often [20]. Another popular feature is the so-called "Snapchat Streak" [21]. During a Snapchat streak, users send each other at least one picture every 24 hours. If they do so for more than three days in a row, a flame icon will appear next to the name of the friend. The number next to the flame indicates how many days in a row the users have exchanged the images with each other. If users fail to send a back-and-forth message within 24 hours, they will lose the streak and may have to start over again [18,20].

Maintaining a Snapchat streak can become an important goal for adolescents [21]. In focus group interviews conducted by Hristova & Lieberoth [21], adolescents indicated that engaging in a Snapchat streak offers them the opportunity to renegotiate their relationship with their friends and to participate in a shared project. Additionally, the study revealed that students viewed breaking a Snapchat streak as a personal rejection [21]. Snapchat streaks, thus, serve as a way for teenagers to evaluate the strength of their interpersonal connections. Given the perceived importance of Snapchat streaks within their friendships, adolescents often engage in extensive communication to maintain their streaks, such as reminding their partners to snap before the 24-hour deadline in order to rescue a streak, or by asking for an explanation when a Snapchat streak was lost [22,21]. Studies in Austria and Belgium found that adolescents will share the passwords of their Snapchat accounts so that others can maintain their streaks if they are unable to do so, during times in which they do not have access to their smartphones [19,23]. Qualitative studies found that the relational expectations associated with Snapchat streaks, as well as the frequent notifications they generate, can lead to feelings of stress among early adolescents. [22,24].

So-called friend emojis add to the perceptions of social pressure when engaging in Snapchat streaks. By frequently direct messaging individuals, one can establish an online 'Best Friends Forever' (BFF) relationship [25] where one can be a "Super BFF" with someone when both parties have sent each other the most Snapchats daily for two months in a row. Unlike other social media platforms, the frequency of communication on the platform, and thus the strength of the relationships that users have on the platform is open for others to see, while at the same time the content of the Snapchat messages disappears. This

function might lead to distress or jealousy in adolescent friendships and even their romantic relationships [26,27].

These gamification features of social media applications, such as Snapchat streaks, have become the cause of growing public concern. Unsurprisingly, Snapchat streaks have become part of the larger risk discourse and moral panics that surround teenagers' media use [28]. In the popular press, they are perceived to be related to problematic smartphone use, smartphone addiction, cyberbullying victimization and online 'stranger danger'. For example, the British newspaper 'The Sun' published an article entitled: "Snapchat Streaks 'should be stopped' claim worried parents who fear it puts teens at risk", in which these fears were laid out [29]. In the United States, the Republican Senator Josh Hawley introduced a bill that, amongst others, aimed to restrict social media applications to give awards to users for higher engagement [30]. The press release that accompanied the bill and the subsequent news coverage of the legislation specifically mentioned Snapchat streaks as one of the features that were targeted by this legislation [31,32]. Given the moral panics and risk discourse related to Snapchat streaks, our study aims to examine the associations between engagement in Snapchat streaks, and some measures of media use, including Fear of Missing Out (FOMO), problematic smartphone use and social media self-control.

### Fear of Missing Out (FOMO)

Prior work has focused more broadly on examining the role of Fear Of Missing Out (FOMO) in adolescents' social media use. FOMO can be broadly defined as "a desire to be online and a constant urge to check social media" ([33], p.1). A Belgian study found that almost one in ten of the adolescents in their study agreed with the items that assessed FOMO [34]. Franchina et al. [35] conducted a separate study which discovered that Belgian teenagers, on average, scored neutral on their levels of FOMO, but girls reported higher levels compared to boys. The study did not find a significant relationship between age or school track and experiences of FOMO. Throuvala et al. [5] found that FOMO is a key motivator for teenagers to utilize social media, as they aspire to be included in and informed about their peers' endeavors. When adolescents can continuously monitor the whereabouts and social engagement of their peers, they may be more likely to engage in a constant social comparison between themselves and their peers that can lead to significant stressors. For example, another Belgian study [34] suggests that adolescents experienced increased stress about popularity and belonging when their FOMO increased.

The possibility of increased social media usage due to FOMO can be concerning to parents, in particular because they already express worry over their children's excessive social media consumption [36]. Parental concerns about such excessive use are not unwarranted considering research conducted in Turkey showed that 27.5% of variance in problematic phone use was related to the youth's FOMO [37]. Our study aims to investigate the potential relationship between FOMO and Snapchat streaks, as the daily gamified social interactions involved may lead to feelings of social pressure among users to maintain the streaks. Moreover, users may perceive a sense of missing out on social connections with their friends and being aware of their social experiences, including conversations and shared images, if they fail to maintain a Snapchat streak with their friends. Users who do not maintain a Snapchat streak may feel like they are missing out shared experiences.

### Problematic smartphone use

Where FOMO focuses on the unease caused by the idea to miss out on seemingly important information, connections, or interactions, problematic smartphone use addresses a deeper-rooted issue in which smartphone use will take precedence in importance over face-to-face interactions and relationships. Although research is inconclusive on whether problematic smartphone use may be considered an addiction (e.g. [38,39]), the obsessive use of smartphones can become an issue in

*C.M. van Essen and J. Van Ouytsel*                                                        *Telematics and Informatics Reports 11 (2023) 100087*

the formation and maintenance of the adolescent-parent relationships [40,41]. Parents frequently fear the impact of social technologies on the development of the social interactions of their children, in fact, [42] address that the fear of lack of presence in "real life" and the fear that mobile phones create a digital divide between parents and children as two of the seven fears in relation to adolescents' media use.

*Social media self control*

A major component to the frequency of use of social media is the ability to resist using it. Du et al. [43] established the social media self-control failure scale (SMSCF), and defined social media self-control failure as how frequently "social media users give in to the desire to use social media, even though its use at that moment conflicts with other goals, makes them use their time less efficiently, and delays other things they want or need to do" ([43]; p. 74). This measure serves to bridge the gap between the inability to classify internet addiction in accordance with the Diagnostic and Statistical Manual of Mental Disorders (DSM-5) [43] and the need to label the potential obsessive nature of internet use.

The gamification features added to many may contribute to the extensive use of social media. The impact of gamification has shown potential impact on adolescent behavior (e.g. [44,45]). With the strict 24-hours time restrictions Snapchat uses to maintain their streaks, some adolescents may start prioritizing the use of the platform over any other responsibilities and social interactions they can partake in. This in particular will drive adolescents who already struggle in their inability to control their use of social media to partake in such gamified maintenance of relationships.

*The present study*

Despite the popularity of the Snapchat streak feature among early adolescents and public concerns of negative psycho-social outcomes, Snapchat streaks and the associated variables have received limited empirical attention [22]. The purpose of this study is to address this gap in current literature by examining the relationship between participation in Snapchat streaks with peers and problematic smartphone use, fear of missing out, and smartphone self-control among early adolescents. Our study was guided by the following research question:

**RQ1:** What is the relationship between participation in Snapchat streaks and problematic smartphone use, fear of missing out, and smartphone self-control among early adolescents?

Early adolescents are a specifically relevant population for this study as friendships hold significant importance in their development [46]. Snapchat streaks could be an important way to communicate within their friendships for some early adolescents [22]. Especially, early adolescents may lack the maturity of their older counterparts to tackle the challenges associated with engaging in Snapchat streaks. These streaks are governed by specific social norms, which may add to pressure within friendships to be constantly online and accessible [22,47,48]. The findings of our exploratory study could contribute to the field by offering insights into the traits of young individuals who participate in Snapchat streaks, thus contributing to both theoretical understanding and practical application.

**Methods**

*Sample and procedures*

The data were collected using paper-and-pencil surveys in the Spring of 2019 as part of Belgian Early Adolescent Risk Study, which was conducted in 12 schools in the Dutch-speaking area of Belgium. The surveys were administered during class time among the first three years of secondary education. Within each of the 14 schools that agreed to participate, the administration chose class groups and invited every

student in those groups to take part in the survey. The surveys were conducted during class hours in the first three years of secondary education, which corresponds to middle school students and high school freshmen. Passive parental consent and consent from the schools' principals were obtained prior to the study. IRB approval was granted by the second author's institution.

Participants were between 12 and 16 years old. Given the scope of our study, in which we focus on early adolescents, we have removed adolescents who were over 15 years old from our analysis ($n = 77$). Additionally, participants who did not answer all questions used for the items measured, or were inconsistent in their answers, indicating inattentive reading (e.g.. indicated they did not use Snapchat, but reported on their current Snapchat streak), were excluded ($n = 171$). The final sample consisted of 2483 adolescents. The age of the participants in the study ranged from 12 to 15 years old, with a mean age of 13.46 years ($SD = 0.894$). A total of 1388 girls (55.9%) and 1046 boys (42.1%) participated, 49 (2.0%) did not indicate their gender.

*Measures*

*Demographic variables:* Participants were asked to indicate their age and gender (male/female).

*Snapchat use:* Participants were first asked whether they used Snapchat (yes/no). The descriptive information for all the variables is included in Table 1.

*Involvement in a Snapchat streak:* Subsequently, participants who indicated that they used Snapchat were asked: "do you currently have a Snapchat streak with one or more people" (0 = *no streak*, 1 = *current streak*). A Snapchat streak was defined as "you and a friend send each other during three consecutive days a snap (not a chat), each time within 24 hours. When this happens, you'll get a flame next to their name".

*Problematic smartphone use:* Participants' problematic smartphone use was assessed using a 4-item scale, which asked them to rate their frequency of engagement on a 5-point scale. The scale ranged from 0, indicating "hardly ever," to 4, indicating "very often". The items included: "While I am with my partner, family or friends, I am very much occupied with my smartphone.", "While I am with my partner, family or friends, I am unable to use my smartphone less", "While I am with my partner, family or friends, I find it hard to stay focused because I am busy with my smartphone" and "While I am with my partner, family or friends I ignore them sometimes because I am on my smsartphone". The scale was reliable ($\alpha = 0.72$).

*Fear of Missing Out (FOMO):* To measure participants FOMO, we used four items on a five point scale (1 = never, 5 = very often) that were adapted from the Fear of Missing Out measure by [49], such as "I am restless/nervous when I forgot my phone and cannot check my social media to see what my friends are doing", or "I am restless when I feel I am missing important updates when I don't have access to social media". The scale was reliable ($\alpha = 0.81$).

**Table 1**
Descriptive statistics.

|  | N | Mean | SD | Min | Max | No. of items | α |
|---|---|---|---|---|---|---|---|
| Age | 2474 | 13.46 | 0.894 | 12 | 15 | | |
| Gender | 2434 | 0.57 | 0.495 | 0 | 1 | | |
| Snapchat use | 2425 | 0.79 | 0.404 | 0 | 1 | | |
| Snapchat streak | 1927 | 0.77 | 0.420 | 0 | 1 | | |
| Number of people | 1488 | 28.45 | 32.083 | 1 | 350 | | |
| Longest streak | 1477 | 209.45 | 193.077 | 1 | 1024 | | |
| Problematic smartphone use | 2483 | 0.7940 | 0.62503 | 0 | 3.75 | 4 | 0.72 |
| FOMO | 2483 | 1.7625 | 0.75231 | 1 | 5 | 4 | 0.81 |
| Social Media Self Control | 2483 | 2.2721 | 0.86315 | 1 | 5 | 3 | 0.79 |

C.M. van Essen and J. Van Ouytsel

Telematics and Informatics Reports 11 (2023) 100087

*Social Media Self Control:* Lastly, social media self-control was measured using an adapted version of the "brief measure of social media self-control failure" [43]. A prompt stated "I use social media or my smartphone even though…" after which respondents were presented with three items on a 5-point scale (1 = hardly ever, 5 = very often). The scale included statements such as "…I need to postpone other things" and "…it causes me to do other activities less well". The scale was reliable ($\alpha = 0.79$).

### Data analysis

The data were analyzed using SPSS V.26.0 (IBM, Armonk, NY). For the descriptive statistics, the differences between gender and involvement in Snapchat streaks were examined using a chi-square test. The gendered engagement in Snapchat streaks, and the number of people adolescents engaged in Snapchat streaks was analyzed using a *t*-test. The age in relation to the number of people and number of days adolescents-maintained Snapchat streaks was analyzed using an ANOVA. Lastly, the engagement in Snapchat streaks and the relationship with problematic smartphone use, FOMO, and social media self-control was measured using a *t*-test, and problematic smartphone use, FOMO, and social media self-control and their relationship with the number of people and days Snapchat streaks were maintained with was measured using correlation.

## Results

### Engagement in Snapchat streaks

Girls who were on Snapchat were found to be significantly more likely to engage in Snapchat streaks than boys (see Table 2). In our study 83.3% of the girls in our sample had a current Snapchat streak versus 66.9% of the boys in our sample.

Age was considered as a factor influencing engagement in maintaining Snapchat streaks (see Table 2). The results indicate no significant differences for the relationship between age and the engagement in maintaining Snapchat streaks.

A *t*-test comparing people who do engage in Snapchat streaks and those who do not engage in Snapchat streaks, shows that adolescents engaging in Snapchat streaks show statistical significance for an increase in problematic smartphone use ($t(1925) = 6.22, p < 0.001$). FOMO and social media self-control were not significantly related to engagement in Snapchat streaks (see Table 3).

### Number of people

When considering the number of people participants had Snapchat streaks with, no significant difference was noted between girls and boys ($t(729.40) = -1.87, p = 0.68$). Age did show a statistical significance in the difference between the age groups. ($F(3, 1513) = [4.45], p < 0.005$), however the effect size was small at $\eta2 = 0.01$.

When correlating the number of people adolescents maintain Snapchat streaks with problematic smartphone use, FOMO, and social media self-control, each variable showed a significant relationship (see Table 4). There was a positive relationship between number of people

they maintain streaks with and problematic smartphone use ($r = 0.123, n = 1488, p < 0.001$), implying that with more problematic smartphone use adolescents were also more likely to have more people they maintained streaks with. FOMO also showed a positive relationship ($r = 0.146, n = 1488, p < 0.001$), implying that with more FOMO, adolescents also had more people they maintained streaks with. Lastly, social media self-control showed a positive relationship as well ($r = 0.106, n = 1488, p < 0.001$), implying that adolescents with less self-control had maintained more streaks.

### Number of days

When obtaining an insight in the number of days that adolescents maintained streaks for, gender and age, both showed a statistically significant relationship. For gender, girls ($M = 222.94, SD = 196.93$) on average had longer Snapchat streaks than boys ($M = 179.25, SD = 182.89; t(938.58) = -4.01, p < 0.001$). Age also significantly influenced the length of the streaks ($F(3, 1466) = [20.272], p < 0.001$), with older adolescents having longer streaks, however, the effect size was small at $\eta2 = 0.04$.

In correlation with the length of the longest streak, problematic smartphone use, FOMO, and social media self-control all showed statistically significant results (see Table 4). Problematic smartphone use is related to longer streaks ($r = 0.115, n = 1477, p < 0.001$). For FOMO, ($r = 0.175, n = 1477, p < 0.001$), the more FOMO adolescents experience, the longer their streaks. Lastly, when adolescents have less social media self-control ($r = 0.087, n = 1477, p < 0.001$), they are more likely to also have longer streaks.

## Discussion

As parents, the media, and some politicians voiced concerns about the engagement of adolescents on Snapchat, we wanted to examine how FOMO, problematic smartphone use, and social media self-control impact adolescent use of Snapchat with peers. Our study aimed to generate a better understanding of Snapchat streak usage and its associations with forms of problematic social media use. Our study found a significant difference between girls and boys and the maintenance of their Snapchat streaks, whereby girls were more likely to engage in Snapchat streaks with peers and for longer periods of time, but not with significantly more people. The gender difference may be explained by the fact that girls have been found to be more likely to engage in forms of online self-disclosure, as a way to connect with others and maintain social connections, and to establish bonding social capital through their online communication (Van Gool et al., 2015). Adolescents' age did significantly influence not only the engagement in maintaining Snapchat streaks, but also the number of people and the length of time they maintained the streaks for.

Interestingly, only problematic smartphone use significantly influenced students' engagement (yes or no) in Snapchat streaks. Indicating that students who engage in problematic smartphone use more likely maintain daily, consistent, interaction with one person. However, once maintaining a streak, the number of people and the maximum number of days adolescents engage in Snapchat streak are all significantly correlated with FOMO, problematic smartphone use, and social media self-control. Although speculative, this may potentially be explained by adolescents' fear of not feeling connected to others through their smartphone could drive a feeling of losing out their social interactions if they do not maintain a Snapchat streak.

The effect size of all variables, though statistically significant, are relatively small. It can therefore be said that, unless engaging in Snapchat streaks may be risky in other contexts (e.g., adolescents engaging in password sharing [50], or other forms of social media addiction [51], Snapchat streaks themselves are not typically related to strong changes. The engagement in Snapchat streaks might, in fact, be part of a normative communication process of the adolescent population not

**Table 2**
Snapchat streaks and demographic characteristics of the participants.

| Variable | | Snapchat Streak | | Snapchat Streak People | | Snapchat Streak Days | |
|---|---|---|---|---|---|---|---|
| | | Yes | No | Mean | SD | Mean | SD |
| Gender | Boys | 66.8% | 33.2% | 25.93 | 37.009 | 179.25 | 182.895 |
| | Girls | 83.0% | 17.0% | 29.32 | 29.587 | 222.94 | 196.929 |
| Age | 12 | 73.9% | 26.1% | 19.09 | 21.226 | 134.08 | 158.676 |
| | 13 | 76.5% | 23.5% | 28.73 | 35.256 | 184.91 | 179.001 |
| | 14 | 78.3% | 21.7% | 30.49 | 32.140 | 237.64 | 197.797 |
| | 15 | 76.9% | 23.1% | 29.64 | 28.831 | 259.80 | 214.393 |

*C.M. van Essen and J. Van Ouytsel*                                                                                           *Telematics and Informatics Reports 11 (2023) 100087*

**Table 3**
Snapchat streaks and main study variables.

| Variable | Snapchat Streak Yes (n = 1488) | | Snapchat Streak No (n = 439) | | t(1925) | p | Cohen's d |
|---|---|---|---|---|---|---|---|
| | M | SD | M | SD | | | |
| Problematic smartphone use | 0.854 | .616 | .786 | .642 | 6.222 | <0.001 | .622 |
| FOMO | 1.901 | .778 | 1.646 | .668 | 2.013 | .443 | .754 |
| Social Media Self Control | 2.371 | .855 | 2.251 | .876 | 2.562 | .501 | .856 |

**Table 4**
Bivariate correlations between variables.

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 1. Number of people | 1.000 | .485** | .123** | .146** | .106** |
| 2. Number of days | .485** | 1.000 | .225** | .175** | .087** |
| 3. Problematic smartphone use | .123** | .115** | 1.000 | .440** | .392** |
| 4. FOMO | .146** | .175** | .440** | 1.000 | .404** |
| 5. Social Media Self Control | .106** | .087** | .392** | .404** | 1.000 |

** $p < 0.001$.

necessarily driven, in strong degrees, by FOMO, problematic smartphone use, and social media self-control. Our study does contribute to cumulative evidence that these novel forms of interpersonal communication do not necessarily have to be understood from a risk perspective and that the public concern about these gamified forms of interpersonal communication may be overstated [28].

In practice, this might mean for parents and educators that they should not be too concerned about children's engagement with Snapchat streaks as it pertains to their children's FOMO, problematic smartphone use, and social media self-control. Although each of these items have a statistically significant correlation with the number of people and the number of days adolescents maintained Snapchat streaks, it is important to acknowledge that there may be other factors not addressed in this study that could have a more significant impact on adolescents' use of Snapchat streaks. Unless adolescents are engaging in potentially harmful interactions on Snapchat (e.g. interactions with strangers, interactions with adults, adult sexual solicitation, bullying), adolescents' use of Snapchat with other peers may not necessarily be related to negative digital media use.

*Limitations and suggestions for future research*

Some limitations in this research need to be kept in mind when interpreting the results of our study. First, the cross-sectional data were self-reported by a convenience sample of adolescents. To collect the data for our study, we relied on a convenience sample of adolescents who self-reported their information. It is worth noting that this type of cross-sectional data collection approach may have limitations in terms of its generalizability to larger populations. Our study was conducted in Belgium, additional cross-cultural and cross-national research is warranted. Despite efforts to specify the specific time frames and reference frames of adolescents' Snapchat use, the respondents may inaccurately recall their Snapchat use. Future work could use alternative data collection strategies and alternative sampling techniques that can help to reduce bias and longitudinal designs are needed to track behaviors over time. Our study was only able to collect binary-gender data of the young adolescents. Future work should use alternative gender measures that allow to capture a broad range of gender identities. Additionally, future work should seek to understand how problematic smartphone use, FOMO, and social media self-control compares to other social media platforms using similar principles, such as the upcoming platform BeReal.

Our exploratory study raises additional questions for future theory-driven research to gain a deeper understanding of the antecedents and consequences of engagement in Snapchat streaks. For example, Uses and Gratifications Theory [52] could provide a useful framework to

understand users' motivations to maintain Snapchat streaks and to understand the gamified nature of the communication. The Differential Susceptibility to Media Effects Model suggests that media use has differential antecedents and consequences based on dispositional, developmental, and social susceptibility variables [53]. Future work could investigate whether particular personality or developmental factors are linked to the use of Snapchat streaks, and whether they lead to different usage patterns and outcomes. It is conceivable that perhaps particular attachment styles and certain friendship contexts could be related with a more preoccupied use of Snapchat streaks, which could be explored by future work. Additionally, our study did not examine the broader social context in which these gamified interactions occur. A Snapchat streak is both an intense social ritual as well as a gamified form of interpersonal interaction that comes with social rewards. The role of peer norms and peer pressure in engaging and maintaining Snapchat streaks could be examined using theories that focus on social norms, such as the Prototype Willingness Model [54] and Social Learning Theory [55].

Future work could also examine the potential consequences of a sustained or failed Snapchat streak through the lens of interpersonal communication theories, such as Expectancy Violations Theory [56]. Expectancy Violations Theory has been previously used to understand other digital friendship dynamics, such as unfriending behaviors on Facebook [57] , and could be applied to understand the consequences of a failed Snapchat streak on friendships. Health-focused studies could focus on how Snapchat streaks are associated with certain (mental) health negative outcomes through the lens of Problem Behavior Theory [58].

The role of Snapchat streaks in friendships and the maintenance of adolescent friendships has been documented by several researchers (e. g., [22,21]). Yet, more work should be conducted on the long-term effects of image-based social media applications that center around ephemeral content. For instance, past research has discovered that Snapchat streaks can contribute to the digital stress experienced by adolescents, which stems from numerous notifications and the peer pressure to preserve the streak [22,24]. Future research could investigate both the potential negative and positive mental health implications of engaging in Snapchat streaks. This includes examining the stress and anxiety that may result from the persistent pressure to be online, as well as exploring how Snapchat streaks might promote a sense of belonging and strengthen friendships [59].

Additionally, future work could explore how adults perceive gamified interactions, such as Snapchat streaks, within adult relationships. The motivations for media use and the associated outcomes of Snapchat differ greatly between adolescents and adults and are difficult to compare. Given that adult relationships tend to be more stable than adolescent ones, it would be interesting to explore the significance of such interactions in the context of adult relationships.

To gain a deeper understanding of the impact of Snapchat streaks on adolescent relationships, research could investigate how they are associated with adolescents' perceptions of social capital and the quality of their friendships. Indeed, as streaks reveal the frequency of interactions, adolescents can use them to see who their friends are interacting with the most. This visibility may result in feelings of friendship jealousy or annoyance within the peer group. Alternatively, it could also increase a sense of connection among friends. Therefore, exploring the contribution of Snapchat streaks to adolescent relationship maintenance could provide insight on their role in maintaining friendships.

C.M. van Essen and J. Van Ouytsel

Telematics and Informatics Reports 11 (2023) 100087

## Conclusion

This study aimed to provide insight into the correlates of Snapchat streaks, an emerging, ritualized communication behavior among adolescents. In our sample, girls were more likely than boys to engage in Snapchat streaks and the average number of days that a streak was held. An age difference was only observed for the number of people and the number of days they maintained snapchat streaks with. Problematic smartphone use was related to the engagement in Snapchat streaks. Lastly, FOMO, problematic smartphone use, and social media self-control were correlated with the number of people and the number of days adolescents maintained Snapchat streaks with friends, albeit it being a weak relationship.

## Funding

The study was supported by a postdoctoral research grant of the Research Foundation – Flanders under grant number 12J8719N and a grant by the Research Fund of the University of Antwerp under grant number FFB190303. The study design, data collection, analysis, interpretation of the data, writing of the report and the decision to submit the article for publication were the sole responsibility of the authors and were in no way influenced by the funding institutions.

## Financial disclosure

The authors have no financial relationships relevant to this article to disclose.

## Declaration of Competing Interest

The authors have no conflict of interest to disclose.

## Data availability

The data that has been used is confidential.

## References

[1] H. Vanwynsberghe, G. Joris, C. Waeterloos, S. Anrijs, M. Vanden Abeele, K. Ponnet, R. De Wolf, J. Van Ouytsel, K. Van Damme, J. Vissenberg, L. D'Haenens, E. Zenner, E. Peters, S. De Pauw, L. Frissen, C. Schreuer, Onderzoeksrapport Apestaartjaren: de digitale leefwereld van kinderen en jongeren [Research report Apestaartjaren: The digital environment of children and youth], Mediaraven (2022).

[2] S. Handyside, J. Ringrose, Snapchat memory and youth digital sexual cultures: mediated temporality, duration and affect, J. Gend. Stud. 26 (3) (2017) 347–360, https://doi.org/10.1080/09589236.2017.1280384.

[3] G. Mittmann, K. Woodcock, S. Dörfler, I. Krammer, I. Pollak, B. Schrank, TikTok is my life and Snapchat is my ventricle": a mixed-methods study on the role of online communication tools for friendships in early adolescents, J. Early Adolesc. 42 (2) (2021) 172–203, https://doi.org/10.1177/02724316211020368.

[4] L. Piwek, A. Joinson, What do they snapchat about?" Patterns of use in time-limited instant messaging service, Comput. Hum. Behav. 54 (2016) 358–367, https://doi.org/10.1016/j.chb.2015.08.026.

[5] M.A. Throuvala, M.D. Griffiths, M. Rennoldson, D.J. Kuss, Motivational processes and dysfunctional mechanisms of social media use among adolescents: a qualitative focus group study, Comput. Hum. Behav. 93 (2019) 164–175, https://doi.org/10.1016/j.chb.2018.12.012.

[6] J.B. Bayer, N.B. Ellison, S.Y. Schoenebeck, E.B. Falk, Sharing the small moments: ephemeral social interaction on Snapchat, Inf. Commun. Soc. 19 (7) (2016) 956–977, https://doi.org/10.1080/1369118X.2015.1084349.

[7] J. Kofoed, M.C. Larsen, A snap of intimacy: photo-sharing practices among young people on social media, First Monday 21 (11) (2016), https://doi.org/10.5210/fm.v21i11.6905.

[8] A. Vermeulen, H. Vandebosch, W. Heirman, #Smiling, #venting, or both? Adolescents' social sharing of emotions on social media, Comput. Hum. Behav. 84 (2018) 211–219, https://doi.org/10.1016/j.chb.2018.02.022.

[9] S. Alhabash, M. Ma, A tale of four platforms: motivations and uses of Facebook, Twitter, Instagram, and Snapchat among college students? Soc. Media + Soc. 3 (1) (2017) 1–13, https://doi.org/10.1177/2056305117691544.

[10] E.P. Abril, K. Tyson, K. Morefield, SnapChat this, Instagram that: the interplay of motives and privacy affordances in college students' sharing of food porn, Telematics Inf. 74 (2022), 101889, https://doi.org/10.1016/j.tele.2022.101889.

[11] D.S. Strassberg, J.E. Rullo, J.E. Mackaronis, The sending and receiving of sexually explicit cell phone photos ("Sexting") while in high school: one college's students' retrospective reports, Comput. Hum. Behav. 41 (0) (2014) 177–183. http://doi.org/10.1016/j.chb.2014.09.008.

[12] J.R. Temple, H. Choi, Longitudinal association between teen sexting and sexual behavior, Pediatrics 134 (5) (2014) e1287–e1292, https://doi.org/10.1542/peds.2014-1974.

[13] S. De Ridder, Sexting as sexual stigma: the paradox of sexual self-representation in digital youth cultures, Eur. J. Cultural Stud. (2018), https://doi.org/10.1177/1367549418810080, 1367549418810080.

[14] J. Van Ouytsel, E. Van Gool, M. Walrave, K. Ponnet, E. Peeters, Sexting: adolescents' perceptions of the applications used for, motives for, and consequences of sexting, J. Youth Stud. 20 (4) (2017) 446–470, https://doi.org/10.1080/13676261.2016.1241865.

[15] M.B.H. Mandau, Snaps","screenshots", and self-blame: a qualitative study of image-based sexual abuse victimization among adolescent Danish girls, J. Child. Media 15 (3) (2021) 431–447, https://doi.org/10.1080/17482798.2020.1848892.

[16] J.B. Moran, K.J. Salerno, T.J. Wade, Snapchat as a new tool for sexual access: are there sex differences? Pers. Individ. Dif. 129 (2018) 12–16, https://doi.org/10.1016/j.paid.2018.02.040.

[17] J. Sanderson, M.R. Weathers, Snapchat and child sexual abuse in sport: protecting child athletes in the social media age, Sport Manag. Rev. 23 (1) (2020) 81–94, https://doi.org/10.1016/j.smr.2019.04.006.

[18] D. Hristova, J. Dumit, A. Lieberoth, T. Slunecko, Snapchat streaks: how adolescents metagame gamification in social media, PsyArXiv Preprints (2019), https://doi.org/10.31234/osf.io/nszex.

[19] D. Hristova, S. Jovicic, B. Göbl, S. de Freitas, T. Slunecko, Why did we lose our snapchat streak?". Social media gamification and metacommunication, Comput. Hum. Behav. Rep. 5 (2022) (2022), https://doi.org/10.1016/j.chbr.2022.100172.

[20] S. McGlotten, Streaking, TDR/The Drama Rev. 63 (4) (2019) 152–171, https://doi.org/10.1162/dram_a_00881.

[21] D. Hristova, A. Lieberoth, How socially sustainable is social media gamification? A look into Snapchat, Facebook, Twitter and Instagram, in: A. Spanellis, J.T. Harviainen (Eds.), Transforming Society and Organizations through Gamification: From the Sustainable Development Goals to Inclusive Workplaces, Springer International Publishing, 2021, pp. 225–245, https://doi.org/10.1007/978-3-030-68207-1_12.

[22] D. De Groote, J. Van Ouytsel, Digital stress within early adolescents' friendships–A focus group study from Belgium, TelematicsInf. 73 (2022), 101877, https://doi.org/10.1016/j.tele.2022.101877.

[23] J. Van Ouytsel, D. De Groote, Research brief: early adolescents' perceptions of the motivations and consequences of sharing passwords with friends in Belgium, J. Child Media (2022) 1–12, https://doi.org/10.1080/17482798.2022.2088585.

[24] D.L. Weber, A.K.M. Bygholm, A.M. Kanstrup, Digital coping strategies of young people living with cognitive disabilities: using emotion-focused and problem-focused coping in digital relationships, Disabil. Soc. (2023) 1–25, https://doi.org/10.1080/09687599.2023.2181767.

[25] Snapchat. (n.d.). Friend emojis. https://support.snapchat.com/en-US/a/friend-emojis.

[26] S. Utz, N. Muscanell, C. Khalid, Snapchat elicits more jealousy than Facebook: a comparison of Snapchat and Facebook use, Cyberpsychol. Behav. Soc. Netw. 18 (3) (2015) 141–145, https://doi.org/10.1089/cyber.2014.0479.

[27] M.J. Vaterlaus, K. Barnett, C. Roche, J.A. Young, Snapchat is more personal": an exploratory study on Snapchat behaviors and young adult interpersonal relationships, Comput. Hum. Behav. 62 (2016) (2016) 594–601, https://doi.org/10.1016/j.chb.2016.04.029.

[28] B. Korkmazer, S. De Ridder, S. Van Bauwel, Reporting on young people, sexuality, and social media: A discourse theoretical analysis, J. Youth. Stud. 23 (3) (2020) 323–339, https://doi.org/10.1080/13676261.2019.1603365.

[29] M. Murphy, Streaks Game Fears Snapchat Streaks 'should be stopped' Claim Worried Parents Who Fear It Puts Teens At Risk, The Sun, 2017. Retrieved from, https://www.thesun.co.uk/tech/3473571/snapchat-streaks-should-be-banned-claim-worried-parents-who-fear-it-puts-teens-at-risk/.

[30] 116th Congress - the Senate of the United States. Social media addiction reduction technology act or the SMART Act, 2314, 116th Congress - the Senate of the United States (2019).

[31] Hawley, J. (2019). Sen. Hawley introduces legislation to curb social media addiction. Retrieved from https://www.hawley.senate.gov/sen-hawley-introduces-legislation-curb-social-media-addiction.

[32] B. Pietsch, Oh Snap: U.S. Senator Proposes Bill to Ban Snapchat 'Snapstreaks', Reuters, 2019. Retrieved from, https://www.reuters.com/article/us-snap-senate-streaks/oh-snap-u-s-senator-proposes-bill-to-ban-snapchat-snapstreaks-idUSKCN1UP26I.

[33] N. Bloemen, D. De Coninck, Social media and fear of missing out in adolescents: the role of family characteristics, Soc. Media+ Soc. 6 (4) (2020), 2056305120965517, https://doi.org/10.1177/2056305120965517.

[34] I. Beyens, E. Frison, S. Eggermont, I don't want to miss a thing": adolescents' fear of missing out and its relationship to adolescents' social needs, Facebook use, and Facebook related stress, Comput. Hum. Behav. 64 (2016) 1–8, https://doi.org/10.1016/j.chb.2016.05.083.

[35] V. Franchina, M. Vanden Abeele, Van Rooij, G. Lo Coco, L. De Marez, Fear of missing out as a predictor of problematic social media use and phubbing behavior among Flemish adolescents, Int. J. Environ. Res. Public Health 15 (10) (2018) 2319, https://doi.org/10.3390/ijerph15102319.

*C.M. van Essen and J. Van Ouytsel*                                                          *Telematics and Informatics Reports 11 (2023) 100087*

[36] I. Bartau-Rojas, A. Aierbe-Barandiaran, E. Oregui-González, Parental mediation of the internet use of primary students: beliefs, strategies and difficulties, Media Educ. Res. J. 26 (1) (2018) 2–6, https://doi.org/10.3916/C54-2018-07.

[37] S. Coskun, G. Karayagız Muslu, Investigation of problematic mobile phones use and fear of missing out (FoMO) level in adolescents, Commun. Ment. Health J. 55 (6) (2019) 1004–1014, https://doi.org/10.1007/s10597-019-00422-8.

[38] M. Kwon, J.Y. Lee, W.Y. Won, J.W. Park, J.A. Min, C. Hahn, X. Gu, J.-H. Choi, D. J. Kim, Development and validation of a smartphone addiction scale (SAS), PLoS One 8 (2) (2013) e56936, https://doi.org/10.1371/journal.pone.0056936.

[39] T. Panova, X. Carbonell, Is smartphone addiction really an addiction? J. Behav. Addict. 7 (2) (2018) 252–259, https://doi.org/10.1556/2006.7.2018.49.

[40] S.H. Liu, M.C. Yin, T.H. Huang, Adolescents' interpersonal relationships with friends, parents, and teachers when using Facebook for interaction, Creative Educ. 4 (5) (2013) 335–339, https://doi.org/10.4236/ce.2013.45049.

[41] G.E. Moawad, G.G.S. Ebrahem, The relationship between use of technology and parent-adolescents social relationship, J. Educ. Practice 7 (14) (2016) 168–178.

[42] M.J. George, C.L. Odgers, Seven fears and the science of how mobile technologies may be influencing adolescents in the digital age, Perspect. Psychol. Sci. 10 (6) (2015) 832–851, https://doi.org/10.1177/1745691615596788.

[43] J. Du, G.M. van Koningsbruggen, P. Kerkhof, A brief measure of social media self-control failure, Comput. Hum. Behav. 84 (2018) 68–75, https://doi.org/10.1016/j.chb.2018.02.002.

[44] S.S. Abrams, S. Walsh, Gamified vocabulary: online resources and enriched language learning, J. Adolesc. Adult Literacy 58 (1) (2014) 49–58, https://doi.org/10.1002/jaal.315.

[45] Y. Yoshida-Montezuma, M. Ahmed, O. Ezezika, Does gamification improve fruit and vegetable intake in adolescents? A systematic review, Nutr. Health 26 (4) (2020) 347–366, https://doi.org/10.1177/0260106020936143.

[46] A. Bowker, Predicting friendship stability during early adolescence, J. Early Adolesc. 24 (2) (2004) 85–112, https://doi.org/10.1177/0272431603262666.

[47] G. Ouvrein, K. Verswijvel, L. De Kimpe, I'll be online for you: the role of social media in the achievement of adolescents' social goals, in: M.H. Jones (Ed.), Social Goals in the classroom: Findings On Student Motivation and Peer Relations, Routledge, 2019.

[48] R.G. Steele, J.A. Hall, J.L. Christofferson, Conceptualizing digital stress in adolescents and young adults: toward the development of an empirically based model, Clin. Child Fam. Psychol. Rev. 23 (1) (2020) 15–26, https://doi.org/10.1007/s10567-019-00300-5.

[49] A.K. Przybylski, K. Murayama, C.R. DeHaan, V. Gladwell, Motivational, emotional, and behavioral correlates of fear of missing out, Comput. Hum. Behav. 29 (4) (2013) 1841–1848, https://doi.org/10.1016/j.chb.2013.02.014.

[50] V. Povilaitis, Smartphone-free summer camp: adolescent perspectives of a leisure context for social and emotional learning, World Leis J. 61 (4) (2019) 276–290, https://doi.org/10.1080/16078055.2019.1661104.

[51] B. Noë, L.D. Turner, D.E.J. Linden, S.M. Allen, B. Winkens, R.M. Whitaker, Identifying indicators of smartphone addiction through user-app interaction, Comput. Hum. Behav. 99 (2019) (2019) 56–65, https://doi.org/10.1016/j.chb.2019.04.023.

[52] T.E. Ruggiero, Uses and gratifications theory in the 21st century, Mass Commun. Soc. 3 (1) (2000) 3–37, https://doi.org/10.1207/S15327825MCS0301_02.

[53] P.M. Valkenburg, J. Peter, The differential susceptibility to media effects model, J. Commun. 63 (2) (2013) 221–243, https://doi.org/10.1111/jcom.12024.

[54] F.X. Gibbons, M. Gerrard, H. Blanton, D.W. Russell, Reasoned action and social reaction: willingness and intention as independent predictors of health risk, J. Pers. Soc. Psychol. 74 (1998) 1164–1180, https://doi.org/10.1037/0022-3514.74.5.1164.

[55] R.L. Akers, M.D. Krohn, L. Lanza-Kaduce, M. Radosevich, Social learning and deviant behavior: a specific test of a general theory, Am. Sociol. Rev. 44 (4) (1979) 636–655, https://doi.org/10.2307/2094592.

[56] Burgoon, J.K. (2015). Expectancy violations theory. The International Encyclopedia of Interpersonal Communication, 1–9.

[57] J.L. Bevan, P.C. Ang, J.B. Fearns, Being unfriended on Facebook: an application of expectancy violation theory, Comput. Hum. Behav. 33 (2014) 171–178, https://doi.org/10.1016/j.chb.2014.01.029.

[58] R. Jessor, The origins and development of problem behavior theory, Adv. Responsible Adolesc. Dev. (2016).

[59] H.L. Storer, C.F. Scott, M. Rodriguez, E.X. Nyerges, Technology is a "blessing and a curse": the perceived risks and benefits of digital technology adoption at domestic violence organizations that serve teens, J. Technol. Hum. Serv. 41 (1) (2023) 96–124, https://doi.org/10.1080/15228835.2023.2179158.