# Exhibit 49

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Family Media Plan

Media is everywhere, and managing it all can be tough. Creating a Family Media Plan can help you and your children set media priorities that matter most to your family. Come back to revise your plan as often as you need to, such as at the beginning of each school year or during summer and holiday breaks.

## Here's how it works

Since media habits are different for every household, the Family Media Plan can be customized to meet your family's needs. Make a full plan, or just choose a few parts that matter the most to your family.

## The Family Media Plan includes:

- A list of media priorities to choose from
- Practical tips to help make the plan work
- Why it's important
- The ability to print or share your finished plan
- The option to save your plan and return as often as you'd like to make changes

**To find this information in Spanish, <u>click here</u>.**

Create or Update Your Family Media Plan

Already started your plan? Continue here.



Learn to Use the Family Media Plan

First time here? View our video tour to get started.