# Exhibit 55

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

455

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                  Case No. 1:17-md-2804
NATIONAL PRESCRIPTION                   Cleveland, Ohio
OPIATE LITIGATION

                                        October 6, 2021
CASE TRACK THREE                        8:54 A.M.


- - - - -


**VOLUME 3**


- - - - -


TRANSCRIPT OF JURY TRIAL PROCEEDINGS,

BEFORE THE HONORABLE DAN A. POLSTER,

UNITED STATES DISTRICT JUDGE,

AND A JURY.


- - - - -


Official Court Reporter: Susan Trischan,RMR,CRR,FCRR,CRC
                         7-189 U.S. Court House
                         801 West Superior Avenue
                         Cleveland, Ohio  44113
                         216-357-7087
                         Susan_Trischan@ohnd.uscourts.gov


Proceedings recorded by mechanical stenography;
transcript produced by computer-aided transcription.

APPEARANCES:

| For the Plaintiffs: | Peter H. Weinberger, Esq. |
| | Spangenberg, Shibley & Liber |
| | 1001 Lakeside Avenue, Ste. 1700 |
| | 1900 East Ninth Street |
| | Cleveland, Ohio   44114 |
| | 216-696-3232 |

W. Mark Lanier, Esq.
Rachel Lanier, Esq.
M. Michelle Carreras, Esq.
The Lanier Law Firm
6810 FM 1960 West
Houston, Texas   77069
813-659-5200

Frank L. Gallucci, III, Esq.
Plevin & Gallucci Company, LPA
The Illuminating Building
Suite 2222
55 Public Square
Cleveland, Ohio   44113
216-861-0804

Salvatore C. Badala, Esq.
Maria Fleming, Esq.
Napoli Shkolnik
360 Lexington Ave., 11th Floor
New York, New York   10017
212-397-1000

For Walgreen Defendants:    Kaspar J. Stoffelmayr, Esq.
Brian C. Swanson, Esq.
Katherine M. Swift, Esq.
Alex Harris, Esq.
Sharon Desh, Esq.
Bartlit Beck LLP
54 West Hubbard Street, Ste.300
Chicago, Illinois   60654
312-494-4400

For CVS Defendants:    Graeme W. Bush, Esq.
Eric R. Delinsky, Esq.
Alexandra W. Miller, Esq.
Paul B. Hynes, Jr., Esq.
Zuckerman Spaeder - Washington
Suite 1000
1800 M Street, NW
Washington, DC   20036
202-778-1831

For HBC/Giant Eagle Defendants:    Robert M. Barnes, Esq.
Scott D. Livingston, Esq.
Marcus & Shapira
35th Floor
One Oxford Centre
301 Grant Street
Pittsburgh, PA    15219
412-471-3490

Diane P. Sullivan, Esq.
Chantale Fiebig, Esq.
Weil Gotshal & Manges
Suite 600
2001 M Street NW
Washington, DC    20036
202-682-7200

For Walmart Defendants:    John M. Majoras, Esq.
Jones Day - Columbus
Suite 600
325 John H. McConnell Blvd.
Columbus, Ohio    43215
614-281-3835

Tara A. Fumerton, Esq.
Tina M. Tabacchi, Esq.
Jones Day - Chicago
Suite 3500
77 West Wacker
Chicago, Illinois    60601
312-782-3939

ALSO PRESENT:    Special Master David Cohen

- - - - -

that we now use. And the dependence effect really is making the point that one of the many harms of the opioid, prescription opioid oversupply is dependence, babies being born dependent, chronic pain patients taking their medicines as prescribed but then getting dependent and having difficulty coming off.

Q. So if I put -- if I'm tracking with you right, I put under dependence, an example of an opioid baby or someone who is following doctor's orders.

Give us some examples that distinguish addiction. What are the hallmarks of addiction that make that language appropriate under the DSM-IV -- V?

A. Yeah.

So the hallmarks of the criteria for being diagnosed with an addiction can briefly be summarized as the four Cs: Control, compulsions, cravings, and consequences.

Control refers to out of control use of that substance, using more than intended, for example.

Compulsion refers to a lot of mental real estate occupied with thinking about getting the drug, using the drug, hiding drug use, and also a level of automaticity that's hard to control.

Cravings refers to that pleasure/pain balance tipping to the side of pain when people don't

have their drug and going into withdrawal, which is both physical and psychological, and can be experienced as so incredibly intense that patients will do whatever it takes to get their next fix. Again, usually not to feel euphoria or anything good, but just to get out of being in pain.

And then consequences is really the heart of addiction, especially continued use despite consequences. As addiction becomes more severe, people end up having all kinds of consequences, relationship consequences, job consequences, health consequences; and yet despite those consequences, continue to use their drug, again because of the very strong physiologic drive to restore homeostasis?

Q. In your report you mentioned that over the last 30 years, the liberal prescribing of opioids for chronic pain has created a legacy population of patients.

What do you mean by that?

A. So when we're considering the harms to our communities as a result of the opioid epidemic, we have to consider people who have become addicted, we have to consider people who have died, but we also, importantly, need to consider the very large numbers of patients who have become physically dependent and who are now suffering the harms of being on opioids and struggling to