# Exhibit 56

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Civil Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | Honorable Yvonne Gonzalez Rogers |
| ALL ACTIONS | **REBUTTAL REPORT OF DR. RANDY AUERBACH TO PERSONAL INJURY AND SCHOOL DISTRICT PLAINTIFFS' EXPERTS** |

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

## TABLE OF CONTENTS

I.     Qualifications ........................................................................................................... 4

II.    Introduction ............................................................................................................. 6

III.   Development in Adolescence ................................................................................ 11

       A.     Neural Development ................................................................................... 12

       B.     Social Changes ........................................................................................... 13

IV.    Opinion 1: Plaintiffs' experts' approach to the concept of "social media
       addiction" pathologizes normal behavior and normal brain processes ............ 14

       A.     Unreliability of Behavioral Addiction Criteria ....................................... 14

       B.     Pathologizing Social Behavior .................................................................. 17

       C.     Pathologizing the Brain's Reward System ............................................... 19

       D.     Fundamental Methodological Errors in Interpreting Neurobiological
              Studies ......................................................................................................... 22

V.     Opinion 2: Plaintiffs' Experts' Claims That Social Media Use Causes Negative
       Mental Health Outcomes for Adolescents Is Not Supported By Reliable Evidence
       or Methods .............................................................................................................. 32

VI.    Opinion 3: Plaintiffs' Experts Do Not Consider Potential Alternative Causal
       Mechanisms Driving Increased Adolescent Mental Health Struggles .............. 48

       **A. Overview of Trends in Adolescent Mental Health** ...................................... 49

       **B.  Population-level Issues Affecting and Influencing Youth Mental
              Health.** .......................................................................................................... 51

       **C. Catastrophic Stressful Life Events.** ........................................................... 53

VII.   Opinion 4: Extant Research Has Not Demonstrated That Adolescents' Mental
       Health is Negatively Impacted by Specific Features of Social Media, Independent
       of Content ................................................................................................................ 55

VIII.  Opinion 5: Plaintiffs' Experts' Application of the Bradford Hill Criteria is Neither
       Supported nor Reliable. .......................................................................................... 60

EXPERT REBUTTAL REPORT OF DR. RANDY AUERBACH TO PI/SD PLAINTIFFS' EXPERTS— MDL NO. 3047

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

IX.    Opinion 6: Dr. Hoover's and Dr. Osborne's Opinions That Social Media Use

Causes Unique Harms in School Is Not Supported by Reliable Scientific Evidence

......................................................................................................................... 62

X.    Opinion 7: Defendants' Internal Documents Are Not Scientifically Reliable

Evidence of Causation ......................................................................................... 64

XI.    Conclusion ........................................................................................................... 67

EXPERT REBUTTAL REPORT OF DR. RANDY AUERBACH TO PI/SD PLAINTIFFS' EXPERTS— MDL NO. 3047

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

**I.    Qualifications**

1.     My name is Randy P. Auerbach, PhD, ABPP. I am a tenured Professor in the Department of Psychiatry at Columbia University where I serve as Co-Director of the Center for the Prevention and Treatment of Depression. I received my B.A. from Cornell University (2000) and Ph.D. in Clinical Psychology from McGill University (2010). As part of my graduate training, I completed my internship at Harvard Medical School-McLean Hospital. I also am a board-certified licensed clinical psychologist.

2.     My research is committed to improving our understanding of depression and suicide in adolescents. My work is multidisciplinary and utilizes a multimodal approach for assessment (e.g., laboratory-based experiments, passive sensor monitoring, social media, electrophysiology, and neuroimaging) to determine why depressive symptoms unfold, how self-injurious and suicidal behaviors develop, and what changes in the brain during treatment. As a whole, my research aims to better understand mechanisms that may improve early identification of and treatment for adolescent depression and suicidal behaviors. My work is funded by grants from the National Institute of Mental Health, the Klingenstein Third Generation Foundation, the Dana Foundation: Clinical Neuroscience Research Grant, and several private foundations, with current grant funding including projects that probe objective use of smartphone and social media use to understand the impact, if any, on brain functioning, depression, and suicide risk among adolescents.

3.     My research has led to over 220 published, peer-reviewed scientific papers and book chapters. This work is highly cited (H-index = 75; citations as of June 16, 2025, n = 24,268), reflecting a significant scientific impact in the field. In light of my recognition as a scientific leader, I am a frequent speaker at grand rounds for leading academic institutions (e.g., Cornell University, Harvard Medical School, Stanford University), an invited keynote speaker at national and international conferences (e.g., International Summit on Suicide Research, China International Conference on Suicidology), and a presenter on expert panels at leading mental health organizations (e.g., National Institute of Mental Health, American Foundation for Suicide

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

Prevention)—all venues to share recent innovations and scientific advancements of my clinical research.

4.    Given the scientific and clinical impact of my work, I have been the recipient of many prestigious awards. For example, as an early career investigator, I received awards from the American Psychological Association, including the David Shakow Early Career Award for Distinguished Scientific Contributions in Clinical Psychology and the Richard Abidin Early Career Award. Additionally, from the American Psychological Foundation, I was the recipient of the Theodore Blau Early Career Award. These awards were given in recognition that my research had a "major impact on the field" of depression and suicide. More recently, I received the Joel Elkes Research Award from the American College of Neuropsychopharmacology (ACNP). ACNP is a member-only scientific organization (i.e., admitted through a rigorous evaluation process based on contributions to the field of psychology and psychiatry), and the Joel Elkes Research Award is given annually to a researcher who has made "outstanding" clinical research advancements in the field. Prior winners of this award include directors of NIH institutes (e.g., Nora D. Volkow, MD) as well as department chairs at leading psychiatric institutes (e.g., Scott L. Rauch, MD).

5.    A copy of my CV is attached as Exhibit A. During the previous four years, I have not testified as an expert at trial or by deposition.  On April 18 and May 16, I submitted written expert reports in *Christina Arlington Smith, et al., v. TikTok Inc., et al.,* Case No. 22STCV21355.

6.    I have been asked by counsel for Defendants in the above-captioned litigation to apply my professional experience and expertise to consider certain claims in this litigation regarding the relationship between social media use and adolescent mental health harms. I have no prior relationship with any Defendant or, to my knowledge, any other party.

7.    I have applied the same scientific rigor to this matter, as I apply to my own research endeavors. I hold my opinions presented in this report to a reasonable degree of medical and scientific certainty.

EXPERT REBUTTAL REPORT OF DR. RANDY AUERBACH TO PI/SD PLAINTIFFS' EXPERTS— MDL NO. 3047

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

8.      I am being compensated for my time at an hourly rate of $1,000, plus expenses. My compensation is not conditioned or contingent on the opinions I reach or the outcome of this litigation.

9.      Consistent with the standards that I follow in my research and publications, this report is based on my education, knowledge, experience, and expertise in psychology and psychiatry, as well as my review of relevant peer-reviewed publications. A list of the publications and other materials I have considered in connection with this matter is attached as Exhibit B.

## II.      Introduction and Summary of Opinions

10.      I have reviewed the expert reports submitted by the Plaintiffs in this case, and the materials cited therein. *See* Ex. B. I have prepared this report to evaluate the scientific reliability of the general causation opinions of Drs. Christakis, Cingel, Goldfield, Hoover, Lembke, Mojtabai, Murray, Osborne, Telzer, and Twenge.[1] Plaintiffs' experts have failed to present compelling evidence demonstrating that: (i) social media use operates like an addictive substance that negatively affects adolescent brain development, (ii) social media causes mental health disorders in youth, or (iii) specific social media features cause adolescent mental health disorders. Additionally, they have perpetuated critical methodological errors that undermine the scientific reliability of their opinions.

11.      Plaintiffs' experts claim that Defendants' platforms cause "social media addiction"; that social media use disrupts adolescent brain development; and that social media use causes mental health disorders (e.g., depression, anxiety, and suicidal thoughts and behaviors). None of these claims is supported by the published scientific research. Moreover, consensus reports from experts in the field reject these conclusions (e.g., American Psychological Association in a published *Health Advisory on Social Media Use in Adolescence* [APA, 2023], National Academies of Sciences, Engineering, and Medicine in a consensus report focused on social media and adolescent mental health [National Academies of Sciences, Engineering, and Medicine, 2024]).

---

[1] In this report, I refer to them collectively as "Plaintiffs' experts."

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

12.     As a clinical research scientist devoted to the study of adolescent mental health with a particular focus on technology and neurobiology, I am deeply familiar with the most significant trends and findings in the scientific literature relating to adolescent mental health and social media. I regularly review literature in this area and readily integrate this work into our ongoing clinical research projects.

13.     In preparing my opinions in this case, I drew on that experience but also conducted a specific literature review to make sure I was capturing the state of the science. Accordingly, I reviewed the sources collected by major scientific organizations in their reports on this field of research, namely the National Academies of Sciences, Engineering, and Medicine consensus study report, *Assessment of the Impact of Social Media on the Health and Wellbeing of Adolescents and Children*, the American Psychological Association *Health Advisory on Social Media Use in Adolescence*, and Dr. Mitch Prinstein's written testimony on behalf of that same organization before the U.S. Senate Committee on Judiciary. I also conducted searches on PubMed and Google Scholar, searching for articles within reputable peer-reviewed English language journals that address (or purport to address) the question of whether social media use causes the specific mental health disorders at issue. This is consistent with how I would approach this literature if I was preparing a scientific article for a peer reviewed publication. Finally, I reviewed the materials that Plaintiffs' experts cited in their reports, to the extent that I had not already reviewed that material.

14.     A list of all the studies I considered in forming my opinions is attached as Exhibit B. I do not discuss each of those studies in this report.  Rather, in the sections that follow, I discuss exemplar studies that illustrate the key analytical points and themes I developed based on my broader review.

15.     ***Opinion 1: Plaintiffs' experts' approach to the concept of "social media addiction" pathologizes normal behavior and normal brain processes.*** As I highlight in this report, the Plaintiffs' experts have put forward an unreliable concept and model of "social media addiction," which conflicts with scientifically validated models of addiction. In their reports, the Plaintiffs' experts improperly pathologize social behavior as well as the neural processes of

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

motivation and reward. Plaintiffs' experts imply that adolescents' desire to socialize online reflects a mental health disorder. Plaintiffs' experts pathologize and mischaracterize research showing that adolescents are motivated by social behavior online and find it rewarding. They inappropriately and incorrectly characterize research showing modest associations between normal neural activation and social media use (e.g., MRI stimuli, self-report measures of time spent online), as evidence of addiction and/or harm. They advance this position even though there are no published data substantiating the claim that these patterns of neural activation are evidence of addiction or harm. Furthermore, summaries included in the Plaintiffs' experts' reports of published scientific findings often contradict the stated conclusions of the original investigators who completed the studies.

16.     The misleading conclusions drawn in Plaintiffs' experts' reports do not align with a clear consensus in the scientific community. Plaintiffs' experts' reports ignore or dismiss the broader scientific literature and consensus reports, which have consistently found weak or non-significant relationships between: (a) social media use and brain structure/function and (b) social media use and mental health outcomes. Plaintiffs' experts dismiss and gloss over the fact that there is no clinically recognized definition of social media addiction, and it is not recognized as a disorder in the DSM-5. There also is little acknowledgement of the flawed and inconsistent approach to assess purported social media addiction, which leads to wildly differing prevalence rates ranging from 2-3% upward to 55%. Further, as has been demonstrated with analogous studies assessing behavioral addiction, the current "gold standard" assessment approach is exceedingly unreliable, as researchers have shown that reports of "addiction" to "friends" offline (i.e., in person) have similar prevalence rates or higher (e.g., Satchell et al 2021).

17.     ***Opinion 2: Plaintiffs' Experts' Claims That Social Media Use Causes Negative Mental Health Outcomes for Adolescents Is Not Supported By Reliable Evidence or Methods.*** As I underscore throughout my report, Plaintiffs' experts' unsupported scientific claims are not limited to pathologizing online social behavior, as they also claim that social media use generally causes mental health disorders. They reach this conclusion by highlighting the broadly co-

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

occurring rise in both social media use and reported prevalence of mental health disorders in young people in recent decades—making a fundamental scientific error of interpreting correlation as causation.

18.    Adding to the failure to differentiate correlation from causation, the Plaintiffs' experts also do not account for several other methodological limitations present across studies. Some of Plaintiffs' experts assert that longitudinal studies can unpack causal relationships given that they address issues of temporality. In most of the cited studies, however, results were weak or non-significant. Of the studies showing a significant association, there is a pervasive failure to account for confounding factors (e.g., current psychiatric disorders, current symptoms, adverse childhood experiences or trauma; see Section V below), which either in isolation or aggregate, likely better accounts for these associations. When there are significant associations, correlations are weak indicating that other factors are largely driving mental health challenges. Moreover, these longitudinal studies do not test the presence of mental health disorders, but rather, are focused on testing associations between social media use and psychiatric symptoms (e.g., anxiety symptoms) or well-being. Thus, they are not positioned to answer the question of whether social media use causes the onset of psychiatric disorders, and more broadly, generally fail to demonstrate that symptoms themselves are clinically significant (i.e., above a threshold that is clinically concerning) or impairing. The Plaintiffs' experts also fail to acknowledge the studies' deeply flawed methodology to assess social media use—generally reflecting a single item of "time spent on social media." It is well documented that youth do not accurately recall time spent on social media, typically vastly inflating the total time (e.g., Ellis, 2019). Moreover, total time spent online does not in any way reflect the nuanced way that youth interact with social media (e.g., scrolling, posting, watching videos, reading, etc.).

19.    Even in those cases where Plaintiffs' experts cite experiments or quasi-experiments that do attempt to account for limitations on causal inference, they still fail to acknowledge how unreliable these pieces of evidence are for making broad causal claims. These experimental studies have mixed results, but regardless, they are fundamentally limited by problems of external validity

and generalizability. For example, the experiments in this field of research (e.g., abstaining from social media for brief periods of time), notwithstanding their inconsistent results, are inappropriate for supporting broad causal conclusions because they take place under conditions in which participants: (i) are not masked or blinded to their randomization and (ii) know the hypotheses, which compromises the reliability of participants' reporting on outcomes (i.e., response bias). These flaws render these studies unreliable, particularly in trying to establish causation.

20.     ***Opinion 3: Plaintiffs' Experts Do Not Consider Potential Alternative Causal Mechanisms Driving Increased Adolescent Mental Health Struggles.*** Inexplicably, the Plaintiffs' experts do not rigorously consider the causal impact of any other factor—many of which I have outlined in this report (e.g., decreased access to mental health services, increased stress about gun violence and climate change, and the COVID-19 pandemic; see Section VI below)—that have plausibly influenced the rise in mental health disorders during this period. Further, they errantly claim that the scientific literature supports a causal relationship between social media use and internalizing disorders, despite most publications, meta-analyses, and consensus reports definitively concluding that the relationship between social media use and mental health disorders among youth is weak or non-significant.

21.     ***Opinion 4: Extant Research Has Not Demonstrated That Adolescents' Mental Health is Negatively Impacted by Specific Features of Social Media, Independent of Content.*** It is my understanding that one of the scientific questions at issue in this case is whether scientific evidence supports a causal link between use of specific features of social media platforms (as opposed to exposure to the user content on those platforms) and the onset of adolescent mental health disorders. It is my opinion that the evidence does not support such a link, and Plaintiffs' experts have not offered any meaningful evidence on this point, instead focusing overwhelmingly on studies of social media that do not differentiate features and content.

22.     ***Opinion 5: Plaintiffs' Experts' Application of the Bradford Hill Criteria is Neither Supported nor Reliable.*** Plaintiffs' experts' attempted application of the Bradford Hill

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

criteria in this case fails, which undermines their capacity to draw a causal link between adolescent social media use and psychiatric symptoms/disorders.

23.    ***Opinion 6: Dr. Hoover's and Dr. Osborne's Opinions That Social Media Use Causes Unique Harms in School Is Not Supported by Reliable Scientific Evidence.*** Plaintiffs' expert Dr. Sharon Hoover and Dr. Brian Osborne claim that social media use in schools both causes mental health issues and negatively impacts the learning environment. Dr. Hoover's and Dr. Osborne's opinions relating to a causal link between social media use and mental health disorders unsupported by reliable science or methodology.

24.    ***Opinion 7: Defendants' Internal Documents Are Not Scientifically Reliable Evidence of Causation.*** Plaintiffs' experts rely heavily on internal documents from various defendants even though these documents are inadequate to serve as reliable scientific evidence relevant to the questions of causation. These internal documents, when they are not just assertions of opinion, tend to be based on "user experience research" which was undertaken without using reliable and valid scientific approaches. Upon review of these documents and of the testimony of the researchers who produced them, it is clear that these "research" studies or surveys were not aimed at studying the causes of mental health disorders and were uniformly carried out with empirical methods that cannot show any population-level conclusions, much less causal determinations.

25.    For these reasons, discussed in greater detail below, Plaintiffs' experts' opinions are scientifically unreliable, as their conclusions are based on flawed methodologies and are at odds with considerable scientific evidence directly contradicting their assertions. Based on my experience and expertise, it is my opinion that Plaintiffs' experts' conclusions are not grounded in reliable scientific methodology.

## III.    Development in Adolescence

26.    Adolescence is a key phase of human development that prepares young people to be independent and autonomous. It is a period of social learning, found among all social species, where a young person develops their own identity and learns more deeply how to relate to other

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

people and navigate social structures (Erikson, 1968; Tanti et al., 2011). Adolescence is characterized by enormous neural, pubertal, social, and psychological changes (e.g., Nelson et al., 2005; Romer & Walker, 2006) and typified by an ongoing tension between childhood and adulthood. These developments in adolescents' identities give rise to internal and external challenges—often described as a period of *storm and stress*—which for some, results in wide-ranging mood disruptions, conflicts with guardians, and engagement in risky behaviors (Arnett, 1999). These challenges can arise in both offline and online settings. Although these challenges can be difficult to deal with in the moment, they are a normal and healthy part of adolescent development and core to the "coming of age" process.

### A.    Neural Development

27.    Adolescence is a critical period of neurobiological growth, as the brain undergoes structural and functional changes in gray and white matter (Sowell et al, 1999, 2003). Neuroimaging studies have highlighted key developmental differences in brain development during this time. Subcortical and limbic regions such as the amygdala and striatum—areas of the brain that are critical to emotional arousal and learning—mature more quickly than prefrontal regions of the brain—areas of the brain that are directly implicated in control, planning, and problem solving. This leads to a natural impulse among adolescents to seek out new experiences, particularly social experiences (e.g., form peer and romantic relationships). This pursuit of social relationships engages reward-related brain activity (e.g., striatum) and the dopamine system (Kumar et al., 2019; Pagliaccio et al., 2023).

28.    The differential brain development within the limbic and prefrontal regions, and the behavioral changes that accompany this, serve an important developmental function. Models of both animals (e.g., Spear, 2000) and humans (e.g., Casey et al., 2008, 2011; Ernst et al., 2006) suggest that adolescence is a critical transitional period where people grow and learn precisely because they are less inhibited. Adolescents typically exhibit a tendency to act without the full consideration of long-term consequences. Over time, as the prefrontal cortex develops, it helps with tempering adolescents' impulsiveness (Hare, 2008). At the same time, these reduced

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

inhibitions during childhood and adolescence are essential for helping youth push beyond their own natural boundaries of discovery, allowing them to identify new passions and future goals.

## B.    Social Changes

29.    Adolescence is a period of substantial social upheaval. Indeed, as discussed above, social learning is perhaps the core function of adolescence. Adolescents exhibit greater reliance on peer support (e.g., Collins & Steinberg, 2006; Tanti et al., 2011; Wray-Lake et al., 2016), as they pursue romantic relationships and social status (Collins & Steinberg, 2006) and cultivate enhanced autonomy, particularly from parents (Daddis, 2011). It is not uncommon for shifts in social relationships to result in interpersonal stress (i.e., relational stress), especially as adolescents learn to navigate challenging social complexities and nuances (e.g., Eberhart & Hammen, 2009; Troop-Gordon et al., 2017). Evidence shows that older adolescents, relative to younger adolescents (i.e., high school versus middle school aged youth), experience more stressors, especially in domains related to family, friends, and school. Notable sex differences also appear, with older girls, relative to boys, reporting a higher number of friend-related stressful events (Larson & Ham, 1993).

30.    Several theoretical models account for the role of interpersonal stressors in the occurrence of psychiatric symptoms and disorders. For example, Hammen (1991) introduced the concept of "stress generation," which posits that the stress arises both from individuals' own characteristics and their environments. Initial research among adolescents (e.g., Hammen & Brennan, 2001; Patton et al., 2003) focusing on stress generation showed that individuals with a history of major depressive disorder were more likely to experience greater relational or interpersonal stressors over time, which then conferred increased risk for subsequent depressive episodes over time. Research also demonstrated that a wide range of risk factors (e.g., parental psychiatric disorders, early adversity, low self-esteem) may lead to interpersonal stress exposures, which over time may then lead to the occurrence of psychiatric disorders (e.g., Hankin, Kassel & Abela, 2005; Joiner et al., 2005; Caldwell et al., 2004). Other research has shown that individuals who develop depression may become more sensitive to stressors, such that less severe life stressors can trigger future depression (Monroe & Harkness, 2005; Rudolph & Flynn, 2007).

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

31.     At the same time, navigation of these formative experiences with social stress is a critical piece of adolescent development. Indeed, an individual's ability to thrive as a healthy adult is often a direct consequence of having experienced and learned to effectively tolerate, manage, and overcome stress during adolescence.

*     *     *

32.     Adolescence is a period of substantial developmental upheaval with a wide range of expected and normal changes that have enormous short- and long-term benefits. These include the pursuit of independence and autonomy, pubertal growth that often stimulates independence, the exploration of romantic relationships and sexual identities, and neural changes that favor impulsive over planned actions. From time immemorial, the timing, course, and context of these changes have meant that adolescence is a typical period for the onset of psychiatric disorders. This is particularly true when these factors are joined with other known vulnerabilities (e.g., certain parenting styles, learning disabilities, bullying, earlier pubertal onset, economic disadvantage, reduced access to clinical care). Notwithstanding, opportunities for learning, self-expression, and social interaction provide adolescents critical tools for healthy development. As discussed further below, social media platforms are one way in which adolescents capitalize on these opportunities to further their individual and interpersonal development through fostering social connectedness and support.

**IV.    Opinion 1: Plaintiffs' experts' approach to the concept of "social media addiction" pathologizes normal behavior and normal brain processes.**

      **A.    Unreliability of Behavioral Addiction Criteria.**

33.     At present, social media addiction is not recognized as a psychiatric disorder. There are no universally agreed upon criteria for assessing addiction to social media, and it is not a psychiatric disorder that appears in the DSM-5. The DSM-5 is the diagnostic manual of recognized mental disorders published by the American Psychiatric Association, which provides a standardized means of classifying and diagnosing all psychiatric disorders. Specifically, it details

14

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

the diagnostic criteria (i.e., symptoms) for all recognized psychiatric disorders and provides a common language for patients, clinicians, researchers, and the public sector.

34.     Plaintiffs' experts imply that the "addiction" criteria that apply to substances (e.g., drugs, alcohol, nicotine) and behaviors (e.g., internet, gaming) are the same, and further, they suggest that the recognition of "social media addiction" as a psychiatric disorder is imminent (e.g., see Lembke, p. 12). However, the Plaintiffs' experts' reports fail to recognize that the scientific community is skeptical of pathologizing social media use as a disorder, particularly given the use of assessment tools that are unreliable.

35.     Most research that has explored the idea of social media addiction has relied on self-report measures (e.g., Bergen Facebook Addiction Scale [Andreassen et al., 2012], Bergen Social Media Addiction Scale [Andreassen et al., 2017]), which have not established specific cut-offs that are validated as reliable scores indicative of an addiction. For example, the Bergen Social Media Addiction Scale is a 6-item self-report measure that rates items on a scale from 1 (*very rarely*) to 5 (*very often*). The items assessed are based on Griffiths' "components" model of addiction. They are: (a) salience (i.e., importance of activity), (b) tolerance (i.e., increased time/effort to achieve same effect), (c) mood modification (i.e., use to change/enhance mood), (d) relapse (i.e., loss of control), (e) withdrawal symptoms, and (f) conflict (i.e., problems with friends/family regarding use) (Griffiths, 2005). Problematically, among researchers who have used this scale, there is no universally accepted cutoff score to establish the presence of purported social media addiction (see Bányai et al., 2017 [cutoff score = 19] versus Luo et al., 2021 [cutoff score = 24]) as examples of studies using different cutoff scores).

36.     Although Griffiths' components model of addiction may be well-suited to characterize alcohol, tobacco, and drug use disorders, recent research has shown that it may prove problematic when focusing on potential behavioral addictions (i.e., situations wherein there is not an addictive substance). In the context of evaluating certain behaviors as addictive or not, there is a tendency to pathologize peripheral behaviors (e.g., frequency of use). Specifically, research focusing on behavioral addiction has often relied on what is known as a "confirmatory approach,"

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

whereby greater engagement in appetitive behaviors (i.e., experiences and activities one enjoys) is *a priori* operationalized as an addictive disorder (Billieux et al., 2015; Flayelle et al., 2022). Measures, such as the Bergen Social Media Addiction Scale, are then constructed around the premise that "more use is problematic," which has led to over-pathologizing a wide range of behaviors (e.g., Kardefelt-Winther et al., 2017; Satchell et al., 2021).

37.    This fundamental flaw is similarly problematic and misleading in the context of social media use. Most of this research has focused on "time spent on social media" as an indicator of purported addiction (e.g., Fournier et al., 2023), but time spent may simply reflect the adolescent drive to use technology to socialize with peers, which is developmentally normative and appropriate. Social media is a forum for diverse social interactions. Therefore, frequency of use is a poor indicator of addiction in the context of social behaviors.

38.    Research also has tested whether the Bergen Social Media Addiction Scale sufficiently discriminates pathological versus non-pathological behaviors. Using four independent samples (N=4,256 participants), results revealed that the items on that scale, which are self-reported by participants, do not permit a unitary measurement that reliably assesses any purported social media addiction. Consistent with prior research that has assessed behavioral addiction scales, the factor assessing tolerance and salience did not show any association with psychiatric symptoms. This strongly suggests that the scale pathologizes engagement in appetitive behaviors and fails to distinguish between non-pathological and pathological behavior (Charlton et al., 2007, Fournier et al., 2023). This helps explain the wildly inaccurate and inflated prevalence rates that plaintiffs' experts offer for social media addiction (e.g., 55%, Lembke p. 27).

39.    To demonstrate the tendency to over pathologize normative behaviors and the problematic approach of using current self-report measures probing social media addiction, a recent study developed an Offline-Friendship Addiction Questionnaire (O-FAQ) using reworded items from measures commonly used to classify potential social media addiction. Similar to substance use and social media addiction measures, the O-FAQ assesses both the frequency of the activity and the desire/motivation to pursue the activity (i.e., spending time with friends offline)—

which is in line with Griffiths' components model (Griffiths, 2005). In a large undergraduate student sample (n = 807), 69% were classified as "addicted" to their friends. This study poignantly demonstrates that current social media addiction measures (as well as this offline friendship addiction measure), which have been adapted from models focused on substance misuse, are not appropriate for accurately identifying problematic behaviors. Namely, there is a strong tendency to mischaracterize developmentally normative behaviors (e.g., adolescent pursuit of community and connectedness) by misrepresenting them as pathological (Satchell et al., 2021; see also, Calvo et al., 2018; Flayelle et al., 2019).

40.    To reiterate, there is no widely accepted clinical concept of "social media addiction," and presently, it is not recognized as a disorder in the DSM-5. The most frequently used tool to assess social media addiction (i.e., Bergen Social Media Addiction Scale) relies on a model that is poorly suited for behavioral addiction, as it was originally developed to explain features in the context of addiction to substances (e.g., alcohol, drugs). The components model pathologizes frequency of use, and rigorous research focused on behaviors (e.g., social media, internet use, online gaming) has demonstrated that frequency of engagement is neither related to psychiatric symptoms nor capable of distinguishing non-pathological and pathological behaviors (Calvo et al., 2018; Charlton et al., 2007; Flayelle et al., 2019; Fournier et al., 2023).

**B.    Pathologizing Social Behavior.**

41.    Adolescence is characterized by a drive to engage socially with peers, which is developmentally normative and appropriate. Social media use is one environment for this social drive, and the American Psychological Association Health Advisory on Social Media Use in Adolescence (APA, 2023), highlights many potential benefits, including: (a) youth psychological development may benefit from online social interaction when aiming to connect with peers experiencing similar health conditions, (b) youth experiencing depression or social anxiety may benefit from interactions on social media platforms, as it could afford more control and practice (i.e., learning how to engage same-aged peers), and (c) youth experiencing mental health crises may benefit, particularly in the context of marginalized groups, as they may foster support through

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

communities found on social media (particularly when unable to discuss with a parent or caregiver) ( e.g., Karim et al., 2022).

42.     Plaintiffs' experts, however, regularly disregard these potential benefits acknowledged by broader expert consensus. Dr. Telzer (p. 58) for instance, characterizes social media as a predominantly negative space for adolescents saying, "*This heightened affective salience makes adolescents especially sensitive to the emotional highs and lows of digital interactions. For example, receiving a positive comment or a large number of likes on social media may feel disproportionately rewarding, reinforcing continued engagement. Conversely, a perceived slight, such as a lack of responses to a post or being excluded from an online group, may feel disproportionately painful, increasing vulnerability to social anxiety or mood disturbances. The unpredictability of these emotionally charged interactions makes social media particularly compelling for adolescents, as they continually seek positive reinforcement while remaining hyper-aware of potential social threats.*"

43.     The challenge in Dr. Telzer's reasoning is that to some extent, she describes nearly every facet of the adolescent social experience. From a developmental perspective, adolescence is a period characterized by a heightened engagement with peers, drive for social status, exploration of romantic relationships, and autonomy from parents. Accordingly, any social environment (e.g., school, extracurriculars) reflects an opportunity for social acceptance and rejection where on the one hand youth may seek "*positive reinforcement*" and on the other hand are "*remaining hyper-aware of potential social threats.*" However, it is notable that Dr. Telzer seems to suggest that the existential threat of "*vulnerability to social anxiety and mood disturbances*" is specific and perhaps greatest on social media. Here again, this conclusion is difficult to follow insomuch as nearly every meta-analysis has found either a non-significant or extremely weak association between social media and mental health symptoms (wherein a weak association suggests that there are other factors that can explain this association). These empirical findings are consistent with expert and consensus reports (e.g., National Academies of Sciences, Engineering, and Medicine, Lancet

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

Commission, American Psychological Association), which, after assembling global experts to review the published data, have reported that social media does not cause mental health disorders.

### C.    Pathologizing the Brain's Reward System.

44.    The Plaintiffs' experts' pathologize the role of dopamine, inaccurately reducing the role of dopamine to a pleasure chemical and implying that engagement of the dopaminergic systems in the brain is inherently dangerous and leads to addiction. This is not a mere over-simplification but is an unscientific mischaracterization of dopamine's multifaceted and complex role in the brain. Dopamine is a naturally occurring brain chemical that plays a vital role in a wide range of functions: attention, learning, memory, motivation, movement, and reward processing.

45.    Plaintiffs' experts grossly simplify the role of dopamine, suggesting that the release of dopamine in the context of socially rewarding stimuli is tantamount to the experience of consuming an addictive substance. Published data do not support this misguided conclusion. Plaintiffs' experts suggest that there is something clinically meaningful about functional MRI studies that have shown weak associations suggesting that youth brains are activated (e.g., striatum) when presented with social media stimuli. However, these results are not surprising or notable, as these brain activation patterns merely reflect what the brain is meant to be doing and are not indicative of harm or addiction.

46.    Additionally, Plaintiffs' experts rely on structural MRI studies (i.e., focused on white and grey matter volume in particular brain regions) that highlight weak associations between brain structure (in similar brain regions) and self-report measures of social media use (e.g., time spent on social media; e.g., Paulus et al., 2019). As a whole, these studies produce mostly non-statistically significant results and generally lack causal power, but perhaps even more importantly, the results do not highlight anything that is clinically meaningful or concerning. They provide no evidence that the structural variation observed in these studies is related to psychiatric symptoms or disorders, nor do they demonstrate that social media use causes it. The Plaintiffs' experts present findings as if there is a "veritable smoking gun," but in fact they present no evidence that social

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

media use is negatively affecting the brain. This poorly constructed and somewhat incomprehensible narrative is problematic for several reasons.

47.    First, while research has shown that people's positive responses to giving and receiving "likes" on social media correlate with certain brain activity (e.g., Sherman et al., 2016, 2018), this is neither surprising nor concerning as it merely reflects how the brain responds to any number of rewarding stimuli (e.g., receipt of food, presentation with engaging images, peer acceptance). These studies, however, do not show any relationship between these brain activation patterns (e.g., greater activation in the striatum) and impairment (e.g., addiction, psychiatric symptoms). Said differently, the brain is doing exactly what it should be doing in the context of these stimuli, which is what the brain does when giving and receiving affirmation in other social settings (e.g., in person).

48.    Second, most research assessing the relationship between brain activation and purported social media addiction is non-significant. Associations reported are weak and typically rely on unreliable self-report measures on social media use (e.g., on average, how much time did you spend on social media per day over the past 2 weeks). These measures are exceedingly unreliable, as respondents generally overestimate the amount of time spent on social media. Moreover, the cross-sectional nature of these studies precludes the establishment of causation, and results are further compromised by the lack of inclusion of known confounders (e.g., psychiatric disorders) that are likely to influence social media use.

49.    Third, the Plaintiffs' expert reports often misrepresent the studies they cite. For example, in Dr. Lembke's report (p. 33) when summarizing findings from the Flannery et al. (2024) article she states that, "*Flannery et al. have shown tolerance to social media.*" This assertion is surprising given that the study investigators within the published paper clearly state that (p. 7), "*information on social media exposure and use behaviors before and across pubertal development was not available. As such, we could not explore hypotheses regarding neural desensitization to social feedback due to accumulating exposure via social media use.*"

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

50.      As another example, Dr. Lembke (p. 82) suggests that the Liu et al. (2022) meta-analysis provides strong evidence for the relationship between social media on psychiatric disorders. Again, this contradicts the stated conclusion from the study investigators (p. 13), "...*all included studies were observational, in which the results may be influenced by other potential covariates not yet considered. Hence, we cannot speak to causality in the interpretation of the results*."

51.      Fourth, Plaintiffs' experts often point to dopamine related research results that do not even involve social media use in adolescents. For instance, Dr. Lembke repeatedly cites, and seems to put great stock in, a single observational study of twelve South Korean adult men that showed a correlation between these men's scores on two "components model" style "internet addiction" scales and striatal D2 receptor availability (Kim et al., 2011). As should be evident, it is not scientifically appropriate to extrapolate findings from this cross-sectional study which relies on a distally related topic and was conducted in an underpowered and unrelated sample, to make causal connections between social media use and adverse brain effects among American adolescents. Not only was this a merely observational study of a very, very small sample of adult men in a different country (with only 5/12 of these participants evincing Internet addiction), but the researchers also gave no indication of exactly what on the internet these men were supposedly addicted to (their discussion of their previous research mentions gaming, but this is unclear).

52.      Last, there are no data showing that dopamine release in the context of social media use leads to addiction. This is not surprising, because the suggestion that this happens is based on a gross over-simplification of dopamine—i.e., that dopamine release is indicative of addiction. As with the fMRI data observing brain activation associated with "likes," dopaminergic projections are completely expected and normal in the context of social rewards (as well as receipt of food, affection, positive experiences, etc.). Dopamine is released in a wide range of contexts—the vast majority of which are benign and not associated with addiction. It is puzzling that Plaintiffs' expert reports draw definitive, unwavering conclusions about the role of dopamine in the context of social

21

media use insomuch as they do not cite a single published study that has observed aberrant dopamine patterns in the context of social media use.

**D.      Fundamental Methodological Errors in Interpreting Neurobiological Studies.**

53.      Magnetic resonance imaging (MRI) is a non-invasive approach for assessing brain function and structure (the participant lays flat in the MRI scanner and no contrast dyes are injected prior to the scan). Both functional (i.e., resting and task-based MRI) and structural MRI are commonly used in psychiatric research among adolescents. Functional MRI (fMRI) assesses both resting state as well as task-based brain activity. The fMRI scans measure blood-oxygen-level-dependent (BOLD) signal (i.e., blood flow) to different regions of the brain. An increased BOLD signal within a given region reflects increased blood flow, which reflect increased neuronal activity. BOLD activity is assessed over the course of seconds, which is quite a crude measure given the rapid speed with which the brain is engaging sensory (e.g., seeing, hearing) and cognitive processes (e.g., planning, memory)—generally occurring in the 100s of milliseconds range. Accordingly, fMRI studies do not have the capacity to map circuit-level or neuron-level information, as would be the case with electrodes implanted in the brain. Rather, through fMRI, we derive a relatively coarse measure of which brain regions are engaged. Resting state fMRI measures brain activity with a person's eyes open or closed, and it is believed to reflect the natural state of the brain without any external stimuli (e.g., pictures, task demands). By contrast, task-based fMRI measures BOLD signal while an individual completes a task in the scanner (e.g., a computer game), and it is intended to engage specific regions of the brain (e.g., reward-related functioning, control functioning). Structural MRI by contrast measures the volume and shape of brain regions at a given time.

54.      These methods are frequently used to probe neural markers for psychiatric disorders. Part of the challenge in identifying neural markers of psychiatric disorders in adolescents is related to study design issues (e.g., small sample sizes, non-representative samples, cross-sectional designs; these limitations are elaborated in ¶¶56). The other challenge is that adolescence is a critical developmental period that is characterized by maturation of the brain,

EXPERT REBUTTAL REPORT OF DR. RANDY AUERBACH TO PI/SD PLAINTIFFS' EXPERTS— MDL NO. 3047

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

particularly in its frontal regions. Foundational research has mapped out typical cortical growth trajectories across childhood and adolescence (see Gogtay et al., 2004). Although this does provide an opportunity to identify potential deficits in brain development, there are many instances in which deviations in cortical growth did not persist, and the differences at a given point in time merely reflect a growth delay (Shaw et al., 2011). This underscores the importance of using longitudinal approaches—including multiple MRI scans—over extended periods of time throughout adolescence, as an alteration in neural functioning or structure at any given time point may merely reflect a temporary growth delay, and accordingly, not a true developmental deficit.

55.     In the extant neuroimaging research related to social media, most studies are cross-sectional, which cannot distill causality nor tease apart whether activity patterns are a deficit versus a delay. Most studies used resting state MRI, which, again, observes what the brain is doing at rest without any visual stimuli or a task (e.g., completing a game in the MRI scanner). Few studies used tasks in the MRI scanner to interrogate specific behaviors (e.g., cognitive control). A small minority of studies tested associations between social media use and brain structure volume. Most critically, to demonstrate that social media adversely affects brain development, research would need to demonstrate that: (a) social media use has a prospective (not correlational or cross-sectional) impact on a brain activation pattern, and (b) this brain activation pattern also is related to negative outcomes (accounting for known confounders). The research to date does not establish these connections. Therefore, it is my opinion that these studies do not provide evidence of a causal link between social media use and negative adolescent brain development.

56.     The Plaintiffs' experts' reports consistently misrepresent or overstate extant findings. For example, Plaintiffs' experts frequently imply that MRI data showing benign brain activity is reflective of persistent and problematic brain changes. Plaintiffs' experts claim that brain activation in the context of social reward evidence is inherently reflective of "addiction," but these brain activation patterns would be nearly identical for in-person socialization (as they are for other rewards–e.g., food). Furthermore, these determinations are unreliable insomuch as nearly all of

23

this research is cross-sectional and thus, cannot establish the temporality that is essential to arrive at a determination of causation.

57.    For example, in Dr. Telzer's expert report (p. 71), she states, "*Neuroimaging research has shown that social media use may impair the executive control network in the brain. Studies using neuroimaging have shown that frequent social media engagement is associated with heightened activity in the brain's reward-related regions, such as the ventral striatum, which reinforces immediate gratification (Maza et al., 2023).*" This study, however, tested how social media checking behaviors at age 12 was associated with brain activation over time. The study has substantial methodological limitations, which undermine the reported findings. Specifically, it was reliant on a crude self-report measure probing the frequency of checking social media (versus objective use markers). Perhaps more centrally, the study design did not account for other known influences—many of which are well-known correlates of brain patterns reported—that better account for reported brain activation, including puberty and psychiatric symptoms (e.g., greater loneliness may be related to more frequent checking of social media).

58.    Relatedly, as mentioned above, Dr. Lembke's expert report (p. 16) refers several times to the Kim et al. (2011) study, "*Reduced striatal dopamine D2 receptors in people with Internet addiction.*" This study is presented as "definitive" evidence of a perturbed dopamine system in the context of social media addiction, yet there are overwhelming methodological limitations of note, as discussed above. First, the study used unrepresentative and underpowered sampling as it included a total of twelve men with a mean age of ~23-years-old residing in South Korea. Second, the investigators then conducted a case-control design comparing the 5 adult men recruited from "internet addiction clinics" (with no explanation of what behaviors the 5 men engaged in to end up at those clinics) with 7 age-matched controls. As should be evident, this is not reflective of a strong scientific method, as this certainly is not sufficiently powered to draw reliable and reproducible results. Last, the study was purely correlational and did not control for well-known factors that might have otherwise accounted for the observed association (e.g., lifetime history of major depression). Despite these clear scientific limitations, Dr. Lembke seems to

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

suggest that these research findings (as well as others with similar methodological limitations) provide a foundation to understand the causal impact of social media use on the dopamine system. From my perspective as a clinical researcher, it is deeply problematic to attempt to draw definitive conclusions about how social media use may impact the brain, if at all, based on significantly underpowered findings from a possibly related but poorly described and distant realm of behavior with a sample that is not reflective of youth in the United States (e.g., Kim et al., 2011).

### *Study Limitations.*

59.     Overall, the current research focused on social media and brain function/structure is characterized by substantial limitations, and statistically significant findings should be interpreted with caution. Specific study design limitations are discussed below; however, the primary challenges that cut across almost all study designs include the following.

   a. *Failure to Distinguish Normal Brain Activity from Negative Brain Alterations*. A few studies show an association between social media use and brain activity. However, this is unsurprising, in that online content, like any content or sensory stimulus, will engage different brain regions. Brain activation is a normal and expected response, occurring following both online and offline experiences— the vast majority of which is not harmful but rather *goal directed*, as different brain regions are activated according to function (e.g., hearing, touching, working memory, planning, and rewarding experiences). It is critical, therefore, to also evaluate whether observed brain activity is associated with some degree of impairment (e.g., psychiatric symptoms). None of the existing research demonstrates that the brain activity studied impacts adolescent functioning (e.g., symptoms, maladaptive behaviors).

   b. *Sampling*. In the majority of studies, the sample sizes are very small (e.g., <50 participants) and, accordingly, definitive conclusions cannot be drawn. Small sample sizes reduce reliability and reproducibility of neuroimaging findings (Cremers et al., 2017; Marek et al., 2022; Poldrack et al., 2017). That is,

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

findings may be spurious and not replicable. It is surprising that Dr. Telzer seems to suggest that smaller sample sizes may not be an impasse to high quality MRI research (pp. 178-180). Rather, Dr. Telzer suggests that this considerable limitation may be overcome if there are repeated scans or reliable tasks. However, most of the research relied on in her report is cross-sectional—that is, there are not repeated MRI scans over time. Moreover, task-based MRI yields notoriously poor reliability (e.g., Elliott et al., 2020). It is also worth noting that in many recent papers, Dr. Telzer acknowledges small sample sizes (i.e., <50 participants) as a limitation in in her own work focused on neural sensitivity to peer feedback. For example, in a study including 38 adolescents, her publication notes, "*...there are limitations of the present study. Notable among these is the fact that the sample was small, and future studies that replicate this pattern of findings in a larger group of youth are essential*" (Davis et al., 2024; p. 8).

c. *Study Design*. Many studies are cross-sectional, meaning brain function and structure as well as social media use are obtained at a single time point. This precludes the ability to identify cause and effect. Meaning, there is no way to ascertain whether social media caused brain changes, or rather, whether specific neural alterations lead people to use social media more frequently.

d. *Pubertal Effect*. Most research does not account for pubertal changes. Adolescence is a period of substantial brain development in the prefrontal cortex (which engages planning and problem-solving). Thus, analyses should account for developmental differences, across research subjects. As adolescents do not all go through puberty at the same age or the same pace, accounting for age in analyses is not sufficient. Rather, rigorous research in youth must control for the physical advance of puberty, which impacts brain development (Blakemore et al., 2010), using benchmarks such as "Tanner stages" which can

determine whether effects observed are robust to pubertal effects among participants. Most of these studies do not account for puberty in their analyses.

e. *Characterizing Psychiatric States*. Brain alterations have been observed in a range of psychiatric disorders, such as anxiety, depression, and substance use. Thus, any brain scan analyses must demonstrate that any brain alterations associated with social media use persist when accounting for the individual's psychiatric history (e.g., lifetime diagnoses, current symptoms). This is critical because associations observed in these studies may otherwise be accounted for by the presence of the individual's psychiatric disorders more generally, as opposed to the individual's social media engagement specifically.

f. *Self-Report Assessment of Social Media Use*. Assessment of social media use relies almost exclusively on self-report assessments of participants' own use. Research has shown that youth are largely unable to accurately assess use patterns over extended periods of time, as the tendency is for youth to vastly overestimate their social media use (e.g., Boyle et al., 2022). Moreover, usage patterns may be susceptible to a number of biases (e.g., social desirability, mood-related effects), which compromise the accuracy of self-reported social media use (e.g., Boyle et al., 2022).

g. *Divergent Independent Variable Measures*. Many studies do not focus specifically on social media use. Rather, the study of social media use is often subsumed within a broader umbrella of behaviors, including internet use, smartphone use, gaming, and streaming videos. Critically, exposures substantially differ across these media. The focus on a broad umbrella of behaviors as a proxy for social media use is deeply problematic given the range of activities this includes, across both passive (e.g., searching the internet, reading news, watching videos) and active (e.g., texting peers/family, posting online) approaches. Given the range of activities, these studies cannot draw any

27

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

definitive conclusion about the unique and direct impact of social media use—let alone the impact of any specific platform or feature—on the developing adolescent brain.

h.  *Failure to Assess Social Media Behaviors with Objective Measures.* The majority of studies do not obtain objective assessments of social media use. Objective assessments are necessary to better contextualize *what* youth are doing on social media (e.g., scrolling, posting, messaging, etc.). Given the range of potential social media behaviors, such objective assessments are essential, as they may provide more concrete information about social media use and potential adolescent behavioral outcomes (e.g., do specific activities on social media result in prosocial behaviors?).

### Cross-sectional Neuroimaging Studies.

60.     The exemplar cross-sectional studies I discuss in this section (several of which Plaintiffs' experts rely on) were based on task-based fMRI and resting state fMRI. As noted, these fMRI studies were generally characterized by small sample sizes, and their analyses did not account for other known influences on brain function (e.g., puberty, lifetime history of psychiatric disorders). These studies did not include an objective assessment of social media use; rather, limited self-report measures were used, and, in some instances, research relied on a composite score that reflected overall screen media activity (i.e., watching tv/videos, playing video games, using social media) (e.g., Paulus et al., 2019).

61.     Two studies (relied on heavily by Plaintiffs' experts) report statistically significant associations between social media use and brain activity (e.g., Sherman et al., 2016; Sherman et al., 2018a) in the context of testing the giving and receiving of "likes" in an Instagram-type MRI task. This association, however, is neither surprising nor concerning since it merely reflects how the brain responds to gratifying experiences, which is similar and expected as to how the brain would respond to any analogous reward-related stimuli in the MRI scanner (e.g., receipt of food, presentation with engaging images, peer acceptance). One study probed brain activity while

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

participants viewed TikTok videos personalized for the preferences versus general selections (Su et al., 2021). Unsurprisingly, this led to greater default mode network connectivity patterns—again, this is expected, as the default mode network reflects self-referential processing. Thus, it is expected that there would be greater activity (or upregulation) if the video content is more self-relevant—this is not reflective of aberrant brain activity.

### *Longitudinal Neuroimaging Studies.*

62.    Similar methodological challenges are present in longitudinal neuroimaging studies of social media use, including but not limited to a failure to account for pubertal development (which has known influences on brain function), lifetime psychiatric history or current symptoms, poor/limited assessment of social media use, and failure to account for psychiatric medication use. Generally, sample sizes are small, which reduces the rigor and reproducibility of findings. Whether in isolation or aggregate, these confounders have profound implications for data interpretability.

63.    Again, some studies found statistically significant associations between social media use and brain activity, but those studies have methodological limitations that prevent any causal inference (e.g., He et al., 2023; Kang et al. 2023; Maza et al., 2023). These studies relied on a crude self-reported assessment of social media use (e.g., frequency of checking social media) with a liberal data analytic approach that may be prone to false positives (i.e., showing associations that are significant but only because a greater number of analyses were conducted, which increases the probability of one association being statistically significant). Moreover, the Kang et al. study of college students failed to account for other known likely influences on social media use (e.g., psychiatric symptoms, lifetime diagnoses, the influence of the COVID-19 pandemic in which the study was situated) that are more likely to influence the frequency of social media use (e.g., Steinsbekk et al., 2023). Similarly, in the Maza et al. study (heavily relied on by Plaintiffs' experts), fMRI data were acquired when participants completed a social incentive delay task to interrogate the brain activation during the anticipation of reward, punishment, and neutral feedback. There were no task effects (i.e., differences in patterns of brain activation for reward versus punishment), and therefore, brain activation patterns are provided irrespective of the trial type (i.e., reward,

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

punishment). Said differently, results did not differ for trials in which participants were anticipating reward versus punishment feedback (participants were aware that on a given trial whether they were to receive either reward or punishment feedback). This non-significant finding was not expected, and accordingly, makes interpreting results speculative. Further, despite assessments occurring during a peak period of anxiety and depression during adolescence, the study did not attempt to control for the presence of any symptoms or diagnoses. Again, this is a serious methodological flaw because it may be the case that youth experiencing certain symptoms exhibit different brain activations and are also more likely to use social media more frequently (e.g., greater loneliness and sadness may lead to more frequent social media use; e.g., Steinsbekk et al., 2023). Conversely, most longitudinal studies found a non-significant relationship between social media use and brain function (e.g., Achterberg 2022; Flannery et al., 2024; He et al., 2025; Miller et al., 2023).

64.     Overall, given the deeply flawed methods employed (e.g., unreliable assessments of social media, failure to assess and account for symptoms/disorders, failure to assess puberty) within extant research (e.g., He et al., 2023; Kang et al., 2023; Maza et al., 2023), coupled with the fact that most studies show non-significant associations, this research does not support a claim that social media use causes clinically significant brain-related changes much less brain changes that would indicate the onset of a psychiatric disorder.

### *Review Articles Focused on Neuroimaging.*

65.     Review articles present similar methodological challenges to the individual studies discussed thus far.  For example, with respect to Wadsley et al. (2023), 12 of 28 studies included had sample sizes of fewer than 50 participants (i.e., too few participants to obtain a reliable association). Only 4 out of 28 studies—but only 3 of the 28 unique samples—included adolescents with an average age of 18-years-old or younger. Thus, the vast majority of this research was conducted in young adults or adults. This is challenging because: (a) adolescent social media habits likely differ from those of adults and (b) other underlying factors, including preexisting psychiatric disorders, may drive adolescent social media use. Said differently, without accounting for potential

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

underlying disorders and symptoms, it is not clear what is contributing to neural alterations (to the extent alterations exist at all). Critically, the vast majority of the research was cross-sectional, as only 3 out of 28 studies included a longitudinal design, and only 2 out of 28 studies completed more than one fMRI recording, which would be needed to potentially establish that persistent social media use changed brain activity.

66.     As another example, Marciano et al. (2021) was primarily focused on providing an overview focused on the neural correlates of screen time, smartphone use, and/or internet addiction, as opposed to neural correlates of social media use. As with much of the summarized research, the correlates considered were generally not clinically problematic or concerning on the amounts and contexts considered. Yet, the results are inconclusive given that: (a) nearly every study was cross-sectional, which precludes the ability to disambiguate cause versus effect, (b) studies focused primarily on screen time, smartphone use, and/or internet addiction (i.e., studies did not focus on social media use), and (c) most studies relied on very small sample sizes, which limit the reliability and representativeness of the findings. The scoping review summarized a wide range of significant and non-significant associations (often conflicting across studies). However, the substantial limitations of the largely cross-sectional research included undermine the ability to draw any definitive conclusions about causation regarding social media, particularly insomuch as studies included did not even assess social media use specifically.

*       *       *

67.     In summary, research focused on directly addressing associations between brain activation patterns and social media use does not support a causal link between social media use and any changes in brain development or function, much less demonstrable impairment or harm. Plaintiffs' experts instead focus on tangentially related research, which is mired by substantial limitations (e.g., small sample sizes, not representative of US adolescents, cross-sectional study designs) that render the conclusions drawn unreliable. Accordingly, I conclude that the existing evidence does not support a conclusion that social media use adversely affects adolescent brain development. Moreover, evidence also does not show that brain-related changes resulting from

31

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

social media use are then associated with negative outcomes (e.g., increased psychiatric symptoms, social support impairment).

## V.    Opinion 2: Plaintiffs' Experts' Claims That Social Media Use Causes Negative Mental Health Outcomes for Adolescents Is Not Supported By Reliable Evidence or Methods

68.    Plaintiffs' experts assert that social media use has caused increases in the emergence of psychiatric disorders among adolescents. However, the empirical evidence does not support this claim.

### *Evaluating the Evidence.*

69.    In this section, I examine representative research focused on assessing the relationship between social media use and adverse mental health outcomes, including the studies on which Plaintiffs' experts primarily rely. Given the focus on causality, cross-sectional articles were de-emphasized as these studies cannot disambiguate cause versus effect (i.e., temporality). Rather, studies with longitudinal or experimental designs generally have greater potential to inform causation. Reviews, particularly systematic reviews, provide expert perspectives on extant challenges within the field, with meta-analyses synthesizing results from multiple studies and thus reducing bias and improving reliability of results. Meta-analyses that only consider cross-sectional data, however, are subject to the same limitations as the underlying studies and cannot support a causal inference.

70.    As described below in the summaries of each category (i.e., cross-sectional, longitudinal, and experimental studies), there are substantial methodological limitations in the extant research, including the following:

  a. *Failure to Measure Plaintiffs' Experts' Alleged Harms as Outcomes*. The research that Plaintiffs' experts cite tends to measure a variety of outcomes relating to potential changes in symptoms such as affect or mood, and not whether social media use leads to the onset of mental health disorders (e.g., Riehm et al., 2019; Twenge et al., 2018). Therefore, these studies cannot substantiate Plaintiffs'

32

experts' claims that social media causes mental health disorders (e.g., major depressive disorders, anxiety disorders). Studies that assess symptoms (but not disorders) also fail to demonstrate that these symptoms are clinically impairing, which is critical as statistical significance is not synonymous with clinically meaningful (i.e., not associated with symptoms above thresholds that would be impairing).

b. *Self-Report Assessments of Social Media Use*. The assessment of social media use in many of the studies Plaintiffs' experts rely on is deeply flawed. Consistent with the published research in this area, these studies tend to utilize self-report assessments (often single item measures) of screen time or time spent on social media (e.g., Achterberg et al., 2022; Maza et al., 2023). Screen time includes a broad suite of activities, including social media, gaming, reading, streaming videos, and internet browsing, and thus, it is not an appropriate or reliable proxy for social media engagement. Indeed, even "social media" does not capture a uniform category of activities, which can vary substantially within and across platforms. Moreover, self-reported measurements of time spent on social media are also deeply problematic. It is well established that youth cannot recall with accuracy the time they spent on social media—generally over-estimating the time spent on social media platforms (e.g., Ellis, 2019). This undermines research that relies on these self-reported measurements because if the assessment of time spent on social media is inaccurate, then all subsequent results would also be unreliable. More broadly, this overly simplistic approach fails to capture the complexity and nuance regarding the range in activities adolescents engage in through various social media platforms (e.g., posting, scrolling, direct messaging, watching videos, reading news). The optimal approach would capture objective social media behaviors on particular platforms (i.e., direct measurement of use through the applications), which would clarify how much time was spent on social media as well as delineating activities

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

on the internet (e.g., scrolling, posting, messaging) and exposures to particular types of content. The vast majority of research, however, has continued to rely on self-report approaches that are inaccurate and unreliable.

c.  *Cross Sectional Reliance.* Much of the research that Plaintiffs' experts rely on utilizes cross-sectional designs, which cannot establish causation (i.e., did social media use cause the symptoms, did the symptoms cause social media use, or did something else cause them both; e.g., Kelley et al., 2018; Liu et al., 2022). Mere correlations can never establish whether either variable has a causal impact on the other. Plaintiffs' experts repeatedly cite correlational results such as Liu et al (2022), as if this demonstrates a causal "dose-response effect." This is not scientifically valid, as correlation cannot establish a causal link. Interestingly, in Dr. Goldfield's expert report, he cites my own cross-sectional research; however, in doing so, he misrepresents the study he cites (see Pagliaccio et al., 2024). Specifically, he suggests that we show causal evidence of a relationship between the "digital exposome" reflecting social media use behaviors and mental health outcomes. The results he describes are entirely incorrect. He states that, "*[t]his independent contribution is reflected by the digital exposome variable accounting for 15.61% of the unique variance in the psychopathology composite, which by all benchmarks is clinically significant*" (Goldfield p. 128). This is an inaccurate summary of findings. The 15.61% noted includes online (i.e., texting, streaming videos, gaming, social media use) and offline factors (i.e., demographic characteristics, non-social screentime, and non-digital adversity), with offline factors accounting for approximately two-thirds of this association. Of note, this cross-sectional study reports statistically but not necessarily clinically meaningful variation in psychiatric symptoms. Importantly, given the cross-sectional nature and focus on psychiatric symptoms it makes no causal claims and does not address the onset of mental disorders.

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

d. *Observational Study Designs*. Longitudinal studies that have sought to overcome the limitations of cross-sectional methods still face the task of controlling for known and unknown confounders that could create temporal associations without causality. Longitudinal studies that have attempted to control for these factors have largely not established an association among social media and mental health outcomes (e.g., Panayiotou et al, 2023; Steinsbekk et al., 2023). These types of controls have been lacking in many of the longitudinal studies cited in Plaintiffs' experts' reports (e.g., Twenge et al., 2018). Ultimately, cross-sectional and longitudinal research are problematic because these studies do not readily account for offline experiences but rather focus on online experiences in isolation. This is a critical problem for this literature because it is well-established that adolescents' offline experiences often mirror online challenges. For example, youth experiencing offline peer victimization are also more likely to have these experiences online (e.g., Kowalski et al., 2014). Importantly, there is ample evidence that youth struggling with mental health concerns (e.g., loneliness, sadness) tend to spend more time engaging with content online (e.g., reviewing peers' feeds and pictures; Underwood et al., 2017) and are more active on social media (e.g., posting, chatting; Puukko et al., 2020).

e. *Sampling*. Much of the research put forward by Plaintiffs' experts suffers from significant sampling problems (e.g., Burnell et al., 2021; Hunt et al., 2018). Participants in the research generally are not representative of adolescents in the United States. For example, many of the research findings rely on college students, often students enrolled in general psychology courses. Plaintiffs' experts cite Braghieri et al. (2022), which attempts to track the roll out of the original Facebook website across colleges as evidence of causal harm to mental health. This study is focused on college students rather than adolescents, and notably, it does not involve any measurement of social media use (or indeed any other information at an

individual level).  Instead, the study includes whole campus populations and relies on rough proxies of mental health (e.g., use of mental health services) and ostensibly examines whether "trends co-occur"; though there is no evidence that the self-report assessments of service use and psychiatric symptoms are from the same individuals who used Facebook. Indeed, the bulk of experimental studies reviewed in Plaintiffs' experts' reports were conducted on college students (very few of the studies were administered to adolescents specifically–that is, youth 18-years-old and younger; e.g., Hunt et al., 2018, 2021; Thai et al., 2023). Accordingly, findings based on these population samples are very likely to result in skewed conclusions. These studies are also conducted with convenience samples (i.e., easily accessible participant pools) but not representative samples (i.e., reflecting diverse socioeconomic, race, ethnic, and gender backgrounds), which undermines the generalizability of the findings, and limits their applicability to adolescents (versus college students; Odgers et al., 2020).

f.  *Failure to Account for Psychiatric History*. Much of the research that Plaintiffs' experts cite, including many of the papers that have observed a correlation between social media use and mental health outcomes, does not account for current or past psychiatric symptoms, as well as other confounders such as adverse childhood experiences (e.g., Flannery et al., 2024; Maza et al., 2023). Studies that account for prior symptoms, disorders, and other known confounders (i.e., variables that may affect the outcome) find that any relationships found between social media use and the outcomes measured are substantially reduced or eliminated.

g.  *Weak and Inconsistent Associations*. The associations between mental health symptoms and social media use in the studies that Plaintiffs' experts cite are very weak (e.g., Riehm et al., 2019). For example, in the Twenge et al. (2018) paper that reported an association between adolescent social media use and depressive symptoms, social media accounted for less than 1% of the variance of this

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

association. This means that there were other factors that explain the remaining 99% of the variance. These weak associations are typical of studies testing the relationship between social media use and mental health outcomes. This is underscored in meta-analyses of this literature, which generally observe either very weak or null associations (e.g., Valkenburg, 2022).

h. *Participant Response Bias*. Although experimental studies are generally well-positioned to assess cause-and-effect, the social media experiments that Plaintiffs' experts rely on are flawed and unable to support general causal conclusions (e.g., Hunt et al., 2018; Kleemans et al., 2018). Specifically, in most studies, participants are randomly assigned to either modify their social media use or to continue to use social media as they normally would. The experimental condition generally involves limiting social media use for a set amount of time (e.g., 30, 60 minutes per day) over a relatively brief period (e.g., 1, 2, 3 weeks). Most of this research is based on self-report accounts of participants' frequency of social media use, which, as discussed above, is problematic. This issue is further compounded by participants' attempts to self-report their symptoms and/or well-being following the experimental period. The participants in these experiments tend not to be blinded to their condition (i.e., participants know which condition they are randomized into), and as participants are overwhelmingly likely to be aware of the study hypotheses (i.e., reduced social media improves mental health outcomes). This very likely biases self-reported responses following the experimental manipulation (i.e., self-reports post-experiment). Given the popular yet unscientific narrative about the alleged harms of social media and overall time spent online, it is plausible that participants' reports of their reactions to the experiment are influenced by preconceived ideas, as they may have heard (generally repeatedly) that abstinence from social media (or digital platforms more generally) promotes positive mental health outcomes.

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

i.  *Publication Bias*. In academic publishing, most peer-reviewed publications report on statistically significant results from studies. This means it is very challenging to publish findings from a research study in which there are no significant results. Over time, this can lead to a publication bias, as statistically significant results are published and populate the public health record, while non-significant associations are often discarded in a "file drawer." This publication bias has led to a recent movement to pre-register studies (i.e., submit a publication outlining study details in advance of collecting any data for the project), and if accepted, journals will publish the results irrespective of whether findings are significant or non-significant. Preregistration provides an opportunity to balance the public health narrative. To date, very few studies focused on social media use and mental health outcomes have been pre-registered. Thus, it is highly plausible that many non-significant findings focused on social media and adolescent mental health remain unpublished and thus unavailable to inform the public health discourse on social media use and adolescent mental health.

### Cross-sectional Studies.

71.    Broadly, the cross-sectional studies in this area observe relatively weak associations and were frequently reliant on self-report assessments of social media use (often with a one-item measure of how much time youth spent on social media) (e.g. Kelly et al., 2018; Ozimek, 2020; Lonergan et al., 2019; Vannucci et al., 2019; Wang et al., 2017). More recent research conducted in the United States has found no associations between social media use and depressive symptoms. Specifically, in the Monitoring the Future Study (N=74,742 8th and 10th graders), results show no association between social media and depressive symptoms, and interestingly, among boys, there was a potential protective association (i.e., reduction in negative mental health symptoms) of daily social media use (Kreski et al., 2021). Perhaps corroborating the potential benefits of social media, a recent study using ecological momentary assessment, wherein adolescents received surveys 3 times per day on their personal smartphone, found that

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

experiencing pleasure on social media was associated with reduced suicidal thoughts within the same day (Dreier et al., 2025).

72.     My analysis of these cross-sectional studies is in line with the meta-analyses and umbrella reviews that have summarized the literature on social media use and mental health outcomes after considering the cross-sectional studies that compose a vast majority of the literature. These reviews have generally found that the cross-sectional studies show only "weak" and "inconsistent" associations between social media use and mental health—when associations are present at all (Valkenburg et al., 2022; Hancock et al., 2022). Accordingly, these results do not support any causal conclusion.

### *Longitudinal Studies.*

73.     The existing longitudinal studies have also observed mixed findings. Studies reporting statistically significant associations often relied on self-reported assessments of social media use (i.e., one-item measures assessing amount of time spent on social media). Importantly, in studies reporting significant associations, there was limited accounting for known confounders, including lifetime history of psychiatric disorders (e.g., Riehm et al., 2019; Shakya et al., 2017). Of note, although Riehm et al. (2019) reported a significant association, a letter to the editor about this publication highlighted a range of data analytic concerns suggesting that the "patterns [of results] are implausible," and indeed, when re-estimating models using more stringent data analytic practices, social media use explained only 0.08% of the variance of internalizing and externalizing symptoms (see Keyes et al., 2020)—underscoring that other factors overwhelmingly explain the occurrence of these symptoms. Despite this re-evaluation, multiple Plaintiffs' experts report the original analysis without any qualification (e.g. Christakis p. 212; Hoover, p. 16). Other statistically significant associations in longitudinal studies were very weak, in that social media use explained 1-4% of variance in depressive symptoms (Nesi et al., 2015; Twenge et al., 2018), strongly suggesting that other unaccounted for factors were likely responsible for the presence of psychiatric symptoms. Put another way, while these studies found weak correlations between social media use and mental health outcomes, there were no indications of any causal connections.

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

74.     A number of studies reporting statistically significant associations included problematic designs. For example, Hökby et al. (2016) reported that internet activities (but not social media explicitly) associated with reduced sleep (but not mental health problems more broadly). Such a finding cannot support the conclusion that social media use, specifically, causes mental health disorders. As another example, Coyne and colleagues (2021) found that among 12-15-year-old adolescents (N=500) followed over 10 years, there was an association between social media use and greater suicidal thoughts and behaviors among girls only. At the same time, the study showed nearly identical associations for TV use and playing video games, in part because the measurement was merely "how much time" did youth engage in these activities. The lack of specificity (i.e., same findings across social media, internet, TV use) of these results stems from an unreliable assessment of social media (i.e., 1-item measure probing time spent on social media), which is further compounded by a failure to account for lifetime psychiatric history and the participants' offline experiences. In a recent study, Nagata and colleagues (2025) using data from the ABCD Study found inconsistent evidence of a lagged association between time spent on social media and depressive symptoms. Moreover, there are considerable limitations in this study (e.g., failure to account for known confounders, unreliable assessment of social media, lack of specificity), and in line with other research, the associations are remarkably small.

75.     Other studies reporting statistically significant associations expressly acknowledge that their results do not imply causation (Brunborg et al., 2019; Kandola et al., 2022; Thorisdottir et al., 2020; Maheaux et al., 2024). For example, Thorisdottir and colleagues underscore that, "*the effect size of these relationships suggest they may not be of clinical relevance*" whereas Brunborg and colleagues note that the, "*increase in peer relationship problems was a much stronger predictor for change in depression and conduct problems than increase in time spent on social media.*" Similarly, in a recent study focused on general social media use (i.e., time spent on social media), there was an association between self-reported time spent and suicidal thoughts and behaviors over time (Xiao et al., 2025). The study, however, did not account for psychiatric disorders or symptoms over time, which is a robust correlate of suicide outcomes. The inability to

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

establish causation is directly acknowledged by the investigators, "*the observational nature of this study precludes establishing that addictive use trajectories cause the outcomes studied.*"

76.    These studies highlight that confounding factors are more likely to drive the occurrence of symptoms over time. More broadly, this underscores that failure to account for prior psychiatric disorders in analyses is problematic given that: (a) past symptoms are the strongest predictor of future symptoms (e.g., Garber et al., 2002; Pine et al., 1999) and (b) prior symptoms often increase social media use (e.g., help seeking, find community; e.g., Steinsbekk et al., 2023; Wang et al., 2018).

77.    Several studies observed either mixed or bidirectional associations. For example, McNamee et al. (2021) created social media profiles based on self-reported time spent on social media with findings indicating that among youth using social media for 4 or more hours per day, there was evidence of worse mental health symptoms. At the same time, more limited use (i.e., less than 3 hours per day) was associated with more positive peer relationships relative to youth reporting no social media use. Mixed associations also were reported by Frison et al. (2017), as there was a longitudinal association between social media browsing and depressive symptoms but there also was a longitudinal association between depressive symptoms and greater posting over time. Together, these findings underscore the importance of the need to account for confounders— most likely to be prior psychiatric symptoms or disorders—that are likely to better account for the occurrence of symptoms over time. This is particularly true given that there is ample evidence of underlying psychiatric symptoms (e.g., loneliness) that associate with greater social media use over time (Wang et al., 2018).

78.    More recent longitudinal research has largely found that there is no relationship between social media use and mental health among adolescents (e.g., Vuorre et al., 2023). For example, Panayiotou and colleagues (2023) found that in 10-15-year-old adolescents (N=12,041) social media use was one of the "*least influential factors on adolescent mental health.*" Similarly, using more sophisticated analyses (i.e., cross-panel analyses that focus on lagged temporal relationships) intended to determine causal relationships, Steinsbekk and colleagues (2023) found

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

that among adolescents (N=810) assessed at ages 10, 12, 14, and 16, there was no association between social media and mental health symptoms. Indeed, the frequency of social media activities at a given time point (i.e., posting, liking, commenting) was not related to depression or anxiety symptoms two years later. In research focusing on social media use during the COVID-19 pandemic, results also demonstrated that there was no association between social media use and adolescent well-being (n=1,1415 grades 6 to 9; Charmaraman et al., 2022). Conversely, there was longitudinal evidence among youth who were assessed annually over five years, starting at ages 12-13, that greater depressive symptoms led to more social media use, but the opposite association was non-significant (Puukko et al., 2020).

79.     Interestingly, in an 8-year study following youth through adolescence for which assessments were administered annually, there was no relationship between social media use and mental health symptoms over time (Coyne et al., 2020). Similarly, research among adolescents in Australia revealed "*no consistent support for a longitudinal association [between social media use and depressive symptoms]*" (Houghton et al., 2018) and similarly, among youth from the Netherlands it was found that "*neither interactive communication nor passive content consumption demonstrated consistent within-person associations with internalizing difficulties over time*" (Tibbs et al., 2025). Collectively, these studies do not support a causal relationship between social media use and psychiatric symptoms, let alone the onset of psychiatric disorders, among adolescents.

### *Experimental Studies.*

80.     Experimental studies have sought to clarify whether changing patterns of social media use can impact mental health outcomes. As mentioned above, these experiments almost universally suffer external validity problems because not only did the participants generally know what behaviors and outcomes were being observed (a well-established source of bias in psychological experiments), but they also likely were aware of the experimenters' hypotheses. At the same time, even without considering these issues of external validity, the extant experiments do not point to any consistent effects of social media abstinence. Many of the studies I reviewed

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

reported results that were non-significant, and a substantial subset showed mixed or non-hypothesized associations often in the opposite direction. Additionally, the vast majority of the research was conducted among university students. Very few were studies specifically focused on adolescents (i.e., adolescents 18-years-old or younger not in college).

81.    *Adolescents*. Relatively few studies focus specifically on adolescents. In a recent study in Hungary with 14-20-year-old youth, participants were randomized into two groups: no phone versus phone as usual for 1-school day. Although anxiety increased for the phone-free students, this finding cannot support any causal conclusion about social media use, particularly as the assessment did not focus on social media but rather one's attachment to their mobile phone (Gajdics et al., 2022). In another study of adolescents, participants were randomized to different conditions regarding how youth were to engage social media (e.g., different approaches to posting). The study found no effects as a result of the experimental condition (Weinstein, 2017).

82.    *College Students*. There were mixed associations reported among college students who participated in experimental research. A number of studies reported that reducing use (e.g., time per day over the course of varying number of weeks) was associated with reductions in negative affect, anxiety, loneliness and potential improvements in well-being and self-esteem (e.g., Davis et al., 2024; Faulhaber et al., 2023; Hunt et al., 2023; Kleemans et al., 2018; Sagioglou et al., 2014; Thai et al., 2023). Conversely, many studies showed no association based on the experimental changes (e.g., Collis et al., 2022; Hall et al., 2021; Mahalingham et al., 2023; Przybylski et al., 2021; Tartaglia et al., 2022; van Wezel et al, 2021; Walsh et al., 2023). Studies reporting null associations generally found that abstinence of social media—using various durations—had no impact on mental health (e.g., well-being, loneliness, quality of life). Interestingly, in one study of undergraduate students randomized to the "post more than usual" condition, there was a decrease in loneliness (Deters et al., 2013), suggesting that social media can enhance peer connectedness.

83.    Several studies found associations between social media and mental health symptoms. However, these results were not expected or hypothesized, making interpretation

difficult, including: (a) passive but not active social media users reported worse symptoms over time (Hunt et al., 2021), (b) groups reported differences in baseline symptoms, which negatively affects our interpretation of post-experiment differences (Thai et al., 2021), (c) only the participants who entered the study reporting more depressive symptoms showed decreased symptoms over time, but this association was not applicable to other participants, and there were no associations with other outcomes (e.g., well-being, fear of missing out, anxiety; Hunt et al., 2018), and (d) affect decreased by 20% among undergraduate students in the use social media group but decreased by 24% in the sit quietly and "do nothing" group" (Lepp et al., 2024). Given that these findings were not hypothesized, and include many of the methodological limitations reviewed, these associations should be interpreted with substantial caution. As a whole, findings across college students largely underscore there is no consistent association of social media abstinence with the improvement of mental health outcomes.

84.     *Adults*. Experimental research in adults is not likely applicable to adolescents given known differences in how adolescents versus adults engage in social media use (as well as broader developmental differences). Statistically significant associations were reported for improved well-being and symptoms in certain instances (Arceneaux et al., 2024; Brailovskaia et al., 2023; Lambert et al., 2022; Tromholt et al., 2016). Yet, several studies reported mixed results (e.g., Vally et al., 2019; Vanman et al., 2018) or non-significant associations (Brailovskaia et al., 2020). Plaintiffs' experts rely particularly heavily on two adult based experiments, Allcott et al., 2020 and 2025. These experiments found significant associations on self-reports of wellbeing and internalizing symptoms from social media deactivations around the 2018 and 2020 American national elections. The value of these experiments is limited for a number of reasons, as the stressful political context in which these deactivations took place is not relevant to youth experiences on social media. Moreover, given that participants were paid to deactivate their social media accounts this likely led to demand effects (i.e., participants' aligning responses because of awareness of researchers' hypotheses).

**Review Articles.**

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

85.    Broadly, review (i.e., summarizing select methods and/or findings) and consensus articles (i.e., convening of expert panel to address an understudied topic) strongly reinforce the conclusion that the existing literature does not support a causal relationship between social media and youth mental health. These articles reiterate that any observed associations are very weak, which strongly suggests that mental health outcomes are driven by other known confounders (e.g., lifetime history of psychiatric disorders, early life adversity, parenting factors, academic stressors, et cetera).

86.    Systematic reviews also almost unanimously highlight the substantial limitations of the extant published research testing relationships between social media use and adolescent mental health. Reviews underscore the reliance on cross-sectional designs (which cannot delineate causation), unreliable assessment of social media use (e.g., one-item measures of time spent on social media), lack of inclusion of known confounders that may drive mental health challenges during adolescence, weak effect sizes, and publication biases (i.e., statistically significant results are more likely to be published than null results) (Hancock et al., 2022; Karim et al., 2020; Keles et al., 2020; McCrae et al, 2017; Memon et al., 2018; Odgers et al., 2020; Orben, 2020; Valkenburg et al., 2022; Vidal et al., 2020; Weigle et al., 2024).

87.    Several meta-analytic reviews have supported weak associations between social media use and mental health symptoms (e.g., Fassi et al., 2024; Huang, 2017; Ivie et al., 2020; McComb et al., 2023; Yoon et al., 2019). However, these meta-analyses generally agree that weak associations strongly suggest that other factors are driving increases in mental health symptoms (e.g., depression symptoms). In the largest meta-analysis completed, which included 1,094,890 adolescents, Fassi et al. (2024) underscore that although there is a statistically significant correlation between social media use and internalizing symptoms, "*no causal inferences can be drawn from the pooled meta-correlation about whether increased social media use leads to higher symptoms or vice versa.*" In other words, the meta-analysis cannot solve for the critical temporality limitations of the underlying cross-sectional studies, which preclude causal inferences. Furthermore, even these small associations are not consistently found across meta-analyses. It also

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

is worth noting that one recent meta-analytic review suggested that social media may have positive associations with well-being, particularly for individuals who sought greater connectedness with their peer network (Marciano et al., 2024).

88.     Professional consensus reports are similarly skeptical of causal conclusions. A recent American Psychological Association (APA, 2023) report, *Health Advisory on Social Media Use in Adolescence*, stated, "*In most cases, the effects of social media are dependent on adolescents' own personal and psychological characteristics and social circumstances.*" This indicates that it is not social media that is *causing* mental health challenges, but rather that there are pre-existing factors that influence both psychiatric outcomes and social media use. At the same time, the APA report also highlighted that social media may *positively impact* adolescent health. This could be the case for a number of reasons: (a) youth psychological development may benefit from online social interaction when aiming to connect with peers experiencing similar health conditions, (b) youth experiencing depression or social anxiety may benefit from interactions on social media platforms, as it could afford more control and practice (i.e., learning how to engage same-aged peers), and (c) youth experiencing mental health crises may benefit, particularly in the context of marginalized groups, as they may foster support through communities found on social media (particularly when unable to discuss with a parent or caregiver).

89.     Converging conclusions also were reached by the National Academies of Sciences, Engineering, and Medicine  in a consensus report focused on social media and adolescent mental health (National Academies of Sciences, Engineering, and Medicine, 2024). The consensus report included insights from leading experts after reviewing current scientific research focused on the question of whether social media use causes mental health problems among adolescents. The consensus report corroborated many of the limitations of extant social media research noted in this expert report (e.g., reliance on cross-sectional designs, poor/unreliable assessments of social media use, failure to account for offline experiences). The consensus report further concluded that the reported associations between social media and adolescent mental health, in most instances, were either weak or non-significant. Accordingly, the experts' conclusion was clear and unequivocal:

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

*"The committee's review of the literature…did not support the conclusion that social media causes changes in adolescent [mental] health at the population level."* (p. 5)

90.    Some of Plaintiffs' experts discuss the National Academies of Sciences, Engineering, and Medicine consensus report but dismiss its central findings without seriously engaging with it. For instance, Dr. Lembke (p. 20-22) and Dr. Christakis (p. 336-339) briefly discuss the report to highlight what they see as an underrepresentation of public health scholars and possible conflicts of interest by members of the committee which they think should be disqualifying. Dr. Christakis also highlights two studies which he thinks were less strong than the committee implied. However, neither Dr. Lembke nor Dr.  Christakis makes a specific claim about any literature that the report failed to consider or communicate and thus, do not give any reason to think that there is strong causal evidence that the committee missed or misrepresented.

91.    In addition, the Lancet Commission (i.e., a scientific review addressing an understudied issue of high public health import) was recently assembled, including leading experts from around the world, to clarify factors influencing self-harm (inclusive of non-suicidal self-injury as well as suicidal thoughts and behaviors; Moran et al, 2024). The consensus report underscores two central issues specific to social media. *First*, the expert consensus report suggests that social media may have a positive effect on youth, particularly those seeking connectedness or community. *Second*, the global experts of the Lancet Commission definitively responded to the claim that the increased uptake of social media may be directly contributing to self-harm behaviors: *"the evidence for [that] proposition is uncertain…associations are weak, and do not imply causality."* As a whole, these conclusions corroborate my conclusion that there is no clear indication that social media use causes self-harm behaviors and, rather, that there may be unaccounted for positive associations with social media in specific situations.

*        *        *

92.    The scientific literature does not exhibit the necessary prerequisites to establish causation. Most of the research focusing on the relationship between social media use and adolescent mental health-related measures is not statistically or clinically significant. If there was

47

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

a causal relationship, one would expect to observe robust, significant, and consistent associations across studies. This is a critical component to demonstrating a casual conclusion, and it is notably lacking from the research to date. Moreover, much of the research is plagued by significant methodological limitations that undermine the interpretability of even the modest number of studies reporting statistically significant results. These include: (a) reliance on cross-sectional data that cannot establish causation, (b) unreliable assessment of social media use (e.g., reliance on single item measures, use of screen time as a proxy, failure to obtain objective data), (c) failure to account for offline experiences despite substantial data showing comparable experiences, (d) failure to account for known confounders (e.g., psychiatric disorders), (e) use of experimental designs that do not sufficiently mask hypotheses (thus, respondents may be biased to report changes given known expectations), (f) reliance on college student samples that are not representative of the wealth and education levels of the broader United States, and (g) failure to test whether social media use leads to the onset of mental health disorders as opposed to potential changes in symptoms or mood fluctuations. Furthermore, there also may be a publication bias related to statistically significant associations, as these results, despite the weak effect sizes from studies with suboptimal study designs, are more inclined to be published relative to non-significant associations.

93.     To summarize, the statistically significant associations that have been reported are remarkably weak (e.g., accounting for 1-4% of the variance) and subject to deep methodological flaws. None of these associations suggest the presence of clinically significant causal effects on the development of mental health disorders. Therefore, it is my opinion that the existing evidence does not support the claim that social media causes mental health problems among adolescents.

## VI.    Opinion 3: Plaintiffs' Experts Do Not Consider Potential Alternative Causal Mechanisms Driving Increased Adolescent Mental Health Struggles.

94.     In addition to the methodological limitations considered above, Plaintiffs' experts' presentation of the existing scientific literature also fails to adequately consider other plausible causes of the apparent increase in adolescent mental health disorders at the population level.  There

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

are a wide range of social factors that have population-level impacts on mental health. Although I do not believe that any one single factor would be sufficient to explain the totality of American mental health changes in recent decades, Plaintiffs' experts' failure to even consider the range of plausible causes of recent trends significantly undermines their causation opinions.

### A. Overview of Trends in Adolescent Mental Health

95.     Plaintiffs' experts point to current rates of reported psychiatric disorders among adolescents as evidence that social media is causing those disorders; however, this fails to acknowledge that throughout history there have been consistently high rates of psychiatric disorders among adolescents. Indeed, for several decades, epidemiological research has observed high rates of psychiatric disorders among adolescents (Avenevoli et al., 2015; Merikangas et al.,



**Figure 1.** Increase in psychiatric disorders among adolescents from early to late adolescence (Merikangas et al., 2010)

2010). Notably, the National Comorbidity Adolescent Supplement (NCS-A), conducted from 2001-2004, was designed to assess lifetime/current prevalence, age-of-onset, course, and comorbidity of psychiatric disorders among youth ages 13-18-years-old (N=10,123). The NCS-A study predated widespread use of social media use and reveals high levels of psychiatric disorders in the early 2000s. Although older, this study is relevant, as more recent studies are limited in their scope (e.g., Monitoring the Future, National Survey on Drug Use and Health, Youth Risk Behavior Surveillance System) or remain ongoing but have not assessed the entire adolescent period (e.g., ABCD Study). The NCS-A indicated that among 13-18-year-olds, ~32% experienced anxiety disorders and ~14% percent experienced mood disorders (including depression). Moreover, major depressive disorder (MDD) was found to be increasingly prevalent over the course of adolescence, with rates higher for 17-18-year-olds than for 13-14-year-olds (**Figure 1**).

49

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

96.    These findings also reflect global trends. In a study conducted through the WHO World Mental Health International College Student surveys, surveys were administered in 19 colleges across eight countries (i.e., Australia, Belgium, Germany, Mexico, Northern-Ireland, South-Africa, Spain, United States). Among the nearly fourteen thousand respondents, 31% screened positive for a disorder in the past 12 months, including 18.5% for major depressive disorder and 16.7% for generalized anxiety disorder. These rates were similar to the lifetime prevalence of those disorders, indicating that adolescence is and has long been a common period for young people to develop these disorders. Moreover, these data collectively show that adolescent-reported disorders often continue into college and beyond, and moreover, prevalence rates are generally consistent across countries around the world (Auerbach et al., 2018).

97.    At the same time, it is true that in recent decades the United States has experienced an increase in the prevalence of psychiatric disorders among adolescents. Specifically, there is considerable evidence showing that rates of anxiety (Elia et al., 2023; Tkacz & Brady, 2021) and depression (e.g., Lebrun-Harris et al., 2022; Zablotsky et al., 2022) have increased, particularly following the COVID-19 pandemic (Figas et al., 2023). Similar prevalence rate increases have been observed in eating disorders (Elia et al., 2023; Tkacz & Brady, 2021) and substance use disorders, including alcohol, drug, and tobacco use (e.g., Kann et al., 2018). Rates of suicidal thoughts and behaviors have also increased during this time period (Elia et al., 2023).

98.    Plaintiffs' experts claim that social media has caused this increase in youth mental health problems stems, in part, from the co-occurrence in the adoption of social media and a rise in psychiatric challenges among adolescents beginning around 2010. Some have errantly suggested that social media use may be causing the increase in youth mental illness despite research evincing weak associations conducted using problematic and unreliable methodologies (see above Section V). Notably, these assertions do not account for several other known contributors that are more directly implicated in the emergence of psychiatric challenges, including: (a) a range of population-level factors (e.g., earlier onset puberty, changes in family structure, the COVID-19 pandemic, and mandated mental health screening), (b) insufficient access

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

to clinical care, (c) proliferation of widespread unpredictable stressors in youth lives endangering stability and safety (e.g., increased school shootings), and (d) persistently high rates of psychiatric illness in caregivers contributing to contagion effects. These factors, either in isolation or combination, have been shown to increase rates of psychiatric disorders among youth. Failure to consider and rule out these factors undermines the reliability of any causal conclusion specific to social media use.

### B.  Population-level Issues Affecting and Influencing Youth Mental Health.

99.    Over the past 15-20 years, many factors have emerged as plausible influences on the increased prevalence in youth mental health disorders in America. For example, there has been a downward trend in pubertal onset among girls (Cheng et al., 2022). Earlier pubertal timing and a more rapid tempo is a key risk factor for girls and is associated with the occurrence of psychiatric disorders (e.g., depression, substance use disorders, eating disorders; Graber, 2013; Marceau et al., 2011; Mendle et al., 2010). Perhaps unsurprisingly, since 2010, it is girls who have shown the largest increases in the prevalence of psychiatric disorders (e.g., Twenge, 2020).

100.    Additionally, in recent decades, there has been a continuous decline in two-parent households and married parents (Pew Research Center, 2015, 2023). Among youth living in single parent homes, this is associated with greater stress exposure, susceptibility to experience mental health issues (e.g., depressive symptoms), and economic challenges (during childhood and adulthood; e.g., Daryanani et al., 2016; Lopoo et al., 2014). These are all factors that contribute to the emergence of mental health challenges during childhood and often persist throughout adolescence and adulthood.

101.    The COVID-19 pandemic, beginning in March 2020 in the United States, also had a profound impact on youth mental health. Systematic reviews show deterioration of mental health among children and adolescents, and those with a neurodiverse and chronic physical conditions experienced substantial mental health challenges (e.g., Samji et al., 2022). Longitudinal research among adolescents observed clear increases in depressive symptoms, particularly among youth

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

reporting multiracial backgrounds (Barendse et al., 2023), again a population segment that is showing relatively greater increases in the prevalence of psychiatric disorders. There also were substantial increases in suicidal thoughts, behaviors (e.g., attempts), and deaths (based on trend lines prior to 2020), underscoring the key role the pandemic played in shaping youth mental health outcomes (e.g., Bersia et al., 2022; Bridge et al., 2023).

102.    Another factor that likely influenced the apparent change in the prevalence of adolescent mental health disorders was the implementation of the Affordable Care Act, which became a law in March 2010. Under the Affordable Care Act, there was a mandate enacted for mental health screenings. Among youth, mental health screenings typically occur at annual wellness visits within primary pediatric care. Prior to the Affordable Care Act screening mandate, universal screening in pediatric primary was relatively low, which was reflected in the extremely low referral rates for mental health services (1-4%; Kelleher et al., 1997; Kuhlthau et al., 2011). By contrast, in a recent study reporting on data from 2017-2020, 81.48% of youth were screened for depression at their annual physical (Davis et al., 2022). It is highly plausible that these annual screenings have directly contributed to greater reporting of mental health problems that otherwise would have been undetected (see Foulkes et al., 2023, which describes the "prevalence inflation hypothesis" or the tendency for mental health awareness leading to recognition of often under-reported and under-recognized mental health symptoms).

103.    Although the Affordable Care Act increased screening for youth mental health issues, it did not solve the problem of persistent mental healthcare shortages in the country, which continue to negatively affect American youth. At present, 45% of the United States population, or 149 million people, reside in a community with a shortage of mental health professionals (Kuehn, 2022). The challenge is particularly problematic for youth, as there are only 14 child and adolescent psychiatrists per 100,000 youth (which decreased from 15 child and adolescent psychiatrists per 100,000 youth in 2000, reflecting a ~7% reduction in the past 20 years). The scarcity of clinicians has contributed to delays of 6 to 12 months for an initial appointment (Kuehn, 2022). In addition to the scarcity of clinicians and clinical services for youth, a substantial number

of practitioners (e.g., social workers, psychologists, psychiatrists) do not accept insurance, requiring families to "pay out of pocket" for expenses. Recent estimates suggest that between 30-50% of providers do not accept insurance (Bishop et al., 2014; Khazan, 2016; Petersen, 2021; Zhu et al., 2024), further accentuating challenges in addressing the mental health needs of youth.

104.    Limited availability of mental health care reduces access to those already experiencing psychiatric disorders, and it also hurts youth needing to engage clinical services prior to the onset of disorders to prevent illness progress (e.g., following parental divorce, challenges in school, death of family member/friend). Lack of access to preventative services, in turn, increases the risk of experiencing full blown psychiatric disorders (e.g., Mendelson et al., 2016).

105.    Inadequate accessibility to clinical care among adults also may contribute to enhanced transmission of psychiatric disorders from parent to child. In a study of parents and their offspring, the risk for anxiety, depressive, and substance use disorders was three times as high among offspring who have a parent with depression (versus those without a depression history; e.g., Weissman et al., 2006). This phenomenon—the parent-child contagion effect—is well documented, and the transmission of disorders from parent to child is further compounded by reduced availability to psychiatric care among youth. Meaning, for adults who are experiencing psychiatric challenges but not receiving care, there is then greater exposure among offspring, which may increase the risk of contagion and subsequent emergence of psychiatric disorders among youth that are often left unaddressed.

**C. Catastrophic Stressful Life Events.**

106.    It is well understood that stress is one of the most robust triggers of psychiatric disorders (Slavich & Auerbach, 2018). Over the past 15 years, there has been a surge of novel and unpredictable life stressors, which have upended childhood in profound ways we do not yet fully understand. Climate-related disasters are now commonplace and deep pessimism about humanity's ability to mitigate the existential threats of climate change is widespread. According to the National Oceanic and Atmospheric Administration (NOAA), there has been a steady

increase in the frequency of billion-dollar weather and climate disasters in the United States from ~12 in 2010 to ~23 in 2024 (NOAA, 2024).

107.    Similarly, the alarming increase in gun-related incidents in schools (e.g., shootings) has spread fear across the country and left an indelible effect in youth lives, particularly in the face of limited changes to prevent their occurrences. The increased frequency of gun incidents at school (i.e., brandishing a gun, firing a gun, or presence of a gun on school property) and school shootings have left youth feeling that K-12 schools in the United States are not safe. Specifically, since 2010 there has been 1,993% increase in the prevalence of gun-related incidents at K-12 schools,



**Figure 2.** 1,993 % increases in gun related incidents in K-12 from 1966 through 2025 (Statista, 2025).

corresponding with 15 events in 2010 compared to 314 incidents in 2024 (Statista, 2025; **Figure 2**). The mere threat of gun-related incidents, which now occur nearly every day in the United States, destabilizes the school environment. Indeed, it is now commonplace for school children, similar to fire drills, to rehearse active shooter drills to mitigate effects of school shootings (e.g., lock classroom door, avoid windows). Although necessary given the alarming increase in gun-related incidents, the thought of these events unfolding in one's school diminishes safety and fosters a sense of hopelessness. A recent study found that there is some evidence of greater anxiety and stress following active shooter drills (Donovan et al., 2024). Moreover, among those youth who experience gun-related incidents at school, there are wide ranging psychiatric consequences (e.g., acute stress, anxiety disorders; Abba-Aji et al., 2024).

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

108.    Collectively, these unpredictable and ever-increasing stressful life events, and the fear and pessimism they engender in society, are destabilizing youths' lives, and accordingly, potentiating risk for the occurrence of psychiatric disorders.

*        *        *

109.    Plaintiffs' experts claim that the co-occurrence of increased social media use and greater adolescent mental health disorder prevalence is itself significant evidence of causation. As explained above, this is not supported by scientific evidence. Moreover, the adolescent mental health trends Plaintiffs' experts highlight coincide with a wide number of population-level and societal factors that have changed the lives of young people in America, often for the worse. These factors are wide-ranging, suggesting that there is not just one, but likely many, factors influencing the increased prevalence of mental health disorders, plausibly including earlier onset of puberty, changes in family structure, and the COVID-19 pandemic. Since 2010, we also have experienced twice as many climate disasters and a 1,993% increase in the prevalence of gun-related incidents at K-12 schools. These events are stressful in and of themselves, but they have also fueled abstract fears of violence and climate threats across society. Together, the proliferation of unpredictable stress about their safety and future may be an important contributor to adolescent mental health struggles.

## VII.    Opinion 4: Extant Research Has Not Demonstrated That Adolescents' Mental Health is Negatively Impacted by Specific Features of Social Media, Independent of Content

110.    For my work in this matter, I have been asked to specifically consider whether the existing science in this area of research addresses possible effects of the design features of social media as opposed to effects to the third-party content that is posted on the platforms.

111.    Most research attempting to evaluate the relationship between social media use and mental health does not differentiate between content and features, or between different platforms and features. There is, however, a small subset of the research that attempts to address this issue, which I evaluate in this section.

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

112.    Current research focusing on examining the relationship between specific social media features and mental health outcomes is inconclusive. Broadly, social media platforms provide a wide range of features that are intertwined with content. Published research has focused on the impact of these features in isolation, which does not accurately reflect the user experience on social media. This work also has not causally linked any of these specific features to the emergence of psychiatric disorders. The extant research is characterized by substantial limitations.

   a.   *Failure to Measure Plaintiffs' Experts' Alleged Harms as Outcomes*. As noted above, the research in this space measures a variety of outcomes relating to potential changes in symptoms or mood fluctuations, and not whether specific features of social media lead to the onset of mental health disorders. Accordingly, these studies cannot directly support Plaintiffs' experts' claims that social media features cause such mental health disorders.

   b.   *Sampling*. As with many studies investigating the relationship between social media and adolescent mental health, *see above* Section V this literature included a substantial number of empirical articles on college students, with findings that are unlikely to be generalizable to the broader population (especially adolescents).

   c.   *Study Designs*. As underscored in a recent systematic review focused on photo-editing and body concerns (McGovern et al., 2022), research focused on testing whether adolescents' mental health is associated with the specific features of social media has often used cross-sectional designs. These designs cannot disentangle cause and effect. Many of the papers reviewed here were cross-sectional, often relying on self-report measures to assess participants' perception of how social features may affect mood and related symptoms (e.g., body dissatisfaction).

   d.   *Failure to Account for Confounders*. As noted earlier, most of this research does not consider known confounders that impact outcomes in longitudinal and experimental studies. There are a range of factors that influence the likelihood of experiencing symptoms, including but not limited to lifetime psychiatric disorders,

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

pubertal factors, and early life adversity. Models also do not account for offline experiences, which are known to be similar to online experiences (e.g., mood, well-being, body dissatisfaction).

e. *Specificity at the Cost of Context*. Social media platforms offer a range of content (e.g., photos, gifs, brief videos, new stories) as well as features (e.g., likes, reposts, direct messaging). Experimental studies often focus on a singular feature—often within simulated experimental environments—which are then used to draw sweeping conclusions about a given social media platform. One cannot reliably draw conclusions on how a given feature may impact well-being without considering the whole of the experience on the actual social media platforms.

### Cross-sectional Studies.

113.    Cross-sectional studies of specific features largely rely on the use of self-reported assessments of feature use (e.g., how often does one manipulate a photo) and then correlate this information with a measure of the participant's mental health symptoms. The reported statistically significant associations are weak and not necessarily clinically meaningful (e.g., Lonergan et al., 2019; Lonergan et al., 2020; McLean et al., 2015).

114.    Several studies focused on the use of an "Instagram-type" task that was administered during an MRI scan. These studies found that receiving "likes" activated areas of the brain implicated in reward processing. These findings cannot, however, be interpreted as harmful. Rather, this is expected brain activation, which would be consistent with the receipt of any reward in the MRI scanner (e.g., food, exciting images). The studies do not show that the brain activation patterns were associated with negative mental health outcomes (Sherman et al., 2018a, Sherman et al. 2018b; Sherman et al., 2016).

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

*Longitudinal Studies.*

115.    Few longitudinal studies have been conducted to evaluate specific social media features. Similar to the cross-sectional studies, the one longitudinal study identified for this report relied on self-report assessments of feature use and symptom outcomes. That study found associations between the use of photo filters and greater self-reported body image issues, namely muscle dysmorphia. That said, the study had serious flaws. Its analyses did not account for known confounders (e.g., prior psychiatric disorders, symptoms), and it relied on self-reported data on use of photo filters, which is not likely to be accurate (relative to objective use of photo filters). Thus, the findings are of limited value (Ganson et al., 2024).

*Experimental Studies.*

116.    Most experimental studies on features were conducted with college students only; few included adolescents or adults. Broadly, college students reflect non-representative convenience (i.e., easy to enroll) samples. College student studies tend to focus on how photo manipulation impacted a range of symptoms (e.g., body dissatisfaction). Results were mixed with regards to the consistency of associations, with some studies showing that associations were present in lower facial dissatisfaction but not body dissatisfaction (e.g., Tiggemann et al., 2018, Tiggemann et al., 2019). Other studies suggested associations were more prominent in girls (e.g., Vendemia et al., 2018). Research did not determine whether feature manipulations were associated with clinically significant symptoms, such as anxiety and depression (e.g., Burrow et al., 2016; Mills et al., 2018). A sample conducted in Germany among highly educated individuals, which is not likely to be representative of adolescents in the United States (i.e., older age, restricted to highly educated individuals), also reported associations between negative emotions and receiving fewer "likes" (Voggenreiter et al., 2024). Studies such as these are also problematic insomuch as the focus on a singular feature is not reflective of one's holistic experience on a social media platform, which provides access to a range of content and experiences.

117.    One study among adolescents suggests that photo manipulation may be related to lower body image (Kleemans et al., 2018), and another study found that receiving fewer "likes" is

associated with depressive symptoms (though not clinically significant levels of symptoms; Lee et al., 2020). Here again, there was no accounting for offline experiences as well as current/lifetime symptoms or disorders, undermining the clinical significance of these findings.

118.    Overall, the literature does not show that specific social media platform features cause the onset of a mental health disorder. Although some studies have found associations between mood disturbances (i.e., not clinical conditions) and changes in body image, this does not reflect the average user's experience online (i.e., a focus on the feature at the exclusion of the broader content and experience) and, accordingly, is not reflective of how adolescents interact with social media platforms. It also is important to recognize that of the significant statistical associations reported, none showed evidence of *causing* a psychiatric disorder. This is particularly important given that studies did not account for known confounders, and as discussed, failure to account for these factors undermines the reliability and validity of these findings.

### Review Articles.

119.    A recent review provided a narrative synthesis of 22 published studies on specific social media features (McGovern et al., 2022). The review primarily focused on the relationship between photo manipulation and body concerns among females. The review concluded that there was "*mixed support for a significant association between photo-editing and body concerns*." Interestingly, there is evidence that in specific contexts specific photo manipulations (e.g., skin smoothing, blemish removal) may be associated with more positive emotions as well as a greater likelihood to upload photos. These nuanced findings underscore the non-definitive nature of how photo manipulation may impact socioemotional outcomes for youth.

*    *    *

120.    At present, there are substantial methodological limitations regarding research investigating the relationship between specific social media features and adolescent mental health. Similar to other lines of social media research, limitations include: (a) study designs that are not able to establish causation (e.g., cross-sectional designs), (b) use of self-report assessments to assess how participants engage with features (versus objective use of features in native social

59

media platforms), (c) use of non-representative samples (e.g., reliance on college student samples that are convenient but not reflective of the average adolescent),  (d) failure to account for offline experiences that otherwise better explain the emergence of psychiatric disorders (e.g., family or academic stressors), (e) failure to account for confounders that are more directly related to adolescent mental health outcomes (e.g., current/past psychiatric symptoms and disorders), and (f) non-generalizable associations insomuch as features are tested without considering content or context offered on social media platforms (e.g., it is highly implausible for an adolescent to only receive "less likes" on a platform without considering other moderating circumstances, such as direct messages, videos, et cetera). Moreover, the research in this area does not specifically attempt to measure whether the use of social media features leads to the onset of mental health disorders in adolescents but instead focuses on changes in symptoms, or fluctuations in mood.

## VIII.    Opinion 5: Plaintiffs' Experts' Application of the Bradford Hill Criteria is Neither Supported nor Reliable.

121.    The Bradford Hill criteria are a set of criteria used by public health researchers to guide attempts at causal inference about population level exposures, particularly when experimental manipulations are not feasible. The criteria are not precise and at times, can be easily misapplied. Plaintiffs' experts' attempted application of the Bradford Hill criteria in this case fails, which undermines their capacity to draw a causal link between adolescent social media use and psychiatric symptoms/disorders (See Goldfield section 5.7, Mojtabai section 10, and Twenge section 5).

### *Consistency and Strength*

122.    Perhaps the two most fundamental Bradford Hill criteria are consistency and strength of associations. Although strong and consistent associations do not necessarily provide significant evidence to confirm a causal hypothesis, the lack of these associations is strong evidence that a causal relationship is not present.

123.    As discussed above, the population level evidence on the relationship between social media use and mental health outcomes shows weak and inconsistent associations. If there

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

was a causal relationship between social media use and the onset of mental disorders, we would expect to see a strong and consistent relationship.

### Temporality

124.    Similar to consistency and strength, temporality is a necessary condition for a causal relationship. The concept of causation assumes a temporal arrow where causes precede effects. However, as with strength and consistency, there is a failure to identify temporality in this case. As discussed above, meta-analyses indicate that longitudinal data do not demonstrate a strong temporal relationship between social media use and psychiatric outcomes.

### Dose-Response

125.    The dose-response criterion captures whether the association between two variables is impacted by the amount of exposure of one variable on the other variable. Dose-response relationships merely describe the shape of a correlational relationship (i.e., if there is no strong and consistent correlational relationship at all, then there is no strong dose-response relationship). The vast majority of research on social media use focuses on "time spent" on a given platform and shows weak or null associations, which is inconsistent with any dose-response relationship.

### Experiment

126.    Experiments testing the effects of social media use face serious challenges, as participants generally know the hypotheses being tested. In optimal designs, the participants are masked (e.g., placebos). If a participant knows the expected outcome, this introduces bias (i.e., the participant is more likely to report on the expected outcome versus the actual outcome). Notwithstanding, the experimental literature on social media use shows weak and inconsistent results (see Section V), which, again, underscores that there is no causal link between social media use and adolescent psychiatric outcomes.

### Plausibility, Coherence, and Analogy

127.    The Bradford Hill criteria of plausibility, coherence, and analogy are imprecise and thus easy to misconstrue. These criteria capture the extent to which the mechanisms that are hypothesized to account for a causal relationship are biologically plausible, internally coherent,

and have relevant biological analogies that can be used for support. Plaintiffs' experts have not demonstrated that their hypothesized mechanisms of social media addiction meet these criteria. As discussed above (see Section IV), the models of addiction that Plaintiffs' experts put forward are conceptually flawed and the primary pieces of evidence that Plaintiffs' experts offer in support (e.g. functional MRI observations of striatal activity) do not support these hypothesized mechanisms.

### *Specificity*

128.    Plaintiffs' experts do not use the same definition of specificity nor do they agree whether the criterion is met in this case. For instance, Dr. Goldfield defines specificity as "*the extent to which an exposure is uniquely associated with a particular outcome*" (p. 141) and is of the opinion that "*social media exposure does not exhibit high specificity*" (p. 142). Conversely, Dr. Twenge defines it as "*the absence of any other likely explanation for most of the increase in prevalence (in this case, depression and poor mental health)*" (p. 36) and asserts that the criterion is met. Dr. Twenge's view of specificity is implausible and is not supported in her report. As written, the basic assumption made is that one factor alone has to drive the increase in mental health disorders. This supposition is mistaken. Rather, it is plausible that a wide range of factors working concurrently and/or sequentially have increased youth susceptibility to negative mental health outcomes. Moreover, there were several plausible alternative causes that Dr. Twenge failed to rigorously consider, which I have discussed above in this expert report (see Section VI).

## IX.    Opinion 6: Dr. Hoover's and Dr. Osborne's Opinions That Social Media Use Causes Unique Harms in School Is Not Supported by Reliable Scientific Evidence

129.    Plaintiffs' expert Dr. Sharon Hoover and Dr. Brian Osborne claim that social media use in schools both causes mental health issues and negatively impacts the learning environment. Dr. Hoover's and Dr. Osborne's opinions relating to a causal link between social media use and mental health disorders unsupported by reliable science or methodology, as I explain above (see Hoover Section IV; Osborne pp. 17-21 [Opinion 1]; Section V above). Of note, Dr. Osborne's assertions are not substantiated by published scientific papers; rather they are often offered as

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

anecdotal observations. This does not reflect sound scientific methodology, and accordingly, it does not provide any substantive foundation to establish causation.  As described below, it is my opinion that these claims are not supported by reliable evidence.

130.    Dr. Hoover also asserts that adolescent social media use is compromising youth communication skills: (p. 12), "*Social skill deficits and decreased quantity and quality of face-to-face interactions contributes to a fragmented and less collaborative classroom environment…Teachers report finding it more challenging to connect with students who lack basic communication skills or who are disengaged due to social media use, weakening the teacher-student bond essential for a positive learning environment.*" The challenge with this assertion is that it is not corroborated by scientific data. Dr. Hoover does not cite any research study supporting this claim; rather, it is offered as anecdotal, which could reflect teachers describing interactions with student from any decade, as there always has been a challenge in connecting and communicating with youth given differences in language use, interests, and their developmentally appropriate focus to engage same-aged peers (see Sections III and IV above).

131.    Dr. Hoover further asserts that (p. 7), "*Students may experience heightened social pressure, peer competition, and stress linked to online interactions on defendants' social media platforms, which can affect their mental health, motivation, and engagement in school activities. Furthermore, sleep disruption from social media use results in fatigue and impaired cognitive function, diminishing academic performance. These challenges place additional strain on school resources and create a more fragmented, judgmental atmosphere, weakening the sense of community and wellbeing within the school.*" Similarly Dr. Osborne indicates that there is a (p. 18), "*mental health toll on young people caused by social media use has resulted in student emotional needs.*" These statements reflect conjecture. They are not corroborated by data or an empirical study that definitively corroborates these claims. As noted, there are several reasons youth are experiencing challenges over the past 15 years (e.g., limited access to mental health resources; see Section VI above), including that school environments are less safe—since 2010 there has been 1,993% increase in the prevalence of gun-related incidents at K-12 schools (Statista,

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

2025). Accordingly, it is not scientifically supportable for Plaintiffs' experts to definitively and uniquely link youth school challenges to social media use alone.

132.    In discussing how social media use may affect classroom learning, Dr. Osborne describes a deposition he reviewed (as opposed to a firsthand account of a scientific study). Specifically, he details an excerpt from this deposition wherein observations "*were not part of any formal data-gathering process*" (p. 20). He then recounts what "*educators report anecdotally*" (p. 20). Regardless of the observations, suffice to say informal, anecdotal experiences are not sufficient to derive scientifically sound conclusions and certainly would not be positioned to establish any causal link.

## X.    Opinion 7: Defendants' Internal Documents Are Not Scientifically Reliable Evidence of Causation

133.    Plaintiffs' experts rely heavily on internal company documents produced by Meta, Snap, YouTube, and TikTok in this litigation to support their causation opinions. Please see Christakis Sections IV.D, VIII.G, X, XI, XIII Cingel Sections IX, X, XI, Goldfield Section 6, Lembke Section C.4, Mojtabai Section 5, Murray Section XVIII, Telzer Section 7, and Twenge Section 4. As described below, relying so heavily on these documents seriously compromises the scientific value of Plaintiffs' experts' opinions.

134.    It is my expert opinion that these internal company documents are not scientifically reliable evidence of causation. "User experience" and other types of market research cannot support a claim that social media use acts like an addictive substance or that social media use causes mental health disorders. The internal company documents cited in Plaintiffs' complaint and in Plaintiffs' experts' reports do not reflect scientific findings of causation but rather idiosyncratic responses from focus groups and self-selected user-experience surveys, with observations that are not reliable or generalizable. Such research may be useful for internal business purposes, but they cannot support causal conclusions relating to adolescent mental health disorders.

135.    Plaintiffs' experts make three key methodological errors in their reliance on internal company documents to support causal conclusions. Below I describe these errors and cite

EXPERT REBUTTAL REPORT OF DR. RANDY AUERBACH TO PI/SD PLAINTIFFS' EXPERTS— MDL NO. 3047

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

illustrious but non-exhaustive examples.  To be clear, it is my opinion that these flaws compromise all of Plaintiffs' experts' opinions to the extent those opinions rely upon internal company documents and research.

136.    First, Plaintiffs' experts rely heavily on user experience research that is not designed to test any causal relationship. These surveys are largely cross-sectional, administered with non-representative samples, and accordingly, it is not possible to make causal claims as their results cannot disambiguate cause versus effect (see Section V above). Yet Plaintiffs' experts consistently present these documents as if they were more substantial. For example, in Dr. Christakis's report he makes extensive use of Meta's internal research saying (p. 24), "*Speaking as a scientist in this research field, the size, scope, and granularity of these data are extraordinary.*" However, the very documents that Dr. Christakis draws upon are not appropriate for making causal claims. For instance, just a few pages later Dr. Christakis uses an internal Meta document to make the claim that one-third of girls felt that Instagram made their body image issues worse (Christakis p. 31, citing Deposition of ███████, PhD, Exhibit 10 at p. 14). He implies that this result is of great significance, but he fails to note that the very document he cites explains that "*fewer than 150 teen girls spread across these six countries answered questions about their experience of body image and Instagram.*" The document also explains that those respondents were selected from a pool of users who said that they had pre-existing body image issues (███ ███ PhD, Exhibit 10 at pp. 4-5). The "finding" on which Dr. Christakis relies is thus drawn from a tiny non-random survey sample, which is replete with well-known survey report biases. Indeed, the authors of the study on which Dr. Christakis relies made clear in their depositions that the study cannot support causal conclusions. In her deposition testimony ████████ said that the study was not designed to study cause and effect and clearly stated, "*I don't think that you can draw any causal conclusions from this particular research*" (████████ deposition transcript 470:20-471:9). All of Plaintiffs' experts improperly rely on similar unscientific company documents to support their causation opinions, which is both at odds with the documents themselves and well-accepted scientific principles.

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

137.    Second, Plaintiffs' experts inappropriately present anecdotal excerpts of internal company emails and slide presentations as demonstrating causal mechanisms for mental health disorders. For example, Dr. Telzer argues that "*publicness*" and "*quantifiability*" are aspects of social media platforms that make them harmful, and in support of this position, she cites text from internal presentations focused on user experience research about adolescents.  Telzer quotes from a bulleted list with the heading "*Known deterrents from using Facebook*" in one document that includes the statement, *"[u]ser research indicates unwanted photos… are a problem for teens – and there are no real tools to deal with this*" (Telzer, p. 49 citing META3047MDL-044-00026817, -6818). This appears to be nothing more than a statement about a feature that teenagers did not like about Facebook, but Dr. Telzer claims that it substantiates her speculation that the "publicness" of social media causes mental health disorders. Dr. Telzer's conclusion has no scientific basis, as the document she relies on was quite clearly not designed to assess any possible causal relationships between social media use and mental health disorders.

138.    Similarly, Dr. Telzer quotes a user experience survey titled "*Expression and Authenticity*" that draws hypotheses about how users develop different facets of their identity online. She quotes a line from the slide notes of the presentation that says, "*Best/ideal self is distinctly characterized by validation from others – those posts which receive the most likes*" (Telzer, p. 52 quoting META3047MDL-047-00573740, -3749). Again, Dr. Telzer takes an informal and unscientific observation about self-presentation (the note in fact goes on to say "*Ideal self is not negative - it's aspirational*") and makes the speculative leap that this shows that "quantifiability" in social interactions leads to mental health disorders. Dr. Telzer also supports this claim with an unattributed quotation about "streaks" on Snapchat that claims that there is "*strong social pressure to maintain a streak, and breaking a streak can negatively affect personal relationships*" (Telzer p. 52). Regardless of where this quotation came from within the internal documents, it is largely uninformative and in no way provides tangible evidence to support Dr. Telzer's assertion. Rather, it appears to be a rather mundane claim about how friendships are maintained on Snapchat, and it offers no reliable scientific basis to claim that the "quantifiability"

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

of a social interaction leads to the onset of mental disorders. Similar errors are repeated across Plaintiffs' experts' reports.

139.    Last, Plaintiffs' experts quote and characterize internal documents in ways that promote fundamental scientific misunderstandings. Dr. Lembke's report is particularly notable for promoting mischaracterizations of addiction science. Dr. Lembke makes significant use of Defendants' internal documents to support her broad and scientifically unsupported notion of addiction in the context of social media use. In one portion of her report, she claims that "*55% of Facebook users developed mild social media addiction*" based on a Meta user experience survey regarding "*problematic use*" (Lembke 27 citing META3047MDL-053-00028484). It is notable and well-founded that these measures are unreliable and susceptible to extremely inflated outcomes, as these measures were designed to assess addiction to substances not behaviors, rendering the results unreliable. Moreover, the study's authors themselves make clear that Lembke's description is greatly exaggerated. For example, as Meta employee Dr. ▮▮▮▮▮ made clear in her deposition, "*this 55 percent mild statistic isn't actually -- you wouldn't refer to it as problematic use.  It was something like 55 percent of people said that they had problems with unintentional use*" (▮▮▮▮▮ Deposition Transcript Volume 1, 296:2-7). Dr. Lembke's reliance on and distortion of these internal documents only further promotes a mischaracterization of addiction science in the context of social media, which limits the utility and reliability of her expert report.

## XI.    Conclusion

140.    As a whole, after conducting my own review of the relevant literature and reviewing the Plaintiffs' expert reports and materials cited therein, my expert opinion is that the existing scientific evidence is inconsistent with Plaintiffs' experts' claims that: (i) social media is "addictive," and thus negatively affects brain development, (ii) social media use causes negative mental health disorders, and (iii) specific social media features cause mental health disorders. The Plaintiffs' experts' reliance on internal documents focused primarily on focus groups or market-based user-experience surveys, which is not reflective of reliable research positioned to make

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

causal claims, is a tacit acknowledgement that the vast majority of the scientific literature report either weak (i.e., suggesting that other factors are largely driving any association) or non-significant associations. This aligns with consensus reports published from leading "watchdog" organizations, including the American Psychological Association Health (Advisory on Social Media Use in Adolescence; APA, 2023), National Academies of Sciences, Engineering, and Medicine (Assessment of the Impact of Social Media on the Health and Wellbeing of Adolescents and Children; National Academies of Sciences, Engineering, and Medicine, 2024), and the Lancet Commission (Moran et al., 2024), which have dismissed the notion that causation has been demonstrated, indicating that (p. 1477), *"...associations are weak, and do not imply causality"* (Moran et al., 2024).  If there was a causal relationship, one would expect to observe robust, significant, and consistent associations across well-designed studies, however, as the scientific literature shows, this is not the case.

141.    In summary, it is my expert opinion that the opinions of Plaintiffs' experts are based on unreliable methodologies and mischaracterizations of extant published work. My expert opinion remains unchanged; based on my expertise, clinical research experience, and review of peer-reviewed literature and internal documents, it is my opinion that reliable, scientific evidence does not support Plaintiffs' experts' claims that use of social media causes purported "social media addiction," negative brain changes, or mental health disorders in adolescents.

142.    I hold the opinions put forward in this rebuttal report to a reasonable degree of scientific certainty. I certify my understanding that I owe a primary and overriding duty of candor and professional integrity to help the Court on matters within my expertise and in all submissions to, or testimony before, the Court. I further certify that I further certify that my report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

EXPERT REBUTTAL REPORT OF DR. RANDY AUERBACH TO PI/SD PLAINTIFFS' EXPERTS— MDL NO. 3047

*HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER*

Randy P. Auerbach, Ph.D.

Dated: 7/9/2025

69

# Exhibit A

# CURRICULUM VITAE

## PERSONAL
Name:                    Randy P. Auerbach, Ph.D., ABPP
Work Address:            Columbia University Irving Medical Center
                         New York State Psychiatric Institute
                         1051 Riverside Drive, Pardes 2407
                         New York, New York 10032
Phone:                   (646) 774-5745
Email:                   rpa2009@cumc.columbia.edu
Date of Preparation:  July 1, 2025

## PRIMARY ACADEMIC APPOINTMENTS
2023 – Present    Professor (Tenured) of Medical Psychology (in Psychiatry), Department of Psychiatry, Columbia University, NY
2021 – 2023       Associate Professor (Tenured) of Medical Psychology (in Psychiatry), Department of Psychiatry, Columbia University, NY
2018 – 2021       Associate Professor of Medical Psychology (in Psychiatry), Department of Psychiatry, Columbia University, NY
2013 – 2017       Assistant Professor, Department of Psychiatry, Harvard Medical School, MA
2010 – 2013       Instructor, Department of Psychiatry, Harvard Medical School, MA

## ADDITIONAL ACADEMIC APPOINTMENTS
2021 – Present    Affiliate, Zuckerman Institute, Columbia University
2021 – Present    Mentor, Neurobiology and Behavior, Columbia University
2018 – Present    Member, Division of Clinical Developmental Neuroscience, Sackler Institute, NY
2018 – 2021       Lecturer, Harvard Medical School, MA
2018 – 2021       Research Associate, McLean Hospital, MA
2010 – 2014       Adjunct Professor, Department of Psychology, McGill University, QC
2005 – 2006       Visiting Research Scholar, Second Xiangya Medical College of Central South University, China

## ADMINISTRATIVE APPOINTMENTS
2019 – Present    Co-Director, Center for the Prevention and Treatment of Depression, Columbia University Irving Medical Center, NY
2019 – Present    Director, EEG Core, Columbia University Irving Medical Center, NY
2018 – Present    Director, Translational Research on Affective Disorders and Suicide Laboratory, Columbia University Irving Medical Center, NY
2018 – 2019       Acting Director, EEG Core, Columbia University Irving Medical Center, NY
2018 – Present    Research Scientist VI, New York State Psychiatric Institute, NY
2013 – 2017       Director of Clinical Research Division for Child and Adolescent Psychiatry, McLean Hospital, MA
2013 – 2017       Director of Clinical Practicum, Center for Depression, Anxiety and Stress Research, McLean Hospital, MA
2010 – 2017       Director, Child and Adolescent Mood Disorders Laboratory, Center for Depression, Anxiety and Stress Research, McLean Hospital, MA

## HOSPITAL APPOINTMENTS
2013 – 2017       Assistant Psychologist, McLean Hospital, MA
2010 – 2013       Assistant in Psychology, McLean Hospital, MA

| 2007 – 2009 | Extern, Teenage Health Unit, Herzl Family Practice Centre, QC |
| 2007 – 2009 | Extern, Cognitive Behavior Therapy Clinic, Royal Victoria Hospital, QC |
| 2006 – 2008 | Extern, Cognitive Behavior Therapy Clinic, Children's Hospital, QC |

## EDUCATION

| 2004 – 2010 | Doctor of Philosophy, Clinical Psychology (APA and CPA Accredited), McGill University, QC |
| | Supervisor: John R. Z. Abela, Ph.D. |
| | Dissertation: Understanding the Etiology of Depression: An Examination of Proximal and Distal Vulnerability Factors |
| 2009 – 2010 | Predoctoral Clinical Internship, McLean Hospital-Harvard Medical School, MA |
| 1996 – 2000 | Bachelor of Arts, School of Arts and Sciences, Cornell University, NY |

## LICENSURE AND BOARD CERTIFICATION

| 2018 – Present | Licensed Psychologist, State of NY (#022552) |
| 2013 – Present | Licensed Psychologist and Health Service Provider, State of MA (#9655) |
| 2013 – Present | American Board of Professional Psychology (ABPP), Clinical Psychology |

## HONORS AND AWARDS

| 2021 | Joel Elkes Research Award, American College of Neuropsychopharmacology |
| 2019 | Gray Matters Fellow, Columbia University |
| 2017 | Alfred Pope Award for Young Investigators, McLean Hospital |
| 2017 | MQ Innovation Fellowship |
| 2017 | Theodore Blau Early Career Award, American Psychological Foundation |
| 2016 | Society of Biological Psychiatry Travel Award |
| 2015 | Donald F. Klein Early Career Investigator Award (Honorable Mention), ADAA |
| 2015 | Richard Abidin Early Career Award, APA, Division 53 |
| 2014 | David Shakow Early Career Award for Distinguished Scientific Contributions to Clinical Psychology, APA, Division 12, Society of Clinical Psychology |
| 2014 | Alies Muskin Career Development Leadership Award, ADAA |
| 2013 | National Network for Depression Travel Award |
| 2013 | ERP Boot Camp Fellowship |
| | *(NIMH support to train in Center for Mind and Brain, University of California, Davis)* |
| 2012 | Child Intervention, Prevention, and Services (CHIPS) Fellowship, NIMH |
| 2011 | Shining Star Award, Edinburg Center |
| | *(Outstanding clinical contribution to the greater Boston community)* |
| 2009 | Smadar Levin Award, Society of Research on Psychopathology |
| | *(Awarded to one predoctoral individual with the most outstanding poster)* |
| 2009 | Distinguished Student Research Award in Clinical Psychology, APA, Division 12, Society of Clinical Psychology |
| 2008 | Young Scientist Award, International Congress of Psychology |
| 2007 – 2009 | Quebec Merit Fellowship for Foreign Students, Ministry of Education |
| 2006 | McGill Major Leong Fellowship in Science, McGill University |
| 2006 | McGill Graduate Studies Fellowship (Fall Semester) |
| | *(Awarded to students based on academic merit - $5,000)* |
| 2006 | McGill Graduate Studies Fellowship (Winter Semester) |
| | *(Awarded to students based on academic merit - $5,000)* |
| 2006 | McGill Alma Mater Student Travel Grant |
| | *(Awarded to students presenting refereed contributions at conferences - $750)* |
| 2005 | McGill Graduate Studies Fellowship (Fall Semester) |
| | *(Awarded to students based on academic merit - $5,000)* |
| 2005 | McGill Graduate Studies Fellowship (Winter Semester) |
| | *(Awarded to students based on academic merit - $5,000)* |
| 2004 | McGill Graduate Studies Fellowship (Fall Semester) |

(*Awarded to students based on academic merit - $5,000*)
2004          McGill Alma Mater Student Travel Grant
              (*Awarded to students presenting refereed contributions at conferences - $250*)
1998 – 2000   Dean's List, Cornell University
1996 – 2000   Cornell National Scholars
1996 – 2000   Cornell National Scholars Book Scholarship

## MENTEE AWARDS
2025   Alies Muskin Career Development Leadership Award, ADAA (Nayoung Kim)
2025   Career Development Institute for Psychiatry (Paul Bloom)
2025   Sleep and Circadian Science Scholar Award, Sleep Research Society (Jaclyn Kirshenabum)
2024   Alies Muskin Career Development Leadership Award, ADAA (Paul Bloom)
2024   Child Intervention, Prevention, and Services (CHIPS) Fellowship, NIMH (Carter Funkhouser)
2024   Glassman Award, Columbia University (Jaclyn Kirshenbaum)
2024   mHealth Training Institute Fellowship (Paul Bloom)
2023   American College of Neuropsychopharmacology Travel Award (Jaclyn Kirshenbaum)
2023   Barnard College Summer Research Institute Scholar (Candela Escolar)
2023   Barnard College Summer Research Institute Scholar (Sophie Pan)
2023   Barnard College Summer Research Institute Scholar (Jennifer Yu)
2022   Barnard College Summer Research Institute Scholar (Candela Escolar)
2023   Rudel Award, Columbia University (Paul Bloom)
2022   NARSAD Young Investigator Award (Akina Umemoto)
2021   NIMH BRAINS Award (David Pagliaccio)
2020   Sackler Award (Akina Umemoto)
2019   ERP Boot Camp Fellowship (David Pagliaccio)
2019   NARSAD Young Investigator Award (Nicholas Hubbard)
2018   Munson Fellowship (Steven Asbaghi)
2018   NARSAD Young Investigator Award (Alexander Harris)
2017   Child Intervention, Prevention, and Services (CHIPS) Fellowship, NIMH (Sarah Hope Lincoln)
2017   Harvard College Research Fellowship (Allura Landsberg)
2017   Mind Brain Behavior Research Fellow, Harvard University (Allura Landsberg)
2016   Harvard College Research Fellowship (Allura Landsberg)
2016   NARSAD Young Investigator Award (Jeremy G. Stewart)
2016   Alies Muskin Career Development Leadership Award, ADAA (Jeremy G. Stewart)
2014   NARSAD Young Investigator Award (Joanna M. Chango)

## DEPARTMENTAL & INSTITUTIONAL SERVICE
2024 – Present   Institutional Review Board, Columbia University
2022 – 2023      Office of Equity, Diversity, and Inclusion Peer Mentor Program, Columbia University, NY
2021 – 2022      Faculty Search Committee, Experimental Therapeutics, Columbia University, NY
2020 – 2022      Columbia Mind Ventures, Department of Psychiatry, Columbia University, NY
2019 – Present   Faculty Council, Columbia University, NY
2018 – Present   NIMH T32 Child Psychiatry Executive Committee, Columbia University, NY
2018 – Present   Resident Mental Health Committee, Columbia University, NY
2016 – 2017      Steering Committee, Technology in Psychiatry, McLean Hospital, MA
2013 – 2017      Partners Institutional Review Board, McLean Hospital, MA
2013 – 2017      Mentorship Committee, McLean Hospital, MA

| | |
|---|---|
| 2013 – 2017 | Schwartz Center Rounds Planning Committee, McLean Hospital, MA |
| 2013 – 2017 | Suicide Study Group Committee, McLean Hospital, MA |
| 2010 – 2017 | Co-Chair, Stiver Psychology Alumni Association, McLean Hospital, MA |
| 2010 – 2017 | Coordinator, National Depression Screening Day, McLean Hospital, MA |
| 2007 – 2009 | Faculty Search Committee Student Representative, Department of Psychology, McGill University, QC |

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| 2020 – Present | American College of Neuropsychopharmacology |
| 2019 – Present | Youth Suicide Research Consortium |
| 2015 – Present | Society of Biological Psychiatry |
| 2014 – Present | World Mental Health Initiative, WHO |
| 2013 – Present | Anxiety and Depression Association of America |
| 2012 – 2017 | National Network of Depression Centers |
| 2009 – Present | Society for Research in Psychopathology |
| 2008 – 2013 | Eastern Psychological Association |
| 2006 – Present | APA, Division 12, Society of Clinical Psychology |
| 2006 – 2011 | Society for Research on Child Development |
| 2004 – Present | American Psychological Association |
| 2004 – Present | APA, Division 53, Society of Clinical Child and Adolescent Psychology |
| 2004 – 2011 | Association for Behavioral and Cognitive Therapies |

## SERVICE TO PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 2023 – Present | Membership Committee, American College of Neuropsychopharmacology |
| 2022 – Present | Program Committee, Society of Biological Psychiatry |
| 2021 – Present | Mentorship Program, Society of Biological Psychiatry |
| 2021 – Present | Scientific Council, Brain & Behavior Research Foundation |
| 2020 | Panelist, Transforming the Practice of Mental Health Care, NIMH |
| 2020 – Present | Research Grants Committee, American Foundation for Suicide Prevention |
| 2019 | Moderator, Identifying Research Priorities in Child Suicide Risk, NIMH |
| 2018 – Present | Scientific Advisory Board, American Foundation for Suicide Prevention |
| 2016 – 2019 | Society for Research in Psychopathology, Diversity Committee |
| 2016 – 2019 | Society for Research in Psychopathology, Publication Committee |
| 2014 – Present | Co-Director, WHO World Mental Health International College Student Initiative |
| 2014 – 2021 | Conference Review Committee, Anxiety and Depression Association of America |
| 2012 – 2014 | Co-Chair, Child Depression Special Interest Group, Association for Behavioral and Cognitive Therapies |
| 2012 – 2017 | Child and Adolescent Mood Disorders Task Force, National Network of Depression Centers |
| 2011, 2015 | Conference Review Committee, American Psychological Association (APA), Division 53, Clinical Child and Adolescent Psychology |

## EDITORIAL SERVICE
### Associate Editor:

| | |
|---|---|
| 2013 – 2017 | International Journal of Cognitive Therapy |
| 2013 – 2016 | Journal of Psychotherapy Integration |

### Editorial Boards:

| | |
|---|---|
| 2020 – Present | Psychological Bulletin |
| 2016 – Present | Journal of Psychopathology and Clinical Science (previously Journal of Abnormal Psychology) |

Randy P. Auerbach, Ph.D., ABPP    5

2014 – 2020      Journal of Abnormal Child Psychology
2013 – 2020      Journal of Clinical Child and Adolescent Psychology
2011 – 2013      Journal of Psychotherapy Integration

**Editorial Positions:**
2013             Guest Editor, Journal of Psychotherapy Integration
                 Special Issue, *Psychological Vulnerability: An Integrative Approach*

2012             Guest Editor, International Journal of Cognitive Therapy
                 Special Issue, *Cognitive Vulnerability, Stress, and Symptom Specificity in Children and Adolescents*

**Ad Hoc Reviewer:**

| | |
|---|---|
| American Journal of Psychiatry | Journal of Abnormal Child Psychology |
| Anxiety, Stress, & Coping | Journal of Abnormal Psychology |
| Assessment | Journal of Adolescence |
| Behaviour Research and Therapy | Journal of Affective Disorders |
| Biological Psychiatry | Journal of Child Psychology and Psychiatry |
| Biological Psychiatry: CNNI | Journal of Clinical Child and Adolescent Psychology |
| Brain and Behavior | Journal of Clinical Psychology |
| Child Abuse & Neglect | Journal of Consulting and Clinical Psychology |
| Child Development | Journal of Early Adolescence |
| Clinical Psychology Review | Journal of Health Psychology |
| Clinical Psychological Science | Journal of Psychotherapy Integration |
| Cognitive, Affective, & Behavioral Neuroscience | Journal of Social and Clinical Psychology |
| Cognition and Emotion | Neuropsychopharmacology |
| Cognitive Therapy and Research | Personality Disorders: Theory, Research, & Treatment |
| Depression and Anxiety | Personality and Individual Differences |
| Development Science | Plos One |
| Educational Psychology | Psychiatry: Interpersonal and Biological Processes |
| Emotion | Psychiatry Research |
| Emotion Review | Psychiatry Research: Neuroimaging |
| European Journal of Personality | Psychological Reports |
| General Hospital Psychiatry | Psychophysiology |
| Harvard Review of Psychiatry | Scandinavian Journal of Psychology |
| Human Brain Mapping | Social Psychiatry and Psychiatric Epidemiology |
| International Journal of Cognitive Therapy | Social Science & Medicine |
| International Journal of Educational Research | Stress and Health |
| JAMA Psychiatry | Translational Psychiatry |

**Book Reviewer:**
Bentham Science
Routledge


## GRANT REVIEWING
American Foundation for Suicide Prevention (2019-Present)
FWF Science Fund (2020)
The Icelandic Research Fund, Ad Hoc Reviewer (2011)
Natural Sciences and Engineering Research Council of Canada (NSERC; 2015, 2016)
The Netherlands Organisation for Scientific Research, Ad Hoc Reviewer (2012, 2014)
NIMH Biobehavioral Research Awards for Innovative New Scientists (BRAINS) Review (2019)
NIMH Clinical Trials: Effectiveness of Treatment, Preventive, and Services Interventions (2019-Present)
NIMH K99/R00 Review (2019)
NIMH Loan Repayment Program (2016-Present)

NIMH Non-Pharmacological Clinical Trials (2023)
NIMH Optimizing Digital Mental Health Interventions (2021-Present)
NIMH Suicide Prevention Programs of Research (2022)
Ontario Research Fund (2016)
Research Council of Katholieke Universiteit Leuven, Belgium Ad Hoc Reviewer (2011, 2013)
UK Research and Innovation (2020)
US-Israel Binational Science Foundation (2017)

## CURRENT RESEARCH GRANTS AND FELLOWSHIPS

2025 – 2027    **Morgan Stanley**
Developing Digital Tools to Improve Clinical Outcomes for Depressed Youth
Principal Investigator (with David Pagliaccio)
Amount Awarded: $250,000

2024 – 2026    **National Institute of Mental Health** (R61 MH135405)
Developing the Context-Aware Multimodal Ecological Research and Assessment (CAMERA) Platform for Continuous Measurement and Prediction of Anxiety and Memory State
Co-Investigator (MPI: Joshua Jacobs, Jorge Ortiz, Alik Widge, Brett Youngerman)
Amount Awarded: $1,079,407

2023 – 2028    **National Institute of Mental Health** (R01 MH135488-01)
Interpersonal Stress, Social Media, and Risk for Adolescent Suicidal Thoughts and Behaviors
Principal Investigator (with Nadine Melhem and Marta Pecina)
Amount Awarded: $3,372,820

2023 – 2028    **National Institute of Mental Health** (R61 MH132072-01)
Targeting Adolescent Depression Symptoms Using Network-Based Real-time fMRI Neurofeedback and Mindfulness Meditation
Principal Investigator (with Susan Whitfield-Gabrieli)
Amount Awarded: $3,432,370

2022 – 2027    **National Institute of Mental Health** (P50 MH115838-05)
The Center for Enhancing Triage and Utilization for Depression and Emergent Suicidality
Principal Investigator: David A. Brent
  Subcontract: Columbia University
  Principal Investigator
  Amount Awarded: $676,003

2022 – 2026    **National Institute of Mental Health** (R01 MH130845-01)
Scaling up eConnect in Juvenile Probation Settings: A Hybrid Implementation-Effectiveness Trial of a Digital Suicide Risk/Behavior Identification and Linkage-to-Treatment System
Principal Investigator: Katherine Elkington
  Subcontract: Columbia University
  Principal Investigator
  Amount Awarded: $647,518

2022 – 2026    **National Institute of Mental Health** (R44 MH128484-01A1)

Development and Testing of a Digitally Assisted Risk Reduction Platform for Youth at High Risk for Suicide
Principal Investigator: Nicholas B. Allen
  Subcontract: Columbia University
  Principal Investigator
  Amount Awarded: $676,994

2022 – 2024    **National Institute of Mental Health** (R21 MH130853)
Extracting RDoC Constructs from EHR through Natural Language Processing to Predict Suicide in Youth
Principal Investigator: Rich Tsui
  Subcontract: Columbia University
  Principal Investigator
  Amount Awarded: $26,094

2021 – 2026    **National Institute of Mental Health** (R01 MH126181)
Testing a Diathesis-Stress Model of Adolescent Suicide: Dopaminergic, Social, and Inhibitory Mechanisms
Principal Investigator: David Pagliaccio
  Subcontract: Columbia University
  Principal Investigator
  Amount Awarded: $905,079

**PAST RESEARCH GRANTS AND FELLOWSHIPS**
2023 – 2024    **National Institute of Mental Health** (R01 MH126181-03S1)
Improving the Assessment of Pre-Teen Suicidal Thoughts and Behaviors in the Pediatric Emergency Department
Principal Investigator: David Pagliaccio
  Subcontract: Columbia University
  Principal Investigator
  Amount Awarded: $253,019

2019 – 2024    **National Institute of Mental Health** (R01 MH119771)
Social Processing Deficits in Remitted Adolescent Depression
Principal Investigator (with Stewart A. Shankman)
Amount Awarded: $2,214,007

2022 – 2023    **National Institute of Mental Health** (U01 MH116923-04S1)
Mobile Assessment for the Prediction of Suicide (MAPS) – Supplement
Principal Investigator (with Nicholas B. Allen)
Amount Awarded: $399,765

2021 – 2023    **National Institute of Mental Health** (R21 MH125044)
Identifying Positive Valence System Neural Deficits in Adolescent Depression
Principal Investigator: David Pagliaccio
  Subcontract: Columbia University
  Principal Investigator
  Amount Awarded: $51,368

2021 – 2023    **Tommy Fuss Fund**
Mindfulness-Based Real-Time fMRI Neurofeedback as a Novel Circuit Therapy for Depression
Principal Investigator

Amount Awarded: $250,000

2020 – 2023  **Morgan Stanley Foundation**
Identifying Neural and Real-Time Predictors of Adolescent Depression
Principal Investigator (with David Pagliaccio)
Amount Awarded: $500,000

2020 – 2023  **Tommy Fuss Fund**
Neural Correlates of Adolescent Suicidal Behaviors
Principal Investigator (with David Pagliaccio)
Amount Awarded: $250,000

2018 – 2023  **National Institute of Mental Health** (U01 MH116923)
Mobile Assessment for the Prediction of Suicide (MAPS)
Principal Investigator (with Nicholas B. Allen)
Amount Awarded: $1,995,245

2018 – 2023  **Patient-Centered Outcomes Research Institute**
Remote Cognitive Behavior Therapy for Major Depression in Primary Care
Consultant (PI: Robert Bossarte)
Amount Awarded: $13,300,000

2017 – 2022  **National Institute of Mental Health** (R01 MH113599)
e-Connect: A Service System Intervention for Justice Youth at Risk for Suicide
Principal Investigator: Katherine Elkington
    Subcontract: New York State Psychiatric Institute
    Principal Investigator
    Amount Awarded: $633,265

2020 – 2022  **Columbia University, Center for the Prevention and Treatment of Depression**
Neural Characterization of Suicidal Behaviors in Adolescents
Co-Investigator (PI: Claudia Lugo-Candelas)
Amount Awarded: $50,000

2020 – 2022  **National Institute of Mental Health** (R56 MH121426)
Imaging the Neurodevelopmental Trajectory of Depression and Anxiety Disorders with HCP Protocols
Principal Investigator: Anastasia Yendiki
Amount Awarded: $803,361
    Subcontract: Columbia University Irving Medical Center
    Principal Investigator
    Amount Awarded: $112,178

2019 – 2021  **National Health and Medical Research Council**
Improving Detection and Referral for University Students at Risk of Suicide
Co-Investigator (PI: Penelope Hasking)
Amount Awarded: $579,087 (AUS)

2017 – 2021  **National Institute of Mental Health** (R01 MH36197-29A1)
Three Generations at High and Low Risk for Depression Followed Longitudinally
Co-Investigator (MPI: Myrna Weissman, Jonathan Posner)
Amount Awarded: $1,978,655

2016 – 2021   **National Institute of Mental Health** (R37 MH068376)
Neuroimaging Studies of Reward Processing in Depression
Co-Investigator (PI: Diego Pizzagalli)
Amount Awarded: $2,271,490

2016 – 2021   **National Institute of Mental Health** (R01 MH108602)
Sex, Hormones, and GABA in Stress Induced Anhedonia in Depression
Co-Investigator (PI: Diego Pizzagalli)
Amount Awarded: $2,475,471

2019 – 2020   **Columbia University, Center for the Prevention and Treatment of Depression**
Improving the Short-Term Prediction of Suicidal Behavior in Mood Disorders
Principal Investigator
Amount Awarded: $70,000

2019 – 2020   **National Institute of Mental Health** (P50 MH090964 Administrative Supplement)
Antecedents of Suicidal Behavior Related Neurobiology
Supplement Principal Investigator (with J. John Mann)
Amount Awarded: $172,114

2018 – 2020   **MQ (Brighter Futures)**
Help Overcome and Prevent the Emergence of Suicide (HOPES)
Co-Principal Investigator (PI: Anne-Laura van Harmelen)
Amount Awarded: £547,703

2018 – 2020   **National Institute of Mental Health** (R21 MH115299)
MDD Treatment Response and Functional Connectivity of Brain Regions via Reference-free EEG: Further Development and Integration of Biomarkers Using Multisite EMBARC Data
Co-Investigator (PI: Jürgen Kayser)
Amount Awarded: $275,000

2017 – 2019   **National Institute of Mental Health** (R21 MH112330)
Identifying Social Processes Implicated in Remitted Recurrent Depression
Principal Investigator (with Stewart A. Shankman)
Amount Awarded: $275,000

2015 – 2019   **National Institute of Mental Health** (U01 MH108168)
Connectomes Related to Anxiety and Depression in Adolescents
Principal Investigators: John Gabrieli, Susan Whitfield-Gabrieli
Amount Awarded: $4,161,464
   Subcontract: McLean Hospital – Harvard Medical School
   Principal Investigator (with Diego Pizzagalli)
   Amount Awarded: $419,333

2016 – 2018   **National Institute of Mental Health** (R56 MH109566)
Predicting Internet-Based Treatment Response for Major Depressive Disorder
Principal Investigator
Amount Awarded: $450,129

2015 – 2018   **Tommy Fuss Fund**
Identifying Neural Markers that Predict Depression in Male Adolescents
Principal Investigator (with Diego Pizzagalli)
Amount Awarded: $590,000

2014 – 2018   **National Institute of Alcohol Abuse and Alcoholism** (R01 AA022493)
Consequences of Adolescent Alcohol Use on Brain Development
Co-Investigator (PI: Marisa Silveri)
Amount Awarded: $1,934,055

2014 – 2017   **The Dana Foundation: Clinical Neuroscience Research Grant**
Toward Identification of Neural Predictors of Adolescent Depression:
A Multimodal Neuroimaging Study
Principal Investigator (with Diego Pizzagalli)
Amount Awarded: $300,000

2013 – 2017   **National Institute of Mental Health** (K23 MH097786)
Examination of Reward Processing in the Treatment of Adolescent Major
Depression
Principal Investigator
Amount Awarded: $636,392

2013 – 2016   **George Frederick Jewett Foundation East**
Treating Adolescent Depression: Divide between Clinical Psychology and
Neuroscience
Principal Investigator
Amount Awarded: $75,000

2012 – 2016   **National Institute of Mental Health** (R01 MH095809)
Early Life Stress and Depression: Molecular and Functional Imaging Approaches
Co-Investigator (PI: Diego Pizzagalli)
Amount Awarded: $1,636,789

2012 – 2016   **Tommy Fuss Fund**
Toward Identification of Genetic and Neural Predictors of Adolescent Depression
Co-Principal Investigator (with Diego Pizzagalli)
Amount Awarded: $150,000

2012 – 2016   **Tommy Fuss Fund**
Targeting Neural Mechanisms in the Treatment of Adolescent Depression
Principal Investigator
Amount Awarded: $95,000

2013 – 2015   **Klingenstein Third Generation Foundation Adolescent Depression
Fellowship**
Predicting Adolescent Major Depressive Disorder: A Multimodal Brain Imaging
Approach
Principal Investigator
Amount Awarded: $60,000

2011 – 2015   **Department of the Army – USAMRAA** (W81XWH-12-1-0109)
Internet-Based Cognitive Behavioral Therapy: Effects on Depressive Cognitions
and Brain Function

Co-Investigator (Co-PI: Scott Killgore and Scott Rauch)
Amount Awarded: $1,219,285

2013 – 2014   **FAO Schwarz Family Foundation**
Neural Predictors of Adolescent Depression
Principal Investigator
Amount Awarded: $5,000

2012 – 2013   **FAO Schwarz Family Foundation**
Behavioral and Neural Functioning Underlying Reward Responsiveness in the Treatment of Adolescent Depression
Principal Investigator
Amount Awarded: $10,000

2012 – 2013   **Kaplen Fellowship on Depression, Harvard Medical School**
The Neural Underpinnings Associated with Reward Dysfunction in Adolescent Depression
Principal Investigator
Amount Awarded: $72,414

2011 – 2012   **The Adam Corneel Young Investigator Award, McLean Hospital – Harvard Medical School**
Project ADAPT: Efficacy of an Investigatory Group Treatment for Adolescent Depression
Principal Investigator
Amount Awarded: $20,000

2010 – 2012   **The Katz Family Foundation**
Piloting a Process of Change: Examining the Treatment of Adolescent Depression
Principal Investigator
Amount Awarded: $100,000

2010          **Taplin Fund, McLean Hospital**
Center for Depression, Anxiety and Stress Research: Request for 128-Channel EEG Nets
Principal Investigator
Amount Awarded: $14,765

2007 – 2009   **Quebec Merit Fellowship for Foreign Students, Ministry of Education**
*(Application Rank: #1)*
Vulnerability to Depression in Adolescence: A Developmental Perspective
Principal Investigator
Amount Awarded: $50,000

2005 – 2007   **McGill Social Sciences and Humanities Research Grant, McGill University**
The Relationship among Stress, Risky Behaviors, and Depressive Symptom in Adolescents
Principal Investigator
Amount Awarded: $4,000

2006          **McGill Major Leong Fellowship in Science**

Randy P. Auerbach, Ph.D., ABPP  12

A Transactional Model of Risky Behaviors, Stress, and Vulnerability to Depression in Adolescents
Principal Investigator
Amount Awarded: $25,000

## CURRENT TRAINING GRANTS

2022 – 2026    **National Institute of Mental Health** (R25 MH068367-16)
Child Intervention, Prevention and Services Research Mentoring Network
Co-Investigator (PI: Neal Ryan)
Amount Awarded: $1,063,010

2021 – 2025    **National Institute of Mental Health** (T32 MH016434-42)
Translational Research Training in Child Psychiatry
Co-Investigator (MPI: Jeremy Veenstra-VanderWeele and Rachel Marsh)
Amount Awarded: $1,947,805

## CURRENT RESEARCH GRANTS AND FELLOWSHIPS – FACULTY MENTOR

2024 – 2026    **Bender-Fischbein Award**
Interpersonal Processes Impacting the Transition from Suicidal Ideation to Action among High-Risk Adolescents Discharged from the Emergency Department
Primary Mentor (PI: Paul Bloom)
Amount Awarded: $50,000

2024 – 2026    **Columbia Institute for Developmental Sciences Postdoctoral Award**
Impact of Interpersonal and Social Media Exposures on Short-Term Risk for Adolescent Suicide
Primary Mentor (PI: Paul Bloom)
Amount Award: $120,000

2024 – 2026    **Klingenstein Third Generation Foundation Adolescent Depression Fellowship**
Designing and Testing a Brief, Web-based Intervention for Adolescents with Depression
Primary Mentor (PI: Carter Funkhouser)
Amount Awarded: $100,000

2024 – 2026    **National Institute of Mental Health** (K99 MH133991)
Linguistic and Neural Synchrony during Co-rumination as Interpersonal Mechanisms of Depression in Adult and Adolescent Dyads
Co-Mentor (PI: Lilian Li)
Amount Awarded: $222,539

2024 – 2025    **Saks Fifth Avenue Transformational Depression Research Award (Columbia University)**
Increasing the Scalability and Accessibility of Treatment for Youth Depression
Mentor (PI: Carter Funkhouser)
Amount Awarded: $50,000

2023 – 2028    **National Institute of Mental Health** (K23 MH127307)
Inhibitory Mechanisms of Suicidal Behavior in Adolescents
Co-Mentor (PI: Charles Lewis)
Amount Awarded: $932,500

2023 – 2025   **American Foundation for Suicide Prevention** (YIG-0-047-22)
A Pilot Evaluation of a Digital Peer Support Intervention for Suicidal Adolescents
Mentor (PI: Peter Franz)
Amount Awarded: $109,926

2023 – 2025   **American Foundation for Suicide Prevention** (PDG-0-131-22)
A Multimethod Investigation of Social Anhedonia as a Risk Factor for Suicidal
Thoughts and Behaviors in Adolescence
Consultant (PI: Stefanie Sequeira)
Amount Awarded: $140,000

2023 – 2025   **NARSAD Young Investigator Grant (Brain & Behavior Research
Foundation)**
Probing Anticipatory and Consummatory Reward Processes in Adolescent
Depression
Mentor (PI: Akina Umemoto)
Amount Awarded: $70,000

2023 – 2024   **Rudel Award (Columbia University)**
Investigating the Impact of Mindfulness-based Real-time fMRI Neurofeedback on
Self-referential processing in Depressed Adolescents
Mentor (PI: Paul Bloom)
Amount Awarded: $10,000

2023 – 2024   **Saks Fifth Avenue Transformational Depression Research Award
(Columbia University)**
Downregulating Self-Referential Processing among Depressed Adolescents
Using Mindfulness-based Real-time fMRI Neurofeedback
Mentor (PI: Paul Bloom)
Amount Awarded: $50,000

2020 – 2025   **National Institute of Mental Health** (K23 MH121780)
Restrictive and Binge Eating During Adolescence: The Role of Negative Self-
Related Cognitions and Social Stress
Co-Mentor (PI: Lisa Ranzenhofer)
Amount Awarded: $909,649

**PAST RESEARCH GRANTS AND FELLOWSHIPS – FACULTY MENTOR**
2022 – 2023   **Bender-Fischbein Award**
Pre-Teen Suicide: Causes and Correlates
Mentor (PI: Jaclyn S. Kirshenbaum)
Amount Awarded: $15,000

2022 – 2023   **Columbia University, Center for the Prevention and Treatment of
Depression**
Probing Anticipatory and Consummatory Reward Processes in Adolescent
Depression
Primary Mentor (PI: Akina Umemoto)
Amount Awarded: $50,000

2022 – 2023   **Tommy Fuss Fund**
Identifying Psychosocial and Neural Risk Factors for Child Suicide
following Emergency Department Discharge

Randy P. Auerbach, Ph.D., ABPP  14

Primary Mentor (PI: Jaclyn S. Kirshenbaum)
Amount Awarded: $50,000

2021 – 2023  **American Foundation for Suicide Prevention** (YIG-0-145-20)
Testing a Neural Diathesis-Stress Model to Differentiate Adolescent Suicide
Ideators and Attempters
Primary Mentor (PI: David Pagliaccio)
Amount Awarded: $90,000

2021 – 2022  **Irving Institute for Clinical Translation and Research**
Lock and Protect: Reducing Adolescent Access to Lethal Means for Suicide
Co-Mentor (PI: Ashley Blanchard)
Amount Awarded: $20,000

2020 – 2022  **Sackler Award**
Adolescent Major Depressive Disorder: Arousal versus Motivational Risk Markers
Mentor (PI: Akina Umemoto)
Amount Awarded: $100,000

2020 – 2022  **NARSAD Young Investigator Grant (Brain & Behavior Research
Foundation)**
Prediction of Depression Symptom Trajectories Across Adolescence
Co-Mentor (PI: Nicholas Hubbard)
Amount Awarded: $70,000

2020 – 2022  **Klarman Family Foundation Eating Disorders Research Grant Program**
Neurocognitive Underpinnings of Altered Self-Evaluation in Anorexia Nervosa
Co-Investigator (PI: Lisa Ranzenhofer)
Amount Awarded: $150,000

2018 – 2020  **NARSAD Young Investigator Grant (Brain & Behavior Research
Foundation)**
Translating Circuit Biomarkers of Anhedonia from Stressed Mice to Depressed
Humans
Primary Mentor (PI: Alexander Harris)
Amount Awarded: $70,000

2017 – 2020  **National Institute of Mental Health** (F32 MH114525)
Adolescent Brain Bases of Intergenerational Risk for Depression
Co-Mentor (PI: Nicholas Hubbard)
Amount Awarded: $167,782

2017 – 2019  **NARSAD Young Investigator Grant**
Testing Neural Predictors of Suicide in Depressed Adolescents
Primary Mentor (PI: Jeremy G. Stewart)
Amount Awarded: $70,000

2016 – 2018  **American Foundation for Suicide Prevention** (PRG-0-140-15)
Towards Identification of Behavioral and Neural Predictors of Adolescent
Suicidality
Primary Mentor (PI: Jeremy G. Stewart)
Amount Awarded: $30,000

2016 – 2018   **Kaplen Fellowship on Depression, Harvard Medical School**
<u>Examining Behavioral and Neural Mechanisms Underlying Suicidality in</u>
<u>Depressed Adolescents</u>
Primary Mentor (PI: Jeremy G. Stewart)
Amount Awarded: $78,395

2016 – 2018   **Livingston Award, Harvard Medical School**
<u>Examining Behavioral and Neural Mechanisms Underlying Suicidality in</u>
<u>Depressed Adolescents</u>
Primary Mentor (PI: Jeremy G. Stewart)
Amount Awarded: $6,000

2014 – 2016   **NARSAD Young Investigator Grant**
<u>Examining the Prospective Impact of Neurobiological Dysfunction in Depressed</u>
<u>Female Adolescents</u>
Primary Mentor (PI: Joanna M. Chango)
Amount Awarded: $65,000

2013 – 2016   **National Institute of Mental Health** (F32 MH099801)
<u>Investigating Neural and Psychotherapeutic Mediators of Placebo Response in</u>
<u>MDD</u>
Consultant (PI: Christian A. Webb)
Amount Awarded: $150,407

2014 – 2015   **The Adam Corneel Young Investigator Award, McLean Hospital – Harvard Medical School**
<u>Identifying Neural Correlates in Depressed Adolescents</u>
Primary Mentor (PI: Joanna M. Chango)
Amount Awarded: $20,000

2014 – 2015   **The Pope-Hintz Fellowship, McLean Hospital – Harvard Medical School**
<u>Investigating the Neural Correlates of Interpersonal Rejection as Potential</u>
<u>Markers of Risk for Suicidality among Depressed Adolescents</u>
Primary Mentor (PI: Jeremy Stewart)
Amount Awarded: $20,000

## TEACHING AND MENTORSHIP
<u>Undergraduate Courses</u>
2019 – Present          *Adolescent Mental Health: Causes, Correlates, Consequences* (Columbia University); Advanced undergraduate seminar designed to enhance understanding of topics including, etiology, risk factors, mechanisms, prevention and treatment approaches, and ethical considerations related to clinical research with adolescents (Rating across past 5 seminars from 2019-2024: 4.64-5.00 out of 5.00).

2007 – 2008          *Deviations in Child Development* (McGill University); Lecture-based course addressing the etiology and treatment of common mental disorders arising during childhood and adolescence.

<u>Lectures</u>
12/10/2018, 2/19/2020   *Assessing Suicide Risk in Youth*; New York State Psychiatric Institute Children's Day Unit intern, extern, and staff seminar series

| | |
|---|---|
| 10/11/2019 | *Clinical Assessments with High Risk Populations*; New York State Psychiatric Institute Children's Day Unit intern, extern, and staff seminar series |
| 4/10/19 | *EEG Basics and Beyond*; Department of Neuroscience, Columbia University Biology of Neurologic and Psychiatric Disorders seminar |
| 6/6/2012, 12/9/2013, 2/24/2014, 12/14/2015, 11/14/2016 | *Etiology of Depression in Adolescents*; McLean Hospital Predoctoral Clinical Intern Seminar Series |
| 11/28/2017, 5/20/2019 | *Identifying Suicide Risk in Youth*; Columbia University Predoctoral Psychology Intern Seminar Series |
| 5/6/2014, 7/30/2015, 7/20/2016, 6/28/19 10/29/21, 7/29/22 | *Nuts-and-Bolts of Graduate School Applications*; McLean Hospital-Harvard Medical School (2014-2016) and Columbia University Irving Medical Center (2019-Present) seminar on applying to graduate school in the field of psychology and neuroscience |
| 1/10/2018, 12/12/2018, 3/11/2020 | *Prevention and Treatment of Suicide*; Columbia University Psychiatry Residency Program clinical seminar series |
| 3/28/2017 | *Youth Behavioral Disorders*; Harvard University undergraduate lecture for Abnormal Psychology course |

Research Supervision for Undergraduate Student Honors Theses

| | |
|---|---|
| 2017 – 2018 | Allura Landsberg, Harvard University. Project: *Resting EEG activity as a predictor of treatment response in depressed adolescents*; Completed a Master of Bioethics at Harvard Medical School. |
| 2015 – 2017 | Nina Lutz, Tufts University. Project: *Impulsivity as a predictor of non-suicidal self-injurious thoughts and behaviors in adolescent inpatients*; Currently, receiving a doctoral degree in psychology at the University of Cambridge, United Kingdom. |
| 2014 – 2015 | Erin Bondy, Tufts University. Project: *Identifying psychobiological mechanisms that predict depression in high-risk adolescents*; Currently, receiving a doctoral degree in clinical psychology at Washington University, St. Louis. |
| 2007 – 2008 | Anthony Claro, McGill University. Project: *Risky behavior engagement in adolescents and young adults*. Received a doctoral degree in counseling psychology at McGill University; Currently, he is a school psychologist. |
| 2007 – 2008 | Zofia Czajkowska, McGill University. Project: *Self-esteem lability and depression in adolescents*; Received a doctoral degree in counseling psychology at McGill University; Currently, she is in private practice. |
| 2007 – 2008 | Marc Goldfinger, McGill University. Project: *Examining how individualism and collectivism impacts depression and risky behaviors in adolescence*; Received a Master of Science at the Imperial College London. |

2007 – 2008        Katherine O'Donnell, McGill University. Project: *Probing patterns of risky behavior engagement among depressed adolescents and young adults*; Received a doctoral degree in clinical psychology at Simon Fraser University.

2007 – 2008        Beatrice Tsai, McGill University. Project: *Testing the temporal relationship between depression symptoms and risky behavior engagement in adolescents*; Received Psy.D. in clinical psychology from the University of La Verne; Currently, she is a clinical psychologist at the Veterans Affairs Hospital in Redlands, California.

2005 – 2006        Carolyn Parkinson, McGill University. Project: *Identifying cognitive and interpersonal vulnerability factors in depression*; Received doctoral degree in cognitive neuroscience at Dartmouth University; Currently, she is an Assistant Professor at the University of California, Los Angeles.

2005 – 2006        Livia Ottisova, McGill University. Project: *Cross-cultural models of depression in Canada and China*; Received a Master of Science from the London School of Economics; Received a doctoral degree in clinical psychology at King's College in London.

2004 – 2005        Caroline Ostiguy, McGill University. Project: *Examining cognitive vulnerability factors in depressed adolescents*; Received doctoral degree in clinical psychology at Concordia University; Currently, she is a psychologist at Gilmour Psychological Services in Ottawa, Canada.

Research Supervision for Bachelor's Level Research Assistants
2022 – Present     Mia Kyler, Research Assistant. Project: *Using mindfulness-based real-time fMRI neurofeedback to target depression symptoms among adolescents.*

2022 – Present     Aishwarya Sritharan, Research Assistant. Project: *Social processes in remitted adolescent depression*.

2022 – Present     Trinity Tse, Research Assistant. Project: Using s*martphones to improve interventions targeting suicidal behaviors*.

2021 – Present     Alma Bitran, Research Assistant. Project: *Brain imaging, smartphones, and suicidal behaviors*.

2021 – 2023        Emily Zhang, Research Assistant. Project: *Social processes in remitted adolescent depression*.

2019 – 2022        Rahil Kamath, Research Assistant. Project: *Social processes in remitted adolescent depression*; Two publications. Currently, he is completing a doctoral degree in clinical psychology at Rutgers University.

2019 – 2021        Grace O. Allison, Research Assistant. Project: *Social processes in remitted adolescent depression*; Four publications (two first-author publications); Currently, Currently, she is completing a doctoral degree in clinical psychology at McGill University.

2018 – 2021        Kira L. Alqueza, Research Assistant. Project: *Mobile assessment for the prediction of suicide (MAPS)*; Six publications (one first-author publication);

Currently, she is completing a doctoral degree in clinical psychology at the University of Florida.

2018 – 2020    Rebecca Kremens, Research Assistant. Project: *Boston adolescent neuroimaging of depression and anxiety*; Four publications; Currently, she is completing a Master of Social Work degree at Boston College University.

2018 – 2019    Hannah Allchurch, Research Assistant. Project: *Charting adolescent mental health: A transdiagnostic study*; One publication; Currently, she is completing a medical degree at Medical College of Wisconsin.

2017 – 2019    Elizabeth Cosby, Research Assistant. Project: *Boston adolescent neuroimaging of depression and anxiety*; Six publications; Currently, she is completing a medical degree at Vanderbilt University.

2016 – 2018    Genesis Vergara, Research Assistant. Project: *Identifying psychobiological predictors of suicidal and non-suicidal behavior*; Two publications (one first-author manuscript); Currently, she is completing a doctoral degree in clinical psychology at Catholic University.

2016 – 2018    Paris Singleton, Research Assistant. Project: *Predicting adolescent depression*; Five publications; Currently, she is completing a doctoral degree in clinical psychology at Northwestern University.

2015 – 2017    Erin Bondy, Research Assistant. Project: *Predicting adolescent depression*; Nine publications including one first author publication; Currently, she is completing a doctoral degree in clinical psychology at the University of Washington, St. Louis.

2014 – 2016    Naomi Tarlow, Research Assistant. Project: *Elucidating biobehavioral markers of borderline personality disorder in youth*; Four publications; Currently, she is completing a doctoral degree in clinical psychology at the University of Miami.

2014 – 2016    Angela Pisoni, Research Assistant. Project: *Predicting adolescent depression*; Four publications; Currently, she is completing a doctoral degree in clinical psychology at Duke University.

2014 – 2017    Erika Esposito, Research Assistant. Project: *Identifying psychobiological predictors of suicidal and non-suicidal behavior*; Thirteen publications; Currently, she is completing a doctoral degree in clinical psychology at the University of Rochester.

2013 – 2015    Colin Stanton, Research Assistant. Project: *Predicting treatment response in depressed adolescents*; Five publications; Completed a doctoral degree in clinical psychology at Yale University.

2012 – 2014    Judy Kim, Research Assistant. Project: *Identifying psychobiological predictors of suicidal and non-suicidal behavior*; Three publications; Currently, she is a Senior Data Analyst, Liberty Mutual Insurance.

2011 – 2013    Casey Gardiner, Research Assistant. Project: *Predicting treatment response in depressed adolescents*; Four publications; Received her doctoral degree

in psychology and neuroscience from the University of Colorado, Boulder; Currently, she is a consultant for McKinsey & Company.

2010 – 2011        Sarah D'Or (Richardt), Research Assistant. Project: *Predicting treatment response in depressed adolescents*; One publication; Received her doctoral degree in clinical psychology at Northwestern University; Currently, she is an Instructor at Harvard Medical School.

Terminal Masters Trainees

2021 – 2023        Christina Koshy, Teachers College, Columbia University. Project: *Neurophysiological markers related to intergenerational risk for depression in children*; Currently, she is currently applying to doctoral programs for clinical psychology.

2021 – 2023        Annie Zhou, Teachers College, Columbia University. Project: *Regulatory control alterations in children at high risk for depression*; Currently, she is completing a doctoral degree in clinical psychology at McGill University.

2019 – 2020        Sally Cole, Teachers College, Columbia University. Project: *Maternal depression and blunted reward responsiveness in children*; Currently, she is completing a doctoral degree in clinical psychology at Florida State University.

2015 – 2017        Rachana Agarwal, Harvard Extension School. Project: *Frontal and posterior asymmetry in female youth with borderline personality disorder*.

2014 – 2015        Nienke van Alphen, Department of Psychology and Neuroscience, Maastricht University. Project: *Predictors of rehospitalization for depressed adolescents admitted to acute psychiatric treatment*; One first author publication; Completed her doctoral degree in clinical psychology from the University of Edinburgh.

2013 – 2014        Elizabeth Gordon, Harvard Graduate School of Education. Project: *Assessment of adolescent suicidal and non-suicidal thoughts and behaviors*; Received her Psy.D. at Ferkauf Graduate School of Psychology; Currently, she is in private practice.

2011 – 2013        Uday Maitra, Harvard Extension School. Project: *An examination of behavioral and neural mechanisms underlying reward responsivity in adolescent girls with major depressive disorder*; Currently, he is founder of ParkZebra.

Ph.D. Trainees

2010 – 2012        Chad M. McWhinnie, Department of Psychology, McGill University. Project: *Examining the etiology of depression in adolescents: Exploring cognitive and interpersonal vulnerability factors*; Currently, an Assistant Professor of Psychiatry at the University of Arizona College of Medicine.

Ph.D. Examination, Advisory, and Defense Committees

2022 – 2023        Sharath Koorathota, Department of Biomedical Engineering, Columbia University; Dissertation committee for doctoral defense

2021 – 2025        Tse-Hwei Choo, Department of Biostatistics, Columbia University; Dissertation committee for doctoral defense

| 2016 | Lisa Berghorst, Department of Psychology, Harvard University; Dissertation committee for doctoral defense |
| 2016 | Anthony Claro, Department of Counseling, McGill University; Ph.D. Advisory Committee |
| 2015 | Alexander Millner, Department of Psychology, Harvard University; Dissertation committee for doctoral defense |
| 2011 – 2012 | Liz Ross, Department of Psychology, University of Houston; External committee for doctoral defense |

Research Supervision of Postdoctoral Fellows

| 2022 – Present | Paul Bloom, Ph.D., Postdoctoral Fellow at Columbia University. Project: *Mindfulness-based real-time fMRI neurofeedback and depression*. |
| 2022 – Present | Carter J. Funkhouser, Ph.D., Postdoctoral Fellow at Columbia University. Project: *Characterizing social process in depression*. |
| 2021 – Present | Jaclyn S. Kirshenbaum, Ph.D., Postdoctoral Fellow at Columbia University. Project: *Mobile Assessment for the Prediction of Suicide* (MAPS). 3 publications. Principal Investigator on Bender-Fischbein and Tommy Fuss Fund awards. |
| 2019 – 2021 | Katherine Durham, Ph.D., Postdoctoral Fellow at Columbia University/New York State Psychiatric Institute. Project. *Socioemotional predictors of depression onset in adolescents*; Two publications. Currently, she is lead diagnostician and clinical trainer in our lab. |
| 2019 – Present | Akina Umemoto, Ph.D., Postdoctoral Fellow at Columbia University. Project: *Characterizing neurophysiological deficits of anhedonia in adolescents*. Two first-author publications. Currently, she is an Associate Research Scientist in our lab. |
| 2018 – 2020 | Erik Benau, Ph.D., Postdoctoral Fellow at Columbia University. Project: *Self-referential processing biases in remitted adolescent depression*; Two publications (one first-author publication); Currently, he is an Assistant Professor in the Department of Psychology at the State University of New York, Old Westbury. |
| 2016 – 2018 | Sarah Hope Lincoln, Ph.D., Postdoctoral Fellow at McLean Hospital-Harvard Medical School. Project: *Elucidating neural markers of depression in youth*; Two publications (one first-author publication); Received NIMH fellowship (Child Intervention, Prevention, and Services Fellowship); Currently, she is an Assistant Professor in the Department of Psychological Sciences at Case Western University. |
| 2014 – 2018 | Jeremy G. Stewart, Ph.D., Postdoctoral Fellow at McLean Hospital-Harvard Medical School. Project: *Identifying biobehavioral markers that predict suicidal behaviors in adolescents*; Fourteen publications; Principal investigator for three grants/fellowships (NARSAD, AFSP, and Kaplen Fellowship); Currently, he is an Assistant Professor in the Department of Psychology at Queens University (Kingston, Ontario). |
| 2013 – 2015 | Joanna M. Chango, Ph.D., Postdoctoral Fellow at McLean Hospital-Harvard Medical School; Project: *Examining the prospective impact of* |

*neurobiological dysfunction in depressed female adolescents*; One publication; Principal investigator on NARSAD Young Investigator Award; Currently, she is in private practice.

Research Supervision of Junior Faculty

2022 – Present    Akina Umemoto, Ph.D., Associate Research Scientist, Columbia University. Project: *Social processes in remitted adolescent depression*. Principal investigator grants: Young Investigator Award Brain & Behavior Foundation (NARSAD).

2018 – Present    David Pagliaccio, Ph.D., Assistant Professor, Columbia University. Project: *Predicting adolescent depression: A neuroimaging study*; Nine publications; Principal investigator grants: NIMH R21, R01, AFSP.

2013 – 2017    Kathryn D. Boger, Ph.D., ABPP, Assistant Professor, Harvard Medical School; Director, Anxiety Mastery Program, McLean Hospital; One publication.

Research Supervision of Residents, Clinical Fellows, Medical Students

2021 – 2022    Julia K. Schluger, Columbia University Medical Student. Project: *Pre-teen suicide within the pediatric emergency department*. Currently, she is a psychiatry resident at Columbia University.

2019 – 2020    Steven Asbaghi, MD, Child Psychiatry Fellow. Project: *Identifying biobehavioral self-referential processing biases that differentiate adolescent suicide ideators and attempters*; Received Munson Fellowship. One publication.

2018 – 2019    Rachel Zambrowicz, Columbia University Medical Student. Project: *Inpatient psychiatric care outcomes for adolescents: A test of clinical and psychosocial moderators*; One first author manuscript; Currently, she is a child psychiatry fellow at Columbia University.

Informal Clinical Teaching

2018 – Present    Columbia University Irving Medical Center; Supervise one postdoctoral fellow's clinical hours for licensure.

2010 – 2018    McLean Hospital-Harvard Medical School; Supervised one predoctoral clinical intern each year.

Clinical Supervision: Predoctoral Psychology Interns

| | |
|---|---|
| 2016 – 2017 | Antonia Seligowski |
| 2015 – 2016 | Jeffrey P. Winer |
| 2014 – 2015 | Jennifer Bress |
| 2013 – 2014 | Alexander J. Millner |
| 2012 – 2013 | Jeremy G. Stewart |
| 2011 – 2012 | Christian A. Webb |
| 2010 – 2011 | Sarah Kertz |

Clinical Supervision: Practicum Student Externs

| | |
|---|---|
| 2015 – 2017 | Lindsey Backer-Fulghum |
| 2016 – 2017 | Shamiria Lindsey |
| 2015 – 2016 | Vanessa Alvarez |

2015 – 2016     Jessica Pan
2014 – 2015     Alyssa Peechatka
2013 – 2014     Estie Reidler
2013 – 2014     Eva Woodward

## PEER REVIEWED PUBLICATIONS
*Student/Trainee Author; ♦Co-authorship

221. *Funkhouser, C. J., Weiner, L. S., Crowley, R. N., Davis, J. F., Koegler, F. H., Allen, N. B., & **Auerbach, R. P.** (in press). Early changes in passively sensed homestay predict depression symptom improvement during digital behavioral activation. *Behaviour Research and Therapy*.

220. *Kirshenbaum, J. S., Crowley, R., Latham, M. D., *Pagliaccio, D., **Auerbach, R. P.**, & Allen, N. B. (in press). Comparison of sleep features across smartphone sensors, actigraphy, and diaries in young adults. *JMIR Formative Research*.

219. *McGregor, M. M., Li, L. Y., *Trivedi, E., *Sarakas, S. E., *Sritharan, A., *Massac, L., Durham, K., Allen, N. B., **Auerbach, R. P.**, & Shankman, S. A. (in press). A longitudinal study of objective dating app usage and its relation to mental health in adolescents. *Journal of Psychopathology and Clinical Science*.

218. Munthali, R. J., Richardson, C. G., Pei, J., Westenberg, J. N., Munro, L., **Auerbach, R. P.**, Prescivalli, A. P., Vereschagin, M., Clarke, Q. K., Wang, A., & Vigo, D. (in press). Patterns of anxiety, depression, and substance use risk behaviors among university students in Canada. *Journal of the American College Health*.

217. *Pagliaacio, D., *Kirshebaum, J. S., Keyes, K. M., & **Auerbach, R. P.** (in press). Childhood suicide risk in the emergency department via The Healthcare Cost & Utilization Project. *JAMA Network Open*.

216. Romer, A. L., Hubbard, N. A., **Auerbach, R. P.**, Yendiki, A., Ghosh, S., Henin, A., Hofmann, S. G., Gabrieli, J.D.E., Whitfield-Gabrieli, S., & Pizzagalli, D. A. (in press). Prospective relations between cortical thickness and change in internalizing symptoms are moderated by chronic stress exposure in adolescents with depression and anxiety. *Clinical Psychological Science.*

215. Sarapas, C., Sichel, C. E., Dennis, M. L., Wasserman, G. A., Taxman, F. S., **Auerbach, R. P.**, Mroczkowski, M. M., Ryan, M. E., & Elkington, K. S. (in press). Predictive validity of the e-Connect suicide risk classification system in a multi-site sample of youth on probation. *JAACAP Open.*

214. Vigo, D., Jones, L, Munthali, R., Pei, J., Judkowicz, C., Wang, A., Munro, L., Dulai, J., Westenberg, J., **Auerbach, R. P.**, Bruffaerts, R., Krausz, M., Xie, H., Gadermann, A., Rush, B., Pendakur, K., Kessler, R. C., & Richardson, C. (in press). Lessons from the first wave: Anxiety and depression in university students during the COVID-19 pandemic. *BJPsych Open*.

213. ♦**Auerbach, R. P.**, ♦*Bloom, P. A., *Pagliaccio, D., *Lan, R., Galfalvy, H., *Bitran, A., *Durham, K., Crowley, R., Joyce, K., Blanchard, A., Chernick, L., Dayan, P., *Greenblatt, J., Kahn, L. E., Porta, G., *Tse, T. C., Cohn, J. F., Morency, L.-P., Brent, D. B., & Allen, N. B. (2025). Using smartphone derived GPS data to improve the short-term prediction

of suicidal thoughts and behaviors in high-risk adolescents. *JAMA Network Open, 8*, e2456429.

212. *Kim, N., *Bloom, P. A., Rosellini, A. J., Webb, C. A., Pizzagalli, D. A., & **Auerbach, R. P.** (2025).  Probing neurophysiological processes related to self-referential processing to predict improvement for depressed adolescents receiving cognitive behavioral therapy. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging, 10*, 485-494.

211. Li, L. Y., Grzelak, L. N., **Auerbach, R. P.**, & Shankman, S. A. (2025). Siblings' similarity in neural responses to loss reflects mechanisms of familial transmission for depression. *Journal of Psychiatric Research, 181*, 286-293.

210. Mason, A., Rapsey, C., Sampson, N. A., Lee, S., Albor, Y., Al-Hadi, A. N., Alonso, J., Al-Saud, N., Altwaijri, Y., Andersson, C., Atwoli, L., **Auerbach, R. P.**, Ayuya, C., Baez-Mansur, P. M., Ballester, L., Bantjes, J., Baumeister, H., Bendtsen, M., Benjet, C., Berman, A. H., Bootsma, E., Chan, S. C. N., Cohut, I., Covarrubias Diaz-Couder, M. A., Cuijpers, P., David, O., Dong, D., Ebert, D. D., Felez Nobrega, M., Gaete, J., García Forero, C., Gili, M., Gutiérrez-García , R., Haro, J. M., Hasking, P. A., Hudec, K., Hunt, X., Hurks, P., Husky, M. , Jaguga, F., Jansen, L., Kählke, F., Klinkenberg, E., Küchler, A-M., Langer, A. I., Léniz, I., Liu, Y., Mac-Ginty, S., Martínez, V., Mathai, M., McLafferty, M., Miranda, A., Murray, E., Musyoka, C. M., Nedelcea, C., Ngai, C. H., Núñez, D., O'Neill, S., Piqueras, J. A., Popescu, C. A., Robinson, K., Rodriguez-Jimenez, T., Scarf, D., Siu, O. L., Stein, D. J., Struijs, S. Y., Tomoiaga, C., Valdés-García, K. P., van Luenen, S., Vigo, D. V., Wang, A., Wiers, R., Wong, S. Y. S., Kessler, R. C., Bruffaerts, R., & the WMH-ICS collaborators. (2025). Prevalence, age-of-onset, and disease course of mental health problems among 72,288 first-year university students: Findings from the World Mental Health International College Student initiative*.  Journal of Psychiatric Research, 183*, 225-236*.*

209. Mason, G. E., **Auerbach, R. P.**, & Stewart, J. G. (2025). Predicting the trajectory of non-suicidal self-injury among adolescents. *Journal of Child Psychology and Psychiatry, 66*, 189-201.

208. Rentería, R., Andersson, C., Bendtsen, M., Mortier, P**., Auerbach, R. P.**, Bantjes, J., Baumeister, H., Berman, A. H., Bootsma, E., Bruffaerts, R., Cohut, I. F., Crockett, M. A., Cuijpers, P., Oana, D. A., Ebert, D. D., Gutierrez-García, R. A., Hasking, P. A., Hunt, X., Hurks, P., Husky, M. M., Jiminez, A. L., Kählke, F., Küchler, A.-M., Mac-Ginty, S., Mak, A. D. P., Martínez, V., McLafferty, M., Monroy-Velasco, I. R., Murray, E. K., O'Neill, S., Papasteri, C. C., Paz, P., Popescu, C. A., Robinson, K., Salemink, E., Siu, O.-L., Stein, D. J., Struijs, S. Y., Tomoiaga, C., van Luenen, S., Vigo, D. V., Wang, A. Y., Wiers, R. W., Wong, S. Y. S., Benjet, C. (2025). Mental disorders and sexual orientation in college students across 13 countries of differing levels of LGBTQ+ acceptance. *Journal of Psychiatric Research, 186*, 331-340.

207. Roest, A. M., de Vries, Y. A., Pozuelo, J. R., Petukhova, M. V., Lee, S., Sampson, N. A., Albor, Y., Alhadi, A. N., Alonso, J., Al-Saud, N., Altwaijri, Y., Andersson, C., Atwoli, L., **Auerbach, R. P.**, Ayuya Muaka, C., Báez-Mansur, P. M., Ballester, L., Bantjes, J., Baumeister, H., Bendtsen, M., Benjet, C., Berman, A. H., Bruffaerts, R., Carrasco, P., Chan, S. C. N., Cohut, I., Covarrubias Díaz Couder, M. A., Crockett, M. A., Cuijpers, P., David, O. A., Dong, D., Ebert, D. D., Gaete, J., García Forero, C., Gili, M., Gutiérrez-García, R., Haro, J. M., Hasking, P., Hunt, X., Husky, M. M., Jaguga, F., Langer, Á. I., Léniz, I., Liu, Y., Mac-Ginty, S., Martínez, V., McLafferty, M., Miranda, A., Monroy-Velasco, I. R., Murray, E. K., Musyoka, C. M., Nedelcea, C., Núñez, D., O'Neill, S. M.,

Piqueras, J. A., Popescu, C. A., Prescivalli, A. P., Rapsey, C., Robinson, K., Rodriguez-Jimenez, T., Saal, W., Siu, O., Stein, D. J., Struijs, S. Y., Tomoiaga, C. T., Valdés-García, K. P., Vargas-Contreras, E., Vigo, D. V., Wang, A. Y., Wong, S. Y. S., Kessler, R. C., & World Mental Health International College Student collaborators. (2025). Comorbidity and temporal associations between mental disorders among college students in the World Mental Health International College Student Initiative. *Psychiatry Research*, *351*, 116605.

206. [*]Treves, I. N., [*]Bajwa, Z., Green, K. D., [*]Bloom, P. A, [*]Kim, N., [*]Wool, E., Goldberg, S. B., Whitfield-Gabrieli, S., & **Auerbach, R. P.** (2025). Consumer grade neurofeedback with mindfulness meditation: A meta-analysis. *JMIR, 27*, e68204.

205. Tse, T., Weiner, L. S., Funkhouser, C., DeLuise, D., Cullen, C. C., Blumkin, Z. K., O'Brein, C. T., **Auerbach, R. P.**, & Allen N. B. (2025). Acceptability and usability of a digital behavioral health platform for youth at risk of suicide: User-centered design study with patients, practitioners, and business gatekeepers. *JMIR Formative Research, 9*, e65418.

204. Mortier, P., Yang, X., Altwaijri, Y. A., Holdcraft, J. A., Lee, S., Sampson, N. A., Albor, Y., Alhadi, A. N., Alonso, J., Al-Saud, N. K., Andersson, C., Atwoli, L., **Auerbach, R. P.**, Ayuya Muaka, C., Báez-Mansur, P. M., Ballester, L., Bantjes, J., Baumeister, H., Bendtsen, M., Benjet, C., Berman, A. H., Bruffaerts, R., Carrasco, P., Chan, S. C. N., Cohut, I., Covarrubias Díaz Couder, M. A., Crockett, M. A., Cuijpers, P., David, O. A., Dong, D., Ebert, D. D., Gaete, J., Felez-Nobrega, M., García Forero, C., Gili, M., Gutiérrez-García, R. A., Haro, J. M., Hasking, P., Hunt, X., Husky, M. M., Jaguga, F., Jansen, L., Langer, Á. I., Liu, Y., Mac-Ginty, S., Martínez, V., Mason, A., Mathai, M., McLafferty, M., Miranda-Mendizabal, A., Murray, E. K., Musyoka, C. M., O'Neill, S. M., Papasteri, C. C., Piqueras, J. A., Popescu, C. A., Rapsey, C., Robinson, K., Rodriguez-Jimenez, T., Scarf, D., Siu, O., Stein, D. J., Struijs, S. Y., Tomoiaga, C. T., Valdés-García, K. P., Vereecke, S., Vigo, D. V., Wang, A. Y., Wong, S. Y. S., & Kessler, R. C. (2025). The associations of childhood adversities and mental disorders with suicidal thoughts and behaviors - Results from the World Mental Health International College Student Initiative. *Psychiatry Research, 350*, 116555.

203. [*]Bitran, A. M., [*]Sritharan, A., [*]Trivedi, E., Helgren, F., Buchannan, S. N., Durham, K., Li, L. Y., [*]Funkhouser, C. J., Allen, N. B., Shankman, S. A., **Auerbach, R. P.**, & Pagliaccio, D. (2024). The effects of family support and smartphone-derived home stay on daily mood and depression among sexual and gender minority adolescents. *Journal of Psychopathology and Clinical Science, 133*, 358-367.

202. [*]Bloom, P. A., Lan, [*]Ranqing, Galfalvy, H., Liu, Y., [*]Bitran, A., Joyce, K., Durham, K., Porta, G., [*]Kirshenbaum, J. S., [*]Kamath, R., [*]Tse, T. C., Chernick, L., Kahn, L. E., Crowley, R., Trivedi, E., Brent, D., Allen, N. B., [*]Pagliaccio, D., & **Auerbach, R. P.** (2024). Identifying factors impacting missingness within smartphone-based research: Implications for intensive longitudinal studies of adolescent suicidal thoughts and behaviors. *Journal of Psychopathology and Clinical Science, 133*, 577-597.

201. [*]Funkhouser, C. J., [*]Trivedi, E., Li, L. Y., Helgren, F., [*]Zhang, E., [*]Sritharan, A., [*]Cherner, R. A., [*]Pagliaccio, D., [*]Durham, K., [*]Kyler, M., [*]Tse, T. C., Buchanan, S. N., Allen, N. B., Shankman, S. A., & **Auerbach, R. P.** (2024). Detecting adolescent depression through passive monitoring of linguistic markers in smartphone communication. *Journal of Child Psychology and Psychiatry, 65*, 932-941.

200. *Funkhouser, C. J., *Tse, T. C., Weiner, L. S., deLuise, D., *Pagliaccio, D., *Durham, K., Cullen, C., Blumkin, Z., O'Brien, C. T., Allen, N. B., & **Auerbach, R. P.** (2024). Study preregistration: Testing a digital suicide risk reduction platform for adolescents: A Pragmatic randomized controlled trial. *Journal of the American Academy of Child and Adolescent Psychiatry, 63*, 845-847.

199. Gao, Y., Panier, L. Y. X., Gameroff, M. J., **Auerbach, R. P.**, Wiessman, M., Posner, J., & Kayser. J. (2024). Feedback negativity and feedback-related P3 in individuals at risk for depression: Comparing surface potentials and current source densities. *Psychophysiology, 61*, e14444.

198. Gu, S. J., Aimufua, I., Pagliaccio, D., Shankman, S. A., Steinglass, J., Auerbach, R. P., Walsh, T., & Ranzenhofer, L. (2024). Self-referential processing in anorexia nervosa. *International Journal of Eating Disorders, 57*, 1234-1244.

197. Hasking, P. A., Robinson, K., McEvoy, P., Melvin, G., Bruffaerts, R., Boyes, M. E., **Auerbach, R. P.**, Hendrie, D., Nock, M. K., Preece, D. A., Rees, C., & Kessler, R. C. (2024). Development and evaluation of a predictive algorithm and telehealth intervention to reduce suicidal behaviour among university students. *Psychological Medicine, 54*, 971-979.

196. Hubbard, N., Bauer, C., Siless, V., **Auerbach, R. P.**, Elam, J., Frosch, I., Henin, A., Hofmann, S., Hodge, M., Jones, R., Lenzini, P., Lo, N., Park, A., Pizzagalli, D. A., Vaz-De-Souza, F., Gabrieli, J., Whitfield-Gabrieli, S., Yendiki, A., & Ghosh, S. (2024). The Human Connectome Project of adolescent anxiety and depression dataset. *Scientific Data, 11*, 837

195. *Kirshenbaum, J. S., *Pagliaccio, D., *Bitran, A., *Xu, E., & **Auerbach, R. P.** (2024). Why do adolescents attempt suicide? Insights from leading ideation-to-action theories: A systematic review. *Translational Psychiatry, 14*, 266.

195. *Kirshenbaum, J. S., *Pagliaccio, D., Pizzagalli, D. A., & **Auerbach, R. P.** (2024). Neural sensitivity following stress predicts anhedonia symptoms: A 2-year multi-wave, longitudinal study. *Translational Psychiatry, 14*, 106.

194. Letkiewicz, A. M., *Funkhouser, C. J., *Umemoto, A., *Trivedi, E., *Sritharan, A., Buchanan, S. N., Kayser, J. Shankman, S. A., & **Auerbach, R. P.** (2024). Neurophysiological response to emotion predicts dynamic fluctuations in adolescent mood states. *Psychophysiology, 61*, e14476.

193. Miranda-Mendizabal, A., Castellví, P., Vilagut, G., Alayo, I., Almenara, J., Ballester, L., Echeburúa, E., Gabilondo, A., Gili, M., Mortier, P., Piqueras, J. A., Roca, M., **Auerbach, R. P.**, Bruffaerts, R., Kessler, R. C., & Alonso, J. (2024). Suicidal ideation risk among LGB Spanish university students: The role of childhood and adolescence adversities and mental disorders. *Journal of Affective Disorders, 353*, 52-59.

192. *Pagliaccio, D., *Bitran, A., *Kirshenbaum, J. S., *Alqueza, K., *Durham, K., Chernick, L. S., Joyce, K., *Lan, R., Porta, G., Brent, D. A., Allen, N. B., & **Auerbach, R. P.** (2024). Testing the interpersonal theory of suicide in adolescents: A multi-wave longitudinal study. *Journal of Child Psychology and Psychiatry, 65*, 668-679.

191. *Pagliaccio, D., Tran, K. T., Visoki, E., DiDomenico, **Auerbach, R. P.**, & Barzilay, R. (2024). Probing the digital exposome: Associations of social media use patterns with

youth mental health. *Neuropsychopharmacology-Digital Psychiatry and Neuroscience, 2*, 5.

190. Stewart, J. G., Pizzagalli, D. A., & **Auerbach, R. P.** (2024). Stress exposure in at-risk, depressed, and suicidal adolescents. *Journal of Child Psychology and Psychiatry, 65*, 942-958.

189. *Treves, I. N., Greene, K. D., *Bajwa, Z., *Wool, E., *Kim, N., Bauer, C. C. C., *Bloom, P. A., Pagliaccio, D., Zhang, J., Whitfield-Gabrieli, S., & **Auerbach, R. P.** (2024). Mindfulness-based neurofeedback: A systematic review of EEG and fMRI studies. *Imaging Neuroscience, 2*, 1-25.

188. Weiner, L. S., Crowley, R. N., Sheeber, L. B., Koegler, F. H., Davis, J. F., Wells, M., *Funkhouser, C. J., **Auerbach, R. P.**, & Allen, N. B. (2024). Engagement, acceptability, and effectiveness of the Vira digital behavior change platform: A randomized controlled trial comparing self-care and coach-supported versions in youth at risk for depression and obesity. *JMIR Mental Health, 11*, e51366.

187. **Auerbach, R. P.**, *Lan, R., Galfalvy, H., *Alqueza, K., Cohn, J. F., Crowley, R., *Durham, K., Joyce, K., Kahn, L. E., *Kamath, R., Morrency, L.-P., Porta, G., *Srinivasan, A., Zelazny, J., Brent, D. A., & Allen, N. B. (2023). Intensive longitudinal assessment of adolescents to predict suicidal thoughts and behaviors. *Journal of the American Academy of Child and Adolescent Psychiatry, 62*, 1010-1020.
      ***Selected Editors' Best of 2023*

186. *Alqueza, K. L., *Pagliaccio, D., *Durham, K., *Srinivasan, A., Stewart, J. G., & **Auerbach, R. P.** (2023). Suicidal thoughts and behaviors among psychiatric inpatients. *Archives of Suicide Research, 27*, 353-366.

185. *Belleau, E. L., *Kremens, R., Bolton, T. A. W., *Bondy, E., *Pisoni, A., **Auerbach, R. P.**, Pizzagalli, D. A. (2024). Default mode and frontoparietal network dynamics: Associations with familial risk for depression and stress sensitivity. *Journal of Mood and Anxiety Disorders, 1*, 100001.

184. *Bloom, P. A., *Pagliaccio, D., Zhang, J., Bauer, C. C. C., *Kyler, M., Greene, K. D., Treves, I., *Morfini, F., *Durham, K., *Cherner, R., *Bajwa, Z., *Wool, E., Olfsson, V., Lee, R. F., Bidmead, F., Cardona, J., *Kirshenbaum, J. S., Ghosh, S., Hinds, O., Wighton, P., Galfalvy, H., Simpson, H. B., Whitfield-Gabrieli, S., & **Auerbach, R. P.** (2023). Mindfulness-based real-time fMRI neurofeedback: A randomized controlled trial to optimize dosing for depressed adolescents. *BMC Psychiatry, 23*, 757.

183. Bootsma, E., Jansen, L., Kiekens, G., Voorpoels, W., Mortier, P., Proost, S., van de Poel, I., Jacobs, K., Demyttenaere, K., Alonso, J., Kessler, R. C., Cuijpers, P., **Auerbach, R. P.**, & Bruffaerts, R. (2023). Mood disorders in higher education in Flanders during the 2nd COVID-19 wave: Prevalence and help-seeking: Findings from the Flemish College Surveys (FLeCS). *Journal of Psychiatric Research, 159*, 33-41.

182. Chow, S-M, Nahum-Shani, I, Baker, J. T, Spruijt-Metz, D, Allen, N. B, **Auerbach, R. P.**, Dunton, G. F., Friedman, N. P., Intille, S., Klasnja, P., Marlin, B., Nock, M. K., Rauch, S. L., Pavel, M., Vrieze, S., Wetter, D.W., Kleiman, E.M., Brick, T.R., Perry, H., Wolff-Hughes, D.L. & Intensive Longitudinal Health Behavior Network (ILHBN). (2023). The Intensive Longitudinal Health Behavior Network (ILHBN): Challenges, opportunities, and

solutions from harmonizing data under heterogeneous study designs, target populations, and measurement protocols. *Translational Behavioral Medicine, 13*, 7-16.

181. Hubbard, N. A., **Auerbach, R. P.**, Siless, V., Lo, N., Frosch, I. R., Clark, D. E., Jones, R., Kremens, R., Pinaire, M., Vaz De Souza, F., Ghosh, S. S., Henin, A., Hofmann, S. G., Pizzagalli, D. A., Rosso, I. M., Yendiki, A., Whitfield-Gabrieli, S., & Gabrieli, J. D. E. (2023). Connectivity patterns evoked by fearful faces demonstrate reduced flexibility across a shared dimension of adolescent anxiety and depression. *Clinical Psychological Science, 1*, 3-22.

180. Husky, M.M., Sadikova, E., Lee, S., Alonso, J., **Auerbach, R. P.**, Bantjes, J., Bruffaerts, R., Cuijpers, P., Ebert, D. D., Gutièrrez García, R., Hasking, P., Mak, A., McLafferty, M., Sampson, N.A., Stein, D.J., Kessler, R. C., and WHO WMH-ICS Collaborators. (2023). Childhood adversities and mental disorders in first-year college students: Results from the World Mental Health International College Student Initiative. *Psychological Medicine, 53*, 2963-2973.

179. Jones, L. B., Vereschagin, M., Wang, A. Y., Munthali, R. J., Pei, J., Richardson, C. G., Halli, P., Xie, H., Rush, B., Yantham, L., Gadermann, A. M., Prescivalli, A. P., Munro, L., Bruffaerts, R., **Auerbach, R. P.**, Mortier, P., & Vigo, D. V. (2023). Suicidal ideation amongst university students during the COVID-19 pandemic: Time trends and risk factors. *Canadian Journal of Psychiatry, 68*, 531-546.

178. Kiekens, G., Hasking, P., Bruffaerts, R., Alonso, J., **Auerbach, R. P.**, Bantjes, J., Benjet, C., Boyes, M., Chiu, W. T., Claes, L., Cuijpers, P., Ebert, D. D., Mak, A., Mortier, P., O'Neill, S., Sampson, N. A., Stein, D. J., Vilagut, G., Nock, M. K., & Kessler, R. C. (2023). Non-suicidal self-injury among first-year college students and its association with mental disorders: Results from the World Mental Health International College Student (WMH-ICS) Initiative. *Psychological Medicine, 53*, 875-886.

177. *Li, L. Y., Glazer, J. E., Helgren, F., *Funkhouser, C. J., **Auerbach, R. P.**, & Shankman, S. A. (in press). Electrophysiological evidence of mal-adaptation to error in remitted depression. *Biological Psychology, 179*, 108555.

176. *Li, L. Y., Trivedi, E., Helgren, F., *Allison, G. O., Zhang, E., Buchanan, S. N., *Pagliaccio, D., *Durham, K., Allen, N. B., **Auerbach, R. P.**, & Shankman, S. A. (2023). Capturing mood dynamics through adolescent smartphone social communication. *Journal of Psychopathology and Clinical Science, 132*, 172-184.

175. Liu, C., Belleau, E., Dong, D., Sun, X., Xiong, G., Pizzagalli, D. A., **Auerbach, R. P.**, Wang, X., & Yao, S. (2023). State- and trait-like co-activation pattern dynamics in current and remitted major depression. *Journal of Affective Disorders, 337*, 159-168.

174. *Millon, E. M., *Alqueza, K. L., *Kamath, R. A., Marsh, R., Pagliaccio, D., Blumberg, H., Stewart, J. G., & **Auerbach, R. P.** (2023). Non-suicidal thoughts and behaviors among adolescent inpatients. *Child Psychiatry and Human Development, 27*, 353-66.

173. *Pagliaccio, D., Kumar, P., *Kamath, R., Pizzagalli, D. A., & **Auerbach, R. P.** (2023). Neural sensitivity to peer feedback and depression symptoms in adolescence: A 2-year multi-wave longitudinal study. *Journal of Child Psychology and Psychiatry, 64*, 254-264.

172. Stevens, L. S., *Funkhouser, C. J., **Auerbach, R. P.**, Talati, A., Gameroff, M. G., Posner, J. E., Weissman, M. M., & Shankman, S. A. (2023). Inhibition predicts the course of

internalizing symptoms: The moderating role of familial risk. *Journal of Nervous and Mental Disease, 211*, 100-107.

171. *Umemoto, A., *Zhou, Z., *Millon, E. M., *Koshy, C. S., Taylor, S. M., Spann, M., Monk, C., Marsh, R., Rosellini, A. J., & **Auerbach, R. P.** (2023). Intergenerational transmission of cognitive control among children at risk for depression. *Biological Psychology, 182*, 108652.

170. Zhang, J., Raya, J., *Morfini, F., Urban, Z., *Pagliaccio, D., Yendiki, A., **Auerbach, R. P.**, Bauer, C., & Whitfield-Gabrieli, S. (2023). Reducing default mode network connectivity with mindfulness-based fMRI neurofeedback: A pilot study among adolescents with an affective disorder history. *Molecular Psychiatry, 28*, 2540-2548.

169. **Auerbach, R. P.**, *Pagliaccio, D., Hubbard, N., A., Frosch, I., *Kremens, R., *Cosby, E., Jones, R., Siless, V., Lo, N., Henin, A., Hofmann, S., Gabrieli, J. D. E., Yendiki, A., Whitfield-Gabrieli, S., & Pizzagalli, D. A. (2022). Reward-related circuitry in depressed and anxious adolescents: A human connectome project. *Journal of the American Academy of Child and Adolescent Psychiatry, 61*, 308-320.

168. **Auerbach, R. P.**, *Srinivasan, A., *Kirshenbaum, J., Mann, J. J., & Shankman, S. A. (2022). Geolocation features differentiate healthy from remitted depressed adults. *Journal of Psychopathology and Clinical Science* (previously *Journal of Abnormal Psychology*), *131*, 341-349.

167. Ballester, L., Alayo, I., Vilagut, G., Mortier, P., Almenara, J., Cebriá, A. I., Echeburúa, E., Gabilondo, A., Gili, M., Lagares, C., Piqueras, J. A., Roca, M., Soto-Sanz, V., Blasco, M. J., Castellví, P., Miranda-Mendizabal, A., Bruffaerts, R., **Auerbach, R. P.**, Nock, M. K., Kessler, R. C., Alonso, J., & UNIVERSAL study group. (2022). Predictive models for first-onset and persistence of depression and anxiety among university students. *Journal of Affective Disorders, 308*, 432-441.

166. Bantjes, J., Breet, E., Saal, W., Lochner, C., Roos, J., Mortier, P., **Auerbach, R.P.**, Bruffaerts, R., Kessler, R.C., Stein, D.J. (2022). Epidemiology of non-fatal suicidal behavior among first-year university students in South Africa. *Death Studies, 46*, 816-823.

165. Benjet, C. A., Mortier, P., Kiekens, G., Ebert, D. D., **Auerbach, R. P.**, Kessler, R. C., Cuijpers, P., Green, J. G., Nock, M. K., Demyttenaere, K., Albor, Y., & Bruffaerts, R. (2022). A risk algorithm that predicts alcohol use among college students. *European Child & Adolescent Psychiatry, 31*, 1-11.

164. D'Hulst, A., Bootsma, E., Kiekens, G., **Auerbach, R. P.**, Cuijpers, P., Demyttenaere, K., Ebert, D. D., Green, J. G., Kessler, R. C., Mortier, P., Nock, M. K., & Bruffaerts, R. (2022). Depressieve stoornis bij Belgische eerstejaarsstudenten. *JGZ Tijdschrift Voor Jeugdgezondheidszorg, 54*, 9-15.

163. Karyotaki, E., Klein, A. M., Ciharova, M., Bolinski, F., Krijnen, L., de Koning, L., de Wit, L., van der Heijde, C. M., Ebert, D. D., Riper, H., Batelaan, N., Vonk, P., **Auerbach, R. P.**, Kessler, R. C., Bruffaerts, R., Struijs, S., Wiers, R. W., & Cuijpers, P. (2022). Guided internet-based transdiagnostic individually tailored Cognitive Behavioral Therapy for symptoms of depression and/or anxiety in college students: A randomized controlled trial. *Behaviour Research and Therapy, 150*, 104028.

162. Jones, L. B., Judkowicz, C., Hudec, K. L., Munthali, R. J., Prescivalli, A. P., Wang, A. Y., Munro, L., Xie, H., Pendakur, K., Rush, B., Gillett, J., Young, M., Singh, D., Todorova, A. V., **Auerbach, R. P.**, Bruffaerts, R., Gildea, S. M., McKechnie, I., Gadermann, A. M., Richardson, C. G., Sampson, N. A., Kessler, R. C., & Vigo, D. V. (2022). The World Mental Health-International College Student (WMH-ICS) Survey in Canada: Protocol for a mental health and substance use trend study. *JMIR Research Protocols, 11*, e35168.

161. Mak, A. D. P., Lee, S., Sampson, N. A., Albor, Y., Alonso, J., **Auerbach, R. P.**, Baumeister, H., Benjet, C., Bruffaerts, R., Cuijpers, P., Ebert, D. D., Gutierrez-Garcia, R., Hasking, P., Lapsley, C., Lochner, C., Kessler, R.C., and on behalf of the WHO World Mental Health Survey International College Student collaborators. (2022). Attention-deficit/hyperactivity disorder (ADHD) comorbidity structure and impairment: Results of the WHO World Mental Health Surveys International College Student Project (WMH-ICS). *Journal of Attention Disorders, 26*, 1078-1096.

160. Mortier, P., Alonso, J., **Auerbach, R. P.**, Bantjes, J., Benjet, C., Bruffaerts, R., Cuijpers, P., Ebert, D. D., Green, J. G., Hasking, P., Karyotaki, E., Kiekens, G., Mak, A., Nock, M. K., O'Neill, S., Pinder-Amaker, S., Sampson, N. A., Stein, D. J., Vilagut, G., Wilks, C., Zaslavasky, A., Mair, P., & Kessler, R. C. (2022). Childhood adversities and suicidal thoughts and behaviors among first-year college students: Results from the WMH-ICS initiative. *Social Psychiatry and Psychiatric Epidemiology, 57*, 1591-1601.

159. Panchal, P., De Queiroz Campos, G., Goldman, D. A., **Auerbach, R. P.**, Merikangas, K. R., Swartz, H. A., Sankar, A., & Blumberg, H. P. (2022). Towards a digital future in bipolar disorder assessment: A systematic review of disruptions in the rest-activity cycle as measured by actigraphy. *Frontiers Psychiatry, 13*, 780726.

158. *Allison, G. O., *Benau, E., *Asbaghi, S., *Pagliaccio, D., Stewart, J. G., & **Auerbach, R. P.** (2021). Neurophysiological markers related to negative self-referential processing differentiate adolescent suicide ideators and attempters. *Biological Psychiatry: Global Open Science, 1*, 16-27.

157. *Allison, G. O., *Kamath, R. A., Carrillo, V., *Alqueza, K. L., *Pagliaccio, D., Slavich, G. M., Shankman, S. A., & **Auerbach, R. P.** (2021). Self-referential processing in remitted depression: An event-related potential study. *Biological Psychiatry: Global Open Science, 1*, 119-129.

156. **Auerbach, R. P.**, *Pagliaccio, D., *Allison, G. O., *Alqueza, K. L., & *Alonso, M. F. (2021). Neural correlates associated with suicide and non-suicidal self-injury in youth. *Biological Psychiatry, 89*, 119-133.

155. Bantjes, J., Saal, W., Gericke, F., Lochner, C., Roos, J., **Auerbach, R. P.**, Mortier, P., Bruffaerts, R., Kessler, R. C., & Stein, D. (2021). Mental health and academic failure among first-year university students in South Africa. *South African Journal of Psychology, 51*, 396-408.

154. Belleau, E. L., *Kremens, R., Ang, Y. S., *Pisoni, A., *Bondy, E., *Durham, K., **Auerbach, R. P.**, & Pizzagalli, D. A. (2021). Reward functioning abnormalities in adolescents at high familial risk for depressive disorders. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging, 6*, 39-49.

153. Chase, H. W., **Auerbach, R. P.**, Brent, D. A., Posner, J., Wiessman, M. M. & Talati, A. (2021). Dissociating default mode network resting state markers of suicide from familial risk factors for depression. *Neuropsychopharmacology, 46*, 1830-1838.

152. D'Hulst, A., Kiekens, G., **Auerbach, R. P.**, Cuijpers, P., Ebert, D. D., Green, J. G., Kessler, R. C., Mortier, P., Nock, M.K., & Bruffaerts, R. (2021). Major depressive episode in college freshmen: prevalence, academic functioning, and receipt of treatment. *Tijdschrift voor Psychiatrie, 63*, 24-31.

151. *Funkhouser, C. J., Kaiser, A. J. E., *Alqueza, K. L., Carrillo, V. L., Hoffman, L. M. K., Nabb, C. B., **Auerbach, R. P.**, & Shankman, S. A. (2021). Depression risk factors and affect dynamics: An experience sampling study. *Journal of Psychiatric Research, 135*, 68-75.

150. Gericke, F., Ebert, D. D., Breet, E., **Auerbach, R. P.**, & Bantjes, J. (2021). A qualitative study of university students' experience of Internet-based CBT for depression. *Counselling and Psychotherapy Research, 21*, 792-804.

149. Lee, Y. J., Guell, X., Hubbard, N. A., Siless, V., Frosch, I. R., Goncalves, M., Lo, N., Nair, A., Ghosh, S. S., Hofmann, S., **Auerbach, R. P.**, Pizzagalli, D. A., Yendiki, A., Gabrieli, J. D. E., Whitfield-Gabrieli, S. & Anteraper, S. A. (2021). Functional alterations in cerebellar functional connectivity in anxiety disorders. *The Cerebellum, 20*, 392-401.

148. Maffei, C., Lee, C., Planich, M., Ramprasad, M., Ravi, N., Trainor, D., Urban, Z., Kim, M., Jones, R. J., Henin, A., Hofmann, S. G., Pizzagalli, D. A., **Auerbach, R. P.**, Gabrieli, J. D. E., Whitfield-Gabrieli, S., Greeve, D. N., Haber, S., N., & Yendiki, A. (2021). Using diffusion MRI data acquired with ultra-high gradient strength to improve tractography in routine-quality data. *NeuroImage, 245*, 118706.

147. Mann, J. J., Michel, C. A., & **Auerbach, R. P.** (2021). Improving suicide prevention through evidenced-based strategies: A systematic review. *American Journal of Psychiatry, 178*, 611-624.

146. Rentería, R., Benjet, C., Gutierrez-Garcia, R. A., Ramírez, A. A. Albor, Y. Borges, G., Couder, M., Durán, M., González, R. G., Saldaña, R. G., De la Torre, A., Ana María Martínez-Jerez, A. M., Martinez, K., Medina-Mora, M. E., Ruiz, S. M., Pérez, M. Tarango, G. P., Berbena, M., Méndez, E., **Auerbach, R. P.**, & Mortier, P. (2021). Suicide thought and behaviors, non-suicidal self-injury, and perceived life stress among sexual minority Mexican college students. *Journal of Affective Disorders, 281*, 891-898.

145. Rentería, R., Benjet, C., Gutierrez-Garcia, R. A., Ramírez, A. A., Albor, Y., Borges, G., Díaz, A. C., del Socorro Durán, M., González, R. Saldaña, R., Hermosillo De la Torre, H. E., Martínez Jeréz, A. M., Martinez, K., Medina-Mora, M. E., Ruiz, S., Tarango, G. P., Berbena, M. A., **Auerbach, R. P.**, & Mortier, P. (2021). Prevalence of 12-month mental and substance use disorders in sexual minority college students in Mexico. *Social Psychiatry and Psychiatric Epidemiology, 56*, 247-257.

144. Saruhanjan, K., Zarski, A. C., Bauer, T., Baumeister, H., Cuijpers, P., Spiegelhalder, K., **Auerbach, R. P.**, Kessler, R. C., Bruffaerts, R., Karyotaki, E., Berking, M., & Ebert, D. D. (2021). Psychological interventions to improve sleep in college students: A meta-analysis of randomized controlled trials. *Journal of Sleep Research*, e13097.

143. *Umemoto, A., *Cole, S., *Allison, G. O., Dolan, S., Lazarov, A., **Auerbach, R. P.**, & Schneier, F. (2021). Neurophysiological predictors of gaze-contingent music reward

therapy among adults with social anxiety disorder. *Journal of Psychiatric Research, 143*, 155-162.

142. *Umemoto, A., Panier, L. Y. X, *Cole, S. L., Kayser, J., Pizzagalli, D. A., & **Auerbach, R. P.** (2021). Resting posterior alpha power and adolescent major depressive disorder. *Journal of Psychiatric Research, 233-240*.

141. Webb, C. A., **Auerbach, R. P.**, *Bondy, E., *Stanton, C. H., Appleman, L., & Pizzagalli, D. A. (2021). Reward-related neural predictors and mechanisms of symptom change in cognitive behavioral therapy for depressed girls. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging, 6*, 39-49.

140. Ballester, L., Alayo, I., Vilagut, G., Almenara, J., Cebrìa, A. I., Echeburúa, E., Gabilondo, A., Gili, M., Lgares, C., Piqueras, J. A., Roca, M., Soto-Sanz, V., Blasco, M. J., Castellví, P., Mortier, P., Bruffaerts, R., **Auerbach, R. P.**, Nock, M. K., Kessler, R. C., on behalf of the UNIVERSAL study group. (2020). Mental disorders in Spanish university students: Prevalence, age-of-onset, severe role impairment and mental health treatment. *Journal of Affective Disorders, 273*, 604-613.

139. Bantjes, J., Saal, W., Lochner, C., Roos, J., **Auerbach, R. P.**, Mortier, P., Bruffaerts, R., Kessler, R. C., & Stein, D. J. (2020). Inequality and mental healthcare utilisation among first-year university students in South Africa. *International Journal of Mental Health Systems, 14*, 5.

138. Celano, C. M., Gomez-Bernal, F., Mastromauro, C. A., Beale, E. E., DuBois, C. M., **Auerbach, R. P.**, & Huffman, J. C. (2020). A positive psychology intervention for patients with bipolar depression: A randomized pilot trial. *Journal of Mental Health, 29*, 60-68.

137. *Funkhouser, C. J., **Auerbach, R. P.**, Kujawa, A., Morelli, S. A., Phan, K. L., & Shankman, S. A. (2020). Social feedback valence differentially modulates the reward positivity, P300, and late positive potential. *Journal of Psychophysiology, 34*, 255-267.

136. Harrer, M., Adam, S. H., Rathner, E-M., Baumeister, H., Cuijpers, P., Bruffaerts, R., **Auerbach, R. P.**, Kessler, R. C., Jacobi, C., Taylor, C. B., & Ebert, D. D. (2020). Prevention of eating disorders at universities: A systematic review and meta-analysis. *International Journal of Eating Disorders, 53*, 813-833.

135. Hubbard, N. A., Siless, V., Frosch, I., Goncalves, M., Lo, N., Wang, J., Bauer, C., Conroy, K., Cosby, E., Hay, A., Jones, R., Pinaire, M., Vaz De Souza, F., Ghosh, S., Henin, A., Hirschfeld-Becker, D., Hofmann, S. G., **Auerbach, R. P.**, Pizzagalli, D. A., Yendiki, A., Gabrieli, J., & Whitfield-Gabrieli, S. (2020). Brain function and clinical characterization in the Boston Adolescent Neuroimaging of Depression and Anxiety Study. *Neuroimage: Clinical, 27*, 102240.

134. Karyotaki, E., Cuijpers, P., Albor, Y, Alonso, J., **Auerbach, R. P.**, Bantjes, J., Bruffaerts, R., Ebert, D., Hasking, P., Kiekens, G., Lee, S., McLafferty, M., Mak, A., Mortier, P., Sampson, N. A., Stein, D. J., Vilagut, G., Kessler, R. C., & WHO WMH-ICS Collaborators. (2020). Sources of stress and their associations with mental disorders among college students: Results of the WHO World Mental Health International College Student Initiative. *Frontiers in Psychology, 11*, 1759.

133. *Millner, A. J., Lee, M. D., Hoyt, K., Buckholtz, J. W., **Auerbach, R. P.**, & Nock, M. K. (2020). Are suicide attempters more impulsive than suicide ideators? *General Hospital Psychiatry, 63*, 103-110.

132. *Pagliaccio, D., *Alqueza, K. L., Marsh, R., & **Auerbach, R. P.** (2020). Brain volume abnormalities in youth at high risk for depression: Adolescent Brain and Cognitive Development Study. *Journal of the American Academy of Child and Adolescent Psychiatry, 59*, 1178-1188.
    ***Selected Editors' Best of 2020*

131. *Seligowski, A. V., Reffi, A. N., Phillips, K. A., Orcutt, H. K., **Auerbach, R. P.**, Pizzagalli, D. A., & Ressler, K. J. (2020). Neurophysiological responses to safety signals and the role of cardiac vagal control. *Behavioural Brain Research, 396*, 112914.

130. Serra, R., Kiekens, G., Vanderlinden, J., Vrieze, E., **Auerbach, R. P.**, Benjet, C., Claes, L, Cuijpers, P, Demyttenaere, K., Ebert, D. D., Tarsitani, L, Green, J. G., Kessler, R. C., Nock, M. K., Mortier, P., & Bruffaerts, R. (2020). Binge eating and purging in first-year college students: Prevalence, psychiatric comorbidity, and academic performance. *International Journal of Eating Disorders, 53*, 339-348.

129. Siless, V., Hubbard, N. A., Jones, R., Wang, J., Lo, N., Bauer, C., Goncalves, M., Frosch, I., Norton, D., Vergara, G., Conroy, K., Vaz De Souza, F., Rosso, I., Hay, A., Cosby, E. A., Pinaire, M., Hirschfeld-Becker, D., Pizzagalli, D. P., Henin, A., Hofmann, S. G., **Auerbach, R. P.**, Ghosh, S., Gabrieli, J., Whitfield-Gabrieli, S., & Yendiki, A. (2020). Image acquisition and quality assurance in the Boston Adolescent Neuroimaging of Depression and Anxiety. *Neuroimage: Clinical, 26*, 102242.

128. Wilks, C. R., **Auerbach, R. P.**, Alonso, J., Benjet, C., Bruffaerts, R., Cuijpers, P., Ebert D. D., Green, J. G., Mellins C. A., Mortier, P., Sadikova E., Sampson, N. A., & Kessler, R. C. (2020). The importance of physical and mental health in explaining health-related academic role impairment among college students. *Journal of Psychiatric Research, 123*, 54-61.

127. Allen, N. B., Nelson, B. W., Brent, D., & **Auerbach, R. P.** (2019). Short-term prediction of suicidal thoughts and behaviors in adolescents: Can recent developments in technology and computational science provide a breakthrough? *Journal of Affective Disorders, 250*, 163-169.

126. Ballester, L., Alayo, I., Vilagut, G., Almenara, J., Cebrià, A. I., Echeburúa, E., Gabilondo, A., Gili, M., Legares, C., Piqueras, J. A., Roca, M., Soto-Sanz, V., Blasco, M. J., Castellví, P., Forero, C. G., Bruffaerts, R., Mortier, P., **Auerbach, R. P.**, Nock, M. K., Sampson, N., Kessler, R. C., & Alonso, J. (2019). Accuracy of online survey assessment of mental disorders and suicidal thoughts and behaviors in Spanish university students. Results of the WHO World Mental Health International College Student initiative. *Plos One, 14*, e0221529.

125. Bantjes, J., Lochner, C., Saal, W., Roos, J., Taljaard, L., Page, D., **Auerbach, R. P.**, Mortier, P., Bruffaerts, R., Kessler, R. C., & Stein, D. J. (2019). Prevalence and sociodemographic correlates of common mental disorders among first-year university students in post-apartheid South Africa: Implications for a public mental health approach to student wellness. *BMC Public Health, 19*, 922.

124. Blasco, M. J., Vilagut, G., Almenara, J., Roca, M., Piqueras, J. A., Babilondo, A., Lagares, C., Soto-Sanz, V., Echeburúa, E., Gili, M., Cebrià, A. I., Alayo, I, Miranda-Mendizabal, A., Bruffaerts, R., **Auerbach, R. P.**, Nock, M. K., Kessler, R. C., Alonso, J., & the UNIVERSAL Study Group. (2019). Suicidal thoughts and behaviors (STB): Prevalence and association with distal and proximal factors in Spanish university students. *Suicide and Life-Threatening Behavior, 49*, 881-898.

123. Bruffaerts, R., Mortier, P., **Auerbach, R. P.**, Alonso, J., Benjet, C., Cuijpers, P., Demyttenaere, K., Ebert, D. D., Green, J. G., Hasking, P., Hasking, P., Stein, D., Ennis, E., Nock, M. K., Pinder-Amaker, S., Sampson, N. A., Vilagut, G., Zaslavsky, A., & Kessler, R. C. (2019). Lifetime and 12-month treatment for mental disorders and suicidal thoughts and behaviors among first year college students. *International Journal of Methods in Psychiatric Research, 28*, e1764.

122. Cuijpers, P., **Auerbach, R. P.**, Benjet, C., Bruffaerts, R., Ebert, D. D., Karyotaki, E., & Kessler, R. C. (2019). The WHO World Mental Health International College Student (WMH-ICS) initiative: An overview. *International Journal of Methods in Psychiatric Research, 28*, e1761.

121. Cuijpers, P., **Auerbach, R. P.**, Benjet, C., Bruffaerts, R., Ebert, D. D., Karyotaki, E., & Kessler, R. C., (2019). Introduction to the special issue: The WHO World Mental Health International College Student (WMH-ICS) initiative. *International Journal of Methods in Psychiatric Research*, *28*, e1762.

120. Ebert, D. D., Buntrock, C., Mortier, P., **Auerbach, R. P.**, Weisel, K. K., Kessler, R. C., Cuijpers, P., Green, J. G., Kiekens, G., Nock, M. K., Demyttenaere, K., & Bruffaerts, R. (2019). Prediction of major depressive disorder onset in college students. *Depression and Anxiety, 364*, 294-304.

119. Ebert, D., Mortier, P., Kählke, F., Bruffaerts, R., Baumeister, H., **Auerbach, R. P.**, Alonso, J., Vilagut, G., Marínez, K., Lochner, C., Cuijpers, P., Küchler, A-M, Green, J., Haskign, P., Lapsley, C., Sampson, N., & Kessler, R. C. (2019). Barriers of mental health treatment utilization among first year college students: First cross-national results from the WHO World Mental Health International College Student initiative. *International Journal of Methods in Psychiatric Research, 28*, e1782.

118. Kählke, F., Berger, T., Schulz, A., Baumeister, H., Berking, M., **Auerbach, R. P.**, Bruffaerts, R., Cuijpers, P., Kessler, R. C., & Ebert, D. D. (2019). Efficacy of an unguided, internet-based self-help intervention for social anxiety disorder in university students: A randomized controlled trial. *International Journal of Methods in Psychiatric Research, 28*, e1766.

117. Kaiser, R. H., Kang, M., Lew, Y., Van Der Feen, J., Aguirre, B., Clegg, R., Goer, F., Esposito, E., **Auerbach, R. P.**, Hutchison, R. M., & Pizzagalli, D. A. (2019). Abnormal frontoinsular-default network dynamics in adolescent depression and rumination: A preliminary resting-state co-activation pattern analysis. *Neuropsychopharmacology, 44*, 1604-1612.

116. Kaiser, R. H., Peterson, E., Kang, M., Van Der Feen, J., Aguirre, B., Clegg, R., Goer, F., Esposito, E. C., **Auerbach, R. P.**, & Pizzagalli, D. A. (2019). Frontoinsular network markers of current and future adolescent mood health. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging, 4*, 715-725.

115. Karyotaki, E., Klein, A. M., Riper, H., de Wit, L., Krijnen, L., Bol, E., Bolinski, F., Burger, S., Ebert, D. D., **Auerbach, R. P.**, Kessler, R. C., Bruffaerts, R., Batelaan, N., van der Heijde, C. M., Vonk, P., Kleiboer, A., Wiers, R. W., & Cuijpers, P. (2019). Examining the effectiveness of a web-based intervention for symptoms of depression and anxiety: Study protocol of a randomized controlled trial. *BMJ Open, 9*, e028739.

114. Kiekens, G., Hasking, P., Claes, L, Boyes, M., Mortier, P., **Auerbach, R. P.**, Cuijpers, P., Demyttenaere, K., Green, J. G., Kessler, R. C., Myin-Germeys, I., Nock, M. K., & Bruffaerts, R. (2019). Predicting the incidence of non-suicidal self-injury in college students. *European Psychiatry, 59*, 44-51.

113. Kumar, P., *Pisoni, A., *Bondy, E., *Kremens, R., *Singleton, P., Pizzagalli, D. A., & **Auerbach, R. P.** (2019). Delineating the social valuation network in adolescents. *Social, Cognitive, and Affective Neuroscience, 14*, 1159–1166.*

112. *Lincoln, S. H., *Pisoni, A., *Bondy, E., Kumar, P., *Singleton, P., Hajcak, G., Pizzagalli, D. A., & **Auerbach, R. P.** (2019). Altered reward processing following an acute stressor in adolescents. *Plos One, 14*(1), e0209361.

111. Miranda-Mendizabal, A., Castellví, Alayo, I., Vilagut, G., Blasco, M. J., Torrent, A., Ballester, L, Almenara, J., Legares, C., Roca, M., Sesé, A., Piqueras, J. A., Soto-Sanz, V., Rodríguez-Marín, Echeburúa, E., Gabilondo, A., Cebrià, A. I., Bruffaerts, R., **Auerbach, R. P.**, Mortier, P., Kessler, R. C., & Alonso, J. (2019). Gender commonalities and differneces in risk and protective factors of suicidal thoughts and behaviors: A cross-sectional study of Spanish university students. *Depression and Anxiety, 36*, 1102-1114.

110. Slavich, G. M., *Stewart, J. S., *Esposito, E., Shields, G. S., & **Auerbach, R. P.** (2019). The Stress and Adversity Inventory for Adolescents: Associations with mental and physical health, risky behaviors, and psychiatric diagnoses in youth seeking treatment. *Journal of Child Psychology and Psychiatry, 60*, 998-1009.

109. Smith, E. E., Tenke, C., E., Deldin, P. J., Trevedi, M. H., Weissman, M. M., **Auerbach, R. P.**, Bruder, G. E., Pizzagalli, D. A., & Kayser, J. (2019). A critical examination of the convergent and discriminant validity of resting EEG frontal theta and posterior alpha. *Psychophysiology*, e13483.

108. *Stewart, J. G., *Polanco-Roman, L., Duarte, C. S., & **Auerbach, R. P.** (2019). Neurocognitive processes implicated in adolescent suicidal thoughts and behaviors: Applying an RDoC framework for conceptualizing risk. *Current Behavioral Neuroscience Reports, 6I*, 188-196.

107. *Stewart, J. G., Shields, G. S., *Esposito, E. C., *Cosby, E. A., Allen, N. B., Slavich, G., & **Auerbach, R. P.** (2019). Life stress and suicide in adolescents. *Journal of Abnormal Child Psychology, 47*, 1707-1722.

106. *Stewart, J. G., *Singleton, P., *Benau, E., Foti, D., *Allchurch, H., Kaplan, C., Aguirre, B., & **Auerbach, R. P.** (2019). Neurophysiological activity following rewards and losses among female adolescents and young adults with Borderline Personality Disorder. *Journal of Abnormal Psychology, 128*, 610-621.

105. *Vergara, G. A., *Stewart, J. G., *Cosby, E. A., *Lincoln, S. H., & **Auerbach, R. P.** (2019). Non-suicidal self-injury in depressed adolescents: Impact of peer victimization and bullying. *Journal of Affective Disorders, 245*, 744-749.

104. *Webb, C. A., *Stanton, C., *Bondy, E., *Singleton, P., Pizzagalli, D. A., & **Auerbach, R. P.** (2019). Cognitive vs. behavioral skills in CBT for depressed adolescents: Disaggregating within-patient vs. between-patient effects on symptom change. *Journal of Clinical and Consulting Psychology, 87*, 484-490.

103. Wilson, K. M., Millner, A. J., **Auerbach, R. P.**, Glenn, C. R., Kearns, J. C., Kirtley, O., Najmi, S., O'Connor, R. C., Stewart, J. G., & Cha, C. B. (2019). Investigating the psychometric properties of the suicide stroop task. *Assessment, 31*, 1052-1061.

102. *Zambrowicz, R., *Stewart, J., *Cosby, E., *Esposito, E. C., Pridgen, B., & **Auerbach, R. P.** (2019). Inpatient psychiatric care outcomes for adolescents: A test of clinical and psychosocial moderators. *Evidence-Based Practice in Child & Adolescent Mental Health, 4*, 357-368.

101. Alonso, J., Vilagut, G., Mortier, P., **Auerbach, R. P.**, Bruffaerts, R., Cuijpers, P., Demyttenaere, K., Ebert, D. D., Ennis, E., Gutiérrez-Garcia, R. A., Green, J. G., Hasking, P., Lee, S., Bantjes, J., Nock, M. K., Pinder-Amaker, S., Sampson, N. A., Zaslavsky, A. M., Kessler, R. C., & WHO WMH-ICS Collaborators. (2018). Role impairment associated with mental disorder risk profiles: WHO World Mental Health Surveys International College Student initiative. *International Journal of Methods in Psychiatric Research, e1750*.

100. Alonso, J., Mortier, P., **Auerbach, R. P.**, Bruffaerts, R., Vilagut, G., Cuijpers, P., Demyttenaere, K., Ebert, D. D., Ennis, E., Gutiérrez-Garcia, R. A., Green, J. G., Hasking, P., Lochner, C., Nock, M. K., Pinder-Amaker, S., Sampson, N. A., Zaslavsky, A. M., Kessler, R. C., & WHO WMH-ICS Collaborators. (2018). Severe role impairment associated with mental disorders: Results of the WHO World Mental Health Surveys International College Student project. *Depression and Anxiety, 35*, 802-814.

99. **Auerbach, R. P.**, Mortier, P., Bruffaerts, R., Alonso, J., Benjet, C., Cuijpers, P., Demyttenaere, K., Ebert, D. D., Green, J. G., Hasking, P., Lee, S., Lochner, C., McLafferty, M., Nock, M. K., Petukhova, M. V., Pinder-Amaker, S., Rosellini, A. J., Sampson, N. A., Vilagut, G., Zaslavsky, A. M., Kessler, R. C., & WHO WMH-ICS Collaborators. (2018). Mental disorder comorbidity and suicidal thoughts and behaviors in the World Health Organization World Mental Health Surveys International College Student initiative. *International Journal of Methods in Psychiatric Research, 28, e1752*.

98. **Auerbach, R. P.**, Mortier, P., Bruffaerts, R., Alonso, J., Benjet, C., Cuijpers, P., Demyttenaere, K., Ebert, D. D., Green, J. G., Hasking, P., Murray, E., Nock, M. K., Pinder-Amaker, S., Sampson, N. A., Stein, D. A., Vilagut, G., Zaslavsky, A. M., Kessler, R. C., & WHO WMH-ICS Collaborators. (2018). The WHO World Mental Health Surveys International College Student project: Prevalence and distribution of mental disorders. *Journal of Abnormal Psychology, 127*, 623-638.

97. *Bondy, E., *Stewart, J. G., Hajcak, G., Weinberg, A., *Tarlow, N., Mittal, V. A., & **Auerbach, R. P.** (2018). Emotion processing in female youth: Testing the stability of the late positive potential. *Psychophysiology, 55*, e12977.

96. Bruffaerts, R., Mortier, P., Kiekens, G., **Auerbach, R. P.**, Cuijpers, P., Demyttenaere, K., Green, J. G., Nock, M. K., & Kessler, R. C. (2018). Mental health problems in college freshmen: Prevalence and academic functioning. *Journal of Affective Disorders, 225*, 97-103.

95. Ebert, D. D., Marvin, F., Kählke, F., Küchler, A-M, Bruffaerts, R., Mortier, P., Karyotaki, E., Alonso, J., Cuijpers, P., Berking, M., **Auerbach, R. P.**, Kessler, R. C., & Baumeister, H. (2018). Increasing intentions to use mental health services among university students. Results of a pilot randomized controlled trial within the WHO World Mental Health International College Student initiative. *International Journal of Methods in Psychiatric Research, 28*, e1754.

94. Gupta, T., DeVylder, J. E., **Auerbach, R. P.**, Schiffman, J., & Mittal, V.A. (2018). Speech illusions and working memory performance in non-clinical psychosis. *Schizophrenia Research, 195*, 391-395.

93. Harrer, M., Adam, S. H., Fleischmann, J., Baumeister, H., **Auerbach, R. P.**, Bruffaerts, R., Cuiijpers, P., Berking, M., Lehr, D., & Ebert, D. D. (2018). Effectiveness of an internet- and app-based intervention for college students with elevated stress: results of a randomized controlled trial. *Journal of Medical Internet Research, 20*, e136.

92. Harrer, M. Adam, S. H., Baumeister, H., Cuijpers, P., Karyotaki, E., **Auerbach, R. P.**, Kessler, R. C., Bruffaerts, R., Berking, M., & Ebert, D. D. (2018). Internet interventions for mental health in university students: A systematic review and meta-analysis. *International Journal of Methods in Psychiatric Research, 28*, e1759.

91. Katz, A. C., Weinberg, A., Gorka, S. M., **Auerbach, R. P.**, & Shankman, S. A. (2018). Effect of comorbid post-traumatic stress disorder and panic disorder on defensive responding. *Journal of Psychophysiology, 32*, 43-52.

90. Kiekens, G., Boyes, M., Hasking, P., Claes, L., Mortier, P., **Auerbach, R. P.**, Cuijpers, P., Demyttenaere, K., Green, J., Kessler, R. C., Myin-Germeys, I., Nock, M. K., & Bruffaerts, R. (2018). The associations between first onset non-suicidal self-injury and subsequent suicidal thoughts and behaviors. *Journal of Affective Disorders, 239*, 171-179.

89. Kiekens, G., Hasking, P., Clases, L, Mortier, P., **Auerbach, R. P.**, Boyes, M., Cuijpers, P., Demyttenaere, K., Green, J. G., Kessler, R. C., Nock, M. K., & Bruffaerts, R. (2018). The DSM-5 non-suicidal self-injury disorder among incoming college students: Prevalence and associations with 12-month mental disorders and suicidal thoughts and behaviors. *Depression and Anxiety, 35*, 629-637.

88. *Moran, L. R., Kaplan, C., Aguirre, B., Galen, G., *Stewart, J. G., *Tarlow, N., & **Auerbach, R. P.** (2018). Treatment effects following residential dialectical behavior therapy for adolescents with borderline personality disorder. *Evidence-Based Practice in Child & Adolescent Mental Health, 3*, 117-128.

87. Mortier, P., **Auerbach, R. P.**, Alonso, J., Axinn, W. G., Cuijpers, P., Ebert, D. D., Green, J. G., Hwang, I., Kessler, R. C., Liu, H., Nock, M. K., Pinder-Amaker, S., Sampson, N., Zaslavsky, A. M., Abdulmalik, J., Aguilar-Gaxiola, S., Al-Hamzawi, A., Benjet, C., Demyttenaere, K., Florescu, S., De Girolamo, G., Gureje, O., Haro, J. M., Hu, C., Haung, Y., De Jonge, P., Karam, E. G., Kienjna, A., Kovess-Massfety, V., Lee, S., McGrath, J. J., O'Neill, S., Nakov, V., Pennell, B-E., Piazza, M., Posada-Villa, J., Rapsey, C., Viana, M. C., Xavier, M., & Bruffaerts, R. (2018). Suicidal thoughts and behaviors among college students and same-aged peers: Results from the World Health Organization World Mental Health Surveys. *Social Psychiatry and Psychiatric Epidemiology, 53*, 279-288.

86. Mortier, P., **Auerbach, R. P.**, Alonso, J., Bantjes, J., Cuijpers, P., Ebert, D. D., Green, J. G., Hasking, P., Nock, M. K., O'Neill, S., Pinder-Amaker, S., Sampson, N., Vilagut, G., Zaslavsky, A. M., Bruffaerts, R., Kessler, R. C., & WHO WMH-ICS Collaborators. (2018). Suicidal thoughts and behaviors among first-year college students: Results from the WMH-ICS Project. *Journal of the American Academy of Child and Adolescent Psychiatry, 57*, 263-273.

85. *Seligowski, A. V., *Bondy, E., *Singleton, P., Orcutt, H. K., Ressler, K. J., & **Auerbach, R. P.** (2018). Testing neurophysiological markers related to fear-potentiated startle. *Psychiatry Research, 267*, 195-200.

84. *Stewart, J. G., Valeri, L., *Esposito, E. C., & **Auerbach, R. P.** (2018). Peer victimization and suicidal thoughts and behaviors in depressed adolescents. *Journal of Abnormal Child Psychology, 46*, 581-596.

83. Villegas, A.C., DuBois, C. M., Celano, C., Beale, E. E., Mastromauro, C. A., Stewart, J. G., **Auerbach, R. P.**, Huffman, J. C., & Hoeppner, B. B. (2018). A longitudinal investigation of the Concise Health Risk Tracking Self-Report (CHRT-SR) in suicidal patients during and after hospitalization. *Psychiatry Research, 262*, 558-565.

82. **Auerbach, R. P.**, *Pisoni, A., *Bondy, E., Kumar, P., Stewart, J. G., Yendiki, A., & Pizzagalli, D. A. (2017). Neuroanatomical prediction of anhedonia in adolescents. *Neuropsychopharmacology, 42*, 2087-2095.

81. **Auerbach, R. P.**, *Stewart, J. G., & Johnson, S. L. (2017). Impulsivity and suicidality in adolescent inpatients. *Journal of Abnormal Child Psychology, 45*, 91-103.

80. Celano, C. M., Beale, E. E., Mastromauro, C. A., *Stewart, J. G., Millstein, R. A., **Auerbach, R. P.**, Bedoya, C. A., & Huffman, J. C. (2017). Psychological interventions to reduce suicidality in high-risk patients with major depression: A randomized controlled trial. *Psychological Medicine, 47,* 810-821.

79. Ebert, D. D., Nobis, S., Lehr, D., Baumeister, H., Riper, H., **Auerbach, R. P.**, Snoek, F., Cuijpers, P., & Berking, M. (2017). The 6-month effectiveness of Internet-based guided self-help for depression in adults with type 1 and 2 diabetes mellitus. *Diabetic Medicine, 34*, 291-299.

78. Glenn, C. R., Lanzillo, E. C., *Esposito, E. C., Santee, A. C., Nock, M. K., & **Auerbach, R. P.** (2017). Examining the course of suicidal and nonsuicidal self-injurious thoughts and behaviors in outpatient and inpatient adolescents. *Journal of Abnormal Child Psychology, 45*, 971-983.

77. Glenn, C. R., Kleiman, E. M., Coppersmith, D. D. L., Santee, A. C., *Esposito, E. C., Cha, C. B., Nock, M. K., & **Auerbach, R. P.** (2017). Implicit identification with death predicts change in suicide ideation during psychiatric treatment in adolescents. *Journal of Child Psychology and Psychiatry, 58(12)*, 1319-1329.

76. *Jensen, E. J., ***Auerbach, R. P.**, *Pisoni, A., & Pizzagalli, D. A. (2017). Localized MRS reliability of in vivo glutamate at 3 tesla in shortened scan times: A feasibility study. *NMR in Biomedicine, 30*, e3771.

75. Liu, H., Lieberman, L., Stevens, E., **Auerbach, R. P.**, & Shankman, S. A. (2017). Using a cultural and RDoC framework to conceptualize anxiety in Asian Americans. *Journal of Anxiety Disorders, 48*, 63-69.

74. Lunsford-Avery, J. R., da Silva Brandão Gonçalves, B., Brietzke, E., Bressan, R. A., Gadlha, A., **Auerbach, R. P.**, & Mittal, V. A. (2017). Adolescents at clinical high-risk for psychosis: Circadian rhythm disturbances predict worsened prognosis at 1-year follow-up. *Schizophrenia Research, 189*, 37-42.

73. Mortier, P., Cuijpers, P., Kiekens, G., **Auerbach, R. P.**, Demyttenaere, K., Green, J. G., Kessler, R. C., Nock, M. K., & Bruffaerts, R. (2017). The prevalence of suicidal thoughts and behaviors among college students: A meta-analysis. *Psychological Medicine, 48*, 554-565.

72. Mortier, P., Demyttenaere, K., **Auerbach, R. P.**, Cuijpers, P., Green, J. G., Kiekens, G., Kessler, R. C., Nock, M. K., Zaslavsky, A., & Bruffaerts, R. (2017). First onset of suicidal thoughts and behaviors in college. *Journal of Affective Disorders, 207*, 291-299.

71. Mortier, P., Kiekens, G., **Auerbach, R. P.**, Cuijpers, P., Demyttenaere, K., Green, J. G., Kessler, R. C., Nock, M. K., Zaslavsky, A., & Bruffaerts, R. (2017). A risk algorithm for the persistence of suicidal thoughts and behaviors during college. *Journal of Clinical Psychiatry, 78*, e828-e836.

70. Rosso, I. M., Killgore, W. D. S., Olson, E. A., Webb, C. A., Fukunaga, R., **Auerbach, R. P.**, Gogel, H., Buchholz, J. L., & Rauch, S. L. (2017). Internet-based cognitive behavior therapy for major depressive disorder: A randomized controlled trial. *Depression and Anxiety, 34*, 236-245.

69. *Stewart, J. G., *Esposito, E. C., Glenn, C. R., Gilman, S. E., Pridgen, B., Gold, J., & **Auerbach, R. P.** (2017). Adolescent self-injurers: Comparing non-ideators, suicide ideators, and suicide attempters. *Journal of Psychiatric Research, 84*, 105-112.

68. *Stewart, J. G., Glenn, C. R., *Esposito, E. C., Cha, C. B., Nock, M. K., & **Auerbach, R. P.** (2017). Cognitive control deficits differentiate adolescent suicide ideators from attempters. *The Journal of Clinical Psychiatry, 78*, e614-e621.

67. *Webb, C. A., **Auerbach, R. P.**, *Bondy, E., *Stanton, C. H., Foti, D. J., & Pizzagalli, D. A. (2017). Abnormal neural responses to feedback in depressed adolescents. *Journal of Abnormal Psychology, 126*, 19-31.

66. *▪van Alphen, N. R., *▪Stewart, J. G., *Esposito, E. C., Pridgen, B., Gold, J., & **Auerbach, R. P.** (2017). Predictors of rehospitalization for depressed adolescents admitted to acute psychiatric treatment. *The Journal of Clinical Psychiatry, 78*, 592-598.

65. **Auerbach, R. P.**, Alonso, J., Axinn, W. G., Cuijpers, P., Ebert, D., Green, J. G., Hwang, I., Kessler, R. C., Liu, H., Mortier, P., Nock, M. K., Pinder-Amaker, S., Sampson, N., Aguilar-Gaxiola, S., Al-Hamzawi, A., Andreade, L. H., Benjet, C., Caldas-de-Almeida, J. M., Demyttenaere, K., Florescu, S., de Girolamo, G., Gureje, O., Haro, J. M., Karam, E., Kiejna, A., Kovess-Masfety, V., Lee, S., McGrath, J., O'Neill, S., Pennell, B.E., Scott, K., ten Have, M., Torres, Y., Zarkov, Z., & Bruffaerts, R. (2016). Mental disorders among college students in the WHO World Mental Health Surveys. *Psychological Medicine, 46*, 2955-2970.

64. **Auerbach, R. P.**, *Bondy, E., *Stanton, C. H., Webb, C. A., Shankman, S. A., & Pizzagalli, D. A. (2016). Self-referential processing in adolescents: Stability of behavioral and event-related potential markers. *Psychophysiology, 53*, 1398-1406.

63. **Auerbach, R. P.**, *Tarlow, N., *Bondy, E., *Stewart, J. G., Aguirre, B., Kaplan, C., Yang, W., & Pizzagalli, D. A. (2016). Electrocortical reactivity during self-referential processing in female youth with borderline personality disorder. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging, 1*, 335-344.

62. Blasco, M. J., Castellví, P., Almenara, J., Lagares, C., Roca, M., Sesé, A., Piqueras, J. A., Soto-Sanz, V., Rodríguez-Marín, J., Echeburúa, E., Gabilondo, A., Cebriá, A. I., Miranda-Mendizábal, A., Vilagut, G., Bruffaerts, R., **Auerbach, R. P.**, Kessler, R. C., & Alonso, J. (2016). Predictive models for suicidal thoughts and behaviors among Spanish university students: Rationale and methods of the UNIVERSAL (University & Mental Health) Project. *BMC Psychiatry, 16*, 122.

61. Cuijpers, P., Cristea, I. A., Ebert, D. D., Koot, H. M., **Auerbach, R. P.**, Bruffaerts, R., & Kessler, R. C. (2016). Psychological treatment of depression in college students: A meta-analysis. *Depression and Anxiety, 33(5)*, 400-414.

60. Kaplan, C., *Tarlow, N., *Stewart, J. G., Aguirre, B., Galen, G., & **Auerbach, R. P.** (2016). Borderline personality disorder in youth: The prospective impact of child abuse on non-suicidal self-injury and suicide. *Comprehensive Psychiatry, 71*, 86-94.

59. Kiekens, G., Claes, L., Demyttenaere, K., **Auerbach, R. P.**, Green, J.G., Kessler, R. C., Mortier, P., Nock, M. K., & Bruffaerts, R. (2016). Lifetime and 12-month non-suicidal self-injury and academic performance in college freshmen. *Suicide and Life Threatening Behavior, 46*, 563-576.

58. Speed, B. C., Nelson, B. D., **Auerbach, R. P.**, Klein, D. N., & Hajcak, G. (2016). Depression risk and electrocortical reactivity during self-referential emotional processing in 8 to 14 year-old girls. *Journal of Abnormal Psychology, 125*(5), 607-619.

57. Xiang, W., Ongur, D., **Auerbach, R. P.**, & Yao, S. (2016). Cognitive vulnerability to major depression: View from the intrinsic network and cross-network interactions. *Harvard Review of Psychiatry, 24(3)*, 188-201.

56. Xiao, J., Qiu, Y., He, Y., Cui, L., **Auerbach, R. P.**, *McWhinnie, C. M., & Yao, S. (2016). Weakest link as a cognitive vulnerability within the hopelessness theory of depression in Chinese university students. *Stress and Health, 1*, 20-27.

55. Zhang, B., Lin, P., Shi, H., Ongur, D., **Auerbach, R. P.**, Wan, X., Yao, S., & Wang, X. (2016). Mapping anhedonia-specific dysfunction in a transdiagnostic approach: An ALE meta-analysis. *Brain Imaging and Behavior, 10*, 920-939.

54. **Auerbach, R. P.**, *Millner, A. J., *Stewart, J. G., & *Esposito, E. C. (2015). Identifying differences between depressed adolescent suicide ideators and attempters. *Journal of Affective Disorders, 186*, 127-133.

53. **Auerbach, R. P.**, *Stanton, C. H., Proudfit, G. H., & Pizzagalli, D. A. (2015). Self-referential processing in depressed adolescents: A high-density event-related potential study. *Journal of Abnormal Psychology, 124(2)*, 233-245.

52. **Auerbach, R. P.**, *Stewart, J. G., *Stanton, C. H., Mueller, E., & Pizzagalli, D. A. (2015). Emotion processing and resting EEG activity in depressed adolescents. *Depression and Anxiety, 32*, 693-701.

51. Kong, T., He, Y., **Auerbach, R. P.**, *McWhinnie, C. M., & Xiao, J. (2015). Rumination and depression in Chinese university students: The mediating role of overgeneral autobiographical memory. *Personality and Individual Differences, 77*, 221-224.

50. Mortier, P., Demyttenaere, K., **Auerbach, R. P.**, Green, J. G., Kessler, R. C., Kiekens, G., Nock, M. K., & Bruffaerts, R. (2015). The impact of lifetime suicidality on academic performance in college freshmen. *Journal of Affective Disorders, 186*, 254-260.

49. *Stewart, J. G., *Kim, J. C., *Esposito, E. C., Gold, J., Nock, M. K., & **Auerbach, R. P.** (2015). Predicting suicide attempts in depressed adolescents: Clarifying the role of disinhibition and child sexual abuse. *Journal of Affective Disorders, 187*, 27-34.

48. ***Auerbach, R. P.**, *Admon, R. & Pizzagalli, D. A. (2014). Adolescent depression: Stress and reward dysfunction. *Harvard Review of Psychiatry, 22*, 139-148.

47. **Auerbach, R. P.**, Ho, M. H. R., *Kim, J. C. (2014). Identifying cognitive and interpersonal predictors of adolescent depression. *Journal of Abnormal Child Psychology, 42*, 913-924.

46. **Auerbach, R. P.**, *Kim, J. C., *Chango, J. M., *Spiro, W. J., Cha, C., Esterman, M., Gold, J., & Nock, M. K. (2014). Adolescent nonsuicidal self-injury: Examining the role of child abuse, comorbidity, and disinhibition. *Psychiatry Research, 220*, 579–584.

45. *Boger, K. D., **Auerbach, R. P.**, Pechtel, P., Busch, A. B., Greenfield, S. F., & Pizzagalli, D. A. (2014). Co-occurring depressive disorders and substance use disorders in adolescents: An examination of reward responsiveness during treatment. *Journal of Psychotherapy Integration, 24*, 109-121.

44. Webb, C. A., Beard, C., **Auerbach, R. P.**, Menninger, E., & Bjorgvinsson, T. (2014). The therapeutic alliance in a naturalistic psychiatric setting: A cause or consequence of depressive symptom improvement? *Behaviour Research and Therapy, 61*, 70-77.

43. **Auerbach, R. P.** (2013). Psychological vulnerability: An integrative approach. *Journal of Psychotherapy Integration, 23(3)*, 205-206.

42. **Auerbach, R. P.**, Webb, C. A., *Gardiner, C. K., & Pechtel, P. (2013). Behavioral and neural mechanisms underlying cognitive vulnerability models of adolescent depression. *Journal of Psychotherapy Integration, 23(3)*, 222-235.

41. Zou, T., Yao, S, Zhu, X., Abela J. R. Z., & **Auerbach, R. P.** (2012) Reliability and validity of the Chinese version of Cognitive Style Questionnaire in college students. *Chinese Mental Health Journal, 26(2)*, 135-138.

40. **Auerbach, R. P.**, & *Gardiner, C. K. (2012). Moving beyond the trait conceptualization of self-esteem: The prospective effect of impulsiveness, coping, and risky behavior engagement. *Behaviour Research and Therapy, 50*, 596-603.

39. **Auerbach, R. P.**, & Hankin, B. L. (2012). Cognitive vulnerability, stress, and symptom specificity in children and adolescents. *International Journal of Cognitive Therapy, 5(3)*, 237-239.

38. **Auerbach, R. P.**, & Ho, M. H. R. (2012). A cognitive-interpersonal model of adolescent depression: The impact of family conflict and depressogenic cognitive styles. *Journal of Clinical Child and Adolescent Psychology, 41(6)*, 792-802.

37. **Auerbach, R. P.**, *Kertz, S., & *Gardiner, C. K. (2012). Predicting adolescent risky behavior engagement: The role of cognitive vulnerability and anxiety. *International Journal of Cognitive Therapy, 5(3)*, 300-315.

36. **Auerbach, R. P.**, *Richardt, S., *Kertz, S., & Eberhart, N. K. (2012). Cognitive vulnerability, stress generation, and anxiety: Symptom clusters and gender differences. *International Journal of Cognitive Therapy, 5(3)*, 50-66.

35. Jinyao, Y., Zhu, X., **Auerbach, R. P.**, *Gardiner, C. K., Lin, C., Yunping, W., & Yao, S. (2012). Insecure attachment as a predictor of depressive and anxious symptomology. *Depression and Anxiety, 29*, 789-296.

34. Pinder-Amaker, S. L., **Auerbach, R. P.**, & Rauch, S. (2012). Matching institutional needs with epidemiological demands: Addressing the mental health crisis across college campuses. *Harvard Health Policy Review, 13*, 21-26.

33. Wang, M. Yi, J., Cai, L., & Hu, M., Zhu, X., Yao, S., & **Auerbach, R. P.** (2012). Development and psychometric properties of the Health-Risk Behavior Inventory for Chinese Adolescents. *BMC Medical Research Methodology, 12*, 94-109.

32. Webb, C. A., **Auerbach, R. P.**, & DeRubeis, R. J. (2012). Processes of change in CBT of adolescent depression: Review and recommendations. *Journal of Clinical Child and Adolescent Psychology, 41(5)*, 654-665.

31. **Auerbach, R. P.**, *Bigda-Peyton, J., Eberhart, N. K., Webb, C. A., & Ho, M. H. R. (2011). Conceptualizing the prospective relationship between social support, stress, and depressive symptoms. *Journal of Abnormal Child Psychology, 39*, 475-487.

30. **Auerbach, R. P.**, Webb, C. A., *Schreck, M., *McWhinnie, C. M., Ho, M. H. R., Zhu, X. & Yao, S. (2011). Examining the pathway through which intrinsic and extrinsic aspirations generate stress and subsequent depressive symptoms. *Journal of Social and Clinical Psychology, 30(8)*, 856-886.

29. Eberhart, N. K., **Auerbach, R. P.**, *Bigda-Peyton, J. S., & Abela, J. R. Z. (2011). Maladaptive schemas and depression:  Tests of stress generation and diathesis-stress models. *Journal of Social and Clinical Psychology, 30*, 75-104.

28. Ho, M. H. R., **Auerbach, R. P.**, Jun, H. L., Abela, J. R. Z., Zhu, X., & Yao, S. (2011). Understanding anxiety sensitivity in the development of anxious and depressive symptoms. *Cognitive Therapy and Research, 35*, 232-240.

27. Kronick, I., **Auerbach, R. P.**, Stich, C., & Knäuper, B. (2011). Compensatory beliefs and intentions contribute to the prediction of caloric intake in dieters. *Appetite, 57(2)*, 435-438.

26. Rosmarin, D. H., **Auerbach, R. P.**, *Bigda-Peyton, J. S., Björgvinsson, T., & Levendusky, P. G. (2011). Integrating spirituality into cognitive behavioral therapy in an acute psychiatric setting: A pilot study. *Journal of Cognitive Psychotherapy, 25(4)*, 287-303.

25. Rosmarin, D. H., Pirutinsky, S., **Auerbach, R. P.**, Björgvinsson, T., Andersson, G., *Bigda-Peyton, J., Pargament, K. I., & Krumrei, E. J. (2011). Incorporating spiritual beliefs in the cognitive model of worry. *Journal of Clinical Psychology, 67(7)*, 691-700.

24. **Auerbach, R. P.**, Abela, J. R. Z., Ho, M. H. R., *McWhinnie, C. M., & *Czajkowska, Z. (2010). A prospective examination of depressive symptomology: Understanding the relationship between negative events, self-esteem, and neuroticism. *Journal of Social and Clinical Psychology, 29*, 438-461.

23. **Auerbach, R. P.**, Abela, J. R. Z., Zhu, X., & Yao, S. (2010). Understanding the role of coping in the development of depressive symptoms: Symptom specificity, gender differences, and cross-cultural applicability. *British Journal of Clinical Psychology, 49*, 547-561.

22. **Auerbach, R. P.**, *Claro, A., Abela, J. R. Z, Zhu, X., & Yao, S. (2010). Understanding risky behavior engagement amongst Chinese adolescents. *Cognitive Therapy and Research, 34*, 159-167.

21. **Auerbach, R. P.**, Eberhart, N. K., & Abela, J. R. Z. (2010). Cognitive vulnerability to depression in Canadian and Chinese adolescents. *Journal of Abnormal Child Psychology, 38*, 57-68.

20. **Auerbach, R. P.**, *McWhinnie, C. M., *Goldfinger, M., Abela, J. R. Z., Zhu, X., & Yao, S. (2010). The cost of materialism in a collectivistic culture: Predicting risky behavior engagement in Chinese adolescents. *Journal of Clinical Child and Adolescent Psychology, 39*, 117-127.

19. **Auerbach, R. P.**, *Tsai, B., & Abela, J. R. Z. (2010). Temporal relationships among depressive symptoms, risky behavior engagement, perceived control, and gender in a sample of adolescents. *Journal of Research on Adolescence, 20*, 726-747.

18. Shih, J. H., & **Auerbach, R. P.** (2010). Gender and stress generation: An examination of interpersonal predictors. *International Journal of Cognitive Therapy, 3(4)*, 332-344.

17. Xiao, J., Yao, S., Zhu, X., **Auerbach, R. P.**, *McWhinnie, C. M., & Abela, J. R. Z. (2010). The Responses to Stress Questionnaire: Construct validity and prediction of depressive and social anxiety symptoms in a sample of Chinese adolescents. *Stress and Health, 26*, 238-249.

16. Yao, S., Xiao, J., Zhu, X., Zhang, C., **Auerbach, R. P.**, *McWhinnie, C. M., & Abela, J. R. Z. (2010). Coping and involuntary responses to stress in Chinese university students: Psychometric properties of the Responses to Stress Questionnaire. *Journal of Personality Assessment, 92*, 356-361.

15. Abela, J. R. Z., **Auerbach, R. P.**, Sarin, S., & Lakdawalla, Z. (2009). Core beliefs and history of major depressive episodes in currently non-depressed university students. *Cognitive Therapy and Research, 33*, 50-58.

14. Adams, P., Abela, J. R. Z., **Auerbach, R. P.** & Skitch. S. (2009). Self-criticism, dependency, and stress reactivity: An experience sampling approach to testing Blatt and Zuroff's (1992) theory of personality predispositions in high-risk youth. *Personality and Social Psychology Bulletin, 35*, 1440-1451.

13. Zhu, X., **Auerbach, R. P.**, Yao, S., Abela, J. R. Z., Xiao, J., & Tong, X. (2008). Psychometric properties of the Cognitive Emotion Regulation Questionnaire – Chinese version. *Cognition and Emotion, 22*, 288-307.

12. Abela, J. R. Z., Aydin, C., & **Auerbach, R. P.** (2007).  Responses to depression in children: Reconceptualizing the relation among response styles. *Journal of Abnormal Child Psychology, 35*, 913-927.

11. Abela, J. R. Z., Gagnon, H., & **Auerbach, R. P.**  (2007). Hopelessness depression in children: An examination of the symptom component of the hopelessness theory. *Cognitive Therapy and Research, 31*, 401-417.

10. **Auerbach, R. P.**, Abela, J. R. Z., & Ho, M. H. R. (2007). Responding to symptoms of depression and anxiety: Emotion regulation, neuroticism, and engagement in risky behaviors.  *Behaviour Research and Therapy, 45*, 2182-2191.

9. **Auerbach, R. P.**, Abela, J. R. Z., Zhu, X., & Yao, S. (2007). A diathesis-stress model of engagement in risky behaviors in Chinese adolescents. *Behaviour Research and Therapy, 45*, 2850-2860.

8. Huang, R., Xiao, J., Yao, S., Abela, J. R. Z., **Auerbach, R. P.**, & Tong, X. (2007). Confirmation study of the underlying structure of collectivism and individualism in youth. *Chinese Mental Health Journal, 21*, 393-394.

7. Yao, S., Huiqin, Y., Zhu, X., **Auerbach, R. P.**, Abela, J. R. Z., Pulleyblank, R., & Tong, X. (2007). An examination of the psychometric properties of the Chinese translation of the Barratt Impulsiveness Scale, 11th version in a sample of Chinese adolescents. *Perceptual and Motor Skills, 104*, 1169-1182.

6. Yao, S., Yang, H., Zhu, X., **Auerbach, R. P.**, Abela, J. R. Z., & Tong, X. (2007). The reliability and validity of the Chinese version of the Barratt Impulsiveness Scale (BIS-11) in adolescents:  Its reliability and validity. *Chinese Journal of Clinical Psychology, 15*, 4-6.

5. Yao, S., Zou, T., Zhu, X., Abela, J. R. Z., **Auerbach, R. P.**, & Tong, X. (2007). Reliability and validity of the Chinese version of the Multidimensional Anxiety Scale for Children among Chinese secondary school adolescents. *Child Psychiatry and Human Development, 38*, 1-17.

4. Zhu, X., Luo, F., Yao, S., **Auerbach, R. P.**, & Abela, J. R. Z. (2007). Reliability and validity of the Cognitive Emotion Regulation Questionnaire – Chinese version. *Chinese Journal of Clinical Psychology, 15*, 121-124.

3. Abela, J. R. Z., Aydin, C., & **Auerbach, R. P.** (2006). Operationalizing the "vulnerability" and "stress" components of the hopelessness theory of depression: A multi-wave longitudinal study. *Behaviour Research and Therapy, 44,* 1565-1583.

2. Abela, J. R. Z., Skitch, S. A., **Auerbach, R. P.**, & Adams, P. (2005).  The impact of borderline personality disorder on vulnerability to depression in children of affectively-ill parents. *Journal of Personality Disorders*, *19,* 68-83.

1. Sarin, S., Abela, J. R. Z., & **Auerbach, R. P.**  (2005). The response style theory of depression: A test of specificity and causal mediation.  *Cognition and Emotion, 19,* 751-761.

## PEER-REVIEWED CONFERENCE PROCEEDINGS PUBLICATIONS

4. Liang, P. P., Cheng, Y., Fan, X., Ling, C. K., Nie, S., Chen, R. J., Deng, Z, Allen, N. B., **Auerbach, R. P.**, Mahmood, M., Salakhutdinov, R., & Morency, L.-P. (2023). Quantifying & modeling multimodal interactions: An information decomposition framework. Annual Proceeding of the Neural Information Processing Systems.

3. Wörtwein, T., Allen, N., Sheeber, L. B., **Auerbach, R. P.**, Cohn, J. F., & Morency, L.-P. (2023). Neural mixed effects for nonlinear personalized predictions. Annual Proceeding of the International Conference on Multimodal Interaction, 445-454.

2. Liang, P. P., Liu, T., Cai, A., Muszynski, M., Ishii, Allen, N., **Auerbach, R. P.**, Brent, D., Salakhutdinov, R., & Morency, L.-P. (2021). Learning language and multimodal privacy-preserving markers of mood from mobile data. 59th Annual Meeting of the Association for Computational Linguistics.

1. Liu, T., Liang, P. P. Muszynski, M., Ishii, R., Brent, D., **Auerbach, R. P.**, Allen, N., & Morency, L.-P. (2020). Multimodal privacy-preserving mood prediction from mobile data: A preliminary study. NeurIPS 2020 Workshop on Machine Learning for Mobile Health.

## COMMENTARY

6. **Auerbach, R. P.** (2025). Why are children hurting themselves and what can we do? *Journal of the American Academy of Child and Adolescent Psychiatry, 64*, 323-325.

5. **Auerbach, R. P.** (2022). RDoC and the developmental origins of psychiatric disorders: How did we get here and where are we going? *Journal of Child Psychology and Psychiatry, 63*, 377-380.

4. **Auerbach, R. P.**, Chase, H. W., Brent, D. A. (2021). The elusive phenotype of preadolescent suicidal thoughts and behaviors: Can neuroimaging deliver on its promise? *American Journal of Psychiatry, 178*, 285-287.

3. **Auerbach, R. P.**, ˟Pagliaccio, D., & Pizzagalli, D. A. (2019). Toward an improved understanding of anhedonia. *JAMA Psychiatry, 76*, 571-573.

2. **Auerbach, R. P.**, & Pizzagalli, D. A. (2019). Localized MRS reliability of in vivo glutamate at 3 T in shortened scan 2 times: a feasibility study – Efforts to improve rigor and reproducibility. *NMR in Biomedicine, e4093*.

1. Ho, T. C., & **Auerbach, R. P.** (2017). Towards an improved understanding of cortico-basal ganglia reward circuitry in adolescent depression. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging, 2(7)*, 554-555.

## BOOKS
1. **Auerbach, R. P.**, Webb, C. A., & *Stewart, J. G. (2016). Cognitive Behavior Therapy for Depressed Adolescents: A Practical Guide to Management and Treatment. New York, NY: Routledge Taylor & Francis Group.

## BOOK CHAPTERS
6. Barzilay, R., Pagliaccio, D., Funkhouser, C. J., & Auerbach, R. P. (in press). Is social media increasing risk for mental health problems among youth?: It's complicated. In D. Christakis & L. Hale (Eds.), *Children and Screens: A Handbook on Digital Media and the Development, Health, and Well-being of Children and Adolescents*.

5. **Auerbach, R. P.**, *Pagliaccio, D, *Bloom, P., *Cherner, R., *Funkhouser, C. J., & *Kirshenbaum, J. (in press). Major Depressive Disorder in Adolescence. In J. W. Pettit & T. M. Olino (Eds.), *APA Handbook of Depression*. Washington, DC: American Psychological Association.

4. **Auerbach, R. P.**, *Pagliaccio, D., & *Kirshenbaum, J. S. (2022). Anhedonia and suicide. In D. A. Pizzagalli & A. Der-Avakian (Eds.), *Anhedonia: Preclinical, Translational, and Clinical Integration (pp. 443-466)*. Cham, Switzerland: Springer.

3. Slavich, G. M., & **Auerbach, R. P.** (2018). Stress and its sequelae: Depression, suicide, inflammation, and physical illness. In J. N. Butcher & J. M. Hooley (Eds.), *APA handbook of psychopathology Vol. 1. Psychopathology: Understanding, assessing, and treating adult mental disorders (pp. 375-402)*. Washington, DC: American Psychological Association.

2. Abela, J. R. Z., **Auerbach, R. P.**, & Seligman, M. E. P. (2008). Dispositional pessimism across the lifespan. In K. S. Dobson and D. J. A. Dozois (Eds.), *Risk Factors in Depression* (pp. 195-220). New York, New York: Elsevier.

1. Hankin, B. L., Abela, J. R. Z., **Auerbach, R. P.**, McWhinnie, C. M., & Skitch, S. A.  (2005). Development of behavioral problems over the life course:  A vulnerability and stress perspective.  In B. L. Hankin and J. R. Z Abela (Eds.), *Development of Psychopathology: A Vulnerability-Stress Perspective* (pp. 385-416).  Thousand Oaks, California:  Sage Publications.

## BOOK REVIEWS
1. Abela, J. R. Z., & **Auerbach, R. P.** (2006). Treating suicidal behavior:  An effective time-limited approach. *Cognitive Behavioral Therapy Book Reviews, 2*, 1-2.

## TREATMENT MANUALS
1. **Auerbach, R. P.**, & Webb, C. A. (2010). Project A.D.A.P.T. (Addressing Depression in Adolescent and Parent Treatment). Belmont, MA: Harvard Medical School – McLean Hospital.

## INVITED COLLOQUIA, GRAND ROUNDS, AND PROFESSIONAL PRESENTATIONS
2025	China International Conference on Suicidology, Beijing, China Remote Proceedings
	Department of Psychiatry, Ann & Robert H. Lurie Children's Hospital of Chicago, IL
	Department of Psychiatry, Stanford University, Palo Alto, CA
	Department of Psychology and Psychiatry, Mayo Clinic, Rochester, MN
	Youth Mental Health Symposium, NewYork-Presbyterian, NY

2024    Department of Psychology, Rutgers University, NJ
Department of Psychiatry, University of Iowa, IA
NIMH – Just-in-Time Suicide Prevention, Remote Proceedings
School of Behavioral and Brain Sciences, University of Texas at Dallas, TX

2023    International Summit on Suicide Research, Barcelona, Spain
Johns Hopkins, Bloomberg School of Public Health, Baltimore, MD
Department of Psychiatry, Northwestern University, Chicago, IL
Department of Psychiatry, University of Illinois Chicago, Chicago, IL

2022    American Foundation for Suicide Prevention, New York, New York, Remote Proceedings
American Psychopathological Association, New York, New York, Remote Proceedings
Martha Clair Loncarevic Lectureship, Hospital for Sick Children, Toronto, Canada

2021    NIMH – Child Intervention, Prevention and Services (CHIPS), Remote Proceedings
NIMH – Risk, Resilience, & Trajectories Preteen Suicide Workshop, Remote Proceedings
International Summit on Suicide Research, Remote Proceedings
Institute for Human Neuroscience at Boys Town National Research Hospital, Remote Proceedings
Office of Mental Health, New York, NY, Remote Proceedings

2020    Bank Street School for Children, New York, New York, Remote Proceedings
National Academies of Sciences, Engineering, and Medicine, Washington, DC, Remote Proceedings
Queen's University, Department of Psychology, Kingston, Ontario, Canada
Weill Cornell Medical College, Department of Psychiatry, New York, New York
Weill Cornell Medical College, Department of Psychiatry, Westchester, New York
Youth Suicide Risk Consortium, New York, New York, Remote Proceedings

2019    American Psychiatric Association Presidential Symposium, Annual Meeting, San Francisco, CA
Central South University, Changsha, Hunan, China
Columbia University, Department of Psychology, New York, NY
Fordham University, New York, NY
FundRx, Second Annual Summit, New York, NY
Montefiore Medical Center, Department of Psychiatry, New York, NY
Stonybrook University, Department of Psychology, New York, NY
Temple University, Department of Psychology, Philadelphia, PA
WHO World Mental Health Initiative, Boston, MA

2018    Goryeb Children's Hospital, Morristown, NJ
Columbia University, Department of Psychiatry, New York, NY
Florida International University, Center for Children and Families, Miami, FL
Indiana University, Department of Psychology, Bloomington, IN
Warren Alpert Medical School of Brown University, Providence, RI
WHO World Mental Health Initiative, Boston, MA

2017    Harvard University, Counseling and Mental Health Department, Cambridge, MA
Harvard Medical School, Department of Health Care Policy, Boston, MA
Icahn School of Medicine at Mount Sinai, Department of Psychiatry, New York, NY
Rutgers University, Department of Psychology, New Brunswick, NJ
University of Illinois, Chicago, Department of Psychology, Chicago, IL

WHO World Mental Health Initiative, Boston, MA

2016    Boston University, School of Education, Boston, MA
Columbia University, Department of Psychiatry, New York, NY
Columbia University, Division of Epidemiology, New York, NY
Harvard T. H. Chan School of Public Health, Boston, MA
National Conference in Clinical Child and Adolescent Psychology, Lawrence, KS
University of California, Los Angeles, Psychology Department, Los Angeles, CA
University of North Carolina, Chapel Hill, Neuroscience of Youth Conference, NC
WHO World Mental Health Initiative, Boston, MA

2015    American Psychological Association (Division 53) Annual Convention, Toronto, Canada
City University of New York, Psychology Department, New York, NY
Harvard Medical School, Center for Bioethics, Boston, MA
Katholieke Universiteit (KU) Leuven, Belgium
Nanyang Technological University, Singapore
Radcliffe Institute for Advanced Study, Harvard University, Cambridge, MA
WHO World Mental Health Initiative, Boston, MA

2014    Boston University, Department of Psychological & Brain Sciences, Boston, MA
Massachusetts General Hospital, Boston, MA
MassGeneral for Children at North Shore Medical Center, Salem, MA
Newton South High School, Newton, MA
Partners Healthcare, Boston, MA

2013    Arlington School, Belmont, MA
Families for Depression Awareness, Waltham, MA
Franciscan Hospital for Children Grand Rounds, Boston, MA
Georgia Psychiatric Physicians Association, Atlanta, GA
Harvard School of Public Health, Boston, MA
NIMH – Child Intervention, Prevention and Services (CHIPS), Orlando, FL
Obsessive-Compulsive Disorder Institute, McLean Hospital, Belmont, MA
Stony Brook University, Stony Brook, NY
University of California, Berkeley, CA

2012    Depression and Bipolar Support Alliance, Boston, MA
MITRE Corporation, Burlington, MA
Partners Mental Health Care Steering Committee, Boston, MA
Sheppard Pratt Grand Rounds, Baltimore, MD

2011    Massachusetts School Nursing Association, Boston, MA
McLean Hospital Grand Rounds, Belmont, MA
Second Xiangya Medical School of Central South University, Changsha, China

2010    Bedford High School, Bedford, MA
Harvard University, Department of Psychology, Cambridge, MA
Judge Baker Children's Center, Boston, MA

2009    Montreal Anxiety Support Group, Montreal, QC

2008    McGill University, Montreal, QC

2007    Cognitive Behavior Therapy Clinic, Montreal Children's Hospital, Montreal, QC

International Centre for Diarrhoeal Disease Research (Annual Summit), Dhaka, Bangladesh

2006    Second Xiangya Medical School of Central South University, Changsha, China

2005    Hunan Normal University, Changsha, China

## FIRST AUTHOR CONFERENCE PRESENTATIONS

41. **Auerbach, R. P.**, *Pagliaccio, D., *Hubbard, N., Alqueza, K., Cosby, E. A., Frosch, I., Marsh, R., Hoffman, S. G., Gabrieli, J., Whitfield-Gabrieli, S., Yendiki, A., & Pizzagalli, D. A. (2019, December). Probing structural and functional subcortical regions implicated in youth depression. In Blumberg, H. (Chair), Targeting balance among limbic and cortical networks to prevent suffering and suicide. Paper presented at the 58th annual meeting of the American College of Neuropsychopharmacology, Orlando, USA.

40. **Auerbach, R. P.**, Mortier, P., Bruffaerts, R., Alonso, J., Benjet, C., Cuijpers, P., Demyttenaere, K., Ebert, D. D., Green, J. G., Hasking, P., Murray, E., Nock, M. K., Pinder-Amaker, S., Sampson, N. A., Stein, D. A., Vilagut, G., Zaslavsky, A. M., Kessler, R. C., & WHO WMH-ICS Collaborators. (2018, October). In Rendleman, R. (Chair), College mental health: Prevalence, etiology, and new directions. Paper presented at the 65th annual meeting of the American Academy of Child & Adolescent Psychiatry, Seattle, USA.

39. **Auerbach, R. P.** (2017, April). Self-referential processing biases in adolescent depression. Paper presented at the Anxiety and Depression Association of America Annual Meeting, San Francisco, USA.

38. **Auerbach, R. P.**, *Pisoni, A, Yendiki, A., Kumar, P., Stewart, J., & Pizzagalli, D. A. (2016, September). Towards an integrated model of anhedonia in adolescents. In Auerbach, R. P. & Pizzagalli, D. A. (Chairs), Multimodal markers of anhedonia across the lifespan. Paper presented at the 30th annual meeting Society for Research in Psychopathology, Baltimore, USA.

37. **Auerbach, R. P.**, *Pisoni, A., Kumar, P., Jensen, J. E., & Pizzagalli, D. A. (2016, May). Toward identifying neural predictors of adolescent depression. Poster presented at the 71st Annual Scientific Convention for the Society of Biological Psychiatry, Atlanta, USA.

36. **Auerbach, R. P.**, *Pisoni, A., Kumar, P., Kaiser, R., J. E., Jensen, & Pizzagalli, D. A. (2016, May). Neurobiological and glutamatergic markers that predict anhedonia and depression in adolescents. In Phillips, M. L. (Chair), Translational and neurodevelopmental approaches to identifying neural mechanisms of anhedonia and impulsive sensation seeking. Paper presented at the 71st Annual Scientific Convention for the Society of Biological Psychiatry.

35. **Auerbach, R. P.**, (2015, August). The highs (and lows) of early career investigators: The power of mentorship. In Hughes, J. L. (Chair), Research funding opportunities and words of wisdom for early career child clinical psychologists. Paper presented at the American Psychological Association Annual Convention, Toronto, Canada.

34. **Auerbach, R. P.** (2015, April). Early career grants: K kountdown. In Micco, J. A. (Chair), Early career research: Strategies for getting funded. Paper presented at the Anxiety and Depression Association of America, Miami, USA.

33. **Auerbach, R. P.** (2015, April). Understanding suicidality in adolescents. In Arkow, S D. (Chair), Is your patient seriously suicidal? When to hospitalize suicidal, violent, or impulsive patients. Paper presented at the Anxiety and Depression Association of America, Miami, USA.

32. **Auerbach, R. P.**, *Pisoni, A., Kumar, P., *Stanton, C. H., & Pizzagalli, D. A. (2015, April). Toward identification of neural predictors in depressed adolescents. In **Auerbach, R. P.** & Admon, R. (Chairs), Examining reward dysfunction as a risk factor for depression onset, maintenance, and relapse from adolescence to adulthood. Paper presented at the Anxiety and Depression Association of America, Miami, USA.

31. **Auerbach, R. P.**, *Stewart, J. G., *Stanton, C. H., Mueller, E. M., & Pizzagalli, D. A. (2015, April). Emotion processing and resting EEG activity in depressed adolescents. Poster presented at the Anxiety and Depression Association of America, Miami, USA.

30. **Auerbach, R. P.**, *Pisoni, A., *Stanton, C.H., Kumar, P., & Pizzagalli, D. A. (2015, March). Examining the positive and negative valence systems in adolescents of affectively-ill mothers. In Gibb, B (Chair), RDoC negative valence systems: Neural correlates of the loss and sustained threat constructs in youth. Paper presented at the Society for Research in Child Development, Philadelphia, USA.

29. **Auerbach, R. P.**, *Pisoni, A., Kumar, P., *Stanton, C.H., Jensen, J. E., & Pizzagalli, D. A. (2014, December). Corticostriatal and glutamatergic predictors of adolescent depression. Poster presented at the 53rd Annual American College of Neuropsychopharmacology, Phoenix, USA.

28. **Auerbach, R. P.**, *Stanton, C. H., *Turner, A., *Gordon, E., & Pizzagalli, D. A. (2014, November). Neural mechanisms underlying cognitive vulnerability models of adolescent depression. In Kleiman, E. M. & Liu, R. T. (Chairs), The hopelessness theory turns 25: Current status and future directions. Paper presented at the 48th annual meeting of the Association for Behavioral and Cognitive Therapies, Philadelphia, USA.

27. **Auerbach, R. P.**, *Stanton, C. H., & Pizzagalli, D. A. (2014, September). Identifying neural correlates associated with the onset and treatment of adolescent depression. In Auerbach, R. P. & Pizzagalli, D. A. (Chairs), Identifying neurocognitive mechanisms underlying depression across the lifespan. Paper presented at the 28th annual meeting of the Society for Research in Psychopathology, Evanston, USA.

26. **Auerbach, R. P.**, *Kim, J. C., Cha, C., Esterman, M., Nock, M., & Gold, J. (2013, November). Adolescent suicidality: Targeting the role of disinhibition. In **Auerbach, R. P.** & Nock, M. K. (Chair), New directions in the understanding, prediction, and treatment of suicidal behaviors. Paper presented at the 47th annual meeting of the Association for Behavioral and Cognitive Therapies, Nashville, USA.

25. **Auerbach, R. P.**, Pechtel, P., *Gardiner, C. K., *Boger, K., & Pizzagalli, D. A. (2013, November). Behavioral and neural components of reward responsivity in adolescent depression. In **Auerbach, R. P.** (Chair), Behavioral and Neural Mechanisms Underlying Major Depression in Youth. Paper presented at the 47th annual meeting of the Association for Behavioral and Cognitive Therapies, Nashville, USA.

24. **Auerbach, R. P.**, *Kim, J. C., Nock, M. K., Pizzagalli, D. A., Rauch, S., & Gold, J. (2013, October). Assessing suicide in depressed adolescents. In Frazier, J. and Emslie, G. (Chairs), Assessment and Dissemination for Youth Populations: New Strategies. Paper

presented at the Annual Meeting of the National Network for Depression Centers, Ann Arbor, USA.

23. **Auerbach, R. P.**, Pechtel, P., Pizzagalli, D. A., & Kaplan, C. (2011, November). An examination of reward responsivity in adolescents with a history of childhood sexual abuse. In Pechtel, P. and **Auerbach, R. P.** (Chairs), Early Life Stress and Trauma. Paper presented at the 45th annual meeting of the Association for Behavioral and Cognitive Therapies, Toronto, Canada.

22. **Auerbach, R. P.**, Eberhart, Nicole, K., *Bigda-Peyton, J. S., & Abela, J. R. Z. (2010, November). Differential responses to social support: Predicting depression in adolescents. In Pettit, J. W. (Chair), Interpersonal vulnerabilities to depression from late childhood through emerging adulthood. Paper presented at the 44th annual meeting of the Association for Behavioral and Cognitive Therapies, San Francisco, USA.

21. **Auerbach, R. P.**, *McWhinnie, C. M., Shih, J., Abela, J. R. Z., Zhu, X., & Yao, S. (2010, November). The co-existence of diathesis-stress and stress generation: Understanding the role of stress in predicting depression. In Shih, J. and Auerbach, R. P. (Chairs), Stress Processes in Depression.  Paper presented at the 44th annual meeting of the Association for Behavioral and Cognitive Therapies, San Francisco, USA.

20. **Auerbach, R. P.** (2010, June). An integrative approach to understanding stress generation and vulnerability to depression. In Auerbach, R. P. (Chair), Examining stress generation and depression amongst adolescents. Paper presented at the 6th World Congress of Behavioural and Cognitive Therapies, Boston, USA.

19. **Auerbach, R. P.**, Rosmarin, D. H., Björgvinsson, T., & Wang, J. (2010, June). Examining treatment outcome in the context of a partial hospital program: Understanding the challenges associated with conducting research in a naturalistic setting. Panel presented at the 6th World Congress of Behavioural and Cognitive Therapies, Boston, USA.

18. **Auerbach, R. P.** (2009, November). An examination of adolescent stress generation: Conceptualizing the relationship between social support, stress, and depressive symptoms. Poster presented at the 43rd annual meeting of the Association for Behavioral and Cognitive Therapies, New York, USA.

17. **Auerbach, R. P.,** & Eberhart, N. K. (2009, November). Cognitive vulnerability to depression in Canadian and Chinese adolescents. In Auerbach, R. P. and Eberhart, N. K. (Chairs), Conceptualizing the prospective relationship between stress and depression: Adolescent, young adult, and intergenerational models of vulnerability. Paper presented at the 43rd annual meeting of the Association for Behavioral and Cognitive Therapies, New York, USA.

16. **Auerbach, R. P.**, & Abela, J. R. Z. (2009, September). A comparison of transactional and diathesis-stress models of depression:  An examination of perceived social support, symptom specificity, and interpersonal versus non-interpersonal stressors. Poster presented at the 23rd annual meeting of the Society of Research on Psychopathology, Minneapolis, USA.

15. **Auerbach, R. P.**, & Abela, J. R. Z. (2008, November). A moderated mediation model: Predicting risky behavior engagement amongst adolescents. Poster presented at the 42nd annual meeting of the Association for Behavioral and Cognitive Therapies, Orlando, USA.

14. **Auerbach, R. P.**, Abela, J. R. Z., & *Czajkowska, Z. (2008, November). Predictors of depressive symptomology: Conceptualizing the relationship between neuroticism and self-esteem. In Auerbach, R. P. (Chair), Examining proximal and distal vulnerability factors to depression. Paper presented at the 42nd annual meeting of the Association for Behavioral and Cognitive Therapies, Orlando, USA.

13. **Auerbach, R. P.**, & Abela, J. R. Z. (2008, July). An examination of gender differences: What role does coping play in predicting risky behavior engagement? In Auerbach, R. P. (Chair), Conceptualizing predictors of risky behavior engagement amongst adolescents and young adults. Paper presented at the 29th International Congress of Psychology, Berlin, Germany.

12. **Auerbach, R. P.**, Abela, J. R. Z., Zhu, X., & Yao, S. (2008, July). Cognitive vulnerability to depression in adolescents in mainland China. In Abela, J. R. Z (Chair), Depression in mainland China:  Predictors, correlates, and consequences. Paper presented at the 29th International Congress of Psychology, Berlin, Germany.

11. **Auerbach, R. P.**, *Czajkowska, Z., & Abela, J. R. Z. (2008, June). Self-esteem and neuroticism as predictors of depressive symptomology.  In Di Berardino, C. (Chair), Self-esteem and impersonal skills. Paper presented at the 6th International Congress of Cognitive Psychotherapy, Rome, Italy.

10. **Auerbach, R. P.**, & Abela, J. R. Z. (2007, November). Perceived control and risky behavior engagement as predictors of depressive symptomology. Poster presented at the 41st annual meeting of the Association for Behavioral and Cognitive Therapies, Philadelphia, USA.

9. **Auerbach, R. P.**, Abela, J. R. Z., Zhu, X., & Yao, S. (2007, July). A cross-cultural comparison of Canadian and Chinese adolescents:  An examination of coping, stress, and depressive symptoms.  In Abela, J. R. Z. (Chair), Methodological advances in the study of cognitive vulnerability to depression. Paper presented at the 5th World Congress of Behavioural and Cognitive Therapies, Barcelona, Spain.

8. **Auerbach, R. P.**, & Abela, J. R. Z. (2007, April). A hierarchical linear analysis of coping, stress, and depressive symptoms.  In Hankin, B.L. (Chair), Understanding the role of emotion regulation processes in child and adolescent depression. Paper presented at the biennial meeting of the Society for Research in Child Development, Boston, USA.

7. **Auerbach, R. P.**, Abela, J. R. Z., Zhu, X., & Yao, S. (2006, November). Chinese adolescents' response to depressive symptoms: Emotion regulation, neuroticism, and engagement in risky behaviors. Poster presented at the 40th annual meeting of the Association for Behavioral and Cognitive Therapies, Chicago, USA.

6. **Auerbach, R. P.**, Abela, J. R. Z., Zhu, X., & Yao, S. (2006, November). A diathesis-stress model of engagement in risky behaviors in Chinese adolescents. Poster presented at the 40th annual meeting of the Association for Behavioral and Cognitive Therapies, Chicago, USA.

5. **Auerbach, R. P.**, & Abela, J. R. Z. (2005, November).  A hierarchical analysis of engagement in risky behaviors and depressive symptoms.  Poster presented at the 39th annual meeting of the Association for Behavioral and Cognitive Therapies, Washington, DC, USA.

Randy P. Auerbach, Ph.D., ABPP  52

4. **Auerbach, R. P.**, Skitch S. A., Adams, P., & Abela, J. R. Z.  (2004, November). The impact of a maladaptive response style on the severity and duration of depressive symptoms in children of affectively-ill parents. Poster presented at the 38th annual meeting of the Association for the Advancement of Behavior Therapy, New Orleans, USA.

3. **Auerbach, R. P.**, Skitch, S., Adams, P., McWhinnie, C., & Abela, J. R. Z. (2004, October). Responses to depression and the severity and duration of depressive symptoms: A developmentally sensitive reconceptualization of the response styles theory of depression. Poster presented at the annual meeting of the Canadian Academy for Child and Adolescent Psychiatry.

2. **Auerbach, R. P.**, Abela, J. R. Z. & Gagnon, H. (2004, July).  An examination of the symptom component of the hopelessness theory in children exhibiting clinically significant depressive symptomatology.  Paper presented at the 4th World Congress of Behavioural and Cognitive Therapies, Kobe, Japan.

1. **Auerbach, R. P.**, Skitch, S. A., Adams, P., & Abela, J. R. Z. (2004, July). Responses to depression and their effect on the severity and duration of depressive symptoms: A multi-wave longitudinal study of children of affectively-ill parents.  Paper presented at the 4th World Congress of Behavioural and Cognitive Therapies, Kobe, Japan.

## CO-AUTHORED CONFERENCE PRESENTATIONS

107. [*]Umemoto, A., Lazarov, A., Schneier, F., & **Auerbach, R. P.** (2023, June). Cognitive control alternations in socially anxious adults: A utility for a novel attention bias modification training. Paper presented at the World Congress of Psychophysiology, Geneva, Switzerland.

106. [*]Li, L. Y., Grzelak, L. N., Auerbach, R. P., & Shankman, S. A. (2023, September). NSync: Siblings' synchrony of neural responses to loss predicts risk for depression. Flash talk to be presented at the Society for Research in Psychopathology, St. Louis, MO.

105. [*]Tse, T. C., Weiner, L. S., deLuise, D., [*]Cherner, R. A., Blumkin, Z. K., Cullen, C., **Auerbach, R. P.**, & Allen, N. B. (2023, June). Acceptability and usability testing of a digital behavioral health platform for youth at risk for suicide. Flash talk to be presented remotely at the annual meeting of the Society of Digital Mental Health.

104. [*]Bloom, P. A., [*]Lan, R., Galfalvy, H., Liu, Y., Allen, N. B., Joyce, K., Porta, G., Brent, D., [*]Pagliaccio, D., & **Auerbach, R. P.** (2023, April). Does missingness matter? Identifying factors impacting smartphone-based research on adolescent suicidal thoughts and behaviors. Poster presented at the annual meeting for the Society of Biological Psychiatry, San Diego, CA.

103. [*]Funkhouser, C. J., [*]Trivedi, E., Li, L. Y., Helgren, F., [*]Zhang, E., [*]Sirtharan, A., [*]Cherner, R. A., [*]Pagliaccio, D., [*]Durham, K., Allen, N. B., Shankman, S. A., & **Auerbach, R. P.** (2023, April). Real-time monitoring of adolescent smartphone social communication dynamics and the emergence of depression. Poster presented at the annual meeting for the Society of Biological Psychiatry, San Diego, CA.

102. [*]Morfini, F., Kucyi, A., Zhang, J., Buaer, C., [*]Bloom, P. A., [*]Pagliaccio, D., **Auerbach, R. P.**, & Whitfield-Gabrieli. (2023, April). Brain functional connectivity predicts depression and anxiety during childhood and adolescence: A connectome-based predictive modeling

approach. Poster presented at the annual meeting for the Society of Biological Psychiatry, San Diego, CA.

101. Stewart, J. G., *Zhang, E., Bitran, A., Drobotenko, N., Craddock, G., & **Auerbach, R. P.** (2022, November). Feedback processing among suicidal adolescents: An event-related potential study. In Forbes, C. and Khazanov, G. (Chairs), Responses to reward and suicide risk across age, context, and levels of analysis. Paper presented at the Association for Cognitive and Behavioral Therapies Annual Meetings, New York, NY.

100. *Bitran, A., *Kamath, R., *Kirshenbaum, J., Allen, N. A., Brent, D. B., **Auerbach, R. P.**, *Pagliaccio, D. (2022, September). A longitudinal test of the interpersonal theory of suicide in high-risk adolescents. Poster presented at the Society for Research in Psychopathology Annual Meeting, Philadelphia, USA.

99. *Buchanan, S. N., *Letkiewicz, A., M., *Umemoto, A., *Funkhouser, C. J., *Trevedi, E., **Auerbach, R. P.**, & Shankman, S. A. (2022, September). Neurophysiological responses to emotions predict dynamic fluctuations in adolescent mood states. Poster presented at the Society for Research in Psychopathology Annual Meeting, Philadelphia, USA.

98. Li, L., Y., **Trivedi, E., **Auerbach, R. P.**, & Shankman, S. A. (2022, September). Tracking sentiment in smartphone digital communication to predict dynamic mood states in adolescents. Paper presented at the Society for Research in Psychopathology Annual Meeting, Philadelphia, USA.

97. *Zhang, E., *Umemoto, A., *Funkhouser, C. J., **Auerbach, R. P.**, & Stewart, J. G. (2022, September). Neurophysiological processes related to peer feedback differentiate adolescent suicide ideators from attempters. Poster presented at the Society for Research in Psychopathology Annual Meeting, Philadelphia, USA.

96. *Zhou, Z., *Koshy, K. S., Millon, E., Taylor, S., Monk, C., Marsh, R., **Auerbach, R. P.**, & *Umemoto, A. (2022, September). Regulatory control alterations in children at high risk for depression. Poster presented at the Society for Research in Psychopathology Annual Meeting, Philadelphia, USA.

95. *Helgren, F., Li, L. Y., Trivedi, E., **Auerbach, R. P.**, & Shankman, S. (2022, May). Digital social communication provides a window into adolescents' social relationships: A text of sex differences. Poster presented at the Association for Psychological Science Annual Convention, Chicago, IL.

94. Mason, G., Yeo, S. N., **Auerbach, R. P.**, & Stewart, J. G. (2021, September). Predicting the trajectory of non-suicidal self-injury among adolescents. [Poster presented at the Society for Research in Psychopathology Annual Meeting (*Virtual Conference*).

93. *Pagliaccio, D., Kumar, P., *Kamath, R. A., Pizzagalli, D. A., & **Auerbach, R. P.** (2021, September). Neural response to peer feedback moderates effects of social stress on depression symptoms among adolescents. Poster presented at the annual meeting of Flux Congress (*Virtual Conference*).

92. Stewart, J. G., *Kremens, R. T., Begetis, M., Craddock, G., Rowe, M., Pizzagalli, D. A., & **Auerbach, R. P.** (2021, May). Stress exposure in adolescents: Examining links with depression risk and suicide. Paper presented at the Canadian Stress Research Summit Annual Meetings (*Virtual Conference*).

91. *Cole, S. L., *Allison, G. O., Dolan, S., Lazarov, A., **Auerbach, R. P.**, *Umemoto, A., & Schneier, F.  (2020, October).  Neurophysiological predictors of gaze-contingent music reward therapy among adults with social anxiety disorder. Virtual poster presented for the annual meeting of the Society for Psychophysiological Research (*Virtual Conference*).

90. *Umemoto, A., Panier, L. Y. X., *Cole, S. L., Kayser, J., Pizzagalli, D. A., & **Auerbach, R. P.** (2020, October). Resting posterior alpha power in adolescent major depressive disorder. Virtual poster presented for the annual meeting of the Society for Psychophysiological Research (*Virtual Conference*).

89. *Funkhouser, C. J., Kaiser, A. J. E., Carrillo, V. L., Hoffman, L., *Alqueza, K. L., **Auerbach, R. P.**, & Shankman, S. A. (2020, May). Depression risk factors and affective dynamics: An experience sampling study. Poster presented at the 32nd annual meeting of the Association for Psychological Science, Chicago, USA.

88. Morfini, F., Zhang, J., Lee, Y. J., Castanon, A. N., Hubbard, N., Siless, V., Gonalves, M., Frosch, I., Lo, N., Hofmann, S. G., **Auerbach, R. P.**, Pizzagalli, D. A., Yendiki, A., Gabrieli, J., & Gabrieli-Whitfield, S.  (2020, May). Resting state connectivity associated with changes in anxiety symptoms in adolescence over one year. Poster presented at the annual meeting of the Society of Biological Psychiatry, New York, USA (*Virtual Conference*).

87. Zhang, J., Morfini, F., Lee, Y. J., Castanon, A. N., Yendiki, A., Hubbard, N., Siless, V., Frosch, I., Lo, N., Hofmann, S. G., **Auerbach, R. P.**, Pizzagalli, D. A., Yendiki, A., Gabrieli, J., & Gabrieli-Whitfield, S. (2020, May). Multimodal Brain Connectomics Predict Longitudinal Symptom Change in Adolescent Depression. Poster presented at the annual meeting of the Society of Biological Psychiatry, New York, USA (*Virtual Conference*).

86. *Allison, G. O., *Cole., S. L., *Umemoto, A., Tottenham, N., Fifer, W., Monk, C., Marsh, R., & **Auerbach, R. P.** (2020, March). Error monitoring in children and associations with anxiety. Poster to be presented at the Anxiety and Depression Association of America Annual Meeting, San Antonio, USA.

85. *Alqueza, K., L., Crowley, R., Good, K., Zelazny, J., Porta, G., Brent, D., Allen, N., & **Auerbach, R. P.** (2020, March). Words matter: Applying NLP to elucidate pathways to adolescent suicidal behaviors. Poster presented at the Anxiety and Depression Association of America Annual Meeting, San Antonio, USA.

84. *Cole, S., Umemoto, A., Monk, C., Marsh, R., & **Auerbach, R. P.** (2020, March). Maternal depression and blunted reward responsiveness in children. Poster presented at the Anxiety and Depression Association of America Annual Meeting, San Antonio, USA.

83. *Kremens, R. T., Stewart, J. G., & **Auerbach, R. P.** (2020, March). Stressful life events and familial risk for depression. Poster presented at the Anxiety and Depression Association of America Annual Meeting, San Antonio, USA.

82. *Benau, E., Carillo, V., *Allchurch, H. C., Klemballa, D. M., Shankman, S. A., & **Auerbach, R. P.** 2019, October). Depressogenic self-referential processing biases in remitted depressed adults. Poster presented at the Society for Psychophysiology Research Annual Conference, Washington, D.C., USA.

81. *Pagliaccio, D., *Alqueza, K., A., Marsh, R., & **Auerbach, R. P.** (2019, September). Subcortical brain structure at familial risk for depression. Paper presented at the Flux Annual Conference, New York, NY, USA.

80. Drobotenko, N., *Allchurch, H., Cosby, E. A., Germine, L. T., **Auerbach, R. P.**, & Stewart, J. G. (2019, September). Cognitive control differentiates adolescent ideators and attempters. Poster presented at the Society for Research in Psychopathology Annual Meeting, Buffalo, USA.

79. Yeo, S. N., *Cosby, E. A., *Esposito, E. C., **Auerbach, R. P.**, & Stewart, J. G. (2019, September). Post-discharge affect contributes to non-suicidal and suicidal behaviours in depressed adolescents. Poster presented at the Society for Research in Psychopathology Annual Meeting, Buffalo, USA

78. *Hubbard, N.A., Lo, N., Goncalves, M., Frosch, I., Siless, V., Bauer, C., Conroy, K., *Cosby, E., Hay, A., Jones, R., Pinaire, M., Vaz De Souza, F., Vergara, G., Henin, A., Hirshfeld-Becker, D., Hofmann, S., Pizzagalli, D., Yendiki, A., **Auerbach, R. P.**, Ghosh, S., Gabrieli, J.D.E., Whitfield-Gabrieli, S. (2019, May). Cognitive control-related brain activation patterns predict adolescent anhedonia symptoms. Poster presented at the Association for Psychological Science Annual Conference, Washington, D.C., USA.

77. *Cosby, E. C., *Allchurch, *H. A., *Kremens, R. T., *Stewart, J. G., & **Auerbach, R. P.** (2019, March). Conflict monitoring deficits predict treatment response in depressed adolescent inpatients. Poster to be presented at the Anxiety and Depression Association of America Annual Meeting, Chicago, USA.

76. *Stewart, J. G., Cosby, E. C., & **Auerbach, R. P.** (2019, March). Executive function abilities and suicidal thoughts and behaviors among adolescent inpatients. Paper to be presented at the Anxiety and Depression Association of America Annual Meeting, Chicago, USA.

75. *Carrillo, V., Correa, K., **Auerbach, R. P.**, & Shankman, S. A. (2018, September). Neural responses to reward, loss, and breaking-even in remitted depression. Poster presented at the 32nd annual meeting Society for Research in Psychopathology, Indianapolis, USA.

74. *Lawler, V., *Singleton, P., Webb, C. A., Dillon, D., Pizzagalli, D. A., & **Auerbach, R. P.** (2018, September). Drift-diffusion modeling of reward learning in depressed adolescents: Baseline, reliability, and treatment effects. Poster presented at the 32nd annual meeting Society for Research in Psychopathology, Indianapolis, USA.

73. Bauer, C., Siless, V., Wang, J., Goncalves, M., Frosch, I., *Hubbard, N.  A., Vergara, G., Conroy, K., Vaz De Souza, F., Rosso, I, Hirshfeld-Becker, D. R., Henin, A., Hofmann, S., Pizzagalli, D., Ghosh, S., **Auerbach, R. P.**, Yendiki, A., Gabrieli, J. D. E., Whitfield-Gabrieli, S. Boston Adolescent Neuroimaging of Depression and Anxiety Consortium: Preliminary resting-state results (2018, June). Poster presented at the Organization for Human Brain Mapping, Singapore.

72. *Hubbard, N.A., Goncalves, M., Frosch, I., Siless, V., Wang, J., Vergara, G., Conroy, K., Bauer, C., Vaz De Souza, F., Rosso, I, Hirshfeld-Becker, D.R., Henin, A., Hofmann, S., Pizzagalli, D., Ghosh, S., **Auerbach, R. P.**, Yendiki, A., Gabrieli, J. D. E., Whitfield-Gabrieli, S. Boston Adolescent Neuroimaging of Depression and Anxiety Consortium:

Preliminary task fMRI results. (June, 2018). Poster presented at the Organization for Human Brain Mapping, Singapore.

71. *Siless, V., Wang, J., Vergara, G., Hubbard, N.A., Bauer, C., Goncalves, M., Frosch, I., Conroy, K., Vaz De Souza, F., Rosso, I., Hirshfeld-Becker, D.R., Henin, A., Hofmann, S., Pizzagalli, D., Ghosh, S., Gabrieli, J. D. E., Whitfield-Gabrieli, S., **Auerbach, R. P.**, Yendiki, A. Boston Adolescent Neuroimaging of Depression and Anxiety Consortium: Preliminary diffusion MRI results. (2018, June). Poster presented at the Organization for Human Brain Mapping, Singapore.

70. *Carrillo V., Stevens E., *Funkhouser C., Kujawa A., Weinberg A., **Auerbach R. P.**, 70. *Carrillo V., Stevens E., *Funkhouser C., Kujawa A., Weinberg A., **Auerbach R. P.**, Shankman S. (2018, April). Abnormal reactivity to social feedback in remitted depression: An event-related potential study. Poster session presented at the Anxiety and Depression Association of America Annual Meeting, Washington, D.C., USA.

69. *Cosby, E. A., *Stewart, J. G., *Esposito, E. C., & **Auerbach, R. P.** (2018, April). Self-referential processing and suicidal thoughts and behaviors in depressed adolescents. Poster presented at the Anxiety and Depression Association of America Annual Meeting, Washington, D.C., USA.

68. *Stewart, J. G., *Cosby, E. A., Vergara, G. A., Singleton, P. *Esposito, E. C., Shields, G. S., Slavich, G. M., & **Auerbach, R. P.** (2018, April). Interpersonal processes in adolescent suicide ideators and attempters. Paper presented at the Anxiety and Depression Association of America Annual Meeting, Washington, D.C., USA.

67. *Moran, L. R., Kaplan, C., Aguirre, B., Galen, G., *Stewart, J. G., & **Auerbach, R. P.** (2017, November). Effects of a 4-week dialectical behavior therapy residential program for adolescents with borderline personality disorder and a history of child abuse. Poster presented at the International Society for Traumatic Stress Studies Annual Meeting, Chicago, IL, USA.

66. Singleton, P., Bondy, E., Stewart, J. G., Webb, C. A., Pizzagalli, D. A., & **Auerbach, R. P.** (2017, September). Reward-related electrocortical markers among healthy, depressed, and borderline personality disorder youth. Poster presented at the 31st annual meeting Society for Research in Psychopathology, Denver, USA.

65. *Vergara, G. A., *Esposito, E. C., *Lincoln, S. H., *Stewart, J. G., & **Auerbach, R. P.** (2017, September). Adolescent depression, peer victimization, and non-suicidal self-injury. Poster presented at the 31st annual meeting Society for Research in Psychopathology, Denver, USA.

64. Mortier, P., Kiekens, G., Demyttenaere, K., Bruffaerts, R., & **Auerbach, R. P.** (2017, August). Predicting suicidal thoughts and behaviors among college students: A novel approach. Paper presented at the annual meeting for the American Psychological Association, Washington, DC, USA

63. *Stewart, J. G., *Esposito, E. G., *Lutz, N. M., *Vergara, G. A., Shields, G. S., Slavich, G. M., & **Auerbach, R. P.** (2017, July). Adolescent suicidality: Stressor specificity and underlying mechanisms. In Dozois, D. J. A. (Chair), Interpersonal stress and depression. Paper presented at the 15th European Congress of Psychology, Amsterdam, the Netherlands.

62. *Bondy, E., *Lincoln, S. H., *Pisoni, A, Kumar, P., Pizzagalli, D. A., & **Auerbach, R. P.** (2017, April). Neural markers underlying reward dysfunction predicts depression in adolescents. Poster presented at the Anxiety and Depression Association of America Annual Meeting, San Francisco, USA.

61. Esposito, E. C., Stewart, J. C., Lutz, N., & **Auerbach, R. P.** (2017, April). Reward deficits in depressed adolescent self-injurers. Poster presented at the Anxiety and Depression Association of America Annual Meeting, San Francisco, USA.

60. *Lincoln, S. H., *Bondy, E., *Pisoni, A., Kumar, P., Pizzagalli, D. A., & **Auerbach, R. P.** (2017, April). Testing the impact of social stress on neural markers in adolescent depression. Poster presented at the Anxiety and Depression Association of America Annual Meeting, San Francisco, USA.

59. *Stewart, J. G., *Esposito, E. G., *Lutz, N. M., *Vergara, G. A., Shields, G. S., Slavich, G. M., & **Auerbach, R. P.** (2017, April). Stress exposure and electrophysiological markers of social rejection in adolescent suicidality. In Stewart, J. G. (Chair), The impact of life stress on suicide and non-suicidal self-injury: Naturalistic and experimental evidence. Paper presented at the Anxiety and Depression Association of America Annual Meeting, San Francisco, USA.

58. Webb, C. A., **Auerbach, R. P.**, *Bond, E., *Stanton, C. H., Foti, D., & Pizzagalli, D. A. (2017, April). Abnormal neural responses to wins and losses in adolescent depression: Time-domain and time-frequency decomposition analyses and relations to rumination. Poster to be presented at the Anxiety and Depression Association of America Annual Meeting, San Francisco, USA.

57. *Bondy, E., Webb, C. A., Pizzagalli, D. A., & **Auerbach, R. P.** (2016, April). Cognitive behavior therapy for depressed adolescents: Normalization of electrocortical activity during self-referential processing. Poster presented at the Anxiety and Depression Association of America, Philadelphia, USA.

56. *Esposito, E. C., *van Alphen, N., *Stewart, J. G., Pridgen, B., Gold, J., & **Auerbach, R. P.** (2016, April). Predictors of rehospitalization of depressed adolescents admitted to acute psychiatric treatment. Poster presented at the Anxiety and Depression Association of America, Philadelphia, USA.

55. *Pisoni, A., Kumar, P., Pizzagalli, D. A., & **Auerbach, R. P.** (2016, April). Adolescent depression: Probing neural mechanisms underlying social reward processes. Poster presented at the Anxiety and Depression Association of America, Philadelphia, USA.

54. *Stewart, J. G., *Esposito, E. C., Glenn, C., Cha., C., Nock, M. K., & **Auerbach, R. P.** (2016, April). Unpacking differences in attentional biases for emotional and suicide-related words among adolescent suicide ideators and attempters. Poster presented at the Anxiety and Depression Association of America, Philadelphia, USA.

53. *Tarlow, N., *Bondy, E., *Yang, W., Aguirre, B., Kaplan, C., & **Auerbach, R. P.** (2016, April). Self-referential processing in adolescents with comorbid depression and borderline personality disorder. Poster presented at the Anxiety and Depression Association of America, Philadelphia, USA.

52. *Stewart, J. S., *Esposito, E. C., *Kim, J. C., Gold, J., Nock, M. K., & **Auerbach, R. P.** (2016, April). Interpersonal rejection and adolescent suicidality: An examination of behavioral

and neural mechanisms. In Stewart, J. S. & **Auerbach, R. P.** (Chairs), From genes to behavior: Identifying mechanisms underlying self-injurious and suicidal behaviors. Paper presented at the Anxiety and Depression Association of America, Philadelphia, USA.

51. *Stewart, J. S., *Esposito, E. C., Pridgen, B., Gold, J., Nock, M. K., & **Auerbach, R. P.** (2015, October). Predicting suicide attempts in depressed adolescents: Clarifying the role of disinhibition and childhood sexual abuse. Paper presented at the 29th annual meeting of the Society for Research in Psychopathology, New Orleans, USA.

50. Mortier, P., Demyttenaere, K, **Auerbach, R. P.**, Green, J. G., Kessler, R. C., Kiekens, G., Nock, M. K., Bruffaerts, R. (2015, September). Individual- and population-level effects of childhood adversity and emotional problems on early-onset suicide plans and/or attempts. Poster presented at Methods in Epidemiology, Leuven, Belgium.

49. Speed, B. C., Nelson, B. D., Auerbach, R. P., & Hajcak, G. (2015, September). Depression risk and electrocortical measures of self-referential processing in adolescent females. Poster presented at the Society for Pychophysiological Research, Seattle, USA.

48. *Webb, C. A., **Auerbach, R. P.**, Stanton, C. H., Soulitious, E., Pizzagalli, D. A. (2015, April). Differential neural response to feedback in depressed adolescents: A high-density ERP study. In **Auerbach, R. P.** & Admon, R. (Chairs), Examining reward dysfunction as a risk factor for depression onset, maintenance, and relapse from adolescence to adulthood. Paper presented at the Anxiety and Depression Association of America, Miami, USA.

47. *Chango, J. M., *Stanton, C. H., Kaplan, C., Aguirre, B., **Auerbach, R. P.** (2014, November). Identifying deficits underlying non-suicidal self-injury in adolescents with major depression and borderline personality disorder. In Conway, C. C. & **Auerbach, R. P.** (Chairs), Can the Environment Trigger a Personality Disorder?: New Evidence and Clinical Lessons from Stress Research in the Personality Disorder Field. Paper presented at the 48th annual meeting of the Association for Behavioral and Cognitive Therapies, Philadelphia, USA.

46. *Chango, J. M., *Stanton, C. H., Kaplan, C., Aguirre, B., **Auerbach, R. P.** (2014, November). Neural mechanisms underlying automatic and effortful emotional processes among adolescents with borderline personality disorder. In *Chango, J. C. & **Auerbach, R. P.** (Chairs), Neural and genetic mechanisms underlying adolescent psychopathology. Paper presented at the 48th annual meeting of the Association for Behavioral and Cognitive Therapies, Philadelphia, USA.

45. *Stanton, C. H., *Gardiner, C. K., Pizzagalli, D. A., & **Auerbach, R. P.** (2014, November). Reward-related biomarkers of adolescent major depressive disorder. Poster presented at the 48th annual meeting of the Association for Behavioral and Cognitive Therapies, Philadelphia, USA.

44. *Webb, C. A., **Auerbach, R. P.**, *Stanton, C., Soulitious, E. & Pizzagalli, D. A. (2014, October). Differential neural response to feedback in depressed adolescents: A high-density ERP study. Poster presented at The Neuroscience of Youth Depression Conference, Chapel Hill, USA.

43. *Chango, J. M., *Kim, J. C., Gold, J., & **Auerbach, R. P.** (2014, March). The link between adolescent psychopathology and nonsuicidal self-injury: Disinhibition as an explanatory mechanism. Poster presented at the biennial meeting for the Society for Research on Adolescence, Austin, USA.

42. Kaplan, C. *Gardiner, C. K., Aguirre, B., & **Auerbach, R. P.** (2013, November). Unpacking childhood trauma, BPD criterion behaviors, and treatment response in adolescents. Paper presented at the 47th annual meeting of the Association for Behavioral and Cognitive Therapies, Nashville, USA.

41. *Kim, J. C., & **Auerbach, R. P.** (2013, November). Adolescent stress generation: A prospective examination of cognitive vulnerability and depressive symptoms. Poster presented at the 47th annual meeting of the Association for Behavioral and Cognitive Therapies, Nashville, USA.

40. Webb, C. A., Menniger, E., **Auerbach, R. P.,** Beard, C., & Bjorgvinsson, T. (2013, November). Therapeutic alliance in a naturalistic setting: Cause or consequence of depressive symptom change? Paper presented at the 47th annual meeting of the Association for Behavioral and Cognitive Therapies, Nashville, USA.

39. Shih, J. H., Lau, A. A., *Kim, J. C., Abela, J. R. Z., Yao, S., Zhu, X., & **Auerbach, R. P.** (2013, June). Different cultural values moderate stress-depression associations in rural versus urban Chinese Adolescents.  Paper presented at the annual international convention of the International Society of Child and Adolescent Psychology, Leuven, Belgium.

38. *Boger, K. D., Sternberg, A., *Gardiner, C., Pechtel, P., **Auerbach, R. P.**, Potter, M., Kaplan, C., Van der Feen, J., Rodolico, J., Pizzagalli, D. A., Busch, A. B., & Greenfield, S. F. (2012, December). Reward learning and anhedonia as a function of gender in dually diagnosed adolescents in residential treatment. Poster presented at the 23rd annual meeting of the American Academy of Addiction Psychiatry, Miami, USA.

37. *Boger, K. D., Sternberg, A., *Gardiner, C., **Auerbach, R. P.**, Pechtel, P., Potter, M., Kaplan, C., McWhinnie, C., Van der Feen, J., Pizzagalli, D. A., Busch, A. B., & Greenfield, S. (2012, November). Reward learning and symptom change in dually diagnosed adolescents. Poster presented at the 46th annual meeting of the Association for Behavioral and Cognitive Therapies, National Harbor, USA.

36. Pechtel, P., *Gardiner, C. K., Lee, J., Murray, L., Pizzagalli, D. A., & **Auerbach, R. P.** (2012, November). An examination of the neural mechanisms associated with maladaptive coping in adolescents with a history of child sexual abuse. Poster presented at the 46th annual meeting of the Association for Behavioral and Cognitive Therapies, National Harbor, USA.

35. *Gardiner, C. K., *Kertz, S., & **Auerbach, R. P.**, (2012, February). Cognitive vulnerability, stress, and anxiety: Predicting risky behavior engagement in adolescents. Poster presented at the Eastern Psychological Association, Pittsburgh, USA.

34. *Bigda-Peyton, J. S., **Auerbach, R. P.**, Boger, K. D., *Kertz, S. J., & Rodolico, J. (2011, November). Parental and adolescent substance use: A social developmental model. Poster presented at the 45th annual meeting of the Association for Behavioral and Cognitive Therapies, Toronto, Canada.

33. Björgvinsson, T., *Bigda-Peyton, J. S., **Auerbach, R. P.**, & Rosmarin, D. H. (2010, November). Examining treatment efficacy in the naturalistic context of a partial hospital program. In Sharp, C. (Chair), Evidence based practice and practice based evidence in

hospital settings: Methods, challenges, findings. Paper presented at the 44th annual meeting of the Association for Behavioral and Cognitive Therapies, San Francisco, USA.

32. McWhinnie, C. M., **Auerbach, R. P.**, Webb, C., & Abela, J. R. Z. (2010, November). The relationship between materialism, stress generation, and psychopathology.  Poster presented at the 44th annual meeting of the Association for Behavioral and Cognitive Therapies, San Francisco, USA.

31.  Shih, J., & **Auerbach, R. P.** (2010, November). Is stress generation specific to females? Poster presented at the 44th annual meeting of the Association for Behavioral and Cognitive Therapies, San Francisco, USA.

30. [*]Bigda-Peyton, J. S., **Auerbach, R. P.**, & Abela, J. R. Z. (2010, June). Disentangling diathesis-stress and transactional models of depression in adolescents. Poster presented at the 6th World Congress of Behavioural and Cognitive Therapies, Boston, USA.

29. Eberhart, N. K., & **Auerbach, R. P.** (2009, November). Maladaptive schemas and depression:  Tests of stress generation and diathesis-stress models.  In Auerbach, R. P. and Eberhart, N. K. (Chairs), Conceptualizing the prospective relationship between stress and depression: Adolescent, young adult, and intergenerational models of vulnerability. Paper presented at the 43rd annual meeting of the Association for Behavioral and Cognitive Therapies, New York, USA.

28. [*]Tsai, B., **Auerbach, R. P.**, & Abela, J. R. Z. (2008, November). Understanding the role of perceived control as a moderator of risky behavior engagement and depressive symptomology. Poster presented at the 42nd annual meeting of the Association for Behavioral and Cognitive Therapies, Orlando, USA.

27. Sheshko, D., Abela, J. R. Z., & **Auerbach, R. P.** (2008, November). A prospective examination of Cole's (1991) Competency-Based Model in adolescents from urban and rural China. Poster presented at the 42nd annual meeting of the Association for Behavioral and Cognitive Therapies, Orlando, USA.

26. Abela, J. R. Z., [*]Ottisova, L., & **Auerbach, R. P.** (2008, November). The timing of parent and child depression: A response styles theory perspective. Paper presented at the 42nd annual meeting of the Association for Behavioral and Cognitive Therapies, Orlando, USA.

25. Abela, J. R. Z., **Auerbach, R. P.**, Yao, S., & Zhu, X. (2008, July). Cognitive and interpersonal vulnerability to depression in adolescents in urban and rural China:  A multi-wave longitudinal study. In Noortje Vriends and Andrew G. Ryder (Chairs), The cultural shaping of depression, social anxiety: Affective, cognitive, and interpersonal consequences. Paper presented at the 19th International Congress of the International Association for Cross-Cultural Psychology, Bremen, Germany.

24. Abela, J. R. Z., Sharp, A., **Auerbach, R. P.**, Yao, S., & Zhu, X. (2008, July). Interpersonal vulnerability to depression: A multi-wave longitudinal study of adolescents in urban and rural China. In Abela, J. R. Z (Chair), Depression in mainland China:  Predictors, correlates, and consequences. Paper presented at the 29th International Congress of Psychology, Berlin, Germany.

23. *Goldfinger, M., **Auerbach, R. P.**, & Abela, J. R. Z. (2008, July). Understanding the role materialism plays in predicting risk-taking behaviors amongst adolescents from mainland China. Poster presented at the 29th International Congress of Psychology, Berlin, Germany.

22. *O'Donnell, K., **Auerbach, R. P.**, & Abela, J. R. Z. (2008, July). A double bind for emerging adults: Predicting risky behavior engagement. In Auerbach, R. P. (Chair), Conceptualizing predictors of risky behavior engagement amongst adolescents and young adults. Paper presented at the 29th International Congress of Psychology, Berlin, Germany.

21. Parkinson, C., Abela, J. R. Z., **Auerbach, R. P.**, Yao, S., & Zhu, X. (2008, July). Rumination as a vulnerability factor to depressive and anxious symptoms in urban and rural adolescents in mainland China. In Abela, J. R. Z (Chair), Depression in mainland China: Predictors, correlates, and consequences. Paper presented at the 29th International Congress of Psychology, Berlin, Germany.

20. Zhu, X., Yao, S., Abela, J. R. Z., Tong, X., & **Auerbach, R. P.** (2008, July). Negative attachment cognitions as a vulnerability factor to depressive and anxious symptoms in university students in Hunan, China. In Abela, J. R. Z (Chair), Depression in mainland China:  Predictors, correlates, and consequences. Paper presented at the 29th International Congress of Psychology, Berlin, Germany.

19. *Goldfinger, M., **Auerbach, R. P.**, & Abela, J. R. Z. (2008, March). A cultural understanding of risky behavior engagement amongst Chinese adolescents. Poster presented at the biennial meeting of the Society for Research on Adolescence, Chicago, USA.

18. *Molfino, M. J., Abela, J. R. Z., & **Auerbach, R. P.** (2008, March). Demographics and levels of depressive and anxious symptoms in Chinese adolescents. Poster presented at the biennial meeting of the Society for Research on Adolescence, Chicago, USA.

17. Abela, J. R. Z., **Auerbach, J. R. Z.**, Yao, S., & Zhu, X. (2007, November). Sex differences in depressive symptoms and associated cognitive and interpersonal vulnerabilities among adolescents in urban and rural China. Paper presented at the 41st annual meeting of the Association for Behavioral and Cognitive Therapies, Philadelphia, USA.

16. Parkinson, C. M., **Auerbach, R. P.**, & Abela, J. R. Z., (2007, November). A factorial categorization of depression-related constructs in adolescents in rural and urban Hunan. Poster presented at the 41st annual meeting of the Association for Behavioral and Cognitive Therapies, Philadelphia, USA.

15. Abela, J. R. Z., Stolow, D., **Auerbach, R. P.**, Yao, S., & Zhu, X. (2007, July). Cognitive vulnerability to depression in adolescents in rural and urban China:  A multi-wave longitudinal study.  Paper presented at the World Congress of Behavioural and Cognitive Therapies, Barcelona, Spain.

14. Abela, J. R. Z., Yao, S., Zhu, X., **Auerbach, R. P.**, & Tong, Xi. (2006, November). Rumination as a vulnerability factor to depressive and anxious symptoms in adolescents in urban and rural Hunan, China.  Paper presented at the 40th annual meeting of the for the Association for Behavioral and Cognitive Therapies, Chicago, USA.

13. Abela, J. R. Z., Adams, P., **Auerbach, R. P.**, & Skitch, S. A. (2004, November). Conceptualizing cognitive vulnerability to depression in children: A test of the weakest

link and additive approaches. Poster presented at the 38th annual meeting of the meeting of the Association for the Advancement of Behavior Therapy, New Orleans, USA.

12. Kryger, S., Adams, P., **Auerbach, R. P.**, & Abela, J. R. Z. (2004, November).  Contagious depression: Insecure attachment as a moderator of the relationship between parental depression and child depression. Poster presented at the 38th annual meeting of the Association for the Advancement of Behavior Therapy, New Orleans, USA.

11. Nuselovici, J. N., Morales, F. P., Morin, M., **Auerbach, R. P.**, & Abela, J. R. Z. (2004, November). Assessing depressogenic inferential styles: A comparison of the Cognitive Style Questionnaire and the Content Analysis of Verbatim Explanation (CAVE) technique. Poster presented at the 38th annual meeting of the Association for the Advancement of Behavior Therapy, New Orleans, USA.

10. Sarin, S., **Auerbach, R. P.**, Lakdawala, Z., & Abela, J. R. Z. (2004, November). Assessing core beliefs through coding the spontaneous verbalizations in the life narratives of university students. Paper presented at the 38th annual meeting Association for the Advancement of Behavior Therapy, New Orleans, USA.

9. Skitch, S. A., Adams, P., **Auerbach, R. P.**, & Abela, J. R. Z. (2004, November). The impact of parental borderline personality disorder on vulnerability to depression in children of affectively-ill parents. Poster presented at the 38th annual meeting Association for the Advancement of Behavior Therapy, New Orleans, USA.

8. Webb, C. A., Wagner, C., **Auerbach, R. P.**, & Abela, J. R. Z. (2004, November). The role of self-criticism, dependency, and hassles in the course of depressive illness: A multi-wave longitudinal study of vulnerability and resiliency. Poster presented at the 38th annual meeting of the Association for the Advancement of Behavior Therapy, New Orleans, USA.

7. Abela, J. R. Z., Oziransky, V., Kryger, S., Adams, P., & **Auerbach, R. P.** (2004, October). Contagious depression: Interpersonal moderators of the relationship between parental depression and child depression. Paper presented at the annual convention of the Canadian Academy for Child and Adolescent Psychiatry, Montreal, Canada.

6. Adams, P., **Auerbach, R. P.**, Skitch, S. A., & Abela, J. R. Z. (2004, October). Self-criticism, dependency, and stress reactivity: An experience sampling approach to testing Blatt and Zuroff's (1992) theory of personality predispositions to depression in high-risk youth. Paper presented at the annual convention of the Canadian Academy for Child and Adolescent Psychiatry, Montreal, Canada.

5. Nuselovici, J., Morales, F., Morin, M., **Auerbach, R. P.**, & Abela, J. R. Z. (2004, October). Self-report versus interview based approaches to the assessment of depressogenic inferential styles in adolescents and young adults. Poster presented at the annual convention of the Canadian Academy for Child and Adolescent Psychiatry, Montreal, Canada.

4. Skitch, S. A., Adams, P., **Auerbach, R. P.**, & Abela, J. R. Z. (2004, October). The comorbidity of Major Depressive Disorder (MDD) and Borderline Personality Disorder (BPD) in parents: Does comorbid BPD increase risk for MDD in children of parents with MDD? Paper presented at the annual convention of the Canadian Academy for Child and Adolescent Psychiatry, Montreal, Canada.

3. Webb, C. A., & Wagner, C., **Auerbach, R. P.** & Abela, J. R. Z. (2004, October). Personality predispositions to depression: A multi-wave longitudinal study. Paper presented at the 28th International Congress of Psychology, Beijing, China.

2. Morin, M., Nusevoloci, J. N., Morales, F. P., **Auerbach, R. P.**, & Abela, J. R. Z. (2004, July). Cognitive Vulnerabilities to Depression: Using questionnaires and interview based assessments of depressogenic inferential styles to predict past history of mood disorders.  Paper presented at the 4th World Congress of Behavioural and Cognitive Therapies, Kobe, Japan.

1. Sarin, S., **Auerbach, R. P.**, Lakdawalla, Z., & Abela, J. R.  Z. (2004, July). Beck's cognitive theory of depression: An examination of the schematic content in the life stories of university students.  Paper presented at the 4th World Congress of Behavioural and Cognitive Therapies, Kobe, Japan.

# Exhibit B

**RANDY AUERBACH**
**List of Materials Considered**

*Expert Reports*

1.      Report of Plaintiffs' Expert Drew Cingel (May 16, 2025), and materials cited therein.

2.      Report of Plaintiffs' Expert Dimitri Christakis (May 16, 2025), and materials cited therein.

3.      Report of Plaintiffs' Expert Gary Goldfield (May 16, 2025), and materials cited therein.

4.      Report of Plaintiffs' Expert Anna Lembke (May 16, 2025), and materials cited therein.

5.      Report of Plaintiffs' Expert Ramin Mojtabai (May 16, 2025), and materials cited therein.

6.      Report of Plaintiffs' Expert Stuart Murray (May 16, 2025), and materials cited therein.

7.      Report of Plaintiffs' Expert Eva Telzer (May 16, 2025), and materials cited therein.

8.      Report of Plaintiffs' Expert Jean M. Twenge (May 16, 2025), and materials cited therein.

9.      Report of Plaintiffs' Expert Minette Drumwright (May 16, 2025).

10.     Report of Plaintiffs' Expert Tim Estes (May 16, 2025).

11.     Report of Plaintiffs' Expert Colin Gray (May 16, 2025).

12.     Report of Plaintiffs' Expert Brooke Istook (May 16, 2025).

13.     Report of Plaintiffs' Expert Arvind Narayanan (May 16, 2025).

14.     Report of Plaintiffs' Expert Seth Noar (May 16, 2025).

*Filings*

15.     Plaintiffs' Second Amended Master Complaint (Personal Injury), *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation,* No. 4:22-md-03047-YGR, ECF 494 (Dec. 15, 2023).

16.     Plaintiffs' First Amended Master Complaint (Local Government and School District), *In re Social Media Adolescent Addiction/Personal Injury Products Liability*, No. 4:22-md-03047-YGR, ECF 729 (Mar. 27, 2024).

*Academic Articles*

1.      Abba-Aji, M., Koya, S. F., Abdalla, S. M., Ettman, C. K., Cohen, G. H., & Galea, S. (2024). The mental health consequences of interpersonal gun violence: a systematic review. *SSM-Mental Health*, 100302.

2.      Achterberg, M., Becht, A., van der Cruijsen, R., van de Groep, I. H., Spaans, J. P., Klapwijk, E., & Crone, E. A. (2022). Longitudinal associations between social media use, mental well-being and structural brain development across adolescence. *Developmental Cognitive Neuroscience*, *54*, 101088.

3.      Áfra, E., Janszky, J., Perlaki, G., Orsi, G., Nagy, S. A., Arató, Á., ... & Darnai, G. (2024). Altered functional brain networks in problematic smartphone and social media use: Resting-state fMRI study. *Brain Imaging and Behavior*, *18*(2), 292-301.

4.      Alfasi, Y. (2019). The grass is always greener on my Friends' profiles: The effect of Facebook social comparison on state self-esteem and depression, *Personality and Individual Differences, 147*: 111-117.

5.      Allcott H, Braghieri L, Eichmeyer S, Gentzkow M, The Welfare Effects of Social Media, *National Bureau of Economic Research,* 2019. doi: 10.3386/w25514.

6.      Alqueza, K. L., Pagliaccio, D., Durham, K., Srinivasan, A., Stewart, J. G., & Auerbach, R. P. (2021). Suicidal thoughts and behaviors among adolescent psychiatric inpatients. Archives of Suicide Research, 1-14.

7.      Andreassen, C. S., Pallesen, S., & Griffiths, M. D. (2017). The relationship between addictive use of social media, narcissism, and self-esteem: Findings from a large national survey. *Addictive Behaviors*, *64*, 287-293.

8.      Andreassen, C. S., Torsheim, T., Brunborg, G. S., & Pallesen, S. (2012). Development of a Facebook addiction scale. *Psychological reports*, *110*(2), 501-517.

9.      Ansari, S., Iqbal, N., Asif, R., Hashim, M., Farooqi, S. R., & Alimoradi, Z. (2024). Social Media Use and Well-Being: A Systematic Review and Meta-Analysis. *Cyberpsychology, Behavior and Social Networking*, 27(10), 704–719.

10.     M. Arakelyan, S. Freyleue, D. Avula, J. McLaren, J. O'Malley, J.K. Leyenaar, Pediatric Mental Health Hospitalizations at Acute Care Hospitals in the US, 2009-2019, JAMA (Mar. 28, 2023).

11.     Arceneaux, K., Foucault, M., Giannelos, K., Ladd, J., & Zengin, C. (2024). Facebook increases political knowledge, reduces well-being and informational treatments do little to help. *Royal Society Open Science*, *11*(10), 240280.

12.   Arendt, F., Scherr, S., & Romer, D. (2019). Effects of exposure to self-harm on social media: Evidence from a two-wave panel study among young adults. New Media & Society, 21(11–12), 2422–2442.

13.   Arnett, J. J. (1999). Adolescent storm and stress, reconsidered. *American Psychologist*, 54(5), 317.

14.   Auerbach, R. P., Admon, R., & Pizzagalli, D. A. (2014). Adolescent depression: stress and reward dysfunction. *Harvard Review of Psychiatry*, *22*(3), 139-148.

15.   Auerbach, R. P., Mortier, P., Bruffaerts, R., Alonso, J., Benjet, C., Cuijpers, P., ... & Kessler, R. C. (2018). WHO world mental health surveys international college student project: Prevalence and distribution of mental disorders. *Journal of Abnormal Psychology*, 127(7), 623.

16.   Auerbach, R. P., Pagliaccio, D, Bloom, P., Cherner, R., Funkhouser, C. J., & Kirshenbaum, J. (in press). Major Depressive Disorder in Adolescence. In J. W. Pettit & T. M. Olino (Eds.), APA Handbook of Depression. Washington, DC: American Psychological Association.

17.   Auerbach, R. P., Pagliaccio, D., Allison, G. O., Alqueza, K. L., & Alonso, M. F. (2021). Neural correlates associated with suicide and nonsuicidal self-injury in youth. *Biological Psychiatry*, *89*(2), 119-133.

18.   Auerbach, R. P., Pagliaccio, D., Hubbard, N. A., Frosch, I., Kremens, R., Cosby, E., ... & Pizzagalli, D. A. (2022). Reward-related neural circuitry in depressed and anxious adolescents: a human connectome project. *Journal of the American Academy of Child & Adolescent Psychiatry*, *61*(2), 308-320.

19.   Avenevoli, S., Swendsen, J., He, J. P., Burstein, M., & Merikangas, K. R. (2015). Major depression in the national comorbidity survey–adolescent supplement: Prevalence, correlates, and treatment. *Journal of the American Academy of Child & Adolescent Psychiatry*, 54(1), 37-44.

20.   Bányai, F., Zsila, Á., Király, O., Maraz, A., Elekes, Z., Griffiths, M. D., et al. (2017). Problematic social media use: Results from a large-scale nationally representative adolescent sample. *PloS One*, 12(1), e0169839

21.   Barendse, M. E., Flannery, J., Cavanagh, C., Aristizabal, M., Becker, S. P., Berger, E., ... & Pfeifer, J. H. (2023). Longitudinal change in adolescent depression and anxiety symptoms from before to during the COVID-19 pandemic. *Journal of Research on Adolescence*, *33*(1), 74-91.

3

22.    R. Barzilay, D. Pagliacciom C. Funkhouser, R. Auerbach, Is Social Media Increasing Risk for Mental Health Problems Among Youth?: It's Complicated, Handbook of Children and Screens (Dec. 2024).

23.    Beeres, D., Andersson, F., Vossen, H., Galanti, M. (2021). Social Media and Mental Health Among Early Adolescents in Sweden: A Longitudinal Study With 2-Year Follow-Up (KUPOL Study). *J. of Adolescent Health*, *68*, 953-960.

24.    Bersia, Michela, Emanuele Koumantakis, Paola Berchialla, Lorena Charrier, Andrea Ricotti, Piercesare Grimaldi, Paola Dalmasso, and Rosanna I. Comoretto. "Suicide spectrum among young people during the COVID-19 pandemic: A systematic review and meta-analysis." *EClinicalMedicine* 54 (2022).

25.    N. Bhandari, S. Gupta, Trends in Mental Wellbeing of US Children, 2019-2022: Erosion of Mental Health Continued in 2022, J. Environ. Res. Public Health (Jan 25, 2024).

26.    Billieux, J., Schimmenti, A., Khazaal, Y., Maurage, P., & Heeren, A. (2015). Are we overpathologizing everyday life? A tenable blueprint for behavioral addiction research. *Journal of behavioral addictions*, *4*(3), 119-123.

27.    Birn, R. M., Molloy, E. K., Patriat, R., Parker, T., Meier, T. B., Kirk, G. R., ... & Prabhakaran, V. (2013). The effect of scan length on the reliability of resting-state fMRI connectivity estimates. *Neuroimage*, *83*, 550-558.

28.    Bishop, T. F., Press, M. J., Keyhani, S., & Pincus, H. A. (2014). Acceptance of insurance by psychiatrists and the implications for access to mental health care. *JAMA Psychiatry, 71(2)*:176–181.

29.    Bishop, T. F., Seirup, J. K., Pincus, H. A., & Ross, J. S. (2016). Population of US practicing psychiatrists declined, 2003–13, which may help explain poor access to mental health care. *Health Affairs*, *35*(7), 1271-1277.

30.    Blakemore, S. J., Burnett, S., & Dahl, R. E. (2010). The role of puberty in the developing adolescent brain. *Human brain mapping*, *31*(6), 926-933.

31.    Boer, M., Stevens, G., Finkeneauer, C., de Looze, M., van den Eijnden, R. (2021). Social media use intensity, social media use problems, and mental health among adolescents: Investigating directionality and mediating processes, *Computers in Human Behavior, 116,* 106645

32.    Boers, E., Afzali, M. H., Newton, N., Conrod, P. (2019). Association of Screen Time and Depression in Adolescence. *JAMA Pediatrics, 173(9)*:853-859.

4

33.     Boyle, S. C., Baez, S., Trager, B. M., & LaBrie, J. W. (2022). Systematic bias in self-reported social media use in the age of platform swinging: Implications for studying social media use in relation to adolescent health behavior. *International Journal of Environmental Research and Public Health*, *19*(16), 9847.

34.     L. Braghieri, R. Levy, A. Makarin, Social Media and Mental Health (July 2022).

35.     Brailovskaia, J., Murgraf, J. (2016). Comparing Facebook Users and Facebook Non-Users: Relationship between Personality Traits and Mental Health Variables - An Exploratory Study. *PLoS ONE 11(12)*: e0166999.

36.     Brailovskaia, J., Ströse, F., Schillack, H., & Margraf, J. (2020). Less Facebook use–More well-being and a healthier lifestyle? An experimental intervention study. *Computers in Human Behavior*, *108*, 106332.

37.     Brailovskaia, J., Swarlik, V. J., Grethe, G. A., Schillack, H., & Margraf, J. (2023). Experimental longitudinal evidence for causal role of social media use and physical activity in COVID-19 burden and mental health. *Journal of Public Health*, *31*(11), 1885-1898.

38.     Bridge, J. A., Ruch, D. A., Sheftall, A. H., Hahm, H. C., O'Keefe, V. M., Fontanella, C. A., ... & Horowitz, L. M. (2023). Youth suicide during the first year of the COVID-19 pandemic. *Pediatrics*, *151*(3), e2022058375.

39.     Brunborg, G. S., & Andreas, J. B. (2019). Increase in time spent on social media is associated with modest increase in depression, conduct problems, and episodic heavy drinking. *Journal of Adolescence*, *74*, 201-209.

40.     Burrow, A. L., & Rainone, N. (2017). How many likes did I get?: Purpose moderates links between positive social media feedback and self-esteem. *Journal of Experimental Social Psychology*, *69*, 232-236.

41.     Byrne, C., Yedigarian, S., Lauritzen, H. C., Choi, L., Pak, K. N., & Fischer, S. (2024). The association between social media use and body dissatisfaction: Exploring a potential mechanism of action in an experimental design. *Psychology of Popular Media, 13(3)*, 324–330.

42.     Caldwell, M. S., Rudolph, K. D., Troop-Gordon, W., & Kim, D. Y. (2004). Reciprocal influences among relational self-views, social disengagement, and peer stress during early adolescence. Child development, 75(4), 1140-1154.

43.     Calvo, F., Carbonell, X., Oberst, U., & Fuster, H. (2018). May the passion be with you: The addictive potential of collectible card games, miniatures, and dice of the Star Wars universe. *Journal of Behavioral Addictions*, *7*(3), 727-736.

44.     Casey, B. J., Getz, S., & Galvan, A. (2008). The adolescent brain. Developmental review, 28(1), 62-77.

45.     Casey, B. J., Jones, R. M., & Somerville, L. H. (2011). Braking and accelerating of the adolescent brain. Journal of Research on Adolescence, 21(1), 21-33.

46.     Chang, M. L., & Lee, I. O. (2024). Functional connectivity changes in the brain of adolescents with internet addiction: A systematic literature review of imaging studies. *PLOS Mental Health*, *1*(1), e0000022.

47.     Charlton, J. P., & Danforth, I. D. (2007). Distinguishing addiction and high engagement in the context of online game playing. *Computers in human behavior*, *23*(3), 1531-1548.

48.     Charmaraman, L., Lynch, A. D., Richer, A. M., & Zhai, E. (2022). Examining early adolescent positive and negative social technology behaviors and well-being during the COVID-19 pandemic. *Technology, mind, and behavior*, *3*(1), 10-1037.

49.     Cheng, T. S., Ong, K. K., & Biro, F. M. (2022). Trends toward earlier puberty timing in girls and its likely mechanisms. *Journal of Pediatric and Adolescent Gynecology*, *35*(5), 527-531.

50.     Cheng, W., Nguyen, D. N., Nguyen, P. N. T. (2023). The association between passive social network usage and depression/negative emotions with envy as a mediator. *Scientific Reports, 13(1),* 10097.

51.     Chu, J., K. T. Ganson, F. C. Baker, A. Testa, D. B. Jackson, S. B. Murray and J. M. Nagata (2023). "Screen time and suicidal behaviors among U.S. children 9-11 years old: A prospective cohort study." *Prev Med, 169*: 107452.

52.     Clark, J. L., Algoe, S. B. & Green, M, C. (2017). Social network sites and well-being: the role of social connection. *Current Directions in Psychological Science, 27*, 32–37.

53.     Cohen, R., Fardouly, J., Newton-John, T., Slater, A. (2019). #BoPo on Instagram: An experimental investigation of the effects of viewing body 16 positive content on young women's mood and body image, *New Media & Society, 21(7),* 1546-1564.

54.     Cohen, J. R., Andrews, A. R., Davis, M. M., & Rudolph, K. D. (2018). Anxiety and Depression During Childhood and Adolescence: Testing Theoretical Models of Continuity and Discontinuity. Journal of Abnormal Child Psychology, 46(6), 1295–1308.

55.     Collins, W. A., & Steinberg, L. (2006). Adolescent Development in Interpersonal Context. In Handbook of child psychology: Social, emotional, and personality development, Vol. 3, 6th ed (pp. 1003–1067). John Wiley & Sons, Inc.

6

56. Collis, A., & Eggers, F. (2022). Effects of restricting social media usage on wellbeing and performance: A randomized control trial among students. *PloS one*, *17*(8), e0272416.

57. Coombs, N. C., Meriwether, W. E., Caringi, J., & Newcomer, S. R. (2021). Barriers to healthcare access among US adults with mental health challenges: A population-based study. *SSM-population health*, *15*, 100847.

58. Copeland, W. E., Alaie, I., Jonsson, U., & Shanahan, L. (2021). Associations of Childhood and Adolescent Depression With Adult Psychiatric and Functional Outcomes. Journal of the American Academy of Child and Adolescent Psychiatry, 60(5), 604–611.

59. Copeland, W. E., Shanahan, L., Jane Costello, E., & Angold, A. (2009). Childhood and Adolescent Psychiatric Disorders as Predictors of Young Adult Disorders. In Archives of General Psychiatry (Vol. 66, Issue 7, p. 764).

60. Costello, E. J., Jane Costello, E., Mustillo, S., Erkanli, A., Keeler, G., & Angold, A. (2003). Prevalence and Development of Psychiatric Disorders in Childhood and Adolescence. In Archives of General Psychiatry (Vol. 60, Issue 8, p. 837).

61. Cowles, E., Guest, E., Slater, A. (2023).  Imagery versus captions: The effect of body positive Instagram content on young women's mood and body image. *Body Image, 44*: 120-130.

62. Coyne, S. M., Hurst, J. L., Dyer, W. J., Hunt, Q., Schvanaveldt, E., Brown, S., & Jones, G. (2021). Suicide risk in emerging adulthood: associations with screen time over 10 years. *Journal of youth and adolescence*, 1-15.

63. Coyne, S. M., Rogers, A. A., Zurcher, J. D., Stockdale, L., & Booth, M. (2020). Does time spent using social media impact mental health?: An eight year longitudinal study. *Computers in Human Behavior*, *104*, 106160.

64. Cremers, H. R., Wager, T. D., & Yarkoni, T. (2017). The relation between statistical power and inference in fMRI. *PloS one*, 12(11), e0184923.

65. Cummings, J. R., Wen, H., & Druss, B. G. (2013). Improving access to mental health services for youth in the United States. *JAMA*, *309*(6), 553-554.

66. da Silva Pinho, A., Céspedes Izquierdo, V., Lindström, B., & van den Bos, W. (2024). Youths' sensitivity to social media feedback: A computational account. *Science Advances*, *10*(43), eadp8775.

67. Daddis, C. (2011). Desire for Increased Autonomy and Adolescents' Perceptions of Peer Autonomy: "Everyone Else Can; Why Can't I?" Child Development, 82(4), 1310–1326.

68. M. Daly, Prevalnce of Depression Among Adolescents in the U.S. From 2009 to 2019: Analysis of Trends by Sex, Race/Ethnicity, and Income, Journal of Adolescent Health (Aug. 26, 2021).

69. Daryanani, I., Hamilton, J. L., Abramson, L. Y., & Alloy, L. B. (2016). Single mother parenting and adolescent psychopathology. *Journal of abnormal child psychology*, *44*(7), 1411-1423.

70. Davey, C. G., Yücel, M., & Allen, N. B. (2008). The emergence of depression in adolescence: Development of the prefrontal cortex and the representation of reward. Neuroscience & Biobehavioral Reviews, 32(1), 1-19.

71. Davis, C. G., & Goldfield, G. S. (2024). Limiting social media use decreases depression, anxiety, and fear of missing out in youth with emotional distress: A randomized controlled trial. *Psychology of Popular Media*.

72. C. Davis, G. Goldfield, Limiting Social Media Use Decreases Depression, Anxiety, and Fear of Missing Out in Youth With Emotional Distress: A Randomized Controlled Trial, Psychology of Popular Media (Apr. 22, 2024).

73. Davis, M., Jones, J. D., So, A., Benton, T. D., Boyd, R. C., Melhem, N., ... & Young, J. F. (2022). Adolescent depression screening in primary care: who is screened and who is at risk?. *Journal of affective disorders*, *299*, 318-325.

74. Davis, M. M., Modi, H. H., Skymba, H. V., Haigler, K., Finnegan, M. K., Telzer, E. H., & Rudolph, K. D. (2024). Neural Sensitivity to Peer Feedback and Depressive Symptoms: Moderation by Executive Function. *Developmental psychobiology*, 66(6), e22515.

75. L. de Hesselle, C. Montag, Effects of a 14-day social media abstinence on mental health and well-being: results from an experimental study, BMC Psychology (Mar. 13, 2024).

76. de Vries, D.A., Peter, J., de Graaf, H., Nikken, P. (2016). Adolescents' Social Network Site Use, Peer Appearance-Related Feedback, and Body Dissatisfaction: Testing a Mediation Model. *J Youth Adolesc., 45*(1): 211-224.

77. Delaveau, P., Jabourian, M., Lemogne, C., Guionnet, S., Bergouignan, L., & Fossati, P. (2011). Brain effects of antidepressants in major depression: A meta-analysis of emotional processing studies. *Journal of Affective Disorders*, *130*(1-2), 66-74.

78.   Deters, F. G., & Mehl, M. R. (2013). Does posting Facebook status updates increase or decrease loneliness? An online social networking experiment. *Social psychological and personality science*, *4*(5), 579-586.

79.   Dhadly, P., Kinnear, A., Bodell, L. P. (2023).#BoPo: Does viewing body positive TikTok content improve body satisfaction and mood? *Eating Behaviors, 50*, 101747.

80.   Dignard, N. A. L., Jarry, J. L. (2021). The "Little Red Riding Hood effect:" Fitspiration is just as bad as thinspiration for women's body satisfaction. *Body Image, 36*: 201-213.

81.   Donovan, D. J. (2024). Active shooter drills in schools: are we helping or hurting our kids?. *Clinical Pediatrics*, *63*(4), 441-443.

82.   Dooley, L., Sheats, J., Hamilton, O., Chapman, D., & Karlin, B. (2021). Climate change and youth mental health. Psychological Impacts, Resilience Resources, and Future Directions. Los Angeles, CA: See Change Institute.

83.   Dreier, M. J., Horne, S. J., Kleiman, E. M., & Hamilton, J. L. (2025). Social Media as a Behavioral Activation Tool, Conferring Possible Protection Against Suicidal Thoughts Among Adolescents. *Journal of Clinical Child & Adolescent Psychology*, 1-15.

84.   Dubol, M., Trichard, C., Leroy, C., Granger, B., Tzavara, E. T., Martinot, J. L., & Artiges, E. (2020). Lower midbrain dopamine transporter availability in depressed patients: Report from high-resolution PET imaging. *Journal of Affective Disorders*, *262*, 273-277.

85.   S. Dunlop, E. More, D. Romer, Where Do Youth Learn About Suicides on the Internet, and What Influence Does This Have on Suicidal Ideation?, J. of Child Psychology and Psychiatry (June 10, 2011).

86.   Dunlop, B. W., & Nemeroff, C. B. (2007). The role of dopamine in the pathophysiology of depression. *Archives of general psychiatry*, *64*(3), 327-337.

87.   Eberhart, N. K., & Hammen, C. L. (2009). Interpersonal predictors of stress generation. Personality and Social Psychology Bulletin, 35(5), 544-556.

88.   Elia, J., Pajer, K., Prasad, R., Pumariega, A., Maltenfort, M., Utidjian, L., ... & Forrest, C. B. (2023). Electronic health records identify timely trends in childhood mental health conditions. *Child and Adolescent Psychiatry and Mental Health*, *17*(1), 107.

89.   Elliott, M. L., Knodt, A. R., Ireland, D., Morris, M. L., Poulton, R., Ramrakha, S., ... & Hariri, A. R. (2020). What is the test-retest reliability of common task-functional MRI measures? New empirical evidence and a meta-analysis. *Psychological science*, 31(7), 792-806.

90.    Ellis, D. A. (2019). Are smartphones really that bad? Improving the psychological measurement of technology-related behaviors. *Computers in Human Behavior*, *97*, 60-66.

91.    Ellis, D. A., Davidson, B. I., Shaw, H., & Geyer, K. (2019). Do smartphone usage scales predict behavior? *International Journal of Human-Computer Studies, 130*, 86–92.

92.    Engeln, R., Loach, R., Imundo, M., Zola, A. (2020), Compared to Facebook, Instagram use causes more appearance comparison and lower body satisfaction in college women. *Body Image*, *34*, 38-45.

93.    Everik, E. K., Pallesen, S., Vedaa, O., Andressen, C. S., Dhir, A. (2021). General and Alcohol-Related Social Media Use and Mental Health: a Large-Sample Longitudinal Study, *International Journal of Mental Health and Addiction, 19*:1991–2002

94.    Erikson, Erik H. *Identity: Youth and crisis*. Vol. 68. Norton, 1968.

95.    Ernst, M., Pine, D. S., & Hardin, M. (2006). Triadic model of the neurobiology of motivated behavior in adolescence. Psychological Medicine, 36, 299–312.

96.    Fassi, L., Thomas, K., Parry, D. A., Leyland-Craggs, A., Ford, T. J., & Orben, A. (2024). Social media use and internalizing symptoms in clinical and community adolescent samples: A systematic review and meta-analysis. *JAMA pediatrics*, *178*(8), 814-822.

97.    Faulhaber, M. E., Lee, J. E., Gentile, D. A. (2023). The effect of self-monitoring limited social media use on psychological well-being. *Technology, Mind, and Behavior*, 4, 1-10.

98.    Feder, K. A., Riehm, K. E., & Mojtabai, R. (2020). Is There an Association Between Social Media Use and Mental Health? The Timing of Confounding Measurement Matters-Reply. *JAMA Psychiatry, 77(4)*, 438.

99.    C. Ferguson, M. Muñoz, A. Garza, M. Galindo, Concurrent and Prospective Analyses of Peer, Television and Social Media Influences on Body Dissatisfaction, Eating Disorder Symptoms and Life Satisfaction in Adolescent Girls, J. of Youth and Adolescence (Jan. 24, 2013).

100.    Ferguson, C. J. (2024). Do social media experiments prove a link with mental health: A methodological and meta-analytic review. *Psychology of Popular Media*.

101.    C. Ferguson, L. Kaye, D. Branley-Bell, P. Markey, J. Ivory, D. Klisanin, M. Elson, M. Smyth, J. Hogg, D. McDonnell, D. Nichols, S. Siddiqui, M. Gregerson, J. Wilson, Like This Meta-Analysis: Screen Media and Mental Health, Professional Psychology: Research and Practice (Oct. 25, 2021).

10

102.   Fergusson, D. M., Boden, J. M., & Horwood, L. J. (2007). Recurrence of major depression in adolescence and early adulthood, and later mental health, educational and economic outcomes. The British Journal of Psychiatry: The Journal of Mental Science, 191, 335–342.

103.   Figas, K., Giannouchos, T. V., & Crouch, E. (2023). Child and adolescent anxiety and depression prior to and during the COVID-19 pandemic in the United States. *Child Psychiatry & Human Development*, 1-11.

104.   Finsaas, M. C., Bufferd, S. J., Dougherty, L. R., Carlson, G. A., & Klein, D. N. (2018). Preschool psychiatric disorders: homotypic and heterotypic continuity through middle childhood and early adolescence. Psychological Medicine, 48(13), 2159–2168.

105.   Fioravanti, G., Svicher, A., Ceragioli, G., Bruni, V., Casale, S. (2023). Examining the impact of daily exposure to body-positive and fitspiration Instagram content on young women's mood and body image: An intensive longitudinal study. *New Meia & Society, 25(12)*: 3266-3288.

106.   Flannery, J. S., Burnell, K., Kwon, S. J., Jorgensen, N. A., Prinstein, M. J., Lindquist, K. A., & Telzer, E. H. (2024). Developmental changes in brain function linked with addiction-like social media use two years later. *Social Cognitive and Affective Neuroscience*, *19*(1), nsae008.

107.   Flayelle, M., Maurage, P., Karila, L., Vögele, C., & Billieux, J. (2019). Overcoming the unitary exploration of binge-watching: A cluster analytical approach. *Journal of Behavioral Addictions*, *8*(3), 586-602.

108.   Flayelle, M., Schimmenti, A., Starcevic, V., & Billieux, J. (2022). The pitfalls of recycling substance-use disorder criteria to diagnose behavioral addictions. In *Evaluating the brain disease model of addiction* (pp. 339-349). Routledge.

109.   Foulkes, L., & Andrews, J. L. (2023). Are mental health awareness efforts contributing to the rise in reported mental health problems? A call to test the prevalence inflation hypothesis. *New Ideas in Psychology*, *69*, 101010.

110.   Fournier, L., Schimmenti, A., Musetti, A., Boursier, V., Flayelle, M., Cataldo, I., ... & Billieux, J. (2023). Deconstructing the components model of addiction: An illustration through "addictive" use of social media. *Addictive Behaviors*, *143*, 107694.

111.   E. Frison, K. Subrahmanyam, S. Eggermont, The Short-Term Longitudinal and Reciprocal Relations Between Peer Victimization on Facebook and Adolescents' Well-Being, J. of Youth and Adolescence (Feb. 15, 2016).

11

112. Frison, E., & Eggermont, S. (2017). Browsing, posting, and liking on Instagram: The reciprocal relationships between different types of Instagram use and adolescents' depressed mood. *Cyberpsychology, Behavior, and Social Networking*, *20*(10), 603-609.

113. Gajdics, J., & Jagodics, B. (2022). Mobile phones in schools: With or without you? Comparison of students' anxiety level and class engagement after regular and mobile-free school days. *Technology, Knowledge and Learning*, *27*(4), 1095-1113.

114. Ganson, K. T., Testa, A., Rodgers, R. F., & Nagata, J. M. (2024). Use of photo filters is associated with muscle dysmorphia symptomatology among adolescents and young adults. *Body Image*, *50*, 101750.

115. Garber, J., Keiley, M. K., & Martin, N. C. (2002). Developmental trajectories of adolescents' depressive symptoms: predictors of change. *Journal of consulting and clinical psychology*, *70*(1), 79.

116. García-Manglano, J., Fernández, A., Serrano, C., López-Madrigal, C., Fernández-Duval, G., de la Rosa Fernández-Pacheco, P., Sádaba, C. (2024). Social media and mental health: The role of interpersonal relationships and social media use motivations, in a nationally representative, longitudinal sample of Spanish emerging adults. *Journal of Social and Personal Relationships, 41(5)*, 1157-1182.

117. Gentzler A.L., Hughes J.L., Johnston M., Alderson J.E. (2023). Which social media platforms matter and for whom? Examining moderators of links between adolescents' social media use and depressive symptoms. *J of Adolescence., 95(8)*:1725-1748.

118. George, M., Russell, M., Piotak, J., Odgers, C. L. (2018). Concurrent and Subsequent Associations between Daily Digital Technology Use and High-Risk Adolescents' Mental Health Symptoms, *Child Dev. 89(1)*: 78-88.

119. Goddings, A. L., Beltz, A., Peper, J. S., Crone, E. A., & Braams, B. R. (2019). Understanding the role of puberty in structural and functional development of the adolescent brain. *Journal of Research on Adolescence*, *29*(1), 32-53.

120. Gogtay, N., Giedd, J. N., Lusk, L., Hayashi, K. M., Greenstein, D., Vaituzis, A. C., ... & Thompson, P. M. (2004). Dynamic mapping of human cortical development during childhood through early adulthood. *Proceedings of the National Academy of Sciences*, *101*(21), 8174-8179.

121. Graber, J. A. (2013). Pubertal timing and the development of psychopathology in adolescence and beyond. Hormones and behavior, 64(2), 262-269.

122. Graber, J. A., Lewinsohn, P. M., Seeley, J. R., & Brooks-Gunn, J. (1997). Is psychopathology associated with the timing of pubertal development?. Journal of the American Academy of Child & Adolescent Psychiatry, 36(12), 1768-1776.

123.  Griffiths, M. D (2005). A 'components' model of addiction within a biopsychosocial framework. *Journal of Substance Use*, *10*(4), 191–197.

124.  Gu, S. Ping, J., Xu, M. Zhou, Y. (2021). TikTok browsing for anxiety relief in the preoperative period: A randomized clinical trial, *Complementary Therapies in Medicine, 60*, 102749.

125.  Haidt, J. (2024). The anxious generation: How the great rewiring of childhood is causing an epidemic of mental illness. Penguin.

126.  Hall, J. A., Xing, C., Ross, E. M., & Johnson, R. M. (2021). Experimentally manipulating social media abstinence: results of a four-week diary study. *Media Psychology*, *24*(2), 259-275.

127.  Hamilton, J., Biernesser, C., Moreno, M., Porta, G., Hamilton, E., Johnson, K., Poling, K., Sakolsky, D., Brent, D., Goldstein, T. (2021). Social media use and prospective suicidal thoughts and behaviors among adolescents at high risk for suicide. *Suicide and Life Threatening Behavior 51(6)*: 1203-1212.

128.  Hamilton, J. L., Dalack, M., Boyd, S. I., Jorgensen, S., Dreier, M. J., Sarna, J., & Brent, D. A. (2024). Positive and negative social media experiences and proximal risk for suicidal ideation in adolescents. *Journal of Child Psychology and Psychiatry, 65(12)*, 1580–1589.

129.  Hammen, C. (1991). Generation of stress in the course of unipolar depression. Journal of Abnormal Psychology, 100(4), 555.

130.  Hammen, C. (2006). Stress generation in depression: Reflections on origins, research, and future directions. Journal of clinical psychology, 62(9), 1065-1082

131.  Hammen, C., & Brennan, P. A. (2001). Depressed adolescents of depressed and nondepressed mothers: tests of an interpersonal impairment hypothesis. Journal of Consulting and Clinical Psychology, 69(2), 284.

132.  Hammen, C., Henry, R., & Daley, S. E. (2000). Depression and sensitization to stressors among young women as a function of childhood adversity. Journal of Consulting and Clinical Psychology, 68(5), 782.

133.  Hancock, J., Liu, S. X., Luo, M., Mieczkowski H. (2022). Psychological Well-Being and Social Media Use: A Meta-Analysis of Associations between Social Media Use and Depression, Anxiety, Loneliness, Eudaimonic, Hedonic and Social Well-Being.

134.  Hankin, B. L., Kassel, J. D., & Abela, J. R. (2005). Adult attachment dimensions and specificity of emotional distress symptoms: Prospective investigations of cognitive risk

and interpersonal stress generation as mediating mechanisms. Personality and Social Psychology Bulletin, 31(1), 136-151.

135.   Hare, T. A., Tottenham, N., Galvan, A., Voss, H. U., Glover, G. H., & Casey, B. J. (2008). Biological substrates of emotional reactivity and regulation in adolescence during an emotional go-nogo task. Biological Psychiatry, 63, 927–934.

136.   He, X., Chen, Y., Zhang, W., & Li, C. S. R. (2025). Elevated loss sensitivity in the reward circuit in adolescents with video game but not social media addiction. *Computers in Human Behavior*, *165*, 108554.

137.   He, X., Hu, J., Yin, M., Zhang, W., & Qiu, B. (2023). Screen media use affects subcortical structures, resting-state functional connectivity, and mental health problems in early adolescence. *Brain Sciences*, *13*(10), 1452.

138.   T. Heffer, M. Good, O. Daley, E. MacDonell, T. Willoughby, The Longitudinal Association Between Social-Media Use and Depressive Symptoms Among Adolescents and Young Adults: An Empirical Reply to Twenge et al. (2018), Clinical Psychological Science (2019).

139.   Hendrickse, J., Clayton, R., Ray, E., Ridgway J., Secharan, R. (2021) Experimental Effects of Viewing Thin and Plus-Size Models in Objectifying and Empowering Contexts on Instagram, *Health Communication, 36*:11, 1417-1425

140.   Hökby, S., Hadlaczky, G., Westerlund, J., Wasserman, D., Balazs, J., Germanavicius, A., ... & Carli, V. (2016). Are mental health effects of internet use attributable to the web-based content or perceived consequences of usage? A longitudinal study of European adolescents. *JMIR Mental Health*, *3*(3), e5925.

141.   Honberg R, Kimball A, Diehl S, Usher L, Fitzpatrick M. (2011). State Mental Health Cuts: The Continuing Crisis. Arlington, VA: National Alliance on Mental Illness.

142.   Houghton, S., Lawrence, D., Hunter, S. C., Rosenberg, M., Zadow, C., Wood, L., & Shilton, T. (2018). Reciprocal relationships between trajectories of depressive symptoms and screen media use during adolescence. *Journal of youth and adolescence*, *47*, 2453-2467.

143.   Huang, C. (2017). Time spent on social network sites and psychological well-being: A meta-analysis. *Cyberpsychology, Behavior, and Social Networking*, *20*(6), 346-354.

144.   Hunt, M. G., Marx, R., Lipson, C., & Young, J. (2018). No more FOMO: Limiting social media decreases loneliness and depression. *Journal of Social and Clinical Psychology*, *37*(10), 751-768.

14

145. Hunt, M. G., Xu, E., Fogelson, A., & Rubens, J. (2023). Follow friends one hour a day: limiting time on social media and muting strangers improves well-being. *Journal of Social and Clinical Psychology*, *42*(3), 187-213.

146. Hunt, M., All, K., Burns, B., & Li, K. (2021). Too much of a good thing: Who we follow, what we do, and how much time we spend on social media affects well-being. *Journal of Social and Clinical Psychology*, *40*(1), 46-68.

147. Ivie, E. J., Pettitt, A., Moses, L. J., & Allen, N. B. (2020). A meta-analysis of the association between adolescent social media use and depressive symptoms. *Journal of affective disorders*, *275*, 165-174.

148. Jarman, H.K., McLean, S.A., Paxton, S.J., Sibley, C., Marques, M. (2023). Examination of the temporal sequence between social media use and well-being in a representative sample of adults. *Soc Psychiatry Psychiatr Epidemiol 58,* 1247–1258.

149. Jensen, M., George, M., Russell, M., Odgers, C. (2019). Young Adolescents' Digital Technology Use and Mental Health Symptoms: Little Evidence of Longitudinal or Daily Linkages, *Clin Psychol Sci., 7(6)*: 1416–1433.

150. John, A., Glendenning, A. C., Marchant, A., Montgomery, P., Stewart, A., Wood, S., Lloyd, K., & Hawton, K. (2018). Self-Harm, Suicidal Behaviours, and Cyberbullying in Children and Young People: Systematic Review. *Journal of Medical Internet research, 20(4)*, e129.

151. Joiner, T. E., Wingate, L. R., Gencoz, T., & Gencoz, F. (2005). Stress generation in depression: Three studies on its resilience, possible mechanism, and symptom specificity. Journal of Social and Clinical Psychology, 24(2), 236-253.

152. Jones, C. N., Rudaizky, D., Mahalingham, T., Clarke, P. (2024).Investigating the links between objective social media use, attentional control, and psychological distress, *Social Science & Medicine, 361*, 117400.

153. Junco, R. (2013). Comparing actual and self-reported measures of Facebook use, *Computers in Human Behavior, 29(3):*626-631.

154. Kaltiala-Heino, R., Marttunen, M., Rantanen, P., & Rimpelä, M. (2003). Early puberty is associated with mental health problems in middle adolescence. *Social science & medicine*, *57*(6), 1055-1064.

155. Kandola, A., del Pozo Cruz, B., Hayes, J. F., Owen, N., Dunstan, D. W., & Hallgren, M. (2022). Impact on adolescent mental health of replacing screen-use with exercise: A prospective cohort study. *Journal of affective disorders*, *301*, 240-247.

156.    Kang, Y., Ahn, J., Cosme, D., Mwilambwe-Tshilobo, L., McGowan, A., Zhou, D., ... & Falk, E. B. (2023). Frontoparietal functional connectivity moderates the link between time spent on social media and subsequent negative affect in daily life. *Scientific Reports*, *13*(1), 20501.

157.    Kann, L. (2018). Youth risk behavior surveillance—United States, 2017. *MMWR. Surveillance Summaries*, *67*.

158.    Kardefelt-Winther, D., Heeren, A., Schimmenti, A., Van Rooij, A., Maurage, P., Carras, M., ... & Billieux, J. (2017). How can we conceptualize behavioural addiction without pathologizing common behaviours?. *Addiction*, *112*(10), 1709-1715.

159.    Karim, F., Oyewande, A. A., Abdalla, L. F., Ehsanullah, R. C., & Khan, S. (2020). Social media use and its connection to mental health: a systematic review. *Cureus*, *12*(6).

160.    Karim, S., Choukas-Bradley, S., Radovic, A., Roberts, S. R., Maheux, A. J., & Escobar-Viera, C. G. (2022). Support over social media among socially isolated sexual and gender minority youth in rural US during the COVID-19 pandemic: opportunities for intervention research. *International Journal of Environmental Research and Public Health*, 19(23), 15611.

161.    Keles, B., McCrae, N., & Grealish, A. (2020). A systematic review: the influence of social media on depression, anxiety and psychological distress in adolescents. *International journal of adolescence and youth*, *25*(1), 79-93.

162.    Kelleher, K. J., Childs, G. E., Wasserman, R. C., McInerny, T. K., Nutting, P. A., & Gardner, W. P. (1997). Insurance status and recognition of psychosocial problems: a report from the Pediatric Research in Office Settings and the Ambulatory Sentinel Practice Networks. *Archives of pediatrics & adolescent medicine*, *151*(11), 1109-1115.

163.    Kelly, Y., Zilanawala, A., Booker, C., & Sacker, A. (2018). Social media use and adolescent mental health: Findings from the UK Millennium Cohort Study. *EClinicalMedicine*, *6*, 59-68.

164.    Keren, H., O'Callaghan, G., Vidal-Ribas, P., Buzzell, G. A., Brotman, M. A., Leibenluft, E., ... & Stringaris, A. (2018). Reward processing in depression: a conceptual and meta-analytic review across fMRI and EEG studies. *American Journal of Psychiatry*, *175*(11), 1111-1120.

165.    Kessler, R. C., Demler, O., Frank, R. G., Olfson, M., Pincus, H. A., Walters, E. E., ... & Zaslavsky, A. M. (2005). Prevalence and treatment of mental disorders, 1990 to 2003. *New England Journal of Medicine*, *352*(24), 2515-2523.

16

166. Keyes, K. M., & Kreski, N. (2020). Is there an association between social media use and mental health? The timing of confounding measurement matters. *JAMA Psychiatry*, *77*(4), 437-437.

167. P. Kleefield, Social Media Use on Smartphones and Relations to Symptoms of Depression and Anxiety, Self-Esteem, Sleep and Social Comparison: A Tool for Intervention, Indiana University of Pennsylvania (Aug. 2021).

168. Kleemans, M., Daalmans, S., Carbaat, I., & Anschütz, D. (2018). Picture perfect: The direct effect of manipulated Instagram photos on body image in adolescent girls. *Media Psychology*, *21*(1), 93-110.

169. Kline, M., Metcalf, A. M., Patel, E., Chang, E. L., & Nguyen, M. B. (2023). Adolescent Experiences with Social Media and Suicidality. *Academic Pediatrics, 23(4)*, 755–761.

170. Kowalski, R. M., Giumetti, G. W., Schroeder, A. N., & Lattanner, M. R. (2014). Bullying in the digital age: a critical review and meta-analysis of cyberbullying research among youth. *Psychological bulletin*, *140*(4), 1073.

171. Kreski, N., Platt, J., Rutherford, C., Olfson, M., Odgers, C., Schulenberg, J., & Keyes, K. M. (2021). Social media use and depressive symptoms among United States adolescents. *Journal of Adolescent Health*, *68*(3), 572-579.

172. Kuehn, B. M. (2022). Clinician shortage exacerbates pandemic-fueled "mental health crisis". *JAMA*, *327*(22), 2179-2181.

173. Kuhlthau, K., Jellinek, M., White, G., VanCleave, J., Simons, J., & Murphy, M. (2011). Increases in behavioral health screening in pediatric care for Massachusetts Medicaid patients. *Archives of pediatrics & adolescent medicine*, *165*(7), 660-664.

174. Kumar, P., Pisoni, A., Bondy, E., Kremens, R., Singleton, P., Pizzagalli, D. A., & Auerbach, R. P. (2019). Delineating the social valuation network in adolescents. *Social Cognitive and Affective Neuroscience*, *14*(11), 1159-1166.

175. Lambert, J., Barnstable, G., Minter, E., Cooper, J., & McEwan, D. (2022). Taking a one-week break from social media improves well-being, depression, and anxiety: a randomized controlled trial. *Cyberpsychology, Behavior, and Social Networking*, *25*(5), 287-293.

176. Larson, R., & Ham, M. (1993). Stress and "storm and stress" in early adolescence: The relationship of negative events with dysphoric affect. *Developmental Psychology, 29*(1), 130–140.

177. Lawrence, N. S., Hinton, E. C., Parkinson, J. A., & Lawrence, A. D. (2012). Nucleus accumbens response to food cues predicts subsequent snack consumption in women

17

and increased body mass index in those with reduced self-control. *Neuroimage*, *63*(1), 415-422.

178.   Lebrun-Harris, L. A., Ghandour, R. M., Kogan, M. D., & Warren, M. D. (2022). Five-year trends in US children's health and well-being, 2016-2020. *JAMA pediatrics*, *176*(7), e220056-e220056.

179.   Lee, A. Y., & Hancock, J. T. (2024). Social media mindsets: A new approach to understanding social media use and psychological well-being. *Journal of Computer-Mediated Communication*, *29*(1), zmad048.

180.   Lee, H. Y., Jamieson, J. P., Reis, H. T., Beevers, C. G., Josephs, R. A., Mullarkey, M. C., ... & Yeager, D. S. (2020). Getting fewer "likes" than others on social media elicits emotional distress among victimized adolescents. *Child development*, *91*(6), 2141-2159.

181.   J. Lee, The Effects of Social Comparison Orientation on Psychological Well-Being in Social Networking Sites: Serial Mediation of Perceived Social Support and Self-Esteem, Current Psychology (Oct. 14, 2020).

182.   Leggett-James, M. P., Lauresen B. (2022). The Consequences of Social Media Use Across the Transition Into Adolescence: Body Image and Physical Activity, *Journal of Early Adolescence, 0(0)*:1–18.

183.   Lembke, A. (2021). Dopamine nation: Finding balance in the age of indulgence. Penguin.

184.   Lepp, A., & Barkley, J. E. (2023). The experimental effect of social media use, treadmill walking, studying, and a control condition on positive and negative affect in college students. *Current Psychology*, *42*(30), 26331-26340.

185.   Lewinsohn, P. M., Rohde, P., Klein, D. N., & Seeley, J. R. (1999). Natural course of adolescent major depressive disorder: I. Continuity into young adulthood. Journal of the American Academy of Child and Adolescent Psychiatry, 38(1), 56–63.

186.   Li X., Li H .(2024) Exploring the relationship between problematic social networking sites use and depression: A longitudinal study. *PLoS ONE 19(11)*: e0313362.

187.   Li, J. B., Mo, P. K. H., Lau, J. T. F., Su, X. F., Zhang, X., Wu, A. M. S., Mai, J. C., & Chen, Y. X. (2018). Online social networking addiction and depression: The results from a large-scale prospective cohort study in Chinese adolescents. *Journal of Behavioral Addictions, 7(3),* 686–696.

188.   Lonergan, A. R., Bussey, K., Fardouly, J., Griffiths, S., Murray, S. B., Hay, P., ... & Mitchison, D. (2020). Protect me from my selfie: Examining the association between

photo-based social media behaviors and self-reported eating disorders in adolescence. *International Journal of Eating Disorders*, *53*(5), 755-766.

189. Lonergan, A. R., Bussey, K., Mond, J., Brown, O., Griffiths, S., Murray, S. B., & Mitchison, D. (2019). Me, my selfie, and I: The relationship between editing and posting selfies and body dissatisfaction in men and women. *Body image*, *28*, 39-43.

190. Lopes, L. S., Valentini, J. P., Monteiro, T. H., Costacurta, M. C. de F., Soares, L. O. N., Telfar-Barnard, L., & Nunes, P. V. (2022). Problematic Social Media Use and Its Relationship with Depression or Anxiety: A Systematic Review. *Cyberpsychology, Behavior and Social Networking., 25(11)*, 691–702.

191. Lopoo, L. M., & DeLeire, T. (2014). Family structure and the economic wellbeing of children in youth and adulthood. *Social science research*, *43*, 30-44.

192. Lower-Calverley, E., Grieve, R. (2021). Do the metrics matter? An experimental investigation of Instagram influencer effects on mood and body dissatisfaction, *Body Image, 36*, 1-4.

193. Luciano, A., & Meara, E. (2014). Employment status of people with mental illness: national survey data from 2009 and 2010. *Psychiatric Services*, *65*(10), 1201-1209.

194. Luo, T., Qin, L., Cheng, L., Wang, S., Zhu, Z., Xu, J., ... & Liao, Y. (2021). Determination the cut-off point for the Bergen social media addiction (BSMAS): Diagnostic contribution of the six criteria of the components model of addiction for social media disorder. *Journal of Behavioral Addictions*, *10*(2), 281-290.

195. G. F. H. McLeod, L. J. Horwood, D. M. Fergusson, Adolescent depression, adult mental health and psychosocial outcomes at 30 and 35 years, Psychological Medicine (Jan. 28, 2016).

196. Maes, C., Vandenbosch, L. (2022). Adolescent girls' Instagram and TikTok use: Examining relations with body image-related constructs over time using random intercept cross-lagged panel models. *Body Image, 41*: 453-459.

197. Mahalingham, T., Howell, J., & Clarke, P. J. (2023). Assessing the effects of acute reductions in mobile device social media use on anxiety and sleep. *Journal of behavior therapy and experimental psychiatry*, *78*, 101791.

198. Maheux, A. J., Laurenceau, J. P., Roberts, S. R., Nesi, J., Widman, L., & Choukas-Bradley, S. (2024). Longitudinal Change in Appearance-Related Social Media Consciousness and Depressive Symptoms: A Within-Person Analysis during Early-to-Middle Adolescence. *Journal of Youth and Adolescence*, *53*(10), 2287-2299.

19

199.   Manning, T. M., Mulgrew, K. E. (2022). Broad conceptualisations of beauty do not moderate women's responses to body positive content on instagram. *Body Image, 40*: 12-18.

200.   K. Mansfield, S. Ghai, T. Hakman, N. Ballou, M. Vuorre, A. Przybylski, From Social Media to Artificial Intelligence: Improving Research on Digital Harms in Youth, The Lancet: Child & Adolescent Health (Jan. 21, 2025).

201.   Marceau, K., Ram, N., Houts, R. M., Grimm, K. J., & Susman, E. J. (2011). Individual differences in boys' and girls' timing and tempo of puberty: modeling development with nonlinear growth models. Developmental psychology, 47(5), 1389.

202.   L. Marciano, A. Camerini, R. Morese, The Developing Brain in the Digital Era: A Scoping Review of Structural and Functional Correlates of Screen Time in Adolescence, Frontier Psychology (Aug. 27, 2021).

203.   Marciano, L., Lin, J., Sato, T., Saboor, S., & Viswanath, K. (2024). Does social media use make us happy? A meta-analysis on social media and positive well-being outcomes. *SSM-Mental Health*, 100331.

204.   Marek, S., Tervo-Clemmens, B., Calabro, F. J., Montez, D. F., Kay, B. P., Hatoum, A. S., ... & Dosenbach, N. U. (2022). Reproducible brain-wide association studies require thousands of individuals. *Nature*, 603(7902), 654-660.

205.   Masciantonio, A., Bourguignon, D., Bouchat, P., Balty, M., Rimé, B. (2021). Don't put all social network sites in one basket: Facebook, Instagram, Twitter, TikTok, and their relations with well-being during the COVID-19 pandemic. *PloS ONE, 16(3)*, e0248384.

206.   Maza, M. T., Fox, K. A., Kwon, S. J., Flannery, J. E., Lindquist, K. A., Prinstein, M. J., & Telzer, E. H. (2023). Association of habitual checking behaviors on social media with longitudinal functional brain development. *JAMA Pediatrics*, *177*(2), 160-167.

207.   McComb, S.E., Gobin, K.C., Mills, J.S. (2021). The effects of self-disclaimer Instagram captions on young women's mood and body image: The moderating effect of participants' own photo manipulation practices. *Body Image, 38*: 251-261.

208.   McComb, C. A., Vanman, E. J., & Tobin, S. J. (2023). A meta-analysis of the effects of social media exposure to upward comparison targets on self-evaluations and emotions. *Media Psychology*, *26*(5), 612-635.

209.   McCrae, N., Gettings, S., & Purssell, E. (2017). Social media and depressive symptoms in childhood and adolescence: A systematic review. *Adolescent Research Review*, *2*, 315-330.

20

210.    McGovern, O., Collins, R., & Dunne, S. (2022). The associations between photo-editing and body concerns among females: A systematic review. *Body Image*, *43*, 504-517.

211.    McLean, S. A., Paxton, S. J., Wertheim, E. H., & Masters, J. (2015). Photoshopping the selfie: Self photo editing and photo investment are associated with body dissatisfaction in adolescent girls. *International Journal of Eating Disorders*, *48*(8), 1132-1140.

212.    McLeod, G. F. H., Horwood, L. J., & Fergusson, D. M. (2016). Adolescent depression, adult mental health and psychosocial outcomes at 30 and 35 years. Psychological Medicine, 46(7), 1401–1412.

213.    McNamee, P., Mendolia, S., & Yerokhin, O. (2021). Social media use and emotional and behavioural outcomes in adolescence: Evidence from British longitudinal data. *Economics & Human Biology*, *41*, 100992.

214.    Memon, A. M., Sharma, S. G., Mohite, S. S., & Jain, S. (2018). The role of online social networking on deliberate self-harm and suicidality in adolescents: A systematized review of literature. *Indian journal of psychiatry*, *60*(4), 384-392.

215.    Mendelson, T., & Tandon, S. D. (2016). Prevention of depression in childhood and adolescence. *Child and Adolescent Psychiatric Clinics*, *25*(2), 201-218.

216.    Mendle, J., Harden, K. P., Brooks-Gunn, J., & Graber, J. A. (2010). Development's tortoise and hare: pubertal timing, pubertal tempo, and depressive symptoms in boys and girls. Developmental psychology, 46(5), 1341.

217.    Mental Health America (2022). Access to Care Ranking. https://mhanational.org/issues/2022/mental-health-america-access-care-data

218.    Merikangas, K. R., He, J. P., Burstein, M., Swanson, S. A., Avenevoli, S., Cui, L., ... & Swendsen, J. (2010). Lifetime prevalence of mental disorders in US adolescents: results from the National Comorbidity Survey Replication–Adolescent Supplement (NCS-A). Journal of the American Academy of Child & Adolescent Psychiatry, 49(10), 980-989.

219.    Miller, J., Mills, K. L., Vuorre, M., Orben, A., & Przybylski, A. K. (2023). Impact of digital screen media activity on functional brain organization in late childhood: Evidence from the ABCD study. *Cortex*, *169*, 290-308.

220.    Mills, J. S., Musto, S., Williams, L., & Tiggemann, M. (2018). "Selfie" harm: Effects on mood and body image in young women. *Body image*, *27*, 86-92.

221.    K. Mitev, N. Weinstein, S. Karabeliova, T. Nguyen, W. Law, A. Przybylski, Social Media Use Only Helps, and Does Not Harm, Daily Interactions and Well-Being, Technology, Mind, and Behavior (June 25, 2021).

222. Mojtabai, R., Olfson, M., & Han, B. (2016). National trends in the prevalence and treatment of depression in adolescents and young adults. *Pediatrics*, *138*(6).

223. Monroe, S. M., & Harkness, K. L. (2005). Life stress, the" kindling" hypothesis, and the recurrence of depression: considerations from a life stress perspective. Psychological review, 112(2), 417.

224. Monroe, S. M., & Harkness, K. L. (2011). Recurrence in major depression: a conceptual analysis. Psychological Review, 118(4), 655–674.

225. Morales-Arjona, I., Benítez-Hidalgo, V., Ruiz-Pérez, I., Higueras-Callejón, C., & Pastor-Moreno, G. (2024). Cyberbullying and Suicidal Behavior, Self-Harm, and Nonsuicidal Self-Injury: A Systematic Review of Longitudinal Studies. *Cyberpsychology, Behavior and Social Networking, 27(10)*, 683–691.

226. Moran, P., Chandler, A., Dudgeon, P., Kirtley, O. J., Knipe, D., Pirkis, J., ... & Christensen, H. (2024). The Lancet Commission on self-harm. *The Lancet, 404*, 1445-1492.

227. Mujica, A. L., Crowell, C. R., Villano, M. A., & Uddin, K. M. (2022). Addiction by design: Some dimensions and challenges of excessive social media use. *Medical Research Archives*, 10(2).

228. Nagata, J. M., Otmar, C. D., Shim, J., Balasubramanian, P., Cheng, C. M., Li, E. J., ... & Baker, F. C. (2025). Social Media Use and Depressive Symptoms During Early Adolescence. *JAMA Network Open*, 8(5), e2511704-e2511704.

229. Nagata, J.M., Al-Shoaibi, A.A.A., Leong, A.W., Zamora, G., Testa, A., Ganson, K.T., Baker, F.C. (2024). Screen time and mental health: a prospective analysis of the Adolescent Brain Cognitive Development (ABCD) Study. *BMC Public Health, 24*(1):2686.

230. National Academies of Science, Engineering, and Medicine: Consensus Report. (2024). Social Media and Adolescent Health. Washington, DC: The National Academies Press.

231. National Centers for Environmental Information of the National Oceanic and Atmospheric Administration (January 10, 2025). United States Billion-Dollar Disaster Events 1980-2204 (CPI-Adjusted). https://www.ncei.noaa.gov/access/billions/state-summary/US.

232. Nelson, E. E., Leibenluft, E., McClure, E. B., & Pine, D. S. (2005). The social re-orientation of adolescence: a neuroscience perspective on the process and its relation to psychopathology. Psychological medicine, 35(2), 163-174.

22

233.    J. Nesi, A. Rothenberg, A. Bettis, M. Massing-Schaffer, K. Fox, E. Telzer, K. Lindquist, M. Prinstein, Emotional Responses to Social Media Experiences Among Adolescents: Longitudinal Associations with Depressive Symptoms, J. of Clinical Child & Adolescent Psychology (Aug. 23, 2021).

234.    Nesi, J., & Prinstein, M. J. (2015). Using social media for social comparison and feedback-seeking: Gender and popularity moderate associations with depressive symptoms. *Journal of abnormal child psychology*, *43*, 1427-1438.

235.    Nesi, J., Burke, T. A., Bettis, A. H., Kudinova, A. Y., Thompson, E. C., MacPherson, H. A., Fox, K. A., Lawrence, H. R., Thomas, S. A., Wolff, J. C., Altemus, M. K., Soriano, S., & Liu, R. T. (2021). Social media use and self-injurious thoughts and behaviors: A systematic review and meta-analysis. *Clinical Psychology Review, 87,* 102038.

236.    Nielson, D. M., Keren, H., O'Callaghan, G., Jackson, S. M., Douka, I., Vidal-Ribas, P., ... & Stringaris, A. (2021). Great expectations: A critical review of and suggestions for the study of reward processing as a cause and predictor of depression. *Biological Psychiatry*, *89*(2), 134-143.

237.    Obsuth, I., Murray, A. L., Di Folco, S., Ribeaud, D., & Eisner, M. (2020). Patterns of Homotypic and Heterotypic Continuity Between ADHD Symptoms, Externalising and Internalising Problems from Age 7 to 15. Journal of Abnormal Child Psychology, 48(2), 223–236.

238.    O'Callaghan G, Stringaris A. (2019). Reward Processing in Adolescent Depression Across Neuroimaging Modalities. *Z Kinder Jugendpsychiatr Psychother,* 1-7.

239.    Odgers, C. L., & Jensen, M. R. (2020). Annual research review: Adolescent mental health in the digital age: Facts, fears, and future directions. *Journal of Child Psychology and Psychiatry*, *61*(3), 336-348.

240.    Ohannessian, C.M., Fagle, T., Salafia, C. (2021). Social media use and internalizing symptoms during early adolescence: The role of co-rumination. *J of Affect Disorders, 280(A)*:85-88

241.    Olfson, M., Wang, S., Wall, M., Marcus, S. C., & Blanco, C. (2019). Trends in serious psychological distress and outpatient mental health care of US adults. *JAMA psychiatry*, *76*(2), 152-161.

242.    Orben, A. (2020). Teenagers, screens and social media: a narrative review of reviews and key studies. *Social psychiatry and psychiatric epidemiology*, *55*(4), 407-414.

243.    A. Orben, A. Przybylski, The association between adolescent well-being and digital technology use, Nature Human Behaviour (Jan. 14, 2019).

23

244.    Ozimek, P., & Bierhoff, H. W. (2020). All my online-friends are better than me–three studies about ability-based comparative social media use, self-esteem, and depressive tendencies. *Behaviour & Information Technology*, *39*(10), 1110-1123.

245.    Pagliaccio, D., Alqueza, K. L., Marsh, R., & Auerbach, R. P. (2020). Brain volume abnormalities in youth at high risk for depression: adolescent brain and cognitive development study. *Journal of the American Academy of Child & Adolescent Psychiatry*, *59*(10), 1178-1188.

246.    Pagliaccio, D., Kumar, P., Kamath, R. A., Pizzagalli, D. A., & Auerbach, R. P. (2023). Neural sensitivity to peer feedback and depression symptoms in adolescents: A 2-year multiwave longitudinal study. *Journal of Child Psychology and Psychiatry*, *64*(2), 254-264.

247.    Pagliaccio, D., Tran, K. T., Visoki, E., DiDomenico, G. E., Auerbach, R. P., & Barzilay, R. (2024). Probing the digital exposome: Associations of social media use patterns with youth mental health. *NPP-Digital Psychiatry and Neuroscience,* 2(1), 5.

248.    Panayiotou, M., Black, L., Carmichael-Murphy, P., Qualter, P., & Humphrey, N. (2022). Social media use among the least influential factors in adolescent mental health: Results from a panel network analysis.

249.    Parry, D.A., Davidson, B.I., Sewall, C.J.R., Fisher, J.T., Mieczkowski, H., Quintana, D.S. (2021). A systematic review and meta-analysis of discrepancies between logged and self-reported digital media use. *Nat Hum Behav, 5(11)*:1535-1547

250.    Patton, G. C., Coffey, C., Posterino, M., Carlin, J. B., & Bowes, G. (2003). Life events and early onset depression: cause or consequence?. Psychological Medicine, 33(7), 1203-1210.

251.    Patton, G. C., Coffey, C., Romaniuk, H., Mackinnon, A., Carlin, J. B., Degenhardt, L., ... & Moran, P. (2014). The prognosis of common mental disorders in adolescents: a 14-year prospective cohort study. The Lancet, 383(9926), 1404-1411.

252.    Patton, G. C., Hemphill, S. A., Beyers, J. M., Bond, L., Toumbourou, J. W., McMORRIS, B. J., & Catalano, R. F. (2007). Pubertal stage and deliberate self-harm in adolescents. Journal of the American Academy of Child & Adolescent Psychiatry, 46(4), 508-514.

253.    Patton, G. C., Olsson, C., Bond, L., Toumbourou, J. W., Carlin, J. B., Hemphill, S. A., & Catalano, R. F. (2008). Predicting female depression across puberty: a two-nation longitudinal study. Journal of the American Academy of Child & Adolescent Psychiatry, 47(12), 1424-1432.

254.  Paulus, M., Squeglia, L., Bagot, K., Jacobus, J., Kuplicki, R., Breslin, F., Bodurka, J., Morris, A., Thompson, W., Bartsch, H., Tapert, S. (2018). Screen Media Activity and Brain Structure in Youth: Evidence for Diverse Structural Correlation Networks from the ABCD Study, *NeuroImage, 185,* 140–153.

255.  Perry, B. I., Stochl, J., Upthegrove, R., Zammit, S., Wareham, N., Langenberg, C., Winpenny, E., Dunger, D., Jones, P. B., & Khandaker, G. M. (2021). Longitudinal Trends in Childhood Insulin Levels and Body Mass Index and Associations With Risks of Psychosis and Depression in Young Adults. JAMA Psychiatry, 78(4), 416–425.

256.  Pew Research Center (2015). The American family today. Washington, DC, USA

257.  Pfeifer, J. H., & Allen, N. B. (2021). Puberty initiates cascading relationships between neurodevelopmental, social, and internalizing processes across adolescence. Biological Psychiatry, 89(2), 99-108.

258.  Pine, D. S., Cohen, E., Cohen, P., & Brook, J. (1999). Adolescent depressive symptoms as predictors of adult depression: moodiness or mood disorder?. *American Journal of Psychiatry*, *156*(1), 133-135.

259.  Pizzagalli, D. A., Berretta, S., Wooten, D., Goer, F., Pilobello, K. T., Kumar, P., ... & Normandin, M. (2019). Assessment of striatal dopamine transporter binding in individuals with major depressive disorder: in vivo positron emission tomography and postmortem evidence. *JAMA psychiatry*, *76*(8), 854-861.

260.  Pizzagalli, D. A., Holmes, A. J., Dillon, D. G., Goetz, E. L., Birk, J. L., Bogdan, R., ... & Fava, M. (2009). Reduced caudate and nucleus accumbens response to rewards in unmedicated individuals with major depressive disorder. *American Journal of Psychiatry*, *166*(6), 702-710.

261.  Plackett, R., Sheringham, J., Dykxhoorn, J. (2022). The longitudinal effect of social media use on adolescent mental health in the UK: findings from the UK Longitudinal Household Study. *The Lancet, 400(1)*: S71.

262.  Poldrack, R. A., Baker, C. I., Durnez, J., Gorgolewski, K. J., Matthews, P. M., Munafò, M. R., Nichols, T.E., Poline, J.-P., Vul, E. & Yarkoni, T. (2017). Scanning the horizon: towards transparent and reproducible neuroimaging research. *Nature Reviews Reuroscience*, *18*(2), 115-126.

263.  Politte-Corn, M., Pegg, S., Dickey, L., & Kujawa, A. (2024). Neural Reactivity to Social Reward Moderates the Association Between Social Media Use and Momentary Positive Affect in Adolescents. *Affective Science*, 1-14.

264. Primack, B.A., Shensa, A., Sidani, J.E., Escobar-Viera, C.G., Fine, M.J. (2021). Temporal Associations Between Social Media Use and Depression. *Am J Prev Med., 60*(2):179-188.

265. Pritchard, M., & Button, A. (2024). #Instabod versus #BoPo: An experimental study of the effects of viewing idealized versus body-positive content on collegiate males' and females' body satisfaction. *Psychology of Popular Media, 13*(3), 291–302.

266. Przybylski, A. K., Nguyen, T. V. T., Law, W., & Weinstein, N. (2021). Does taking a short break from social media have a positive effect on well-being? Evidence from three preregistered field experiments. *Journal of Technology in Behavioral Science*, *6*, 507-514.

267. Puukko, K., Hietajärvi, L., Maksniemi, E., Alho, K., & Salmela-Aro, K. (2020). Social media use and depressive symptoms—A longitudinal study from early to late adolescence. *International journal of environmental research and public health*, *17*(16), 5921.

268. S. Rajanala, M. Maymone, N. Vashi, Selfies-Living in the Era of Filtered Photographs, JAMA Facial Plastic Surgery (2018).

269. Ranøyen, I., Lydersen, S., Larose, T. L., Weidle, B., Skokauskas, N., Thomsen, P. H., Wallander, J., & Indredavik, M. S. (2018). Developmental course of anxiety and depression from adolescence to young adulthood in a prospective Norwegian clinical cohort. In European Child & Adolescent Psychiatry (Vol. 27, Issue 11, pp. 1413–1423).

270. Rao, U., Hammen, C., & Daley, S. E. (1999). Continuity of depression during the transition to adulthood: a 5-year longitudinal study of young women. Journal of the American Academy of Child and Adolescent Psychiatry, 38(7), 908–915.

271. Raudsepp L., Kais K. (2019). Longitudinal associations between problematic social media use and depressive symptoms in adolescent girls. *Prev Med Rep, 21(15)*:100925.

272. V. Rideout, Digital Health Practices, Social Media Use, and Mental Well-Being Among Teens and Young Adults in the U.S., Hopelab & Well Being Trust (2018).

273. Riehm, K. E., Feder, K. A., Tormohlen, K. N., Crum, R. M., Young, A. S., Green, K. M., ... & Mojtabai, R. (2019). Associations between time spent using social media and internalizing and externalizing problems among US youth. *JAMA psychiatry*, *76*(12), 1266-1273.

274. Robinson, J., Cox, G., Bailey, E., Hetrick, S., Rodrigues, M., Fisher, S., & Herrman, H. (2016). Social media and suicide prevention: a systematic review. *Early Intervention in Psychiatry, 10(2),* 103–121.

275. Rodriguez-Ayllon, M., Derks, I. P., van den Dries, M. A., Esteban-Cornejo, I., Labrecque, J. A., Yang-Huang, J., ... & Muetzel, R. L. (2020). Associations of physical activity and screen time with white matter microstructure in children from the general population. *Neuroimage*, *205*, 116258.

276. Romer, D., & Walker, E. F. (Eds.). (2007). Adolescent psychopathology and the developing brain: Integrating brain and prevention science. Oxford University Press.

277. Rosenthal S.R., Buka S.L., Marshall B.D., Carey K.B., Clark M.A. (2016). Negative Experiences on Facebook and Depressive Symptoms Among Young Adults. *J Adolesc Health, 59(5)*:510-516.

278. Rousseau, A., Eggermont, S., Frison, E. (2017). The reciprocal and indirect relationships between passive Facebook use, comparison on Facebook, and adolescents' body dissatisfaction. *Behavior, 73*, 336-344.

279. Rowan, K., McAlpine, D. D., & Blewett, L. A. (2013). Access and cost barriers to mental health care, by insurance status, 1999–2010. *Health affairs*, *32*(10), 1723-1730.

280. Rudolph, K. D., & Flynn, M. (2007). Childhood adversity and youth depression: Influence of gender and pubertal status. Development and Psychopathology, 19(2), 497-521.

281. Safford, S. M., Alloy, L. B., Abramson, L. Y., & Crossfield, A. G. (2007). Negative cognitive style as a predictor of negative life events in depression-prone individuals: A test of the stress generation hypothesis. Journal of affective disorders, 99(1-3), 147-154.

282. Sagioglou, C., & Greitemeyer, T. (2014). Facebook's emotional consequences: Why Facebook causes a decrease in mood and why people still use it. *Computers in Human Behavior*, *35*, 359-363.

283. Saleem, N., Young, P., & Yousuf, S. (2024). Exploring the Relationship Between Social Media Use and Symptoms of Depression and Anxiety Among Children and Adolescents: A Systematic Narrative Review. *Cyberpsychology, Behavior and Social Networking, 27(11)*, 771–797.

284. Samji, H., Wu, J., Ladak, A., Vossen, C., Stewart, E., Dove, N., ... & Snell, G. (2022). Mental health impacts of the COVID-19 pandemic on children and youth–a systematic review. *Child and adolescent mental health*, *27*(2), 173-189.

285. Satchell, L. P., Fido, D., Harper, C. A., Shaw, H., Davidson, B., Ellis, D. A., ... & Pavetich, M. (2021). Development of an Offline-Friend Addiction Questionnaire (O-FAQ): Are most people really social addicts?. *Behavior Research Methods*, *53*, 1097-1106.

286. Satterthwaite, T. D., Kable, J. W., Vandekar, L., Katchmar, N., Bassett, D. S., Baldassano, C. F., ... & Wolf, D. H. (2015). Common and dissociable dysfunction of the reward system in bipolar and unipolar depression. *Neuropsychopharmacology*, *40*(9), 2258-2268.

287. Schemer, C. Masur, P., Geiß, S., Müller, P., Schäfer, S. (2021). The Impact of Internet and Social Media Use on Well-Being: A Longitudinal Analysis of Adolescents Across Nine Years. *J. of Computer-Mediated Communication, 26(1)*, 1-21.

288. ███████, ███████, S. Wengrovitz, What's in a Like? Attitudes and Behaviors Around Receiving Likes on Facebook, Conference on Computer-Supported Cooperative Work & Social Computing (Feb. 27, 2016).

289. Scott, E. S. (1992). Judgment and reasoning in adolescent decisionmaking. Villanova Law Review, 37, 1607–1669.

290. Sedgwick, R., Epstein, S., Dutta, R., & Ougrin, D. (2019). Social media, internet use and suicide attempts in adolescents. *Current Opinion in Psychiatry, 32(6)*, 534–541.

291. Segal, Z. V., Williams, J. M., Teasdale, J. D., & Gemar, M. (1996). A cognitive science perspective on kindling and episode sensitization in recurrent affective disorder. Psychological medicine, 26(2), 371-380.

292. Sevic S., Ciprić A., Buško V., Štulhofer A. (2020). The Relationship between the Use of Social Networking Sites and Sexually Explicit Material, the Internalization of Appearance Ideals and Body Self-Surveillance: Results from a Longitudinal Study of Male Adolescents. *J. of Youth Adolescence. 49(2)*:383-398.

293. C. Sewall, T. Goldstein, A. Wright, D. Rosen, Does Objectively Measured Social-Media or Smartphone Use Predict Depression, Anxiety, or Social Isolation Among Young Adults? Clinical Psychological Science (2022).

294. Sewall, C. J. R., & Parry, D. A. (2021). The role of depression in the discrepancy between estimated and actual smartphone use. A cubic response surface analysis. *Technology, mind, and behavior, 2(2)*.

295. Sewall, C. J. R., & Parry, D. A. (2024). Social media and youth mental health: Simple narratives produce biased interpretations. *Journal of Psychopathology and Clinical Science, 133(7),* 507–514.

296. Shakya, H. B., & Christakis, N. A. (2017). Association of Facebook use with compromised well-being: A longitudinal study. *American journal of epidemiology*, *185*(3), 203-211.

28

297.    Shaw, P., Gilliam, M., Liverpool, M., Weddle, C., Malek, M., Sharp, W., ... & Giedd, J. (2011). Cortical development in typically developing children with symptoms of hyperactivity and impulsivity: support for a dimensional view of attention deficit hyperactivity disorder. *American Journal of Psychiatry*, *168*(2), 143-151.

298.    Sherman, L. E., Greenfield, P. M., Hernandez, L. M., & Dapretto, M. (2018). Peer influence via Instagram: Effects on brain and behavior in adolescence and young adulthood. *Child Development*, *89*(1), 37-47.

299.    Sherman, L. E., Hernandez, L. M., Greenfield, P. M., & Dapretto, M. (2018). What the brain 'Likes': neural correlates of providing feedback on social media. *Social cognitive and affective neuroscience*, *13*(7), 699-707.

300.    Sherman, L. E., Payton, A. A., Hernandez, L. M., Greenfield, P. M., & Dapretto, M. (2016). The power of the like in adolescence: Effects of peer influence on neural and behavioral responses to social media. *Psychological Science*, *27*(7), 1027-1035.

301.    Shevlin, M., McElroy, E., & Murphy, J. (2017). Homotypic and heterotypic psychopathological continuity: a child cohort study. Social Psychiatry and Psychiatric Epidemiology, 52(9), 1135–1145.

302.    Shoshani A., Kor A., Farbstein-Yavin S., Gvion Y. (2024). Risk and protective factors for substance use and media addictive behaviors in adolescents during the COVID-19 pandemic. *J. of Adolescense, 96(4):*746-759.

303.    Siegel, J. M., Yancey, A. K., Aneshensel, C. S., & Schuler, R. (1999). Body image, perceived pubertal timing, and adolescent mental health. *Journal of adolescent health*, *25*(2), 155-165.

304.    Slavich, G. M., & Auerbach, R. P. (2018). Stress and its sequelae: Depression, suicide, inflammation, and physical illness. In J. N. Butcher & J. M. Hooley (Eds.), *APA handbook of psychopathology Vol. 1. Psychopathology: Understanding, assessing, and treating adult mental disorders (pp. 375-402)*. Washington, DC: American Psychological Association.

305.    Solomon, D. A., Keller, M. B., Leon, A. C., Mueller, T. I., Lavori, P. W., Shea, M. T., Coryell, W., Warshaw, M., Turvey, C., Maser, J. D., & Endicott, J. (2000). Multiple recurrences of major depressive disorder. The American Journal of Psychiatry, 157(2), 229–233.

306.    Sowell, E. R., Peterson, B. S., Thompson, P. M., Welcome, S. E., Henkenius, A. L., & Toga, A. W. (2003). Mapping cortical change across the human life span. Nature Neuroscience, 6(3), 309-315.

307. Sowell, E. R., Thompson, P. M., Holmes, C. J., Jernigan, T. L., & Toga, A. W. (1999). In vivo evidence for post-adolescent brain maturation in frontal and striatal regions. Nature Neuroscience, 2(10), 859-861.

308. Spear, L. P. (2000). The adolescent brain and age-related behavioral manifestations. Neuroscience and Biobehavioral Reviews, 24, 417–463.

309. Statista (2025). Number of incidents where a gun is fired, brandished, or a bullet hits school property, regardless of the number of victims, time, day, or reason in K-12 schools in the United States from 1999 to December 2024. https://www.statista.com/statistics/1463594/number-of-k-12-school-shootings-us/

310. Steers, M. L. N., Wickham, R. E., Acitelli, L. K. (2014). Seeing Everyone Else's Highlight Reels: How Facebook Usage is Linked to Depressive Symptoms. *Journal of Social and Clinical Psychology, 33(8),* 701-731.

311. Steinberg, L. (2017). A social neuroscience perspective on adolescent risk-taking. In *Biosocial Theories of Crime* (pp. 435-463). Routledge.

312. S. Steinsbekk, L. Wichstrom, F. Strenseng, J. Nesi, B. Hygen, V. Skalicka, The impact of social media use on appearance self-esteem from childhood to adolescence – A 3-wave community study, Computers in Human Behavior (Aug. 20, 2021).

313. Steinsbekk, S., Nesi, J., & Wichstrøm, L. (2023). Social media behaviors and symptoms of anxiety and depression. A four-wave cohort study from age 10–16 years. *Computers in Human Behavior*, *147*, 107859.

314. Su, C., Zhou, H., Gong, L., Teng, B., Geng, F., & Hu, Y. (2021). Viewing personalized video clips recommended by TikTok activates default mode network and ventral tegmental area. *NeuroImage*, *237*, 118136.

315. Substance Abuse and Mental Health Services Administration. Results from the 2021 National Survey on Drug Use and Health." HHS Publication No. PEP22-07-01-005, NSDUH Series H-57 170 (2022): 1-162.

316. Suleiman, A. B., Galván, A., Harden, K. P., & Dahl, R. E. (2017). Becoming a sexual being: The 'elephant in the room' of adolescent brain development. Developmental cognitive neuroscience, 25, 209-220.

317. Tanti, C., Stukas, A. A., Halloran, M. J., & Foddy, M. (2011). Social identity change: Shifts in social identity during adolescence. Journal of Adolescence, 34(3), 555–567.

318. Tartaglia, S., & Bergagna, E. (2022). Social networking sites passive use and its effects on sad-happy mood. *psihologija*, *55*(2), 137-147.

319. Thai, H., Davis, C. G., Mahboob, W., Perry, S., Adams, A., & Goldfield, G. S. (2024). Reducing social media use improves appearance and weight esteem in youth with emotional distress. *Psychology of Popular Media*, *13*(1), 162.

320. Thai, H., Davis, C. G., Stewart, N., Gunnell, K. E., & Goldfield, G. S. (2021). The effects of reducing social media use on body esteem among transitional-aged youth. *Journal of Social and Clinical Psychology*, *40*(6), 481-507.

321. K. Thomson, S. Hunter, S. Butler, D. Roberston, Social Media 'Addiction': The Absence of an Attentional Bias to Social Media Stimuli, J. of Behavioral Addictions (Feb. 7, 2021).

322. Thorisdottir, I. E., Sigurvinsdottir, R., Kristjansson, A. L., Allegrante, J. P., Lilly, C. L., & Sigfusdottir, I. D. (2020). Longitudinal association between social media use and psychological distress among adolescents. *Preventive medicine*, *141*, 106270.

323. Tibbs, M., Deschênes, S., van der Velden, P., & Fitzgerald, A. (2024). An Investigation of the Longitudinal Bidirectional Associations Between Interactive Versus Passive Social Media Behaviors and Youth Internalizing Difficulties. A Within-Person Approach. *Journal of Youth and Adolescence*, 1-14.

324. M. Tiggemann, A. Slater, NetTweens: The Internet and Body Image Concerns in Preteenage Girls, J. of Early Adolescence (Sept. 5, 2013).

325. Tiggemann, M., & Zinoviev, K. (2019). The effect of# enhancement-free Instagram images and hashtags on women's body image. *Body image*, *31*, 131-138.

326. Tiggemann, M., Hayden, S., Brown, Z., & Veldhuis, J. (2018). The effect of Instagram "likes" on women's social comparison and body dissatisfaction. *Body image*, *26*, 90-97.

327. Tkacz, J., & Brady, B. L. (2021). Increasing rate of diagnosed childhood mental illness in the United States: Incidence, prevalence and costs. *Public Health in Practice*, *2*, 100204.

328. Treadway, M. T. (2015). The neurobiology of motivational deficits in depression—an update on candidate pathomechanisms. *Behavioral Neuroscience of Motivation*, 337-355.

329. Tromholt, M. (2016). The Facebook experiment: Quitting Facebook leads to higher levels of well-being. *Cyberpsychology, behavior, and social networking*, *19*(11), 661-666.

31

330.    Troop-Gordon, W., Sugimura, N., & Rudolph, K. D. (2017). Responses to interpersonal stress: Normative changes across childhood and the impact of peer victimization. Child Development, 88(2), 640-657.

331.    Twenge, J. M. (2020). Increases in depression, self-harm, and suicide among US adolescents after 2012 and links to technology use: possible mechanisms. *Psychiatric Research and Clinical Practice*, 2, 19-25.

332.    Twenge, J. M., Joiner, T. E., Rogers, M. L., & Martin, G. N. (2018). Increases in depressive symptoms, suicide-related outcomes, and suicide rates among US adolescents after 2010 and links to increased new media screen time. *Clinical psychological science*, *6*(1), 3-17.

333.    Underwood, M. K., & Ehrenreich, S. E. (2017). The power and the pain of adolescents' digital communication: Cyber victimization and the perils of lurking. *American Psychologist*, *72*(2), 144.

334.    Valkenburg, P. M., Meier, A., & Beyens, I. (2022). Social media use and its impact on adolescent mental health: An umbrella review of the evidence. *Current opinion in psychology*, *44*, 58-68.

335.    Vally, Z., & D'Souza, C. G. (2019). Abstinence from social media use, subjective well-being, stress, and loneliness. *Perspectives in Psychiatric Care*, *55*(4), 752-759.

336.    van Wezel, M. M., Abrahamse, E. L., & Abeele, M. M. V. (2021). Does a 7-day restriction on the use of social media improve cognitive functioning and emotional well-being? Results from a randomized controlled trial. *Addictive behaviors reports*, *14*, 100365.

337.    Vanman, E. J., Baker, R., & Tobin, S. J. (2018). The burden of online friends: The effects of giving up Facebook on stress and well-being. *The Journal of social psychology*, *158*(4), 496-508.

338.    Vannucci, A., Ohannessian, C. M., & Gagnon, S. (2019). Use of multiple social media platforms in relation to psychological functioning in emerging adults. *Emerging Adulthood*, *7*(6), 501-506.

339.    Vannucci, A., Simpson, E. G., Gagnon, S., & Ohannessian, C. M. (2020). Social media use and risky behaviors in adolescents: A meta-analysis. *Journal of Adolescence, 79,* 258–274.

340.    Vendemia, M. A., & DeAndrea, D. C. (2018). The effects of viewing thin, sexualized selfies on Instagram: Investigating the role of image source and awareness of photo editing practices. *Body image*, *27*, 118-127.

341.   Verduyn, P., Lee, D. S., Park, J., Shablack, H., Orvell, A., Bayer, J., ... & Kross, E. (2015). Passive Facebook usage undermines affective well-being: Experimental and longitudinal evidence. *Journal of Experimental Psychology: General*, *144*(2), 480.

342.   Verduyn, P., Ybarra, O., Résibois, M., Jonides, J., & Kross, E. (2017). Do Social Network Sites Enhance or Undermine Subjective Well-Being? A Critical Review. *Social Issues and Policy Review, 11(1)*, 274–302.

343.   Vidal, C., Lhaksampa, T., Miller, L., & Platt, R. (2020). Social media use and depression in adolescents: a scoping review. *International Review of Psychiatry*, *32*(3), 235-253.

344.   Vidal-Ribas, P., Janiri, D., Doucet, G. E., Pornpattananangkul, N., Nielson, D. M., Frangou, S., & Stringaris, A. (2021). Multimodal neuroimaging of suicidal thoughts and behaviors in a US population-based sample of school-age children. *American Journal of Psychiatry*, *178*(4), 321-332.

345.   Voggenreiter, A., Brandt, S., Putterer, F., Frings, A., & Pfeffer, J. (2024, May). The Role of Likes: How Online Feedback Impacts Users' Mental Health. In *Proceedings of the 16th ACM Web Science Conference* (pp. 302-310).

346.   Vuorre, M., & Przybylski, A. K. (2023). Estimating the association between Facebook adoption and well-being in 72 countries. *Royal Society open science*, *10*(8), 221451.

347.   Wadsley, M., & Ihssen, N. (2023). A systematic review of structural and functional MRI studies investigating social networking site use. *Brain Sciences*, *13*(5), 787.

348.   Walsh, L. C., Regan, A., Okabe-Miyamoto, K., & Lyubomirsky, S. (2024). Does putting down your smartphone make you happier? the effects of restricting digital media on well-being. *Plos One*, *19*(10), e0306910.

349.   Wang, J. L., Wang, H. Z., Gaskin, J., & Hawk, S. (2017). The mediating roles of upward social comparison and self-esteem and the moderating role of social comparison orientation in the association between social networking site usage and subjective well-being. *Frontiers in psychology*, *8*, 233971.

350.   Wang, K., Frison, E., Eggermont, S., & Vandenbosch, L. (2018). Active public Facebook use and adolescents' feelings of loneliness: Evidence for a curvilinear relationship. *Journal of adolescence*, *67*, 35-44.

351.   K. Ward, The Impact of Social Media Use on Adolescent Mental Health and Social Participation, ProQuest (2017).

352.   Weigle, P. E., & Shafi, R. M. (2024). Social media and youth mental health. *Current psychiatry reports*, *26*(1), 1-8.

353.    Weinstein, E. (2017). Adolescents' differential responses to social media browsing: Exploring causes and consequences for intervention. *Computers in Human Behavior*, *76*, 396-405.

354.    Weissman, M. M., Wickramaratne, P., Nomura, Y., Warner, V., Pilowsky, D., & Verdeli, H. (2006). Offspring of depressed parents: 20 years later. *American journal of Psychiatry*, *163*(6), 1001-1008.

355.    Winstone, L., Mars, B., Haworth, C. M. A., Heron, J., & Kidger, J. (2022). Adolescent social media user types and their mental health and well-being: Results from a longitudinal survey of 13–14-year-olds in the United Kingdom. *J. of Early Adolescence, 43(3)*, 294-319.

356.    Woods, H. C., & Scott, H. (2016). #Sleepyteens: Social media use in adolescence is associated with poor sleep quality, anxiety, depression and low self-esteem. *Journal of Adolescence, 51,* 41–49.

357.    Wray-Lake, L., Syvertsen, A. K., & Flanagan, C. A. (2016). Developmental change in social responsibility during adolescence: An ecological perspective. Developmental Psychology, 52(1), 130.

358.    Xiao, Y., Meng, Y., Brown, T., Keyes, K., Mann, J.. (2025). Addictive Screen Use Trajectories and Suicidal Behaviors, Suicidal Ideation, and Mental Health in US Youths. *JAMA*.

359.    Yoon, S., Kleinman, M., Mertz, J., & Brannick, M. (2019). Is social network site usage related to depression? A meta-analysis of Facebook–depression relations. *Journal of Affective Disorders*, *248*, 65-72.

360.    Y. Yu, J. Dykxhoorn, R. Plackett, The Impact of Different Types of Social Media Use on the Mental Health of UK Adults: Longitudinal Observational Study, *J. of Medical Internet Research* (2024).

361.    Yuen, E. K., Koterba, E. A., Stasio, M. J., Patrick, R. B., Gangi, C., Ash, P., ... & Mansour, B. (2019). The effects of Facebook on mood in emerging adults. *Psychology of Popular Media Culture*, *8*(3), 198.

1.Zablotsky, B., Black, L. I., Terlizzi, E. P., Vahratian, A., & Blumberg, S. J. (2022). Anxiety and depression symptoms among children before and during the COVID-19 pandemic. *Annals of Epidemiology*, *75*, 53-56.

2.Zhu, J. M., Huntington, A., Haeder, S., Wolk, C., & McConnell, K. J. (2024). Insurance acceptance and cash pay rates for psychotherapy in the US. *Health Affairs Scholar*, *2*(9), qxae110.

*Meta Produced Documents*

362.   Transcript of the deposition of █████████ rch 5-6, 2025

363.   Exhibit 3 from the deposition █████████ arch 5-6, 2025

364.   Exhibit 4 from the deposition █████████ arch 5-6, 2025

365.   Exhibit 5 from the deposition █████████ arch 5-6, 2025

366.   Exhibit 6 from the deposition █████████ arch 5-6, 2025

367.   Exhibit 8 from the deposition █████████ arch 5-6, 2025

368.   Exhibit 9 from the deposition █████████ arch 5-6, 2025

369.   Exhibit 11 from the deposition █████████ March 5-6, 2025

370.   Exhibit 14 from the deposition █████████ March 5-6, 2025

371.   Exhibit 15 from the deposition █████████ March 5-6, 2025

372.   Exhibit 16 from the deposition █████████ March 5-6, 2025

373.   Exhibit 17 from the deposition █████████ March 5-6, 2025

374.   Exhibit 18 from the deposition █████████ March 5-6, 2025

375.   Exhibit 19 from the deposition █████████ March 5-6, 2025

376.   Exhibit 20 from the deposition █████████ March 5-6, 2025

377.   Exhibit 21 from the deposition █████████ March 5-6, 2025

378.   Exhibit 22 from the deposition █████████ March 5-6, 2025

379.   Exhibit 23 from the deposition █████████ March 5-6, 2025

380.   Exhibit 25 from the deposition █████████ March 5-6, 2025

381.   Exhibit 27 from the deposition █████████ March 5-6, 2025

382.   Exhibit 28 from the deposition █████████ March 5-6, 2025

383.   Exhibit 29 from the deposition █████████ March 5-6, 2025

384.   Exhibit 30 from the deposition █████████ March 5-6, 2025

35

385.  Exhibit 31 from the deposition of ███████ March 5-6, 2025

386.  Transcript of the deposition of Kristin Hendrix, January 22-23, 2025

387.  Exhibit 1 from the deposition of Kristin Hendrix, January 22-23, 2025

388.  Exhibit 2 from the deposition of Kristin Hendrix, January 22-23, 2025

389.  Exhibit 3 from the deposition of Kristin Hendrix, January 22-23, 2025

390.  Exhibit 4 from the deposition of Kristin Hendrix, January 22-23, 2025

391.  Exhibit 5 from the deposition of Kristin Hendrix, January 22-23, 2025

392.  Exhibit 8 from the deposition of Kristin Hendrix, January 22-23, 2025

393.  Exhibit 9 from the deposition of Kristin Hendrix, January 22-23, 2025

394.  Exhibit 12 from the deposition of Kristin Hendrix, January 22-23, 2025

395.  Exhibit 14 from the deposition of Kristin Hendrix, January 22-23, 2025

396.  Transcript of the deposition of ███████ uary 28-29, 2025

397.  Exhibit 7 from the deposition o ███████ anuary 28-29, 2025

398.  Exhibit 8 from the deposition o ███████ anuary 28-29, 2025

399.  Exhibit 9 from the deposition o ███████ anuary 28-29, 2025

400.  Exhibit 10 from the deposition ███████ January 28-29, 2025

401.  Exhibit 14 from the deposition ███████ January 28-29, 2025

402.  Exhibit 19 from the deposition ███████ January 28-29, 2025

403.  Exhibit 20 from the deposition ███████ January 28-29, 2025

404.  Exhibit 21 from the deposition ███████ January 28-29, 2025

405.  Exhibit 22 from the deposition ███████ January 28-29, 2025

406.  Exhibit 40 from the deposition ███████ January 28-29, 2025

407.  Exhibit 42 from the deposition ███████ January 28-29, 2025

408.  Exhibit 44 from the deposition ███████ January 28-29, 2025

409.  Exhibit 45 from the deposition of ███████ January 28-29, 2025

410.  Transcript of the deposition of █████████ cember 12-13, 2025

411.  Exhibit 1 from the deposition o█████████ ecember 12-13, 2025

412.  Exhibit 2 from the deposition o█████████ ecember 12-13, 2025

413.  Exhibit 3 from the deposition o█████████ ecember 12-13, 2025

414.  Exhibit 4 from the depositio o█████████ ecember 12-13, 2025

415.  Exhibit 8 from the deposition o█████████ ecember 12-13, 2025

416.  Exhibit 9 from the deposition o█████████ ecember 12-13, 2025

417.  Exhibit 11 from the deposition █████████ December 12-13, 2025

418.  Exhibit 12 from the deposition █████████ December 12-13, 2025

419.  Exhibit 13 from the deposition █████████ December 12-13, 2025

420.  Exhibit 15 from the deposition █████████ December 12-13, 2025

421.  Exhibit 18 from the deposition █████████ December 12-13, 2025

422.  Exhibit 29 from the deposition █████████ December 12-13, 2025

423.  Exhibit 30 from the deposition █████████ December 12-13, 2025

424.  Exhibit 32 from the deposition █████████ December 12-13, 2025

425.  Exhibit 37 from the deposition █████████ December 12-13, 2025

426.  Exhibit 41 from the deposition █████████ December 12-13, 2025

427.  Exhibit 43 from the deposition █████████ December 12-13, 2025

428.  Exhibit 44 from the deposition █████████ December 12-13, 2025

429.  Transcript of the deposition ███████ bruary 11-12, 2025

430.  Exhibit 1 from the depositio ███████ February 11-12, 2025

431.  Exhibit 2 from the depositio ███████ February 11-12, 2025

432.  Exhibit 3 from the depositio ███████ February 11-12, 2025

37

433. Exhibit 4 from the deposition of ███████ ebruary 11-12, 2025

434. Exhibit 6 from the deposition of ███████ ebruary 11-12, 2025

435. Exhibit 7 from the deposition of ███████ ebruary 11-12, 2025

436. Exhibit 8 from the deposition of ███████ ebruary 11-12, 2025

437. Exhibit 10 from the deposition o ███████ February 11-12, 2025

438. Exhibit 11 from the deposition o ███████ February 11-12, 2025

439. Exhibit 12 from the deposition o ███████ February 11-12, 2025

440. Exhibit 13 from the deposition o ███████ February 11-12, 2025

441. Exhibit 14 from the deposition o ███████ February 11-12, 2025

442. Exhibit 15 from the deposition o ███████ February 11-12, 2025

443. Exhibit 16 from the deposition o ███████ February 11-12, 2025

444. Exhibit 18 from the deposition o ███████ February 11-12, 2025

445. Exhibit 19 from the deposition o ███████ February 11-12, 2025

446. Exhibit 20 from the deposition o ███████ February 11-12, 2025

447. Exhibit 21 from the deposition o ███████ February 11-12, 2025

448. Exhibit 23 from the deposition o ███████ February 11-12, 2025

449. Exhibit 25 from the deposition o ███████ February 11-12, 2025

450. Exhibit 26 from the deposition o ███████ February 11-12, 2025

451. Exhibit 28 from the deposition o ███████ February 11-12, 2025

452. Exhibit 29 from the deposition o ███████ February 11-12, 2025

453. Exhibit 30 from the deposition o ███████ February 11-12, 2025

454. Exhibit 31 from the deposition o ███████ February 11-12, 2025

455. Exhibit 32 from the deposition o ███████ February 11-12, 2025

456. Exhibit 33 from the deposition o ███████ February 11-12, 2025

38

457. Transcript of the deposition of ███████ March 14, 2025

458. Transcript of the deposition of ███████ nuary 28, 2025

459. Exhibit 1 from the deposition ███████ anuary 28, 2025

460. Exhibit 3 from the deposition ███████ anuary 28, 2025

461. Exhibit 6 from the deposition ███████ anuary 28, 2025

462. Exhibit 7 from the deposition ███████ anuary 28, 2025

463. Exhibit 9 from the deposition ███████ anuary 28, 2025

464. Exhibit 10 from the deposition ███████ January 28, 2025

465. Exhibit 11 from the deposition ███████ January 28, 2025

466. Exhibit 12 from the deposition ███████ January 28, 2025

467. Exhibit 14 from the deposition ███████ January 28, 2025

468. Exhibit 15 from the deposition ███████ January 28, 2025

469. Exhibit 16 from the deposition ███████ January 28, 2025

470. Exhibit 17 from the deposition ███████ January 28, 2025

471. Exhibit 18 from the deposition ███████ January 28, 2025

472. Exhibit 19 from the deposition ███████ January 28, 2025

473. Exhibit 20 from the deposition ███████ January 28, 2025

474. Exhibit 21 from the deposition ███████ January 28, 2025

475. Exhibit 29 from the deposition ███████ January 28, 2025

476. Exhibit 30 from the deposition ███████ January 28, 2025

477. Exhibit 32 from the deposition ███████ January 28, 2025

478. Exhibit 33 from the deposition ███████ January 28, 2025

479. Exhibit 34 from the deposition ███████ January 28, 2025

480. Exhibit 35 from the deposition ███████ January 28, 2025

481.  Transcript of the deposition of ███████████, November 7-8. 2024

482.  Exhibit 1 from the deposition of ██████████ November 7-8. 2024

483.  Exhibit 3 from the deposition of ██████████ November 7-8. 2024

484.  Exhibit 9 from the deposition of ██████████ November 7-8. 2024

485.  Exhibit 11 from the deposition o████████ November 7-8. 2024

486.  Exhibit 14 from the deposition o████████ November 7-8. 2024

487.  Exhibit 17 from the deposition o████████ November 7-8. 2024

488.  Exhibit 19 from the deposition o████████ November 7-8. 2024

489.  Exhibit 22 from the deposition o████████ November 7-8. 2024

490.  Exhibit 30 from the deposition o████████ November 7-8. 2024

491.  Exhibit 31 from the deposition o████████ November 7-8. 2024

492.  Exhibit 32 from the deposition o████████ November 7-8. 2024

493.  Exhibit 33 from the deposition o████████ November 7-8. 2024

494.  Exhibit 34 from the deposition o████████ November 7-8. 2024

495.  Exhibit 38 from the deposition o████████ November 7-8. 2024

496.  Exhibit 39 from the deposition o████████ November 7-8. 2024

497.  Exhibit 40 from the deposition o████████ November 7-8. 2024

498.  Exhibit 44 from the deposition o████████ November 7-8. 2024

499.  Exhibit 45 from the deposition o████████ November 7-8. 2024

500.  Exhibit 47 from the deposition o████████ November 7-8. 2024

501.  Exhibit 48 from the deposition o████████ November 7-8. 2024

502.  Exhibit 49 from the deposition o████████ November 7-8. 2024

503.  Exhibit 1 from the deposition of David Ginsberg, January 9, 2025

504.  Exhibit 2 from the deposition of David Ginsberg, January 9, 2025

505. Exhibit 7 from the deposition of David Ginsberg, January 9, 2025

506. Exhibit 9 from the deposition of David Ginsberg, January 9, 2025

507. Exhibit 12 from the deposition of David Ginsberg, January 9, 2025

508. Exhibit 18 from the deposition of David Ginsberg, January 9, 2025

509. Exhibit 19 from the deposition of David Ginsberg, January 9, 2025

510. Exhibit 21 from the deposition of David Ginsberg, January 9, 2025

511. Exhibit 23 from the deposition of David Ginsberg, January 9, 2025

512. Exhibit 28 from the deposition of David Ginsberg, January 9, 2025

513. Exhibit 29 from the deposition of David Ginsberg, January 9, 2025

514. Haugen_00005458

515. Haugen_00008207

516. Haugen_00016699

517. META3047MDL-003-00000001

518. META3047MDL-003-00000029

519. META3047MDL-003-00001846

520. META3047MDL-003-00021095

521. META3047MDL-003-00043617

522. META3047MDL-003-00091414

523. META3047MDL-003-00101724

524. META3047MDL-003-00186841

525. META3047MDL-004-00003694

526. META3047MDL-004-00014196

### *Miscellaneous*

527. American Psychological Association. (2023, May). *Health advisory on social media use in adolescence.*

528.    Written Testimony of M. Prinstein Before the U.S. Senate Committee on Judiciary (Feb. 14, 2023).

529.    SAMHSA, Key Substance Use and Mental Health Indicators in the United States: Results from the 2021 National Survery on Drug Use and Health (Dec. 2022).

530.    The U.S. Surgeon General's Advisory, Social Media and Youth Mental Health (2023).

*News Articles*

531.    B. M. Keuhn, Clinician Shortage Exacerbates Pandemic-Fueled "Mental Health Crisis," JAMA (Jun. 14, 2022).

532.    Khazan O. (2016). Not White, Not Rich, and Seeking Therapy. The Atlantic.

533.    V. Murthy, Surgeon General: Why I'm Calling for a Warning Label on Social Media Platforms, *The New York Times* (June 17, 2024).

534.    N. Panchal, Recent Trends in Mental Health and Substance Use Concerns Among Adolescents, KFF (Feb. 6. 2024).

535.    Petersen A. (2021). Why it's so hard to find a therapist who takes insurance. Wall Street Journal.

536.    Pew Research Center (2023). The modern American family: Key trends in marriage and family life. Washington, DC, USA