**Exhibit 60**

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Terry Schwartz, MD Expert Report**

**MDL No. 3047**

**July 9, 2025**

**CONFIDENTIAL UNDER PROTECTIVE ORDER**

**Table of Contents**

**Page**

I.     OPINIONS ........................................................................................ 1

II.    QUESTIONS ANALYZED AND EXECUTIVE SUMMARY OF
       OPINIONS ...................................................................................... 2

III.   QUALIFICATIONS ........................................................................ 5

IV.    MATERIALS CONSIDERED ........................................................ 8

V.     EATING DISORDERS OVERVIEW ............................................. 9
       A.    Anorexia Nervosa ................................................................ 10
       B.    Bulimia Nervosa ................................................................. 10
       C.    Binge Eating Disorder ......................................................... 11
       D.    Other Specified Feeding or Eating Disorder (OSFED) ......... 12
       E.    Avoidant Restrictive Food Intake Disorder (ARFID) ........... 12
       F.    Disordered Eating and Body Dysmorphia ............................. 13
       G.    Body Dysmorphic Disorder .................................................. 14

VI.    EATING DISORDER PREVALENCE, RISK FACTORS AND
       TREATMENT .................................................................................. 15
       A.    Eating Disorder Prevalence in U.S. ..................................... 15
       B.    Eating Disorder Risk Factors: AN, BN and BED .................. 15
       C.    Standard Assessment and Treatment for Eating Disorders ..... 16

VII.   DISCUSSION OF CONTROLLED TRIALS .................................. 17

VIII.  LONGITUDINAL STUDIES .......................................................... 32

IX.    CROSS SECTIONAL STUDIES ..................................................... 38

X.     META-ANALYSIS ........................................................................... 39

XI.    SUMMARY OF NEUROBIOLOGICAL AND GENETIC ETIOLOGY
       OF EATING DISORDERS ............................................................... 40

XII.   ANALYSIS OF SOCIAL MEDIA USE AND WELL-BEING
       SYMPTOMS STUDIES ................................................................... 42

XIII.  RESPONSE TO PLAINTIFFS' EXPERTS' OPINIONS REGARDING
       ISSUES RELATED TO EATING DISORDERS ............................... 43

XIV.   SUMMARY OF OPINIONS BASED ON TRAINING, CLINICAL
       EXPERIENCE AND REVIEW OF SCIENTIFIC LITERATURE.................. 51

## I.   OPINIONS

1.     Opinion #1: The current published literature does not establish a causal relationship between social media use (SMU), or any feature of social media, and any eating disorder (ED) or body dysmorphic disorder (BDD).

2.     Opinion #2:  None of the RCT or longitudinal studies effectively separated out the impact of content of the information viewed by study participants from any effect of specific features (such as image filters, algorithm, dislikes/likes, scrolling, exchanging of messages or images/videos).

3.     Opinion #3: Plaintiffs' experts do not identify a single study that assessed an actual ED diagnosis or a diagnosis of BDD. This gap in their analyses prevents any reliable conclusion that SMU or a feature of SMU causes any ED or BDD.

4.     Opinion #4: A key limitation in the plaintiffs' experts' methodologies is the reliance on self-reported symptoms or scales as opposed to any actual diagnosis of an ED. Self-report symptoms and screening tools do not substitute for a clinician-administered diagnostic tool or assessment. Self-report data has many potential flaws, biases, and inaccuracies. This is particularly relevant in general population samples, where the true prevalence of eating disorders is low. In this context, even small rates of false positives can significantly distort findings.

5.     Opinion #5: Plaintiffs' experts use studies that assess body dissatisfaction or disordered eating, which are very common in the general population, as improper surrogates to theorize that SMU or features of SMU cause EDs or BDD.  Also Randomized Control Trials (RCTs) that only look at momentary changes in these isolated thoughts/feelings - after an artificial exposure - will capture many individuals who will never develop an ED or BDD.  The studies cited by plaintiffs' experts do not show that study participants with body dissatisfaction or disordered eating following SMU later developed an ED or BDD.

6.     Opinion #6: Many of plaintiffs' experts' statements treat EDs as if they can be analyzed and assessed as one collective group. Each ED has a distinct set of diagnostic criteria and typical presentation.

7.     Opinion #7: Plaintiffs' experts heavily rely on cross-sectional studies or meta-analyses that include cross-sectional data to support their claims. But this data cannot establish that SMU came before the outcomes assessed in the studies (i.e., temporality), nor can it control for potential confounders of EDs or BDD.

8.    Opinion #8: Plaintiffs' experts do not specifically tie in any feature of SMU to any specific ED diagnoses or BDD.

9.    Opinion #9: Plaintiffs' experts do not separate out the impact of content of the information viewed by study participants from any effect of a specific feature and instead make it clear that content is what produces the effects that they claim exist.

10.    Opinion #10:  The opinions and conclusions drawn by the plaintiffs' experts extend beyond what the data and measurement tools can support. The measurements employed, as discussed below, provide evidence of certain associations or trends, but they do not justify the more definitive causal claims made by the plaintiffs' experts. Examples are discussed throughout my report.

11.    Opinion #11: Plaintiffs' experts discuss "Social Media Addiction", which is not a recognized DSM-V-TR diagnosis, nor is it included in the International Classification of Diseases (ICD)-10.

## II.    QUESTIONS ANALYZED AND EXECUTIVE SUMMARY OF OPINIONS

12.    I was asked by counsel for the Defendants to review and analyze the published scientific literature on social media use and address the following questions:

(a)    Does the published literature provide reliable scientific evidence of a causal relationship between social media use (SMU), or any feature of social media, and any specific eating disorder or body dysmorphic disorder?

(b)    Has the published literature that has attempted to assess a causal relationship between SMU, or any feature of social media, and any specific eating disorder or body dysmorphic disorder separated out the impact of any specific feature from the content of what is viewed?

13.    To address these questions, I reviewed studies published in the peer-reviewed literature, including randomized-controlled/experimental studies, longitudinal studies, cross-sectional studies, and meta-analyses. Below is an overview of my opinions:

14.    The randomized-controlled trials (RCTs) conducted to date looking at the impact of SMU on eating disorders (EDs) are very limited in both scope and

generalizability (as discussed below). A RCT involves comparing outcomes of 2 groups – one group gets the exposure (or treatment) of interest vs a control/placebo group. The RCTs conducted to date on SMU do not analyze clinically validated ED diagnoses.

15.     Instead, the majority of RCTs assess whether an aspect of SMU impacts a subset of eating attitudes, behavior or body image, as opposed to whether use of SMU results in a diagnosis of an eating disorder. The RCTs also use artificial and short exposures to SMU vs a "control condition," which may or may not control for SMU. Importantly, the majority of the measures used and the use of a single post- assessment time point are not sufficient to make any eating disorder diagnosis. A few studies did use more comprehensive eating disorders measures; however, they used versions that were self-reported or parent-reported. The best validated versions of the tools used in these studies require a clinician to administer the questionnaire – using clinical judgement/experience/skills to clarify any misunderstanding or misreporting. The self-report and parent-report versions are known to have sensitivity and specificity limitations. For example: the EDE-Q is a participant completed measure – though the version with well documented validity/accuracy is the EDE (the clinician administered version). This is similar for the KSADS. Both the parent and participant versions are known to have both false positives and false negatives.

16.     The longitudinal studies assessing the impact of social media on eating disorders rely solely on self-report measures of eating disorder symptoms rather than incorporating clinician-administered diagnostic tools. Additionally, the majority use a subset of eating disorder symptoms (e.g., questions that focus on body image), which is insufficient to make any eating disorder diagnosis. While longitudinal studies can show an association, and temporality relationship between studied variables, they cannot determine causality and do not account for many confounding factors.

17.     While cross-sectional studies can find associations, they cannot establish a valid temporal association (and therefore are not able to show causation) because the study design cannot determine if the exposure occurred before or after the outcome. Additionally, both longitudinal and cross-sectional studies do not include many important confounding factors. Many studies did not include analysis of several of the most common, important risk factors/potential confounders, including:

(a)    Depression and anxiety can impact SMU and are risk factors for EDs. Such pre-existing conditions may impact the relationship between social media exposure and disordered eating;

(b)    Family dynamics, trauma (especially childhood trauma), peer pressure and other offline influences may shape both social media behavior and eating attitudes. Such influences are hard to isolate/identify in online focused studies;

(c)    People with higher media literacy may be less affected by appearance- focused, eating disorder, or similar content;

(d)    Personality traits like perfectionism, impulsivity, or obsessionality may impact both ED risk and social media engagement styles; and

(e)    Many studies focus on college students, women, heterosexual, and/or high- income samples, limiting generalizability.

18.    In studies examining the impact of social media on eating disorder symptoms, several confounding factors may be overlooked, potentially limiting the validity of the findings. Common unaccounted-for confounders include: Pre-existing mental health conditions, personality traits, offline influences (family, friends), media literacy, more nuanced detail of how participants use social media, how these factors influence the type of social media use as well as the impact of social media on different individuals. For example, Fardouly 2020 (discussed below) did not assess the impact of important confounding factors such as race, pre-existing psychiatric diagnosis, family/social influences, socioeconomic factors – all of which may influence the type, volume and impact of various aspects of social media use on eating and body image thoughts and behaviors.

19.    Cross-sectional studies are not capable of establishing causality because they do not establish temporality. That is, they do not assess whether the use of social media came before or after the outcomes assessed. As a result, the cross-sectional studies on social media use and any mental health outcome cannot provide reliable data to assess a cause-and-effect relationship.

20.    None of the studies that I have reviewed and addressed regarding SMU assessed the distinct diagnosis of body dysmorphic disorder or found a relationship between any SMU use and BDD.

21.     As part of my work on this matter, I reviewed expert reports from plaintiffs and focused on their claims about EDs and BDD.  The expert reports from plaintiffs' experts that I reviewed do not change the opinions in my expert report. In my report, I outline key areas of their reports in which they draw opinions and conclusions that are beyond the scope and capacity of the research cited.

22.     In my report, I discuss further the scientific literature that I reviewed to form my opinions.

## III.     QUALIFICATIONS

23.     I am a board-certified psychiatrist with over 30 years of experience treating and diagnosing patients with eating disorders, as well as the spectrum of mood and anxiety disorders. I currently serve as the Chief of the University of California San Diego ("UCSD") Eating Disorders Division at the UCSD Medical School. I have also been the Director of Medical and Clinical Services of the UCSD Eating Disorders Treatment Center since 2010. From 2020-2024, I was the Chief of the Psychiatry Specialty Division of the UCSD Medical School. I am also a Professor of Clinical Psychiatry at UCSD School of Medicine, in the Department of Psychiatry. From 1997 – 2005, I was the Associate Medical Director for UCSD Outpatient Psychiatric Services and Medical Director for the UCSD Co-Occurring Disorders Program.

24.     I completed my bachelor's degree in Chemistry from the University of California in Berkeley. I earned my medical degree at UCSD, where I also did my psychiatric residency. I was the chief resident in Outpatient Psychiatry during my residency. Throughout my career, I have treated hundreds of patients personally, as well as provided clinical supervision to medical and psychiatric trainees. I have carried caseloads from 100-250 cases at a given time point. My work includes doing initial psychiatric and psychological assessments on patients of all ages, spanning the spectrum of eating disorders, mood disorders, anxiety disorders, developmental/ cognitive disorders, personality disorders, psychotic disorders and substance use disorders. Many of these patients have more than one diagnosis, as well as significant interactions between co-occurring conditions. After a full psychiatric assessment, often including collateral history (family, spouses, teachers, caretakers, other providers), I develop biopsychosocial treatment recommendations, and work with patients/families to create a treatment plan. Additionally, I see patients in follow up-psychiatric appointments – evaluating response to interventions (medications, psychotherapy, behavioral interventions), and adjust the treatment plan over time. My treatment recommendations are derived from best

practices/standards of care guidelines. Such guidelines generally have graded levels from first line, second line, etc. Additionally, my treatment planning includes collaboration with patients and family (when appropriate), and allows for reasonable adjustments based on patient preferences, their capacity for change, and responses to previous intervention trials.

25.     While at UCSD, I helped to start the UCSD Eating Disorder Clinic in 2005 and continue to serve as the Clinical Lead. Over the course of my professional career, I have both treated patients with eating disorders and overseen the treatment of eating disorder patients. A significant number of patients that I have diagnosed and treated have been pediatric patients (ages 7-17). As an eating disorders specialist and director of one of the largest national academic eating disorders centers in the United States, I have treated many children/adolescents with eating disorders throughout my career. Additionally, I have provided consultations and trainings for pediatricians, child/adolescent psychiatric fellows, general psychiatrists, internists and psychiatry residents about diagnosing and treating eating disorders. I have also provided Continuing Medical Education/Continuing Education Units lectures/trainings at various local and national conferences for psychiatrists, pediatricians, primary care physicians, dietitians, psychologists, and masters-level therapists on these and other psychiatric disorders.

26.     Over the course of my career, I have diagnosed and provided treatment to pediatric and adult patients for a variety of eating disorders ranging from Anorexia Nervosa (AN), Bulimia Nervosa (BN), Binge Eating Disorder (BED), Avoidant Restrictive Food Intake Disorder (ARFID), and Other Specified Feeding or Eating Disorders (OSFED). I have also treated pediatric and adult patients for a variety of other psychiatric disorders, including Major Depressive Disorder (MDD), Bipolar Disorder (BD), Generalized Anxiety Disorder (GAD), Social Phobia, Obsessive Compulsive Disorder (OCD), Post Traumatic Stress Disorder (PTSD), Panic Disorder (PD), Social Anxiety Disorder (SAD), a variety of Substance Use Disorders (including Alcohol Use Disorder), as well as patients with somatization disorders, Body Dysmorphic Disorder (BDD), and psychotic disorders. My work with patients has also included treating patients with a variety of personality disorders – most frequently Borderline Personality Disorder and Obsessive Compulsive Personality Disorder (OCPD).

27.     In 2005, I was asked by the UCSD Chair of Psychiatry to join Walter Kaye, MD - a world-renowned expert in eating disorder research - to create and build the UCSD Eating Disorders Clinic. Dr. Kaye and I teamed up to build what is

now the UCSD Eating Disorders Center for Treatment and Research (EDC). The EDC includes 3 separate programs: a pediatric program (ages 6-12), an adolescent program (ages 13-18), and an adult program (over 18 years old). Our programs provide 6 and 10 hours of partial hospital program (PHP) a day, 6 days a week, and step down treatment to 6-hour PHP, and then an intensive outpatient program (IOP), which runs 3 hours a day. We generally follow the American Psychiatric Association (APA) and American Pediatric Association (AAP) guidelines in determining level of care, which are based on levels of medical and psychiatric stability. Our treatment models are grounded in evidence-based treatments for both the eating disorder and any psychiatric co-occurring disorder. For example, the therapy groups include evidence-based treatments for eating disorders and related co-occurring disorders – to include Cognitive Behavioral Therapy – Eating Disorders (CBT-E), CBT, Dialectical Behavioral Therapy (DBT), acceptance and commitment therapy (ACT therapy), and incorporate specialized trauma, anxiety, mood and substance abuse adjunct treatments as individually indicated. Depending on age, diagnosis, and other psychosocial factors, we use different treatment modalities for patients and their families. For instance, for adolescents and young adults with AN, we provide Family Based Therapy (FBT), in addition to the above group/individual therapies – as FBT is the first line treatment for adolescents with AN.

28.    As the Director of Medical and Clinical Services, I oversee the development and implementation of the treatment programs. We recruited an outstanding group of clinicians, researchers and trainees/post-doctorates who have contributed to developing our pediatric, adult and adolescent programming. It is critical in eating disorder treatment – especially in moderate to severe cases – that medical and dietary services are also incorporated into the treatment. As such, we provide these services, and serve and supervise 3 meals and 2 snacks during our 10-hour PHP. Additionally, we provide onsite meals for lower levels of care (while still tracking patients' offsite nutrition as well). Our psychiatrists provide full psychiatric evaluations, and medications when appropriate. Our physicians also monitor patients' vital signs, weights and labs throughout treatment, given the potential serious medical consequences of most eating disorders. The standard of care in treating eating disorders is generally a team of providers (psychiatrist, internist, individual therapist, family therapist (when appropriate), and an eating disorder trained dietitian).

29.    Within UCSD's Department of Psychiatry, I serve on several committees, including the Physician's Peer Review Committee and the Senior

Faculty Committee for academic advancement. From 7/2021 - 6/2024, I co-led the Clinical Council in the UCSD Department of Psychiatry and was elected to the UCSD Board of Governors for the Health System. As a professor, I have provided training and supervision to psychiatry residents, medical students, social work trainees, psychology interns, post-doctoral trainees, and other mental health providers on assessment and treatment of eating disorders as well as the common co-occurring mood, anxiety and personality disorders.

30.     Over the years, I have been voted one of San Diego's top doctors several times through a voting process by my peers in San Diego. Providers at Sharp and Kaiser regularly request my consultation and make referrals for treatment in our eating disorders programs. Our team publishes regularly in high impact journals, including outcome studies from our program, and draws patients locally, nationally, and even internationally.

31.     My CV is attached as Appendix A and provides more information about my background and experience. My rate for work on this matter is $525 per hour. I have testified once as an expert during the past four years, on July 1, 2025, in the California JCCP proceedings. If requested by counsel, I will provide deposition and trial testimony in these cases.

## IV.     MATERIALS CONSIDERED

32.     My opinions are based on my training, my clinical experience diagnosing and treating patients with eating disorders and other psychiatric conditions, and my review of the scientific literature on social media exposure and mental health outcomes including eating disorders (sometimes referenced in this report as EDs), body dysmorphic disorder (BDD), depression, anxiety, and well-being in adolescents and young adults. I performed a literature search using PubMed and Science Direct. A full list of the studies and materials that I reviewed to base my opinions upon is attached as Appendix B.

33.     I may use figures or data in this report or discussed in the materials listed in my reference list as demonstrative exhibits at trial.

34.     I hold the opinions in my report to a reasonable degree of medical and scientific certainty. I reserve the ability to supplement my opinions should further information become available.

## V.    EATING DISORDERS OVERVIEW

35.    Eating disorders are a group of serious mental health conditions that affect both a patient's physical and mental health. These conditions include problems in how someone thinks about food, eating, weight and body image, as well as how these thoughts and emotional reactions impact their eating behaviors, quality of life and general life functioning. While many people have some disordered eating and negative thoughts about their body, or even struggle with either situation, this does not mean that they have an eating disorder. For example, Runfola 2013 found body dissatisfaction was present in the majority of a non-clinical sample of female participants and that spanned across age groups. (In this study, only 9.2% ($n = 539$) of women did not report issues of body dissatisfaction) (Runfola 2013). Similarly, disordered eating is also a common finding in non-clinical samples (Bulik 2008).

36.    Establishing a clinical diagnosis of an eating disorder requires sufficient severity, frequency, and duration of symptoms from the Diagnostic and Statistical Manual, 5th ed., text revision (DSM-V-TR). The DSM-V-TR plays a critical role in assessing and treating eating disorders and in researching the potential causes of eating disorders. Notably, the DSM-V-TR provides the definitive criteria for diagnosing eating disorders. The body dissatisfaction and disordered eating must occur with other key thoughts and behaviors (see below for diagnostic criteria) and become all encompassing, often leading to mental and physical complications, and impairment in one's ability to function in important areas of life. Body dissatisfaction alone, disordered eating alone or a combination of both body dissatisfaction and disordered eating, without more, are insufficient to diagnose an eating disorder.

37.    There are several different diagnostic categories of eating disorders as defined in the DSM-V-TR (see below for a list and descriptions). While different eating disorders may share some similar features, scientific evidence demonstrates that each of these disorders has distinct underlying neurobiological and psychosocial underpinnings as well as some distinct/nuanced risk factors and potential outcomes. These differences highlight the importance of looking at each disorder individually in determining underlying causes, risk factors and outcomes.

38.    If not treated effectively, eating disorders can become more severe, chronic problems and, in some cases, can cause serious long-term physical problems, and even death. Below are the major DSM-V-TR defined eating disorders (EDs).

**A.      Anorexia Nervosa**

39.     The diagnostic criteria for AN, as outlined in DSM-V-TR, include:

(a)      **Restriction of energy intake** relative to requirements, leading to a significantly low body weight in the context of age, sex, weight history, developmental trajectory, and physical health

(b)      **Intense fear of gaining weight or becoming fat**, even when significantly underweight

(c)      **Disturbance in the way one's body weight or shape is experienced**, undue influence of body weight or shape on self- evaluation, or persistent lack of recognition of the seriousness of the current low body weight

40.     Subtypes of Anorexia Nervosa include:

(a)      **Restricting Type:** No recurrent episodes of binge-eating or purging behavior (i.e., self-induced vomiting or the misuse of laxatives, diuretics, or enemas) during the last 3 months; presentations in this subtype involve weight loss that is accomplished mostly through dieting, fasting, and/or excessive exercise

(b)      **Binge Eating/Purging Type:** Recurrent episodes of binge-eating or purging behavior (i.e., self-induced vomiting or the misuse of laxatives, diuretics, or enemas) during the last 3 months

**B.      Bulimia Nervosa**

41.     The diagnostic criteria for BN, as outlined in the DSM-V-TR, include:

(a)      **Recurrent episodes of binge eating** characterized by both of the following:

  o Eating an amount of food that is definitely larger than what most people would eat during a similar period of time (e.g., within any 2-hour period)

  o A sense of lack of control over eating during the episode

10

(b)      **Recurrent inappropriate compensatory behaviors** to prevent weight gain, such as self-induced vomiting, misuse of laxatives, diuretics, fasting, or excessive exercise

(c)      **Frequency of behaviors:** Both binge eating and compensatory behaviors occur, on average, at least once a week for three months

(d)      **Self-evaluation:** Unduly influenced by body shape and weight

42.      Exclusion criterion: **The disturbance does not occur exclusively during episodes of anorexia nervosa**

**C.      Binge Eating Disorder**

43.      The diagnostic criteria for BED as outlined in the DSM-V-TR include: **Recurring episodes of binge eating characterized by both conditions:**

(a)      Eating an amount of food that is definitely larger than what most people would eat during a similar period of time

- o   A sense of lack of control over eating during the episode

(b)      **Binge eating episodes are associated with three or more of the following:**

- o   Eating much more rapidly than normal

- o   Eating until feeling uncomfortably full

- o   Eating large amounts of food when not feeling physically hungry

- o   Eating alone because of feeling embarrassed by how much one is eating

- o   Feeling disgusted with oneself, depressed, or very guilty afterward

(c)      Marked distress regarding binge eating is present.

(d)      **Frequency of binge eating:** Occurs, on average, at least once a week for three months

(e)      **Absence of compensatory behaviors:** Unlike bulimia nervosa, BED does not involve regular use of inappropriate compensatory

11

behaviors (e.g., self-induced vomiting, laxatives, excessive exercise) to prevent weight gain

(f)      **Exclusion criterion**: The disturbance does not occur exclusively during the course of bulimia nervosa or anorexia nervosa

**D.      Other Specified Feeding or Eating Disorder (OSFED)**

44.      The diagnostic criteria for OSFED according to the DSM-V-TR involve symptoms that cause clinically significant distress and impairment but do not meet the full criteria for other eating disorders like AN, BN, or BED. Key examples of OSFED include:

(a)      **Atypical Anorexia Nervosa:** All criteria for anorexia nervosa are met except that despite significant weight loss, the individual's weight is within or above the normal range

(b)      **Bulimia Nervosa of low frequency and/or limited duration:** All criteria for bulimia nervosa are met except that binge eating and compensatory behaviors occur less than once a week and/or for less than three months.

(c)      **Binge Eating Disorder of low frequency and/or limited duration:** All criteria for binge eating disorder are met except that binge eating occurs less than once a week and/or for less than three months

(d)      **Purging Disorder:** Recurrent purging behavior without binge eating

(e)      **Night Eating Syndrome:** Recurrent episodes of night eating as manifested by eating after awakening from sleep or by excessive food consumption after the evening meal after awakening from sleep or by excessive food consumption after the evening meal

**E.      Avoidant Restrictive Food Intake Disorder (ARFID)**

45.      The diagnostic criteria for ARFID in the DSM-V-TR are as follows:

(a)      **Eating or feeding disturbance** characterized by:

o Lack of interest in eating or food.

- o  Avoidance based on sensory characteristics of food.

- o  Fear of aversive consequences of eating (e.g., choking or vomiting).

(b)    **Persistent failure to meet nutritional and/or energy needs** associated with:

- o  Significant weight loss (or failure to achieve expected weight gain or faltering growth in children).

- o  Significant nutritional deficiency.

- o  Dependence on enteral feeding or oral nutritional supplements.

- o  Marked interference with psychosocial functioning.

(c)    **The disturbance is not better explained by:**

- o  Lack of available food.

- o  Culturally sanctioned practices.

(d)    The eating disturbance does not occur exclusively during the course of anorexia nervosa or bulimia nervosa, and there is no evidence of a disturbance in the way one's body weight or shape is experienced

(e)    The eating disturbance is not attributable to a concurrent medical condition or not better explained by another mental disorder. When the eating disturbance occurs in the context of another condition or disorder, the severity of the eating disturbance exceeds that routinely associated with the condition or disorder and warrants additional clinical attention

## F.    Disordered Eating and Body Dysmorphia

46.    In contrast, neither "disordered eating" nor "body dysmorphia" is a psychiatric diagnosis or an eating disorder diagnosis.  Rather, disordered eating is common in the general population and alone is insufficient to make an eating disorder diagnosis.  Disordered eating is a symptom that must be of sufficient magnitude and combined with other symptoms/behaviors over a significant period of time to rise to the level of a DSM-V-TR diagnosable eating disorder.  Similarly, experiencing body dysmorphia is not uncommon in the general population and does not alone convey eating disorder pathology. Body dysmorphia also is not a stand-

13

alone diagnosis and is not sufficient to make a clinical diagnosis of an eating disorder. However, it can be a symptom of certain eating disorders.

### G.    Body Dysmorphic Disorder

47.    Body Dysmorphic Disorder (BDD) is a DSM-V-TR mental health disorder that usually includes a focused preoccupation or compulsion with a perceived flaw or defect in a specific aspect of one's physical appearance that others do not perceive as such. BDD is not an eating disorder. Nor should BDD be confused with the term "body dysmorphia," which is a broad term that is often used to describe dissatisfaction or discomfort with general physical appearance. The diagnostic criteria for BDD as outlined in the DSM-V-TR include:

(a)    Preoccupation with one or more perceived defects or flaws in physical appearance that are not observable or appear slight to others.

(b)    At some point during the course of the disorder, the individual has performed repetitive behaviors (e.g., mirror checking, excessive grooming, skin picking, reassurance seeking) or mental acts (e.g., comparing their appearance with that of others) in response to the appearance concerns.

(c)    The preoccupation causes clinically significant distress or impairment in social, occupational, or other important areas of functioning.

(d)    The appearance preoccupation is not better explained by concerns with body fat or weight in an individual whose symptoms meet diagnostic criteria for an eating disorder.

(e)    Specifiers for BDD depend on the patient's presentation.  For example, a patient with muscle dysmorphia is preoccupied with the idea that their body build is too small or insufficiently muscular. This specifier is used even if the individual is also preoccupied with other body areas. A patient with good or fair insight recognizes that the body dysmorphic beliefs are definitely or probably not true or that they may or may not be true. In contrast, a patient with poor insight thinks the body dysmorphic beliefs are probably true, and a patient with absent insight/delusional beliefs is completely convinced that the body dysmorphic beliefs are true.

## VI.  EATING DISORDER PREVALENCE, RISK FACTORS AND TREATMENT

### A.  Eating Disorder Prevalence in U.S.

48.  AN has a 12-Month prevalence of 0.0-0.05% (females: 0-0.08%; males: 0-0.01%) (DSM-V-TR 2022), and a lifetime prevalence of 0.60-0.80% (females: 0.9-1.42%; males: 0.12-0.3%) (DSM-V-TR 2022).

49.  BN has a 12-Month prevalence of 0.14-0.3% (females: 0.22-0.5%; males: 0.05-0.1%) (DSM-V-TR 2022), and a lifetime prevalence of 0.28-1.0% (females: 0.46-1.5%; males: 0.05-0.08%) (DSM-V-TR 2022).

50.  BED has a 12-month Prevalence of 0.44-1.2% (females: 0.6-1.6%; males: 0.26-0.8%) (DSM-V-TR 2022), and a lifetime prevalence of 0.85-2.8% (females: 1.25-3.5%; males 0.42-2.0%) (DSM-V-TR 2022).

51.  Although not an ED, I note the prevalence of BDD in the general population is estimated to be 2% (Veale 2016).

52.  These extremely low prevalence rates confirm that symptom scales cannot be reliably used as a proxy for a diagnosis of any eating disorder, because the prevalence of each of these EDs is very low, whereas body dissatisfaction and disordered eating are both common occurrences.  This means that studies that include participants from the general (or a non-selected) population necessarily include participants who are statistically never going to develop an ED.

### B.  Eating Disorder Risk Factors: AN, BN and BED

#### i.  Biological Factors

53.  Eating disorders have a heritability rate that ranges from 40- 70%, based on family and twin studies (Klump 2001).  Genome-wide association studies (GWAS) have found some gene candidates for AN.  (Bang 2023)  Neurobiology (multifactorial development) is another factor; functional MRI studies reveal a pattern of cognitive and emotional processing with distinct associated neurocircuitry in patients with AN vs BN vs controls

54.  Pre-existing mental health conditions (e.g., obsessive compulsive disorder (OCD, post-traumatic stress disorder (PTSD), major depressive disorder

(MDD), and generalized anxiety disorder (GAD)) present additional biological risk factors for eating disorders.

55. Additional biological risk factors include a predisposition for anxious temperament; early puberty; and a biological response to starvation/restrictive eating

### ii. Psychological factors

56. Psychological factors that put patients at risk for eating disorders include perfectionism, being detail-oriented, and prioritizing harm avoidance over reward-seeking (for AN); being impulsive, emotion dysregulation (for BN/BED); demonstrating cognitive inflexibility (for AN); and trauma/adverse childhood experiences (or ACE, for all eating disorders)

### iii. Sociocultural factors

57. Sociocultural factors that place patients at risk for eating disorders include societal pressure to conform to certain body ideals (applies to all); participating in sports and/or activities emphasizing thinness (modeling, ballet or athletics) (greater for AN than BN); peer pressure/bullying related to weight or appearance (greater for BN/BED than AN); and family dynamics, including an overemphasis on weight/appearance.

### C. Standard Assessment and Treatment for Eating Disorders

58. The standard assessment and treatment for eating disorders includes several different types of assessments, including:

(a) Assessment for medical and psychiatric stability: Eating Disorders have the second highest mortality rate of all psychiatric disorders. Determining the appropriate level/setting of care is critical for patients with eating disorders (and the level of care guidelines are outlined in the APA/American Medical Association (AMA) guidelines based on severity, physical and psychiatric safety, etc.). Levels of care include: Straight outpatient, Intensive Outpatient, Partial Hospital, residential, inpatient.

(b) Assessment for Medical Stability. This includes an assessment of the patient's height, weight, weight history/rate of any weight loss, growth charts, daily food/calorie intake, purging/use of laxatives, and use of diuretics; the patient's vital signs, orthostatic blood pressure (including

16

assessment for bradycardia, arrhythmia, hypotension, amenorrhea, hair loss, etc.), and EKG; and review of labs, including CBC, diff, metabolic panel, amylase, phosphorus, magnesium, thyroid, and urine test/urine drug screen.

(c)     A psychiatric assessment for co-occurring disorders and appropriate level of care. There are high rates of co-occurring mood and anxiety disorders in patients with AN, BN, and BED.  Co-occurring substance abuse is higher for BN/BED.  It is also necessary to assess the patient for a history, or current presentation, of self-harm and suicidality.

(d)     Evidence-based Treatment Modalities are the standard of care for eating disorder treatment.  Family-based therapy (FBT) is the most effective treatment for adolescents with Anorexia Nervosa; alternatives include Adolescent Focused Therapy and CBT-E. CBT-E, IPT, and DBT are the standard treatment for adults.  Eating disorder treatment should include a dietician with ED expertise. Nutritional rehabilitation and weight restoration is the priority, especially for patients with AN. Psychiatry/ psychopharmacology should be part of the patient's treatment plan as well. A multidisciplinary team is best, and should be a part of all levels of patient care.

## VII.    DISCUSSION OF CONTROLLED TRIALS

59.     Even though randomized-controlled, experimental studies are considered the most rigorous study design, applying this standard to assess SMU and development of EDs poses several methodological challenges – that are often pointed out by the authors (Mabe 2014, Fardouly 2015, Cohen 2015, Tiggemann 2015, Brown 2016, Tiggemann 2018, Kleemans 2018, Sherlock 2019, Sampson 2020, Tiggemann 2020, Engeln 2020, Wick 2020, Hendrickse 2021, Lowe-Calverley 2021, McComb 2021(a), McComb 2021(b), Manning 2022, Pryde 2022, Joiner 2023, Thai 2023, Cowles 2023, Seekis 2023, Prichard 2023, Pritchard 2023, Byrne 2024, deHesselle 2024, Blackburn 2024).

60.     The majority of the experimental study designs used measures of eating/body image thoughts, emotions or behaviors before and immediately after an artificially timed "exposure or control condition" (e.g., looking at social media photos vs nature photos). The outcomes, which are measured at the end of the "exposure or control conditions" were based on self-report measures that are not designed to make a clinical diagnosis of an eating disorder and are incapable of doing so without a clinician assessment. The outcome measures mostly used a subset of symptoms

17

that are not sufficient to establish an ED diagnosis and/or used ED screening tools that require clinical assessment to determine if there is, in fact, a DSM diagnosis of an ED. I was not able to find any study that used a measure or approach that could confer an actual clinical diagnosis of an ED. A DSM-V-TR diagnosis of an eating disorder requires objective measures (including current and historic weight, height), and persistent (and often a specified frequency of) symptoms/behaviors over a period of time. Therefore, these studies were not designed to discern if the exposure actually caused an eating disorder and did not assess whether any SMU actually resulted in an increased risk of an ED. Additionally, the majority of the experimental studies only examined adults 18 years of age and older and failed to assess children and adolescents. As a result, these studies are not generalizable for all ages and various demographics.

61.    Below are pertinent summaries of the experimental studies that I reviewed (listed in alphabetical order). None of these experimental studies used outcome measures or clinical assessments that prove the presence of an ED. Representative methodological challenges are also discussed.

62.    BLACKBURN 2024: Investigated the impact of pro-anorexia TikTok content on body image satisfaction, disordered eating, and internalization of beauty standards in 273 female young adults (18-28 years old). Of note, this study only examined female young adults; therefore, results are not generalizable to the overall population (e.g., males, adolescents). Additionally, the authors examined disordered eating using the EAT-26 scale, which is a screening tool indicating an individual might have an eating disorder – and should be evaluated by a clinician. The EAT-26 is not sufficient to make a DSM-V-TR clinical eating disorder diagnosis. The authors concluded that while the pro-anorexia content had a larger impact on worsening measures of body image dissatisfaction, the control group (exposed to neutral content) also had a higher level of post-test body image (BI) dissatisfaction (of a lower magnitude). The authors hypothesized that repeated BI assessments may prime people to increase focus on BI, possibly increasing BI dissatisfaction – highlighting another confounding factor involved in such studies. The study participants were not assessed for whether SMU of any kind resulted in an ED.

63.    BROWN 2016: Examined the effects from viewing Instagram images on body image and mood in 138 female undergraduate students (18-30 years old). Study participants were randomly assigned to view either a set of celebrity images, a set of equally attractive unknown peer images, or a control set of travel images. While they found that viewing celebrity or attractive peer images had an immediate

negative impact on mood and body image, this study did not assess for any mood or eating disorders. Nor did the study determine the duration of the noted impact on mood and body image. Also, subjects completed questionnaires just after finishing the picture viewing, which represents a momentary mood/emotional state and not an abnormal pattern of thinking and behavior which is needed to diagnose an ED. This study only involved 138 female undergraduate students, which is a small sample size, and the findings in this undergraduate population do not represent non-students, younger populations or males. Also, this study used scales that are not eating disorder or body dysmorphic disorder diagnostic tools (they used the State Appearance Comparison Scale and the Celebrity Attitude Scale). Lastly, the study participants were not assessed for whether SMU of any kind resulted in an ED.

64.     BUE 2020: Female adults ages 18–35 (n = 181) were randomly assigned to view thin ideal Instagram images paired with one of two caption types: traditional comments that idealized the images, or disclaimer comments that critiqued the images as unrealistic. Comparison of internalized thin ideal and body anxiety (including body part anxiety) were done post-test. This study found that there was no significant differential impact of the 2 conditions in terms of post-test body anxiety. Of note, the study participants were not assessed for whether any SMU of any kind resulted in an ED.

65.     BYRNE 2024: Examined a hypothesis for the potential mechanism through which a social network service may affect body dissatisfaction in 155 university students (18-20 years old). This study is unique from the others on this theme because the authors created their own social media service to test the "like" function for deception purposes. Participants posted a picture of themselves and a narrative.  They were randomized to one of four conditions: photo and narrative received high frequency "likes," photo and narrative received low frequency "likes," photo received high frequency "likes" but narrative did not, and narrative received high frequency "likes" but photo did not. This study found that body dissatisfaction decreased at each time point irrespective of the "like" function. The authors reported: "This study examined the impact of receiving "likes" on one's own selfie and personal narrative on a social media site in an experimental design. Body dissatisfaction decreased over two study visits for participants, regardless of whether or not they received high-frequency "likes" on their [pictures or narrative] content. Negative emotions did not change." This study did not effectively separate out the like function from the posting/narrative since the participants were aware that this was an artificial social media site, and perhaps were unaffected by the

19

unknown likes. This study was not designed to assess for mood or eating disorders, and study participants were not assessed for whether SMU of any kind resulted in an ED.

66.    COHEN 2015: Examined the relationship between appearance comparison (AC) and body image dissatisfaction (BID) in 193 female undergraduate students (17-46 years old) after looking at Facebook images compared to similarly-matched "thin-ideal" conventional print media images. Of note, the undergraduate students in this study received course credit for participating and all of the data that was collected was self-reported. Specifically, the authors used the following scales to assess body image dissatisfaction symptoms including: 7-item Pressure subscale, one of the four subscales of the Sociocultural Attitudes Toward Appearance Questionnaire-Version 3 (SATAQ-V3), the Body Areas Satisfaction Scale (BASS), one of the five subscales of the Multidimensional Body-Self Relations Questionnaire-Appearance Scales (MBSRQ), the 3-item Extent Thoughts Questionnaire, and the Eating Attitudes Test-26 (EAT-26) scale, none of which are tools used to diagnose eating disorders or Body Dysmorphic Disorder. The EAT-26 is a screening tool and requires a follow up clinical assessment. The authors reported: "It was hypothesised that the relationship between AC and BID-change would be stronger for those exposed to Facebook images compared to those exposed to conventional images. Although AC was a significant predictor of BID-change for those exposed to Facebook, and not for those exposed to conventional media, type of exposure did not moderate this relationship. In other words, there was no indication of significant differences between Facebook and conventional media in their effects on the relationship between AC and BID-change." The EAT-26 is a screening that is used to identify individuals at risk for having an ED, but it does not provide an ED diagnosis. Also, the authors further state that this association does not prove causality. The study participants were not assessed for whether SMU of any kind resulted in a clinical diagnosis of an ED.

67.    COWLES 2023: Investigated the effects of viewing body positive Instagram posts on body image and mood in 195 young adult females (18-30 years old). The authors also focused on the impact of the images and captions in the posts. Study participants were randomly assigned to view: body positive images and captions, body positive captions only, body positive images only, or thin-ideal Instagram posts. Of note, the authors used the Visual Analogue Scale, State Body Appreciation Scale, and a Self-Objectification Beliefs and Behaviors Scale, which are not diagnostic tools for an ED or Body Dysmorphic Disorder. The authors reported "Despite the limitations, the present study contributes to the growing

positive body image literature by demonstrating that exposure to body positive Instagram posts improves young women's body satisfaction and negative mood in comparison to viewing thin ideal Instagram posts and that women like and want to engage with body positive content over thin ideal content. Additionally, the findings suggest that it may be important to include both body positive images and captions for them to be effective for most women." The study participants were not assessed for whether SMU of any kind resulted in an ED.

68.    deHESSELLE 2024: Investigated the effects of a 14-day social media abstinence on various mental health factors in 86 young female adults. Study participants were randomized into a control group (n=35) and a social media abstinence group (n=51) and asked to complete different questionnaires to assess problematic smartphone use, fear of missing out (FoMO), symptoms of depression and anxiety, loneliness, and body image. This study also included a 14-day follow-up after the 14-day abstinence. The study found that the intervention group did have a reduced Body Image Dissatisfaction. Limitations of this study include small sample sizes, and outcome assessments that were non-diagnostic and reflected a short window of mental state in follow up assessments. The study participants were not assessed for whether any SMU of any kind resulted in an ED.

69.    DHADLY 2023:  Examined potential effects of TikTok videos on a sample of undergraduate students, who watched 5 minutes of videos rated to be body positive, body focused, or "how to" (i.e., control) videos. The authors used a body image state scale to measure momentary assessments. Body positive videos had positive effects on momentary body satisfaction, while body-focused images had negative effects, compared to controls. The study participants were not assessed for whether any SMU of any kind resulted in an ED.

70.    DIGNARD 2021: This study included students (n = 331; 17-43 years old) who were randomly assigned to view fitspiration, thinspiration, or travel images, followed by measures of state body satisfaction, state appearance comparison, and positive body image. Both fitspiration and thinspiration resulted in lower body satisfaction compared to viewing travel images. However, women with higher positive body image were somewhat protected from this effect on thinspiration, but not on fitspiration. This study used measures of body image – which are not able to confer an ED diagnosis. The study did not look at whether any SMU causes an ED.

71.    DONDZILO 2024: The effects of abstaining from SMU on symptoms of ED were studied in a sample of 75 Australian undergraduate students (Mean age

21

19.69). Measured ED symptoms via the EDE-QS before and after 1 week of either condition: 1) control group - continuation of baseline SMU (n=26) vs. 2) experimental group - SMU break from smartphone for 1 week (n=31). The EDE- QS is a shortened self-administered screening tool derived from the EDE, which is a semi-structured clinical interview used to assess an eating disorder pathology. Results from the EDE can be used to diagnose an eating disorder; however, the self-administered version used in this study (EDE-QS) is only used for research/population studies and is not a diagnostic tool. The results indicated a reduction in EDE-QS scores for the SM reduction group compared to the control group. Limitations: This was a small study sample, with a final count of only 57 participants given that 18 participants were excluded (9 participants dropped out, 4 had missing data due to "data recording issues", and 5 failed to comply with the SM reduction instructions). Also, the reduced symptoms were measured as a potential transient state, with the confounder that the participants could have easily guessed the expected results and their responses may reflect that bias. Finally, the group was a relatively homogeneous group of college students, who, on average, scored higher on the initial EDE-QS than more standard populations. The study did not look at whether any SMU causes an ED.

72.     ENGELN 2020: Examined the different effects of social media use on appearance comparisons, mood, and body satisfaction in 308 undergraduate (18-26 years old) women who either used Facebook, Instagram, or played a matching game (the control condition) on an iPad for 7 minutes. Instagram users reported spending more time on images/videos of people. Facebook and Instagram users reported more appearance comparisons than controls - with Instagram being higher than Facebook. The authors reported decreased body satisfaction, decreased positive affect, and increased negative affect in study participants who used Instagram, but not for those who used Facebook. The authors stated "More specifically, although participants using Instagram reported spending more time viewing images of people than those assigned to use Facebook, we have no direct data on the content of each participant's feed (e.g., how many images they saw, what types of comparison targets those images contained). Social media use is not a monolithic construct; most certainly, what a person is doing/seeing while using social media matters. At a basic level, questions about the impact of social media call out for descriptive research examining the content of individuals' feeds and how variation in that content might more precisely predict psychological outcomes." The study participants were not assessed for whether SMU of any kind resulted in an ED.

73.     FARDOULY 2015: Investigated the effect of Facebook usage on mood and body image and whether these effects differ from an online fashion magazine in 112 university female students (17-25 years old). The authors also assessed whether appearance comparison tendency moderates any of these effects. Of note, this study only involved female young adults and did not include males nor females of other ages; therefore, results are not generalizable. Study participants were randomly assigned to 1 of 3 conditions: asked to browse one of following websites for 10 min: their own Facebook account (n=38; all participants had their own Facebook account), a fashion magazine website (n=36), or an appearance-neutral control website (n=38); then they completed pre- and post-exposure state measures of negative mood and body dissatisfaction and a post-exposure state measure of appearance-discrepancy. Then, one week later participants completed an online survey containing a trait measure of appearance comparison tendency. The authors reported: "Contrary to our hypotheses that Facebook usage and magazine usage would lead to greater body dissatisfaction, there was no main effect of condition on post-exposure body dissatisfaction ratings." Appearance comparison did not mediate this. The study participants were not assessed for whether any SMU of any kind resulted in an ED.

74.     HENDRICKSE 2021: A sample of 202 female undergraduate students (18-35 years old) enrolled in a communications course viewed advertisements depicted on Instagram that varied by 1 of 4 conditions in a 2 x 2 matrix of model's body size (thin or plus-size) and slogan type (objectifying or empowering). Body satisfaction was measured using a visual analog scale (VAS) and actual-ideal body discrepancy was measured using a female Photographic Figure Rating scale. "As expected, the body size of the model significantly improved women's body satisfaction and this effect was moderated by participants' actual-ideal body discrepancy." That is: large actual-ideal discrepancies were important as a predictor of the magnitude of social comparisons. Also, the slogan types did not impact body satisfaction. The study participants were not assessed for whether any SMU of any kind resulted in an ED.

75.     JOINER 2023: Investigated the effects of different types of TikTok dance challenge videos on body satisfaction in 262 young (18-25 years old) female adults. The experimental between-subjects design had three conditions: (i) thin dancer TikTok videos, (ii) large dancer TikTok videos, and (iii) animal TikTok videos; and the dependent variable was body satisfaction. Of note, study participants were told of the purpose of the study before they started the study, which may have biased the results. The authors reported "We found that large

23

dancer TikTok videos had a positive impact on body satisfaction, whilst watching thin dancer TikTok videos had a negative effect on body satisfaction. These effects were not moderated by thin ideal internalization or by state appearance comparison. Nor were these effects mediated by state appearance comparison, but they were fully mediated by the direction of comparison." The study participants were not assessed for whether SMU of any kind resulted in an ED.

76.    KLEEMANS 2018: Investigated the effect of manipulated Instagram photos on 144 female adolescents' (14-18 years old) body image. This is one of the rare experimental studies on this theme that involved adolescents, as most focus on young adults. However, it only focused on females and results are not generalizable to the population since males were not assessed. Study participants were randomly exposed to either original or manipulated (retouched and reshaped) Instagram selfies. The authors used a body image state scale to "measure girls' evaluation and affect about their physical appearance," "(dis)satisfaction with their body size and shape; (dis)satisfaction with their own weight; feelings of physical (un)attractiveness; current feelings about their own looks relative to how one usually feels; and their evaluation of their appearance relative to how the average person looks." However, this body image scale is not used in the diagnosis of an ED nor BDD. This study had mixed results and the outcomes depended on certain traits including whether girls had a lower or higher tendency to compare themselves. The authors reported "The body image of girls with a lower tendency to compare themselves with others was about equal after exposure to either original or manipulated Instagram photos. In contrast, girls with a higher tendency to make social comparisons had a lower body image in general, and especially after exposure to the manipulated Instagram photos." While the study compared manipulated vs non-manipulated photos as a variable, the study was limited by not evaluating several confounders such as socioeconomic background, pre-existing mental health issues, media literacy, etc. Additionally, the study participants were assessed with measures of body image, but were not assessed for whether SMU of any kind resulted in an ED.

77.    LOWE-CALVERLEY 2021: Examined the effects from influencer content with varied popularity of mood and body dissatisfaction in 111 adult women (17-40 years of age). Study participants were assigned to one of three groups: 1) influencer-high group (idealized imagery alongside high 'like'/follow metrics); 2) influencer-low group (same idealized imagery adjusted for low popularity metrics); or 3) a nature control group with matched low-popularity metrics. Of note, the authors used a visual analogue scale (VAS) to assess body dissatisfaction (weight

24

and appearance dissatisfaction), which is not an ED or BDD diagnostic tool. Also, while the effects from viewing images may briefly affect body satisfaction, changes in momentary emotions do not equate to a pathological ED or BDD. The authors reported: "We also noted a slight, non-significant reduction in body dissatisfaction after participants viewed the control images depicting scenery and nature." The study participants were not assessed for whether any SMU of any kind resulted in an ED.

78.    MABE 2014: Examined the influence of Facebook on eating disorder symptoms in 84 university psychology female students (Mean age: 18.39 years old). The authors used the EAT-26 scale, which is a screening tool but does not make an ED diagnosis. The control group was instructed to use the internet for 20 minutes (Wikipedia, YouTube) to research the ocelot. The active group was on Facebook for 20 minutes. Both groups in this study had a decrease in weight/shape preoccupation. However, the active group had statistically significant less reduction in weight/shape preoccupation – which the authors hypothesized as meaning Facebook use may maintain preoccupation with weight and shape. The authors noted that: "As we measured momentary changes in risk factors, our results do not address whether Facebook use may contribute to actual eating disorders." The authors also reported that: "Our study does not address whether Facebook use influences eating disorder risk above and beyond other social or media influences." The study participants were not assessed for whether any SMU of any kind resulted in an ED.

79.    MANNING 2022: Examined the effects from Instagram body positive content and state body appreciation, appearance satisfaction, mood, and social comparison in 233 women 18-30 years. Study participants were randomly assigned to view Instagram images of diverse women (e.g., varied body sizes, shapes, skin color) that were either with or without body positive captions, or cityscape images. Investigators used the State Appearance Comparison Scale to measure state appearance satisfaction and the 10- item State Body Appreciation Scale was used to assess body appreciation. The authors reported: "Collectively, our findings show that women across all conditions (including cityscapes) experienced increases in body appreciation and positive mood. Differences between conditions were only noted for appearance satisfaction, which increased across both body positive conditions, but not cityscapes, with a larger effect found when the imagery was accompanied by captions. Trait levels of broad conceptualisations of beauty did not moderate any of these relationships, and finally, the presence of captions did not

change the amount or direction of appearance comparisons." The study participants were not assessed for whether any SMU of any kind resulted in any ED.

80.    McCOMB 2021(a): Examined the effects from social media image exposure and body and weight satisfaction and confidence in 142 female undergraduate students (18- 25 years old). Study participants were randomly assigned to either 1) compare their body part sizes to the body parts of attractive Instagram models or 2) view a landscape painting appearance-neutral control. The authors examined state body image by using three visual analogue scales (VAS) to measure state body image and confidence before and after viewing Instagram images. Of note, this scale is not an ED or BD diagnostic tool. Additionally, the sample size of this study was small and did not include males or adolescents. The authors reported "These results indicate that personality and ways of coping both play a significant role in how young women's body image are affected by comparison to idealized body types on social media." The study participants were not assessed for whether any SMU of any kind resulted in an ED.

81.    McCOMB 2021(b): Examined the effects from self-disclaimer captions (e.g., captions about whether photos had been edited) to thin-ideal Instagram photos on body image and mood in 311 female undergraduate students (18-25 years of age). Study participants were randomly assigned to view images of a thin woman on Instagram with no captions, or with a generic, specific, or warning self-disclaimer caption, and completed pre and post measures of body image and mood and a questionnaire about their own photo-editing practice. Of note, this study is not generalizable as it did not examine males nor females of other ages. Also, the authors used a body image state scale to assess body image and evaluation of one's shape, size, and weight along with their physical appearance and attractiveness, which is not an ED or BDD diagnostic tool. Overall, the authors concluded: "There was no significant effect of disclaimer type on body image or mood, and therefore no type of self- disclaimer had an ameliorating effect. However, specific disclaimers were superior to the other disclaimers at reducing likelihood to compare one's body to another's, for women high on photo manipulation." The study participants were not assessed for whether any SMU of any kind resulted in an ED.

82.    MIKAMI 2025:  Examined three groups: one who abstained from social media, a second who underwent a tutorial about better use of social media, and a third, control group, whose participants were not asked to change behaviors. The study included 393 participants, ranging in age from 17 to 29, who were primarily recruited using a university research subject pool. Both active intervention groups had three 15-minute online sessions using educational software, whereas the

control group received nothing.  All participants (including the control group) were asked to provide screenshots of a screen-time tracking app that collected data about their use of Facebook and Instagram. The trial lasted 6 weeks, with four measurements at 2 week intervals. The EDI was used to evaluate eating disorder symptoms.  The study found no significant differences in participants' EDI scores.

83.    PRICHARD 2023: Investigated the effects from certain Instagram content (female influencers images wearing either fashionable clothes or lingerie/bikini garments) on body appreciation and body satisfaction in 230 young female adults (17-25 years old). Body dissatisfaction was measured using the visual analogue scale (VAS). The authors noted that study participants who viewed sexualized images reported increased negative mood, body dissatisfaction, and appearance comparison when compared to those who looked at fashion images. However, the study participants were not assessed for whether any SMU of any kind resulted in an ED.

84.    PRITCHARD 2023: Examined the association between three different types of Instagram posts (idealized, body-positive, and nature) on both male and female body satisfaction and appreciation in 371 young adults (18-29 years old). Even though this study examined both males and females, it did not assess outcomes in adolescents. The authors used the self-reported Perceived Effects of Media Exposure Scale (PEMES) to assess feelings about weight and body features including thighs and stomach along with facial features including eyes, nose, and the shape of the face; however, PEMES is not an ED or BDD diagnostic tool. Also, the study participants were not assessed for whether any SMU of any kind resulted in an ED.

85.    PRYDE 2022: Examined the effects from TikTok video fitspiration exposure on body dissatisfaction, appearance comparison, and mood in 120 young female adults (18- 25 years old). Study participants were randomized to view on TikTok either 1) fitspiration videos or 2) set of art videos (control). Since the authors did not examine males or females of other ages, the results are not generalizable. Additionally, the study sample was small. This study used a State Appearance Comparison scale to measure the degree of appearance comparisons and a Visual Analogue Scales (VAS) to measure body dissatisfaction. Neither of these scales is an ED or BDD diagnostic tool. The study participants were not assessed for whether any SMU of any kind resulted in an ED.

86.    SAMPSON 2020: Investigated the effects from Instagram use on body dissatisfaction, facial and smile dissatisfaction, and face-related discrepancy, and

whether these effects differ from the viewing appearance-neutral Instagram images in 132 undergraduate male and female students (18-35 year olds). Study participants were randomized to either 1) an experimental group with idealized images or 2) a control group with neutral nature images. The authors used a Body Satisfaction Scale (BSS), the Facial Satisfaction Scale (FSS), and a State Appearance Comparison Scale; however, none of these scales are ED or BDD diagnostic tools. The authors reported "This study shows that viewing SNSs with high visual media reduces satisfaction with facial appearance in the short term in men and women. This effect is greater in those with high self-discrepancy scores. Increased media usage was not correlated with increased dissatisfaction." Of note, the study participants were not assessed for whether any SMU of any kind resulted in an ED.

87.    SEEKIS 2023: Examined the impact from brief exposure to TikTok body neutrality content on functionality appreciation, body satisfaction, mood, and appearance relative to thin ideal and appearance-neutral content (art-control) in 189 undergraduate women (17-28 years old). Study participants were randomly assigned to view one of three compilation TikTok videos (body neutrality n=63, thin ideal n=63, or art (n=63). The authors concluded: "Higher levels of positive mood and fewer upward appearance comparisons were reported by women in the body neutrality group relative to the thin ideal group. Although women in the body neutrality and thin ideal groups thought about their appearance and what they were wearing whilst viewing the videos, women in the body neutrality group reported that those thoughts were more positive than those in the thin ideal group. Findings demonstrate that brief exposure to body neutrality content on TikTok may induce immediate positive body image and mood in young women whilst providing a useful alternative to the unrealistic beauty standards popularized on such platforms." The study participants were not assessed for whether any SMU of any kind resulted in an ED.

88.    SHERLOCK 2019: Investigated the association between Instagram use and well- being (e.g., physical attractiveness, body dissatisfaction, depressive symptoms) in 129 female young adults (18-35 years old). Study participants were exposed to a range of either beauty, fitness, or travel Instagram images or no images (control group). The authors used the Physical Appearance State and Trait Anxiety Scale, which "measures an individual's body image anxiety as they generally feel (trait) and as they currently feel (state)" and the Body Image Disturbance Questionnaire (BIDQ), which assesses concerns about physical

28

appearance. Neither of these scales are ED or BDD diagnostic tools. The study participants were not assessed for whether any SMU of any kind resulted in an ED.

89.     THAI 2023: Examined the effects from limiting social media screen time on appearance (body image) and weight esteem in youth with emotional distress in 220 young university psychology students (17-25 years old) who were regular social media users (≥ 2 hours/day on average) on their smartphone. Study participants were randomized to either 1) reduce their social media use to 1 hour/day or 2) control (unrestricted access to SMU). Even though the intervention group (reduced SMU group) did have improved appearance and weight esteem, the authors reported that many in the treatment arm did not follow study instructions to reduce their social media use to 1 hour/day. The authors stated "although not all participants in the intervention group met the 1 hr/day SMU limit, SMU was reduced by approximately 50% during the 3-week intervention period (~78.25 min/day) from baseline (~168.04 min/day)." Additionally, the authors used a Body Esteem Scale for Adults and Adolescents to assess appearance and weight esteem, which is not a clinical eating disorder diagnostic tool. The study participants were not assessed for whether any SMU of any kind resulted in an ED.

90.     TIGGEMANN 2015: Examined the effects from exposure to Instagram fitspiration images on body image in 130 female undergraduate students (17-30 years old). Study participants were randomly assigned to view either 1) a set of Instagram fitspiration images or 2) a control set of travel images presented on an iPad. The authors noticed mixed outcomes from fitspiration in a small young female adult population, which is not generalizable to the overall population given that males or females of other ages were not examined. The authors reported mixed results: "Taken together, the present findings indicate that fitspiration has both a positive (intended) effect on motivation and a negative (unintended) effect on body image. Thus it is difficult to come to firm conclusions regarding its overall usefulness. However, it should be noted that otherwise potentially helpful behavioural changes in diet or exercise may have adverse consequences in their own right, in terms of excessive exercise and disordered eating, when motivated by appearance-based reasons such as the desire to emulate the ideal bodies displayed in fitspiration imagery." The study participants were not assessed for whether any SMU of any kind resulted in an ED.

91.     TIGGEMANN 2018: Investigated the effects from the number of likes from Instagram images on body dissatisfaction, facial dissatisfaction, and social comparison in 220 female undergraduate students (18-30 years old). The study participants were randomly assigned to view Instagram frame images of either 1) a

29

set of thin-ideal images (with either high or low number of likes) or 2) average images (with a low or high number of likes). Since this study only included female young adults, these results are not generalizable as males and females of other age groups were not assessed. Of note, the authors used scales that are not ED or BDD diagnostic tools including the State Appearance Comparison Scale and Visual Analogue Scales (VAS). The results of this study were mixed as the authors noted: "While the number of likes had no effect on body dissatisfaction or appearance comparison, it had a positive effect on facial dissatisfaction. These effects were not moderated by Instagram involvement, but greater investment in Instagram likes was associated with more appearance comparison and facial dissatisfaction. The results illustrate how the uniquely social interactional aspects of social media (e.g., likes) can affect body image." The study participants were not assessed for whether any SMU of any kind resulted in an ED.

92.    TIGGEMANN 2020: Examined the effect of social media content exposure via image type (fashion, fitspiration, scenery) on body and facial satisfaction (after controlling for pre-exposure scores) and appearance comparison in 300 young adult males (18- 30 years old). Study participants were randomly assigned to view clothed (fashion) images, bare-chested (fitspiration) images, or control images of scenery posted by male Instagram influencers. While the study found men had lower body image after viewing the bare-chested muscular images, that was not the case for the fashion images. Additionally, the authors reported "In the present study, the effect of idealized Instagram images was not moderated by internalization of the muscular ideal. Here it did not serve to make men more vulnerable to either form of idealized image (clothed or bare-chested)." The study participants were not assessed for whether any SMU of any kind resulted in an ED.

93.    WICK 2020: Examined the effects from social media use through posting edited photos and symptoms of eating disorders, anxiety, and depression in undergraduate students. The authors used a two-phase study that initially assessed associations between posting edited photos and mental health measures in 2,485 undergraduates (76% female) in the first phase. Then, the authors examined 80 mostly female undergraduates (93% female) who endorsed posting edited photos in phase 1. In phase 2, posting edited self-photos was associated with increased weight/shape concerns, and increased urges to exercise and restrict food intake. Editing photos without posting caused an immediate decrease in weight/shape concerns. The investigators used the EAT-26 as a measure of disordered eating, however, this screening tool does not confer a diagnosis of an ED. The authors also used VAS for BI/ED cognitions and DE – which also do not confer an ED diagnosis.

These measures also reflect more immediate reactions to editing/posting photos, and 24 hours after posting edited self-photos. While these measures indicate a change in emotional state, they do not measure the intensity and duration of the response, nor the actual impact of the behavior on food/exercise over time. The study participants were not assessed for whether any SMU of any kind resulted in an ED.

94.     As discussed above (and in the sections that follow), Plaintiffs' experts focus on negative aspects of social comparisons to suggest that these assessments by people are a by-product of SMU and inherently negative and harmful.  However, the social comparison theory recognizes that social comparison has both positive and negative impacts.  Social comparisons have been used by humans for millennia, and social comparisons can also foster self-evaluation and self-improvement – both of which are positive aspects of social comparison.

95.     In summary, the experimental studies or randomized controlled trials in this field are limited in number and hindered by design challenges. All the experimental studies I have reviewed were either 1) a short (minutes) exposure (a SM series of pictures or videos) comparing videos that are hypothesized to negatively impact body image or related constructs vs. neutral visual images or videos or 2) a comparison of body image (or related construct) before and after either reducing or eliminating SMU for a period of time (a week or two) and compared the outcome measures to a group who continued with SMU as usual or in a reduced way. In both study designs, the post-tests were given shortly after the experimental phase, and reflected what may likely have been a momentary or brief feeling state (depending on the measures – e.g., body image dissatisfaction or self-esteem, or mood state).  Such a measure is likely to be elevated in many people in response to seeing an idealized body image – given the ubiquitous body image concerns across most populations, especially females – and does not confer any evidence that this is indicative of an ED. It is critical in reviewing the scientific research to consider that findings of reduced body image, body image dissatisfaction, or negative mood state (or similar) – at one time point, after viewing idealized images – does not equate to having an ED or imply risk of having an ED.  This also holds true for BDD. Importantly, this leap in logic is not supported in the scientific literature.  This is similar to when studies use outcome measures related to disordered eating – as occasional disordered eating is common, whereas a diagnosis requires a clinically significant frequency, intensity and life impact. The majority of the studies did not have sufficient data to allow conclusions regarding ED diagnosis or BDD. While a few studies used EDE-Q, EDI, EAT-26, or similar scales, such scales are screening

31

tools, not diagnostic tools for EDs, and they are not sufficient in the absence of a clinician assessment to make an ED or BDD diagnosis.  Finally, the RCTs showed different types of content to study participants and were unable to separate out the effect of content versus social media features (such as "likes", algorithms, etc.) on the study results.

## VIII.  LONGITUDINAL STUDIES

96.     Longitudinal studies involve repeat observations of the same subjects over a period of time –capturing data to allow temporal sequencing of changes to potentially infer causality, though it does not rise to the level of proving causality – since other factors may influence outcomes. Without proper control conditions, causality cannot be determined as other variables or confounders can impact the reliability of the study results. Additionally, the longitudinal studies that examined the association between SMU and symptoms of eating and body dissatisfaction used self-report questions or screening tools – which can indicate a need for clinical assessment – but do not confer a clinical diagnosis. The longitudinal studies below predominantly measured body image satisfaction, subjective disordered eating or self-esteem over momentary or short periods of time as an outcome (Ferguson 2014, de Vries 2016, Tiggemann 2017, Rousseau 2017, Sevic 2020, Nagata 2021, Livet 2024, Maes 2022, Fioravanti 2023, Leggett-James 2023, Shi 2024, Chu 2024, Steinsbekk 2021, Vall-Roque 2023). Unlike the experimental studies, most of the longitudinal studies involved children and adolescents and many of these studies did not evaluate the longitudinal effects from SMU in young adults; therefore, these results are not generalizable to the overall population. Finally, the majority of these studies did not adjust for important confounders such as a pre-existing ED or other mental health disorders. Below is a brief summary of these longitudinal studies (listed in alphabetical order).

97.     CHU 2024: Using data from the Adolescent Brain Cognitive Development (ABCD) cohort study, the authors examined screen time exposure including social media use and ED symptoms in 10,246 children (9–14 years old). However, this study used the Kiddie Schedule for Affective Disorders and Schizophrenia (KSADS-5) parent version, which is not a clinical diagnostic tool. The authors acknowledged this by using the data to correlate ED symptoms, rather than an ED diagnosis. Of note, the KSADS-5 was completed at Year Two of the study but not a Year 1 (baseline). A number of potential confounders were not assessed such as adverse childhood experiences and a family history of eating disorders (Chu and Raney 2022, Steinhausen 2015). As recognized by the authors, this "study cannot establish causality given the observational nature of the study." Like the other

32

ABCD studies addressed below (Nagata 2021, Shi 2024), this study did not assess whether SMU of any kind causes any specific eating disorder.

98.     de VRIES 2016: Examined the impact of the frequency of use of social network sites on body image in 604 adolescent boys and girls (11-18 years old). The social media platform that was used was Hyves, which is a European photo-sharing platform. While they found a relationship between frequency of SMU and body dissatisfaction, the authors used Body Areas Satisfaction Scale, a subscale of the Multidimensional Body-Self Relations to measure body dissatisfaction, which is not a diagnostic tool for ED or BDD. The study participants were not assessed for whether any SMU of any kind resulted in an ED.

99.     FERGUSON 2014: Examined television, social media, and peer competition on body dissatisfaction, symptoms of eating disorders, and life satisfaction in initially 237 mostly Hispanic adolescent girls (10-17 years old). At the six month follow-up, only 101 study participants were assessed. Of note, the authors used the EAT-26 scale to measure symptoms of eating disorder, which is not a diagnostic tool. It is used to help identify individuals who may require further expert clinical assessment. The authors reported: "Overall, results suggested that neither television exposure to thin ideals nor social media use predicted negative outcomes, with the exception of a small correlation between social media use and reduced life satisfaction concurrently, but not prospectively." The study participants were not assessed for whether SMU of any kind resulted in an ED.

100.    FIORAVANTI 2023: This quasi-experimental, longitudinal study examined the effects from Instagram exposure to certain content and body satisfaction, appearance comparison, and mood in 122 young Italian female adults (age = 22.29 ± 2.26 years). Study participants were randomly assigned to three different conditions of daily Instagram exposure (i.e., body-positive, fitspiration, and neutral content) and then followed with an experience sampling method over a period of 28 consecutive days. The authors reported "Results showed that daily exposure to body-positive images was associated with the highest rates of growth of positive mood and body satisfaction. Daily exposure to fitspiration images was associated with the highest rates of growth of negative mood and appearance comparison." Limitations included that a computer-based visual analogue scale (C-VAS) was used to measure state mood and body satisfaction, which is not a diagnostic instrument. This study did not control for what other SMU individuals had been exposed to outside their assigned areas – a variable that could skew the results. Additionally, study participants were not assessed for whether SMU of any kind resulted in an ED.

101.    GANSON 2024:  Reviewed data from a Canadian longitudinal study to examine photo filters and their potential association with symptoms of muscle dysmorphia. In wave 2, participants were asked a single question, "how often do you use photo filters?"  The authors looked at symptoms of muscle dysmorphia, not the BDD diagnostic criteria (which require clinically significant impairment or distress, as I have discussed above).  The authors adjusted for some variables, including gender, age, race/ethnicity, sexual orientation, and education level. They found an association of "appearance intolerance" with use of photo filters; however, they did not find a significant association between participants' "desire for size" and "functional impairment" with their photo filter use frequency. Further, because only wave 2 data was analyzed, this is a cross-sectional analysis and thus cannot provide evidence of a causal association.  The authors did not control for confounding variables, did not distinguish between common attitudes and recognized pathology, and could not account for reverse causation – because muscle dysmorphia could lead participants to use filters.

102.    LEGGETT-JAMES 2023: Examined moderators of short-term longitudinal associations from social media use and body satisfaction and physical activity in 296 children (8-13 years old) over 13.5 weeks. Levels of peer influence increased impact of SMU and measures of appearance self-worth. The authors used a self-reported scale with three items to assess appearance self-worth, which was used to measure body satisfaction. However, a scale that measures appearance self-worth does not equate to a clinical eating disorder or body dysmorphic disorder. The study participants were not assessed for whether any SMU of any kind resulted in an ED.

103.    LIVET 2024: This longitudinal study examined the association between different types of screen time use for video games, social media and television/movies/shows) and eating-related symptoms (weight concerns, body type, and binge behaviors) screen time and self-esteem annually over 5-years (2012-2017) in 3,801 students at 31 secondary schools in the greater Montreal area. The study used only 3 questions from a screening scale (ED section from the Developmental and Well-being Assessment) that consists of 52 questions. For instance, weight concerns were measured by one question: 'Are you afraid of gaining weight or getting fat?'), body type was assessed from the question: 'At present, would you describe yourself as…?'), and binging behaviors were assessed by asking: 'Sometimes people lose control over what they eat, and then they eat a very large amount of food in a short time. Does this happen to you?' To my knowledge, the use of these 3 isolated questions has not been validated as a separate measure of eating

disorder symptoms. They examined self-esteem as a potential mediator for the association of eating symptoms and media using the Rosenberg Self-Esteem Scale. Authors also reported higher screen time associated with lower levels of self-esteem currently and the following year, which was in turn associated with higher ED symptoms the current year and the following year. Limitations of the study include being a longitudinal design, a non-diagnostic ED screen, and all self-report measures, which the authors believe may have led to underreporting "due to social desirability." The study participants were not assessed for whether any SMU of any kind resulted in an ED.

104.    MAES 2022: Examined the association between body image perceptions and Instagram and TikTok use in 229 adolescent females (12-18 years old). This study involved three waves (with 5 month intervals between each wave) using a random-intercept cross-lagged panel model. The authors stated: "This brief report explored adolescent girls' reciprocal relations between their Instagram and TikTok use and body image constructs (i.e., internalization of beauty ideals, body image self-discrepancy). Neither TikTok nor Instagram were predictive of subsequent increases or decreases in girls' internalization of beauty ideals and body image self-discrepancy over time." The study participants were not assessed for whether any SMU of any kind resulted in an ED.

105.    NAGATA 2021: Looked for an association between BED and child-reported screen time including social media use in 11,025 children (9-10 years old). The authors only used parent-reported symptoms of BED at 1 year using KSADS-5, adjusting for sociodemographic factors, and baseline BED. They reported that each additional hour of screen time increased odds of BED at 1 year follow-up by 1.11. A major limitation to this study is that the authors relied on parent only administered KSADS-5, which is less reliable and possibly over-reports BED diagnosis. Also, child screen time was self-reported from 9 to 10 year olds. While some confounders were accounted for, others were not, including adverse childhood experiences, family history of eating disorders, and the potential bidirectional relationship between screen time and BED (Chu and Raney 2022, Steinhausen 2015). Although this study purports to show an association with BED, a number of statements by (1) the ABCD database; (2) other researchers; and (3) the authors themselves, question this. As identified, I have reviewed a Release Note (5.1),[1] which advised that the

---

[1] *Adolescent Brain Cognitive Development (ABCD) Study. Release notes (release 5.1). Published November 8, 2024. doi:10.15154/z563-zd24, https://wiki.abcdstudy.org/release-notes/start-page.html – via The Wayback Machine - https://web.archive.org/web/20241225070135/https://wiki.abcdstudy.org/release-note*

KSADS summary scores (i.e., the data used in Nagata 2021) "had missing data," which was subsequently updated, but that issues remained "with the KSADS Eating Disorder diagnoses," "so please use the symptoms for analyses." The Release Note data further explained that, based on the mental health workgroup's "extensive review of the criteria used for all of the eating disorder diagnoses in KSADS," they believed "that the current criteria are more restrictive than necessary, and thus underestimate the rates of all eating disorder diagnoses." Finally, as explained by the Nagata 2021 authors, they used parental responses to the KSADS-5 screening tool and then "extrapolated into the diagnosis of current binge-eating disorder from reported symptoms corresponding to the DSM-5." Diagnoses of BED cannot be reliably made in this way without a clinical interview of the child, as the child has information on his/her eating behavior that the parents do not. The Nagata 2021 authors recognized this problem by stating that "parent and child reports of binge eating tend to have low concordance."

106.    ROUSSEAU 2017: Investigated whether passive Facebook use is reciprocally related to adolescents' body dissatisfaction, through comparison on Facebook in two time points six months apart in 1,840 high school adolescents (12-19 years old). The Body Dissatisfaction Subscale of the Body Attitude Test was used to measure body dissatisfaction, which is not used to make a diagnosis of any eating disorder. Of note, the authors also adjusted for participants' gender, age, average daily time spent on Facebook, and life satisfaction. The authors reported "First, the present two-wave panel study demonstrated a reciprocal dynamic between passive Facebook use, comparison on Facebook, and adolescents' body dissatisfaction. Although social comparison is almost inevitable when using Facebook, the observed reciprocal pathway leads to the tentative conclusion that body dissatisfied adolescents also deliberately seek out comparison on Facebook, possibly with the aim of self-improvement." The study participants were not assessed for whether any SMU of any kind resulted in an ED.

107.    SEVIC 2020: This study examined social networking site use and sexually explicit material and the internalization of appearance ideals and body surveillance in 743 Croatian adolescent men ($M_{\text{age at baseline}}$ = 15.9) over 5 waves. The authors reported that over a period of 22 months both the internalization of appearance ideals and body surveillance decreased. The authors concluded that "while this study confirmed the association between both baseline levels and changes in the internalization of appearance ideals and body surveillance, it failed to provide evidence for a longitudinal relationship between respectively the use of online social networks and sexually explicit material and either the internalization

36

of appearance ideals or body surveillance among adolescent men." The study participants were not assessed for whether any SMU of any kind resulted in an ED.

108.    SHI 2024: This study assessed the association between social media use and symptoms of binge eating in 1,940 adolescents (11-12 years old). The data for this study was taken from the ABCD study; however, unlike Nagata 2021, above, the authors "focused on symptom-based variables" because the eating disorder diagnoses used in Nagata 2021 "were subsequently identified as inaccurate." Participants with ≥1 account were asked to complete a six-item Social Media Addiction (SMA) questionnaire adapted from the Bergen Facebook Addiction Scale using: no symptoms (score of less than 7); mild symptoms (scores 7–23); and addiction (score of ≥24). BE was assessed using the parent and child KSADS-COMP – with an artificial combined score. The KSADS-Comp does not confer an ED diagnosis when self/parent-reported. Also, potential confounders that were not accounted for included adverse childhood experiences, family history of eating disorders, and the impact of any other diagnoses. The authors reported "our findings suggest that social media addictive behaviors may serve as an early indicator of subsequent BE." However, this "study did not find a link between SMT [time spent on social media] and BE symptoms." Also, the authors recognized that "SMA is not currently recognized as a formal diagnosis in the DSM-5-TR and is instead defined in the current study using a self-report research instrument, highlighting the need for cautious interpretation of our results." The study participants were not assessed for whether any SMU of any kind resulted in an ED diagnosis.

109.    STEINSBEKK 2021: Examined the association between "self-oriented" social media use (Facebook, Instagram, Snapchat, & Twitter) by posting updates and photos on one's own page or "other-oriented' social media activities (e.g., liking/commenting on others' posts) and appearance self-esteem across four years in 725 adolescent girls (10-14 years old). Appearance self-esteem was measured with the Self-Description Questionnaire and the Self-Perception Profile for Adolescents, which are not tools used to diagnose an ED or BDD. The authors reported that other oriented SMU correlated with reduced appearance self-esteem, while self-oriented posting did not. The study participants were not assessed for whether any SMU of any kind resulted in an ED.

110.    TIGGEMANN 2017: Examined the association between Facebook use and body image concerns in 438 adolescent girls (13-15 years old) at two time points 2 years apart. The authors found that the number of Facebook friends prospectively predicted increased drive for thinness, though internalization and body surveillance

37

prospectively predicted the number of Facebook friends. Body image concerns were measured by assessing internalization of beauty ideals from the Sociocultural Attitudes Toward Appearance Questionnaire, and body surveillance was assessed by the Objectified Body Consciousness Scale. These scales are not diagnostic tools for an ED or BDD. The study participants were not assessed for whether any SMU of any kind resulted in an ED.

111.   VALL-ROQUE 2023: Explored the association between Instagram use and body dissatisfaction, physical appearance comparisons in 272 adolescents and adult women (16-70 years of age). This was a four-wave study over 2019-2021 and the EAT-26 screening scale was used. As noted above, the EAT-26 screening scale cannot be used to diagnose an eating disorder. The authors reported: "This study suggests that women's body dissatisfaction and physical appearance comparisons have increased throughout the COVID-19 pandemic. However, this increase might not be as clear for those who had eating disorder risk before the pandemic. Instagram frequency of use, and the percentage of women following appearance-focused accounts on Instagram, do not seem to have significantly increased." The study participants were not assessed for whether any SMU of any kind resulted in an ED.

## IX.   CROSS SECTIONAL STUDIES

112.   I also reviewed cross-sectional studies that looked at SMU and symptoms of eating and body image dissatisfaction (e.g., Tiggemann 2013, Meier 2014, Tiggemann 2014, McLean 2015, Walker 2015, Cohen 2017, Santarossa 2017, Zeeni 2018, Kelly 2019, deVries 2019, Aparicio-Martinez 2019, Wilksch 2020, Fardouly 2020, Rodgers 2020, Lonergan 2020, Pruccoli 2022, Mesce 2022, Sagrera 2022, Çimke 2023, Bai 2024, Boniel-Nissim 2024, Griffiths 2024). Cross-sectional studies by design can demonstrate associations between variables, but cannot establish causation or temporality. For example, cross-sectional studies finding an association of SMU and eating disorders do not allow a determination as to whether increased SMU causes/contributes to ED symptoms or whether people with higher ED symptoms use more social media – or some bidirectional relationship. Therefore, I did not focus on the findings of these studies in forming my opinion regarding causality. Similarly, I did not focus on studies discussing ecological data, survey data or other uncontrolled data because this type of anecdotal data cannot establish reliable information to make a causal assessment. I did review cross-sectional studies to understand the extent of the research in this area, and assess for consistency or inconsistency of the association between social media use and eating disorders. Appendix C contains my summary of these cross-sectional studies.

## X.    META-ANALYSIS

113.    I identified several meta-analyses that examined studies of SMU and symptoms of eating disorder and body dissatisfaction (Mingoia 2017, Saiphoo 2019, de Valle 2021, Zhang 2021, Huang 2021). Of note, these meta-analyses mostly involved the assessment of cross-sectional studies, with the exception of de Valle 2021. Since cross-sectional studies cannot show temporality, a summary of their results would similarly not demonstrate causation. Additionally, akin to the experimental and longitudinal studies, none of these meta-analyses evaluated studies that had an ED or BDD as an outcome measure. As a result, they are not capable of establishing an association between SMU and ED or BDD. Below is a review of these meta-analyses (listed in alphabetical order).

114.    de VALLE 2021: Assessed 59 experimental and 10 longitudinal studies that evaluated social media use and body image (appearance comparison). Overall, the authors noted: "The key novel findings from the present meta-analyses are that viewing appearance-ideal social media images has a causal, negative impact on body image, contextual features make a very small difference to this impact, appearance-ideal social media images are more detrimental to body image than other types of appearance images on social media, and social media use at a given time is associated with slightly poorer body image later in time." Additionally, "Social media use predicts a very small increase in body image disturbance longitudinally, controlling for baseline body image, but it is not yet clear what kind of use is most strongly related to body image nor the timeframe in which this relationship emerges." The majority of the experimental studies looked at brief exposures to appearance ideals and the short-term impact on body image. Therefore, this meta-analysis does not assess cumulative exposure to SMU, nor did the studies included actually confirm any ED diagnosis or BDD diagnosis. As a result, it cannot assess whether any SMU results in an ED or BDD.

115.    HUANG 2021: This meta-analysis examined various media forms (television commercial, television program, magazine commercial, magazine contents, and social media) and outcome types (i.e., affective, cognitive, or behavioral outcomes). However, this meta-analysis had several limitations. First, they mixed cross- sectional designs and experimental designed studies, which does not allow for accurate conclusions about causality. Second, they also note that they (essentially) did not differentiate "disordered eating" from eating disorder (diagnoses) – which is not something supported by the scientific literature or medical community. Lastly, disordered eating does not confer a diagnosis of an eating disorder, so equating it as such leads to false conclusions.

39

116.    MINGOIA 2017: Examined the relationship between photograph-based social network sites (SNSs) and perceptions of body attractiveness using mostly cross-sectional studies. This meta-analysis found a positive association between the use of SNSs and internalization of a thin ideal with a small to moderate effect size. However, this meta-analysis only relied on a mixture of correlational studies, which lack temporality and cannot establish causality, and one experimental study. This meta-analysis does not analyze (and cannot assess) whether any SMU results in any ED or BDD diagnosis.

117.    SAIPHOO 2019: Analyzed the effects from social media exposure (Facebook, Twitter, Instagram, Tumblr, Pinterest, Flickr) and body image effects in only cross- sectional studies. Even though the authors reported a "small, positive, and significant relationship between social media use and body image disturbance," they also noted "First, our analysis only included cross-sectional studies. This, of course, limited our ability to make causal claims. In other words, we are unable to say, based on this analysis, whether increased use of social media results in body image disturbance, or if preexisting body image disturbance causes individuals to use social media at a higher frequency. Further, the estimate of a relationship provided in cross-sectional studies cannot take potential third variables into account." This meta-analysis does not analyze (and cannot assess) whether any SMU results in an ED or BDD.

118.    ZHANG 2021: Examined the interaction between SNSs (Twitter, Facebook, Weibo, Instagram) use and eating disorder behaviors among a mixture of both cross- sectional and longitudinal studies. Authors reported "a small, positive correlation between frequent and intensive use of SNSs and disordered eating behaviors." However, the results depended on the specific cohort. For example, the authors also reported: "As far as BMI [body mass index] is concerned, the results indicate that an increase in the average BMI of the sample is usually accompanied by a decrease in the tendency for people to suffer from eating disorders associated with SNS use." Overall, this meta-analysis only analyzes symptoms of an eating disorder and does not examine (and cannot assess) whether any SMU results in a diagnosis of an ED or BDD.

## XI.    SUMMARY OF NEUROBIOLOGICAL AND GENETIC ETIOLOGY OF EATING DISORDERS

119.    Scientific understanding of the etiology and risk factors for EDs has rapidly evolved over the past couple of decades as researchers have used advanced brain scanning – including functional MRI – to show neurobiological underpinnings

of EDs. Research strongly supports that neurobiological and genetic factors play a significant role in the development and maintenance of EDs.

120.    Neuroimaging studies show structural and functional differences in brain regions involved in reward, impulse control, and body perception (Bulik 2022). For example: The prefrontal cortex, involved in cognitive control and decision making, has been shown to be overactive in AN. Additionally, altered dopamine signaling in the reward centers of the brain (nucleus accumbens), results in reduced reward sensitivity – with some reports of normally rewarding stimuli actually causing increased anxiety in patients with AN. So, the combination of hyperactive prefrontal cortex, and altered reward response, perpetuates restriction of food in AN. This phenomenon continues, despite states of significant starvation. Another area of the brain shown to be altered in AN is the insula. The insula is involved in scanning our bodies for basic survival needs. In non-ED individuals, the insula sends powerful drives to get food when one has not eaten for a while – which is powerful, overrides other drives, and compels someone to eat. In AN, this signaling does not work properly, resulting in the dangerous and potentially deadly "ability" to tolerate starvation states – to a very severe degree in many cases. Such altered brain circuitry is not common and contributes to our understanding of the relatively low rates of AN – despite the vast number of people who diet (Kaye 2013).

121.    Conversely, patients with BED have heightened pleasure responses, including high anticipatory excitement for rewards (in this case food), with an underactive prefrontal cortex.

122.    There is also a significant body of scientific evidence from different lines of research showing that genetics play a key role in the development of eating disorders. Twin studies consistently show higher concordance rates for EDs in identical twins compared to fraternal twins, suggesting a strong genetic component. For example, heritability estimates for AN range from 50-74%, and for BN and BED, they range from 45-60%. Family studies reveal that individuals with a first-degree relative with an eating disorder are significantly more likely to develop one themselves. If an individual has a relative with AN, they are 11.3 times more likely to have AN (Thornton 2011).

123.    Genome-Wide Association Studies (GWAS) are a research method used to identify genetic variants associated with a particular trait or disease by examining the entire genome of a large group of individuals. Large-scale GWAS have identified specific genetic variants linked to eating disorders (Bang 2023). For example, variants on chromosome 12 have been associated with AN -particularly in

41

regions linked to metabolic and psychiatric traits (Duncan 2017). More recently, GWAS studies have found 8 genes or genetic markers associated with the development of AN (Bang 2023, Bulik 2022).

## XII. ANALYSIS OF SOCIAL MEDIA USE AND WELL-BEING SYMPTOMS STUDIES

124.   I considered several randomized-controlled experimental studies that assessed the association of social media exposure and well-being (e.g., Sagiolou 2014, Verduyn 2015, Tromholt 2016, Hunt 2018, Vanman 2018, Sherlock 2019, Yuen 2019, Engeln 2020, Allcott 2020, Graham 2021, Przybylski 2021, Gu 2021, McComb 2021, Van Wezel 2021, Collis 2022, Lambert 2022, Mahalingham 2023, Faulhaber 2023, Dost 2023, deHesselle 2024, Schmidt-Persson 2024, Davis 2024, Arceneaux 2024, Walsh 2024). Similar to the experimental social media use and symptoms of EDs and body dissatisfaction studies, a large majority of these studies only examined adults (≥18 years of age) and failed to assess children and adolescents, which do not represent the overall general population.

125.   Many of the social media exposure experimental studies analyzed symptoms of depression and anxiety studies after a short break from social media, but the results were mixed. For instance, some studies reported that breaks from social media had positive effects on mental health (Tromholt 2016, Hunt 2018, Faulhaber 2023, Schmidt-Persson 2024, Arceneaux 2024); however, other studies found no significant differences in depression, anxiety, or well-being due to time away from social media (Vanman 2018, Przybylski 2021, Van Wezel 2021, Collis 2022, deHesselle 2024) or even negative effects from restricting social media use (Walsh 2024). Overall, none of these studies assessed a diagnosed psychiatric condition.

126.   I also reviewed multiple longitudinal studies on social media exposure and depression, anxiety and well-being outcomes. First, the majority of these studies relied on self-reporting of depression and anxiety symptoms by the study participants, instead of a clinical DSM diagnosis of depression and/or anxiety by a clinician. One study (Steinsbekk 2023) interviewed both children and their parents for symptoms of depression and anxiety every 2 years for 8 years using a DSM-IV and V criteria with trained personnel. Steinsbekk 2023 reported: "When examining different social media behaviors in a birth cohort sample biennially assessed from age 10–16 years, measuring mental health problems with clinical interviews of multiple reporters, our within-person results revealed no prospective relations between social media use and symptoms of anxiety and depressive disorders—in

42

either direction." Second, many of these studies failed to adjust for key confounding variables such as pre-existing medical conditions (e.g., anxiety, depression). Third, these studies also varied from one to another in outcomes and range of scales used to measure emotional symptoms including but not limited to: short Moods and Feelings Questionnaire (sMFQ), the Beck Depression Inventory (BDI), the Strength and Difficulties Questionnaire (SDQ), Centers for Epidemiological Studies Depression Scale for Children, Spielberger State-Trait Anxiety Inventory (STAI-S), Spence Child Anxiety Inventory, the Child Anxiety Related Disorders (SCARED), and the Multidimensional Anxiety Scale for Children (MASC). Overall, the results of these longitudinal studies were mixed and did not demonstrate that social media exposure resulted in a clinical diagnosis of depression or anxiety in adolescents or young adults. Again, none of these studies assessed a diagnosed psychiatric condition.

127.    Additionally, I reviewed multiple cross-sectional studies on social media exposure and depression, anxiety and well-being outcomes. As noted above, since cross- sectional studies by design cannot establish temporality or causality, I did not include their findings in this report.

128.    Finally, I considered meta-analyses on social media exposure and depression, anxiety and well-being outcomes. The majority of these meta-analyses reported small effects from mostly cross-sectional studies, which cannot demonstrate a temporal effect or causality. Among these meta-analyses, only one meta-analysis (Ferguson 2024) examined only experimental studies and reported that "meta- analytic evidence for causal effects was statistically no different than zero." No meta-analysis assessed a diagnosed psychiatric condition. As a result, these studies cannot reliably assess or answer the question concerning whether SMU, or a particular feature of the apps, cause any ED.

## XIII.    RESPONSE TO PLAINTIFFS' EXPERTS' OPINIONS REGARDING ISSUES RELATED TO EATING DISORDERS

129.    I have reviewed the reports of plaintiffs' experts who discuss eating disorders, or more accurately, symptoms that they associate with eating disorders. These include the reports of Drs. Stuart Murray, Ramin Mojtabai, Dimitri Christakis, Drew Cingel, and Gary Goldfield.

130.    Based on my review of these reports, I have several concerns with the plaintiffs' experts' methodologies and resulting opinions.

43

131.    The flaws in plaintiffs' experts' analyses include that:

(a)    Not a single expert identifies a single study that diagnoses an eating disorder, and instead they focus on symptoms of EDs.  Given the prevalence of body dissatisfaction and disordered eating in the general population – and the very low prevalence of EDs and BDD – this approach sweeps in a significant number of behaviors (and participants) that will never develop any ED or BDD. In relying on symptoms, plaintiffs' experts are unable to distinguish between normative and pathological behaviors.

(b)    In their assessments, plaintiffs' experts lump together all eating disorders, rather than distinguishing between different eating disorders (e.g., AN, BN, BED).  As outlined above in Section V, each of these EDs requires that patients meet a different set of criteria.

(c)    Plaintiffs' experts rely mostly on cross-sectional data in order to reach their opinions; as discussed above, cross-sectional data cannot be used to reach any valid opinions regarding causation.

(d)    Plaintiffs' experts rely on an incomplete selection of studies in reaching their opinions; they do not discuss, and thus appear to disregard, a host of studies that do not find any association between social media use and eating disorder symptoms.

(e)    Plaintiffs' experts operate from the premise that "Social Media Addiction" is a recognized disorder, which it is not, nor is it included in the DSM-V-TR or the ICD.

132.    Below I will address several of my criticisms and concerns based on my review of the reports of plaintiffs' experts who made claims regarding SMU and eating disorders in their reports.  Although I address a few other experts briefly, I have focused my critique on the opinions offered by Dr. Stuart Murray, given his research focus on EDs and the greater emphasis he places on EDs in his report.

133.    All of the studies Dr. Murray relies upon to support his opinions (in Section XI of his report) that SMU causes eating disorder symptoms or body dissatisfaction/body image issues are either cross-sectional studies, qualitative studies, surveys, or review articles. None are longitudinal or experimental studies.

134.    For example, Dr. Murray argues, in the section starting at paragraph 152, that "Social Media Plays a Substantial Role in Modifying Body Image and

44

Driving Eating Disorders". The evidence that he cites for this opinion is based on surveys (e.g., Baker 2019) and cross-sectional designs, making causation conclusions not possible because of lack of temporality and failure to control for potential confounders.

135.    In paragraph 153, Dr. Murray states: "Being exposed to body checking videos on TikTok causes increased body dissatisfaction and increased negative feelings." A central problem with this statement is the use of the word "causes" when the outcomes he refers to are very broad, without any information as to the magnitude of feelings, length of time these feelings lasted, and their impact on any aspect of the participants' lives.  He bases this statement on an experimental study by Westenberg 2023.  This study was conducted online only, and used females in a college psychology class, with unknown confounders of the local environment, individual comorbidities, and demand outcome bias. The participants were randomly assigned to view 1 of 3 different TikTok video sequences: 1) body checking, 2) body positivity, and 3) neutral (animals/weather/travel). Each feed was approximately 2 minutes long. Newly developed, non-validated measures were used to assess body image and feeling states – and were given just before viewing, and then the post-test was given closely after the 2 minute video sequences. Measures given just before and closely after a 2 minute "exposure" do not allow conclusions to be drawn about whether these changes were momentary or the level of impact of the reactions. Many women and men may feel somewhat worse about their bodies after viewing sculpted or altered videos – and the vast majority of them will not develop an ED or BDD. The authors provide no information to allow connecting those momentary negative feelings to an ED, BDD or another psychiatric disorder. This study design also focused on the impact of viewing content.

136.    Dr. Murray then states, in paragraph 154: "A study of American high school students found that those who reported using social media more than 2 hours daily were 1.6 times more likely to experience body image issues than those who spent less time on social media." Dr. Murray cites Sagrera 2022 as the reference, which is another cross-sectional design that is unable to determine causality. Additionally, there are potential confounding factors that were not addressed.  Like other self-report measures of SMU, this study does not distinguish between content viewed and features of social media.

137.    In the very next paragraph (155), Dr. Murray claims that "a dose response is evident – in that adolescents with more social media accounts, and adolescents who spend more time spend on social media, are more likely to endorse disordered eating cognitions and engage in disordered eating." Dr. Murray cites two

45

studies (in footnote 141, Dahlgren 2024 and Wilksch 2020) to support this statement; however, both of these studies were cross-sectional studies, preventing a determination that the exposure of social media occurred before the studied outcomes. Thus, neither study provides evidence of a dose-response relationship.

138. In paragraph 158, Dr. Murray states: "Repeated exposure to these digitally enhanced and unrealistic images results in adolescents unfavorably comparing themselves to the images … which results in an immediate reduction in body esteem and in general mood, and the development of disordered eating." While there are some experimental studies that support the hypothesis that viewing digitally enhanced photos can result in an immediate reduction (of unknown duration/impact) in body image and mood state, none of the current literature (including the studies Dr. Murray cites) shows that a certain amount of exposure to digitally enhanced images causes the development of an ED or BDD. Nor do any studies show that unfavorable comparisons with images result in the development of disordered eating over time or to the extent that confers an ED diagnosis.

139. The experimental study that Dr. Murray cites (Fardouly 2015) for the latter part of the above statement regarding exposures to digitally-enhanced images resulting in the "development of disordered eating" is actually not discussed in this study. Nor is the development of disordered eating discussed in the second reference (Scully 2023), which is a cross-sectional study design (see Murray footnote 149).

140. Then, in paragraph 159, Dr. Murray states regarding Dondzilo 2023: "Empirical analyses of university students in the United States illustrated that engagement with appearance and eating-related content on TikTok is associated with higher eating disorder symptoms. Mechanistically, serial mediation analyses noted that higher proportions of *recommended* appearance and eating-related content on TikTok is in turn associated with social media appearance comparisons, which in turn is associated with eating disorder symptoms. Moreover, this study noted no association between screentime in general, nor a general tendency to engage with content, and eating disorder symptoms. These data, and the figure below, underscore how algorithmically targeted exposure to specific content on TikTok portends the development and maintenance of eating disorder symptoms." The reference that he uses here is Dondzilo 2023, which is a cross-sectional study that is unable to identify temporality, the direction of any association, or to control for potential confounding factors impacting the relationship. As noted, this study looked at ED symptoms, but did not assess for ED diagnosis, nor any specific ED. Additionally, Dr. Murray fails to note that the Dondzilo 2023 authors add that "some of these correlations become non-significant after controlling for multiple

46

tests." Like other studies, this study evaluated responses to content viewed by study participants.

141. Based on my review of Dr. Murray's report, he did not address a number of studies cited earlier in my report that failed to show an association between SMU and body satisfaction or any eating disorder symptoms, including Ferguson 2014, Maes 2022, Rousseau 2017, Sevic 2020, and Vall-Roque 2023. Dr. Murray also failed to examine the vast majority of the experimental studies I address above, including Blackburn 2024, Brown 2016, Bue 2020, Byrne 2024, Cohen 2015, Cowles 2023, deHesselle 2024, Dignard 2021, Engeln 2020, Hendrickse 2021, Joiner 2023, Lowe-Calverley 2021, Mabe 2014, Manning 2022, McComb 2021(a) and 2021(b), Prichard 2023, Pritchard 2023, Pryde 2022, Sampson 2020, Seekis 2023, Sherlock 2019, Thai 2023, and Tiggemann 2015, 2018, and 2020.

142. Further, all of the published articles relied upon by Dr. Murray to support his opinions that SMU causes either BDD or BDD symptoms are either cross-sectional studies or uncontrolled, anecdotal reports. None are longitudinal or experimental studies, and thus they cannot be used to support a causation opinion. For example, Dr. Murray cites Ateq 2024, a cross-sectional study ("which prevents any conclusion about causality between the study variables" and Elsadai 2022 ("This study uses a cross-sectional correlational design."). And Dr. Murray cites Alsaidan 2020 to claim a "four-fold higher prevalence of BDD among social media users," yet that study noted prevalence rates of 4-12% for BDD in Saudi Arabia.

143. Finally, Dr. Murray endorses "social media addiction" in children and youth, and claims that it can cause or contribute to other mental health harms (in paragraph 3(a)). But "Social Media Addiction" is not a recognized DSM-V-TR diagnosis, nor is it included in the ICD-10. Further, there are no accepted diagnostic criteria for such a diagnosis.

144. Similar to Dr. Murray, plaintiffs' other experts also engage in analyses that contain a host of methodological flaws that I have outlined in my Opinions in Section I, including relying on cross-sectional data, failing to address confounders, and relying on symptom scales that cannot be reliably used.

145. For example, Dr. Mojtabai references experimental studies (e.g., Seekis and Kennedy 2023, at paragraph 289), although they have the same limitations of short exposure, brief post-exposure feeling state, inability to control for demand effects and that they were not designed to assess any ED or BDD. The studies also assess the impact of content on study participants.

47

146.    Dr. Mojtabai also relies on cross-sectional studies (e.g., Sanzari 2023, in paragraph 254) to support his causation opinions.  But for any study employing a cross-sectional design, assigning cause or directionality of any association is not possible.

147.    Dr. Mojtabai also relies on a meta-analysis, which he claims "predicted maladaptive interactions with social media and heightened susceptibility of eating disorder pathology" (in paragraph 246).  But this meta-analysis (Dane and Bhatia 2023) is a meta-analysis of primarily cross-sectional studies, which does not allow for proof of causality or the directionality of any associations.  Nor does this meta-analysis (or the cross-sectional studies included in it) adequately address important confounders (as discussed by the paper's authors, and as I have generally discussed in earlier Sections of this report).

148.    Plaintiffs' expert Dr. Christakis claims (in paragraph 101) that "consensus statements leave little doubt that leading professional medical and psychological organizations recognize that social media and its problematic and addictive usage is harming children and teenagers today."  However, the National Academies of Sciences, Engineering, and Medicine report on SMU refutes the claim that there is a general consensus that SMU causes EDs (or psychiatric disorders more generally).  This report stated: "The committee's review of the literature presented in this chapter and Appendix C did not support the conclusion that social media causes changes in adolescent health at the population level." (National Academies of Sciences, Engineering, and Medicine 2023)

149.    In his discussion starting at paragraph 270, Dr. Christakis compares EDs (both AN and BN) to BDD without clarifying the very pertinent differences between AN and BN, which goes directly to any attempts at comparing either disorder to BDD. BDD requires some body image distortion – usually a specific feature. In contrast, BN does not require body image distortion, and patients with BN can be of normal or high body mass index (BMI). Patients with BN overvalue having a certain body type, but may not have actual body image distortion. AN patients often, but not always, have body image distortions. They can be aware of being severely underweight, but are phobic that if they eat, they will lose control and become fat.  Another important difference is that the DSM-5-TR places BDD under obsessive compulsive disorder (OCD) and related disorders.  In contrast, DSM-5-TR categorizes AN and BN as EDs, in part due to the abnormal neurobiology that characterizes EDs, which is centered in key survival circuitry of the brain. Notably, across the spectrum of EDs, there are distinct differences in the neurobiology between the various EDs. This is fundamental to understanding EDs,

48

and their critical distinctions from BDD. (See neurobiology section, above, for additional details.)

150.    Dr. Christakis also claims a dose-response relationship between SMU and BDD (in paragraph 309), but Dr. Christakis's only support for this opinion is Saiphoo 2019, a meta-analysis that did not analyze BDD and only contained cross-sectional studies, which cannot establish temporality or control for confounders.

151.    Like the others, Dr. Cingel relies on cross-sectional studies in an attempt to link social media to symptoms, including decreased body image, appearance comparisons, thin-ideal internalization, body dissatisfaction, and "a greater likelihood of meeting the criteria for one or more eating disorders" (in paragraph 143).  Dr. Cingel cites studies including Lonergan 2020, which was cross-sectional in design, and thus cannot be used in a causal assessment, as described above.  Lonergan 2020 also used a self-screening tool which does not translate to being able to say participants met criteria for 1 or more EDs – especially using the self-report (EDE-Q) in a cross-sectional design.  As to these points, the Lonergan authors state: "It is not clear whether these SMU behaviors contribute to the development and/or maintenance of eating disorders, or whether the social media behaviors studied here are part of the sequelae of eating disorders".  Stated differently, Lonergan 2020 cannot contribute to a causal assessment, and it used the EDE-Q as a surrogate for ED diagnoses.

152.    Further, in paragraph 165, Dr. Cingel points to a review by Vandenbosch (2022), which he claims "concludes a link between social media use and negative body image (in line with multiple previous review articles)," and further claims that "these are design features of social media unique from content." In reaching this opinion, Dr. Cingel makes an unsubstantiated leap from an association between taking/editing selfies (as discussed in Vandenbosch 2022, and related references) to saying these behaviors "cause" negative body image. Vandenbosch 2022 (and related reviews, including Saiphoo 2019), is primarily reliant on cross-sectional studies. This, of course, prevents any attempt to make causal claims. In other words, we are unable to say, based on this analysis, whether increased use of social media results in body image disturbance, or if preexisting body image disturbance causes individuals to use social media at a higher frequency. Further, the estimate of a relationship provided in cross-sectional studies cannot take potential confounders into account. Additionally, it is not clear how the conclusion from the Vandenbosch article separates out design features from content as it is not possible to disentangle design features of likes and edits from the content.

49

153.    In paragraph 162, Dr. Cingel cites to studies that only measure body image/self-esteem, mood, etc., immediately after the "exposures" occur. This limitation does not allow for extrapolation to a cumulative state or whether this impacts the development of an ED. Again, the reference to Lonergan 2020 does not strengthen plaintiffs' experts' assessment of causality since Lonergan is also a cross-sectional study design.

154.    In Dr Goldfield's report, he uses meta-analysis on page 48 to support a causal relationship between social media and body image. He cites 3 studies which are in my MDL report. The first 2  Saiphoo (2019) is a meta-analysis of cross-sectional studies and Huang (2021) is a mix of cross sectional and experimental designs, and de Valle (2021) which includes a meta-analysis of experimental designs and longitudinal designs (analyzed separately).  The fourth meta-analysis in Dr Goldfield's report is Bonfanti (2025), which is a mix of cross sectional and correlational studies. Aggregating or including cross-sectional studies through meta-analysis may highlight possible associations worth designing more rigorous longitudinal or experimental study designs, but, it does not overcome the fundamental design limitations: the inability to infer causality due to a lack of temporal resolution, and lack of controlling for confounders.  Not only does cross sectional data missing causality, possible confounding and/or unknown significant variables, they are also unable to show the direction of the association. It is quite possible that people with body image sensitivity are more likely to find body image related content on social media. The de Valle study is the only one that looked at experimental designs separately. However, the experimental studies used by de Valle have the limitations of not assessing eating disorder diagnoses, and used study design that only show a momentary response to a short exposure, in an artificial setting. Please see my meta-analysis review section of this report for additional details regarding these studies limitations.

155.    I note that plaintiffs' experts cited other experimental studies; however, these studies did not assess an outcome of a clinical diagnosis of an eating disorder or BDD and therefore cannot establish causation. For instance, Dr. Murray cited Holland 2016 (para 177), Westenberg 2023 (para 153), and Dondzilo 2023 (para 159) in his discussion on social media exposure and body image dissatisfaction, but these studies only examined symptoms of an eating disorder or body dissatisfaction and did not assess a clinical diagnosis of an eating disorder. Similarly, in his discussion on social media use and BDD or BDD symptoms, Dr. Murray's MDL report relied on experimental studies that did not assess an outcome

of a clinical diagnosis of BDD including Schroeder 2025 (para 213) and Dijkslag 2024 (para 214).

156.    Finally, I also note that, to the extent plaintiffs' experts rely primarily on review articles without original data, cross-sectional studies, and qualitative studies, these studies are not sufficient to establish a cause-and-effect relationship. For instance, Dr. Murray cited Day 2022 (para 156) and Vandenbosch 2022 (para 162), which are review articles. He also referenced meta-analyses with cross-sectional studies (e.g., Cafri 2005 (para 142) and Bonfanti 2025 (para 164), cross-sectional studies (e.g., Scully 2023 (para 158), Sagrera 2022 (para 154) and Dahlgren 2024 (para 155)), and qualitative studies including Baker 2019 (para 152) and Berne 2014 (para 156), which cannot establish causation. Dr. Goldfield also cited a meta-analysis with cross-sectional data, Bonfanti (para 275).

## XIV.    SUMMARY OF OPINIONS BASED ON TRAINING, CLINICAL EXPERIENCE AND REVIEW OF SCIENTIFIC LITERATURE

157.    Extensive research findings have confirmed that eating disorder development has strong contributions from neurobiology and genetics (Bulik 2022). Multiple areas of research have found that EDs are highly heritable, and there are functional neuroimaging studies that show unique neurocircuitry and associated cognitive and behavioral correlates that are found in patients with EDs when compared to controls. It is important to consider that while millions of people use social media and millions of people diet, only a small percentage develop an ED (with AN being the least common). The available scientific data supports that genetic and temperament specific brain circuitry, responses to stress, and neurobiological response to food restriction are amongst the most powerful correlates of developing an ED, including the type of ED one is most likely to develop.

158.    The longitudinal and experimental studies on SMU are highly limited in scope and are not designed to assess or draw conclusions about whether SMU causes clinically diagnosable EDs. There are no studies that I found that used clinician-administered diagnostic tools to look at clinical diagnosis of an ED as an outcome to SMU. While a limited number of the studies used EAT-26, EDE-Q, EDI, or KSADS – they used the patient or parent report version, which are known to have both false negative and false positive results. Furthermore, the various subsets of ED symptoms (e.g., body dissatisfaction, negative body image, thoughts of restricting or over exercising, etc.) that are used in the studies are common in people who do not meet criteria for eating disorders - especially if measured during

51

a time limited state. The bulk of SMU and eating disorders studies looked at changes in body image dissatisfaction, internalized thin ideal, disordered eating, and/or related subsets of symptoms (including screening tools) - none of which confer a diagnosable ED - especially in a single post-exposure setting. A clinical diagnosis of an ED requires thoughts and behaviors experienced over time (e.g., a minimum of 3 months for BED and BN), at a minimal frequency and/or severity (DSM-V-TR). Additionally, the results on the non-specific outcomes that were analyzed in the studies are not always consistent.

159.    The gold standard experimental studies have a number of design flaws as discussed above. The studies use artificial experimental designs - that do not extend to real-life conditions that were applied over a significant period of time, and resulted in symptoms/behaviors of a DSM-V-TR eating disorder. The outcome measures were relatively momentary after exposure, which cannot be extended to a long enough period to meet an eating disorder diagnosis. Additionally, the experimental study designs generally do not allow for blinding, and given the very public debate and opinions on the impact of SMU on EDs – the subjects are not just "unblinded," but may also have unconscious bias based on expectations. This is called "demand bias" - which is when participants, consciously or unconsciously, alter their responses or actions based on ways that they believe are expected or socially desirable, rather than reflecting their true opinions, experiences or behavior.

160.    It is not possible to draw reliable conclusions from these studies that any type of SMU, including SMU generally or use of any specific feature of the apps, causes any specific EDs. Nor is there reliable scientific evidence that SMU, or a feature of social media apps, causes any specific ED.

161.    While BDD is not an eating disorder, none of the studies reviewed on SMU established a causal relationship between any SMU (or any feature of the apps) and this distinct psychiatric disorder.

162.    As for the discussion of internal documents from social media companies that are referenced in Plaintiffs' experts' reports, these discussions reflect either anecdotal, survey or correlational data, which falls short of establishing causation using well-established scientific standards.

163.   The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

Terry A. Schwartz, MD

July 9, 2025

53

| NAME<br>Terry A. Schwartz | CURRENT POSITION TITLE<br>Interim Chief, UC San Diego Eating Disorders Division<br>Director of Medical and Clinical Services, UCSD Eating Disorders Treatment Center<br>Professor of Clinical Psychiatry |
|---|---|

| EDUCATION<br>INSTITUTION AND LOCATION | DEGREE<br>*(if applicable)* | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| UC Berkeley—Berkeley, California | BS | 1985-1988 | Chemistry |
| Department of Medicine,   UC San Diego | MD | 1993-1994 | Medicine |
| UC San Diego School of Medicine | Intern | 1988-1993 | Internal Medicine |
| Department of Psychiatry, UC San Diego | Resident | 1994-1996 | Psychiatry |
| Department of Psychiatry, UC San Diego | Chief Resident | 1996-1997 | Outpatient Psychiatry |

## Positions and Employment

7/1997-7/2004    Associate Medical Director, UCSD Outpatient Psychiatric Services
7/1998-7/2004    Medical Director, UCSD Co Occurring Disorders Program, UC San Diego Gifford Clinic
6/2000-6/2002    Clinical Director, Eating Disorders Program, Alvarado Parkway Institute, La Mesa CA
7/2005-7/2010    Medical Director UCSD Adult Eating Disorders Program
7/2010-7/2011    Associate Physician: UCSD Counseling and Psychological Services
**7/2011-present    Director of Medical and Clinical Services, UCSD Eating Disorders Programs**
10/2014-10/2015  Interim Medical Director UCSD Adolescent and Pediatric Eating
                 Disorders Programs
7/2017-12/2019   Consulting and Treating Psychiatrist: UCSD Binge Eating Disorders Program
7/2020-12/2021   Interim Co-VC Clinical Division, Department of Psychiatry UC San Diego
12/2021-9/2024   Chief, Specialty Division,  UC San Diego Department of Psychiatry
 **9/2024 -present   Interim Chief, UCSD Eating Disorders Division**

## Honors, Awards, Memberships

7/1988           Phi Beta Kappa – 1988 – UC Berkeley, College of Chemistry
7/1998           Merck Index Award for Chemistry, UC Berkeley, 1988
7/1995           National Board of Medical Examiners, Diplomate
9/1999           National Board of Psychiatry and Neurology, Diplomate (re cert 2009)
7/2004           3rd Year Psychiatry Resident Teacher of the Year
7/2005           UCSD Department of Psychiatry Clinical Excellence Award,
10/2008-10/2020  Recognized as one of San Diego Top Doctors in San Diego Magazine, in
collaboration with San Diego County Medical Society (7 times since 2008)
2018             Teacher of the month UCSD Residency

## Volunteer and Committee Experience

7/1998-7/2004    Member Executive Committee UCSD Outpatient Psychiatric Services
5/2002-8/2003    Chair SD County Co-occurring Disorder Psychiatric Standards Committee
7/2000-7/2004    Member San Diego County Co Occurring Disorders Standards of Care
                 Implementation Committee
**7/2005-present    Member of UCSD EDC Executive Leadership Team**
**3/2012-present    Optum Behavioral Health Clinical Advisory Board**
**3/2012- present   Optum Behavioral Health Peer Review Committee**
5/2014-2019      Mentor for the UCSD EDC Co-Occurring Disorders Track
**8/2015-present    UC San Diego Physician Peer Review Committee, Dept of Psychiatry**
**4/2016-present    UCSD Dept of Psychiatry Clinical Council (Co-Lead 7/2020-present)**
11/2016-1/2022   UCSD Dept of Psychiatry Clinical Executive Committee (Co-Lead 7/2020-2022)
**8/2016-present    UCSD Dept of psychiatry Senior Faculty committee for academic advancement**

5/2018- 1/2019    Department of Psychiatry Child and Adolescent Division Review Committee.
7/2021-6/2024    UCSD Board Of Governors for HS – elected
**1/2021-present    Dept of Psychiatry, Clinical Finance Committee**

### Select Speaking/Guest Lecturer and Teaching  Experience

7/1998-present:  Supervision, training, mentorship of junior faculty psychiatrist and psychologists, psychiatry residents, post docs, medical students, other allied mental health professionals. Provided individual and group supervision, as well as leading treatment teams for General psychiatry, Co-Occurring Disorders), and Eating Disorders

9/2003 – CME trainings for San Diego County Mental Health psychiatrists and therapists: Assessment and psychopharmacology management of Co-Occurring substance abuse associated with other mental illness

8/2009 : CEU talk for San Diego Psychological Association "Update Psychopharmacology"

6/2010 : CEU Talk for San Diego Society for Clinical Social Workers "Update on Diagnosis and Treatment of Bipolar  Disorders"

8/2011 : CME lecture "update on Eating Disorders"  CPCMG Pediatricians Rady's Children's Hospital

8/2013 : CME "Eating Disorders and Co-Morbidity" for American Academy Of Family Physicians Scientific Assembly

5/2013 : CME Eating Disorders Psych Centers of San Diego

5/2013:  CME Sharp Healthcare Obesity Conference (Binge Eating Disorder)

5/2013 : Speaker for Borderline Personality Special Interest Group (SIG) at Academy of Eating Disorders (AED) National Conference

5/2013 : Speaker for Child/Adolescent SIG at AED National Conference

6/2014 : CEU Binge Eating Disorder UCSD EDC Preferred Provider Conference

7/2014 :CEU Binge Eating Disorders San Diego IAEDP (International Association for            Eating Disorder Professionals)

7/2015 : CEU Psychopharm of Eating Disorders For IAEDP

7/2014 : CEU Eating Disorders Psychopharmacology and Co-Morbidities

10/2015:Talk for the UCSD Student Organization: "Mind Body Nutrition" on Intro To Eating Disorders

8/2015 : Co presenter: Grand Rounds for UCSD Medical Center Ethics Committee

5/2015 : Guest Lecturer "Co-Morbidies in Eating disorders and Substance Abuse" UCSD Undergraduate Eating Disorders Course

2/2016: Lecturer: UC San Diego Eating Disorders Program 2016 conference: Substance Abuse, Affective Dysregulation and Eating Disorders

6/28/16 invited Guest, Expert Eating Disorders, UCSD Dept of Internal Medicine Grand Rounds, M & M Anorexia Nervosa

1/5/2017 invited CME Lecture: Student Health Services, and Couciling and Psychological Services, UCSD: ARFID : Diagnostic and treatment

**3/2017-present** (yearly)   Resident Lecture series: Eating Disorders Diagnostic and Treatment Strategies.

**7/2017–present**(yearly)CEU lecture, UCSD EDC Seminar: Eating Disorders and Common Co-Morbidities: Assessment and Treatment (psychology/MFT trainees, community providers, NP trainees)

**5/2019-present** (biannual) UCSD Eating Disorders 101 Class: Guest Lecture – Intro to Eating Disorders and Co Morbid Psychiatric Diagnosis: twice a year for Undergraduates, upper division course

**7/2018- present** (yearly) CEU lecture, UCSD EDC Seminar: Binge Eating Disorder

2/2020               UCSD EDC Conference Speaker: *Innovative Psychopharm for Patients with Eating Disorders* (CME)

4/2021          CME Lecture for General Medical and Psychiatric Providers Orange Coast Memorial
                Medical Center: *Update for Medical and Psychiatric Assessment and Treatment of
                Eating Disorders*
10/2023         CME talk for UCSD Eating Disorders Conference: Psychopharm for Eating Disorders
                and Affective Dysregulation

### A.  Peer-reviewed Publications

1.  A Dual Diagnosis Demonstration Project: Treatment Outcomes and Cost Analysis: J of Psychiatric Drugs 3/27/03 Patricia Hoffman Judd, Ph.D., Nancy Thomas, Ph.D., **Terry Schwartz, MD**

2.. Trunko ME, **Schwartz TA**, Duvvuri V, Kaye WH. (2011). Aripiprazole in anorexia nervosa and low-weight bulimia nervosa: case reports. Int J Eat Disord, 44(3):269-75.

3.Trunko ME, **Schwartz TA**, Marzola E, Klein AS, Kaye WH. (2014). Lamotrigine use in patients with binge eating and purging, significant affect dysregulation, and poor impulse control. Int J Eat Disord, 47(3):329-34.

4. Mirtazepine and Weight Gain in Avoidant Restrictive Eating Disorder Gray, E, Chen, K; Menzel, J; **Schwartz, Terry**, Kaye, WH (2018)  American Journal of Child and Adolescent Psychiatry, Letter to the Editor Vol 57, number 4 April 2018

5. A Pilot Open Series of Lamotrigine in DBT-Treated Eating Disorders Characterized by Significant Affective Dysregulation and Poor Impulse Control: Trunko, ME; **Schwartz, T**; Berner, Laura; Cuzack, A; Nakamura, T; Bailor, U; Kaye, WH. Borderline Personality Disorder and Emotion Dysregulation 2017

6. Repurposing Medications to Target Core Behavior and Comorbid Symptoms in Eating Disorders. **Terry Schwartz MD**, Mary Ellen Trunko MD, Emily Gray MD, Walter H. Kaye
Poster Presentation: American College of Neuropsychopharmacology - 2017

7. **Schwartz, TA** , Trunko, ME, et al (2021) A Longitudinal Case Series of IM Ketamine for Patients with Severe and Enduring Eating Disorders with Co-Morbid Treatment Resistant Depression. Clinical Case Reports

8. Erin E. Reilly, Ph.D., Laura A. Berner, Ph.D., Mary Ellen Trunko, M.D., **Terry Schwartz, M.D**. , Leslie K. Anderson, Ph.D., Angeline Krueger, B.A., Xinze Yu, B.S., Joanna Y. Chen, M.S., Anne Cusack, Psy.D., Tiffany Nakamura, M.A. & Walter H. Kaye M.D
Evaluating the use of lamotrigine to reduce mood lability and impulsive behaviors in adults with chronic and severe eating disorders Eating and Weight Disorders (accepted for publication (10/2021)

### B.  Research Support
1.  Star*D NIH Research Project 4/1/01 – 9/30/05 Site Director.
2.  Family therapy and Fluoxetine in the treatment of adolescent anorexia nervosa NIMH

## APPENDIX B: REFERENCES

1.  Runfola CD, Von Holle A, Trace SE, Brownley KA, Hofmeier SM, Gagne DA, Bulik CM. Body dissatisfaction in women across the lifespan: results of the UNC- SELF and Gender and Body Image (GABI) studies. Eur Eat Disord Rev. 2013 Jan;21(1):52-9. doi: 10.1002/erv.2201. Epub 2012 Sep 5. PMID: 22949165; PMCID: PMC3745223.

2.  Bulik. University of North Carolina at Chapel Hill. "Three Out Of Four American Women Have Disordered Eating, Survey Suggests." ScienceDaily. ScienceDaily, 23 April 2008. Available at: www.sciencedaily.com/releases/2008/04/080422202514.htm

3.  American Psychiatric Association (2022). Diagnostic and Statistics Manual of Mental Disorder. *Fifth Edition Text Revised*.

4.  Bang L, Bahrami S, Hindley G, Smeland OB, Rødevand L, Jaholkowski PP, Shadrin A, Connell KSO, Frei O, Lin A, Rahman Z, Cheng W, Parker N, Fan CC, Dale AM, Djurovic S, Bulik CM, Andreassen OA. Genome-wide analysis of anorexia nervosa and major psychiatric disorders and related traits reveals genetic overlap and identifies novel risk loci for anorexia nervosa. Transl Psychiatry. 2023 Sep 1;13(1):291. doi: 10.1038/s41398-023-02585-1. PMID: 37658054; PMCID: PMC10474135.

5.  Thornton LM, Mazzeo SE, Bulik CM. The heritability of eating disorders: methods and current findings. Curr Top Behav Neurosci. 2011;6:141-56. doi: 10.1007/7854_2010_91. PMID: 21243474; PMCID: PMC3599773.

6.  Duncan L, Yilmaz Z, Gaspar H, Walters R, Goldstein J, Anttila V, Bulik- Sullivan B, Ripke S; Eating Disorders Working Group of the Psychiatric Genomics Consortium; Thornton L, Hinney A, Daly M, Sullivan PF, Zeggini E, Breen G, Bulik CM. Significant Locus and Metabolic Genetic Correlations Revealed in Genome- Wide Association Study of Anorexia Nervosa. Am J Psychiatry. 2017 Sep 1;174(9):850-858. doi: 10.1176/appi.ajp.2017.16121402. Epub 2017 May 12. PMID: 28494655; PMCID: PMC5581217.

7.  Klump KL, Miller KB, Keel PK, McGue M, Iacono WG. Genetic and environmental influences on anorexia nervosa syndromes in a population-based twin sample. Psychol Med. 2001 May;31(4):737-40.

8.      Fardouly J, Magson NR, Rapee RM, Johnco CJ, Oar EL. The use of social media by Australian preadolescents and its links with mental health. J Clin Psychol. 2020 Jul;76(7):1304-1326. doi: 10.1002/jclp.22936. Epub 2020 Jan 31. PMID: 32003901

9.      Bulik, C.M., Coleman, J.R.I., Hardaway, J.A. *et al.* Genetics and neurobiology of eating disorders. *Nat Neurosci* 25, 543–554 (2022).

10.     Blackburn MR, Hogg RC. #ForYou? the impact of pro-ana TikTok content on body image dissatisfaction and internalisation of societal beauty standards. PLoS One. 2024 Aug 7;19(8):e0307597.

11.     Brown Z, Tiggemann M. Attractive celebrity and peer images on Instagram: Effect on women's mood and body image. Body Image. 2016 Dec;19:37-43.

12.     Bue AC, Harrison K. Visual and cognitive processing of thin-ideal Instagram images containing idealized or disclaimer comments. Body Image. 2020 Jun;33:152-163. doi: 10.1016/j.bodyim.2020.02.014. Epub 2020 Mar 17. PMID: 32193169.

13.     Byrne, C., Yedigarian, S., Lauritzen, H. C., Choi, L., Pak KN, & Fischer S. The association between social media use and body dissatisfaction: Exploring a potential mechanism of action in an experimental design. Psychology of Popular Media. Feb 2024: 1-7.

14.     Cohen R, Blaszczynski A. Comparative effects of Facebook and conventional media on body image dissatisfaction. J Eat Disord. 2015 Jul 2;3:23. doi: 10.1186/s40337-015-0061-3. PMID: 26140215; PMCID: PMC4489037.

15.     Cowles E, Guest E, Slater A. Imagery versus captions: The effect of body positive Instagram content on young women's mood and body image. Body Image. 2023 Mar;44:120-130.

16.     Cohen R, Newton-John T, Slater A. The relationship between Facebook and Instagram appearance-focused activities and body image concerns in young women. Body Image. 2017 Dec;23:183-187. doi: 10.1016/j.bodyim.2017.10.002. Epub 2017 Oct 19. PMID: 29055773.

17.     deHesselle LC, Montag C. Effects of a 14-day social media abstinence on mental health and well-being: results from an experimental study. BMC Psychol.

2024 Mar 13;12(1):141. doi: 10.1186/s40359-024-01611-1. PMID: 38481298; PMCID: PMC10936093.

18.    Dhadly PK, Kinnear A, Bodell LP. #BoPo: Does viewing body positive TikTok content improve body satisfaction and mood? Eat Behav. 2023 Aug;50:101747. doi: 10.1016/j.eatbeh.2023.101747. Epub 2023 May 31. PMID: 37263141.

19.    Dignard NAL, Jarry JL. The "Little Red Riding Hood effect:" Fitspiration is just as bad as thinspiration for women's body satisfaction. Body Image. 2021 Mar;36:201-213. doi: 10.1016/j.bodyim.2020.11.012. Epub 2020 Dec 23. PMID: 33360477

20.    Dondzilo L, Mahalingham T, Clarke PJF. A preliminary investigation of the causal role of social media use in eating disorder symptoms. J Behav Ther Exp Psychiatry. 2024 Mar;82:101923. doi: 10.1016/j.jbtep.2023.101923. Epub 2023 Nov 4. PMID: 37948950

21.    Engeln R, Loach R, Imundo MN, Zola A. Compared to Facebook, Instagram use causes more appearance comparison and lower body satisfaction in college women. Body Image. 2020 Sep;34:38-45. doi: 10.1016/j.bodyim.2020.04.007. Epub 2020 Jun 4. PMID: 32505866.

22.    Fardouly J, Diedrichs PC, Vartanian LR, Halliwell E. Social comparisons on social media: the impact of Facebook on young women's body image concerns and mood. Body Image. 2015 Mar;13:38-45. doi: 10.1016/j.bodyim.2014.12.002. Epub 2015 Jan 20. PMID: 25615425.

23.    Hendrickse J, Clayton RB, Ray EC, Ridgway JL, Secharan R. Experimental Effects of Viewing Thin and Plus-Size Models in Objectifying and Empowering Contexts on Instagram. Health Commun. 2021 Oct;36(11):1417-1425. doi: 10.1080/10410236.2020.1761077. Epub 2020 May 13. PMID: 32401058.

24.    Joiner R, Mizen E, Pinnell B, Siddique L, Bradley A. The effect of different types of TikTok dance challenge videos on young women's body satisfaction. Computers in Human Behavior. 2023; 147: 1-15.

25.    Kleemans, M., Daalmans, S., Carbaat, I., & Anschütz, D. (2018). Picture Perfect: The Direct Effect of Manipulated Instagram Photos on Body Image in Adolescent Girls. *Media Psychology*, *21*(1), 93–110.

3

26.     Lowe-Calverley E, Grieve R. Do the metrics matter? An experimental investigation of Instagram influencer effects on mood and body dissatisfaction. Body Image. 2021 Mar;36:1-4. doi: 10.1016/j.bodyim.2020.10.003. Epub 2020 Oct 21. PMID: 33099189.

27.     Mabe AG, Forney KJ, Keel PK. Do you "like" my photo? Facebook use maintains eating disorder risk. Int J Eat Disord. 2014 Jul;47(5):516-23. doi: 10.1002/eat.22254. PMID: 25035882.

28.     Manning TM, Mulgrew KE. Broad conceptualisations of beauty do not moderate women's responses to body positive content on instagram. Body Image. 2022 Mar;40:12-18. doi: 10.1016/j.bodyim.2021.10.009. Epub 2021 Nov 16. PMID: 34798474.

29.     McComb SE, Mills JS. Young women's body image following upwards comparison to Instagram models: The role of physical appearance perfectionism and cognitive emotion regulation. Body Image. 2021 Sep;38:49-62.

30.     McComb SE, Gobin KC, Mills JS. The effects of self-disclaimer Instagram captions on young women's mood and body image: The moderating effect of participants' own photo manipulation practices. Body Image. 2021 Sep;38:251-261.

31.     Mikami AY, Khalis A, Karasavva V. Logging out or leaning in? Social media strategies for enhancing well-being. J Exp Psychol Gen. 2024 Nov 7. doi: 10.1037/xge0001668. Epub ahead of print. PMID: 39509203.

32.     Prichard I, Taylor B, Tiggemann M. Comparing and self-objectifying: The effect of sexualized imagery posted by Instagram Influencers on women's body image. Body Image. 2023 Sep;46:347-355.

33.     Pritchard, Mary & Button, Anna. (2023). #Instabod Versus #BoPo: An Experimental Study of the Effects of Viewing Idealized Versus Body-Positive Content on Collegiate Males' and Females' Body Satisfaction. Psychology of Popular Media. 10.1037/ppm0000454.

34.     Pryde S, Prichard I. TikTok on the clock but the #fitspo don't stop: The impact of TikTok fitspiration videos on women's body image concerns. Body Image. 2022 Dec;43:244-252. doi: 10.1016/j.bodyim.2022.09.004. Epub 2022 Oct 1. PMID: 36194987.

35.    Sampson A, Jeremiah HG, Andiappan M, Newton JT. The effect of viewing idealised smile images versus nature images via social media on immediate facial satisfaction in young adults: A randomised controlled trial. J Orthod. 2020 Mar;47(1):55-64.

36.    Seekis V, Lawrence RK. How exposure to body neutrality content on TikTok affects young women's body image and mood. Body Image. 2023 Dec.

37.    Sherlock, M., & Wagstaff, D. L. (2019). Exploring the relationship between frequency of Instagram use, exposure to idealized images, and psychological well- being in women. *Psychology of Popular Media Culture, 8*(4), 482–490.

38.    Thai, H., Davis, C. G., Mahboob, W., Perry, S., Adams, A., & Goldfield, G. S. (2023). Reducing social media use improves appearance and weight esteem in youth with emotional distress. *Psychology of Popular Media.* Advance online publication.

39.    Tiggemann M, Zaccardo M. "Exercise to be fit, not skinny": The effect of fitspiration imagery on women's body image. Body Image. 2015 Sep;15:61-7.

40.    Tiggemann M, Hayden S, Brown Z, Veldhuis J. The effect of Instagram "likes" on women's social comparison and body dissatisfaction. Body Image. 2018 Sep;26:90-97.

41.    Tiggemann M, Anderberg I. Muscles and bare chests on Instagram: The effect of Influencers' fashion and fitspiration images on men's body image. Body Image. 2020 Dec;35:237-244.

42.    Wick MR, Keel PK. Posting edited photos of the self: Increasing eating disorder risk or harmless behavior? Int J Eat Disord. 2020 Jun;53(6):864-872. doi: 10.1002/eat.23263. Epub 2020 May 5. PMID: 32372445.

43.    Chu J, Ganson KT, Testa A, Al-Shoaibi AAA, Jackson DB, Rodgers RF, He J, Baker FC, Nagata JM. Screen time, problematic screen use, and eating disorder symptoms among early adolescents: findings from the Adolescent Brain Cognitive Development (ABCD) Study. Eat Weight Disord. 2024 Sep 4;29(1):57. doi: 10.1007/s40519-024-01685-1. PMID: 39231917; PMCID: PMC11374868.

44.    Chu J, Raney JH, Ganson KT, Wu K, Rupanagunta A, Testa A, Jackson DB, Murray SB, Nagata JM. Adverse childhood experiences and binge-

eating disorder in early adolescents. J Eat Disord. 2022 Nov 16;10(1):168. doi: 10.1186/s40337-022- 00682-y. PMID: 36384578; PMCID: PMC9670461.

45.    Steinhausen HC, Jakobsen H, Helenius D, Munk-Jørgensen P, Strober M. A nation-wide study of the family aggregation and risk factors in anorexia nervosa over three generations. Int J Eat Disord. 2015 Jan;48(1):1-8. doi: 10.1002/eat.22293. Epub 2014 Apr 29. PMID: 24777686.

46.    Nagata JM, Iyer P, Chu J, Baker FC, Pettee Gabriel K, Garber AK, Murray SB, Bibbins-Domingo K, Ganson KT. Contemporary screen time modalities among children 9-10 years old and binge-eating disorder at one-year follow-up: A prospective cohort study. Int J Eat Disord. 2021 May;54(5):887-892. doi: 10.1002/eat.23489. Epub 2021 Mar 1. PMID: 33646623; PMCID: PMC9714253.

47.    Shi X, Duck SA, Jansen E, Borsarini B, Blackwell CK, Li Y, Carnell S. Concurrent and prospective associations of social media usage with binge eating symptoms in early adolescence. Obesity (Silver Spring). 2025 Feb;33(2):346-355. doi: 10.1002/oby.24199. Epub 2024 Nov 26. PMID: 39587853.

48.    de Vries DA, Peter J, de Graaf H, Nikken P. Adolescents' Social Network Site Use, Peer Appearance-Related Feedback, and Body Dissatisfaction: Testing a Mediation Model. J Youth Adolesc. 2016 Jan;45(1):211-24. doi: 10.1007/s10964-015- 0266-4. Epub 2015 Mar 19. PMID: 25788122; PMCID: PMC4698286.

49.    Ferguson CJ, Muñoz ME, Garza A, Galindo M. Concurrent and prospective analyses of peer, television and social media influences on body dissatisfaction, eating disorder symptoms and life satisfaction in adolescent girls. J Youth Adolesc. 2014 Jan;43(1):1-14.

50.    Fioravanti, G., Svicher, A., Ceragioli, G., Bruni, V., & Casale, S. (2023). Examining the impact of daily exposure to body-positive and fitspiration Instagram content on young women's mood and body image: An intensive longitudinal study. *New Media & Society*, *25*(12), 3266-3288.

51.    Leggett-James, M. P., & Laursen, B. (2023). The Consequences of Social Media Use Across the Transition Into Adolescence: Body Image and Physical Activity. *The Journal of Early Adolescence*, *43*(7), 947-964.

52.    Livet A, Boers E, Laroque F, Afzali MH, McVey G, Conrod PJ. Pathways from adolescent screen time to eating related symptoms: a multilevel

longitudinal mediation analysis through self-esteem. Psychol Health. 2024 Sep;39(9):1167-1182. doi: 10.1080/08870446.2022.2141239. Epub 2022 Nov 7. PMID: 36345595.

53.    Maes C, Vandenbosch L. Adolescent girls' Instagram and TikTok use: Examining relations with body image-related constructs over time using random intercept cross-lagged panel models. Body Image. 2022 Jun;41:453-459.

54.    Adolescent Brain Cognitive Development (ABCD) Study. Release notes (release 5.1). Published November 8, 2024. doi:10.15154/z563-zd24, https://wiki.abcdstudy.org/release-notes/start-page.html – via The Wayback Machine - https://web.archive.org/web/20241225070135/https://wiki.abcdstudy.org/release-note

55.    Rousseau A, Eggermont S, Frison, E. The reciprocal and indirect relationships between passive Facebook use, comparison on Facebook, and adolescents' body dissatisfaction. Computers in Human Behavior. 2017; 1-31.

56.    Sevic S, Ciprić A, Buško V, Štulhofer A. The Relationship between the Use of Social Networking Sites and Sexually Explicit Material, the Internalization of Appearance Ideals and Body Self-Surveillance: Results from a Longitudinal Study of Male Adolescents. J Youth Adolesc. 2020 Feb;49(2):383-398. doi: 10.1007/s10964- 019-01172-2. Epub 2019 Dec 4. PMID: 31802316.

57.    Steinsbekk S, Wichstrøm L, Stenseng F, Nesi J, Hygen BW, Skalická V. The impact of social media use on appearance self-esteem from childhood to adolescence—A 3-wave community study. *Computers in Human Behavior. 2021; 114: 1-7.*

58.    Tiggemann M, Slater A. Facebook and body image concern in adolescent girls: A prospective study. Int J Eat Disord. 2017 Jan;50(1):80-83. doi: 10.1002/eat.22640. Epub 2016 Oct 18.

59.    Vall-Roqué H, Andrés A, González-Pacheco H, Saldaña C. Women's body dissatisfaction, physical appearance comparisons, and Instagram use throughout the COVID-19 pandemic: A longitudinal study. Int J Eat Disord. 2023 Jan;56(1):118-131.

60.    de Valle MK, Gallego-García M, Williamson P, Wade TD. Social media, body image, and the question of causation: Meta-analyses of experimental and

7

longitudinal evidence. Body Image. 2021 Dec;39:276-292. doi: 10.1016/j.bodyim.2021.10.001. Epub 2021 Oct 22. PMID: 34695681.

61.     Mingoia J, Hutchinson AD, Wilson C, Gleaves DH. The Relationship between Social Networking Site Use and the Internalization of a Thin Ideal in Females: A Meta-Analytic Review. Front Psychol. 2017 Aug 7;8:1351. doi: 10.3389/fpsyg.2017.01351. PMID: 28824519; PMCID: PMC5545754.

62.     Saiphoo, A. N., & Vahedi, Z. (2019). A meta-analytic review of the relationship between social media use and body image disturbance. *Computers in Human Behavior, 101,* 259–275.

63.     Zhang J, Wang Y, Li Q, Wu C. The Relationship Between SNS Usage and Disordered Eating Behaviors: A Meta-Analysis. Front Psychol. 2021 Aug 2;12:641919. doi: 10.3389/fpsyg.2021.641919. PMID: 34413807; PMCID: PMC8367749.

64.     Kaye WH, Wierenga CE, Bailer UF, Simmons AN, Bischoff-Grethe A. Nothing tastes as good as skinny feels: the neurobiology of anorexia nervosa. Trends Neurosci. 2013 Feb;36(2):110-20. doi: 10.1016/j.tins.2013.01.003. Epub 2013 Jan 18. PMID: 23333342; PMCID: PMC3880159.

65.     Sagioglou, C., & Greitemeyer, T. (2014). Facebook's emotional consequences: Why Facebook causes a decrease in mood and why people still use it. *Computers in Human Behavior, 35,* 359–363.

66.     Yuen, E. K., Koterba, E. A., Stasio, M. J., Patrick, R. B., Gangi, C., Ash, P., Barakat, K., Greene, V., Hamilton, W., & Mansour, B. (2019). The effects of Facebook on mood in emerging adults. *Psychology of Popular Media Culture, 8*(3), 198–206.

67.     Allcott H, Braghieri L, Eichmeyer S, Gentzkow M. 2020. "The Welfare Effects of Social Media." American Economic Review, 110 (3): 629-76.

68.     Przybylski, A.K., Nguyen, Tv.T., Law, W. *et al.* Does Taking a Short Break from Social Media Have a Positive Effect on Well-being? Evidence from Three Preregistered Field Experiments. *J. Technol. Behav. Sci. 2021.* 6, 507–514.

69.     Gu S, Ping J, Xu M, Zhou Y. TikTok browsing for anxiety relief in the preoperative period: A randomized clinical trial. Complement Ther Med. 2021 Aug;60:102749.

70.    Rapee RM, Magson NR, Forbes MK, Richardson CE, Johnco CJ, Oar EL, Fardouly J. Risk for social anxiety in early adolescence: Longitudinal impact of pubertal development, appearance comparisons, and peer connections. Behav Res Ther. 2022 Jul;154:104126. doi: 10.1016/j.brat.2022.104126. Epub 2022 May 20. PMID: 35642989.

71.    Verduyn P, Lee DS, Park J, Shablack H, Orvell A, Bayer J, Ybarra O, Jonides J, Kross E. Passive Facebook usage undermines affective well-being: Experimental and longitudinal evidence. J Exp Psychol Gen. 2015 Apr;144(2):480-8.

72.    Tromholt M. The Facebook Experiment: Quitting Facebook Leads to Higher Levels of Well-Being. Cyberpsychol Behav Soc Netw. 2016 Nov;19(11):661-666.

73.    Hunt M, et al. No More FOMO: Limiting Social Media Decreases Loneliness and Depression. Journal of Social and Clinical Psychology. 2018; 37. 751-768. 10.1521/jscp.2018.37.10.751

74.    Vanman EJ, Baker R, Tobin SJ. The burden of online friends: the effects of giving up Facebook on stress and well-being. J Soc Psychol. 2018;158(4):496-507.

75.    Collis A, Eggers F. Effects of restricting social media usage on wellbeing and performance: A randomized control trial among students. PLoS One. 2022 Aug 24;17(8):e0272416.

76.    Mahalingham T, Howell J, Clarke PJF. Assessing the effects of acute reductions in mobile device social media use on anxiety and sleep. J Behav Ther Exp Psychiatry. 2023 Mar;78:101791.

77.    Faulhaber ME, Lee JE, & Gentile DA. The Effect of Self-Monitoring Limited Social Media Use on Psychological WellBeing. *Technology, Mind, and Behavior, 4.* 2023.

78.    Dost B, Komurcu O, Bilgin S, Turunc E, Ozden GG, Hancioglu S, Baris S. Is Preoperative Anxiety Affected by Watching Short Videos on Social Media? A Prospective Randomized Study. J Perianesth Nurs. 2023 Oct;38(5):758-762.

79.    Davis C G, Goldfield GS. (2024). Limiting social media use decreases depression, anxiety, and fear of missing out in youth with emotional distress: A randomized controlled trial. *Psychology of Popular Media.*

9

80.     Nesi J, Prinstein MJ. Using Social Media for Social Comparison and Feedback- Seeking: Gender and Popularity Moderate Associations with Depressive Symptoms. J Abnorm Child Psychol. 2015 Nov;43(8):1427-1438.

81.     Winstone L, Mars B, Haworth CMA, Heron J, Kidger J. Adolescent social media user types and their mental health and well-being: Results from a longitudinal survey of 13-14-year-olds in the United Kingdom. JCPP Adv. 2022 Mar 10;2(2):e12071.

82.     Nesi J, Rothenberg WA, Bettis AH, Massing-Schaffer M, Fox KA, Telzer EH, Lindquist KA, Prinstein MJ. Emotional Responses to Social Media Experiences Among Adolescents: Longitudinal Associations with Depressive Symptoms. J Clin Child Adolesc Psychol. 2022 Nov-Dec;51(6):907-922.

83.     Steinsbekk S, Nesi J, Lars Wichstrøm L. Social media behaviors and symptoms of anxiety and depression. A four-wave cohort study from age 10–16 years. 2023. Computers in Human Behavior. 147: 1-17.

84.     Fitzpatrick C, Lemieux A, Smith J, West GL, Bohbot V, Asbridge M. Is adolescent internet use a risk factor for the development of depression symptoms or vice-versa? Psychol Med. 2023 Feb 24;53(14):1-7.

85.     Schmidt-Persson J, Rasmussen MGB, Sørensen SO, Mortensen SR, Olesen LG, Brage S, Kristensen PL, Bilenberg N, Grøntved A. Screen Media Use and Mental Health of Children and Adolescents: A Secondary Analysis of a Randomized Clinical Trial. JAMA Netw Open. 2024 Jul 1;7(7):e2419881. doi: 10.1001/jamanetworkopen.2024.19881. PMID: 38995646; PMCID: PMC11245724.

86.     Ferguson, C. J. (2024). Do social media experiments prove a link with mental health: A methodological and meta-analytic review. Psychology of Popular Media.

87.     van Wezel MMC, Abrahamse EL, Vanden Abeele MMP. Does a 7-day restriction on the use of social media improve cognitive functioning and emotional well-being? Results from a randomized controlled trial. Addict Behav Rep. 2021 Jun 15;14:100365. doi: 10.1016/j.abrep.2021.100365. PMID: 34938826; PMCID: PMC8664777.

88.     Nagata JM, Al-Shoaibi AAA, Leong AW, Zamora G, Testa A, Ganson KT, Baker FC. Screen time and mental health: a prospective analysis of the Adolescent Brain Cognitive Development (ABCD) Study. BMC Public Health. 2024

10

Oct 7;24(1):2686. doi: 10.1186/s12889-024-20102-x. PMID: 39370520; PMCID: PMC11457456.

89.    Graham S, Mason A, Riordan B, Winter T, Scarf D. Taking a Break from Social Media Improves Wellbeing Through Sleep Quality. Cyberpsychol Behav Soc Netw. 2021 Jun;24(6):421-425. doi: 10.1089/cyber.2020.0217. Epub 2020 Dec 31. PMID: 33395534.

90.    Lambert J, Barnstable G, Minter E, Cooper J, McEwan D. Taking a One-Week Break from Social Media Improves Well-Being, Depression, and Anxiety: A Randomized Controlled Trial. Cyberpsychol Behav Soc Netw. 2022 May;25(5):287-293. doi: 10.1089/cyber.2021.0324. Epub 2022 May 3. PMID: 35512731.

91.    Arceneaux K, Foucault M, Giannelos K, Ladd J, Zengin C. Facebook increases political knowledge, reduces well-being and informational treatments do little to help. R Soc Open Sci. 2024 Oct 9;11(10):240280.

92.    Walsh LC, Regan A, Okabe-Miyamoto K, Lyubomirsky S. Does putting down your smartphone make you happier? the effects of restricting digital media on well- being. PLoS One. 2024 Oct 14;19(10):e0306910.

93.    Crone C, Fochtmann LJ, Attia E, Boland R, Escobar J, Fornari V, Golden N, Guarda A, Jackson-Triche M, Manzo L, Mascolo M, Pierce K, Riddle M, Seritan A, Uniacke B, Zucker N, Yager J, Craig TJ, Hong SH, Medicus J. The American Psychiatric Association Practice Guideline for the Treatment of Patients With Eating Disorders. Am J Psychiatry. 2023 Feb 1;180(2):167-171. doi: 10.1176/appi.ajp.23180001. PMID: 36722117.

94.    Aparicio-Martinez P, Perea-Moreno AJ, Martinez-Jimenez MP, Redel-Macías MD, Pagliari C, Vaquero-Abellan M. Social Media, Thin-Ideal, Body Dissatisfaction and Disordered Eating Attitudes: An Exploratory Analysis. Int J Environ Res Public Health. 2019 Oct 29;16(21):4177. doi: 10.3390/ijerph16214177. PMID: 31671857; PMCID: PMC6861923.

95.    Bai Y, Numata N, Shimizu E. Eating disorders and social media use among college students in Japan and China: a brief cross-sectional survey. J Eat Disord. 2024 Apr 4;12(1):44. doi: 10.1186/s40337-024-00999-w. PMID: 38576009; PMCID: PMC10996190.

11

96.    Boniel-Nissim M, Bersia M, Canale N, Lahti H, Ojala K, Ercan O, Dzielska A, Inchley J, Dalmasso P. Different Categories of Social Media Use and Their Association With Body Image Among Adolescents in 42 Countries. Int J Public Health. 2024 Jul 3;69:1606944. doi: 10.3389/ijph.2024.1606944. PMID: 39022445; PMCID: PMC11252497.

97.    Çimke S, Yıldırım Gürkan D. Factors affecting body image perception, social media addiction, and social media consciousness regarding physical appearance in adolescents. J Pediatr Nurs. 2023 Nov-Dec;73:e197-e203. doi: 10.1016/j.pedn.2023.09.010. Epub 2023 Sep 16. PMID: 37722982.

98.    de Vries DA, Vossen HGM, van der Kolk-van der Boom P. Social Media and Body Dissatisfaction: Investigating the Attenuating Role of Positive Parent-Adolescent Relationships. J Youth Adolesc. 2019 Mar;48(3):527-536. doi: 10.1007/s10964-018-0956-9. Epub 2018 Nov 26. PMID: 30478819; PMCID: PMC6394528.

99.    Griffiths S, Harris EA, Whitehead G, Angelopoulos F, Stone B, Grey W, Dennis S. Does TikTok contribute to eating disorders? A comparison of the TikTok algorithms belonging to individuals with eating disorders versus healthy controls. Body Image. 2024 Dec;51:101807. doi: 10.1016/j.bodyim.2024.101807. Epub 2024 Nov 5. Erratum in: Body Image. 2025 Mar;52:101834. doi: 10.1016/j.bodyim.2024.101834. PMID: 39504757.

100.    Griffiths S, Whitehead G, Angelopoulos F, Stone B, Grey W, Dennis S, Harris EA. Corrigendum to "Does TikTok contribute to eating disorders? A comparison of the TikTok algorithms belonging to individuals with eating disorders versus healthy controls" [Body Image 51 (2024) 101807]. Body Image. 2025 Mar;52:101834. doi: 10.1016/j.bodyim.2024.101834. Epub 2024 Dec 7. Erratum for: Body Image. 2024 Dec;51:101807. doi: 10.1016/j.bodyim.2024.101807. PMID: 39648051.

101.    Kelly Y, Zilanawala A, Booker C, Sacker A. Social Media Use and Adolescent Mental Health: Findings From the UK Millennium Cohort Study. EClinicalMedicine. 2019 Jan 4;6:59-68. doi: 10.1016/j.eclinm.2018.12.005. PMID: 31193561; PMCID: PMC6537508.

102.    Lonergan AR, Bussey K, Fardouly J, Griffiths S, Murray SB, Hay P, Mond J, Trompeter N, Mitchison D. Protect me from my selfie: Examining the association between photo-based social media behaviors and self-reported eating

disorders in adolescence. Int J Eat Disord. 2020 May;53(5):485-496. doi: 10.1002/eat.23256. Epub 2020 Apr 7. PMID: 32259344

103.    McLean SA, Paxton SJ, Wertheim EH, Masters J. Photoshopping the selfie: Self photo editing and photo investment are associated with body dissatisfaction in adolescent girls. Int J Eat Disord. 2015 Dec;48(8):1132-40. doi: 10.1002/eat.22449. Epub 2015 Aug 27. PMID: 26311205.

104.    Meier EP, Gray J. Facebook photo activity associated with body image disturbance in adolescent girls. Cyberpsychol Behav Soc Netw. 2014 Apr;17(4):199-206. doi: 10.1089/cyber.2013.0305. Epub 2013 Nov 16. PMID: 24237288.

105.    Mesce M, Cerniglia L, Cimino S. Body Image Concerns: The Impact of Digital Technologies and Psychopathological Risks in a Normative Sample of Adolescents. Behav Sci (Basel). 2022 Jul 27;12(8):255. doi: 10.3390/bs12080255. PMID: 36004826; PMCID: PMC9405414.

106.    Pruccoli J, De Rosa M, Chiasso L, Perrone A, Parmeggiani A. The use of TikTok among children and adolescents with Eating Disorders: experience in a third-level public Italian center during the SARS-CoV-2 pandemic. Ital J Pediatr. 2022 Jul 30;48(1):138. doi: 10.1186/s13052-022-01308-4. PMID: 35907912; PMCID: PMC9338669.

107.    Rodgers RF, Slater A, Gordon CS, McLean SA, Jarman HK, Paxton SJ. A Biopsychosocial Model of Social Media Use and Body Image Concerns, Disordered Eating, and Muscle-Building Behaviors among Adolescent Girls and Boys. J Youth Adolesc. 2020 Feb;49(2):399-409. doi: 10.1007/s10964-019-01190-0. Epub 2020 Jan 6. PMID: 31907699

108.    Sagrera CE, Magner J, Temple J, Lawrence R, Magner TJ, Avila-Quintero VJ, McPherson P, Alderman LL, Bhuiyan MAN, Patterson JC 2nd, Murnane KS. Social media use and body image issues among adolescents in a vulnerable Louisiana community. Front Psychiatry. 2022 Nov 3;13:1001336. doi: 10.3389/fpsyt.2022.1001336. PMID: 36405904; PMCID: PMC9669337.

109.    Santarossa, S., & Woodruff, S. J. (2017). #SocialMedia: Exploring the Relationship of Social Networking Sites on Body Image, Self-Esteem, and Eating Disorders. *Social Media + Society*, *3*(2).

13

110.    Tiggemann, M., & Slater, A. (2013). NetTweens: The Internet and Body Image Concerns in Preteenage Girls. The Journal of Early Adolescence, 34(5), 606- 620.

112.    Holland, G., & Tiggemann, M. (2016). "strong beats skinny every time": Disordered eating and compulsive exercise in women who post fitspiration on Instagram. *International Journal of Eating Disorders*, *50*(1), 76–79. https://doi.org/10.1002/eat.22559Carrotte ER, Vella AM, Lim MSC. Predictors of "liking" three types of health and fitness-related content on social media: a cross-sectional study. *J Med Internet Res*. 2015;17(8):e205.

113.    Ateq, K., Alhajji, M., & Alhusseini, N. (2024). The association between use of social media and the development of body dysmorphic disorder and attitudes toward cosmetic surgeries: A national survey. Frontiers in Public Health, 12.

114.    Jerónimo F, Carraça EV. Effects of fitspiration content on body image: a systematic review. *Eat Weight Disord*. 2022;27(8):3017–3035.

115.    Alsaidan, M. S., Altayar, N. S., Alshmmari, S. H., Alshammari, M. M., Alqahtani, F. T., & Mohajer, K. A. (2020). The prevalence and determinants of body dysmorphic disorder among young social media users: A cross-sectional study. Dermatology Reports, 12(3).

116.    Walker M, Thornton L, De Choudhury M, Teevan J, Bulik CM, Levinson CA, Zerwas S. Facebook Use and Disordered Eating in College-Aged Women. J Adolesc Health. 2015 Aug;57(2):157-63. doi: 10.1016/j.jadohealth.2015.04.026. PMID: 26206436; PMCID: PMC4514918

117.    Griffiths, S., Castle, D., Cunningham, M., Murray, S. B., Bastian, B., & Barlow, F. K. (2018). How does exposure to thinspiration and fitspiration relate to symptom severity among individuals with eating disorders? evaluation of a proposed model. *Body Image*, *27*, 187–195. https://doi.org/10.1016/j.bodyim.2018.10.002

118.    Gupta, M., Jassi, A., & Krebs, G. (2023). The association between social media use and body dysmorphic symptoms in young people. Frontiers in Psychology, 14.

119.    Senín-Calderón, C., Perona-Garcelán, S., & Rodríguez-Testal, J. F. (2020). The Dark Side of Instagram: Predictor model of dysmorphic concerns.

14

International Journal of Clinical and Health Psychology, 20(3), 253–261. https://doi.org/10.1016/j.ijchp.2020.06.005

120.    Ganson, K. T., Testa, A., Rodgers, R. F., & Nagata, J. M. (2024). Use of photo filters is associated with muscle dysmorphia symptomatology among adolescents and young adults. Body Image, 50, 101750.

121.    Schroeder, M., & Behm-Morawitz, E. (2025). Digitally curated beauty: The impact of slimming beauty filters on body image, weight loss desire, self-objectification, and anti-fat attitudes. Computers in Human Behavior, 165, 108519. https://doi.org/10.1016/j.chb.2024.108519

122.    Pitirut, I. B., Swami, V., Poama-Neagra, T., & Enea, V. (2023). Appearance-based rejection sensitivity mediates the relationship between Instagram addiction and dysmorphic concerns in young adult women. Scandinavian Journal of Psychology, 65(2), 275-283. https://doi.org/10.1111/sjop.12973

123.    Elsadai, Susanti RD, Eriyani T. (2022). Relationship between the Intensity of Instagram Utilization and the Tendence of Body Dysmorphic Disorder in Female Students. Mal J Med Health. Sci 18(SUPP3): 106-109, Feb 2022

124.    Alberga, A.S., Withnell, S.J. & von Ranson, K.M. Fitspiration and thinspiration: a comparison across three social networking sites. *J Eat Disord* 6, 39 (2018). https://doi.org/10.1186/s40337-018-0227-x

125.    Fitzsimmons-Craft, E.E., Krauss, M.J., Costello, S.J. *et al.* Adolescents and young adults engaged with pro-eating disorder social media: eating disorder and comorbid psychopathology, health care utilization, treatment barriers, and opinions on harnessing technology for treatment. *Eat Weight Disord* 25, 1681–1692 (2020).

126.    Juarascio AS, Shoaib A, Timko CA (2010) Pro-eating disorder communities on social networking sites: a content analysis. Eat Disord 18:393–407.

127.    Ghaznavi J, Taylor LD (2015) Bones, body parts, and sex appeal: an analysis of # thinspiration images on popular social media. Body Image 14:54–61

128.    Lookingbill V, Mohammadi E, Cai Y. Assessment of Accuracy, User Engagement, and Themes of Eating Disorder Content in Social Media Short Videos. *JAMA Netw Open.* 2023;6(4):e238897. doi:10.1001/jamanetworkopen.2023.8897.

15

129.    Griffiths, S., Harris, E. A., Whitehead, G., Angelopoulos, F., Stone, B., Grey, W., & Dennis, S. (2024). Does Tiktok contribute to eating disorders? A comparison of the TikTok algorithms belonging to individuals with eating disorders versus healthy controls. *Body Image*, *51*, 101807.

130.    Bonfanti R. C., Melchiori, F., Teti, A., Albano, G., Raffard, S., Rodgers, R., & Lo Coco, G. (2025). The association between social comparison in social media, body image concerns and eating disorder symptoms: A systematic review and meta-analysis. Body Image, 52, 101841

131.    Vandenbosch L, Fardouly J, Tiggemann M. Social media and body image: recent trends and future directions. *Curr Opin Psychol*. 2022;45:101289

132.    Fardouly, J., Pinkus, R. T., & Vartanian, L. R. (2017). The impact of appearance comparisons made through social media, traditional media, and in person in women's Everyday lives. *Body Image*, *20*, 31–39.

133.    Cafri, G., Yamamiya, Y., Brannick, M., & Thompson, J. K. (2005). The influence of sociocultural factors on body image: A meta-analysis. *Clinical Psychology: Science and Practice*, *12*(4), 421–433.

134.    Scully, M., Swords, L., & Nixon, E. (2023). Social comparisons on social media: online appearance-related activity and body dissatisfaction in adolescent girls. Irish Journal of Psychological Medicine, 40(1), 31–42.

135.    Krayer A, Ingledew DK, Iphofen R. Social comparison and body image in adolescence: a grounded theory approach. *Health Educ Res*. 2008;23 (5):892–903

136.    Tiggemann M. Digital modification and body image on social media: disclaimer labels, captions, hashtags, and comments. *Body Image*. 2022;41:172–180

137.    Berne S, Frisén A, Kling J. Appearance-related cyberbullying: a qualitative investigation of characteristics, content, reasons, and effects. *Body Image*. 2014;11(4):527–533.

138.    Day S, Bussey K, Trompeter N, Mitchison D. The impact of teasing and bullying victimization on disordered eating and body image disturbance among adolescents: a systematic review. *Trauma Violence Abuse*. 2022;23(3):985–1006.

16

139.    Polanin JR, Espelage DL, Grotpeter JK, et al. A systematic review and meta-analysis of interventions to decrease cyberbullying perpetration and victimization. *Prev Sci*. 2022;23(3):439–454.

140.    Baker, N., Ferszt, G., & Breines, J. G. (2019). A qualitative study exploring female college students' Instagram use and body image. Cyberpsychology, Behavior, and Social Networking, 22(4), 277–282.

141.    Dahlgren CL, Sundgot-Borgen C, Kvalem IL, Wennersberg AL, Wisting L. Further evidence of the association between social media use, eating disorder pathology and appearance ideals and pressure: a cross-sectional study in Norwegian adolescents. *J Eat Disord*. 2024;12(1):34

142.    Westenberg JM., Oberle CD. The impact of body-positivity and body-checking TikTok videos on body image. Journal of Social Media in Society. Vol. 12 No. 1 (2023).

143.    Dakanalis, A., Carrà, G., Calogero, R. *et al.* The developmental effects of media-ideal internalization and self-objectification processes on adolescents' negative body-feelings, dietary restraint, and binge eating. *Eur Child Adolesc Psychiatry* 24, 997–1010 (2015).

144.    Fioravanti G, Bocci Benucci S, Ceragioli G, Casale S. How the exposure to beauty ideals on social networking sites influences body image: a systematic review of experimental studies. Adolesc Res Rev. 2022;7(3):419–58.

145.    Kim M, Park W. Who is at risk on Facebook? The effects of Facebook News Feed photographs on female college students' appearance satisfaction. The Social Science Journal. 2016/12/01/ 2016;53(4):427-434,

146.    Ioannidis K, Taylor C, Holt L, et al. Problematic usage of the internet and eating disorder and related psychopathology: A multifaceted, systematic review and meta-analysis. *Neuroscience & Biobehavioral Reviews*. 2021/06/01/ 2021;125:569-581.

147.    McLean SA, Paxton SJ, Wertheim EH. The role of media literacy in body dissatisfaction and disordered eating: A systematic review. *Body Image*. Dec 2016;19:9-23.

146.    Puccio F, Kalathas F, Fuller-Tyszkiewicz M, Krug I. A revised examination of the dual pathway model for bulimic symptoms: The importance of

17

social comparisons made on Facebook and sociotropy. Computers in Human Behavior. 2016/12/01/ 2016;65:142-150.

147.    Ryding FC, Kuss DJ. The use of social networking sites, body image dissatisfaction, and body dysmorphic disorder: A systematic review of psychological research. *Psychology of Popular Media*. 2020;9(4):412-435. doi:10.1037/ppm0000264

148.    Blanchard L, Conway-Moore K, Aguiar A, Önal F, Rutter H, Helleve A, Nwosu E, Falcone J, Savona N, Boyland E, Knai C. Associations between social media, adolescent mental health, and diet: A systematic review. Obes Rev. 2023 Sep;24 Suppl 2:e13631. doi: 10.1111/obr.13631. PMID: 37753597.

149.    Wilksch SM, O'Shea A, Ho P, Byrne S, Wade TD. The relationship between social media use and disordered eating in young adolescents. Int J Eat Disord. 2020 Jan;53(1):96-106. doi: 10.1002/eat.23198. Epub 2019 Dec 3. PMID: 31797420.

150.    Veale D, Gledhill LJ, Christodoulou P, Hodsoll J. Body dysmorphic disorder in different settings: A systematic review and estimated weighted prevalence. Body Image. 2016 Sep;18:168-86. doi: 10.1016/j.bodyim.2016.07.003. Epub 2016 Aug 4. PMID: 27498379.

151.    Zeeni N, Doumit R, Abi Kharma J, Sanchez-Ruiz MJ. Media, Technology Use, and Attitudes: Associations With Physical and Mental Well-Being in Youth With Implications for Evidence-Based Practice. Worldviews Evid Based Nurs. 2018 Aug;15(4):304-312. doi: 10.1111/wvn.12298. Epub 2018 May 15. PMID: 29763998.

152.    Tiggemann M, Barbato I. "You look great!": The effect of viewing appearance-related Instagram comments on women's body image. *Body Image*. 2018/12/01/ 2018;27:61-66. doi:https://doi.org/10.1016/j.bodyim.2018.08.009

153.    Dondzilo, L., Rodgers, R. F., & Dietel, F. A. (2023). Association between engagement with appearance and eating related tiktok content and eating disorder symptoms via recommended content and appearance comparisons. International Journal of Eating Disorders, 57(2), 458–462. https://doi.org/10.1002/eat.24117

154.    Seekis, V., and R. Kennedy. 2023. 'The impact of #beauty and #self-compassion tiktok videos on young women's appearance shame and anxiety, self-compassion, mood, and comparison processes', *Body Image*, 45: 117-25.

155.    Sanzari, C. M., S. Gorrell, L. M. Anderson, E. E. Reilly, M. A. Niemiec, N. C. Orloff, D. A.Anderson, and J. M. Hormes. 2023. 'The impact of social media use on body image and disordered eating behaviors: Content matters more than duration of exposure', *Eat Behav*, 49: 101722.

156.    Dane, A., and K. Bhatia. 2023. 'The social media diet: A scoping review to investigate the association between social media, body image and eating disorders amongst young people', *PLOS Glob Public Health*, 3: e0001091.

157.    National Academies of Sciences, Engineering, and Medicine. 2023. Social Media and Adolescent Health. Washington, DC: The National Academies Press.

158.    Rousseau A. Adolescents' selfie-activities and idealized online self-presentation: An application of the sociocultural model. Body Image. 2021 Mar;36:16-26.

159.    Parry DA, Davidson BI, Sewall CJR, Fisher JT, Mieczkowski H, Quintana DS. A systematic review and meta-analysis of discrepancies between logged and self-reported digital media use. Nat Hum Behav. 2021 Nov;5(11):1535-1547. doi: 10.1038/s41562-021-01117-5. Epub 2021 May 17. PMID: 34002052.

160.    Huang, Q., Peng, W., & Ahn, S. (2020). When media become the mirror: a meta-analysis on media and body image. *Media Psychology*, *24*(4), 437–489.

161.    Dijkslag, I. R., Block Santos, L., Irene, G., & Ketelaar, P. (2024). To beautify or uglify! The effects of augmented reality face filters on body satisfaction moderated by self-esteem and self identification. Computers in Human Behavior, 159.

**APPENDIX C: CROSS-SECTIONAL STUDIES**

1.      APARICIO-MARTINEZ 2019: Assessed the relationship between disordered eating behaviors among 168 female university students (18-25 years old) and sociocultural factors, such as the use of social network sites, beauty ideals, body satisfaction, body image and the body image desired to achieve and, second, to determine whether there is a sensitive relationship between disordered eating attitudes, addiction to social networks, and testosterone levels as a biological factor in young adult female college students. This study examined disordered eating attitudes and not an eating disorder behavior. Of note, the authors stated: "Additionally, as with the majority of the body image literature, the current participants were university students, based on the sample and size of the sample caution is recommended in not generalizing these results to other samples or different samples."

2.      BAI 2024: Examined the relationships between eating disorder tendencies, SNS use intensity, and body esteem in a total of 564 Japanese (n=293) and Chinese (n=271) college students (18–22 years old). The authors found opposite correlation between SNS intensity and body esteem between Japanese and Chinese students. The authors noted that the difference may be related to how they use SNS. The study used the Japanese and Chinese versions of the Eating Attitudes Test (EAT-26), SNS Intensity Scale, and Body Esteem Scale for Adolescents and Adults (BESAA), which are not eating disorder or body dysmorphic disorder diagnostic tools.

3.      BONIEL-NISSIM 2024: Examined four patterns of social media use (non-active, active, intensive, and problematic) and body image in 190,892 adolescents aged 11, 13, and 15 from 42 countries. The authors reported: "Findings revealed higher rates of intensive or problematic SMU among adolescents who perceived themselves as too fat or too thin. Two-level regression analyses showed intensive and problematic SMU as more likely to perceive themselves as too fat or too thin than active users. The association was significant among intensive and problematic girl social media users, whereas, among boys, the relationship was only significant for problematic users."

4.      ÇIMKE 2023: Examined the factors affecting Turkish adolescents' social media addiction and body image perception in 1,667 adolescents (12-18 years old). The authors used multiple scales, including: Appearance Related Social Media Consciousness Scale, Social Media Addiction Scale for Adolescents, and Body Image Scale. The authors stated: "In our study, it was found that female adolescents had

higher levels of appearance-related social media consciousness, social media addiction and negative body image perception. The ideal body standard may differ according to culture and time."

5.    COHEN 2017: Analyzed the association between social networking site (Facebook, Instagram) feature use and body image concerns in 259 Australian young adult females (18-29 years old). This study used multiple scales that are not diagnostic tools for an eating disorder or body dysmorphia including: Internalization-General subscale of the Sociocultural Attitudes Towards Appearance Questionnaire-Version 3 (SATAQ-3), which is used to measure thin-ideal internalization; Physical Appearance Comparison Scale (PACS), which is used to measure appearance comparison tendencies; Appearance Evaluation (AE) subscale of the Multidimensional Body-Self Relations Questionnaire-Appearance Scales (MBSRQ), which is used to measure appearance satisfaction; Body Surveillance Subscale of the Objectified Body Consciousness Scale-used to measure body surveillance (the behavioral manifestation of self-objectification); and the Drive for Thinness Subscale of the Eating Disorder Inventory-3 (EDI-3), which is used to measure disordered eating symptomatology. The authors noted that "The findings highlight that measuring overall time may mask important effects and stress the importance of a nuanced approach to ongoing SNS research."

6.    de VRIES 2019: Examined if positive parent–adolescent relationships affected the association of social media use and body dissatisfaction in 440 adolescents (12-18 years old). The authors stated that "The current study suggests that advantageous social environmental factors may attenuate the relationship between social media use and body dissatisfaction. More specifically, the relationship between social media use and body dissatisfaction was weaker among adolescent boys and girls who reported a more positive relationship with their mother. Furthermore, adolescents with more positive mother–adolescent relationships also reported less body dissatisfaction overall."

7.    FARDOULY 2020: Examined the association between SMU and body satisfaction, eating pathology, depressive symptoms, and social anxiety in 528 male and female preadolescents (10-12 years old). Of note, the authors of this study examined Instagram, Facebook, Twitter, Snapchat, Google, Vine, Tumblr, Pinterest, and YouTube, but did *not* mention TikTok. Study participants were asked to rate various aspects of their social media use and their body satisfaction using the Appearance and Weight subscales of the Body Esteem Scale for Adolescents and Adults. Then, these 10-12 year olds were asked about their eating pathology using

the Children's Eating Attitude Test. Neither of these scales are adequate to diagnose an ED or BDD.

8. GRIFFITHS 2024: Examined the association between TikTok algorithms and eating disorder symptoms by analyzing TikTok videos in individuals with self-reported eating disorders and healthy controls. The authors identified numerous limitations of their study, all of which are pertinent here, and among them being an acknowledgement that a cross-sectional study does not permit causal claims. The authors reported: "First, a minority of the TikTok videos contained no hashtags and could not be analyzed. Second, hashtags are imperfect indicators of the content contained in the videos. In future research, video classification deep learning algorithms and/or video-based large language models may help classify non-hashtagged videos and corroborate hashtagged videos." The authors identified further shortcomings, including that "liking" a video does not equate to positive regard for the video, that they did not have access to other types of user-generated and systems-level data, and that they were looking at videos delivered to participants, not the code used to generate them. The authors also noted that "the social media experiences of individuals with eating disorders differed from healthy controls in terms of specific user behaviour and not in terms of duration/frequency of use".

9. KELLY 2019: Assessed the association between SMU and depressive symptoms in 10,904 adolescents (14 year olds) and investigated multiple potential explanatory pathways including online harassment, sleep, self-esteem, and body image.

10. LONERGAN 2020: Examined whether photo based social media behaviors were associated with higher odds of meeting criteria for an eating disorder in 4,209 adolescents (14-15 years old). The authors used EDE-Q, as well as several other validated tools to determine presence of an ED, and found photo-based social media behaviors that were associated with higher odds of meeting criteria for an ED (using the approach outlined in their paper) and whether gender moderated these relationships in adolescents. With cross sectional design, an association does not confer causality. It is not clear whether these SMU behaviors contribute to the development and/or maintenance of eating disorders, or whether the social media behaviors studied here are part of the sequelae of eating disorders.

11. McLEAN 2015: Assessed the relationship between SMU and social media activities related to taking "selfies" and sharing specifically, with

3

overvaluation of shape and weight, body dissatisfaction, and dietary restraint in 101 adolescents (Mean age: 13 years old).

12.    MEIER 2014: Examined the association between body image and adolescent girls' activity on the social networking site (SNS) Facebook in 103 adolescent females (12- 18 years old). Authors stated "Results are consistent with traditional media effects research findings that exposure to specific TV and magazine genres predicted body dissatisfaction when total media consumption did not. Given the correlational nature of the study, causality cannot be established, but it seems likely that there is a bidirectional relationship whereby adolescents with high thin ideal internalization and body dissatisfaction are driven to interact more heavily with photo-related FB features, and this frequent appearance-related activity acts to reinforce or exacerbate existing body image issues. Research on traditional media forms has shown that girls with poor body image and eating disturbances seek out media featuring thin ideal images."

13.    MESCE 2022: Investigated use of the Internet and social media and body concerns, as well as to observe the presence of psychopathological risks (internalizing or externalizing problems) in 204 adolescents (14-19 years old).

14.    PRUCCOLI 2022: Investigated TikTok content use and the occurrence, development, and treatment in children and 78 adolescents (Mean age: 14.5 years old, predominantly female (93.6%)) with an eating disorder. The authors stated: "This study documents the use of the SM TikTok among children and adolescents with ED. Individuals with a perceived negative effect of this SM on their self-esteem may show greater interaction with specific content."

15.    RODGERS 2020: Examined the association between SMU and body image concerns, disordered eating, and muscle building behavior in 681 adolescents (Mean age = 12.76 years old; 49% female). The investigators reported: "Finally, only a subset of the sample provided BMI data and data were not collected on other biological dimensions that could be important contributors to outcomes such as pubertal timing."

16.    SAGRERA 2022: Examined the impact of SMU on body image issues (BII) in 5,070 adolescents (Mean age: 15.7 years old) in a public school system where many live in impoverished households. The authors reported: "Our data revealed statistically significant associations between SM use and BII for seven of eight distinct platforms sampled: Facebook, Pinterest, Reddit, Snapchat, TikTok,

4

Twitter, and YouTube; no statistically significant values for Instagram were shown to be associated with development of BII."

17.     SANTAROSSA 2017: Examined the association between problematic social networking site (SNS) use, total SNS time/day, total SNS friends, and specific SNS activities and body image, self-esteem, and eating disorder symptoms/concerns in young 147 adult university students (18-27 years old). The authors stated: "In conclusion, this study demonstrates the possible correlational influence of SNSs on BI, SE, and ED symptoms/concerns. Problematic SNS use may lower BI and SE and increase ED symptoms/concerns. Importantly, participation in specific SNSs activities may predict BI, and the amount of time spent on SNSs may influence ED symptoms/concerns."

18.     TIGGEMANN 2013: Examined the relationship between social media (Facebook, MySpace) exposure and body image concern in 1,087 adolescent girls (13-15 years old). The authors concluded: "Time spent on the Internet was significantly related to internalization of the thin ideal, body surveillance, and drive for thinness."

19.     TIGGEMANN 2014: Examined relationship between media exposure and body image concerns in pre-teenage girls with a particular focus on the Internet in 189 adolescents (10-12 years old). The authors reported: "Time spent on-line was significantly related to internalization of the thin ideal (as was time reading magazines and watching television), body surveillance, reduced body esteem, and increased dieting."

20.     WALKER 2015: Examined the association between the amount of time spent on Facebook, number of Facebook friends, and integration of Facebook into daily life), online physical appearance comparison (i.e., comparing one's appearance to others' on social media) and online "fat talk" (i.e., talking negatively about one's body) and disordered eating behavior in 128 young adult females (18-23 years old). The authors concluded: "College-aged women who endorsed greater Facebook intensity were less likely to struggle with disordered eating when online physical appearance comparison was accounted for statistically. Facebook intensity may carry both risks and benefits for disordered eating."

21.     WILKSCH 2020: Examined the relationship between SMU and disordered eating (DE) in 996 adolescent boys and girls (Mean age = 13.08 years). The authors reported: "A clear pattern of association was found between SM usage

5

and DE cognitions and behaviors with this exploratory study confirming that these relationships occur at younger-age than previously investigated."

22.    ZEENI 2018: Investigated the use of different types of technology and media, attitudes toward them, and how they relate to physical and mental well-being in 244 Lebanese university students (16-21 years old). The authors stated: "The use of mobile phone multimedia (music, pictures, and videos) correlated with unhealthy eating and stress. Social media use was associated with BID, EDs risk, and the self- control construct of TEI [trait emotional intelligence]. Anxiety of separation from technological devices and dependence on them was associated with increased BID, EDs risk, depression, and anxiety."