# Exhibit 64

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Body Image 26 (2018) 90–97

Contents lists available at ScienceDirect

# Body Image

journal homepage: www.elsevier.com/locate/bodyimage





# The effect of Instagram "likes" on women's social comparison and body dissatisfaction



Marika Tiggemann [a,*], Susannah Hayden [a], Zoe Brown [a], Jolanda Veldhuis [b]

[a] School of Psychology, Flinders University, Australia
[b] Department of Communication Science, VU University Amsterdam, Netherlands

## ARTICLE INFO

*Article history:*
Received 6 April 2018
Received in revised form 10 July 2018
Accepted 10 July 2018
Available online 21 July 2018

*Keywords:*
Body image
Social networking sites
Instagram
Number of likes
Facial dissatisfaction

## ABSTRACT

Photo-based activity on social networking sites has recently been identified as contributing to body image concerns. The present study aimed to investigate experimentally the effect of number of likes accompanying Instagram images on women's own body dissatisfaction. Participants were 220 female undergraduate students who were randomly assigned to view a set of thin-ideal or average images paired with a low or high number of likes presented in an Instagram frame. Results showed that exposure to thin-ideal images led to greater body and facial dissatisfaction than average images. While the number of likes had no effect on body dissatisfaction or appearance comparison, it had a positive effect on facial dissatisfaction. These effects were not moderated by Instagram involvement, but greater investment in Instagram likes was associated with more appearance comparison and facial dissatisfaction. The results illustrate how the uniquely social interactional aspects of social media (e.g., likes) can affect body image.

© 2018 Elsevier Ltd. All rights reserved.

## 1. Introduction

Extensive research literature has documented negative effects of exposure to thin- ideal media images presented in magazines or on television for the body dissatisfaction and disordered eating of adolescent and young adult women (for meta-analyses, see Grabe, Ward, & Hyde, 2008; Groesz, Levine, & Murnen, 2002; Want, 2009). More recent research attention has shifted toward the Internet, with a particular focus on the impact of social networking sites, such as Facebook, Instagram, and Twitter. Australian statistics suggest that approximately 79% of adults (aged over 18 years) use social networking sites, with 89% of 18- to 29-year-olds doing so on an at least daily basis (Sensis, 2017). These sites allow users to create personal online profiles, to share photos and information, and to form relationships and interact with other users of the same website. In contrast to traditional media such as magazines and television, social networking content is largely peer-generated (although it does also contain some advertising), such that users are simultaneously information sources and receivers (Holland & Tiggemann, 2016). In addition, individuals are able to actively decide how, when, and for how long they wish to participate.

A small but growing body of research has addressed the impact of social networking sites, most commonly Facebook, on body image and disordered eating outcomes. In their recent systematic review of this research, Holland and Tiggemann (2016) concluded that while increased social networking use is linked to body image and eating concerns, it is photo-based activity, e.g., posting photos and viewing or making comments on others' photos (Meier & Gray, 2014), that is particularly salient. The authors also concluded that the existing evidence is largely correlational in design and called for more longitudinal and experimental approaches to determine the directionality of effects. The latter call reinforces Perloff's (2014) earlier general conclusion that there has been little experimental research on body image and newer media formats.

One increasingly popular photo-based social networking site is Instagram. Instagram is a unique platform in that it is purely dedicated to the posting and sharing of photos, either with friends (on a private profile) or the wider public (on a public profile). Around 200 million people use Instagram on a daily basis (Statista, 2017). Instagram users are able to carefully select the personal photos they wish to post and to enhance them with Instagram filtering and editing tools in order to manage their self-presentation (Dumas, Maxwell-Smith, Davis, & Giulietti, 2017). Recent correlational research has shown that Instagram use is related to a variety of body image concerns (Cohen, Newton-John, & Slater, 2017; Fardouly, Willburger, & Vartanian, 2017; Feltman & Szymanski, 2018; Hendrickse, Arpan, Clayton, & Ridgway, 2017). As of yet there is no longitudinal evi-

* Corresponding author at: School of Psychology, Flinders University, GPO Box 2100, Adelaide, South Australia, 5001, Australia.
*E-mail address:* Marika.Tiggemann@flinders.edu.au (M. Tiggemann).

https://doi.org/10.1016/j.bodyim.2018.07.002
1740-1445/© 2018 Elsevier Ltd. All rights reserved.

*M. Tiggemann et al. / Body Image 26 (2018) 90–97*                                                      91

dence, but initial experimental research has also shown that acute exposure to idealized Instagram images (attractive peers, celebrities) has a detrimental impact on body image (Brown & Tiggemann, 2016; Tiggemann & Zaccardo, 2015).

The negative effects of media exposure have generally been attributed to the process of social comparison (Levine & Murnen, 2009; Want, 2009). Social comparison theory (Festinger, 1954) argues that women evaluate their own appearance by comparing themselves with the sociocultural thin ideals of beauty presented in the media. Almost always this will constitute an upward comparison by which women fall short, resulting in dissatisfaction with their own body and appearance (Strahan, Wilson, Cressman, & Buote, 2006; Want, 2009). Furthermore, those individuals who are already anxious or uncertain about their body image seem to be particularly likely to seek out standards for (upward) social comparison, resulting in further body dissatisfaction (Want, 2009). In this, social comparison may be particularly pertinent to social networking sites. First, the ease with which individuals can connect to their networks at any time of the day gives rise to the opportunity for very fast and numerous comparisons on the basis of appearance (Tiggemann & Miller, 2010). Second, according to social comparison theory (Festinger, 1954), the drive for self-evaluation causes people to seek out comparisons with others who are similar rather than dissimilar to themselves. Thus peers, the major source of material on social media, provide more important comparison targets than do the models or celebrities featured in traditional media (Heinberg & Thompson, 1995). In support of this reasoning, Fardouly and Vartanian (2015) found that trait appearance comparison mediated the relationship between frequency of Facebook use and body image concerns, while Fardouly et al. (2017); Hendrickse et al. (2017), and Feltman and Szymanski (2018) showed similar relationships for Instagram use. More tellingly, in the Instagram experimental studies, the observed effects of idealized images on body dissatisfaction were shown to be mediated by state appearance comparison (Brown & Tiggemann, 2016; Tiggemann & Zaccardo, 2015).

Despite the fact that it is the interactivity of social media that most clearly distinguishes social media from traditional media (Perloff, 2014), as yet there has been little formal research on body image and the 'social' aspects of social media. The present study sought to begin this investigation by experimentally investigating the impact of one simple component, namely the number of likes on an Instagram image. Likes are an important and integral aspect of Instagram. Users can comment on and "like" photos, with "liking" being a very frequent activity (Frison & Eggermont, 2017). Importantly, the number of people who have "liked" a photo is then displayed under each image on Instagram for all to see. In this way, the number of likes can serve as a form of peer influence or social reinforcement. Social reinforcement theory postulates that the comments or actions of significant social agents, including media and peers, will reinforce particular attitudes and behaviours (Thompson & Stice, 2001). In the off-line environment, research has demonstrated that women and girls internalize the weight and shape ideals of their peer networks and share the resulting levels of body dissatisfaction (Leiberman, Gauvin, Bukowski, & White, 2001; Shroff & Thompson, 2006; Thompson & Stice, 2001). In the present case, a high number of likes attached to idealized (thin and attractive) Instagram photos should socially reinforce the importance of the beauty ideals displayed.

Initial qualitative research has indicated that likes are a marker of peer status and popularity (Dumas et al., 2017), as well as an accepted numerical indicator of consensually determined physical beauty (Chua & Chang, 2016). Indeed, Dumas et al. (2017) have documented a number of strategies that women use to actively seek likes for their own photos in order to obtain attention and validation, such as using filters or uploading photos at a certain time of day. Further, the adolescent girls in Chua and Chang's (2016) interview study viewed the number of likes that they receive as direct evaluative feedback about both their beauty and their self-worth. The number of likes on other people's photos (which Instagram displays) can also have consequences. For example, adolescents are significantly more likely to themselves "like" a photo if that photo has received more likes from peers (Jong & Drummond, 2016; Sherman, Payton, Hernandez, Greenfield, & Dapretto, 2016).

In the present study, we were interested in the effect of number of likes attached to others' photographs on women's own body image. We reasoned that the number of likes received by a photo would be taken as a reflection of the collective opinion of other Instagram users as to the worth and attractiveness of that person, serving to endorse that image and evoking greater attention and appearance comparison, and hence resulting in greater body dissatisfaction. Indeed, adolescent girls report that they compare themselves and their appearance more to peers with a higher number of likes on social media (Chua & Chang, 2016). In addition, the number of likes itself provides another attribute on which users can make social comparisons. Chua and Chang (2016) suggest that (upward) social comparison with Instagram images that receive a greater number of likes than what the individual would normally receive can lead to decreases in perceived self-worth and body satisfaction, while (downward) comparisons with Instagram users who receive fewer likes than they normally do may preserve body satisfaction and self-esteem. Although it is possible that habitual users of Instagram would be inured to the effect of likes, the importance placed on likes illustrated above led us to further reason that the effect of number of likes on body dissatisfaction might be greater for regular Instagram users who are familiar with the platform and who are more invested themselves in the number of likes they receive. These participants may be more inclined to attend to, interpret, and react to the number of likes on viewed images.

Thus, the main aim of the present study was to experimentally examine the effect of number of likes (low/high) on Instagram images (both thin-ideal and average figures) on women's body dissatisfaction. In addition, because faces may be particularly relevant in the social media context with the rise in the posting of self-portrait photos ("selfies"; Cohen, Newton-John, & Slater, 2018), we also included a simple measure of facial dissatisfaction. Based on the existing qualitative and correlational research, we predicted that viewing a greater number of likes would negatively affect body image by arousing greater social comparison on the basis of appearance and number of likes. In addition, we predicted that the effect of likes might be moderated by Instagram involvement, such that habitual users of Instagram or those who are invested in the feedback they receive would experience relatively greater body dissatisfaction in response to viewing images with a high number of likes.

## 2. Method

### 2.1. Design

The study employed a 2 (likes condition: low, high) × 2 (image type: thin-ideal, average) between-subjects experimental design. The major dependent variables were body dissatisfaction, facial dissatisfaction, and social comparison. Instagram use and investment were tested as potential moderating variables.

### 2.2. Participants

Participants were 220 female undergraduate students at Flinders University aged between 18 and 30 years. The major-

ity identified as Caucasian/White (67.3%), with 23.2% Asian, 2.3% African, 1.4% Aboriginal or Torres Strait Islander, and 5.9% 'other.' Participants were randomly allocated to one of the four experimental conditions of the design (subject to equal $n$), resulting in 55 participants per condition.

### 2.3. Materials

#### 2.3.1. Experimental manipulation: image type

Two sets of stimulus materials were constructed for the study, each containing 15 Instagram images of thin-ideal or average women, respectively. All images were of Caucasian women, like the majority of the sample, and were sourced from public Instagram profiles using the hashtags "#fashion," "#beach," and "#plussize" to retrieve a range of body sizes. Images ranged from full body to head-and-shoulder shots, as these are common types of photographs found on Instagram, and were matched on clothing and degree of body shown.

The final images were selected from an initial pool of 120 Instagram images on the basis of ratings of thinness (1 = *extremely thin*, 5 = *extremely overweight*), attractiveness (1 = *extremely attractive*, 5 = *extremely unattractive*), and visual quality (1 = *excellent*, 5 = *very poor*) made by five independent raters in the target age range ($M$ = 21.00 years, $SD$ = 0.71). Images with a modal rating of '1' or '2' on thinness were considered as representative of the thin ideal, and images with rating of '3' or '4' were designated average. Any image rated a '5' by even a single rater was discarded to assist in the development of an average (rather than extremely overweight or unattractive) image set. An independent samples $t$-test confirmed that the final set of thin-ideal images were rated as significantly thinner ($M$ = 1.93, $SD$ = 0.26) than the average images ($M$ = 3.47, $SD$ = 0.52), $t(28)$ = 10.29, $p$ < .001. As would be expected given that thinness is a defining feature of contemporary beauty, the thin-ideal images were also rated as significantly more attractive ($M$ = 2.00, $SD$ = 0.53) than the average images ($M$ = 3.13, $SD$ = 0.35), $t(28)$ = 6.86, $p$ < .001. The thin-ideal and average image sets did not differ on visual quality ($Ms$ = 2.53, 2.67, $SDs$ = 0.52, 0.49), $t(28)$ = 0.73, $p$ = .470.

#### 2.3.2. Experimental manipulation: number of likes

Each image was presented within the Instagram frame with the Instagram logo, default profile picture icon, and a mock profile name (e.g., carol.t, Bree24) above the photo, and a specified number of Instagram likes below each image. In the Low Likes condition, the number of likes varied between 1 and 10. In the High Likes condition, the number of likes ranged between 100 and 300. These allocations were based on the pilot group's ratings of what they believed constituted a "low" ($M$ = 12, $SD$ = 4.47) and "high" number of likes ($M$ = 300, $SD$ = 122.47) for Instagram pictures. All other aspects of the presentation (e.g., profile name) remained constant across conditions.

#### 2.3.3. Social networking use

Participants were provided with a list of social networking sites and asked which they used. For Facebook and Instagram, they were also asked how much time they spend there per day (*less than 10 min, 10–30 min, 30–60 min, 1–2 hours, more than 2 h*), and the number of "friends" (Facebook), followers (Instagram), and people they follow (Instagram). Finally, they rated how much importance they placed on the visual quality of images on social networking sites (1 = *not important*, 5 = *very important*).

#### 2.3.4. Body and facial dissatisfaction

Following Heinberg and Thompson (1995), visual analogue scales (VAS) were used to obtain measures of mood, body dissatisfaction, and facial dissatisfaction before and after viewing the Instagram images. The five mood items (not analysed here) were included to decrease the focus on appearance. Each scale consisted of a 100-mm horizontal line, with endpoints labelled *none* and *very much*. Participants were instructed to indicate how they were feeling "right now" by placing a small vertical mark on the line, which was subsequently measured to the nearest millimetre. As is normally done, the two body dissatisfaction dimensions ('weight dissatisfaction' and 'appearance dissatisfaction') were averaged to produce an overall body dissatisfaction score ranging from 0 to 100, with higher scores indicating greater body dissatisfaction. Because women also report high levels of facial dissatisfaction (Frederick, Kelly, Latner, Sandhu, & Tsong, 2016), a third VAS was added to specifically measure dissatisfaction with facial features, likely to be of increased relevance in the social media context (Cohen et al., 2018). In general, VAS carry the advantage that they can be completed quickly, are sensitive to small changes, and are difficult to recall in subsequent measurement. They have been shown to provide valid measures of body dissatisfaction, correlating significantly with longer and more complex measures of body image disturbance (Heinberg & Thompson, 1995). In the present sample, internal reliability for body dissatisfaction was acceptable at both pre-exposure ($\alpha$ = .85) and post-exposure ($\alpha$ = .90).

#### 2.3.5. State social comparison

The amount of appearance comparison participants engaged in while viewing the images was assessed by Tiggemann and McGill's (2004) State Appearance Comparison Scale. The scale comprises three items which ask participants to rate on 7-point Likert-type scales the extent to which they thought about their appearance when viewing the Instagram photos (1 = *no thought about appearance*, 7 = *a lot of thought*), and the extent to which they compared their overall appearance and specific body parts, respectively, with those of the people they saw in the photos (1 = *no comparison*, 7 = *a lot of comparison*). The score for state appearance comparison was calculated by averaging the three items, producing a scale ranging from 1 to 7, with higher scores indicating greater state appearance comparison processing. Items in this scale are highly inter-correlated ($r$ = .71 - .82) and the scale has been shown to be both reactive to experimental instruction and correlated with trait measures of physical appearance comparison (Tiggemann & McGill, 2004). In the present sample, the scale had good internal reliability ($\alpha$ = .92).

As the number of Instagram likes may themselves provide a further opportunity for social comparison, a fourth item was added. Participants were asked to rate the extent to which they compared the number of likes they personally receive with the number of likes on the viewed photographs (1 = *no comparison, 7 = a lot of comparison*).

#### 2.3.6. Instagram involvement

Participants were asked a number of questions about their Instagram use. They were asked to indicate the number of pictures they upload to Instagram each month (*0, 1–5, 5–10, >10*), the average number of likes they receive on their posted photographs (*0–10, 10–50, 50–100, 100–200, 200+*), and the highest number of likes they have ever received. They were asked to rate the degree of importance that they place on the visual quality of photographs posted on Instagram by themselves and by others on 5-point Likert-type scales (1 = *not important, 5 = very important*). The final two items asked the degree of importance they placed on the number of likes on their own and someone else's photographs, respectively (1 = *not important, 5 = very important*). These latter two items were averaged to produce a measure of investment in likes with acceptable internal reliability ($\alpha$ = .76).

*M. Tiggemann et al. / Body Image 26 (2018) 90–97*                    93

### 2.3.7. Recall

At the end of the questionnaire, participants were asked to indicate how many likes, on average, the photos they viewed had received (*0-20, 20–100, 100–200, 200-300*). This question was included to check that participants had noticed the number of likes attached to the images they viewed. They were also asked to rate the average thinness of the women in the images (1 = *not at all thin,* 7 = *very thin*) to check the assignment of images to experimental condition.

### 2.4. Procedure

Participants were recruited for a study entitled "Recreational Use of Instagram" and were tested individually or in small groups of two or three in the Psychology and Media research laboratory. After reading the Letter of Introduction and providing consent, participants completed the social networking use measure and the pre-exposure VAS measures of mood, body dissatisfaction, and facial dissatisfaction. Next, participants were presented with an iPad and viewed a slideshow of one of the four sets of experimental Instagram images (high/low likes × thin/average figures). Each image was displayed for 15 s. To ensure participants attended to the images, they were asked to rate the overall visual quality (e.g., blurriness, composition) of each image on a 5-point Likert-type scale (1 = *very poor,* 5 = *excellent quality*). Following exposure to the Instagram images, participants completed the post-exposure VAS, as well as measures of state appearance and likes comparison. Finally, participants completed the recall and Instagram use measures, before having their height and weight measured (with their consent). Testing sessions lasted approximately 30 min. Participants received course credit for their participation and were debriefed via an online system following completion of data collection. This protocol had received approval from the Institutional Research Ethics Committee.

## 3. Results

### 3.1. Characteristics of the sample

The women in the sample had a mean age of 20.13 years (*SD* = 2.58). Their mean body mass index (BMI) was 23.40 (*SD* = 4.73).

The social networking sites of Twitter, Pinterest, and Tumblr were each used by over a quarter of the women (25.5%, 39.5%, and 29.1%, respectively). However, many more (nearly all) reported using Facebook (97.3%) and Instagram (93.2%). The modal use of both Facebook and Instagram was 30–60 min each day. Facebook users had an average of 649.4 (*SD* = 559.6) Facebook friends, while Instagram users had on average 516.7 (*SD* = 753.5) followers and themselves followed 386.4 (*SD* = 296.3) people. The latter figures are similar but a little lower than those of an equivalent United States sample of college students (579 followers and 493 people followed; Barry, Doucette, Loflin, Rivera-Hudson, & Herrington, 2017).

For Instagram specifically, the modal number of pictures uploaded every month was 1-5. The modal average number of likes received was 10–50, and the mean number of highest likes ever received was 146.15, but with wide variation (*SD* = 248.0). Participants placed considerable importance on the quality of the photographs posted on Instagram by others (*M* = 3.53, *SD* = 0.92) and especially by themselves (*M* = 4.20, *SD* = 0.81). Likewise, they placed moderate importance on the number of likes on their own (*M* = 3.17, *SD* = 1.18) and others' (*M* = 2.38, *SD* = 1.07) Instagram photos.

A series of one-way ANOVAs showed that the four experimental groups did not differ in age, $F(3, 216) = 1.76$, $p = .156$, $\eta_p^2 = .024$, BMI, $F(3, 216) = 1.10$, $p = .835$, $\eta_p^2 = .015$, or time spent on Instagram, $F(3, 215) = 0.91$, $p = .439$, $\eta_p^2 = .012$. They also did not differ on initial level of body dissatisfaction, $F(3, 216) = 0.84$, $p = .475$, $\eta_p^2 = .011$, or facial dissatisfaction, $F(3, 216) = 0.16$, $p = .924$, $\eta_p^2 = .002$, confirming that random assignment to experimental condition was successful.

### 3.2. Manipulation check

Participants in the high likes condition reported viewing significantly more likes (*M* = 2.01, *SD* = 0.52) than those in the low likes condition (*M* = 0.14, *SD* = 0.42), $t(218) = 29.78$, $p < .001$. These means are equivalent to 100–200 and 0–10 likes respectively, and so indicate that participants did attend to the number of likes on the images. Participants in the thin-ideal condition also rated the images they saw as significantly thinner (*M* = 5.72, *SD* = 1.04) than did participants in the average condition (*M* = 3.32, *SD* = 0.85), $t(218) = 18.77$, $p < .001$, confirming assignment of images to experimental condition.

### 3.3. Effect of likes on body and facial dissatisfaction

A 2 (likes condition: low, high) × 2 (image condition: thin-ideal, average) ANCOVA, with pre-exposure scores on body dissatisfaction entered as a covariate to control for individual differences, was conducted to test the effects of number of likes accompanying Instagram images on body dissatisfaction. The resulting adjusted means are displayed in Table 1. In contrast to prediction, the main effect of likes was not significant, $F(1, 215) = 0.18$, $p = .677$, $\eta_p^2 = .001$. The number of likes on viewed images did not result in greater body dissatisfaction. Nor was there any significant interaction with image type, $F(1, 215) = 0.19$, $p = .667$, $\eta_p^2 = .001$. There was, however, a significant main effect of image type, $F(1, 215) = 16.37$, $p < .001$, $\eta_p^2 = .071$, whereby the thin-ideal images led to greater body dissatisfaction than the average images.

The ANCOVA for facial dissatisfaction (pre-exposure facial dissatisfaction entered as a covariate) showed a significant main effect for number of likes, $F(1, 215) = 4.89$, $p = .028$, $\eta_p^2 = .022$. The adjusted means (Table 1) indicate that these lay in the opposite to predicted direction. Viewing a high number of likes led to lower, rather than greater, facial dissatisfaction. Again, the effect of image

**Table 1**
Means (SD) for Body Dissatisfaction, Facial Dissatisfaction, Appearance Comparison, and "Likes" Comparison by Experimental Condition.

| | Condition | | | | |
| --- | --- | --- | --- | --- | --- |
| | **Average Images** | | **Thin-Ideal Images** | | |
| | Low Likes | High Likes | Low Likes | High Likes | |
| Body Dissatisfaction [a] | 42.59(1.54) | 42.61(1.54) | 49.51(1.54) | 48.20(1.55) | I |
| Facial Dissatisfaction [a] | 40.54(1.79) | 38.30(1.79) | 47.26(1.79) | 41.59(1.79) | I, L |
| Appearance Comparison | 3.56 (1.67) | 3.45 (1.56) | 4.34 (1.40) | 4.39 (1.65) | I |
| "Likes" Comparison | 3.22 (1.97) | 2.35 (1.73) | 2.53 (1.92) | 3.16 (1.77) | I × L |

*Note.* I = significant effect (*p* < .05) of Image type; L = significant effect (*p* < .05) of Likes condition; I × L = significant interaction (*p* < .05).

[a] Adjusted means (*SE*).

type was significant, $F(1, 215) = 7.86$, $p = .006$, $\eta_p^2 = .035$ (exposure to thin-ideal images led to greater facial dissatisfaction than average images), with no significant interaction, $F(1, 215) = 0.92$, $p = .338$, $\eta_p^2 = .004$.

### 3.4. Effect of likes on social comparison

A 2 (likes condition: low, high) × 2 (image condition: thin-ideal, average) ANOVA showed no main effect of likes condition, $F(1, 216) = 0.02$, $p = .898$, $\eta_p^2 < .001$, nor interaction, $F(1, 216) = 0.15$, $p = .700$, $\eta_p^2 = .001$, on state appearance comparison. However, there was a significant main effect of image type, $F(1, 216) = 16.62$, $p < .001$, $\eta_p^2 = .071$, whereby the thin-ideal images aroused more state appearance comparison than the average images.

For likes comparison, although the mean score of 2.82 ($SD = 1.88$) suggests only a small-to-moderate amount of comparison on average on the basis of likes, scores ranged the full gamut of the scale (from 1 to 7) and the relatively large standard deviation indicates that some participants engaged in a great deal of likes comparison. A 2 (likes condition: low, high) × 2 (image condition: thin-ideal, average) ANOVA revealed no main effect of likes condition, $F(1, 216) = 0.22$, $p = .637$, $\eta_p^2 = .001$, or image type, $F(1, 216) = 0.07$, $p = .799$, $\eta_p^2 < .001$, on likes comparison. There was, however, a significant interaction between the number of likes and image type, $F(1, 216) = 9.13$, $p = .003$, $\eta_p^2 = .041$. As can be seen in Table 1, participants in the high likes condition reported a greater amount of likes comparison for the thin-ideal figure than those in the low likes condition. The opposite pattern was observed for the average figure.

### 3.5. Role of comparison

A series of hierarchical regressions was conducted to test whether social comparison (on the basis of appearance or number of likes) predicted increase in body dissatisfaction or facial dissatisfaction across experimental conditions. Pre-exposure body/facial dissatisfaction was entered on Step 1, followed by appearance or likes comparison on Step 2.

For state appearance comparison, it was found that Step 2 explained a significant amount of additional variance in post-exposure body dissatisfaction over and above initial body dissatisfaction, $\beta = .07$, $F_{change}(1, 217) = 4.61$, $p = .033$. Interestingly, when the high and low likes conditions were examined separately, there was significant prediction in the low likes condition, $\beta = .14$, $F_{change}(1, 107) = 10.88$, $p < .001$, but this prediction did not hold up in the high likes condition, $\beta = .01$, $F_{change}(1, 107) = 0.03$, $p = .856$. A similar pattern emerged for facial dissatisfaction. Although Step 2 failed to reach significance overall, $\beta = .06$, $F_{change}(1, 217) = 2.58$, $p = .109$, there was significant prediction in the low likes condition, $\beta = .12$, $F_{change}(1, 107) = 5.24$, $p = .024$, but not for a high number of likes, $\beta = .00$, $F_{change}(1, 107) = 0.00$, $p = .947$.

In contrast, comparison on the basis of likes did not offer significant prediction for either body dissatisfaction, $\beta = -.01$, $F_{change}(1, 217) = 0.08$, $p = .777$, or facial dissatisfaction. $\beta = -.04$, $F_{change}(1, 217) = 1.15$, $p = .285$. This remained the case when high and low likes conditions were examined separately.

### 3.6. Moderating role of Instagram involvement

A number of Instagram variables were conceptualized as potential moderators of the effect of number of likes on body and facial dissatisfaction. Specifically, it was proposed that the effect of likes on Instagram images would depend on the viewer's familiarity with Instagram and investment in likes. Table 2 displays the correlations between these potential moderators and outcome variables. It can be seen that each of time spent on Instagram, average number of likes, and likes investment was positively related to comparison

on the basis of number of likes. Likes investment was also positively related to comparison on the basis of appearance and facial dissatisfaction before and after exposure.

To establish whether any of these moderated the effect of likes condition, a series of hierarchical multiple regressions was conducted. Where relevant, the pre-exposure measure was entered on Step 1, then likes condition (dichotomous variable) and the moderator variable in Step 2, followed by the two-way product term on the last step (Step 3). A significant interaction is established when the product term offers additional prediction beyond that provided by the prior variables (main effects). Here, the inclusion of the product term (Step 3) did not explain significant additional variance in any of body dissatisfaction, facial dissatisfaction, state appearance comparison, or likes comparison (all $R^2_{change} < .002$, all $p > .100$). Thus, none of the Instagram variables tested acted as moderators of the effect of number of likes.

## 4. Discussion

The major aim of the present study was to examine the effect of the number of likes accompanying Instagram images on body and facial dissatisfaction. In so doing, the study has extended the experimental investigation of social media and body image in general, and made a start on the important task of investigating the "social" aspects of social media. It was found that the number of likes had no effect on state appearance comparison or body dissatisfaction, but had a positive effect on facial dissatisfaction, whereby a high number of likes led to reduced facial dissatisfaction. This was the case for both thin-ideal and average images. Effects were not moderated by Instagram use or involvement, but women who reported greater investment in likes also showed more appearance comparison, likes comparison, and facial dissatisfaction.

It is clear that the sample as a whole is well-connected to social media with most participants using multiple platforms. Greater than 90% used Facebook and Instagram, with over a quarter also using other social media platforms, such as Twitter and Pinterest. Only two women (1%) in the present sample did not use either Facebook or Instagram. Data from equivalent samples (of the same age recruited from the same university) across time show that the rate of Instagram usage has steadily increased over recent years, from 78.5% (Tiggemann & Zaccardo, 2015) to 86.5% (Brown & Tiggemann, 2016) to the present 93.2%. This reflects the general trend in Australian figures, which also show that emerging adults, i.e., 18- to 29-year-olds (the present age group), are the most avid users of social media (Sensis, 2017).

Although not the major purpose of the study, the finding that exposure to thin-ideal Instagram images led to greater body and facial dissatisfaction relative to average images is consistent with a large body of previous experimental research demonstrating the negative effects of viewing thin idealized images (mostly drawn from fashion magazines) on women's body image (Grabe et al., 2008; Groesz et al., 2002; Want, 2009). It is also consistent with the results of two previous experimental studies using the Instagram platform (Brown & Tiggemann, 2016; Tiggemann & Zaccardo, 2015), but extends these by contrasting with average weight figures, rather than using nonhuman controls, the latter having been identified as a general confound in media studies (Ferguson, 2013). The size of effect on body dissatisfaction here was moderate-to-large, in contrast to the small effects typically reported in the earlier literature. As has been suggested (Tiggemann & Zaccardo, 2015), the size of effect may reflect the presentation of imagery via Instagram, an inherently photo-based platform and thus potentially a particularly potent form of transmission of ideals (Holland & Tiggemann, 2016; Meier & Grey, 2014). In addition, viewing the

M. Tiggemann et al. / Body Image 26 (2018) 90–97

**Table 2**
Correlations between Moderators and Outcome Variables.

|  | AppComp | Likes Comp | Pre BD | Post BD | Pre FD | Post FD |
|---|---|---|---|---|---|---|
| Instagram time | .06 | .19** | .07 | .03 | .01 | .03 |
| Average likes | .07 | .18** | .00 | .04 | -.01 | .01 |
| Likes investment | .26*** | .39*** | .10 | .04 | .19** | .16* |

Note: App Comp = Appearance comparison; Likes Comp = Likes comparison; Pre BD = pre-body dissatisfaction; Post BD = post-body dissatisfaction; Pre FD = pre-facial dissatisfaction; Post FD = post-facial dissatisfaction.
$^*p < .05$; $^{**} p < .01$; $^{***} p < .001$.

images on a mobile device, in this case an iPad, provides a contemporary and ecologically valid medium that may add immediacy.

The first major finding here was that the number of likes did not affect body dissatisfaction. We found no support for the proposition that viewing Instagram images with a high number of Instagram likes would result in relatively greater body dissatisfaction. However, we also found that a high number of likes did not evoke greater appearance comparison as we had reasoned. Logically, then, body dissatisfaction would not be affected. This is surprising in light of Chua and Chang's (2016) finding that adolescent girls explicitly report comparing themselves more to peers on social media with a higher number of likes. It is possible that likes are particularly meaningful for adolescent girls who place so much importance on peer opinion, but no longer carry the same impact by early adulthood, the developmental stage of the present sample. It also needs to be recognised that the photos shown in the present experimental protocol were of unknown peers, whereas Chua and Chang's (2016) girls may have been responding to known peers in their networks. Relatedly, Chua and Chang's (2016) sample were Singaporean and there may be important cultural differences in which aspects of social media are most valued. Nevertheless, the number of likes was not irrelevant here. Only in the low likes condition did the amount of appearance comparison processing that women engaged in predict increase in body dissatisfaction as is usually found (e.g., Tiggemann & Polivy, 2010; Tiggemann, Polivy, & Hargreaves, 2009) and consistent with sociocultural models of body image (Thompson, Heinberg, Altabe, & Tantleff-Dunn, 1999; Tiggemann, 2011). It is not clear why this was not also the case in the high likes condition. Perhaps images with a high number of likes evoke other cognitive processes (e.g., appearance schemas, reinforcement of beauty ideals) or emotional states (e.g., envy) that were not measured but may be pertinent to body dissatisfaction. Future research will need to determine the predictors of body image change under these circumstances.

The second major finding was that the number of likes did have a significant effect on facial dissatisfaction. In particular, viewing a high number of likes led to lower dissatisfaction with one's own face. Although not predicted, this positive effect is perhaps consistent with a view of likes as an online form of supportive communication, identified by Oh, Ozkaya, and LaRose, (2014) as providing a sense of community, peer belonging, and life satisfaction. It is also possible that social comparison on the basis of facial features may not be as universally negative (upward) as comparison on the basis of body size and shape seem to be. Facial ideals are likely more complex, individual, and less narrowly prescribed than are body ideals. To test the applicability of sociocultural models (Thompson et al., 1999; Tiggemann, 2011) in the facial domain, future research might ascertain which facial features are considered ideal and measure the extent of comparison on the basis of facial features.

We further attempted to explore and explicitly measure (albeit with only a single item) a new type of comparison unique to social media, namely comparison on the basis of number of likes. The results indicated that some participants certainly engage in this type of comparison. Further, the experimental manipulations had an effect on this form of comparison. For the thin-ideal figure, viewing images with a high number of likes evoked greater comparison on the basis of likes than viewing images with low likes, presumably reflecting upward comparison, and consistent with Chua and Chang's (2016) qualitative descriptions. For the average figure, however, fewer likes evoked relatively greater (presumably downward) comparison. This interaction may be a function of matching participants' expectations, in that individuals may expect thin-ideal images to receive a large number of likes and average images to receive fewer likes. Regardless, the results show that the meaning of number of likes will differ depending on the content of the material to which they are attached. Although likes comparison did not predict change in body or facial dissatisfaction, it remains possible that it might affect other more global outcomes not measured here, e.g., self-esteem.

The third major finding was that, in contrast to our prediction that habitual and highly invested users of Instagram would be particularly reactive to the number of likes on an image, we observed no moderating effect on any outcome measure. Perhaps the relatively large effect of figure size on our dependent variables somehow overshadowed any other potential effects. Nevertheless, again these aspects were not irrelevant. In particular, we found that, regardless of experimental condition, the extent to which individuals placed importance on number of likes was positively related to greater comparison on both appearance and likes, as well as more facial dissatisfaction.

The difference in obtained findings between body and facial dissatisfaction illustrates a more general important point. When addressing newer media formats, we should be careful to align our research questions and associated protocols and measures to the new format, rather than simply and uncritically transferring existing protocols and measures from traditional media research. Women and girls reportedly spend a great deal of time and effort in taking, selecting and editing the photographs of themselves ("selfies") they choose to upload on Instagram (Chua & Chang, 2016; Dumas et al., 2017). As these are commonly close-ups, the face may be an increasingly important target feature for investigations of social media use. Future research might also be directed at developing psychometrically robust measures of activities unique to social media, such as comparison on the basis of number of likes.

Taken together, the present findings indicate both positive and negative aspects of likes attached to Instagram images. On the one hand, viewing images with a high number of likes led to greater satisfaction with women's own facial features, perhaps reflecting a positive sense of online social support and communication. On the other hand, being highly invested in likes was related to appearance comparison and facial dissatisfaction, in a way that general Instagram use and average number of likes were not. Thus, it appears that it is the importance placed on the number of likes received that may be particularly problematic, rather than the receiving and viewing of likes in general, which may be regarded as normative aspects of Instagram participation. This result carries the important practical implication that women and girls should be dissuaded from actively seeking likes on their Instagram images and, in particular, from viewing the number of likes they receive as an indication

96    M. Tiggemann et al. / Body Image 26 (2018) 90–97

of their beauty or self-worth. This specific message could well be added to current media literacy programs, which have shown some effectiveness in protecting body image (Levine & Murnen, 2009; Yager, Diedrichs, Ricciardelli, & Halliwell, 2013).

Like all studies, the present study carries a number of limitations. First, the sample consisted of Australian university students and thus results may not generalize to other groups of women. In particular, the number of likes may be more salient for adolescent girls who are also high users of social networking sites (Sensis, 2017). Second, the study took place in a laboratory setting. Although the viewed images were real images sourced from Instagram and presented in an ecologically valid format (on an iPad), participants were asked to attend to the images (by evaluating visual quality) in a way that they would not normally do in more naturalistic settings. Third, all viewed images were of Caucasian women to match the majority of the sample. Images representing greater racial and ethnic diversity have not yet been trialled in Instagram experimental studies. Fourth, the likes investigated here were on other people's photos. The significance and implications of number of likes would undoubtedly be much greater were they attached to the participant's own photos. Fifth, the images (and associated number of likes) were viewed passively. Unlike on social networking sites, participants had no opportunity to engage in interaction, for example, by also "liking" the image. Future research will need to devise creative methodologies to capture more fully the effects on body image of self-relevant posts and social networking behaviours.

Despite the above limitations, the present study has made a start in investigating one important and quintessential aspect of social media, namely the number of likes. Future research might continue this investigation by addressing other important aspects, such as the making or receiving of comments. The findings offer some insight into how online social interaction may contribute to body image in a way that is very different from traditional media formats like fashion magazines and television. In so doing, they illustrate the complexity and multi-faceted nature of the contemporary media world in which young adults live.

## References

Barry, C., Doucette, H., Loflin, D., Rivera-Hudson, N., & Herrington, L. (2017). "Let me take a selfie": Associations between self-photography, narcissism, and self-esteem. *Psychology of Popular Media Culture*, 6, 48–60. http://dx.doi.org/10.1037/ppm0000089

Brown, Z., & Tiggemann, M. (2016). Attractive celebrity and peer images on Instagram: Effect on women's mood and body image. *Body Image*, 19, 37–43. http://dx.doi.org/10.1016/j.bodyim.2016.08.007

Chua, T., & Chang, L. (2016). Follow me and like my beautiful selfies: Singapore teenage girls' engagement in self-presentation and peer comparison on social media. *Computers in Human Behavior*, 55, 190–197. http://dx.doi.org/10.1016/j.chb.2015.09.011

Cohen, R., Newton-John, T., & Slater, A. (2017). The relationship between Facebook and Instagram appearance-focused activities and body image concerns in young women. *Body Image*, 23, 183–187. http://dx.doi.org/10.1016/j.bodyim.2017.10.002

Cohen, R., Newton-John, T., & Slater, A. (2018). 'Selfie'-objectification: The role of selfies in self-objectification and disordered eating in young women. *Computers in Human Behavior*, 79, 68–74. http://dx.doi.org/10.1016/j.chb.2017.10.027

Dumas, T., Maxwell-Smith, M., Davis, J., & Giulietti, P. (2017). Lying or longing for likes? Narcissism, peer belonging, loneliness and normative versus deceptive like-seeking on Instagram in emerging adulthood. *Computers in Human Behavior*, 71, 1–10. http://dx.doi.org/10.1016/j.chb.2017.01.037

Fardouly, J., & Vartanian, L. (2015). Negative comparisons about one's appearance mediate the relationship between Facebook usage and body image concerns. *Body Image*, 12, 82–88. http://dx.doi.org/10.1016/j.bodyim.2014.10.004

Fardouly, J., Willburger, B., & Vartanian, L. (2017). Instagram use and young women's body image concerns and self-objectification: Testing mediational pathways. *New Media and Society*, http://dx.doi.org/10.1177/1461444817694499

Feltman, C., & Szymanski, D. (2018). Instagram use and self-objectification: The roles of internalization, comparison, appearance commentary, and feminism. *Sex Roles*, 78, 311–324. http://dx.doi.org/10.1007/s11199-017-0796-1

Ferguson, C. (2013). In the eye of the beholder: Thin-ideal media affects some, but not most, viewers in a meta-analytic review of body dissatisfaction in women

and men. *Psychology of Popular Media Culture*, 2, 20–37. http://dx.doi.org/10.1037/a0030766

Festinger, L. (1954). A theory of social comparison processes. *Human Relations*, 7, 117–140. http://dx.doi.org/10.1177/001872675400700202

Frederick, D., Kelly, M., Latner, J., Sandhu, G., & Tsong, Y. (2016). Body image and face image in Asian American and white women: Examining associations with surveillance, construal of self, perfectionism, and sociocultural pressures. *Body Image*, 16, 113–125. http://dx.doi.org/10.1016/j.bodyim.2015.12.002

Frison, E., & Eggermont, S. (2017). Browsing, posting, and liking on Instagram: The reciprocal relationships between different types of Instagram use and adolescents' depressed mood. *Cyberpsychology, Behavior, and Social Networking*, 20, 603–609. http://dx.doi.org/10.1089/cyber.2017.0156

Grabe, S., Ward, L., & Hyde, J. (2008). The role of the media in body image concerns among women: A meta-analysis of experimental and correlational studies. *Psychological Bulletin*, 134, 460–476. http://dx.doi.org/10.1037/0033-2909.134.3.460

Groesz, L., Levine, M., & Murnen, S. (2002). The effect of experimental presentation of thin media images on body satisfaction: A meta-analytic review. *International Journal of Eating Disorders*, 31, 1–16. http://dx.doi.org/10.1002/eat.10005

Heinberg, L., & Thompson, J. (1995). Body image and televised images of thinness and attractiveness: A controlled laboratory investigation. *Journal of Social and Clinical Psychology*, 14, 325–338. http://dx.doi.org/10.1521/jscp.1995.14.4.325

Hendrickse, J., Arpan, L., Clayton, R., & Ridgway, J. (2017). Instagram and college women's body image: Investigating the roles of appearance-related comparisons and intrasexual competition. *Computers in Human Behavior*, 74, 92–100. http://dx.doi.org/10.1016/j.chb.2017.04.027

Holland, G., & Tiggemann, M. (2016). A systematic review of the impact of the use of social networking sites on body image and disordered eating outcomes. *Body Image*, 17, 100–110. http://dx.doi.org/10.1016/j.bodyim.2016.02.008

Jong, S., & Drummond, M. (2016). Hurry up and 'like' me: Immediate feedback on social networking sites and the impact on adolescent girls. *Asia-Pacific Journal of Health, Sport and Physical Education*, 7, 251–267. http://dx.doi.org/10.1080/18377122.2016.1222647

Leiberman, M., Gauvin, L., Bukowski, W. M., & White, D. (2001). Interpersonal influence and disordered eating behaviors in adolescent girls: The role of peer modeling, social reinforcement, and body-related teasing. *Eating Behaviors*, 2, 215–236. http://dx.doi.org/10.1016/S1471-0153(01)00030-7

Levine, M., & Murnen, S. (2009). Everybody knows that mass media are/are not [pick one] a cause of eating disorders: A critical review of evidence for a causal link between media, negative body image, and disordered eating in females. *Journal of Social and Clinical Psychology*, 28, 9–42. http://dx.doi.org/10.1521/jscp.2009.28.1.9

Meier, E., & Gray, J. (2014). Facebook photo activity associated with body image disturbance in adolescent girls. *Cyberpsychology, Behavior, and Social Networking*, 17, 199–206. http://dx.doi.org/10.1089/cyber.2013.0305

Oh, H., Ozkaya, E., & LaRose, R. (2014). How does online social networking enhance life satisfaction? The relationships among online supportive interaction, affect, perceived social support, sense of community, and life satisfaction. *Computers in Human Behavior*, 30, 69–78. http://dx.doi.org/10.1016/j.chb.2013.07.053

Perloff, R. (2014). Social media effects on young women's body image concerns: Theoretical perspectives and an agenda for research. *Sex Roles*, 71, 363–377. http://dx.doi.org/10.1007/s11199-014-0384-6

Sensis. (2017). *Sensis social media report 2017* Retrieved from. https://www.sensis.com.au/asset/PDFdirectory/Sensis-Social-Media-Report-2017.pdf

Sherman, L., Payton, A., Hernandez, L., Greenfield, P., & Dapretto, M. (2016). The power of the like in adolescence. *Psychological Science*, 27, 1027–1035. http://dx.doi.org/10.1177/0956797616645673

Shroff, H., & Thompson, J. (2006). Peer influences, body-image dissatisfaction, eating dysfunction and self-esteem in adolescent girls, 2018 dysfunction and self-esteem in adolescent girls. *Journal of Health Psychology*, 11, 533–551. http://dx.doi.org/10.1177/1359105306065015

Statista. (2017). *Instagram daily active users 2017* Retrieved from. https://www.statista.com/statistics/657823/number-of-daily-active-instagram-users/

Strahan, E., Wilson, A., Cressman, K., & Buote, V. (2006). Comparing to perfection: How cultural norms for appearance affect social comparisons and self-image. *Body Image*, 3, 211–227. http://dx.doi.org/10.1016/j.bodyim.2006.07.004

Thompson, J., & Stice, E. (2001). Thin-ideal internalization: Mounting evidence for a new risk factor for body-image disturbance and eating pathology. *Current Directions in Psychological Science*, 10, 181–183. http://dx.doi.org/10.1111/1467-8721.00144

Thompson, J., Heinberg, L., Altabe, M., & Tantleff-Dunn, S. (1999). *Exacting beauty: Theory, assessment, and treatment of body image disturbance*. Washington, DC: American Psychological Association.

Tiggemann, M. (2011). Sociocultural perspectives on human appearance and body image. In T. F. Cash & L. Smolak (Eds.), *Body image: A handbook of science, practice, and prevention* (pp. 12–19). New York: Guilford.

Tiggemann, M., & McGill, B. (2004). The role of social comparison in the effect of magazine advertisements on women's mood and body dissatisfaction. *Journal of Social and Clinical Psychology*, 23, 23–44. http://dx.doi.org/10.1521/jscp.23.1.23.26991

Tiggemann, M., & Miller, J. (2010). The internet and adolescent girls' weight satisfaction and drive for thinness. *Sex Roles*, 63, 79–90. http://dx.doi.org/10.1007/s11199-010-9789-z

*M. Tiggemann et al. / Body Image 26 (2018) 90–97*                                                                97

Tiggemann, M., & Polivy, J. (2010). Upward and downward: Social comparison processing of thin idealized media images. *Psychology of Women Quarterly*, *34*, 356–364. http://dx.doi.org/10.1111/j.1471-6402.2010.01581.x

Tiggemann, M., Polivy, J., & Hargreaves, D. (2009). The processing of thin ideals in fashion magazines: A source of social comparison or fantasy? *Journal of Social and Clinical Psychology*, *28*, 73–93. http://dx.doi.org/10.1521/jscp.2009.28.1.73

Tiggemann, M., & Zaccardo, M. (2015). "Exercise to be fit, not skinny": The effect of fitspiration imagery on women's body image. *Body Image*, *15*, 61–67. http://dx.doi.org/10.1016/j.bodyim.2015.06.003

Want, S. (2009). Meta-analytic moderators of experimental exposure to media portrayals of women on female appearance satisfaction: Social comparisons as automatic processes. *Body Image*, *6*, 257–269. http://dx.doi.org/10.1016/j.bodyim.2009.07.008

Yager, Z., Diedrichs, P., Ricciardelli, L., & Halliwell, E. (2013). What works in secondary schools? A systematic review of classroom-based body image programs. *Body Image*, *10*, 271–281. http://dx.doi.org/10.1016/j.bodyim.2013.04.001