# Exhibit 69

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**Journal of Children and Media**

ISSN: (Print) (Online) Journal homepage: www.tandfonline.com/journals/rchm20

# U.S. Adolescents' daily social media use and well-being: Exploring the role of addiction-like social media use

**Kaitlyn Burnell, Jessica S. Flannery, Kara A. Fox, Mitchell J. Prinstein & Eva H. Telzer**

**To cite this article:** Kaitlyn Burnell, Jessica S. Flannery, Kara A. Fox, Mitchell J. Prinstein & Eva H. Telzer (07 Oct 2024): U.S. Adolescents' daily social media use and well-being: Exploring the role of addiction-like social media use, Journal of Children and Media, DOI: 10.1080/17482798.2024.2402272

**To link to this article:** https://doi.org/10.1080/17482798.2024.2402272

⊞ View supplementary material ↗

▦ Published online: 07 Oct 2024.

✎ Submit your article to this journal ↗

🔍 View related articles ↗

▣ View Crossmark data ↗

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=rchm20

JOURNAL OF CHILDREN AND MEDIA
https://doi.org/10.1080/17482798.2024.2402272





# U.S. Adolescents' daily social media use and well-being: Exploring the role of addiction-like social media use

Kaitlyn Burnell[a,b], Jessica S. Flannery[a,b], Kara A. Fox[a,b], Mitchell J. Prinstein[a,b] and Eva H. Telzer[a,b]

[a]Department of Psychology and Neuroscience, The University of North Carolina at Chapel Hill, Chapel Hill, NC, USA; [b]Winston National Center on Technology Use, Brain, and Psychological Development, The University of North Carolina at Chapel Hill, Chapel Hill, NC, USA

**ABSTRACT**

Associations between adolescent social media use and well-being are inconclusive, and studies using rigorous methodologies and objective measures are needed. Additionally, attention on what individual differences may moderate linkages between social media and well-being is necessary. We tested 1) how daily social media use (assessed via objective-reports and self-reports during an ecological momentary assessment period) relates to daily subjective well-being, 2) the prevalence and concordance between scholar-defined addiction-like social media use (ASMU) and participant perceptions of social media addiction, 3) how these constructs relate to subjective well-being, and 4) if these constructs moderate daily links between social media use and subjective well-being. In a sample of 103 adolescents ($M_{age}$ = 16.48, 47% female), ASMU and perceived addiction were highly correlated but some adolescents' classification differed when cross-referencing. Both were similarly associated with demographics and depressive symptoms. Self-reported, but not objectively-recorded, social media use was related to greater ASMU and perceived addiction. Links between social media use and well-being were inconsistent, with no moderation by ASMU or perceived addiction. Most adolescents endorsed some degree of ASMU, and future research should examine how social media-triggered disruptions to daily functioning relates to well-being.

**ARTICLE HISTORY**
Received 8 September 2023
Revised 4 September 2024
Accepted 5 September 2024

**KEYWORDS**
Social media use; social media addiction; well-being; adolescents; ecological momentary assessment

**IMPACT SUMMARY**

**Prior State of the Knowledge:** Much existing evidence on the link between adolescent social media use and subjective well-being relies on retrospective self-reports of social media use, which may inaccurately assess use, fail to capture within-day associations, and not consider individual differences.

**Novel Contributions:** Daily social media use (self- or objective-report) was not consistently associated with well-being. Adolescents' reports of addiction-like social media use were only linked to self-reported and not objectively-measured social media use, and did not moderate linkages with daily subjective well-being.

**CONTACT** Kaitlyn Burnell ✉ burnellk@unc.edu ▣ Department of Psychology and Neuroscience, The University of North Carolina at Chapel Hill, 235 East Cameron Avenue, Chapel Hill, NC 27599, USA

⊕ Supplemental data for this article can be accessed online at https://doi.org/10.1080/17482798.2024.2402272

© 2024 Informa UK Limited, trading as Taylor & Francis Group

> **Practical Implications:**
>     Parents and practitioners should consider specific social media activities that may be detrimental to adolescent well-being, rather than social media as a whole.

Concern about the effects of social media use on youth mental health has resulted in legislative efforts holding social media companies responsible for the impact of their products. Efforts include targeting addictive features and legally binding companies to engage in risk assessments of potential negative effects (e.g., the European Union Digital Services Act; Utah State Bill 152). However, research examining associations between social media use and mental health remains inconclusive, and scholars have called for studies utilizing objective measures and rigorous methodologies (Odgers & Jensen, 2020). Moreover, given increasing evidence that social media effects are highly varied (Beyens et al., 2020), it is essential to explore individual differences in effects (Valkenburg & Peter, 2013). The current research explores 1) how daily social media use (based on objective and subjective reports) relates to daily subjective well-being, 2) the prevalence and concordance between scholar-defined addiction-like social media use (ASMU) and participant perceptions of addiction, 3) how these constructs relate to subjective well-being, and 4) if these constructs moderate daily links between social media use and well-being.

## Social Media Use and Subjective Well-Being

Adolescents are heavy users of social media (Anderson et al., 2023). In the current study, we define social media broadly, encompassing platforms that allow for the consumption and creation of content that can be broadcasted to both broad and narrow audiences (Carr & Hayes, 2015), including messaging applications (Nesi, 2020). Of relevance to our research is the role that social media plays in *displacing* activities that are essential to adolescent mental health, coined the displacement hypothesis (Kraut et al., 1998). Time spent on social media may detract from enriching offline social interactions (Twenge et al., 2019), physical activity (Kenney & Gortmaker, 2017), and sleep (Pagano et al., 2023). Experimental research suggests that in-person socialization decreases when smartphones (a conduit to access social media) are accessible (Dwyer et al., 2023), sleep health improves when pre-bedtime smartphone use is restricted (He et al., 2020), and physical activity increases when Facebook use is reduced (Brailovskaia et al., 2020). Importantly, evidence for displacement is not universal (Hall & Liu, 2022) and the measurement of social media use as a broad unidimensional construct is questioned (Odgers & Jensen, 2020). However, past research generally relies on self-report measurements (Odgers & Jensen, 2020), which are inaccurate of actual social media use (Parry et al., 2021) and potentially confounded by dispositional subjective well-being (Burnell et al., 2021; Sewall et al., 2020). Moreover, a reliance on cross-sectional designs (Odgers & Jensen, 2020) hampers the ability to detect fine-grained associations. Short-term linkages may be particularly relevant for subjective well-being, as social media use may detract from activities that confer immediate positive effects. Collectively, the question of how daily social media use relates to daily subjective well-being remains poorly understood and

continues to be relevant given ongoing legislative efforts that aim to restrict social media use among adolescents (e.g., Utah State Bill 152).

The current research extends past literature by utilizing both objective and self-report metrics of social media use to examine short-term associations between social media use and subjective well-being with a daily diary methodology. This design allows us to determine when an adolescent uses more social media *relative to their own average*, if this use is associated with poorer mood that day. By extending past literature by examining *changes* in social media use at a more fine-grained level, we can explore if the associations between social media use and subjective well-being that are often observed at the interindividual level also occur at the intraindividual level (Fisher et al., 2018). This permits a more rigorous test of the social media-subjective well-being link that is often assumed in the mainstream.

Only a handful of studies have applied an intensive longitudinal design to explore associations between self-reported general social media use and subjective well-being among adolescents. Although there is some evidence indicating declines in affect during self-reported passive and active social media use (Nereim et al., 2022), these effects vary across adolescents (e.g., Beyens et al., 2020). Other research suggests positive relations between self-reported chatting on social media and subjective well-being (e.g., Wenninger et al., 2019), and that self-reported online interactions may confer greater benefits on mood compared to when alone (but fewer benefits compared to face-to-face interactions; Achterhof et al., 2022). Evidence utilizing objective reports of general use is similarly mixed. The few (cross-sectional) studies that have examined adolescents have found null associations (Sela et al., 2020; Steele et al., 2023). Studies examining college and adult samples have found similar null, weak, or inconsistent results with objective general use (Johannes et al., 2021; Sewall et al., 2020, 2021, 2022). Only one of these studies (Johannes et al., 2021) applied an intensive longitudinal design.

The first aim of this study was to examine daily links between social media use and subjective well-being. We explored two assessments of social media use: self-reported use and objectively-recorded use. The lack of concordance between self-reported and objectively-recorded social media use, coupled with discrepant associations with subjective well-being, suggests that self-reports and objective-reports may be capturing two different constructs. Self-reported social media use may reflect a *subjective* perception of one's use (Sewall et al., 2022), that in turn may be informed by a myriad of characteristics. Those who report lower subjective well-being may be more inaccurate in their social media self-reports (Burnell et al., 2021; Sewall et al., 2020); however, other research has found that although people tend to be inaccurate in their self-reports of social media use, individual differences such as Big Five traits and subjective well-being do not predict these discrepancies (Johannes et al., 2021). Further, subjective use may be affected by the public narrative of social media harm. Adolescents are well-aware of and may internalize this narrative (Adorjan & Ricciardelli, 2021), which in turn may influence how they estimate their own time spent using social media and how aspects of their well-being inform this estimation. Finally, activities that are more habitual and frequent may be more difficult to accurately recall (Schwarz & Oyserman, 2001); thus, for adolescents who report using many social media platforms almost constantly (Anderson et al., 2023), subjective perceptions of use may be particularly discrepant from objective reports. Because systematic discrepancies between self-reports and objective-reports are still unknown, capturing

self-reported in addition to objectively-recorded social media use allows us to more carefully determine if and how these two constructs differentially relate to key psychological variables, particularly given recent evidence that two types of reports may have similar predictive validity (Verbeij et al., 2022). Moreover, the inclusion of both reports allows us to examine if past findings establishing links between subjective but not objective social media use and poorer well-being are also observed in an adolescent sample (Burnell et al., 2021; Sewall et al., 2020).

We put forth the following research question. We focused on within-person associations, which indicate if an adolescent who engages in more social media use than their own average on a given day reports poorer subjective well-being that day. However, we also tested between-person associations, which indicate if an adolescent who engages in more social media use than their peers report poorer subjective well-being.

**RQ1:**   How does daily self-reported and objectively-recorded social media use relate to daily subjective well-being?

### "Addictive" Social Media Use as a Moderator

The Differential Susceptibility to Media Effects Model proposes that individual differences determine how people select and are influenced by various forms of media (Valkenburg & Peter, 2013). There is need to consider such differences in understanding the link between social media use and well-being. Perceptions of how social media use impairs or interferes with one's daily life may be particularly critical (Marino, 2018). Although those who report more problematic social media use also report greater frequency of use, the constructs are distinct and should be studied together to understand unique associations (Montag et al., 2024). Social media use that is classified as problematic is more consistently linked with poorer subjective well-being relative to social media use that is simply high (Boer et al., 2020). Thus, the extent to which general social media use is linked with subjective well-being may be contingent on this individual difference.

As posited by the displacement hypothesis, social media use may be displacing key activities imperative for adolescent health. Additionally, as proposed by models of digital stress, problematic use may facilitate perceptions of stress, including connection overload (feeling overwhelmed by digital stimuli) and the fear of missing out (checking social media to see if others are having rewarding social experiences from which one is absent; Steele et al., 2023). To illustrate, two adolescents may engage in the same amount of daily social media use. One adolescent may not perceive that such use is interfering with their daily life particularly if they are using it in a way that is psychosocially stimulating (e.g., connecting with friends, using social media for creative pursuits), whereas the other adolescent may perceive that it is interfering with key daily life activities (e.g., sleep, school) or feels overloaded by social media pings and alerts. To that end, a link between social media use and poorer subjective well-being may only emerge for the latter adolescent.

This study explored addiction-like social media use that is scholar-defined, and adolescents' perceptions of social media addiction. Given the ongoing debate on the terminology surrounding technology "addictions" (Cataldo et al., 2022; Panova & Carbonell, 2022), we refer to our construct as addiction-*like* social media use (ASMU).

Scholar-defined measures of technology-based addictions typically involve several criteria (e.g., mood modification, salience, conflict; Cataldo et al., 2022; Griffiths, 2005). In the current research, we apply similar measurement but omit mood modification. Existing addiction measures often quantify technology use as a means of negative mood alleviation and thus may be confounded by subjective well-being (Davidson et al., 2022). Items often require an existing level of poorer well-being to affirmatively respond. For example, a forerunner of technology-based addiction measures, the Internet Addiction Test, inquiries how often participants use the Internet to escape from problems or relieve dysphoric mood (Young, 1998). Some individuals may inherently respond higher to this item due to poorer trait-level well-being (e.g., depression, anxiety), despite use not necessarily interfering with other parts of their lives. By focusing on other facets of scholar-defined ASMU that are less centrally rooted in existing levels of well-being, we can better determine how impairment from social media use may uniquely relate to well-being.

In addition to examining ASMU, we assessed adolescents' own perceptions of addiction. As such, we can determine how scholar and adolescent perceptions of social media addiction may differ. Given past criticism on existing measures of scholar-defined social media addiction (Cataldo et al., 2022; Panova & Carbonell, 2022), the additional measure of perceived addiction allows us to examine how an alternative conceptualization of addiction may relate to well-being and moderate associations between daily social media use and well-being. Past research has found a moderate-to-strong correlation between these two constructs among adolescents (van den Eijnden et al., 2016); otherwise, little research has examined this link (see Geyer et al., 2021, for an examination on smartphone use).

We examined ASMU and perceived addiction in several ways. First, we tested the frequency of adolescents endorsing ASMU symptoms, and examined how these endorsements align with their own perceptions of addiction, expecting to see moderate alignment. We asked:

**RQ2:**  To what extent do adolescents endorse ASMU and to what extent do endorsements align with adolescents' perceptions of their addiction?

Second, we investigated how ASMU and perceived addiction relate to an overall metric of well-being: depressive symptoms. Linkages between greater ASMU and poorer well-being are well-established (Marino et al., 2018); in addition to testing the replication of these findings, this study assesses whether *perceived* addiction similarly relates to poorer well-being. We predicted:

**H1:**  ASMU and perceived social media addiction will positively relate to depressive symptoms

Third, we examined if ASMU and perceived addiction moderate the associations between daily social media use and well-being. Past research on the link between social media use and well-being is inconsistent and associations vary (Beyens et al., 2020), suggesting that individual differences may affect these relations. Adolescents who report greater symptoms of social media impairment or perceptions of addiction may struggle engaging in

healthy social media use, such as by compulsively using during inappropriate times (e.g., at school, during face-to-face interactions) or by having difficulty inhibiting mood-impairing use (e.g., doomscrolling), which in turn may negatively affect well-being. In other words, the link between social media use and poorer well-being may be exacerbated or only exist for those whose use may be more impairing or perceived to be addictive. We asked:

> **RQ3:** Does ASMU and perceived addiction moderate associations between daily social media use and well-being?

We were most interested in cross-level interactions between daily social media use and trait-levels of ASMU and perceived addiction. However, we also explored between-person interactions between both moderators and social media use aggregated across the EMA period.

## Method

### Participants

Participants were recruited from a larger school-based longitudinal study examining adolescent development based in the southeastern United States. Students were recruited from the same school district and completed four annual waves of in-school questionnaires (2016–2019); the current research used data from a follow-up fifth wave that took place in 2021. The current sample consisted of 103 adolescents aged 15 to 18 ($M = 16.48$, $SD = 0.67$; 47% female) who were recruited for in-depth laboratory assessments, including brain scans, and the two-week ecological momentary assessment portion utilized in this study. Efforts were made to ensure that this subsample represented the broader population from which they were recruited on demographics such as gender, income, and race/ethnicity. The sample was 33% White, 31% Hispanic, 22% Black/African American, and 6% Multiracial/Other (8% did not have data). Parent-reported income was 25% $29,999 or less, 28% $30,000–$59,999, 21% $60,000-$89,999, and 16% $90,000 or greater (10% did not have data).

Of these 103 adolescents, 94 had at least one day of ecological momentary assessment (EMA) data on self-report social media use and subjective well-being. Of these 94, 71 had at least one day of objective social media data. The objective social media use subsample was limited to iOS users due to objective data collected via the iOS Screen Time app (see "Procedure" below), but the larger sample was not exclusive to smartphone ownership or operating system. The subsample with objective data generally did not differ from the overall sample on demographics and study variables ($ps > .105$), except that the objective data subsample perceived greater social media addiction ($M = 2.00$) than the subsample without objective data ($M = 1.47$), $t$ (101)=-2.80, $p = .006$. All study procedures were approved by the University of North Carolina at Chapel Hill Institutional Review Board, protocols #15-3109 and #16-1266.

## Procedure

Adolescents and a parent attended one laboratory session in which they completed baseline assessments of adjustment and digital technology use, including measures of ASMU and depressive symptoms. During this session, parents provided consent for underaged participants and adolescents provided assent/consent as age appropriate.

During the laboratory session, research assistants helped participants download the survey-delivery application ExpiWell on the adolescent's smartphone, which delivered surveys three times per day over the next two weeks.

Participants self-reported momentary well-being in each of the three surveys, and self-reported on the previous day's social media use in the morning survey. Surveys were delivered randomly within three windows: 9:00am–1:00 pm (morning), 1:00pm–5:00 pm (afternoon), 5:00pm–10:00 pm (evening). Participants had two hours to complete each survey upon receiving a notification that the survey was available. A reminder was sent 60 minutes after notification if the survey was not completed. Surveys were designed to take 1–2 minutes (median = 100.95 seconds). Overall, participants could complete 42 possible self-report surveys (3 surveys per day for 14 days). Participants submitted between three and 42 surveys ($M$ = 28.86, $SD$ = 11.05).

In addition to these surveys, adolescents received a survey prompt to submit screenshots of yesterday's smartphone use, which was delivered at 1:00pm. Participants had until midnight to upload. Overall, participants submitted up to 14 screenshot reports. Participants uploaded screenshots depicting the previous day to capture the full day of data, as screenshots taken day-of-use would miss any social media use that occurred after the screenshot was taken. Only participants with iOS devices uploaded these screenshots, as the screen time data were derived from the iOS Screen Time app. Data extracted from screenshots were realigned accordingly so that all data reflected information taken from the same day.

At the end of the EMA period, participants were compensated $50 for completing a minimum of 70% of the surveys, $35 for completing 50–70%, and $25 for completing fewer than 50%.

## Measures

### Baseline survey

#### Addiction-Like Social Media Use

Addiction-like social media use (ASMU) was assessed with seven items (α = .90) based on items from the Diagnostic Statistical Manual (DSM-5; American Psychiatric Association, 2013) substance use disorder checklist (Table 1). Participants rated each symptom on a 4-point scale: (0)="never", (1)="sometimes," and (2)="often", (3)="I don't have social media/not applicable." Responses were recoded on a 0–2 scale, with participants who answered "3" (indicating no social media use; $n$ = 2) for all items recoded to "0." The measure was generally assessed continuously; however, when examining classifications of whether an adolescent could be considered "addicted," a cutoff of endorsing six or more symptoms was used, based on past research examining substance abuse (Hasin et al., 2013).

**Table 1.** Addiction-like social media use items and endorsed prevalence.

| | Moderate endorsement | Severe endorsement | Correlation with perc add |
|---|---|---|---|
| 1. Do you ever feel like you spend more time on social media than you intended? | 52% | 33% | .42 |
| 2. Have you ever tried to spend time away from social media, but couldn't do it? | 41% | 20% | .34 |
| 3. Do you ever expend extra effort to make sure you will continue to have access to social media at times when you otherwise may not be able to use it? | 47% | 18% | .42 |
| 4. Do you ever have a craving or strong desire to use social media? | 41% | 22% | .42 |
| 5. Does social media use ever get in the way of things you are supposed to be doing (sleep, exercise, school work)? | 39% | 30% | .48 |
| 6. Do you ever use social media even after you realized that it was getting in the way of what you thought was best for you? | 38% | 29% | .51 |
| 7. Have you ever been away from social media and felt like you were missing it too much to engage in normal day to day activities? | 37% | 15% | .52 |
| Do you think you may be addicted to social media? | 46% Definitely Not 31% Maybe Mildly 18% Maybe Moderately 6% Maybe Severely | | |

$n = 102$ for items 5 and 6; $n = 103$ for all remaining items. Moderate endorsement was the percentage of participants who reported "Sometimes" for a given item; severe endorsement was the percentage of participants who reported "Often" for a given item. Item 7 was more strongly correlated with Perceived Addiction than Item 2 ($p = .015$); otherwise, the strength of correlations with Perceived Addiction did not differ.

### Perceived Addiction

Adolescents' perceived social media addiction was assessed with one item ("Do you think you may be addicted to social media?") rated on a 4-point scale: (1) ="definitely not", (2)="maybe mildly", (3)="maybe moderately" and (4)="maybe severely."

### Depressive Symptoms

Adolescents' reports of depressive symptoms were assessed with the 13-item, Short Mood and Feelings Questionnaire (0 = *Not True;* 1 = *Sometimes True;* 2 = *True;* Angold et al., 1995). A sample item includes "I felt lonely" ($\alpha = .93$).

### Daily surveys

### Daily Objective Social Media Use

The screenshots of smartphone screen time depicted the total amount of time spent on one's smartphone, and the top three categories of app usage. Data were extracted from the "Social" category, which includes social media apps such as Facebook, Instagram, TikTok, and Snapchat. Note that if a participant did not have enough "Social" use to qualify for this category to be in their Top 3, then data on this category were missing. This only occurred for 6.7% of days in which screen time data were available. Screenshots also depicted the participant's top three most heavily used apps in a day. Across all days with data, TikTok

(65% of days), Snapchat (40%), and Instagram (32%) were observed in the top three most heavily used apps.

### Daily Self-Reported Social Media Use

In a morning EMA survey, participants reported the amount of time that they believed they spent on social media the previous day. Responses ranged from 1 (*None*) to 14 (*12 or more hours*). Participants were asked about previous day social media use to account for potential late-night use that evening surveys would fail to capture, with data subsequently realigned with the other study variables accordingly so that all data reflected the same day. If participants did not respond to the morning survey, then cases were coded as missing; overall, 70% of morning surveys were completed.

### Daily Subjective Well-being

Participants responded to two items assessing momentary positive affect (happy, energetic; $\alpha = .69$), two items related to depressive negative affect (sad, lonely; $\alpha = .70$), and three items related to anxious negative affect (anxious, stressed, irritated; $\alpha = .70$). Items were responded to using a 1–5 scale (1 = Very little or not at all, 5 = Very strongly). Participants responded to these items three times a day, with items averaged across the prompts to form day-level composites.

### Analytic plan

Basic descriptives and Pearson correlations were used to test Research Question 2 and Hypothesis 1. To test how daily objective and self-reported social media use related to subjective well-being (Research Question 1), and the moderating role of ASMU and perceived addiction (Research Question 3), a series of two-level multilevel models with maximum likelihood estimation were run. Full information maximum likelihood adjusted for missingness. Models were run in a series of steps. First, objectively-recorded social media use was included as a person-centered within-person predictor, and averaged social media use (across the EMA period) and ASMU were included as grand-mean centered between-person predictors. This model was run separately three times, for each outcome (positive affect, depressive negative affect, anxious negative affect).

In the second set of models, cross-level and between-person interaction terms were included between objective social media use and ASMU, in which the cross product between ASMU and daily social media use (cross-level interaction, included at the within-person level) and the cross product between ASMU and averaged social media use (between-person interaction, included at the between-person level) were added. This model was again run three times, for each outcome variable. Third, the first two sets of models were repeated, but with perceived addiction taking the place of ASMU. This resulted in a total of 12 unique models being run for objective social media use. Finally, these steps were repeated in which self-reported social media use was examined in place of objective social media use, for an additional 12 unique models run. Benjamini-Hochberg corrections were applied to all models (Benjamini & Hochberg, 1995). Sensitivity analyses

**Table 2.** Correlations and descriptive statistics.

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| 1. ObjSM | – | **.46** | −.09 | .03 | −.08 | .00 | .12 | .04 |
| 2. SRSM | **.34** | – | .00 | −.06 | .04 | **.26** | **.32** | .16 |
| 3. PA | **−.09** | −.02 | – | −.04 | −.10 | −.07 | .05 | **−.29** |
| 4. Dep NA | −.04 | **−.08** | **−.24** | – | **.61** | .05 | .15 | **.48** |
| 5. Anx NA | −.08 | .00 | **−.17** | **.50** | – | **.32** | .20 | **.60** |
| 6. ASMU | – | – | – | – | – | – | **.59** | **.34** |
| 7. Perc Add | – | – | – | – | – | – | – | .18 |
| 8. Dep Symp | – | – | – | – | – | – | – | – |
| Mean | 239.15 | 5.90 | 2.44 | 1.41 | 1.47 | 0.89 | 1.87 | 0.54 |
| SD | 136.39 | 3.01 | 1.02 | 0.74 | 0.65 | 0.57 | 0.93 | 0.51 |

ObjSM = Objective Social Media Use. SRSM = Self-Reported Social Media Use. PA = Positive Affect. Dep NA = Depressive Negative Affect. Anx NA = Anxiety Negative Affect. ASMU = Addiction-Like Social Media Use. Perc Add = Perceived Social Media Addiction. Dep Symp = Depressive Symptoms. Daily correlations are below the diagonal. Between-person correlations are above the diagonal. Bolded correlations are significant at $p < .05$.

were run in which a) participants with fewer than three days of social media data were excluded (5 cases subjective reports, 3 cases objective reports) and b) covariates were included (within-person: smartphone use, sleep quality, in-person interactions; between-person: aggregated smartphone use, aggregated sleep quality, aggregated in-person interactions, depressive symptoms, gender; see supplement). Results did not change unless otherwise noted. Analytic materials are on OSF: https://osf.io/jw9ag/

## Results

### Descriptive results

Correlations and descriptive statistics are in Table 2. Objective and self-reported social media use were only moderately correlated. When aggregating social media use over the course of the EMA, only self-reported social media use was linked to ASMU and perceived addiction. Additional demographic tests indicated that neither ASMU nor perceived addiction were associated with age, income, or race/ethnicity ($ps > .128$). For ASMU, girls ($M = 1.03$, $SD = 0.65$) scored higher than boys ($M = 0.74$, $SD = 0.48$), $t$ (98) = 2.52, $p = .013$, $d = .50$. For perceived addiction, girls ($M = 2.00$, $SD = 0.99$) scored higher than boys ($M = 1.60$, $SD = 0.77$), $t$ (98) = 2.22, $p = .028$, $d = .45$.

### Research question 1

The first research question tested daily associations between social media use and subjective well-being. Full multilevel results are in Tables S1 and S2. A within-person association emerged for objective social media use: when an adolescent used more social media than their own average, they also reported greater depressive negative affect ($ps = .001–.002$; $βs = .14–.15$). Those with greater ASMU reported greater anxious negative affect; however, this did not hold when adjusting for covariates ($ps = .111–.150$). No other results were significant.



### Research question 2

The second research question asked to what extent adolescents endorse ASMU and if these endorsements align with perceptions of addiction. Endorsement by item is in Table 1. All items were endorsed to some degree by most participants, although this varied. For example, 85% of participants reported that they "sometimes" or "often" spent more time on social media than intended, whereas 52% reported that they "sometimes" or "often" missed social media when not using to the point of interfering with day-to-day activities. Moderate endorsement (reflected by "sometimes" responses) was more common than "severe" endorsement (reflected by "often" responses). The item assessing if adolescents missed social media when not using to the point of day-to-day activity interference received relatively low "severe" endorsement (15%) and displayed the highest correlation with adolescents' perceptions of addiction, although the strength of association was not significantly different compared to most other items. All items were at least moderately correlated with adolescents' perceptions of addiction. Perceived addiction and the total ASMU scale were strongly correlated ($r = .56$, $p < .001$), and increasing levels of perceived addiction predicted greater odds of being classified as addicted on the ASMU scale ($b = 1.08$, $SE = .28$, $p < .001$, OR = 2.95).

Approximately half of adolescents reported "definitely not" being addicted to social media, whereas the other half perceived at least mild addiction. For ASMU, 51% were classified as addicted when applying a cutoff of endorsing 6 or more symptoms. Despite the similar rates across perceived addiction and ASMU, there were notable discrepancies in overlap. Out of the 47% who reported not being addicted to social media, 28% were classified as being addicted based on their ASMU scores. Out of the 31% who reported mild addiction, 63% were classified as addicted. Out of the 17% who reported moderate addiction, 78% were classified as addicted. Out of the 6% who reported severe addiction, 83% were classified as addicted.

### Hypothesis 1

We hypothesized that both ASMU and perceived addiction would positively relate to depressive symptoms. Indeed, correlations with depressive symptoms were observed for both ASMU ($r = .32$, $p = .001$) and perceived addiction ($r = .20$, $p = .047$).

### Research question 3

The third research question tested if ASMU and perceived addition moderated associations between daily social media use and subjective well-being. No robust significant moderation emerged (Tables S1–S2).

## Discussion

There is much concern that social media use is negatively affecting youth, with concerns compounded by fear that young people are falling prey to addictive social media features. The current research found that daily objective, but not subjective, social media use was related to greater depressive negative affect; however, no other linkages with subjective

well-being emerged. Although most adolescents endorsed some degree of ASMU, neither ASMU nor adolescents' perceptions of addiction moderated links between daily social media use and well-being. Both ASMU and perceived addiction were positively associated with depressive symptoms, but there were some discrepancies in classified addiction based on ASMU criteria and adolescents' perceptions of addiction.

### *Daily associations between social media use and subjective well-being*

In examining associations with subjective well-being, past research suggests that negative associations would emerge for self-reported social media use and null associations would emerge for objectively-recorded social media use (Burnell et al., 2021; Sela et al., 2020; Sewall et al., 2020). Counter to these studies, daily self-reported social media use was not associated with subjective well-being at the within- or between-person level, and objectively-recorded social media use was associated with greater depressive negative affect at the within-person level. The null associations with self-reported use could be due to methodology differences. Past research is mainly cross-sectional, and the few studies examining associations at the daily or momentary level find great heterogeneity in how self-reported social media use may relate to psychosocial adjustment outcomes (Beyens et al., 2020).

On days in which adolescents engaged in greater (objective) social media use relative to their own average, they reported greater depressive negative affect throughout that day. This association is not indicative of a cause-and-effect relation. As outlined above, it is possible that social media use displaces activities critical for adolescent health, including in-person interactions, sleep, and physical activity. Alternatively, it is plausible on days in which adolescents are already experiencing greater depressive symptoms, they are more likely to turn to social media (cf. Heffer et al., 2019), suggesting that social media may be used for mood management (Kardefelt-Winther, 2014). Associations with anxious negative affect and positive affect were not observed, and additional research is needed before drawing sweeping conclusions on how social media use may be disrupting adolescents' subjective well-being.

ASMU and perceived addiction were moderately correlated with self-reported social media use (aggregated over the EMA period), with no significant associations emerging for objectively-recorded social media use. This is in line with past research finding that self-reported social media frequency and problematic social media use are related but distinct constructs in adolescents (Boer et al., 2022), and adds to existing literature on adults finding that objective digital technology use is not a reliable predictor of perceived addiction (Geyer et al., 2021) or problematic use (Mahalingham et al., 2023). The moderate associations with self-reported social media use may suggest an overlap in which the construct assesses adolescents' own *perceptions* of their social media use. In this sense, adolescents who perceive greater addiction may be estimating higher social media use than what occurs in reality. Past research has established that these self-reports are systematically biased (Johannes et al., 2021), and therefore these reports are likely capturing an element of social media use that goes beyond actual use (Sewall et al., 2022).

The discrepancies observed between objective and subjective provide further evidence that the variables are measuring two different constructs. Negative public messaging on the effects of teen social media use is strong, and the notion of social media being



addictive is internalized and voiced by youth (Adorjan & Ricciardelli, 2021). This may lead them to overestimate their use; indeed, adolescents tend to perceive more time spent on social media than as objectively recorded (Verbeij et al., 2022). Research should continue assessing what predicts misperceptions of use (Johannes et al., 2021), including the extent to which negative messaging about youth social media use may affect both subjective reports of use and perceived addiction.

### The role of social media "addiction"

Most adolescents endorsed each ASMU item, although moderate endorsement was more often observed than severe endorsement. When applying a cutoff of being classified as addicted via endorsement of six or more symptoms, approximately half of adolescents were "addicted." Scholars have expressed concern that categorizations of addictive behaviors this large hold little clinical utility due to the risk of pathologizing what has become normal behavior (Davidson et al., 2022). It is plausible that some ASMU items are more applicable to problematic social media use compared to others. For example, the item "Do you ever feel like you spend more time on social media than you intended?" was endorsed by 85% of adolescents. This high endorsement may reflect how social media may be particularly attractive and rewarding for adolescents (Nesi et al., 2018), and mirror the difficulty in disengagement that can occur with other leisure activities. On the other hand, the item "Have you ever been away from social media and felt like you were missing it too much to engage in normal day-to-day activities?" was endorsed by fewer (but still 52%) of adolescents and may reflect more problematic disengagement challenges. Only 15% of adolescents endorsed this item to a severe degree, and this item had the highest correlation with adolescents' perceptions of addiction. Items that directly assess daily life impairment may be more critical in informing our understanding of problematic social media use, and adolescents themselves may be more likely to consider this impairment when appraising their own social media behaviors.

ASMU and adolescents' perceived addiction were strongly correlated, but there were notable discrepancies between the two. For example, 47% of adolescents reported definitely not being addicted to social media, yet approximately one-quarter of these adolescents were classified as being addicted based on their ASMU scores. Qualitative research indicates that some adolescents embrace the addiction label, remarking that activities such as constant checking, need for connectivity, and anxiety if one is unable to check social media have contributed to their own perceptions of addiction (Adorjan & Ricciardelli, 2021). Others opine that the reliance on technology is merely an artifact of the structure of their everyday life, in which they are unable to connect with friends in-person as much as desired (boyd, 2014). These adolescents may not express themselves as addicted to social media, but instead take advantage of social media as a tool to fulfill social needs when they are unable to do so through alternative channels. This variability across adolescents may be key in understanding when and why scholar-defined addiction may differ from adolescents' own perceptions.

Despite these discrepancies, both ASMU and perceived addiction were positively correlated with depressive symptoms. Neither construct was associated with most of the assessed demographic variables, with the exception that girls had both higher ASMU and perceived addiction scores. Past research has found that girls report

higher problematic social media use (Marino et al., 2018); this research extends past studies by finding that this replicates when asking about girls' perceptions (also see Adorjan & Ricciardelli, 2021). Associations with depressive symptoms similarly replicate past research (Marino et al., 2018), and extends these studies by finding a similar association with perceived addiction. Despite some disagreement in ASMU classification and perceived addiction, these results indicate some convergent validity.

### Links with daily subjective well-being

Because of the heterogeneity in the associations between social media use and subjective well-being, it is critical to identify possible moderators that affect these linkages (Odgers & Jensen, 2020). ASMU and perceived addiction were tested as such moderators; however, no significant within- or between-person associations emerged. These null associations may be because social media use, even if interfering with daily life activities, may nonetheless be highly rewarding and developmentally relevant for adolescents (Nesi et al., 2018). As such, additional nuance may be needed in understanding the role that addiction-like constructs have in relations between daily social media use and well-being. For example, two adolescents may report similarly high levels of ASMU and/or perceived addiction. After a particularly heavy usage day, one adolescent may report higher levels of subjective well-being if they used social media in a psychologically rewarding way – such as by receiving a lot of likes or comments on a post or talking to a romantic interest. In contrast, the other adolescent may report lower levels of subjective well-being if they perceive that use displaced more meaningful activities, such as face-to-face interactions, or if that use was maladaptive, such as mindless scrolling or engaging in harmful social comparisons. Thus, tying addictive-like constructs with additional perceptions of use may be more illuminating in understanding subjective well-being effects.

ASMU was associated with daily anxious-negative affect in the EMA, with this association disappearing when controlling for other factors such as depressive symptoms. Even with the absence of mood management criteria in our assessment of ASMU, ASMU may reflect an underlying overlap with psychopathology (cf. Davidson et al., 2022). ASMU assesses how social media use interferes with daily life functioning, possibly reflecting shared variance with psychopathology which also impedes daily life functioning (Cunningham et al., 2021). For example, those higher in depressive symptoms may report higher levels of social media craving, as social media may be used as a tool to escape from personal problems. Because of this, they may also report higher levels of ASMU.

These findings should be considered in the context of the broader theoretical contribution of "addictive" social media measures. Numerous measures exist that assess problematic, dependent, or addictive social media use (Cataldo et al., 2022). Most existing measures apply a substance use disorder measurement strategy to assess social media "addiction." This measurement is not without criticism, particularly because of its confirmatory approach in which the existing substance use assessment is assumed to apply to behavioral addictions (Cataldo et al., 2022), and disagreement among scholars on the applicability of certain criteria to technology-based addictions (e.g., mood management, tolerance and withdrawal; Panova & Carbonell, 2022). In this study, we similarly applied this measurement strategy, although we omitted problematic criteria that cannot cleanly be applied to social



media use (tolerance, withdrawal). Given that additional research is needed before determining that problematic social media use can be appropriately given the "addiction" label akin to substance use disorders, we advise that the conclusions of this study be considered with this in mind.

## Limitations

First, the overall sample size was small, which likely attenuated the ability to detect between-person associations. Second, to increase daily compliance, relatively few items were used to assess daily subjective well-being. Third, the objective social media measure was limited to days in which social media use was one of the Top 3 app categories used by participants. This resulted in a small number of instances in which social media use was coded as missing. Fourth, objective social media use data was only available for a subsample of participants. Although this subsample generally reflected the overall sample on demographics and study constructs, there were differences in perceived social media addiction. Fifth, social media use was collected objectively only from participants' iPhones. It is possible that participants accessed social media via other modes (laptop, tablet), which would be captured in self-reports but not objective measures of use. However, some of the most popular smartphone apps among adolescents (e.g., Snapchat) are only accessible via mobile devices, and accessing other platforms (e.g., Instagram) through non-mobile devices is rare (Burnell et al., 2021). Sixth, although we advance past literature by applying a daily design to examine objective social media use and well-being linkages, this association may vary within the day. Future research should gather objective measures of hourly social media use to account for these possible fluctuations. Finally, although we used an objective social media use measure, it was quite broad. Future research should develop and validate daily measures assessing perceptions of social media use (e.g., day-specific measures of problematic use), which can further elucidate what types of social media use may be more problematic. Moreover, given criticisms that assessments of general social media use mask key heterogeneity in how adolescents use social media, future research should supplement objective measures with specific subjective experiences.

## Conclusions

This study found some support that objectively-measured social media use may be linked with facets of subjective well-being, with these associations not moderated by adolescents' trait levels of addiction-like social media use. As this study cannot attest to the directionality of these associations, future research should probe this further. In addition, researchers should continue to identify how types of use, attitudes towards use, and interference of use with daily life activities may predict key outcomes. Further work is needed examining the conceptualization, psychometric properties, and clinical utility of technology-based addiction, and what specific behaviors and attitudes toward social media may indicate problematic use. Involving adolescents in research as informative parties, rather than passive participants, may be particularly helpful in distinguishing healthy from unhealthy social media use. There remains

much to be learned about how and when social media use can become problematic among adolescents.

## Disclosure statement

Telzer has been retained as an expert witness in U.S. social media litigation.

## Funding

This research was supported by the National Institutes of Health grant R01DA039923 and the Winston Family Foundation.

## Notes on contributors

*Kaitlyn Burnell*, Ph.D., is a Research Assistant Professor at the University of North Carolina at Chapel Hill and an affiliate with the Winston National Center on Technology Use, Brain, and Psychological Development. Her research examines how developmental tasks that adolescents classically experience unfold in digital spaces. She is particularly interested in how these experiences relate to mental health and body image concerns.

*Jessica S. Flannery*, Ph.D., is a Postdoctoral Fellow in the Psychology and Neuroscience Department at the University of North Carolina Chapel Hill. Her research focuses on understanding neurocognitive mechanisms involved in substance use and other health-related behaviors.

*Kara A. Fox*, M.A., is a doctoral candidate in clinical psychology at the University of North Carolina at Chapel Hill. Her research examines the role of interpersonal factors in the development of psychopathology, with a particular focus on social media.

*Mitch Prinstein*, Ph.D., ABPP, is the John Van Seters Distinguished Professor of Psychology and Neuroscience and the Co-Director of the Winston National Center on Technology Use, Brain, and Psychological Development at the University of North Carolina at Chapel Hill. His research examines interpersonal models of internalizing symptoms and health risk behaviors among adolescents, with a focus on the role of peer relationships in the developmental psychopathology of depression and self-injury.

*Eva Telzer*, Ph.D., is a Professor of Psychology and Neuroscience and the Co-Director of the Winston National Center on Technology Use, Brain, and Psychological Development at the University of North Carolina at Chapel Hill. Her research examines how social and cultural processes shape adolescent development.

## References

Achterhof, R., Kirtley, O. J., Schneider, M., Hagemann, N., Hermans, K. S. F. M., Hiekkaranta, A. P., Lecei, A., Lafit, G., & Myin-Germeys, I. (2022). Adolescents' real-time social and affective experiences of online and face-to-face interactions. *Computers in Human Behavior*, *129*, 107159. https://doi.org/10.1016/j.chb.2021.107159

Adorjan, M., & Ricciardelli, R. (2021). Smartphone and social media addiction: Exploring the perceptions and experiences of Canadian teenagers. *Canadian Review of Sociology*, *58*(1), 45–64. https://doi.org/10.1111/cars.12319

American Psychiatric Association. (2013). *Diagnostic and statistical manual of mental disorders* (5th ed.). American Psychiatric Association.

Anderson, M., Faverio, M., & Gottfried, J. (2023). *Teens, social media and technology 2023*. Pew Research Center. https://www.pewresearch.org/internet/2023/12/11/teens-social-media-and-technology-2023/

Angold, A., Costello, E. J., Messer, S. C., & Pickles, A. (1995). Development of a short questionnaire for use in epidemiological studies of depression in children and adolescents. *International Journal of Methods in Psychiatric Research*, *5*, 237–249.

Benjamini, Y., & Hochberg, Y. (1995). Controlling the false discovery rate: A practical and powerful approach to multiple testing. *Journal of the Royal Statistical Society*, *57*, 289–300. https://doi.org/10.1111/j.2517-6161.1995.tb02031.x

Beyens, I., Pouwels, J. L., van Driel, I., Keijers, L., & Valkenburg, P. M. (2020). The effect of social media on well-being differs from adolescent to adolescent. *Scientific Reports*, *10*(1), 10763. https://doi.org/10.1038/s41598-020-67727-7

Boer, M., Stevens, G. W., Finkenauer, C., & van den Eijnden, R. J. (2022). The course of problematic social media use in young adolescents: A latent class growth analysis. *Child Development*, *93*, e168–e187. https://doi.org/10.1111/cdev.13712

Boer, M., van den Eijnden, R., M, J. J., Boniel-Nissim, M., Wong, S.-L., Inchley, J. C., Badura, P., Craig, W. M., Gobina, I., Kleszczewska, D., Klanŝĉek, H. J., & Stevens, G. W. J. M. (2020). Adolescents' intense and problematic social media use and their well-being in 29 countries. *Journal of Adolescent Health*, *66*(6), 589–599. https://doi.org/10.1016/j.jadohealth.2020.02.014

boyd, d. (2014). *It's complicated: The social lives of networked teens*. London & New Haven.

Brailovskaia, J., Ströse, F., Schillack, H., & Margraf, J. (2020). Less Facebook use–More well-being and a healthier lifestyle? An experimental intervention study. *Computers in Human Behavior*, *108*, 106332. https://doi.org/10.1016/j.chb.2020.106332

Burnell, K., George, M. J., Kurup, A. R., Underwood, M. K., & Ackerman, R. A. (2021). Associations between self-reports and device-reports of social networking site use: An application of the truth and bias model. *Communication Methods and Measures*, *15*, 156–163. https://doi.org/10.1080/19312458.2021.1918654

Carr, C. T., & Hayes, R. A. (2015). Social media: Defining, developing, and divining. *Atlantic Journal of Communication*, *23*(1), 46–65. https://doi.org/10.1080/15456870.2015.972282

Cataldo, I., Billieux, J., Esposito, G., & Cotazza, O. (2022). Assessing problematic use of social media: Where do we stand and what can be improved? *Current Opinion in Behavioral Science*, *45*, 101145. https://doi.org/10.1016/j.cobeha.2022.101145

Cunningham, S., Hudson, C. C., & Harkness, K. (2021). Social media and depression symptoms: A meta-analysis. *Research on Child and Adolescent Psychopathology*, *49*(2), 241–253. https://doi.org/10.1007/s10802-020-00715-7

Davidson, B. I., Shaw, H., & Ellis, D. A. (2022). Fuzzy constructs in technology usage scales. *Computers in Human Behavior*, *133*, 107206. https://doi.org/10.1016/j.chb.2022.107206

Dwyer, R. J., Zhuo, A. X., & Dunn, E. W. (2023). Why do people turn to smartphones during social interactions? *Journal of Experimental Social Psychology*, *109*, 104506. https://doi.org/10.1016/j.jesp.2023.104506

Fisher, A. J., Medaglia, J. D., & Jeronimus, B. F. (2018). Lack of group-to-individual generalizability is a threat to human subjects research. *PNAS*, *115*(27), E6106–E6115. https://doi.org/10.1073/pnas.1711978115

Geyer, K., Carbonell, X., Beranuy, M., & Calvo, F. (2021). Absence of objective differences between self-identified addicted and healthy smartphone users? *International Journal of Environmental Research and Public Health*, *18*(7), 3702. https://doi.org/10.3390/ijerph18073702

Griffiths, M. (2005). A 'components' model of addiction within a biopsychosocial framework. *Journal of Substance Use*, *10*(4), 191–197. https://doi.org/10.1080/14659890500114359

Hall, J. A., & Liu, D. (2022). Social media use, social displacement, and well-being. *Current Opinion in Psychology*, *46*, 101339. https://doi.org/10.1016/j.copsyc.2022.101339

Hasin, D. S., O'Brien, C. P., Auriacombe, M., Borges, G., Bucholz, K., Budney, A., Compton, W. M., Crowley, T., Ling, W., Petry, N. M., Schuckit, M., & Grant, B. F. (2013). DSM-5 criteria for substance use disorders: Recommendations and rationale. *The American Journal of Psychiatry*, *170*(8), 834–851. https://doi.org/10.1176/appi.ajp.2013.12060782

18  K. BURNELL ET AL.

He, J. W., Tu, Z. H., Xiao, L., Su, T., Tang, Y. X., & Garbarino, S. (2020). Effect of restricting bedtime mobile phone use on sleep, arousal, mood, and working memory: A randomized pilot trial. *PLOS ONE*, *15*(2), e0228756. https://doi.org/10.1371/journal.pone.0228756

Heffer, T., Good, M., Daly, O., MacDonell, E., & Willoughby, T. (2019). The longitudinal association between social-media use and depressive symptoms among adolescents and young adults: An empirical reply to Twenge et al. (2018). *Clinical Psychological Science*, *7*(3), 462–470. https://doi.org/10.1177/2167702618812727

Johannes, N., Nguyen, T.-V., Weinstein, N., & Przybylski, A. K. (2021). Objective, subjective, and accurate reporting of social media use: No evidence that daily social media use correlates with personality traits, motivational states, or well-being. *Technology, Mind, and Behavior*, *2*(2). https://doi.org/10.1037/tmb0000035

Kardefelt-Winther, D. (2014). A conceptual and methodological critique of internet addiction research: Towards a model of compensatory internet use. *Computers in Human Behavior*, *31*, 351–354. https://doi.org/10.1016/j.chb.2013.10.059

Kenney, E. L., & Gortmaker, S. L. (2017). United States adolescents' television, computer, videogame, smartphone, and tablet use: Associations with sugary drinks, sleep, physical activity, and obesity. *The Journal of Pediatrics*, *182*, 144–149. https://doi.org/10.1016/j.jpeds.2016.11.015

Kraut, R., Patterson, M., Lundmark, V., Kiesler, S., Mukophadhyay, T., & Scherlis, W. (1998). Internet paradox: A social technology that reduces social involvement and psychological well-being? *The American Psychologist*, *53*(9), 1017. https://doi.org/10.1037/0003-066X.53.9.1017

Mahalingham, T., McEvoy, P. M., & Clarke, P. J. F. (2023). Assessing the validity of self-report social media use: Evidence of no relationship with objective smartphone use. *Computers in Human Behavior*, *140*, 107567. https://doi.org/10.1016/j.chb.2022.107567

Marino, C. (2018). Quality of social-media use may matter more than frequency of use for adolescents' depression. *Clinical Psychological Science*, *6*(4), 455. https://doi.org/10.1177/2167702618771979

Marino, C., Gini, G., Vieno, A., & Spada, M. M. (2018). A comprehensive meta-analysis on problematic Facebook use. *Computers in Human Behavior*, *83*, 262–277. https://doi.org/10.1016/j.chb.2018.02.009

Montag, C., Demetrovics, Z., Elhai, J. D., Grant, D., Koning, I., Rumpf, H. J., Spada, M. M., Throuvala, M., & van den Eijnden, R. (2024). Problematic social media use in childhood and adolescence. *Addictive Behaviors*, 107980. https://doi.org/10.1016/j.addbeh.2024.107980

Nereim, C., Bickham, D., & Rich, M. (2022). Exploring use patterns and racial and ethnic differences in real time affective states during social media use among a clinical sample of adolescents with depression: Prospective cohort study. *JMIR Formative Research*, *6*(5), e30900. https://doi.org/10.2196/30900

Nesi, J. (2020). The impact of social media on youth mental health: Challenges and opportunities. *North Carolina Medical Journal*, *81*(2), 116–121. https://doi.org/10.18043/ncm.81.2.116

Nesi, J., Choukas-Bradley, S., & Prinstein, M. J. (2018). Transformation of adolescent peer relations in the social media context: Part 1—A theoretical framework and application to dyadic peer relationships. *Clinical Child & Family Psychology Review*, *21*(3), 267–294. https://doi.org/10.1007/s10567-018-0261-x

Odgers, C. L., & Jensen, M. R. (2020). Annual research review: Adolescent mental health in the digital age: Facts, fears, and future directions. *Journal of Child Psychology and Psychiatry*. Advance Online Publication. *61*(3), 336–348. https://doi.org/10.1111/jcpp.13190

Pagano, M., Bacaro, V., & Crocetti, E. (2023). "Using digital media or sleeping . . . that is the question". A meta-analysis on digital media use and unhealthy sleep in adolescence. *Computers in Human Behavior*, 107813. https://doi.org/10.1016/j.chb.2023.107813

Panova, T., & Carbonell, X. (2022). Social media addiction. In H. M. Pontes (Ed.), Behavioral Addictions: Conceptual, clinical, assessment, and treatment approaches (pp. 69–95). Springer International Publishing.

Parry, D. A., Davidson, B. I., Sewall, C. J. R., Fisher, J. T., Mieczkowski, H., & Quintana, D. S. (2021). A systematic review and meta-analysis of discrepancies between logged and self-reported digital media use. *Nature Human Behavior*, *5*(11), 1535–1547. https://doi.org/10.1038/s41562-021-01117-5



Schwarz, N., & Oyserman, D. (2001). Asking questions about behavior: Cognition, communication, and questionnaire construction. *American Journal of Evaluation*, 22, 127–160. https://doi.org/10.1016/S1098-2140(01)00133-3

Sela, Y., Zach, M., Amichay-Hamburger, Y., Mishali, M., & Omer, H. (2020). Family environment and problematic internet use among adolescents: The mediating roles of depression and fear of missing out. *Computers in Human Behavior*, 106, 106226. https://doi.org/10.1016/j.chb.2019.106226

Sewall, C. J. R., Bear, T. M., Merranko, J., & Rosen, D. (2020). How psychosocial well-being and usage amount predict inaccuracies in retrospective estimates of digital technology use. *Mobile Media & Communication*, 8(3), 379–399. https://doi.org/10.1177/2050157920902830

Sewall, C. J. R., Goldstein, T. R., & Rosen, D. (2021). Objectively measured digital technology use during the COVID-19 pandemic: Impact on depression, anxiety, and suicidal ideation among young adults. *Journal of Affective Disorders*, 288, 145–147. https://doi.org/10.1016/j.jad.2021.04.008

Sewall, C. J. R., Goldstein, T. R., Wright, A. G. C., & Rosen, D. (2022). Does objectively measured social-media or smartphone use predict depression, anxiety, or social isolation among young adults? *Clinical Psychological Science*, 10(5), 997–1014. https://doi.org/10.1177/21677026221078309

Steele, R. G., Khetawat, D., Christofferson, J. L., & Hall, J. A. (2023). Concurrent validity of self-reported social media use in adolescents and young adults: Associations with objective data and psychosocial functioning. *Journal of Psychopathology & Behavioral Assessment*, 45, 97–108. https://doi.org/10.1007/s10862-022-10013-9

Twenge, J. M., Spitzberg, B. H., & Campbell, W. K. (2019). Less in-person social interaction with peers among US adolescents in the 21st century and links to loneliness. *Journal of Social & Personal Relationships*, 36(6), 1892–1913. https://doi.org/10.1177/0265407519836170

Valkenburg, P. M., & Peter, J. (2013). The differential susceptibility to media effects model. *Journal of Communication*, 63, 221–243. https://doi.org/10.1111/jcom.12024

van den Eijnden, R. J. J. M., Lemmens, J. S., & Valkenburg, P. M. (2016). The social media disorder scale. *Computers in Human Behavior*, 61, 478–487. https://doi.org/10.1016/j.chb.2016.03.038

Verbeij, T., Pouwels, J. L., Beyens, I., & Valkenburg, P. M. (2022). Experience sampling self-reports of social media use have comparable predictive validity to digital trace measures. *Scientific Reports*, 12(1), 7611. https://doi.org/10.1038/s41598-022-11510-3

Wenninger, H., Krasnova, H., & Buxmann, P. (2019). Understanding the role of social networking sites in the subjective well-being of users: A diary study. *European Journal of Information Systems*, 28(2), 126–148. https://doi.org/10.1080/0960085X.2018.1496883

Young, K. S. (1998). *Caught in the net: How to recognize the signs of internet addiction–and a winning strategy for recovery*. John Wiley & Sons.

*Social Cognitive and Affective Neuroscience*, 2024, **19**(1), nsae008

DOI: https://doi.org/10.1093/scan/nsae008
Advance Access Publication Date: 9 February 2024
**Original Research – Neuroscience**



# Developmental changes in brain function linked with addiction-like social media use two years later

Jessica S. Flannery, Kaitlyn Burnell, Seh-Joo Kwon, Nathan A. Jorgensen, Mitchell J. Prinstein,
Kristen A. Lindquist, and Eva H. Telzer

Department of Psychology & Neuroscience, University of North Carolina at Chapel Hill, 235 E. Cameron Avenue, Chapel Hill, NC 27599-3270, USA
Correspondence should be addressed to Eva H. Telzer, Department of Psychology & Neuroscience, University of North Carolina, 235 E. Cameron Avenue, Chapel
Hill, NC 27599-3270, USA. E-mail: ehtelzer@unc.edu

## Abstract

Addiction-like social media use (ASMU) is widely reported among adolescents and is associated with depression and other negative health outcomes. We aimed to identify developmental trajectories of neural social feedback processing that are linked to higher levels of ASMU in later adolescence. Within a longitudinal design, 103 adolescents completed a social incentive delay task during 1–3 fMRI scans (6–9th grade), and a 4th self-report assessment of ASMU and depressive symptoms ~2 years later (10–11th grade). We assessed ASMU effects on brain responsivity to positive social feedback across puberty and relationships between brain responsivity development, ASMU symptoms, and depressive symptoms while considering gender effects. Findings demonstrate decreasing responsivity, across puberty, in the ventral media prefrontal cortex, medial prefrontal cortex, posterior cingulate cortex, and right inferior frontal gyrus associated with higher ASMU symptoms over 2 years later. Significant moderated mediation models suggest that these pubertal decreases in brain responsivity are associated with increased ASMU symptoms which, among adolescent girls (but not boys), is in turn associated with increased depressive symptoms. Results suggest initial hyperresponsivity to positive social feedback, before puberty onset, and decreases in this response across development, may be risk factors for ASMU in later adolescence.

**Keywords:** social media addiction; social feedback; adolescence; puberty; depression

## Introduction

Social media serves many functions and is often a part of healthy adolescent development (Leung, 2011; Deters and Mehl, 2013; Ellis *et al.*, 2020; Flannery *et al.*, 2023). However, addiction-like social media use (ASMU) is becoming increasingly reported (Kuss *et al.*, 2014). Despite debate regarding the diagnostic utility of ASMU (Panova and Carbonell, 2022), use of addiction terminology to discuss social media use behaviors has permeated popular culture (Adorjan and Ricciardelli, 2021). Because of this, it is of interest to explore how behaviors reflecting craving for, and difficulty abstaining from, social media occur in adolescence. Accumulating work suggests that ASMU may share some of the same characteristics as other addictive disorders such as sustained preoccupation with cues, use for mood modification, tolerance following repeated use and withdrawal symptoms following abstinence (Goldberg, 1996). Importantly, ASMU is not necessarily equated with the degree to which one uses social media, but instead captures the degree to which one feels a loss of control over their social media use or experiences negative effects (emotional or circumstantial) due to their use (Baumer *et al.*, 2015; Turel *et al.*, 2018). As ASMU is characterized by maintained or increased social media use despite negative impacts on other aspects of life, and difficulty reducing use despite intensions to do so (Baumer *et al.*, 2015), it is unsurprising that a quickly growing body of work indicates that ASMU may become disruptive to other aspects of life and have detrimental impacts on health and wellbeing (Turel *et al.*, 2018). Indeed, research shows that ASMU symptoms are associated with depressive symptoms (Robinson *et al.*, 2019), especially among adolescent girls (Raudsepp and Kais, 2019). As adolescence is a period of vulnerability for both the onset of internalizing psychopathology (McLaughlin and King, 2015) and ASMU symptoms (Stavropoulos *et al.*, 2018), understanding links between ASMU and depressive symptoms across this period is vital.

The types of social feedback delivered via social media may be especially relevant to promoting addiction-like social media use behavior. Social feedback is both frequent and quantifiable (e.g. number of likes, number of followers) via social media. Such social feedback is also usually reinforcing and delivered on a variable ratio reinforcement schedule which is highly resistant to behavior extinction and is thus particularly addictive (Greenfield, 2007). Social feedback delivery may be especially salient to

Received: 9 June 2023; Revised: 14 December 2023; Accepted: 8 February 2024

© The Author(s) 2024. Published by Oxford University Press.
This is an Open Access article distributed under the terms of the Creative Commons Attribution-NonCommercial-NoDerivs licence (https://creativecommons.org/licenses/by-nc-nd/4.0/), which permits non-commercial reproduction and distribution of the work, in any medium, provided the original work is not altered or transformed in any way, and that the work is properly cited. For commercial re-use, please contact journals.permissions@oup.com

Downloaded from https://academic.oup.com/scan/article/19/1/nsae008/7604373 by guest on 27 October 2025

**2** | *Social Cognitive and Affective Neuroscience*, 2024, Vol. 19, No. 1

adolescents, as adolescence is thought to be a period of heightened neurobiological and behavioral sensitivity to social stimuli, as well as prioritization of social connection and peer acceptance (Somerville, 2013). Additionally, adolescence is characterized by a peak in reward sensitivity (Lamm *et al.*, 2014) and reward seeking behaviors (Galván, 2013), particularly in social contexts (Smith *et al.*, 2015). This reward sensitivity is thought to stem from normative changes in brain structure and function that begin around the onset of puberty (Padmanabhan *et al.*, 2011). Specifically, neuroimaging and preclinical work has repeatedly demonstrated links between higher levels of pubertal hormones and increased reward-related striatum activity among adolescents (Forbes *et al.*, 2011; Op de Macks *et al.*, 2011). The onset of puberty may thus elicit normative developmental increases in neural responsivity to reinforcing social feedback (Somerville, 2013; Smith *et al.*, 2015). Given these sensitivities, the continuous stream of highly salient and reinforcing social information dispensed via social media may have a uniquely powerful impact on adolescents.

Yet, all adolescents may not be equally prone to ASMU due to various individual predispositions, including possible biological vulnerabilities that increase sensitivity to social media cues. For example, individual differences in sensitivity to reinforcing social feedback may determine how adolescents navigate social media environments and the impact those environments have on adolescents' mental health (Sherman *et al.*, 2016). Specifically, adolescents who are more sensitive to social reward may be particularly apt to seek out social media incentives and thus may also be more susceptible to the provocation of continued use or even ASMU (Sherman *et al.*, 2016). While development of adaptive incentive processing during adolescence is important for healthy development, hypersensitivity to rewards has been linked to externalizing and risk-taking behaviors (Bjork and Pardini, 2015) and blunted reward sensitivity has been linked to depression (O'Callaghan and Stringaris, 2019). Further, recent research has shown that, in the context of negative social experiences, neural hypersensitivity to social feedback is associated with an increased susceptibility to depressive symptoms (Pagliaccio *et al.*, 2023) and externalizing behaviors (Turpyn *et al.*, 2021) among adolescents. However, relationships between this neural hypersensitivity and ASMU across development are still not fully understood.

Prior work shows pubertal increases in neural responsivity to social feedback in brain regions typically involved in social processing including the medial prefrontal cortex (mPFC), posterior cingulate cortex (PCC), precuneus, inferior frontal cortex, fusiform gyrus and hippocampus (Gunther Moor *et al.*, 2010). However, it is unclear whether individual differences in this development might constitute risk for future ASMU. We hypothesize that an initial hypersensitivity to such stimuli may drive some adolescents to increase their social media use more than others. However, recurrent over-exposure to social rewards via social media may, in turn, contribute to desensitization to social rewards across development. This hypothesis is based on prior observations of tolerance-build up after repeated administrations of an addictive drug (Miller *et al.*, 1987; Albrecht *et al.*, 2007). Specifically, we hypothesize that adolescents reporting high ASMU in later adolescence may display initially heightened social reward responsivity that decreases over years of increasing social media use. This decrease may reflect desensitization to rewarding social feedback and a need for more social reward exposure to get the same reinforcing effects (Griffiths *et al.*, 2014).

The current study investigates individual differences in pubertal trajectories of brain responsivity to positive social feedback

**Table 1.** Demographic information by timepoint

| Timepoint | 1st $n = 80$ | 2nd $n = 90$ | 3rd $n = 86$ | 4th $n = 103$ |
|---|---|---|---|---|
| Gender identity (%) | | | | |
| Girls | 46.3 | 46.7 | 46.5 | 51.5 |
| Boys | 51.2 | 51.1 | 51.2 | 45.6 |
| Nonbinary | 2.5 | 2.2 | 2.3 | 2.9 |
| Age | | | | |
| | $12.8 \pm 0.5$ | $13.7 \pm 0.6$ | $14.7 \pm 0.6$ | $17.0 \pm 0.6$ |
| Grade | | | | |
| 6th | 47.5% | 0 | 0 | 0 |
| 7th | 52.5% | 51.1% | 0 | 0 |
| 8th | 0 | 48.9% | 50% | 0 |
| 9th | 0 | 0 | 50% | 0 |
| 10th | 0 | 0 | 0 | 53.4% |
| 11th | 0 | 0 | 0 | 46.6% |

Note. Gender identity (% of total), age (mean ± standard deviation), and grade (% of total) are presented for each data collection timepoint. The multiple cohort structure of the study resulted in planned missing data across timepoints. Specifically, 62 of the total 103 participants had 3 fMRI timepoints, 29 had 2 and 12 had 1. All participants had a 4th self-report timepoint.

across 6–9th grade, that are related to ASMU ∼2 years later. Interactive effects of gender identity were considered given prior work showing gender effects on social media use behaviors (Nesi and Prinstein, 2015), ASMU prevalence (Hawi and Samaha, 2019), and relationships between social media use and wellbeing (Booker *et al.*, 2018). Further, we examine indirect effects of this differential brain function development on depressive symptoms in later adolescence through associations with ASMU symptoms, while again, considering gender effects. We hypothesize that initial hypersensitivity to positive social feedback, and longitudinal decreases across pubertal development, will be associated with higher ASMU symptoms in later adolescence. Further, we expect that, higher ASMU symptoms will, in turn, be associated depressive symptoms, particularly among girls.

## Methods
### Participants
Two cohorts of adolescent participants were recruited from three public middle schools across 2 years, as part of a larger longitudinal study of 6th and 7th grade students (Supplementary Figure S1). The current study examines 103 adolescents that completed a social incentive delay (SID) task across 1–3 annual functional magnetic resonance imaging (fMRI) scan sessions (6–9th grade; 256 data points), as well as a self-report assessment $2.27 \pm 0.21$ years following their final fMRI scan (10–11th grade). The sample of 103 adolescents did not differ from the larger sample from which they were recruited on baseline gender, race/ethnicity, income, pubertal development or depressive symptoms. Of these 103 adolescents that had data at the final wave, 80 had data at the 1st timepoint, 90 had data at the 2nd timepoint and 86 had data at the 3rd timepoint (Table 1).

### Procedures
All participants provided informed consent/assent and were compensated for each completed session. The University's Institutional Review Board approved all aspects of the study. Adolescent participants and their primary caregiver attended annual data collection sessions across three timepoints of a longitudinal fMRI study, at which adolescents completed an fMRI scan lasting

Downloaded from https://academic.oup.com/scan/article/19/1/nsae008/7604373 by guest on 27 October 2025

Downloaded from https://academic.oup.com/scan/article/19/1/nsae008/7604373 by guest on 27 October 2025

~1.5 h. During each scan participants completed a social feedback task called the SID task, as well as an anatomical scan and four other tasks that are not the focus of the current manuscript. Following the scan, adolescents and caregivers completed several self-report measures. Adolescents and their caregivers returned about 2.3 years after their final fMRI scan timepoint and completed a 4th self-report assessment.

## Measures

### Pubertal development

Adolescents' primary caregivers completed the Pubertal Development Scale (PDS) (Petersen *et al.*, 1988) at each of the three fMRI scan timepoints. Scores ranged from (0): 'puberty has not yet started' to (3): 'puberty is complete' (Icenogle *et al.*, 2017).

### Depressive symptoms

Depressive symptoms were assessed at the final timepoint (~2.3 years after the final fMRI scan) in 10–11th grade, using total scores on the unidimensional, 13-item Short Mood and Feelings Questionnaire (SMFQ; $\alpha = 0.93$) (Messer *et al.*, 1995), designed to measure depressive symptomology in children and adolescents aged 6- to 17-years old.

### Addiction-like social media use symptoms

ASMU symptoms were also measured at the final timepoint with a novel 7-item questionnaire ($\alpha = 0.90$) based on selected items from the Diagnostic Statistical Manual V (DSM-5) substance use disorder checklist. Example items include, 'Does social media use ever get in the way of things you are supposed to be doing (e.g. sleep, exercise, schoolwork)?', 'Do you ever have a craving or strong desire to use social media?', and 'Have you ever been away from social media and felt like you were missing it too much to engage in normal day to day activities?'. Participants rated each symptom on a 4-point scale: (0): 'I don't have social media/not applicable', (1): 'never', (2): 'sometimes', and (3): 'often'. ASMU symptom endorsement was operationalized as responding 'sometimes' or 'often' for a given symptom and ranged from 0 to 7 symptoms endorsed. Participants were classified into severity levels based on the following DSM criteria: none: 0–1 symptom endorsed, mild: 2–3 symptoms endorsed, moderate: 4–5 symptoms endorsed and severe: 6 or more symptoms endorsed (Hasin *et al.*, 2013). Participants meeting 'severe' criteria (i.e. 6 or more symptoms endorsed) were classified into a high ASMU group ($n = 52$) and all other participants, with 5 or less symptoms endorsed, were classified into a low ASMU group ($n = 51$).

While additional validation of this novel ASMU measure in other samples is warranted, the measure demonstrates evidence of important convergent validity with constructs that have been previously tested in the literature with other problematic and social media addiction/addiction-like social media use measures (with some minor deviations, as to be expected with variations across recruited samples). For example, past research has demonstrated correlations of $r = 0.17$ and $r = -0.15$ with neuroticism and conscientiousness, respectively (Huang, 2022); the correlations observed in our data are similar, at 0.30 (neuroticism) and –0.26 (conscientiousness). In both our data and past research (Huang, 2022), correlations with other Big Five traits are trivial and/or null ($r < 0.12$ in our study; $r < 0.10$ in a meta-analysis conducted by Huang, 2022). Past meta-analytic work has also found a moderate correlation of $r = 0.29$ with depressive symptoms (Cunningham *et al.*, 2021); the bivariate correlation observed in our data is quite

similar at $r = 0.34$. There is meta-analytic evidence that the correlation between the fear of missing out and social media addiction is quite high [$r = 0.47$; (Yali *et al.*, 2021)]; our data similarly demonstrates a high correlation ($r = 0.68$). Past research has found a moderate association between pathological social media use and poorer self-regulation [$r = -0.26$; (Coyne *et al.*, 2017)], and our data find similar evidence for moderate associations between ASMU and various facets of poorer self-control and greater impulsivity [$r$'s $= 0.24$–$0.45$; (Marino *et al.*, 2018)]. In addition to evidence of convergent validity, there was also evidence of discriminant validity. Past research has demonstrated that problematic Facebook use is only moderately associated with time spent on Facebook ($r = 0.34$); likewise, we find a moderate association between ASMU and frequency of checking social media ($r = 0.42$). Overall, these findings support the validity of our ASMU measure, given the comparable associations observed with various constructs in relation to past research utilizing alternative measures.

## SID task

During MRI scanning, participants completed two 6.5 min runs of a SID task (Figure 1) designed to measure neural sensitivity to anticipation (cue) and receipt (outcome) of positive social feedback (smiling face) and negative social feedback (scowling face). A total of 24 adolescent faces were used from the NIH faces dataset (12 females, 12 males). In this task, participants first see a cue indicating what type of trial will follow (happy, angry or neutral). Participants must press their right index finger as fast as they can after seeing the target to receive positive social feedback and avoid negative social feedback. To ensure sufficient and comparable exposure to all feedback types, task difficulty was individually and dynamically adapted based on prior performance by increasing or decreasing the target duration.

## MRI data analysis

MRI data were collected on a Siemens Prisma MRI 3-Tesla scanner. The Supplementary materials contain information on neuroimaging data acquisition and preprocessing. Following preprocessing, SID functional data were entered into whole-brain participant-level general linear models (GLMs; SPM12) including eight event-related task regressors as impulse functions time-locked to stimulus onset and convolved with a hemodynamic response function. Task regressors included three anticipation conditions (happy, angry or neutral), two feedback conditions (i.e. hit and miss) for both the positive and negative conditions, and one neutral feedback condition. Six motion parameters were modeled as regressors of no interest. Whole-brain contrast images comparing conditions of interest were calculated for each participant. As we were interested in examining individual differences in how the brain responds to the reinforcing and social properties of social media, positive social feedback *vs* neutral feedback (i.e. smiling face feedback following a hit in positive conditions *vs* blurred out face feedback) was the primary contrast of interest for this study.

## Statistical analysis

Next, we examined the effect of AMSU symptom endorsement on developmental brain responsivity to positive social feedback. To assess within-individual effects, we utilized multilevel statistical modeling that allowed for data missing at random. Within a linear multilevel framework (3dlmer; AFNI) (Cox, 1996), modeling the random intercept and slope, we assessed a three-way GENDER × ASMU × PUBERTY cross-level interaction on the positive social feedback *vs* neutral feedback contrast. As ASMU research is still in its infancy, whether it is best to characterize ASMU as

**4** | *Social Cognitive and Affective Neuroscience*, 2024, Vol. 19, No. 1

**Fig. 1.** SID task. During MRI scanning, participants completed two 6.5 min runs of a SID task designed to measure neural sensitivity to anticipation (cue) and receipt (outcome) of social rewards (smiling face) and punishments (scowling face). Participants completed two 6.5 min runs consisting of 58 trials, resulting in a total of 116 trials (48 reward trials, 48 punishment trials and 20 neutral trials). In the task, participants see a cue (circle, square or diamond, 500 ms) indicating what type of trial will follow. Then, following a fixation cross (duration jittered ~509–4249 ms), they see a target (white square, 160–500 ms). Participants are trained to press their right index finger as fast as they can after seeing the target, but not before. Following a delay (50 ms), participants receive social feedback (1450 ms) based on both the trial type and whether they pressed fast enough. The social feedback is photographs of adolescent faces taken from the NIH faces dataset (Egger *et al.*, 2011). In the task, there were 24 faces shown (12 females, 12 males). Participants are explicitly told that the circle is a happy cue, the square is an angry cue and the diamond is a neutral cue, meaning if they press fast enough after seeing the happy cue (Reward cue), they will see a smiling face (Reward hit); if they press too slow after the happy cue, they will see blurred face (Reward miss). If they press fast enough after seeing the angry cue (Punishment cue), they will see a blurred face (Punishment hit); if they press too slow after the angry cue, they will see a scowling face (Punishment miss). Following the Neutral cue, they will see a blurred face whether they press fast enough (Neutral hit) or too slow (Neutral miss). To ensure sufficient exposure to all feedback types, task difficulty was individually and dynamically adapted based on prior performance by increasing or decreasing the target duration (starting at 300 ms) by 20 ms intervals unless reaching a minimum of 160 ms or maximum of 500 ms duration.

an all-or-none diagnosis or as a spectrum of severity is still an open question. Thus, in follow-up analyses, we also considered high (six or more symptoms endorsed; $n = 52$) and low (five or less symptoms endorsed; $n = 51$) ASMU groups. For full transparency, we report results from analyses in which ASMU symptoms are treated as a continuous variable and analyses in which ASMU symptoms are used to group participants. Given prior neuroimaging evidence of brain function during the SID task (Martins *et al.*, 2021), we expected feedback delivery in the SID to recruit brain regions involved in social processing. As such, this analysis was conducted within a small volume corrected (SVC) brain mask (36 386 voxels) defined via NeuroSynth's meta-analysis of the term 'social' (Supplementary Figure S2). Three participants reporting nonbinary gender identities were not included in the analyses comparing effects of self-reported girl and boy identities ($N = 100$). For graphical examination and follow-up analyses, β-coefficients associated with the positive social feedback contrast were extracted by averaging across voxels within identified significant clusters/regions of interest (ROIs).

Next, we examined gender effects on ASMU symptom endorsement and depressive symptoms with independent samples *t*-tests and assessed gender effects on ASMU-group counts with a cross tabulation chi-squared test. Second, to assess both ASMU and gender effects on pubertal development across age, an ASMU-group × GENDER × AGE cross-level interaction was modeled while including random intercepts and slopes (*lmer*, lme4 R package) (Bates *et al.*, 2015). Third, we examined the effect of gender on associations between ASMU symptom endorsement and depressive symptoms with GENDER × ASMU symptom ANCOVAs. Finally, we formally tested relations between variables in a moderated mediation model (PROCESS v.4, model 14) (Hayes, 2017) in which developmental changes in positive social feedback brain responsivity across pubertal development (slope coefficients associated with pubertal development) were associated with ASMU symptoms at the final timepoint that, in turn, were associated with depressive symptoms. Gender moderated the path from ASMU

symptoms to depressive symptoms. In these models, positive social feedback slopes across pubertal development were entered as the predictor. Slope coefficients for each participant were extracted from linear multilevel models of pubertal development on positive social feedback β-coefficients from identified significant clusters/ROIs, in which the random intercept and slope of puberty as well as their correlation were modeled within participant (Supplementary Figure S3).

## Results
### Descriptives
Gender identity, race/ethnicity and annual household income did not significantly differ between high and low ASMU groups (Table 2, P's > 0.1). As expected, the high ASMU group had significantly higher depressive symptoms than the low ASMU group (Table 2). We examined pubertal development trajectories in our sample of adolescents. A significant GENDER × AGE interaction on pubertal development was observed such that girls had higher pubertal development scale scores at an earlier age than boys (est. = 0.2, t[68.4] = 3.2, P = 0.002). Nonsignificant ASMU group × GENDER × AGE interaction effects on pubertal development (P's > 0.2) indicated that ASMU groups did not significantly differ in their pubertal development by age.

### Changes in social feedback brain responsivity across puberty linked to ASMU
We examined an ASMU symptom endorsement × PUBERTY × GENDER interaction on positive social feedback brain responsivity. While we did not observe any significant effects for the three-way interaction, we did observe ASMU × PUBERTY interactions on positive social feedback responsivity in the PCC (130 voxels) and two clusters in the ventral media prefrontal cortex (vmPFC; 90 and 36 voxels; $P_{\text{voxel-level}} < 0.005$). However, these results did not pass cluster-extent thresholding (minimum clus-

Downloaded from https://academic.oup.com/scan/article/19/1/nsae008/7604373 by guest on 27 October 2025

**Table 2.** Demographic, socioeconomic and symptom information by ASMU group

| | N = 103 | High ASMU (n = 52) | Low ASMU (n = 51) | Group differences |
|---|---|---|---|---|
| Gender identity (%) | | | | P = 0.1 |
|   Female | 51.5 | 55.8 | 47.1 | |
|   Male | 45.6 | 38.5 | 52.9 | |
|   Nonbinary | 2.9 | 5.7 | 0 | |
| Race/Ethnicity (%) | | | | P = 0.6 |
|   White | 37.9 | 36.6 | 39.2 | |
|   Hispanic/Latinx | 32.0 | 34.6 | 29.4 | |
|   Black | 23.3 | 19.2 | 27.4 | |
|   Multi-Racial | 4.9 | 7.7 | 2.0 | |
|   Asian | 1.9% | 1.9% | 2.0% | |
| Household annual income (%) | | | | P = 0.5 |
|   $0–29 999 | 28.0 | 27.5 | 28.6 | |
|   $30 000–59 999 | 31.0 | 37.2 | 24.5 | |
|   $60 000–99 999 | 26.0 | 21.6 | 30.6 | |
|   >$100 000 | 15.0 | 13.7 | 16.3 | |
| Symptoms | | | | |
|   Depressive symptoms | 7.0 ± 6.5 | 8.3 ± 6.9 | 5.6 ± 6.0 | P = 0.04[*] |
|   ASMU symptoms endorsed | 4.5 ± 2.6 | 6.8 ± 0.4 | 2.5 ± 1.7 | P < 0.001[*] |

Note. Gender identity (% of total) and race/ethnicity (% of total) were measured at each participant's first timepoint (6th or 7th grade). Household annual income (% of total) and depressive symptoms (mean ± standard deviation) were measured at the final timepoint in 10–11th grade. ASMU symptoms (mean ± standard deviation) were also measured at the follow-up timepoint. ASMU symptoms endorsed are a count of the total number endorsed. ASMU-Group differences in gender identity, and race/ethnicity were assessed with cross tabulation chi-squared tests. ASMU-Group differences in household annual income were assessed with a Kruskal–Wallis test for ordinal variables which is similar to a one-way ANOVA but ranks of the data values are used in the test rather than the actual data points. ASMU-Group differences in depressive symptoms, ASMU symptoms were assessed with independent sample t-tests. [*] indicates significance at 0.05 level.

ter size = 213 voxels) determined via AFNI's ACF 3dclustsim (Cox et al., 2017). In follow-up analyses, we also examined an ASMU-Group × PUBERTY × GENDER interaction on positive social feedback brain responsivity. While again we did not observe any significant effects for the three-way interaction, we did observe significant ASMU Group × PUBERTY interactions (Figure 2; Supplementary Table S1) on positive social feedback responsivity in the vmPFC (358 voxels), mPFC (393 voxels), PCC (295 voxels) and right inferior frontal gyrus (rIFG; 226 voxels). To probe this interaction, β coefficients were averaged across voxels in each of these four significant clusters/ROIs. In all four clusters, adolescents in the low ASMU group displayed relatively lower responsivity to positive social feedback before puberty onset that increased with pubertal development. In contrast, adolescents in the high ASMU group displayed hyper-responsivity before puberty onset that decreased with pubertal development. These results did not significantly change after removing brain responsivity outliers. However, given potential for spurious detection of disordinal interactions with whole-brain ANOVAs, we caution against overinterpretation of differences in AMSU-group trajectories (Chavez and Wagner, 2017). While no significant interactive effects of GENDER were detected, we observed a significant GENDER main effect on positive social feedback responsivity in the right superior temporal sulcus (rSTS 350 voxels) such that girls displayed increased rSTS responsivity compared to boys. No significant PUBERTY main effects or PUBERTY × GENDER interactions were observed. In the follow-up exploratory analyses, we also assessed brain responsivity to anticipation of positive social feedback *vs* anticipation of neutral feedback but did not observe any significant effects of interest.

### Gender effects

At the final timepoint in 10–11th grade, we did not observe significant gender differences in ASMU symptom endorsement ($t[98] = 1.1$, $P = 0.2$) or ASMU-group counts ($\chi^2[1, 100] = 2.7$, $P = 0.3$). However, girls reported significantly higher depressive symptoms

($t[98] = 2.9$, $P = 0.004$, Cohen's $d = 0.58$) than boys. (Figure 3A). Further, higher ASMU symptom endorsement was significantly associated with higher depressive symptoms among girls, but not among boys ($F[100] = 6.3$, $P = 0.014$, $\eta_p^2 = 0.06$; Figure 3B).

### ASMU symptoms differentially mediate the effect of brain responsivity development on depressive symptoms among adolescent girls and boys

A significant moderated mediation model [Index of Moderated Mediation: 2.1, 95% confidence interval (CI) = (0.1, 4.8)] indicated that, higher ASMU symptom endorsement mediated the association between decreasing vmPFC responsivity across pubertal development and increased depressive symptoms over two years later; this effect was only significant amongst girls [indirect effect among girls: ab = −2.0, 95% CI = (−4.3, −0.1); Figure 3C]. Specifically, while decreases in vmPFC responsivity to positive social feedback across puberty was not directly related depressive symptoms in later adolescence, it was related to increased ASMU symptom endorsement which was, in turn, related to higher depressive symptoms, but only among girls. This same model was also significant for the rIFG [Index of Moderated Mediation: 6.8, 95% CI = (2.3, 12.8); indirect effect among girls: ab = −5.0, 95% CI = (−9.8, −1.6); Supplementary Figure S4A], but was not for the PCC [Index of Moderated Mediation: 3.0, 95% CI = (−1.0, 7.3); Supplementary Figure S4B] nor the mPFC [Index of Moderated Mediation: −8.4, 95% CI = (−77.1, 70.8); Supplementary Figure S4C]. Follow-up analyses indicated that the unmoderated mediation was also not significant for the PCC nor the mPFC.

### Discussion

#### Changes in social feedback brain responsivity across puberty linked to ASMU

Our results identify differential changes in social feedback brain responsivity across puberty in four brain regions (i.e. vmPFC, rIFG,

Downloaded from https://academic.oup.com/scan/article/19/1/nsae008/7604373 by guest on 27 October 2025

6 | *Social Cognitive and Affective Neuroscience*, 2024, Vol. 19, No. 1



**Fig. 2. Changes in social feedback brain responsivity across puberty linked to ASMU**. Significant ASMU Group × PUBERTY interactions were observed in the ventral media prefrontal cortex (**A**. vmPFC; 358 voxels), medial prefrontal cortex (**B**. mPFC; 393 voxels), posterior cingulate cortex (**C**. PCC; 295 voxels) and right inferior frontal gyrus (**D**. rIFG; 226 voxels) when controlling for GENDER effects. In all four significant clusters, adolescents in the low ASMU group displayed relatively lower responsivity to positive social feedback before puberty onset that increased with pubertal development, whereas adolescents in the high ASMU group displayed hyper-responsivity before puberty onset that decreased with pubertal development.



**Fig. 3. Addiction-like social media use symptoms mediate the effect of vmPFC change across puberty on depressive symptoms among girls.** (**A**) Significantly higher depressive symptoms in 10–11 grade, among adolescent girls compared to boys. (**B**) Higher ASMU symptoms were significantly associated with higher depressive symptoms among girls but not among boys. (**C**) A significant moderated mediation model (PROCESS v.4, model 14) demonstrated that decreasing ventral media prefrontal cortex (vmPFC) responsivity across puberty was related to increased ASMU symptoms ~2.3 years later (10th and 11th grade) which, among adolescent girls (but not boys), was in turn, associated with increased depressive symptoms.

mPFC and PCC) among adolescents that subsequently reported more addiction-like social media use. Prior work has demonstrated developmental changes (e.g. childhood to adolescence, and early adolescence to late adolescence) in responsivity to positive social outcomes (Somerville, 2013; Smith *et al.*, 2015). For example, striatal and anterior cingulate cortex activity to positive social feedback anticipation increases from childhood to adolescence (Gunther Moor *et al.*, 2010). As such, we expected brain responsivity to social feedback to increase with pubertal development. However, across the full sample this was not observed. Instead, we observed that this trajectory diverged for high and low ASMU groups. While the low ASMU group displayed expected

increases in positive social feedback responsivity across pubertal development, adolescents in the high ASMU group displayed elevated social feedback responsivity in the vmPFC, rIFG, mPFC and PCC before puberty onset that then decreased with pubertal development.

These results could suggest that some adolescents with premature elevations in neural social feedback sensitivity may initially be more sensitive to the delivery of social feedback via media. However, observed pubertal decreases in social feedback vmPFC, rIFG, PCC and mPFC responsivity may reflect desensitization to such feedback, possibly through mechanisms similar to those driving tolerance-build up after repeated administrations

Downloaded from https://academic.oup.com/scan/article/19/1/nsae008/7604373 by guest on 27 October 2025

of an addictive drug. As we did not have data on participants' amount of social media exposure over pubertal development this hypothesis could not be further explored in this sample. Nonetheless, our findings indicate that developmental changes in brain function previously implicated in social information processing may be associated with individual differences in ASMU susceptibility. Such information could help target prevention efforts aiming to mitigate maladaptive social media use and its influence on adolescent mental health.

### ASMU symptoms mediate the effect of brain responsivity development on depressive symptoms

Prior work suggests that increased brain responsivity to social feedback may impact adolescent mental health through effects on their social experiences. Specifically, anterior insula, cingulate, amygdala and striatum responsivity to social feedback among young adolescents (12-to 14-years old) impacts associations between peer interpersonal stress and depression years later (Pagliaccio *et al.*, 2023). Further, prior findings from our research team similarly demonstrate that heightened amygdala, and striatum activity to social feedback among young adolescents (11- to 14-years old) impacts associations between family conflict and externalizing behavior (Turpyn *et al.*, 2021). Our current findings extend this prior work showing that elevations in neural responsivity to social feedback in early adolescence and subsequent developmental decreases into later adolescence may also impact social media use behaviors, and that this impact may increase risk for depressive symptoms.

Further, our results highlight the importance of vmPFC and rIFG social feedback responsivity development. While all identified brain regions are implicated in social information processing (Spreng and Andrews-Hanna, 2015), the vmPFC, in particular, has been distinguished from other regions for its role in processing positively valanced or rewarding social information (van den Bos *et al.*, 2007). Further, other work has suggested that the vmPFC and PCC may both be involved in processing self-referential social information (like social feedback), while more dorsal medial frontal regions are involved in thinking about the mental states of others (Wagner *et al.*, 2012). Additionally, while the rIFC is known to be recruited when processing affective social information, evidence suggests that it may be specifically involved when reappraising this information (Grecucci *et al.*, 2013). Encoding valance, affective information and referencing the self are likely all important when processing social feedback delivered on social media (e.g. likes or comments). Taken together, these results suggest that development of vmPFC and rIFG responsivity to social feedback are likely important targets for understanding how adolescents process social feedback delivered via social media and the impact it has on their media use behaviors and mental health.

### Gender differences in mediating effect of ASMU symptoms on relationship between brain responsivity development and depressive symptoms

Our results suggest gender effects in ASMU consequences by demonstrating a path through which divergent developmental trajectories of vmPFC and rIFG function may indirectly lead to depressive symptoms among girls through associations with more ASMU symptoms. This finding corresponds with prior work indicating higher social media use at age 10 is associated with declines in well-being into early and mid-adolescence for girls but not for boys (Booker *et al.*, 2018). One possible explanation may be, as proposed by social role theory (Eagly and Wood, 2012), girls are socialized to value social connections and social standing more so than boys are. If this is the case, it is perhaps unsurprising that girls' neural sensitivity to social feedback might carry more influence on their mental wellbeing in instances of regular over-exposure to such information on social media.

Another possible explanation of these results may be that gender is associated with differential susceptibility to different types of media use (i.e. social media *vs* non-social digital media) and the respective consequences. Emergent meta-analytic research suggests that ASMU may be more prevalent among women while addiction-like internet gaming is more prevalent among men (Su *et al.*, 2020). Social media may particularly foster certain maladaptive use experiences among adolescents, which are not as prevalent when using other non-social media, including social comparison, fear of missing out, feedback seeking, and body image insecurities (Nesi and Prinstein, 2015). Therefore, adolescent girls may be especially at risk. Future work examining various media types and their unique impacts on mental health could more fully depict gender-based susceptibility to ASMU.

### Limitations

Certain limitations should be considered. First, additional validation of the ASMU measure in other samples is warranted and as social norms surrounding digital media use shift, what constitutes problematic digital media behavior will also likely need to shift. Second, several statistical considerations should be noted regarding our observed ASMU group by puberty interaction on social reward brain responsivity. First, while we observed significant interaction effects when dichotomizing the ASMU variable, results did not pass cluster-extent threshold corrections before dichotomizing. This discrepancy may be related to dichotomization reducing error in the measurement of the ASMU construct and thus increasing power. Further, we also note the potential for spurious interactions in whole-brain ANOVAs and thus the nature of each AMSU group's developmental trajectory should be interpreted with caution (Chavez and Wagner, 2017). Third, while the PDS is a widely used indicator of pubertal maturation that corresponds with other measures of puberty, including physician Tanner ratings and hormone levels (Herting *et al.*, 2021), puberty is a highly individualized process and future work examining bias in caregiver-reports is warranted. Finally, information on social media exposure and use behaviors before and across pubertal development was not available. As such, we could not explore hypotheses regarding neural desensitization to social feedback due to accumulating exposure via social media use.

### Conclusions

Our findings suggest that before puberty onset, hyper-responsivity to positive social feedback, in four brain regions associated social information processing (vmPFC, rIFG, mPFC and PCC), may represent a risk factor for ASMU in later adolescence. In contrast, decreases in this neural response over pubertal development could suggest atypical development of social feedback processing that is also linked with ASMU. Results suggest that these developmental differences in social feedback brain responsivity are associated with depressive symptoms among adolescent girls through their relationship with increased ASMU symptom endorsement in later adolescence. Taken together, this study identifies developmental individual differences (i.e. brain responsivity to social

Downloaded from https://academic.oup.com/scan/article/19/1/nsae008/7604373 by guest on 27 October 2025

**8** | *Social Cognitive and Affective Neuroscience*, 2024, Vol. 19, No. 1

feedback and gender identity) that may be important for understanding ASMU susceptibility and related mental health outcomes.

## Supplementary data

Supplementary data is available at *SCAN* online.

## Data availability

The authors have released all code associated with this manuscript. Code is available on GitHub https://github.com/Flanneryg3/ASMU?ProjectCode and group-level statistical brain maps are stored in the following NeuroVault collection: https://identifiers.org/neurovault.collection:14537.

## Contribution Statement

Conceptualization: E.H.T. and J.S.F.; data curation: J.S.F., K.B., S.K., and N.A.J.; formal analysis: J.S.F. and K.B.; visualization and original draft writing: J.S.F.; draft review and editing: K.B., S.K., N.A.J., M.J.P., K.A.L., and E.H.T.; funding acquisition: E.H.T., K.A.L., and M.J.P.; supervision: E.H.T. and K.A.L.

## Funding

Primary support for this project was provided by grants from the National Institute on Drug Abuse (NIDA) [F32DA057876] to J.S.F., [R01DA051127] to E.H.T. and K.A.L., and [R01DA039923] to E.H.T. and the Winston Family Foundation. Funders were not involved in the design and conduct of the study, collection, management, analysis, and the interpretation of the data; preparation, review, or approval of the manuscript; or decision to submit the manuscript for publication.

## Conflict of interest

The authors declare the following financial interests/personal relationships which may be considered as potential competing interests: Dr. Telzer and Dr. Prinstein reported receiving private research funds from the Winston Family Foundation during the conduct of the study. The Winston Family Foundation had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review or approval of the manuscript; and decision to submit the manuscript for publication.

## References

Adorjan, M., Ricciardelli, R. (2021). Smartphone and social media addiction: exploring the perceptions and experiences of Canadian teenagers. *Canadian Review of Sociology/Revue Canadienne de Sociologie*, **58**(1), 45–64.

Albrecht, U., Kirschner, N.E., Grüsser, S.M. (2007). Diagnostic instruments for behavioural addiction: an overview. *GMS Psycho-Social Medicine*, **4**, 1–11.

Bates, D., Mächler, M., Bolker, B., Walker, S. (2015). Fitting linear mixed-effects models Usinglme4. *Journal of Statistical Software*, **67**(1), 1–48.

Baumer, E.P.S., Guha, S., Quan, E., Mimno, D., Gay, G.K. (2015). Missing photos, suffering withdrawal, or finding freedom? How experiences of social media non-use influence the likelihood of reversion. *Social Media + Society*, **1**(2), 1–14.

Bjork, J.M., Pardini, D.A. (2015). Who are those "risk-taking adolescents"? Individual differences in developmental neuroimaging research. *Developmental Cognitive Neuroscience*, **11**, 56–64.

Booker, C.L., Kelly, Y.J., Sacker, A. (2018). Gender differences in the associations between age trends of social media interaction and well-being among 10-15 year olds in the UK. *BMC Public Health.*, **18**(1), 1–12.

Chavez, R.S., Wagner, D.D. (2017). Mass univariate testing biases the detection of interaction effects in whole-brain analysis of variance. *bioRxiv*.

Cox, R.W. (1996). AFNI: Software for analysis and visualization of functional magnetic resonance neuroimages. *Computers and Biomedical Research, an International Journal*, **29**(3), 162–73.

Cox, R.W., Chen, G., Glen, D.R., Reynolds, R.C., Taylor, P.A. (2017). FMRI clustering in AFNI: false-positive rates redux. *Brain Connectivity*, **7**(3), 152–71.

Coyne, S.M., Nelson, D.A., Carroll, J.S., *et al.* (2017). Relational aggression and marital quality: five-year longitudinal study. *Journal of Family Psychology*, **31**(3), 282–93.

Cunningham, S., Hudson, C.C., Harkness, K. (2021). Social media and depression symptoms: A meta-analysisa. *Research on Child and Adolescent Psychopathology*, **49**(2), 241–53.

Deters Große, F., Mehl, M.R. (2013). Does posting facebook status updates increase or decrease loneliness? An online social networking experiment. *Social Psychological and Personality Science*, **4**(5), 579–86.

Eagly, A.H., Wood, W. (2012). Social role theory. In: Van Lange, P., Kruglanski, A., Higgins, E., editors. *Handbook of Theories of Social Psychology*. Thousand Oaks, CA, USA: SAGE Publications Ltd, 458–76.

Egger, H.L., Pine, D.S., Nelson, E., *et al.* (2011). The NIMH Child Emotional Faces Picture Set (NIMH-ChEFS): a new set of children's facial emotion stimuli: child emotional faces stimuli. *International Journal of Methods in Psychiatric Research*, **20**(3), 145–56.

Ellis, W.E., Dumas, T.M., Forbes, L.M. (2020). Physically isolated but socially connected: psychological adjustment and stress among adolescents during the initial COVID-19 crisis. *Canadian Journal of Behavioural Science/Revue Canadienne Des Sciences Du Comportement*, **52**(3), 177–87.

Flannery, J.S., Maza, M.T., Kilic, Z., Telzer, E.H. (2023). Chapter Nine—Cascading bidirectional influences of digital media use and mental health in adolescence. In: Tamis-Lemonda, C.S., Lockman, J.J., editors. *Advances in Child Development and Behavior*, Vol. **64**, Amsterdam, Netherlands: Elsevier Ltd.

Forbes, E.E., Phillips, M.L., Silk, J.S., Ryan, N.D., Dahl, R.E. (2011). Neural systems of threat processing in adolescents: role of pubertal maturation and relation to measures of negative affect. *Developmental Neuropsychology*, **36**(4), 429–52.

Galván, A. (2013). The teenage brain: sensitivity to rewards. *Current Directions in Psychological Science*, **22**(2), 88–93.

Goldberg, I. (1996). Internet addictive disorder (IAD) diagnostic criteria. *CyberPsychol. Behavior*, **3**(4), 403–12.

Grecucci, A., Giorgetta, C., Bonini, N., Sanfey, A. (2013). Reappraising social emotions: the role of inferior frontal gyrus, temporoparietal junction and insula in interpersonal emotion regulation. *Frontiers in Human Neuroscience*, **7**, 523.

Greenfield, D. (2007). The addictive properties of internet usage. *Internet Addiction: A Handbook and Guide to Evaluation and Treatment*. Hoboken, NJ, USA: John Wiley & Sons, Ltd, 133–53.

Griffiths, M.D., Kuss, D.J., Demetrovics, Z. (2014). Chapter 6 - social networking addiction: An overview of preliminary findings. In: Rosenberg, K.P., Feder, L.C., editors. *Behavioral Addictions*. Cambridge, MA, USA: Academic Press. 119–41.

Gunther Moor, B., van Leijenhorst, L., Rombouts, S.A.R.B., Crone, E.A., Van der Molen, M.W. (2010). Do you like me? Neural correlates of social evaluation and developmental trajectories. *Social Neuroscience*, **5**(5–6), 461–82.

Downloaded from https://academic.oup.com/scan/article/19/1/nsae008/7604373 by guest on 27 October 2025

Hasin, D.S., O'Brien, C.P., Auriacombe, M., *et al.* (2013). DSM-5 criteria for substance use disorders: recommendations and rationale. *The American Journal of Psychiatry*, **170**(8), 834–51.

Hawi, N., Samaha, M. (2019). Identifying commonalities and differences in personality characteristics of Internet and social media addiction profiles: traits, self-esteem, and self-construal. *Behaviour & Information Technology*, **38**(2), 110–9.

Hayes, A.F. (2017). *Introduction to Mediation, Moderation, and Conditional Process Analysis, Second Edition: A Regression-Based Approach*. New York, NY, USA: Guilford Publications.

Herting, M.M., Uban, K.A., Gonzalez, M.R., *et al.* (2021). Correspondence between perceived pubertal development and hormone levels in 9-10 year-olds from the adolescent brain cognitive development study. *Frontiers in Endocrinology*, **11**, 549928.

Huang, C. (2022). A meta-analysis of the problematic social media use and mental health. *International Journal of Social Psychiatry*, **68**(1), 12–33.

Icenogle, G., Steinberg, L., Olino, T.M., *et al.* (2017). Puberty predicts approach but not avoidance on the iowa gambling task in a multinational sample. *Child Development*, **88**(5), 1598–614.

Kuss, D., Griffiths, M., Karila, L., Billieux, J. (2014). Internet addiction: a systematic review of epidemiological research for the last decade. *Current Pharmaceutical Design*, **20**(25), 4026–52.

Lamm, C., Benson, B.E., Guyer, A.E., *et al.* (2014). Longitudinal study of striatal activation to reward and loss anticipation from mid-adolescence into late adolescence/early adulthood. *Brain and Cognition*, **89**, 51–60.

Leung, L. (2011). Loneliness, social support, and preference for online social interaction: the mediating effects of identity experimentation online among children and adolescents. *Chinese Journal of Communication*, **4**(4), 381–99.

Marino, C., Gini, G., Vieno, A., Spada, M.M. (2018). The associations between problematic Facebook use, psychological distress and well-being among adolescents and young adults: a systematic review and meta-analysis. *Journal of Affective Disorders*, **226**, 274–81.

Martins, D., Rademacher, L., Gabay, A.S., *et al.* (2021). Mapping social reward and punishment processing in the human brain: a voxel-based meta-analysis of neuroimaging findings using the social incentive delay task. *Neuroscience and Biobehavioral Reviews*, **122**, 1–17.

McLaughlin, K.A., King, K. (2015). Developmental trajectories of anxiety and depression in early adolescence. *Journal of Abnormal Child Psychology*, **43**(2), 311–23.

Messer, S.C., Angold, A., Costello, E.J., *et al.* (1995). Development of a short questionnaire for use in epidemiological studies of depression in children and adolescents: factor composition and structure across development. *International Journal of Methods in Psychiatric Research*, **5**, 251–62.

Miller, N.S., Dackis, C.A., Gold, M.S. (1987). The relationship of addiction, tolerance, and dependence to alcohol and drugs: a neurochemical approach. *Journal of Substance Abuse Treatment*, **4**(3), 197–207.

Nesi, J., Prinstein, M.J. (2015). Using social media for social comparison and feedback-seeking: gender and popularity moderate associations with depressive symptoms. *Journal of Abnormal Child Psychology*, **43**(8), 1427–38.

O'Callaghan, G., Stringaris, A. (2019). Reward processing in adolescent depression across neuroimaging modalities. *Zeitschrift Fur Kinder- Und Jugendpsychiatrie Und Psychotherapie*, **47**(6), 535–41.

Op de Macks, Z.A., Moor, B.G., Overgaauw, S., Güroğlu, B., Dahl, R.E., Crone, E.A. (2011). Testosterone levels correspond with increased ventral striatum activation in response to monetary rewards in adolescents. *Developmental Cognitive Neuroscience*, **1**(4), 506–16.

Padmanabhan, A., Geier, C.F., Ordaz, S.J., Teslovich, T., Luna, B. (2011). Developmental changes in brain function underlying the influence of reward processing on inhibitory control. *Developmental Cognitive Neuroscience*, **1**(4), 517–29.

Pagliaccio, D., Kumar, P., Kamath, R.A., Pizzagalli, D.A., Auerbach, R.P. (2023). Neural sensitivity to peer feedback and depression symptoms in adolescents: a 2-year multiwave longitudinal study. *Journal of Child Psychology and Psychiatry*, **64**(2), 254–64.

Panova, T., Carbonell, X. (2022). Social media addiction. In: Pontes, H.M., editor. *Behavioral Addictions: Conceptual, Clinical, Assessment, and Treatment Approaches*. New York, NY, USA: Springer International Publishing. 69–95.

Petersen, A.C., Crockett, L., Richards, M., Boxer, A. (1988). A self-report measure of pubertal status: reliability, validity, and initial norms. *Journal of Youth and Adolescence*, **17**(2), 117–33.

Raudsepp, L., Kais, K. (2019). Longitudinal associations between problematic social media use and depressive symptoms in adolescent girls. *Preventive Medicine Reports*, **15**, 100925.

Robinson, A., Bonnette, A., Howard, K., *et al.* (2019). Social comparisons, social media addiction, and social interaction: an examination of specific social media behaviors related to major depressive disorder in a millennial population. *Journal of Applied Biobehavioral Research*, **24**(1), e12158.

Sherman, L.E., Payton, A.A., Hernandez, L.M., Greenfield, P.M., Dapretto, M. (2016). The power of the like in adolescence: effects of peer influence on neural and behavioral responses to social media. *Psychological Science*, **27**(7), 1027–35.

Smith, A.R., Steinberg, L., Strang, N., Chein, J. (2015). Age differences in the impact of peers on adolescents' and adults' neural response to reward. *Developmental Cognitive Neuroscience*, **11**, 75–82.

Somerville, L.H. (2013). The teenage brain: sensitivity to social evaluation. *Current Directions in Psychological Science*, **22**(2), 121–7.

Spreng, R.N., Andrews-Hanna, J.R. (2015). The Default Network and Social Cognition. *Brain Mapping: An Encyclopedic Reference*, **3**, 165–9.

Stavropoulos, V., Griffiths, M.D., Burleigh, T.L., Kuss, D.J., Doh, Y.Y., Gomez, R. (2018). Flow on the Internet: a longitudinal study of Internet addiction symptoms during adolescence. *Behaviour & Information Technology*, **37**(2), 159–72.

Su, W., Han, X., Yu, H., Wu, Y., Potenza, M.N. (2020). Do men become addicted to internet gaming and women to social media? A meta-analysis examining gender-related differences in specific internet addiction. *Computers in Human Behavior*, **113**, 106480.

Turel, O., Brevers, D., Bechara, A. (2018). Time distortion when users at-risk for social media addiction engage in non-social media tasks. *Journal of Psychiatric Research*, **97**, 84–8.

Turpyn, C.C., Jorgensen, N.A., Prinstein, M.J., Lindquist, K.A., Telzer, E.H. (2021). Social neural sensitivity as a susceptibility marker to family context in predicting adolescent externalizing behavior. *Developmental Cognitive Neuroscience*, **51**, 100993.

van den Bos, W., McClure, S.M., Harris, L.T., Fiske, S.T., Cohen, J.D. (2007). Dissociating affective evaluation and social cognitive processes in the ventral medial prefrontal cortex. *Cognitive, Affective, & Behavioral Neuroscience*, **7**(4), 337–46.

Wagner, D.D., Haxby, J.V., Heatherton, T.F. (2012). The representation of self and person knowledge in the medial prefrontal cortex. *Wiley Interdisciplinary Reviews Cognitive Science*, **3**(4), 451–70.

Yali, Z., Sen, L.I., Guoliang, Y.U. (2021). The relationship between social media use and fear of missing out: A meta-analysis. *Acta Psychologica Sinica*, **53**(3), 273–90.

Downloaded from https://academic.oup.com/scan/article/19/1/nsae008/7604373 by guest on 27 October 2025

Downloaded from https://academic.oup.com/scan/article/19/1/nsae008/7604373 by guest on 27 October 2025

*Social Cognitive and Affective Neuroscience*, 2024, **19**(1), 9–9

DOI: https://doi.org/10.1093/scan/nsae008

Advance Access Publication Date: 9 February 2024

**Original Research – Neuroscience**

**Received**: 9 June 2023; **Revised**: 14 December 2023; **Accepted**: 8 February 2024

© The Author(s) 2024. Published by Oxford University Press.

This is an Open Access article distributed under the terms of the Creative Commons Attribution-NonCommercial-NoDerivs licence (https://creativecommons.org/licenses/by-nc-nd/4.0/), which permits non-commercial reproduction and distribution of the work, in any medium, provided the original work is not altered or transformed in any way, and that the work is properly cited. For commercial re-use, please contact journals.permissions@oup.com