# Exhibit 77

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Available online at www.sciencedirect.com



**ScienceDirect**



# Why increases in adolescent depression may be linked to the technological environment

## Jean M Twenge

Between 2011 and 2018, rates of depression, self-harm, and suicide attempts increased substantially among U.S. adolescents. The most probable cause(s) of these trends likely 1) began or accelerated during these years, 2) affected a large number of people, 3) impacted everyday life, and 4) were associated with depression. In several large studies, heavy users of technology are twice as likely as light users to be depressed or have low well-being. Cohort declines in face-to-face social interaction may also impact even non-users of digital media. Thus, although technology use is not the cause of most depression, increased time spent on technology and the technological environment may be causes of the sudden increase in depression since 2011.

**Address**
Department of Psychology, San Diego State University, 5500 Campanile Drive, San Diego, CA 92182-4611, United States

Corresponding author: Twenge, Jean M (jtwenge@sdsu.edu)

**Current Opinion in Psychology** 2020, **32**:89–94

This review comes from a themed issue on **Socio-ecological psychology**

Edited by **Ayse K Uskul** and **Shigehiro Oishi**

For a complete overview see the Issue and the Editorial

Available online 16th July 2019

**https://doi.org/10.1016/j.copsyc.2019.06.036**

2352-250X/© 2019 Elsevier Ltd. All rights reserved.

Just as cultures vary from one region to another, cultures also vary over time. In recent decades, one of the most substantial cultural changes has been in technology — both the technology available and how people use it. The Internet was widely used beginning in the early 2000s, the first smartphone was introduced in 2007, social media was widely used by the early 2010s, and by the end of 2012 the majority of Americans owned a smartphone [1]. By 2016, the average U.S. adolescent spent 6 hours a day texting, online, and on social media [2]. This rapid adoption of technology is a substantial cultural change, but has it had an impact on psychological well-being?

In this review, I focus on two primary areas of inquiry. First, is low psychological well-being (such as unhappiness, depression, and suicide) higher among U.S. teens born after 1995 (iGen; [3]), and is the technological environment a possible cause of those cohort trends? Second, how is technology use related to well-being among individuals?

## Cohort trends in adolescent depression and psychological well-being

Between 2011 and 2017–18, rates of adolescent depression in the U.S. increased at least 60%, with larger increases among girls ([4–7]; see Figures 1 and 2). Happiness and life satisfaction declined after 2012 [8]. Emergency department admissions for self-harm behaviors tripled among 10- to 14-year-old girls between 2009 and 2015 [9•]. Emergency department admissions for suicide attempts or ideation doubled or increased substantially [10•,11,12], as did self-poisonings [13] and the rate of completed suicides among adolescents, again primarily among girls [14]. However, mental health trends were weaker or non-existent among U.S. adults ages 26 and over, with the rise in depression primarily appearing in the iGen cohort of Americans born in the late 1990s–2000s [7].

## Four steps in exploring causes of the decline in adolescent well-being

Determining the causes behind cultural trends is difficult. Experimental methods are impossible; people cannot be randomly assigned to be born at different times. However, other types of evidence can be informative. In the case of well-being, four criteria seem most relevant. It is important to note that this model is not definitive; it is easier to rule causes out than to definitively rule them in.

The first criterion is the time sequence: does the possible cause occur during the same years, or just before? This ecological approach, in which possible causes are matched by year with outcomes, is a classic way to examine the drivers of cultural change [15]. Given the sudden increase in depression between 2011 and 2018, the cause must be something that appeared or strengthened in the early 2010s and continued to grow until the late 2010s. This effectively eliminates the Great Recession, which began in 2007 and ended around 2009–2010, with the economy then steadily improving between 2011 and the late 2010s. Other societal factors have been present for decades, such as growing income inequality (1980s) and school shootings (1990s), making them unlikely causes of trends beginning in the early 2010s. In contrast, smartphones became common in the early 2010s, and smartphone ownership and time online continued to increase into the late 2010s. When indicators of the technological environment are matched by year with adolescent well-being in Granger

**Figure 1**



Percent of U.S. 8th, 10th, and 12th graders high in depressive symptoms, by sex, Monitoring the Future, 1991–2017.

causality analyses, technology precedes declines in well-being by about a year, whereas economic indicators such as unemployment were not correlated [8].

The second criterion asks: does the possible cause affect a large number of people in the impacted group? For example, the opioid crisis passes step 1, with opioid addiction and overdoses increasing after 2011. However, opioid addiction primarily appeared among adults ages 25 and over [16], whereas the increase in depression appears primarily among those under 25. In addition, the opioid epidemic was concentrated among lower socioeconomic status Whites in the Midwest and South [17], whereas the rise in depression occurred across class, race, and region [6]. Thus, the opioid crisis is unlikely to be the cause of the increase in teen depression.

The third criterion asks: does the possible cause have a direct impact on everyday life? This argues against a role for events that directly affect a small number of people but reach most via news reports. For example, terrorist attacks had no impact on patterns in Google searches for words related to anxiety [18]. In contrast, the shift in teens' free time toward technology and away from face-to-face social interaction [19•] affects most teens' day-to-day lives,

suggesting it should have a greater influence on personal mental health.

The fourth criterion asks: is the possible cause associated with the outcome among individuals? Here, we would examine whether technology use is associated with low well-being at the individual level, which I do in the section of this review titled "Technology use and psychological well-being."

Using multiple criteria, rather than solely focusing on the time sequence, helps guard against the post hoc ergo propter hoc fallacy (that if two things occur around the same time they must be related). Nicholas Cage films and pool drownings rise and fall together [20]. However, any supposition that one causes the other would fail the next three criteria. Thus, the assertion that 'anything' that rose at the same time as teen depression could be a cause is false; additional evidence is necessary. That additional evidence points away from many other possible causes and toward the technological environment.

Note that these criteria are focused on possible causes for the *increase* in depression, not on *all* of the possible causes of depression, which is an entirely different research question. Many of the major causes of depression are

**Figure 2**



Major depressive episode in the last 12 months, by age group and sex, National Survey of Drug Use and Health, 2009–2017.

presumably constant over time (for example, genetic predisposition). Thus, even if technology is the primary cause of the increase in teen depression since 2011, it is only one among many causes of depression overall.

### Effects at the level of the group versus the level of the individual

Although the fourth criteria (an association among individuals) is worthwhile evidence, it is only part of the picture. Even if technology use has no effect on depression at the individual level, the technological environment may have an impact at the level of the group or cohort.

Imagine a teen in 2017 (let's call her Abby) who does not use social media. At the individual level, social media use cannot increase Abby's depression as her use is zero. At the group level, however, Abby is still affected. Without social media, she will be excluded from some interactions and may feel unhappy. If she would rather see her friends face-to-face than communicate via social media, she may be unsuccessful (who will she go out with if her friends are all at home on Snapchat?) Thus, the mental health of many teens, not just heavy social media users, may suffer over time as the culture of teen social life changes.

Social media and face-to-face interaction provide another example of individual versus group effects. Likely due to differences in sociability, teens who use social media more also interact more with their friends face-to-face; thus, at the individual level, social media time does not necessarily displace face-to-face time. The picture is different at the group level, however; as technology time increased over the years, teens' face-to-face time declined, suggesting that displacement does occur at the cohort/group level [19[•]].

### Technology use and psychological well-being

Is technology use associated with psychological well-being among individuals? That question has been the source of some controversy. However, recent studies based on large samples have provided more definitive answers than previous smaller studies.

Across several large studies, adolescents and young adults who spent more time using digital media reported lower psychological well-being, including lower overall psychological well-being [21[•]], lower life satisfaction [22], less happiness [8], more feelings of loneliness and social isolation [23] and more depression [24[•],25,26]. These associations are often considerable; for example,

adolescents who spent five or more hours a day (versus one hour a day) on electronic devices were 66% more likely to have at least one risk factor for suicide, and heavy Internet users were twice as likely to be unhappy as light users [6,8]. Similarly, Kelly *et al.* [24•] found a doubling in depression from no use to heavy use of social media (see Figure 3).

### Choice of effect size

These findings are in contrast with other studies that conclude there are no practically important effects for technology use and well-being. For example, Orben and Przybylski [27] used the same datasets analyzed by Kelly *et al.* [24•] and Twenge *et al.* [6] and concluded that technology use explained only 0.5% of the variance in well-being, which they deemed not large enough to be practically important. Ferguson [28] makes a similar argument, noting a low percent of variance of depression explained by technology use.

How can we reconcile these opposing conclusions, often from the same datasets? Much of the difference lies in the statistics used by each set of researchers. Ferguson [28] and Orben and Przybylski [27] relied on percent variance explained. However, researchers including Funder and Ozer [29•] and Rosnow and Rosenthal [30] have shown

that percent variance explained is not a valid measure of practical importance. For example, aspirin explains only 0.0011% of the variance in heart attacks, but those who did not take aspirin were twice as likely to have a heart attack compared to those who took aspirin [30]; this comparison ('twice as likely') is a measure of relative risk, an effect size often used in medicine and clinical contexts. Przybylski and Weinstein [31] concluded that device use explained less than 1% of the variance in well-being, but in the same data using the same measure and same control variables, heavy users of smartphones were twice as likely to be low in well-being as light users ([21•]; see Figure 3). As Funder and Ozer note, percent variance explained "allows writers to disparage certain findings that they find incompatible with their own theoretical predilections". On both practical and statistical grounds, Funder and Ozer conclude that percent variance explained is "not merely uninformative; for purposes of evaluating effect size, the practice is actively misleading".

In addition, percent variance does not answer the relevant research question. Studies of technology use and well-being are not documenting all of the possible causes of low well-being, which include genetics, trauma, poverty, and other factors. Instead, these studies are focused on the association between technology use and well-being.

**Figure 3**



Adolescents low in psychological well-being by hours a day of technology use.
*NOTE*: Social media and depression among girls and boys from the Millennium Cohort Study [24•]. Time online and unhappiness from the Monitoring the Future dataset [8]. Smartphone use and low well-being from the UK sample used by Przybylski and Weinstein [31] and reanalyzed by Twenge and Campbell [21•].

Comparing well-being across technology use (i.e. with a relative risk comparison) better answers this question than calculating percent variance explained.

Orben and Przybylski [27] provided comparisons to other lifestyle effects (e.g. wearing glasses, eating potatoes, believing one is overweight, using marijuana) as a gauge of practical importance. However, there is no standard list of variables to use as comparisons, so these could be systematically chosen to make a particular argument. In this case, for example, marijuana use was included while other drugs were not, body-mass index and exercise were not included although other health-related variables were, and getting into fights was included but carrying a weapon was not. If they had used different comparisons, their conclusions about practical importance might have been different. In contrast, documenting the number of people affected or using relative risk is more straightforward and less subjective.

### Direction of causation
The studies reviewed thus far are correlational and cannot show causation. At the group level, that may not be crucial. The increases in adolescent depression after smartphones became common after 2011 cannot be explained by depression causing technology use. If they were, one would be forced to posit that an unexplained rise in teen depression caused greater ownership and use of smartphones. It seems much more plausible that smartphones became common, time online increased, and depression followed.

The question of causation is more relevant at the individual level. Longitudinal studies have generally found that more technology use predicts lower well-being later (e.g. [32–35]), though some studies find a reciprocal relationship [36]. Three experiments also point to causation from technology use to depression. One experiment randomly assigned Facebook users to either give up their use of the site or continue their normal use; those who abstained reported more happiness and less depression [37]. Another experiment asked college students to limit their social media use to no more than 30 min a day. Compared to a control group that continued their normal use, the limiters were less lonely and less depressed after one week and continuing through the next two weeks [38]. Third, college students randomly assigned to spend 20 min on their Facebook pages reported less positive mood and less meaning in life than those who browsed the internet instead [39].

### Conclusions
In conclusion, adolescent well-being declined significantly between 2011 and 2018, with declines in happiness and life satisfaction and increases in depression and suicide attempts. Using four criteria, the technological environment is a plausible cause of the decline in well-being. At the individual level, several large studies find substantial associations between technology use and low well-being. In considering such questions, the level of analysis (individual versus group) is an important consideration. Cultural change does not occur in a vacuum, but affects individuals at the level of the cohort as social norms move toward more digital interaction and less face-to-face interaction.

### Conflict of interest statement
J.M.T. has received speaking honoraria and consulting fees for presenting research and is the author of several books, most recently *iGen: Why Today's Super-Connected Kids Are Growing Up Less Rebellious, More Tolerant, Less Happy – and Completely Unprepared for Adulthood*.

### References and recommended reading
Papers of particular interest, published within the period of review, have been highlighted as:

- of special interest

1. Pew Research Center: *Mobile Ownership*. 2018 https://www.pewinternet.org/fact-sheet/mobile/.

2. Twenge JM, Martin GN, Spitzberg BH: **Trends in U.S. adolescents' media use, 1976–2016: The rise of digital media, the decline of TV, and the (near) demise of print**. *Psychol Pop Media Cult* (in press).

3. Twenge JM: *iGen: Why Today's Super-Connected Kids are Growing Up Less Rebellious, More Tolerant, Less Happy — And Completely Unprepared for Adulthood*. New York: Atria Books; 2017.

4. Keyes KM, Gary D, O'Malley PM, Hamilton A, Schulenberg J: **Recent increases in depressive symptoms among U.S. adolescents: trends from 1991 to 2018**. *Soc Psychiatry Psychiatr Epidemiol* 2019, **54**:987-996.

5. Mojtabai R, Olfson M, Han B: **National trends in the prevalence and treatment of depression in adolescents and young adults**. *Pediatrics* 2016, **138**.

6. Twenge JM, Joiner TE, Rogers ML, Martin GN: **Increases in depressive symptoms, suicide-related outcomes, and suicide rates among U.S. Adolescents after 2010 and links to increased new media screen time**. *Clin Psychol Sci* 2018, **6**:3-17.

7. Twenge JM, Cooper AB, Joiner TE, Duffy ME, Binau SG: **Age, period, and cohort trends in mood disorder indicators and suicide-related outcomes in a nationally representative dataset, 2005-2017**. *J Abnorm Psychol* 2019, **128**:185-199.

8. Twenge JM, Martin GN, Campbell WK: **Decreases in psychological well-being among American adolescents after 2012 and links to screen time during the rise of smartphone technology**. *Emotion* 2018, **18**:765-780.

9. Mercado MC, Holland K, Leemis RW: **Trends in emergency department visits for nonfatal self-inflicted injuries among youth aged 10 to 24 years in the United States, 2001-2015**. *J Am Med Assoc* 2017, **318**:1931-1933.
Using Centers for Disease Control data, Mercado *et al.* find that emergency department visits for self-harm behaviors (such as cutting or taking too many pills) tripled among 10-year to 14-year-old girls between 2009 and 2015, with substantial increases among 15-year to 19-year-old girls and young women as well. Trends for 20-year to 24-year-old young women were less pronounced, as were trends for boys and young men.

10. Burstein B, Agostino H, Greenfield B: **Suicidal attempts and ideation among children and adolescents in US emergency departments, 2007-2015**. *JAMA Pediatr* 2019, **173**:598-600.
Burnstein *et al.* used a nationally representative sample of emergency room visits collected by the Centers for Disease Control. They found that ED visits for suicidal ideation and attempts nearly doubled between

2007 and 2015 among 5-year to 17-year-olds, with 80% of the increase occurring since 2010 and 60% since 2013.

11. Kalb LG, Stapp EK, Ballard ED, Holingue C, Keefer A, Riley A: **Trends in psychiatric emergency department visits among youth and young adults in the US**. *Pediatrics* 2019, **243**: e20182192.

12. Plemmons G, Hall M, Doupnik S, Gay J, Brown C, Browning W *et al.*: **Hospitalization for suicide ideation or attempt: 2008-2015**. *Pediatrics* 2018, **141**.

13. Spiller HA, Ackerman JP, Spiller NE, Casavant MJ: **Sex- and age-specific increases in suicide attempts by self-poisoning in the United States among youth and young adults from 2000 to 2018**. *J Pediatr* 2019, **210**:201-208.

14. Ruch DA, Sheftall AH, Schlagbaum P, Rausch J, Campo J, Bridge JA: **Trends in suicide among youth aged 10 to 19 years in the United States, 1975 to 2016**. *JAMA Open* 2019, **2**:e193886.

15. Santos HC, Varnum MEW, Grossmann I: **Global increases in individualism**. *Psychol Sci* 2017, **28**:1228-1239.

16. Hedegaard H, Warner M, Minino AM: *Drug Overdose Deaths in the United States, 1999-2016*. . NCHS Data Brief No. 294, December 2017 2017 *https://www.cdc.gov/nchs/products/databriefs/db294.htm*.

17. Seth P, Scholl L, Rudd RA: **Overdose deaths involving opioids, cocaine, and psychostimulants — United States, 2015-2016**. *Morb Mortal Wkly Rep* 2018 . Centers for Disease Control *https://www.cdc.gov/mmwr/volumes/67/wr/mm6712a1.htm*.

18. Stephens-Davidowitz S: *Fifty States of Anxiety*. New York Times; 2016 https://www.nytimes.com/2016/08/07/opinion/sunday/fifty-states-of-anxiety.html.

19. Twenge JM, Spitzberg BH, Campbell WK: **Less in-person**
• **social interaction with peers among U.S. adolescents in the 21st century and links to loneliness**. *J Soc Pers Relat* 2019, **36**:1892-1913.

Twenge *et al.* find that iGen teens spend less time interacting with their friends face-to-face than previous generations did, including hanging out with friends, going to parties, going out on dates, going to movies, and riding in cars. Perhaps as a result, teens' feelings of loneliness increased sharply after 2012. The declines in face-to-face interaction occurred over the same time period that digital media use increased, and despite declines or little change in time spent on paid work, homework, and extracurricular activities.

20. Vigin T: *Spurious Correlations*. New York: Hachette Books; 2015.

21. Twenge JM, Campbell WK: **Digital media use is linked to lower**
• **psychological well-being: evidence from three datasets**. *Psychiatr Q* 2019, **90**:311-331.

Twenge and Campbell find that heavy users of digital media are often twice as likely to have poor psychological well-being across different measures of digital media use and different measures of well-being across three datasets. This includes the large sample of UK adolescents used in Przybylski and Weinstein [31], which the original authors concluded did not show meaningful effects based on using percent variance explained. However, when the percentage of heavy versus light users low in well-being are examined, practically important effects are evident.

22. Booker CL, Skew AJ, Kelly YJ, Sacker A: **Media use, sports participation, and well-being in adolescence: cross-sectional findings from the UK Household Longitudinal Study**. *Am J Public Health* 2015, **105**:173-179.

23. Primack BA, Shensa A *et al.*: **Social media use and perceived social isolation among young adults in the U.S**. *Am J Prev Med* 2017, **53**:1-8.

24. Kelly Y, Zilanawala A, Booker C, Sacker A: **Social media use and**
• **adolescent mental health: findings from the UK Millennium Cohort Study**. *EClinicalMedicine* 2019.

Using the 2015 administration of the Millennium Cohort Study when participants were 14 years old, Kelly *et al.* found that girls who are heavy users of social media are three times more likely to be depressed than non-users; among boys, twice as many heavy users are depressed. This was true even after controlling for emotional adjustment at age 11. The association between social media use and depression was mediated by online harassment, poor sleep, lower self-esteem, and body image issues.

25. Lin Ly, Sidani JE, Shensa A, Radovic A, Miller E, Colditz JB *et al.*: **Association between social media use and depression among U.S. young adults**. *Depress Anxiety* 2016, **33**:323-331.

26. Twenge JM, Campbell WK: **Associations between screen time and lower psychological well-being among children and adolescents: evidence from a population-based study**. *Prev Med Rep* 2018, **12**:271-283.

27. Orben A, Przybylski AK: **The association between adolescent well-being and digital technology use**. *Nat Hum Behav* 2019, **3**:173-182.

28. Ferguson CJ: **Everything in moderation: moderate use of screens unassociated with child behavior problems**. *Psychiatr Q* 2017, **88**:797-805.

29. Funder DC, Ozer DJ: **Evaluating effect size in psychological**
• **research: sense and nonsense**.. in press *Adv Methods Pract Psychol Sci* 2019.

As binary significance testing fades, effect sizes become increasingly important. Funder and Ozer review ways of calculating and comparing effect sizes. They show that percent variance explained is uninformative and may even be misleading. Instead, they suggest relying on more intuitive and practically meaningful ways of communicating the size of effects, including number of people affected.

30. Rosnow RL, Rosenthal R: **Effect sizes for experimenting psychologists**. *Can J Exp Psychol* 2003, **57**:221-237.

31. Przybylski AK, Weinstein N: **A large-scale test of the Goldilocks hypothesis: quantifying the relations between digital-screen use and the mental well-being of adolescents**. *Psychol Sci* 2017, **28**:204-215.

32. Allen MS, Vella SA: **Screen-based sedentary behaviour and psychosocial well-being in childhood: cross-sectional and longitudinal associations**. *Ment Health Phys Act* 2015, **9**:41-47.

33. Booker CL, Kelly YJ, Sacker A: **Gender differences in the associations between age trends of social media interaction and well-being among 10-15-year-olds in the UK**. *BMC Public Health* 2018, **18**:321-333.

34. Schmiedeberg C, Schroder J: **Leisure activities and life satisfaction: an analysis with German panel data**. *Appl Res Qual Life* 2017, **12**:137-151.

35. Shakya HB, Christakis NA: **Association of Facebook use with compromised well-being: a longitudinal study**. *Am J Epidemiol* 2017, **185**:203-211.

36. Kim HH: **The impact of online social networking on adolescent psychological well-being (WB): a population-level analysis of Korean school-aged children**. *Int J Adolesc Youth* 2017, **22**:364-376.

37. Tromholt M: **The Facebook experiment: quitting Facebook leads to higher levels of well-being**. *Cyberpsychol Behav Soc Netw* 2016, **19**:661-666.

38. Hunt MG, Marx R, Lipson C, Young J: **No more FOMO: limiting social media decreases loneliness and depression**. *J Soc Clin Psychol* 2018, **37**:751-768.

39. Yuen EK, Koterba EA, Stasio MJ, Patrick RB, Gangi C, Ash P *et al.*: **The effects of Facebook on mood in emerging adults**. *Psychol Pop Media Cult* 2019, **8**:198-206.