# Exhibit 82

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Letters

RESEARCH LETTER

## ADOLESCENT MENTAL HEALTH

### Adolescent Smartphone Use During School Hours

Screen use among US youth remains a concern, with adolescents aged 13 to 18 years spending 8.5 hours daily on average using screen-based media.[1] Smartphone use during school has become a concern, and school-based smartphone bans have been increasingly considered.[2] Smartphones may distract from classroom learning and opportunities for real-world interactions. However, it is unclear how adolescents are using smartphones during school. Emerging consensus is that measuring screen time alone is insufficient to appreciate its effects.[3,4] That is, what adolescents are viewing (content) and what activities are potentially being displaced (context/timing) may be salient factors for developmental outcomes.[3,4] To address this gap in the literature, this study used passive sensing to characterize the duration and content of smartphone use during school.

➕
Supplemental content

**Methods | *Participants and Procedures*.** The research firm Ipsos recruited participants who met inclusion criteria (US residency, aged 13-18 years, English-speaking, and owning/being the primary user of a smartphone). Ipsos recruited panelists by contacting parents in a vetted panel and advertising to teenagers through social media or internet ads.

Members of racial and ethnic minority groups were oversampled, allowing for examination of sociodemographic differences in smartphone use. Of the 292 participants who installed RealityMeter (app measuring smartphone use) and had IP-verified US-based locations with complete sociodemographic information, 233 kept RealityMeter installed for 3 days or more. We constrained the sample to participants with 2 or more weekdays of data during school-day hours of 8:00 AM to 2:30 PM during May and September through November 2023, excluding federal holidays, for an analytic sample of 117 participants.

On Android devices, RealityMeter measures foreground activity. On iOS devices, RealityMeter uses a VPN (virtual private network) that infers app usage and omits native apps. To address this, we used imputation from Android users to improve iOS estimates.

We followed the STROBE reporting guidelines.

*Statistical Analyses.* Smartphone use descriptives were weighted by population demographics to account for the sex, race and ethnicity, and age distributions of the sample. We used univariate linear regression analyses to examine whether sociodemographic characteristics were associated with school-day smartphone use. School-day social media use was somewhat positively skewed and leptokurtic and was winsorized at the 99th percentile in the analyses. All continuous variables in analyses and model residuals had skew less than 2 and kurtosis less than 7[5] (eMethods in Supplement 1).

**Results |** We found that adolescents spent an average of 1.5 hours (95% CI, 1.31-1.73) on smartphones during the 6.5 hours of school, accounting for approximately 27% of average 24-hour phone use of 5.59 hours daily. In this sample, 25% of adolescents spent more than 2 hours on their phone during school. By number of users, the top 5 most used apps or categories (excluding internet browsers) were messaging, Instagram,

**Table 1. Descriptive Statistics of Study Sample (N = 117)**

| Characteristic | No. of participants[a] | Minimum | 25th Percentile | Median | 75th Percentile | Maximum | Participants, %[b] |
|---|---|---|---|---|---|---|---|
| **Sociodemographic** | | | | | | | |
| Age, mean (SD), y | 117 | 14 | 16 | 17 | 17 | 18 | 16.36 (1.08) |
| **Sex** | | | | | | | |
| Female | 57 | | | | | | 48.7 |
| Male | 54 | | | | | | 46.2 |
| Other[c] | 6 | | | | | | 5.1 |
| **LGBTQIA+ status** | | | | | | | |
| Not LGBTQIA+ | 69 | | | | | | 59.0 |
| LGBTQIA+[d] | 48 | | | | | | 41.0 |
| **Race and ethnicity** | | | | | | | |
| Asian | 26 | | | | | | 22.2 |
| Black | 23 | | | | | | 19.7 |
| Hispanic or Latino | 23 | | | | | | 19.7 |
| White | 40 | | | | | | 34.2 |
| Multiracial | 5 | | | | | | 4.3 |
| None | 41 | | | | | | 35.0 |
| ≥1 | 76 | | | | | | 65.0 |

*(continued)*

© 2025 American Medical Association. All rights reserved, including those for text and data mining, AI training, and similar technologies.

Downloaded from jamanetwork.com by guest on 02/04/2025

Letters

Table 1. Descriptive Statistics of Study Sample (N = 117) (continued)

| Characteristic | No. of participants[a] | Minimum | 25th Percentile | Median | 75th Percentile | Maximum | Participants, %[b] |
|---|---|---|---|---|---|---|---|
| Parental limits on screen use | | | | | | | |
| None | 91 | | | | | | 77.8 |
| ≥1 | 26 | | | | | | 22.2 |

| Smartphone use | No. of participants[a] | Minimum | 25th Percentile | Median | 75th Percentile | Maximum | Mean (95% CI) |
|---|---|---|---|---|---|---|---|
| Smartphone use, h | | | | | | | |
| 24-h Smartphone use | 117 | 0.16 | 3.62 | 5.49 | 7.04 | 19.18 | 5.59 (5.06-6.12) |
| 24-h Social media use | 117 | 0.00 | 0.47 | 2.00 | 3.13 | 6.31 | 2.14 (1.84-2.45) |
| School-day smartphone use | 117 | 0.04 | 0.68 | 1.11 | 2.16 | 5.84 | 1.52 (1.31-1.73) |
| School-day social media use | 117 | 0.00 | 0.20 | 0.39 | 0.76 | 2.46 | 0.60 (0.49-0.71) |
| Smartphone application use during school day, min | | | | | | | |
| Messaging and chat | 88 | 1.00 | 2.69 | 5.82 | 26.92 | 186.96 | 19.46 (13.39-25.53) |
| Instagram | 82 | 1.18 | 8.64 | 13.32 | 26.42 | 269.42 | 24.61 (17.91-31.31) |
| TV, movie, or video streaming | 68 | 1.22 | 4.02 | 7.86 | 21.67 | 132.49 | 17.19 (10.99-23.39) |
| Music, media, and podcasts | 58 | 1.01 | 1.81 | 3.21 | 4.82 | 99.49 | 4.48 (2.79-6.17) |
| Email | 53 | 1.02 | 1.33 | 2.74 | 5.21 | 15.63 | 3.92 (2.94-4.89) |
| TikTok | 48 | 1.17 | 6.05 | 9.23 | 35.75 | 71.99 | 18.88 (13.23-24.54) |
| Shopping and entertainment | 47 | 1.01 | 1.28 | 2.22 | 4.45 | 39.02 | 5.21 (3.01-7.41) |
| Games | 44 | 1.01 | 3.11 | 9.68 | 18.88 | 100.29 | 13.43 (8.84-18.02) |
| Facebook | 40 | 1.18 | 2.97 | 7.33 | 20.27 | 87.39 | 19.88 (11.05-28.71) |
| Utilities | 39 | 1.03 | 1.30 | 2.38 | 5.51 | 21.40 | 4.27 (2.82-5.71) |

Abbreviation: LGBTQIA+, lesbian, gay, bisexual, transgender, queer, intersex, asexual.

[a] Participants were only included if they provided 3 or more days overall and 2 or more school days of RealityMeter data. Smartphone use time values are weighted by participant sociodemographics based on population estimates from the US Census Bureau.

[b] Unless otherwise indicated.

[c] Includes nonbinary and any self-description that was not solely male or female.

[d] Includes nonheterosexual sexual orientation and/or other gender.

Table 2. Associations Between Sociodemographic Characteristics and School Time Spent on Smartphone[a]

| Sociodemographic characteristic | School time, unstandardized b, h (95% CI) | | | |
|---|---|---|---|---|
| | Smartphone use | P value[b] | Social media smartphone use | P value[b] |
| Age, y | | | | |
| 13-15 [reference] | | | | |
| 16-18 | 0.55 (0.01 to 1.08) | .04 | 0.11 (−0.16 to 0.38) | .41 |
| Sex | | | | |
| Male [reference] | | | | |
| Female | 0.48 (0.03 to 0.93) | .04 | 0.28 (0.06 to 0.50) | .01 |
| Other[c] | 0.45 (−0.56 to 1.47) | .38 | 0.33 (−0.17 to 0.83) | .20 |
| LGBTQIA+ status | | | | |
| Not LGBTQIA+ [reference] | | | | |
| LGBTQIA+[d] | 0.22 (−0.23 to 0.66) | .34 | 0.19 (−0.03 to 0.41) | .10 |
| Race and ethnicity | | | | |
| Asian, non-Hispanic | −0.05 (−0.66 to 0.55) | .86 | −0.18 (−0.46 to 0.10) | .21 |
| Black, non-Hispanic | 0.19 (−0.44 to 0.82) | .55 | −0.11 (−0.39 to 0.18) | .47 |
| Hispanic (any race) | 0.25 (−0.38 to 0.88) | .44 | 0.41 (0.12 to 0.70) | .006 |
| Multiracial | 0.30 (−0.85 to 1.44) | .61 | 0.27 (0.17 to 1.22) | .01 |
| White, non-Hispanic [reference] | | | | |
| Parents/guardians with a bachelor's degree | | | | |
| None [reference] | | | | |
| ≥1 | −0.54 (−0.99 to −0.09) | .02 | −0.43 (−0.65 to −0.21) | <.001 |
| Parental limits on screen use | | | | |
| No limits [reference] | | | | |
| Any limit | 0.01 (−0.52 to 0.54) | .97 | −0.02 (−0.29 to 0.24) | .86 |

Abbreviation: LGBTQIA+, lesbian, gay, bisexual, transgender, queer, intersex, asexual.

[a] Analyses were univariate linear regression. Participants were only included if they provided 3 or more days overall and 2 or more school days of RealityMeter data.

[b] P values were 2-sided.

[c] Includes nonbinary and any self-description that was not solely male or female.

[d] Includes nonheterosexual sexual orientation and/or other gender.

© 2025 American Medical Association. All rights reserved, including those for text and data mining, AI training, and similar technologies.

Downloaded from jamanetwork.com by guest on 02/04/2025

video streaming, audio, and email (**Table 1**) (eTable in Supplement 1). Univariate linear regression analyses are shown in **Table 2**.

Discussion | Using passive sensing on a sample of US adolescents, this study found half of adolescents use their smartphones during school for at least 66 minutes daily, primarily using messaging and social media. These findings extend a prior study limited to Android devices that found adolescents spent a median of 43 minutes on their phones during school.[6]

Since the study only focused on smartphone use, these numbers likely underestimated overall screen use. Due to lack of measurement of native iOS apps, the study underestimated iOS smartphone use.

Parents and adolescents may derive benefit from access to phones for communication and learning purposes during school. However, application usage data from this study suggest that most school-day smartphone use appears incongruous with that purpose. The analyses show high levels of social media use during school (the average Instagram user spent 25 minutes on Instagram per school day). These high-quality descriptive findings inform teachers, parents, and students about school-day smartphone use. Future studies should use larger sample sizes and deploy recruitment strategies reflecting broader segments of society.

Dimitri A. Christakis, MD, MPH
Gina Marie Mathew, PhD
David A. Reichenberger, PhD
Isaac R. Rodriguez, MSW
Benny Ren, PhD
Lauren Hale, PhD

**Author Affiliations:** Seattle Children's Research Institute, Seattle Children's Hospital, Seattle, Washington (Christakis); Editor, *JAMA Pediatrics* (Christakis); Program in Public Health, Department of Family, Population & Preventive Medicine, Renaissance School of Medicine, Stony Brook University, Stony Brook, New York (Mathew, Rodriguez, Ren, Hale); Oregon Institute of Occupational Health Sciences, Oregon Health & Science University, Portland (Reichenberger); Knight Cardiovascular Institute, Oregon Health & Science University, Portland (Reichenberger).

**Accepted for Publication:** December 1, 2024.

**Published Online:** February 3, 2025. doi:10.1001/jamapediatrics.2024.6627

**Corresponding Author:** Lauren Hale, PhD, Renaissance School of Medicine, Stony Brook University, 101 Nicolls Rd, Health Sciences Center, Level 3, Room 071, Stony Brook, NY 11794-8338 (Lauren.Hale@stonybrookmedicine.edu).

**Author Contributions:** Drs Hale and Mathew had full access to all of the data in the study and take responsibility for the integrity of the data and the accuracy of the data analysis.
*Concept and design:* Christakis, Mathew, Rodriguez, Hale.
*Acquisition, analysis, or interpretation of data:* All authors.
*Drafting of the manuscript:* Christakis, Rodriguez, Ren, Hale.
*Critical review of the manuscript for important intellectual content:* All authors.
*Statistical analysis:* Christakis, Mathew, Reichenberger, Ren.
*Obtained funding:* Christakis, Hale.
*Administrative, technical, or material support:* Mathew, Rodriguez, Hale.
*Supervision:* Hale.

**Conflict of Interest Disclosures:** Dr Christakis reported receiving personal fees from Social Media Victims Law Center; being the Chief Science Officer of Children and Screens; consulting for Kiwi Crate; serving as an expert witness in ongoing litigation against social media companies; and receiving honorarium from National Sleep Foundation (NSF) outside the submitted work. Dr Mathew reported receiving honorarium from NSF outside the submitted work. Dr Reichenberger reported receiving honorarium from NSF outside the submitted work. Mr Rodriguez reported receiving honorarium from NSF outside the submitted work. Dr Hale reported receiving personal fees from Children and Screens, NSF, and Idorsia outside the submitted work. No other disclosures were reported.

**Funding/Support:** This study was partially funded by the Della Pietra Family Foundation.

**Role of the Funder/Sponsor:** The Della Pietra Family Foundation had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication.

**Data Sharing Statement:** See Supplement 2.

**Disclaimer:** Dr Christakis is Editor in Chief of *JAMA Pediatrics* but was not involved in any of the decisions regarding review of the manuscript or its acceptance.

1. Rideout V, Peebles A, Mann S, Robb MB. The common sense census: media use by tweens and teens, 2021. Common Sense. March 9, 2022. Accessed December 6, 2024. https://www.commonsensemedia.org/research/the-common-sense-census-media-use-by-tweens-and-teens-2021

2. Katz L. Back to school but not to screens: states ramp up cellphone bans. *Forbes*. August 13, 2024. Accessed December 6, 2024. https://www.forbes.com/sites/lesliekatz/2024/08/13/back-to-school-but-not-to-screens-more-students-face-cellphone-bans/

3. Madigan S, Reich SM. Consideration of developmental stage and the debate on the effects of screens use—not all things are created equal. *JAMA Pediatr*. 2023;177(11):1123-1124. doi:10.1001/jamapediatrics.2023.3670

4. Browne DT, May SS, Colucci L, et al; MIST Working Group. From screen time to the digital level of analysis: a scoping review of measures for digital media use in children and adolescents. *BMJ Open*. 2021;11(5):e046367. doi:10.1136/bmjopen-2020-046367

5. West S, Finch J, Curran P. Structural equation models with nonnormal variables: problems and remedies. In: Hoyle R, ed. *Structural Equation Modeling: Concepts, Issues, and Applications*. Sage; 1995:56-75.

6. Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. *Constant Companion: A Week in the Life of a Young Person's Smartphone Use*. Common Sense Media; 2023.

© 2025 American Medical Association. All rights reserved, including those for text and data mining, AI training, and similar technologies.

Downloaded from jamanetwork.com by guest on 02/04/2025