# Exhibit 83

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Received: 9 August 2020 | Revised: 14 October 2020 | Accepted: 24 October 2020

DOI: 10.1002/hbe2.229

**REVIEW ARTICLE**

WILEY

# The influence of technology on academic distraction: A review

## Alexander J. Dontre

Psychology and Social Sciences, Franklin University, 201 South Grant Avenue, Columbus, Ohio, 43215

**Correspondence**
Alexander J. Dontre, Psychology and Social Sciences, Franklin University, Columbus, OH.
Email: alexander.dontre@franklin.edu

## Abstract

The detrimental effects of academic distraction have become increasingly problematic in recent years due to student media multitasking. In recent years, educators have gradually transitioned many classes to the online learning environment, effectively reducing teacher supervision. This has been greatly exacerbated with the advent of coronavirus disease 2019 and subsequent social distancing guidelines. In an effort to help students and educators better understand the implications of technology on academic distraction and academic performance, this literature review discusses the effects of three forms on technology on student distraction: laptops, smartphones, and social media use, particularly the social media platform Facebook. While the effects of student laptops on academic distraction are somewhat ambivalent, the debate is largely moot in the current educational environment. The detrimental effects of student smartphone and social media use on academic distraction are more conspicuous, especially with the pervasiveness of personal digital devices. Potential self-regulatory and environmental interventions are discussed.

**KEYWORDS**

academic distraction, Facebook, laptops, learning, media multitasking, online learning, performance, phubbing, smartphones, social media

## 1 | INTRODUCTION

Academic distraction is a primary concern for educators as the learning environment continually evolves (Lai & Bower, 2019). With the advent of personal digital devices, students have more temptations than ever before to engage in media multitasking. However, it is unclear if all digital devices are disruptive to student learning. In this review, the use of laptops, smartphones, and social media will be explored regarding their implications and severity on academic distraction. The specific research question is as follows: *is the use of technology in the educational environment detrimental to learning and academic performance?*

Society continues to become increasingly connected with the development of the Internet and digital devices. The earliest iteration of the Internet was born in 1969 and connected 15 research institutions such as University of California, Los Angeles and Stanford University (Wu, 2017). Two years later, email was invented as an entirely new way to communicate. By the 1990s, email had been commonplace with the adoption of the subscription service America Online, and later the domination of the market by Gmail (Clement, 2018). Although email communication can be quick and convenient, it can also exploit several fundamental attentional vulnerabilities. With the advent of email (and subsequent generations of electronic communication) came a novel behavioral pull sometimes called the "check-in" (Wu, 2017). While an incoming message may be important, Gazzaley and Rosen (2016) report that it can take up to 20–30 min to get back to work after an interruption such as an email check-in. Another group of researchers confirms that it can take up to 30 min for students to refocus and return to work after being distracted by nonacademic technology use (Chen, Nath, & Tang, 2020).

By the early 2000s, the first successful social media platforms began to gain prominence.

The platform Myspace quickly became one of the most popular sites on the Internet after launching in 2003 but was swiftly supplanted as the leading social media platform when Facebook was launched the following year (Wu, 2017). By 2009, Facebook

Case 4:22-md-03047-YGR    Document 2535-84    Filed 12/11/25    Page 3 of 15

developed the "like" button, which encouraged the widespread compulsive urge for smartphone users to check their various applications regularly for reactions to posts (Alter, 2017). Since then, the increasing trend toward heightened connectivity has further exacerbated the drive of the check-in (Newport, 2019). With both an increase in connectivity and the continual development of personal digital devices, students may find it increasingly difficult to stay on task and think deeply about a subject without their attention being pulled away (Gazzaley & Rosen, 2016). Even well-meaning curriculum developers may be unintentionally discouraging deep thought with the use of "hypermedia," meaning the inclusion of embedded hyperlinks, images, and videos in the e-textbooks and learning material (Rockwell & Singleton, 2007, as cited in Carr (2020)).

## 2 | THE PSYCHOLOGY OF DISTRACTION

Although the lure of the check-in and other forms of digital engagement are concerning from an attentional perspective, it is worth exploring why it is so alluring to so many people. While classical conditioning describes a learned association between two stimuli (Pavlov, 2010), operant conditioning involves an initial action that is subsequently reinforced in some way. The pioneering psychologist, Skinner was among the first to study the field of operant conditioning beginning in the 1930s, exploring modification of behavior through feedback following an action. Skinner used animal and human models to demonstrate that behaviors can be encouraged through positive reinforcement (such as a food pellet administered when a pigeon pecks at a target) or discouraged through negative reinforcement, such as a mild electric shock (Skinner, 2014). Critically, positive reinforcement schedules may influence both animals and people dramatically, particularly when the element of surprise is introduced. With positive rewards offered only intermittently, Zeiler (1968) later demonstrated that operant conditioning can strongly influence behavior by utilizing a variable reinforcement schedule of the frequency of reward.

The principle illustrated by these behaviorism pioneers has spawned entire industries with the use of variable reinforcement principles regarding changes in frequency and magnitude of the rewards. For instance, slot machines offer periodic rewards that can vary dramatically in monetary value. Similar to pigeons pecking with the intermittent reinforcements of food pellets, gamblers pull mechanical levers or press buttons in the hope of receiving a monetary prize. Consequently, the most recent iteration of the *Diagnostic and Statistical Manual of Mental Disorders – Fifth Edition* (DSM-5) included gambling disorder as the first diagnosable behavioral addiction (APA, 2013). Other forms of behavioral addiction are also being explored for future editions of the DSM, particularly Internet gaming disorder (Przybylski, Weinstein, & Murayama, 2017). Notably, Internet addiction is also absent from the DSM-5, although some researchers argue that behavioral addictions are now pervasive as technology companies deliberately invent increasingly irresistible products and applications, or "apps" (Alter, 2017). There is also an ongoing debate regarding whether smartphone addiction should also be classified as a mental disorder in the next version of the DSM (Yu & Sussman, 2020).

## 3 | THE MODERN DIGITAL ENVIRONMENT

While previous generations of digital devices had been confined to the workplace or home, portable devices are now commonplace in society as well as classrooms. In 2011, 57% of students reported using laptops or other devices during lectures (Parker, Lenhart, & Moore, 2011). This figure has increased to between 72 and 79% of students as recently as 2017 (Patterson & Patterson, 2017). Smartphones are even more commonplace in society due to their smaller size and portability. In fact, 96% of adults in the United States own a mobile phone, 81% of which are smartphones (Mobile Fact Sheet, 2019). Further, there is not a significant social stigma against smartphones in public to discourage chronic use and connectivity with others (Alter, 2017). Combined with the human drive for social approval, these variables contribute dramatically to the use of digital devices in virtually all aspects of everyday life, including the classroom (Wu, 2017). Tellingly, three independent surveys reported between 58.5 and 97.5% of U.S. college students admitted to cell phone use in classrooms at least occasionally (McCoy, 2013; Olmsted & Terry, 2014; Pettijohn, Frazier, Rieser, Vaughn, & Hupp-Wilds, 2015, as cited in Hayashi and Nenstiel (2019)).

As of 2018, about one-third (35.3%) of U.S. postsecondary students had enrolled in at least one distance learning course, with 16.6% exclusively enrolled in online classes (Distance Learning, 2019). However, by December 2019, the outbreak of a pathogen designated coronavirus disease 2019 (COVID-19) spread from Wuhan, China across the globe and was declared a pandemic by the World Health Organization by March 2020 (Ghebreyesus, 2020). The disruption to higher education institutions in the United States has since been massive. Beginning with the University of Washington on March 6, more than 1,100 colleges and universities in all 50 states have either canceled on-campus classes or shifted to online courses (Smalley, 2020). Until an effective vaccine can be developed and distributed to medical professionals, it is reasonable to presume that a large proportion of educational institutions will continue to operate strictly online to protect students and staff. In fact, the Centers for Disease Control and Prevention (CDC) specifically recommends online learning in the event of even a single confirmed case of COVID-19 on campus, regardless of its prevalence in the overall community (Interim Guidance for Administrators of US Institutions of Higher Education, 2020).

It is likely challenging for many students to abruptly switch to distance learning courses if they have never enrolled in one before. Students may not enjoy a home environment conducive to effective study habits such as a quiet area free from external distractions. This may be further exacerbated by an increase in family members working from home or being out of work entirely (Brynjolfsson et al., 2020).

Aside from interruptions from family members, students must also contend with personal habits related to digital devices as they study from home without the oversight of teachers to help keep them on track. In one study, students in middle school, high school, and college were able to stay on task at home for just 65% of the time in 15-min increments, with average on-task runs lasting fewer than 6 min (Rosen, Carrier, & Cheever, 2013). The primary distractors were reportedly the social media platform Facebook as well as texting while studying. Despite the strong evidence of the deleterious effects of multitasking on student performance, there seems to be a significant sense of overconfidence in many students' ability to multitask effectively (Kirschner & Bruyckere, 2017).

If many students are now studying at home without adequate guidance on how to focus effectively in a distance learning environment, it is important to examine the effects of digital devices on student learning and academic performance. While digital devices such as laptops and smartphones may be used for nonacademic purposes such as entertainment and social communication, they also offer the opportunity to provide affordable learning platforms that may be tailored to individual student needs (Wood & Zivcakova, 2015). Consequently, there is no clear consensus in the literature for the benefits or impairments of academic performance regarding the use of technology. Some researchers purport the detrimental effects of off-task laptop activities (Hall, Lineweaver, Hogan, & O'Brien, 2020), while others suggest that banning laptops in classrooms is even more detrimental to student performance (Elliot-Dorans, 2018). Similarly, Domoff, Foley, and Ferkel (2019) suggest that addictive phone use (APU) was found to be strongly associated with heavy media multitasking and poor academic performance, while Kates, Wu, and Coryn (2018) argue that the negative effect is small and seems to be more acute with university-level students than with grades K-12. Other studies suggest that smartphones may be beneficial to engagement in the classroom and do not affect academic performance (Rashid & Asghar, 2016). Regarding the implications of social media, Rosen et al. (2013) found a correlation between Facebook use and lower grade point average (GPA) in students, while Lambić (2016) argues for the benefits of Facebook use on academic performance when used for educational purposes.

Given the general lack of consensus in the literature, it is reasonable to suggest that digital devices are not all bad or all good; they are merely tools that may benefit students or interfere with learning, depending on how they are used. Accordingly, it is crucial to consider the learning environment and what habits are being developed as students adjust to studying at home. The habit psychologist, Wood (2019), argues that about 43% of our daily actions occur habitually, giving the importance of environment and context even more weight. Thus, educators need to explore the implications of distracting environments in online learning to develop supportive study habits rather than behaviors that are detrimental to learning. To examine the effects of distraction on academic performance, the author organizes the critical review by type of device/media as follows: laptop use, smartphone use, and social media use while engaged in educational activities.

## 4 | DEFINITIONS OF TERMS

There are several elements of academic distraction that warrant specific definitions. For instance, *multitasking* may be described as the apparent ability to process and carry out multiple tasks simultaneously or concurrently, although the existence of multitasking is often disputed (Kirschner & Bruyckere, 2017). In contrast, some cognitive psychologists argue that what is happening is called *task switching*, meaning our cognitive attention rapidly shifts back and forth between simultaneous tasks (Loh & Kanai, 2016). *Media multitasking* may be described as using two or more forms of electronic media simultaneously, or simply the use of electronic media with other forms of nonmedia (Ziegler, Mishra, & Gazzaley, 2015).

Although their multitasking abilities are hotly disputed, Michael Prensky coined the term *digital natives* in 2001 (Evans & Robertson, 2020). His highly cited article describes an increasingly large group of young people (born after 1984) who purportedly have the ability to effectively media multitask due to technology immersion at a young age (Prensky, 2001). This contrasts with *digital immigrants*, which describes those who have not been immersed in technology since a young age but adopted it later. Finally, *distraction* may be defined as either internal or external stimuli that have the potential to disrupt a person (Gazzaley & Rosen, 2016). While disruption and interruption are similar, a *disruption* is a momentary disturbance that may or may not halt one's productivity while an *interruption* is the result of the disruption that interferes with the task at hand. Thus, *academic distraction* involves the potential of internal stimuli (e.g., mind wandering) or external stimuli (e.g., electronic media) to interrupt a student's studies.

*Phubbing* is a combination of the words "phone" and "snubbing" used to refer to the act of engaging with one's phone while simultaneously interacting in a social environment (van den Abeele, Hendrickson, Pollmann, & Ling, 2019). Variants of the term may be the use of noun *phubber*, describing the person using the phone while interacting, or *phubbee(s)*, the person or people being *phubbed* (Al-Saggaf & O'Donnell, 2019).

## 5 | METHODS

### 5.1 | Inclusion and exclusion criteria

Studies were eligible for inclusion in the review if they included the following criteria:

1. Research of the association between digital devices/technology for nonacademic purposes and academic performance. The article in question discusses the academic effects of laptop use (e.g., distraction due to Internet surfing, usefulness of laptop note taking, student engagement), smartphone use (e.g., pervasiveness, usage, addiction, phubbing), or social media use (e.g., prevalence, amount of time used, frequency of engagement). Studies published before the advent of the Facebook "like" button in 2009 were

excluded, with the exception of several landmark studies cited in the Introduction above necessary for relevant background information.

2. Student academic performance was used as a dependent variable measured by a construct such as academic achievement such as (a) GPA, (b) individual student test scores, (c) class scores, or (d) self-reported academic achievement. Studies that measured preferences for media multitasking while studying but did not report academic performance were excluded.

## 5.2 | Search strategies

Multiple complimentary approaches were employed to identify relevant studies. A targeted search of the research literature using the Franklin University Library database search tool was conducted. A specific search term was used to identify the pertinent literature. Boolean operators were used to develop the following search syntax: all in title: "distraction" OR "academic distraction" OR "multitasking" OR "media multitasking" OR "laptop" OR "smartphone" OR "smart phone" OR "social media" AND "learning" OR "online learning" OR "performance" OR "academic performance" OR "education." Additionally, the references sections of the included studies were reviewed for related studies that were not discovered using the electronic search.

## 6 | RESULTS

### 6.1 | Contrasting reports of laptop use on academic distraction

Several studies demonstrate the problematic use of laptops in the class environment. For instance, a review by Carrier, Rosen, Cheever, and Lim (2015) argue that both learning and academic performance measured by GPA are negatively impacted by media multitasking. The authors point out that modern Internet web browsers on laptops are designed to encourage multitasking with the option to keep multiple tabs open at any given time. Laptops are also marketed for general purpose use and can simultaneously run numerous programs at once, displayed on their relatively large screens. Alghamdi, Karpinski, Lepp, and Barkley (2020) also point out the increasing trend of encouraging Internet use on traditional campuses with the prevalence of free wireless Internet availability. This could contribute to the nonacademic use of digital devices during class, which could increase academic distraction.

A recent study demonstrates that laptops can be potentially distracting to other students when confederates (imposter students played by actors or colleagues) engage in off-task activities on laptops in the classroom (Hall et al., 2020). The researchers seated confederates in specific locations throughout various classes to determine the effect of a distracted student on other students nearby. When engaged in off-task Internet surfing on the social media platform Facebook or the entertainment news page Buzzfeed, comprehension

and retention of the nearby students were negatively impacted. However, the performance of the neighboring students was significantly better when the confederates were on-task during class. This confirms the previous finding that students who are multitasking on a laptop perform worse on a test than those not multitasking, and laptop multitasking reduces the test scores of neighboring students in view of the multitasking students' screens (Sana, Weston, & Cepeda, 2013). Students are also negatively affected by their nonacademic Internet use as performance is found to be inversely related to off-task Internet activities (Ravizza, Uitvlugt, & Fenn, 2017). Internet use during class in general also failed to demonstrate a benefit to students even when on task.

### 6.1.1 | Laptop and longhand note taking

Regarding note taking during class, Mueller and Oppenheimer (2014) suggest that laptop note taking is not as effective as longhand note taking due to the deeper processing needed to paraphrase when using longhand. This is because most students are not able to write using a pen and paper as quickly as they can type, so it requires them to think about the material somewhat more to effectively translate the information to paper. However, Elliot-Dorans (2018) suggests that laptop note taking is instead beneficial to students because it can provide more thorough notes from which to study later. Of course, this perspective presumes that students will take the time to review the laptop notes outside of class.

It is plausible that the ability to easily organize one's notes could also increase the likelihood of using the notes to study. To explore the dilemma, Luo, Kiewra, Flanigan, and Peteranetz (2018) studied the effectiveness of both laptop and longhand note taking in relation to process (notes recorded but not reviewed) and product (notes recorded as well as reviewed). They found that note taking effectiveness was determined by method; a focus on process was more beneficial for laptop note taking due to the attention paid to key ideas and words while a focus on product was more beneficial for longhand who used more visual notes with signals and images.

### 6.1.2 | Laptops and engagement

Sometimes students are not particularly engaged in class but are also not distracted by media. In this case, mind wandering can be detrimental to learning for the opposite reason that laptops can be distracting. Was, Hollis, and Dunlosky (2019) conducted a study in which students watched an 18-min voiced over PowerPoint presentation and were probed at six different times to assess whether the students were mind wandering. In each of the six probes, the presentation was paused on the students' laptops and they were asked to report any task-unrelated thoughts. Between two studies, students reported on-task thoughts just under one-quarter of the time (19.1–24.0%), and TUTs about half of the time (48.2–57.2%) (Was et al., 2019). Most students reportedly believed that learning would be greater when on-

excluded, with the exception of several landmark studies cited in the Introduction above necessary for relevant background information.

2. Student academic performance was used as a dependent variable measured by a construct such as academic achievement such as (a) GPA, (b) individual student test scores, (c) class scores, or (d) self-reported academic achievement. Studies that measured preferences for media multitasking while studying but did not report academic performance were excluded.

## 5.2 | Search strategies

Multiple complimentary approaches were employed to identify relevant studies. A targeted search of the research literature using the Franklin University Library database search tool was conducted. A specific search term was used to identify the pertinent literature. Boolean operators were used to develop the following search syntax: all in title: "distraction" OR "academic distraction" OR "multitasking" OR "media multitasking" OR "laptop" OR "smartphone" OR "smart phone" OR "social media" AND "learning" OR "online learning" OR "performance" OR "academic performance" OR "education." Additionally, the references sections of the included studies were reviewed for related studies that were not discovered using the electronic search.

## 6 | RESULTS

### 6.1 | Contrasting reports of laptop use on academic distraction

Several studies demonstrate the problematic use of laptops in the class environment. For instance, a review by Carrier, Rosen, Cheever, and Lim (2015) argue that both learning and academic performance measured by GPA are negatively impacted by media multitasking. The authors point out that modern Internet web browsers on laptops are designed to encourage multitasking with the option to keep multiple tabs open at any given time. Laptops are also marketed for general purpose use and can simultaneously run numerous programs at once, displayed on their relatively large screens. Alghamdi, Karpinski, Lepp, and Barkley (2020) also point out the increasing trend of encouraging Internet use on traditional campuses with the prevalence of free wireless Internet availability. This could contribute to the nonacademic use of digital devices during class, which could increase academic distraction.

A recent study demonstrates that laptops can be potentially distracting to other students when confederates (imposter students played by actors or colleagues) engage in off-task activities on laptops in the classroom (Hall et al., 2020). The researchers seated confederates in specific locations throughout various classes to determine the effect of a distracted student on other students nearby. When engaged in off-task Internet surfing on the social media platform Facebook or the entertainment news page Buzzfeed, comprehension

and retention of the nearby students were negatively impacted. However, the performance of the neighboring students was significantly better when the confederates were on-task during class. This confirms the previous finding that students who are multitasking on a laptop perform worse on a test than those not multitasking, and laptop multitasking reduces the test scores of neighboring students in view of the multitasking students' screens (Sana, Weston, & Cepeda, 2013). Students are also negatively affected by their nonacademic Internet use as performance is found to be inversely related to off-task Internet activities (Ravizza, Uitvlugt, & Fenn, 2017). Internet use during class in general also failed to demonstrate a benefit to students even when on task.

### 6.1.1 | Laptop and longhand note taking

Regarding note taking during class, Mueller and Oppenheimer (2014) suggest that laptop note taking is not as effective as longhand note taking due to the deeper processing needed to paraphrase when using longhand. This is because most students are not able to write using a pen and paper as quickly as they can type, so it requires them to think about the material somewhat more to effectively translate the information to paper. However, Elliot-Dorans (2018) suggests that laptop note taking is instead beneficial to students because it can provide more thorough notes from which to study later. Of course, this perspective presumes that students will take the time to review the laptop notes outside of class.

It is plausible that the ability to easily organize one's notes could also increase the likelihood of using the notes to study. To explore the dilemma, Luo, Kiewra, Flanigan, and Peteranetz (2018) studied the effectiveness of both laptop and longhand note taking in relation to process (notes recorded but not reviewed) and product (notes recorded as well as reviewed). They found that note taking effectiveness was determined by method; a focus on process was more beneficial for laptop note taking due to the attention paid to key ideas and words while a focus on product was more beneficial for longhand who used more visual notes with signals and images.

### 6.1.2 | Laptops and engagement

Sometimes students are not particularly engaged in class but are also not distracted by media. In this case, mind wandering can be detrimental to learning for the opposite reason that laptops can be distracting. Was, Hollis, and Dunlosky (2019) conducted a study in which students watched an 18-min voiced over PowerPoint presentation and were probed at six different times to assess whether the students were mind wandering. In each of the six probes, the presentation was paused on the students' laptops and they were asked to report any task-unrelated thoughts. Between two studies, students reported on-task thoughts just under one-quarter of the time (19.1–24.0%), and TUTs about half of the time (48.2–57.2%) (Was et al., 2019). Most students reportedly believed that learning would be greater when on-

excluded, with the exception of several landmark studies cited in the Introduction above necessary for relevant background information.

2. Student academic performance was used as a dependent variable measured by a construct such as academic achievement such as (a) GPA, (b) individual student test scores, (c) class scores, or (d) self-reported academic achievement. Studies that measured preferences for media multitasking while studying but did not report academic performance were excluded.

## 5.2 | Search strategies

Multiple complimentary approaches were employed to identify relevant studies. A targeted search of the research literature using the Franklin University Library database search tool was conducted. A specific search term was used to identify the pertinent literature. Boolean operators were used to develop the following search syntax: all in title: "distraction" OR "academic distraction" OR "multitasking" OR "media multitasking" OR "laptop" OR "smartphone" OR "smart phone" OR "social media" AND "learning" OR "online learning" OR "performance" OR "academic performance" OR "education." Additionally, the references sections of the included studies were reviewed for related studies that were not discovered using the electronic search.

## 6 | RESULTS

### 6.1 | Contrasting reports of laptop use on academic distraction

Several studies demonstrate the problematic use of laptops in the class environment. For instance, a review by Carrier, Rosen, Cheever, and Lim (2015) argue that both learning and academic performance measured by GPA are negatively impacted by media multitasking. The authors point out that modern Internet web browsers on laptops are designed to encourage multitasking with the option to keep multiple tabs open at any given time. Laptops are also marketed for general purpose use and can simultaneously run numerous programs at once, displayed on their relatively large screens. Alghamdi, Karpinski, Lepp, and Barkley (2020) also point out the increasing trend of encouraging Internet use on traditional campuses with the prevalence of free wireless Internet availability. This could contribute to the nonacademic use of digital devices during class, which could increase academic distraction.

A recent study demonstrates that laptops can be potentially distracting to other students when confederates (imposter students played by actors or colleagues) engage in off-task activities on laptops in the classroom (Hall et al., 2020). The researchers seated confederates in specific locations throughout various classes to determine the effect of a distracted student on other students nearby. When engaged in off-task Internet surfing on the social media platform Facebook or the entertainment news page Buzzfeed, comprehension

and retention of the nearby students were negatively impacted. However, the performance of the neighboring students was significantly better when the confederates were on-task during class. This confirms the previous finding that students who are multitasking on a laptop perform worse on a test than those not multitasking, and laptop multitasking reduces the test scores of neighboring students in view of the multitasking students' screens (Sana, Weston, & Cepeda, 2013). Students are also negatively affected by their nonacademic Internet use as performance is found to be inversely related to off-task Internet activities (Ravizza, Uitvlugt, & Fenn, 2017). Internet use during class in general also failed to demonstrate a benefit to students even when on task.

### 6.1.1 | Laptop and longhand note taking

Regarding note taking during class, Mueller and Oppenheimer (2014) suggest that laptop note taking is not as effective as longhand note taking due to the deeper processing needed to paraphrase when using longhand. This is because most students are not able to write using a pen and paper as quickly as they can type, so it requires them to think about the material somewhat more to effectively translate the information to paper. However, Elliot-Dorans (2018) suggests that laptop note taking is instead beneficial to students because it can provide more thorough notes from which to study later. Of course, this perspective presumes that students will take the time to review the laptop notes outside of class.

It is plausible that the ability to easily organize one's notes could also increase the likelihood of using the notes to study. To explore the dilemma, Luo, Kiewra, Flanigan, and Peteranetz (2018) studied the effectiveness of both laptop and longhand note taking in relation to process (notes recorded but not reviewed) and product (notes recorded as well as reviewed). They found that note taking effectiveness was determined by method; a focus on process was more beneficial for laptop note taking due to the attention paid to key ideas and words while a focus on product was more beneficial for longhand who used more visual notes with signals and images.

### 6.1.2 | Laptops and engagement

Sometimes students are not particularly engaged in class but are also not distracted by media. In this case, mind wandering can be detrimental to learning for the opposite reason that laptops can be distracting. Was, Hollis, and Dunlosky (2019) conducted a study in which students watched an 18-min voiced over PowerPoint presentation and were probed at six different times to assess whether the students were mind wandering. In each of the six probes, the presentation was paused on the students' laptops and they were asked to report any task-unrelated thoughts. Between two studies, students reported on-task thoughts just under one-quarter of the time (19.1–24.0%), and TUTs about half of the time (48.2–57.2%) (Was et al., 2019). Most students reportedly believed that learning would be greater when on-

task but were often unaware of the detrimental effects of multitasking. The 18-min length of the presentation coincides with the Cheever, Rosen, Carrier, and Chavez (2014) article that suggests that after about 10 min, students away from their digital devices begin to experience a spike of anxiety. With the Was et al. (2019) studies, the students began to show an increase in TUTs after about 10 min. This also confirms the findings by Mendoza, Pody, Lee, Kim, and McDonough (2018) who demonstrated that attention tends to decline in classrooms after 10–15 min.

The conflicting findings of the usefulness of laptops prompted Elliot-Dorans (2018) to research whether banning laptops in class may be beneficial to learning and academic performance. The study monitored performance in class under a laptop ban condition (LBC) and a no LBC (LC) across two semesters at a public university. In both semesters, the author found no benefit to the LBC and found it to be detrimental to learning. Part of the effect was due to a reduction in class attendance in the LBC cohort, thereby completely inhibiting their participation in class. It is also a compelling addition to the literature that suggests that off-task laptop activities may be disruptive (Hall et al., 2020), but not coming to class at all is likely even worse. This also supports the finding of Chen and Tzeng (2010) that on-task academic Internet use is beneficial to academic performance while online games are not. While class attendance is important to learning, specific Wi-Fi site blockers may be a more effective strategy to keep students on task than strict laptop bans (Hall et al., 2020).

Regardless of the potential downsides to laptop use in the learning environment, laptops are now necessary for enrollment in distance learning courses due to the social distancing restrictions imposed for the COVID-19 situation. Because of this reality, banning laptops is not currently a feasible solution to reduce media multitasking. Instead, developing useful study skills in a new environment is necessary to encourage successful habits in distance learning courses. One possibility could be to encourage the use of a dedicated education-only laptop with only academic-related programs installed. While this could help to minimize distractions, it would only be effective if the students are aware of the potentially detrimental effects of media multitasking when off-task. It would also only apply to students who can afford to purchase a second laptop, which may be a tall order in the current economic climate (Brynjolfsson et al., 2020).

## 6.2 | Prevalence and effect of smartphones on academic distraction

Academic distraction may also be impacted by students multitasking to efficiently accomplish numerous concurrent activities. It is not uncommon for students in class to simultaneously have several Internet browser tabs open along with books, notes, and a cellphone within reach. It is often assumed that with enough training and effort, people can eventually become effective multitaskers. This assumption is hotly disputed, particularly in the context of "digital natives" who have grown up immersed in technology from a young age (Prensky, 2001), although Kirschner and Bruyckere (2017) argue that this assumption is a fallacy.

Instead, the researchers contend that there is no performance benefit to multitasking as there are significant cognitive demands to switching between tasks regardless of technological immersion.

In one recent review, Kates et al. (2018) reveal a small but significant negative effect of media multitasking with smartphones, although the impact seems to be more acute with university-level students than with K-12. In another review, Carrier et al. (2015) suggest that smartphone media multitasking is disruptive to learning, although the use of Facebook and instant messaging are the most disruptive activities. Other studies suggest that smartphones may be beneficial to self-directed learning in the classroom, but do not affect academic performance (Rashid & Asghar, 2016). Regardless, the widespread use of smartphones in the learning environment is prevalent enough to warrant further investigation.

### 6.2.1 | The pervasiveness of smartphones

A cellphone is a portable communication device that allows calls to other phones as well as Short Message Service text messaging. Smartphones are a newer evolution of cellphones, which also allows Internet browsing and the use of applications such as Facebook and YouTube. As of early 2019, 96% of U.S. citizens owned a mobile phone of any type, while 81% owned a smartphone (Mobile Fact Sheet, 2019). Globally, 5 billion mobile devices are used, half are which are smartphones (Silver, 2019). With such prevalent device ownership, it is reasonable to presume students are no exception to the trend. According to Rosen (2017), students unlock their phones around 50–60 times a day and use them for 3.5–4.5 hr each day. Interestingly, the students who unlocked their phones fewer times each day tended to spend even more total time using their phones. This suggests that many students operate their phones for large segments of time each day, potentially during class.

According to Felisoni and Godoi (2018), the amount of time spent using a cellphone is negatively associated with academic performance. In fact, every 10 additional min of cellphone use is associated with a steady reduction in academic performance described by a grading proxy. Students who used their phones during class showed an even stronger negative association between use and academic performance. Despite the inverse relationship between increased phone use and a reduction in performance, many students are overconfident in their abilities to multitask. This supports the highly cited research by Ophir, Nass, and Wagner (2009) that demonstrates how heavy media multitaskers are more susceptible to distraction from irrelevant stimuli than light media multitaskers, yet they continue to multitask anyway.

In addition to media multitasking impacting academic performance in classrooms, one study explored the effect of cellphone use in both traditional face-to-face (F2F) classrooms as well as online classes (Alghamdi et al., 2020). The authors found that media multitasking was associated with lower self-efficacy, which in turn was associated with a lower GPA in both online and F2F classes. This confirms the work by Felisoni and Godoi (2018) that suggest a negative association between media multitasking and academic performance.

One potential contributing factor to the disruptive effects of smartphones on academic distraction is its association with the fear of missing out (FoMO). When waiting for an important message from a friend or colleague we tend to be somewhat more distractible regardless of the environment. Rozgonjuk, Elhai, Ryan, and Scott (2019) explored this connection and found that FoMO was related to the susceptibility of being interrupted by smartphone notifications, which resulted in shallower learning. However, the frequency of interruptive notifications was not significantly associated with FoMO, possibly indicating that the general fear of missing a message interferes with learning more than the number of notifications received. A student with a greater sense of FoMO will likely be affected by even a small frequency of notifications.

This supports the work by Cheever et al. (2014) that demonstrates a connection between FoMO anxiety when students were separated from their smartphones. After 10 min apart from their phones, they became increasingly anxious and thus, distracted from the task at hand. This suggests that there is a finite length of time for prime receptiveness during lectures before becoming distracted. Tellingly, a study by Mendoza et al. (2018) confirms the approximate time frame for the ability to focus. The researchers found that attention declines after about 10–15 min of a 20-min lecture. Interestingly, students who were allowed to keep their phones in their possession performed worse than those who had their phones taken away, although this is likely due to distracting text messages coming from the researchers. While the reduction in performance is significant, it is also likely exacerbated in those with a strong sense of FoMO.

## 6.2.2 | Smartphone addiction and social implications

While many studies have explored the effects of phone use on academic performance (e.g., see Kates et al., 2018) one study measured the prevalence of smartphone addiction by borrowing the criteria for Internet gaming disorder, which has been recommended for further research in the most recent publication (fifth edition) of the DSM (Domoff et al., 2019). APU was found to be strongly associated with heavy social media use and media multitasking, as well as poor academic performance. This confirms the argument by Rosen (2012) that APU has the potential to be abused systematically in a similar manner to other addictions and can demonstrate detrimental effects on academic performance. Domoff et al. (2019) also found an association between APU and poorer grades beyond the impact of social media use on academic performance during classes. This indicates a compounding factor of distraction from frequent smartphone use even without receiving notifications. These findings support the results reported by Hayashi and Nenstiel (2019) that lower impulse control is associated with an increased likelihood to engage in texting during class beyond the degree of problematic phone use.

Another element to the prevalence of smartphone use is the increasing social pattern of perpetual digital communication. The relatively new term "phubbing" has emerged in the literature to describe the concurrent use of cellphones during conversations or other social environments such as classrooms. With the term's first use as recent as 2014, one review explores the dramatic expansion of this behavior despite it being widely perceived as a violation of social norms (Al-Saggaf & O'Donnell, 2019). Another study demonstrates a negative effect of phubbing on the perceived intimacy of conversations (van den Abeele et al., 2019). Tellingly, few of the participants were reportedly aware they had committed the social faux pax.

The negative effects of phubbing were also monitored, although the results were complex. The reported rudeness of the phubbers (as reported by the phubbees) varied greatly depending on the environment (e.g., waiting in line versus enjoying a meal) as well as age (van den Abeele et al., 2019). Additionally, the phubbers often perceived their conversational partners to be more distracted, which could be due to the phubbees feeling neglected and therefore disengaging from the conversation somewhat. In the classroom environment, student phubbing could have dramatic effects on learning if instructors disengage from lessons due to feeling ignored by students.

## 6.2.3 | Possible benefits of smartphone use

While there is a large body of research to suggest that media multitasking with smartphones is generally disruptive to learning (e.g., see Chen & Yan, 2016; Felisoni & Godoi, 2018), one study argues that smartphones may be beneficial to students in other ways. Specifically, Rashid and Asghar (2016) suggest that smartphone use can be beneficial to self-directed learning, although making phones calls was shown to have a negative effect on academic performance. The researchers also found a positive association between various forms of technology use (i.e., email, Internet use, social media use) and classroom engagement. However, the study depended on self-reporting scores which may be influenced by personal opinions and predilections, rather than monitoring objective data such as assignment scores or GPA. Despite the possibility of smartphones being somewhat beneficial to self-directed learning, there is a strong body of evidence to suggest that smartphone use of students both in class and while learning at home can increase academic distraction, and thus diminish academic performance significantly (e.g., see Carrier et al., 2015; Domoff et al., 2019).

## 6.3 | Prevalence and effect of social media on academic distraction

While many studies consider the effects of digital devices and their implications on academic distraction, others consider specific applications used on the devices. One particularly concerning family of applications is known as social media, which can encourage continual connectivity and participation among its users (Alter, 2017). The most popular of these social media platforms is Facebook, which boasted over 2.7 billion active users as of the second quarter of 2020 (Clement, 2020). Over three-quarters (76%) of U.S. adults from ages 18–24 are active Facebook users, while the rate is even higher (84%) for ages 25–29 (Ortiz-Ospina, 2019).

Similarly, 90% of U.S. adults between ages 18–24 frequent YouTube while 93% of ages 25–29 use the video-sharing site (Ortiz-Ospina, 2019). Other large social media platforms feature a younger group of users with 44% of those aged 18–24 using Twitter, 73% using Snapchat, and 75% using Instagram. However, the age gradient is quite steep as older citizens are much less likely to use these applications. These figures are markedly important for educators as 77.9% of college students in the United States are under age 30, the prime age range for prevalent social media use (NCES, 2019). The seemingly ubiquitous presence of Facebook and other social media platforms is therefore a primary concern for educators both online and in F2F classes (Feng, Wong, Wong, & Hossain, 2019; Rosen et al., 2013).

### 6.3.1 | Facebook and academic distraction

As social media is highly prevalent in young student populations, it is critical to determine the effects social media may have on academic distraction, and thus, academic performance. One influential study found a negative association between Facebook use and GPA (Kirschner & Karpinski, 2010). Facebook users were found to study less than nonusers on average, although the amount of time spent using the Internet did not differ significantly. This indicates that students who use Facebook do not add extra time to their daily Internet use, but instead opt to engage in social media use with a reduction of study time. A similar study conducted by Feng et al. (2019) revealed that high-frequency users of Facebook for entertainment purposes are associated with higher distraction rates as well as lower GPAs. Additionally, Facebook use was found to be increasingly detrimental to academic performance as usage expands, regardless of it being specifically used for academia or entertainment.

One compelling variable regarding Facebook use and distraction is the role of anxiety and how it is often experienced by students. A recent study found that when Facebook was used to procrastinate and delay studying for an exam, the anxiety students experienced increased significantly (Sternberg et al., 2020). Interestingly, anxiety rates remained static when Facebook was used but students were not procrastinating. If anxiety is inherently distracting due to the ongoing conscious reminders of upcoming due dates, the social media platform could be negatively impacting academic performance even after students return to studying. Similarly, Cheever et al. (2014) found an association between being separated from one's digital devices (and thus, communication through social media) and anxiety. The FoMO experienced by students out of touch with their phones could further exacerbate feelings of anxiety while adding to the general experience of academic distraction.

### 6.3.2 | Social media use at home

Building on the connection between Facebook and academic distraction proposed by Kirschner and Karpinski (2010), another research team conducted an observational study to monitor students enrolled in middle school, high school, and college to assess their study habits in the home environment rather than in classrooms (Rosen et al., 2013). As they observed the students in 15-min increments, they found that visiting Facebook was particularly disruptive to academic performance and was associated with lower GPA. The authors reported that students were only able to remain on task for about 65% of the time, approximately 10 out of the 15 min observed. This supports the finding that attention declines in classrooms after 10–15 min while watching a TED talk video similar in content to a formal lecture (Mendoza et al., 2018). However, the focus threshold of 15 min may not be universal in classrooms. One study demonstrated that students tend to be more distracted by Facebook when they are not especially interested in the lecture (Gupta & Irwin, 2016). The low-interest content (a lecture on qualitative research) resulted in more Facebook distraction than the high-interest content, a video about love.

### 6.3.3 | Possible benefits of social media

Some studies differentiate between academic and nonacademic Facebook use. One researcher found a positive association between Facebook used for educational purposes (such as creating a classroom Facebook group to encourage interaction) and academic performance (Lambić, 2016). While no correlation between nonacademic Facebook use and academic performance was found, the author used self-report measures to determine the frequency of Facebook use. The study also relied on self-reports to measure Facebook use as an academic aid and the students' opinion regarding its usefulness as an academic aid. In contrast, while Kirschner and Karpinski (2010) used self-report measures, they also collected objective academic performance data in the form of GPA reports, which is a more reliable method of measurement.

While the impact of Facebook on academic performance is the most widely researched, other social media platforms have also been examined. For instance, Halpin (2016) proposed using the Twitter platform to "follow" reputable science sources such as *Scientific American* and the *CDC* to improve the quality of information gleaned by students, rather than using general Internet search engines. However, if the goal is to encourage the use of reputable authorities, Twitter remains a questionable source for valid academic searches due to the inclusion of a wide variety of both academic and nonacademic Twitter pages. If students are unaware of the reliability of a given page, they may be seduced into believing in the legitimacy of a given source based more on the appearance of credibility rather than the genuine authority of a topic. While the students reported greater engagement in class Twitter discussions, the platform itself would likely promote additional scrolling to further engage in unrelated discussions, thus adding to academic distraction. Further, Halpin (2016) used small sample sizes for the two-part study, making the results somewhat unreliable ($N = 14$; $N = 11$).

Another researcher argues a similar point regarding Facebook as well as two other social media platforms, WhatsApp and Slack

(Alshayeb, 2018). The study suggests that utilizing social media can benefit the learning experience by increasing engagement and enhancing the communication between instructors and students, as well as peer-to-peer. However, similar to the study by Lambić (2016), the author strictly used self-report measures to determine the effectiveness and usefulness of social media platforms in class, indicating potentially unreliable results (Alshayeb, 2018).

The video-sharing platform, YouTube, is another potential social media tool that may assist in learning and engagement. As it provides both audio and visual media, educators may supplement concepts by sharing educational videos with students, perhaps in the form of short lectures such as TED talks. To explore this idea, researchers Dubovi and Tabak (2020) examined post-video YouTube comments to determine if discussions related to a specific video helped viewers learn. While many of the comments were deemed argumentative, the authors determined that the platform did assist in learning due to the conversational nature of debate and examination of comments. However, similar to the issue of Twitter encouraging continual scrolling and engagement, YouTube encourages recurrent viewing as each video automatically leads to another video. Because of this, it may be more effective for educators to embed videos into online learning platforms rather than circulate links to videos. If done correctly, this strategy could benefit the students by providing a video supplement without increasing the likelihood of academic distraction of social media platforms.

## 7 | DISCUSSION

As the world becomes increasingly connected by personal digital devices and social media applications, the ability to focus becomes increasingly challenging and important (Carr, 2020). Distraction has progressively developed into a primary concern for productivity in the home and workplace, and online education is no exception to this ongoing trend (Gazzaley & Rosen, 2016). As recently as 2018, over one-third of U.S. postsecondary students had enrolled in at least one online class (Distance Learning, 2019). In 2020, over 1,100 universities and colleges in all 50 states had developed online classes or simply canceled traditional courses altogether due to the COVID-19 global pandemic (Smalley, 2020). As the CDC recommends switching to distance learning to diminish the spread of the disease, adapting to learning from home has become fundamental to students and educators (Interim Guidance for Administrators of US Institutions of Higher Education, 2020).

To explore the implications of various types of technology on academic distractions, this review examines the use of laptops, smartphones, and social media applications. While several prominent studies have explored media multitasking and their effects in general (e.g., see Carrier et al., 2015; Chen et al., 2020; Kirschner & Bruyckere, 2017), other researchers have studied these technological subsets in isolation. For instance, some studies argue that off-task laptop activities are disruptive to the classroom environment for both the off-task students as well as neighboring students (Hall et al., 2020; Sana et al., 2013). Other researchers are not so certain, making the issue less clear-cut. Elliot-Dorans (2018) suggests that laptop use can be beneficial in the classroom due to laptop note taking allowing more in-depth notes. However, this conflicts with the perspective of Mueller and Oppenheimer (2014), who argue that laptop note taking is inferior to long-form note taking because of the need to think about the concepts to paraphrase rather than type out notes verbatim. Accordingly, there is no consensus regarding the advantages (or disadvantages) of using laptops for educational purposes. However, it may be somewhat of a moot point with the outset of COVID-19 and the necessity of distance learning for the foreseeable future.

Beyond the use of laptops, numerous studies have also explored the negative impact of media multitasking with smartphones on academic performance (e.g., see Alghamdi et al., 2020; Chen & Yan, 2016; Felisoni & Godoi, 2018). A recent review by Kates et al. (2018) found a small but significant negative effect of media multitasking with smartphones. Further studies demonstrate a connection between APU and poorer grades (Domoff et al., 2019), lower impulse control and texting during class (Hayashi & Nenstiel, 2019), and an increase in anxiety and distraction when students were separated from their phones for even 10–15 min (Mendoza et al., 2018). However, some studies suggest there are benefits to smartphone use in class, such as an improvement in self-directed learning (Rashid & Asghar, 2016). While the researchers argue that smartphone use during lessens does not affect performance, the study was conducted using self-report measures, which are less reliable than quantitative data such as GPA or assignment performance. In all, many indicators suggest that smartphones are much more disruptive to learning than they are beneficial.

Not all studies reviewed describe the impact of digital devices on academic distraction. Some relate to social media applications due to their near-ubiquitous presence in modern society. Many researchers have established a strong negative association between the social media platform Facebook and academic performance (e.g., see Feng et al., 2019; Kirschner & Karpinski, 2010; Rosen et al., 2013). Another researcher found a connection between Facebook (when used to procrastinate rather than study for an exam) and an increase in anxiety (Sternberg et al., 2020). However, not all studies argue that social media is entirely disruptive. For instance, Gupta and Irwin (2016) suggest that academic distraction from Facebook is worse when students are not interested in the material being covered, implying that interest and engagement in the topic are also important variables. Further, Lambić (2016) found a positive association between Facebook and academic performance when used for educational purposes. Similarly, Alshayeb (2018) argues that Facebook, WhatsApp, and Slack increase engagement and communication between students and teachers. However, both of the studies by Lambić and Alshayeb are limited due to their use of self-report measures rather than objective data. Halpin (2016) instead suggests that that the use of Twitter for conducting research in a science class can improve the quality of sources used, although the sample sizes used for the two studies were relatively small making the results somewhat unreliable. Altogether, there is ample evidence to suggest that social media use in the classroom is largely disruptive and generally increases academic distraction.

Case 4:22-md-03047-YGR    Document 2535-84    Filed 12/11/25    Page 12 of 15

# 8 | FUTURE RESEARCH DIRECTIONS

## 8.1 | Self-regulation to reduce media multitasking

Despite the myriad nuances of media multitasking with laptops, smartphones, and social media, it requires more cognitive energy to toggle from task to task than it does to focus on a single task at a time (Levitin, 2014). It can be advantageous for students to limit media multitasking to when it is beneficial rather than be subject to the unintended consequences of habitual technology check-ins. One such strategy to accomplish this is to self-regulate one's behavior to enhance the ability to focus. A recent study addressed the disruptive effects of media multitasking by proposing a series of 11 self-regulation strategies to try to help improve academic performance (Parry, le Roux, & Bantjes, 2020). The results were dismal as all 11 self-regulation strategies failed to have any meaningful effect on cognitive control abilities within the 28-day period. This suggests that despite many students' belief in the ability to self-regulate media multitasking behavior, they are generally overconfident in their abilities. The study supports the findings of Was et al. (2019) that suggest students are often unaware of the detrimental effects of media multitasking. Even with the knowledge of these effects, self-control may not be adequate to instill a meaningful change. Additional self-regulation strategies may be useful to study to determine their efficacy.

## 8.2 | Habit and environment

Conscious behavior can help to develop habits, which are often more easily modified by environmental and context changes (Wood, 2019). To support this idea, Chen et al. (2020) argue that the strongest determinant of digital distraction was found to be habitual technology use and recommend removing environmental cues to diminish its effect on students. They propose that habitual use is exacerbated by both environmental stimuli (such as the availability of technology) and internal stimuli (such as boredom). One strategy to modify the learning environment could be to recommend students acquire laptops that are strictly dedicated to studying, and purposely keep it free of non-academic programs and applications. However, this would only be feasible for students who can afford an extra computer for studying, making it a somewhat limited solution. A less expensive method could be to use website blockers to minimize social media use (Hall et al., 2020). Future studies could compare the benefits of using dedicated educational computers versus all-purpose computers with or without website blockers.

## 8.3 | 360-degree videos

A more sophisticated solution could be to utilize 360-degree videos that provide a panoramic view of the digital classroom rather than strictly using a 16:9 screen for online learning (Gold & Windscheid, 2020). This could help keep students engaged during class while learning at home as well as simulate a more natural class environment. Another group of researchers suggests using surrogate bodies to simulate a classroom, which describes the use of movable, robotic screens which may be organized in a typical classroom seating arrangement (Lei, Clemente, & Hu, 2019). Students would then be able to log in from home and interact with other surrogate bodies operated by teachers and student peers. Future studies could evaluate the effectiveness of such technology, as well as its effect on distractibility.

## 8.4 | Virtual and augmented reality

Perhaps the most effective way to create a novel learning environment could be to utilize the quickly growing field of virtual reality (VR) (e.g., Chen & Liu, 2020; Makransky, Mayer, et al., 2019). One of the first VR programs to be utilized by the educational community is known as Second Life and was perceived by students to be more of a pedagogical tool than a game (Storey & Wolf, 2010). More recently, researchers have explored the technological developments and found that desktop VR can be as effective as a traditional classroom and found no significant difference in learning outcomes between the two (Makransky, Mayer, et al., 2019). In another study, Makransky and Petersen (2019) found that VR instruction increased students' class presence as well as motivation. Researchers also found a positive connection between VR learning and positive emotions, which could help students remained focused and productive (Makransky & Lilleholt, 2018). However, another study determined that a VR science laboratory simulation increased presence but resulted in a reduction of actual learning (Makransky, Terkildsen, & Mayer, 2019).

Despite the potential of VR classes, Jensen and Konradsen (2018) argue that VR provides no significant benefit over less immersive alternatives, making the issue somewhat less definitive. They point out that VR technology can result in cybersickness, thus increasing academic distraction rather than diminishing it. Its immersive properties may also hinder the learning process if the students feel overloaded by impressive or quickly moving graphics (Makransky, Terkildsen, & Mayer, 2019). In all, VR has the potential to help circumvent some distractions such as handheld devices due to its immersive nature, but it could simply be causing new problems while solving others. Future research could explore the implications of high versus low-quality VR graphics on distractibility or cybersickness, as well as the effectiveness of specific VR headset brands on academic engagement or performance.

## 8.5 | Summary of future research directions

While some forms of technology used seem to be largely disruptive (i.e., social media; smartphones), there is less evidence of the detrimental effects of laptop use in the classroom on academic distraction. Further, laptop use may be necessary for distance learning for the

foreseeable future. However, several methods could help to diminish the potential negative effects of digital distractions. One might assume that the self-regulation of digital devices might be sufficient, although a study by Parry et al. (2020) determined that 11 out of 11 self-regulation measures failed to prevent distraction significantly. Additionally, Wood (2019) contends that 43% of our actions are habitual, and other researchers demonstrate that the strongest determinant to digital distraction is habitual technology use (Chen et al., 2020).

It could be useful to implement other measures, such as website blockers on laptops to diminish the use of social media during class (Hall et al., 2020). Other alternatives could be 360-degree videos (Gold & Windscheid, 2020) and robotic surrogate bodies (Lei et al., 2019) to simulate a classroom setting and improve engagement. Finally, the use of VR may be another effective method (Makransky, Mayer, et al., 2019). However, Jensen and Konradsen (2018) find no significant benefit to VR learning over traditional learning, and the immersive experience may induce cybersickness due to sensory overload as well as the conflict between observed movement and bodily experience (Makransky, Terkildsen, & Mayer, 2019). While website blockers, 360-degree videos, surrogate bodies, and VR are compelling potential solutions to a complex issue, several important issues remain. Mitigation of academic distraction continues to be an important puzzle that remains to be solved.

## ACKNOWLEDGMENT

The author thanks Dr Lynne Smelser and Moray Joslyn for their perceptive insights throughout the pursuit of this project.

## PEER REVIEW

The peer review history for this article is available at https://publons.com/publon/10.1002/hbe2.229.

## DATA AVAILABILITY STATEMENT

The author elects to not share data.

## ORCID

Alexander J. Dontre ⓘ https://orcid.org/0000-0001-6429-2709

## REFERENCES

Alghamdi, A., Karpinski, A. C., Lepp, A., & Barkley, J. (2020). Online and face-to-face classroom multitasking and academic performance: Moderated mediation with self-efficacy for self-regulated learning and gender. *Computers in Human Behavior, 102*, 214–222. https://doi.org/10.1016/j.chb.2019.08.018

Al-Saggaf, Y., & O'Donnell, S. B. (2019). Phubbing: Perceptions, reasons behind, predictors, and impacts. *Human Behavior and Emerging Technologies, 1*(2), 132–140. https://doi.org/10.1002/hbe2.137

Alshayeb, M. (2018). Enhancing student's learning and satisfaction through the use of social media. *International Journal on Integrating Technology in Education, 7*(2), 1–12. https://doi.org/10.5121/ijite.2018.7201

Alter, A. (2017). *Irresistible: The rise of addictive technology and the business of keeping us hooked.* New York, NY: Penguin Press.

American Psychiatric Association (APA). (2013). *Diagnostic and statistical manual of mental disorders (DSM-5).* Washington, DC: American Psychiatric Association.

Brynjolfsson, E., Horton, J., Ozimek, A., Rock, D., Sharma, G., & Ye, H. Y. T. (2020). *COVID-19 and remote work: An early look at US data.* (NBER Working Paper No. 27344). Retrieved from https://www.nber.org/papers/w27344.pdf

Carr, N. (2020). *The shallows: What the Internet is doing to our brains.* New York, NY: W. W. Norton & Company.

Carrier, L. M., Rosen, L. D., Cheever, N. A., & Lim, A. F. (2015). Causes, effects, and practicalities of everyday multitasking. *Developmental Review, 35*, 64–78. https://doi.org/10.1016/j.dr.2014.12.005

Cheever, N. A., Rosen, L. D., Carrier, L. M., & Chavez, A. (2014). Out of sight is not out of mind: The impact of restricting wireless mobile device use on anxiety levels among low, moderate and high users. *Computers in Human Behavior, 37*, 290–297. https://doi.org/10.1016/j.chb.2014.05.002

Chen, L., Nath, R., & Tang, Z. (2020). Understanding the determinants of digital distraction: An automatic thinking behavior perspective. *Computers in Human Behavior, 104*(1–11), 106195. https://doi.org/10.1016/j.chb.2019.106195

Chen, Q., & Yan, Z. (2016). Does multitasking with mobile phones affect learning? A review. *Computers in Human Behavior, 54*, 34–42. https://doi.org/10.1016/j.chb.2015.07.047

Chen, S., & Tzeng, J. (2010). College female and male heavy internet users' profiles of practices and their academic grades and psychosocial adjustment. *Cyberpsychology, Behavior and Social Networking, 13*(3), 257–262. http://doi.org/10.1089/cyber.2009.0023

Chen, S.-Y., & Liu, S.-Y. (2020). Using augmented reality to experiment with elements in a chemistry course. *Computers in Human Behavior, 111*(1–12), 106418. https://doi.org/10.1016/j.chb.2020.106418

Clement, J. (2018). Primary e-mail providers according to consumers in the United States as of January 2017, by age group. *Statista.* Retrieved from https://www.statista.com/statistics/547531/e-mail-provider-ranking-consumer-usa-age/.

Clement, J. (2020). Number of monthly active Facebook users worldwide as of 2nd quarter 2020 (in millions). *Statista.* Retrieved from https://www.statista.com/statistics/264810/number-of-monthly-active-facebook-users-worldwide/.

Distance Learning. (2019). *National center for education statistics.* Washington, DC: U.S. Department of Education. Retrieved from https://nces.ed.gov/fastfacts/display.asp?id=80.

Domoff, S. E., Foley, R. P., & Ferkel, R. (2019). Addictive phone use and academic performance in adolescents. *Human Behavior and Emerging Technologies, 2*(1), 33–38. https://doi.org/10.1002/hbe2.171

Dubovi, I., & Tabak, I. (2020). An empirical analysis of knowledge co-construction in YouTube comments. *Computers & Education, 156* (1–16), 103939. https://doi.org/10.1016/j.compedu.2020.103939

Elliot-Dorans, L. R. (2018). To ban or not to ban? The effect of permissive versus restrictive laptop policies on student outcomes and teaching evaluations. *Computers & Education, 126*, 183–200. https://doi.org/10.1016/j.compedu.2018.07.008

Evans, C., & Robertson, W. (2020). The four phases of the digital natives debate. *Human Behavior and Emerging Technologies, 2*(3), 269–277. https://doi.org/10.1002/hbe2.196

Felisoni, D. D., & Godoi, A. S. (2018). Cell phone usage and academic performance: An experiment. *Computers & Education, 177*, 175–187. https://doi.org/10.1016/j.compedu.2017.10.006

Feng, S., Wong, Y. K., Wong, L. Y., & Hossain, L. (2019). The Internet and Facebook usage on academic distraction of college students. *Computers & Education, 134*, 41–49. https://doi.org/10.1016/j.compedu.2019.02.005

Gazzaley, A., & Rosen, L. D. (2016). *The distracted mind: Ancient brains in a high-tech world.* Cambridge, MA: The MIT Press.

Ghebreyesus, T. A. (2020). *WHO Director-General's opening remarks at the media briefing on COVID-19.* Geneva, Switzerland: World Health Organization. Retrieved from https://www.who.int/dg/speeches/detail/

who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19-11-march-2020

Gold, B., & Windscheid, J. (2020). Observing 360-degree classroom videos: Effects of video type on presence, emotions, workload, classroom observations, and ratings of teaching quality. *Computers & Education*, *156*(1–13), 103960. https://doi.org/10.1016/j.compedu.2020.103960

Gupta, N., & Irwin, J. D. (2016). In-class distractions: The role of Facebook and the primary learning task. *Computers in Human Behavior*, *55*, 1165–1178. https://doi.org/10.1016/j.chb.2014.10.022

Hall, A. C. G., Lineweaver, T. T., Hogan, E. E., & O'Brien, S. W. (2020). On or off task: The negative influence of laptops on neighboring students' learning depends on how they are used. *Computers & Education*, *153*, 1–8. https://doi.org/10.1016/j.compedu.2020.103901

Halpin, P. (2016). Using Twitter in a nonscience major science class increases students' use of reputable science sources in-class discussion. *Journal of College Science Teaching*, *45*(6), 71–77. https://doi.org/10.2505/4/jcst16_045_06_71

Hayashi, Y., & Nenstiel, J. N. (2019). Media multitasking in the classroom: Problematic mobile phone use and impulse control as predictors of texting in the classroom. *Current Psychology*, *2019*, 1–7. https://doi.org/10.1007/s12144-019-00395-7

Interim Guidance for Administrators of US Institutions of Higher Education. (2020). Centers for Disease Control and Prevention. Retrieved from https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-ihe-response.html

Jensen, L., & Konradsen, F. (2018). A review of the use of virtual reality head-mounted displays in education and training. *Education and Information Technologies*, *23*(4), 1515–1529. https://doi.org/10.1007/s10639-017-9676-0

Kates, A. W., Wu, H., & Coryn, C. L. S. (2018). The effects of mobile phone use on academic performance: A meta-analysis. *Computers & Education*, *127*, 107–112. https://doi.org/10.1016/j.compedu.2018.08.012

Kirschner, P. A., & Bruyckere, P. D. (2017). The myths of the digital native and the multitasker. *Teaching and Teacher Education*, *67*, 135–142. https://doi.org/10.1016/j.tate.2017.06.001

Kirschner, P. A., & Karpinski, A. C. (2010). Facebook and academic performance. *Computers in Human Behavior*, *26*, 1237–1245. https://doi.org/10.1016/j.chb.2010.03.024

Lai, J. W. M., & Bower, M. (2019). How is the use of technology in education evaluated? A systematic review. *Computers & Education*, *133*, 27–42. https://doi.org/10.1016/j.compedu.2019.01.010

Lambić, D. (2016). Correlation between Facebook use for educational purposes and academic performance of students. *Computers in Human Behavior*, *61*, 313–320. https://doi.org/10.1016/j.chb.2016.03.052

Lei, M., Clemente, I. M., & Hu, Y. (2019). Student in the shell: The robotic body and student engagement. *Computers & Education*, *130*, 59–80. https://doi.org/10.1016/j.compedu.2018.11.008

Levitin, D. J. (2014). *The organized mind: Thinking straight in the age of information overload*. London, UK: Allen Lane.

Loh, K. K., & Kanai, R. (2016). How has the Internet reshaped human cognition? *The Neuroscientist*, *22*(5), 506–520. https://doi.org/10.1177/1073858415595005

Luo, L., Kiewra, K. A., Flanigan, A. E., & Peteranetz, M. S. (2018). Laptop versus longhand note taking: Effects on lecture notes and achievement. *Instructional Science*, *46*, 947–971. https://doi.org/10.1007/s11251-018-9458-0

Makransky, G., & Lilleholt, L. (2018). A structural equation modeling investigation of the emotional value of immersive virtual reality in education. *Educational Technology Research & Development*, *66*(5), 1141–1164. https://doi.org/10.1007/s11423-018-9581-2

Makransky, G., Mayer, R. E., Veitch, N., Hood, M., Christensen, K. B., & Gadegaard, H. (2019). Equivalence of using a desktop virtual reality science simulation at home and in class. *PLoS One*, *14*(4), 1–14. https://doi.org/10.1371/journal.pone.0214944

Makransky, G., & Petersen, G. B. (2019). Investigating the process of learning with desktop virtual reality: A structural equation modeling approach. *Computers & Education*, *134*, 15–30. https://doi.org/10.1016/j.compedu.2019.02.002

Makransky, G., Terkildsen, T. S., & Mayer, R. E. (2019). Adding immersive virtual reality to a science lab simulation causes more presence but less learning. *Learning and Instruction*, *60*, 225–236. https://doi.org/10.1016/j.learninstruc.2017.12.007

McCoy, B. (2013). Digital distractions in the classroom: Student classroom use of digital devices for non-class related purposes. *Journal of Media Education*, *4*(4), 5–14.

Mendoza, J. S., Pody, B. S., Lee, S., Kim, M., & McDonough, I. M. (2018). The effect of cellphones on attention and learning: The influences of time, distraction, and nomophobia. *Computers in Human Behavior*, *86*, 52–60. https://doi.org/10.1016/j.chb.2018.04.027

Mobile Fact Sheet. (2019). Mobile phone ownership over time. Pew Research Center: Internet & Technology. Retrieved from https://www.pewresearch.org/internet/fact-sheet/mobile/

Mueller, P. A., & Oppenheimer, D. M. (2014). The pen is mightier than the keyboard: Advantages of longhand over laptop note taking. *Psychological Science*, *25*(6), 1159–1168. https://doi.org/10.1177/0956797614524581

National Center for Education Statistics (NCES). (2019). *Total fall enrollment in degree-granting postsecondary institutions, by attendance status, sex, and age: Selected years, 1970 through 2029*. Washington, DC: National Center for Education Statistics Retrieved from https://nces.ed.gov/programs/digest/d19/tables/dt19_303.40.asp

Newport, C. (2019). *Digital minimalism: Choosing a focused life in a noisy world*. New York, NY: Portfolio/Penguin.

Olmsted, N. M., & Terry, C. P. (2014). Who's texting in class? A look at behavioral and psychological predictors. *Psi Chi Journal of Psychological Research*, *19*(4), 183–190. https://doi.org/10.24839/2164-8204.JN19.4.183

Ophir, E., Nass, C., & Wagner, A. D. (2009). Cognitive control in media multitaskers. *PNAS*, *106*(37), 15583–15587. https://doi.org/10.1073/pnas.0903620106

Ortiz-Ospina, E. (2019). *The rise of social media*. Oxford, UK: Our World in Data Retrieved from https://ourworldindata.org/rise-of-social-media

Parker, K., Lenhart, A., & Moore, K. (2011). *The digital revolution and higher education: College presidents, public differ on value of online learning*. Washington, DC: Pew Research Center Retrieved from https://files.eric.ed.gov/fulltext/ED524306.pdf

Parry, D. A., le Roux, D. B., & Bantjes, J. R. (2020). Testing the feasibility of a media multitasking self-regulation intervention for students: Behaviour change, attention, and self-perception. *Computers in Human Behavior*, *104*(1–17), 106182. https://doi.org/10.1016/j.chb.2019.106182

Patterson, R. W., & Patterson, R. M. (2017). Computers and productivity: Evidence from laptop use in the college classroom. *Economics of Education Review*, *57*, 66–79. https://doi.org/10.1016/j.econedurev.2017.02.004

Pavlov, I. P. (2010). Conditioned reflexes: An investigation of the physiological activity of the cerebral cortex. *Annals of Neurosciences*, *17*(3), 136–141. https://doi.org/10.5214/ans.0972-7531.1017309

Pettijohn, T. F., Frazier, E., Rieser, E., Vaughn, N., & Hupp-Wilds, B. (2015). Classroom texting in college students. *College Student Journal*, *49*(4), 513–516.

Prensky, M. (2001). Digital natives, digital immigrants. *NCB University Press*, *9*(5), 1–6.

Przybylski, A. K., Weinstein, N., & Murayama, K. (2017). Internet gaming disorder: Investigating the clinical relevance of a new phenomenon. *The American Journal of Psychiatry*, *174*(3), 230–236. https://doi.org/10.1176/appi.ajp.2016.16020224

Rashid, T., & Asghar, H. M. (2016). Technology use, self-directed learning, student engagement and academic performance: Examining the

Case 4:22-md-03047-YGR    Document 2535-84    Filed 12/11/25    Page 15 of 15

interrelations. *Computers in Human Behavior, 63*, 604–612. https://doi.org/10.1016/j.chb.2016.05.084

Ravizza, S. M., Uitvlugt, M. G., & Fenn, K. M. (2017). Logged in and zoned out: How laptop Internet use relates to classroom learning. *Psychological Science, 28*(2), 171–180. https://doi.org/10.1177/0956797616677314

Rockwell, S. C., & Singleton, L. A. (2007). The effect of the modality of presentation of streaming multimedia on information acquisition. *Media Psychology, 9*(1), 179–191. https://doi.org/10.1080/15213260709336808

Rosen, L. D. (2017). The distracted student mind—Enhancing its focus and attention. *Phi Delta Kappan, 99*(2), 8–14. https://doi.org/10.1177/0031721717734183

Rosen, L. D., Carrier, L. M., & Cheever, N. A. (2013). Facebook and texting made me do it: Media-induced task-switching while studying. *Computers in Human Behavior, 29*, 948–958. https://doi.org/10.1016/j.chb.2012.12.001

Rosen, L. D. (2012). *iDisorder: Understanding our obsession with technology and overcoming its hold on us.* New York, NY: St. Martin's Press.

Rozgonjuk, D., Elhai, J. D., Ryan, T., & Scott, G. G. (2019). Fear of missing out is associated with disrupted activities from receiving smartphone notifications and surface learning in college students. *Computers & Education, 140*, 1–7. https://doi.org/10.1016/j.compedu.2019.05.016

Sana, F., Weston, T., & Cepeda, N. J. (2013). Laptop multitasking hinders classroom learning for both users and nearby peers. *Computers & Education, 62*, 24–31. https://doi.org/10.1016/j.compedu.2012.10.003

Silver, L. (2019). Smartphone ownership is growing rapidly around the world, but not always equally. Pew Research Center: Global Attitudes & Trends. Retrieved from https://www.pewresearch.org/global/2019/02/05/smartphone-ownership-is-growing-rapidly-around-the-world-but-not-always-equally/

Skinner, B. F. (2014). *Science and human behavior.* Cambridge, MA: The B. F. Skinner Foundation (Original work published 1953).

Smalley, A. (2020). Higher education responses to Coronavirus (COVID-19). National Conference of State Legislatures. Retrieved from https://www.ncsl.org/research/education/higher-education-responses-to-coronavirus-covid-19.aspx

Sternberg, N., Luria, R., Chandhok, S., Vickers, B., Kross, E., & Sheppes, G. (2020). When Facebook and finals collide: Procrastinatory social media usage predicts enhanced anxiety. *Computers in Human Behavior, 109*, 1–8. https://doi.org/10.1016/j.chb.2020.106358

Storey, V. A., & Wolf, A. A. (2010). Utilizing the platform of second life to teach future educators. *International Journal of Technology in Teaching and Learning, 6*(1), 58–70.

van den Abeele, M. M. P., Hendrickson, A. T., Pollmann, M. M. H., & Ling, R. (2019). Phubbing behavior in conversations and its relation to perceived conversation intimacy and distraction: An exploratory observation study. *Computers in Human Behavior, 100*, 35–47. https://doi.org/10.1016/j.chb.2019.06.004

Was, C. A., Hollis, R. B., & Dunlosky, J. (2019). Do students understand the detrimental effects of mind wandering during online learning? *Computers & Education, 135*, 113–122. https://doi.org/10.1016/j.compedu.2019.02.020

Wood, E., & Zivcakova, L. (2015). Understanding multimedia multitasking in educational settings. In L. D. Rosen, N. A. Cheever, & L. M. Carrier (Eds.), *The Wiley handbook of psychology, technology, and society* (pp. 404–419). West Sussex, UK: Wiley Blackwell. https://doi.org/10.1002/9781118771952

Wood, W. (2019). *Good habits, bad habits: The science of making positive changes that stick.* New York, NY: Farrar, Straus, & Giroux.

Wu, T. (2017). *The attention merchants: The epic scramble to get inside our heads.* New York, NY: Vintage Books.

Yu, S., & Sussman, S. (2020). Does smartphone addiction fall on a continuum of addictive behaviors? *International Journal of Environmental Research and Public Health, 17*(2), 1–21. https://doi.org/10.3390/ijerph17020422

Zeiler, M. D. (1968). Fixed and variable schedules of response-independent reinforcement. *Journal of the Experimental Analysis of Behavior, 11*(4), 405–414. https://dx.doi.org/10.1901/jeab.1968.11-405

Ziegler, D. A., Mishra, J., & Gazzaley, A. (2015). The acute and chronic impact of technology on our brain. In L. D. Rosen, N. A. Cheever, & L. M. Carrier (Eds.), *The Wiley handbook of psychology, technology, and society* (pp. 3–19). West Sussex, UK: Wiley Blackwell. https://doi.org/10.1002/9781118771952

## AUTHOR BIOGRAPHY



ALEXANDER J. DONTRE is an adjunct professor in the Psychology and Social Sciences division and a doctoral student in the Organizational Leadership program at Franklin University. He received a Master of Science degree in Business Psychology from Franklin in 2017 in which he gave the graduate speaker address at the commencement ceremony. He also holds a Bachelor of Science double-major degree in Financial Management and Financial Planning which he received in 2016, also from Franklin. His current research interests include the effects of digital distraction on productivity and achievement, goal framing (i.e., behavioral economics applied to goal setting), and space psychology (i.e., the psychological implications of long-duration space travel). Beyond academia, he is the drummer for the comedy-metal band Psychostick since 2000 (and tour manager since 2017). He published his first book, *Dichotomies: Lessons from a College Life on Tour* in 2019.

**How to cite this article:** Dontre AJ. The influence of technology on academic distraction: A review. *Hum Behav & Emerg Tech.* 2021;3:379–390. https://doi.org/10.1002/hbe2.229