**Exhibit 87**

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

*PEOPLE OF THE STATE OF CALIFORNIA,*
*et al.,*
Plaintiffs,

v.

*META PLATFORMS, INC, Instagram, LLC, Meta*
*Payments, Inc., Meta Platforms Technologies, LLC.,*
*et al.,*
Defendants

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
4:23-cv-05448

MDL No. 3047

Case No. 4:23-cv-05448-YGR

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

## REBUTTAL TRIAL REPORT OF DR. LAUREN HALE, PHD
## JULY 30, 2025

CONFIDENTIAL

# Table of contents

I. Introduction .......................................................................................................................................... 3

    I.A. Summary of opinions ................................................................................................................ 3

    I.B. Qualifications and expertise .................................................................................................... 4

    I.C. Parties ....................................................................................................................................... 6

    I.D. Meta's alleged unfair and deceptive practices ........................................................................ 6

    I.E. Assignment and materials considered ..................................................................................... 7

II. Dr. Honaker understates the clinical significance of sleep loss for optimal functioning, especially during adolescence ..... 8

III. Dr. Honaker inappropriately dismisses studies of "screen use" ..................................................... 14

IV. Dr. Honaker's opinion that there is no causal relationship between social media use and sleep in adolescents is inconsistent with academic literature and expert consensus ................................................... 19

    IV.A. Academic literature demonstrates that screen use, smartphone use, and social media impair sleep health ........... 19

    IV.B. Dr. Honaker's opinion contradicts advice and recommendations from leading sleep and medical society statements ................................................................................................................................. 30

    IV.C. Dr. Honaker provides a very targeted and narrow pathway toward identifying causality that is not reflective of the prevailing science ............................................................................................... 34

    IV.D. Dr. Honaker's criticisms of the overall literature, systematic literature reviews, and individual studies are flawed ........................................................................................................................................ 36

Appendix A. Materials considered ...................................................................................................... A-1

Appendix B. Curriculum vitae of Lauren Hale, PhD ......................................................................... B-1

# List of figures

Figure 1: Media and IQR of daily duration of different app categories, ranked from longest to shortest duration ................. 15

Figure 2: Regular social media use among 11–13-year-old youth is associated with shorter sleep duration compared to those who are rare or never users ........................................................................................................................................... 17

Figure 3: Table from meta-analysis of presence of mobile devices in the bedroom being associated with shorter sleep duration ......................................................................................................................................................................... 28

Figure 4: High levels of 11–13-year-olds sleep with their phones in their room or in their hands/beds, and they have shorter sleep duration ...................................................................................................................................................... 29

Figure 5: Keeping bedrooms screen-free at night ........................................................................................................ 33

Figure 6: The Perfect Storm model ............................................................................................................................... 37

# I. Introduction

## I.A. Summary of opinions

(1) **Dr. Honaker understates the clinical significance of sleep loss for optimal functioning, especially during adolescence.** Dr. Honaker states that statistical significance of a change in sleep outcome may not be clinically meaningful, citing an example of a change of five minutes of sleep per night. But Dr. Honaker's example is both unrealistic and understates the importance of seemingly small changes in sleep: experimental intervention studies of smartphone and social media use find larger changes in sleep duration (e.g., ~20 minutes), and sleep experts recognize that even sleep extension of 10 minutes per night is beneficial to youth and should be encouraged. Although Dr. Honaker and I agree that insufficient sleep is problematic in adolescents, Dr. Honaker fails to recognize the extent to which seemingly small changes in sleep habits can contribute to or help remedy that problem.

(2) **Dr. Honaker inappropriately dismisses studies of "screen use."** Dr. Honaker evaluates studies of "screen use" and argues that they are not proper substitutes for "social media use" because screen use involves a range of activities. But Dr. Honaker fails to acknowledge that social media apps are the app category that accounts for the largest percentage of time spent on smartphones, such that even studies that focus on "overall screen time" are driven in large part by use of social media (e.g., Facebook, Instagram, TikTok, Snapchat, YouTube). Dr. Honaker also fails to incorporate the fact that interactive forms of screen use, such as social media use, have a stronger negative association with sleep health compared to more passive viewing. As a result, while studies about screen time are not a perfect substitute for studies of social media use, they are an *underestimate* of the association between social media use and sleep health.

(3) **Dr. Honaker's opinion that there is no causal relationship between social media use and sleep in adolescents is inconsistent with academic literature and expert consensus.** Dr. Honaker bases her conclusion on the absence of what she views as a perfect causal study, alongside limitations she describes in individual studies. However, Dr. Honaker's evaluation provides a very narrow reading of the limitations of the methodologies (e.g., measurement challenges, generalization of screen time vs. social media exclusively, age range of studies being out of scope), misrepresents several facts and studies she describes, and fails to address the overall weight of evidence at the larger scale. It is the nature of every academic article to comment on their own limitations in the final pages of the manuscript. No single research study has perfect measurement, study design, or generalizability, and the contributing scientists themselves recognize these limitations. This does not invalidate the findings of the study altogether. Scientific consensus is reached by considering the full body of evidence across numerous studies and study designs. And the full body of evidence, including

scientific literature as well as advice and recommendations from leading sleep and medical societies, confirms that screen use, smartphone use, and social media use impair sleep health. Dr. Honaker rejects this consensus by taking a very targeted and narrow pathway toward identifying causality that is so restricted that it seems impossible—a pathway that is inconsistent with the approach she has taken when drawing other causal conclusions or making public recommendations to parents.

## I.B. Qualifications and expertise

(4)   I am at least 18 years old and competent to testify.

(5)   My testimony and opinions expressed herein are based on over 20 years of experience as a public health and sleep researcher.

(6)   I have been a professor in the Department of Family, Population, and Preventive Medicine at the Renaissance School of Medicine at Stony Brook University since 2005, where I started as an Assistant Professor.[1] I received tenure and was promoted to Associate Professor in 2011 and was promoted to full Professor in 2017. I also serve as the Director of Faculty Development, the Director of the PhD Program in Population Health and Clinical Outcomes Research, and Core Faculty in the Stony Brook University Program in Public Health.

(7)   I received my AB from Harvard University in 1998 and my PhD from Princeton University in 2003. Following my PhD, I was a Post-doctoral Fellow at the RAND Corporation for two years.

(8)   Broadly speaking, my research seeks to describe and understand sleep epidemiology and sleep-related health outcomes (e.g., obesity, depression) across the lifespan using population-based data. I am the founding Editor-in-Chief of the academic journal *Sleep Health*, which was selected as the 2016 winner of the Best New Journal in Science, Technology, and Medicine by the Association of American Publishers for their annual PROSE awards. I have given invited keynote lectures at both the annual SLEEP meetings (June 2022) and the Pediatric Sleep Medicine meetings (November 2023) and will be giving another invited keynote lecture at the World Sleep Congress in Singapore (September 2025). I served on the Board of Directors of the National Sleep Foundation for 10 years (from 2013–2023), including as Vice Chair and Chair. In May 2024, I co-chaired a special National Institutes of Health (NIH) workshop on Sleep and Big Data.[2] As of July 30, 2025, I have coauthored 200 peer-reviewed publications, and I have a Google Citations h-index of 65[3] and over 20,000

---

[1]   In 2005, this Department was called Preventive Medicine before merging with Family Medicine and changing to the current name.

[2]   Baizer L, Bures R, Nadkarni G, et al. Big data approaches for novel mechanistic insights on sleep and circadian rhythms: A workshop summary. *Sleep*. Feb 13 2025;doi:10.1093/sleep/zsaf035.

[3]   The H-index is a measure of a researcher's productivity and impact, with the index reflecting the maximum *h* number of papers with at least *h* citations each (e.g., my index of 65 means that I have 65 papers with at least 65 citations). The

citations. According to **ScholarGPS**, in 2024, I was ranked the 5th most highly productive scholar globally in the field of sleep for the prior 5-year period.[4] I am currently or previously funded by NIH (including NICHD, NHLBI, NIDDK, NIA, NIEHS) and the Stephen and Pamela Della Pietra Family Foundation.

(9)    Related to my research specifically on digital media and sleep health, I joined the Scientific Advisory Board of the Children and Screens: Institute of Digital Media and Child Development in 2014 around the publication of my highly cited systematic literature review on screen use and sleep in youth in the journal *Sleep Medicine Reviews*.[5] I have continued to publish scientific articles on screens and sleep.[6] I am also co-editor of the 87-chapter Open Access Springer Publication entitled, "Handbook of Children and Screens: Digital Media, Development, and Well-Being from Birth through Adolescence" with Dr. Dimitri Christakis (Editor-in-Chief of *JAMA Pediatrics*), published this year,

---

developer of the H-index offers as a guideline that after 20 years of research, an h-index of 20 is good, 40 is outstanding, and 60 or more is considered exceptional. By comparison, Dr. Honaker's h-index is 15 and she has 30 peer-reviewed publications. To my knowledge, Dr. Honaker has no publications in peer-reviewed journals on the topic of screens and sleep.

4    ScholarGPS. Lauren Hale. Accessed July 28, 2025. https://scholargps.com/scholars/78576326556503/lauren-hale.

5    Hale L, Guan S. Screen time and sleep among school-aged children and adolescents: a systematic literature review. *Sleep Med Rev*. Jun 2015;21:50-8. doi:10.1016/j.smrv.2014.07.007.

6    Hale L, Guan S. Screen time and sleep among school-aged children and adolescents: a systematic literature review. *Sleep Med Rev*. Jun 2015;21:50-8. doi:10.1016/j.smrv.2014.07.007; Carter B, Rees P, Hale L, Bhattacharjee D, Paradkar MS. Association between portable screen-based media device access or use and sleep outcomes: A systematic review and meta-analysis. *JAMA Pediatr*. Dec 1 2016;170(12):1202-1208. doi:10.1001/jamapediatrics.2016.2341; Christakis D, Hale L, eds. *Handbook of Children and Screens: Digital Media, Development, and Well-being from Birth through Adolescence*. 2024. Springer, ed; Christakis DA, Hale L. Toward defining problematic media usage patterns in adolescents. *JAMA*. Jun 17 2025;333(23):2045-2046. doi:10.1001/jama.2025.6113; Hale L, Emanuele E, James S. Recent updates in the social and environmental determinants of sleep health. *Curr Sleep Rep*. Dec 2015;1(4):212-217. doi:10.1007/s40675-015-0023-y; Hale L, Kirschen GW, LeBourgeois MK, et al. Youth screen media habits and sleep: Sleep-friendly screen behavior recommendations for clinicians, educators, and parents. *Child Adolesc Psychiatr Clin N Am*. Apr 2018;27(2):229-245. doi:10.1016/j.chc.2017.11.014; Reichenberger DA, Hartstein LE, Mathew GM, Rodriguez IR, Dzierzewski JM, Hale L. Content contains multitudes - It's more than arousal before sleep. *Sleep Med Rev*. Aug 2024;76:101954. doi:10.1016/j.smrv.2024.101954; Reichenberger DA, Master L, Mathew GM, et al. Interactive screen-based activities predict worse actigraphic sleep health that night among adolescents. *J Adolesc Health*. Apr 2024;74(4):774-781. doi:10.1016/j.jadohealth.2023.10.027; Yland J, Guan S, Emanuele E, Hale L. Interactive vs passive screen time and nighttime sleep duration among school-aged children. *Sleep Health*. Sep 2015;1(3):191-196. doi:10.1016/j.sleh.2015.06.007; Williamson AA, Hale L. Future directions for screen time interventions for sleep. *JAMA Pediatr*. Dec 1 2024;178(12):1245-1247. doi:10.1001/jamapediatrics.2024.4009; Hale L, Dzierzewski JM. Screens and sleep health - It's almost bedtime, time to put your phone away. *JAMA Pediatr*. Oct 1 2024;178(10):963-964. doi:10.1001/jamapediatrics.2024.2757; Hale L, Hartstein LE, Ceranoglu TA. Social media and sleep health. *Pediatr Clin North Am*. Apr 2025;72(2):165-173. doi:10.1016/j.pcl.2024.07.032; Reichenberger DA, Mathew GM, Brombach RK, et al. Designing sleep disruption: The digital persuasion underlying screen use and sleep. *Sleep Med Rev*. Feb 2025;79:102026. doi:10.1016/j.smrv.2024.102026; Browne DT, May SS, Colucci L, et al. From screen time to the digital level of analysis: a scoping review of measures for digital media use in children and adolescents. *BMJ Open*. May 19 2021;11(5):e046367. doi:10.1136/bmjopen-2020-046367; Li X, Buxton OM, Lee S, Chang AM, Berger LM, Hale L. Sleep mediates the association between adolescent screen time and depressive symptoms. *Sleep Med*. May 2019;57:51-60. doi:10.1016/j.sleep.2019.01.029; LeBourgeois MK, Hale L, Chang AM, Akacem LD, Montgomery-Downs HE, Buxton OM. Digital media and sleep in childhood and adolescence. *Pediatrics*. Nov 2017;140(Suppl 2):S92-S96. doi:10.1542/peds.2016-1758J; Jones JJ, Kirschen GW, Kancharla S, Hale L. Association between late-night tweeting and next-day game performance among professional basketball players. *Sleep Health*. Feb 2019;5(1):68-71. doi:10.1016/j.sleh.2018.09.005.

---

which already (as of July 23, 2025), has been accessed over 2.45 million times.[7] This year I also co-authored a related viewpoint article in *JAMA* providing a provisional taxonomy for categorizing problematic media usage patterns.[8] I served as Chair of the National Sleep Foundation's 16-person international Consensus Panel on Screens and Sleep, which concluded in 2024. As part of this expert consensus panel process, my team reviewed over 500 articles on the topic, including 35 that were intervention/experimental designs.[9] I was also an invited speaker at both the National Academy of Sciences, Engineering, and Medicine 2023 workshop about social media and adolescent health and a related roundtable workshop organized by the Joint Research Center of the European Commission in September 2024.

(10)    Appendix B contains a copy of my current CV and a list of all publications I have authored in the last 10 years. I am being compensated at a rate of $600 per hour for my work on this matter. None of my compensation is contingent upon the outcome of this litigation.

## I.C. Parties

(11)    I understand that the plaintiffs in this lawsuit are a coalition of Attorneys General from 29 US states: Arizona, California, Colorado, Connecticut, Delaware, Hawai'i, Idaho, Illinois, Indiana, Kansas, Kentucky, Louisiana, Maine, Maryland, Minnesota, Nebraska, New Jersey, New York, North Carolina, Ohio, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Virginia, Washington, West Virginia and Wisconsin (collectively, "Plaintiffs").

(12)    I understand that the defendants in this lawsuit are Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies (collectively, "Meta").

## I.D. Meta's alleged unfair and deceptive practices

(13)    I understand that certain Plaintiffs allege that Meta has engaged in unfair and unconscionable acts and practices related to the health and safety of its young users on its social media platforms, including as related to sleep.[10]

---

7    Christakis D, Hale L, eds. *Handbook of Children and Screens: Digital Media, Development, and Well-being from Birth through Adolescence*. 2024. Springer, ed.

8    Christakis DA, Hale L. Toward defining problematic media usage patterns in adolescents. *JAMA*. Jun 17 2025;333(23):2045-2046. doi:10.1001/jama.2025.6113.

9    Hartstein LE, Mathew GM, Reichenberger DA, et al. The impact of screen use on sleep health across the lifespan: A National Sleep Foundation consensus statement. *Sleep Health*. 2024; 10(4):373-384.

10    Amended Complaint for Injunctive and Other Relief. *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (N.D. Cal. No. 4:23-cv-05448-YGR) (June 9, 2025) (redacted) (hereinafter "Complaint"), ¶ 847.

(14)   I also understand that certain Plaintiffs allege that Meta has engaged in deceptive acts and practices regarding its social media platforms.[11]

(15)   Specifically with respect to sleep, I understand that Plaintiffs allege that Meta's acts and practices have led to poorer sleep patterns and quality, particularly among young users, contributing to mental health issues such as depression and anxiety, and impairing physical health.[12]

## I.E. Assignment and materials considered

(16)   On July 9, 2025, Dr. Sarah Morsbach Honaker, PhD submitted a report in this matter opining that "there is no reliable evidence" that "social media use is causally connected to sleep problems in adolescents" and criticizing studies that "have attempted to assess the relationship between sleep and screen time and/or social media."[13] On July 17, 2025, I was retained by Plaintiffs and asked to reply to Dr. Honaker's report. My opinions regarding Dr. Honaker's report and the bases for those opinions are set forth in this report.

(17)   In the interest of transparency, I have known Dr. Honaker personally for at least 3 years. I learned of her interest in screens and sleep during the World Sleep Congress in Rome in Spring 2022 and attended her presentation in which she discussed bedtime media use as a measure of problematic sleep health and endorsed recommendations regarding media restriction at bedtime. We have many overlapping colleagues and a shared interest in high-quality sleep health research that benefits the public. She joined the journal I founded in 2014, Sleep Health, as an Associate Editor, but after my time as the Editor-in-Chief, which ended in 2020. My comments below are critical of her opinions on screens and sleep, but not on her as a person or colleague.

(18)   In reaching my opinions in this matter, I have relied on my academic training, research, and experience as well as a variety of publicly available materials, including scientific literature. A list of materials that I considered is identified in Appendix A. In preparing this report, I was assisted by staff from the consulting firm Bates White. While engaged in this matter, I directed the activities of the team, made all final decisions, and prepared this report.

(19)   I reserve the right to update my opinions if and when additional materials become available during the course of this litigation. If I am called upon to testify at hearing or trial, I also reserve the right to employ demonstrative exhibits summarizing facts or opinions disclosed in this report or new information that subsequently becomes available.

---

[11]   Complaint, ¶ 846.

[12]   Complaint, ¶¶ 314–317, 326–326, 511–512, 515–516, 540–543, 547.

[13]   Expert Report of Dr. Sarah Morsbach Honaker, PhD, HSPP, DBSM and Rebuttal to All State Attorney Generals' Experts, July 9, 2025 (hereinafter "Honaker Report"), ¶¶ 8–9.

# II. Dr. Honaker understates the clinical significance of sleep loss for optimal functioning, especially during adolescence

(20)    Dr. Honaker raises the point that statistical significance of a change in sleep outcome may not be clinically meaningful.[14] She creates a hypothetical example in which a teen extends their sleep by 5 minutes by removing screens from the bedroom. She goes on to say that "even if this [5-minute sleep extension] is statistically significant, it may not be clinically meaningful. That is, a teen may not perceive any benefit to this additional 5 minutes of sleep per night."[15] First, this hypothetical example is unrealistic since experimental studies that remove smartphones before bed consistently report substantially longer sleep extension, along with other benefits, for teenagers. Indeed, three experimental intervention studies in which teens were restricted from using their phones before bed (described in more detail below in paragraph (49)) reported that the participants' average sleep duration was extended by 19 and 21minutes.[16]

(21)    Second, I disagree that the teen must perceive a benefit from the sleep extension (in Dr. Honaker's hypothetical example) in order for a change to be considered clinically meaningful. Dr. Honaker states that "[t]he extent to which an effect is clinically meaningful is subjective…"[17] While insomnia symptoms may be a subjective experience in which the perception of the patient must change to identify improvement, the same cannot be said of externally measurable outcomes that have a proven benefit for physical health, mental health, and cognitive performance. We do not rely on teenagers to report their perception of nutritional benefit after they eat brussels sprouts or broccoli. Instead, we rely on input from nutritional science regarding the longer-term nutritional gains of eating vegetables. Similarly, we do not ask teenagers if they feel safer when they wear a seatbelt. Rather, we refer to the expansive scientific literature on health and safety behaviors.

(22)    Dr. Honaker's comment on clinical significance is at odds with recommendations in the field that a habitual sleep extension of 10 minutes per night is beneficial to youth and should be encouraged. I provide two examples from meta-analyses of randomized clinical trials. The first meta-analysis investigates the sleep extension benefit of non-pharmacologic sleep health interventions across 45 trials including 13,539 youth.[18] This study found that sleep interventions caused an increase in sleep

---

[14]    Honaker Report, ¶ 66.

[15]    Honaker Report, ¶ 66.

[16]    Bartel K, Scheeren R, Gradisar M. Altering adolescents' pre-bedtime phone use to achieve better sleep health. *Health Commun*. Apr 2019;34(4):456-462. doi:10.1080/10410236.2017.1422099; Perrault AA, Bayer L, Peuvrier M, et al. Reducing the use of screen electronic devices in the evening is associated with improved sleep and daytime vigilance in adolescents. *Sleep*. Sep 6 2019;42(9)doi:10.1093/sleep/zsz125.

[17]    Honaker Report, ¶ 66.

[18]    Magee L, Goldsmith LP, Chaudhry UAR, et al. Nonpharmacological interventions to lengthen sleep duration in healthy children: A systematic review and meta-analysis. *JAMA Pediatr*. Nov 1 2022;176(11):1084-1097. doi:10.1001/jamapediatrics.2022.3172.

---

duration of 10.5 minutes per night.[19] The other meta-analysis evaluated the widely accepted gold-standard treatment for insomnia, cognitive behavioral therapy for insomnia (CBT-I), in a pediatric population across 6 randomized controlled trials (n=528). Here, the benefits of CBT-I amount to approximately 11 minutes of additional sleep per night.[20] These findings provide evidence supporting both non-pharmacologic sleep interventions and CBT-I in improving sleep health and overall wellbeing. In particular, the authors of the first study concluded: "[b]ased on best available evidence to date, earlier bedtimes offer a simple, pragmatic strategy to *meaningfully* increase sleep duration."[21] In other words, a 10-minute extension in sleep is considered meaningful.

(23)    Further, in a meta-review of 39 systematic reviews, which included experimental data, longer sleep duration was consistently associated with reduced adiposity (i.e., body fat) and better emotional-behavioral functioning.[22] Evidence from the school start time literature shows that average differences of 10–20 minutes of sleep per night are associated with adverse academic, cognitive, and motor vehicle crash outcomes among teens.[23] These findings support the fact that even smaller incremental extensions in sleep will see benefits for youth overall wellbeing.

(24)    **Experimental sleep restriction research also shows that extending sleep by 13 minutes benefits cognitive functioning and reduces depression.[24]** An experimental study of 55 teens (average age 15.4 years, 86% girls), instructed half of the participants to employ sleep hygiene strategies, including limiting use of social media for one hour before bedtime, and a gradual advancement of bedtime over two weeks (5 minutes earlier per night) relative to their baseline week. Compared to controls, those in the intervention group had earlier bedtimes, longer actigraphy-assessed sleep duration by an average of 13 minutes, and statistically significant improvements in cognitive testing, especially visuospatial

---

[19]   Magee L, Goldsmith LP, Chaudhry UAR, et al. Nonpharmacological interventions to lengthen sleep duration in healthy children: A systematic review and meta-analysis. *JAMA Pediatr*. Nov 1 2022;176(11):1084-1097. doi:10.1001/jamapediatrics.2022.3172.

[20]   Aslund L, Arnberg F, Kanstrup M, Lekander M. Cognitive and Behavioral Interventions to Improve Sleep in School-Age Children and Adolescents: A Systematic Review and Meta-Analysis. *J Clin Sleep Med*. Nov 15 2018;14(11):1937-1947. doi:10.5664/jcsm.7498.

[21]   Magee L, Goldsmith LP, Chaudhry UAR, et al. Nonpharmacological interventions to lengthen sleep duration in healthy children: A systematic review and meta-analysis. *JAMA Pediatr*. Nov 1 2022;176(11):1084-1097. doi:10.1001/jamapediatrics.2022.3172 (emphasis added).

[22]   Matricciani L, Paquet C, Galland B, Short M, Olds T. Children's sleep and health: A meta-review. *Sleep Med Rev*. Aug 2019;46:136-150. doi:10.1016/j.smrv.2019.04.011.

[23]   Wheaton AG, Chapman DP, Croft JB. School Start Times, Sleep, Behavioral, Health, and Academic Outcomes: A Review of the Literature. *J Sch Health*. May 2016;86(5):363-81. doi:10.1111/josh.12388; Bowers JM, Moyer A. Effects of school start time on students' sleep duration, daytime sleepiness, and attendance: a meta-analysis. *Sleep Health*. Dec 2017;3(6):423-431. doi:10.1016/j.sleh.2017.08.004; Danner F, Phillips B. Adolescent sleep, school start times, and teen motor vehicle crashes. *J Clin Sleep Med*. Dec 15 2008;4(6):533-5; Ziporyn TD, Owens JA, Wahlstrom KL, et al. Adolescent sleep health and school start times: Setting the research agenda for California and beyond. A research summit summary. *Sleep Health*. Feb 2022;8(1):11-22. doi:10.1016/j.sleh.2021.10.008.

[24]   Dewald-Kaufmann JF, Oort FJ, Meijer AM. The effects of sleep extension on sleep and cognitive performance in adolescents with chronic sleep reduction: an experimental study. *Sleep Med*. Jun 2013;14(6):510-7. doi:10.1016/j.sleep.2013.01.012.

---

processing.[25] They also found that the intervention group had decreased depressive symptoms after the intervention, compared to the control group which did not.[26]

(25)     Experimental improvements in sleep quality also demonstrate reductions in anxiety. In another experimental study, approximately half of enrolled adolescents (total n=123) were exposed to a multicomponent sleep intervention for 7 weeks, with one 90-minute-long group session per week. Compared to the control group, those who received the sleep intervention saw improvements in subjectively measured sleep quality, daytime sleepiness, and sleep onset latency (also measured through actigraphy), in addition to decreases in anxiety symptoms (using the Spence Children's Anxiety Scale).[27] I include these studies to demonstrate that there is causal evidence of the benefits of sleep interventions, including restricting social media before, during, and after bedtime, for a range of cognitive and mental health outcomes.

(26)     More generally, Dr. Honaker and I appear to agree that insufficient sleep is both prevalent and problematic among adolescents.[28] However, Dr. Honaker offers only a limited explanation of clinical significance of sleep deficiency and non-restorative sleep during adolescence, despite clinical significance being one of her six methodological considerations for evaluating causation.[29] To orient my response to Dr. Honaker's evaluation, it is worth briefly summarizing the extensive literature on the clinical significance of sleep.

(27)     **Regular sufficient restorative sleep is critical for cognitive, psychological, and physical wellbeing**. The scientific literature describes wide-ranging benefits of sleep health, which includes multiple dimensions such as duration, quality, timing, and regularity.[30] Experimental studies of sleep consistently demonstrate numerous benefits of adequate sleep relative to inadequate sleep across myriad measures of wellbeing. For example, sleep deprivation/sleep restriction causes short-term harm to accuracy and speed of task performance, decision making, mood, and physiological wellbeing.[31] Sleep extension studies show that even "normal" sleepers can benefit when sleep is

---

[25]     Dewald-Kaufmann JF, Oort FJ, Meijer AM. The effects of sleep extension on sleep and cognitive performance in adolescents with chronic sleep reduction: an experimental study. *Sleep Med*. Jun 2013;14(6):510-7. doi:10.1016/j.sleep.2013.01.012.

[26]     Dewald-Kaufmann JF, Oort FJ, Meijer AM. The effects of sleep extension and sleep hygiene advice on sleep and depressive symptoms in adolescents: a randomized controlled trial. *J Child Psychol Psychiatry*. Mar 2014;55(3):273-83. doi:10.1111/jcpp.12157.

[27]     Blake M, Waloszek JM, Schwartz O, et al. The SENSE study: Post intervention effects of a randomized controlled trial of a cognitive-behavioral and mindfulness-based group sleep improvement intervention among at-risk adolescents. *J Consult Clin Psychol*. Dec 2016;84(12):1039-1051. doi:10.1037/ccp0000142.

[28]     Honaker Report, ¶¶ 39–41.

[29]     Honaker Report, ¶ 69.

[30]     Czeisler CA. Duration, timing and quality of sleep are each vital for health, performance and safety. *Sleep Health*. Mar 2015;1(1):5-8. doi:10.1016/j.sleh.2014.12.008; Chaput JP, Dutil C, Featherstone R, et al. Sleep timing, sleep consistency, and health in adults: a systematic review. *Appl Physiol Nutr Metab*. Oct 2020;45(10 (Suppl. 2)):S232-S247. doi:10.1139/apnm-2020-0032.

[31]     Ratcliff R, Van Dongen HP. Diffusion model for one-choice reaction-time tasks and the cognitive effects of sleep

extended to fully meet "need," with improvements in mental health,[32] task performance,[33] food desire,[34] and metabolism.[35] A 2021 meta-analysis of 65 randomized controlled trials (n=8,608 participants) demonstrated that improving sleep caused better mental health, less depression, less anxiety, less rumination, less stress, and fewer psychosis symptoms.[36]

(28)    **Sleep health among youth, including both sleep duration and sleep timing, is particularly important for cognitive and emotional outcomes.** Among children and adolescents, hundreds of studies indicate the essential role of healthy sleep duration for cognition and emotional wellbeing.[37] In

deprivation. *Proc Natl Acad Sci U S A*. Jul 5 2011;108(27):11285-90. doi:10.1073/pnas.1100483108; Whitney P, Hinson JM, Jackson ML, Van Dongen HP. Feedback Blunting: Total Sleep Deprivation Impairs Decision Making that Requires Updating Based on Feedback. *Sleep*. May 1 2015;38(5):745-54. doi:10.5665/sleep.4668; Rossa KR, Smith SS, Allan AC, Sullivan KA. The effects of sleep restriction on executive inhibitory control and affect in young adults. *J Adolesc Health*. Aug 2014;55(2):287-92. doi:10.1016/j.jadohealth.2013.12.034; Ferrara M, Bottasso A, Tempesta D, Carrieri M, De Gennaro L, Ponti G. Gender differences in sleep deprivation effects on risk and inequality aversion: evidence from an economic experiment. *PLoS One*. 2015;10(3):e0120029. doi:10.1371/journal.pone.0120029; Van Dongen HP, Maislin G, Mullington JM, Dinges DF. The cumulative cost of additional wakefulness: dose-response effects on neurobehavioral functions and sleep physiology from chronic sleep restriction and total sleep deprivation. *Sleep*. Mar 15 2003;26(2):117-26; McMakin DL, Dahl RE, Buysse DJ, et al. The impact of experimental sleep restriction on affective functioning in social and nonsocial contexts among adolescents. J Child Psychol Psychiatry. Sep 2016;57(9):1027-37. doi:10.1111/jcpp.12568; Minkel JD, Banks S, Htaik O, et al. Sleep deprivation and stressors: evidence for elevated negative affect in response to mild stressors when sleep deprived. *Emotion*. Oct 2012;12(5):1015-20. doi:10.1037/a0026871; Yoo SS, Hu PT, Gujar N, Jolesz FA, Walker MP. A deficit in the ability to form new human memories without sleep. *Nat Neurosci*. Mar 2007;10(3):385-92. doi:10.1038/nn1851; Gujar N, Yoo SS, Hu P, Walker MP. Sleep deprivation amplifies reactivity of brain reward networks, biasing the appraisal of positive emotional experiences. *J Neurosci*. Mar 23 2011;31(12):4466-74. doi:10.1523/JNEUROSCI.3220-10.2011; Gruber R, Cassoff J, Frenette S, Wiebe S, Carrier J. Impact of sleep extension and restriction on children's emotional lability and impulsivity. Pediatrics. Nov 2012;130(5):e1155-61. doi:10.1542/peds.2012-0564; Vohs KD, Glass BD, Maddox WT, Markman AB. Ego depletion is not just fatigue: Evidence from a total sleep deprivation experiment. *Social Psychological and Personality Science*. 2010;2(2):166-173; Greer SM, Goldstein AN, Walker MP. The impact of sleep deprivation on food desire in the human brain. *Nat Commun*. 2013;4:2259. doi:10.1038/ncomms3259; Spiegel K, Tasali E, Penev P, Van Cauter E. Brief communication: Sleep curtailment in healthy young men is associated with decreased leptin levels, elevated ghrelin levels, and increased hunger and appetite. *Ann Intern Med*. Dec 7 2004;141(11):846-50; Buxton OM, Pavlova M, Reid EW, Wang W, Simonson DC, Adler GK. Sleep restriction for 1 week reduces insulin sensitivity in healthy men. *Diabetes*. Sep 2010;59(9):2126-33. doi:10.2337/db09-0699; van Leeuwen WM, Lehto M, Karisola P, et al. Sleep restriction increases the risk of developing cardiovascular diseases by augmenting proinflammatory responses through IL-17 and CRP. *PLoS One*. 2009;4(2):e4589. doi:10.1371/journal.pone.0004589.

32    Dewald-Kaufmann JF, Oort FJ, Meijer AM. The effects of sleep extension and sleep hygiene advice on sleep and depressive symptoms in adolescents: a randomized controlled trial. *J Child Psychol Psychiatry*. Mar 2014;55(3):273-83. doi:10.1111/jcpp.12157; Gruber R, Cassoff J, Frenette S, Wiebe S, Carrier J. Impact of sleep extension and restriction on children's emotional lability and impulsivity. *Pediatrics*. Nov 2012;130(5):e1155-61. doi:10.1542/peds.2012-0564; Scott AJ, Webb TL, Martyn-St James M, Rowse G, Weich S. Improving sleep quality leads to better mental health: A meta-analysis of randomised controlled trials. *Sleep Med Rev*. Dec 2021;60:101556. doi:10.1016/j.smrv.2021.101556.

33    Kamdar BB, Kaplan KA, Kezirian EJ, Dement WC. The impact of extended sleep on daytime alertness, vigilance, and mood. *Sleep Med*. Sep 2004;5(5):441-8. doi:10.1016/j.sleep.2004.05.003.

34    Tasali E, Chapotot F, Wroblewski K, Schoeller D. The effects of extended bedtimes on sleep duration and food desire in overweight young adults: a home-based intervention. *Appetite*. Sep 2014;80:220-4. doi:10.1016/j.appet.2014.05.021.

35    Leproult R, Deliens G, Gilson M, Peigneux P. Beneficial impact of sleep extension on fasting insulin sensitivity in adults with habitual sleep restriction. *Sleep*. May 1 2015;38(5):707-15. doi:10.5665/sleep.4660.

36    Scott AJ, Webb TL, Martyn-St James M, Rowse G, Weich S. Improving sleep quality leads to better mental health: A meta-analysis of randomised controlled trials. *Sleep Med Rev*. Dec 2021;60:101556. doi:10.1016/j.smrv.2021.101556.

37    Tarokh L, Saletin JM, Carskadon MA. Sleep in adolescence: Physiology, cognition and mental health. *Neurosci Biobehav Rev*. Nov 2016;70:182-188. doi:10.1016/j.neubiorev.2016.08.008; Short MA, Booth SA, Omar O, Ostlundh L,

addition, according to a recent systematic review of over 200,000 youth across 46 studies, later sleep timing (measured by the midpoint of the main sleep period, usually due to later bedtimes) is associated with poorer emotional regulation, lower cognitive function/academic achievement, shorter sleep duration/poorer sleep quality, poorer eating behaviors, lower physical activity levels, and more sedentary behaviors.[38]

(29)    **Dr. Honaker and I both accept the scientific consensus regarding the recommended sleep duration for youth and teenagers.**[39] The American Academy of Sleep Medicine expert consensus panels indicate that adults should get 7–9 hours of sleep per night,[40] teenagers (13–18 year olds) should get 8–10 hours per night, and school-aged children (6–12 year olds) should get 9–12 hours per night.[41] The National Sleep Foundation conducted their own expert consensus panel and have similar results.[42] These recommendations are based on decades of adult and pediatric sleep research informed by both epidemiological and experimental studies. Dr. Honaker goes on to highlight that "subsequent experimental studies suggest that 9-to-9.25 hours of sleep may be optimal for cognition, attention, and emotion regulation in adolescents,"[43] implying that the expert consensus that teens need a minimum of 8 hours per night may actually be too low.

(30)    **Further, we both acknowledge that the majority of 10–18 year olds are not getting the minimum consensus recommendation for sleep duration.**[44] National data on tween and teenager sleep duration indicate that fewer than half of youth in these age groups are meeting their age-specific recommended sleep duration amounts.[45] For comparison, national estimates on adults indicate that around one-third of adults are not meeting their recommended sleep duration.[46] Ensuring an

---

Arora T. The relationship between sleep duration and mood in adolescents: A systematic review and meta-analysis. *Sleep Med Rev*. Aug 2020;52:101311. doi:10.1016/j.smrv.2020.101311; Short MA, Blunden S, Rigney G, et al. Cognition and objectively measured sleep duration in children: a systematic review and meta-analysis. *Sleep Health*. Jun 2018;4(3):292-300. doi:10.1016/j.sleh.2018.02.004.

[38]    Dutil C, Podinic I, Sadler CM, et al. Sleep timing and health indicators in children and adolescents: a systematic review. *Health Promot Chronic Dis Prev Can*. Apr 2022;42(4):150-169. doi:10.24095/hpcdp.42.4.04.

[39]    Honaker Report, ¶ 36.

[40]    Watson NF, Badr MS, Belenky G, et al. Recommended Amount of Sleep for a Healthy Adult: A Joint Consensus Statement of the American Academy of Sleep Medicine and Sleep Research Society. *Sleep*. Jun 1 2015;38(6):843-4. doi:10.5665/sleep.4716.

[41]    Paruthi S, Brooks LJ, D'Ambrosio C, et al. Pediatric Sleep Duration Consensus Statement: A Step Forward. *J Clin Sleep Med*. Dec 15 2016;12(12):1705-1706. doi:10.5664/jcsm.6368.

[42]    Hirshkowitz M, Whiton K, Albert SM, et al. National Sleep Foundation's updated sleep duration recommendations: final report. *Sleep Health*. Dec 2015;1(4):233-243. doi:10.1016/j.sleh.2015.10.004.

[43]    Honaker Report, ¶ 36.

[44]    Honaker Report, ¶ 39.

[45]    Palmer CA. Tired Teens: Sleep Disturbances and Heightened Vulnerability for Mental Health Difficulties. *J Adolesc Health*. May 2020;66(5):520-521. doi:10.1016/j.jadohealth.2020.01.023; Wheaton AG, Jones SE, Cooper AC, Croft JB. Short Sleep Duration Among Middle School and High School Students - United States, 2015. *MMWR Morb Mortal Wkly Rep*. Jan 26 2018;67(3):85-90. doi:10.15585/mmwr.mm6703a1.

[46]    Pankowska MM, Lu H, Wheaton AG, et al. Prevalence and Geographic Patterns of Self-Reported Short Sleep Duration Among US Adults, 2020. *Prev Chronic Dis*. Jun 29 2023;20:E53. doi:10.5888/pcd20.220400.

---

Rebuttal Trial Report of Lauren Hale, PhD

environment and promoting individual sleep health behaviors (e.g., restricting smartphone and social media use in bed) that supports age-specific sleep needs is critical to protecting overall health and wellbeing.

# III. Dr. Honaker inappropriately dismisses studies of "screen use"

(31)    Dr. Honaker argues that "[s]tudies of screen use generally are not proxies (i.e., proper substitutes) for studies of social media use" because screen use involves a range of activities beyond social media.[47] Recent studies that directly tracked smartphone activity on US participants' phones found that the majority of smartphone use activity for teenagers is in fact social media (e.g., Facebook, Instagram, TikTok, Snapchat, YouTube).[48] If anything, the studies indicate that the interactive nature of social media use is associated with worse sleep health than more passive uses of screens, such as streaming videos or listening to music.[49] Based on these findings, while studies about screen time are not a perfect substitute for studies of social media use, they are likely an underestimate of the association between social media use and sleep health.

(32)    Two recent objective studies examining smartphone data in the US nationwide show that, on average, teens (age 13–18 years old) are on their smartphones for approximately 5 hours per day.[50] Approximately, the top 15% of heaviest users are on their smartphones for approximately 9 or more hours per day.[51] These numbers underestimate total screen use, since adolescents are on a range of different devices, not only their smartphones, across the day.[52] In general, social media platforms (including Meta) have not been transparent about duration and timing of their social media use, so researchers have had to rely on smaller scale studies.

(33)    Objectively measured smartphone data from 2023 show that social media apps, including Meta's platforms, are the most frequently used apps for the sample of 11–17 year olds.[53] Social media (e.g.,

---

[47]    Honaker Report, ¶ 57.

[48]    Christakis D, Mathew GM, Reichenberger DA, Rodriguez IR, Ren B, Hale L. Adolescent Smartphone Use during School Hours. *JAMA Pediatrics*. 2025; Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. Constant Companion: A week in the life of a young person's smartphone use. *Common Sense Media*. 2023.

[49]    Reichenberger DA, Master L, Mathew GM, et al. Interactive screen-based activities predict worse actigraphic sleep health that night among adolescents. *J Adolesc Health*. Apr 2024;74(4):774-781. doi:10.1016/j.jadohealth.2023.10.027; Bartel KA, Gradisar M, Williamson P. Protective and risk factors for adolescent sleep: a meta-analytic review. *Sleep Med Rev*. Jun 2015;21:72-85. doi:10.1016/j.smrv.2014.08.002; Lund L, Solvhoj IN, Danielsen D, Andersen S. Electronic media use and sleep in children and adolescents in western countries: a systematic review. *BMC Public Health*. Sep 30 2021;21(1):1598. doi:10.1186/s12889-021-11640-9; Brautsch LA, Lund L, Andersen MM, Jennum PJ, Folker AP, Andersen S. Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep Med Rev*. Apr 2023;68:101742. doi:10.1016/j.smrv.2022.101742.

[50]    Christakis D, Mathew GM, Reichenberger DA, Rodriguez IR, Ren B, Hale L. Adolescent Smartphone Use during School Hours. *JAMA Pediatrics*. 2025; Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. Constant Companion: A week in the life of a young person's smartphone use. *Common Sense Media*. 2023.

[51]    Christakis DA, Hale L. Toward defining problematic media usage patterns in adolescents. *JAMA*. Jun 17 2025;333(23):2045-2046. doi:10.1001/jama.2025.6113; Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. Constant Companion: A week in the life of a young person's smartphone use. *Common Sense Media*. 2023.

[52]    Media CS. The Common Sense Census: Media use by tweens and teens. 2019. https://www.commonsensemedia.org/research/the-common-sense-census-media-use-by-tweens-and-teens-2019.

[53]    Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. Constant Companion: A week in the life of a young person's smartphone use. *Common Sense Media*. 2023.

Facebook, Instagram, TikTok, Snapchat, YouTube) made up 61% of time spent on smartphones.[54] Given these high levels of social media use among young adolescents, it is reasonable to assume that even studies that focus on "overall screen time" are driven in large part by use of social media.

**Figure 1: Media and IQR of daily duration of different app categories, ranked from longest to shortest duration**



FIGURE 14. Median and IQR* of daily duration of different app categories**, ranked from longest to shortest duration

*Median is the value that 50% of the users are under and 50% are over. IQR is the Interquartile Range, which is the middle 50% of users, with 25% of users under the first value and 25% of users over the second value. Bar shows the median value; black line shows IQR.

**Includes only participants who used that category of apps.

Source: Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. Constant Companion: A week in the life of a young person's smartphone use. *Common Sense Media*. 2023.

---

[54]    Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. Constant Companion: A week in the life of a young person's smartphone use. *Common Sense Media*. 2023 ("When considered as a proportion of a participant's overall smartphone usage, social media (42%), YouTube (19%), and gaming (11%) apps took up the largest percentage of time per day, among participants who used those apps.").

Rebuttal Trial Report of Lauren Hale, PhD

(34)     Dr. Honaker's critique also fails to incorporate the fact that interactive forms of screen use, such as social media use, have a stronger negative association with sleep health compared to more passive viewing. Compared to more passive forms of screen time (e.g., television watching), the scientific literature consistently shows that more interactive forms of screen use (e.g., specifically social media use) have a larger association with later sleep onset.[55] The stronger link between social media use and sleep than other forms of screen time may be due to both the physical interactivity with the screen (e.g., needing to use one's finger to keep the screen active, with continuous scrolling), the fact that social media is often done in bed (e.g., compared to gaming), and the interactive aspects of social media. Design features (e.g., notifications, infinite scroll, autoplay, ephemeral content, and tailored algorithms) of social media platforms such as Facebook and Instagram that facilitate this prolonged interaction interfere with sleep.[56] This evidence is supported by a recent high quality study in which the association between screen use and sleep was measured objectively within the same individual night after night (n=79, in 11-15 year-olds). The study found that within person, nights with more interactive screen use were the most strongly associated with delayed sleep onset and shorter sleep duration.[57] Further a recent survey of 1,510 11–13 year-olds shows Further, a recent survey of 1,510 11–13 year-olds showing that regular use of social media is more strongly associated with poorer weekday sleep duration outcomes than other forms of screen use.[58] In that study, survey participants who regularly use social media sleep about half an hour less per night than those who do not. Yet, there are fewer differences in sleep duration between survey participants who do and do not use other forms of digital media (e.g., streaming and gaming).

---

[55]   Bartel KA, Gradisar M, Williamson P. Protective and risk factors for adolescent sleep: a meta-analytic review. *Sleep Med Rev*. Jun 2015;21:72-85. doi:10.1016/j.smrv.2014.08.002; Lund L, Solvhoj IN, Danielsen D, Andersen S. Electronic media use and sleep in children and adolescents in western countries: a systematic review. *BMC Public Health*. Sep 30 2021;21(1):1598. doi:10.1186/s12889-021-11640-9; Brautsch LA, Lund L, Andersen MM, Jennum PJ, Folker AP, Andersen S. Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep Med Rev*. Apr 2023;68:101742. doi:10.1016/j.smrv.2022.101742. Brosnan B, Haszard JJ, Meredith-Jones KA, Wickham SR, Galland BC, Taylor RW. Screen use at bedtime and sleep duration and quality among youths. *JAMA Pediatr*. Nov 1 2024;178(11):1147-1154.

[56]   Reichenberger DA, Mathew GM, Brombach RK, et al. Designing sleep disruption: The digital persuasion underlying screen use and sleep. *Sleep Med Rev*. Feb 2025;79:102026. doi:10.1016/j.smrv.2024.102026.

[57]   Brosnan B, Haszard JJ, Meredith-Jones KA, Wickham SR, Galland BC, Taylor RW. Screen use at bedtime and sleep duration and quality among youths. *JAMA Pediatr*. Nov 1 2024;178(11):1147-1154.

[58]   Martin JD, Song SW, Rote WR, et al. The Life in Media Survey: A baseline study of digital media use and well-being among 11- 13-year-olds. Accessed July 29, 2025. lifemediasurvey.org.

---

**Figure 2: Regular social media use among 11–13-year-old youth is associated with shorter sleep duration compared to those who are rare or never users**



Source: Martin JD, Song SW, Rote WR, et al. The Life in Media Survey: A baseline study of digital media use and well-being among 11-13 year-olds. Accessed July 29, 2025. lifemediasurvey.org.

(35) Recent systematic reviews also make the point that, across various individual studies, patterns emerge, showing that more interactive media use (e.g., social media) is worse for sleep health compared to the associations with more passive media use (e.g., television watching).[59] Brautsch et al. highlights multiple reasons why interactive use of smartphones at night may be more disruptive for sleep, including (1) holding the device closer to the face with risk of blue light exposure, (2) the ability to bring the social media platform on the smartphone into the bed, (3) smartphones often being placed near the bed (or in the bed) where vibrations from notifications can disrupt sleep onset or sleep directly, and (4) "[t]he nighttime use of smartphones and social media may be particularly likely to influence sleep, as young people who are exchanging messages right before bed may find it difficult

---

[59] Lund L, Solvhoj IN, Danielsen D, Andersen S. Electronic media use and sleep in children and adolescents in western countries: a systematic review. *BMC Public Health*. Sep 30 2021;21(1):1598. doi:10.1186/s12889-021-11640-9; Brautsch LA, Lund L, Andersen MM, Jennum PJ, Folker AP, Andersen S. Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep Med Rev*. Apr 2023;68:101742. doi:10.1016/j.smrv.2022.101742.

Rebuttal Trial Report of Lauren Hale, PhD

to disengage from these conversations for sleep, or content in social media can be psychologically stimulating inducing hyperarousal reactions."[60]

(36)    In sum, while Dr. Honaker is correct that studies about screen time are not a perfect substitute for studies of social media use, she is wrong to dismiss their value in evaluating social media use. If anything, the studies assessing overall screen time are almost certainly an underestimate of the association between social media use and sleep health.

---

[60]    Brautsch LA, Lund L, Andersen MM, Jennum PJ, Folker AP, Andersen S. Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep Med Rev*. Apr 2023;68:101742. doi:10.1016/j.smrv.2022.101742.

# IV. Dr. Honaker's opinion that there is no causal relationship between social media use and sleep in adolescents is inconsistent with academic literature and expert consensus

(37)    Dr. Honaker "conclude[s] to a reasonable degree of scientific certainty that the evidence does not support the existence of a causal relationship between social media use and sleep in adolescents."[61] Dr. Honaker bases her conclusion on the absence of what she views as a perfect study, alongside limitations she describes in a number of individual studies.[62] However, Dr. Honaker's evaluation provides a very narrow reading of the limitations of the methodologies (e.g., study design, measurement challenges, generalization of screen time vs. social media exclusively, age range of studies being out of scope), misrepresents several facts and studies she describes, and fails to address the overall weight of evidence at the larger scale. It is the nature of every academic article to comment on their own limitations in the final pages of the manuscript. No single research study has perfect measurement, study design, or generalizability, and the contributing scientists themselves recognize these limitations. This does not invalidate the findings of the study altogether. Scientific consensus is reached by considering the full body of evidence across numerous studies and study designs.

(38)    In the remainder of this section, I:

- Describe the overall weight of academic evidence that screen use, smartphone use, and social media impair sleep health (Section IV.A);

- Explain that Dr. Honaker's opinion contradicts advice and recommendations from leading society statements (Section IV.B);

- Explain that Dr. Honaker's approach to evaluating causation is flawed (Section IV.C); and

- Address Dr. Honaker's criticisms of individual studies (Section IV.D).

## IV.A. Academic literature demonstrates that screen use, smartphone use, and social media impair sleep health

(39)    **A recent international expert consensus panel convened by the National Sleep Foundation in 2023 agreed that screen use impairs sleep health in children and adolescents.** Experts were identified by the Population Health and Methodology Committee (chaired by Professor Michael

---

[61]    Honaker Report, ¶ 133.

[62]    Honaker Report, ¶ 133.

Vitiello, PhD, who served for many years as the Editor-in-Chief of the leading sleep review journal, *Sleep Medicine Reviews*). The Committee appointed me as Chair of the Expert Consensus Panel for 2023–2024. All experts who were invited to join the panel agreed to participate.[63] The panel included a diversity of sleep and circadian experts with scientific or clinical background, which included panelists from the United States, Canada, Singapore, and Scotland. Our committee identified a list of key terms to search and conducted a systematic literature review of the topic of screens and sleep with the assistance of an academic librarian.[64] Upon first search, over 2,200 abstracts were identified. These abstracts were then reviewed for relevance, narrowing down the number of publications to just over 500 articles including observational studies, experimental studies, and review articles. The panel focused primarily on 5 systematic review articles and 35 studies with strong experimental designs to address concerns about causality and confounding factors. Upon careful review of the identified literature and structured discussion among the expert panelists, the panel went through two rounds of voting before reaching consensus[65] that screen use (both in general and pre-sleep specifically) impairs sleep health among children and adolescents.[66] Further, the panel agreed that behavioral strategies and interventions (e.g., restricting smartphone use in bed) may lessen the negative effects of screen use on sleep health.

(40)    **Screen use (including smartphone use and social media use) is associated with later sleep onset, shorter sleep duration, and impaired sleep quality.** The vast majority of studies examining the relationship between screen use and sleep outcomes show that more screen use is associated with worse sleep health, in terms of later falling asleep, shorter sleep duration, and worse sleep quality.[67]

---

[63]    All panelists, including myself as Chair, received a $1,000 honorarium from the National Sleep Foundation for participation in this process, a relatively minimal amount given the time and effort commitment. This speaks to the notion that panelist participants were not coerced into participation or influenced to vote in a certain way. To the contrary, this was deemed a serious endeavor and an honor to be a part of the process.

[64]    Hartstein LE, Mathew GM, Reichenberger DA, et al. The impact of screen use on sleep health across the lifespan: A National Sleep Foundation consensus statement. *Sleep Health*. 2024; 10(4):373-384.

[65]    We used a modified Delphi RAND/UCLA Appropriateness Method for reaching consensus, which required an 80% or more agreement for consensus.

[66]    Hartstein LE, Mathew GM, Reichenberger DA, et al. The impact of screen use on sleep health across the lifespan: A National Sleep Foundation consensus statement. *Sleep Health*. 2024; 10(4):373-384.

[67]    Hale L, Guan S. Screen time and sleep among school-aged children and adolescents: a systematic literature review. *Sleep Med Rev*. Jun 2015;21:50-8. doi:10.1016/j.smrv.2014.07.007; Carter B, Rees P, Hale L, Bhattacharjee D, Paradkar MS. Association between portable screen-based media device access or use and sleep outcomes: A systematic review and meta-analysis. *JAMA Pediatr*. Dec 1 2016;170(12):1202-1208. doi:10.1001/jamapediatrics.2016.2341; Lund L, Solvhoj IN, Danielsen D, Andersen S. Electronic media use and sleep in children and adolescents in western countries: a systematic review. *BMC Public Health*. Sep 30 2021;21(1):1598. doi:10.1186/s12889-021-11640-9; Brautsch LA, Lund L, Andersen MM, Jennum PJ, Folker AP, Andersen S. Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep Med Rev*. Apr 2023;68:101742. doi:10.1016/j.smrv.2022.101742; Pagano M, Bacaro V, Crocetti E. "Using digital media or sleeping … that is the question". A meta-analysis on digital media use and unhealthy sleep in adolescence,. *Computers in Human Behaviors*. 2023;146; Silva SSD, Silveira M, Almeida HCR, Nascimento M, Santos M, Heimer MV. Use of digital screens by adolescents and association on sleep quality: a systematic review. *Cad Saude Publica*. 2022;38(10):e00300721. doi:10.1590/0102-311xen300721; Martin KB, Bednarz JM, Aromataris EC. Interventions to control children's screen use and their effect on sleep: A systematic review and meta-analysis. *J Sleep Res*. Jun 2021;30(3):e13130. doi:10.1111/jsr.13130; Saunders TJ, McIsaac T, Campbell J, et al.

---

Rebuttal Trial Report of Lauren Hale, PhD

(41)   Many recent systematic reviews, scoping reviews, and meta-analyses have been conducted replicating these widely observed and consistent associations between high levels of smartphone use, internet use, screen use, and social media use with poorer sleep health.[68] Dr. Honaker criticized and dismissed these review articles for relying primarily on cross-sectional observational data.[69] I see value in the discussion of these systematic literature reviews. First, they provide consistency of associations in both magnitude and direction. Second, these systematic reviews also permit generalizability across populations, sub-populations, and geographic regions. Finally, they enable comparison of associations across exposure types and timing/frequency of exposure and across a range of sleep health outcomes. I briefly highlight these findings from eight reviews that have been published in the last five years to note the consistency across various studies.

- Yang et al. (2020)[70] conducted a systematic literature review and meta-analysis of problematic smartphone use with poor sleep quality, depression, and anxiety. They found 14 relevant studies spanning youth and adulthood. The meta-analyses showed that problematic smartphone use was associated with over two-fold increased odds of poor sleep quality (OR=2.19 95% CI: 1.79–2.67).

---

Timing of sedentary behaviour and access to sedentary activities in the bedroom and their association with sleep quality and duration in children and youth: a systematic review. *Health Promot Chronic Dis Prev Can*. Apr 2022;42(4):139-149. doi:10.24095/hpcdp.42.4.03; Alonzo R, Hussain J, Stranges S, Anderson KK. Interplay between social media use, sleep quality, and mental health in youth: A systematic review. *Sleep Med Rev*. Apr 2021;56:101414. doi:10.1016/j.smrv.2020.101414.

[68]   Hale L, Guan S. Screen time and sleep among school-aged children and adolescents: a systematic literature review. *Sleep Med Rev*. Jun 2015;21:50-8. doi:10.1016/j.smrv.2014.07.007; Carter B, Rees P, Hale L, Bhattacharjee D, Paradkar MS. Association between portable screen-based media device access or use and sleep outcomes: A systematic review and meta-analysis. *JAMA Pediatr*. Dec 1 2016;170(12):1202-1208. doi:10.1001/jamapediatrics.2016.2341; Lund L, Solvhoj IN, Danielsen D, Andersen S. Electronic media use and sleep in children and adolescents in western countries: a systematic review. *BMC Public Health*. Sep 30 2021;21(1):1598. doi:10.1186/s12889-021-11640-9; Brautsch LA, Lund L, Andersen MM, Jennum PJ, Folker AP, Andersen S. Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep Med Rev*. Apr 2023;68:101742. doi:10.1016/j.smrv.2022.101742; Pagano M, Bacaro V, Crocetti E. "Using digital media or sleeping … that is the question". A meta-analysis on digital media use and unhealthy sleep in adolescence,. *Computers in Human Behaviors*. 2023;146; Silva SSD, Silveira M, Almeida HCR, Nascimento M, Santos M, Heimer MV. Use of digital screens by adolescents and association on sleep quality: a systematic review. *Cad Saude Publica*. 2022;38(10):e00300721. doi:10.1590/0102-311xen300721; Martin KB, Bednarz JM, Aromataris EC. Interventions to control children's screen use and their effect on sleep: A systematic review and meta-analysis. *J Sleep Res*. Jun 2021;30(3):e13130. doi:10.1111/jsr.13130; Saunders TJ, McIsaac T, Campbell J, et al. Timing of sedentary behaviour and access to sedentary activities in the bedroom and their association with sleep quality and duration in children and youth: a systematic review. *Health Promot Chronic Dis Prev Can*. Apr 2022;42(4):139-149. doi:10.24095/hpcdp.42.4.03; Alonzo R, Hussain J, Stranges S, Anderson KK. Interplay between social media use, sleep quality, and mental health in youth: A systematic review. *Sleep Med Rev*. Apr 2021;56:101414. doi:10.1016/j.smrv.2020.101414. Dibben GO, Martin A, Shore CB, et al. Adolescents' interactive electronic device use, sleep and mental health: a systematic review of prospective studies. *J Sleep Res*. Oct 2023;32(5):e13899. doi:10.1111/jsr.13899.

[69]   Honaker Report, ¶¶ 9, 59, 69–70, 77.

[70]   Yang J, Fu X, Liao X, Li Y. Association of problematic smartphone use with poor sleep quality, depression, and anxiety: A systematic review and meta-analysis. *Psychiatry Res*. Feb 2020;284:112686. doi:10.1016/j.psychres.2019.112686.

---

Rebuttal Trial Report of Lauren Hale, PhD

- Kokka et al. (2021)[71] reviewed 12 original studies of youth between 10–19 years old (n=18,987) covering 11 studies in Asia and 1 in Europe. They found that all studies showed a negative correlation between problematic internet use and adolescent sleep health (including worse sleep quality, shorter sleep duration, and more insomnia symptoms).

- Lund et al. (2021)[72] systematic review included 23 studies of 13–15 year olds (which are a subset of 52 studies across all ages from North America, Europe, Australia and New Zealand). "For 13–15 year olds, there was evidence for a positive association of total screen time and use of computer and mobile phone with less sleep. Moreover, the included studies indicated that screen time was associated with problems falling asleep, and social media use was associated with poor sleep quality. Television watching was least likely to be associated with poor sleep quality outcomes. Thus, for this age group our study supports that more interactive forms of electronic media with increases in physiological arousal may have greater impact on sleep than more passive forms." Based on their systematic review across all age groups, the authors conclude: "[p]rofessionals and caretakers of children and adolescents should have a heightened awareness on sleep and encourage bedtime routines including calming activities without the use of electronic media and remove all electronic media from the bedroom."

- Silva et al. (2022)[73] covered 23 studies of adolescents ages 10–19 years old from Europe, Asia, South America, North America and Oceania. They concluded in the abstract "[t]he use of mobile phones before bedtime was associated with poor quality of sleep among adolescents." And further down the authors conclude, "[w]e found that the excessive use of digital screens has negatively affected these adolescents' lives. The increased use of these devices at bedtime negatively affects the relation between sleep and rest, stimulating physiological processes such as the suppression of melatonin release, a sleep-inducing hormone, and providing psychological changes, such as high levels of anxiety and depression."

- The Dibben et al. (2023)[74] systematic review included 28 studies of interactive electronic device use and sleep and mental health of 10–19 year olds from North American, Europe, Asia, and Oceania. They noted in the abstract, "[r]esults demonstrated that adverse implications of device use (i.e., overuse, problematic use, telepressure, and cyber-victimisation) impacted sleep quality and duration." In the conclusion, the authors state: "[e]vidence suggests that sleep acts as a mediator in the relationship between interactive electronic device use and mental health and wellbeing in adolescents."

71    Kokka I, Mourikis I, Nicolaides NC, et al. Exploring the effects of problematic internet use on adolescent sleep: A systematic review. *Int J Environ Res Public Health*. Jan 18 2021;18(2)doi:10.3390/ijerph18020760.

72    Lund L, Solvhoj JN, Danielsen D, Andersen S. Electronic media use and sleep in children and adolescents in western countries: a systematic review. *BMC Public Health*. Sep 30 2021;21(1):1598. doi:10.1186/s12889-021-11640-9.

73    Silva SSD, Silveira M, Almeida HCR, Nascimento M, Santos M, Heimer MV. Use of digital screens by adolescents and association on sleep quality: a systematic review. *Cad Saude Publica*. 2022;38(10):e00300721.

74    Dibben GO, Martin A, Shore CB, et al. Adolescents' interactive electronic device use, sleep and mental health: a systematic review of prospective studies. *J Sleep Res*. Oct 2023;32(5):e13899. doi:10.1111/jsr.13899.

- The Brautsch et al. (2023)[75] systematic review included 42 moderate- or high-quality studies of digital media use and sleep from participants aged 16–25 years old, all from Western countries. The authors concluded that "[t]he strongest evidence was seen for digital media use, including general screen use, use of mobile phones, computers (including gaming), internet and social media, and shorter sleep duration as well as poor sleep quality."

- Yu et al. (2024)[76] conducted a scoping review of the role of social media use on mental health restricting the study to research published in the prior 3 years from Asia, Europe, North American and Australia. They found that both cross-sectional and longitudinal studies support the negative impact of social media use on both sleep and mental health.

- Ahmed et al. (2024)[77] conducted a systematic review and meta-analysis of social media use, mental health, and sleep in children, adolescents, and young adults. The systematic review was conducted across a total of 182 studies and the authors were able to include 98 studies in the meta-analyses, from Asia, Europe, North America, and Oceania. Key findings of the meta-analyses include that problematic social media use was associated with depression, anxiety, sleep problems, while it was negatively associated with wellbeing. The conclusion reads: "[t]his study confirms that social media use is associated with an increased risk of poor mental health and sleep problems, and also demonstrates stronger effects for problematic social media use than social media use." [78]

(42) I will now focus primarily on two of the more methodologically rigorous systematic literature reviews and meta-analyses, one which only includes longitudinal analyses (Pagano et al., 2023)[79] and another which only includes experimental intervention studies (Martin et al., 2021).[80]

(43) The Pagano et al. (2023) article included a systematic review and meta-analysis of 23 *only longitudinal studies* (n>116,000 teens, mean age=13.6 years old at baseline).[81] When possible, the authors tested the bidirectionality of each association (i.e., does screen time precede sleep outcomes, or do sleep outcomes precede screen time, e.g., with poor sleep outcomes leading to increased screen

75    Brautsch LA, Lund L, Andersen MM, Jennum PJ, Folker AP, Andersen S. Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep Med Rev*. Apr 2023;68:101742. doi:10.1016/j.smrv.2022.101742.

76    Yu DJ, Wing YK, Li TMH, Chan NY. The impact of social media use on sleep and mental health in youth: A scoping review. *Curr Psychiatry Rep*. Mar 2024;26(3):104-119. doi:10.1007/s11920-024-01481-9.

77    Ahmed O, Walsh EI, Dawel A, Alateeq K, Espinoza Oyarce DA, Cherbuin N. Social media use, mental health and sleep: A systematic review with meta-analyses. *J Affect Disord*. Dec 2024;367:701–712. doi: 10.1016/j.jad.2024.08.193.

78    Ahmed O, Walsh EI, Dawel A, Alateeq K, Espinoza Oyarce DA, Cherbuin N. Social media use, mental health and sleep: A systematic review with meta-analyses. *J Affect Disord*. Dec 2024;367:701–712. doi: 10.1016/j.jad.2024.08.193.

79    Pagano M, Bacaro V, Crocetti E. "Using digital media or sleeping … that is the question". A meta-analysis on digital media use and unhealthy sleep in adolescence,. *Computers in Human Behaviors*. 2023;146.

80    Martin KB, Bednarz JM, Aromataris EC. Interventions to control children's screen use and their effect on sleep: A systematic review and meta-analysis. *J Sleep Res*. Jun 2021;30(3):e13130. doi:10.1111/jsr.13130.

81    Pagano M, Bacaro V, Crocetti E. "Using digital media or sleeping … that is the question". A meta-analysis on digital media use and unhealthy sleep in adolescence,. *Computers in Human Behaviors*. 2023;146.

time use). They consistently found negative associations between various types of screen use and poor sleep health.[82] In one meta-analytic result, the authors looked at the 5 longitudinal studies that specifically addressed the question of social media use and worse sleep health. The researchers found that more social media use is significantly associated with worse sleep health at a later time point, but they did not find the reverse association (e.g., there was not support for poor sleep health causing more social media at a later time point).[83] This important finding addresses one of Honaker's critiques of cross-sectional studies that they may also be capturing the bidirectional nature of the association. Given this finding from the Pagano study, it appears that the reverse direction (poor sleep causing increased media use) is neither large nor the predominant direction.

(44) Martin et al. (2021) provides another meta-analysis of only interventions designed to control children's screen use to assess its effect on children's sleep.[84] Martin et al. conducted a meta-analysis of interventions that reduce screen time to identify the consequence of screen restriction on sleep. Among these 11 studies of 4,656 children aged 2–13 years old, the overall effect of screen time reduction interventions resulted in a statistically significant increase of 11 minutes of sleep.[85] Studies on older adolescents and young adults have found even larger causal effects of screen use on sleep (see below in paragraph (49)).

(45) Four proposed underlying causal mechanisms may contribute to the association between digital media and sleep health: time displacement, psychological arousal, the alerting effects of light, and nighttime disruptions from notifications.[86] There is evidence for each of these mechanisms, which I describe below.

- **Time displacement** refers to the fact that the engagement with screens, including with social media such as Meta's platforms, before, around, or after bedtime effectively displaces or delays time spent sleeping or preparing for sleep. A child who is engaging with social media in bed is postponing or delaying sleep when the teen should otherwise be asleep. The time displacement mechanism is supported evidence of adolescents staying in bed awake looking at their screens before shutting their eyes to fall asleep (~40 minutes on average in two studies).[87] The time

---

[82]  Pagano M, Bacaro V, Crocetti E. "Using digital media or sleeping… that is the question". A meta-analysis on digital media use and unhealthy sleep in adolescence. *Computers in Human Behavior*. 2023:107813.

[83]  Pagano M, Bacaro V, Crocetti E. "Using digital media or sleeping… that is the question". A meta-analysis on digital media use and unhealthy sleep in adolescence. *Computers in Human Behavior*. 2023:107813.

[84]  Martin KB, Bednarz JM, Aromataris EC. Interventions to control children's screen use and their effect on sleep: A systematic review and meta-analysis. *J Sleep Res*. Jun 2021;30(3):e13130. doi:10.1111/jsr.13130.

[85]  Martin KB, Bednarz JM, Aromataris EC. Interventions to control children's screen use and their effect on sleep: A systematic review and meta-analysis. *J Sleep Res*. Jun 2021;30(3):e13130. doi:10.1111/jsr.13130.

[86]  Hale L, Guan S. Screen time and sleep among school-aged children and adolescents: a systematic literature review. *Sleep Med Rev*. Jun 2015;21:50-8. doi:10.1016/j.smrv.2014.07.007; Bauducco S, Pillion M, Bartel K, Reynolds C, Kahn M, Gradisar M. A bidirectional model of sleep and technology use: A theoretical review of how much, for whom, and which mechanisms. *Sleep Med Rev*. Aug 2024;76:101933. doi:10.1016/j.smrv.2024.101933.

[87]  Saxvig IW, Bjorvatn B, Hysing M, Sivertsen B, Gradisar M, Pallesen S. Sleep in older adolescents. Results from a large

displacement mechanism is also supported by evidence that teens are using their phones between midnight and 6 am.[88] There are a limited number of hours in a day that a student is not in school or sleeping. Objective assessment from 2023 shows that ~15% of teenagers are on their smartphones 9 or more hours per day.[89] For these heavy smartphone users, smartphone time is likely to cut into nighttime hours. Dr. Honaker acknowledges time displacement in the context of other activities, highlighting "studying, jobs, and extracurricular activities" as potentially "displacing time for sleep."[90] However, she inexplicably omits this as a key causal mechanism in her discussion of the ways in which screen use and social media use may affect sleep.[91]

- **Psychological arousal** refers to the emotional or stimulating response commonly experienced during screen use. This effect is particularly present in youth engaged with the interactive features of social media sites in part due to intermittent reinforcement.[92] The sporadic nature of various likes, shares, and comments on social media can create the thrill of attention from others and also

---

cross-sectional, population-based study. *J Sleep Res*. Aug 2021;30(4):e13263. doi:10.1111/jsr.13263; Brosnan B, Haszard JJ, Meredith-Jones KA, Wickham SR, Galland BC, Taylor RW. Screen use at bedtime and sleep duration and quality among youths. *JAMA Pediatr*. Nov 1 2024;178(11):1147-1154. The ~40 minute estimate for the second study comes from Table 4 in the third row reflecting that on nights when the teen is using interactive screen time, shut-eye latency is 41 minutes later (95% CI: 34-52). Each additional 10 minutes of interactive smartphone use is associated with a 16 minute additional delay. When looking at the row just for social media use, the within-person effect of social media use on shut-eye latency is even larger at 54 minutes (95% CI: 40-67).

88    Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. Constant Companion: A week in the life of a young person's smartphone use. *Common Sense Media*. 2023 ("Almost 60% of participants used their smartphone during school night hours (Monday through Friday, midnight until 5 a.m.) at least once during the study period. Overnight usage on school nights was shorter (median 19.8, range less than one minute to 300 minutes) than non-school nights (median 30.3, range less than one minute to 299 minutes)—typically 20 vs. 30 minutes, respectively."); Christakis DA, Hale L. Toward defining problematic media usage patterns in adolescents. *JAMA*. Jun 17 2025;333(23):2045-2046.

89    Christakis DA, Hale L. Toward defining problematic media usage patterns in adolescents. *JAMA*. Jun 17 2025;333(23):2045-2046; Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. Constant Companion: A week in the life of a young person's smartphone use. *Common Sense Media*. 2023: Figure 1.

90    Honaker Report, ¶ 44.

91    Honaker Report, ¶¶ 107–115. In her discussion of "proposed mechanisms for the relationship between screen use and sleep," Dr. Honaker describes pathways through which social media causally affects sleep. The time displacement hypothesis is not even discussed, even though it is a prominent pathway and easily understood. Dr. Honaker claims to be summarizing "a theoretical review by Bauducco and colleagues [in which] the authors review the evidence for *five* proposed mechanisms for the relationship between screen use and sleep" (emphasis added) but Bauducco et al. actually review evidence for *six* proposed mechanisms (the four I describe here and "two new mechanisms"). Indeed, Bauducco et al. devote an entire subsection (1.1.4) to "the sleep displacement hypothesis," which Dr. Honaker fails to acknowledge.

In addition, Dr. Honaker quotes Bauducco et al. as describing the effects of two of these hypotheses (the bright light and arousal hypotheses) as "small-to-negligible" but omits their opinion regarding the other two hypotheses: "we cannot ignore that the most understudied mechanisms, those of nighttime sleep disruption and sleep displacement, support the first two sentences in this paper – that technology use and sleep are *meaningfully* connected. Not only are they connected, but it appears that allowing oneself to use technology beyond their own 'bedtime' and/or having their sleep interrupted by their phones may each reduce the sleep opportunity by an hour or more." (emphasis in original). Bauducco S, Pillion M, Bartel K, Reynolds C, Kahn M, Gradisar M. A bidirectional model of sleep and technology use: A theoretical review of how much, for whom, and which mechanisms. *Sleep Med Rev*. Aug 2024;76:101933. doi:10.1016/j.smrv.2024.101933.

92    Burnell K, Garrett SL, Nelson BW, Prinstein MJ, Telzer EH. Daily links between objective smartphone use and sleep among adolescents. *J Adolesc*. Aug 2024;96(6):1171-1181. doi:10.1002/jad.12326; Scott H, Biello SM, Woods HC. Social media use and adolescent sleep patterns: cross-sectional findings from the UK millennium cohort study. *BMJ Open*. Oct 22 2019;9(9):e031161. doi:10.1136/bmjopen-2019-031161.

---

overthinking due to social comparison and/or lack of a desired response. Both emotional stimulation and rumination can make it harder to relax, which is necessary for the onset of sleep.

- **Alerting effects of light** refers to the physiological response of the body to light, which suppresses the release of melatonin, a sleep promoting hormone.[93] More recent research has argued that the magnitude of this effect is relatively small compared to the larger influences of the other mechanisms described in this section.[94] That said, the scientific effect of evening and nighttime light exposure on melatonin suppression and sleep is consistently observed.[95] A recent expert consensus panel on indoor light exposure concluded: "The sleep environment should be as dark as possible."[96] Dr. Honaker refers to this mechanism as "the bright light hypothesis."[97]

- Finally, **notifications** include audible, vibrating, or visual alerts from social media that can delay or disrupt sleep during or near the sleep period. Data from a 2019 Common Sense Media report indicates that more than one-third of teens are waking up in the middle of the night to check their phones.[98] A follow-up study with objectively measured smartphone data by Common Sense Media in 2023 found that over two-thirds of teens (67%) pick up their phones in the night.[99] Consistent with this finding, data on young adults show high levels of smartphone use at night, with individuals leaving their ringers on at night, sleeping with phones nearby, and checking notifications throughout the sleep period.[100] Data from over 10,000 young adolescents (ages 10–14) in the national Adolescent Brain Cognitive Development (ABCD) study show that youth who leave their ringers on at night are more likely to have more trouble falling or staying asleep and greater risk of sleep disturbance than those who turned their phones off.[101] Data from 2025 indicate that 24% of 11–13 year olds sleeping with their phone in their bed or hand (see Figure 3

---

[93]  Lewy AJ, Wehr TA, Goodwin FK, Newsome DA, Markey SP. Light suppresses melatonin secretion in humans. *Science*. Dec 12 1980;210(4475):1267-9. doi:10.1126/science.7434030; Chang AM, Aeschbach D, Duffy JF, Czeisler CA. Evening use of light-emitting eReaders negatively affects sleep, circadian timing, and next-morning alertness. *Proc Natl Acad Sci U S A*. Jan 27 2015;112(4):1232-7. doi:10.1073/pnas.1418490112.

[94]  Bauducco S, Pillion M, Bartel K, Reynolds C, Kahn M, Gradisar M. A bidirectional model of sleep and technology use: A theoretical review of how much, for whom, and which mechanisms. *Sleep Med Rev*. Aug 2024;76:101933. doi:10.1016/j.smrv.2024.101933.

[95]  Brown TM, Brainard GC, Cajochen C, et al. Recommendations for daytime, evening, and nighttime indoor light exposure to best support physiology, sleep, and wakefulness in healthy adults. *PLoS Biol*. Mar 2022;20(3):e3001571. doi:10.1371/journal.pbio.3001571.

[96]  Brown TM, Brainard GC, Cajochen C, et al. Recommendations for daytime, evening, and nighttime indoor light exposure to best support physiology, sleep, and wakefulness in healthy adults. *PLoS Biol*. Mar 2022;20(3):e3001571. doi:10.1371/journal.pbio.3001571.

[97]  Honaker Report, ¶ 108.

[98]  Media CS. The Common Sense Census: Media use by tweens and teens. 2019. https://www.commonsensemedia.org/research/the-common-sense-census-media-use-by-tweens-and-teens-2019.

[99]  Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. Constant Companion: A week in the life of a young person's smartphone use. *Common Sense Media*. 2023.

[100]  Rod NH, Dissing AS, Clark A, Gerds TA, Lund R. Overnight smartphone use: A new public health challenge? A novel study design based on high-resolution smartphone data. *PLoS One*. 2018;13(10):e0204811. doi:10.1371/journal.pone.0204811.

[101]  Nagata JM, Singh G, Yang JH, et al. Bedtime screen use behaviors and sleep outcomes: Findings from the Adolescent Brain Cognitive Development (ABCD) Study. *Sleep Health*. Aug 2023;9(4):497-502. doi:10.1016/j.sleh.2023.02.005.

---

below).[102] Finally, a novel study on young adults showed that participants with frequent interruptions from smartphones in the night averaged 48 minutes less sleep per night.[103] Dr. Honaker refers to this mechanism as "the nighttime sleep disruption hypothesis."[104] Although she acknowledges the authors "describe this mechanism as 'promising' for its potential to have a large influence on sleep," she dismisses it as "of limited value regarding the question of whether engagement with screen use — much less specifically with social media — *before bed* delays sleep onset."[105] But the "primary question" Dr. Honaker is evaluating—"whether there is evidence in the scientific literature that social media use is causally connected to sleep problems in adolescents"—is not limited to social media use "before bed" or to impacts on "sleep onset."[106] Indeed, the Complaint in this matter alleges that:

> Young users frequently re-open and re-engage with Instagram repeatedly throughout the day *and at night* when prompted to do so by the *alerts and notifications* they receive from Instagram on their smartphones. By sending notifications to young users, Meta causes young users' smartphones to produce audiovisual and haptic alerts that distract from and *interfere with young users'* education and *sleep*.[107]

(46)  **Timing of screen use matters for sleep – closer to bedtime or during the nighttime is worse.** Systematic literature reviews and other individual studies show that use of screens before or after bedtime is associated with worse sleep health.[108] Further, the closer to bedtime people use a screen, the bigger the adverse effect on their sleep health. In a within-person study with both objectively assessed smartphone use and objectively assessed sleep health, multilevel modeling shows that on nights when teens are using their screens, they have later sleep timing.[109]

---

[102]  Martin JD, Song SW, Rote WR, et al. The Life in Media Survey: A baseline study of digital media use and well-being among 11- 13-year-olds. Accessed July 29, 2025. lifemediasurvey.org.

[103]  Rod NH, Dissing AS, Clark A, Gerds TA, Lund R. Overnight smartphone use: A new public health challenge? A novel study design based on high-resolution smartphone data. *PLoS One*. 2018;13(10):e0204811. doi:10.1371/journal.pone.0204811.

[104]  Honaker Report, ¶ 110.

[105]  Honaker Report, ¶ 110 (emphasis added).

[106]  Honaker Report, ¶ 8.

[107]  Complaint, ¶ 314–315 (emphasis added).

[108]  Lund L, Solvhoj IN, Danielsen D, Andersen S. Electronic media use and sleep in children and adolescents in western countries: a systematic review. *BMC Public Health*. Sep 30 2021;21(1):1598. doi:10.1186/s12889-021-11640-9; Brautsch LA, Lund L, Andersen MM, Jennum PJ, Folker AP, Andersen S. Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep Med Rev*. Apr 2023;68:101742. doi:10.1016/j.smrv.2022.101742; Saunders TJ, McIsaac T, Campbell J, et al. Timing of sedentary behaviour and access to sedentary activities in the bedroom and their association with sleep quality and duration in children and youth: a systematic review. *Health Promot Chronic Dis Prev Can*. Apr 2022;42(4):139-149. doi:10.24095/hpcdp.42.4.03; Brosnan B, Haszard JJ, Meredith-Jones KA, Wickham SR, Galland BC, Taylor RW. Screen use at bedtime and sleep duration and quality among youths. *JAMA Pediatr*. Nov 1 2024;178(11):1147-1154.

[109]  Burnell K, Garrett SL, Nelson BW, Prinstein MJ, Telzer EH. Daily links between objective smartphone use and sleep among adolescents. *J Adolesc*. Aug 2024;96(6):1171-1181. doi:10.1002/jad.12326.

---

Rebuttal Trial Report of Lauren Hale, PhD

(47) **Sleeping with a smartphone in the room is associated with shorter sleep duration.** The mere presence of a phone in the bedroom is associated with greater sleep disturbances for teens. I coauthored a meta-analysis in which we found that the simple presence of a mobile device in a young person's bedroom is associated with a 79% increased risk of inadequate sleep duration.[110] There are multiple causes for this effect including anticipation of an interaction (e.g., the psychological arousal mechanism) or direct disruption from notifications, likes, or messages (e.g. disruption mechanism).

**Figure 3: Table from meta-analysis of presence of mobile devices in the bedroom being associated with shorter sleep duration.**



| Source | Access to a Device | | No Access to a Device | | Odds Ratio (95% CI) | Reduction in Odds / Increase in Odds | Weight, % |
|---|---|---|---|---|---|---|---|
| | No. of Events | Total No. | No. of Events | Total No. | | | |
| Buxton et al,[25] 2015 | 108 | 238 | 289 | 865 | 1.66 (1.24-2.22) | | 21.6 |
| Chahal et al,[31] 2013 | 229 | 577 | 888 | 2819 | 1.43 (1.19-1.72) | | 26.0 |
| Gamble et al,[32] 2014 | 376 | 884 | 81 | 300 | 2.00 (1.50-2.67) | | 21.7 |
| Gradisar et al,[3] 2013 | 45 | 61 | 52 | 92 | 2.16 (1.07-4.37) | | 9.1 |
| Kubiszewski et al,[35] 2013 | 55 | 221 | 24 | 111 | 1.20 (0.70-2.07) | | 12.6 |
| Lemola et al,[37] 2015 | 118 | 287 | 10 | 75 | 4.54 (2.24-9.19) | | 9.0 |
| Total events | 931 | 2268 | 1344 | 4262 | 1.79 (1.39-2.31) | | 100 |

Heterogeneity: $\tau^2 = 0.06$; $\chi^2_5 = 13.77$; $P = .02$; $I^2 = 64\%$
Test for overall effect: $z = 4.51$; $P < .001$

Source: Carter B, Rees P, Hale L, Bhattacharjee D, Paradkar MS. Association between portable screen-based media device access or use and sleep outcomes: A systematic review and meta-analysis. *JAMA Pediatr.* Dec 1 2016;170(12):1202-1208. doi:10.1001/jamapediatrics.2016.2341.

(48) This finding was recently observed again using the Life in Media Survey of younger adolescents. Those participants who slept with phones outside of the bedroom got 9.3 hours of sleep per night whereas those with phone in the bedroom got 8.6 hours of sleep—more than a 40-minute difference.[111] As noted above, this lost 40 minutes of sleep duration is sufficient to have meaningful, negative implications for a young person's ability to function the next day, especially if the pattern of sleep loss is habitual.

---

[110] Carter B, Rees P, Hale L, Bhattacharjee D, Paradkar MS. Association between portable screen-based media device access or use and sleep outcomes: A systematic review and meta-analysis. *JAMA Pediatr.* Dec 1 2016;170(12):1202-1208. doi:10.1001/jamapediatrics.2016.2341.

[111] Martin JD, Song SW, Rote WR, et al. The Life in Media Survey: A baseline study of digital media use and well-being among 11- 13-year-olds. Accessed July 29, 2025. lifemediasurvey.org.

Rebuttal Trial Report of Lauren Hale, PhD

**Figure 4: High levels of 11–13-year-olds sleep with their phones in their room or in their hands/beds, and they have shorter sleep duration**



Source: Martin JD, Song SW, Rote WR, et al. The Life in Media Survey: A baseline study of digital media use and well-being among 11-13-year-olds. Accessed July 29, 2025. lifemediasurvey.org.

(49)  **Experimental/intervention studies that reduce screen time at night improve sleep outcomes.**
Bartel et al. performed an experiment including 63 14–18-year-old adolescents in which baseline sleep was monitored for a week after which teens were told to stop phone use one hour before bedtime for an entire school week. During the week with phone restriction, adolescents stopped using their phones 80 minutes earlier, turned their lights out 17 minutes earlier, and slept 21 minutes longer.[112] Another experimental study of nearly 500 12–19 year olds also shows that two weeks of screen restriction after 9 pm causes 21-minute earlier sleep onset and 17-minute longer sleep duration, and improved daytime vigilance.[113] Given the wide range of benefits from even small amounts of sleep extension, these increases in sleep are enough to be meaningful in a teenager's life, especially if these levels of sleep extension become habitual. Another intervention study of 50 12–16-year-olds tested the effectiveness of a smartphone application for adolescent insomnia. Part of the 6-week intervention, along with other core strategies, involved participants receiving a prompt on their smart phone one hour before bed encouraging the participants to stop using their electronic devices.[114]

---

[112]  Bartel K, Scheeren R, Gradisar M. Altering adolescents' pre-bedtime phone use to achieve better sleep health. *Health Commun*. Apr 2019;34(4):456-462. doi:10.1080/10410236.2017.1422099.

[113]  Perrault AA, Bayer L, Peuvrier M, et al. Reducing the use of screen electronic devices in the evening is associated with improved sleep and daytime vigilance in adolescents. *Sleep*. Sep 6 2019;42(9)doi:10.1093/sleep/zsz125.

[114]  Werner-Seidler, A., et al. Pilot evaluation of the Sleep Ninja: a smartphone application for adolescent insomnia symptoms. *BMJ Open*. 2019;9(5):e026502.

Participants in the study reported a sleep extension of 33 minutes compared to the beginning of the study. Another recent study of young adults (under age 30) shows that when mobile internet is blocked on their phone for 2 weeks, numerous benefits emerge including improved sleep quality, when compared to weeks in which they had full access to the internet on their phone.[115]

(50)    **Impaired sleep health due to social media likely contributes to depressive symptoms among adolescents.** A particular concern in the context of social media use and sleep health is that impaired sleep due to social media use may contribute to increased depressive symptoms. The Alonzo systematic review identifies that sleep quality was a mediator between social media use and depressive symptoms across 6 studies, including students from China, Switzerland, Nepal, South Korea, and the US.[116] The Yu et al. systematic review found five studies in which social media use was associated with both poor sleep quality and poor mental health.[117] The Dibben et al. systematic review also found studies that reported an indirect link in which sleep acts as a mediator between interactive electronic device use and later mental health.[118] Depressive symptoms are a key way in which children are likely affected by impaired sleep due to use of social media platforms during the evening and night time hours.

## IV.B. Dr. Honaker's opinion contradicts advice and recommendations from leading sleep and medical society statements

(51)    Dr. Honaker's opinion is discordant with the consensus in the sleep health community. In 2023 and 2024, I was the chair of the National Sleep Foundation's expert consensus panel on screens and sleep (see above) which concluded that overall and pre-bed screen use impairs sleep health of children and adolescents and recommended interventions to restrict screen use in the bedroom. Although Dr. Honaker critiques the National Sleep Foundation Consensus Panel,[119] many of the alleged limitations are redundant with the critiques she offered in relation to academic literature. I have addressed all of these critiques elsewhere in my report, including author-reported limitations in measurement and study design (Sections IV.A, IV.C, and IV.D), not addressing the question of social media because it

---

[115] Castelo N, Kushlev K, Ward AF, Esterman M, Reiner PB. Blocking mobile internet on smartphones improves sustained attention, mental health, and subjective well-being. *PNAS Nexus*. Feb 2025;4(2):pgaf017. doi:10.1093/pnasnexus/pgaf017.

[116] Alonzo R, Hussain J, Stranges S, Anderson KK. Interplay between social media use, sleep quality, and mental health in youth: A systematic review. *Sleep Med Rev*. Apr 2021;56:101414. doi:10.1016/j.smrv.2020.101414.

[117] Yu DJ, Wing YK, Li TMH, Chan NY. The Impact of Social Media Use on Sleep and Mental Health in Youth: a Scoping Review. Curr Psychiatry Rep. Mar 2024;26(3):104-119. doi:10.1007/s11920-024-01481-9.

[118] Dibben GO, Martin A, Shore CB, et al. Adolescents' interactive electronic device use, sleep and mental health: a systematic review of prospective studies. *J Sleep Res*. Oct 2023;32(5):e13899. doi:10.1111/jsr.13899.

[119] Honaker Report, ¶ 116–118.

has a broader definition of screen time (Section III), and considerations regarding clinical significance (Section II).

(52)  Dr. Honaker offers two additional criticisms, both of which are unfounded. She remarked that, while the Delphi Method that we used "is systematic and well regarded, the process for evaluating the literature was problematic" because it "did not involve best practice strategies."[120] Dr. Honaker is referring to best practices for a Cochrane review, but the National Sleep Foundation used the RAND/UCLA Appropriateness Method (RAM), which was a method developed to "combine the best available scientific evidence with the collective judgement of experts."[121] The manual for RAM implementation explicitly discusses the approach toward the literature review:

> [T]he objectives of a literature review developed for an appropriateness study are somewhat different: a Cochrane review is generally limited to scientific evidence from randomised controlled trials or similarly methodologically rigorous research, whereas an appropriateness review includes the best available evidence, which may not always meet Cochrane standards.… Literature reviews for appropriateness studies are typically less strict in their inclusion criteria, as the objective is to produce a synthesis of all the information available on a particular topic; where evidence from controlled trials is lacking, they may well include lower quality evidence from, for example, cohort studies or case series.[122]

(53)  I worked closely with the Vice President of Research of the National Sleep Foundation and we followed the RAND manual for guidance for this method. We provided all panelists access to pdfs of all the systematic reviews and the experimental/intervention articles, along with spreadsheets carefully summarizing the characteristics and findings of the included articles.

(54)  Dr. Honaker's other critique was that the National Sleep Foundation might have provided "implicit pressure on panel members to reach consensus on weak evidence."[123] Dr. Honaker offers no evidence to support her speculation that the National Sleep Foundation encouraged members of the expert panel to violate their scientific integrity. As a former Chairman of the Board of the National Sleep Foundation and also Chairman of the Expert Consensus Panel, I can confirm that when conducting the panel and discussing the findings and votes, there was no pressure to vote in favor of or against any of the statements. Of note, only 5 of the 10 statements that were voted on reached the 80%

---

[120]  Honaker Report, ¶ 118.

[121]  Fitch K, Bernstein SJ, Aguilar MD, Burnand B, LaCalle JR, Lazaro P, van het Loo M, McDonnell J, Vader J, Kahan JP. The RAND/UCLA appropriateness method user's manual. 2001. https://www.rand.org/content/dam/rand/pubs/monograph_reports/2011/MR1269.pdf.

[122]  Fitch K, Bernstein SJ, Aguilar MD, Burnand B, LaCalle JR, Lazaro P, van het Loo M, McDonnell J, Vader J, Kahan JP. The RAND/UCLA appropriateness method user's manual. 2001. https://www.rand.org/content/dam/rand/pubs/monograph_reports/2011/MR1269.pdf.

[123]  Honaker Report, ¶ 118.

threshold of agreement necessary for consensus. If the National Sleep Foundation leadership was pressuring experts to vote toward greater consensus, there likely would have been more uniformity in the voting patterns across all 10 statements. Finally, Dr. Honaker does not explain why the National Sleep Foundation, a non-profit whose mission is to support the public's sleep health, would have a predetermined position either for or against digital media. The goal of the Foundation and the scientists who participated in the expert consensus panel was to review the literature to provide evidence-based public-facing recommendations.

(55)    In addition, the Sleep Research Society[124] and the American Academy of Sleep Medicine[125] have public-facing articles that advocate against smartphones and social media in the bedroom.

(56)    Further, Dr. Honaker's expert opinions are out of sync with the position of the Society of Behavioral Medicine[126] and the American Academy of Pediatrics.[127] The screen shot below provides the American Academy of Pediatrics Family Media Plan justification for keeping bedrooms screen-free at night.

---

[124]    Chang AM, Hale L, Hartstein LE, LeBourgeois MK, Reichenberger DA. Kids, tweens, teens, and screens. Sleep Research Society Public Education Papers. Accessed July 29, 2025. https://www.sleepresearchsociety.org/wp-content/uploads/2021/05/Kids_Tweens_Teens_and_Screens.pdf.

[125]    AASM. Over 3/4s of Americans lose sleep due to digital distractions - sleep experts urge a change. December 4, 2023. https://aasm.org/over-three-fourths-of-americans-lose-sleep-due-to-digital-distractions-sleep-experts-urge-a-change/.

[126]    Gratton M. Blue in the face: The effects of blue light on sleep. Society of Behavioral Medicine. Accessed July 29, 2025. https://www.sbm.org/healthy-living/blue-in-the-face-the-effects-of-blue-light-on-sleep.

[127]    AAP. Screen time affecting sleep. October 18, 2023. https://www.aap.org/en/patient-care/media-and-children/center-of-excellence-on-social-media-and-youth-mental-health/qa-portal/qa-portal-library/qa-portal-library-questions/screen-time-affecting-sleep/?srsltid=AfmBOopagO-dFv6qQ-P6FOokpyrYkNmQE5t7h2CFoGnzHdbbIMKt1ruB.

**Figure 5: Keeping bedrooms screen-free at night**



Note: Found by selecting "Create or Update Your Family Media Plan," selecting age "13-18 years," selecting "Screen Free Zones," and selecting the "Reasons / Tips" dropdown under "Keeping bedrooms screen-free at night."
Source: American Academy of Pediatrics. Family media plan. Accessed July 29, 2025, https://www.healthychildren.org/English/fmp/Pages/MediaPlan.aspx.

(57)    Dr. Honaker also refers to a pre-peer reviewed crowd sourced consensus statement on the potential negative impacts of smartphone and social media use on adolescent health for which I was also a voting member.[128] In this massive project with over 100 voting scientists, in the initial voting round 82.3% of voters agreed with the initial testable claim that "[h]eavy daily use of smartphones and social media can cause sleep deprivation," and 9.7% responded "don't know."[129] The claim was then synthesized into a conclusion that 97.6% of voters agreed upon, "[w]hile there is evidence that heavy daily use of smartphones and social media can cause some sleep problems, the extent to which it causes sleep deprivation specifically remains unclear." Dr. Honaker misinterprets the second clause as "lack of evidence to support a causal relationship" when in reality it simply acknowledges that the *extent* of sleep problems is unclear. This is a non-controversial statement and is a distraction from the fact that nearly all voting participants agreed that heavy use of smartphones and social media has a causal link with sleep problems. Though this consensus panel used an atypical methodology, the take-home message should be that there is overwhelming agreement across consensus participants that smartphone use and social media can have a causal effect on sleep health.

---

[128]    Honaker Report, ¶¶ 119–121.

[129]    Capraro V, Globig L, Rausch Z, et al. A consensus statement on potential negative impacts of smartphone and social media use on adolescent mental health. *PsyArXis preprint*. May 16 2025; doi:10.2139/ssrn.5256747. See page 124 and page 154 for the exact wording on the claim.

## IV.C. Dr. Honaker provides a very targeted and narrow pathway toward identifying causality that is not reflective of the prevailing science

(58)    Dr. Honaker's report takes an unusually strong conclusion in spite of the significant evidence suggesting otherwise. More specifically, she reaches the conclusion that a causal relationship between social media and adolescent sleep does not exist because some of the evidence for the support of the relationship has limitations or because the measures do not perfectly align with the definition of screen use or the age groups in question. As noted above, the expectation of every scientific article is to comment on the limitations, but these self-critiques do not undermine the validity of the study altogether.

(59)    In other places, Dr. Honaker provides selective evidence for sleep deficiency among adolescents. For example, in describing "factors associated with problematic sleep in adolescence," Dr. Honaker provides a list of seven sources or factors (e.g., stress, pain, substance use), each with their own set of references that interfere with sleep in adolescents.[130] The absence of a section about screen use or social media is notably evident, especially given the high prevalence of screen use during night hours among teens (objective data from 2023 show that 60% of teens use their smartphones between midnight and 5 am on school nights).[131] Furthermore, the existence of alternative factors that affect pediatric sleep does not negate another factor. Yet, when speaking with the media and in scientific presentations, Dr. Honaker has repeatedly raised bedtime screen and media use as a factor associated with problematic sleep health, with no comparable mention of pain or substance use.[132]

---

[130]    Honaker Report, § III.B.v.

[131]    Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. Constant Companion: A week in the life of a young person's smartphone use. *Common Sense Media*. 2023.

[132]    *See, e.g.,* Bauer, N. Let's talk: Common sleep issues through childhood with Dr. Sarah Honaker. Youtube. Nov 25, 2021. Available at: https://www.youtube.com/watch?v=CDY4SAyk2UQ. (32:58: "…the ubiquitousness of screens and screen use and being on screens to interact with friends, fear of missing out, so there are a lot of factors. One thing we do know is that parental limit setting is protective and so regardless of all these issues that may be stacked against your kid or all these issues that are *causing* them to not get enough sleep, having a parent who has screen time limits and tries to enforce a set bedtime really is protective."); Wilson R. Sleep awareness draws attention to 'screen awareness' for children. Indiana University School of Medicine. Mar 31, 2021. Available at: https://medicine.iu.edu/blogs/pediatrics/sleep-awareness-draws-attention-to-screen-awareness-for-children ("…Director of Behavioral Sleep Medicine at Riley Children's Hospital, Sarah Honaker, MD, also weighed in on new developments with children's constant exposure to screens. 'Screen use is usually an indoor, sedentary activity, whereas natural light and activity are known to promote sleep,' reported Honaker, 'Screen use can also be activating and promote wakefulness.'…Honaker also warned, 'Exposure to blue wavelengths (produced by screens) can suppress or delay release of melatonin, a sleep hormone produced by the brain.'"); WestSound Blog. Screen time and sleep – How to promote healthy sleep habits in your kids. Sep 4, 2020. Available at: https://wsmag.net/blog/at-home/2020-09-04/screen-time-and-sleep-how-to-promote-healthy-sleep-habits-in-your-kids/ ("Be strategic about when your child is exposed to screens and other light sources throughout the day, recommends Sarah Morsbach Honaker, PhD, DBSM, Indiana University School of Medicine…'Evening light, on the other hand, can inhibit the release of melatonin, a hormone that prepares us for sleep. When possible, concentrate screen use for e-learning earlier in the day, keep the blinds open, and get outside early and often.'").

(60)     Further, Dr. Honaker's description of correlation and causation fails to adequately discuss the importance of temporality.[133] Timing of events matter for understanding a causal mechanism. Something that happens in the future is not the cause of a prior event. For example, media use which happens at bedtime but before shutting one's eyes is unlikely to be the *outcome* of subsequent later sleep timing or sleep quality.

(61)     Dr. Honaker discusses the possibility that sleep problems precede increases in technology use as a way of explaining the widely observed association between the variables.[134] As an initial note, there are many variables that are associated and have a bidirectional relationship. The existence of a reverse causal direction does not undermine or preclude the initial direction. For example, sleep health improves mental health, and mental health improves sleep health. However, in the Pagano et al. meta-analysis of 5 longitudinal studies on the potential for bidirectional relationships between social media and sleep, the analysis only reaches statistical significance ($p<0.05$) in the direction from social media use to sleep at a later time point, but not in the reverse direction, suggesting that increases in social media precede the increase in poor sleep and not the other way around. Dr. Honaker refers to 5 longitudinal studies examining bidirectional links but does not provide a citation for these studies.[135] While there may be examples of individuals who use social media as a beneficial facilitator to sleep (or the perception of such a benefit), I do not believe this is a sustainable strategy to ensure a habitual pattern of self-soothing and a restful transition to sufficient restorative nighttime sleep. In my over 20 years in the sleep health field, I have never witnessed a clinician or scientist recommend that a teenager bring a digital device into their bed as a viable tactic to wind down.

(62)     Dr. Honaker also misrepresents how to interpret p-values. She states, "[u]sing the principle of statistical significance, if the relationship between two variables has a p value of 0.25, we would conclude that the variables are not related."[136] But a p-value of 0.25 means we *can't reject* the null hypothesis of no relationship, it doesn't *prove* the null hypothesis. That is, Dr. Honaker is taking the absence of statistical significance to mean that there is no relationship. There are many possible reasons why a study of two variables with a true causal effect may not reach statistical significance, including insufficient power through small sample sizes (common in experimental studies), measurement error which attenuates (or shrinks) the association between two variables, problems with the study design (e.g., participants may not be faithful to the intervention), or selection effects (e.g., recruitment into studies may select for people who are more willing to forgo social media or already have healthy sleep patterns). All of these are possible reasons why an individual study may have a null result even if a true causal relationship exists.

---

[133] Honaker Report, ¶¶ 53–56.
[134] Honaker Report, ¶¶ 111–114.
[135] Honaker Report, ¶ 112.
[136] Honaker Report, ¶ 62.

(63)    Dr. Honaker's pathway toward identifying causality is so narrow that it seems impossible. In describing common study types, she states observational studies "are of limited use" and "cannot be used to infer causation."[137] But then in describing experimental studies, she says even those are "not possible in research on screen use or social media use" and "subject to pitfalls."[138] Further, Dr. Honaker appears to attribute no value to these studies for the scientific research community, the public health community, clinicians, parents, or youth who stand to benefit from the available knowledge. Indeed, according to Dr. Honaker, there appears to be no way to design a study that assesses causation. Further, because of the "lack of experimental studies on social media use in adolescents," she "concludes to a reasonable degree of scientific certainty that the evidence does not support the existence of a causal relationship."[139] But Dr. Honaker's reasoning is circular: she asserts that it is impossible to design a study that demonstrates causation, and then concludes that, since no such study has been published, causation must not exist. By establishing a self-reinforcing premise, Dr. Honaker has created a standard that precludes the discovery of causation entirely—regardless of whether it exists in reality.

(64)    Dr. Honaker fails to recognize that no single study is perfect. Indeed, the scientific community and process relies upon the convergence of evidence from numerous types of studies (cross-sectional, longitudinal, experimental, meta-analyses) to seek out consistencies across studies and draw robust conclusions based on the best available evidence. Dr. Honaker implicitly acknowledges the role of using multiple study types to inform conclusions, stating "while longitudinal findings *can show an increased likelihood of causation* by establishing a temporal effect, they cannot be used to infer causation *on their own.*"[140]

## IV.D. Dr. Honaker's criticisms of the overall literature, systematic literature reviews, and individual studies are flawed

(65)    In Section IV.B of her report, Dr. Honaker discusses specific studies on the association between screen use or social media use and sleep and concludes they do not demonstrate a causal relationship.[141] But Dr. Honaker misrepresents several of the facts and studies that she describes. In this section, I highlight some of these misinterpretations and misrepresentations. I also respond to some of Dr. Honaker's criticisms of specific studies. To the extent I have not responded to a specific criticism or addressed a specific study, the absence of a direct response should not be interpreted as agreement.

---

[137]  Honaker Report, ¶ 59.
[138]  Honaker Report, ¶ 60.
[139]  Honaker Report, ¶ 133–134.
[140]  Honaker Report, ¶ 59 (emphasis added).
[141]  Honaker Report, § IV.B.

(66) **Dr. Honaker mispresents Dr. Crowley's 2018 updated model of "The Perfect Storm."** Dr. Honaker presents a widely used conceptual model of the bioregulatory, psychosocial, and societal pressures that adversely affect adolescent sleep developed by leading adolescent sleep researchers.[142] In the original 2011 conceptual model and the updated 2018 conceptual model, screen time is listed as a psychosocial pressure. Dr. Honaker then goes on to say that the updated model mentions that "evening screen use has not been shown to significantly alter melatonin levels nor influence subsequent sleep."[143] This is a misrepresentation of the take-home position on screen time in this article, which states: "[d]ata from the behavioral and psychosocial literature were sparse, yet led to a conclusion that evening light from devices with screens may activate the phase-delaying component of the circadian timing mechanism" and "[a]ctivities that are stimulating (e.g., engaging in their social network) or provide light exposure (e.g., from screens) during a time that delays circadian rhythms can exacerbate late sleep onset, but also feedback on the systems regulating sleep and wake."[144] If the authors wanted to remove screen time from the model, they could have easily taken it out, but it remains in the 2018 conceptual model as depicted in Figure 6.

Figure 6: The Perfect Storm model



Source: Crowley SJ, Wolfson AR, Tarokh L, Carskadon MA. An update on adolescent sleep: New evidence informing the perfect storm model. *J Adolesc*. Aug 2018;67:55-65. doi:10.1016/j.adolescence.2018.06.001.

(67) **Dr. Honaker inappropriately dismisses numerous systematic reviews out of hand because they rely on observational studies.**[145] In doing so, she misses out on other scientific factors that warrant consideration, including the overall weight of evidence, a plausible causal mechanism (of which there are multiple, discussed above), and temporality. These dismissed systematic reviews that provide

---

[142] Honaker Report, ¶¶ 37–38.

[143] Honaker Report, ¶ 37.

[144] Crowley SJ, Wolfson AR, Tarokh L, Carskadon MA. An update on adolescent sleep: New evidence informing the perfect storm model. *J Adolesc*. Aug 2018;67:55-65. doi:10.1016/j.adolescence.2018.06.001.

[145] Honaker Report, ¶¶ 70–77.

Rebuttal Trial Report of Lauren Hale, PhD

consistent findings across a wide range of populations, age ranges, and geographic regions are discussed above.

(68) **Dr**. **Honaker wrongly dismisses articles that are about populations in adjacent age groups to adolescents.** For example, Dr. Honaker critiqued the Alonzo systematic literature review[146] because its inclusion criteria included participants from ages 11–25, which she suggested makes the entirety of the findings not relevant to her question of focus.[147] Yet looking exclusively at the six longitudinal studies included in the Alonzo article,[148] only two of them has an average age or an age range above 20 years old. More broadly, this age-range critique demonstrates rigid thinking by Dr. Honaker and a limited ability to generalize from emerging adults to adolescents. There is no justification for a magic cutpoint at which a young adult becomes susceptible to harms of social media use at night.

(69) **Dr. Honaker incorrectly describes the method for adjustments for false discovery.** In her discussion of statistical significance, Dr. Honaker discusses the concern about finding false positive findings from multiple testing.[149] First, nowhere else in her report does she critique studies for many statistical tests without adjustment for multiple testing. Second, if the research questions being tested are distinct and there are *a priori* hypotheses, then the need for multiple adjustment is lower.[150] Finally, her math is simplistic and inaccurate.[151]

(70) **Dr. Honaker provides unwarranted critiques of several other systematic reviews.** For example, for Alonzo et al. 2021,[152] Dr. Honaker inaccurately claims that the title of the article is misleading because it uses the phrase social media rather than screen time.[153] Yet, in the Alonzo article, they describe their exclusion criteria: "[w]e excluded studies if they primarily focused on the use of passive social media (e.g., watching TV, listening to music, etc.) and electronic devices not capable of

---

[146] Alonzo R, Hussain J, Stranges S, Anderson KK. Interplay between social media use, sleep quality, and mental health in youth: A systematic review. *Sleep Med Rev*. Apr 2021;56:101414. doi:10.1016/j.smrv.2020.101414.

[147] Honaker Report, ¶ 74.

[148] Alonzo R, Hussain J, Stranges S, Anderson KK. Interplay between social media use, sleep quality, and mental health in youth: A systematic review. *Sleep Med Rev*. Apr 2021;56:101414. doi:10.1016/j.smrv.2020.101414.

[149] Honaker Report, ¶ 62.

[150] Streiner DL. Best (but oft-forgotten) practices: the multiple problems of multiplicity—whether and how to correct for many statistical tests. *The American journal of clinical nutrition*. 2015 Oct 1;102(4):726-727; Parker RA, Weir CJ. Non-adjustment for multiple testing in multi-arm trials of distinct treatments: rationale and justification. *Clinical Trials*. 2020 Oct;17(5):562.

[151] She states "if many statistical comparisons are done within the same study, the p value should be lowered to decrease the likelihood that a statistically significant finding is due to chance. For example, if a study measures ten sleep outcomes and uses a p value of 0.05, there is a 50% likelihood a finding will be statistically significant due only to chance (and not because the two variables are truly related), resulting in a misleading result."[151] The accurate formula for identifying the risk of a false positive is $1 - (1 - x)^n$. Streiner DL. Best (but oft-forgotten) practices: the multiple problems of multiplicity—whether and how to correct for many statistical tests. *The American journal of clinical nutrition*. 2015 Oct 1;102(4):722.

[152] Alonzo R, Hussain J, Stranges S, Anderson KK. Interplay between social media use, sleep quality, and mental health in youth: A systematic review. *Sleep Med Rev*. Apr 2021;56:101414. doi:10.1016/j.smrv.2020.101414.

[153] Honaker Report, ¶ 74.

---

accessing social media (e.g., video games)."[154] Based on my review of the articles included this review, all studies included measures of technology use that allowed for access to social media (e.g., including measures such as problematic social media use, smartphone addiction, internet use, internet addiction). This is because social media use is a large proportion of overall screen use (especially smartphone use), social media is inextricably intertwined with overall screen use behavior, and participants cannot easily disentangle how much time they spent on their smartphone doing social media compared to other activities.

(71)    **Dr. Honaker focuses on the limitations of the systematic review rather than consistency and generalizability of the findings.** Dr. Honaker acknowledges that the Alonzo et al. (2021) study showed that "five of six [longitudinal studies] found that more screen use at one timepoint was associated with worse sleep at a later timepoint."[155] The Alonzo article describes its use of the phrase "excessive social media use" instead of more screen time: "[f]ive cohort studies found excessive social media use at baseline as a risk for poor sleep at follow up."[156] Dr. Honaker then characterizes Alonzo et al. as finding that the majority of cross-sectional studies (n=24) "found that more screen use was associated with either shorter sleep duration and/or more sleep problems."[157] The Alonzo article additionally highlights the consistency and breadth of these findings, noting that the associations occur in nationally representative samples of youth from Europe and Asia, as well as from community samples in China, the US, and Bangladesh.[158] Instead, Dr. Honaker hones in on the self-reported limitations to invalidate their generalizability to social media and teens. As mentioned elsewhere, the authors are expected to comment on the limitations of the study with recommendations for future research. The presence of limitations does not invalidate the meaningful contribution of the Alonzo et al. article of finding consistent adverse effects of social media use on sleep health in both cross-sectional and longitudinal samples of youth around the world. The abstract by Alonzo et al. appropriately concludes, "evidence links excessive social media use to poor sleep quality and negative mental health in youth."[159] Yet Dr. Honaker's opinion makes a different assertion from the experts doing the analysis.

---

[154] Alonzo R, Hussain J, Stranges S, Anderson KK. Interplay between social media use, sleep quality, and mental health in youth: A systematic review. *Sleep Med Rev*. Apr 2021;56:101414. doi:10.1016/j.smrv.2020.101414.

[155] Honaker Report, ¶ 74.

[156] Alonzo R, Hussain J, Stranges S, Anderson KK. Interplay between social media use, sleep quality, and mental health in youth: A systematic review. *Sleep Med Rev*. Apr 2021;56:101414. doi:10.1016/j.smrv.2020.101414.

[157] Honaker Report, ¶ 74.

[158] Alonzo R, Hussain J, Stranges S, Anderson KK. Interplay between social media use, sleep quality, and mental health in youth: A systematic review. *Sleep Med Rev*. Apr 2021;56:101414. doi:10.1016/j.smrv.2020.101414.

[159] Alonzo R, Hussain J, Stranges S, Anderson KK. Interplay between social media use, sleep quality, and mental health in youth: A systematic review. *Sleep Med Rev*. Apr 2021;56:101414. doi:10.1016/j.smrv.2020.101414.

(72)    Dr. Honaker also critiques Pagano et al. (2023) (also discussed above),[160] which reviewed 23 longitudinal studies investigating type of media use and directionality.[161] Of note, looking *only* at longitudinal studies investigating social media use at one point and sleep at a later point, there is a statistically significant negative association with social media predicting worse sleep at a later timepoint. From this same study, the authors conduct a meta-analysis of the reverse direction and find no statistically significant association between worse sleep predicting later social media use. This lack of a finding in the reverse direction supports the evidence for causality only in one direction (social media à sleep, but not sleep problems à social media). Curiously, Dr. Honaker does not make note of this important interpretation.

(73)    Pagano et al. conclude with the following recommendation: "by educating on the informed use of digital media, it is possible to promote healthy sleep in adolescence."[162] Thus, based on their own thorough systematic review and meta-analysis of longitudinal studies, Pagano et al. argue that there is sufficient evidence to support a causal link between screen time and subsequent worse sleep health in teens. Once again, Dr. Honaker's expert opinion does not match the text of the documents she relied upon.

(74)    Dr. Honaker critiques Carter et al (2016),[163] of which I am a coauthor, for having a wide age-range, primarily questionnaire data, and cross-sectional designs.[164] However, Dr. Honaker fails to report the strengths of this meta-analysis, including that it only considered mobile media devices (e.g., portable media devices which are often used for social media and can be brought into the bedroom or bed itself), had a large sample size (n=125,198), tested *a priori* hypothesis, was published in the top pediatrics journal in the world (*JAMA Pediatrics*), and has been cited over 800 times. Importantly, the focus on mobile media devices rather than stationary devices such as desktops increases generalizability to social media. Once again, Dr. Honaker is too quick to rule out the value of numerous peer-reviewed studies based on a very narrow set of standards and expectations.

(75)    Dr. Honaker's critique of Carter et al. having a wide age range is easily addressed.[165] As noted in the article,[166] the majority of participants were aged 10–18 (the inclusion criteria was age 6–19). Second,

---

[160]  Pagano M, Bacaro V, Crocetti E. "Using digital media or sleeping … that is the question". A meta-analysis on digital media use and unhealthy sleep in adolescence,. *Computers in Human Behaviors*. 2023;146.

[161]  Honaker Report, ¶ 75.

[162]  Pagano M, Bacaro V, Crocetti E. "Using digital media or sleeping … that is the question". A meta-analysis on digital media use and unhealthy sleep in adolescence,. *Computers in Human Behaviors*. 2023;146.

[163]  Carter B, Rees P, Hale L, Bhattacharjee D, Paradkar MS. Association between portable screen-based media device access or use and sleep outcomes: A systematic review and meta-analysis. *JAMA Pediatr*. Dec 1 2016;170(12):1202-1208. doi:10.1001/jamapediatrics.2016.2341.

[164]  Honaker Report, ¶ 76.

[165]  Carter B, Rees P, Hale L, Bhattacharjee D, Paradkar MS. Association between portable screen-based media device access or use and sleep outcomes: A systematic review and meta-analysis. *JAMA Pediatr*. Dec 1 2016;170(12):1202-1208. doi:10.1001/jamapediatrics.2016.2341.

[166]  Carter B, Rees P, Hale L, Bhattacharjee D, Paradkar MS. Association between portable screen-based media device

---

the published manuscript assessed subgroups of ages 6 to 11, 12 to 15, and 16 to 18 and found no subgroup effects by age of children. Further, sensitivity analyses address the wide age range explicitly. For example, using all seven studies that tested between mobile media *use near bedtime* with inadequate sleep duration, the meta-analysis found that using mobile devices near bedtime was associated with more than a doubling of the risk of inadequate sleep quantity (OR=2.17 95% CI: 1.42–3.33). Carter et al. note that the wide confidence interval is due to a single article which included a younger age range of 10–11 year olds.[167] Once this article was removed from the meta-analysis to make the age-range of the participants across the meta-analysis more uniform, the revised analysis finds an even larger association between using mobile devices before bed and inadequate sleep (OR=2.52 95% CI: 1.79–3.55). That is, the wide age-range of the Carter et al. analyses if anything reduces the strength of the association compared to the results when the study looks only at adolescents.

(76)    While Dr. Honaker is accurate that cross-sectional data analyses alone cannot demonstrate directionality, consistency across numerous large-scale cross-sectional studies provides support for generalizability across populations. Further, careful attention to the variables can help inform the temporality of the association. For example, the meta-analysis found significant associations between "having access to (but did not use) media devices at night" and reduced sleep quantity and poorer sleep quality.[168] It is hard to imagine a scenario in which reverse causality is explaining the relationship between short sleep and poor quality sleep *causing* having access to a device, since access to a device must come prior to the night of sleep. The mere presence of a mobile device may cause stimulation that may delay sleep or reduce sleep quality through anticipation or expectation of its use.

(77)    Based on the results of the meta-analyses of teenagers on mobile device access and sleep health, Carter et al. conclude that "an integrated approach between teachers, healthcare providers and parents is needed to minimize device access at bedtime."[169] Once more, Dr. Honaker's expert opinion does not match the text of the documents she used to inform her opinion.

(78)    In discussing experimental and interventional studies, Dr. Honaker asserts that "the lack of studies specifically addressing the focus question is a critical limitation because the available studies are of

access or use and sleep outcomes: A systematic review and meta-analysis. *JAMA Pediatr*. Dec 1 2016;170(12):1202-1208. doi:10.1001/jamapediatrics.2016.2341.

[167] Carter B, Rees P, Hale L, Bhattacharjee D, Paradkar MS. Association between portable screen-based media device access or use and sleep outcomes: A systematic review and meta-analysis. *JAMA Pediatr*. Dec 1 2016;170(12):1202-1208. doi:10.1001/jamapediatrics.2016.2341.

[168] Carter B, Rees P, Hale L, Bhattacharjee D, Paradkar MS. Association between portable screen-based media device access or use and sleep outcomes: A systematic review and meta-analysis. *JAMA Pediatr*. Dec 1 2016;170(12):1202-1208. doi:10.1001/jamapediatrics.2016.2341.

[169] Carter B, Rees P, Hale L, Bhattacharjee D, Paradkar MS. Association between portable screen-based media device access or use and sleep outcomes: A systematic review and meta-analysis. *JAMA Pediatr*. Dec 1 2016;170(12):1202-1208. doi:10.1001/jamapediatrics.2016.2341.

limited value in assessing a potential causal relationship between social media use and sleep in adolescents."[170] Here again, Dr. Honaker fails to exhibit the ability to generalize findings from hundreds of studies, despite widespread consensus and consistency across studies, reviews, and research and medical organizations.

(79)     Dr. Honaker commits other errors in summarizing empirical studies. For example, the Chang et al. (2015)[171] highly controlled cross-over experiment in which participants were given two conditions: 5 days of light emitting e-readers at maximum brightness before bed, compared to reading via print book at bedtime. The study found that when individuals used the e-readers, they had significant suppression of the sleep promoting hormone melatonin, 10 minutes less of REM sleep, and take 10 minutes longer to fall asleep (a finding that was picked up widely by the media[172]), and yet in her summary Dr. Honaker does not mention a change in sleep onset latency.[173] She also fails to acknowledge that following the e-reader condition, the next day, the participants had greater morning sleepiness and it took them "hours longer to fully 'wake up' and attain the same level of alertness than in the printed book condition."[174]

(80)     Again, the existence of limitations in individual studies does not invalidate the entire research field. When researchers highlight gaps in the literature, they still interpret the results without waiting until the specific ideal experimental study has been conducted, which often is not possible to conduct due to ethical concerns, measurement constraints, financial limitations, or insufficient power. Instead, researchers use the existing body of research to generalize across studies. There are many examples of public health recommendations for which we do not know the precise extent of the increased risk of harm due to the exact study not having been conducted.[175] The precautionary principle promotes risk reduction even when exact harm levels are unknown.

(81)     **Dr. Honaker's critique of Plaintiffs' Experts (Dr. Prinstein and Dr. Zicherman) again focuses narrowly on whether the presented evidence of social media in adolescents meets unattainable**

---

[170] Honaker Report, ¶ 78.

[171] Chang AM, Aeschbach D, Duffy JF, Czeisler CA. Evening use of light-emitting eReaders negatively affects sleep, circadian timing, and next-morning alertness. *Proc Natl Acad Sci U S A*. Jan 27 2015;112(4):1232-7. doi:10.1073/pnas.1418490112.

[172] Nicholas Bakalar, "How E-books May Disrupt Your Sleep," The New York Times, December 22, 2014, https://archive.nytimes.com/well.blogs.nytimes.com/2014/12/22/e-books-may-interfere-with-sleep/; Alison Flood, "Ebooks at night won't help you sleep tight, US study finds," The Guardian, December 23, 2014, https://www.theguardian.com/books/2014/dec/23/ebooks-affect-sleep-alertness-harvard-study.

[173] Honaker Report, ¶ 85.

[174] Chang AM, Aeschbach D, Duffy JF, Czeisler CA. Evening use of light-emitting eReaders negatively affects sleep, circadian timing, and next-morning alertness. *Proc Natl Acad Sci U S A*. Jan 27 2015;112(4):1232-7. doi:10.1073/pnas.1418490112.

[175] For example, the Endocrine Society, the WHO, and the CDC recommend minimizing exposure to endocrine-disrupting chemicals (e.g., BPA) due to the potential for hormonal interference. At present, there is not precise quantitative data on how much exposure increases human risk. Duh-Leong C, Maffini MV, Kassotis CD, Vandenberg LN, Trasande L. The regulation of endocrine-disrupting chemicals to minimize their impact on health. *Nat Rev Endocrinol*. Oct 2023;19(10):600-614. doi:10.1038/s41574-023-00872-x.

**causal standards.**[176] First, the use of screen time as a proxy for social media is not perfect but it is reasonable (See Section III). Second, Dr. Honaker has not provided sufficient justification for why young adulthood cannot be generalized to adolescents. In my expert opinion, sufficient causal evidence is described from experimental studies discussed above, especially when combined with the overwhelming consistency of other study results.

(82)     **Dr. Honaker uses an inappropriate standard of evidence threshold.** As Dr. Honaker acknowledges, the scientific criteria to conclusively establish causality—typically a double-blinded, randomized controlled trial—"is not possible in research on screen use or social media use."[177] But that does not mean it is necessary to ascertain the likelihood that social media use harms adolescents, particularly in a context where decisions are made based on the best available evidence. For the question at hand, does social media (specifically Meta platforms) impair sleep of youth, this standard of evidence has been well documented with widespread scientific consensus (see above). In contrast, in her expert witness report, Dr. Honaker holds to the null hypothesis (i.e., that there is not sufficient evidence to demonstrate a causal relationship between social media and sleep health among teenagers) using a very conservative (even among scientists) threshold for scientific evidence of causality with limited ability to generalize across studies.[178] However, Dr. Honaker does not appear to apply the same strict standard of evidence in drawing other causal conclusions, for example, in stating that "studying, jobs, and extracurriculars…can *cause* heightened stress for adolescents"; that "[t]obacco has been shown to cause later sleep onset in adults"; and "[a]lcohol use tends to cause sleep maintenance difficulties."[179] Similarly, Dr. Honaker apparently views the evidence as strong enough in practice to recommend interventions to parents, stating "regardless of all these issues that may be stacked against your kid or all these issues that are *causing* them to not get enough sleep, having a parent who has screen time limits and tries to enforce a set bedtime really is protective."[180]

---

[176] Honaker Report, ¶¶ 122–132.

[177] Honaker Report, ¶¶ 59–60.

[178]   Indeed, evidence for proving the causal link between smoking and lung cancer is based on associational evidence. Lyons VH, Robinson JR, Mills B, Killien EY, Mooney SJ. A clinician's guide to conducting research on causal effects. *J Surg Res*. Oct 2022;278:155-160. doi:10.1016/j.jss.2022.04.059.

[179] Honaker Report, ¶¶ 44, 50. Dr. Honaker does not cite any support for her claim about heightened stress. For her claims relating to tobacco use and alcohol use, she cites a systematic review of *cross-sectional* and *longitudinal* studies that concludes "[t]he reviewed studies identify sleep disturbances that are *associated* with adolescents' substance use. Future use of longitudinal designs could extend the findings of this review and provide a deeper understanding of adolescent substance use and sleep disturbances. With the *current evidence consisting of mostly small number of descriptive, self-reported sleep related studies and the considerable limited generalizability, it may be difficult to draw a definite conclusion*. However, the findings of this review warrant the attention of health care professionals to assess the effects of chronic sleep problems especially among adolescent substance users." (emphasis added). Kwon M, Park E, Dickerson SS. Adolescent substance use and its association to sleep disturbances: A systematic review. *Sleep Health*. 019;5(4):382-394.doi:10.1016/j.sleh.2019.06.001.

[180] Bauer, N. Let's talk: Common sleep issues through childhood with Dr. Sarah Honaker. Youtube. Nov 25, 2021. Available at: https://www.youtube.com/watch?v=CDY4SAyk2UQ. (emphasis in original).

Rebuttal Trial Report of Lauren Hale, PhD

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

_____          July 30, 2025_____
Lauren Hale, PhD                          Date

Rebuttal Trial Report of Lauren Hale, PhD

# Appendix A. Materials considered

In addition to all materials below, I incorporate by reference all materials used or cited in the footnotes of my report.

## A.1. Legal

■ Amended Complaint for Injunctive and Other Relief. People of the State of California, et al. v. Meta Platforms, Inc., et al. (N.D. Cal. No. 4:23-cv-05448-YGR) (June 9, 2025) (redacted).

## A.2. Expert reports

■ Expert Rebuttal Report of Dr Sarah Morsbach Honaker, July 9, 2025.

■ Expert Report of Bradley Zicherman, Ph.D., May 16, 2025.

## A.3. Discovery

■ HAUGEN_00020135

## A.4. Books and academic papers

■ Ahmed O, Walsh EI, Dawel A, Alateeq K, Espinoza Oyarce DA, Cherbuin N. Social media use, mental health and sleep: A systematic review with meta-analyses. *J Affect Disord*. Dec 2024;367:701–712. doi: 10.1016/j.jad.2024.08.193.

■ Alonzo R, Hussain J, Stranges S, Anderson KK. Interplay between social media use, sleep quality, and mental health in youth: A systematic review. *Sleep Med Rev*. Apr 2021;56:101414. doi:10.1016/j.smrv.2020.101414.

■ Aslund L, Arnberg F, Kanstrup M, Lekander M. Cognitive and behavioral interventions to improve sleep in school-age children and adolescents: A systematic review and meta-analysis. *J Clin Sleep Med*. Nov 15 2018;14(11):1937-1947. doi:10.5664/jcsm.7498.

■ Baizer L, Bures R, Nadkarni G, et al. Big data approaches for novel mechanistic insights on sleep and circadian rhythms: A workshop summary. *Sleep*. Feb 13 2025;doi:10.1093/sleep/zsaf035.

- Bartel K, Scheeren R, Gradisar M. Altering adolescents' pre-bedtime phone use to achieve better sleep health. *Health Commun*. Apr 2019;34(4):456-462. doi:10.1080/10410236.2017.1422099.

- Bartel KA, Gradisar M, Williamson P. Protective and risk factors for adolescent sleep: a meta-analytic review. *Sleep Med Rev*. Jun 2015;21:72-85. doi:10.1016/j.smrv.2014.08.002.

- Bauducco S, Pillion M, Bartel K, Reynolds C, Kahn M, Gradisar M. A bidirectional model of sleep and technology use: A theoretical review of how much, for whom, and which mechanisms. *Sleep Med Rev*. Aug 2024;76:101933. doi:10.1016/j.smrv.2024.101933.

- Blake M, Waloszek JM, Schwartz O, et al. The SENSE study: Post intervention effects of a randomized controlled trial of a cognitive-behavioral and mindfulness-based group sleep improvement intervention among at-risk adolescents. *J Consult Clin Psychol*. Dec 2016;84(12):1039-1051. doi:10.1037/ccp0000142.

- Bowers JM, Moyer A. Effects of school start time on students' sleep duration, daytime sleepiness, and attendance: a meta-analysis. *Sleep Health*. Dec 2017;3(6):423-431. doi:10.1016/j.sleh.2017.08.004.

- Brautsch LA, Lund L, Andersen MM, Jennum PJ, Folker AP, Andersen S. Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep Med Rev*. Apr 2023;68:101742. doi:10.1016/j.smrv.2022.101742.

- Brown TM, Brainard GC, Cajochen C, et al. Recommendations for daytime, evening, and nighttime indoor light exposure to best support physiology, sleep, and wakefulness in healthy adults. *PLoS Biol*. Mar 2022;20(3):e3001571. doi:10.1371/journal.pbio.3001571.

- Brosnan B, Haszard JJ, Meredith-Jones KA, Wickham SR, Galland BC, Taylor RW. Screen use at bedtime and sleep duration and quality among youths. *JAMA Pediatr*. Nov 1 2024;178(11):1147-1154.

- Browne DT, May SS, Colucci L, et al. From screen time to the digital level of analysis: a scoping review of measures for digital media use in children and adolescents. *BMJ Open*. May 19 2021;11(5):e046367. doi:10.1136/bmjopen-2020-046367.

- Burnell K, Garrett SL, Nelson BW, Prinstein MJ, Telzer EH. Daily links between objective smartphone use and sleep among adolescents. *J Adolesc*. Aug 2024;96(6):1171-1181. doi:10.1002/jad.12326.

- Buxton OM, Pavlova M, Reid EW, Wang W, Simonson DC, Adler GK. Sleep restriction for 1 week reduces insulin sensitivity in healthy men. *Diabetes*. Sep 2010;59(9):2126-33. doi:10.2337/db09-0699.

- Carter B, Rees P, Hale L, Bhattacharjee D, Paradkar MS. Association between portable screen-based media device access or use and sleep outcomes: A systematic review and meta-analysis. *JAMA Pediatr*. Dec 1 2016;170(12):1202-1208. doi:10.1001/jamapediatrics.2016.2341.

Rebuttal Trial Report of Lauren Hale, PhD

- Castelo N, Kushlev K, Ward AF, Esterman M, Reiner PB. Blocking mobile internet on smartphones improves sustained attention, mental health, and subjective well-being. *PNAS Nexus*. Feb 2025;4(2):pgaf017. doi:10.1093/pnasnexus/pgaf017.

- Chang AM, Aeschbach D, Duffy JF, Czeisler CA. Evening use of light-emitting eReaders negatively affects sleep, circadian timing, and next-morning alertness. *Proc Natl Acad Sci U S A*. Jan 27 2015;112(4):1232-7. doi:10.1073/pnas.1418490112.

- Chaput JP, Dutil C, Featherstone R, et al. Sleep timing, sleep consistency, and health in adults: a systematic review. *Appl Physiol Nutr Metab*. Oct 2020;45(10 (Suppl. 2)):S232-S247. doi:10.1139/apnm-2020-0032.

- Christakis D, Hale L, eds. *Handbook of Children and Screens: Digital Media, Development, and Well-being from Birth through Adolescence*. 2024. Springer, ed.

- Christakis D, Mathew GM, Reichenberger DA, Rodriguez IR, Ren B, Hale L. Adolescent smartphone use during school hours. *JAMA Pediatrics*. 2025.

- Christakis DA, Hale L. Toward defining problematic media usage patterns in adolescents. *JAMA*. Jun 17 2025;333(23):2045-2046.

- Crowley SJ, Wolfson AR, Tarokh L, Carskadon MA. An update on adolescent sleep: New evidence informing the perfect storm model. *J Adolesc*. Aug 2018;67:55-65. doi:10.1016/j.adolescence.2018.06.001.

- Czeisler CA. Duration, timing and quality of sleep are each vital for health, performance and safety. *Sleep Health*. Mar 2015;1(1):5-8. doi:10.1016/j.sleh.2014.12.008.

- Danner F, Phillips B. Adolescent sleep, school start times, and teen motor vehicle crashes. *J Clin Sleep Med*. Dec 15 2008;4(6):533-5.

- Dewald-Kaufmann JF, Oort FJ, Meijer AM. The effects of sleep extension and sleep hygiene advice on sleep and depressive symptoms in adolescents: a randomized controlled trial. *J Child Psychol Psychiatry*. Mar 2014;55(3):273-83. doi:10.1111/jcpp.12157.

- Dewald-Kaufmann JF, Oort FJ, Meijer AM. The effects of sleep extension on sleep and cognitive performance in adolescents with chronic sleep reduction: an experimental study. *Sleep Med*. Jun 2013;14(6):510-7. doi:10.1016/j.sleep.2013.01.012.

- Dibben GO, Martin A, Shore CB, et al. Adolescents' interactive electronic device use, sleep and mental health: a systematic review of prospective studies. *J Sleep Res*. Oct 2023;32(5):e13899. doi:10.1111/jsr.13899.

- Duh-Leong C, Maffini MV, Kassotis CD, Vandenberg LN, Trasande L. The regulation of endocrine-disrupting chemicals to minimize their impact on health. *Nat Rev Endocrinol*. Oct 2023;19(10):600-614. doi:10.1038/s41574-023-00872-x.

- Dutil C, Podinic I, Sadler CM, et al. Sleep timing and health indicators in children and adolescents: a systematic review. *Health Promot Chronic Dis Prev Can*. Apr 2022;42(4):150-169. doi:10.24095/hpcdp.42.4.04.

- Ferrara M, Bottasso A, Tempesta D, Carrieri M, De Gennaro L, Ponti G. Gender differences in sleep deprivation effects on risk and inequality aversion: evidence from an economic experiment. *PLoS One*. 2015;10(3):e0120029. doi:10.1371/journal.pone.0120029.

- Greer SM, Goldstein AN, Walker MP. The impact of sleep deprivation on food desire in the human brain. *Nat Commun*. 2013;4:2259. doi:10.1038/ncomms3259.

- Gruber R, Cassoff J, Frenette S, Wiebe S, Carrier J. Impact of sleep extension and restriction on children's emotional lability and impulsivity. *Pediatrics*. Nov 2012;130(5):e1155-61. doi:10.1542/peds.2012-0564.

- Gujar N, Yoo SS, Hu P, Walker MP. Sleep deprivation amplifies reactivity of brain reward networks, biasing the appraisal of positive emotional experiences. *J Neurosci*. Mar 23 2011;31(12):4466-74. doi:10.1523/JNEUROSCI.3220-10.2011.

- Hale L, Dzierzewski JM. Screens and sleep health - It's almost bedtime, time to put your phone away. *JAMA Pediatr*. Oct 1 2024;178(10):963-964. doi:10.1001/jamapediatrics.2024.2757.

- Hale L, Emanuele E, James S. Recent updates in the social and environmental determinants of sleep health. *Curr Sleep Med Rep*. Dec 2015;1(4):212-217. doi:10.1007/s40675-015-0023-y.

- Hale L, Guan S. Screen time and sleep among school-aged children and adolescents: a systematic literature review. *Sleep Med Rev*. Jun 2015;21:50-8. doi:10.1016/j.smrv.2014.07.007.

- Hale L, Hartstein LE, Ceranoglu TA. Social media and sleep health. *Pediatr Clin North Am*. Apr 2025;72(2):165-173. doi:10.1016/j.pcl.2024.07.032.

- Hale L, Kirschen GW, LeBourgeois MK, et al. Youth screen media habits and sleep: Sleep-friendly screen behavior recommendations for clinicians, educators, and parents. *Child Adolesc Psychiatr Clin N Am*. Apr 2018;27(2):229-245. doi:10.1016/j.chc.2017.11.014.

- Hamilton JL, Jorgensen SL, Crichlow Z, et al. Social media use and sleep outcomes among adolescents at high risk for suicide. *Cognitive Therapy*. 2023;17:53-71.

- Hartstein LE, Mathew GM, Reichenberger DA, et al. The impact of screen use on sleep health across the lifespan: A National Sleep Foundation consensus statement. *Sleep Health*. 2024; 10(4):373-384.

- Hirshkowitz M, Whiton K, Albert SM, et al. National Sleep Foundation's updated sleep duration recommendations: final report. *Sleep Health*. Dec 2015;1(4):233-243. doi:10.1016/j.sleh.2015.10.004.

- Jones JJ, Kirschen GW, Kancharla S, Hale L. Association between late-night tweeting and next-day game performance among professional basketball players. *Sleep Health*. Feb 2019;5(1):68-71. doi:10.1016/j.sleh.2018.09.005.

- Kamdar BB, Kaplan KA, Kezirian EJ, Dement WC. The impact of extended sleep on daytime alertness, vigilance, and mood. *Sleep Med*. Sep 2004;5(5):441-8. doi:10.1016/j.sleep.2004.05.003.

- Kokka I, Mourikis I, Nicolaides NC, et al. Exploring the effects of problematic internet use on adolescent sleep: A systematic review. *Int J Environ Res Public Health*. Jan 18 2021;18(2)doi:10.3390/ijerph18020760.

- Kwon M, Park E, Dickerson SS. Adolescent substance use and its association to sleep disturbances: A systematic review. *Sleep Health*. Aug 2019;5(4):382-394.doi:10.1016/j.sleh.2019.06.001.

- LeBourgeois MK, Hale L, Chang AM, Akacem LD, Montgomery-Downs HE, Buxton OM. Digital media and sleep in childhood and adolescence. *Pediatrics*. Nov 2017;140(Suppl 2):S92-S96. doi:10.1542/peds.2016-1758J.

- Leproult R, Deliens G, Gilson M, Peigneux P. Beneficial impact of sleep extension on fasting insulin sensitivity in adults with habitual sleep restriction. *Sleep*. May 1 2015;38(5):707-15. doi:10.5665/sleep.4660.

- Lewy AJ, Wehr TA, Goodwin FK, Newsome DA, Markey SP. Light suppresses melatonin secretion in humans. *Science*. Dec 12 1980;210(4475):1267-9. doi:10.1126/science.7434030.

- Li X, Buxton OM, Lee S, Chang AM, Berger LM, Hale L. Sleep mediates the association between adolescent screen time and depressive symptoms. *Sleep Med*. May 2019;57:51-60. doi:10.1016/j.sleep.2019.01.029.

- Lund L, Solvhoj IN, Danielsen D, Andersen S. Electronic media use and sleep in children and adolescents in western countries: a systematic review. *BMC Public Health*. Sep 30 2021;21(1):1598. doi:10.1186/s12889-021-11640-9.

- Lyons VH, Robinson JR, Mills B, Killien EY, Mooney SJ. A clinician's guide to conducting research on causal effects. *J Surg Res*. Oct 2022;278:155-160. doi:10.1016/j.jss.2022.04.059.

- Magee L, Goldsmith LP, Chaudhry UAR, et al. Nonpharmacological interventions to lengthen sleep duration in healthy children: A systematic review and meta-analysis. *JAMA Pediatr*. Nov 1 2022;176(11):1084-1097. doi:10.1001/jamapediatrics.2022.3172.

- Martin KB, Bednarz JM, Aromataris EC. Interventions to control children's screen use and their effect on sleep: A systematic review and meta-analysis. *J Sleep Res*. Jun 2021;30(3):e13130. doi:10.1111/jsr.13130.

- Matricciani L, Paquet C, Galland B, Short M, Olds T. Children's sleep and health: A meta-review. *Sleep Med Rev*. Aug 2019;46:136-150. doi:10.1016/j.smrv.2019.04.011.

- McMakin DL, Dahl RE, Buysse DJ, et al. The impact of experimental sleep restriction on affective functioning in social and nonsocial contexts among adolescents. *J Child Psychol Psychiatry*. Sep 2016;57(9):1027-37. doi:10.1111/jcpp.12568.

- Minkel JD, Banks S, Htaik O, et al. Sleep deprivation and stressors: evidence for elevated negative affect in response to mild stressors when sleep deprived. *Emotion*. Oct 2012;12(5):1015-20. doi:10.1037/a0026871.

- Nagata JM, Singh G, Yang JH, et al. Bedtime screen use behaviors and sleep outcomes: Findings from the Adolescent Brain Cognitive Development (ABCD) Study. *Sleep Health*. Aug 2023;9(4):497-502. doi:10.1016/j.sleh.2023.02.005.

- Pagano M, Bacaro V, Crocetti E. "Using digital media or sleeping… that is the question". A meta-analysis on digital media use and unhealthy sleep in adolescence. *Computers in Human Behavior*. 2023:107813.

- Palmer CA. Tired teens: Sleep disturbances and heightened vulnerability for mental health difficulties. *J Adolesc Health*. May 2020;66(5):520-521. doi:10.1016/j.jadohealth.2020.01.023.

- Pankowska MM, Lu H, Wheaton AG, et al. Prevalence and geographic patterns of self-reported short sleep duration among US adults. *Prev Chronic Dis*. Jun 29 2023;20:E53. doi:10.5888/pcd20.220400.

- Parker RA, Weir CJ. Non-adjustment for multiple testing in multi-arm trials of distinct treatments: rationale and justification. *Clinical Trials*. Oct 2020;17(5):562-6.

- Paruthi S, Brooks LJ, D'Ambrosio C, et al. Pediatric sleep duration consensus statement: A step forward. *J Clin Sleep Med*. Dec 15 2016;12(12):1705-1706. doi:10.5664/jcsm.6368.

- Perrault AA, Bayer L, Peuvrier M, et al. Reducing the use of screen electronic devices in the evening is associated with improved sleep and daytime vigilance in adolescents. *Sleep*. Sep 6 2019;42(9)doi:10.1093/sleep/zsz125.

- Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. Constant Companion: A week in the life of a young person's smartphone use. *Common Sense Media*. 2023.

- Ratcliff R, Van Dongen HP. Diffusion model for one-choice reaction-time tasks and the cognitive effects of sleep deprivation. *Proc Natl Acad Sci U S A*. Jul 5 2011;108(27):11285-90. doi:10.1073/pnas.1100483108.

- Reichenberger DA, Hartstein LE, Mathew GM, Rodriguez IR, Dzierzewski JM, Hale L. Content contains multitudes - It's more than arousal before sleep. *Sleep Med Rev*. Aug 2024;76:101954. doi:10.1016/j.smrv.2024.101954.

- Reichenberger DA, Master L, Mathew GM, et al. Interactive screen-based activities predict worse actigraphic sleep health that night among adolescents. *J Adolesc Health*. Apr 2024;74(4):774-781. doi:10.1016/j.jadohealth.2023.10.027.

- Reichenberger DA, Mathew GM, Brombach RK, et al. Designing sleep disruption: The digital persuasion underlying screen use and sleep. *Sleep Med Rev*. Feb 2025;79:102026. doi:10.1016/j.smrv.2024.102026.

- Rod NH, Dissing AS, Clark A, Gerds TA, Lund R. Overnight smartphone use: A new public health challenge? A novel study design based on high-resolution smartphone data. *PLoS One*. 2018;13(10):e0204811. doi:10.1371/journal.pone.0204811.

- Rossa KR, Smith SS, Allan AC, Sullivan KA. The effects of sleep restriction on executive inhibitory control and affect in young adults. *J Adolesc Health*. Aug 2014;55(2):287-92. doi:10.1016/j.jadohealth.2013.12.034.

- Saunders TJ, McIsaac T, Campbell J, et al. Timing of sedentary behaviour and access to sedentary activities in the bedroom and their association with sleep quality and duration in children and youth: a systematic review. *Health Promot Chronic Dis Prev Can*. Apr 2022;42(4):139-149. doi:10.24095/hpcdp.42.4.03.

- Saxvig IW, Bjorvatn B, Hysing M, Sivertsen B, Gradisar M, Pallesen S. Sleep in older adolescents. Results from a large cross-sectional, population-based study. *J Sleep Res*. Aug 2021;30(4):e13263. doi:10.1111/jsr.13263.

- Scott AJ, Webb TL, Martyn-St James M, Rowse G, Weich S. Improving sleep quality leads to better mental health: A meta-analysis of randomised controlled trials. *Sleep Med Rev*. Dec 2021;60:101556. doi:10.1016/j.smrv.2021.101556.

- Scott H, Biello SM, Woods HC. Social media use and adolescent sleep patterns: cross-sectional findings from the UK millennium cohort study. *BMJ Open*. Oct 22 2019;9(9):e031161. doi:10.1136/bmjopen-2019-031161.

- Short MA, Blunden S, Rigney G, et al. Cognition and objectively measured sleep duration in children: a systematic review and meta-analysis. *Sleep Health*. Jun 2018;4(3):292-300. doi:10.1016/j.sleh.2018.02.004.

- Short MA, Booth SA, Omar O, Ostlundh L, Arora T. The relationship between sleep duration and mood in adolescents: A systematic review and meta-analysis. *Sleep Med Rev*. Aug 2020;52:101311. doi:10.1016/j.smrv.2020.101311.

- Silva SSD, Silveira M, Almeida HCR, Nascimento M, Santos M, Heimer MV. Use of digital screens by adolescents and association on sleep quality: a systematic review. *Cad Saude Publica*. 2022;38(10):e00300721.

Rebuttal Trial Report of Lauren Hale, PhD

- Spiegel K, Tasali E, Penev P, Van Cauter E. Brief communication: Sleep curtailment in healthy young men is associated with decreased leptin levels, elevated ghrelin levels, and increased hunger and appetite. *Ann Intern Med*. Dec 7 2004;141(11):846-50.

- Streiner DL. Best (but oft-forgotten) practices: the multiple problems of multiplicity—whether and how to correct for many statistical tests. *The American Journal of Clinical Nutrition*. Oct 2015;102(4):721-8.

- Tarokh L, Saletin JM, Carskadon MA. Sleep in adolescence: Physiology, cognition and mental health. *Neurosci Biobehav Rev*. Nov 2016;70:182-188. doi:10.1016/j.neubiorev.2016.08.008.

- Tasali E, Chapotot F, Wroblewski K, Schoeller D. The effects of extended bedtimes on sleep duration and food desire in overweight young adults: a home-based intervention. *Appetite*. Sep 2014;80:220-4. doi:10.1016/j.appet.2014.05.021.

- Van Dongen HP, Maislin G, Mullington JM, Dinges DF. The cumulative cost of additional wakefulness: dose-response effects on neurobehavioral functions and sleep physiology from chronic sleep restriction and total sleep deprivation. *Sleep*. Mar 15 2003;26(2):117-26.

- van Leeuwen WM, Lehto M, Karisola P, et al. Sleep restriction increases the risk of developing cardiovascular diseases by augmenting proinflammatory responses through IL-17 and CRP. *PLoS One*. 2009;4(2):e4589. doi:10.1371/journal.pone.0004589.

- Vohs KD, Glass BD, Maddox WT, Markman AB. Ego depletion is not just fatigue: Evidence from a total sleep deprivation experiment. *Social Psychological and Personality Science*. 2010;2(2):166-173.

- Watson NF, Badr MS, Belenky G, et al. Recommended amount of sleep for a healthy adult: A joint consensus statement of the American academy of sleep medicine and sleep research society. *Sleep*. Jun 1 2015;38(6):843-4. doi:10.5665/sleep.4716.

- Werner-Seidler, A., et al. Pilot evaluation of the Sleep Ninja: a smartphone application for adolescent insomnia symptoms. *BMJ Open*. 2019;9(5):e026502.

- Wheaton AG, Chapman DP, Croft JB. School start times, sleep, behavioral, health, and academic outcomes: A review of the literature. *J Sch Health*. May 2016;86(5):363-81. doi:10.1111/josh.12388.

- Wheaton AG, Jones SE, Cooper AC, Croft JB. Short sleep duration among middle school and high school students - United States, 2015. *MMWR Morb Mortal Wkly Rep*. Jan 26 2018;67(3):85-90. doi:10.15585/mmwr.mm6703a1.

- Whitney P, Hinson JM, Jackson ML, Van Dongen HP. Feedback blunting: total sleep deprivation impairs decision making that requires updating based on feedback. *Sleep*. May 1 2015;38(5):745-54. doi:10.5665/sleep.4668.

- Williamson AA, Hale L. Future directions for screen time interventions for sleep. *JAMA Pediatr*. Dec 1 2024;178(12):1245-1247. doi:10.1001/jamapediatrics.2024.4009.

- Yang J, Fu X, Liao X, Li Y. Association of problematic smartphone use with poor sleep quality, depression, and anxiety: A systematic review and meta-analysis. *Psychiatry Res*. Feb 2020;284:112686. doi:10.1016/j.psychres.2019.112686.

- Yland J, Guan S, Emanuele E, Hale L. Interactive vs passive screen time and nighttime sleep duration among school-aged children. *Sleep Health*. Sep 2015;1(3):191-196. doi:10.1016/j.sleh.2015.06.007.

- Yoo SS, Hu PT, Gujar N, Jolesz FA, Walker MP. A deficit in the ability to form new human memories without sleep. *Nat Neurosci*. Mar 2007;10(3):385-92. doi:10.1038/nn1851.

- Yu DJ, Wing YK, Li TMH, Chan NY. The impact of social media use on sleep and mental health in youth: A scoping review. *Curr Psychiatry Rep*. Mar 2024;26(3):104-119. doi:10.1007/s11920-024-01481-9.

- Ziporyn TD, Owens JA, Wahlstrom KL, et al. Adolescent sleep health and school start times: Setting the research agenda for California and beyond. A research summit summary. *Sleep Health*. Feb 2022;8(1):11-22. doi:10.1016/j.sleh.2021.10.008.

## A.5. Websites, articles, and press releases

- AAP. Screen time affecting sleep. October 18, 2023. https://www.aap.org/en/patient-care/media-and-children/center-of-excellence-on-social-media-and-youth-mental-health/qa-portal/qa-portal-library/qa-portal-library-questions/screen-time-affecting-sleep/?srsltid=AfmBOopagO-dFv6qQ-P6FOokpyrYkNmQE5t7h2CFoGnzHdbbIMKt1ruB.

- AASM. Over 3/4s of Americans lose sleep due to digital distractions - sleep experts urge a change. December 4, 2023. https://aasm.org/over-three-fourths-of-americans-lose-sleep-due-to-digital-distractions-sleep-experts-urge-a-change/.

- American Academy of Pediatrics. Family media plan. Accessed July 29, 2025, https://www.healthychildren.org/English/fmp/Pages/MediaPlan.aspx.

- Bauer, N. Let's talk: Common sleep issues through childhood with Dr. Sarah Honaker. Youtube. Nov 25, 2021. Available at: https://www.youtube.com/watch?v=CDY4SAyk2UQ.

- Chang AM, Hale L, Hartstein LE, LeBourgeois MK, Reichenberger DA. Kids, tweens, teens, and screens. Sleep Research Society Public Education Papers. Accessed July 29, 2025. https://www.sleepresearchsociety.org/wp-content/uploads/2021/05/Kids_Tweens_Teens_and_Screens.pdf.

- Fitch K, Bernstein SJ, Aguilar MD, Burnand B, LaCalle JR, Lazaro P, van het Loo M, McDonnell J, Vader J, Kahan JP. The RAND/UCLA appropriateness method user's manual. 2001. https://www.rand.org/content/dam/rand/pubs/monograph_reports/2011/MR1269.pdf.

- Gratton M. Blue in the face: The effects of blue light on sleep. Society of Behavioral Medicine. Accessed July 29, 2025. https://www.sbm.org/healthy-living/blue-in-the-face-the-effects-of-blue-light-on-sleep.

- Martin JD, Song SW, Rote WR, et al. The Life in Media Survey: A baseline study of digital media use and well-being among 11- 13-year-olds. Accessed July 29, 2025. lifemediasurvey.org.

- Media CS. The Common Sense Census: Media use by tweens and teens. 2019. https://www.commonsensemedia.org/research/the-common-sense-census-media-use-by-tweens-and-teens-2019.

- ScholarGPS. Lauren Hale. Accessed July 28, 2025. https://scholargps.com/scholars/78576326556503/lauren-hale.

- WestSound Blog. Screen time and sleep – How to promote healthy sleep habits in your kids. Sep 4, 2020. Available at: https://wsmag.net/blog/at-home/2020-09-04/screen-time-and-sleep-how-to-promote-healthy-sleep-habits-in-your-kids/.

- Wilson R. Sleep awareness draws attention to 'screen awareness' for children. Indiana University School of Medicine. Mar 31, 2021. Available at: https://medicine.iu.edu/blogs/pediatrics/sleep-awareness-draws-attention-to-screen-awareness-for-children.

Rebuttal Trial Report of Lauren Hale, PhD

# Appendix B. Curriculum vitae of Lauren Hale, PhD

# LAUREN HALE

HSC Level 3, Room 071          Lauren.Hale@stonybrook.edu
State University of New York,  631.444.1007
Stony Brook, NY 11794-8338    631.764-5871 (mobile)

## EDUCATION:

**Princeton University,** Princeton, NJ.  Woodrow Wilson School of Public and International Affairs.
Ph.D. in Public Affairs focusing in Population Studies.  August 2003.
M.A. in Public Affairs.  June 2001.

**Harvard University,** Cambridge, MA.  Harvard College.
A.B. in Environmental Science and Public Policy, *Magna Cum Laude*.  June 1998.

## POSITIONS:

**Stony Brook University, Stony Brook,** NY.
Professor, Department of Family, Population, and Preventive Medicine. 2017-present.
Associate Professor of Family, Population, and Preventive Medicine.  2011-2017.
Assistant Professor of Preventive Medicine.  2005-2011.
Director of Faculty Development, Program in Public Health. 2023-present
Director of the PhD Program in Population Health and Clinical Outcomes Research, Program in Public
        Health.  2023-present.
Affiliated Faculty in the Program in Women's and Gender Studies.  2008-present.
Core Faculty Member, Program in Public Health, 2005-Present

**National Sleep Foundation.**  Board of Directors (Voluntary Member, 2013-2023.  Immediate Past Chair,
2022-2023; Chair, 2021-2022; Vice Chair, 2019-2021)
Founding Editor-in-Chief, *Sleep Health*. 2014-2020.  Winner of Best New Journal in Science,
Technology, and Medicine, 2016 from the Association of American Publishers, PROSE Awards.
Member, Sleep Health Equity Task Force (2022-2023), Panelist at Congressional Briefing on Sleep
        Health Equity (2023)
Member, Population Health and Methodology Council (2018-present)
Chair, Expert Consensus Panel on Screen Use and Sleep (2023-2024)
Member, Selection committee for new Editor-in-Chief of *Sleep Health*.

**Pajama Program** (Voluntary Member, Scientific Advisory Board, 2016-present)

**Children and Screens Institute** (Voluntary Member, Scientific Advisory Board, 2015-present),
Editor of forthcoming Handbook on Children and Screens. (Published by Springer, Co-Editor with
        Dimitri Christakis) (2023-present)
Congress planning committee. (2021-present)
Various grant review committees (2020-present)

**RAND Corporation,** Santa Monica, CA.  Labor and Population Program.
Post-doctoral fellow in Population Studies.  2003-2005.

## PUBLICATIONS:

*MENTORING RELATIONSHIP

1. Christakis, D.A. and **Lauren Hale**. 2025. Toward defining problematic media usage patterns in adolescents. *JAMA*, *333*(23), pp.2045-2046.

2. **Lauren Hale**, Hartstein, Lauren E., Tolga Atilla Ceranoglu. 2025.  Social Media and Sleep Health. Pediatrics Clinics. Volume 72(2): 165-173.

3. Christakis, D.A., Mathew, G.M.*, Reichenberger, D.A.*, Rodriguez, I.R.*, Ren, B. and **Lauren Hale**, 2025. Adolescent Smartphone Use During School Hours. *JAMA pediatrics*.

4. Beullens, K., Bozzola, E. Cataldo, I., **Lauren Hale**, Kent, M. Montga, C., Nivins, S. O'Reilly, M. Rubaek, L., Schiotz Thorud, H-M., Sterpenich, V. and Vandenbosch, L.  2025. "Minors' health and social media: an interdisciplinary scientific perspective." Manolios, S. Sala, A. Sundorph, E., Chaudron, S. and Gomez, E. editors.  Publications of the Office of the European Union, Luxembourg. https://data.europa.eu/doi/10.2760/3795891, JRC141090

5. Allison E. Nickel, Candice Lage, Abbye Porro, Chenlu Gao, Dayna A. Johnson, **Lauren Hale**, Michael K. Scullin. 2025. Sleep Program Efficacy Across Gender and Racial/Ethnic Groups: A Content Review and Meta-Analysis, Sleep Medicine Reviews.

6. Johnson, Dayna A., Attarian, Hrayr, **Lauren Hale**, Knutson, Kristen. 2025. Sleep deserts: From observational to interventional environmental patterns of sleep health and sleep disorders.  Sleep Health.

7. Rebecca Robbins, Karen Korellis Reuther, Dieter Reuther, Chidera Ejikeme, Karin G Johnson, Wendy M Troxel, **Lauren Hale**, Osea Giuntella, Beth A Malow, Christopher Barnes, Joseph Dzierzewski, Mark Rosekind, Matthew Weaver, Terra Ziporyn, Elizabeth B Klerman, Charles Czeisler, Shoba Ramanadhan, 2025. Applying design thinking to identify strategies for enacting evidence-based policymaking supporting Standard Time, *Sleep*.

8. Alfonso-Miller, P., Ellis, J.G., Bastien, C.H., **Lauren Hale** Branas, C.C., Perlis, M.A., Rasmussen, E., Gorovoy, S.B. and Grandner, M.A., 2025. Child Abuse Exposure and Adult Sleep Continuity Disturbance, Sleep Duration, and Bedroom Safety. *Behavioral Sleep Medicine*, pp.1-12.

9. Troxel, W.M., Haas, A., Ghosh-Dastidar, B., Rosso, A.L., **Lauren Hale**, Buman, M.P. and Dubowitz, T., 2025. Sustained impacts of neighborhood investments on sleep health over a 5-year period: Insights from a natural experiment in two urban neighborhoods in the United States. *Sleep Health*.

10. Scullin, M.K., LeBlanc, C., Cruz, A.J., Love, A., Reid, K., Gray, K., King, E., Johnson, D.A., **Lauren Hale**, Bush, L. and Walter, C., Museum-Based Sleep Education: Development and Evaluation of Pop-Up Exhibits for Children and Families. *Sleep*, p.zsaf101.

11. **Lauren Hale**, Buxton, O.M., Applegate, A. and Redline, S., 2025. The Past, Present, and Future of Sleep Health. *Sleep Health: Journal of the National Sleep Foundation*, *11*(2), pp.123-125.

12. Baizer, L., Bures, R., Nadkarni, G., Reyes-Guzman, C., Ladwa, S., Cade, B., Westover, M.B., Durmer, J., de Zambotti, M., Desai, M. and Parekh, A., Si, B. Fernandez-Mendoza, J., Minor, K., Mazzotti, D.R., Lee, S., Katabi, D., Kiss, O., Spira, A.P., Morris, J., Seixas, A., Kioumourtzoglou, M.W., Bridges, J.F.P., Brown, M., **Lauren Hale,** and Purcell, S. Big Data Approaches for Novel Mechanistic Insights on Sleep and Circadian Rhythms: a Workshop Summary. *Sleep*, p.zsaf035.

13. Williamson, A.A. and **Lauren Hale**, 2024. Future Directions for Screen Time Interventions for Sleep. *JAMA pediatrics*, *178*(12), pp.1245-1247.

14. **Lauren Hale** & Joseph Dzierzewski. 2024. Screens and Sleep Health—It's Almost Bedtime, Time to Put Your Phone Away. *JAMA pediatrics*, *178*(10), 963-964.

15. Reichenberger, D.A.*, Hartstein, L.E., Mathew, G.M.*, Rodriguez, I.R.*, Dzierzewski, J.M. and **Lauren Hale**, 2024. Content contains multitudes-It's more than arousal before sleep. *Sleep Medicine Reviews*, *76*, pp.101954-101954.

16. Karin G. Johnson, **Lauren Hale**, Dayna A. Johnson, and Beth A. Malow. 2024. Daylight saving time harms health and increases inequalities. *British Medical Journal*, *387*.

17. **Lauren Hale**, Lauren E Hartstein, Tolga Atilla Ceranoglu.  Social Media and Sleep Health. 2024. Elsevier. *Pediatric Clinics. 2024/8/26*

18. Hartstein, L.E., Mathew, G.M.*, Reichenberger, D.A.*, Rodriguez, I.*, Allen, N., Chang, A.M., Chaput, J.P., Christakis, D.A., Garrison, M., Gooley, J.J. and Koos, J.A.,… **Lauren Hale** 2024. The impact of screen use on sleep health across the lifespan: A National Sleep Foundation consensus statement. *Sleep Health*. 10(4): 373-384.

19. Reichenberger, D.A.*, Mathew, G.M.*, Brombach, R.K., Hartstein, L.E., Rodriguez*, I.R., Bowles, N.P., Dzierzewski, J.M. and **Lauren Hale**, 2025. Designing sleep disruption: The digital persuasion underlying screen use and sleep. *Sleep Medicine Reviews*, *79*, p.102026.

20. Reichenberger, D.A.*, Hartstein, L.E., Mathew, G.M.*, Rodriguez, I.R.*, Dzierzewski, J.M. and **Lauren Hale**, Content contains multitudes-It's more than arousal before sleep. *Sleep medicine reviews*, *76*, p.101954.

21. Krishnan, A.S.*, Reichenberger, D.A.*, Strayer, S.M., Master, L., Russell, M.A., Buxton, O.M., **Lauren Hale** and Chang, A.M., 2024. Childhood sleep is prospectively associated with adolescent alcohol and marijuana use. *Annals of epidemiology*, *98*, pp.25-31.

22. John T Mitchener*, Lauren E Barber, Julie A Gazmararian, Gina Marie Mathew*, **Lauren Hale**, Dayna A Johnson. 2024. Associations of mood, stress, and social support with sleep duration and daytime sleepiness among adolescents in semi-rural Georgia. *Sleep Epidemiology.*

23. Gaston, S.A., Alhasan, D.M., Johnson, D.A., **Lauren Hale**, Harmon, Q.E., Baird, D.D. and Jackson, C.L., 2024. Perceived childhood neighborhood safety and sleep health during childhood and adulthood among a cohort of African American women. *Sleep Medicine*, *117*, pp.115-122.

24. Reichenberger, D.A.*, Master, L., Mathew, G.M.*, Snyder, C.K., Buxton, O.M., **Lauren Hale** and Chang, A.M., 2024. Interactive Screen-Based Activities Predict Worse Actigraphic Sleep Health That Night Among Adolescents. *Journal of Adolescent Health*, *74*(4), pp.774-781.

25. Mathew, G.M.*, Reichenberger, D.A.*, Master, L., Buxton, O.M., Chang, A.M. and **Lauren Hale**, Actigraphic sleep dimensions and associations with academic functioning among adolescents. *Sleep*.

26. Bryan, C.S., Weingart, R., Lindsey, A., **Lauren Hale**, Johnson, D.A. and Gazmararian, J.A., 2024. Impact of School Start Time Delays and Learning Modality on Sleep Timing and Duration During COVID-19. *Behavioral Sleep Medicine*, *22*(2), pp.206-216.

27. Gorovoy, S., Phan, S., Begay, T.K., Valencia, D., **Lauren Hale**, Robbins, R., Killgore, W.D., Williamson, A.A. and Grandner, M., 2024. Neighborhood-level sleep health and childhood opportunities. *Frontiers in Public Health*, *11*, p.1307630.

28. LeBlanc, E.S., Zhang, S., Hedlin, H., Clarke, G., Smith, N., Garcia, L., **Lauren Hale**, Hery, C.B., Liu, S., Ochs-Balcom, H. and Phillips, L., 2024. Sleep Characteristics are Associated with Risk of Treated Diabetes Among Postmenopausal Women. *The American Journal of Medicine*, *137*(4), pp.331-340.

29. **Lauren Hale** and Mathew, G.M.*, 2024. Emerging research on circadian misalignment and cardiometabolic health of adolescents. *Sleep*, p.zsad291.

30. Quader, Z.S.*, Teferi, H.M.*, Bryan, C.*, Weingart, R.*, Mathew, G.M.*, **Lauren Hale**, Johnson, D.A. and Gazmararian, J.A., 2023. The association of sleep duration with grade point averages and absences among 9th graders in Georgia, USA. *Journal of Applied Developmental Psychology*, *89*, p.101604.

31. Mathew, G.M.*, Reichenberger, D.A.*, Master, L.*, Buxton, O.M., Chang, A.M. and **Lauren Hale**, 2023. Actigraphic sleep variability is associated with lower positive mood in adolescents. *Journal of Adolescent Health*, *73*(3), pp.478-485.

32. Kuo, W.C., Bratzke, L.C., Hagen, E.W., **Lauren Hale**, Brown, R.L., Barnet, J.H. and Peppard, P.E., 2023. Metabolic health disparities driven by financial stress: Behavioural adaptation or modification? *Stress and Health*, *39*(3), pp.614-626.

33. Lindsay Master*, Nikki G. Nahmod*, Gina M. Mathew*, **Lauren Hale**, Anne-Marie Chang, and Orfeu M. Buxton. 2023. Why so slangry (sleepy and angry)? Shorter sleep duration and lower sleep efficiency predict worse next-day mood in adolescents. *Journal of Adolescence*.

34. Reynolds, A.M., Spaeth, A.M., **Lauren Hale**, Williamson, A.A., LeBourgeois, M.K., Wong, S.D., Hartstein, L.E., Levenson, J.C., Kwon, M., Hart, C.N. and Greer, A., 2023. Pediatric Sleep: Current Knowledge, Gaps, and Opportunities for the Future. *Sleep*, p.zsad060.

35. Holliday, S.B., Dong, L., Haas, A., Ghosh-Dastidar, M.B., Dubowitz, T., Buysse, D.J., **Lauren Hale** and Troxel, W.M., 2023. Longitudinal associations between sleep and BMI in a low-income, predominantly Black American sample. *Sleep Health*, *9*(1), pp.11-17.

36. Troxel, W.M. and **Lauren Hale**, 2022. Virtual special issue: Updates on school start times and adolescent sleep health. *Sleep Health: Journal of the National Sleep Foundation*, *8*(6), pp.567-568.

37. Dayna A Johnson, Kristen Knutson, Laura A Colangelo, **Lauren Hale**, Susan Redline, Mercedes Carnethon, Kiarri N Kershaw., 2022. Associations of Chronic Burden, Sleep Characteristics, and Metabolic Syndrome in the Coronary Artery Risk Development in Young Adults Study. *Psychosomatic medicine*, *84*(6), pp.711-718.

38. Rebecca Robbins, Dean W Beebe, Kelly C Byars, Michael Grandner, **Lauren Hale**, Ignacio E Tapia, Amy R Wolfson, Judith A Owens.  2022. Adolescent sleep myths: identifying false beliefs that impact adolescent sleep and well-being. *Sleep Health*.

39. Liang, Jingjing, Heming Wang, Brian E Cade, Nuzulul Kurniansyah, Karen Y He, Jiwon Lee, Scott A Sands, Jennifer Brody, Han Chen, Daniel J Gottlieb, Daniel S Evans, Xiuqing Guo, Sina A Gharib, **Lauren Hale**, David R Hillman, Pamela L Lutsey, Sutapa Mukherjee, Heather M Ochs-Balcom, Lyle J Palmer, Shaun Purcell, Richa Saxena, Sanjay R Patel, Katie L Stone, Gregory J Tranah, Eric Boerwinkle, Xihong Lin, Yongmei Liu, Bruce M Psaty, Ramachandran S Vasan, Ani Manichaikul, Stephen S Rich, Jerome I Rotter, Tamar Sofer, Susan Redline, Xiaofeng Zhu, TOPMed Sleep Working Group, 2022. Targeted Genome Sequencing Identifies Multiple Rare Variants in Caveolin-1 Associated with Obstructive Sleep Apnea. *American Journal of Respiratory and Critical Care Medicine*, (ja).

40. Grandner, M.A., Valencia, D.Y., Seixas, A.A., Oliviér, K., Gallagher, R.A., Killgore, W.D., **Lauren Hale**, Branas, C. and Alfonso-Miller, P., 2022. Development and Initial Validation of the Assessment of Sleep Environment (ASE): Describing and Quantifying the Impact of Subjective Environmental Factors on Sleep. *International Journal of Environmental Research and Public Health*, *19*(20), p.13599.

41. Mathew, G.M.*, Reichenberger, D.A.*, Master, L., Buxton, O.M., **Lauren Hale** and Chang, A.M., 2022. Worse sleep health predicts less frequent breakfast consumption among adolescents in a micro-longitudinal analysis. *International Journal of Behavioral Nutrition and Physical Activity*, *19*(1), pp.1-16.

42. Camplain, R., **Lauren Hale**, Camplain, C., Stageman, R. and Baldwin, J.A., 2022. Changes in sleep quality and housing status among individuals incarcerated in jail. *Sleep Health*. *8*(6), pp.601-605.

43. Cavallino, V.*, Rankin, E., Popescu, A., Gopang, M., **Lauren Hale** and Meliker, J.R., 2022. Antimony and sleep health outcomes: NHANES 2009-2016. *Sleep Health*, p.713.

44. Hind A Beydoun, Jiu-Chiuan Chen, Nazmus Saquib, Michelle J Naughton, May A Beydoun, Aladdin H Shadyab, **Lauren Hale**, Alan B Zonderman.  2022. Sleep and Affective Disorders in relation to Parkinson's risk among older women in the Women's Health Initiative.  Journal of Affective Disorders.

45. Albrecht, S.S., Aronowitz, S.V., Buttenheim, A.M., Coles, S., Dowd, J.B., **Lauren Hale**, Kumar, A., Leininger, L., Ritter, A.Z., Simanek, A.M. and Whelan, C.B., 2022. Lessons Learned From Dear Pandemic, a Social Media–Based Science Communication Project Targeting the COVID-19 Infodemic. *Public Health Reports*, *137*(3), pp.449-456.

46. Nahmod, N.G.*, Master, L., McClintock, H.F., **Lauren Hale** and Buxton, O.M., 2022. Neighborhood Disadvantage Is Associated with Lower Quality Sleep and More Variability in Sleep Duration among Urban Adolescents. *Journal of Urban Health*, pp.1-14.

47. Hill, T.D., Dowd-Arrow, B., Ellison, C.G., **Lauren Hale**, McFarland, M. and Burdette, A.M., 2022. Gun ownership, community stress, and sleep disturbance in America. *Sleep Health: Journal of the National Sleep Foundation*, *8*(2), pp.161-166.

48. Ziporyn, T.D., Owens, J.A., Wahlstrom, K.L., Wolfson, A.R., Troxel, W.M., Saletin, J.M., Rubens, S.L., Pelayo, R., Payne, P.A., **Lauren Hale** and Keller, I., 2022. Adolescent sleep health and school start times: Setting the research agenda for California and beyond: A research summit summary: A research summit summary. *Sleep Health*, p.661.

49. Mathew, G.M.*, Reichenberger, D.A., Master, L., Buxton, O.M., Chang, A.M. and **Lauren Hale.** 2022. Too Jittery to Sleep? Temporal Associations of Actigraphic Sleep and Caffeine in Adolescents. *Nutrients*, *14*(1), p.31.

50. Bai, S., Buxton, O.M., Master, L. and **Lauren Hale.** 2021. Daily associations between family interaction quality, stress, and objective sleep in adolescents. *Sleep health*, p.672.

51. Weingart, R.*, Bryan, C., Olson, D.*, Gazmararian, J., Rosati, B., **Lauren Hale** and Max Van Gilder, M.D., 2021. Sleep Health. *Sleep*, *7*, p.543À547.

52. Reichenberger, D.A.*, Master, L., **Lauren Hale** and Chang, A.M., 2021. Secondhand smoke exposure is longitudinally associated with shorter parent-reported sleep duration during childhood. *Sleep health*, *7*(5), pp.535-542.

53. Lauren B. Covington*, Fredda Patterson, **Lauren Hale**, Douglas M. Teti, Cordova, A., Mayberry, S. and Hauenstein, E.J., 2021. The contributory role of the family context in early childhood sleep health: A systematic review. *Sleep Health*.

54. Kennedy, K.E., Onyeonwu, C., Nowakowski, S., **Lauren Hale** Branas, C.C., Killgore, W.D., Wills, C.C. and Grandner, M.A., 2021. Menstrual regularity and bleeding is associated with sleep duration, sleep quality and fatigue in a community sample. *Journal of Sleep Research*, p.e13434.

55. Tamara Dubowitz, Haas, A., Bonnie Ghosh-Dastidar, Rebecca L. Collins, Robin Beckman, Stephanie Holliday, Andrea S Richardson, **Lauren Hale**, Daniel J. Buysse, Matthew P. Buman, and Wendy M. Troxel. 2021. Does Investing in Low-income Urban Neighborhoods Improve Sleep?. *Sleep*. 44 (6)

56. **Lauren Hale**, 2021. Translating Sleep Health Science and Insights to Public Health Policy during COVID-19 and Beyond. *Sleep Health*.

57. Holliday, S.B., Haas, A., Dong, L., Ghosh-Dastidar, M., **Lauren Hale**, Buysse, D.J., Dubowitz, T. and Troxel, W.M., 2021. Examining the diagnostic validity of the Berlin Questionnaire in a low-income Black American sample. *Journal of Clinical Sleep Medicine: JCSM: Official Publication of the American Academy of Sleep Medicine*.

58. Browne, D.T., May, S.S., Colucci, L., Hurst-Della Pietra, P., Christakis, D., Asamoah, T., **Lauren Hale**, Delrahim-Howlett, K., Emond, J.A., Fiks, A.G. and Madigan, S., 2021. From screen time to the digital level of analysis: a scoping review of measures for digital media use in children and adolescents. *BMJ open*, *11*(5), p.e046367.

59. Ritter, A.Z., Aronowitz, S., Leininger, L., Jones, M., Dowd, J.B., Albrecht, S., Buttenheim, A.M., Simanek, A.M., **Lauren Hale,** and Kumar, A., 2021. Dear Pandemic: Nurses as key partners in fighting the COVID-19 infodemic. *Public Health Nursing*.

60. Rhee, J.U., Haynes, P., Chakravorty, S., Patterson, F., Killgore, W.D., Gallagher, R.A., **Lauren Hale**, Branas, C., Carrazco, N., Alfonso-Miller, P. and Gehrels, J.A., 2021. Smoke at night and sleep worse? The associations between cigarette smoking with insomnia severity and sleep duration. *Sleep Health*, *7*(2), pp.177-182.

61. Liang, X., Harris, H.R., Hendryx, M., Shadyab, A.H., **Lauren Hale**, Li, Y., Crane, T.E., Feliciano, E.M.C., Stefanick, M.L. and Luo, J., 2021. Sleep characteristics and risk of ovarian cancer among postmenopausal women. *Cancer Prevention Research*, *14*(1), pp.55-64.

62. Troxel, Wendy M., Ann Haas, Bonnie Ghosh-Dastidar, Andrea S. Richardson, **Lauren Hale**, Daniel J. Buysse, Matthew P. Buman, Jonathan Kurka, and Tamara Dubowitz. 2020. Food insecurity is associated with objectively measured sleep problems. *Behavioral Sleep Medicine* 18(6): 719-729.

63. Dong, Lu, Tamara Dubowitz, Ann Haas, Madhumita Ghosh-Dastidar, Stephanie Brooks Holliday, Daniel J. Buysse, **Lauren Hale**, Tiffany L. Gary-Webb, and Wendy M. Troxel. 2020. Prevalence and correlates of obstructive sleep apnea in urban-dwelling, low-income, predominantly African-American women. *Sleep medicine* 73: 187-195.

64. Desana Kocevska, Thom S Lysen, Aafje Dotinga, M Elisabeth Koopman-Verhoeff, Maartje PCM Luijk, Niki Antypa, Nienke R Biermasz, Anneke Blokstra, Johannes Brug, Wiliam J Burk, Hannie C Comijs, Eva Corpeleijn, Hassan S Dashti, Eduard J de Bruin, Ron de Graaf, Ivonne PM Derks, Julia F Dewald-Kaufmann, Petra JM Elders, Reinoldus JBJ Gemke, Linda Grievink, **Lauren Hale**, Catharina A Hartman, Cobi J Heijnen, Martijn Huisman, Anke Huss, M Arfan Ikram, Samuel E Jones, Mariska Klein Velderman, Maaike Koning, Anne Marie Meijer, Kim Meijer, Raymond Noordam, Albertine J Oldehinkel, Joost Oude Groeniger, Brenda WJH Penninx, H Susan J Picavet, Sara Pieters, Sijmen A Reijneveld, Ellen Reitz, Carry M Renders, Gerda Rodenburg, Femke Rutters, Matt C Smith, Amika S Singh, Marieke B Snijder, Karien Stronks, Margreet Ten Have, Jos WR Twisk, Dike Van de Mheen, Jan van der Ende, Kristiaan B van der Heijden, Peter G van der Velden, Frank J van Lenthe, Raphaële RL van Litsenburg, Sandra H van Oostrom, Frank J van Schalkwijk, Connor M Sheehan, Robert A Verheij, Frank C Verhulst, Marije CM Vermeulen, Roel CH Vermeulen, WM Monique Verschuren, Tanja GM Vrijkotte, Alet H Wijga, Agnes M Willemen, Maike Ter Wolbeek, Andrew R Wood, Yllza Xerxa, Wichor M Bramer, Oscar H Franco, Annemarie I Luik, Eus JW Van Someren, Henning Tiemeier. 2020. Sleep characteristics across the lifespan in

1.1 million people from the Netherlands, United Kingdom and United States: a systematic review and meta-analysis. *Nature Human Behaviour*, pp.1-10.

65. Richardson, A. S., W. M. Troxel, M. Ghosh-Dastidar, G. P. Hunter, R. Beckman, R. Collins, Stephanie Brooks Holliday, A. Nugroho, **Lauren Hale**, Daniel J. Buysse, Matthew P. Buman, Tamara Dubowitz. 2021. Violent crime, police presence and poor sleep in two low-income urban predominantly Black American neighbourhoods." *Journal of Epidemiology and Community Health*. *75*(1), pp.62-68

66. Luo, Juhua, Xiwei Chen, Hilary Tindle, Aladdin H. Shadyab, Nazmus Saquib, **Lauren Hale**, Lorena Garcia et al. 2021. "Do health behaviors mediate associations between personality traits and diabetes incidence?." *Annals of Epidemiology*. 53, 7-13.

67. Tubbs, A. S., F. X. Fernandez, Michael L. Perlis, **Lauren Hale**, C. C. Branas, M. Barrett, S. Chakravorty, W. Khader, and Michael A. Grandner. 2021. Suicidal ideation is associated with nighttime wakefulness in a community sample. *Sleep*. p.zsaa128

68. Khader, W.S., Fernandez, F.X., Seixas, A., Knowlden, A., Ellis, J., Williams, N., **Lauren Hale**, Branas, C., Perlis, M., Jean-Louis, G. and Killgore, W.D., 2021. What makes people want to make changes to their sleep? Assessment of perceived risks of insufficient sleep as a predictor of intent to improve sleep. *Sleep Health*, *7*(1), pp.98-104.

69. Vasbinder, A., Tinker, L.F., Neuhouser, M.L., Pettinger, M., Hale, L., Di, C., Zaslavsky, O., Hayman, L.L., Lin, X., Eaton, C. and Wang, D., 2021. Risk of metabolic syndrome and metabolic phenotypes in relation to biomarker-calibrated estimates of energy and protein intakes: an investigation from the Women's Health Initiative. *The American Journal of Clinical Nutrition*. 113 (3), 706-715

70. Rhee, J.U., Haynes, P., Chakravorty, S., Patterson, F., Killgore, W.D., Gallagher, R.A., Hale, L., Branas, C., Carrazco, N., Alfonso-Miller, P. and Gehrels, J.A., 2020. Smoke at night and sleep worse? The associations between cigarette smoking with insomnia severity and sleep duration. *Sleep Health*.

71. Grandner, M. A., K. Olivier, R. Gallagher, **Lauren Hale**, M. Barrett, C. Branas, W. D. S. Killgore, S. Parthasarathy, J. A. Gehrels, and P. Alfonso-Miller. 2020. Quantifying impact of real-world barriers to sleep: The Brief Index of Sleep Control (BRISC). *Sleep Health*.

72. Mathew, Gina M., **Lauren Hale**, and Anne-Marie Chang. 2020. Social Jetlag, Eating Behaviours, and Body Mass Index among Adolescents in the United States. *The British Journal of Nutrition*: 1-25.

73. Khader, Suhaib, Andrew S. Tubbs, Ariana Haghighi, Amy Athey, WD Scott Killgore, **Lauren Hale**, Charles Branas et al. 2020. Onset insomnia and insufficient sleep duration are associated with suicide ideation in university students and athletes. *Journal of Affective Disorders*.

74. **Lauren Hale**. 2020. "Sleep Health transitions during a vulnerable time." *Sleep Health*.

75. Daniel E Leisman, Michael O Harhay, David J Lederer, Michael Abramson, Alex A Adjei, Jan Bakker, Zuhair K Ballas, Esther Barreiro, Scott C Bell, Rinaldo Bellomo, Jonathan A Bernstein, Richard D Branson, Vito Brusasco, James D Chalmers, Sudhansu Chokroverty, Giuseppe Citerio, Nancy A Collop, Colin R Cooke, James D Crapo, Gavin Donaldson, Dominic A Fitzgerald, Emma Grainger, **Lauren Hale**, Felix J Herth, Patrick M Kochanek, Guy Marks, J Randall Moorman, David E Ost, Michael Schatz, Aziz Sheikh, Alan R Smyth, Iain Stewart, Paul W Stewart, Erik R Swenson, Ronald Szymusiak, Jean-Louis Teboul, Jean-Louis Vincent, Jadwiga A Wedzicha, David M Maslove. 2020. Development and reporting of prediction models: guidance for authors from editors of respiratory, sleep, and critical care journals. *Critical care medicine* 48, no. 5 (2020): 623.

76. Shadyab, A. H., J. E. Manson, J. Luo, B. Haring, N. Saquib, L. G. Snetselaar, J. C. Chen, Erik J. Groessl, Sylvia Wassertheil-Smoller, Yangbo Sun, **Lauren Hale**, Meryl Z. LeBoff, Andrea Z.

Lacroix. 2020. Associations of Coffee and Tea Consumption with Survival to Age 90 Years Among Older Women. *Journal of the American Geriatrics Society* (2020).

77. James, Sarah, Anne-Marie Chang, Orfeu M. Buxton, and **Lauren Hale**. 2020. Disparities in adolescent sleep health by sex and ethnoracial group. *Social Science and Medicine-Population Health* 11.

78. Tubbs, Andrew S., Rebecca Gallagher, Michael L. Perlis, **Lauren Hale**, Charles Branas, Marna Barrett, Jo-Ann Gehrels, Pamela Alfonso-Miller, and Michael A. Grandner. 2020. Relationship between insomnia and depression in a community sample depends on habitual sleep duration.

79. Wendy M. Troxel, Ann Haas, Bonnie Ghosh-Dastidar, Stephanie Brooks Holliday, Andrea S. Richardson, Heather Schwartz, Tiffany L Gary-Webb, **Lauren Hale**, Daniel J. Buysse, Matthew P. Buman, Tamara Dubowitz. 2020. Broken windows, broken zzs: Poor housing and neighborhood conditions are associated with objective measures of sleep health. Journal of Urban Health. 1-9.

80. Terrence D. Hill, Chris Ellison, **Lauren Hale**. 2020. Religious attendance depressive symptoms and sleep disturbance in older Mexican Americans. Mental Health, Religion, & Culture. 1-14.

81. Terrence D. Hill, Benjamin Dowd-Arrow, Amy M. Burdette, **Lauren Hale**. 2020. Gun ownership and sleep disturbance. Preventive Medicine. 105996.

82. **Lauren Hale**, Wendy Troxel, and Daniel J. Buysse. 2020. Sleep Health: An opportunity to address health equity. Annual Review of Public Health. 41.

83. Qian Xiao, Gilbert Gee, RR Jones, Peng Jia, P James, and **Lauren Hale**. 2020. Cross-sectional association between outdoor artificial light at night and sleep duration in middle-to-older aged adults: The NIH-AARP Diet and Health Study. Environmental Research 180, 108823.

84. James Gangwisch, **Lauren Hale**, Marie-Pierre St-Onge, Lydia Choi, Erin S LeBlanc, Dolores Malaspina, Mark G. Opler, Aladdin H. Shadyab, James M. Shikany, Linda Snetselaar, Oleg Zaslavsky, Dorothy Lane. 2020. High glycemic index and glycemic load diets as risk factors for insomnia: analyses from the Women's Health Initiative. The American Journal of Clinical Nutrition. 111(2): 429-439.

85. Arthur E Mesas, Paul E Peppard, **Lauren Hale**, Elliott Friedman, F. Javier Nieto, Erika Hagen. 2020. Individuals' perceptions of social support from family and friends are associated with lower risk of sleep complaints and short sleep duration. Sleep Health. 6(1): 110-116.

86. Martha E. Billings, **Lauren Hale**, and Dayna A. Johnson. 2019. Contemporary reviews in sleep medicine: The physical and social environment relationship with sleep health and disorders. Chest. 157(5): 1304-1312.

87. Christina M. Harden, Paul E. Peppard, Mari Palta, Jodi H Barnet, **Lauren Hale**, F Javier Nieto, Erika W. Hagen. 2019. One-year changes in self-reported napping behaviors across the retirement transition. Sleep Health. 5(6): 639-646.

88. Jingjing Liang, Brian E Cade, Karen Y He, Heming Wang, Jiwon Lee, Tamar Sofer, Stephanie Williams, Ruitong Li, Han Chen, Daniel J Gottlieb, Daniel S Evans, Xiuqing Guo, Sina A Gharib, **Lauren Hale**, David R Hillman, Pamela L Lutsey, Sutapa Mukherjee, Heather M Ochs-Balcom, Lyle J Palmer, Jessica Rhodes, Shaun Purcell, Sanjay R Patel, Richa Saxena, Katie L Stone, Weihong Tang, Gregory J Tranah, Eric Boerwinkle, Xihong Lin, Yongmei Liu, Bruce M Psaty, Ramachandran S Vasan, Michael H Cho, Ani Manichaikul, Edwin K Silverman, R Graham Barr, Stephen S Rich, Jerome I Rotter, James G Wilson, Susan Redline, Xiaofeng Zhu, TOPMed Sleep Working Group. 2019. Sequencing Analysis at 8p23 identifies multiple rare variants in DLC1 associated with sleep-related oxyhemoglobin saturation level. The American Journal of Human Genetics. 105(5): 1057-1068.

89. Heather M Ochs-Balcom, Kathleen M Hovey, Christopher Andrews, Jane A Cauley, **Lauren Hale**, Wenjun Li, Jennifer W Bea, Gloria E Sarto, Marcia L Stefanick, Katie L Stone, Nelson B Watts, Oleg Zaslavsky, Jean Wactawski-Wende. 2019. Short sleep is associated with low bone mineral density and osteoporosis in the Women's Health Initiative. Journal of Bone and Mineral Research. 35(2): 261-268.

90. Chloe MB Hery, **Lauren Hale**, Michelle J. Naughton. 2019. Contributions of the Women's Health Initiative to understanding associations between sleep duration, insomnia symptoms, and sleep-disordered breathing across a range of health outcomes. Sleep Health. 6(1): 48-59.

91. Dillon T Browne, Shealyn May, Pamela Hurst-Della Pietra, Dimitri Christakis, Tracy Asamoah, **Lauren Hale**, Katia Delrahim-Howlette, Jennifer A Emond, Alexander G Fiks, Sheri Madigan, Heather Prime, Greg Perlman, Hans-Jurgen Rumpf, Darcy Thompson, Stephen Uzzo, Jackie Stapleton, Ross Neville. 2019. From 'screen time' to the digital level of analysis: protocol for a scoping review of digital media use in children and adolescents. BMJ Open. 9(11).

92. Seth A Creasy, Tracy E. Crane, David O. Garcia, Cynthia A. Thomson, Lindsay N. Kohler, Betsy C. Wertheim, Laura Baker, Mace Coday, **Lauren Hale**, Catherine R. Womack, Kenneth P. Wright, Edward L. Melanson. 2019. Higher amounts of sedentary time are associated with short sleep duration and poor sleep quality in postmenopausal women. Sleep. 42(7), zsz093.

93. Rebecca Robbins, Michael A. Grandner, Orfeu M. Buxton, **Lauren Hale**, Daniel J. Buysse, Kristen L. Knutson, Sanjay R. Patel, Wendy M. Troxel, Shawn D. Youngstedt, Charles A. Czeisler, Girardin Jean-Louis. 2019. Sleep myths: an expert-led study to identify false beliefs about sleep that impinge upon population sleep health practices. Sleep Health. 5(4): 409-417.

94. Amy S. DeSantis, Tamara Dubowitz, Bonnie Ghosh-Dastidar, Geral P. Hunter, Matthew Buman, Daniel J. Buysse, **Lauren Hale**, Wendy M. Troxel. 2019. A Preliminary Study of a Composite Sleep Health Score: Associations with Psychological Distress, Body Mass Index, and Physical Functioning. Sleep Health. 5(5): 514-520.

95. Lindsay Master, Russell Nye, Soomi Lee, Nicole G. Nahmod, Sara Mariani, **Lauren Hale**, Orfeu M. Buxton. 2019. Bi-directional, Daily Temporal Associations between Sleep and Physical Activity in Adolescents. Scientific Reports. 9(1): 1-14.

96. Wendy M. Troxel, Ann Haas, Bonnie Ghosh-Dastidar, Andrea S. Richardson, **Lauren Hale**, Daniel J. Buysse, Matthew P Buman, Jonathan Kurka, Tamara Dubowitz. 2019. Food insecurity is associated with objectively measured sleep problems. Behavioral Sleep Medicine. 1-11.

97. **Lauren Hale**, Xian Li, Lauren E Hartstein, Monique K. LeBourgeois. 2019. Media use and sleep in teenagers: What do we know? Current Sleep Medicine Reports. 5(3): 128-134.

98. Grieshober, Laurie, Jean Wactawski-Wende, Rachael Hageman Blair, Lina Mu, Jingmin Liu, Jing Nie, Cara L. Carty, **Lauren Hale**, Candyce H. Korenke, Andrea Z LaCroix, Alex P. Reiner, Heather M. Ochs-Balcom. 2019. A cross-sectional analysis of telomere length and sleep in the Women's Health Initiative. American Journal of Epidemiology. 188(9): 1616-1626.

99. Rebecca Robbins, Girardin Jean-Louis, Rebecca A Gallagher, **Lauren Hale**, Charles C Branas, Nalaka Gooneratne, Pamela Alfonso-Miller, Michael Perlis, Michael A Grandner. 2019. Examining social capital in relation to sleep duration, insomnia, and daytime sleepiness. Sleep Medicine. 60: 165-172.

100. Xiaowen Ji, Celyne H Bastien, Jason G Ellis, **Lauren Hale**, Michael A Grandner. 2019. Disassembling insomnia symptoms and their associations with depressive symptoms in a community sample: the differential role of sleep symptoms, daytime symptoms, and perception of insomnia symptoms. Sleep Health. 5(4): 376-381.

101.    Wendy M. Troxel, Amy DeSantis, Andrea S Richardson, Robin Beckman, Bonnie Ghosh-Dastidar, Alvin Nugroho, **Lauren Hale**,  Daniel J. Buysse, Matthew P. Buman, Tamara Dubowitz. 2019.  Neighborhood Disadvantage is associated with actigraphy-assessed sleep continuity and short sleep duration. *Sleep*. 42(3): zsy250.

102.    Matthew, Gina M, **Lauren Hale**, Anne-Marie Chang. 2019.  Sex moderates relationships among school night sleep duration, social jetlag, and depressive symptoms in adolescents. Journal of biological rhythms. 34(2): 205-217.

103.    Mathew Gina M, Xian Li, **Lauren Hale**, Anne-Marie Chang.  2019.  Sleep duration and social jetlag are independently associated with anxious symptoms in adolescents.  Chronobiology International. 461-469.

104.    Li, Xian, Orfeu M. Buxton, Soomi Lee, Anne-Marie Chang, Lawrence M. Berger, and **Lauren Hale**. 2019.  Sleep mediates the association between adolescent screen time and depressive symptoms.  Sleep Medicine. 57:51-60.

105.    Jason J. Jones, Greg W. Kirschen, Sindhuja Kancharla, **Lauren Hale**.  2019.  Association between late-night tweeting and next-day game performance among professional basketball players. Sleep Health. 5(1): 68-71.

106.    Smith, John P., S.T. Hardy, **Lauren Hale**, Julie Gazmararian. 2019. Racial disparities and sleep among preschool-aged children:  A systematic review. Sleep Health. 5(1):49-57

107.    Soomi Lee, **Lauren Hale**, Lawrence M. Berger, Orfeu M. Buxton. 2019.  Maternal perceived work schedule flexibility predicts child sleep mediated by bedtime routines.  Journal of Child and Family Studies. 28(1): 245-259.

108.    Cauley, JA, KM Hovey, KL Stone, CA Andrews, KE Barbour, **Lauren Hale**, Rebecca D. Jackson, Karen C Johnson, Erin S LeBlanc, Wenjun Li, Oleg Zaslavsky, Heather Ochs-Balcom, Jean Wackawski-Wende, Carolyn J. Crandall. 2018. Characteristics of Self-reported sleep and risk of falls and fractures: The Women's Health Initiative. 34(3): 464-474.

109.    DJ Lederer, SC Bell, RD Branson, JD Chalmers, R Marshall, DM Maslove, DE Ost, NM Punjabi, M Schatz, AR Smyth, PW Stewart, S Suissa, AA Adjei, CA Akdis, E Azoulay, J Bakker, ZK Ballas, PG Bardin, E Barreiro, R Bellomo, JA Bernstein, V Brusasco, TG Buchman, S Chokroverty, NA Collop, JD Crapo, DA Fitzgeral, **Lauren Hale**, N Hart, FJ Herth, TJ Iwashyna, G Jenkins, M Kolb, GB Marks, P Mazzone, JR Moorman, TM Murphy, TL Noah, P Reynolds, D Riemann, RE Russell, A Sheikh, G Sotgiu, ER Swenson, R Szczesniak, R Szymusiak, JL Teboul, JL Vincent.  2019.  Control of Confounding and Reporting of Results in Causal Inference Studies:  Guidance for Authors from Editors of Respiratory, Sleep, and Critical Care Journals. *Ann Am Thorac Soc*. 16(1)22-28.

110.    Soomi Lee, **Lauren Hale**, Anne-Marie Chang, Nicole G Nahmod, Lindsay Master, Lawrence M. Berger, Orfeu M. Buxton. 2019.  Longitudinal associations of childhood bedtime and sleep routines with adolescent body mass index. Sleep. 42(1): zsy202.

111.    Nikki Nahmod, Soomi Lee, Lindsay Master, Anne-Marie Chang, **Lauren Hale**, Orfeu M. Buxton. 2019.  Later high school start times associated with longer actigraphic sleep duration in adolescents.  Sleep.  42(2): zsy212.

112.    Huang T, Zeleznik OA, Poole EM, Clish CB, Deik AA, Scott JM, Vetter C, Schernhammer ES, Brunner R, **Hale L**, Manson JE, Hu FB, Redline S, Tworoger SS, Rexrode KM. 2019.  Habitual sleep quality, plasma metabolites and risk of coronary heart disease in post-menopausal women. International Journal of Epidemiology. 48(4): 1262-1274.

113.    HD Mountcastle, SH Park, YA Al-Ajlouni, WC Goedel, S Cook, S Lupien, EM Obasi, **Lauren Hale**, Girardin Jean-Louis, Susan Redline, and Dustin T. Duncan.  2018.  Stress levels are associated with poor sleep health among sexual minority men in Paris, France.  *Sleep Health.*  4(5): 436-441.

114.    Dayna Johnson, Martha Billings, **Lauren Hale**.  2018.  Environmental Determinants of Insufficient Sleep and Sleep Disorders: Implications for Population Health.  Current Epidemiology Reports.  5(2):61-69.

115.    Chloe M. Beverly, Michael J. Naughton, ML Pennell, RE Foraker, G Young, **Lauren Hale**, EMC Feliciano, K Pan, TE Crane, SC Danhauer, ED Paskett. 2018. Change in longitudinal trends in sleep quality and duration following breast cancer diagnosis:  results from the Women's Health Initiative.  *NPJ Breast Cancer.*  June 29, 4(15).

116.    Gregory W. Kirschen, Jason J. Jones, and **Lauren Hale**. 2018.  The impact of sleep duration on performance among competitive athletes:  a systematic literature review. *Clinical Journal of Sports Medicine.*  Epub ahead of print, June 14 2018.

117.    Geoffrey C Kabat, Xiaonan Xue, Victor Kamensky, Oleg Zaslavsky, Katie L Stone, Karen C Johnson, Sylvia Wassertheil-Smoller, Aladdin H Shadyab, Juhuo Luo, **Lauren Hale**, Lihong Qi, Jane A Cauley, Robert L Brunner, JoAnn E Manson, Thomas E Rohan. 2018.  The association of sleep duration and sleep quality with all-cause and cause-specific mortality in the Women's Health Initiative. *Sleep Medicine*, 50: 48-54.

118.    Stephanie Brooks Holliday, Tamara Dubowitz, Bonnie Ghosh-Dastidar, Ryan Beckamn, Danielle Buysse, **Lauren Hale,** Matthew Buman, and Wendy Troxel.  2018.  Do sleep and psychological distress mediate the association between neighborhood factors and pain? *Pain Medicine.*  May 14, Epub ahead of print.

119.    Qian Xiao and **Lauren Hale.** 2018. Neighborhood socioeconomic status, sleep duration, and napping in middle-to-old aged US men and women.  *Sleep.* epub April 25, 2018.

**120.    Lauren Hale** and Wendy Troxel.  2018.  Embracing the school start later movement:  Adolescent sleep deprivation as a public health and social justice problem. *American Journal of Public Health*. 108(5):  599-600.

121.    **Lauren Hale**, Gregory W. Kirschen, Monique K. LeBourgeois, Michael Gradisar, Michelle M. Garrison, Hawley M. Montgomery-Downs, Howard Kirschen, Anne-Marie Chang, Orfeu M. Buxton. 2018.  Youth screen media habits and sleep:  sleep-friendly screen behavior recommendations for clinicians, educators, and parents. *Child and Adolescent Psychiatry Clinics.* 27(2): 229-245.

122.    Dana Guglielmo, Julie A. Gazmararian, Joon Chung, Anne E. Rogers, **Lauren Hale**. 2018. Racial/ethnic sleep disparities in US school-aged children and adolescents:  a review of the literature. Sleep Health. 4(1): 68-80.

123.    Nahmod, Nikki G., Soomi Lee, Orfeu M. Buxton, Anne-Marie Chang, **Lauren Hale**. High school start times after 8:30 am are associated with later wake times and longer time in bed among teens in a national urban cohort study. 2017..*Sleep Health.* 3(6): 444-450.

124.    Dustin T. Duncan, Su Hyun Park, Yazan A. Al-Ajlouni, **Lauren Hale**, Girardin Jean-Louis, William C. Goedel, Basile Chaix and Brian Elbel.  2017.  Association of financial hardship with poor sleep health outcomes among men who have sex with men. *Social Science and Medicine - Population Health.* 3:594-599.

125.    Brian Cade, H Wang, H Chen, L Ekunwe, S Gharib, X Guo, **Lauren Hale**, A Hsiung, S McGarvey, H Mei, B Mitchell, N Min, Heather Ochs-Balcom, Sanjay Patel, S Purcell, J Rotter, Richa Saxena, Neomi Shah, T Sofer, J-H Sul, S Sunyaev, J Wilson, X Zhu, D Gottlieb, X Lin, Susan

Redline. 2017. Whole genome sequence association analysis of sleep-disordered breathing traits in trans-omics for precision medicine (topmed). *Sleep Medicine.* 40(S1): e44-e45.

126.     Kathryn E Royse, Hashem B. El-Serag Hashem, Liang Chen, Donna L. White, **Lauren Hale**, Haleh Sangi-Haghpeykar, Li Jiao. 2017. Sleep Duration and Risk of Liver Cancer in Postmenopausal Women: the Women's Health Initiative study. *Journal of Women's Health.* 26(12): 1270-1277.

127.     LeBourgeois, Monique, **Lauren Hale**, Anne-Marie Chang, Hawley Montgomery-Downs, Orfeu Buxton. 2017. "Digital Media and Sleep in Childhood and Adolescence." *Accepted at Pediatrics.*

128.     Robinson, Thomas N. Jorge A. Banda, **Lauren Hale**, Amy Shirong Lu, Frances Fleming-Milici, David S. Bickham. 2017. "Screen Media Exposure and Obesity in Children and Adolescents." *Accepted at Pediatrics.*

129.     Soucise Allison, Caila Vaughn, Cheryl L Thompson, Amy E Millen, Jo L Freudenheim, Jean Wactawski-Wende, AI Phipps, **Lauren Hale**, Lihong Qi, Heather Ochs-Balcom. 2017. "Sleep quality, duration, and breast cancer aggressiveness." *Breast Cancer Res Treat.* Epub Ahead of Print.

130.     Juliana M. Kling, JoAnn E. Manson, Michelle J. Naughton, M'hamed Temkit, Shannon D Sullivan, Emily W. Gower, **Lauren Hale**, Julie C. Weitlauf, Sara Nowakowski, Carolyn J. Crandall. 2017. Association of Sleep Disturbance and Sexual Function in Postmenopausal Women. *Menopause.* 24(6):604.

131.     **Lauren Hale**, Lee Singer, Jodi H. Barnet, Paul E. Peppard, Erika W. Hagen. "Associations between midlife insomnia symptoms and earlier retirement." 2017. *Sleep Health.* 3(3): 170-177.

132.     James, Sarah* and **Lauren Hale.** 2017. "Sleep Duration and Child Well-being: A Non-Linear Association." *Journal of Clinical Child and Adolescent Psychology. 46(2): 258-268.*

133.     Carter, Benjamin, Philippa Rees, **Lauren Hale**, Darsharna Bhattacharjee, Mandar Paradka. 2016. "A meta-analysis of the effect of media devices on sleep outcomes." *JAMA-Pediatrics. 170(12): 1202-1208.*

134.     Parthasarathy S, Carskadon MA, Jean-Louis G, Owens J, Bramoweth A, Combs D, **Lauren Hale**, Harrison E, Hart CN, Hasler BP, Honaker SM, Hertenstein E, Kuna S, Kushida C, Levenson JC, Murray C, Pack AI, Pillai V, Pruiksma K, Seixas A, Strollo P, Thosar SS, Williams N, Buysse D. 2016. "Implementation of Sleep and Circadian Science: Recommendations for Sleep Research Society and National Institute of Health Workshop. *Sleep.* 39(12): 2061-2075.

135.     DeSantis, Amy, Wendy M. Troxel, Robin Beckman, Bonnie Ghosh-Dastidar, Gerald P. Hunter, **Lauren Hale**, Daniel J. Buysse, and Tamara Dubowitz. 2016. "Is the Association between Neighborhood Characteristics and Sleep Quality Mediated by Psychological Distress? An analysis of Subjective and Objective Measures of Two Pittsburgh Neighborhoods" *Sleep Health. 2(4)*

136.     Wang, Yan, Miriam Raffeld, Natalie Slopen, **Lauren Hale** and Erin C. Dunn. 2016. "Childhood Adversity and Insomnia in Adolescence." *Sleep Medicine. 21: 12-8.*

137.     Hagen, Erika, Jodi M. Barnet, **Lauren Hale**, and Paul E. Peppard. 2016. "Changes in Sleep Duration and Sleep Timing Associated with Retirement Transitions." *Sleep.* 39(3): 665-73.

138.     Rissling, Michelle, Kristen Gray, Christi Ulmer, Jennifer L. Martin, Oleg Zaslavsky, Shelly Gray, **Lauren Hale**, Jamie Zeitzer, Michelle Naughton, Nancy Woods, Andrea LaCroix, Patrick Calhoun, Marcia Stefanick, and Julie Weitlauf. 2016. "Sleep Disturbance, Diabetes and Cardiovascular Disease in Postmenopausal Veteran Women." *The Gerontologist.* 56(Suppl 1): S54-66.

139.     Koo, Patrick, Dennis McCool, **Lauren Hale**, Katie Stone, and Charles B. Eaton. 2016. "Association of obstructive sleep apnea risk factors with nocturnal enuresis in postmenopausal women." *Menopause.* 23(2):175-82.

140.    Hill, Terrence, Ha Ngoc Trinh, Ming Wen, and **Lauren Hale.** 2016. "Perceived Neighborhood Safety and Sleep Quality: A Global Analysis of Six Countries." *Sleep Medicine*. 18:56-60.

141.    **Hale, Lauren**, Sarah A. James*, Erin Emanuele.* 2015. "Recent Updates in the Social and Environmental Determinants of Sleep Health." *Current Sleep Medicine Reports*. October 1, 2015. Pp. 1-6.

142.    Yland, Jennifer*, Stanford Guan*, Erin Emanuele,* and **Lauren Hale**. 2015. "Interactive vs. Passive Screen Time and Nighttime Sleep Duration among School-Aged Children." *Sleep Health. 1(3): 191-6.*

143.    Krueger, Patrick M., Eric N. Reither, Paul E. Peppard and **Lauren Hale**. 2015. "Cumulative Exposure to Short Sleep and Body Mass Outcomes:  A Prospective Study." *Journal of Sleep Research*. 24(6):629-38.

144.    Gangwisch, James E., **Lauren Hale**, Lorena Garcia, Dolores Malaspina, Mark. G. Opler, Martha E. Payne, Rebecca C. Rossom, and Dorothy Lane. 2015. "High Glycemic Index as a Risk Factor for Depression: Analyses from the Women's Health Initiative." *American Journal of Clinical Nutrition.* 102(2): 454-63.

145.    Zaslavsky, Oleg, Andrea Z. LaCroix, **Lauren Hale**, Hilary Tindle, Tamar Shochat. 2015. "Longitudinal changes in insomnia status and incidence of physical and emotional impairment in post-menopausal women participating in the Women's Health Initiative." *Sleep Medicine*. 16(3): 364-71.

146.    **Lauren Hale** and Stanford Guan. 2015. "Screen Time and Sleep among School-Aged Children and Adolescents:  A Systematic Literature Review." *Sleep Medicine Reviews*. 21:50-58.

147.    **Lauren Hale.** 2014. "Inadequate sleep duration as a public health and social justice problem: can we truly trade off our daily activities for more sleep?" *Sleep.* 37(12): 1879-80.

148.    Grandner, Michael, Kristen Knutson, Wendy Troxel, **Lauren Hale**, Girardin Jean-Louis, and Kathleen Miller. 2014. "Implications of sleep and energy drink use for health disparities." *Nutrition Reviews.* 72: Suppl 1:14-22.

149.    Shandra, Carrie, Allison Kruger*, and **Lauren Hale**.  2014. "Disability and Sleep Duration: Evidence from the American Time Use Survey." *Disability and Health Journal.* 7(3):325-34.

150.    Reither, Eric N., Patrick M. Krueger, **Lauren Hale**, E. Miranda Reiter, and Paul E. Peppard. 2014. "Ethnic variation in the association between sleep and body mass among US adolescents. *International Journal of Obesity.* 38(7): 944-9.

151.    Kruger, Allison* Patrick M.  Krueger, Eric N. Reither, Paul E. Peppard, and **Lauren Hale.**" 2014. Do sleep-deprived teens make less healthy food choices?" *British Journal of Nutrition. February 13, 2014:1-7.*

152.    **Hale, Lauren,** Wendy Troxel, Howard M. Kravitz, Martica H. Hall, and Karen A. Matthews. 2014. "Are Immigration Status and Acculturation Associated with Sleep Complaints?  An Investigation of Chinese, Japanese, and Hispanic Women in the Study of Women's Health Across the Nation (SWAN)." *Sleep.  37(2):309-317.*

153.    Stern, Jennifer H., Andriene S. Grant, Cynthia A. Thomsen, Lesley Tinker, **Lauren Hale**, Kathleen M. Brennan, Nancy F. Woods, and Zhao Chen. 2014. "Short sleep duration is associated with decreased serum leptin, increased energy intake and decreased diet quality in postmenopausal women." *Obesity.*  22(5): E55-61.

154.    Gradisar, Michael, Amy R. Wolfson, Allison G. Harvey, **Lauren Hale**, Russell Rosenberg, and Charles A. Czeisler. 2013.  "The Sleep and Technology Use of Americans:  Findings from the

National Sleep Foundation's 2011 Sleep in America Poll." *Journal of Clinical Sleep Medicine.* December 15;9(12): 1291-9.

155.  Martin, Anne, **Lauren Hale**, and Jeanne Brooks-Gunn. 2013. "The Complicated Association between Sleep Problems and Behavior Problems." Electronic Response to "Changes in Bedtime Schedules and Behavioral Difficulties in 7 Year Old Children." by Yvonne Kelly, John Kelly, and Amanda Sacker. *Pediatrics.* Published online, October 21, 2013.

156.  Vogtmann, Emily, Emily B. Levitan, **Lauren Hale**, James M. Shikany, Neomi A. Shah, Youhannes Endeshaw, Cora E. Lewis, JoAnn E. Manson, Rowan T. Chlebowski. 2013. "Association between sleep and breast cancer incidence among post-menopausal women in the Women's Health Initiative." *Sleep.* October 1: 1437-1444.

157.  Jiao, Li, Hashem El-Serage, Zhigang Duan, **Lauren Hale** and Haleh Sangi-Haghpeykar. 2013. "Sleep pattern and incidence of colorectal cancer in post-menopausal women." *British Journal of Cancer.* January 15; 108(1): 213-21.

158.  **Hale, Lauren,** Victoria Parente*, Jennifer Beam Dowd, Yiqing Song, Megan Sands, Jeffrey Berger, Lisa W. Martin, and Matthew Allison. 2013. "Fibrinogen May Mediate the Association between Long Sleep Duration and Coronary Heart Disease." *Journal of Sleep Research. 22(3): 305-314.  ** Featured on WHI website in February 2013 as WHI Paper of the Month*

159.  Sands-Lincoln, Megan, Bing Lu, Marian Limacher, Jennifer G. Robinson, Marcia Stefanick, Kristen Hairston, **Lauren Hale**, Neomi Shah, Judith Ockene, Mary Carskadon, and Katherine Sharkey. 2013. "Sleep Duration, Insomnia and Coronary Heart Disease among Postmenopausal Women in the Women's Health Initiative." *Journal of Women's Health.* 22(6): 477-86.

160.  Sands, Megan, Eric Loucks, Bing Lu, Mary Carskadon, Katherine Sharkey, Marcia Stefanick, Judith Ockene, Neomi Shah, Kristen G. Hairston, Jennifer G. Robinson, Marian Limacher, **Lauren Hale**, Lisa Billington, and Charles Eaton. 2013. "Self-reported Snoring and Risk of Cardiovascular Disease among Postmenopausal Women (from the Women's Health Initiative)." 2013. *American Journal of Cardiology.* 111(4): 540-6.

161.  **Hale, Lauren,** Terrence Hill, Elliot Friedman, Javier Nieto, Loren Galvao, Corinne Engelman, Kristen Malecki, Paul E. Peppard. 2013. "Perceived Neighborhood Quality, Sleep Quality and Health Status: Evidence from the Survey of the Health of Wisconsin." *Social Science and Medicine*. 79:16-22.

162.  Parente, Victoria*, **Lauren Hale**, and Tia Palermo. 2013. "Elevated Biomarkers of Chronic Stress among a Diverse Group of Breast Cancer Survivors in the US: NHANES 1999-2008." *Psychooncology*. 22(3): 621-28.

163.  Grandner, Michael, **Lauren Hale**, Nicholas Jackson, Nirav Patel, Nalaka Goonerantne and Wendy Troxel. 2012. "Perceived Racial Discrimination as an Independent Predictor of Sleep Disturbance and Daytime Fatigue." *Behavioral Sleep Medicine,* 10(4): 235-239.

164.  DaVanzo, Julie, **Lauren Hale**, and Mizanur Rahman. 2012. "How long after a miscarriage should women wait before becoming pregnant again? Multivariate analysis of cohort data from from Matlab, Bangladesh." *British Medical Journal Open.* 2(4). pii: e001591

165.  Magee, Lorrie*, and **Lauren Hale**. 2012. "Longitudinal associations between sleep duration and subsequent weight gain: A systematic review." *Sleep Medicine Reviews*. 16(3):231-41.

166.  **Hale, Lauren,** Lawrence M. Berger. 2011. "Sleep Duration and Childhood Obesity: Moving from Research to Practice." *Sleep*. September 34(9): 1153-4.

167.    Barajas, R. Gabriela*, Anne Martin, Jeanne Brooks-Gunn, and **Lauren Hale**. 2011. "Mother-Child Bedsharing in Toddlerhood and Cognitive and Behavioral Outcomes." *Pediatrics.* 128(2):e339-47.

168.    **Hale, Lauren,** Lawrence M. Berger, Monique LeBourgeois, Jeanne Brooks-Gunn. 2011. "A longitudinal study of preschoolers' language-based bedtime routines, sleep duration, and wellbeing." *Journal of Family Psychology.* 25(3): 423-33.

169.    Martin, Anne, R. Gabriela Barajas*, Jeanne Brooks-Gunn, and **Lauren Hale**. 2011. "Does the Receipt of Parenting Services Predict Parent-Controlled Sleep-Related Behaviors at Child Age 3?" *Behavioral Sleep Medicine.* 9(4): 237-42.

170.    Burdette, Amy, Terrence D. Hill, and **Lauren Hale**. 2011. "Household Disrepair and the Mental Health of Low-income Urban Women." *Journal of Urban Health.* 88(1):142-153.

171.    **Hale, Lauren,** Terrence D. Hill, and Amy Burdette. 2010. "Does Sleep Quality Mediate the Relationship between Neighborhood Disorder and Self-rated Health?" *Preventive Medicine.* Sep-Oct; 51(3-4): 275-278.

172.    **Hale, Lauren**, D. Phuong Do, and Maria Estela Rivero Fuentes. 2010. "What Do We Know About Mexican Immigration and Sleep? A Population-based Study and Future Research Directions." *Hispanic Health Care International.* 8(4) 199-208(10).

173.    Meng, Hongdao, **Lauren Hale**, and Fred Friedberg. 2010. "Prevalence of Fatigue among Middle-Aged and Older Adults: Evidence from the Health and Retirement Study." *Journal of the American Geriatrics Society.* 58(10): 233-234

174.    **Hale, Lauren.** 2010. "Sleep as a Mechanism through which Social Relationships Affect Health; Commentary on Troxel et al. Marital/Cohabitation status and history in relation to sleep in midlife women." *SLEEP.* July 1; 33(7):862-3.

175.    **Hale, Lauren** and Benjamin Hale. 2010. "Treat the Source not the Symptoms: Why Thinking about Sleep Informs the Social Determinants of Health." Epub April 21, 2010. *Health Education Research.* June; 25(3): 395-400.

176.    Parente, Victoria* and **Lauren Hale.** 2010. "Health Disparities: The Rarely Cited Concern of the USPSTF Guidelines." Electronic Letter in response to **"**Cancer Screening in the United States, 2010: A Review of Current American Cancer Society Guidelines and Issues in Cancer Screening" by Smith et al., *CA Cancer Journal for Clinicians,* 2010; 60: 99-119.

177.    **Hale, Lauren.** 2010. "Bedtimes and the Blues: Evidence in support of improved adolescent sleep; Commentary on 'Earlier parental set bedtimes as a protective factor against depression and suicidal ideation'," by Gangwisch et al. *SLEEP.* 33:17-18.

178.    Magee, Lorrie* and **Lauren Hale.** 2010. **"**RE: Cross-sectional and Longitudinal Associations between Objectively Measured Sleep Duration and Body Mass Index: The CARDIA Sleep Study." *American Journal of Epidemiology.* Mar 15;171(6):745.

179.    Grandner, Michael, **Lauren Hale,** Melissa Moore, and Nirav Patel. 2010. "Mortality Associated with Short Sleep Duration: The Evidence, the Possible Mechanisms, and the Future." *Sleep Medicine Reviews.* 14(3): 191-203.

180.    Hale, Benjamin, and **Lauren Hale.** 2010. "Respecting Autonomy in Population Policy: An Argument for Comprehensive Family Planning Programs." *Public Health Ethics.* 3(2): 157-166.

181.    **Hale, Lauren** and Maria Estela Rivero-Fuentes. 2009. "Negative Acculturation in Sleep Duration among Mexican Immigrants and Mexican Americans." Epub September 1, 2009. *In press at the Journal of Immigrant and Minority Health.*

182.   Bird, Chloe E., Teresa Seeman, Jose J. Escarce, Ricardo Basurto-Davila, Brian Finch, Tamara Dubowitz, Melonie Heron, **Lauren Hale,** SS Merkin, Margaret Weden and Nicole Lurie. 2009. "Neighborhood Socioeconomic Status and Biological "Wear & Tear" in a Nationally Representative Sample of U.S. Adults." Epub September 16, 2009. *Journal of Epidemiology and Community Health.* 64(10): 860-5.

183.   **Hale, Lauren**, Lawrence M. Berger, Monique LeBourgeois, and Jeanne Brooks-Gunn. 2009. "Social and Demographic Predictors of Preschoolers' Bedtime Routines." *Journal of Developmental and Behavioral Pediatrics.* October 30(5):  394-402.

184.   Hale, Benjamin S. and **Lauren Hale**.  2009.  "Is Justice Good for Your Sleep? (And Therefore, Good for Your Health?)"  *Social Theory and Health.* 7:354-370.

185.   Hill, Terrence, Amy Burdette, and **Lauren Hale**. 2009.  "Neighborhood Disorder, Sleep Quality, and Psychological Distress." *Health and Place.* 15(4):1006-1013.

186.   **Hale, Lauren**, D. Phuong Do, Ricardo Basurto-Davila, Melonie Heron, Brian K. Finch, Tamara Dubowitz, Nicole Lurie, and Chloe E. Bird. 2009. "Does Mental Health History Explain Gender Disparities in Insomnia Symptoms Among Young Adults?" *Sleep Medicine.*  December 10(10): 1118-1123.

187.   **Hale, Lauren,** Julie DaVanzo, Mizanur Rahman, and Abdur Razzaque. 2009. "Which Factors Explain the Reductions in Infant and Child Mortality in Matlab, Bangladesh?" *Journal of Population Research.* 26(1):3-20.

188.   Dubowitz, Tamara, Melonie Heron, Chloe E. Bird, Nicole Lurie, Brian Karl Finch, Ricardo Basurto, **Lauren Hale**, and Jose J. Escarce. 2008.  "Neighborhood Socioeconomic Status and Fruit and Vegetable Intake among Whites, Blacks, and Mexican-Americans in the United States." *American Journal of Clinical Nutrition.* 87(6):  1883-91.

189.   DaVanzo, Julie, **Lauren Hale**, Abdur Razzaque, and Mizanur Rahman. 2008.  "The Effects of Pregnancy Spacing on Infant and Child Mortality in Matlab, Bangladesh." *Population Studies.* 62(2): 131-154.

190.   Sara Kalkhoran* and **Lauren Hale**. 2008. "AIDS Education in an Islamic Nation:  Content Analysis of Farsi-Language AIDS-Education Materials in Iran." *Promotion and Education (now Global Health Promotion).* 15(3):  21-25.

191.   **Hale, Lauren,** and D. Phuong Do. 2007. "Racial Differences in Self-Reports of Sleep Duration in a Population-Based Study." *Sleep.* 30(9):1096-1103.

192.   Haney, Sean, Daniel Lee, Denise Sur, and **Lauren Hale**.  2007.  "Patient Perception of Physician Position (4P Study):  Does Physician Position Influence Patient Perception of Time?" *Proceedings of UCLA Health Care* – Volume 11.

193.   DaVanzo, Julie, **Lauren Hale,** Abdur Razzaque, and Mizanur Rahman.  2007.  "Effects of Interpregnancy Interval and the Outcome of the Preceding Pregnancy on Pregnancy Outcomes in Matlab, Bangladesh." *British Journal of Obstetrics and Gynecology.*  September; 114:1079087. (Online July 6).

194.   **Hale, Lauren** and D. Phuong Do. 2007.  "RE:  Objectively Measured Sleep Characteristics among Early-Middle-Aged Adults:  The CARDIA Study." *American Journal of Epidemiology.*  Jan 15;165(2):231-2.  (Online November 2006)

195.   **Hale, Lauren,** Julie DaVanzo, Abdur Razzaque, and Mizanur Rahman. 2006.  "Why are Infant and Child Mortality Rates Lower in the MCH-FP Area of Matlab, Bangladesh? Are the Differences due to Differences in Reproductive Patterns?" *Studies in Family Planning,* Volume 37(4): 281-292.

196.    Lee Mike Y, **Lauren Hale,** Daniel Lee, and Steve Deitelbaum. 2006. "Enhancing Interactions Between Family Medicine Residents In Training and Behavioral Scientists." *Family Medicine Digital Resources Library.*

197.    Grant, Jonathan, Stijn Hoorens, Suja Sivadasan, Mirjam van het Loo, Julie DaVanzo, **Lauren Hale**, and William Butz. 2006.  "Trends in European Fertility:  Should Europe try to increase its fertility rate … or just manage the consequences." *International Journal of Andrology.*  29:17-24.

198.    Espenshade, Thomas J., **Lauren Hale**, and Chang Chung.  2005.  "High School Academic Environment, Class Rank, and Elite College Admission." *Sociology of Education.*  Volume 78(October):  269-293.

199.    **Hale, Lauren.**  2005. "Who Has Time to Sleep?"  *Journal of Public Health.*  Volume 27(2): 205-211.

200.    Razzaque, Abdur, Julie DaVanzo, Mizanur Rahman, **Lauren Hale**, K. Gausia, M.A. Khan, A.H.M.G. Mustafa. 2005. "Pregnancy Spacing and Maternal Morbidity in Bangladesh." *International Journal of Gynecology and Obstetrics,* 89 Supplement 1:S41-49.

    * Mentored Students

## BOOKS:

Christakis, D.A. and Hale, L., 2025. Handbook of children and screens: Digital media, development, and well-being from birth through adolescence (p. 657). Springer Nature.

## BOOK CHAPTERS:

1.  Twenge, J.M., Peeples, D., Shafi, R., Boers, E., **Lauren Hale** and Weigle, P., 2025. Social Media and Depressive Symptoms. In *Handbook of Children and Screens* (pp. 137-140). Springer.

2.  **Lauren Hale**, Hartstein, L.E., Robbins, R., Grandner, M.A., LeBourgeois, M.K., Garrison, M.M. and Czeisler, C.A., 2024. What Do We Know About the Link Between Screens and Sleep Health?. *Handbook of Children and Screens: Digital Media, Development, and Well-Being from Birth Through Adolescence*, pp.101-107.

3.  Guido Simonelli and **Lauren Hale.** 2022.  Built Environment and Sleep Health. Foundations of Sleep Health. Edited by F. Javier Nieto and Donna J. Peterson.  Academic Press: An Imprint of Elsevier.

4.  Hale, Lauren, Sarah James, Qian Xiao, Martha E. Billings, and Dayna Johnson. 2020. "Neighborhood factors associated with sleep health." In Sleep and Health. Edited by Michael Grandner. London: Elsevier.

5.  **Hale, Lauren,** Stanford Guan* and Erin Emanuele*.  "Epidemiology of Narcolepsy." 2014.  Invited Chapter in *Narcolepsy:  A Clinical Guide*.  Edited by Michael J. Thorpy, Meeta Goswami, and S.R. Pandi-Perumal.  Springer Science, Business Media, LLC, Humana Press.

6.  **Hale, Lauren**, Gwendolyn K. Phillips*, and Victoria Parente.*  2013. "The Social Determinants of Child and Adolescent Sleep." In *The Oxford Handbook of Infant, Child, and Adolescent Sleep: Development and Problems*, edited by Amy Wolfson and Hawley Montgomery-Downs.  Oxford University Press.

7. **Hale, Lauren.** "Epidemiology of Narcolepsy." 2009. Invited Chapter in *Narcolepsy: A Clinical Guide*. Edited by Michael J. Thorpy, Meeta Goswami, and S.R. Pandi-Perumal. Springer Science, Business Media, LLC, Humana Press.

8. **Hale, Lauren.** 2009. "Chapter 2: Phylogeny and Demography of Sleep: Demography of Sleep." 2nd Edition of the Sleep Research Society Basics of Sleep Guide. Invited chapter by the Sleep Research Society Board of Directors.

9. Hale, Benjamin and **Lauren Hale**. 2009. "Choosing to Sleep." In *The Philosophy of Public Health*. A. Dawson (Ed.). A publication of the Society of Applied Philosophy. Surrey, England: Ashgate.

10. **Hale, Lauren.** 2007. "Chapter 2: Epidemiology of Sleep." In *Primary Care Sleep Medicine* edited by S.R. Pandi-Perumal and James Pagel and endorsed by the American College of Chest Physicians. Humana Press.

11. Espenshade, Thomas E., **Lauren Hale**, and Chang Chung. 2007. "Chapter 22. The frog pond revisited: High school academic context, class rank, and elite college admission." In *Selected Readings of American Education Research,* edited by Yong Zhao. Shanghai: East China Normal University Press.

12. **Hale, Lauren**, Paul E. Peppard, and Terry Young. 2007. "Chapter 1: Does the demography of sleep contribute to health disparities?" pp 1-17. In *Sleep Disorders: Their Impact on Public Health*, edited by S.R. Pandi-Perumal and Damien Leger. Taylor and Francis, Informa Health Care, UK.

13. **Hale, Lauren.** 2000. "A Dynamic Simulation Model of Population Impacts on the Environment: A Fisheries Model." In *Population, Development & Environment on the Yucatán Peninsula: From Ancient Maya to 2030.* Wolfgang Lutz, Lionel Prieto, and Warren Sanderson, Eds. Laxenburg, Austria: IIASA, 257 pp.

14. **Hale, Lauren.** 2000. "A Freedom Uncommon: The Development and Consequences of Namibian Claim to its Exclusive Economic Zone." In *Population-Development-Environment in Namibia. Background Readings.* Ben Fuller and Isolde Prommer, Eds. Laxenburg, Austria: IIASA, 315 pp.

* Mentored Students


## OTHER ACADEMIC PROJECTS, REPORTS AND RESEARCH BRIEFS:

1. **Hale, Lauren.** Power point slides hour-long lecture for "Demography of Sleep" chapter of the 2nd Edition of the Sleep Research Society's Basics of Sleep Guide. At the invitation of the Sleep Research Society, 2011.

2. Grant, Jonathan, Stijn Hoorens, Suja Sivadasan, Mirjam van het Loo, Julie DaVanzo, **Lauren Hale,** and William Butz. 2005. *¿Implosión demográfica? La baja fecundidad y las medidas tomadas en la Unión Europea.* RAND Research Brief. RB-9126/1

3. Grant, Jonathan, Stijn Hoorens, Suja Sivadasan, Mirjam van het Loo, Julie DaVanzo, **Lauren Hale,** and William Butz. 2005. *Population Implosion? Low Fertility and Policy Responses in the European Union.* RAND Research Brief. RB-9126

4. **Hale, Lauren**, Benjamin Hale, and Jack Lynn. 2005. "Nathan Mantel." In *The Encyclopedia of Statistical Sciences 2.* Brani Vidakovic and Samuel Kotz Eds. New York: John Wiley & Sons.

5. **Hale, Lauren** and Benjamin Hale. 2004. "Nathan Mantel." In *The Encyclopedia of Biostatistics 2*. Peter Armitage and Theodore Colton, Eds. West Sussex: John Wiley & Sons Ltd.

6. DaVanzo, Julie, Mizanur Rahman, Abdur Razzaque, and **Lauren Hale**. 2004. "The Effects of Birth-

spacing on Pregnancy Outcomes and Infant and Child Mortality, Maternal Mortality, and Maternal Morbidity in Matlab, Bangladesh." October.  RAND WR-198-LP.

7. **Hale, Lauren.**  2004. "Life Experiences, Strength of Emotional Response, and Sex-specific Mortality Risk Zones." Office of Population Research Working Paper No. 2004-1.  Princeton University.

8. Grant, Jonathan, Stijn Hoorens, Suja Sivadasen, Mirjam van het Loo, Julie DaVanzo, **Lauren Hale**, Shawna Gibson, and William Butz. 2003. *Low Fertility and Population Ageing:  Causes, Consequences, and Policy Options.*  RAND Europe and RAND Labor and Population Programme. 151 pp. MG-206-EC.

9. **Hale, Lauren.**  2003. *Healthy Aging:  Physiological Correlates of Cumulative Psychosocial Experiences.*  Doctoral Dissertation, Princeton University.  Defended, August 18. Dissertation Committee:  Burton Singer, Noreen Goldman, Carol Ryff.

   * Mentored Students


# GRANTS, FELLOWSHIPS, AND AWARDS

### FUNDED

- **NICHD R01HD073552 Hale (PI).**                           9/01/2019-5/31/2026

  **"Longitudinal Behavioral, Sociodemographic, and Contextual Predictors of Young Adult Sleep Health and Well-being."** Co-Is: Sara McLanahan (Princeton University); Orfeu Buxton, Anne-Marie Chang, and Timothy Brick (Pennsylvania State University); Wei Hou and Carrie Shandra (Stony Brook University).  **~$2.5 million in direct costs.**

- **Pam and Stephen Della Pietra Family Foundation Grant Hale (PI)   9/01/2021-5/31/2026**

  **"SBU MEDiA Study."** ~$500,000 in direct costs.


### COMPLETED

- **NHICHD R21HD097491 Hale (MPI)**                          9/01/2019-5/31/2021
  **"Effects of Sleep on Academic and Health Outcomes among Adolescents."**
  Multiple PIs with Julie Gazmararian (Emory University).  **~275K in direct costs.**

- **NHLBI R01HL122460 Hale (Co-I, 15% Y1, 5% Y2, Y3 & Y4)  12/01/2014-11/30/2019**
  **"Neighborhood Change:  Impact on Sleep and Obesity-Related Health Disparities".**
  Multiple PIs:  Wendy Troxel and Tamara Dubowitz.  Lauren Hale (Stony Brook University) and Daniel Buysse (University of Pittsburgh).  Impact Score: **13, at 2nd Percentile.** ~$2.5 million direct costs.

- **NICHD R01HD073352 "Biopsychosocial Determinants of sleep among teens in Fragile Families."   PI:  Lauren Hale  (30-40% for 5 years)              8/9/2013-5/31/2018**

  Co-Investigators:  Orfeu Buxton (Penn State University), Daniel Notterman (Penn State University College of Medicine) and Lawrence M. Berger (University of Wisconsin, Madison). Consultant:  Amy Wolfson (Holy Cross University), Jeanne-Brooks-Gunn (Columbia University), Richa Saxena (Massachusetts General Hospital), Anne-Marie Chang (Brigham

Women's Hospital).  Priority score at the **11th percentile**.  Funded Summer 2013, approximately $3.3 million.

- **NIEHS R21 ES022931 Hale (Consultant)                    9/26/2012-8/31/2014**
  **"Sleep and Health in the Social Environment."**PI:  Michael Grandner (University of Pennsylvania).  Co-Investigators:  Charles Branas (University of Pennsylvania), Rebecca Lang (University of Pennsylvania).  Consultants:  **Lauren Hale** (Stony Brook University), Allan Pack (University of Pennsylvania), Greg Maislin (University of Pennsylvania).  Approximately $436,000.  **Impact Score: 24.**

- **NIDDK R21 DK089414 Hale (Multiple PI -- 13% for 2 years)        8/1/2011-5/31/2014**
  **"Sleep, Obesity, and Health-Related Quality of Life of Adolescents."**  Multiple PIs:  Eric Reither (Utah State University) and **Lauren Hale** (Stony Brook University) and Patrick Krueger (University of Colorado, Denver).  Consultant:  Paul Peppard (University of Wisconsin, Madison).  Approximately $394,000.  **Impact Score: 20.**

- **NIA R01 AG036838 Hale (Co-I – 18% for 5 years)                8/1/2010-7/31/2015**
  **"The REST Study:  A Longitudinal Bidirectional Examination of Retirement and Sleep."**
  Principal Investigator:  Paul Peppard (University of Wisconsin-Madison).  Co-Investigators:
  **Lauren Hale (Stony Brook University),** Elliott Friedman (University of Wisconsin-Madison), Javier Nieto (University of Wisconsin-Madison), Mari Palta (University of Wisconsin-Madison), Robert Hauser (University of Wisconsin-Madison).  Project Funding:  $2,752,080.  Subcontract to Stony Brook (Hale PI):  $435,855.
  Priority Score: **10** at **2nd percentile.**

- **NICHD    R21HD060208  Hale (PI – 30% for 2 years)                9/1/2009-8/31/2011**
  **"Disadvantaged Children:  Predictors & Outcomes of Sleep Behaviors."**
  Principal Investigator:  **Lauren Hale (Stony Brook University)**.  Co-Investigators:  Monique LeBourgeois (University of Colorado, Boulder), Jeanne Brooks-Gunn (Columbia University), Anne Martin (Columbia University), Lawrence Berger (University of Wisconsin-Madison).  Project Funding:  $453,575.
  Priority Score:  **156** at **11.6 percentile**.

- **Early Career Women Faculty Professional Development Conference.    7/11/2009-7/15/2009**
  One of two women at the Stony Brook School of Medicine sponsored by the Office of Faculty Affairs to attend this AAMC conference.
  Estimated Funding:  $2,500

- **UUP Professional Development Grant.** Stony Brook University.            **1/15/2009-1/24/2009**
  Grant to partially support travel to Turkana Basin Institute in northern Kenya.
  Estimated Funding:  $1,000

- **RAND/NICHD Fellowship in Population Studies.**                    **8/1/2003-7/31/2005**
  Joint post-doctoral fellowship from the National Institute for Child Health and Human Development (NICHD) and the RAND Corporation, Santa Monica, CA.

- **Robert Wood Johnson Foundation—Center for Health and Wellbeing    8/1/2002-7/31/2003**
  **Pre-doctoral Fellowship.**  Joint fellowship from the Robert Wood Johnson Foundation and Princeton University's Center for Health and Wellbeing.
  Estimated Funding:  $17,000 + Princeton tuition

- **Wisconsin Symposium on Emotions Travel Award.** University of Wisconsin.    **2002, 2003**

- **Henry A. Murray Dissertation Grant.**                        **2002**
  Murray Research Center, Radcliffe Institute for Advanced Study, Harvard University.
  Funding: $2,000.

- **Radcliffe Institute for Advanced Study, Student Scholarship.**            **2002**

Funding to attend workshop, "Analyzing Longitudinal Trajectories Using AMOS and SAS PROC TRAJ."

- **Graduate School Summer Funding.** Princeton University.                    **Summer 2001; 2002**
- **Princeton University Fellowship.** Princeton University.                      **1998-2002**
- **Shield Award for service to Dunster House.** Harvard University.            **1998**
- **Aurelio Peccei Award.**                                                                          **1997**
  Award given for best research paper at the Young Summer Scientist Program. International Institute for Applied Systems Analysis (IIASA), Laxenburg, Austria.
- **Young Summer Scientist Program Fellowship**                                        **1996**
  IIASA, Laxenburg, Austria.  Funded by the Environmental Science and Public Policy Department, Harvard University. Summer 1996.

# SELECTED PRESENTATIONS AND CONFERENCES:

1. "Sleep Health Equity."  Invited Keynote at the World Sleep Congress meeting in Singapore, September 2025.

2. "Screens and Sleep." Invited Speaker, European Commission Roundtable, September 2024.

3. "Future of Families Sleep Cohort:  From Adolescence to Young Adulthood."  Oral presentation and poster at European Sleep Research Society.  Sevilla Spain.  September 2024.

4. "Focusing on Sleep: Sleep Health as a Social Justice Priority."  Invited speaker to Kiva.  November 2023.

5. "Pediatric Sleep Health Disparities."  Invited Keynote at the Pediatric Sleep Meetings in Hilton Head, SC, November 2023.

6. "Sleep Health Equity in Adolescence:  Individual, Household, Community, and Policy Factors." Invited Speaker at the Technical University of Munich.  June 2023.

7. "Sleep Health Equity in Adolescence."  Invited speaker at the Brigham and Women's Hospital meeting on sleep health disparities.  Harvard University, Division of Sleep Medicine. June 2023.

8. "The Future of Sleep."  Princeton University Reunions, Invited Panelist.  May 2023.

9. "Sleep Health Disparities and Daylight Saving Time." Invited Speaker at Radcliffe College workshops on Daylight Saving Time. March, 2023, with follow up in May 2023.

10. "Social Determinants of Sleep Health." Invited Keynote Speaker for the SLEEP meetings. Charlotte, NC, June 2022.

11. "Strengthening individual skills and knowledge around sleep health."  Invited speaker at the CDC's Dementia Risk Reduction summit. Atlanta, GA.  May 2022.

12. "Screens and Sleep."  Invited speaker at the Children and Screens workshop on Educational Technology. Zoom.  May 2022.

13. "Sleep health as social justice."  Invited speaker at Columbia University Medical School.  New York, NY.  2022.

14. "Adolescent Sleep Health Disparities:  Select Findings from the Future of Families and Child Wellbeing Study."  Presented at the Future of Families Workshop.  Columbia University.  Summer 2021-2024, where I also participate as a mentor to participants.

15. "Pediatric Sleep Health Disparities." Presented at University of Miami NHBLI PRIDE Workshop in 2020-2024, where I also participate as a mentor to underrepresented minorities.

16. "School Start Times and Sleep Health." Three Village School District School Start Time Sub-Committee. March 3, 2020. Stony Brook, NY.

17. "Sleep and Health Disparities among Adolescents." Columbia University Department of Psychiatry. December 6, 2019, New York City, NY.

18. "Social Epidemiology of Children's Sleep." PRIDE Trainees Speaker Series at New York University. July 30, 2019. New York City, NY.

19. "Screens and Teens." April 1, 2019. Northport High School, New York.

20. "Social Epidemiology of Children's Sleep." PRIDE Trainees Speaker Series at New York University. August 3, 2017. New York City, NY.

21. "School Start Times After 8:30 AM, Predict Thirty Minutes Longer Sleep Duration in Teens from a National Urban Cohort." (Presented by Nikki Nahmod). Meetings of the annual APSS Sleep Meetings. June 5, 2017, Boston, MA.

22. "Association between Late-Night Tweeting and Next-Day Game Performance among NBA Basketball Players." Meetings of the annual APSS Sleep Meetings. June 5, 2017, Boston, MA.

23. "Sleep and Health Disparities: An Evolutionary Perspective." Invited speaker and participant at a workshop at Duke University and the University of North Carolina, Chapel Hill. November 30-December 1, 2016.

24. "Sleep and Health Disparities among Adolescents." Invited Lecture to Mental Health Counsellors in Suffolk County, Shoreham-Wading River School, NY. November 18, 2016.

25. "Sleep as a Social Justice Issue: Social Epidemiology of Sleep of Vulnerable Populations." Invited Grand Rounds Lecture at Riker's Island, New York. November 16, 2016.

26. "Demographic, Psychosocial, and Contextual Determinants of Children's Sleep." Invited Speaker at Penn State Family Symposium on Sleep in the Family. State College, PA. October 24-25, 2016.

27. "What's up with the Fragile Families Sleep Study, anyway?" Lecture at Columbia University School of Social Work and Princeton University (through video). New York City, NY. October 13, 2016.

28. "Social Disparities and Adolescent Sleep." Workshop to over 200 Washington DC School Nurses. Washington, DC. August 8, 2016.

29. "Social Epidemiology of Children's Sleep." PRIDE Trainees Speaker Series at New York University. July 27, 2016. New York City, NY.

30. "Social Determinants of Sleep." Traineeship Day Lecture at the APSS Sleep Meetings. June 12, 2016. Denver, CO.

31. "Social Epidemiology of Sleep: The Nights and Daze of Teenagers." Brownbag at the Health and Social Psychology Lecture Series in the Psychology Department, Stony Brook University, February 26, 2016.

32. "Social Epidemiology of Sleep: The Nights and Daze of Teenagers." Invited Lecture at Yale Medical School, November 18, 2015.

33. "Social Epidemiology of Sleep: The Nights and Daze of Teenagers." Invited Lecture in the Mary Carskadon Laboratory. Brown University, November 17, 2015.

34. "Screen time and Sleep Duration: A Systematic Literature Review." Presented as a poster and a selected flash talk at the meeting on "Digital Media and the Developing Mind," meeting at the National Academy of Sciences meeting October 13-16, 2015. Irvine, CA.

35. "Social Epidemiology of Sleep: The Nights and Daze of Teenagers." Population Health and Environment Lecture Series, Stony Brook University, September 18, 2015.

36. "Sleep as a Social Justice Concern." Invited Keynote Speaker at the 16th Annual Current Concepts in Sleep Conference in St. Petersburg, Florida. Organized by Johns Hopkins Medicine. September 4-5, 2015.

37. "Epidemiology and Social Determinants of Pediatric Sleep." PRIDE Trainees Speaker Series at New York University. July 30, 2015. New York City, NY.

38. "Navigating Sleep as an Interdisciplinary Career: Integrating Sleep Research with Sociological and Psychological Topics." Traineeship Day at the APSS Sleep Meetings. June 7, 2015. Seattle, WA.

39. "Physical Activity is Associated with Functional Outcomes of Sleepiness among Older Adults." Co-authored with Erika Hagen, Christine Harden, and Paul Peppard. Presented by Hagen as an oral presentation at the APSS Sleep Meetings. June 9, 2015. Seattle WA.

40. "Use of Mobile Electronic Devices in Bed Associated with Sleep Duration, Insomnia, and Daytime Sleepiness." Co-authored with R. Gallagher, M. Perlis, M. Barrett, W. Khader, and M. Grandner. Presented by Grandner as an oral presentation at the APSS Sleep Meetings. June 10, 2015. Seattle WA.

41. "Sleep Disturbance, Diabetes, and Cardiovascular Disease in Postmenopausal Veteran and Non-Veteran Women." Co-authored with Rissling MB, Gray K, Martin J, Ulmer C, Calhoun PS, Gray SL, Hale L, LaCroix A, Naughton M, Stefanick M, Woods NF, Zaslavsky O, Zeitzer JM, Weitlauf JC. Presented as a poster at the APSS meetings, Monday, June 8, 2015.

42. "Anxiety symptoms predict short sleep duration, but only in individuals who are not "natural" short sleepers." Co-authored with Wang J, Perlis M, Chakravorty S, Gallagher R, Hale L, Barrett M, Schuschu J, Khader W, Rana S, Grandner MA. Presented a poster at the APSS meetings, Monday, June 8, 2015.

43. "Sleep Obesity and the Physical and Psychosocial Wellbeing of Young Adults in the United States." Coauthored with Reither EN, Krueger PM, Peppard PE, Jeon SY. Presented as a poster at the APSS meetings, Wednesday, June 10, 2015.

44. "Comparing different methods of assessing habitual sleep duration for epidemiologic research." Coauthored with Grandner MA, Gallagher R, Chakravorty S, Barrett M, Schuschu J, Khader W, Perlis M. Presented as a poster at the APSS meetings, Wednesday, June 10, 2015.

45. "Longitudinal changes in sleep duration and insomnia symptoms associated with work-retirement transitions." Co-authored with Erika W. Hagen, Nicole Salzieder, Debanjana Chatterjee, Jodi H. Barnet, and Paul E. Peppard. Presented as a poster at Sleep meetings, 2014. Minneapolis, MN.

46. "Longitudinal changes in functional outcomes of sleepiness associated with work-retirement transitions." Co-authored with Nicole Salzieder, Erika W. Hagen, Jodi H. Barnet, Rachel Steidl, and Paul E. Peppard. Presented as a poster at the annual APSS Sleep Meetings. June 2014, Minneapolis, Minnesota.

47. "Why are people with insomnia symptoms retiring earlier than people without insomnia symptoms? An analysis of the Retirement and Sleep Trajectories Study (REST)." Coauthored with Erika W. Hagen, Jodi H. Barnet, Nicole Salzieder, Rachel Steidl, and Paul E. Peppard. Presented as oral presentation at the annual APSS Sleep Meetings. June 2014, Minneapolis, Minnesota.

48. "Patterns of sleep aid use in older American women." Co-authored with Sarah E. Tom, Nicole Brandt, Steven M. Scharf, Jeanne Geiger-Brown, Jack Guralnik, Katie Stone, Neomi A. Shah, and Andrea Z. LaCroix. Submitted for presentation at the annual APSS Sleep Meetings. June 2014, Minneapolis, Minnesota.

49. "Sleep aid use and physical function in older women." Co-authored with Sarah E. Tom, Nicole Brandt, Steven M. Scharf, Jeanne Geirger-Brown, Jack Guralnik, Minghui Li, Wenjun Li, Catherine R. Womak, Olege Zaslavsky, and Andrea Z. LaCroix. Submitted for presentation at the annual APSS Sleep Meetings. June 2014, Minneapolis, Minnesota.

50. "A longitudinal examination of cumulative short sleep and body mass throughout adolescence and early adulthood." Coauthored with Patrick M. Krueger, Eric N. Reither, Andrew Burger, and Paul E. Peppard. Presented as a poster at the annual meetings of the Population Association of America 2014. Boston, MA.

51. "Do sleep-deprived teens make less healthy food choices?" Co-authored with Allison Kruger, Patrick Krueger, Eric Reither, Paul E. Peppard. Poster presentation at the annual APSS Sleep Meetings. June, 2013, Baltimore Maryland.

52. "Do Insomnia Symptoms Predict Early Retirement? An Analysis of the Retirement and Sleep Trajectories Study (REST)." Coauthored with Paul E. Peppard, Mari Palta, Erika Hagen, Nicole Salzieder. Oral presentation at the annual APSS Sleep Meetings. June, 2013, Baltimore Maryland.

53. "Are Immigration Status and Acculturation Associated with Sleep Complaints? An Investigation of Chinese, Japanese, and Hispanic Women in the Study of Women's Health Across the Nation (SWAN). Co-authored with Howard Kravitz, Wendy Troxel, Martica Hall, and Karen Matthews. Poster presentation at the annual APSS Sleep Meetings. June, 2013, Baltimore Maryland.

54. "Changes in nighttime sleep and nap durations associated with work-retirement transitions." Coauthored with Erika W. Hagen, Nicole Salzieder, Rachel M. Steidl, and Paul E. Peppard. Oral presentation at the annual APSS Sleep Meetings. June, 2013, Baltimore Maryland.

55. "Do sleep-deprived teens make less healthy food choices?" Co-authored with Allison Kruger, Patrick Krueger, Eric Reither, Paul E. Peppard. Oral presentation at the annual meetings of the Population Association of America. New Orleans, LA, April 2013.

56. "Work, leisure, and other (g-rated) time use before bedtime in working and retired persons." Co-authored with Paul E. Peppard, Erika W. Hagen, F. Javier Nieto, Christine Harden, and Nicole Salzieder. Poster presentation at the annual meetings of the Population Association of America. New Orleans, LA, April 2013.

57. "Population Sleep and Public Health." Graduate Program in Public Health Seminar Series. November 8, 2012.

58. "Do sleep-deprived teens make less healthy food choices?" Co-authored with Allison Kruger, Patrick Krueger, Eric Reither, Paul E. Peppard. Accepted as poster presentation at NIMH Summit on Health Disparities. Washington DC, December 17-19, 2012.

59. "Perceived Neighborhood Quality, Sleep Quality and Health Status: Evidence from the Survey of the Health of Wisconsin." Coauthored with Terrence Hill, Elliot Friedman, Javier Nieto, Loren Galvao, Corinne Engelman, Kristen Malecki, Paul Peppard. 2013. Washington DC, December 17-19, 2013.

60. "Sleep and Health Disparities: Follow-Up from the 2011 NHLBI Workshop" Discussion Group at the Annual Sleep Meetings. Co-presenting with Dr. Michael Grandner, Dr. Aaron Laposky, Dr. Kristen Knutson, Dr. Orfeu Buxton, Dr. Girardin Jean-Louis, Dr. Nancy Kressin, and Dr. Sanjay Patel. Boston, MA, June 2012.

61. "Does the Association between Sleep Duration and BMI in US Adolescents Vary by SES?"  Poster Presentation at Annual Sleep Meetings, APSS 2012.  Co-authored with Eric Reither, Patrick Krueger, and Paul Peppard.  Boston, MA, June 2012.

62. "Does Fibrinogen Mediate the Relationship Between Long Sleep Duration and Coronary Heart Disease?"  Poster presentation at the Annual Sleep Meetings, APSS 2012.  Co-authored with Victoria Parente, Jennifer B. Dowd, Megan Sands, Jeffrey S. Berger, J.D. Curb, Yiqing Song, Lisa W. Martin, Matthew Allison. Boston, MA, June 2012.

63. "Self-reported Snoring and Cardiovascular Outcomes among Post-menopausal women:  The Women's Health Initiative." Presentation at the Annual Sleep Meetings, APSS 2012.  Co-authored with Megan Sands, Eric Loucks, Charles Eaton, Bing Lu, Mary Carskadon, Katherine Sharkey, Jennifer G. Robinson, Marcia Stefanick, Judith Ockene, Neomi Shah, Kristen Hairston, Marian Limacher. Boston, MA, June 2012.

64. "Bedtime-delaying Activities in Middle-aged and Older Adults."  Poster presentation to the Annual Sleep Meetings, APSS 2012.  Co-authored with Paul E. Peppard, Erika W. Hagen, Jodi H. Barnet, Lauren Hale, Nicole Salzieder, F. Javier Nieto. Boston, MA, June 2012.

65. "Severity of Stressfulness of Major Life Events and Insomnia Symptoms in Women and Men."  Poster presentation at the Annual Sleep Meetings, APSS 2012.  Co-authored with Erika W. Hagen, Elliot M. Friedman, Lauren E. Hale, Nicole Salzieder, and Paul E. Peppard.  Boston, MA, June 2012.

66. "Association of Retirement Status and Insomnia Symptoms in the Wisconsin Sleep Cohort Study."  Poster presentation at the Annual sleep Meetings, 2012.  Coauthored with Christine M. Harden, Erika W. Hagen, Laurel A. Finn, Lauren Hale, and Paul E. Peppard.  Boston, MA, June 2012.

67. "Do Associations between Sleep and Body Mass Vary by Race/Ethnicity, Gender, or Socioeconomic Status among US Adolescents?  Poster presentation at the annual meetings of the Population Association of America.  Co-authored with Eric Reither, Paul Peppard, and Patrick Krueger.   San Francisco, CA.  May 2012.

68. "The Effects of Pregnancy Spacing After a Miscarriage on Subsequent Pregnancy Outcomes:  Evidence from Matlab, Bangladesh."  Poster presentation at the annual meetings of the Population Association of America.  Co-authored with Julie Davanzo, Mizanur Rahman, and Abdur Razzaque.  San Francisco, CA, May 2012.

69. "Differences in Sleep Disorders/Sleep Traits and Shift Work Across the Population:  Links to Chronic Diseases." Invited speaker as part of a 1-day symposium organized by Harvard Catalyst. "Sleep Health Disparities:  Opportunities to Improve the Health of the Community."  Harvard Medical School.  Boston, MA, May 14, 2012.

70. "Sleep Duration and Weight Gain among Infants, Children, and Adolescents." Invited speaker as part of a 2-day conferences entitled, "New Thoughts about Causes, Prevention, and Treatment of Childhood Obesity," organized by SUNY Conversation in the Disciplines and the Binghamton Biomedical Research Conference with additional funding from the New York Academy of Medicine. Binghamton, NY, April 27-28, 2012.

71. Work-Life Balance Panel.  Invited speaker on panel at a Career Advancement in a Research Environment Workshop at the Brookhaven National Lab, funded by a National Science Foundation grant and sponsored by George Washington University, Women in Science and Engineering at Stony Brook University, and Brookhaven Women in Science at Brookhaven National Laboratory.  Upton, NY, April 16-17, 2012.

72. "I'm Not aSLEEP... But that Doesn't Mean I'm Awake." Invited speaker at a NHLBI forum for Staff Training in Extramural Programs (STEP). Bethesda, MD. March 13, 2012.

73. "Sleep Duration and Insomnia as Risk Factors for Coronary Heart Disease and Cardiovascular Disease among Postmenopausal Women: Findings from the Women's Health Initiative." Accepted for oral presentation to the American Heart Association's NPAM/EPI meeting. Coauthored with Megan Sands, Eric Loucks, Charles Eaton, Bing Lu, Mary Carskadon, Katherine Sharkey, Jennifer G. Robinson, Marcia Stefanick, Judith Ockene, Neomi Shah, Kristen Hairston, Marian Limacher. March, 13-16, San Diego, CA.

74. "The Social Patterning of Sleep: Implications for Health Disparities." Invited lecture as part of the Public Health Lecture Series at New York University. New York City, NY, February 23, 2012.

75. "Population Sleep: Social Disparities in Sleep." Invited talk in the School of Health Technology and Management, Stony Brook University, Stony Brook, NY. February 8, 2012.

76. "Sleep and Neighborhood Context." Invited talk at NHLBI-sponsored workshop on Sleep and Social Disparities. Bethesda, MD, September 19, 2011.

77. Invited Speaker at 2011 Annual Sleep Meetings APSS Post-graduate Training Course. Talk titled, "Demography of Sleep." Minneapolis, MN, June 11, 2011.

78. "Social Disparities and Sleep among Children and Adolescents." Invited Lecture to the Department of Pediatrics Faculty and Trainees. Stony Brook University, Stony Brook, NY. June 8, 2011.

79. "Perceived Racial Discrimination as an Independent Predictor of Sleep Disturbance and Daytime Fatigue." Co-authored with Michael Grandner, Nicholas Jackson, Nirav Patel, Nalaka Gooneratne, and Wendy Troxel. Poster presentation at the annual meetings of the Population Association of America, Washington D.C., March 31-April 2, 2011.

80. "Household Disrepair and the Mental Health of Low-income Urban Women." Co-authored with Amy Burdette and Terrence D. Hill. Presentation at the 12th International Conference on Social Stress Research. Sheraton Harborside Hotel, Portsmouth, New Hampshire. November 13-15, 2010.

81. "Social justice and sleep: policy implications of social disparities in sleep." Co-authored with Benjamin Hale. Presented as a poster at the APHA meetings. Denver, Colorado, November 6-10, 2010.

82. "Preschooler bedtime routines in a disadvantaged population: A longitudinal analysis of behavioral, cognitive, and health outcomes." Co-authoring with Lawrence M. Berger, Monique LeBourgeois, and Jeanne Brooks-Gunn. Presented as a poster at the APHA meetings. Denver, Colorado, November, 6-10, 2010.

83. "Social Disparities and Sleep." Lecture to Preventive Medicine Residents. Department of Preventive Medicine, Stony Brook University, Stony Brook, NY. September 10, 2010.

84. "Preschooler bedtime routines in a disadvantaged population: A longitudinal analysis of behavioral, cognitive, and health outcomes." Co-authoring with Lawrence M. Berger, Monique LeBourgeois, and Jeanne Brooks-Gunn. Presented as an oral presentation to the SLEEP meetings. San Antonio, Texas, June 5-9, 2010.

85. "Physical activity, sleep duration, and body weight in post-menopausal women: The Women's Health Initiative Study." Co-authoring with Stacy Sims, Mary Pettinger, C. Isasi, C. Thomson, and ML Stefanick. Presented as an oral presentation to the SLEEP meetings. San Antonio, Texas, June 5-9, 2010.

86. "I don´t want to wake if you are not here: Suboptimal Sleep among the Families of Mexican Migrants." Co-authoring with Maria Estela Rivero Fuentes. Accepted for Oral Presentation at the annual meetings of the Population Association of America. Dallas, TX: April 15-17, 2010.

87. "Does sleep quality mediate the association between neighborhood disorder and self-rated physical health?" Co-authoring with Terrence Hill, and Amy M. Burdette. Accepted for Oral Presentation at the annual meetings of the Population Association of America. Dallas, TX: April 15-17, 2010.

88. "Global Health: A Demographic Look at Infant and Child Mortality." First-Year Medical School Foundations Class – Global Health Symposium. Department of Preventive Medicine. Stony Brook School of Medicine. Stony Brook, NY: March 18, 2010.

89. "Overview of my current research agenda, with a focus on my work on child adolescent sleep." Sleep, Health, and Society Network informal meeting. Brigham Woman's Hospital. Boston, MA. December 16, 2009.

90. "Demographic, programmatic, and socioeconomic correlates of maternal mortality in Matlab, Bangladesh." Co-authoring with Mizanur Rahman, Julie DaVanzo, Abdur Razzaque, and Kapil Ahmed. Accepted for Oral Presentation at the annual meetings of the Population Association of America. Detroit, MI: April 30-May 2, 2009.

91. "Neighborhood disorder, sleep quality, and psychological stress: A model of structural amplification." Co-authoring with Terrence Hill and Amy Burdette. Oral Presentation at the annual meetings of the Population Association of America. Detroit, MI: April 30-May 2, 2009.

92. "The Graduate Program in Public Health and the Public Health Initiative in Kenya's Turkana Basin" Graduate Program in Public Health Grand Rounds. Co-presented with Melody Goodman and Jewel Stafford. Stony Brook, NY: March 18, 2009.

93. "Two case studies in Global Health: Matlab, Bangladesh and Illeret, Kenya." Guest Lecture in Global Health 2. Stony Brook University School of Medicine. Stony Brook, NY: March 10, 2009.

94. "Global Health: A Demographic Look at Infant and Child Mortality." First-Year Medical School Foundations Class – Global Health Symposium. Department of Preventive Medicine. Stony Brook School of Medicine. Stony Brook, NY: February 12, 2009.

95. "Racial and Ethnic Disparities in US Sleep Patterns." Invited speaker at the University of Pennsylvania's symposium entitled "Population Sleep." Philadelphia, PA: September 26, 2008.

96. "Sleep and Society: Towards a Research Agenda on the Social Determinants of Sleep." Co-chair of Discussion Group at the annual meetings of the Associated Professional Sleep Society. Baltimore, Maryland: June 9, 2008.

97. "The Social Determinants of Sleep: Important Research Questions." Sleep Research Society 2008 Trainee Symposia Series. Invited Lecturer. Baltimore, Maryland: June 8, 2008.

98. "Insomnia, Gender, and Mental Health in NHANES" Co-authoring with D. Phuong Do, Ricardo Basurto, Melonie Heron, Chloe E. Bird, Nicole Lurie, and Brian Finch. Poster presentation at the annual meetings of Academy Health. Washington D.C., June 8-10, 2008.

99. "Toddler Bedtime Routines and Behavioral, Cognitive, and Health Outcomes." Co-authored with Lawrence M. Berger, Monique LeBourgeois and Jeanne Brooks-Gunn. Poster presentation at the annual meetings of Academy Health. Washington D.C., June 8-10, 2008.

100. "Insomnia, Gender, and Mental Health in NHANES" Co-authoring with D. Phuong Do, Ricardo Basurto, Melonie Heron, Chloe E. Bird, Nicole Lurie, and Brian Finch. Oral presentation at the annual meetings of the American Sociological Association. Boston, MA: August, 2008.

101. "Toddler Bedtime Routines and Behavioral, Cognitive, and Health Outcomes."  Co-authored with Lawrence M. Berger, Monique LeBourgeois and Jeanne Brooks-Gunn.  Accepted for oral presentation at the annual meetings of the Population Association of America in New Orleans, LA: April 17-19, 2008.

102. "Global Demography and Infant and Child Health."  Guest lecture in Global Health Class at State University of New York, Stony Brook School of Medicine.  Stony Brook, NY:  March 4, 2008.

103. "Sleep, Health, and Society."  Quantitative Methods in the Social Sciences Seminar Series.  Columbia University.  New York, NY:  December 10, 2007.

104. "Sleep, Health, and Society."  Department of Population Health Sciences.  University of Wisconsin-Madison.  Madison, WI:  December 6, 2007.

105. "What's fair, what's right?  Respecting Autonomy in Population Policy."  Oral presentation at the "Setting an Ethical Agenda for Health Promotion" conference in Ghent, Belgium.  Co-authored and co-presented with Benjamin S. Hale.  September 19, 2007.

106. "Neighborhood Socioeconomic Status and Diet:  Examination of the National Health and Nutrition Examination Survey (NHANES) III."  Co-authored with Tamara Dubowitz, Melonie Heron, Chloe Bird, Ricardo Basurto, Brian Finch, Lauren Hale, Nicole Lurie, Teresa Seeman, and Jose Escarce.  Presented by co-authors at the Society for Epidemiologic Research.  Boston, MA.  June 2007.

107. "Racial differences in sleep duration:  An analysis of the NHIS."  Oral presentation at the annual meetings of the Associated Professional Sleep Society.  Co-authored with D. Phuong Do.  Minneapolis, MN, June 14, 2007.

108. "Gender, Neighborhood Air Quality and Allostatic Load."  Presented by co-authors as a poster at Academy Health.  Co-authored with Chloe Bird, Jose J. Escarce, Brian Finch, Ricardo Basurto, Nicole Lurie, Tamara Dubowitz, Melonie Heron, Lauren Hale, and Teresa Seeman.  Orlando, FL, June, 2007.

109. "Do Differences in Sleep Duration Help Explain Racial Disparities in Health?"  Women in Medicine Research Day.  School of Medicine, State University of New York, Stony Brook.  Honorable Mention.  Co-authored with D. Phuong Do.  April 18, 2007.

110. "Which Factors Explain the Reductions in Infant and Child Mortality in Matlab, Bangladesh?"  Co-authoring with Julie DaVanzo, Mizanur Rahman, and Abdur Razzaque.  Presented as a poster at the annual meetings of the Population Association of America.  New York City, 2007.

111. "Do Differences in Sleep Duration Help Explain Racial Disparities in Health?"  NIH Conference on Understanding and Reducing Health Disparities:  Contributions from the Behavioral and Social Sciences.  Bethesda, Maryland. Monday, October 23, 2006, with Phoenix Do.

112. "Introduction to Global Demography."  Guest lecture in Global Health Class at State University of New York, Stony Brook School of Medicine.  October 17, 2006.

113. "Infant and Child Mortality in Rural Bangladesh."  International Health Club Lecture Series.  Stony Brook School of Medicine.  Stony Brook, New York.  October 3, 2006.

114. "Do Sleep Behaviors Contribute to Social Disparities in Health?"  Graduate Program in Public Health, Grand Rounds.  September 26, 2006.

115. "Strange Bedfellows: Autonomy, Ethics, and The Sleep Of Reason."  Society for Applied Philosophy.  The Philosophy of Public Health.  Annual Conference, Manchester University, UK.  July, 2, 2006, with Benjamin Hale.

116. "Birth Spacing and Infant and Child Mortality in Rural Bangladesh." Department of Preventive Medicine Continuing Medical Education, State University of New York, Stony Brook School of Medicine. April 11, 2006.

117. "Sleep and the Inner City: An Analysis of How Race and Neighborhood Context Relate to Sleep Duration in the NHIS." Oral presentation at the annual meetings of the Population Association of America (PAA), 2006, with D. Phuong Do.

118. "The Effects of Pregnancy Spacing on Whether Pregnancies Result in Live or Non-Live Birth Outcomes in Matlab, Bangladesh." Poster presentation at the annual meetings of the Population Association of America (PAA), 2006, with Julie DaVanzo, Abdur Razzaque, and Mizanur Rahman.

119. "Does the Demography of Sleep Contribute to Preexisting Health Disparities?" Presentation to Preventive Medicine Residents. State University of New York, Stony Brook School of Medicine. January 19, 2006.

120. "Demography and Infant and Child Mortality." Guest lecture in Global Health Class at State University of New York, Stony Brook School of Medicine. December 13, 2005.

121. "How to Choose a Research Question." Presentation to Orthopaedic Residents. State University of New York, Stony Brook School of Medicine. October 12, 2005.

122. "Why are Infant and Child Mortality Rates Lower in the MCH-FP Area of Matlab, Bangladesh? Are the Differences due to Differences in Reproductive Patterns?" Presented at the annual meetings of the Population Association of America (PAA), 2005, with Julie DaVanzo, Abdur Razzaque, and Mizanur Rahman.

123. "Low Fertility and Population Aging: Causes, Consequences, and Policy Options." Presented by William Butz at the annual meetings of the Population Association of America (PAA), 2005, with William Butz, Jonathan Grant, Stijn Hoorens, Suja Sivadasan, Mirjam van het Loo, Julie DaVanzo, and Shawna Gibson.

124. "Cumulative Life Experiences and Health in the Wisconsin Longitudinal Study." Presented at the Demography of Aging and the Life Course Seminar Series. University of Wisconsin-Madison. October 20, 2004.

125. "Low Fertility and Population Aging: Causes, Consequences, and Policy Options." Co-presented with Julie DaVanzo. RAND Corporation, Labor and Population Brown Bag Seminar. July 30, 2004.

126. "The Social Determinants of Sleep: An analysis using the Wisconsin Longitudinal Study." Presented as a poster at the annual meetings of the Population Association of America (PAA), Boston, MA. April 1-3, 2004.

127. "The Effects of Birth-spacing on Pregnancy Outcomes and Infant and Child Mortality in Matlab, Bangladesh." Co-authored with Julie DaVanzo, Mizanur Rahman, and Abdur Razzaque. Presented by Julie DaVanzo at the annual meetings of the Population Association of America (PAA), Boston, MA. April 1-3, 2004, and at USAID, Washington D.C. March 30, 2004.

128. "Exploratory Analyses into the Social Correlates of Sleep." RAND Corporation, Labor and Population Brown Bag Seminar. February 20, 2004.

129. "Cumulative Life Experiences, Strength of Emotional Reaction, and Mortality Risk Zones." Presented at the Office of Population Research Seminar. Princeton University, Princeton, NJ. May 27, 2003.

130. "Life Experiences, Emotional Reactivity, and Mortality Risk Zones." Presented at the annual meetings of the Population Association of America (PAA), Minneapolis, MN. May 1-3, 2003.

131. "High School Academic Environment and Admission to Selective Universities." Work with Thomas Espenshade and Chang Chung.  Presented at the annual meetings of the Population Association of America (PAA), Minneapolis, MN.  May 1-3, 2003.

132. Congress on Sleep, Health, and Aging: Bridging the Gap Between Science and the Bedside. Sponsored by the National Sleep Foundation. March 30-31, 2003. National Academy of Sciences, Washington DC.

133. "Gender and Age-Related Cortisol Reactivity Patterns."  Work with Burton Singer, Lisa Soederberg Miller, and Margie Lachman.  Presented as a poster at the annual meetings of the Population Association of America (PAA), Atlanta, GA. May 4-6, 2002.

134. Note-taker for conference titled, "Health and Education:  Building a Research Agenda," co-sponsored by the Princeton University Center for Health and Wellbeing, MacArthur Network on Socioeconomic Status and Health, and the National Institute of Health.  October, 2002.

135. "Tourism and Fisheries Scenarios for the Yucatán Peninsula."  Presentation at American Association for the Advancement of Science (AAAS) conference entitled, "Population and Sustainable Development in Latin America."  Mérida, México. April, 1997.

## TEACHING EXPERIENCE:

- **Grant Writing for PhD Candidates.** Program in Public Health.  Stony Brook University.  Fall, 2019, 2022, and 2025 (expected).

- **Demographic Theory and Methods**.  Graduate Program in Public Health.  Stony Brook University.  Summers 2007, 2008, 2009, 2010, 2011, 2012, 2013, and 2014.

- **Demography and Global Health.**  Program in Public Health.  Summer 2015, Summer 2016, Spring 2017, Spring 2018, guest lectures Spring 2019, 2020, 2022, 2023.

- **Social and Behavioral Determinants of Health.**  Graduate Program in Public Health.  Stony Brook University.  Summers 2006, 2007, 2008, and 2009.  Spring 2010, 2011, 2012 and 2013.

- **Capstone Seminar.**  Graduate Program in Public Health.  Stony Brook University.  Winters 2007, 2009, 2010, 2011, 2012, and 2013.  Spring 2016, 2019, 2020, 2022, 2023, 2024, 2025 (expected).

- **Health Behaviors and Risk Reduction.**  Graduate Program in Public Health.  Stony Brook University. Fall 2005.  Summer 2009.

- **Introduction to Clinical Research.**  School of Medicine.  Stony Brook University.  Spring 2007. Co-taught with other faculty in the Graduate Program in Public Health.

- Grader for Jean Grossman's WWS515: **Program Evaluation.**  Princeton University.  Fall 2001.

- Preceptor for two classes per year in Lee Silver's WWS320/MOL320:  **Genetics, Reproduction, and Public Policy.**  Princeton University. Spring 2000 & 2001. Course Supervisor, Spring 2001.

- Completed graduate-level course on lecturing.  Princeton University. Fall 2000.

- Trenton High School tutor.  1999-2000.

- Economics and statistics tutor for the Public Policy Initiative of America Summer Program. Princeton University.  Summer 1999.

## ONE-ON-ONE MENTORING

- Post-doctoral Fellow. **Gina Mathew** (2021-Present).

- Stony Brook University Research Assistant, MPH Independent Study or MPH Practicum Students: **Song Gao** (Fall 2005, MPH and Economics PhD student), **Jennifer Jout** (Spring 2006), **Jamie Talan** (Summer 2006 and Fall 2009), **Janet Tholl** (Spring, 2007), **Cecile Ferrando** (Summer, 2007, MPH and MD student), **Anthony Lalonde** (Spring 2008), **Jacqueline Bolta** (Spring 2008), **Joan Schweitzer** (Summer 2008 and Fall 2009), **Alisa Neymark** (Summer 2008, MPH and DDS student), **Josh Ardise** (Fall 2008), **Michael Lamb** (Fall 2008), **Lakshmi Sukumaran** (Fall 2008, MPH and MD student), **Beena Mathaikutty** (Spring 2009, MPH and MD student), **Lindsay Cammarata** (Spring 2009, MPH and MD student), **Jessica Steier** (Fall 2009 and Spring 2010), **Jessica Braswell** (Fall 2009), **Jeanne Alicandro** (Fall 2010), **Victoria Parente** (Fall 2010, Spring 2011, Fall 2011; Spring 2012), **Gwen Phillips** (Fall, 2011, Spring 2012), **Erika Newton** (Spring 2012), **Ariba Hashmi** (Summer 2012), **Allison Kruger** (Summer 2012), **Matthew Groveman** (Summer 2012), **Dilruba Khanam** (Spring 2012), **Stanford Guan** (Summer 2013-2014), **Nicholas Lavoie** DDS resident (Fall 2013), **Nima Sarmast** DDS Fellow (Spring 2014), **Kayla Lacci** (Fall 2012-present), **Jessica Braswell** (2014). **Erin Emanuele** (2014-2015). **Lee Singer** (2015-2017).

- Stony Brook University Population Health and Clinical Outcomes Research (PHCOR) PhD Students: **Lorrie Magee** (Fall 2009-Summer 2011). **Isaac Rodriguez** (Fall 2021-Present).

- Stony Brook University School of Medicine: **Sara Kalkhoran (Berken Fellow)** (Spring 2007-Fall 2007). **Alyssa Mierjeski** (Scholarly Concentrations Program, Social Sciences Research Track) (Summer 2013-2016). **Greg Kirschen** (Summer 2016-present).

- Stony Brook University Thesis Committee in the College of Arts and Sciences: **Kate Stroud** (Psychology, PhD Candidate, Graduated Spring 2009), **Pam Noack** (Economics, PhD Candidate, Graduated Spring 2009), **Frances Aldous-Worley** (Anthropology, MA Candidate, Graduated Spring 2008).

- Other Universities: Thesis Committee: **Lauren Martini** (Columbia University, MPH student, School of Public Health, Spring 2011). **R. Gabriela Barajas** (Columbia University, Doctoral Candidate, Teacher's College, 2010-2011). **Sarah James** (Princeton University, Doctoral Candidate in Sociology, Second Year paper reviewer).

- Summer Interns: **Emily Khantses** (Summer 2012 and Summer 2013); **Navya Simon** (Summer 2013); **Masra Shameem** (Summer 2013), **Jennifer Yland** (Summers 2014 and 2015).

## PROFESSIONAL ORGANIZATIONS:

Population Association of America
Sleep Research Society

**Reviewer for:**
*Adolescent Health, Medicine, and Therapeutics*
*American Journal of Epidemiology*
*American Journal of Clinical Nutrition*
*American Journal of Public Health*
*Asian Population Studies*
*Behavioral Sleep Medicine*
*Child Development*
*Child Development Perspectives*
*Developmental Psychology*
*Ethnicity and Health*
*Frontiers in Chronobiology and Sleep Medicine (Review Editor)*

*Greater New York Hospital Association Foundation*
*Health Education Research*
*Infant and Child Development*
*International Journal of Behavioral Medicine*
*International Journal for Sociology and Anthropology*
*International Migration Review*
*JAMA Pediatrics*
*Journal of Child Health Care*
*Journal of Epidemiology and Community Health*
*Journal of Health and Social Behavior*
*Journal of Pediatrics*
*Journal of Social and Personal Relationships*
*Journal of Sleep Research*
*Nature and Science of Sleep*
*Neuropsychiatric Disease and Treatment*
*NIH:  National Center on Minority Health and Health Disparities (NCMHD) Special Emphasis Panel*
*NIH:  PRDP Psychosocial Risk and Disease Prevention Ad Hoc Reviewer*
*NIH:  CASE Cardiovascular and Sleep Epidemiology Ad Hoc Reviewer*
*NIH:  Reviewer for RFA on Sleep and the Social Environment*
*NIH:  MESH Mechanisms of Emotion, Stress, and Health Study Section Reviewer*
*Obesity*
*Oxford University Press*
*Pediatrics*
*Preventive Medicine*
*Psychosomatic Medicine*
*SLEEP*
*Sleep Health (Founding Editor-in-Chief)*
*Sleep Medicine*
*Sloan Foundation*
*Social Science and Medicine*
*Social Science Research*
*Studies in Family Planning*
*Wisconsin Medical Journal*

# PRESS

Press coverage for NBA Players Tweeting behavior and game performance.  June 5, 2017.  ESPN television and numerous other radio, newspaper, and internet outlets.

San Francisco KALW Rose Aguilar Program, guest speaker. August 5, 2015.

Featured on Freakonomics episodes about "Economics of Sleep."

Minnesota Public Radio, Live News Interview.  February, 23, 2015.

Press coverage in the Washington Post, February 3, 2015 for discussion of that National Sleep Foundation's Updated Sleep Time Recommendations published in *Sleep Health*.

Press coverage in *Sleep Review Magazine* (cover article, in November 2014), the Stony Brook website, and numerous other outlets about my role as the Editor-in-Chief of *Sleep Health*.

TEDxSBU Talk on October 10, 2013 on Sleep Deprivation and Sleep Disorders as a Source of Inequalities.  http://www.youtube.com/watch?v=eV6MUcxw-Is.  Discussed and tweeted on multiple other sites, including keynotes.org, trendhunter.com, amara.org, and academic

websites at Stony Brook University and Princeton University.  Featured in the Stony Brook University Statesmen Newspaper.

Press release from Stony Brook University about a 2013 poster presented at the sleep meetings about sleep deprivation in teens and poor dietary choices.  This led to coverage in the Times Beacon Record Newspapers, Psychology Today, and a radio broadcast/podcast on Academic Minute (WAMC).

Press coverage in the American Psychological Association's *Monitor on Psychology* publication, including a 5-minute video in their online version.

Press release from Stony Brook University about my 2011 article in *Pediatrics*.  This article was covered on CNN.com and many other radio and news outlets, including being featured on the *Today Show*.

Press release from the National Sleep Foundation and Stony Brook University about the National Sleep Foundations 2011 Sleep in America Poll.  I was interviewed by *USA Today*, *Newsday, The Boston Globe,* and several other news sites and radio stations.

Press release from Stony Brook University on my 2009 *Journal of Developmental and Behavioral Pediatrics.*  This story was picked up by CNN.com among other internet-based news sites.

Press release from the American Academy of Sleep Medicine and Stony Brook University on my 2007 *Sleep* article.  The story was picked up by Science Daily, Black Entertainment Television, and Medical News Today among several other internet-based news sites.

Radio Interview with WBAI, 99.5 FM on "Wake-up Call," September 12, 2007.

Press release from Stony Brook University on my 2006 *Studies in Family Planning* article.

Intermittent interviews with a range of press for evergreen stories on sleep:  *Newsday, New York Magazine, New York Post, New York Times, Popular Science, Reader's Digest.*

## RESEARCH-RELATED EXPERIENCES:

1. Co-Chair of Sleep and Media Workgroup at "Digital Media and the Developing Mind," meeting at the National Academy of Sciences meeting October 16, 2015.  Irvine, CA.

2. Forum on Sleep and Child Development.  Invited participant.  Auburn University.  Sponsored by the Society for Research in Child Development.  Organized by Mona El-Sheikh and Joseph Buckhalt.  April 1-3, 2012.  Auburn, AL.

3. Sleep and Social Disparities Workshop.  Invited participant and speaker. Sponsored by NHLBI. September 19-20, 2011.  Bethesda, MD.

4. Aircraft Noise Induced Sleep Disturbance and Health Study Workshop.  Invited participant. Sponsored by NHLBI.  August 11, 2011.  Bethesda, MD.

5. Early Career Women Faculty Professional Development Seminar.  Jointly sponsored by the Association of American Medical Colleges (AAMC) and Harvard Medical School, Department of Continuing Education.  Selective Conference for 150 Early Career Women in Medical Schools. July 11-14, 2009.  Washington, DC.

6. Public Health Initiative in Turkana Basin, Kenya.   Part of a team of Stony Brook University Faculty to visit Richard Leakey's archeological dig site to establish a Public Health Initiative in the area. January, 2009.

7. Sleep and Society.  Meeting of the 9th Annual Upper Midwest Sleep Society.  Madison-Marriott-West Convention Center, Middleton, WI.  October 11, 2008.

8.  18th Annual Symposium on Health Care Services in New York:  Research and Practice.  October, 2007.

9.  Short course in Biodemography.  University of Colorado, Boulder.  June, 2007.

10. Visiting researcher at the International Centre for Diarrhoeal Disease and Research, Dhaka, Bangladesh, March, 2004.

11. Health and Neighborhood Characteristics.  Project member research team investigating the National Health and Nutritional Examination Survey (NHANES) III and Census Data with Chloe Bird, Jose Escarce, Brian Finch, Nicole Lurie, and Teresa Seeman. 2004-present.

12. Member of three grant-making committees at the Robert Wood Johnson Foundation: the Community and Family Health Team, Fall 2002; the Population Health Team, Fall 2002; and the Public Health Leadership and Capacity Team, Spring 2003.

13. The National Study of College Experience, Project member, Summer 1999-Summer 2003.

14. Workshop on "Analyzing Longitudinal Trajectories Using AMOS and SAS PROC TRAJ." Harvard University, Radcliffe Institute for Advanced Study.  2002.

15. Wisconsin Symposium on Emotions, Spring 2001, Spring 2002, Spring 2003, Spring 2004, Spring 2006.

16. RAND Summer Institute Demography, Economics, and Epidemiology of Aging Conference and Mini-Medical School, Summer 2000, Summer 2001, Summer 2003, Summer 2004; Recipient of travel award, Summer 2000, Summer 2001.  Chair of Saturday afternoon session, 2004.

17. International Institute for Applied Systems Analysis, Laxenburg, Austria, 1996, 1997, & 1999.
    - Studied population and environment interactions in Namibia; focused on marine fisheries and migration; developed a dynamic simulation model with user-friendly graphics, 1997, 1999.
    - Studied population and environment interactions on the Yucatán peninsula, 1996.

## LEADERSHIP ACTIVITIES:
- **National Sleep Foundation**
  Board of Directors 2013-Present
  Vice Chairman of the Board, from 2018-2021
  Chair of Board, from 2021-2022
  Immediate Past Chair, 2022-Present
  Founding Editor-in-Chief, *Sleep Health*, 2014-2020
- **Children and Screens Institute**
  Scientific Advisory Board member, 2019-Present
- **Pajama Program**
  Scientific Advisory Board member, 2018-Present
- **Dear Pandemic**
  Co-Founding Nerdy Girl, Associate Editor; 2020-Present
- **Sleep, Health, and Society Network**
  Co-founder, 2007-Present
- **Program in Public Health Admissions Committee,** SUNY, Stony Brook.
  Chair, 2011-Present
- **Graduate Program in Public Health Curriculum Committee,** SUNY, Stony Brook.
  Chair, 2005-2011.
- **Graduate Student Government,** Princeton University
  Press Secretary, 2001-2002.

Chair, 2000-2001.
Social Chair, 1999-2000.
- **Graduate Students for Local Activism,** Princeton University.
  Secretary, 2000. Vice-President and Founding Member, 1999.

## NATIONAL SERVICE ACTIVITIES:

- **U.S. National Member Organization to International Institute of Advanced Systems Analysis (IIASA). Committee Member.** Invited member from the National Academies of the Sciences, Engineering, and Medicine. 2017-2020.
- **Implementation Science on Sleep and Circadian Science.** Organized by the Sleep Research Society. Seattle, Washington. June 5, 2015.
- **National Sleep Foundation Sleep Explorer's Program.** 2015-present.
- **National Sleep Leadership Summit.** Organized by the National Sleep Foundation to be advocates for sleep health policy on Capitol Hill. April 7, 2014. Washington, DC.
- **Faculty Advisory Board, Tailored Approach to Sleep Health Education: A community engaged approach (TASHE).** Invited Board Member, New York University Langone Medical Center. Funded by NIH/NHLBI/R25HL 116378. 2013-present.
- **National Sleep Foundation Population Health and Methodology Subcommittee**, Invited Member, National Sleep Foundation, 2013-present
- **National Sleep Foundation Education Committee**, National Sleep Foundation, Washington DC, Invited Member, 2013-present
- **National Sleep Foundation Research Committee,** National Sleep Foundation, Washington DC, Invited Member, 2011-2013.
- **Sleep in America Poll Task Force.** National Sleep Foundation, Washington, DC. Invited Member, 2010-2011.

## UNIVERSITY SERVICE ACTIVITIES:

- **Graduate Program in Public Health Faculty Search Committee,** SUNY, Stony Brook
  Chair, 2010, 2011, 2012.
  Member, 2005, 2007, 2011.
- **Long Island Prevention Research Center,** SUNY, Stony Brook.
  Junior Research Fellow, 2010-2011.
- **Women's and Gender Studies Program,** SUNY, Stony Brook.
  Member, Executive Committee, 2009-Present.
  Member, Faculty Search Committee, 2009-2010.
- **Population Health and Clinical Outcomes Research (PHCOR) PhD Program,** SUNY, Stony Brook.
  Member, Pre-Dissertation Proposal Review Committee, 2011-Present
  Member, Executive Committee, 2010-Present.
  Member, Curriculum Committee, 2009-Present.
- **Stony Brook School of Medicine, Medical Clerkship Reviewer for the Curriculum Committee,** SUNY, Stony Brook.
  Reviewer for the Clerkship in Medicine, 2008-2009.
- **Graduate Program in Public Health Awards Committee**, SUNY, Stony Brook.
  Member, 2008-Present.

- **Graduate Program in Public Health Mistress of Ceremonies at Graduation Ceremony,** SUNY, Stony Brook.  2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015.
- **Graduate Program in Public Health Admissions Committee,** SUNY, Stony Brook.
  Member, 2005-Present.
  Chair, 2012-Present.


# OTHER SERVICE ACTIVITIES:

- **School Start Time and Sleep Health Consultant.**  Advisor to Three Village Central School District, Shoreham-Wading River School District, Northport-East Northport School District, Sayville School District, and Smithtown School District (unpaid).
- **Sleep Health advocate.**  Contributes blog posts about healthy sleep to the boomspot.
- **Harvard College Schools Committee of Long Island** 2007-Present.
- **Aging, Development and Population Speaker Series,** RAND Corporation.
  Organizing Committee, 2003-2004; 2004-2005.
- **Princeton University Committees,** Princeton University.
  University Alumni Council, 2001-2002.
  Graduate Student Member of the University Presidential Search Committee, 2000-2001. Executive Council of the Association of Princeton Graduate Alumni (APGA), 2000-2001. 2007-2010; 2021-present.
  Council of the Princeton University Community (CPUC) Member, 2000-2001; 2001-2002.
  Graduate CPUC Member, 2000-2001; 2001-2002.
- **Woodrow Wilson School PhD Seminar Coordinator,** Princeton University, 1999-2000.
- **Women's Center,** Princeton University.
  Women Mentoring Community, 2000-2001.
  Women's Creative Writing Group, 2000.
- **International Institute of Applied Systems Analysis,** Laxenburg, Austria.
  Member of the Visions Steering Committee, June 1999.
- **Editor/Publisher of the Harvard Environment Network,** Harvard University, 1995-1997.   A weekly electronic and hard-copy newsletter with distribution to over 600 Boston-area readers.
- **Undergraduate Council Delegate, Dunster House**, Harvard University, 1995-1997.
- **Publicity Chair, Dunster House Committee,** Harvard University, 1995-1997.