**Exhibit 88**

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# scientific reports

 Check for updates

OPEN

# Passively sensing smartphone use in teens with rates of use by sex and across operating systems

Jordan D. Alexander[1], Janosch Linkersdörfer[2], Katherine Toda-Thorne[3], Ryan M. Sullivan[4], Kevin M. Cummins[5], Rachel L. Tomko[6], Nicholas B. Allen[7], Kara S. Bagot[8], Fiona C. Baker[9], Bernard F. Fuemmeler[10], Elizabeth A. Hoffman[11], Orsolya Kiss[9], Michael J. Mason[12], Tam T. Nguyen-Louie[2], Susan F. Tapert[2], Calen J. Smith[2], Lindsay M. Squeglia[6] & Natasha E. Wade[2]✉

Youth screen media activity is a growing concern, though few studies include objective usage data. Through the longitudinal, U.S.-based Adolescent Brain Cognitive Development (ABCD) Study, youth ($m_{age} = 14$; $n = 1415$) self-reported their typical smartphone use and passively recorded three weeks of smartphone use via the ABCD-specific Effortless Assessment Research System (EARS) application. Here we describe and validate passively-sensed smartphone keyboard and app use measures, provide code to harmonize measures across operating systems, and describe trends in adolescent smartphone use. Keyboard and app-use measures were reliable and positively correlated with one another ($r = 0.33$) and with self-reported use ($rs = 0.21$–$0.35$). Participants recorded a mean of 5 h of daily smartphone use, which is two more hours than they self-reported. Further, females logged more smartphone use than males. Smartphone use was recorded at all hours, peaking on average from 8 to 10 PM and lowest from 3 to 5 AM. Social media and texting apps comprised nearly half of all use. Data are openly available to approved investigators (https://nda.nih.gov/abcd/). Information herein can inform use of the ABCD dataset to longitudinally study health and neurodevelopmental correlates of adolescent smartphone use.

**Keywords** Screen media activity, Screen time, Passive sensing, Android, iOS, Adolescents, Smartphone use

Youth screen media activity (SMA; see Table 1 for acronyms) is a significant public health concern, though research has identified both positive and negative associations between SMA and health, cognitive, and other outcomes[1–3]. Some have hypothesized that adolescents may be particularly vulnerable to the impact of screen use, positive or negative, due to ongoing neurodevelopment[4,5]. Yet knowledge about the relationship between screen usage and developmental, cognitive, and mental health outcomes is hampered by concerns regarding the measurement of SMA behaviors, which have generally been measured via self-report surveys[6,7].

While self-report surveys offer a flexible, readily implementable first step in the study of emerging public health phenomena, like excessive smartphone-based SMA, these surveys are subject to many well-known limitations[8]. Self-report surveys are effortful for participants to complete and are thus generally collected at infrequent intervals. They are also limited by participant reporting and recall biases, with prior research indicating that youth often inaccurately estimate their actual SMA on self-report instruments[6,7]. Youth technology use patterns, such as the most popular social media sites or smartphone applications, also change rapidly. Self-report SMA assessments therefore require constant updates to accurately query how screens are being used and frequently include outdated items[6]. Hence, self-report measures of SMA may often be error-prone and poorly harmonized across time.

[1]University of Minnesota, Minneapolis, USA. [2]Department of Psychiatry, University of California, San Diego, 9500 Gilman Drive, MC 0405, La Jolla, CA 92093, USA. [3]University of Michigan, Ann Arbor, USA. [4]University of Wisconsin-Milwaukee, Milwaukee, USA. [5]California State University, Fullerton, USA. [6]Medical University of South Carolina, Charleston, USA. [7]University of Oregon, Eugene, USA. [8]University of California, Los Angeles, Los Angeles, USA. [9]SRI International, Menlo Park, USA. [10]Virginia Commonwealth University, Richmond, USA. [11]The National Institute on Drug Abuse, North Bethesda, USA. [12]University of Tennessee, Knoxville, USA. ✉email: nwade@health.ucsd.edu

| Term | Definition |
|------|------------|
| ABCD Study | Adolescent brain cognitive development study, a longitudinal study of 11,878 community-recruited diverse youth in the United States |
| ABCD-EARS | An ABCD-specific version of EARS sensing keyboard use (Android and iOS) and screen usage (Android only) for the device on which it was installed |
| Android | Android Operating System |
| App | Application on a smartphone |
| App Store | Application store for iOS devices |
| App Use | Screen display time of each app used on Android devices, as measured by ABCD-EARS |
| EARS | Effortless Assessment Research System, an application with multiple sensor capabilities designed by Ksana Health, Eugene, OR |
| Google Playstore | Application store for Android devices |
| iOS | Apple's Operating System |
| Keyboard use | Detection of keyboard activation within an app; indicates app usage and engagement on Android and iOS devices |
| Keystrokes | Number of keystrokes on Android and iOS devices as measured by ABCD-EARS |
| NDA | National Institute on Mental Health Data Archive is a data repository for NIH-sponsored research studies; access to ABCD data can be applied for through here |
| OS | Operating system on a smartphone |
| SMA | Screen Media Activity, an overarching term for all screen use |

**Table 1.** Key terms and acronyms.

More accurate measurement of smartphone-based SMA may be possible through remote sensing applications, which passively and objectively measure smartphone application ("app") use. Measures of SMA based on passive sensor data offer several advantages over typical retrospective self-report-based measures. Namely, passive monitoring methods are not subject to self-report biases, offer flexibility in capturing newly popular categories of SMA, and require minimal participant effort, allowing for frequent episodes of continuous assessment[9,10]. While still subject to other sources of error (e.g. devices left on in the background), passive sensing-based methods nonetheless offer a promising tool for improving the accuracy, flexibility, and scale of SMA data collection[11].

Despite potential benefits of passive sensing, these methods come with their own unique challenges. For example, differences between smartphone operating systems (OS) can limit data comparability or accessibility. The vast majority of studies using smartphone sensor data to measure app usage have been conducted with Android devices, as these have historically allowed third-party applications greater access to sensor data than other devices, such as Apple iOS[12]. However, 87% of teenagers in the United States use Apple smartphones[13], suggesting our understanding of adolescent smartphone use patterns may be based on non-representative samples. Recently, the Adolescent Brain Cognitive Development (ABCD) Study[14], a large, longitudinal, and diverse cohort of U.S. adolescents, implemented passive sensing of youth smartphone use via app use monitoring[7]. To better capture information on SMA in both Android and iOS users, a third-party keyboard overlay collected keyboard metadata, such as the application in the foreground during each keystroke. This allowed for the creation of "proxy" measures of smartphone use/app engagement that could be calculated across operating systems, such as the number of keystrokes recorded when using a particular app. While keyboard measures did not capture SMA not involving the keyboard, they nonetheless offer a means of passively sensing SMA in iOS device users, where data collection restrictions preclude the collection of other passive sensor measures of SMA. Importantly, keystrokes are shown as a unique marker for various disease risk states based on metadata, yet accessibility to participants (e.g., by age), methods for analyses, and interpretation of data vary[15–17]. Even so, together, use of keystrokes data expands the scope of remote sensor-based SMA measurement to include the vast majority of U.S. youth who use iOS devices and provides novel information on smartphone use by teens regardless of iOS or Android operating systems.

The present manuscript has three aims. First, we present methods for reconciling SMA usage metrics based on two passively sensed summary measures (average daily app use and keystrokes) and describe a method for cleaning and using this open science dataset in Android and iOS users. Second, we address the measurement properties of passive sensor measures of keyboard and app use and describe the initial validation of these two summary measures of youth smartphone-based SMA within a large, diverse sample of U.S. adolescents. Third, we detail observed trends in youth smartphone use, including intra-day patterns of smartphone use, the quantity of smartphone use recorded across different app categories, and differences in patterns of smartphone use by participant sex and device OS, and share code for conducting similar analyses. Based on prior findings[7], we expected moderate correlations (e.g., r = 0.4-0.59) between app use, keyboard, and self-report measures of youth smartphone use. We further expected that self-report measures would underestimate smartphone use relative to passively monitored app use. Lastly, we predicted that passive keyboard measures would correspond better with app usage for apps requiring more active engagement (e.g., messaging, social media) than for more passive apps (e.g., video streaming, reading).

## Methods

### Participants

The ABCD Study is a 21-site 10-year longitudinal study with 11,880 participants at baseline (ages 9–10), funded by the National Institutes of Health[18]. At the 4-Year follow-up, participants and their parents/guardians completed annual visits and all participants were offered the opportunity to participate in an additional aspect of the ABCD protocol to passively measure youth participant smartphone use via the ABCD Effortless Assessment Research System (EARS) app. Here we examine cross-sectional data from ABCD Data Release 5.0 (https://doi.org/10.15154/8873-zj65), collected between September 2019 through January 2021, containing the first half of Year 4 follow-up data (total n = 4754; a subset, n = 1,463, had usable ABCD-EARS data). Participant demographics, stratified by participant operating system, are reported in Table 2, along with US demographic characteristics of 10–14-year-olds[19].

### Procedure

The ABCD Study protocol, including the ABCD-specific Effortless Assessment Research System (EARS; https://ksanahealth.com/ears/[20,21]) app, was approved by the IRB at the University of California San Diego and performed in accordance with the relevant guidelines and policies, including the Declaration of Helsinki. ABCD-EARS Application enrollment procedures were similar to a pilot substudy within the ABCD cohort at the Year 2 follow-up[7] and used the same ABCD-EARS app on participant's own smartphones. Full recruitment and study protocol information is available elsewhere[22–27]. Participants and their parents/guardians provided written informed consent for each annual visit and ABCD-EARS participation. Whether in-person or remote, consented participants with compatible smartphone devices (Android phones with Android OS version 6 or newer and iPhones 7 Plus or newer) downloaded the ABCD-EARS application with the help of trained research assistants, including the accompanying EARS keyboard. Families were compensated for their time, with additional compensation offered for the ABCD-EARS protocol.

After participants enabled data collection each day, whenever a participant entered a keystroke on their smartphone device's keyboard, the ABCD-EARS application recorded: (1) the active application in the foreground of the participant's phone, (2) the application's App Store/Play Store category, (3) the number of keystrokes input

| Demographics | Apple, n (%) | Android, n (%) | ACS[b] (2021) |
|---|---|---|---|
| n | 962 | 501 | |
| Age M (SD), range | 14.2 (0.66) 12.7–15.7 | 14.0 (0.70) 12.6–15.8 | |
| Sex | | | |
| Male | 426*[†] (44.2%) | 292*[†] (58.3%) | 51.2% |
| Female | 536*[†] (55.7%) | 208*[†] (41.5%) | 48.7% |
| Missing/declined/other | 0 (0.0%) | < 10 (< 0.2%) [c] | |
| Race/ethnicity | | | |
| Asian | 23[†] (2.4%) | 12[†] (2.4%) | 5.0% |
| Black | 93[†] (9.7%) | 56 (11.2%) | 13.5% |
| Hispanic | 158[†] (16.4%) | 97[†] (19.4%) | 25.9% |
| White | 588[†] (61.1%) | 284[†] (56.7%) | 52.3% |
| Other/more than one race | 100[†] (10.4%) | 52[†] (10.4%) | 27.8% |
| Annual household income | | | |
| < $50,000 | 167*[†] (18.4%) | 169* (36.4%) | 36.1% |
| $50,000—$100,000 | 277 (30.5%) | 155 (33.4%) | 28.1% |
| ≥$100,000 | 465*[†] (51.2%) | 140* (30.2%) | 35.8% |
| Missing/declined | 53 (5.5%) | 37 (7.4%) | |
| Parent educational attainment[a] | | | |
| Less than high school diploma | 28[†] (2.9%) | 16[†] (3.2%) | 8.9% |
| High school diploma or GED | 48[†] (5.0%) | 36[†] (7.2%) | 27.8% |
| Some college | 242*[†] (25.2%) | 159*[†] (31.9%) | 14.9% |
| Bachelor's degree | 269[†] (28.0%) | 145[†] (29.1%) | 23.5% |
| Post-graduate degree | 375*[†] (39.0%) | 143*[†] (28.7%) | 14.4% |
| Missing/declined | 0 (0.0%) | < 10 (< 0.2%) | |

**Table 2.** Participant demographics by operating system (N = 1463). *Differs between Apple and iOS users (p < .05). [†]Differs from American Community Survey (p < .05). [a]Highest education level achieved by either parent. [b]ACS sex and race/ethnicity values are for 10–14 year old children living in the US, and household income and parent educational attainment are for US adults, both from the 2021 American Community Survey (https://data.census.gov/table/ACSST1Y2022.S0101). ACS race categories sum to > 100% because Hispanic/Latino is recorded as an ethnicity rather than a race. [c]Cell sizes < 10 are collapsed to prevent identification of participants, consistent with NIH reporting guidelines.

(referred to as keystroke data), and (4) the times at which the keyboard was opened and closed. In Android device users, the ABCD-EARS application recorded the times at which a participant opened, closed, or minimized an application from the foreground of their device (referred to as app use). Data were uploaded to a secure, remote server for storage up to every few minutes and at least once a day. Further information on how the ABCD-EARS application data were recorded, cleaned, and processed are available in the online Supplement S1.

## Measures
### Sociodemographics
Parents reported sociodemographic characteristics during the baseline visit, including youth sex assigned at birth, combined family household income, and parental education[22]. Gender was also reported by the youth using a two-step method, first querying sex assigned at birth then asking their current gender identity (boy, girl, another gender [e.g., nonbinary])[28]; data by gender identity, rather than sex assigned at birth, are included within the Supplement S1. As sociodemographic characteristics include social constructs that require careful interpretation in light of appropriate contextualizing factors[29], sociodemographic factors are included for description but limited in interpretation.

### Screen time questionnaire
All participants in the ABCD Study completed annual surveys on their SMA. This included screen-based activities across all devices, excluding time spent on schoolwork. Beginning at Year 4 follow-up, participants separately reported overall SMA and, if they had their own smartphone, screen time on their smartphone. Typical weekday (Monday-Friday) and weekend (Saturday/Sunday) use were self-reported by youth for overall usage and usage by device type (e.g., tv vs. smartphone) and specific type of media (i.e., streaming TV/movies, playing single-player video games, playing multiplayer video games, texting, on social media, using video chat, and total time). Only items related to smartphone usage were included in the present analyses.

## ABCD-EARS-derived measures
### Average daily keystrokes and app use
The ABCD-EARS application recorded the time of each keystroke made on the ABCD-EARS keyboard (iOS) or the device's native keyboard (Android) as well as the application open in the phone's foreground at that time. To ensure participant privacy, the application did not record keyboard use content (e.g., what participants were typing). The Android version of the application also passively collected app usage data. Average number of keystrokes recorded and minutes of app use by a participant per day by app category and overall are reported. Further information on data collection and measurement definitions are available in the Supplement S1.

### App category harmonization
Application categories are labeled by app creators/publishers when uploading to the Google Play Store and Apple App Store and therefore varied by operating system. Accordingly, data from Android phones only contain categories from the Google Play Store, whereas data from iOS phones only contain categories from the Apple App Store. In order to have comparable keyboard data across operating systems, the ABCD Novel Technologies Workgroup devised a method to integrate and harmonize data regardless of OS (see Table 3 and Supplement S1).

## Analyses
All analyses were run in RStudio using R version 4.2.3[30].

### Reliability and variability of smartphone sensing measures
To quantify the inter-day variability and internal consistency of keystroke and app usage measures, we computed both intraclass correlation coefficients (ICCs; single random raters) and Cronbach's $\alpha$s for daily app use and daily keyboard use. We first computed total keystrokes and minutes of app use for each day of study participation. ICCs and $\alpha$s were then obtained for daily keystrokes and passively measured smartphone use using the 'psych' package[31]. Due to data collection demands for a concurrent study on wearable sensor data, 15.9% of the study sample provided more than the intended 21 days of data, though only their first 21 days of data were included in these analyses.

### Validation of summary smartphone measures
To ensure that keystroke and app usage measures were capturing usage patterns consistent with typical sleep/wake cycles, we computed the average amount of screen time captured by time of day from the ABCD-EARS daily keyboard and app use data. To do so, we binned observations by time of day and computed the average keystrokes and minutes of app use, inferring that valid keystroke and app use measures ought to offer concurring accounts of intra-day use patterns and further show that smartphone use is lowest late at night, when participants are expected to be asleep. Code to calculate hourly smartphone use from the ABCD-EARS data is available on OSF (https://tinyurl.com/3hutza88).

   Next, to determine whether average daily keystrokes, average daily app use, and self-reported smartphone use offered consistent accounts of participant screen time, we conducted several tests of alternate-forms validity (e.g., the extent to which different measures of the same construct are consistent) for these measures. We first computed the mean proportion of daily keystrokes, minutes of daily app use, and minutes of self-reported smartphone use that were recorded in each application category. We then fit models for the relationship between proportion of application use across screen time measures via a series of beta regressions, replacing proportions

| ABCD category | Apple iOS categories | Android OS categories | Self-report category |
|---|---|---|---|
| Books | Book + reference | Books and reference | |
| Business | Business | Business | |
| Education | Education | Education | |
| Entertainment | Entertainment | Comics + entertainment + events | Streaming Movies/TV |
| Finance | Finance | Finance | |
| Food | Food and drink | Food and drink | |
| Games | Games + kids | Action + adventure + arcade + board + card + casino + casual + educational + music + puzzle + racing + role playing + simulation + sports + strategy + trivia + word | Single player gaming + multiplayer gaming |
| Art | Graphics and design | Art and design | |
| Health | Health and fitness | Health and fitness | |
| Lifestyle | Lifestyle | Beauty + house and home + lifestyle + parenting | |
| Music | Music | Music and audio | |
| Navigation | Navigation | Maps and navigation | |
| News | Magazines and newspapers + news | News and magazines | |
| Medical | Medical | Medical | |
| Photography | Photo and video | Photography + video players | |
| Productivity | Productivity | Productivity | |
| Shopping | Shopping | Autos and vehicles + shopping | |
| Social | Social networking | Communications + dating + social | Texting + video chatting + social media |
| Sports | Sports | Sports | |
| Travel | Travel | Travel and local | |
| Tools/utilities | Utilities + developer tools | Libraries and demo + personalization + tools | |
| Weather | Weather | Weather | |

**Table 3.** Data harmonization of Apple iOS and Android OS categories for ABCD-EARS keyboard measures.

of 1 with 0.999 and 0 with 0.001 to ensure all values meet the requirements of the beta regression (Cribari-Neto & Zeileis, 2010). We inferred that greater correspondence in the proportion of application use across measures would offer stronger evidence for their validity.

To further test the degree to which the three smartphone use measures offered concurring accounts of smartphone application use, we computed Pearson correlation coefficients between average daily keystrokes, average daily app use, and self-report smartphone use, inferring that greater correlations between measures would show greater evidence for the convergent validity of each measure. As the ABCD-EARS application differed between iOS and Android devices, this analysis was stratified by participant operating system. To test whether the correspondence between the three screen time measures varied between different smartphone use activities (such as between video streaming and social media use applications), we stratified these analyses according to application category. Lastly, we fit a Bland–Altman plot of average daily app use and self-reported screen time in android users to visualize the degree of correspondence between these measures across different levels of self-reported and passively recorded smartphone use[32,33].

*Smartphone use by sex and operating system*
After investigating whether ABCD-EARS summary variables were reliable and offered valid measures of participant smartphone use, we next investigated associations between smartphone use and participant characteristics: namely, sex and smartphone operating system. Two-sample $t$-tests were used to test whether summary measures of screen time differed as a function of participant sex or operating system with statistical significance assessed parametrically and again via bootstrapped 95% confidence intervals (k = 4000 replications; see Supplement S1). Bootstrapping was used as data are skewed and we wanted to ensure the robustness of the results. We did not use a multivariate approach as we were assessing for direct group differences rather than group differences while controlling for covariates.

*Missing data*
Remote sensor data often have substantial missing data (Hicks et al., 2019). Furthermore, in the case of smartphone data, it can be challenging to determine whether missing data arises due to validly recorded periods of low screen use or due to data recording lapses. When defining data as "missing," we applied a conservative definition of "missing" data, as a full day on which no data was recorded on a particular measure. This was done to reduce the likelihood that periods of non-screen usage would be falsely categorized as missing data. We then computed the proportion of missing data for each measure as the proportion of "missing" days during the first 21 days of data collection. To assess the degree to which smartphone measures and participant demographics were associated with missing data, we computed associations (Pearson correlations) between the proportion of missing days of keyboard and app use data with participant operating system, demographics, and smartphone measures.

## Results

### Descriptive statistics of self-reported and passively-sensed summary measures

*Differences between youth with passive sensing and those without*

Self-reported smartphone use was not significantly different between ABCD study participants who temporarily installed EARS on their device than amongst those who did not ($t_{2839}$ = 0.86, $p$ = 0.06; EARS-yes mean = 184.64 min, SD = 161.90; EARS-no mean = 174.80 min, SD = 159.93). Only 16% (n = 514) of youth who declined to participate in EARS did *not* have a smartphone. Participants who participated in EARS did not differ by household income, but did significantly differ by age, sex, parental education, and race/ethnicity ($p$'s < 0.05; see Table S2).

*Descriptives of youth who participated in passive sensing*

On average, youth with EARS self-reported 62% less screen time per day than was estimated via passively sensed average daily app use (185 ± 162 vs 298 ± 174 min; $t_{474}$ = 15.5, $p$ < 0.001). EARS recorded 1,221 ± 1,884 keystrokes per day on average. The distributions of self-reported use, average daily app use, and average daily keystrokes were all right-skewed (see Supplemental Figs. S1–S3); a small number of outlying participants recording far higher average daily keystrokes and self-reported smartphone usage than the rest of the sample. Neither average daily keystrokes nor average daily app use differed significantly between weekends and weekdays ($ts$ = 1.08–1.45, $p$s = 0.15–0.28), nor did their correlations with self-reported weekend/weekday smartphone use (app use and self-report: r = 0.29 on weekends; r = 0.32 on weekdays; keystrokes and self-report: r = 0.09 on weekends; r = 0.11 on weekdays). Therefore, overall daily averages are reported. See additional descriptive statistics in Supplemental Table S3.

### Variability of screen time measures

On average, within-subject variability in participant daily keystrokes, as measured by their between-day standard deviation, was 871.8 keystrokes per day while variability in daily app use, again measured by between-day standard deviation, was 2.4 h per day. Intraclass correlation coefficients (ICCs) for daily keystroke count and minutes of app use were 0.58 and 0.51 respectively, indicating both measures were reasonably consistent within participants, though with considerable inter-day variability in individual screen use (see Supplementary Table S4). Cronbach's *as* for daily minutes of app use (α = 0.96) and daily keystroke count (α = 0.98) indicated split-half reliabilities for days in the study of > 0.95, suggesting that, despite individual daily variability, average levels of both participant app use and keystrokes per day were highly internally consistent.

### Smartphone use by time of day

To investigate patterns of youth smartphone use by time of day and whether keystroke and app use measures reflected intra-day screen time patterns, we plotted the average amount of screen and keyboard use recorded during each hour of the day (see Fig. 1). Keystroke and app use measures provided similar accounts. Use was lowest between 2 and 5 AM and increased gradually throughout the afternoon and evening, peaking between 8 and 10 PM. On average, Android participants recorded 7.8 min/hour screen time at all hours of the day. Between 12 and 5 AM on week nights, 47% of participants recorded at least one keystroke per night and 80% of Android users passively recorded at least one minute of app use per night.

### Smartphone use by application category

The ABCD-EARS keyboard recorded a mean of 1.44 (SD = 1.15; range = 1–18) unique applications used per day across both iOS and Android users. Among Android participants, passively sensed app use recorded significantly more unique apps used per day than the ABCD-EARS keyboard (2.87 vs. 1.28; $t_{476}$ = 30.2, p < 0.001), as some apps require no keyboard engagement. Despite differences in apps used per day recorded across measures, keystroke and app use measures exhibited substantial agreement on the mean *proportion* of smartphone usage recorded in each application category (see Fig. 2; see Supplementary Table S1 for example apps by category). For Android users, average daily keystrokes recorded a higher proportion of "Social" applications (β = 0.205, p < 0.001) and average daily app use recorded a higher proportion of "Photography," "Games," and "Entertainment" applications (β = 0.237–0.866, $p$s < 0.001).

Participants self-reported spending the highest proportion of smartphone use on streaming, followed by social media use, texting, and video chatting (see Supplement S1 for details).

### Correlations between smartphone measures

Among Android-users, average daily keystrokes and average daily app usage were modestly correlated ($r_{475}$ = 0.33, p < 0.001); self-reported smartphone use modestly correlated with average daily app use ($r_{473}$ = 0.35, p < 0.001). For iOS and Android participants, self-reported smartphone use was modestly correlated with average daily keystrokes ($rs_{461-1395}$ = 0.13–0.21, $p$s < 0.001; see Supplementary Tables S5 and S6).

A Bland–Altman plot displaying the relationship between the mean of average daily app use and self-reported smartphone use and their difference is presented in Supplementary Fig. S4. Android users recorded mean = 136 min more average daily smartphone use than self-reported, though there was substantial individual variability in this difference ($SD_{Dif}$ = 191.7 min), with variability increasing with greater reported/recorded smartphone use.



**Figure 1.** Average smartphone use (app use and keystrokes) by time of day. Passively sensed keystrokes and app use by hour of the day across the full duration of the study. Shaded bands represent 95% confidence intervals. Passively sensed app use was only captured for participants with Android smartphones while passively sensed keystrokes include both Apple and Android participants.

### Differences in application usage by sex and operating system

Female participants recorded significantly more average daily app use ($t_{1252.3} = 6.9$, $p < 0.001$; see Fig. 3 and Supplement S1), average daily keystrokes ($t_{428.9} = 3.57$, $p < 0.001$), and self-reported smartphone use ($t_{1404.5} = 8.93$, $p < 0.001$) than male participants.

Average Daily Keystrokes by category and operating system are presented in Table 4 and Supplement S1. Android users recorded more daily average keystrokes than iOS users on average ($t_{806} = 3.4$, $p < 0.001$).

### Missing data

On average, during the first 21 days of study participation, participants recorded at least one keyboard session on 13.25 days (SD = 0.35 days) while Android participants further recorded at least one app use observation on 19.5 days (SD = 0.18 days). Android users had significantly fewer missing days of app usage than missing days of keyboard usage (7% days missing vs. 13% days missing; $t_{482} = -8.1$, $p = 3.9*10^{-15}$). Furthermore, iOS users had more missing keyboard days than did Android users (49% days missing vs. 13% days missing, $t_{1250} = 22.2$, $p < 2 * 10^{-16}$).

Participant age and household income were both significantly associated with missingness, with older participants recording significantly more days missing keyboard data ($\beta = 0.003$, p = 0.002) and participants from households making less than $50,000 dollars per year recording significantly more missing app usage days



**Figure 2.** Proportion of app use by category across data sources. Proportion of daily overall application use by category, as measured by average daily app use, average daily keystrokes, and self-reported smartphone use on the Screen Time Questionnaire for their own usage of each category. Only categories representing more than 1% of daily average use are plotted (categories representing less than 1% of daily smartphone use include "Business", "Education", "Finance", "Food", "Art", "Health", "Lifestyle", "Maps", "News", "Medical", "Shopping", "Sports", "Travel", and "Weather").



**Figure 3.** Average daily app use for by female (n = 208) and male (n = 292) for Android using participants. *Sex difference at $p < 0.05$ *** sex difference at $p < 0.001$.

| Category | Android users, mean (SD) | iOS users, mean (SD) |
|---|---|---|
| **Social** | 1062.20 (1976.47) | 519.66 (995.08) |
| **Photography** | 22.86 (53.30) | 387.87 (976.75) |
| **Tools/utilities** | 32.17 (43.48) | 54.78 (73.98) |
| Games | 38.88 (363.37) | 14.23 (71.83) |
| **Entertainment** | 7.29 (23.09) | 38.62 (111.23) |
| Productivity | 15.25 (109.01) | 28.09 (127.43) |
| Music | 8.05 (78.68) | 6.15 (17.65) |
| **News** | 0.02 (0.23) | 5.83 (70.85) |
| Lifestyle | 5.63 (46.16) | 2.29 (14.15) |
| Books | 2.99 (32.54) | 4.92 (78.02) |
| Shopping | 4.37 (13.46) | 3.77 (24.34) |
| Business | 1.36 (9.60) | 0.57 (5.83) |
| **Travel** | 0.70 (4.54) | 0.09 (1.02) |
| **Maps** | 0.003 (0.08) | 0.56 (2.29) |
| **Food** | 0.49 (2.33) | 0.21 (1.39) |
| Sports | 0.27 (2.34) | 0.28 (3.09) |
| Art | 0.16 (1.75) | 0.11 (2.24) |
| Medical | 0.03 (0.39) | 0.13 (3.87) |
| **Weather** | 0.01 (0.12) | 0.08 (0.50) |
| Category | Android users, mean (SD) | iOS users, mean (SD) |
| Unique apps used per day | 1.28 (0.93) | 1.52 (1.24) |
| Days with at least one recorded keyboard use | 17.42 (6.98) | 10.43 (7.2) |

**Table 4.** Average daily keystrokes by app category and operating system. Average keystrokes per day spent using each application category recorded via the ABCD-EARS keyboard data in Apple iOS and Android users. Bolded categories indicate p < .05 difference by operating systems.

($\beta = 0.056$, $p = 0.033$). Sex, race/ethnicity, and parental education were not significantly associated with missingness in either measure.

Missing data was also a significant predictor of smartphone measures themselves. Apple users with more days of missing keyboard data recorded fewer average daily keystrokes ($\beta = -533.4$, $p < 2 * 10^{-16}$) but *increased* self-reported screen time ($\beta = 11.1$, $p = 0.04$). Android users with more days of missing keyboard data had fewer daily keystrokes, ($\beta = -245.11$, $p = 0.01$) and less average daily app usage ($\beta = -45.3$, $p = 1.9 * 10^{-8}$). Finally, Android users who had more missing days of app usage also recorded less average daily app usage overall ($\beta = -30.5$, $p = 9.5 * 10^{-5}$).

## Discussion

Passive sensing data is a useful measure of smartphone-based SMA[6]. First, evidence here suggests passive sensor data from the ABCD-EARS application provide novel, informative measures of smartphone use in adolescents that offer important insights into teen smartphone use across operating systems, revealing both consistency between subjects and variability within subjects. Together, preliminary evidence from the pattern of results across analyses suggest passive sensing of app use and keystrokes are valid and reliable for between- and within-subject investigations. Second, findings indicate that teens use their phones significantly more than they report, especially females, with much of that time devoted to social media and texting apps. Third, more temporally specific daily or hourly smartphone use measures can be determined from passive sensing, facilitating examining daily or weekly smartphone use patterns, and present analyses revealed surprising levels of smartphone use even in the middle of the night. The full open-science ABCD dataset contains thousands of variables collected longitudinally across adolescent development (including neuroimaging, cognitive performance, substance use, mental health, physical health, and genetics data). Combining this rich ABCD-EARS data with the full dataset is a remarkable asset for the scientific community to inform our understanding of the impact of smartphone-based SMA, including shaping family rules and policies for teen smartphone use.

The present study investigated convergent validity of two passively sensed measures of smartphone use in adolescent participants: average daily keystrokes and app use. Measures were largely stable within participants, offered concurrent accounts of intra-day use patterns, and identified the same most-used application categories, though with significant differences in the proportion of use attributed to each of these categories. Average daily keystrokes and app use were positively correlated with one another, though modestly, suggesting they capture different features of smartphone use and are susceptible to different sources of error. As expected, correlations between average daily keystrokes and app use were strongest for activities that most required active keyboard use, such as gaming, texting, or interacting with social media apps, and weakest for more passive screen uses, such as streaming video or listening to music. Together this suggests that average daily keystrokes are a reasonably effective measure of smartphone use in apps that require more engagement.

Both average daily keystrokes and app use were positively correlated with self-reported smartphone use, although modestly so. This is consistent with prior findings on the association between passive sensing and self-report[7] and may reflect error unique to self-report, such as reporting and recall biases[8,10]. Additionally, a Bland–Altman plot revealed substantial variability in the discrepancy between self-reported smartphone use and daily app usage, which increased as participants recorded more smartphone use. Thus, preliminary evidence here suggests that between- and within-subject investigations of keystrokes and app usage may be captured passively, which may alleviate financial, personnel, and timeliness burdens in studies which capture real-time high-frequency data such as smartphone use. Importantly, there is no gold standard method for measuring SMA yet, whether through self-report or passive sensing, as gold standards require general consensus across the field from a measure which offers known results (including known limitations) and can be implemented[34]. While concurrent validity and reliability of ABCD-EARS can be further investigated in the future through assessment against other methods (e.g., manually timed measurement of app use or keystrokes), the present findings provide an example of the strengths of incorporating novel technology into real-time monitoring of aspects of smartphone use behavior. Results suggest that self-reported screen time may be estimated imprecisely relative to average daily app use, further highlighting the potential value of objective smartphone use measures.

Interestingly, associations between self-reported smartphone use and average daily keystrokes differed between Apple and Android device users, possibly due to differences in participant characteristics, data collection procedures (e.g., the use of a third-party keyboard in iOS devices), and smartphone use behaviors between Android and iOS users. Even so, these findings provide further evidence for the use of passive sensor measures of smartphone use, though also highlight the need to control for operating system effects in analyses using these variables.

Patterns of missing data differed across sensor measures, operating systems, and participant sociodemographics. Furthermore, the extent of missing data strongly predicted average daily keystrokes and app use as well as self-reported smartphone use. Missing data were particularly prevalent for iOS keystroke data, likely reflecting the fact that the third party ABCD-EARS keyboard was required, which some participants may have found aversive, and which was occasionally automatically replaced with the native iOS keyboard by their phone. Participants may have also disabled the keyboard themselves at times. Although these rates of missingness are not out of line with the field of sensor-based phone data (e.g.,[35]), caution is warranted to consider reasons for missingness and the potential influence on research aims, particularly with iOS variables. Our findings affirm the importance, frequently emphasized in mobile health research, of exploring and appropriately statistically controlling for missing data when using smartphone sensor data[36].

In addition to describing data quality of ABCD passive smartphone use measures, the present investigation also offers a compelling initial view into how American adolescents interact with their smartphones. First, consistent with recent research on objectively measured smartphone use in adolescent Android users[37], adolescents recorded an average of *five hours* per day of smartphone application use. Consistent with our hypothesis, this was two hours more than teens estimated via self-report prior to initiating passive sensing. This suggests that adolescents are spending large amounts of time on their phone each day and that they may be unaware of just how much time they are spending doing so. Indeed, considering the time adolescents spend at school and on schoolwork or household chores, our findings suggest that many adolescents are spending the bulk of their leisure (and perhaps even non-leisure) time on their smartphones. Furthermore, this estimate is reduced by missingness and does not include activities that do not require an application in the foreground, such as music streaming, indicating that even this estimate of 5 h per day may underestimate the actual daily extent of youth smartphone use.

Second, many participants remain active on their smartphones late at night, with 80% of ABCD-EARS Android participants recording app use between midnight and 5AM on weeknights. In addition, nearly half of all participants had logged keystrokes during this same time period, suggesting more active engagement with their smartphones, rather than using an app that may be perceived as facilitating sleep (e.g., turning on white noise or soothing music). There is a robust literature regarding SMA and adolescent sleep outcomes[38], though directionality has not been firmly established (i.e., whether disrupted sleep leads teens to use their phones at night as they are already awake). The granular level of daily ABCD-EARS data can be combined with the larger ABCD dataset to investigate the correlates of smartphone use, sleep disruption, and neurodevelopmental, mental health, or numerous other outcomes. Shared hourly binning code and access to the ABCD dataset through the NIMH Data Archive can be used by researchers interested in pursuing these questions.

Lastly, "Social" applications, such as social media apps, texting, and video chatting, were, by a wide margin, the most popular smartphone activities for participating adolescents. Smartphones increasingly mediate large parts of adolescent social life, offering adolescents opportunities for fun, social connection, and identity exploration[39], though with possible risks of cyberbullying, poor self-esteem, and internalizing psychopathology[40,41]. Such concerns appear especially salient for female adolescents, who have higher rates of anxiety, depression, and body image concerns than adolescent boys[42,43] and, in the ABCD-EARS sample, were also more avid users of social applications. Research has thus far yielded mixed evidence for smartphone-related effects on mental health[40,44]. Nonetheless, this finding highlights the importance of social media in adolescent social life, the need for continued research on its effects on adolescent mental health, and suggests that adolescent girls may be especially at risk for consequences associated with social media use due to increased use. As the ABCD Study plans to continue collection of passive smartphone data at annual visits for at least the next five years, such investigations will be well facilitated by the longitudinal ABCD dataset and ABCD-EARS data in particular.

Potential targets for future investigation and intervention are numerous based on the data derived thus far. Parents may wish to limit their teen's phone access particularly overnight, given the prevalence of smartphone use at that time. Teens themselves may benefit from feedback on how much they are using their devices, given underreporting which may indicate a lack of self-awareness of their use, though this needs to be tested experimentally.

Future data analyses can detail specific apps and their psychiatric correlates, particularly given ongoing public policy debates in the United States regarding these important topics. Such investigations should also consider intersectionality characteristics, as prior research suggests some youth (e.g., LGBTQ youth;[45]) may uniquely benefit from social media given the potential to build community on such apps.

As detailed here, passive sensing includes many possible avenues for improving data collection of difficult to measure constructs, though it also has drawbacks which must be considered in data interpretation[11,46,47]. Accordingly, the results of the present study should be interpreted given the presence of several important study limitations.

First, participants in the study reflect only a portion of the ABCD cohort, with participation in the EARS passive sensing trial substantially associated with participant demographics. Despite comprehensive efforts to maintain confidentiality and collect minimal, but still meaningful, data, privacy concerns may have contributed to a large proportion of ABCD participants declining to participate in data collection. Privacy concerns represent an especially important barriers to recruiting representative samples to remote sensing studies, highlighting the need to engage thoughtfully with participant concerns over what data are collected, how they are used, and the procedures used to secure them. Further, technological issues, such as having an incompatible smartphone or lack of memory space for the ABCD-EARS app, may also have restricted participation in passive sensing despite youth being willing. However, data on these issues are not included in ABCD data releases, and their influence cannot be assessed.

Second, in addition to apparent sampling biases, the study was subject to substantial missing data. While missing days of use may sometimes reflect participants refraining from using their smartphones, they may also arise for artefactual reasons, such as technical issues with the application, device updates, or due to participants deleting or disabling the EARS application. The latter concern may have especially affected Apple iOS device users, who occasionally reported disabling the EARS keyboard, which replaced the native iOS keyboard and was required for keystroke data collection in iOS devices, due to finding it cumbersome to use.

Third, though designed to be passive, participants may still modify behavior due to the presence of the app on their phone. This may arise due to awareness that their use is being monitored, burdens associated with recording (e.g. the EARS keyboard in iOS users), or due to increased battery drainage from the application. Each of these may have affected participant use patterns and impacted the study's external validity.

Fourth, while the study was racially, ethnically, and socioeconomically diverse, White participants and participants with highly educated parents were overrepresented. While this is consistent with national data on smartphone access [Pew Research 48], it also may be a source of sampling biases. While we observed differences in smartphone use patterns between male and female participants, and included initial exploratory descriptive data by gender identity within the supplement S1; the full dimensionality of gender identity and relationships with SMA should be assessed in future analyses[28,49].

Fifth, self-reported smartphone use was designed prior to the ABCD-EARS protocol, included different application categories than the ABCD-EARS measures, and did not include time spent on school-related activities, likely deflating associations between self-report and passive sensing measures.

Sixth, several factors impacted the comparability of Android and iOS results. Smartphone applications are sometimes categorized differently by app creators on Apple's App Store and Android's Play Store, which may increase error in some categories. While we harmonized app categories to be analogous across iOS and Android devices, due to the number of applications available in each store, it was not possible to ensure that all applications were included in the same categories across operating systems. Thus, some cross-operating system differences in app categories likely reflect measurement error induced by differently categorized apps. Depending on the research question posed, data users may consider independently analyzing Android and iOS categories rather than always harmonizing across operating systems, or calculating summary variables of specific apps using the more granular data available through the NIMH Data Archive.

Lastly, limitations on third-party app collection in Apple devices prevented the ABCD-EARS app from collecting app usage data from Apple device users. Results from Android participants suggest average daily keystrokes and app use measures offer reasonably concurrent information on youth smartphone use. However, Android and iOS participants differed in their sociodemographics, patterns of missing data, and patterns of association with self-reported smartphone use, suggesting that Android results may not perfectly generalize to iOS users. Notably, beginning in the Year 7 follow-up visit, the ABCD Study and the ABCD-EARS app are working directly with Apple to collect passive app use data similar to the data available for Android users.

Taken together, the ABCD-EARS app provides smartphone use measures that are internally reliable within participants and offer broadly concurrent accounts of when and how teens use their smartphones. This includes their most used app categories and detailed logs of time of use. Smartphone summary measures are moderately intercorrelated, although more robust correlations exist for applications requiring active keyboard use than for more passive activities. ABCD-EARS data have yielded important insights into adolescent smartphone use: typical adolescents spend many hours each day on their smartphones, frequently using them late into the night. Much of this time is dedicated to social activities like texting, video chatting, and using social media apps, highlighting the important role smartphones play in adolescents' social lives and the importance of continued research into how these digital spaces affect adolescent mental health.

Overall, the present study demonstrates that passive sensing smartphone data can be used to construct measures of estimated smartphone use, with improved richness, accuracy, and flexibility relative to typical self-report measures. Especially when paired with a diverse, large, longitudinal research sample as in the full ABCD Study, these measures offer a powerful tool for improving our understanding of adolescent digital life and its impacts on development.

## Data availability

Data is available for download to researchers who request and receive approval via the NIMH Data Archive (https://nda.nih.gov/study.html?id=2147). Data is derived from ABCD Study Release 5.0 (https://doi.org/10.15154/8873-zj65). Custom code for category harmonization and hourly binning is available on the Open Science Foundation (OSF) and GitHub (https://tinyurl.com/3hutza88).

Received: 11 April 2024; Accepted: 24 July 2024
Published online: 03 August 2024

## References

1. Rideout, V., Robb, M. B., Sense, T. C. & census: Media use by tweens and teens,. *2019* (Common Sense Media, 2019).
2. Rideout, V. *The common sense census: Media use by tweens and teens* (2015).
3. Paulus, M. P. *et al.* Screen media activity and brain structure in youth: Evidence for diverse structural correlation networks from the ABCD study. *Neuroimage* **185**, 140–153 (2018).
4. Erus, G. *et al.* Imaging patterns of brain development and their relationship to cognition. *Cereb. Cortex* **25**(6), 1676–1684 (2015).
5. Giedd, J. N. *et al.* Child psychiatry branch of the National Institute of Mental Health longitudinal structural magnetic resonance imaging study of human brain development. *Neuropsychopharmacology* **40**(1), 43–49 (2015).
6. Parry, D.A., *et al.* A systematic review and meta-analysis of discrepancies between logged and self-reported digital media use. *Nat. Hum. Behav.* (2021).
7. Wade, N. E. *et al.* Passive sensing of preteens' smartphone use: An adolescent brain cognitive development (ABCD) cohort substudy. *JMIR Ment. Health* **8**(10), e29426 (2021).
8. Paulus, D. L. & Vazire, S. The Self-Report Method. In *Handbook of research methods in personality psychology* 224–239 (Guilford Press, 2007).
9. Alexander, J. D. *et al.* Evaluating longitudinal relationships between parental monitoring and substance use in a multi-year, intensive longitudinal study of 670 adolescent twins. *Front. Psychiatry* **14**, 1149079 (2023).
10. Harari, G. M. *et al.* Using smartphones to collect behavioral data in psychological science: Opportunities, practical considerations, and challenges. *Perspect. Psychol. Sci.* **11**(6), 838–854 (2016).
11. Parry, D. A. *et al.* Social media and well-being: A methodological perspective. *Curr. Opin. Psychol.* **45**, 101285 (2022).
12. Cornet, V. P. & Holden, R. J. Systematic review of smartphone-based passive sensing for health and wellbeing. *J. Biomed. Inform.* **77**, 120–132 (2018).
13. Co., P.S., *44th Semi-Annual Taking Stock With Teens® Survey, Fall 2022* (2022).
14. Jernigan, T. L., Brown, S. A. & Coordinators, A. C. Introduction. *Dev. Cogn. Neurosci.* **32**, 1–3 (2018).
15. Vesel, C. *et al.* Effects of mood and aging on keystroke dynamics metadata and their diurnal patterns in a large open-science sample: A BiAffect iOS study. *J. Am. Med. Inf. Assoc.* **27**(7), 1007–1018 (2020).
16. Braund, T. A. *et al.* Associations between smartphone keystroke metadata and mental health symptoms in adolescents: Findings from the future proofing study. *JMIR Ment. Health* **10**, e44986 (2023).
17. Smolders, K. *et al.* Smartphone keyboard interaction monitoring as an unobtrusive method to approximate rest-activity patterns: Experience sampling study investigating interindividual and metric-specific variations. *J. Med. Internet Res.* **25**, e38066 (2023).
18. Volkow, N. D. *et al.* The conception of the ABCD study: From substance use to a broad NIH collaboration. *Dev. Cogn. Neurosci.* **32**, 4–7 (2018).
19. Bureau, U.S.C. *American Community Survey 1-Year Estimates Subject Tables: Age and Sex.* Available from: https://data.census.gov/table?q=age+and+sex+2021&tid=ACSST1Y2021.S0101 (2022).
20. Lind, M. N. *et al.* The effortless assessment of risk states (EARS) tool: An interpersonal approach to mobile sensing. *JMIR Ment. Health* **5**(3), e10334 (2018).
21. Lind, M. N. *et al.* Reintroducing the effortless assessment research system (EARS). *JMIR Ment. Health* **10**, e38920 (2023).
22. Barch, D. M. *et al.* Demographic, physical and mental health assessments in the adolescent brain and cognitive development study: Rationale and description. *Dev. Cogn. Neurosci.* **32**, 55–66 (2018).
23. Casey, B. J. *et al.* The Adolescent Brain Cognitive Development (ABCD) study: Imaging acquisition across 21 sites. *Dev. Cogn. Neurosci.* **32**, 43–54 (2018).
24. Garavan, H. *et al.* Recruiting the ABCD sample: Design considerations and procedures. *Dev. Cogn. Neurosci.* **32**, 16–22 (2018).
25. Lisdahl, K. M. *et al.* Adolescent brain cognitive development (ABCD) study: Overview of substance use assessment methods. *Dev. Cogn. Neurosci.* **32**, 80–96 (2018).
26. Luciana, M. *et al.* Adolescent neurocognitive development and impacts of substance use: Overview of the adolescent brain cognitive development (ABCD) baseline neurocognition battery. *Dev. Cogn. Neurosci.* **32**, 67–79 (2018).
27. Zucker, R. A. *et al.* Assessment of culture and environment in the Adolescent Brain and Cognitive Development Study: Rationale, description of measures, and early data. *Dev. Cogn. Neurosci.* **32**, 107–120 (2018).
28. Dube, S. L. *et al.* Comparison of methods to assess adolescent gender identity in the ABCD study. *JAMA Pediatr.* **178**, 86–88 (2024).
29. Simmons, C. *et al.* Responsible use of open-access developmental data: The adolescent brain cognitive development (ABCD) study. *Psychol. Sci.* **32**, 866–870 (2021).
30. R Core Team. *R: A language and environment for statistical computing.* Available from: https://www.R-project.org/ (2021).
31. Revelle, W. *psych: Procedures for Psychological, Psychometric, and Personality Research.* Available from: https://CRAN.R-project.org/package=psych (2023).
32. Bland, J. M. & Altman, D. G. Statistical methods for assessing agreement between two methods of clinical measurement. *Lancet Child Adolesc. Health* **1**(8476), 307–310 (1986).
33. Bland, J. M. & Altman, D. G. Measuring agreement in method comparison studies. *Stat. Methods Med. Res.* **8**(2), 135–160 (1999).
34. Cardoso, J. R. *et al.* What is gold standard and what is ground truth?. *Dent. Press J. Orthod.* **19**(5), 27–30 (2014).
35. Matcham, F. *et al.* Remote Assessment of Disease and Relapse in Major Depressive Disorder (RADAR-MDD): Recruitment, retention, and data availability in a longitudinal remote measurement study. *BMC Psychiatry* **22**(1), 136 (2022).
36. Straczkiewicz, M., James, P. & Onnela, J.-P. A systematic review of smartphone-based human activity recognition methods for health research. *NPJ Digit. Med.* **1**, 1 (2021).
37. Radesky, J., Weeks, H.M., Schaller, A., Robb, M., Mann, S., & Lenhart, A. *Constant Companion: A Week in the Life of a Young Person's Smartphone Use* (Common Sense, San Francisco, CA, 2023).
38. Hale, L. & Guan, S. Screen time and sleep among school-aged children and adolescents: A systematic literature review. *Sleep Med. Rev.* **21**, 50–58 (2015).
39. Uhls, Y. T., Ellison, N. B. & Subrahmanyam, K. Benefits and costs of social media in adolescence. *Pediatrics* **140**, S67–S70 (2017).
40. Keles, B., McCrae, N. & Grealish, A. A systematic review: The influence of social media on depression, anxiety and psychological distress in adolescents. *Int. J. Adolesc. Youth* **25**, 79–93 (2020).

41. Shah, J. *et al.* New age technology and social media: Adolescent psychosocial implications and the need for protective measures. *Curr. Opin. Pediatr.* **31**, 148 (2019).
42. Voelker, D. K., Reel, J. J. & Greenleaf, C. Weight status and body image perceptions in adolescents: Current perspectives. *Adolesc. Health Med. Therap.* **6**, 149–158 (2015).
43. Zahn-Waxler, C., Shirtcliff, E. A. & Marceau, K. Disorders of childhood and adolescence: Gender and psychopathology. *Annu. Rev. Clin. Psychol.* **4**(1), 275–303 (2008).
44. Paulich, K. N. & R.J., Lessem JM, Hewitt JK,. Screen time and early adolescent mental health, academic, and social outcomes in 9- and 10- year old children: Utilizing the Adolescent Brain Cognitive Development ℠ (ABCD) Study. *PLoS ONE.* **19**, 256591 (2021).
45. Berger, M. N. *et al.* Social media use and health and well-being of lesbian, gay, bisexual, transgender, and queer youth: Systematic review. *J. Med. Internet. Res.* **24**(9), e38449 (2022).
46. Ryding, F. C. & Kuss, D. J. Passive objective measures in the assessment of problematic smartphone use: A systematic review. *Addict. Behav. Rep.* **11**, 100257 (2020).
47. Trifan, A. O. M. Passive sensing of health outcomes through smartphones: Systematic review of current solutions and possible limitations. *JMIR Mhealth Uhealth* **7**, 12649 (2019).
48. Center, P.R., *Teens, Social Media and Technology 2022.* (2022).
49. Potter, A. S. *et al.* Measurement of gender and sexuality in the Adolescent Brain Cognitive Development (ABCD) study. *Dev. Cogn. Neurosci.* **53**, 101057 (2022).

## Acknowledgements

N.E. Wade was supported by National Institute on Drug Abuse (K08 DA050779) and J.D. Alexander was supported by (T32 DA050560). Data used in the preparation of this article were obtained from the Adolescent Brain Cognitive Development℠ (ABCD) Study (https://abcdstudy.org), held in the NIMH Data Archive (NDA). This is a multisite, longitudinal study designed to recruit more than 10,000 children age 9–10 and follow them over 10 years into early adulthood. The ABCD Study is supported by the National Institutes of Health and additional federal partners under award numbers U01DA041048, U01DA050989, U01DA051016, U01DA041022, U01DA051018, U01DA051037, U01DA050987, U01DA041174, U01DA041106, U01DA041117, U01DA041028, U01DA041134, U01DA050988, U01DA051039, U01DA041156, U01DA041025, U01DA041120, U01DA051038, U01DA041148, U01DA041093, U01DA041089, U24DA041123, U24DA041147. A full list of supporters is available at https://abcdstudy.org/federal-partners.html. A listing of participating sites and a complete listing of the study investigators can be found at https://abcdstudy.org/consortium_members/. ABCD consortium investigators designed and implemented the study and/or provided data but did not necessarily participate in the analysis or writing of this report. Elizabeth Hoffman contributed to the interpretation of the data and participated in the preparation, review, and approval of the manuscript, consistent with her role on the ABCD Federal Partners Group. The views and opinions expressed in this manuscript are those of the authors only and do not necessarily represent the views, official policy, or position of ABCD consortium investigators, the NIH, the U.S. Department of Health and Human Services or any of its affiliated institutions or agencies.

## Author contributions

Conceptualization: NEW, JAD, SFT, NBA, FCB, KSB. Data Curation: NEW, JAD, JL, NBA. Formal Analysis: NEW, JAD, JL, RMS. Funding Acquisition: SFT, LMS, FCB. Investigation: NEW, SFT, CJS. Methodology: NEW, JAD, JL, RMS, SFT, KMC, RLT. Project administration: CJS. Resources: CJS, NBA. Software: NBA. Supervision: NEW. Validation: JAD, JL. Visualization: JAD, RMS, KTT. Writing—original draft: NEW, JAD. Writing—review and editing: JL, KTT, RMS, KMC, RLT, NBA, KSB, FCB, BFF, EAH, OK, MJM, TTNL, SFT, CJS, LMS.

## Competing interests

N.B. Allen holds an equity interest in Ksana Health, which produces commercial licenses for the EARS software that was used in this manuscript. No other authors have any competing interests to disclose.

## Additional information

**Supplementary Information** The online version contains supplementary material available at https://doi.org/10.1038/s41598-024-68467-8.

**Correspondence** and requests for materials should be addressed to N.E.W.

**Reprints and permissions information** is available at www.nature.com/reprints.

**Publisher's note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

**Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/.

© The Author(s) 2024

Passively Sensing Smartphone Use in Teens Supplement

**ABCD-EARS Application Data Collection, Cleaning, and Processing**

**Average Daily Keystrokes.** The ABCD-EARS application recorded the time of each keystroke made on the ABCD-EARS keyboard (iOS) or the device's native keyboard (Android) as well as the application open in the phone's foreground at that time. This was used to compute the start and end times, foreground application, and number of keystrokes recorded during each keyboard use session. To ensure participant privacy, the application did not record keyboard use content (e.g., what participants were typing). These keyboard data were used to compute a summary measure of participant keyboard usage, referred to hereafter as "average daily keystrokes." This was defined as the average number of keystrokes recorded by a given participant each day during their participation in the study. In addition to average daily keystrokes across all days during the study, we also computed average daily keystrokes separately for weekday and weekend use (e.g., the average daily keystrokes recorded by a participant on all weekend days during their participation), and for each separate smartphone application category (e.g., the average daily keystrokes recorded by a participant in the "Games" category during their participation).

**Average Daily App Use.** The Android version of the application also passively collected app usage data. Every fifteen minutes, the ABCD-EARS app queried the Android UsageStats API to obtain data on the apps a participant had open in the foreground in the previous 24 hours, including timestamps corresponding to the times at which an app was opened in the foreground and when that app was no longer active in the foreground (for example, when the app was closed or minimized or when a participant shut off their phone screen). Similar to the keystrokes data, the app use data was used to compute a summary measure of participant app usage. This measure, "average daily app use," was defined as the average number of minutes of app usage recorded per day by a given participant during the study. Consistent with average daily

1

keystrokes, in addition to computing average daily app use across all study days, we also calculated average daily app use separately for weekend and weekday use and for each separate application category.


**Keyboard**

**Data collection.** For the three-week duration of the ABCD-EARS protocol, ABCD-EARS ran continuously in the background of the participant's smartphone. To prevent the app from being closed by the smartphone operating system due to memory and/or storage limits and to enable automatic data upload, the app requested that ABCD-EARS participants open the application once per day. This was facilitated through daily push notifications encouraging participants to open the application. If data did not import from a participant's device for multiple days, an ABCD staff member contacted the participant to troubleshoot, including ensuring that the ABCD-EARS app was installed correctly, running in the background of their device, and being opened daily for recording of smartphone use data.

Whenever a participant opened the keyboard, a timestamp was recorded for each keystroke, along with the identifier for the application hosting the text box. The release of iOS 16 prevented the application identifier from being collected, so only data collected before this release included the application identifier for iOS users.

**Daily features.** Keystroke data were aggregated into daily metrics with the following steps. First, data were aggregated into sessions based on application (when available) and temporal proximity. A session was defined as a sequence of keystrokes with the same application, with each consecutive keystroke being no more than 60 seconds apart. The length of each session was calculated as the difference between the first and last timestamp of the derived

Passively Sensing Smartphone Use in Teens Supplement

session. Finally, daily metrics were aggregated by counting all keystrokes and sessions per day and summing all session durations for each day. Sessions were assigned to the date of the final keystroke in each session.

**Summary metrics.** Data were aggregated further to derive metrics spanning the entire duration of the study. The category for each application that appeared in the keyboard data was scraped from the App Store (iOS) and the Google Play Store (Android), when available. Then, for each participant, all keyboard session data were aggregated to calculate number of keystrokes, sessions, and keyboard usage duration across two dimensions: day of week (weekday, weekend, all days) and application category. In addition, the total number of unique applications used was totaled across the entire study. Finally, average daily usage metrics were calculated by dividing the above metrics by the number of weekdays, weekend days, and total days that the participant used the EARS application. The period of EARS application usage was defined as the total number of days with at least one keyboard session assigned to that day.

**Additional ABCD-EARS Data and Measures.** While not included in the present analyses, additional ABCD-EARS-derived measures of keyboard and app usage, including the duration of each keyboard session in minutes and the number of keyboard or app usage sessions per day are available for download via ABCD Study Release 5.0 on the NIMH Data Archive (https://nda.nih.gov/study.html?id=2147). More granular ABCD-EARS data used to construct these screen time summary measures are also available via this same source and include the time of day, duration, and specific smartphone application used during each keyboard or app usage instance.

**App usage**

Passively Sensing Smartphone Use in Teens Supplement

**Data collection.** Every 15 minutes, EARS queried the Android UsageStats API, which returns aggregated information about the last week of application usage. For each application used, the API returned the duration each application was in the foreground, binned into approximately 24-hour windows, with start and end times arbitrarily defined by the API. The final window always ended at the time of the query, and started at some point in the last 24 hours, such that the final windows of successive queries could be subtracted from each other to deduce the amount of application usage between two consecutive queries (i.e. application usage during that 15-minute window). This accumulation would continue for approximately 24 hours until the start time of the query window reset, and then the accumulation would begin again.

**Data cleaning.** Before the raw data could be subtracted to derive application foreground durations during smaller windows ("non-cumulative" durations), data cleaning needed to occur to ensure that all assumptions needed for subtraction were met.

First, duplicate historical windows, which were expected to be collected due to the repeated one-week queries, were discarded.

Next, the consecutive usage windows that remained needed to have the same start time, until the accumulation reset for the next day. However, the API sometimes generated multiple records offset by several seconds, creating overlapping windows with duplicate information, structured such that they could not be subtracted from one another. The distribution of start times was thus explored to reduce the dataset to a set of usage windows where all consecutive start times were either the same or at least 60 seconds apart.

Finally, non-cumulative foreground durations were derived by subtracting consecutive foreground durations for a given application and usage window start time. Although logically this method should never return negative values, the API occasionally returned information that

resulted in negative values for non-cumulative durations. Without access to how the API calculates these inconsistent values, we cannot deduce why this happens; however, in order to only keep sensical data, negative values were recoded as zeros.

**Daily features.** To create daily metrics, non-cumulative foreground durations were summed for each day, for each application. Usage windows were assigned to the usage window's end date. Daily durations greater than 20 hours were removed, as it was discovered that certain system applications, for example home screen tools, resulted in inflated usage (often around 24 hours) that do not represent actual participant usage.

**Summary metrics.** Data were aggregated further to derive metrics spanning the entire duration of the study. The category for each application that appeared in the application usage data was scraped from the Google Play Store, when available. Then, for each participant, all non-cumulative foreground durations were aggregated to calculate durations across two dimensions: day of week (weekday, weekend, all days) and application category. In addition, the total number of unique applications used was totaled across the entire study. Finally, average daily usage metrics were calculated by dividing the above metrics by the number of weekdays, weekend days, and total days that the participant used the EARS application. The period of EARS application usage was defined as the total number of days with at least one application foreground duration assigned to that day.

Some applications, such as home screen managers and other system applications, result in inflated foreground times per day (often around 24 hours). A list of applications to exclude was derived based on quality assessment of the data. An estimate of screen time excluding these applications was derived for each participant. These applications were not excluded from

Passively Sensing Smartphone Use in Teens Supplement

category-specific metrics, but most of them did not fall into categories of interest. Below is a list

of the application identifiers excluded:

- com.android.systemui
- com.lge.qmemoplus
- com.google.android.gms
- com.sec.android.app.launcher
- com.sec.android.mimage.photoretouching
- us.ozteam.bigfoot
- com.pixel.art.coloring.color.number
- com.robtopx.geometryjumplite
- com.google.android.inputmethod.latin
- com.lge.clock
- com.pt.bark
- com.tct.launcher
- com.lge.launcher3
- royaln.Removeunwantedcontent
- com.samsung.android.contacts
- com.google.android.packageinstaller
- com.wssyncmldm

**App Category Harmonization.**

While iOS had 25 application categories at the time of data collection, Android had 47.

Thus, the Novel Technology Workgroup recommends collapsing Google categories to align with

Apple categories to create new, comparable summaries, with a few exceptions. Category

harmonization is described in Table 3, and an R script to combine variables in this way is

available on the Open Science Foundation (OSF) and GitHub (https://tinyurl.com/3hutza88);

example apps in each category are included in Supplemental Table S1. To calculate the number

of participants who used apps within each category, it is recommended that data is filtered within

category to those participants who have data >0.

App summary categories also differed between ABCD-EARS measures and self-reported

smartphone-based SMA on the Screen Time Questionnaire. Thus, when making comparisons

Passively Sensing Smartphone Use in Teens Supplement

between application use measured by ABCD-EARS data and via self-report, self-report response categories were also collapsed to harmonize them with ABCD-EARS application categories. Self-reported streaming corresponded to the "Entertainment" ABCD-EARS category. ABCD-EARS "Games" was computed as the sum of self-reported time spent on single player and multiplayer video games. Lastly, ABCD-EARS "Social" app use was measured as the sum of self-reported time spent texting, video chatting, and using social media sites.

     **Missing Data.** Remote sensor data often have substantial missing data [30, 31]. In the case of smartphones, it can be challenging to determine whether missing data arises due to validly recorded periods of low screen use or due to data recording lapses. When defining data as "missing," we applied a conservative definition of a full day on which no data was recorded on a particular measure. This was done to reduce the likelihood that periods of non-screen usage would be falsely categorized as missing data. We then measured the proportion of missing data for each measure as the proportion of "missing" days during the first 21 days of data collection. To assess the degree to which missing data affected smartphone use measurement, we calculated associations between the proportion of missing days of keyboard and app use data with participant operating system, demographics, and smartphone use measures.

## Results

### Self-reported Smartphone Use by Application Category.

     Youth self-reported a significantly lower proportion of "Social" application use ($\beta$=-0.601 to -0.458, $ps$<.001) and a higher proportion of "Entertainment" application use ($\beta$=0.752-1.001, $ps$<.001) than passively sensed measures. Participants self-reported less use of "Games" apps than was recorded via average daily app use ($\beta$=-0.450, $p$<.001) yet more than was captured

via average daily keystrokes ($\beta$=0.381, $p$<.001), likely due variability across games in requirement for keyboard inputs.

**Correlations between Smartphone Measures.** To examine consistency of average daily app use, keystrokes, and self-reported smartphone use across smartphone activities, we stratified correlations by application categories. In Android users, considering only categories representing >1% of daily smartphone use, daily keystrokes and passively measured app use were highly correlated ($r$ >0.5) for "Social" and "Games" apps, moderately correlated ($r$>0.3) for "Photography" apps, and modestly correlated (r>0.1, $p$s<0.001) for "Entertainment," "Productivity," "Tools/Utilities," "Books," and "Music" categories. Among Android users, self-reported smartphone use was most highly correlated with both average daily app use ($r$=0.48, $p$<0.001) and average daily keystrokes ($r$=0.25, $p$<0.001) for "Social" applications. Among Apple iOS users, correlations between self-reported smartphone use and average daily keystrokes were highest for the "Entertainment" category ($r$=0.17, $p$<0.001) (see Supplementary Tables S4 and S5).

**Differences in Application Usage by Sex and Operating System.** Female participants recorded significantly more average daily app use ($t_{1252.3}$=6.9, $p$<.001; see Figure 3), average daily keystrokes ($t_{428.9}$=3.57, $p$<.001), and self-reported smartphone use ($t_{1404.5}$=8.93, $p$<.001) than male participants. Female participants' average daily app use reflected significantly more use of "Social", "Entertainment", "Books", "Productivity", "Lifestyle", "Shopping", and "Art" applications than males; male participants recorded significantly more use of "Photography" and "Sports" applications ($F_{1,492}$=4.12-19.71; $p$s<.05; see Supplementary Table S6). Analyses by gender identity revealed individuals identifying as boys demonstrated significantly fewer average daily keyboard strokes and app use than either girls or those who identify as another gender (i.e.,

Passively Sensing Smartphone Use in Teens Supplement

nonbinary) ($ps<.01$; see Supplementary Figure S5 for information on app use by gender identity). Those who identified as girls or nonbinary did not differ significantly in any measure

Average Daily Keystrokes by category and operating system are presented in Table 4 and Supplement. Android users recorded more daily average keystrokes than iOS users on average ($t_{806}=3.4$, $p<.001$). Android users recorded more keystrokes in the "Finance", "Food", "Social", and "Travel" categories, and iOS users recorded more keystrokes in the "Entertainment", "Maps", "News", "Photography", "Weather", and "Tools/Utilities" categories ($ps<.05$).

To confirm results are not due to non-normality, t-tests were bootstrapped. The bootstrapped 95% confidence intervals (R = 4000) and parametric confidence intervals for sex and operating system differences in keystrokes and app use are consistent (i.e., both the bootstrapped CIs and parametric CIs include 0 or both do not include 0) for 45/48 sex comparisons and 21/23 OS comparisons. In all five cases, the t-tests were non-significant and the bootstraps were significant, indicating none of our significant t-test results reflect type-one errors due to non-normal distributions. For sex comparisons, the t-tests were non-significant while the bootstrapped 95% CIs were significant for app use in the "maps" and "productivity" categories and for keystrokes in the "travel" category. For OS comparisons, the t-tests were non-significant while the bootstrapped 95% CIs were significant for keystrokes in the "business" and "games" categories.

Passively Sensing Smartphone Use in Teens Supplement

**Table S1.** Example Categories for Each App Category by Operating System

| Android OS Categories | Example App |
|---|---|
| Art and Design | Canva: Design, Photo & Video |
| Autos and Vehicles | Cars.com |
| Beauty | Ulta Beauty |
| Books and Reference | KJV Bible Now |
| Business | Zoom |
| Comics | WEBTOON |
| Communications | WhatsApp Messenger |
| Dating | Bumble: Dating App & Friends |
| Education | Duolingo: language lessons |
| Entertainment | Max: Stream HBO, TV, & Movies |
| Events | Ticketmaster |
| Finance | Cash App |
| Food and Drink | McDonald's |
| Games (Action + Adventure + Arcade + Board + Card + Casino + Casual + Educational + Music + Puzzle + Racing + Role Playing + Simulation + Sports + Strategy + Trivia + Word) | Monopoly GO! |
| Health and Fitness | Health Tracker |
| House and Home | Zillow |
| Libraries and Demo | Mods Melon Playground Sandbox |
| Lifestyle | Life360: Live Location Sharing |
| Maps and Navigation | Uber – Request a Ride |
| Medical | MyChart |
| Music and Audio | Spotify |
| News and Magazines | NewsBreak |
| Parenting | Findmykids: Location Tracker |
| Personalization | Find My Phone By Clap, Whistle |
| Photography | Photo Maker – GIF Master |
| Productivity | AI Security |
| Shopping | Temu: Shop Like a Billionaire |
| Social | TikTok |
| Sports | MLB Ballpark |
| Tools | QR & Barcode Scanner |
| Travel and Local | Expedia |
| Video Players and Editors | CapCut – Video Editor |
| Weather | Live Weather |

| Apple iOS Categories | Example App |
|---|---|
| Book | Strong's Concordance with KJV |
| Business | Glassdoor | Jobs & Community |
| Developer Tools | Code - Compile & Run Program |
| Education | ASA's Sailing Challenge |

Passively Sensing Smartphone Use in Teens Supplement

| Entertainment | Hulu: Watch TV shows & movies |
|---|---|
| Finance | Binance Smart Chain Explorer |
| Food & Drink | Sous Vide °Celsius |
| Games | Water Sort Puzzle: Get Color |
| Graphics & Design | ArtRage Vitae Mobile Painting |
| Health & Fitness | HitMeal · Food & Calorie Tracker |
| Lifestyle | Bumble: Dating & Friends App |
| Magazines and Newspapers | Making Jewellery Magazine |
| Medical | Huckleberry: Baby & Child |
| Music | FM Radio App |
| Navigation | Waze Navigation & Live Traffic |
| News | The Economist |
| Photo & Video | Body Tune - Photo Editor |
| Productivity | Wipr |
| Reference | Merriam-Webster Dictionary |
| Shopping | Poshmark: Buy & Sell Fashion |
| Social Networking | Instagram Feed |
| Sports | Formula 1® |
| Travel | U-Haul |
| Utilities | Remote for TCL Roku TVs |
| Weather | Zoom Earth - Live Weather Map |

Notes: Example apps are top listed free apps from Google Play Store for Android. For Apple, the top "Popular Apps" in the App Store were listed.

Passively Sensing Smartphone Use in Teens Supplement

**Table S2.** Demographics by Opt-in or Opt-out of Passive Sensing (N = 4,754)

| Demographics | Opt-Out | Opt-In |
|---|---|---|
| n | 3,291 | 1,463 |
| Age M (SD) Range | 14.05 (0.68) 12.5-15.7 | 14.15 (0.68) 12.6-15.8 |
| **Sex** | | |
| Male | 1770 (53.8%) | 718 (49.1%) |
| Female | 1521 (46.2%) | 744 (50.9%) |
| Missing/Declined/Other | 0 (0.0%) | <10 (<0.2%) [b] |
| **Race/Ethnicity** | | |
| Asian | 75 (2.3%) | 35 (2.4%) |
| Black | 360 (10.9%) | 149 (10.2%) |
| Hispanic | 724 (21.9%) | 255 (17.4%) |
| White | 1810 (54.9%) | 872 (59.6%) |
| Other/More than one race | 322 (9.8%) | 152 (10.4%) |
| **Annual Household Income** | | |
| < $50,000 | 835 (25.4%) | 336 (23.0%) |
| $50,000 - $100,000 | 883 (26.8%) | 417 (28.5%) |
| ≥ $100,000 | 1313 (30.0%) | 620 (42.4%) |
| Missing/Declined | 260 (7.9%) | 90 (6.2%) |
| **Parent Educational Attainment [a]** | | |
| Less than High School Diploma | 147 (4.5%) | 44 (3.0%) |
| High School Diploma or GED | 261 (5.0%) | 84 (5.7%) |
| Some College | 795 (7.9%) | 401 (27.4%) |
| Bachelor's Degree | 887 (27.0%) | 414 (28.3%) |
| Post-Graduate Degree | 1196 (36.3%) | 518 (35.4%) |
| Missing/Declined | <10 (<0.2%) | <10 (<0.2%) [b] |

[a] highest education level achieved by either parent.
[b] Cell sizes <10 are collapsed to prevent identification of participants, consistent with NIH reporting guidelines.

Passively Sensing Smartphone Use in Teens Supplement

**Table S3. Overall Smartphone Use by Self-Report and Passive Sensing**

| Category | Passively Sensed Minutes Mean (SD) *Median [IQR]* | Self-Reported Minutes Mean (SD) *Median [IQR]* | t and p-values |
|---|---|---|---|
| Daily Average (Total) | 293.3 (172.8) *277.2 [167.2]* | 160.6 (159.8) *111.4 [60-214.3]* | $t_{474}$ = -14.97, p < .001 |
| Weekday | | 164.3 (161.7) *120 [60-240]* | |
| Weekend | | 217.8 (200.2) *180 [75-300]* | |
| Entertainment | 20.4 (44.8) *2 [0.02-18.86]* | 106.5 (129.4) *68.57 [15-150]* | $t_{494}$=14.86, *p* < .001 |
| Games | 30 (42.6) *15.51 [1.86-42.37]* | 60.2 (125.6) *10.71 [0-68.57]* | $t_{494}$=5.32, *p* < .001 |
| Social | 132.1 (124.5) *103.04 [27.23-204.12]* | 163.2 (226.1) *94.29 (30-205.71)* | $t_{494}$=3.58, *p* < .001 |

Notes: Data here are restricted to Android users only. Participants were queried separately on single- and multiplayer gaming on their phones, their streaming of videos and shows, text messaging, video chatting, and social media use. In order to better match overarching summary categories as created in Table 1, participants queried responses were collapsed as necessary (single and multiplayer into "Games"; texting, video chatting, and social media into "Social"; streaming matched "Entertainment").

13

Passively Sensing Smartphone Use in Teens Supplement

**Figure S1. Histogram of Average Daily Keystrokes Across All Participants**



The x-axis represents the number of average daily keystrokes, and the y-axis represents prevalence (frequency) of that rate of use. Displayed data is from both iOS and Android users.

Passively Sensing Smartphone Use in Teens Supplement

**Figure S2. Histogram of Average Daily App Use in Android Users**



The x-axis represents the number of average daily app use (minutes), and the y-axis represents prevalence (frequency) of that rate of use. Displayed data is from Android users.

15

Passively Sensing Smartphone Use in Teens Supplement

**Figure S3. Histogram of Average Self-Reported Smartphone Use (minutes) Across All Participants**



The x-axis represents the average time reported of daily smartphone use (minutes), and the y-axis represents prevalence (frequency) of that rate of use. Displayed data is from both Apple and Android users.

Passively Sensing Smartphone Use in Teens Supplement

**Table S4. Variability and Reliability of Screen Time Measures.**

| Measure | ICC |
|---|---|
| Keystrokes | 0.58 (0.56,0.60) |
| Keyboard seconds | 0.55 (0.53,0.57) |
| Passively measured Smartphone Use | 0.51 (0.48,0.54) |

Notes: ICC = intraclass correlation coefficient (two-way single random raters)

17

Passively Sensing Smartphone Use in Teens Supplement

**Table S5. Correlations between Self-Report and ABCD-EARS measures within Android Users**

| Category | Average Daily Keystrokes: Average Daily App Use | Average Daily Keystrokes: Self-Reported Smartphone Use | Average Daily App Use: Self-Reported Smartphone Use |
|---|---|---|---|
| Books | 0.25*** | | |
| Business | 0.34*** | | |
| Tools/Utilities | 0.12** | | |
| Education | 0.74*** | | |
| Entertainment | 0.22*** | 0.04 | 0.17*** |
| Finance | 0.27*** | | |
| Food | 0.52*** | | |
| Games | 0.51*** | 0.04 | 0.12* |
| Art | 0.42*** | | |
| Health | 0.23*** | | |
| Lifestyle | 0.33*** | | |
| Music | 0.23*** | | |
| Maps | 0.25*** | | |
| News | 0.20*** | | |
| Medical | 0.07 | | |
| Photography | 0.31*** | | |
| Productivity | 0.13** | | |
| Shopping | 0.80*** | | |
| Social | 0.55*** | 0.25*** | 0.48*** |
| Sports | 0.70*** | | |
| Travel | 0.15*** | | |
| Weather | 0.10* | | |
| Total Use | 0.33*** | 0.21*** | 0.35*** |

Correlations between alternative measures of smartphone use by category in Android users. Keystrokes = average daily keystrokes, Self-Reported Smartphone Use = self-reported daily average minutes of smartphone use, Average Daily App Use = average minutes of passively measured smartphone application use.
* = $p < .05$; ** = $p < .01$; *** = $p < .001$

Passively Sensing Smartphone Use in Teens Supplement

**Table S6. Correlations between Self-Report and ABCD-EARS measures within Apple Users**

| Category | Average Daily Keystrokes: Self-Reported Smartphone Use |
|---|---|
| Entertainment | 0.10** |
| Games | 0.08* |
| Social | 0.02 |
| Total Use: | 0.13** |

Correlations between alternative measures of smartphone use by category in iOS users. Keystrokes = average daily keystrokes, Self-Reported Smartphone Use = self-reported daily average minutes of smartphone use. Average Daily App Use was unavailable for iOS users due to restrictions on data collection by third party applications.

* = $p < .05$; ** = $p < .01$; *** = $p < .001$

Passively Sensing Smartphone Use in Teens Supplement

**Figure S4. Bland-Altman plot of the relationship between Average Daily App Usage and Self-Reported Smartphone Use.**



Bland-Altman plot displaying the mean of Average Daily App Usage and Self-Reported Smartphone Use on the X-axis and their difference on the Y axis. Marginal histograms represent the number of observations at each value of mean(S1,S2) and S1 – S2.

Passively Sensing Smartphone Use in Teens Supplement

**Table S7. Average App Use by Sex**

| Category | Females Mean (SD) | Males Mean (SD) | p-value |
|---|---|---|---|
| Social | 02:39:40 (02:17:02) | 01:51:38 (01:50:18) | <.001 |
| Photography | 00:56:36 (01:14:18) | 01:15:13 (01:29:53) | .02 |
| Games | 00:28:28 (00:48:25) | 00:31:12 (00:37:57) | .48 |
| Entertainment | 00:25:53 (00:53:53) | 00:16:25 (00:36:33) | .02 |
| Tools/Utilities | 00:12:22 (00:15:44) | 00:13:43 (00:36:48) | .05 |
| Books | 00:11:42 (00:47:07) | 00:00:46 (00:04:53) | <.001 |
| Music | 00:07:24 (00:21:05) | 00:05:20 (00:30:26) | .40 |
| Business | 00:00:45 (00:03:22) | 00:04:53 (00:03:35) | .86 |
| Productivity | 00:03:48 (00:26:25) | 00:00:37 (00:02:00) | .04 |
| Lifestyle | 00:03:17 (00:11:05) | 00:00:19 (00:02:03) | <.001 |
| Shopping | 00:01:28 (00:03:36) | 00:00:51 (00:02:30) | .02 |
| Sports | 00:00:01 (00:00:06) | 00:00:45 (00:04:43) | .03 |
| Art | 00:00:50 (00:03:06) | 00:00:05 (00:00:34) | <.001 |
| Medical | 00:00:23 (00:00:30) | 00:00:29 (00:01:13) | .23 |
| Travel | 00:00:27 (00:02:15) | 00:00:26 (00:02:51) | .99 |
| Food | 00:00:21 (00:02:06) | 00:00:10 (00:00:44) | .18 |
| News | 00:00:03 (00:00:26) | 00:00:12 (00:01:23) | .15 |
| Weather | 00:00:02 (00:00:07) | 00:00:04 (00:00:31) | .36 |
| Maps | 00:00:01 (00:00:02) | 00:00:03 (00:00:30) | .17 |
| Total App Use | 05:25:06 (02:56:06) | 04:29:54 (02:47:05) | |
| **Category** | **Female, mean (SD)** | **Male, mean (SD)** | |
| Unique Apps Used per Day | 2.95 (1.63) | 2.82 (1.39) | |
| Days with at least one recorded App Use | 20.23 (4.36) | 19.85 (5.17) | |

Average time per day spent using each application category recorded via the ABCD-EARS app usage data in male and female Android users. Times are in hour, minute, second format.

Passively Sensing Smartphone Use in Teens Supplement

**Table S8. Average Daily Keystrokes by App Category and Operating System**

| Category | Android Users, Mean (SD) | iOS Users, Mean (SD) |
|---|---|---|
| Social | 1062.20 (1976.47) | 519.66 (995.08) |
| Photography | 22.86 (53.30) | 387.87 (976.75) |
| Tools/Utilities | 32.17 (43.48) | 54.78 (73.98) |
| Games | 38.88 (363.37) | 14.23 (71.83) |
| Entertainment | 7.29 (23.09) | 38.62 (111.23) |
| Productivity | 15.25 (109.01) | 28.09 (127.43) |
| Music | 8.05 (78.68) | 6.15 (17.65) |
| News | 0.02 (0.23) | 5.83 (70.85) |
| Lifestyle | 5.63 (46.16) | 2.29 (14.15) |
| Books | 2.99 (32.54) | 4.92 (78.02) |
| Shopping | 4.37 (13.46) | 3.77 (24.34) |
| Business | 1.36 (9.60) | 0.57 (5.83) |
| Travel | 0.70 (4.54) | 0.09 (1.02) |
| Maps | 0.003 (0.08) | 0.56 (2.29) |
| Food | 0.49 (2.33) | 0.21 (1.39) |
| Sports | 0.27 (2.34) | 0.28 (3.09) |
| Art | 0.16 (1.75) | 0.11 (2.24) |
| Medical | 0.03 (0.39) | 0.13 (3.87) |
| Weather | 0.01 (0.12) | 0.08 (0.50) |
| **Category** | **Android Users, Mean (SD)** | **iOS Users, Mean (SD)** |
| Unique Apps Used per Day | 1.28 (0.93) | 1.52 (1.24) |
| Days with at least one recorded Keyboard Use | 17.42 (6.98) | 10.43 (7.2) |

Average keystrokes per day spent using each application category recorded via the ABCD-EARS keyboard data in Apple iOS and Android users.

Passively Sensing Smartphone Use in Teens Supplement

**Figure S5. Average daily app use for gender identity: nonbinary (another gender; pink), girl (blue), boy (green) for Android-using participants.**

