**Exhibit 97**

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Page 1

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
- - -

People of the State of      : MDL No. 3047
California, et al.          :
     v.                     : Case No.:
Meta Platforms, Inc.,       : 4:23-cv-05448-YGR
Instagram, LLC, Meta        :
Payments, Inc., Meta        :
Platforms Technologies, LLC:
------------------------------------------
IN RE: SOCIAL MEDIA         :
ADOLESCENT ADDICTION/       :
PERSONAL INJURY PRODUCTS    :
LIABILITY LITIGATION        :
                            :
THIS DOCUMENT RELATES TO:   :
4:23-cv-05448               :
-------------------------------------------
STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO, EX REL,  :
RAÚL TORREZ, ATTORNEY GENERAL,:
Plaintiff,                    :
     v.                       :
META PLATFORMS, INC.;         :
INSTAGRAM, LLC;               :
META PAYMENTS, INC.; and      :
META PLATFORMS TECHNOLOGIES,  :NO.
LLC,                          :D-101-cv-
Defendants.                   :2023-02838

- - -
SEPTEMBER 24, 2025
- - -

Job No. MDLG7616060

Page 162

mean professionally, I think you're meaning conducting clinical research, right?

Q. Yes.

A. So in terms of conducting clinical research, no.

But we have served on certain panels together. And I believe we have been at -- involved in -- you know, I wouldn't consider this clinical research together. But I think we've been on the same symposium at conferences or things like that.

I think that's true, but I don't remember if that's entirely true.

Q. At some point in time did you seek a letter of recommendation from Dr. Prinstein?

A. I think that that's true.

For -- well, I'm -- I think that that's likely true. I think he may have provided a letter for my tenure.

But those -- that information is kept away from me.

Page 163

Q. Okay.

A. So that could be true, but I don't know it to be true.

Q. Do you think it was for when you were applying for tenure at Columbia?

A. Potentially. Again, I would have -- I think I may have -- I think I -- the way the tenure process works is you list 20 people in your related area in the field, and then I think they obtain ten.

But as someone under the tenure review process, you don't get to review what materials have been submitted either for or against your position -- or your advancement, rather.

Q. Why did you choose to list Dr. Prinstein as one of those 20 people?

A. He, you know, has a good reputation. He obviously has worked with APA. He, you know, works within the field of depression and, more broadly, suicide.

Q. You mentioned his good

Page 164

reputation.

Do you mean a good professional reputation?

A. I think just generally. I think Mitch is considered to be a very nice person and, you know, just -- you know, just a general -- he's generally a very good person.

Q. Did you think that a letter from Dr. Prinstein would be impressive to your employer?

ATTORNEY BARNHART: Objection. Form.

THE WITNESS: I can't speak to impressive. I mean, I think that you want to get letters from people doing like work and, you know, part of it is -- it's probably not obvious to somebody not in academia, is that you need to get letters from people who can evaluate your work. And so you -- it's incumbent upon me to find people who do comparable work in

Page 165

comparable spaces.

There are only so many people who do comparable work in comparable spaces, and he's one of them.

I also do think that, you know, it -- Mitch has published extensively in this space. I haven't looked at his h-index in a long time. But I think that he's, you know, considered an expert.

BY ATTORNEY SLOTHOUBER:

Q. Dr. Prinstein is the head of the APA; is that right?

A. I don't think he's head of the APA. I think that he is head of maybe the research component or the research division of the -- APA has a different president.

I don't remember his exact title, but I'm pretty sure it's not that he's president of APA.

Q. Are you a member of the APA?

A. I am not.