**Exhibit 22**

# SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Charleston County SCHOOL DISTRICT

## Research Survey for CCSD 6th-12th Grade Teachers

**CCSD Communications** Mon, Apr 7, 2025 at 3:21 PM
Reply-To:
To:

Greetings CCSD 6th-12th Grade Teachers,

Our school district is embarking on a research survey to understand the experiences and challenges faced by our school personnel. The survey seeks to gather insights into professional needs and perspectives on current trends in education. You have been chosen to participate in this important survey.

Applied Marketing Science (a market research consulting firm) will be working with a third party, Luth Research, who will contact you via email with a link to the survey, which should take no more than 10 minutes to complete. Please be on the lookout for an email from AppliedMarketingScience@surveysavvy.com.

**What's involved?**
You will receive an email from AppliedMarketingScience@surveysavvy.com with a link to the survey to be completed **no later than Monday, April 21st.**

We ask that you please take the time to complete this survey as it is important to our school district. We appreciate your time as we know it is valuable. Please be assured that your responses to the survey will only be used in the aggregate and will not be used as an indicator of performance.

You are receiving this email because of your relationship with CHARLESTON COUNTY SCHOOL DISTRICT. If you wish to stop receiving email updates sent through the Finalsite service, please unsubscribe.
CHARLESTON COUNTY SCHOOL DISTRICT | 75 CALHOUN STREET, CHARLESTON, SC 29401 | 843-937-6300

**Charleston County SCHOOL DISTRICT** — excellence is our standard

## Update: Research Survey for CCSD 6th-12th Grade Teachers

**CCSD Communications**  
Reply-To:  
To:

Mon, Apr 21, 2025 at 2:30 PM

Good afternoon CCSD 6th-12th Grade Teachers,

As you may already know, our school district is currently conducting an important research survey to better understand the experiences and challenges faced by our school personnel. If you are a teacher of grades 6-12, you should have already received an invitation to participate in a survey. The survey seeks to gather insights into:

- Professional needs from educators
- Perspectives on current trends in education

**Please be assured of the following:**

- Your responses to the survey will only be reported to the **district in the aggregate and will not be linked to you** in that report.
- Your supervisor and school district **will not** be able to connect your responses to you.
- Your participation in the survey **will not be considered in evaluating your performance** in any way.
- Your feedback is intended to help us better support educators and improve the overall learning environment, not to assess individual performance.

We kindly ask that you please take the time to complete this survey, as it is important to our school district. We appreciate your time, as we know it is valuable.

Applied Marketing Science (a market research consulting firm) will be working with a third-party, Luth Research, who will contact you via email with a link to the survey, which should take no more than 10 minutes to complete. Please be on the lookout for an email from AppliedMarketingScience@surveysavvy.com.

**What's involved?**  
You should have already received an email from **AppliedMarketingScience@surveysavvy.com** with a link to the survey to be completed by **this Friday, April 25th**.

We thank you in advance for your participation in this important research.

You are receiving this email because of your relationship with CHARLESTON COUNTY SCHOOL DISTRICT. If you wish to stop receiving email updates sent through the Finalsite service, please unsubscribe.  
CHARLESTON COUNTY SCHOOL DISTRICT | 75 CALHOUN STREET, CHARLESTON, SC 29401 | 843-937-6300

**Charleston County SCHOOL DISTRICT**

## Survey Deadline Approaching: Research Survey for CCSD 6th-12th Grade Teachers

**CCSD Communications** Thu, Apr 24, 2025 at 12:20 PM
Reply-To:
To:

Hello **Tyesha Drayton**,

We wanted to send a reminder that our school district is currently conducting a very important research survey to better understand the experiences and challenges faced by our school personnel, specifically teachers of grades 6 to 12. ***Your opinions are critical to this research***, so we ask that you please take a few moments to complete this survey before it closes tomorrow.

The survey seeks to gather insights into:

- Professional needs from educators
- Perspectives on current trends in education

Applied Marketing Science (a market research consulting firm) is working with a third-party, Luth Research, who has already contacted you via email with a link to the survey, which should take *no more than 10 minutes to complete*.

***What's involved?***
Please look for an email from AppliedMarketingScience@surveysavvy.com in your inbox with a link to the survey. You will also be receiving a reminder email in the next few days. **You can now complete the survey by no later than Friday, April 25th.**

Please be assured of the following:

- Your participation in the survey will not affect your performance evaluation in any way.
- Your responses to the survey will be kept completely anonymous. Your supervisor or school district will not be able to connect your responses to you.
- Responses will be used only in aggregate – meaning no individual responses will ever be identified or singled out.
- Your feedback is intended to help us better support educators and improve the overall learning environment, not to assess individual performance.

We thank you in advance for your participation in this important research!

You are receiving this email because of your relationship with CHARLESTON COUNTY SCHOOL DISTRICT. If you wish to stop receiving email updates sent through the Finalsite service, please unsubscribe.
CHARLESTON COUNTY SCHOOL DISTRICT | 75 CALHOUN STREET, CHARLESTON, SC 29401 | 843-937-6300