**Exhibit 27**

# SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

From: █████████████████████████
Date: Thu, Mar 27, 2025 at 3:47 PM
Subject: Survey: 6-12
To: ███████████████████████

Good afternoon Irvington family,
Our school district is embarking on a research survey to understand the experiences and challenges faced by our school personnel. The survey seeks to gather insights into professional needs and perspectives on current trends in education. You have been chosen to participate in this important survey.

Applied Marketing Science (a market research consulting firm) will be working with a third-party, Luth Research, who will contact you via email with a link to the survey, which should take no more than 10 minutes to complete. Please be on the lookout for an email from AppliedMarketingScience@surveysavvy.com.

**What's involved?**
You will receive an email in the next few weeks from AppliedMarketingScience@surveysavvy.com with a link to the survey to be completed **no later than Monday, April 21st.**

We ask that you please take the time to complete this survey as it is important to our school district. We appreciate your time as we know it is valuable. Please be assured that your responses to the survey will only be used in the aggregate and will not be used as an indicator of performance.

Thank you for your anticipated participation.

**CONFIDENTIALITY NOTICE**
The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

--
Amirah F. Amatur-Rashid
Confidential Administrative Secretary
Superintendent's Office
1 University Place
Irvington, NJ 07111
████████████████████
Fax: 973-372-3724

████████████████████

**CONFIDENTIALITY NOTICE**
The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).

CONFIDENTIAL	Klein000021