**Exhibit 61**

**SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS**

Page 1

1           UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA

2

3   IN RE: SOCIAL MEDIA ADOLESCENT   )
    ADDICTION/PERSONAL INJURY        ) MDL No.
4   PRODUCTS LIABILITY LITIGATION    ) 4:22-md-3047-YGR
    _____)

5

    THIS DOCUMENT RELATES TO:        )
6                                    )
    BOARD OF EDUCATION OF HARFORD    )
7   COUNTY V. META PLATFORMS INC.,   )
    ET AL.                           )
8                                    )
    CASE NO.: 4:23-CV-03065          )

9

10

11        VIDEOTAPED DEPOSITION BERNARD HENNIGAN
12        Harford County Public Schools Central
13              Administration Building
14            102 South Hickory Avenue,
15               Bell Air, Maryland
16          Wednesday, May 7, 2025, 2:21 p.m.
17

18

19

20

21

22

23

24

25

Page 2

```
 1    APPEARANCES:
 2    For Plaintiff:
 3              BY: MATTHEW P. LEGG, ESQ. (VIA ZOOM)
              Brockstedt Mandalas Federico LLC
 4              2850 Quarry Lake Drive - Suite 220
              Baltimore, Maryland 21209
 5              410.421.7777
              mlegg@lawbmf.com
 6
 7    For Plaintiff:
 8              BY:  KENNETH S. BYRD, ESQ.
              BY:  KELLY McNABB, ESQ. (VIA ZOOM)
 9              Lieff Cabraser Heimann & Bernstein
              250 Hudson Street, 8th Floor
10              New York, New York 10013
              212.355.9500
11              kbyrd@lchb.com
              kmcnabb@lchb.com
12
13    For the Defendants Meta Platforms, Inc., f/k/a
      Facebook, Inc.; Facebook Holdings, LLC; Facebook
14    Operations, LLC; Facebook Payments, Inc.; Facebook
      Technologies, LLC; Instagram, LLC; Siculus, Inc.;
15    and Mark Elliot Zuckerberg:
16              BY:  SCOTT JAMES, ESQ.
              BY:  EBEN S. FLASTER, ESQ. (Philadelphia)
17              BY:  RANA FREEMAN, ESQ. (VIA ZOOM)
              Shook, Hardy & Bacon LLP
18              JPMorgan Chase Tower
              600 Travis Street, Suite 3400
19              Houston, Texas 77002
              713.227.8008
20              sjames@shb.com
              eflaster@shb.com
21              rfreeman@shb.com
22
             (Appearance continued on next page.)
23
24
25
```

```
 1              APPEARANCES CONTINUED:
 2
    For the Defendant Snap:
 3
              BY:  ALEX INGOGLIA, ESQ. (VIA ZOOM)
 4            Kirkland & Ellis LLP
             333 West Wolf Point Plaza
 5            Chicago, Illinois 60654
             312.862.1083
 6            alex.ingoglia@kirkland.com
 7
    For the Defendants Alphabet Inc., Google LLC, and
 8  YouTube LLC:
 9            BY:  J. ANDREW KEYES, ESQ.
             BY:  LYDIA WEIANT, ESQ.
10            Williams & Connolly LLP
             680 Maine Street SW
11            Washington, DC 20024
             202.434.5584
12            akeyes@wc.com
             lweiant@wc.com
13
14  For the Defendants TikTok, Ltd.; TikTok, LLC;
    TikTok, Inc.; ByteDance Ltd.; and ByteDance, Inc.:
15
              BY:  ADAM REINKE, ESQ. (VIA ZOOM)
16            King & Spalding LLP
             1180 Peachtree Street, NE
17            Suite 1600
             Atlanta, Georgia 30309
18            404.572.2774
             areinke@kslaw.com
19
20  Also Present:  Bradley Loy, Videographer
                  Jacob Arndt, Exhibit Technician
21                Lauren R. Drive, Deputy General Counsel
                  Harford County Public Schools
22
23
24
25
```

Page 4

1                       I N D E X
2                                              PAGE
3    EXAMINATION BY MR. KEYES                      5
4    EXAMINATION BY MR. BYRD                     126
5    EXAMINATION BY MR. KEYES                    141
6
7                    E X H I B I T S
8
9    NUMBER              DESCRIPTION          PAGE
10
     EXHIBIT 1    Resume of Bernard Hennigan      8
11
     EXHIBIT 2    Plaintiff Board of Education    47
12                of Harford County's Amended
                  Objections and Responses to
13                Defendants' Interrogatories
                  (Set 3)
14
     EXHIBIT 3    2021-2022 Maryland YRBS/YTS    64
15                Adverse Childhood Experiences
                  Overview, July 17, 2023
16
     EXHIBIT 4    Emails dated 4/21/21, Subject: 102
17                MSDE Report, Bates
                  HCPS_00199774-777
18
     EXHIBIT 5    Document titled Mental Health  106
19                Statistics and Initiatives in
                  HCPS
20
21
22
23
24
25

Page 5

```
 1                    P R O C E E D I N G S
 2                           * * *
 3                THE VIDEOGRAPHER:  We are now on the
 4     record.
 5                My name is Bradley Loy.  I'm a
 6     videographer for Golkow, a Veritext division.
 7                Today's date is May 7th, 2025.  The
 8     time is 1421.
 9                This video deposition is being held in
10     Bel Air, Maryland, in the matter of Social Media
11     Adolescent Addiction/Personal Injury Products
12     Litigation for the U.S. District Court, Northern
13     District of California.
14                The deponent is Bernard Hennigan.
15                Counsel will be noted on the
16     stenographic record.
17                The court reporter is Cindy Hayden and
18     will now swear in the witness.
19                           * * *
20                    BERNARD HENNIGAN,
21       having been first duly sworn, was examined and
22                   testified as follows:
23                           * * *
24                       EXAMINATION
25     BY MR. KEYES:
```

Page 6

1          Q.   Good afternoon, Mr. Hennigan.  We've
2    met before.  But for the record, my name is Andrew
3    Keyes.  I'm an attorney with the law firm of
4    Williams & Connolly, and we represent the Google
5    and YouTube defendants.
6                Well, would you please state your full
7    name for the record?
8          A.   Bernard Paul Hennigan.
9          Q.   And do you understand that you are
10   still under oath?
11         A.   Yes.
12         Q.   Do you understand that you are still
13   under oath and giving testimony as if you were in a
14   courtroom before a judge and a jury?
15         A.   Yes.
16         Q.   Have you ever given a deposition before
17   today?
18         A.   No.
19         Q.   Have you ever given testimony under
20   oath before today?
21         A.   Yes.
22         Q.   How many times?
23         A.   Many.
24         Q.   In what setting or settings?
25         A.   As a pupil personnel worker in

Page 7

1    Baltimore County Public Schools, I would charge

2    parents with failure to send child to school and

3    have to represent the district in court for those

4    cases.

5         Q.    How many times did you do that?

6         A.    Hundreds.

7         Q.    Separate from those occasions where you

8    testified in a court as a pupil personnel worker,

9    have there been other circumstances where you've

10   testified under oath?

11        A.    I don't think so.

12        Q.    I took your deposition earlier today as

13   Harford County Public Schools' corporate

14   representative on a number of topics.

15             And you told me that to prepare for

16   that deposition, you met with counsel three times

17   for roughly three hours and you reviewed three

18   documents:  the complaint, the list of topics for

19   which you were the designated corporate

20   representative and an interrogatory answer.

21             I understand you reviewed that before

22   today.  Did you review anything else to prepare for

23   your deposition as a fact witness, where you're

24   testifying as Mr. Hennigan as opposed to testifying

25   as Harford County Public Schools?

```
                                              Page 8
 1         A.    No.
 2         Q.    Have you ever asked any of the
 3    defendants in this case to modify any feature or
 4    function of any of their platforms?
 5         A.    Me personally?
 6         Q.    Yes.
 7              MR. BYRD:  Object to form.
 8              You can answer.
 9              THE WITNESS:  No.
10    BY MR. KEYES:
11         Q.    Have you asked anyone else to do so?
12         A.    No.
13         Q.    Have you ever asked any of the
14    defendants to discontinue any of the features or
15    functions of their platforms?
16         A.    No.
17         Q.    Have you asked anyone else to do so?
18         A.    No.
19         Q.    Have you ever spoken with any
20    representative of any of the defendants about any
21    of their features or functions on their platforms?
22         A.    No.
23         Q.    Have you ever spoken with any
24    representative of any of the defendants about
25    anything?
```

Page 9

1          A.   I don't believe so.

2               (HENNIGAN EXHIBIT 1, Resume of Bernard

3     Hennigan, was marked for identification.)

4     BY MR. KEYES:

5          Q.   I'm showing you what has been marked as

6     Hennigan Exhibit 1.  What is this?

7          A.   It looks like my resume.

8          Q.   Is this something you prepared?

9          A.   Yes.

10         Q.   When did you last update it?

11         A.   Well, based on the title change, it

12    would have been within the last month.  My current

13    title has recently changed.

14         Q.   Your current title is assistant

15    superintendent of student support services?

16         A.   Yeah.  It -- it's just -- just because

17    I said earlier I was the executive director, it's

18    kind of weird.  I don't even know if this is in

19    effect now or till July 1st.  But I think this is

20    official.

21              We've had a reorganization.  Our --

22    nothing has changed about my job or my pay.  Just

23    the title.

24         Q.   Okay.

25         A.   But we had a -- we did a whole

Page 10

1    reorganization, and some positions are, quote,

2    unquote, effective.  So I think this is my current

3    title.

4         Q.    You've been employed by Harford County

5    Public Schools since January of 2017?

6         A.    Yes, sir.

7         Q.    And your first position was as the

8    executive director of student services?

9         A.    The director of student services?

10        Q.    I'm sorry.  The director of student

11   services?

12        A.    Yes.  And then --

13        Q.    And then you became the executive

14   director of student support services?

15        A.    Correct.

16        Q.    And then, at some point, you became the

17   assistant superintendent of student support

18   services; is that right?

19        A.    Yes.  I think it's official now.

20        Q.    When you got the new title assistant

21   superintendent of student support services, did you

22   get any added responsibilities compared to the

23   responsibilities you had with the prior title?

24        A.    No.

25        Q.    When you got the title of executive

Page 11

1    director of student support services back in
2    July of 2019, did you get any added
3    responsibilities compared to the responsibilities
4    you had when you were the director of student
5    services?
6         A.   Yes.
7         Q.   And what was the difference, then, in
8    responsibilities?
9         A.   So as a director of student services, I
10    oversaw our student services department, which is
11    our counselors, nurses, psychologists, PPWs, social
12    workers.
13              When I became the executive director,
14    Title I and special education came under my purview
15    and then, eventually, community schools.
16         Q.   When you were the director of student
17    services, to whom did you report?
18         A.   The superintendent.  No.  Sorry.  When
19    I first started here, I reported to the executive
20    director of ed services.
21         Q.   Who was that when you first --
22         A.   Joe Schmitz.
23         Q.   And did you report to him throughout
24    the time you were the director of student services?
25         A.   Yes.

Page 12

```
 1          Q.    When you became the executive director
 2    of student support services, who did you report to?
 3          A.    The superintendent.
 4          Q.    And do you still report to the
 5    superintendent as an assistant superintendent of
 6    student support services?
 7          A.    Yes.  For the time being.
 8          Q.    Do you anticipate that changing?
 9          A.    I believe July 1st part of the
10    reorganization is I will report to a deputy
11    superintendent.
12          Q.    Who will that be?
13          A.    Dyann Mack, Dr. Dyann Mack.
14          Q.    And what position will she have?
15          A.    The deputy superintendent.
16          Q.    What will be within her portfolio as
17    deputy superintendent?
18          A.    She will oversee my office, the office
19    of education services and the office of curriculum.
20    I don't think that's official until July 1st.
21          Q.    Have you ever worked as a teacher in
22    Harford County Public Schools?
23          A.    No.
24          Q.    Have you ever been an assistant
25    principal in Harford County Public Schools?
```

Page 13

1        A.   No.

2        Q.   Have you ever been a principal in

3   Harford County Public Schools?

4        A.   No.

5        Q.   Have you ever worked in the IT

6   department of the Harford County Public Schools?

7        A.   No.

8        Q.   Have you ever worked in the finance or

9   budget departments of Harford County Public

10  Schools?

11       A.   No.

12       Q.   Your resume shows that you have a

13  bachelor's of science in secondary education in

14  English?

15       A.   Yes.

16       Q.   From Towson University?

17       A.   Correct.

18       Q.   And you have a master's of education in

19  school counseling from the Loyola College of

20  Maryland?

21       A.   Yes.

22       Q.   Do you have any other professional

23  degrees?

24       A.   Degrees, no.

25       Q.   Okay.  You do have certifications?

Page 14

1          A.    Yes.   And I'm also a licensed clinical
2     professional counselor.
3          Q.    Okay.   And I believe that's listed here
4     as one of your certifications.
5          A.    Yeah.   Oh, yes.   Okay.
6          Q.    Okay.   When did you first become a
7     licensed clinical professional counselor?
8          A.    I believe that was in 2010.
9          Q.    And where were you licensed?
10         A.    In Maryland.
11         Q.    Have you kept that license active since
12    2010?
13         A.    Yes.
14         Q.    Do you have continuing education
15    requirements in order to keep your license in good
16    standing?
17         A.    Yes.   40 hours every two years.
18         Q.    And have you fulfilled those continuing
19    education requirements such that you've kept your
20    license in good standing?
21         A.    Yes.
22         Q.    Do you have a license to be a clinical
23    professional counselor anywhere outside Maryland?
24         A.    No.
25         Q.    You list a number of certifications on

Page 15

1    your resume.  Do you have any certifications that
2    aren't listed here?
3           A.    I don't believe so.
4           Q.    And what entity or entities give these
5    certifications?
6           A.    So the Superintendent -- it's not --
7    well, Superintendent endorsement is just a matter
8    of classes.  There wasn't a specific track that I
9    went.  I just have what I need to qualify for that.
10   So I received that endorsement by virtue of the
11   classes I took.
12           The Supervisor of Pupil Personnel is
13   through Maryland State Department of Education.
14   The same with Administrator I.  Same with Pupil
15   Personnel Worker.  Same with Professional School
16   Counselor.
17           Certified Youth Mental Health First Aid
18   Instructor is through the Mental Health First Aid
19   organization.
20           Q.    Did you get any degree in psychology?
21           A.    No.
22           Q.    Did you get any degree in psychiatry?
23           A.    No.
24           Q.    Have you ever practiced as a
25   psychologist?

Page 16

```
 1          A.    As a LCPC, but not as a psychologist.
 2          Q.    Okay.  So have you ever practiced as a
 3    psychologist?
 4          A.    No.
 5          Q.    Have you ever practiced as a
 6    psychiatrist?
 7          A.    No.
 8          Q.    Have you ever worked as a clinical
 9    professional counselor or a licensed clinical
10    professional counselor in Harford County Public
11    Schools?
12          A.    Oh, for the school system?  No.
13          Q.    When you say "for the school system,"
14    you -- you have not worked as a licensed clinical
15    professional counselor in Harford County Public
16    Schools, correct?
17          A.    Correct.  It's not really a position we
18    have.
19          Q.    Have you worked as a licensed clinical
20    professional counselor in any other school
21    district?
22          A.    No.
23          Q.    Have you ever practiced as a licensed
24    clinical professional counselor outside a school
25    district?
```

Page 17

1          A.    Yes.

2          Q.    When was the last time you did that?

3          A.    I currently do.

4          Q.    And tell me about how you have a

5     practice as a licensed clinical professional

6     counselor outside Harford County Public Schools?

7          A.    So 2010 I started working with an

8     organization, the Human Development Center, as a

9     practicing LCPC, and then eventually went out on my

10    own, and then eventually opened my own practice,

11    which I still operate today.

12         Q.    For how long did you serve as a

13    licensed clinical professional counselor with the

14    Human Development Center?  From 2010 until when?

15         A.    I stopped when I came here.  So until

16    2017.

17         Q.    And did you see clients then through

18    the Human Development Center?

19         A.    Yes.

20         Q.    Was the Human Development Center a

21    nonprofit organization or a for-profit entity?

22         A.    For profit.

23         Q.    And was that a full-time job or a

24    part-time job?

25         A.    Part-time.

```
                                           Page 18
 1          Q.    And so for each year from 2010 to 2017,
 2    roughly how many patients or clients did you see?
 3          A.    It might be easier to say hours per
 4    week than people.  I worked about 15, 20 hours a
 5    week.
 6          Q.    Okay.  And if you worked 15 to 20 hours
 7    per week, roughly how many patients or clients
 8    would you see during -- during a week?
 9          A.    I was running groups at the time, so --
10    actually, let me rephrase that, because I was
11    probably getting 15 to 20 billable hours.  So I was
12    probably seeing 15 to 20 people a week, but some of
13    that was in groups.  So one hour may have been five
14    children.
15          Q.    And what was the age range of the
16    patients or clients you were seeing through the
17    Human Development Center?
18          A.    I would say roughly probably from
19    8 years old to adults in their 40s.
20          Q.    Are you able to give me an estimate of
21    how many clients or patients you saw per year
22    during your time at Human Development Center?
23          A.    Different, you mean?
24          Q.    Different.
25          A.    30 maybe would be an estimate.
```

Page 19

1          Q.    Okay.  And -- and of the 30 or so

2     patients you saw per year through the Human

3     Development Center, what percentage were adults?

4          A.    Probably 15 percent, 10 percent.

5          Q.    10 to 15 percent?

6          A.    Yes.

7          Q.    And what percentage were teens?

8          A.    80 percent.  75 percent, let me say.

9          Q.    And what percentage were preteens?

10          A.    The other 10 to 15.

11          Q.    What prompted you to move from the

12     Human Development Center to starting your own

13     practice?

14          A.    I was approached by another therapist

15     in town who did not see children, and she was

16     seeing a patient who told her that I was doing good

17     work with her child.  And so she asked if someone

18     were to ask her to see children, could she refer

19     them to me, at which time she said that I could see

20     them in her office, and she wouldn't charge me,

21     which means I could keep the full amount of money.

22     Because currently, at the Human Development Center,

23     I was only keeping a partial amount of the money.

24               So I began to work in her office.  And

25     then eventually she moved to Virginia, at which

```
                                          Page 20
 1    time I kept the office and opened my own practice.
 2           Q.    When did she move to Virginia and you
 3    opened your own practice?
 4           A.    Probably around 2017, possibly.  2015,
 5    maybe.
 6           Q.    So did you work as a licensed clinical
 7    professional counselor in her office for a year or
 8    under a year?
 9           A.    2010 -- I would say two years.
10           Q.    And does your practice have a name?
11           A.    Guided Wellness Counseling.
12           Q.    Are there other clinicians in your
13    practice?
14           A.    No.
15           Q.    Has it always just been you as the only
16    clinician in Guided Wellness Counseling?
17           A.    Yes.
18           Q.    And from the time you started the
19    practice in 2017 until the present, roughly how
20    many patients do you see each year through
21    Guided Wellness Counseling?
22           A.    Currently, now?  Because --
23           Q.    Well, we can start currently.
24           A.    -- it's drastically changed.  I would
25    say five.
```

Page 21

1          Q.    Five patients per year?

2          A.    Yes.

3          Q.    And how was that number per year in

4     prior years?

5          A.    Probably closer to 10.  10 or 12.

6          Q.    And for the years when you had 10 to 12

7     patients per year, what percentage of them were

8     adults?

9          A.    80 percent, 90 percent.

10          Q.    What percentage were teens?

11          A.    10 percent.

12          Q.    And what percentage were preteens?

13          A.    None.

14          Q.    Okay.  And then when it changed to

15     around five patients a year, what is the breakdown

16     of those roughly five patients across adults, teens

17     or preteens?

18          A.    All adults.

19          Q.    All adults?

20               So when was the last time you had a

21     preteen who was a client when you worked as a

22     licensed clinical professional counselor?

23          A.    I would say over four years ago.  I

24     couldn't be specific, though.

25          Q.    And when was the last time you had a

```
                                          Page 22
 1   teen who was a client when you worked as a licensed
 2   clinical professional counselor?
 3        A.    Probably a year -- probably two years
 4   ago.
 5        Q.    Have you practiced as a licensed
 6   clinical professional counselor anywhere outside
 7   the Human Development Center and Guided Wellness
 8   Counseling?
 9        A.    No.
10        Q.    When you were at the Human Development
11   Center, you said you were running groups.  Did you
12   also see clients on an individual basis?
13        A.    I did.
14        Q.    So of the 30 patients or so you saw per
15   year, how many did you see on an individual basis?
16        A.    I would say probably about half, 15.
17        Q.    So roughly 15 patients you saw in
18   groups and roughly 15 you saw on an individual
19   basis?
20        A.    Roughly, yeah.
21        Q.    Okay.  Have you run groups during your
22   time at Guided Wellness Counseling?
23        A.    Yes.
24        Q.    And so during the time when you had 10
25   to 12 patients per year, how many of those did you
```

Page 23

```
 1    see on an individual basis?
 2         A.   I'd say about four -- oh, about eight
 3    individual, four group -- four in group.
 4         Q.   And during the time when you've had
 5    roughly five patients a year, how many of those did
 6    you see on an individual basis?
 7         A.   All individual.
 8         Q.   So -- okay.
 9         A.   I haven't done groups in years.
10         Q.   When was the last time you ran a group
11    or did counseling as a licensed clinical
12    professional counselor in a group setting?
13         A.   Maybe 2018.
14         Q.   Have you ever worked as a counselor of
15    any sort in Harford County Public Schools?
16         A.   No.
17         Q.   You were asked earlier about a
18    presentation you heard from Leonard Sax?
19         A.   Yes.
20         Q.   Do you recall those questions from
21    plaintiff's counsel?
22         A.   Yes.
23         Q.   How many times did you hear a
24    presentation from Mr. Sax?
25              MR. BYRD:  Object to form.  It was in a
```

Page 24

1    prior depo.  But, yes.

2              THE WITNESS:  I saw it in person once,

3    and I remember watching it again in video form

4    maybe one other time.

5    BY MR. KEYES:

6         Q.    Was it the same presentation?

7         A.    Yes.

8         Q.    So you saw it once in person and later

9    you watched a recording of it?

10        A.    Yes.

11        Q.    And when did you see the presentation

12   in person?

13        A.    I honestly don't recall.

14        Q.    When did you see the video of the

15   presentation?

16        A.    I honestly don't recall.  It was soon

17   after.

18        Q.    Who is Leonard Sax?

19        A.    I believe he's a psychologist.

20        Q.    And what was his presentation on?

21        A.    The negative impacts of social media

22   and video games on children.

23        Q.    Did he have any handouts that he gave

24   to participants or attendees?

25        A.    I don't recall.

Page 25

1      Q.   Did he have a slide deck that he used?
2      A.   Yes.
3      Q.   Did you follow up with Leonard Sax
4  after the presentation and speak with him?
5      A.   No.
6      Q.   Did you ever follow up with Leonard
7  Sax?
8      A.   No.
9      Q.   Have you ever had any communications
10  with Leonard Sax other than attending his
11  presentation?
12      A.   Not that I recall.
13      Q.   Are you able to estimate for me when
14  you saw the presentation?  Was it two years ago?
15  Five years ago?  Ten years ago?
16      A.   I would say 2019 would be best guess.
17      Q.   And how did his presentation come to
18  your attention?
19      A.   It was advertised through -- I believe
20  it was our office of mental health in Harford
21  County.
22      Q.   Who went with you to see the
23  presentation?
24      A.   I believe my daughter -- my oldest
25  daughter and wife at the time.  Well, my oldest

Page 26

1    daughter and wife.

2        Q.   How -- how old was your daughter at the

3    time she went with you to see Leonard Sax'

4    presentation?

5        A.   She would have been about 14.

6        Q.   Is that an 8th grader?  9th grader?

7        A.   She was -- she's older because of her

8    birthday.  Probably 7th or 8th grade.

9        Q.   Do you use YouTube?

10       A.   Sometimes.

11       Q.   Do you have a YouTube account?

12       A.   I may.  I tried to share a video, as I

13   said earlier, of a celebration we did for one of

14   our staff members with everybody who was there, and

15   the link was too big.

16            And so I think somehow I was taken to

17   some ability to create it on YouTube, and then I

18   shared it.

19            So I -- I think I may have, but that

20   would be -- that would be the only time I actually

21   had an account.  So I -- I may currently have one.

22   I don't know how that works.

23       Q.   When was the last time that you used

24   YouTube?

25       A.   I don't know.

Page 27

```
 1          Q.    Well, how often have you used it in the
 2     last six months?
 3                MR. BYRD:  Object to form.
 4                THE WITNESS:  I don't know.  Five, ten
 5     times.
 6     BY MR. KEYES:
 7          Q.    When you've used YouTube, in what
 8     context?
 9          A.    Sometimes I'll use it for music.
10     Sometimes I'll use it for DIY information.  That's
11     typically.
12          Q.    "DIY," "do-it-yourself"?
13          A.    Yeah.
14          Q.    Okay.  Do you have a Facebook account?
15          A.    I do not.
16          Q.    Do you have an Instagram account?
17          A.    I do not.
18          Q.    Do you have a TikTok account?
19          A.    I do.
20          Q.    You do?
21          A.    Well, I have the app.  I don't know if
22     that means I have an account.
23          Q.    Okay.
24          A.    I'm not sure if you automatically have
25     an account by default.
```

Page 28

```
 1          Q.    Do you have a Snapchat account?
 2          A.    I do not.
 3          Q.    For how long have you had a TikTok app?
 4          A.    I had it and then I got rid of it, and
 5    then I got it again.  I don't remember when.
 6    Probably four or five months ago.
 7          Q.    You got it again four to five months
 8    ago?
 9          A.    Yes.
10          Q.    Why?
11          A.    I was getting videos sent to me that I
12    couldn't see.  And then -- so I downloaded it to
13    see a video that someone sent me, and then I just
14    kept it.
15          Q.    You said you had it, you got rid of it,
16    then you got it again?
17          A.    Uh-huh.
18          Q.    When you got rid it, why did you get
19    rid of it?
20          A.    It was Lent, so I was using that as my
21    reason to get off of it.  It was causing problems
22    with me just getting sucked into it and not being
23    able to get off it.  So I used Lent as the catalyst
24    to get off it and stayed off it for about a year.
25          Q.    You said "Lent," L-E-N-T?
```

Page 29

1          A.    Uh-huh.

2          Q.    The season before Easter?

3          A.    Yes.

4          Q.    Okay.  When -- during the period when

5    you had TikTok, how often have you used it?

6          A.    When I had it or now?

7          Q.    Well, let's start with -- you got it

8    again four to five months ago?

9          A.    Yeah.

10          Q.    Since then, how often do you use it?

11          A.    I probably look at it once every other

12    day.

13          Q.    And during your first stint, before you

14    got rid of it during Lent, how often did you use

15    it?

16          A.    Daily.

17          Q.    Have you ever posted anything to

18    Harford County Public Schools' YouTube channel?

19          A.    I was in a video that was posted, but

20    I -- I never posted personally.

21          Q.    Have you posted any content to Harford

22    County Public Schools' Facebook or Instagram

23    accounts?

24          A.    No.

25          Q.    You testified earlier you have three

Page 30

1   daughters?

2          A.    Yes.

3          Q.    And are they at middle school age or

4   above?

5          A.    7th, 8th and a freshman in college.

6          Q.    So is it the freshman in college who

7   went with you to the Leonard Sax presentation?

8          A.    Correct.

9          Q.    Does your 7th grade daughter have a

10  YouTube account?

11         A.    Not to my knowledge.

12         Q.    Does she have a Facebook account?

13         A.    Not to my knowledge.

14         Q.    How about an Instagram account?

15         A.    Not to my knowledge.

16         Q.    How about a TikTok account?

17         A.    Not to my knowledge.

18         Q.    How about a Snapchat account?

19         A.    Not to my knowledge.

20         Q.    How about your 8th grade daughter?

21  Does she have a YouTube account?

22         A.    Not to my knowledge.

23         Q.    Does she have a Facebook, Instagram,

24  TikTok or Snapchat account?

25         A.    Not to my knowledge.

Page 31

```
 1          Q.    Have -- have your 7th grade or
 2    8th grade daughters asked you for any of those
 3    accounts?
 4                MR. BYRD:  Object to the form.
 5    Relevance.
 6                But go ahead.
 7                THE WITNESS:  Yes.  Regularly.
 8    BY MR. KEYES:
 9          Q.    And have you said no?
10          A.    Yes.
11          Q.    Your oldest daughter, who's a freshman
12    in college, has she ever had a YouTube account?
13          A.    I don't know.
14          Q.    Has -- did she ever have a YouTube
15    account when she was in high school or middle
16    school?
17          A.    I don't know.  I don't think so.
18          Q.    Did she ever have a Facebook,
19    Instagram, TikTok or Snapchat account when she was
20    in high school or in middle school?
21          A.    She may -- I think -- yeah.  She had a
22    Snapchat account in high school -- later high
23    school years.
24          Q.    When she was in high school, did she
25    have a Facebook, Instagram or TikTok account?
```

Page 32

```
 1        A.   She took herself off Snapchat and moved
 2   to Facebook on her own.  I think that may have been
 3   her senior year of high school.  And I think she
 4   currently has a TikTok account.
 5        Q.   When she was in middle school, did she
 6   have any Facebook, Instagram, TikTok or Snapchat
 7   accounts?
 8        A.   No.
 9        Q.   Did she have a YouTube account in
10   middle school?
11        A.   No, not to my knowledge.
12        Q.   Did she get the Snapchat account in her
13   senior year of high school with your permission?
14        A.   I believe it was maybe junior year, and
15   yes.
16        Q.   When she had a Snapchat account in her
17   junior year and senior years of high school, did
18   you impose any limits on her use of Snapchat?
19        A.   Sort of.  There was limits on access
20   because the phone was charged in our bedroom, so
21   she didn't have access to it at night.
22             And I had an app, which I can't
23   remember the name of now, which sort of monitored
24   the activity on her phone.
25        Q.   Was that an app that was part of the
```

Page 33

```
 1    phone, or is this a separate app?
 2         A.    Separate.  A separate app that I
 3    purchased.
 4         Q.    And that allowed you to set limits on
 5    her use of Snapchat?
 6         A.    No.
 7         Q.    Or the phone in general?
 8         A.    It would alert me if there was
 9    problematic content.
10         Q.    So it was like a content filter for her
11    phone?
12         A.    Not a filter.  It would just tell me --
13    well, maybe it filtered it.  I don't know.  But I
14    would get an alert if there was, you know, nudity
15    or explicit language or something.
16         Q.    Okay.  So in her junior and senior year
17    of high school, your daughter had a Snapchat
18    account.  You imposed limits on her access to her
19    cell phone by requiring her to charge it in your
20    bedroom at night.
21               Were there other limits on when she
22    could access the phone before she checked it in for
23    the night, either time of day or the amount of
24    time?
25         A.    I feel like at some point we had
```

Page 34

1    time -- time constraints on it.  But it, frankly,
2    wasn't an issue that we needed to deal with with
3    her.  She wasn't succumbing to, really -- by it as
4    much as the younger two are now.
5            Q.   And then separate from any time limits,
6    you -- you downloaded an app that would monitor the
7    content on her cell phone and alert you?
8            A.   Correct.
9            Q.   Were there any --
10           A.   And my wife.
11           Q.   Sorry.  What?
12           A.   And my wife.
13           Q.   Okay.  Were there any other limits or
14   controls that you used for her use of her cell
15   phone when she was a junior or a senior in high
16   school?
17                MR. BYRD:  Object to form.
18                THE WITNESS:  I mean, I think what
19   might fall under the word "control" is me looking
20   through her phone regularly to see, you know, what
21   the activity was in there.
22   BY MR. KEYES:
23           Q.   Anything else that you would view as a
24   limit or a control regarding her access to or her
25   use of her cell phone when she was a junior or

Page 35

```
 1   senior in high school?
 2          A.   Well, it definitely has become the best
 3   consequence for a child.
 4          Q.   I'm not sure I follow.  When you say,
 5   "it definitely has become the best" --
 6          A.   So removing the phone because of some
 7   other poor behavior --
 8          Q.   Okay.
 9          A.   -- instead of --
10          Q.   You confiscated the phone at some
11   point?
12          A.   Yes.
13          Q.   For some period of time?
14          A.   Yes.
15          Q.   Did you at some point restore it?
16          A.   Yes.
17          Q.   That was independent of the phone
18   itself; that was a consequence for some other
19   behavior?
20          A.   Sure.  Yeah.
21          Q.   Okay.  Were there other controls that
22   you were aware of that you elected not to use, such
23   as controls on the device itself?
24          A.   I don't know if "elected."  I don't
25   know that I was as savvy back then as to what we
```

Page 36

1    could or could not do.  So we -- we didn't impose
2    any, but there may have been something that we
3    didn't know about.
4         Q.   Okay.  When you say "back then," she's
5    a freshman in college, right?
6         A.   (Nods head.)
7         Q.   Yes?
8         A.   Yeah.
9         Q.   And we're talking about her junior and
10   senior year, assuming a year or two ago?
11        A.   Yeah.  I guess I'm kind of thinking the
12   full complement of when she had her phone.  So I
13   guess the answer is no.
14        Q.   Okay.  Were there other limits you
15   imposed on her access to or use of her phone before
16   she was a junior?
17        A.   The same.  Charging it in our room,
18   having the app on it to regulate content.
19        Q.   When did she get a cell phone?
20        A.   I believe it was 7th grade.
21        Q.   When did your 8th grade daughter get a
22   cell phone?
23        A.   I think that was middle of her 6th
24   grade year.
25        Q.   And when did your 7th grade daughter

Page 37

1    get a cell phone?

2         A.   I think that's about the same, middle

3    of 6th grade year.

4         Q.   Okay.  So for your 7th grade daughter

5    and your 8th grade daughter, they each got a cell

6    phone at some point during their 6th grade year,

7    yes?

8         A.   For my youngest two?

9         Q.   Yes.

10        A.   Yes.

11        Q.   And then for your oldest, she got her

12   cell phone sometime in 7th grade?

13        A.   If I recall correctly, yes.

14        Q.   And you've described for me the

15   controls you had in place or the limits you had in

16   place for your oldest daughter.  Are those the same

17   controls or limits you put in place on your

18   7th grade and 8th grade daughters' use of their

19   cell phones?

20        A.   No.  So we do -- we still don't allow

21   for it to be charged in their rooms, but I do not

22   any longer use the app to monitor the activity.

23        Q.   Why did you stop using the app to

24   monitor activity?

25        A.   I didn't find it to be incredibly

Page 38

1   useful.  I would see things on their phone that
2   didn't come through on the app, so it was -- I felt
3   like I was paying for something that only gave
4   me -- that gave me inadequate data.
5        Q.   Did you explore other apps to either
6   block or monitor content on any of your daughters'
7   phones?
8        A.   Yes.  So, currently, my 8th grade
9   daughter, which this is perplexing to me, but she
10  needs to get me to sign into the -- I guess it's
11  called the Apple cloud and put my password in to
12  approve her getting an app.  But for some
13  confounding reason, I can't get that same to sync
14  with my 7th grade daughter, so... I'm trying.
15       Q.   If the 8th grader wants to download an
16  app, she needs to go through you and get your
17  permission?
18       A.   I get an alert.  I have to put a
19  password in and approve it.
20       Q.   But for some reason, it doesn't apply
21  to your 7th grader's phone?
22       A.   Yeah.  I just keep trying to figure it
23  out, and I'm not smart enough to figure out why.
24       Q.   So then you periodically check your
25  7th grade daughter's phone on your own to see what

Page 39

1   apps are on there?
2          A.    Both, yeah.
3          Q.    Okay.  Middle school kids use their
4   phones for all sorts of reasons, correct?
5          A.    Correct.
6                MR. BYRD:  Object to form.
7   BY MR. KEYES:
8          Q.    I know you've said before students use
9   social media apps.  Besides the defendants'
10  platforms, are you aware of other social media apps
11  that students use on their phones?
12         A.    I don't know if Minecraft is considered
13  an app.  Did you say "app"?  Social media --
14         Q.    I said social media apps.
15         A.    Yeah, I don't know if Minecraft is
16  considered social media.  That seems to be a big
17  one, but I don't know if that's more of a game.
18         Q.    Okay.  Are you able to identify any
19  other social media apps that students use on their
20  cell phones?
21                MR. BYRD:  Object to form.
22                THE WITNESS:  Where is that list?  Oh,
23  here it is.  Not offhand.  I can't think of any
24  that aren't listed.
25                MR. BYRD:  I'm sorry.  What are you

Page 40

1    referring to?

2              THE WITNESS:  Oh, sorry.  Under the

3    "Online Media & Communications Services"

4    definition.

5    BY MR. KEYES:

6         Q.    Okay.  So are you on Exhibit 2?

7         A.    Sorry.  Yes.  Exhibit 2, Page 6.

8         Q.    Definition 3?

9         A.    Yes.

10         Q.    Okay.  So the defendants as you flagged

11    before are Facebook, Instagram, Snapchat, TikTok

12    and YouTube, which are on this list.  Do you see

13    that?

14         A.    Okay.  Yeah.

15         Q.    What other social media platforms do

16    students use on their cell phones?

17         A.    I feel like the other ones in this list

18    are probably a full complement of that.  BeReal,

19    Discord, GroupMe, Kik, Omegle, Pinterest, Reddit,

20    Twitch, Tumblr, WhatsApp, Twitter and Yik Yak.

21         Q.    And then you mention students also use

22    Minecraft on their phones?

23         A.    That's a game.  I don't know if it's

24    necessarily social media.

25         Q.    Right.  I wasn't asking about social

Page 41

```
 1   media.  I just -- you mentioned students also use
 2   Minecraft on their phones?
 3          A.    Correct.
 4                MR. BYRD:  Object to form.
 5                Yeah, you did mention social media.
 6   That was your question, but okay.
 7   BY MR. KEYES:
 8          Q.    What other video games do students use
 9   on their cell phones?
10                MR. BYRD:  Object to form.
11                And, also, just to be clear, he's only
12   speaking in his individual capacity here, and I
13   don't know what students you're talking about.
14                MR. KEYES:  Students in general.  And
15   you're right.
16   BY MR. KEYES:
17          Q.    You're just testifying as Mr. Hennigan.
18                But based on your experience and your
19   interactions, what other video games besides
20   Minecraft do students use on their cell phones?
21          A.    I've seen them play a pool game when
22   they're playing pool against each other.  I can't
23   think of any other games I've seen them play.
24          Q.    Fortnite?
25                MR. BYRD:  Object to form.
```

Page 42

```
 1              THE WITNESS:  I suppose that's a thing,
 2    yeah.  I don't -- they don't play that as far as I
 3    know, but --
 4    BY MR. KEYES:
 5         Q.   Clash of Clans?
 6         A.   Never heard of that.
 7         Q.   Brawl Stars?
 8         A.   Never heard of that.  You must have
 9    boys.
10         Q.   I have four kids.  Three boys, one
11    girl.
12              Do kids also use their cell phones to
13    listen to music?
14         A.   Absolutely.
15              MR. BYRD:  Object to form.
16    BY MR. KEYES:
17         Q.   And do they use Spotify?
18              MR. BYRD:  Objection.
19              THE WITNESS:  Some do.
20    BY MR. KEYES:
21         Q.   What other services have you seen
22    students use to listen to music on their cell
23    phones?
24         A.   YouTube, Pandora, Apple Music.
25         Q.   What else?
```

Page 43

```
 1          A.    That's all I can think of.
 2          Q.    And do students also use their cell
 3   phones to access sports apps like ESPN?
 4                MR. BYRD:  Objection.  Foundation.
 5                THE WITNESS:  Yes, I suppose.
 6   BY MR. KEYES:
 7          Q.    Well, have you seen students who use
 8   their phones to access ESPN?
 9                MR. BYRD:  Objection.
10                THE WITNESS:  I haven't.
11   BY MR. KEYES:
12          Q.    Have you seen --
13                MR. KEYES:  What's the objection?
14                MR. BYRD:  Well, he's testified that
15   they don't have phones -- there's phones that are
16   not out in school.  So I don't -- I don't know
17   about the time -- timing of when you're talking
18   about.  And I don't know -- when you say
19   "students," are you talking about students outside
20   Harford, his own kids who could also be students?
21                He's testified that, you know, there
22   was a new school policy or whatever, so I don't
23   know about the foundation of being able to see
24   stuff within the school.
25   BY MR. KEYES:
```

Page 44

```
 1          Q.   Have you --
 2               MR. BYRD:  I have a lot of objections.
 3     BY MR. KEYES:
 4          Q.   Have you seen Harford County Public
 5     Schools' students use their phones to access ESPN
 6     or any sports app?
 7          A.   No.
 8          Q.   Do students use their cell phones to --
 9     to watch content on streaming services like
10     Netflix?
11               MR. BYRD:  Same objection --
12               THE WITNESS:  Yes.
13     BY MR. KEYES:
14          Q.   Are you able to identify --
15               MR. BYRD:  -- as to time.
16               Hold on.
17               -- as to time.  Vague.
18     BY MR. KEYES:
19          Q.   Are you able to identify for me any
20     streaming services that students use their cell
21     phones to watch besides Netflix?
22               MR. BYRD:  Same objection.
23               THE WITNESS:  Hulu.
24     BY MR. KEYES:
25          Q.   What else?
```

Page 45

```
 1          A.    Disney+.
 2          Q.    What else?
 3          A.    YouTube TV.  That's all I can think of.
 4          Q.    And in your observations, do students
 5     also use their cell phones to text each other?
 6                MR. BYRD:  Objection.  Vague as to
 7     time.
 8                THE WITNESS:  Yes.
 9     BY MR. KEYES:
10          Q.    Are you able to identify for me other
11     ways that students use their cell phones in your
12     experience?
13                You've listed social media.  You've
14     listed video games.  You've listed music platforms.
15     You've listed streaming services.  And you've
16     listed texting.
17                Any other ways that, in your experience
18     and your observation, Harford County Public
19     Schools' students have used their cell phones?
20                MR. BYRD:  Objection.
21                THE WITNESS:  Yeah.  I mean, when I
22     think about when I look at my daughters' phones,
23     the first place I go is the -- is the camera app
24     and to see the pictures that they're taking of
25     themselves and of other people.
```

Page 46

```
 1            And I think that's probably one of the
 2    most widely used app on their phone is the camera.
 3    BY MR. KEYES:
 4        Q.   And are you referring to a particular
 5    camera app?
 6        A.   No, just the standard -- well, I always
 7    assume everyone has an iPhone.  The standard iPhone
 8    camera app.
 9        Q.   Okay.  So you're referring to the
10    camera itself in the phone?
11        A.   Correct.
12        Q.   Okay.
13        A.   Taking pictures of themselves and
14    others.
15        Q.   And then are you -- have you seen
16    students in Harford County Public Schools not only
17    take the pictures but then transmit them to other
18    people?
19        A.   Yes.
20            MR. BYRD:  Object to form.
21    BY MR. KEYES:
22        Q.   In your experience, how do they do
23    that?  What platform or platforms do they use?
24        A.   Social media, typically.
25        Q.   Are there other ways they also transmit
```

Page 47

1    photos?

2           A.    Through WhatsApp or text messaging.

3           Q.    Are there any other ways that, in your

4    experience and your observations, students have

5    transmitted photos on their cell phones?

6           A.    Other than social media apps or

7    texting?

8           Q.    Other -- other than social media apps,

9    WhatsApp and text messaging?

10          A.    They show it to people directly.

11          Q.    Any other ways?

12          A.    They have -- they can screenshot it and

13   show it during a FaceTime phone call.

14          Q.    Any other ways?

15          A.    Not that I can think of.

16                (HENNIGAN EXHIBIT 2, Plaintiff Board of

17   Education of Harford County's Amended Objections

18   and Responses to Defendants' Interrogatories

19   (Set 3), was marked for identification.)

20   BY MR. KEYES:

21          Q.    Let me show you what has been marked as

22   Hennigan Exhibit 2.  This is titled "Plaintiff

23   Board of Education of Harford County's Amended

24   Objections and Responses to Defendants'

25   Interrogatories (Set 3)."

Page 48

1          MR. BYRD:  And, again, you had an
2     opportunity to ask about this in the 30(b)(6).  So,
3     just to be clear, you're asking him only in his
4     individual capacity.
5               And, you know, to the extent you try to
6     use this in a 30(b)(6) use down the road, that will
7     be impermissible and we'll object to that.
8     BY MR. KEYES:
9          Q.   Have you seen -- have you seen Hennigan
10    Exhibit 2 before?
11         A.   I have.
12         Q.   Did you review it in your prep sessions
13    with the lawyers?
14         A.   Not necessarily the whole exhibit, but
15    the category of damages chart.
16         Q.   Are you referring to the chart on
17    Page 3?
18         A.   Yes.
19         Q.   That continues onto Page 4?
20         A.   Yes.
21         Q.   So did you see that chart in your prep
22    sessions with the lawyers?
23         A.   Yes.
24         Q.   Had you seen that chart before your
25    prep sessions with the lawyers?

Page 49

```
 1          A.    Yes.
 2          Q.    When did you first see that chart?
 3          A.    In an email.  I was asked to --
 4                MR. BYRD:  Yeah, and hold on.
 5                If -- if -- to the extent that those
 6     were emails from lawyers or with lawyers on it
 7     directing you to do stuff, then don't discuss that.
 8                If you -- if you say you've seen it
 9     before, I think that's enough.  But don't discuss
10     anything that was discussed with the lawyers.
11     BY MR. KEYES:
12          Q.    My question was just:  When?
13          A.    Yeah.
14          Q.    When did you first see the chart in
15     terms of time?
16          A.    I don't know.  I'd say within the last
17     three months.
18          Q.    That was the first time you saw the
19     chart?
20          A.    (Nods head.)
21          Q.    Is that a "yes"?
22          A.    Yes.
23          Q.    Okay.  There is also an Attachment A in
24     this document.  And Attachment A actually has two
25     worksheets.  The first one is titled
```

```
1     "Program/Department Worksheet."
2              Do you see that?
3         A.   Yes.
4         Q.   Have you seen that worksheet before?
5         A.   Yes.
6         Q.   Did you review that worksheet with the
7    lawyers in the prep sessions?
8         A.   Yes.
9         Q.   Had you seen that worksheet before your
10   prep sessions with the lawyers?
11        A.   Yes.
12        Q.   When did you first see this worksheet?
13        A.   At the same time, about three months
14   ago.
15        Q.   Okay.
16        A.   Within the last three months.
17        Q.   And then there's a second chart called
18   a Full-Time Equivalent Worksheet.
19              Do you see that?
20        A.   Yes.
21        Q.   Have you seen that worksheet before?
22        A.   Yes.
23        Q.   Did you review that worksheet with the
24   lawyers in the prep sessions?
25        A.   Yes.
```

Page 51

```
 1         Q.   And had you seen that worksheet before
 2   your prep sessions with the lawyers?
 3         A.   I'm not sure.
 4         Q.   When did you first see this worksheet?
 5         A.   Either at the same time I saw the other
 6   one or just yesterday.
 7         Q.   Okay.  Did you have any role in the
 8   preparation of the full-time equivalent worksheet?
 9              MR. BYRD:  Well, object to form.
10              You can answer what contributions you
11   had, but just don't disclose any conversations with
12   counsel.
13              THE WITNESS:  I did not.  But I
14   contributed to the program/department worksheet.
15   BY MR. KEYES:
16         Q.   Okay.  What role did you play in the
17   preparation of the program/department worksheet?
18         A.   I provided percentages for the
19   psychological services as well as the school
20   counseling services.
21         Q.   Did you play any role in -- in deciding
22   what department/programs to list on the worksheet?
23         A.   I don't recall.  I don't believe so.
24         Q.   Did you provide any of the weight
25   percentages for any of the other departments or
```

Page 52

1   programs listed here besides psychological services

2   and school counseling services?

3          A.    I may have been a part of the pupil

4   personnel services, but I don't recall specifically

5   if I left that to Mr. Williams.

6          Q.    Who is Mr. Williams?

7          A.    He is the supervisor of the pupil

8   personnel services.

9          Q.    Does he report to you?

10         A.    Yes.

11         Q.    For how long has he reported to you?

12         A.    Since I got here in January of '17.

13         Q.    Do you have any recollection of

14  speaking with Mr. Williams about pupil personnel

15  services and a weight percentage?

16         A.    I don't.

17         Q.    Did you have a conversation with anyone

18  else, including Buzz Williams, about any weight

19  percentage for any of the other departments or

20  programs besides psychological services and school

21  counseling services?

22         A.    No.

23         Q.    Did anyone work with you to prepare the

24  5 percent weight that is listed here for

25  psychological services?

Page 53

```
 1              MR. BYRD:  Object to form.
 2              Wait.  Hold on.  Okay.  Yeah.
 3              Obviously, you can answer that to the
 4   extent that it does not include your conversations
 5   with counsel or the work product directed by
 6   counsel.
 7              You can answer it.
 8              THE WITNESS:  I don't believe so.
 9   BY MR. KEYES:
10       Q.   Did anyone work with you to prepare the
11   10 percent weight that is listed here for school
12   counseling services?
13              MR. BYRD:  Same instruction.  Just
14   don't disclose any communications or direction of
15   counsel.  But you can answer that otherwise.
16              THE WITNESS:  I don't believe so.
17   BY MR. KEYES:
18       Q.   Okay.  Why -- why did you choose a
19   5 percent weight for the psychological services
20   department or program?
21       A.   So --
22              MR. BYRD:  Same objection.
23              But go ahead.
24              THE WITNESS:  Sure.
25              When I look at the role of a school
```

Page 54

1    psychologist and the amount of time they spend in

2    the various activities they're doing, I then begin

3    to think about how often those activities would

4    involve issues concerning social media and their

5    impacts, and determined that, based on all the

6    other activities that they would be doing outside

7    of that, there would be a -- 5 percent of their

8    time dedicated or involving issues concerning

9    social media.

10   BY MR. KEYES:

11        Q.   You believe that 5 percent of the time

12   of people in the psychological services department

13   or program is spent on issues concerning social

14   media?

15        A.   Correct.

16        Q.   Why did you choose a 10 percent weight

17   for the school counseling services department or

18   program?

19        A.   For the same reason.  But our school

20   counselors have a lot more face time with students

21   and get involved at a -- well, our school

22   counselors deal with all the students in the

23   building, whereas psychological services do not.

24             So school counseling staff has more

25   face time with students during the day but also

Page 55

1   have face time with all students, not just a select
2   group.
3            Q.    So did you estimate that 10 percent of
4   the staff who work in the school counseling
5   services department or program spend 10 percent of
6   their issues -- spend 10 percent of their time on
7   issues concerning social media?
8            A.    No.    I concluded that all school
9   counseling services spend 10 percent of their time.
10           Q.    Fair enough.
11                Did you estimate that the staff who
12   worked in the school counseling services department
13   or program spent 10 percent of their time on issues
14   concerning social media?
15           A.    Yes.
16           Q.    So, first, for psychological services,
17   what did you look at, if anything, to arrive at
18   that 5 percent estimate they spend 5 percent of
19   their time on issues concerning social media?
20                MR. BYRD:   Objection.
21                Again, only in your individual
22   capacity.   Go ahead.
23                THE WITNESS:   So I took into account
24   the number of students that they would be working
25   with, the amount of time they would be involved in

Page 56

1   testing, the amount of time they would be involved

2   in meetings with families, the amount of time they

3   would be involved in crisis response coupled with

4   the amount of those issues which then tie back to

5   issues concerning phones and social media and

6   arrived at 5 percent of their time being dedicated

7   to dealing with issues that were impacted by social

8   media.

9   BY MR. KEYES:

10          Q.   Did you look at any documents when you

11  arrived at the 5 percent weight?

12          A.   I believe I looked at our special

13  education data because they're primarily working

14  with special education students.  I don't recall if

15  I had availability to look at testing data.

16          Q.   And did you -- were you finished?

17          A.   Yes.

18          Q.   Did you speak with any nonlawyers about

19  what information or factors to consider in

20  assigning this 5 percent weight to psychological

21  services?

22          A.   I don't recall if I consulted with

23  Mr. Richards or not.  I'm, frankly, not sure.

24          Q.   Okay.  Same questions for the

25  10 percent weight on school counseling services.

Page 57

1    What did you consider in arriving at that weight?

2           A.    So taking into account the caseloads of

3    our counselors, that they're working with anywhere

4    from three to five hundred students each and also

5    taking into account the number of students that

6    they're meeting with daily, the number of groups

7    they're running, the number of classroom sessions

8    they're doing based on social media and responsible

9    use in addition to their response to crisis

10   concerns that would be drawn back to social media

11   and then arrived at that 10 percent of their time

12   being impacted by the social media concerns.

13          Q.    Did you look at any documents when you

14   arrived at this 10 percent weight?

15                MR. BYRD:  Object to form.

16                You can answer that literally, I guess.

17                THE WITNESS:  I believe I remember

18   looking at our wellness needs assessment data to

19   get some -- some data regarding what our students

20   are reporting as far as social media and phone use

21   and sleep and things of this nature, which then end

22   up on the school counselors' doorstep with --

23   impacting students in several different ways.

24   BY MR. KEYES:

25          Q.    Did you speak with any nonlawyers about

Page 58

```
1  what information or factors to consider in
2  assigning this 10 percent weight to school
3  counseling services?
4        A.   I don't think in this instance I did
5  consult with the supervisor.  I don't believe I
6  did.
7        Q.   Did you consult with anyone else?
8        A.   I don't believe so.
9        Q.   For the 5 percent weight that you
10 assigned to psychological services, when you say
11 that you believe that 5 percent of their time is
12 spent on issues concerning social media, would that
13 include work that they spend with students dealing
14 with the consequences of cyberbullying?
15       A.   For -- for psychological services, it
16 wouldn't be necessarily directly linked to the
17 bullying, but indirectly.  So things that may have
18 occurred as a result of the bullying that then
19 required the psychologist to meet with the student,
20 whether that be risk assessment, suicide ideation
21 report, threat assessment, IEP, counseling as a
22 related service, things of that nature.
23            So not directly because they were
24 bullied, but because of things that occurred
25 because they were bullied, if that makes sense.
```

Page 59

```
 1          Q.   Let me make sure I understand.  So when
 2    you're looking at staff in the psychological
 3    services department and you're concluding that they
 4    spend 5 percent of their time on issues concerning
 5    social media, that 5 percent includes time that
 6    they spent helping the student with things that
 7    were the result of the bullying?
 8          A.   Correct.
 9          Q.   Does that 5 percent also include time
10    they spent helping the student with things that are
11    the result of fighting that was publicized on
12    social media?
13          A.   For the psychologist, probably not.
14          Q.   What about for the school counseling
15    services?
16          A.   There's higher potential there, but
17    less so this year because there hasn't been as much
18    of that.
19          Q.   Does the 5 percent for psychological
20    services include time that's spent -- staff spent
21    helping the student with mental health issues
22    attributable to content they watched, including on
23    social media?
24               MR. BYRD:  Object to form.
25               THE WITNESS:  Indirectly, yes.
```

Page 60

1    BY MR. KEYES:

2         Q.    Does the 10 percent for school

3    counseling services include time that that staff

4    spent helping students with -- who have mental

5    health issues that are attributable to content they

6    watched, including on social media?

7         A.    Yes.

8         Q.    Can you give me some other examples of

9    what the psychological services staff were spending

10   their time on when they were spending time on what

11   you say are issues concerning social media?

12        A.    So you could have students who are not

13   performing well academically because of social

14   media, because they're not getting the proper

15   sleep, because they are feeling depressed based on

16   their interactions on there.

17             They could also be students who are

18   dysregulated, and they are seen in a counseling

19   capacity or in a testing capacity or in a crisis

20   capacity.  And that dysregulation being a result

21   of, in some cases, things that they've seen, done,

22   posted, been posted about them on social media.

23        Q.    Okay.  And is the same true for what

24   the school counseling services staff were spending

25   their time on when they were spending time on what

Page 61

1   you say are issues concerning social media?

2        A.   It would be more so for the school

3   counseling staff because they have a more -- a

4   closer relationship with students that they see on

5   a regular basis.  Again, they're also seeing every

6   student and not just some students like the

7   psychologists see.

8             In addition to that, they're running

9   groups which have content that is sometimes

10  indirectly the result of social media; in addition

11  to, they oftentimes are a link between the student

12  and the parent, so parents reporting to them

13  concerns they have with their child's sleep, mood,

14  overall mental health that they would like the

15  counselor to look into.

16             So the counselor tends to be more the

17  frontline staff and the psychologist more of the

18  higher-incident staff.

19        Q.   You referenced the school counseling

20  staff running groups which have content that is

21  sometimes indirectly the result of social media.

22  What content are you referring to?

23        A.   So some of our school counselors are

24  running groups for children with poor self-esteem,

25  for children who are suffering with anxiety and

Page 62

1  depression, for children who have had issues with

2  self-harm, with issues struggling with their own

3  sexuality.

4            And these are all things that have

5  just -- we've seen in recent years been exacerbated

6  by social media, which has then caused us to --

7  like I said, I think, earlier today, my staff and

8  my department has exponentially grown because of

9  that.

10       Q.   And for these children you referenced

11 who have poor self-esteem, who are suffering with

12 anxiety and self-harm, who are struggling with

13 their own sexuality, you attribute that at least

14 indirectly to social media because of what the

15 children are -- are seeing or posting on social

16 media?

17       A.   Not everyone, but in -- in part, yeah.

18       Q.   But some of the children who have poor

19 self-esteem, who are suffering with anxiety and

20 depression, who have had issues with self-harm are

21 experiencing those issues with no connection to

22 social media --

23            MR. BYRD:  Object to form.

24 BY MR. KEYES:

25       Q.   -- right?

Page 63

```
 1              MR. BYRD:  Object to form.
 2              THE WITNESS:  Correct.
 3   BY MR. KEYES:
 4       Q.   Okay.  For the ones where they -- they
 5   are, in your view, experiencing poor self-esteem or
 6   suffering with anxiety and depression or who have
 7   issues with self-harm or struggling with their
 8   sexuality because of social media, is that because
 9   of what they're -- they're seeing, what messages
10   they're receiving, and -- and what they're posting
11   on social media?
12       A.   In addition to what's being posted
13   about them.
14       Q.   Okay.  Thank you.
15       A.   We had the most extreme case.  We've
16   had children kill themselves because someone posted
17   pictures about them on social media.
18              MR. KEYES:  Off the record?
19              MR. BYRD:  Yeah.
20              THE VIDEOGRAPHER:  Stand by.
21              MR. KEYES:  Take a break?
22              MR. BYRD:  Yeah.
23              THE VIDEOGRAPHER:  We are off the
24   record at 1527.
25                         * * *
```

Golkow Technologies,
A Veritext Division

Page 64

```
1              (Whereupon, there was a recess in the
2    proceedings from 3:27 p.m. to 3:50 p.m.)
3                      *  *  *
4              THE VIDEOGRAPHER:  We are on the record
5    at 1550.
6              (HENNIGAN EXHIBIT 3, 2021-2022 Maryland
7    YRBS/YTS Adverse Childhood Experiences Overview,
8    July 17, 2023, was marked for identification.)
9    BY MR. KEYES:
10        Q.   Mr. Hennigan, I'm showing you what has
11   been marked as Hennigan Exhibit 3.  This is a
12   document that was produced by the Maryland
13   Department of Health with the Bates Number
14   F12936-000065843.
15             MR. BYRD:  I don't see any Bates
16   numbers on here, but you're -- that's --
17             MR. KEYES:  It was produced in native.
18             MR. BYRD:  -- probably a native file.
19   BY MR. KEYES:
20        Q.   Have you seen this document before,
21   Mr. Hennigan?
22        A.   I don't know.  I'm not sure.
23        Q.   Do you know what it is?
24             MR. BYRD:  Well, objection.
25             Take your time and look at it if you
```

Page 65

1    don't know what it is.

2              THE WITNESS:   I mean, it seems like the

3    results of YRBS and ACEs and youth tobacco survey

4    data from '21-'22.

5    BY MR. KEYES:

6          Q.    "YRBS" stands for "Youth Risk

7    Behavioral Survey"?

8          A.    Yes.

9          Q.    "YTS" stands for "Youth Tobacco

10   Survey"?

11         A.    Yes.

12         Q.    And are you aware that the Maryland

13   Department of Health conducts a periodic youth risk

14   behavioral survey?

15         A.    Yes.

16         Q.    And does that survey include students

17   in Harford County Public Schools?

18         A.    Periodically, yes.

19         Q.    Are there any documents that reflect

20   how particular Harford County Public Schools are

21   selected for participation in the youth risk

22   behavioral survey?

23         A.    I'm pretty sure we find out from them

24   and it's at random.

25         Q.    Do they randomly choose the grades?

Page 66

```
 1          A.    They definitely randomly choose the
 2     schools.  I'm not sure about the grades.
 3          Q.    And then who administers the survey
 4     within Harford County Public Schools that are
 5     selected?
 6               MR. BYRD:  Objection.  Foundation.
 7               THE WITNESS:  I'm not sure.  I'm
 8     assuming it probably happens in the classroom with
 9     teachers, but it could be administered by --
10     actually, I think -- yeah.  It either happens in a
11     general classroom or in a health classroom.
12     BY MR. KEYES:
13          Q.    And how often does the department of
14     health conduct this youth risk behavioral survey?
15          A.    I don't know.  I'm not sure if it's
16     annually or not.  I feel like it's not annually,
17     like, maybe more like biannually, but...
18          Q.    When the results of this survey are
19     released, do they send you or anyone else in
20     Harford County Public Schools a summary of what the
21     survey shows?
22               MR. BYRD:  Objection.  Foundation.
23               You can answer as it relates to you or
24     what you know.
25               THE WITNESS:  I've received copies in
```

Page 67

```
 1    the past.  I don't know who from, but I'm assuming
 2    it's from them or from MSDE.
 3    BY MR. KEYES:
 4         Q.   And do you understand this to be a
 5    survey of Maryland students', including Harford
 6    County students', experiences with ACEs or --
 7              MR. BYRD:  Object.
 8    BY MR. KEYES:
 9         Q.   -- adverse childhood experiences?
10              MR. BYRD:  Sorry.  Object to form.
11    Foundation as to which students.
12              THE WITNESS:  It appears as though they
13    do, yes.
14    BY MR. KEYES:
15         Q.   Okay.  And does this report also show
16    that the more ACEs a student experiences, the
17    greater the risk of poor health outcomes for them?
18              MR. BYRD:  Object to form and
19    foundation.
20              THE WITNESS:  Yes.
21    BY MR. KEYES:
22         Q.   And do those poor health outcomes
23    include both physical, mental and emotional health?
24         A.   Yes.
25         Q.   Can you turn to Slide 14?
```

Page 68

```
 1          A.    Yes.
 2          Q.    Are you on Slide 14?  It's titled
 3    "Emotional Abuse"?
 4          A.    Yes.
 5          Q.    And then in parentheses it says
 6    "(MAP)," M-A-P.
 7                Do you know what "MAP" stands for?
 8          A.    I don't.
 9          Q.    And this slide says that in 2021-2022,
10    12.1 percent of students exposed to emotional
11    abuse.
12                Do you see that?
13          A.    Yes.
14          Q.    Emotional abuse or exposure to
15    emotional abuse is an ACE, correct?
16          A.    Abuse in general.  So I'm assuming
17    emotional would be a part of that.
18          Q.    And this chart also shows that
19    12.3 percent of high school students in Harford
20    County are exposed to emotional abuse.
21                Do you see that?
22          A.    Correct.
23          Q.    Do you have any reason to challenge
24    that 12.3 percent of high school students in
25    Harford County are exposed to emotional abuse?
```

Page 69

1          MR. BYRD:  Object to form.  Foundation.
2   Hypothetical.  He didn't put this together.
3          But you can answer if you know.
4          THE WITNESS:  Personally, because I'm
5   speaking from my own personal perspective, I would
6   challenge it, yes.
7   BY MR. KEYES:
8          Q.   Why would you challenge it or on what
9   basis?
10         A.   Because I think the stigma is so great
11  that some children, even though it's anonymous,
12  would feel uncomfortable answering in the
13  affirmative to that question.
14         Q.   So do you think the 12.3 percent
15  understates the percentage of high school students
16  who are exposed to emotional abuse?
17         A.   I do.
18         Q.   Do you have a basis for offering what
19  you think is the correct higher percentage of high
20  school students who are exposed to emotional abuse
21  in Harford County?
22         A.   No.  It's just a inclination on my
23  part.  I don't have an exact response to that.
24         Q.   Would you turn to Slide 16?  Are you
25  there?

Page 70

```
1         A.   Yes.
2         Q.   And this slide says that in 2021-2022,
3    25.3 percent of students were exposed to substance
4    abuse.
5              Do you see that?
6         A.   Yes.
7         Q.   And exposure to substance use in the
8    household is another ACE, adverse childhood
9    experience?
10        A.   Yes.
11        Q.   And this chart also shows that
12   27.9 percent of high school students in Harford
13   County were exposed to substance use in the
14   household, correct?
15        A.   Yes.
16        Q.   Do you believe that that percentage is
17   underreporting the problem of high school students
18   in Harford County being exposed to substance use in
19   the household?
20        A.   I think that's hard to say.
21        Q.   Do --
22        A.   I think -- unless they've defined a
23   "problem drinker," a student could think that
24   their -- their parent having any alcohol makes them
25   a problem drinker.  So they may answer in the
```

Page 71

```
 1   affirmative to that.
 2             So it's -- it's hard to say how kids
 3   are interpreting the term "problem drinker."
 4             The other ones pretty -- seem pretty
 5   clear.
 6             So I might say, "Yeah, my parent is a
 7   problem drinker," but maybe, by definition, they're
 8   not.
 9        Q.   Do you have any reason to identify a
10   different percentage for high school students in
11   Harford County who are exposed to substance use in
12   the household?
13             MR. BYRD:  Object to form.  Asked and
14   answered.
15             THE WITNESS:  I don't know what that
16   difference would be.  I just know it's hard to say
17   if this is accurate or not.
18   BY MR. KEYES:
19        Q.   Would you turn to Slide 18?
20             Are you there?
21        A.   Yes.
22        Q.   This slide says that in 2021 to 2022,
23   33.5 percent of students were exposed to mental
24   illness in the household.
25             Do you see that?
```

Page 72

```
 1          A.    Yes.
 2          Q.    And exposure to mental illness in the
 3     household is another ACE, adverse childhood
 4     experience?
 5          A.    Yes.
 6          Q.    This chart shows that 38.7 percent of
 7     high school students in Harford County were exposed
 8     to mental illness in the household, correct?
 9          A.    Yes.
10          Q.    Do you believe that that percentage is
11     underreporting the problem of high school students
12     in Harford County being exposed to mental illness
13     in the household?
14          A.    Underreporting, no.
15          Q.    Okay.  Do you have a reason to identify
16     a different percentage for high school students in
17     Harford County who are exposed to mental illness in
18     the household?
19               MR. BYRD:  Object to form.  Foundation.
20               THE WITNESS:  I, again, think this is a
21     hard one to really get a clear answer on,
22     especially when we're dealing with adolescents who
23     often are at odds with their parents and may think
24     they're, quote, unquote, crazy because of their
25     philosophy on things.
```

Page 73

1              And so how a teenager views their
2     parent being mentally ill or -- I mean, suicidal is
3     pretty clear-cut.
4              But I think a lot of teenagers think
5     their parents are way off base.  And so then would
6     they put that in the category of mentally ill?
7     It's hard to say.
8              So I -- I just -- you know, I don't
9     know if these surveys really spell out what these
10    words mean for kids.
11             So when you're sitting in class and you
12    want to get this over with, you might just check
13    "yes" because you had a fight with your mom that
14    morning and you think she's crazy.
15             And so -- because 38.7 percent seems
16    extremely high to me of households with a mentally
17    ill, depressed or suicidal parent in the home.
18             But it could be accurate.  I just --
19    it's -- I would -- I'd have to see whether they've
20    truly defined these words for the kids who are
21    taking the survey.
22    BY MR. KEYES:
23        Q.   Would you turn to Slide 20.  Are you
24    there?
25        A.   Yes.

1          Q.   This slide says that in 2021-2022,

2     14.8 percent of students were exposed to household

3     incarceration.  Do you see that?

4          A.   Yes.

5          Q.   And having someone in the household

6     incarcerated is another ACE, adverse childhood

7     experience?

8          A.   Yes.

9          Q.   Yes?

10         A.   Yes.

11         Q.   This chart shows that 16.4 percent of

12    high school students in Harford County were exposed

13    to household incarceration, correct?

14         A.   Yes.

15         Q.   Do you have any reason to believe that

16    number is underreporting the problem?

17              MR. BYRD:  Object to form.  Foundation.

18              THE WITNESS:  Underreporting?  No.

19    BY MR. KEYES:

20         Q.   Do you have a reason to identify a

21    different percentage for high school students in

22    Harford County who are exposed to incarceration of

23    someone in the household?

24              MR. BYRD:  Objection.

25              THE WITNESS:  This is a much more

Page 75

```
 1    concrete question.  So I don't think there would be
 2    any issues with definition here.  I only think
 3    there could be issues with, again, the stigma
 4    associated with it and people not answering in the
 5    affirmative because they're embarrassed by it.
 6    Even though we know no one else is going to see it,
 7    some people don't believe that.
 8               So the other only piece about this that
 9    I have had concerns with the YRBS in general is,
10    are kids just going through and answering quickly
11    to get it over with, so...
12               But as far as definitionwise, this is
13    pretty clear on what they're asking, so...
14    BY MR. KEYES:
15          Q.   Would you turn to Slide 26.  This slide
16    shows the relationship between the number of ACEs
17    reported by students and the percentage of the time
18    they claim their mental health is either most of
19    the time or always not good, correct?
20          A.   26?
21          Q.   Yes, sir.
22          A.   Oh, you're looking on the right.  I'm
23    sorry.  I was looking at the physical fights.
24          Q.   Sure.  Do you want me to repeat the
25    question?
```

Page 76

1           A.    No.  So one of the charts -- I'm not --
2     I just -- I just saw these two as well.
3                 "Mental health most of the time/always
4     not good."  That's an odd way to phrase that.
5     Yeah, so it's showing that the more ACEs you have,
6     the poorer mental health you have.
7           Q.    And here, it reports that for students
8     in the survey who reported zero adverse childhood
9     experiences, 17.7 percent of them said their mental
10    health is not good most of the time or always?
11          A.    Correct.
12          Q.    And it also reports that for students
13    in the survey who reported more than four adverse
14    childhood experiences, 70.8 percent of them said
15    their mental health is not good most of the time or
16    always?
17                MR. BYRD:  Object to form.
18                THE WITNESS:  Correct.
19                MR. BYRD:  Foundation.
20    BY MR. KEYES:
21          Q.    Is that consistent with your training
22    and experience about the relationship between the
23    number of adverse childhood experiences a student
24    has and how they view their mental health?
25                MR. BYRD:  Object to form.  Foundation.

Page 77

1           THE WITNESS:  Yes.

2     BY MR. KEYES:

3           Q.   The more adverse childhood experiences

4     a student experiences, the worse their mental

5     health is, in general?

6           A.   Not necessarily.  The higher the

7     likelihood, because on the next page, which you'll

8     see is what we talked about this morning of

9     positive childhood experiences, which research has

10    shown that -- this is a little off topic.  But

11    research has shown that the absence of the positive

12    is actually more detrimental than the presence of

13    the negative.

14           And the same researcher shows that

15    students with four or more ACEs, the more of the

16    positive that they have, it dramatically drops

17    that.

18           So you could take a child with zero

19    ACEs and a child with four ACEs; the child with

20    four ACEs has all seven of these PCEs, and they

21    have a much better mental state than a child with

22    zero ACEs but none of these PCEs.

23           Q.   The positive childhood experiences can

24    reduce or negate the effect of --

25           A.   Absolutely.

Page 78

1          Q.    -- adverse childhood experiences?

2          A.    Yes.  So you have to kind of look at

3    both -- the whole picture of the child.

4          Q.    And this is also sort of

5    child-specific?

6          A.    Absolutely, yeah.  Resilience is the

7    big factor.  So for those of you with kids, ask

8    your children these seven questions.

9          Q.    Will do.

10          How many school psychologists does

11    Harford County Public Schools employ now?

12          A.    Roughly, I think somewhere in the

13    neighborhood of 43 plus 3 or 4 -- 4 interns.

14          Q.    And how many school psychologists did

15    Harford County Public Schools employ in the

16    2016-2017 school year?

17          A.    '16-'17?  That's the year I got here?

18    I would say mid-30s.

19          Q.    And does Harford County Public Schools

20    employ counselors?

21          A.    Correct.

22          Q.    How many counselors does it employ now?

23          A.    Approximately 110.

24          Q.    How many counselors did it employ in

25    the 2016-2017 school year?

Page 79

```
 1            A.   I would say approximately 100.
 2            Q.   Does Harford County Public Schools
 3      employ other people besides school psychologists
 4      and counselors to provide counseling or mental
 5      health treatment?
 6            A.   Yes.
 7            Q.   What are those positions?
 8            A.   Social workers.
 9            Q.   Any other positions?
10            A.   Pupil personnel workers.
11            Q.   Okay.  Any others?
12            A.   Behavior coaches.
13            Q.   Any others?
14            A.   To some degree, nurses.  I'm going
15      through -- going through the offices in my suite.
16                 Social workers, psychologists,
17      counselors, nurses, behavior coaches, pupil
18      personnel workers.
19                 And you said that -- I'm sorry.  What's
20      the -- what's the -- they're -- what are they
21      providing?
22            Q.   Counseling or mental health treatment.
23            A.   We have one LCPC.  We have two LCPCs.
24      Sorry.  And this is just that we employ?
25            Q.   Yes.
```

Page 80

1           A.    I think that's it.

2           Q.    Okay.  So how many social workers does

3     Harford County Public Schools employ now?

4           A.    Approximately 20.

5           Q.    And how many did it employ back in the

6     2016-2017 school year?

7           A.    Probably seven.

8           Q.    How many behavior coaches does Harford

9     County Public Schools employ now?

10          A.    Approximately 20.

11          Q.    And how many did it employ in 2016-2017

12    school year?

13          A.    Zero.

14          Q.    How many pupil personnel workers does

15    Harford County Public Schools employ now?

16          A.    I would say 15.

17          Q.    How many did it employ in the 2016-2017

18    school year?

19                MR. BYRD:  Object to form.  Foundation.

20                THE WITNESS:  Seven, I believe.  Seven

21    or eight.

22    BY MR. KEYES:

23          Q.    And did Harford County Public Schools

24    have licensed clinical professional counselors in

25    the 2016-2017 school year?

Page 81

1          A.    No.

2          Q.    How many nurses does Harford County

3    Public Schools employ now?

4          A.    I would say roughly 62.

5          Q.    How many did it employ in the 2016-2017

6    school year?

7          A.    That has not grown as high.  I don't

8    know.  Say 57, roughly.

9          Q.    And what are the counseling or mental

10   health services that nurses provide to students?

11         A.    So some of them provide help with

12   students, mostly with anxiety, because students

13   will present to them with physical ailments that

14   they are sometimes able to determine aren't

15   really -- well, they're somatic complaints that

16   they know aren't related to anything physical but

17   more mental health related.

18              Some participate in something called

19   the Calm Study, which I think is an acronym that

20   helps work with students with anxiety.  But that's

21   the primary -- primary role, that, and it's not

22   really therapy, but providing medication to address

23   those issues.

24         Q.    Does the federal government provide

25   funding for any of these positions?

Page 82

```
 1          A.    The -- I think one social worker is on
 2    our Title I grant, which is federal dollars, not
 3    the PPWs, not the psychs' nurses.  I think just one
 4    social worker as of today.  The LC -- one of the
 5    LCPCs until this year.
 6          Q.    One of the LCPCs was funded with
 7    federal --
 8          A.    Title I, yeah.
 9          Q.    Title I, until this year?
10          A.    Yeah.  We moved it.
11          Q.    And you moved it to what?
12          A.    Medical assistance funding, which I'm
13    not sure if that's federal or state.
14          Q.    For -- for psychologists, was there a
15    steady increase in the number of psychologists from
16    2016-2017 school year to now?
17          A.    Yes.  I think we went to two interns.
18    Then we went to four, went to six, back down to
19    four.  So that's been sort of up and down.  I don't
20    know that we had a large growth year.  It's sort of
21    been a steady growth to reduce caseloads based on
22    the duties that are becoming unmanageable with the
23    caseloads they have.
24          Q.    Was there a big jump in the need for
25    school psychologists during or after COVID?
```

Page 83

1          A.    I don't think we grew any more
2   post-COVID than we did from '16 to '20.  At a great
3   of a rate, rather.
4          Q.    COVID had a negative effect on
5   students' mental health, correct?
6          A.    Well, again, as we talked about this
7   morning, "COVID" is a very ambiguous term.  I mean,
8   people say "COVID," but there's a lot of detail
9   wrapped up in that.
10               So I guess, generally speaking, all the
11  things that happened during COVID impacted
12  children.
13         Q.    Well, let's try to unpack it.  There
14  was a fear of the health consequences of COVID,
15  correct?
16               MR. BYRD:  Object to form.
17               THE WITNESS:  For some, yeah.
18  BY MR. KEYES:
19         Q.    Some people were afraid of getting
20  COVID.  Yes?
21         A.    Of course.
22         Q.    Getting sick and possibly dying.  Yes?
23         A.    Yeah.
24         Q.    Some people were afraid of loved ones
25  getting sick and possibly dying.  Yes?

Page 84

1          A.   Yes.

2          Q.   So in that sense, do you agree that the

3    COVID pandemic was a stressor on students' mental

4    health?

5               MR. BYRD:  Object to form.

6               THE WITNESS:  Yes.

7    BY MR. KEYES:

8          Q.   You've said before that one of the

9    issues during COVID was undetected abuse in the

10   home, correct?

11         A.   Correct.

12         Q.   That before COVID and after COVID, if

13   students were coming into school, there would be

14   more oversight.  People could see the warning

15   signs, maybe report the abuse and try to tackle the

16   abuse.  Is that fair?

17         A.   Correct.

18         Q.   But during COVID, when people weren't

19   coming into school, they were at home and it was

20   easier for that abuse to go undetected.

21         A.   Correct.

22         Q.   Yes?

23         A.   Correct.

24         Q.   So do you agree that for students who

25   were exposed to abuse -- they were either abused or

Page 85

1   there was abuse going on around them in the home

2   that was undetected -- that was a stressor on

3   students' mental health?

4           A.    Well, again, when I -- when I talk

5   about those reports, it's not just abuse.  It's

6   abuse and neglect.  And I think we need to talk

7   about them equally.

8                 Because I think part of it was the

9   physical, sexual, emotional abuse that was

10  occurring, but also some of it was the neglect that

11  was occurring.

12                You had babies who are now in our

13  classrooms being born into a world where they

14  weren't being paid attention to because the parents

15  were engaged on their phones or computers or

16  tablets working and not able to do the typical

17  childrearing or get them to a day care to get the

18  typical childrearing.

19                So it's really, probably, equal parts

20  of abuse and neglect.

21          Q.    I should expand my question.

22                Do you agree, then, for -- for students

23  who were exposed to abuse -- either they were

24  abused themselves or there was abuse going on

25  around them in the home that was undetected -- and

Page 86

```
 1   students who were neglected in the home, all of
 2   that were stressors on students' mental health?
 3               MR. BYRD:  Object to form.
 4               THE WITNESS:  Yes.
 5   BY MR. KEYES:
 6        Q.   Do you agree that many students felt
 7   isolated during COVID because they couldn't be in
 8   close personal contact with people, they couldn't
 9   go to school, and they felt isolated as a result?
10        A.   Some, yes.
11        Q.   And do you agree that for those
12   students, COVID and the consequences of COVID and
13   the isolation was a stressor on their mental
14   health?
15               MR. BYRD:  Object to form.
16               THE WITNESS:  Yes.
17   BY MR. KEYES:
18        Q.   Okay.  So do you agree, then, that
19   given the fear of getting sick or dying from COVID,
20   the fear of loved ones getting sick or dying from
21   COVID, the risk of being exposed to abuse that went
22   undetected, the neglect that went on in the home,
23   the inability to be in close contact with people,
24   and the isolation -- for all of those reasons,
25   COVID-19 had a negative effect on students' mental
```

Page 87

1    health?

2              MR. BYRD:  Object to form.

3              THE WITNESS:  But not exclusively those

4    reasons.

5    BY MR. KEYES:

6         Q.   Okay.  But do you agree that for all of

7    those reasons, COVID-19 had a negative effect on

8    students' mental health?

9              MR. BYRD:  Object to form.  It's asked

10   and answered.

11             THE WITNESS:  That's part of the

12   reason.

13   BY MR. KEYES:

14        Q.   Okay.  You believe there are other

15   reasons why COVID had a negative effect on

16   students' mental health?

17        A.   I do.

18        Q.   But what I just listed, those also

19   caused or -- or were reasons why COVID-19 had a

20   negative effect on students' mental health.

21             MR. BYRD:  Object to form.  Asked and

22   answered.

23   BY MR. KEYES:

24        Q.   Is that correct?

25        A.   Yes.

Page 88

1          Q.    Okay.  Can you go back to Exhibit 2,

2     please.  And I just want you to pull out the two

3     worksheets and focus on the program/department

4     worksheet.

5          A.    Yeah.

6          Q.    Okay.  And I want to focus on the two

7     percentage weights that you gave, the 5 percent for

8     psychological services and the 10 percent of school

9     counseling services.

10          A.    And I may have weighed in on the pupil

11     personnel.  I just don't want to be -- I don't want

12     to misrepresent whether I did or not.

13          Q.    Sure.  You said you may have spoken

14     with Mr. Williams, but you can't recall?

15          A.    Correct.

16          Q.    Okay.  For the two that you do recall,

17     if -- for the 5 percent of time that staff in the

18     psychological services department spent on issues

19     concerning social media, if they hadn't spent that

20     5 percent of their time on issues concerning social

21     media, what would they have been doing with the

22     freed-up time?

23          A.    So that -- that's a great question.

24               The -- the issue we have with both of

25     these groups of staff members is they are forced

Page 89

1  because of their caseloads and because of the drain
2  of these percentages to be reactive.
3              And they all -- "they all."  Most of
4  the staff members in these two groups would love to
5  spend a lot more of their time being proactive and
6  trying to heed off the issues that lead to crisis
7  that they then have to deal with.
8              So if these percentages were taken away
9  and this social media issue was no longer present,
10  they would be able to be a lot more proactive in
11  working with students to reduce the issues that
12  then cause the crisis response.
13      Q.   Does that mean that they would get to
14  see other students or more students?
15      A.   In some cases, depending on the size of
16  their caseload.
17              But it really would mean that they
18  would be able to work with students on developing
19  skills that they can't spend on time with them now
20  that that skill deficit leads to behavioral,
21  academic, social and emotional issues.
22      Q.   So for the psychological services staff
23  and the school counseling services staff, if they
24  didn't spend the 5 percent or the 10 percent that
25  you estimate they spent on issues concerning social

Page 90

1   media, they could have spent that freed-up time

2   either seeing more students, seeing existing

3   students for more time, and they could have worked

4   with those students on developing skills; is that

5   correct?

6            MR. BYRD:  Object to form.

7            THE WITNESS:  Yeah.  I -- I think --

8   and even if that isn't 100 percent accurate, what

9   they're working with students on is probably the

10  more apt issue on the table in working with

11  students on college planning or career exploration

12  rather than, "Why did you feel like you wanted to

13  kill yourself?" or, "Why did you get in that fight

14  yesterday?" or, "What's going on with you failing

15  your classes?" or, "Why aren't you coming to

16  school?"

17            So those are the -- a lot of the

18  reactive issues that they have to work on with,

19  based on this percentage, stemming from social

20  media.

21            Like, for instance, if we look at

22  attendance and a lot of students not coming to

23  school because they're not getting the proper sleep

24  because they're up all night on their phones.

25            Or they've been bullied on social

Page 91

1    media.  Or they, you know, put something on there

2    that now they're embarrassed about and they don't

3    want to come in.

4                   So these are the things that prompt

5    them to have to work on things.

6                   They would much rather sit with a

7    student on the positive.  But, instead, they're

8    sitting there working with trying to recover from

9    the things that they've done that they shouldn't

10   have done.

11                  And I think the -- you know, the

12   community, in essence, is paying the salaries of

13   these people who now have to work on addressing the

14   societal issues that have been thrust upon them.

15                  And that's just -- it's an

16   unfortunate -- it's not why a lot of these people

17   got into these roles.

18   BY MR. KEYES:

19        Q.   Are you able to identify for me the

20   number of students who are not getting proper

21   sleep?

22        A.   I would have to consult the wellness

23   needs assessment data on that.  We had students

24   respond to questions about the sleep they get.

25                  And I don't believe it's in the

Page 92

1    wellness needs assessment you have in front of you.
2    I think that was this year's iteration that asked
3    them about their sleep, why they're not going to
4    sleep, if they have a bedtime, how much sleep they
5    get, if they're up on their phones and that is a
6    barrier to sleep.
7              So we have the data.  I just don't have
8    it at recall.
9         Q.   And when you say it's "this year's
10   iteration," are you talking about for the 2024-2025
11   school year?
12        A.   Correct.  I don't believe -- I could be
13   wrong.  I don't believe we asked that in last
14   year's survey.
15        Q.   And has the 2024-2025 wellness needs
16   assessment survey results been put into a final
17   report?
18        A.   Not a final report.
19        Q.   Has it been put into a draft report?
20        A.   Not in report form.  But certain people
21   such as myself can go in and pull the data, but not
22   in an officially -- see, the report you have has
23   been made clear to the public whereas, depending on
24   permissions, we can go in and look by school and by
25   grade.

Page 93

```
 1        Q.   Is -- is there any schedule for
 2   converting the 2024-2025 wellness needs assessment
 3   survey results into a final report?
 4        A.   I'm sure there is, yes.
 5        Q.   What is the schedule?
 6        A.   I don't know.  That's something that
 7   Mr. Yakoubou works on, so...
 8        Q.   Okay.
 9        A.   In fact, maybe it's published and I'm
10   not even aware of it.
11        Q.   But you're not aware of a final report
12   and you're not aware of a draft report at this
13   point?
14        A.   Correct.
15        Q.   And are you able to identify for me the
16   number of students who are not coming to school
17   because they're not getting proper sleep?
18             MR. BYRD:  Object to form.
19             THE WITNESS:  I don't have a report on
20   that, no.
21   BY MR. KEYES:
22        Q.   Do you have any --
23        A.   That's -- that's anecdotal.
24        Q.   Do you have any quantitative data that
25   you can point to?
```

Page 94

1          A.    Anecdotal.

2          Q.    And are you able to identify for me the

3    number of students who are not getting proper sleep

4    because they're on their phones all night?

5          A.    I don't know about all night, but based

6    on self-reporting of students who didn't go to

7    sleep at the time they normally would because of

8    their phone, yes.

9          Q.    Where is that data?

10         A.    In the wellness needs assessment.

11         Q.    For this current year?

12         A.    Correct.

13         Q.    The one that hasn't been put in a draft

14   or final report yet?

15         A.    Correct.

16         Q.    And are you able to identify for me

17   what the students are doing on their phones when

18   they aren't getting proper sleep because of their

19   phone?

20         A.    So, again, from -- because you're

21   asking me personally, it would be anecdotal of what

22   they're doing.

23         Q.    Is that addressed in the data that was

24   collected in the 2024-2025 wellness needs

25   assessment?

Page 95

```
 1              MR. BYRD:  Object to form.
 2              You can answer.
 3              THE WITNESS:  I don't remember.  I'm
 4     not sure if -- if we just asked them is their phone
 5     the issue or what they're doing on their phone.  I
 6     feel like we may have asked them what they're doing
 7     on their phone, but I'd need to look at it.
 8     BY MR. KEYES:
 9          Q.   Are you able to point me to any
10     instance where you made a request that Harford
11     County Public Schools hire more psychologists and
12     attributed that need to students' use of social
13     media?
14              MR. BYRD:  Object to form.
15              THE WITNESS:  So every year except this
16     year I've made that request.  Whether I've
17     indicated the need is due to social media, I don't
18     remember.
19     BY MR. KEYES:
20          Q.   Okay.  So you said every year you made
21     a request for more psychologists, yes?
22          A.   Except for this year.
23          Q.   Except for this year.
24              And -- but you don't know whether in
25     making that request for more psychologists you've
```

Page 96

```
 1   ever attributed that need to students' use of
 2   social media in your funding request?
 3                 MR. BYRD:  Object to form.
 4   BY MR. KEYES:
 5         Q.   Is that fair?
 6         A.   I don't know.  Yes --
 7         Q.   Okay.
 8         A.   -- that is correct.
 9         Q.   Are you able to point me to any
10   instance where you made a request that Harford
11   County Public Schools hire more counselors where
12   you attributed that need to students' use of social
13   media?  Same answer?
14         A.   Same answer.
15         Q.   Are you able to point me to any
16   instance where you made a request that Harford
17   County Public Schools hire more social workers
18   where you attributed that need to students' use of
19   social media in your funding request?
20                 MR. BYRD:  Object to form.
21   BY MR. KEYES:
22         Q.   Same answer?
23         A.   Same answer.
24         Q.   Would the same be true for PPWs?
25         A.   Correct.
```

Page 97

```
 1          Q.    Would the same be true for behavior
 2   coaches?
 3                MR. BYRD:  Object to form.
 4                THE WITNESS:  Not -- not the same.
 5   BY MR. KEYES:
 6          Q.    Why not?
 7          A.    Because they came into existence
 8   through funding sources where principals were
 9   choosing to have that position.  It wasn't my
10   request as a system.  It was more principals
11   requesting to use funding they were provided for
12   those positions.
13          Q.    So let's --
14          A.    It's actually probably true for social
15   workers, too.
16          Q.    Okay.  So let's make sure we're clear.
17   For social workers and behavior coaches, that
18   wasn't a request that you made?
19          A.    Correct.
20          Q.    That's a request that principals may
21   have made for how to spend a certain pot of money?
22          A.    Correct.
23          Q.    And are you aware of any principals
24   requesting funding for more social workers or for
25   more behavior coaches where they attributed that
```

Page 98

```
 1  need to students' use of social media in their
 2  funding request?
 3              MR. BYRD:  Object to form.
 4              THE WITNESS:  I can't say either way.
 5  BY MR. KEYES:
 6        Q.    Okay.  You know they made a request --
 7        A.    Yeah.
 8        Q.    -- for the position?
 9        A.    I don't remember the conversations of
10  why.
11        Q.    You don't remember anyone saying, "I
12  need these positions because of the way students
13  are using social media."
14        A.    No.
15        Q.    Fair?
16        A.    Correct.  Yes.
17        Q.    When were the two licensed clinical
18  professional counselor positions created?
19        A.    So the second one started last year.
20  And the first one has probably been about three or
21  four years.
22        Q.    And are these positions where you
23  requested funding to create the position?
24        A.    No.  These were similar to those last
25  two.  Funding was provided.  Principals had
```

Page 99

1    discretion on what they needed.  This came into

2    existence.

3            Q.    Okay.  So are you able to point me to

4    any instance where principals requested the

5    creation of a licensed clinical professional

6    counselor position where they attributed that need

7    to students' use of social media?

8            A.    Not directly, no.

9            Q.    And are you able to point me to any

10   instance where you made a request that Harford

11   County Public Schools hire more nurses where you

12   attributed the need for more nurses to students'

13   use of social media in your funding request?

14              MR. BYRD:  Object to form.

15              THE WITNESS:  No.

16   BY MR. KEYES:

17           Q.    Are you able to identify for me any

18   funding request you made for a new position where

19   you attributed the need for that position to

20   students' use of social media in your funding

21   request?

22              MR. BYRD:  Object to form.

23              THE WITNESS:  I guess it depends if

24   you're asking directly or not directly because the

25   need is based on behaviors and mental health

```
 1   concerns, which in some part is related to social
 2   media.
 3              But my exact words weren't, "We need
 4   this because of social media."  We need it because
 5   of the behavior and mental health, the suicide
 6   ideation reports, the depression, anxiety that's on
 7   the rise, knowing, in my professional opinion, that
 8   that, in part, is due to social media use.
 9              So it's a -- it's an indirect yes, but
10   not a verbatim literal that's what I asked for and
11   why.
12   BY MR. KEYES:
13        Q.   Now, separate from professionals who
14   are employed by Harford County Public Schools, you
15   also engage third-party vendors to provide
16   counseling and treatment services?
17        A.   Correct.
18        Q.   Who are the vendors that Harford County
19   Public Schools currently uses?
20        A.   I don't know the names -- all the names
21   off the top of my head.
22        Q.   Well, how many are there?
23        A.   Probably 5 to 8 providers covering all
24   55 schools.
25        Q.   And how many were there in 2016-2017
```

Page 101

```
 1   school year?
 2         A.   I think we probably had 2 to 3 covering
 3   16 schools when I first got here.
 4         Q.   And so these are third-party
 5   professionals, either individuals or organizations,
 6   that will provide counselors to provide counseling
 7   or treatment services to students in the school --
 8         A.   Correct.
 9         Q.   -- during the school day?
10         A.   Correct.
11         Q.   And where would someone find a list of
12   the vendors that provided these services in any
13   particular year since 2016-2017 school year?
14         A.   We have a mental health specialist, and
15   she manages all those contracts.  So she would -- I
16   don't know if she has a year-by-year summary of who
17   was in what buildings, but she would know the
18   history of it.
19         Q.   What's her name?
20         A.   Christina Alton.
21         Q.   Does she do other things besides that,
22   or is that the --
23         A.   For the first --
24         Q.   -- extent of her work?
25         A.   Oh, yeah.  So from 2019 until last
```

Page 102

```
 1   year, that was not -- not that duty, but the title
 2   of mental health specialist was her entire role.
 3                But because of the exponential growth
 4   of the social workers, she's also now the
 5   supervisor of the social workers in addition to the
 6   mental health specialists.
 7                And in 2018, Maryland mandated that
 8   every school system -- because of the mental health
 9   concerns that were being manifested in the school
10   buildings, they mandated that every school system
11   has a mental health specialist and provided state
12   funding to every school system to pay for that
13   position in part, which is why she came to be.
14                (HENNIGAN EXHIBIT 4, Emails dated
15   4/21/21, Subject:  MSDE Report, Bates
16   HCPS_00199774-777, was marked for identification.)
17   BY MR. KEYES:
18        Q.   I'm showing you what has been marked as
19   Hennigan Exhibit 4.  This was produced with the
20   Bates Numbers HCPS_00199774 through 199777.  It's a
21   series of emails between you and Stephen Richards,
22   the supervisor of psychological services.  Tell me
23   when you've read this exchange.
24        A.   All of it?
25        Q.   Sure.
```

Page 103

1          A.    Because there's --

2          Q.    I think there are only --

3          A.    There's others on the original email.

4          Q.    Yeah.  You can read as much of it as

5    you want.  I'm going to ask you about your email at

6    the bottom of the first page.

7          A.    Oh, this is COVID-related?

8          Q.    This is what?

9          A.    The first part is COVID-related?

10         Q.    Yes.

11         A.    Okay.

12         Q.    Okay.  Would you focus on your email on

13   the bottom, the first page of Exhibit 4.  It's an

14   email from you to Steve Richards on April 21st,

15   2021.  Do you see that?

16         A.    Yes.

17         Q.    And you said a moment ago this exchange

18   is "COVID-related."  What makes you say that?

19         A.    Well, what I meant was the first email

20   because MSDE was asking us how many students we

21   haven't had contact with.

22               But, as I read on, the whole thing

23   seems to be related to students returning to school

24   following the shutdown.

25         Q.    Okay.  And in your email to

Page 104

1    Mr. Richards, you say:  My guess is the academic

2    frustration will lead to mental health issues in

3    the fall, unfortunately.  The first time they are

4    given homework after a year and a half may have to

5    be approached carefully by teachers.

6                   Do you see that?

7         A.    Yeah.

8         Q.    So are you looking at a scenario where

9    virtual learning is ending and in-person schooling

10   is resuming?

11        A.    April of '21?  We had -- well, in the

12   fall of -- in the fall of '20, we had some students

13   in.  And then from the fall of '20 through May of

14   '21, students were brought back incrementally based

15   on grade level.

16        Q.    And you said:  My guess is the academic

17   frustration will lead to mental health issues in

18   the fall.

19                   Are you referring to frustration from

20   students who have fallen behind academically during

21   the shutdown of in-person learning for whatever

22   reason?

23                   MR. BYRD:  Object.  Object to form.

24                   THE WITNESS:  Yes.  But we're only

25   talking about a small portion of our population.

Page 105

1    BY MR. KEYES:

2         Q.    And can you tell me what your guess was

3    about academic frustration leading to mental health

4    issues?

5         A.    Well, again, let me just direct you to

6    Steve Richards' email because the -- the group may

7    not understand what he meant by "the bulk of SE

8    concern."  He meant special education, which is

9    only 15 percent of our student body.  So this email

10   is just about the 15 percent of our students who

11   have IEPs.

12        Q.    Okay.

13        A.    So my concern was those students who

14   have IEPs, they'll be more frustrated academically,

15   which may -- some of them also have mental health

16   diagnoses as well, which would be exacerbated by

17   the academic deficits they have and coming back and

18   being forced to do some things they hadn't done in

19   a while.

20        Q.    Well, what is the academic frustration

21   you're talking about?

22             MR. BYRD:  Object to form.

23             Go ahead.

24             THE WITNESS:  The academic frustration

25   would be more rigor than they'd had in the last few

Page 106

1   months.
2   BY MR. KEYES:
3        Q.   And then feeling stressed about not
4   being able to keep up or having to work harder to
5   keep up?
6        A.   Well, again, we're talking about a very
7   small part of our population who struggle to keep
8   up regularly.  So, yeah.  Even pre-COVID.
9        Q.   You said in April of 2021 that this was
10  your guess.  Did your guess prove to be right?
11       A.   I don't know.  I don't know that our
12  special education students presented mental health
13  concerns more so than the rest of the population.
14  I can't say that clearly.
15       Q.   You have not studied that issue?
16       A.   No.
17            (HENNIGAN EXHIBIT 5, Document titled
18  Mental Health Statistics and Initiatives in HCPS,
19  was marked for identification.)
20  BY MR. KEYES:
21       Q.   I'm showing you what has been marked as
22  Hennigan Exhibit 6.
23            MR. BYRD:  5.
24            MR. KEYES:  I'm sorry.  Strike that.
25  BY MR. KEYES:

Page 107

1          Q.    I'm showing you what has been marked as
2     Hennigan Exhibit 5.
3                THE WITNESS:  Thank you.
4     BY MR. KEYES:
5          Q.    Sure.
6                This was produced with the Bates Number
7     HCPS_00039108 in native format.
8                What -- what is Hennigan Exhibit 5?
9          A.    So this appears to be a presentation
10    that my team and I delivered to the Board of
11    Education.
12         Q.    And do you know when you delivered this
13    presentation?
14         A.    So based on my title, it would have
15    been somewhere between January of '17 and June of
16    '19.
17                My guess is probably in 2018.  I don't
18    think I would have taken this on in my first year.
19    '18 or '19.  '18 or the first half of '19.
20         Q.    These pages don't seem to be numbered,
21    but could you go to the page that has Mental Health
22    Initiatives?  It's got your -- Buzz Williams' name
23    and "Superintendent's Designee"?
24         A.    Uh-huh.  Yes.
25         Q.    Do you see the page that -- that says:

Page 108

1    Reduced Suspensions For Counseling?

2         A.    Yes.

3         Q.    And then it lists:  Drugs, Alcohol,

4    Tobacco, Conflict resolution, Fire setting and

5    Bullying?

6         A.    Yeah.

7         Q.    What was this telling the board about

8    reduced suspensions for counseling on these issues?

9         A.    So Mr. Williams became pretty adept at

10   finding ways to try to help children learn from

11   their mistakes rather than punishing them for their

12   mistakes.

13            So, for instance, students caught

14   smoking or vaping may have to complete a class,

15   which would reduce their suspensions.

16            Students caught pulling the fire alarm

17   might have to meet with the fire chief.  Students

18   caught in possession of or use of drugs or alcohol

19   may end up going through a class.

20            So all things that may help -- one,

21   help them to learn from their mistakes; and, two,

22   reduce their suspension.

23         Q.    Would you turn a few pages later, and

24   you'll see a slide that says:  Mental Health

25   Initiatives School Psychologists/Pupil Personnel

Page 109

1    Workers, and it lists Steve Richards?

2         A.   Yes.

3         Q.   Okay.  Does that indicate that the next

4    few slides were presented by Mr. Richards?

5         A.   Yes.  At that time, Mr. Richards also

6    oversaw the pupil personnel workers that

7    Mr. Williams currently now oversees.

8         Q.   And is this a slide presentation where

9    you would have reviewed it in advance of it being

10   presented to the Board of Education?

11        A.   Yes.

12        Q.   The very first slide in the deck

13   associated with Mr. Richards is a list of suicide

14   risk factors.

15             Do you see that?

16        A.   Yes.

17        Q.   Do you think that is an accurate list

18   of suicide risk factors?

19        A.   I believe at the time it was.

20        Q.   Okay.  There's no mention of social

21   media use here, correct?

22        A.   Correct.  It's sort of embedded

23   throughout.

24        Q.   How so?

25        A.   Well, we know that social media is

Page 110

1    directly tied to increase in depression.  So you
2    have depression, but you don't have the factor
3    which created it listed.
4              The same thing with suicide attempts.
5    The same thing with substance abuse.  Family
6    histories of depression.  Poor adaptability.
7              So all those things have been adversely
8    impacted by social media as -- but this is sort of
9    the end result of what was caused.
10        Q.   And what is your basis for saying
11   social media is directly tied to an increase in
12   depression?  What are you relying on?
13             MR. BYRD:  Object to form.  Asked and
14   answered.
15             But go ahead.
16             THE WITNESS:  Research that I've read.
17   BY MR. KEYES:
18        Q.   What research can you point me to?
19        A.   So starting with something we've
20   already discussed, which is "The Anxious
21   Generation."
22        Q.   Mr. Haidt's book?
23        A.   Yeah.
24        Q.   Okay.  Anything else?
25        A.   Other reports that I can't cite by name

Page 111

1   but just, in my position -- in my position, I end

2   up reading a lot of information about mental health

3   concerns and causation in addition to my work with

4   our partners in the health department.

5              And so I can't speak to any specific

6   article or research, but I anecdotally can report

7   that I've read a lot about it and heard a lot about

8   it.

9        Q.   And -- and Mr. Haidt's book and this

10  other reports that you can't cite by name talk

11  about how the content that a student can -- can

12  read or comments about the student that are posted

13  on social media can tie to depression and these

14  other adverse consequences you list?

15             MR. BYRD:  Object to form.

16             You can answer.

17             THE WITNESS:  It's not just the

18  content.  It's the format.  It's the way it's

19  delivered.  It's the addictive nature of it.  It's

20  all those things.  So it's not just the content.

21  BY MR. KEYES:

22       Q.   But the content is part of it?

23       A.   Part of it.

24       Q.   And would you say a minor part?

25             MR. BYRD:  Object to form.

Page 112

1               THE WITNESS:  I can't -- I can't
2    quantitatively answer that.
3    BY MR. KEYES:
4          Q.    You can't speak to what -- --
5          A.    What percentage content plays.
6          Q.    -- percentage of the -- of the causal
7    force is attributable to content as opposed to
8    something else?
9          A.    No.  I don't know that the kids could
10   either.
11         Q.    And are you able -- even with a bit of
12   reflection able to identify any of these reports
13   that you mentioned before other than Mr. Haidt's
14   book?
15         A.    Not off the top of my head, no.
16         Q.    Okay.  Either the -- the names of the
17   author or the names of the reports or the names --
18         A.    I know your question.  I don't know the
19   answer.
20         Q.    Okay.
21               MR. KEYES:  Off the record.
22               Let's take a break.
23               THE VIDEOGRAPHER:  We are off the
24   record at 1649.
25                          * * *

Page 113

1              (Whereupon, there was a recess in the

2    proceedings from 4:49 p.m. to 5:08 p.m.)

3                        *  *  *

4              THE VIDEOGRAPHER:  We are on the record

5    at 1708.

6    BY MR. KEYES:

7         Q.    Mr. Hennigan, when you treated clients

8    at the Human Development Center, were any of your

9    clients students of Harford County Public Schools?

10        A.    Yes.

11        Q.    How many?

12        A.    I'll have to ballpark that.  Ten.

13        Q.    And did you treat any of those ten for

14   social media addiction?

15        A.    No.

16        Q.    Did you treat any of them for addiction

17   issues in general?

18        A.    No.

19        Q.    When you saw patients or clients at

20   Guided Wellness Counseling, were any of your

21   clients students of Harford County Public Schools?

22        A.    No.  Part of my -- that transition was

23   I wasn't going to see students anymore because of

24   my role here.  So I stopped seeing any Harford

25   County Public School students.  I only saw either

Page 114

1    private school or adults.
2         Q.   And did you treat any of the clients
3    you did see at Guided Wellness Counseling for
4    social media addiction?
5         A.   No.
6         Q.   Did you treat any of those clients for
7    addiction issues in general?
8         A.   Yes.
9         Q.   What types of addictions did you treat
10   them for?
11        A.   Opioid use.  I think that's probably
12   the only clinical addiction that I dealt with as
13   far as people that I saw.
14        Q.   And what training do you have in
15   treatment of patients for addiction?
16        A.   I don't have specific training in that.
17        Q.   But do you -- do you have any training
18   in the treatment of patients for addiction?
19        A.   Just in my regular clinical training,
20   not specifically with an addiction.
21        Q.   What do you mean just in your regular
22   clinical training?
23        A.   So when you get trained to be a
24   clinician, you get trained in a myriad of areas,
25   but you don't necessarily become an addictions

                                        Page 115

1    counselor, a family marriage counselor, unless you

2    do additional training and then market yourself as

3    such.

4          Q.    Have you ever marketed yourself as

5    being a counselor who provides addiction treatment?

6          A.    No.

7          Q.    Have you ever published any articles on

8    addiction treatment?

9          A.    No.

10         Q.    Have you ever lectured on addiction

11   treatment?

12         A.    No.

13         Q.    Have you ever researched addiction

14   treatment?

15              MR. BYRD:  Object to form.

16              THE WITNESS:  Probably.

17   BY MR. KEYES:

18         Q.    What research did you do in the area of

19   addiction treatment?

20         A.    I don't know.  I'm just thinking, over

21   these past 15 years, I'm sure I've -- many times

22   when I'm working with patients that have issues

23   that I maybe don't have expertise -- direct

24   expertise on, I'll do research.

25              So I imagine that I've come across

Page 116

1  research on that.  But I can't remember a specific
2  instance or specific research.
3         Q.   Have you diagnosed any Harford County
4  Public Schools' student with social media
5  addiction?
6         A.   That's not my role; so, no.
7         Q.   So you've never done it?
8         A.   No.
9         Q.   Have you diagnosed any Harford County
10 Public School student with any addiction?
11        A.   Not my role.
12        Q.   So you haven't done it?
13        A.   No.
14        Q.   Have you done any clinical research
15 into addiction?
16        A.   I think you already asked me that.
17 Yeah, I -- I think I have.
18        Q.   Okay.  What is the clinical research
19 you've done regarding addiction?
20        A.   To restate what I said a minute ago, I
21 don't know that I have or what I have.  I just
22 would assume that probably over the years I have
23 had some -- come across some research on addiction.
24        Q.   By Googling it or something else?
25        A.   Or in -- yeah, I don't know if it's

Page 117

1    through Googling or not.  I'm not sure.  I'm

2    just -- I'm sure I've come across research on

3    addiction in my years of working in this field.

4    How I came across it, I don't know, but it seems

5    like a logical conclusion that I would have.

6         Q.    Okay.  I was asking about clinical

7    research.  You're saying you -- you may have come

8    across research on addiction that you read,

9    correct?

10        A.    Uh-huh.

11        Q.    Is that -- is that a "yes"?

12        A.    Yes.

13        Q.    But you're not able to identify any of

14   the research that you may have come across,

15   correct?

16        A.    Correct.  Correct.

17        Q.    Have you done any clinical research

18   into addiction, that is, working with patients who

19   participate in any kind of clinical study?

20        A.    Oh, no.

21        Q.    Has any Harford County Public student

22   come to you to say they were diagnosed with social

23   media addiction?

24        A.    No.  I don't -- no.

25        Q.    Has any Harford County Public School

Page 118

1    student come to you to say they think they have

2    social media addiction?

3            A.    Would you define pornography as social

4    media?

5            Q.    No.

6            A.    Clinical diagnosed addiction or their

7    own -- in their own verbiage?

8            Q.    Well, I already asked, has any Harford

9    County Public School student come to you to say

10   they were diagnosed with social media addiction.

11           A.    Uh-huh.

12           Q.    You said no.

13                 So now I'm asking, has any Harford

14   County Public School student come to you to say,

15   "I think I have social media addiction"?

16           A.    Potentially.

17                 MR. BYRD:  Object to form.

18   BY MR. KEYES:

19           Q.    Potentially.

20                 Can you -- can you identify any for a

21   specific instance where that happened?

22           A.    So --

23                 MR. BYRD:  And -- and, obviously,

24   objection.  And as far as revealing some student's

25   name, we're not going to do that.  But if there's

Page 119

```
 1   an instance that's specific, he can talk about it
 2   generically.
 3              THE WITNESS:  So since this portion is
 4   to do with my personal life, I've had a lot of
 5   discussions with my children and their friends, and
 6   they've had a lot of discussion about having issues
 7   with getting off social media.
 8              So whether they've used the word
 9   "addiction" or not, I can't say.  But I've had
10   conversations with Harford County Public School
11   students who have discussed their concern with
12   their inability to stop accessing social media.
13   BY MR. KEYES:
14        Q.    And are these Harford County Public
15   School students, you're identifying your children
16   and their friends?
17        A.    My children's friends, not my children.
18        Q.    Okay.  So you've had discussions with
19   your children's friends where they say they have
20   issues with getting off social media?
21        A.    Yes.
22        Q.    But you don't know whether they've ever
23   used the word "addiction" or not?
24        A.    Correct.
25        Q.    Have you had discussions with any
```

                                        Page 120

1    Harford County Public students, other than your
2    children's friends, where those students have said,
3    "I think I have social media addiction"?
4            A.    Not that I recall.
5            Q.    And have you had any discussions with
6    any Harford County Public School students, other
7    than your children's friends, where they've said
8    they have issues with getting off social media?
9            A.    Possibly.
10           Q.    Can you recall any specific instance?
11           A.    No.  But I spend a lot of time hearing
12   students, being in classrooms, being in buildings,
13   and that possibly could have been a discussion.
14           Q.    So you'd say it's possible.  You just
15   don't remember any specific instance?
16           A.    Correct.
17           Q.    Have you discussed with any teachers
18   the percentage of time they spend on issues related
19   to social media in the classroom?
20           A.    Yes.
21           Q.    What teachers?
22           A.    By name?
23           Q.    Yes.
24           A.    I'm thinking of faces.  Ms. Ackley,
25   Kelly Ackley.

Page 121

1          Q.    Anyone else?

2          A.    Ms. Jester.

3          Q.    Anyone else?

4                MR. BYRD:  Give him a second here.

5    He's said he's thinking.

6                THE WITNESS:  Kelly -- Kelly Jester,

7    same as Kelly Ackley.  I can't think of other

8    people's names --

9    BY MR. KEYES:

10         Q.    Okay.

11         A.    -- at the moment.

12         Q.    Have you given me two names?

13         A.    I have.

14         Q.    Kelly Ackley and Ms. Jester?

15         A.    Kelly Jester, yeah.

16         Q.    Kelly Ackley and Kelly Jester?

17         A.    Correct.

18         Q.    Okay.  And where does Kelly Ackley

19    teach?

20         A.    South Hampton Middle School.

21         Q.    What grade or grades?

22         A.    She's a special educator.

23         Q.    And where does Kelly Jester work?

24         A.    Bel Air Middle School.

25         Q.    What grade or grades does she teach?

Page 122

```
 1        A.    Either 7th or 8th.  There's also a
 2   Ms. Forbes, F-O-R-B-E-S.  I don't know her first
 3   name.
 4        Q.    Where does she teach?
 5        A.    Bel Air Middle School.
 6        Q.    What grade or grades?
 7        A.    At the time -- well, sorry.  She's
 8   Bel Air High School now.  At the time that we
 9   talked about this, she was at Bel Air Middle
10   School.  And we had some lengthy discussion about
11   it as I was there for a group response following a
12   suicide of one of their children.
13        Q.    What grade or grades did she teach?
14        A.    8th grade at the time.
15        Q.    Okay.  Anyone else?
16        A.    Mindy Durante, D-U-R-A-N-T-E.  She is
17   an art teacher at Edgewood High School.
18        Q.    Anyone else?
19        A.    Not that I can think of.
20        Q.    Okay.  What did Ms. Ackley say about
21   the percentage of time she spent on issues related
22   to social media?
23        A.    She didn't give me a percentage.
24        Q.    What -- what did she say in terms of
25   characterizing it?
```

Page 123

1          A.    We just spoke about the policy that was
2     coming out this year and her being excited about it
3     because of the issues they have trying to get kids
4     to put their phones away and the issues they're
5     having with inattention due to students preferring
6     to be on social media apps rather than attend to
7     the teacher.
8          Q.    So she was pleased that the Board of
9     Education was adopting the current policy?
10          A.    Correct.
11          Q.    Have you talked to her since the policy
12     was adopted about the percentage of time she spends
13     on issues related to social media?
14          A.    No.
15          Q.    What did Ms. Jester say about the
16     percentage of time she spent on issues related to
17     social media?
18          A.    She did not indicate percentages.
19          Q.    What did she say in terms of
20     characterizing it?
21          A.    Similar to Ms. Ackley in that it was a
22     struggle to keep the attention of the students in
23     part because of wanting to access their phones
24     during the day and in part because of their
25     rewiring of their brain due to social media outside

Page 124

1    of the school day.

2         Q.   Anything else?

3         A.   Nothing that I can recall.

4         Q.   What did Ms. Forbes say about the

5    percentage of time she spent on issues related to

6    social media?

7         A.   Did not indicate a percentage.

8         Q.   What did she say about the time she

9    spent on issues related to social media in terms of

10   quantity of time?

11        A.   Quantity of time, she didn't indicate

12   the quantity of time.

13        Q.   What did Ms. Durante say about the

14   percentage of time she spent on issues related to

15   social media?

16        A.   She didn't indicate a quantity of time

17   or a percentage.

18        Q.   Okay.  So have you spoken with any

19   teacher in Harford County Public Schools who has

20   described for you the quantity of time they spent

21   on issues related to social media?

22             MR. BYRD:  Object to form.

23             THE WITNESS:  Possibly, but not that I

24   can recall clearly enough to state.

25   BY MR. KEYES:

Page 125

```
 1          Q.   Okay.  Have you spoken with any
 2     administrator in Harford County Public Schools who
 3     has described for you the quantity of time they
 4     spend on issues related to social media?
 5               MR. BYRD:  Object to form.  Asked and
 6     answered on whatever exhibit number we are in now.
 7               THE WITNESS:  It is a conversation that
 8     I have with administrators, but I don't have
 9     detailed information about quantity of time.
10     BY MR. KEYES:
11          Q.   Are you able to identify for me any
12     administrator in Harford County Public Schools who
13     describe for you the quantity of time they spend on
14     issues related to social media?
15          A.   No.
16               MR. BYRD:  Object to form.
17     BY MR. KEYES:
18          Q.   Are you able to identify for me any
19     quantitative data that shows how many Harford
20     County Public School students are -- have social
21     media addiction?
22               MR. BYRD:  Object to form.
23               THE WITNESS:  No, because I'm not privy
24     to their clinical diagnoses.
25     BY MR. KEYES:
```

Page 126

```
1          Q.   Are you able to identify for me any
2     quantitative data that shows how many Harford
3     County Public School students are addicted to the
4     use of cell phones?
5          A.   No, because I don't have access to that
6     data.
7          Q.   Are you able to identify for me any
8     quantitative data that shows how many Harford
9     County Public School students are addicted to cell
10    phones or social media because of the defendants'
11    platforms?
12         A.   No.
13              MR. KEYES:  Okay.  I have no questions
14    at this time.
15              Does anyone else on the Zoom have
16    questions for Mr. Hennigan?
17              MR. FLASTER:  No questions from Meta.
18              MR. BYRD:  Okay.  Just a couple
19    follow-ups here.
20                        * * *
21                     EXAMINATION
22    BY MR. BYRD:
23         Q.   You were asked about this PowerPoint
24    here, this State of Maryland YRBS PowerPoint.  I
25    think it's Exhibit Number --
```

Page 127

1          A.    3.

2          Q.    -- 3.  Do you recall those questions?

3          A.    I believe so, yes.

4          Q.    If you can turn to Page 7 of the

5     PowerPoint.  It's titled -- it says:  Overall

6     trends from the most recent YRBS/YTS.

7                Do you see that?

8          A.    Yes.

9          Q.    And it looks like the trend is up.  The

10    trend is up for mental health indicators, which

11    are:  sad or -- well, can you read what those are?

12         A.    Sad or hopeless, suicide ideation,

13    suicide attempt.

14         Q.    And the trends, according to this

15    document, say that those are going up, right?

16         A.    Yes.

17         Q.    Is that consistent with what you were

18    discussing as it relates to social media?

19                MR. KEYES:  Objection to form.

20                THE WITNESS:  Absolutely.  I think

21    the -- a lot of what we talked about today are

22    societal factors that have existed for decades and

23    have not spiked this data and with any comparison

24    to the spike in the data once social media became

25    prevalent and accessible to students.

Page 128

1    BY MR. BYRD:

2         Q.    And Mr. -- the defense counsel asked

3    you -- Mr. Keyes asked you about some of these

4    other things all throughout today and earlier today

5    about tobacco and alcohol and other things.

6              And then what does it say the trend is

7    for that in this document that he -- that he showed

8    you?

9              MR. KEYES:   Objection to form.

10             THE WITNESS:   So substance

11   indicators -- substance use indicators are on a

12   downward trend.

13   BY MR. BYRD:

14        Q.    So for the ACEs, the substance

15   indicators that form some of these ACEs are going

16   down, right?

17             MR. KEYES:   Objection to form.

18             THE WITNESS:   So the -- yeah.   So

19   for -- as far as substances, yes.

20   BY MR. BYRD:

21        Q.    While the mental health indicators are

22   going up, right?

23        A.    Correct.   Yes.

24        Q.    And this is in 2021.   This -- this

25   is -- this report covered 2021 to '22, right?

Page 129

1          A.    Yes.

2          Q.    It talks on that same page about female

3     students more likely to report mental health.

4                Is that consistent with what you've

5     been saying about social media?

6          A.    Yes.   And -- and if I can expound.

7                These two data points, the mental

8     health indicators going up and substance use going

9     down, are more directly linked than you might

10    think.

11               The alcohol, tobacco, marijuana use is

12    down in part because kids are not going out and

13    leaving their houses and socializing.

14               And, as a result, they're in their

15    homes alone or without socialization, without

16    friends, which is then leading to hopelessness and

17    sadness and suicidal ideation.

18               And in part because, as I said earlier,

19    a lot of our -- and especially females know that

20    they are imperfect.  But yet on social media, it

21    appears to them that everybody else is perfect.

22               So when you don't go out of your house

23    to socialize with others the way children have in

24    past years, you're not going to engage in risky

25    behavior because you're not going to smoke a

                                        Page 130

1   cigarette in your bedroom the same way you might in

2   a woods somewhere or something.  So you're going to

3   see those go down.

4           But yet we've -- now we've got these

5   socially isolated children who are comparing

6   themselves to people based on filters and based on

7   inaccurate portrayals that people are putting of

8   themselves on social media.

9           So then it kind of makes sense why it's

10  happening.

11       Q.   So turn to Page 14.  You were asked

12  about this emotional abuse map by county.

13           Do you see that?

14       A.   Good thing you said that because I

15  thought that was an acronym.

16       Q.   Oh.  I don't know.

17       A.   No, I don't think it is.

18       Q.   It is a map.

19       A.   I think you're right.  It's a map.

20       Q.   I don't know if I'm referring to the

21  acronym "MAP," but who knows.

22       A.   No, it's a map.

23       Q.   But you were asked questions about

24  this, right?

25       A.   Yes.

1          Q.   Well, now, is -- from your observations

2     and expertise and time in this field with students,

3     is social media leading to emotional abuse?

4               MR. KEYES:   Objection to form.

5     Foundation.

6               THE WITNESS:   I definitely -- I

7     definitely think there's -- there's some

8     correlation.

9               I -- we have seen, as I said, a

10    generalized deterioration of parenting.  And so

11    when parents are themselves addicted to social

12    media, they are annoyed by a child who needs

13    attention --

14    BY MR. BYRD:

15         Q.   Can it lead --

16         A.   -- which can lead to emotional abuse.

17         Q.   So can it -- can it exacerbate

18    emotional abuse that's already occurring?

19         A.   I believe so.

20              MR. KEYES:   Objection to form.

21    BY MR. BYRD:

22         Q.   Huh?

23         A.   I believe so.

24         Q.   What about household mental illness

25    that you were asked about on 18?  Can social media

Page 132

1  exacerbate or even cause household mental illness

2  problems?

3            MR. KEYES:  Objection to form.

4            THE WITNESS:  Well, social media has

5  created a new diagnosis of mental illness that

6  didn't exist in prior years.  So you now have a new

7  addiction on the streets that wasn't there prior.

8  So, yes.

9  BY MR. BYRD:

10       Q.   And if you turn to Page 27, I think

11  we've talked about it.

12            The idea is that you have these ACEs,

13  right?

14       A.   Yes.

15       Q.   We listed all of them.

16            Are -- are -- are kids that have ACEs

17  or multiple ACEs, are they more vulnerable to

18  social media -- to -- to problems from social media

19  use?

20            MR. KEYES:  Objection to form.

21            THE WITNESS:  They can be.  Because the

22  impact of an ACE is all dependent on the presence

23  or absence of protective factors, the presence or

24  absence of resilience.

25            So a child who is already down and out

Page 133

1    is going to be more adversely affected by an ACE
2    and by negative inferences that are drawn from
3    social media than a child who, let's say, has a
4    very sound home life, who maybe can write off a
5    fleeting feeling of sadness or depression or -- I
6    won't call it "depression."
7                    -- of sadness or inadequacy because
8    they then can look around at the rest of their life
9    and see, Okay, I can deal with that small blip.
10                   But other students who have a lot of
11   ACEs can then just see those feelings of inadequacy
12   and sadness and hopelessness as just one more straw
13   in the pile, which is why we have seen an increase
14   in -- in suicides.
15   BY MR. BYRD:
16        Q.   If you -- it's Page 27.  And so as I
17   understand what you said, you have these ACEs.
18                   And to mitigate the -- it says to
19   mitigate the effects of ACEs, communities can focus
20   on these, like -- on positive experiences.  And
21   they list these seven things right here, right?
22        A.   Uh-huh.  Yeah.
23        Q.   Just -- just looking at some of these,
24   does social media help or hurt these childhood
25   positive experiences?

Page 134

1                    MR. KEYES:  Objection to form.  Lack of

2       foundation.

3                    THE WITNESS:  I think it hurts several

4       of them.  I think children are not -- are not

5       engaging in community traditions and volunteerism

6       as much as they were, because they don't want to

7       engage in those things because they're -- would

8       rather sit in their room and stare at videos all

9       day.  And, frankly, that was one that surprised me

10      as a parent.  I didn't know how important it was to

11      have my children involved in community events and

12      volunteerism.

13                   I would also say feeling safe and

14      protected by an adult in your home, a lot of our

15      children have grown up with -- with adults who they

16      don't feel safe around because they're not paying

17      attention to them because they're more interested

18      in what's happening in their phone.

19                   Feeling supported by friends, we know

20      by research that children are not socializing and

21      don't have the friendships to the degree they did

22      pre-social media.  So that's an absolute impact.

23                   Feeling a sense of belonging in high

24      school, again, social media has created more of a

25      feeling of isolation than of belonging.

Page 135

1          Those are the -- those are the big ones
2     I would say that have been negatively impacted by
3     social media.
4     BY MR. BYRD:
5          Q.   You were asked by counsel about COVID
6     several times, and you remember he -- he asked you
7     questions but wanted you to exclude any -- any
8     relationship that COVID had to -- to social media
9     use, right?
10          So I think you started to say that
11    there were other reasons, and he said, "I don't
12    want to hear about the other reasons."
13          Can you tell the jury about, how
14    does -- how is COVID and social media related?
15          MR. KEYES:  Objection to form.  Totally
16    mischaracterizes the record.  If you're going to
17    characterize the record, let's be accurate.
18          MR. BYRD:  Yeah, we can read it.
19          Go ahead.
20          THE WITNESS:  So part of the -- part of
21    the problem, again, when people use the word
22    "COVID," it's too general because there's a million
23    things associated with COVID; that some of it was
24    positive, to be honest with you.
25          But part of the issue with COVID is

Page 136

1    people -- a lot of parents wanted to find a way to

2    connect their children because they weren't able to

3    connect in person.  They thought using social media

4    or phones would be a good avenue to do that and

5    then were hoodwinked into believing that that was

6    going to be a positive thing, and then it turned

7    into the crisis we're in today.

8            So I think if not for COVID, the

9    statistics on when children are introduced to

10   phones and social media would probably -- that sort

11   of bell curve probably would be moved because it's

12   now become socially acceptable to do those things

13   at a much younger age.

14   BY MR. BYRD:

15        Q.   So social media made the isolation

16   problems from COVID worse, right?

17            MR. KEYES:  Objection to form.

18            THE WITNESS:  In the long run, I think.

19   In the short term, maybe not.  But in the long

20   term, it absolutely created an environment where

21   children felt that they were making friends with

22   people they never met.  They were socializing and

23   talking, quote, unquote, to people when they

24   weren't even opening their mouth.

25            And, frankly, it had -- has opened the

Page 137

1  doors for a lot of sexual predators and child

2  trafficking.  The average age of an online gamer is

3  30, and most of our kids probably think it's 12.

4  So a lot of our ten-year-olds are playing games

5  with 50-year-olds who they think are 12.

6            And child sex trafficking has become

7  the Number 2 highest crime in our country.  And I

8  think social media has allowed for people to enter

9  the lives of children, who in person those children

10  would have been savvy enough to never let that

11  happen, and parents wouldn't have let them in.

12            But the issue is, all those places and

13  people that my parents wouldn't let me go be and

14  see, my child doesn't have to leave her bedroom to

15  go see them.  So they're all right there inside

16  that phone preying on them, where I had to leave my

17  house and go find those things.

18            So the problem with social media that

19  has been exacerbated through COVID is all those

20  demons are right there inside your child's bedroom.

21  BY MR. BYRD:

22       Q.   Let me just ask you a couple of quick

23  follow-up things.  You were asked about hiring --

24  hiring more professionals to deal with social media

25  and whether you put that on the form or not.

```
                                        Page 138

 1           Just to confirm, you did hire more
 2   professionals because of the social media issues
 3   you've been dealing with, correct?
 4           MR. KEYES:  Objection to form.
 5   Mischaracterizes the testimony.
 6           THE WITNESS:  We hired more individuals
 7   because the mental health crisis spiked so sharply
 8   in -- in response to increased social media access.
 9   BY MR. BYRD:
10       Q.   And that's true even though you didn't
11   write it down somewhere in the funding request,
12   right?
13       A.   Correct.
14       Q.   You were asked about this
15   Interrogatory 5 --
16       A.   Yes.
17       Q.   -- that I think is Exhibit Number 2.
18       A.   Yes.
19       Q.   You were asked about two of the
20   categories, and I think you said you may have
21   contributed to the pupil personnel services was
22   one.  You couldn't recall.  Do you remember those
23   questions?
24       A.   I do.
25       Q.   Let me just ask you.  From what I
```

Page 139

1    understand what pupil personnel services do, well,

2    explain what that is, and how could that relate to

3    social media?  Even if you gave the weight or

4    didn't give the weight, how can that relate to

5    social media?

6                    MR. KEYES:  Objection to form.

7                    THE WITNESS:  So pupil personnel

8    workers do a lot of things, but a large part of

9    their job is managing attendance at the most

10   egregious levels.  So working with families when

11   children's attendance has become unresolved by

12   letters and phone calls.

13                    So the pupil personnel workers will do

14   a lot of home visits, taking families to court,

15   taking them to truancy court for children who are

16   missing a lot of school.

17                    And one of the things that we've seen

18   in my presentation to the Board of Education is we

19   have seen, you know, changes in our attendance.

20   And part of that, anecdotally speaking, we have

21   children not wanting to come to school either

22   because of how they feel about themselves, how

23   they've been made to feel by other people, bullying

24   and harassment that's occurred on social media, all

25   these things.

Page 140

1          So when you look at a caseload of

2    children not coming to school, every single one of

3    them has a different reason.  But a lot of what our

4    pupil personnel workers are seeing is students

5    wanting to be isolated for two reasons.

6               One, they've become uncomfortable being

7    in social situations because social media has

8    stripped that away from them.  But they also don't

9    feel as though they can get up and go a lot of

10   times because of the lack of sleep.

11              And I know that in California and

12   Florida, they're looking at changing school times

13   because of -- there's a recognition that school

14   starts too early because kids are not going to

15   sleep on time.  And some of that is because parents

16   are allowing them to have their phones in their

17   bedrooms at night.  And they can't figure out why

18   their child is so tired and looks depressed when

19   they're not monitoring the fact that their child

20   may have been on the phone until 4:00 in the

21   morning and then getting up at 6:00 for school.

22              So the PPWs are spending a lot of their

23   time trying to address attendance issues that would

24   not be issues if it not for some social media.

25   BY MR. BYRD:

Page 141

1          Q.   Okay.  And finally, at the beginning of

2    this deposition, you were asked about whether you

3    had done anything -- you had done anything to ask

4    the defendants to change their conduct or change

5    their platforms.  Do you recall that question?

6          A.   I do.

7          Q.   And you asked, do you mean me

8    personally; is that right?

9          A.    In this part.  I believe this morning I

10   was asked if the system had, but, yes, me

11   personally --

12         Q.   Yeah.  Has the district done anything

13   to ask the social media companies about --

14         A.   Absolutely, yeah, in this complaint,

15   because they recognize that they have all the power

16   in changing how -- in how this information is

17   delivered to children and, frankly, the impact that

18   that's having on them, so...

19              MR. BYRD:  Okay.  That's all I have.

20                       * * *

21                   EXAMINATION

22   BY MR. KEYES:

23         Q.   For Exhibit 2, the program/department

24   worksheet, where it says:  Pupil personnel

25   services, 5 percent.

Page 142

1           A.    Uh-huh.

2           Q.    Are you there?

3           A.    I am.

4           Q.    You said you may have spoken with

5     Buzz Williams?

6           A.    Yes.  I just remember getting this and

7     debating if I was going to look into it and answer

8     it or if he was.  I don't remember where that shook

9     out.

10          Q.    If Mr. Williams testified that he

11    picked the 5 percent weight for pupil personnel

12    services, would you defer to his testimony on how

13    he arrived at that 5 percent?

14                MR. BYRD:  Object to form.

15                THE WITNESS:  I'd say in part.  The

16    PowerPoint that you noticed earlier had

17    Mr. Richards as the supervisor of pupil personnel

18    services, so it's -- you know, he understands the

19    job and works with those -- with that staff and has

20    for years but doesn't have the historical knowledge

21    that I have having been a pupil personnel worker

22    for 12 years of my career.

23    BY MR. KEYES:

24          Q.    Well, but if Mr. Williams testified

25    that he picked the 5 percent weight for pupil

Page 143

1   personnel services --

2          A.    Uh-huh.

3          Q.    -- without consulting you --

4          A.    Uh-huh.

5          Q.    -- would you defer to his testimony on

6   how he arrived at the 5 percent weight?

7               MR. BYRD:  Objection.  And speculation

8   and vague.  And he doesn't know about what the

9   testimony was to be able to tell you whether he --

10              MR. KEYES:  Well, it's a --

11              MR. BYRD:  -- defers to it or not.

12              MR. KEYES:  Well, it's a speaking

13  objection.

14  BY MR. KEYES:

15         Q.    But if someone else said, "I picked the

16  5 percent," and you don't have any recollection of

17  picking the 5 percent, would you defer to his

18  testimony on how he picked the 5 percent?

19              MR. BYRD:  Object to form.

20              THE WITNESS:  I suppose I would have

21  to.

22  BY MR. KEYES:

23         Q.    You testified earlier that without

24  COVID, families, parents and students would not

25  have allowed students access to phones or social

Page 144

1    media as early as they did.  Did I get that right?
2         A.   I said I don't think they would have.
3    I think the --
4         Q.   Do you -- do you have any -- any --
5         A.   -- the trajectory would be different.
6         Q.   Do you have any data or research --
7         A.   No.
8         Q.   -- to support that opinion?
9         A.   No.
10        Q.   That's your impression?
11        A.   Yeah.
12             MR. KEYES:  Okay.  I have no further
13    questions.  Thank you, Mr. Hennigan.
14             MR. BYRD:  Okay.  We're done.
15             MR. KEYES:  Does anyone else?
16             MR. FLASTER:  None from Meta.
17             MR. KEYES:  Anyone else on Zoom have
18    any questions for Mr. Hennigan?
19             MR. KEYES:  Okay.
20             MR. BYRD:  I think we're done.  I will
21    say, for the court reporter, that I believe our
22    side has looked at your redact- -- they've proposed
23    redactions and are going to send it.  And you all
24    please chime in or do whatever.  And that's that
25    we -- we either have sent it or are soon sending it

Page 145

1    to you, to the court reporter.

2               THE VIDEOGRAPHER:  Stand by.  We are

3    off the record at 1743.

4               MR. KEYES:  Can you offer our times?

5               THE VIDEOGRAPHER:  Yes.  Mr. Keyes is

6    at 2 hours and 22 minutes.  And Mr. Byrd is at

7    16 minutes.

8               (WHEREUPON, the deposition was

9    concluded at 5:44 p.m.)

10              (Signature Reserved.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 146

1                DEPOSITION ERRATA SHEET

2

Case Caption:   In Re:  Social Media Adolescent

3    Addition/Personal Injury Liability Litigation

4           DECLARATION UNDER PENALTY OF PERJURY

5

6             I declare under penalty of perjury that

7    I have read the entire transcript of my deposition

8    taken in the captioned matter or the same has been

9    read to me, and the same is true and accurate, save

10   and except for changes and/or corrections, if any,

11   as indicated by me on the DEPOSITION ERRATA SHEET

12   hereof, with the understanding that I offer these

13   changes as if still under oath.

14

15

16             Signed on the _____ day of

17             _____, 20___.

18

19

20             _____

21                  BERNARD HENNIGAN

22

23

24

25

Page 147

1                    DEPOSITION ERRATA SHEET

2    Page No._____Line No._____Change to:_____

3    _____

4    Reason for change:_____

5    Page No._____Line No._____Change to:_____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23   SIGNATURE:_____DATE:_____

24                    BERNARD HENNIGAN

25

Page 148

1                DEPOSITION ERRATA SHEET

2    Page No._____Line No._____Change to:_____

3    _____

4    Reason for change:_____

5    Page No._____Line No._____Change to:_____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23   SIGNATURE:_____DATE:_____

24                  BERNARD HENNIGAN

25

Page 149

```
 1              CERTIFICATE OF REPORTER
 2
           I, Cindy A. Hayden, Registered Merit
 3   Reporter and Notary Public for the State of
     Maryland, do hereby certify:
 4
           That the foregoing deposition was taken
 5   before me on the date and at the time and location
     stated on Page 1 of this transcript; that the
 6   deponent was duly sworn to testify to the truth,
     the whole truth and nothing but the truth; that the
 7   testimony of the deponent and all objections made
     at the time of the examination were recorded
 8   stenographically by me and were thereafter
     transcribed; that the foregoing deposition as typed
 9   is a true, accurate and complete record of the
     testimony of the deponent and of all objections
10   made at the time of the examination to the best of
     my ability.
11
           I further certify that I am neither related
12   to nor counsel for any party to the cause pending
     or interested in the events thereof.  Witness my
13   hand, this 8th of May, 2025.
14
15
```



```
16   _____
17   Cindy A. Hayden,
     Registered Merit Reporter
18   Notary Public
     State of Maryland
19   My Commission expires:
     April 26, 2029
20
21
22
23
24
25
```

**[& - 3]**

| & |
|---|
| **&**  2:9,17 3:4,10 3:16 6:4 40:3 |

| **0** |
|---|
| **00039108**  107:7 |
| **00199774** 102:20 |
| **00199774-777** 4:17 102:16 |
| **03065**  1:8 |

| **1** |
|---|

**1**  4:10 9:2,6 149:5
**10**  19:4,5,10 21:5,5,6,11 22:24 53:11 54:16 55:3,5,6 55:9,13 56:25 57:11,14 58:2 60:2 88:8 89:24
**100**  79:1 90:8
**10013**  2:10
**102**  1:14 4:16
**106**  4:18
**110**  78:23
**1180**  3:16
**12**  21:5,6 22:25 137:3,5 142:22
**12.1**  68:10
**12.3**  68:19,24 69:14

**12466**  149:15
**126**  4:4
**14**  26:5 67:25 68:2 130:11
**14.8**  74:2
**141**  4:5
**1421**  5:8
**15**  18:4,6,11,12 19:4,5,10 22:16,17,18 80:16 105:9,10 115:21
**1527**  63:24
**1550**  64:5
**16**  69:24 78:17 83:2 101:3 145:7
**16.4**  74:11
**1600**  3:17
**1649**  112:24
**17**  4:15 52:12 64:8 78:17 107:15
**17.7**  76:9
**1708**  113:5
**1743**  145:3
**18**  71:19 107:19,19 131:25
**19**  86:25 87:7 87:19 107:16 107:19,19
**199777**  102:20

**1st**  9:19 12:9,20

| **2** |
|---|

**2**  4:11 40:6,7 47:16,22 48:10 88:1 101:2 137:7 138:17 141:23 145:6
**20**  18:4,6,11,12 73:23 80:4,10 83:2 104:12,13 146:17
**20024**  3:11
**2010**  14:8,12 17:7,14 18:1 20:9
**2015**  20:4
**2016-2017** 78:16,25 80:6 80:11,17,25 81:5 82:16 100:25 101:13
**2017**  10:5 17:16 18:1 20:4,19
**2018**  23:13 102:7 107:17
**2019**  11:2 25:16 101:25
**202.434.5584** 3:11
**2021**  71:22 103:15 106:9 128:24,25

**2021-2022**  4:14 64:6 68:9 70:2 74:1
**2022**  71:22
**2023**  4:15 64:8
**2024-2025** 92:10,15 93:2 94:24
**2025**  1:16 5:7 149:13
**2029**  149:19
**21**  65:4 104:11 104:14
**212.355.9500** 2:10
**21209**  2:4
**21st**  103:14
**22**  65:4 128:25 145:6
**220**  2:4
**25.3**  70:3
**250**  2:9
**26**  75:15,20 149:19
**27**  132:10 133:16
**27.9**  70:12
**2850**  2:4
**2:21**  1:16

| **3** |
|---|

**3**  4:13,14 40:8 47:19,25 48:17 64:6,11 78:13

Golkow Technologies,
A Veritext Division

101:2 127:1,2
**30**  18:25 19:1
22:14 48:2,6
137:3
**30309**  3:17
**3047**  1:4
**30s**  78:18
**312.862.1083**
3:5
**33.5**  71:23
**333**  3:4
**3400**  2:18
**38.7**  72:6 73:15
**3:27**  64:2
**3:50**  64:2

**4**

**4**  4:16 48:19
78:13,13
102:14,19
103:13
**4/21/21**  4:16
102:15
**40**  14:17
**404.572.2774**
3:18
**40s**  18:19
**410.421.7777**
2:5
**43**  78:13
**47**  4:11
**4:00**  140:20
**4:22**  1:4

**4:23**  1:8
**4:49**  113:2

**5**

**5**  4:3,18 52:24
53:19 54:7,11
55:18,18 56:6
56:11,20 58:9
58:11 59:4,5,9
59:19 88:7,17
88:20 89:24
100:23 106:17
106:23 107:2,8
138:15 141:25
142:11,13,25
143:6,16,17,18
**50**  137:5
**55**  100:24
**57**  81:8
**5:08**  113:2
**5:44**  145:9

**6**

**6**  40:7 48:2,6
106:22
**600**  2:18
**60654**  3:5
**62**  81:4
**64**  4:14
**680**  3:10
**6:00**  140:21
**6th**  36:23 37:3
37:6

**7**

**7**  1:16 127:4
**70.8**  76:14
**713.227.8008**
2:19
**75**  19:8
**77002**  2:19
**7th**  5:7 26:8
30:5,9 31:1
36:20,25 37:4
37:12,18 38:14
38:21,25 122:1

**8**

**8**  4:10 18:19
100:23
**80**  19:8 21:9
**8th**  2:9 26:6,8
30:5,20 31:2
36:21 37:5,18
38:8,15 122:1
122:14 149:13

**9**

**90**  21:9
**9th**  26:6

**a**

**ability**  26:17
149:10
**able**  18:20
25:13 28:23
39:18 43:23
44:14,19 45:10
81:14 85:16

89:10,18 91:19
93:15 94:2,16
95:9 96:9,15
99:3,9,17
106:4 112:11
112:12 117:13
125:11,18
126:1,7 136:2
143:9
**above**  30:4
**absence**  77:11
132:23,24
**absolute**
134:22
**absolutely**
42:14 77:25
78:6 127:20
136:20 141:14
**abuse**  68:3,11
68:14,15,16,20
68:25 69:16,20
70:4 84:9,15
84:16,20,25
85:1,5,6,9,20
85:23,24 86:21
110:5 130:12
131:3,16,18
**abused**  84:25
85:24
**academic**  89:21
104:1,16 105:3
105:17,20,24
**academically**
60:13 104:20

105:14
**acceptable**
136:12
**access** 32:19,21
33:18,22 34:24
36:15 43:3,8
44:5 123:23
126:5 138:8
143:25
**accessible**
127:25
**accessing**
119:12
**account** 26:11
26:21 27:14,16
27:18,22,25
28:1 30:10,12
30:14,16,18,21
30:24 31:12,15
31:19,22,25
32:4,9,12,16
33:18 55:23
57:2,5
**accounts** 29:23
31:3 32:7
**accurate** 71:17
73:18 90:8
109:17 135:17
146:9 149:9
**ace** 68:15 70:8
72:3 74:6
132:22 133:1
**aces** 65:3 67:6
67:16 75:16

76:5 77:15,19
77:19,20,22
128:14,15
132:12,16,17
133:11,17,19
**ackley** 120:24
120:25 121:7
121:14,16,18
122:20 123:21
**acronym** 81:19
130:15,21
**active** 14:11
**activities** 54:2,3
54:6
**activity** 32:24
34:21 37:22,24
**actually** 18:10
26:20 49:24
66:10 77:12
97:14
**adam** 3:15
**adaptability**
110:6
**added** 10:22
11:2
**addicted** 126:3
126:9 131:11
**addiction** 1:3
5:11 113:14,16
114:4,7,12,15
114:18,20
115:5,8,10,13
115:19 116:5
116:10,15,19

116:23 117:3,8
117:18,23
118:2,6,10,15
119:9,23 120:3
125:21 132:7
**addictions**
114:9,25
**addictive**
111:19
**addition** 57:9
61:8,10 63:12
102:5 111:3
146:3
**additional**
115:2
**address** 81:22
140:23
**addressed**
94:23
**addressing**
91:13
**adept** 108:9
**administered**
66:9
**administers**
66:3
**administration**
1:13
**administrator**
15:14 125:2,12
**administrators**
125:8
**adolescent** 1:3
5:11 146:2

**adolescents**
72:22
**adopted** 123:12
**adopting** 123:9
**adult** 134:14
**adults** 18:19
19:3 21:8,16
21:18,19 114:1
134:15
**advance** 109:9
**adverse** 4:15
64:7 67:9 70:8
72:3 74:6 76:8
76:13,23 77:3
78:1 111:14
**adversely**
110:7 133:1
**advertised**
25:19
**affected** 133:1
**affirmative**
69:13 71:1
75:5
**afraid** 83:19,24
**afternoon** 6:1
**age** 18:15 30:3
136:13 137:2
**ago** 21:23 22:4
25:14,15,15
28:6,8 29:8
36:10 50:14
103:17 116:20
**agree** 84:2,24
85:22 86:6,11

[agree - assessment]    Page 4

86:18 87:6
**ahead**  31:6
  53:23 55:22
  105:23 110:15
  135:19
**aid**  15:17,18
**ailments**  81:13
**air**  1:15 5:10
  121:24 122:5,8
  122:9
**akeyes**  3:12
**al**  1:7
**alarm**  108:16
**alcohol**  70:24
  108:3,18 128:5
  129:11
**alert**  33:8,14
  34:7 38:18
**alex**  3:3
**alex.ingoglia**
  3:6
**allow**  37:20
**allowed**  33:4
  137:8 143:25
**allowing**
  140:16
**alphabet**  3:7
**alton**  101:20
**ambiguous**
  83:7
**amended**  4:12
  47:17,23
**amount**  19:21
  19:23 33:23

54:1 55:25
56:1,2,4
**andrew**  3:9 6:2
**anecdotal**
  93:23 94:1,21
**anecdotally**
  111:6 139:20
**annoyed**
  131:12
**annually**  66:16
  66:16
**anonymous**
  69:11
**answer**  7:20
  8:8 36:13
  51:10 53:3,7
  53:15 57:16
  66:23 69:3
  70:25 72:21
  95:2 96:13,14
  96:22,23
  111:16 112:2
  112:19 142:7
**answered**
  71:14 87:10,22
  110:14 125:6
**answering**
  69:12 75:4,10
**anticipate**  12:8
**anxiety**  61:25
  62:12,19 63:6
  81:12,20 100:6
**anxious**  110:20

**anymore**
  113:23
**app**  27:21 28:3
  32:22,25 33:1
  33:2 34:6
  36:18 37:22,23
  38:2,12,16
  39:13,13 44:6
  45:23 46:2,5,8
**appearance**
  2:22
**appearances**
  2:1 3:1
**appears**  67:12
  107:9 129:21
**apple**  38:11
  42:24
**apply**  38:20
**approached**
  19:14 104:5
**approve**  38:12
  38:19
**approximately**
  78:23 79:1
  80:4,10
**apps**  38:5 39:1
  39:9,10,14,19
  43:3 47:6,8
  123:6
**april**  103:14
  104:11 106:9
  149:19
**apt**  90:10

**area**  115:18
**areas**  114:24
**areinke**  3:18
**arndt**  3:20
**arrive**  55:17
**arrived**  56:6,11
  57:11,14
  142:13 143:6
**arriving**  57:1
**art**  122:17
**article**  111:6
**articles**  115:7
**asked**  8:2,11,13
  8:17 19:17
  23:17 31:2
  49:3 71:13
  87:9,21 92:2
  92:13 95:4,6
  100:10 110:13
  116:16 118:8
  125:5 126:23
  128:2,3 130:11
  130:23 131:25
  135:5,6 137:23
  138:14,19
  141:2,7,10
**asking**  40:25
  48:3 75:13
  94:21 99:24
  103:20 117:6
  118:13
**assessment**
  57:18 58:20,21
  91:23 92:1,16

93:2 94:10,25
**assigned**  58:10
**assigning**  56:20
58:2
**assistance**
82:12
**assistant**  9:14
10:17,20 12:5
12:24
**associated**  75:4
109:13 135:23
**assume**  46:7
116:22
**assuming**  36:10
66:8 67:1
68:16
**atlanta**  3:17
**attachment**
49:23,24
**attempt**  127:13
**attempts**  110:4
**attend**  123:6
**attendance**
90:22 139:9,11
139:19 140:23
**attendees**  24:24
**attending**
25:10
**attention**  25:18
85:14 123:22
131:13 134:17
**attorney**  6:3
**attributable**
59:22 60:5

112:7
**attribute**  62:13
**attributed**
95:12 96:1,12
96:18 97:25
99:6,12,19
**author**  112:17
**automatically**
27:24
**availability**
56:15
**avenue**  1:14
136:4
**average**  137:2
**aware**  35:22
39:10 65:12
93:10,11,12
97:23

**b**

**b**  4:7 48:2,6
122:2
**babies**  85:12
**bachelor's**
13:13
**back**  11:1
35:25 36:4
56:4 57:10
80:5 82:18
88:1 104:14
105:17
**bacon**  2:17
**ballpark**
113:12

**baltimore**  2:4
7:1
**barrier**  92:6
**base**  73:5
**based**  9:11
41:18 54:5
57:8 60:15
82:21 90:19
94:5 99:25
104:14 107:14
130:6,6
**basis**  22:12,15
22:19 23:1,6
61:5 69:9,18
110:10
**bates**  4:17
64:13,15
102:15,20
107:6
**becoming**
82:22
**bedroom**  32:20
33:20 130:1
137:14,20
**bedrooms**
140:17
**bedtime**  92:4
**began**  19:24
**beginning**
141:1
**behavior**  35:7
35:19 79:12,17
80:8 97:1,17
97:25 100:5

129:25
**behavioral**
65:7,14,22
66:14 89:20
**behaviors**
99:25
**bel**  5:10 121:24
122:5,8,9
**believe**  9:1 12:9
14:3,8 15:3
24:19 25:19,24
32:14 36:20
51:23 53:8,16
54:11 56:12
57:17 58:5,8
58:11 70:16
72:10 74:15
75:7 80:20
87:14 91:25
92:12,13
109:19 127:3
131:19,23
141:9 144:21
**believing**  136:5
**bell**  1:15
136:11
**belonging**
134:23,25
**bereal**  40:18
**bernard**  1:11
4:10 5:14,20
6:8 9:2 146:21
147:24 148:24

**bernstein** 2:9
**best** 25:16 35:2
35:5 149:10
**better** 77:21
**biannually**
66:17
**big** 26:15 39:16
78:7 82:24
135:1
**billable** 18:11
**birthday** 26:8
**bit** 112:11
**blip** 133:9
**block** 38:6
**board** 1:6 4:11
47:16,23
107:10 108:7
109:10 123:8
139:18
**body** 105:9
**book** 110:22
111:9 112:14
**born** 85:13
**bottom** 103:6
103:13
**boys** 42:9,10
**bradley** 3:20
5:5
**brain** 123:25
**brawl** 42:7
**break** 63:21
112:22
**breakdown**
21:15

**brockstedt** 2:3
**brought** 104:14
**budget** 13:9
**building** 1:13
54:23
**buildings**
101:17 102:10
120:12
**bulk** 105:7
**bullied** 58:24
58:25 90:25
**bullying** 58:17
58:18 59:7
108:5 139:23
**buzz** 52:18
107:22 142:5
**byrd** 2:8 4:4
8:7 23:25 27:3
31:4 34:17
39:6,21,25
41:4,10,25
42:15,18 43:4
43:9,14 44:2
44:11,15,22
45:6,20 46:20
48:1 49:4 51:9
53:1,13,22
55:20 57:15
59:24 62:23
63:1,19,22
64:15,18,24
66:6,22 67:7
67:10,18 69:1
71:13 72:19

74:17,24 76:17
76:19,25 80:19
83:16 84:5
86:3,15 87:2,9
87:21 90:6
93:18 95:1,14
96:3,20 97:3
98:3 99:14,22
104:23 105:22
106:23 110:13
111:15,25
115:15 118:17
118:23 121:4
124:22 125:5
125:16,22
126:18,22
128:1,13,20
131:14,21
132:9 133:15
135:4,18
136:14 137:21
138:9 140:25
141:19 142:14
143:7,11,19
144:14,20
145:6
**bytedance** 3:14
3:14

**c**

**c** 5:1
**cabraser** 2:9
**california** 1:1
5:13 140:11

**call** 47:13
133:6
**called** 38:11
50:17 81:18
**calls** 139:12
**calm** 81:19
**camera** 45:23
46:2,5,8,10
**capacity** 41:12
48:4 55:22
60:19,19,20
**caption** 146:2
**captioned**
146:8
**care** 85:17
**career** 90:11
142:22
**carefully** 104:5
**case** 1:8 8:3
63:15 146:2
**caseload** 89:16
140:1
**caseloads** 57:2
82:21,23 89:1
**cases** 7:4 60:21
89:15
**catalyst** 28:23
**categories**
138:20
**category** 48:15
73:6
**caught** 108:13
108:16,18

**causal**  112:6
**causation**
   111:3
**cause**  89:12
   132:1 149:12
**caused**  62:6
   87:19 110:9
**causing**  28:21
**celebration**
   26:13
**cell**  33:19 34:7
   34:14,25 36:19
   36:22 37:1,5
   37:12,19 39:20
   40:16 41:9,20
   42:12,22 43:2
   44:8,20 45:5
   45:11,19 47:5
   126:4,9
**center**  17:8,14
   17:18,20 18:17
   18:22 19:3,12
   19:22 22:7,11
   113:8
**central**  1:12
**certain**  92:20
   97:21
**certificate**
   149:1
**certifications**
   13:25 14:4,25
   15:1,5
**certified**  15:17

**certify**  149:3,11
**challenge**  68:23
   69:6,8
**change**  9:11
   141:4,4 147:2
   147:4,5,7,8,10
   147:11,13,14
   147:16,17,19
   147:20,22
   148:2,4,5,7,8
   148:10,11,13
   148:14,16,17
   148:19,20,22
**changed**  9:13
   9:22 20:24
   21:14
**changes**  139:19
   146:10,13
**changing**  12:8
   140:12 141:16
**channel**  29:18
**characterize**
   135:17
**characterizing**
   122:25 123:20
**charge**  7:1
   19:20 33:19
**charged**  32:20
   37:21
**charging**  36:17
**chart**  48:15,16
   48:21,24 49:2
   49:14,19 50:17
   68:18 70:11

   72:6 74:11
**charts**  76:1
**chase**  2:18
**check**  38:24
   73:12
**checked**  33:22
**chicago**  3:5
**chief**  108:17
**child**  7:2 19:17
   35:3 77:18,19
   77:19,21 78:3
   78:5 131:12
   132:25 133:3
   137:1,6,14
   140:18,19
**child's**  61:13
   137:20
**childhood**  4:15
   64:7 67:9 70:8
   72:3 74:6 76:8
   76:14,23 77:3
   77:9,23 78:1
   133:24
**childrearing**
   85:17,18
**children**  18:14
   19:15,18 24:22
   61:24,25 62:1
   62:10,15,18
   63:16 69:11
   78:8 83:12
   108:10 119:5
   119:15,17
   122:12 129:23

   130:5 134:4,11
   134:15,20
   136:2,9,21
   137:9,9 139:15
   139:21 140:2
   141:17
**children's**
   119:17,19
   120:2,7 139:11
**chime**  144:24
**choose**  53:18
   54:16 65:25
   66:1
**choosing**  97:9
**christina**
   101:20
**cigarette**  130:1
**cindy**  5:17
   149:2,17
**circumstances**
   7:9
**cite**  110:25
   111:10
**claim**  75:18
**clans**  42:5
**clash**  42:5
**class**  73:11
   108:14,19
**classes**  15:8,11
   90:15
**classroom**  57:7
   66:8,11,11
   120:19

**classrooms**
85:13 120:12
**clear** 41:11
48:3 71:5
72:21 73:3
75:13 92:23
97:16
**clearly** 106:14
124:24
**client** 21:21
22:1
**clients** 17:17
18:2,7,16,21
22:12 113:7,9
113:19,21
114:2,6
**clinical** 14:1,7
14:22 16:8,9
16:14,19,24
17:5,13 20:6
21:22 22:2,6
23:11 80:24
98:17 99:5
114:12,19,22
116:14,18
117:6,17,19
118:6 125:24
**clinician** 20:16
114:24
**clinicians** 20:12
**close** 86:8,23
**closer** 21:5 61:4
**cloud** 38:11

**coaches** 79:12
79:17 80:8
97:2,17,25
**collected** 94:24
**college** 13:19
30:5,6 31:12
36:5 90:11
**come** 25:17
38:2 91:3
115:25 116:23
117:2,7,14,22
118:1,9,14
139:21
**coming** 84:13
84:19 90:15,22
93:16 105:17
123:2 140:2
**comments**
111:12
**commission**
149:19
**communicati...**
25:9 40:3
53:14
**communities**
133:19
**community**
11:15 91:12
134:5,11
**companies**
141:13
**compared**
10:22 11:3

**comparing**
130:5
**comparison**
127:23
**complaint** 7:18
141:14
**complaints**
81:15
**complement**
36:12 40:18
**complete**
108:14 149:9
**computers**
85:15
**concern** 105:8
105:13 119:11
**concerning**
54:4,8,13 55:7
55:14,19 56:5
58:12 59:4
60:11 61:1
88:19,20 89:25
**concerns** 57:10
57:12 61:13
75:9 100:1
102:9 106:13
111:3
**concluded** 55:8
145:9
**concluding**
59:3
**conclusion**
117:5

**concrete** 75:1
**conduct** 66:14
141:4
**conducts** 65:13
**confirm** 138:1
**confiscated**
35:10
**conflict** 108:4
**confounding**
38:13
**connect** 136:2,3
**connection**
62:21
**connolly** 3:10
6:4
**consequence**
35:3,18
**consequences**
58:14 83:14
86:12 111:14
**consider** 56:19
57:1 58:1
**considered**
39:12,16
**consistent**
76:21 127:17
129:4
**constraints**
34:1
**consult** 58:5,7
91:22
**consulted**
56:22

**consulting**
143:3
**contact** 86:8,23
103:21
**content** 29:21
33:9,10 34:7
36:18 38:6
44:9 59:22
60:5 61:9,20
61:22 111:11
111:18,20,22
112:5,7
**context** 27:8
**continued** 2:22
3:1
**continues**
48:19
**continuing**
14:14,18
**contracts**
101:15
**contributed**
51:14 138:21
**contributions**
51:10
**control** 34:19
34:24
**controls** 34:14
35:21,23 37:15
37:17
**conversation**
52:17 125:7
**conversations**
51:11 53:4

98:9 119:10
**converting**
93:2
**copies** 66:25
**corporate** 7:13
7:19
**correct** 10:15
13:17 16:16,17
30:8 34:8 39:4
39:5 41:3
46:11 54:15
59:8 63:2
68:15,22 69:19
70:14 72:8
74:13 75:19
76:11,18 78:21
83:5,15 84:10
84:11,17,21,23
87:24 88:15
90:5 92:12
93:14 94:12,15
96:8,25 97:19
97:22 98:16
100:17 101:8
101:10 109:21
109:22 117:9
117:15,16,16
119:24 120:16
121:17 123:10
128:23 138:3
138:13
**corrections**
146:10

**correctly** 37:13
**correlation**
131:8
**counsel** 3:21
5:15 7:16
23:21 51:12
53:5,6,15
128:2 135:5
149:12
**counseling**
13:19 20:11,16
20:21 22:8,22
23:11 51:20
52:2,21 53:12
54:17,24 55:4
55:9,12 56:25
58:3,21 59:14
60:3,18,24
61:3,19 79:4
79:22 81:9
88:9 89:23
100:16 101:6
108:1,8 113:20
114:3
**counselor** 14:2
14:7,23 15:16
16:9,10,15,20
16:24 17:6,13
20:7 21:22
22:2,6 23:12
23:14 61:15,16
98:18 99:6
115:1,1,5

**counselors**
11:11 54:20,22
57:3,22 61:23
78:20,22,24
79:4,17 80:24
96:11 101:6
**country** 137:7
**county** 1:7,12
3:21 7:1,13,25
10:4 12:22,25
13:3,6,9 16:10
16:15 17:6
23:15 25:21
29:18,22 44:4
45:18 46:16
65:17,20 66:4
66:20 67:6
68:20,25 69:21
70:13,18 71:11
72:7,12,17
74:12,22 78:11
78:15,19 79:2
80:3,9,15,23
81:2 95:11
96:11,17 99:11
100:14,18
113:9,21,25
116:3,9 117:21
117:25 118:9
118:14 119:10
119:14 120:1,6
124:19 125:2
125:12,20
126:3,9 130:12

**county's** 4:12
47:17,23
**couple** 126:18
137:22
**coupled** 56:3
**course** 83:21
**court** 1:1 5:12
5:17 7:3,8
139:14,15
144:21 145:1
**courtroom** 6:14
**covered** 128:25
**covering**
100:23 101:2
**covid** 82:25
83:2,4,7,8,11
83:14,20 84:3
84:9,12,12,18
86:7,12,12,19
86:21,25 87:7
87:15,19 103:7
103:9,18 106:8
135:5,8,14,22
135:23,25
136:8,16
137:19 143:24
**crazy** 72:24
73:14
**create** 26:17
98:23
**created** 98:18
110:3 132:5
134:24 136:20

**creation** 99:5
**crime** 137:7
**crisis** 56:3 57:9
60:19 89:6,12
136:7 138:7
**current** 9:12,14
10:2 94:11
123:9
**currently** 17:3
19:22 20:22,23
26:21 32:4
38:8 100:19
109:7
**curriculum**
12:19
**curve** 136:11
**cut** 73:3
**cv** 1:8
**cyberbullying**
58:14

**d**

**d** 4:1 5:1
122:16
**daily** 29:16
57:6
**damages** 48:15
**data** 38:4 56:13
56:15 57:18,19
65:4 91:23
92:7,21 93:24
94:9,23 125:19
126:2,6,8
127:23,24

129:7 144:6
**date** 5:7 147:23
148:23 149:5
**dated** 4:16
102:14
**daughter** 25:24
25:25 26:1,2
30:9,20 31:11
33:17 36:21,25
37:4,5,16 38:9
38:14
**daughter's**
38:25
**daughters** 30:1
31:2 37:18
38:6 45:22
**day** 29:12
33:23 54:25
85:17 101:9
123:24 124:1
134:9 146:16
**dc** 3:11
**deal** 34:2 54:22
89:7 133:9
137:24
**dealing** 56:7
58:13 72:22
138:3
**dealt** 114:12
**debating** 142:7
**decades** 127:22
**deciding** 51:21
**deck** 25:1
109:12

**declaration**
146:4
**declare** 146:6
**dedicated** 54:8
56:6
**default** 27:25
**defendant** 3:2
**defendants**
2:13 3:7,14
4:13 6:5 8:3,14
8:20,24 39:9
40:10 47:18,24
126:10 141:4
**defense** 128:2
**defer** 142:12
143:5,17
**defers** 143:11
**deficit** 89:20
**deficits** 105:17
**define** 118:3
**defined** 70:22
73:20
**definitely** 35:2
35:5 66:1
131:6,7
**definition** 40:4
40:8 71:7 75:2
**definitionwise**
75:12
**degree** 15:20
15:22 79:14
134:21
**degrees** 13:23
13:24

**delivered**
107:10,12
111:19 141:17
**demons** 137:20
**department**
11:10 13:6
15:13 50:1
51:14,17,22
53:20 54:12,17
55:5,12 59:3
62:8 64:13
65:13 66:13
88:3,18 111:4
141:23
**departments**
13:9 51:25
52:19
**dependent**
132:22
**depending**
89:15 92:23
**depends** 99:23
**depo** 24:1
**deponent** 5:14
149:6,7,9
**deposition** 1:11
5:9 6:16 7:12
7:16,23 141:2
145:8 146:1,7
146:11 147:1
148:1 149:4,8
**depressed**
60:15 73:17
140:18

**depression**
62:1,20 63:6
100:6 110:1,2
110:6,12
111:13 133:5,6
**deputy** 3:21
12:10,15,17
**describe**
125:13
**described**
37:14 124:20
125:3
**description** 4:9
**designated**
7:19
**designee**
107:23
**detail** 83:8
**detailed** 125:9
**deterioration**
131:10
**determine**
81:14
**determined**
54:5
**detrimental**
77:12
**developing**
89:18 90:4
**development**
17:8,14,18,20
18:17,22 19:3
19:12,22 22:7
22:10 113:8

**device** 35:23
**diagnosed**
116:3,9 117:22
118:6,10
**diagnoses**
105:16 125:24
**diagnosis** 132:5
**difference** 11:7
71:16
**different** 18:23
18:24 57:23
71:10 72:16
74:21 140:3
144:5
**direct** 105:5
115:23
**directed** 53:5
**directing** 49:7
**direction** 53:14
**directly** 47:10
58:16,23 99:8
99:24,24 110:1
110:11 129:9
**director** 9:17
10:8,9,10,14
11:1,4,9,13,16
11:20,24 12:1
**disclose** 51:11
53:14
**discontinue**
8:14
**discord** 40:19
**discretion** 99:1

**discuss** 49:7,9
**discussed** 49:10
110:20 119:11
120:17
**discussing**
127:18
**discussion**
119:6 120:13
122:10
**discussions**
119:5,18,25
120:5
**disney** 45:1
**district** 1:1,1
5:12,13 7:3
16:21,25
141:12
**division** 5:6
**diy** 27:10,12
**document** 1:5
4:18 49:24
64:12,20
106:17 127:15
128:7
**documents**
7:18 56:10
57:13 65:19
**doing** 19:16
54:2,6 57:8
88:21 94:17,22
95:5,6
**dollars** 82:2
**doors** 137:1

doorstep  57:22
download
  38:15
downloaded
  28:12 34:6
downward
  128:12
dr  12:13
draft  92:19
  93:12 94:13
drain  89:1
dramatically
  77:16
drastically
  20:24
drawn  57:10
  133:2
drinker  70:23
  70:25 71:3,7
drive  2:4 3:21
drops  77:16
drugs  108:3,18
due  95:17
  100:8 123:5,25
duly  5:21 149:6
durante  122:16
  124:13
duties  82:22
duty  102:1
dyann  12:13,13
dying  83:22,25
  86:19,20
dysregulated
  60:18

dysregulation
  60:20

**e**

e  4:1,7 5:1,1
  28:25 122:2,16
earlier  7:12
  9:17 23:17
  26:13 29:25
  62:7 128:4
  129:18 142:16
  143:23
early  140:14
  144:1
easier  18:3
  84:20
easter  29:2
eben  2:16
ed  11:20
edgewood
  122:17
education  1:6
  4:11 11:14
  12:19 13:13,18
  14:14,19 15:13
  47:17,23 56:13
  56:14 105:8
  106:12 107:11
  109:10 123:9
  139:18
educator
  121:22
effect  9:19
  77:24 83:4

86:25 87:7,15
  87:20
effective  10:2
effects  133:19
eflaster  2:20
egregious
  139:10
eight  23:2
  80:21
either  33:23
  38:5 51:5
  66:10 75:18
  84:25 85:23
  90:2 98:4
  101:5 112:10
  112:16 113:25
  122:1 139:21
  144:25
elected  35:22
  35:24
elliot  2:15
ellis  3:4
email  49:3
  103:3,5,12,14
  103:19,25
  105:6,9
emails  4:16
  49:6 102:14,21
embarrassed
  75:5 91:2
embedded
  109:22
emotional
  67:23 68:3,10

68:14,15,17,20
  68:25 69:16,20
  85:9 89:21
  130:12 131:3
  131:16,18
employ  78:11
  78:15,20,22,24
  79:3,24 80:3,5
  80:9,11,15,17
  81:3,5
employed  10:4
  100:14
endorsement
  15:7,10
engage  100:15
  129:24 134:7
engaged  85:15
engaging  134:5
english  13:14
enter  137:8
entire  102:2
  146:7
entities  15:4
entity  15:4
  17:21
environment
  136:20
equal  85:19
equally  85:7
equivalent
  50:18 51:8
errata  146:1,11
  147:1 148:1

**especially**
72:22 129:19
**espn** 43:3,8
44:5
**esq** 2:3,8,8,16
2:16,17 3:3,9,9
3:15
**essence** 91:12
**esteem** 61:24
62:11,19 63:5
**estimate** 18:20
18:25 25:13
55:3,11,18
89:25
**et** 1:7
**events** 134:11
149:12
**eventually**
11:15 17:9,10
19:25
**everybody**
26:14 129:21
**exacerbate**
131:17 132:1
**exacerbated**
62:5 105:16
137:19
**exact** 69:23
100:3
**examination**
4:3,4,5 5:24
126:21 141:21
149:7,10

**examined** 5:21
**examples** 60:8
**except** 95:15,22
95:23 146:10
**exchange**
102:23 103:17
**excited** 123:2
**exclude** 135:7
**exclusively**
87:3
**executive** 9:17
10:8,13,25
11:13,19 12:1
**exhibit** 3:20
4:10,11,14,16
4:18 9:2,6 40:6
40:7 47:16,22
48:10,14 64:6
64:11 88:1
102:14,19
103:13 106:17
106:22 107:2,8
125:6 126:25
138:17 141:23
**exist** 132:6
**existed** 127:22
**existence** 97:7
99:2
**existing** 90:2
**expand** 85:21
**experience**
41:18 45:12,17
46:22 47:4
70:9 72:4 74:7

76:22
**experiences**
4:15 64:7 67:6
67:9,16 76:9
76:14,23 77:3
77:4,9,23 78:1
133:20,25
**experiencing**
62:21 63:5
**expertise**
115:23,24
131:2
**expires** 149:19
**explain** 139:2
**explicit** 33:15
**exploration**
90:11
**explore** 38:5
**exponential**
102:3
**exponentially**
62:8
**exposed** 68:10
68:20,25 69:16
69:20 70:3,13
70:18 71:11,23
72:7,12,17
74:2,12,22
84:25 85:23
86:21
**exposure** 68:14
70:7 72:2
**expound** 129:6

**extent** 48:5
49:5 53:4
101:24
**extreme** 63:15
**extremely**
73:16

**f**

**f** 2:13 122:2
**f12936-0000...**
64:14
**face** 54:20,25
55:1
**facebook** 2:13
2:13,13,14,14
27:14 29:22
30:12,23 31:18
31:25 32:2,6
40:11
**faces** 120:24
**facetime** 47:13
**fact** 7:23 93:9
140:19
**factor** 78:7
110:2
**factors** 56:19
58:1 109:14,18
127:22 132:23
**failing** 90:14
**failure** 7:2
**fair** 55:10
84:16 96:5
98:15

**fall** 34:19 104:3
  104:12,12,13
  104:18
**fallen** 104:20
**families** 56:2
  139:10,14
  143:24
**family** 110:5
  115:1
**far** 42:2 57:20
  75:12 114:13
  118:24 128:19
**fear** 83:14
  86:19,20
**feature** 8:3
**features** 8:14
  8:21
**federal** 81:24
  82:2,7,13
**federico** 2:3
**feel** 33:25 40:17
  66:16 69:12
  90:12 95:6
  134:16 139:22
  139:23 140:9
**feeling** 60:15
  106:3 133:5
  134:13,19,23
  134:25
**feelings** 133:11
**felt** 38:2 86:6,9
  136:21
**female** 129:2

**females** 129:19
**field** 117:3
  131:2
**fight** 73:13
  90:13
**fighting** 59:11
**fights** 75:23
**figure** 38:22,23
  140:17
**file** 64:18
**filter** 33:10,12
**filtered** 33:13
**filters** 130:6
**final** 92:16,18
  93:3,11 94:14
**finally** 141:1
**finance** 13:8
**find** 37:25
  65:23 101:11
  136:1 137:17
**finding** 108:10
**finished** 56:16
**fire** 108:4,16,17
**firm** 6:3
**first** 5:21 10:7
  11:19,21 14:6
  15:17,18 29:13
  45:23 49:2,14
  49:18,25 50:12
  51:4 55:16
  98:20 101:3,23
  103:6,9,13,19
  104:3 107:18
  107:19 109:12

122:2
**five** 18:13
  20:25 21:1,15
  21:16 23:5
  25:15 27:4
  28:6,7 29:8
  57:4
**flagged** 40:10
**flaster** 2:16
  126:17 144:16
**fleeting** 133:5
**floor** 2:9
**florida** 140:12
**focus** 88:3,6
  103:12 133:19
**follow** 25:3,6
  35:4 126:19
  137:23
**following**
  103:24 122:11
**follows** 5:22
**forbes** 122:2
  124:4
**force** 112:7
**forced** 88:25
  105:18
**foregoing**
  149:4,8
**form** 8:7 23:25
  24:3 27:3 31:4
  34:17 39:6,21
  41:4,10,25
  42:15 46:20
  51:9 53:1

57:15 59:24
  62:23 63:1
  67:10,18 69:1
  71:13 72:19
  74:17 76:17,25
  80:19 83:16
  84:5 86:3,15
  87:2,9,21 90:6
  92:20 93:18
  95:1,14 96:3
  96:20 97:3
  98:3 99:14,22
  104:23 105:22
  110:13 111:15
  111:25 115:15
  118:17 124:22
  125:5,16,22
  127:19 128:9
  128:15,17
  131:4,20 132:3
  132:20 134:1
  135:15 136:17
  137:25 138:4
  139:6 142:14
  143:19
**format** 107:7
  111:18
**fortnite** 41:24
**foundation**
  43:4,23 66:6
  66:22 67:11,19
  69:1 72:19
  74:17 76:19,25
  80:19 131:5

134:2
**four** 21:23 23:2
23:3,3 28:6,7
29:8 42:10
76:13 77:15,19
77:20 82:18,19
98:21
**frankly** 34:1
56:23 134:9
136:25 141:17
**freed** 88:22
90:1
**freeman** 2:17
**freshman** 30:5
30:6 31:11
36:5
**friends** 119:5
119:16,17,19
120:2,7 129:16
134:19 136:21
**friendships**
134:21
**front** 92:1
**frontline** 61:17
**frustrated**
105:14
**frustration**
104:2,17,19
105:3,20,24
**fulfilled** 14:18
**full** 6:6 17:23
19:21 36:12
40:18 50:18
51:8

**function** 8:4
**functions** 8:15
8:21
**funded** 82:6
**funding** 81:25
82:12 96:2,19
97:8,11,24
98:2,23,25
99:13,18,20
102:12 138:11
**further** 144:12
149:11

**g**

**g** 5:1
**game** 39:17
40:23 41:21
**gamer** 137:2
**games** 24:22
41:8,19,23
45:14 137:4
**general** 3:21
33:7 41:14
66:11 68:16
75:9 77:5
113:17 114:7
135:22
**generalized**
131:10
**generally** 83:10
**generation**
110:21
**generically**
119:2

**georgia** 3:17
**getting** 18:11
28:11,22 38:12
60:14 83:19,22
83:25 86:19,20
90:23 91:20
93:17 94:3,18
119:7,20 120:8
140:21 142:6
**girl** 42:11
**give** 15:4 18:20
60:8 121:4
122:23 139:4
**given** 6:16,19
86:19 104:4
121:12
**giving** 6:13
**go** 31:6 38:16
45:23 53:23
55:22 84:20
86:9 88:1
92:21,24 94:6
105:23 107:21
110:15 129:22
130:3 135:19
137:13,15,17
140:9
**going** 75:6,10
79:14,15 85:1
85:24 90:14
92:3 103:5
108:19 113:23
118:25 127:15
128:15,22

129:8,8,12,24
129:25 130:2
133:1 135:16
136:6 140:14
142:7 144:23
**golkow** 5:6
**good** 6:1 14:15
14:20 19:16
75:19 76:4,10
76:15 130:14
136:4
**google** 3:7 6:4
**googling**
116:24 117:1
**government**
81:24
**grade** 26:8 30:9
30:20 31:1,2
36:20,21,24,25
37:3,4,5,6,12
37:18,18 38:8
38:14,25 92:25
104:15 121:21
121:25 122:6
122:13,14
**grader** 26:6,6
38:15
**grader's** 38:21
**grades** 65:25
66:2 121:21,25
122:6,13
**grant** 82:2
**great** 69:10
83:2 88:23

**greater** 67:17
**grew** 83:1
**group** 23:3,3
  23:10,12 55:2
  105:6 122:11
**groupme** 40:19
**groups** 18:9,13
  22:11,18,21
  23:9 57:6 61:9
  61:20,24 88:25
  89:4
**grown** 62:8
  81:7 134:15
**growth** 82:20
  82:21 102:3
**guess** 25:16
  36:11,13 38:10
  57:16 83:10
  99:23 104:1,16
  105:2 106:10
  106:10 107:17
**guided** 20:11
  20:16,21 22:7
  22:22 113:20
  114:3

**h**

**h** 4:7
**haidt's** 110:22
  111:9 112:13
**half** 22:16
  104:4 107:19
**hampton**
  121:20

**hand** 149:13
**handouts** 24:23
**happen** 137:11
**happened**
  83:11 118:21
**happening**
  130:10 134:18
**happens** 66:8
  66:10
**harassment**
  139:24
**hard** 70:20
  71:2,16 72:21
  73:7
**harder** 106:4
**hardy** 2:17
**harford** 1:6,12
  3:21 4:12 7:13
  7:25 10:4
  12:22,25 13:3
  13:6,9 16:10
  16:15 17:6
  23:15 25:20
  29:18,21 43:20
  44:4 45:18
  46:16 47:17,23
  65:17,20 66:4
  66:20 67:5
  68:19,25 69:21
  70:12,18 71:11
  72:7,12,17
  74:12,22 78:11
  78:15,19 79:2
  80:3,8,15,23

81:2 95:10
96:10,16 99:10
100:14,18
113:9,21,24
116:3,9 117:21
117:25 118:8
118:13 119:10
119:14 120:1,6
124:19 125:2
125:12,19
126:2,8
**harm** 62:2,12
  62:20 63:7
**hayden** 5:17
  149:2,17
**hcps** 4:17,19
  102:16,20
  106:18 107:7
**head** 36:6
  49:20 100:21
  112:15
**health** 4:18
  15:17,18 25:20
  59:21 60:5
  61:14 64:13
  65:13 66:11,14
  67:17,22,23
  75:18 76:3,6
  76:10,15,24
  77:5 79:5,22
  81:10,17 83:5
  83:14 84:4
  85:3 86:2,14
  87:1,8,16,20

99:25 100:5
101:14 102:2,6
102:8,11 104:2
104:17 105:3
105:15 106:12
106:18 107:21
108:24 111:2,4
127:10 128:21
129:3,8 138:7
**hear** 23:23
  135:12
**heard** 23:18
  42:6,8 111:7
**hearing** 120:11
**heed** 89:6
**heimann** 2:9
**held** 5:9
**help** 81:11
  108:10,20,21
  133:24
**helping** 59:6,10
  59:21 60:4
**helps** 81:20
**hennigan** 1:11
  4:10 5:14,20
  6:1,8 7:24 9:2
  9:3,6 41:17
  47:16,22 48:9
  64:6,10,11,21
  102:14,19
  106:17,22
  107:2,8 113:7
  126:16 144:13
  144:18 146:21

147:24 148:24
**hereof** 146:12
**hickory** 1:14
**high** 31:15,20
  31:22,22,24
  32:3,13,17
  33:17 34:15
  35:1 68:19,24
  69:15,19 70:12
  70:17 71:10
  72:7,11,16
  73:16 74:12,21
  81:7 122:8,17
  134:23
**higher** 59:16
  61:18 69:19
  77:6
**highest** 137:7
**hire** 95:11
  96:11,17 99:11
  138:1
**hired** 138:6
**hiring** 137:23
  137:24
**historical**
  142:20
**histories** 110:6
**history** 101:18
**hold** 44:16 49:4
  53:2
**holdings** 2:13
**home** 73:17
  84:10,19 85:1
  85:25 86:1,22

133:4 134:14
139:14
**homes** 129:15
**homework**
  104:4
**honest** 135:24
**honestly** 24:13
  24:16
**hoodwinked**
  136:5
**hopeless**
  127:12
**hopelessness**
  129:16 133:12
**hour** 18:13
**hours** 7:17
  14:17 18:3,4,6
  18:11 145:6
**house** 129:22
  137:17
**household** 70:8
  70:14,19 71:12
  71:24 72:3,8
  72:13,18 74:2
  74:5,13,23
  131:24 132:1
**households**
  73:16
**houses** 129:13
**houston** 2:19
**hudson** 2:9
**huh** 28:17 29:1
  107:24 117:10
  118:11 131:22

133:22 142:1
143:2,4
**hulu** 44:23
**human** 17:8,14
  17:18,20 18:17
  18:22 19:2,12
  19:22 22:7,10
  113:8
**hundred** 57:4
**hundreds** 7:6
**hurt** 133:24
**hurts** 134:3
**hypothetical**
  69:2

**i**

**idea** 132:12
**ideation** 58:20
  100:6 127:12
  129:17
**identification**
  9:3 47:19 64:8
  102:16 106:19
**identify** 39:18
  44:14,19 45:10
  71:9 72:15
  74:20 91:19
  93:15 94:2,16
  99:17 112:12
  117:13 118:20
  125:11,18
  126:1,7
**identifying**
  119:15

**iep** 58:21
**ieps** 105:11,14
**illinois** 3:5
**illness** 71:24
  72:2,8,12,17
  131:24 132:1,5
**imagine** 115:25
**impact** 132:22
  134:22 141:17
**impacted** 56:7
  57:12 83:11
  110:8 135:2
**impacting**
  57:23
**impacts** 24:21
  54:5
**imperfect**
  129:20
**impermissible**
  48:7
**important**
  134:10
**impose** 32:18
  36:1
**imposed** 33:18
  36:15
**impression**
  144:10
**inability** 86:23
  119:12
**inaccurate**
  130:7
**inadequacy**
  133:7,11

**inadequate**
  38:4
**inattention**
  123:5
**incarcerated**
  74:6
**incarceration**
  74:3,13,22
**incident**  61:18
**inclination**
  69:22
**include**  53:4
  58:13 59:9,20
  60:3 65:16
  67:23
**includes**  59:5
**including**  52:18
  59:22 60:6
  67:5
**increase**  82:15
  110:1,11
  133:13
**increased**
  138:8
**incredibly**
  37:25
**incrementally**
  104:14
**independent**
  35:17
**indicate**  109:3
  123:18 124:7
  124:11,16

**indicated**  95:17
  146:11
**indicators**
  127:10 128:11
  128:11,15,21
  129:8
**indirect**  100:9
**indirectly**
  58:17 59:25
  61:10,21 62:14
**individual**
  22:12,15,18
  23:1,3,6,7
  41:12 48:4
  55:21
**individuals**
  101:5 138:6
**inferences**
  133:2
**information**
  27:10 56:19
  58:1 111:2
  125:9 141:16
**ingoglia**  3:3
**initiatives**  4:19
  106:18 107:22
  108:25
**injury**  1:3 5:11
  146:3
**inside**  137:15
  137:20
**instagram**  2:14
  27:16 29:22
  30:14,23 31:19

  31:25 32:6
  40:11
**instance**  58:4
  90:21 95:10
  96:10,16 99:4
  99:10 108:13
  116:2 118:21
  119:1 120:10
  120:15
**instruction**
  53:13
**instructor**
  15:18
**interactions**
  41:19 60:16
**interested**
  134:17 149:12
**interns**  78:13
  82:17
**interpreting**
  71:3
**interrogatories**
  4:13 47:18,25
**interrogatory**
  7:20 138:15
**introduced**
  136:9
**involve**  54:4
**involved**  54:21
  55:25 56:1,3
  134:11
**involving**  54:8
**iphone**  46:7,7

**isolated**  86:7,9
  130:5 140:5
**isolation**  86:13
  86:24 134:25
  136:15
**issue**  34:2
  88:24 89:9
  90:10 95:5
  106:15 135:25
  137:12
**issues**  54:4,8,13
  55:6,7,13,19
  56:4,5,7 58:12
  59:4,21 60:5
  60:11 61:1
  62:1,2,20,21
  63:7 75:2,3
  81:23 84:9
  88:18,20 89:6
  89:11,21,25
  90:18 91:14
  104:2,17 105:4
  108:8 113:17
  114:7 115:22
  119:6,20 120:8
  120:18 122:21
  123:3,4,13,16
  124:5,9,14,21
  125:4,14 138:2
  140:23,24
**iteration**  92:2
  92:10

**[j - know]**

| | | | |
|---|---|---|---|
| **j** | **keeping** 19:23 | 93:21 95:8,19 | **kind** 9:18 36:11 |
| **j** 3:9 | **kelly** 2:8 | 96:4,21 97:5 | 78:2 117:19 |
| **jacob** 3:20 | 120:25 121:6,6 | 98:5 99:16 | 130:9 |
| **james** 2:16 | 121:7,14,15,16 | 100:12 102:17 | **king** 3:16 |
| **january** 10:5 | 121:16,18,23 | 105:1 106:2,20 | **kirkland** 3:4 |
| 52:12 107:15 | **kenneth** 2:8 | 106:24,25 | **kirkland.com** |
| **jester** 121:2,6 | **kept** 14:11,19 | 107:4 110:17 | 3:6 |
| 121:14,15,16 | 20:1 28:14 | 111:21 112:3 | **kmcnabb** 2:11 |
| 121:23 123:15 | **keyes** 3:9 4:3,5 | 112:21 113:6 | **know** 9:18 |
| **job** 9:22 17:23 | 5:25 6:3 8:10 | 115:17 118:18 | 26:22,25 27:4 |
| 17:24 139:9 | 9:4 24:5 27:6 | 119:13 121:9 | 27:21 31:13,17 |
| 142:19 | 31:8 34:22 | 124:25 125:10 | 33:13,14 34:20 |
| **joe** 11:22 | 39:7 40:5 41:7 | 125:17,25 | 35:24,25 36:3 |
| **jpmorgan** 2:18 | 41:14,16 42:4 | 126:13 127:19 | 39:8,12,15,17 |
| **judge** 6:14 | 42:16,20 43:6 | 128:3,9,17 | 40:23 41:13 |
| **july** 4:15 9:19 | 43:11,13,25 | 131:4,20 132:3 | 42:3 43:16,18 |
| 11:2 12:9,20 | 44:3,13,18,24 | 132:20 134:1 | 43:21,23 48:5 |
| 64:8 | 45:9 46:3,21 | 135:15 136:17 | 49:16 64:22,23 |
| **jump** 82:24 | 47:20 48:8 | 138:4 139:6 | 65:1 66:15,24 |
| **june** 107:15 | 49:11 51:15 | 141:22 142:23 | 67:1 68:7 69:3 |
| **junior** 32:14,17 | 53:9,17 54:10 | 143:10,12,14 | 71:15,16 73:8 |
| 33:16 34:15,25 | 56:9 57:24 | 143:22 144:12 | 73:9 75:6 81:8 |
| 36:9,16 | 60:1 62:24 | 144:15,17,19 | 81:16 82:20 |
| **jury** 6:14 | 63:3,18,21 | 145:4,5 | 91:1,11 93:6 |
| 135:13 | 64:9,17,19 | **kids** 39:3 42:10 | 94:5 95:24 |
| **k** | 65:5 66:12 | 42:12 43:20 | 96:6 98:6 |
| **k** 2:13 | 67:3,8,14,21 | 71:2 73:10,20 | 100:20 101:16 |
| **kbyrd** 2:11 | 69:7 71:18 | 75:10 78:7 | 101:17 106:11 |
| **keep** 14:15 | 73:22 74:19 | 112:9 123:3 | 106:11 107:12 |
| 19:21 38:22 | 75:14 76:20 | 129:12 132:16 | 109:25 112:9 |
| 106:4,5,7 | 77:2 80:22 | 137:3 140:14 | 112:18,18 |
| 123:22 | 83:18 84:7 | **kik** 40:19 | 115:20 116:21 |
| | 86:5,17 87:5 | **kill** 63:16 90:13 | 116:25 117:4 |
| | 87:13,23 91:18 | | 119:22 122:2 |

Golkow Technologies,
A Veritext Division

**[know - looking]**

129:19 130:16
130:20 134:10
134:19 139:19
140:11 142:18
143:8
**knowing** 100:7
**knowledge**
30:11,13,15,17
30:19,22,25
32:11 142:20
**knows** 130:21
**kslaw.com** 3:18

**l**

**l** 28:25
**lack** 134:1
140:10
**lake** 2:4
**language** 33:15
**large** 82:20
139:8
**lauren** 3:21
**law** 6:3
**lawbmf.com**
2:5
**lawyers** 48:13
48:22,25 49:6
49:6,10 50:7
50:10,24 51:2
**lc** 82:4
**lchb.com** 2:11
2:11
**lcpc** 16:1 17:9
79:23

**lcpcs** 79:23
82:5,6
**lead** 89:6 104:2
104:17 131:15
131:16
**leading** 105:3
129:16 131:3
**leads** 89:20
**learn** 108:10,21
**learning** 104:9
104:21
**leave** 137:14,16
**leaving** 129:13
**lectured** 115:10
**left** 52:5
**legg** 2:3
**lengthy** 122:10
**lent** 28:20,23
28:25 29:14
**leonard** 23:18
24:18 25:3,6
25:10 26:3
30:7
**letters** 139:12
**level** 104:15
**levels** 139:10
**liability** 1:4
146:3
**license** 14:11
14:15,20,22
**licensed** 14:1,7
14:9 16:9,14
16:19,23 17:5
17:13 20:6

21:22 22:1,5
23:11 80:24
98:17 99:5
**lieff** 2:9
**life** 119:4 133:4
133:8
**likelihood** 77:7
**likely** 129:3
**limit** 34:24
**limits** 32:18,19
33:4,18,21
34:5,13 36:14
37:15,17
**line** 147:2,5,8
147:11,14,17
147:20 148:2,5
148:8,11,14,17
148:20
**link** 26:15
61:11
**linked** 58:16
129:9
**list** 7:18 14:25
39:22 40:12,17
51:22 101:11
109:13,17
111:14 133:21
**listed** 14:3 15:2
39:24 45:13,14
45:14,15,16
52:1,24 53:11
87:18 110:3
132:15

**listen** 42:13,22
**lists** 108:3
109:1
**literal** 100:10
**literally** 57:16
**litigation** 1:4
5:12 146:3
**little** 77:10
**lives** 137:9
**llc** 2:3,13,14,14
2:14 3:7,8,14
**llp** 2:17 3:4,10
3:16
**location** 149:5
**logical** 117:5
**long** 17:12 28:3
52:11 136:18
136:19
**longer** 37:22
89:9
**look** 29:11
45:22 53:25
55:17 56:10,15
57:13 61:15
64:25 78:2
90:21 92:24
95:7 133:8
140:1 142:7
**looked** 56:12
144:22
**looking** 34:19
57:18 59:2
75:22,23 104:8
133:23 140:12

**looks** 9:7 127:9
140:18
**lot** 44:2 54:20
73:4 83:8 89:5
89:10 90:17,22
91:16 111:2,7
111:7 119:4,6
120:11 127:21
129:19 133:10
134:14 136:1
137:1,4 139:8
139:14,16
140:3,9,22
**love** 89:4
**loved** 83:24
86:20
**loy** 3:20 5:5
**loyola** 13:19
**lweiant** 3:12
**lydia** 3:9

**m**

**m** 68:6
**mack** 12:13,13
**made** 92:23
95:10,16,20
96:10,16 97:18
97:21 98:6
99:10,18
136:15 139:23
149:7,10
**maine** 3:10
**make** 59:1
97:16

**makes** 58:25
70:24 103:18
130:9
**making** 95:25
136:21
**manages**
101:15
**managing**
139:9
**mandalas** 2:3
**mandated**
102:7,10
**manifested**
102:9
**map** 68:6,7
130:12,18,19
130:21,22
**marijuana**
129:11
**mark** 2:15
**marked** 9:3,5
47:19,21 64:8
64:11 102:16
102:18 106:19
106:21 107:1
**market** 115:2
**marketed**
115:4
**marriage** 115:1
**maryland** 1:15
2:4 4:14 5:10
13:20 14:10,23
15:13 64:6,12
65:12 67:5

102:7 126:24
149:3,18
**master's** 13:18
**matter** 5:10
15:7 146:8
**matthew** 2:3
**mcnabb** 2:8
**md** 1:4
**mdl** 1:3
**mean** 18:23
34:18 45:21
65:2 73:2,10
83:7 89:13,17
114:21 141:7
**means** 19:21
27:22
**meant** 103:19
105:7,8
**media** 1:3 5:10
24:21 39:9,10
39:13,14,16,19
40:3,15,24
41:1,5 45:13
46:24 47:6,8
54:4,9,14 55:7
55:14,19 56:5
56:8 57:8,10
57:12,20 58:12
59:5,12,23
60:6,11,14,22
61:1,10,21
62:6,14,16,22
63:8,11,17
88:19,21 89:9

90:1,20 91:1
95:13,17 96:2
96:13,19 98:1
98:13 99:7,13
99:20 100:2,4
100:8 109:21
109:25 110:8
110:11 111:13
113:14 114:4
116:4 117:23
118:2,4,10,15
119:7,12,20
120:3,8,19
122:22 123:6
123:13,17,25
124:6,9,15,21
125:4,14,21
126:10 127:18
127:24 129:5
129:20 130:8
131:3,12,25
132:4,18,18
133:3,24
134:22,24
135:3,8,14
136:3,10,15
137:8,18,24
138:2,8 139:3
139:5,24 140:7
140:24 141:13
144:1 146:2
**medical** 82:12
**medication**
81:22

**[meet - needed]**                                    Page 22

| | | | |
|---|---|---|---|
| **meet** 58:19 | **merit** 149:2,17 | **mlegg** 2:5 | 45:14 |
| 108:17 | **messages** 63:9 | **modify** 8:3 | **myriad** 114:24 |
| **meeting** 57:6 | **messaging** 47:2 | **mom** 73:13 | **n** |
| **meetings** 56:2 | 47:9 | **moment** 103:17 | |
| **members** 26:14 | **met** 6:2 7:16 | 121:11 | **n** 4:1 5:1 28:25 |
| 88:25 89:4 | 136:22 | **money** 19:21 | 122:16 |
| **mental** 4:18 | **meta** 1:7 2:13 | 19:23 97:21 | **name** 5:5 6:2,7 |
| 15:17,18 25:20 | 126:17 144:16 | **monitor** 34:6 | 20:10 32:23 |
| 59:21 60:4 | **mid** 78:18 | 37:22,24 38:6 | 101:19 107:22 |
| 61:14 67:23 | **middle** 30:3 | **monitored** | 110:25 111:10 |
| 71:23 72:2,8 | 31:15,20 32:5 | 32:23 | 118:25 120:22 |
| 72:12,17 75:18 | 32:10 36:23 | **monitoring** | 122:3 |
| 76:3,6,9,15,24 | 37:2 39:3 | 140:19 | **names** 100:20 |
| 77:4,21 79:4 | 121:20,24 | **month** 9:12 | 100:20 112:16 |
| 79:22 81:9,17 | 122:5,9 | **months** 27:2 | 112:17,17 |
| 83:5 84:3 85:3 | **million** 135:22 | 28:6,7 29:8 | 121:8,12 |
| 86:2,13,25 | **mindy** 122:16 | 49:17 50:13,16 | **native** 64:17,18 |
| 87:8,16,20 | **minecraft** | 106:1 | 107:7 |
| 99:25 100:5 | 39:12,15 40:22 | **mood** 61:13 | **nature** 57:21 |
| 101:14 102:2,6 | 41:2,20 | **morning** 73:14 | 58:22 111:19 |
| 102:8,11 104:2 | **minor** 111:24 | 77:8 83:7 | **ne** 3:16 |
| 104:17 105:3 | **minute** 116:20 | 140:21 141:9 | **necessarily** |
| 105:15 106:12 | **minutes** 145:6 | **mouth** 136:24 | 40:24 48:14 |
| 106:18 107:21 | 145:7 | **move** 19:11 | 58:16 77:6 |
| 108:24 111:2 | **mischaracteri...** | 20:2 | 114:25 |
| 127:10 128:21 | 135:16 138:5 | **moved** 19:25 | **need** 15:9 82:24 |
| 129:3,7 131:24 | **misrepresent** | 32:1 82:10,11 | 85:6 95:7,12 |
| 132:1,5 138:7 | 88:12 | 136:11 | 95:17 96:1,12 |
| **mentally** 73:2,6 | **missing** 139:16 | **msde** 4:17 67:2 | 96:18 98:1,12 |
| 73:16 | **mistakes** | 102:15 103:20 | 99:6,12,19,25 |
| **mention** 40:21 | 108:11,12,21 | **multiple** | 100:3,4 |
| 41:5 109:20 | **mitigate** 133:18 | 132:17 | **needed** 34:2 |
| **mentioned** 41:1 | 133:19 | **music** 27:9 | 99:1 |
| 112:13 | | 42:13,22,24 | |

Golkow Technologies,
A Veritext Division

| | | | |
|---|---|---|---|
| **needs** 38:10,16 57:18 91:23 92:1,15 93:2 94:10,24 131:12 | **normally** 94:7 **northern** 1:1 5:12 **notary** 149:3 149:18 | 39:6,21 41:4 41:10,25 42:15 46:20 48:7 51:9 53:1 | 138:4 139:6 143:7,13 **objections** 4:12 44:2 47:17,24 149:7,9 |
| **negate** 77:24 **negative** 24:21 77:13 83:4 86:25 87:7,15 87:20 133:2 | **noted** 5:15 **noticed** 142:16 **nudity** 33:14 **number** 4:9 7:14 14:25 21:3 55:24 | 57:15 59:24 62:23 63:1 67:7,10,18 69:1 71:13 72:19 74:17 76:17,25 80:19 | **observation** 45:18 **observations** 45:4 47:4 131:1 **obviously** 53:3 |
| **negatively** 135:2 **neglect** 85:6,10 85:20 86:22 | 57:5,6,7 64:13 74:16 75:16 76:23 82:15 91:20 93:16 | 83:16 84:5 86:3,15 87:2,9 87:21 90:6 93:18 95:1,14 | 118:23 **occasions** 7:7 **occurred** 58:18 58:24 139:24 |
| **neglected** 86:1 **neighborhood** 78:13 **neither** 149:11 **netflix** 44:10,21 | 94:3 107:6 125:6 126:25 137:7 138:17 **numbered** 107:20 | 96:3,20 97:3 98:3 99:14,22 104:23,23 105:22 110:13 111:15,25 | **occurring** 85:10,11 131:18 **odd** 76:4 **odds** 72:23 **offer** 145:4 |
| **never** 29:20 42:6,8 116:7 136:22 137:10 **new** 2:10,10 10:20 43:22 99:18 132:5,6 | **numbers** 64:16 102:20 **nurses** 11:11 79:14,17 81:2 81:10 82:3 99:11,12 | 115:15 118:17 124:22 125:5 125:16,22 142:14 143:19 **objection** 42:18 43:4,9,13 | 146:12 **offering** 69:18 **offhand** 39:23 **office** 12:18,18 12:19 19:20,24 20:1,7 25:20 |
| **night** 32:21 33:20,23 90:24 94:4,5 140:17 **nods** 36:6 49:20 **nonlawyers** 56:18 57:25 **nonprofit** 17:21 | **o** 5:1 122:2 **oath** 6:10,13,20 7:10 146:13 **object** 8:7 23:25 27:3 31:4 34:17 | 44:11,22 45:6 45:20 53:22 55:20 64:24 66:6,22 74:24 118:24 127:19 128:9,17 131:4 131:20 132:3 132:20 134:1 135:15 136:17 | **offices** 79:15 **official** 9:20 10:19 12:20 **officially** 92:22 **oftentimes** 61:11 |

oh 14:5 16:12
  23:2 39:22
  40:2 75:22
  101:25 103:7
  117:20 130:16
okay 9:24
  13:25 14:3,5,6
  16:2 18:6 19:1
  21:14 22:21
  23:8 27:14,23
  29:4 33:16
  34:13 35:8,21
  36:4,14 37:4
  39:3,18 40:6
  40:10,14 41:6
  46:9,12 49:23
  50:15 51:7,16
  53:2,18 56:24
  60:23 63:4,14
  67:15 72:15
  79:11 80:2
  86:18 87:6,14
  88:1,6,16 93:8
  95:20 96:7
  97:16 98:6
  99:3 103:11,12
  103:25 105:12
  109:3,20
  110:24 112:16
  112:20 116:18
  117:6 119:18
  121:10,18
  122:15,20
  124:18 125:1

126:13,18
  133:9 141:1,19
  144:12,14,19
old 18:19 26:2
older 26:7
oldest 25:24,25
  31:11 37:11,16
olds 137:4,5
omegle 40:19
once 24:2,8
  29:11 127:24
ones 40:17 63:4
  71:4 83:24
  86:20 135:1
online 40:3
  137:2
opened 17:10
  20:1,3 136:25
opening 136:24
operate 17:11
operations 2:14
opinion 100:7
  144:8
opioid 114:11
opportunity
  48:2
opposed 7:24
  112:7
order 14:15
organization
  15:19 17:8,21
organizations
  101:5

original 103:3
outcomes 67:17
  67:22
outside 14:23
  16:24 17:6
  22:6 43:19
  54:6 123:25
overall 61:14
  127:5
oversaw 11:10
  109:6
oversee 12:18
oversees 109:7
oversight 84:14
overview 4:15
  64:7
own 17:10,10
  19:12 20:1,3
  32:2 38:25
  43:20 62:2,13
  69:5 118:7,7

**p**

p 2:3 5:1 68:6
p.m. 1:16 64:2
  64:2 113:2,2
  145:9
page 2:22 4:2,9
  40:7 48:17,19
  77:7 103:6,13
  107:21,25
  127:4 129:2
  130:11 132:10
  133:16 147:2,5

147:8,11,14,17
  147:20 148:2,5
  148:8,11,14,17
  148:20 149:5
pages 107:20
  108:23
paid 85:14
pandemic 84:3
pandora 42:24
parent 61:12
  70:24 71:6
  73:2,17 134:10
parentheses
  68:5
parenting
  131:10
parents 7:2
  61:12 72:23
  73:5 85:14
  131:11 136:1
  137:11,13
  140:15 143:24
part 12:9 17:24
  17:25 32:25
  52:3 62:17
  68:17 69:23
  85:8 87:11
  100:1,8 102:13
  103:9 106:7
  111:22,23,24
  113:22 123:23
  123:24 129:12
  129:18 135:20
  135:20,25

**[part - phone]** Page 25

| | | | |
|---|---|---|---|
| 139:8,20 141:9 142:15 | **payments** 2:14 **pces** 77:20,22 **peachtree** 3:16 **penalty** 146:4,6 **pending** 149:12 **people** 18:4,12 | 88:17,20 89:24 89:24 90:8 105:9,10 141:25 142:11 142:13,25 143:6,16,17,18 | **perplexing** 38:9 **person** 24:2,8 24:12 104:9,21 136:3 137:9 |
| **partial** 19:23 **participants** 24:24 **participate** 81:18 117:19 **participation** 65:21 **particular** 46:4 65:20 101:13 **partners** 111:4 **parts** 85:19 **party** 100:15 101:4 149:12 **password** 38:11,19 **past** 67:1 115:21 129:24 **patient** 19:16 **patients** 18:2,7 18:16,21 19:2 20:20 21:1,7 21:15,16 22:14 22:17,25 23:5 113:19 114:15 114:18 115:22 117:18 **paul** 6:8 **pay** 9:22 102:12 **paying** 38:3 91:12 134:16 | 45:25 46:18 47:10 54:12 75:4,7 79:3 83:8,19,24 84:14,18 86:8 86:23 91:13,16 92:20 114:13 130:6,7 135:21 136:1,22,23 137:8,13 139:23 **people's** 121:8 **percent** 19:4,4 19:5,8,8 21:9,9 21:11 52:24 53:11,19 54:7 54:11,16 55:3 55:5,6,9,13,18 55:18 56:6,11 56:20,25 57:11 57:14 58:2,9 58:11 59:4,5,9 59:19 60:2 68:10,19,24 69:14 70:3,12 71:23 72:6 73:15 74:2,11 76:9,14 88:7,8 | **percentage** 19:3,7,9 21:7 21:10,12 52:15 52:19 69:15,19 70:16 71:10 72:10,16 74:21 75:17 88:7 90:19 112:5,6 120:18 122:21 122:23 123:12 123:16 124:5,7 124:14,17 **percentages** 51:18,25 89:2 89:8 123:18 **perfect** 129:21 **performing** 60:13 **period** 29:4 35:13 **periodic** 65:13 **periodically** 38:24 65:18 **perjury** 146:4,6 **permission** 32:13 38:17 **permissions** 92:24 | **personal** 1:3 5:11 69:5 86:8 119:4 146:3 **personally** 8:5 29:20 69:4 94:21 141:8,11 **personnel** 6:25 7:8 15:12,15 52:4,8,14 79:10,18 80:14 88:11 108:25 109:6 138:21 139:1,7,13 140:4 141:24 142:11,17,21 143:1 **perspective** 69:5 **philadelphia** 2:16 **philosophy** 72:25 **phone** 32:20,24 33:1,7,11,19,22 34:7,15,20,25 35:6,10,17 36:12,15,19,22 37:1,6,12 38:1 38:21,25 46:2 |

46:10 47:13
57:20 94:8,19
95:4,5,7
134:18 137:16
139:12 140:20
**phones**  37:19
38:7 39:4,11
39:20 40:16,22
41:2,9,20
42:12,23 43:3
43:8,15,15
44:5,8,21 45:5
45:11,19,22
47:5 56:5
85:15 90:24
92:5 94:4,17
123:4,23 126:4
126:10 136:4
136:10 140:16
143:25
**photos**  47:1,5
**phrase**  76:4
**physical**  67:23
75:23 81:13,16
85:9
**picked**  142:11
142:25 143:15
143:18
**picking**  143:17
**picture**  78:3
**pictures**  45:24
46:13,17 63:17
**piece**  75:8

**pile**  133:13
**pinterest**  40:19
**place**  37:15,16
37:17 45:23
**places**  137:12
**plaintiff**  2:2,7
4:11 47:16,22
**plaintiff's**
23:21
**planning**  90:11
**platform**  46:23
**platforms**  1:7
2:13 8:4,15,21
39:10 40:15
45:14 46:23
126:11 141:5
**play**  41:21,23
42:2 51:16,21
**playing**  41:22
137:4
**plays**  112:5
**plaza**  3:4
**please**  6:6 88:2
144:24
**pleased**  123:8
**plus**  78:13
**point**  3:4 10:16
33:25 35:11,15
37:6 93:13,25
95:9 96:9,15
99:3,9 110:18
**points**  129:7
**policy**  43:22
123:1,9,11

**pool**  41:21,22
**poor**  35:7
61:24 62:11,18
63:5 67:17,22
110:6
**poorer**  76:6
**population**
104:25 106:7
106:13
**pornography**
118:3
**portfolio**  12:16
**portion**  104:25
119:3
**portrayals**
130:7
**position**  10:7
12:14 16:17
97:9 98:8,23
99:6,18,19
102:13 111:1,1
**positions**  10:1
79:7,9 81:25
97:12 98:12,18
98:22
**positive**  77:9
77:11,16,23
91:7 133:20,25
135:24 136:6
**possession**
108:18
**possible**  120:14
**possibly**  20:4
83:22,25 120:9

120:13 124:23
**post**  83:2
**posted**  29:17
29:19,20,21
60:22,22 63:12
63:16 111:12
**posting**  62:15
63:10
**pot**  97:21
**potential**  59:16
**potentially**
118:16,19
**power**  141:15
**powerpoint**
126:23,24
127:5 142:16
**ppws**  11:11
82:3 96:24
140:22
**practice**  17:5
17:10 19:13
20:1,3,10,13,19
**practiced**  15:24
16:2,5,23 22:5
**practicing**  17:9
**pre**  106:8
134:22
**predators**
137:1
**preferring**
123:5
**prep**  48:12,21
48:25 50:7,10
50:24 51:2

**preparation**
  51:8,17
**prepare**  7:15
  7:22 52:23
  53:10
**prepared**  9:8
**presence**  77:12
  132:22,23
**present**  3:20
  20:19 81:13
  89:9
**presentation**
  23:18,24 24:6
  24:11,15,20
  25:4,11,14,17
  25:23 26:4
  30:7 107:9,13
  109:8 139:18
**presented**
  106:12 109:4
  109:10
**preteen**  21:21
**preteens**  19:9
  21:12,17
**pretty**  65:23
  71:4,4 73:3
  75:13 108:9
**prevalent**
  127:25
**preying**  137:16
**primarily**
  56:13
**primary**  81:21
  81:21

**principal**  12:25
  13:2
**principals**  97:8
  97:10,20,23
  98:25 99:4
**prior**  10:23
  21:4 24:1
  132:6,7
**private**  114:1
**privy**  125:23
**proactive**  89:5
  89:10
**probably**  18:11
  18:12,18 19:4
  20:4 21:5 22:3
  22:3,16 26:8
  28:6 29:11
  40:18 46:1
  59:13 64:18
  66:8 80:7
  85:19 90:9
  97:14 98:20
  100:23 101:2
  107:17 114:11
  115:16 116:22
  136:10,11
  137:3
**problem**  70:17
  70:23,25 71:3
  71:7 72:11
  74:16 135:21
  137:18
**problematic**
  33:9

**problems**  28:21
  132:2,18
  136:16
**proceedings**
  64:2 113:2
**produced**
  64:12,17
  102:19 107:6
**product**  53:5
**products**  1:4
  5:11
**professional**
  13:22 14:2,7
  14:23 15:15
  16:9,10,15,20
  16:24 17:5,13
  20:7 21:22
  22:2,6 23:12
  80:24 98:18
  99:5 100:7
**professionals**
  100:13 101:5
  137:24 138:2
**profit**  17:21,22
**program**  50:1
  51:14,17 53:20
  54:13,18 55:5
  55:13 88:3
  141:23
**programs**
  51:22 52:1,20
**prompt**  91:4
**prompted**
  19:11

**proper**  60:14
  90:23 91:20
  93:17 94:3,18
**proposed**
  144:22
**protected**
  134:14
**protective**
  132:23
**prove**  106:10
**provide**  51:24
  79:4 81:10,11
  81:24 100:15
  101:6,6
**provided**  51:18
  97:11 98:25
  101:12 102:11
**providers**
  100:23
**provides**  115:5
**providing**
  79:21 81:22
**psychiatrist**
  16:6
**psychiatry**
  15:22
**psychological**
  51:19 52:1,20
  52:25 53:19
  54:12,23 55:16
  56:20 58:10,15
  59:2,19 60:9
  88:8,18 89:22
  102:22

Golkow Technologies,
A Veritext Division

**psychologist**
  15:25 16:1,3
  24:19 54:1
  58:19 59:13
  61:17
**psychologists**
  11:11 61:7
  78:10,14 79:3
  79:16 82:14,15
  82:25 95:11,21
  95:25 108:25
**psychology**
  15:20
**psychs**  82:3
**public**  1:12
  3:21 7:1,13,25
  10:5 12:22,25
  13:3,6,9 16:10
  16:15 17:6
  23:15 29:18,22
  44:4 45:18
  46:16 65:17,20
  66:4,20 78:11
  78:15,19 79:2
  80:3,9,15,23
  81:3 92:23
  95:11 96:11,17
  99:11 100:14
  100:19 113:9
  113:21,25
  116:4,10
  117:21,25
  118:9,14
  119:10,14

  120:1,6 124:19
  125:2,12,20
  126:3,9 149:3
  149:18
**publicized**
  59:11
**published**  93:9
  115:7
**pull**  88:2 92:21
**pulling**  108:16
**punishing**
  108:11
**pupil**  6:25 7:8
  15:12,14 52:3
  52:7,14 79:10
  79:17 80:14
  88:10 108:25
  109:6 138:21
  139:1,7,13
  140:4 141:24
  142:11,17,21
  142:25
**purchased**  33:3
**purview**  11:14
**put**  37:17 38:11
  38:18 69:2
  73:6 91:1
  92:16,19 94:13
  123:4 137:25
**putting**  130:7

**q**

**qualify**  15:9

**quantitative**
  93:24 125:19
  126:2,8
**quantitatively**
  112:2
**quantity**
  124:10,11,12
  124:16,20
  125:3,9,13
**quarry**  2:4
**question**  41:6
  49:12 69:13
  75:1,25 85:21
  88:23 112:18
  141:5
**questions**  23:20
  56:24 78:8
  91:24 126:13
  126:16,17
  127:2 130:23
  135:7 138:23
  144:13,18
**quick**  137:22
**quickly**  75:10
**quote**  10:1
  72:24 136:23

**r**

**r**  3:21 5:1 122:2
  122:16
**ran**  23:10
**rana**  2:17
**random**  65:24

**randomly**
  65:25 66:1
**range**  18:15
**rate**  83:3
**rather**  83:3
  90:12 91:6
  108:11 123:6
  134:8
**reactive**  89:2
  90:18
**read**  102:23
  103:4,22
  110:16 111:7
  111:12 117:8
  127:11 135:18
  146:7,9
**reading**  111:2
**really**  16:17
  34:3 72:21
  73:9 81:15,22
  85:19 89:17
**reason**  28:21
  38:13,20 54:19
  68:23 71:9
  72:15 74:15,20
  87:12 104:22
  140:3 147:4,7
  147:10,13,16
  147:19,22
  148:4,7,10,13
  148:16,19,22
**reasons**  39:4
  86:24 87:4,7
  87:15,19

135:11,12
140:5
**recall**  23:20
24:13,16,25
25:12 37:13
51:23 52:4
56:14,22 88:14
88:16 92:8
120:4,10 124:3
124:24 127:2
138:22 141:5
**received**  15:10
66:25
**receiving**  63:10
**recent**  62:5
127:6
**recently**  9:13
**recess**  64:1
113:1
**recognition**
140:13
**recognize**
141:15
**recollection**
52:13 143:16
**record**  5:4,16
6:2,7 63:18,24
64:4 112:21,24
113:4 135:16
135:17 145:3
149:9
**recorded**  149:7
**recording**  24:9

**recover**  91:8
**redact**  144:22
**redactions**
144:23
**reddit**  40:19
**reduce**  77:24
82:21 89:11
108:15,22
**reduced**  108:1
108:8
**refer**  19:18
**referenced**
61:19 62:10
**referring**  40:1
46:4,9 48:16
61:22 104:19
130:20
**reflect**  65:19
**reflection**
112:12
**regarding**
34:24 57:19
116:19
**registered**
149:2,17
**regular**  61:5
114:19,21
**regularly**  31:7
34:20 106:8
**regulate**  36:18
**reinke**  3:15
**relate**  139:2,4
**related**  58:22
81:16,17 100:1

103:7,9,18,23
120:18 122:21
123:13,16
124:5,9,14,21
125:4,14
135:14 149:11
**relates**  1:5
66:23 127:18
**relationship**
61:4 75:16
76:22 135:8
**released**  66:19
**relevance**  31:5
**relying**  110:12
**remember**  24:3
28:5 32:23
57:17 95:3,18
98:9,11 116:1
120:15 135:6
138:22 142:6,8
**removing**  35:6
**reorganization**
9:21 10:1
12:10
**repeat**  75:24
**rephrase**  18:10
**report**  4:17
11:17,23 12:2
12:4,10 52:9
58:21 67:15
84:15 92:17,18
92:19,20,22
93:3,11,12,19
94:14 102:15

111:6 128:25
129:3
**reported**  11:19
52:11 75:17
76:8,13
**reporter**  5:17
144:21 145:1
149:1,3,17
**reporting**
57:20 61:12
94:6
**reports**  76:7,12
85:5 100:6
110:25 111:10
112:12,17
**represent**  6:4
7:3
**representative**
7:14,20 8:20
8:24
**request**  95:10
95:16,21,25
96:2,10,16,19
97:10,18,20
98:2,6 99:10
99:13,18,21
138:11
**requested**
98:23 99:4
**requesting**
97:11,24
**required**  58:19
**requirements**
14:15,19

**requiring**
33:19
**research** 77:9
77:11 110:16
110:18 111:6
115:18,24
116:1,2,14,18
116:23 117:2,7
117:8,14,17
134:20 144:6
**researched**
115:13
**researcher**
77:14
**reserved**
145:10
**resilience** 78:6
132:24
**resolution**
108:4
**respond** 91:24
**response** 56:3
57:9 69:23
89:12 122:11
138:8
**responses** 4:12
47:18,24
**responsibilities**
10:22,23 11:3
11:3,8
**responsible**
57:8
**rest** 106:13
133:8

**restate** 116:20
**restore** 35:15
**result** 58:18
59:7,11 60:20
61:10,21 86:9
110:9 129:14
**results** 65:3
66:18 92:16
93:3
**resume** 4:10
9:2,7 13:12
15:1
**resuming**
104:10
**returning**
103:23
**revealing**
118:24
**review** 7:22
48:12 50:6,23
**reviewed** 7:17
7:21 109:9
**rewiring**
123:25
**rfreeman** 2:21
**richards** 56:23
102:21 103:14
104:1 105:6
109:1,4,5,13
142:17
**rid** 28:4,15,18
28:19 29:14
**right** 10:18
36:5 40:25

41:15 62:25
75:22 106:10
127:15 128:16
128:22,25
130:19,24
132:13 133:21
133:21 135:9
136:16 137:15
137:20 138:12
141:8 144:1
**rigor** 105:25
**rise** 100:7
**risk** 58:20 65:6
65:13,21 66:14
67:17 86:21
109:14,18
**risky** 129:24
**road** 48:6
**role** 51:7,16,21
53:25 81:21
102:2 113:24
116:6,11
**roles** 91:17
**room** 36:17
134:8
**rooms** 37:21
**roughly** 7:17
18:2,7,18
20:19 21:16
22:17,18,20
23:5 78:12
81:4,8
**run** 22:21
136:18

**running** 18:9
22:11 57:7
61:8,20,24

**s**

**s** 2:8,16 4:7 5:1
122:2
**sad** 127:11,12
**sadness** 129:17
133:5,7,12
**safe** 134:13,16
**salaries** 91:12
**save** 146:9
**savvy** 35:25
137:10
**saw** 18:21 19:2
22:14,17,18
24:2,8 25:14
49:18 51:5
76:2 113:19,25
114:13
**sax** 23:18,24
24:18 25:3,7
25:10 26:3
30:7
**saying** 98:11
110:10 117:7
129:5
**says** 68:5,9
70:2 71:22
74:1 107:25
108:24 127:5
133:18 141:24

**scenario** 104:8
**schedule** 93:1,5
**schmitz** 11:22
**school** 7:2
  13:19 15:15
  16:12,13,20,24
  30:3 31:15,16
  31:20,20,22,23
  31:24 32:3,5
  32:10,13,17
  33:17 34:16
  35:1 39:3
  43:16,22,24
  51:19 52:2,20
  53:11,25 54:17
  54:19,21,24
  55:4,8,12
  56:25 57:22
  58:2 59:14
  60:2,24 61:2
  61:19,23 68:19
  68:24 69:15,20
  70:12,17 71:10
  72:7,11,16
  74:12,21 78:10
  78:14,16,25
  79:3 80:6,12
  80:18,25 81:6
  82:16,25 84:13
  84:19 86:9
  88:8 89:23
  90:16,23 92:11
  92:24 93:16
  101:1,7,9,13

102:8,9,10,12
103:23 108:25
113:25 114:1
116:10 117:25
118:9,14
119:10,15
120:6 121:20
121:24 122:5,8
122:10,17
124:1 125:20
126:3,9 134:24
139:16,21
140:2,12,13,21
**schooling** 104:9
**schools** 1:12
  3:21 7:1,13,25
  10:5 11:15
  12:22,25 13:3
  13:6,10 16:11
  16:16 17:6
  23:15 29:18,22
  44:5 45:19
  46:16 65:17,20
  66:2,4,20
  78:11,15,19
  79:2 80:3,9,15
  80:23 81:3
  95:11 96:11,17
  99:11 100:14
  100:19,24
  101:3 113:9,21
  116:4 124:19
  125:2,12

**science** 13:13
**scott** 2:16
**screenshot**
  47:12
**se** 105:7
**season** 29:2
**second** 50:17
  98:19 121:4
**secondary**
  13:13
**see** 17:17 18:2
  18:8 19:15,18
  19:19 20:20
  22:12,15 23:1
  23:6 24:11,14
  25:22 26:3
  28:12,13 34:20
  38:1,25 40:12
  43:23 45:24
  48:21 49:2,14
  50:2,12,19
  51:4 61:4,7
  64:15 68:12,21
  70:5 71:25
  73:19 74:3
  75:6 77:8
  84:14 89:14
  92:22 103:15
  104:6 107:25
  108:24 109:15
  113:23 114:3
  127:7 130:3,13
  133:9,11
  137:14,15

**seeing** 18:12,16
  19:16 61:5
  62:15 63:9
  90:2,2 113:24
  140:4
**seem** 71:4
  107:20
**seems** 39:16
  65:2 73:15
  103:23 117:4
**seen** 41:21,23
  42:21 43:7,12
  44:4 46:15
  48:9,9,24 49:8
  50:4,9,21 51:1
  60:18,21 62:5
  64:20 131:9
  133:13 139:17
  139:19
**select** 55:1
**selected** 65:21
  66:5
**self** 61:24 62:2
  62:11,12,19,20
  63:5,7 94:6
**send** 7:2 66:19
  144:23
**sending** 144:25
**senior** 32:3,13
  32:17 33:16
  34:15 35:1
  36:10
**sense** 58:25
  84:2 130:9

134:23
**sent** 28:11,13
 144:25
**separate** 7:7
 33:1,2,2 34:5
 100:13
**series** 102:21
**serve** 17:12
**service** 58:22
**services** 9:15
 10:8,9,11,14,18
 10:21 11:1,5,9
 11:10,17,20,24
 12:2,6,19 40:3
 42:21 44:9,20
 45:15 51:19,20
 52:1,2,4,8,15
 52:20,21,25
 53:12,19 54:12
 54:17,23 55:5
 55:9,12,16
 56:21,25 58:3
 58:10,15 59:3
 59:15,20 60:3
 60:9,24 81:10
 88:8,9,18
 89:22,23
 100:16 101:7
 101:12 102:22
 138:21 139:1
 141:25 142:12
 142:18 143:1
**sessions** 48:12
 48:22,25 50:7

50:10,24 51:2
 57:7
**set** 4:13 33:4
 47:19,25
**setting** 6:24
 23:12 108:4
**settings** 6:24
**seven** 77:20
 78:8 80:7,20
 80:20 133:21
**several** 57:23
 134:3 135:6
**sex** 137:6
**sexual** 85:9
 137:1
**sexuality** 62:3
 62:13 63:8
**share** 26:12
**shared** 26:18
**sharply** 138:7
**shb.com** 2:20
 2:20,21
**sheet** 146:1,11
 147:1 148:1
**shook** 2:17
 142:8
**short** 136:19
**show** 47:10,13
 47:21 67:15
**showed** 128:7
**showing** 9:5
 64:10 76:5
 102:18 106:21
 107:1

**shown** 77:10,11
**shows** 13:12
 66:21 68:18
 70:11 72:6
 74:11 75:16
 77:14 125:19
 126:2,8
**shutdown**
 103:24 104:21
**sick** 83:22,25
 86:19,20
**siculus** 2:14
**side** 144:22
**sign** 38:10
**signature**
 145:10 147:23
 148:23 149:15
**signed** 146:16
**signs** 84:15
**similar** 98:24
 123:21
**single** 140:2
**sir** 10:6 75:21
**sit** 91:6 134:8
**sitting** 73:11
 91:8
**situations**
 140:7
**six** 27:2 82:18
**size** 89:15
**sjames** 2:20
**skill** 89:20
**skills** 89:19
 90:4

**sleep** 57:21
 60:15 61:13
 90:23 91:21,24
 92:3,4,4,6
 93:17 94:3,7
 94:18 140:10
 140:15
**slide** 25:1 67:25
 68:2,9 69:24
 70:2 71:19,22
 73:23 74:1
 75:15,15
 108:24 109:8
 109:12
**slides** 109:4
**small** 104:25
 106:7 133:9
**smart** 38:23
**smoke** 129:25
**smoking**
 108:14
**snap** 3:2
**snapchat** 28:1
 30:18,24 31:19
 31:22 32:1,6
 32:12,16,18
 33:5,17 40:11
**social** 1:3 5:10
 11:11 24:21
 39:9,10,13,14
 39:16,19 40:15
 40:24,25 41:5
 45:13 46:24
 47:6,8 54:4,9

54:13 55:7,14
55:19 56:5,7
57:8,10,12,20
58:12 59:5,12
59:23 60:6,11
60:13,22 61:1
61:10,21 62:6
62:14,15,22
63:8,11,17
79:8,16 80:2
82:1,4 88:19
88:20 89:9,21
89:25 90:19,25
95:12,17 96:2
96:12,17,19
97:14,17,24
98:1,13 99:7
99:13,20 100:1
100:4,8 102:4
102:5 109:20
109:25 110:8
110:11 111:13
113:14 114:4
116:4 117:22
118:2,3,10,15
119:7,12,20
120:3,8,19
122:22 123:6
123:13,17,25
124:6,9,15,21
125:4,14,20
126:10 127:18
127:24 129:5
129:20 130:8

131:3,11,25
132:4,18,18
133:3,24
134:22,24
135:3,8,14
136:3,10,15
137:8,18,24
138:2,8 139:3
139:5,24 140:7
140:7,24
141:13 143:25
146:2
**socialization**
129:15
**socialize**
129:23
**socializing**
129:13 134:20
136:22
**socially** 130:5
136:12
**societal** 91:14
127:22
**somatic** 81:15
**soon** 24:16
144:25
**sorry** 10:10
11:18 34:11
39:25 40:2,7
67:10 75:23
79:19,24
106:24 122:7
**sort** 23:15
32:19,23 78:4

82:19,20
109:22 110:8
136:10
**sorts** 39:4
**sound** 133:4
**sources** 97:8
**south** 1:14
121:20
**spalding** 3:16
**speak** 25:4
56:18 57:25
111:5 112:4
**speaking** 41:12
52:14 69:5
83:10 139:20
143:12
**special** 11:14
56:12,14 105:8
106:12 121:22
**specialist**
101:14 102:2
102:11
**specialists**
102:6
**specific** 15:8
21:24 78:5
111:5 114:16
116:1,2 118:21
119:1 120:10
120:15
**specifically**
52:4 114:20
**speculation**
143:7

**spell** 73:9
**spend** 54:1
55:5,6,9,18
58:13 59:4
89:5,19,24
97:21 120:11
120:18 125:4
125:13
**spending** 60:9
60:10,24,25
140:22
**spends** 123:12
**spent** 54:13
55:13 58:12
59:6,10,20,20
60:4 88:18,19
89:25 90:1
122:21 123:16
124:5,9,14,20
**spike** 127:24
**spiked** 127:23
138:7
**spoke** 123:1
**spoken** 8:19,23
88:13 124:18
125:1 142:4
**sports** 43:3
44:6
**spotify** 42:17
**staff** 26:14
54:24 55:4,11
59:2,20 60:3,9
60:24 61:3,17
61:18,20 62:7

88:17,25 89:4
89:22,23
142:19
**stand** 63:20
145:2
**standard** 46:6
46:7
**standing** 14:16
14:20
**stands** 65:6,9
68:7
**stare** 134:8
**stars** 42:7
**start** 20:23
29:7
**started** 11:19
17:7 20:18
98:19 135:10
**starting** 19:12
110:19
**starts** 140:14
**state** 6:6 15:13
77:21 82:13
102:11 124:24
126:24 149:3
149:18
**stated** 149:5
**states** 1:1
**statistics** 4:19
106:18 136:9
**stayed** 28:24
**steady** 82:15,21
**stemming**
90:19

**stenographic**
5:16
**stenographic...**
149:8
**stephen** 102:21
**steve** 103:14
105:6 109:1
**stigma** 69:10
75:3
**stint** 29:13
**stop** 37:23
119:12
**stopped** 17:15
113:24
**straw** 133:12
**streaming** 44:9
44:20 45:15
**street** 2:9,18
3:10,16
**streets** 132:7
**stressed** 106:3
**stressor** 84:3
85:2 86:13
**stressors** 86:2
**strike** 106:24
**stripped** 140:8
**struggle** 106:7
123:22
**struggling** 62:2
62:12 63:7
**student** 9:15
10:8,9,10,14,17
10:21 11:1,4,9
11:10,16,24

12:2,6 58:19
59:6,10,21
61:6,11 67:16
70:23 76:23
77:4 91:7
105:9 111:11
111:12 116:4
116:10 117:21
118:1,9,14
**student's**
118:24
**students** 39:8
39:11,19 40:16
40:21 41:1,8
41:13,14,20
42:22 43:2,7
43:19,19,20
44:5,8,20 45:4
45:11,19 46:16
47:4 54:20,22
54:25 55:1,24
56:14 57:4,5
57:19,23 58:13
60:4,12,17
61:4,6 65:16
67:5,6,11
68:10,19,24
69:15,20 70:3
70:12,17 71:10
71:23 72:7,11
72:16 74:2,12
74:21 75:17
76:7,12 77:15
81:10,12,12,20

83:5 84:3,13
84:24 85:3,22
86:1,2,6,12,25
87:8,16,20
89:11,14,14,18
90:2,3,4,9,11
90:22 91:20,23
93:16 94:3,6
94:17 95:12
96:1,12,18
98:1,12 99:7
99:12,20 101:7
103:20,23
104:12,14,20
105:10,13
106:12 108:13
108:16,17
113:9,21,23,25
119:11,15
120:1,2,6,12
123:5,22
125:20 126:3,9
127:25 129:3
131:2 133:10
140:4 143:24
143:25
**studied** 106:15
**study** 81:19
117:19
**stuff** 43:24 49:7
**subject** 4:16
102:15
**substance** 70:3
70:7,13,18

71:11 110:5
128:10,11,14
129:8
**substances**
128:19
**succumbing**
34:3
**sucked** 28:22
**suffering** 61:25
62:11,19 63:6
**suicidal** 73:2
73:17 129:17
**suicide** 58:20
100:5 109:13
109:18 110:4
122:12 127:12
127:13
**suicides** 133:14
**suite** 2:4,18
3:17 79:15
**summary** 66:20
101:16
**superintendent**
9:15 10:17,21
11:18 12:3,5,5
12:11,15,17
15:6,7
**superintende...**
107:23
**supervisor**
15:12 52:7
58:5 102:5,22
142:17

**support** 9:15
10:14,17,21
11:1 12:2,6
144:8
**supported**
134:19
**suppose** 42:1
43:5 143:20
**sure** 27:24 35:4
35:20 51:3
53:24 56:23
59:1 64:22
65:23 66:2,7
66:15 75:24
82:13 88:13
93:4 95:4
97:16 102:25
107:5 115:21
117:1,2
**surprised**
134:9
**survey** 65:3,7
65:10,14,16,22
66:3,14,18,21
67:5 73:21
76:8,13 92:14
92:16 93:3
**surveys** 73:9
**suspension**
108:22
**suspensions**
108:1,8,15
**sw** 3:10

**swear** 5:18
**sworn** 5:21
149:6
**sync** 38:13
**system** 16:12
16:13 97:10
102:8,10,12
141:10

**t**

**t** 4:7 28:25
122:16
**table** 90:10
**tablets** 85:16
**tackle** 84:15
**take** 46:17
63:21 64:25
77:18 112:22
**taken** 26:16
89:8 107:18
146:8 149:4
**talk** 85:4,6
111:10 119:1
**talked** 77:8
83:6 122:9
123:11 127:21
132:11
**talking** 36:9
41:13 43:17,19
92:10 104:25
105:21 106:6
136:23
**talks** 129:2

**teach** 121:19,25
122:4,13
**teacher** 12:21
122:17 123:7
124:19
**teachers** 66:9
104:5 120:17
120:21
**team** 107:10
**technician** 3:20
**technologies**
2:14
**teen** 22:1
**teenager** 73:1
**teenagers** 73:4
**teens** 19:7
21:10,16
**tell** 17:4 33:12
102:22 105:2
135:13 143:9
**telling** 108:7
**ten** 25:15 27:4
113:12,13
137:4
**tends** 61:16
**term** 71:3 83:7
136:19,20
**terms** 49:15
122:24 123:19
124:9
**testified** 5:22
7:8,10 29:25
43:14,21
142:10,24

**[testified - tired]**

| | | | |
|---|---|---|---|
| 143:23 | 139:8,17,25 | 144:20 | 43:17 44:15,17 |
| **testify** 149:6 | **think** 7:11 9:19 | **thinking** 36:11 | 45:7 49:15,18 |
| **testifying** 7:24 | 10:2,19 12:20 | 115:20 120:24 | 50:13,18 51:5 |
| 7:24 41:17 | 26:16,19 31:17 | 121:5 | 51:8 54:1,8,11 |
| **testimony** 6:13 | 31:21 32:2,3 | **third** 100:15 | 54:20,25 55:1 |
| 6:19 138:5 | 34:18 36:23 | 101:4 | 55:6,9,13,19,25 |
| 142:12 143:5,9 | 37:2 39:23 | **thought** 130:15 | 56:1,2,6 57:11 |
| 143:18 149:7,9 | 41:23 43:1 | 136:3 | 58:11 59:4,5,9 |
| **testing** 56:1,15 | 45:3,22 46:1 | **threat** 58:21 | 59:20 60:3,10 |
| 60:19 | 47:15 49:9 | **three** 7:16,17 | 60:10,25,25 |
| **texas** 2:19 | 54:3 58:4 62:7 | 7:17 29:25 | 64:25 75:17,19 |
| **text** 45:5 47:2,9 | 66:10 69:10,14 | 42:10 49:17 | 76:3,10,15 |
| **texting** 45:16 | 69:19 70:20,22 | 50:13,16 57:4 | 88:17,20,22 |
| 47:7 | 70:23 72:20,23 | 98:20 | 89:5,19 90:1,3 |
| **thank** 63:14 | 73:4,4,14 75:1 | **thrust** 91:14 | 94:7 104:3 |
| 107:3 144:13 | 75:2 78:12 | **tie** 56:4 111:13 | 109:5,19 |
| **therapist** 19:14 | 80:1 81:19 | **tied** 110:1,11 | 120:11,18 |
| **therapy** 81:22 | 82:1,3,17 83:1 | **tiktok** 3:14,14 | 122:7,8,14,21 |
| **thereof** 149:12 | 85:6,8 90:7 | 3:14 27:18 | 123:12,16 |
| **thing** 42:1 | 91:11 92:2 | 28:3 29:5 | 124:5,8,10,11 |
| 103:22 110:4,5 | 101:2 103:2 | 30:16,24 31:19 | 124:12,14,16 |
| 130:14 136:6 | 107:18 109:17 | 31:25 32:4,6 | 124:20 125:3,9 |
| **things** 38:1 | 114:11 116:16 | 40:11 | 125:13 126:14 |
| 57:21 58:17,22 | 116:17 118:1 | **till** 9:19 | 131:2 140:15 |
| 58:24 59:6,10 | 118:15 120:3 | **time** 5:8 11:24 | 140:23 149:5,7 |
| 60:21 62:4 | 121:7 122:19 | 12:7 17:2,23 | 149:10 |
| 72:25 83:11 | 126:25 127:20 | 17:24,25 18:9 | **times** 6:22 7:5 |
| 91:4,5,9 | 129:10 130:17 | 18:22 19:19 | 7:16 23:23 |
| 101:21 105:18 | 130:19 131:7 | 20:1,18 21:20 | 27:5 115:21 |
| 108:20 110:7 | 132:10 134:3,4 | 21:25 22:22,24 | 135:6 140:10 |
| 111:20 128:4,5 | 135:10 136:8 | 23:4,10 24:4 | 140:12 145:4 |
| 133:21 134:7 | 136:18 137:3,5 | 25:25 26:3,20 | **timing** 43:17 |
| 135:23 136:12 | 137:8 138:17 | 26:23 33:23,24 | **tired** 140:18 |
| 137:17,23 | 138:20 144:2,3 | 34:1,1,5 35:13 | |

**title** 9:11,13,14
  9:23 10:3,20
  10:23,25 11:14
  82:2,8,9 102:1
  107:14
**titled** 4:18
  47:22 49:25
  68:2 106:17
  127:5
**tobacco** 65:3,9
  108:4 128:5
  129:11
**today** 6:17,20
  7:12,22 17:11
  62:7 82:4
  127:21 128:4,4
  136:7
**today's** 5:7
**together** 69:2
**told** 7:15 19:16
**took** 7:12 15:11
  32:1 55:23
**top** 100:21
  112:15
**topic** 77:10
**topics** 7:14,18
**totally** 135:15
**tower** 2:18
**town** 19:15
**towson** 13:16
**track** 15:8
**traditions**
  134:5

**trafficking**
  137:2,6
**trained** 114:23
  114:24
**training** 76:21
  114:14,16,17
  114:19,22
  115:2
**trajectory**
  144:5
**transcribed**
  149:8
**transcript**
  146:7 149:5
**transition**
  113:22
**transmit** 46:17
  46:25
**transmitted**
  47:5
**travis** 2:18
**treat** 113:13,16
  114:2,6,9
**treated** 113:7
**treatment** 79:5
  79:22 100:16
  101:7 114:15
  114:18 115:5,8
  115:11,14,19
**trend** 127:9,10
  128:6,12
**trends** 127:6,14
**tried** 26:12

**truancy** 139:15
**true** 60:23
  96:24 97:1,14
  138:10 146:9
  149:9
**truly** 73:20
**truth** 149:6,6,6
**try** 48:5 83:13
  84:15 108:10
**trying** 38:14,22
  89:6 91:8
  123:3 140:23
**tumblr** 40:20
**turn** 67:25
  69:24 71:19
  73:23 75:15
  108:23 127:4
  130:11 132:10
**turned** 136:6
**tv** 45:3
**twitch** 40:20
**twitter** 40:20
**two** 14:17 20:9
  22:3 25:14
  34:4 36:10
  37:8 49:24
  76:2 79:23
  82:17 88:2,6
  88:16 89:4
  98:17,25
  108:21 121:12
  129:7 138:19
  140:5

**typed** 149:8
**types** 114:9
**typical** 85:16
  85:18
**typically** 27:11
  46:24

| u |
|---|

**u** 122:16
**u.s.** 5:12
**uh** 28:17 29:1
  107:24 117:10
  118:11 133:22
  142:1 143:2,4
**uncomfortable**
  69:12 140:6
**under** 6:10,13
  6:19 7:10
  11:14 20:8
  34:19 40:2
  146:4,6,13
**underreporting**
  70:17 72:11,14
  74:16,18
**understand** 6:9
  6:12 7:21 59:1
  67:4 105:7
  133:17 139:1
**understanding**
  146:12
**understands**
  142:18
**understates**
  69:15

**undetected**
84:9,20 85:2
85:25 86:22
**unfortunate**
91:16
**unfortunately**
104:3
**united**  1:1
**university**
13:16
**unmanageable**
82:22
**unpack**  83:13
**unquote**  10:2
72:24 136:23
**unresolved**
139:11
**update**  9:10
**ups**  126:19
**use**  26:9 27:9
27:10 29:10,14
32:18 33:5
34:14,25 35:22
36:15 37:18,22
39:3,8,11,19
40:16,21 41:1
41:8,20 42:12
42:17,22 43:2
43:7 44:5,8,20
45:5,11 46:23
48:6,6 57:9,20
70:7,13,18
71:11 95:12
96:1,12,18

97:11 98:1
99:7,13,20
100:8 108:18
109:21 114:11
126:4 128:11
129:8,11
132:19 135:9
135:21
**used**  25:1 26:23
27:1,7 28:23
29:5 34:14
45:19 46:2
119:8,23
**useful**  38:1
**uses**  100:19
**using**  28:20
37:23 98:13
136:3

**v**

**v**  1:7
**vague**  44:17
45:6 143:8
**vaping**  108:14
**various**  54:2
**vendors**  100:15
100:18 101:12
**verbatim**
100:10
**verbiage**  118:7
**veritext**  5:6
**video**  5:9 24:3
24:14,22 26:12
28:13 29:19

41:8,19 45:14
**videographer**
3:20 5:3,6
63:20,23 64:4
112:23 113:4
145:2,5
**videos**  28:11
134:8
**videotaped**
1:11
**view**  34:23 63:5
76:24
**views**  73:1
**virginia**  19:25
20:2
**virtual**  104:9
**virtue**  15:10
**visits**  139:14
**volunteerism**
134:5,12
**vulnerable**
132:17

**w**

**wait**  53:2
**want**  73:12
75:24 88:2,6
88:11,11 91:3
103:5 134:6
135:12
**wanted**  90:12
135:7 136:1
**wanting**  123:23
139:21 140:5

**wants**  38:15
**warning**  84:14
**washington**
3:11
**watch**  44:9,21
**watched**  24:9
59:22 60:6
**watching**  24:3
**way**  73:5 76:4
98:4,12 111:18
129:23 130:1
136:1
**ways**  45:11,17
46:25 47:3,11
47:14 57:23
108:10
**wc.com**  3:12,12
**we've**  6:1 9:21
62:5 63:15
110:19 130:4,4
132:11 139:17
**wednesday**
1:16
**week**  18:4,5,7,8
18:12
**weiant**  3:9
**weighed**  88:10
**weight**  51:24
52:15,18,24
53:11,19 54:16
56:11,20,25
57:1,14 58:2,9
139:3,4 142:11
142:25 143:6

**[weights - yeah]**                                                    Page 39

| | | | |
|---|---|---|---|
| **weights** 88:7 | 63:2 65:2 66:7 | 58:13 81:20 | 88:4 141:24 |
| **weird** 9:18 | 66:25 67:12,20 | 89:18 90:18 | **worksheets** |
| **wellness** 20:11 | 69:4 71:15 | 91:5,13 101:24 | 49:25 88:3 |
| 20:16,21 22:7 | 72:20 74:18,25 | 106:4 111:3 | **world** 85:13 |
| 22:22 57:18 | 76:18 77:1 | 121:23 | **worse** 77:4 |
| 91:22 92:1,15 | 80:20 83:17 | **worked** 12:21 | 136:16 |
| 93:2 94:10,24 | 84:6 86:4,16 | 13:5,8 16:8,14 | **wrapped** 83:9 |
| 113:20 114:3 | 87:3,11 90:7 | 16:19 18:4,6 | **write** 133:4 |
| **went** 15:9 17:9 | 93:19 95:3,15 | 21:21 22:1 | 138:11 |
| 25:22 26:3 | 97:4 98:4 | 23:14 55:12 | **wrong** 92:13 |
| 30:7 82:17,18 | 99:15,23 | 90:3 | **x** |
| 82:18 86:21,22 | 104:24 105:24 | **worker** 6:25 | **x** 4:1,7 |
| **west** 3:4 | 107:3 110:16 | 7:8 15:15 82:1 | **y** |
| **whatsapp** | 111:17 112:1 | 82:4 142:21 | |
| 40:20 47:2,9 | 115:16 119:3 | **workers** 11:12 | **yak** 40:20 |
| **widely** 46:2 | 121:6 124:23 | 79:8,10,16,18 | **yakoubou** 93:7 |
| **wife** 25:25 26:1 | 125:7,23 | 80:2,14 96:17 | **yeah** 9:16 14:5 |
| 34:10,12 | 127:20 128:10 | 97:15,17,24 | 22:20 27:13 |
| **williams** 3:10 | 128:18 131:6 | 102:4,5 109:1 | 29:9 31:21 |
| 6:4 52:5,6,14 | 132:4,21 134:3 | 109:6 139:8,13 | 35:20 36:8,11 |
| 52:18 88:14 | 135:20 136:18 | 140:4 | 38:22 39:2,15 |
| 107:22 108:9 | 138:6 139:7 | **working** 17:7 | 40:14 41:5 |
| 109:7 142:5,10 | 142:15 143:20 | 55:24 56:13 | 42:2 45:21 |
| 142:24 | 149:12 | 57:3 85:16 | 49:4,13 53:2 |
| **witness** 5:18 | **wolf** 3:4 | 89:11 90:9,10 | 62:17 63:19,22 |
| 7:23 8:9 24:2 | **woods** 130:2 | 91:8 115:22 | 66:10 71:6 |
| 27:4 31:7 | **word** 34:19 | 117:3,18 | 76:5 78:6 82:8 |
| 34:18 39:22 | 119:8,23 | 139:10 | 82:10 83:17,23 |
| 40:2 42:1,19 | 135:21 | **works** 26:22 | 88:5 90:7 98:7 |
| 43:5,10 44:12 | **words** 73:10,20 | 93:7 142:19 | 101:25 103:4 |
| 44:23 45:8,21 | 100:3 | **worksheet** 50:1 | 104:7 106:8 |
| 51:13 53:8,16 | **work** 19:17,24 | 50:4,6,9,12,18 | 108:6 110:23 |
| 53:24 55:23 | 20:6 52:23 | 50:21,23 51:1 | 116:17,25 |
| 57:17 59:25 | 53:5,10 55:4 | 51:4,8,14,17,22 | 121:15 128:18 |

**[yeah - zuckerberg]**                                    Page 40

| | |
|---|---|
| 133:22 135:18 | **yesterday**  51:6 |
| 141:12,14 | 90:14 |
| 144:11 | **ygr**  1:4 |
| **year**  18:1,21 | **yik**  40:20 |
| 19:2 20:7,8,20 | **york**  2:10,10 |
| 21:1,3,7,15 | **younger**  34:4 |
| 22:3,15,25 | 136:13 |
| 23:5 28:24 | **youngest**  37:8 |
| 32:3,13,14,17 | **youth**  15:17 |
| 33:16 36:10,10 | 65:3,6,9,13,21 |
| 36:24 37:3,6 | 66:14 |
| 59:17 78:16,17 | **youtube**  3:8 6:5 |
| 78:25 80:6,12 | 26:9,11,17,24 |
| 80:18,25 81:6 | 27:7 29:18 |
| 82:5,9,16,20 | 30:10,21 31:12 |
| 92:11 94:11 | 31:14 32:9 |
| 95:15,16,20,22 | 40:12 42:24 |
| 95:23 98:19 | 45:3 |
| 101:1,13,13,16 | **yrbs**  4:14 64:7 |
| 101:16 102:1 | 65:3,6 75:9 |
| 104:4 107:18 | 126:24 127:6 |
| 123:2 137:4,5 | **yts**  4:14 64:7 |
| **year's**  92:2,9 | 65:9 127:6 |
| 92:14 | **z** |
| **years**  14:17 | |
| 18:19 20:9 | **zero**  76:8 77:18 |
| 21:4,6,23 22:3 | 77:22 80:13 |
| 23:9 25:14,15 | **zoom**  2:3,8,17 |
| 25:15 31:23 | 3:3,15 126:15 |
| 32:17 62:5 | 144:17 |
| 98:21 115:21 | **zuckerberg** |
| 116:22 117:3 | 2:15 |
| 129:24 132:6 | |
| 142:20,22 | |