**Exhibit 76**

# SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Board of Education of Harford County v. Meta, et al., Case No. 23-cv-03065* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**PLAINTIFF BOARD OF EDUCATION OF HARFORD COUNTY'S AMENDED OBJECTIONS AND RESPONSES TO DEFENDANTS' INTERROGATORIES (SET 3)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

RESPONDING PARTY:     BOARD OF EDUCATION OF HARFORD COUNTY

PROPOUNDING PARTE:    DEFENDANTS

SET NO.:              THREE (3)

DATE OF SERVICE:      DECEMBER 17, 2024

  Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of this judicial district, Board of Education of Harford County ("Plaintiff"), through the undersigned counsel, hereby provides this answer and objections to the Defendants' Third Set of Interrogatories (Set 3). Plaintiff has undertaken a reasonable effort to provide the information requested by Interrogatory No. 5 to the extent the requested information is not subject to objection. The following answer is given without prejudice to, and with the express reservation

of, Plaintiff's right to supplement or modify its answer and objections to address additional information, and to rely upon any and all such information and documents at trial or otherwise. *See* Fed. R. Civ. P. 26(e) (requiring supplementation if additional information is discovered) Plaintiff's answer is made without waiving its right to object (on the grounds of relevancy, hearsay, materiality, competency, or any other ground) to the use of its answer in any subsequent stage or proceeding in this Action or any other action.

## ANSWER TO INTERROGATORY

**INTERROGATORY NO. 5:**

For each category of damages for which You are seeking damages in this Action, including each category (e.g., "Human and financial resources related to principals, teachers, staff, and other administrative costs," "Mental and Other Health Supports," "Public Safety and Property Damage," "Human and Financial Resources related to Litigation/General Counsel") and each subcategory (e.g., "increased hiring," "time lost," "implementation and enforcement of social media policies") You listed in Your Second Supplemental Initial Disclosures, please (a) describe what the category includes, (b) explain how You performed or arrived at Your computation, and (c) identify each cost or other input that You used in Your computation.

**AMENDED RESPONSE TO INTERROGATORY NO. 5:**

In addition to the objections stated in Plaintiff's prior response to Interrogatory No. 5 and incorporated here by reference, Plaintiff further objects that amendment of this Interrogatory is premature and untimely at this stage of the litigation. This interrogatory effectively requires that Plaintiff marshal all of the evidence it intends to offer at trial, far earlier than is required or necessary. Plaintiff also intends to submit expert reports that will examine these issues in detail and Defendants will have the opportunity to examine those witnesses at deposition and trial.

Plaintiff further objects that Defendants' demands for an updated answer to this Interrogatory and amendment of Plaintiff's prior answer are unduly burdensome and not proportional to the needs of the case at this juncture. Calculation of damages in this case will require expert testimony, which is forthcoming. Further, these demands for an updated answer as

Plaintiff's officers and employees that would have knowledge of these matters are preparing for imminent depositions by Defendants.

Plaintiff further objects to Defendants use of the word "subcategory" to refer to "(e.g., 'increased hiring,' 'time lost,' 'implementation and enforcement of social media policies')." These damages are all interrelated. For instance, "time lost" leads to "increased hiring" and the two are not easily distinguishable. These individual parts cannot be broken out into separate subcategories at this time; certainly not without the assistance of expert testimony.

Plaintiff further objects to Defendants' requests for an amended response regarding "(b) explain how You performed or arrived at Your computation, and (c) identify each cost or other input that You used in Your computation" because it would require disclosure of privileged attorney-client discussions and attorney work product.

Subject to and without waiving the foregoing objections, Plaintiff ("HCPS") responds that, at this time after a reasonable investigation, its estimated past compensatory damages are in the amount of $166,599,410.88. Below is a summary of the current estimated calculation of each category and sub-category of damages:

| Category of Damages | Sub-Category of Damages | Total |
|---|---|---|
| Human and financial resources related to principals, teachers, staff, and other administrative costs | **Teachers**<br>• Instructional Salaries<br>• Instructional Costs<br>• HCPS Teacher's Retirement Pension System | $ 86,073,076.70 |
| | **Principals and Assistant Principals**<br>• Office of the Principal | $ 14,749,403.58 |
| | **Administrative Costs**<br>• HCPS Employees' Retirement & Pension System<br>• Fringe Benefits (all non-instructional employees, including health insurance, dental insurance, life insurance, etc.)<br>• Communications | $ 29,363,360.27 |
| Mental and Other Health Supports | **Student Services Department**<br>• Psychological Services<br>• Pupil Personnel Services<br>• School Counseling Services<br>• Family and Community Partnerships | $ 9,899,984.25 |

| Category of Damages | Sub-Category of Damages | Total |
|---|---|---|
| Public Safety and Property Damage | **Safety and Security Department** | $ 4,822,124.40 |
| Technology and Curriculum Related Expenses | **Technology and Curriculum**<br>• Career and Technology Programs<br>• Office of Elem/Mid/High Schools<br>• Office of Technology and Information | $ 21,418,425.48 |
| Litigation/General Counsel | **Legal Services** | $ 273,036.20 |
| **TOTAL** | | **$ 166,599,410.88** |

**Documents Supporting Damages Computations:**
HCPS_00431893; HCPS_00434543; HCPS_00431893; HCPS_00432372; HCPS_00432899; HCPS_00433362; HCPS_00433723; HCPS_00434125; HCPS_00438423; HCPS_00547101; HCPS_00036001; HCPS_00082000; HCPS_00431341; HCPS_00122887; HCPS_00238790; HCPS_00286027; HCPS_00437569; HCPS_00484372; HCPS 00083092; HCPS_00057131; HCPS_00047980; HCPS_00608424-HCPS_00608944.

In addition, this damages computation was based on attorney client communications and work product that are privileged and protected from disclosure.

Plaintiff is continuing to investigate and gather documents associated with this cost and will supplement with additional information as it become available.

This amount was computed based on two main inputs: (1) HCPS staff assessments of the programs and departments affected or created due to Defendants' conduct and (2) HCPS financial records that are either public or already produced. The staff assessments of programs were the result of attorney-client privileged conversations between HCPS and its counsel that are not subject to discovery. These assessments are Plaintiff's estimate of: (a) the proportion of staff time lost and (b) the proportion of costs and expenditures that are attributable to Defendants' conduct. The proportion of time or money spent is expressed as a percentage of the overall budget for each relevant department/program, which is deemed a "Weight (%)". The Weight percentages assigned to each department/program are stated in **Attachment A**.

There are two sources of HCPS financial records: (a) HCPS Annual Comprehensive Financial Reports from Fiscal Year ("FY") 2016 through FY 2024 and (b) HCPS Annual Budgets from 2016 through 2024. The HCPS Annual Comprehensive Financial Reports are already produced or are publicly available: HCPS_00122887; HCPS_00238790; HCPS_00286027; HCPS_00437569; HCPS_00484372; HCPS 00083092; HCPS_00057131.[1] The HCPS Annual Budgets have all been produced as HCPS_00431893; HCPS_00432372; HCPS_00432899; HCPS_00433362; HCPS_00433723; HCPS_00434125; HCPS_00438423; HCPS_00547101; HCPS_00036001; HCPS_00082000; HCPS_00431341; HCPS_00608836.[2]

The budgets for each department were derived from figures listed in the HCPS Annual Budgets—except for the "Instructional Salaries" figure, which was obtained from the HCPS Annual Comprehensive Financial Reports. These Annual Budget statements reflect the total budget (inclusive of salary and costs) by HCPS each year for each department/program that comprise the subcategories represented above. For example, under the "Teachers" subcategory there are four subcategories to consider, including "Instructional Salaries," "Instructional Costs," "HCPS Teacher's Retirement Pension System," and "Fringe Benefits."

Compensation in terms of pension and fringe benefits are broken down by program/department, so the estimates were made slightly differently. For teacher pensions, the Weight (%) was applied to the overall budget for HCPS-specific contributions to the "HCPS Teacher's Retirement Pension System." For all other HCPS employees, the share of pension contributions by non-teacher employees (listed in the budget as "HCPS Employees' Retirement & Pension System") was estimated by dividing: (1) the reported number of Full-Time Equivalent (FTE) employees within departments/programs identified as relevant multiplied by the respective Weight (%) of each department/program, by (2) the FTE of all non-teacher employees. For fringe benefits, the FTE of teachers and employees was multiplied by the respective department/program Weight (%) and then an average overall weight percentage was multiplied

---

[1] Annual Comprehensive Financial Reports are available online at HCPS, Business Services, https://www.hcps.org/departments/businessServices/.

[2] Annual Budgets are available online at HCPS, Disbursement Reports, https://hcps.org/boe/budget.aspx.

by total HCPS spending on each line-item fringe benefit, including health insurance, dental insurance, life insurance, etc. All FTE inputs are listed in **Attachment A**.

      The calculation of the above estimated damages was achieved by multiplying the "Weight (%)" by the dollar value of each expenditure. Whether expressed as a proportion of time lost in terms of salary and benefits or a proportion of costs, the ultimate dollar value represents an estimate of the compensable damages incurred as a result of Defendants' wrongful conduct. Plaintiff concludes by reiterating that these estimated damages are likely to be amended and effectively superseded by forthcoming expert reports.

Dated: April 14, 2025

By:   /s/ Matthew P. Legg

PHILIP C. FEDERICO
BRENT P. CERYES
MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO LLC**
2850 Quarry Lake Drive, Suite 220
Baltimore, MD 21209
Telephone: 410-421-7777
pfederico@bmbfclaw.com
bceryes@bmbfclaw.com
mlegg@bmbfclaw.com

LEXI J. HAZAM
PATRICK I. ANDREWS
JASON L. LICHTMAN
KELLY K. MCNABB
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com
pandrews@lchb.com
jlichtman@lchb.com
kmcnabb@lchb.com

*Attorneys for Plaintiff Harford County Board of Education*

# ATTACHMENT A
# CONFIDENTIAL

3220443.1

**HARFORD COUNTY PUBLIC SCHOOLS DAMAGES WORKSHEET (DATED APRIL 11, 2025)**
**CONFIDENTIAL**

**PROGRAM/DEPARTMENT WORKSHEET**

| Relevant Department/Program | Subtotal FY 2016-2024 | Weight (%) | Weighted Total |
|---|---|---|---|
| Instructional Salaries | $ 1,591,000,000.00 | 5% | $ 79,550,000.00 |
| Other Instructional Costs | $ 47,831,000.00 | 5% | $ 2,391,550.00 |
| HCPS Teachers' Retirement Pension System | $ 82,630,534.00 | 5% | $ 4,131,526.70 |
| HCPS Employees' Retirement & Pension System | $ 24,482,468.00 | 1% | $ 364,907.29 |
| Unemployment Compensation | $ 1,324,435.00 | 3% | $ 43,474.41 |
| Health Insurance | $ 739,311,891.00 | 3% | $ 24,267,820.55 |
| Dental Insurance | $ 36,352,746.00 | 3% | $ 1,193,274.35 |
| Life Insurance | $ 5,187,525.00 | 3% | $ 170,279.86 |
| Other Post Employment Benefits | $ 14,681,575.00 | 3% | $ 481,920.87 |
| College Credit Reimbursement | $ 9,288,003.00 | 3% | $ 304,877.54 |
| Office of the Principal-Salaries | $ 147,494,035.80 | 10% | $ 14,749,403.58 |
| Legal Services | $ 2,730,362.00 | 10% | $ 273,036.20 |
| Career and Technology Programs | $ 78,354,424.00 | 2% | $ 1,567,088.48 |
| Office of Elem/Mid/High Schools | $ 10,025,742.00 | 30% | $ 3,007,722.60 |
| Communications | $ 4,228,009.00 | 60% | $ 2,536,805.40 |
| Family and Community Partnerships | $ 1,022,667.00 | 5% | $ 51,133.35 |
| Safety and Security | $ 12,055,311.00 | 40% | $ 4,822,124.40 |
| Psychological Services | $ 26,878,601.00 | 5% | $ 1,343,930.05 |
| Pupil Personnel Services | $ 19,146,721.00 | 5% | $ 957,336.05 |
| School Counseling Services | $ 75,475,848.00 | 10% | $ 7,547,584.80 |
| Office of Technology & Information | $ 84,218,072.00 | 20% | $ 16,843,614.40 |
| **WEIGHTED TOTAL (FY 2016-2024)** | | | **$ 166,599,410.88** |

3220443.1

**HARFORD COUNTY PUBLIC SCHOOLS DAMAGES WORKSHEET (DATED APRIL 11, 2025)**
**CONFIDENTIAL**

### FULL-TIME EQUIVALENT WORKSHEET

| Relevant Department/Program | FY 2016 Actual | FY 2017 Actual | FY 2018 Actual | FY 2019 Actual | FY 2020 Actual | FY 2021 Actual | FY 2022 Actual | FY 2023 Actual | FY 2024 Budget |
|---|---|---|---|---|---|---|---|---|---|
| Instructional Salaries | 2609.800 | 2577.800 | 2542.400 | 2507.900 | 2436.500 | 2504.500 | 2532.800 | 2621.000 | 2631.000 |
| Legal Services | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 6.000 | 7.000 | 7.000 | 7.000 |
| Career and Technology Programs | 122.000 | 123.000 | 123.000 | 117.500 | 109.000 | 115.500 | 120.500 | 127.000 | 127.000 |
| Communications | 5.000 | 5.000 | 5.000 | 5.000 | 5.000 | 6.000 | 6.000 | 6.000 | 6.000 |
| Office of Elem/Mid/High Schools | 7.000 | 7.000 | 7.000 | 7.000 | 6.000 | 8.000 | 8.000 | 9.000 | 9.000 |
| Family and Community Partnerships | 0.000 | 0.000 | 0.000 | 0.000 | 1.000 | 2.000 | 2.000 | 2.000 | 2.000 |
| Safety and Security | 2.000 | 2.000 | 2.000 | 2.000 | 8.000 | 9.000 | 9.000 | 31.000 | 31.000 |
| Psychological Services | 38.900 | 36.900 | 36.900 | 37.000 | 35.000 | 35.000 | 41.000 | 42.200 | 42.200 |
| Pupil Personnel Services | 20.500 | 20.500 | 20.500 | 20.500 | 25.000 | 25.000 | 25.000 | 30.000 | 30.000 |
| School Counseling Services | 120.700 | 118.700 | 119.700 | 120.700 | 121.000 | 122.000 | 125.000 | 127.000 | 128.000 |
| Office of Technology & Information | 54.000 | 53.000 | 53.000 | 55.000 | 52.000 | 56.000 | 51.000 | 51.000 | 51.000 |

3

3220443.1

**VERIFICATION**

I, Sean Bulson, declare:

I am the Superintendent for Harford County Public Schools. I am authorized to make this verification on behalf of Plaintiff, Board of Education of Harford County ("Plaintiff"). The foregoing Plaintiff's Answer to Defendants' Interrogatory No. 5 to Harford County BOE (Set 3) represents a corporate response, based on information, in part, assembled by the Plaintiff's employees and/or representatives. Because the matters stated in the document identified above constitute a corporate response, they are not all necessarily within my personal knowledge, or within the personal knowledge of any single individual. Subject to these limitations, the information contained in the foregoing response is, to the best of Plaintiff's knowledge, true and correct. Plaintiff reserves the right to make any changes should it appear that any omissions or errors have been made.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2025

By: _Sean Bulson (Apr 14, 2025 14:58 EDT)_
Sean Bulson, Ed.D
Superintendent
Harford County Public Schools

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic mail on April 14, 2025, to Counsel for Defendants Counsel for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; TikTok Inc.; TikTok LTD; TikTok LLC.; ByteDance Inc.; ByteDance LTD; Snap Inc.; YouTube, LLC; Google LLC; and Alphabet Inc.:

MetaNoticeofService@cov.com

SnapNoticeofService@mto.com

TikTokSOP@kslaw.com

SERVICE-YOUTUBE INRESOCIALMEDIAM@LIST.WSGR.COM.

Dated: April 14, 2025

By:  /s/ Matthew P. Legg
Counsel for Plaintiff