# Exhibit 77

# SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE: SOCIAL MEDIAADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,**

**THIS DOCUMENT RELATES TO:**

Irvington Public Schools v. Meta Platforms Inc., et al.

Member Case No.: 4:23-cv-1467

Case No. 4:22-MD-03047-YGR

MDL No. 3047

**PLAINTIFF'S THRID AMENDED ANSWERS TO DEFENDANTS' INTERROGATORIES TO IRVINGTON PUBLIC SCHOOLS (SET 3)**

PROPOUNDING PARTY: DEFENDANTS

RESPONDING PARTY: IRVINGTON PUBLIC SCHOOLS

SET No.: THREE (3)

DATE OF SERVICE: MAY 14, 2025

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Local Rules of this judicial district, Plaintiff Irvington Public Schools ("Plaintiff"), hereby provides these responses and objections to the Defendants' Interrogatories to Plaintiff Irvington Public Schools (Set 3) (the "Request" or "Requests").

**PRELIMINARY STATEMENT**

Plaintiff has undertaken a reasonable effort to provide the information requested by these Interrogatories to the extent the requested information is not subject to objection, but Plaintiff has not yet received adequate or substantially complete discovery from Defendants, and Plaintiff has not completed its investigation of the facts relating to this Action. Discovery is ongoing and additional information may be obtained that may alter these responses. The following responses

and objections are based upon information that has been collected and reviewed to date for the purpose of these Interrogatories and are not prepared from any personal knowledge of any single individual. Accordingly, all the following responses are given without prejudice to, and with the express reservation of, Plaintiff's right to supplement or modify its responses and objections to address additional information, and to rely upon any and all such information and documents at trial or otherwise.

**OBJECTIONS TO DEFINITIONS**

The following applies to each Interrogatory.

1. Plaintiff objects to Defendants' definition of "You," "Your," and "Plaintiff," as overly broad, unduly burdensome, and seeking the production of information that is not relevant to the claims or defenses of any party, not proportional to the needs of the case, and not reasonably accessible to Plaintiff upon reasonable diligence. Furthermore, the definition of these terms is over broad to the extent it would require Plaintiff to respond to these Interrogatories for people "purporting to act on its behalf" and to the extent it purports to include any of the persons identified in their personal capacities rather than as officers and employees of Plaintiff. Plaintiff objects further to this definition as seeking Privileged Information because the definition includes Plaintiff's attorneys.

2. Plaintiff's answers are made without waiving its right to object (on the grounds of relevance, hearsay, materiality, competency, or any other ground) to the use of its responses in any subsequent stage or proceeding in this action or any other action.

3. If Plaintiff, in response to any Interrogatory, inadvertently produced information that is or could be the subject of the objections stated herein, such production is not intended to be, nor is it deemed to be, a waiver of the objections with respect to such information provided or withheld.

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 5:**

For each category of damages listed in Your Second Supplemental Initial Disclosures: (a) describe what the category includes; (b) identify each cost or other input that You used in calculating

the claimed damages amount, and (c) explain how You calculated or arrived at the claimed damages amount.

**RESPONSE:**

Plaintiff objects to the Interrogatory as premature to the extent it seeks information about subjects of ongoing discovery, including expert discovery. Plaintiff's investigation is ongoing, Plaintiff has not received sufficient discovery from Defendants as school-district specific documents held by Defendants remain under negotiation and are yet to all be produced, and the factual record is therefore incomplete. Plaintiff also objects to Interrogatory No. 5 as it is duplicative of information Plaintiff already provided in its supplemental initial disclosures served pursuant to Fed. R. Civ. P. Rule 26. Additionally, Plaintiff objects to Interrogatory No. 5 as it calls for an expert opinion and solicits information that is privileged attorney work product and/or privileged attorney-client communications. Plaintiff objects further to the Interrogatory as an impermissibly premature contention interrogatory. Lastly, Plaintiff objects because the Interrogatory is compound, consisting of multiple subparts relating to 1) descriptions of categories and subcategories 2) an explanation of how the damages were calculated and 3) identifying costs, assumptions, and inputs used in calculations for damages.

Subject to and without waiving the foregoing objections, Plaintiff incorporates its Rule 26 disclosures herein. Plaintiff further states that over the last several years, it has incurred increased costs to combat the issues Defendants have caused throughout the District. Plaintiff has previously provided a breakdown of the categories and subcategories of damages. Exhibits A and B, attached hereto, details those categories and subcategories. Plaintiff is under no obligation to re-create or provide work product to further define categories and subcategories for Defendants. Plaintiff previously produced any non-privileged or protected documents upon which Plaintiff's preliminary damages estimates in Plaintiffs' Second Supplemental Initial Disclosures were based. Said disclosures speak for themselves, and Plaintiff currently has no further updates or additions to respond to subpart (a). Plaintiff already provided the costs and inputs in response to subpart (b) and currently has no further responsive information. Pursuant to Fed. R. Civ. P. 33, Plaintiff refers Defendants to the documents produced by Plaintiff for both (a) and (b).

As to (c), Defendants' subpart improperly seeks disclosure of attorney-client privileged materials and attorney work product. Plaintiff stands on this objection and will not provide a response to subpart (c). As stated in prior responses, Plaintiff will make appropriate expert disclosures concerning damages categories, subcategories, explanations, and inputs sought by this Interrogatory (and through Rule 26 disclosure obligations) in accordance with the deadlines set by the Court and the Federal Rules of Civil Procedure. Plaintiff reserves the right to amend and/or supplement its response to the Interrogatory as more information becomes available through the discovery process.

Dated: May 14, 2025

By: */s/James E. Cecchi*_

JAMES E. CECCHI
MICHAEL A. INNES
DAVID G. GILFILLAN
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
T: 973.994.1700
F: 973.994.1744

ZACHARY S. BOWER
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
2222 Ponce De Leon Blvd.
Miami, Florida 33134

**SEEGER WEISS LLP**
CHRISTOPHER A. SEEGER
JENNIFER SCULLION
CHRISTOPHER L. AYERS
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel. (973) 639-9100
cseeger@seegerweiss.com
jscullion@seegerweiss.com
cayers@seegerweiss.com

*Attorneys for Plaintiff Irvington Public Schools*

# EXHIBIT A

| RESOURCES CATEGORIES | VENDORS | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0.50 | 0.50 | 0.60 | 0.60 | 0.60 | |
| **Dr. A. Vauss April 2020 forward** | | | | | | 43,674.72 | 213,917.00 | 220,334.51 | 226,944.55 | 233,752.89 | |
| | | | | | | 21,837.36 | 106,958.50 | 132,200.71 | 136,166.73 | 140,251.73 | $ 537,415.03 |
| **Teachers** | | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | |
| Elementary | | 12,235,337.15 | 11,451,558.83 | 11,779,422.45 | 11,541,278.03 | 11,166,289.47 | 11,389,121.86 | 11,079,874.46 | 10,276,575.61 | 11,076,545.36 | |
| | | 611,766.86 | 572,577.94 | 588,971.12 | 577,063.90 | 558,314.47 | 569,456.09 | 553,993.72 | 513,828.78 | 553,827.27 | $ 5,099,800.16 |
| | | 0.10 | 0.10 | 0.10 | 0.10 | 0.15 | 0.20 | 0.20 | 0.20 | 0.20 | |
| Art | | 1,122,395.00 | 861,687.82 | 867,641.45 | 826,396.19 | 953,930.59 | 883,143.95 | 787,258.56 | 825,889.49 | 738,412.50 | |
| Bilingual Teacher & Subst & Kind | | 300,373.54 | 426,790.00 | 795,740.00 | 703,819.84 | 747,179.80 | 775,305.59 | 758,902.83 | 724,760.05 | 882,636.23 | |
| Chemistry | | | | | | | | | | 71,114.00 | |
| Computer | | 909,672.44 | 875,051.22 | 779,941.92 | 159,416.53 | 923,500.81 | 824,542.45 | 749,894.72 | 847,258.49 | 843,303.80 | |
| Cosmetology | | 55,679.00 | 55,679.00 | 58,999.00 | 61,373.86 | 61,373.96 | 66,004.00 | 67,803.96 | 71,053.96 | 110,402.98 | |
| Dance | | 133,544.58 | 153,155.00 | 162,950.00 | 168,474.96 | 168,474.96 | 131,690.15 | 97,100.96 | 170,951.96 | 87,155.07 | |
| ELA/ELL/ESL/LAL | | 3,619,850.36 | 3,406,217.25 | 3,182,445.45 | 3,525,924.53 | 3,754,068.09 | 4,076,313.71 | 4,504,311.89 | 5,649,477.17 | 5,700,924.26 | |
| INST. MUSIC | | 208,834.00 | 206,323.40 | 118,595.00 | 98,340.80 | 214,326.26 | 219,123.00 | 217,691.49 | 225,920.00 | 256,646.82 | |
| GIFTED | | 410,932.00 | 344,190.70 | 418,868.00 | 422,867.96 | 415,153.92 | 426,868.00 | 428,868.00 | 322,294.00 | 323,794.00 | |
| MATH | | 2,477,298.39 | 2,452,992.00 | 2,515,214.42 | 2,690,783.90 | 2,747,598.91 | 2,900,336.77 | 3,272,096.51 | 3,734,140.10 | 3,533,278.13 | |
| MEDIA | | 694,873.00 | 762,299.46 | 814,235.91 | 768,098.30 | 713,834.60 | 731,181.04 | 847,300.92 | 852,472.59 | 847,805.55 | |
| PHYS ED. | | 2,018,956.10 | 1,853,100.36 | 1,861,812.96 | 1,931,165.66 | 1,905,501.66 | 1,991,680.55 | 2,147,837.50 | 2,114,225.98 | 2,245,821.42 | |
| PRE-K | | 2,663,078.79 | 2,886,157.64 | 2,985,504.01 | 3,327,585.24 | 3,301,699.40 | 3,328,451.00 | 3,394,844.92 | 3,783,284.34 | 3,877,230.90 | |
| Relief Teacher | District | - | - | - | - | - | - | - | 324,487.98 | 293,542.38 | |
| SCIENCE | | 1,547,114.60 | 1,304,543.55 | 1,407,588.70 | 1,514,002.75 | 1,323,848.89 | 1,391,588.64 | 1,247,969.92 | 1,294,774.51 | 1,488,215.58 | |
| SOCIAL STUDIES | | 1,474,716.34 | 1,258,856.92 | 1,361,306.10 | 1,466,109.85 | 1,412,845.76 | 1,462,204.13 | 1,533,248.07 | 1,498,354.94 | 1,484,458.94 | |
| SPANISH | | | | | | | | | | 181,212.00 | |
| SPECIAL ED. | | 4,530,435.05 | 4,770,961.14 | 4,952,321.59 | 5,348,936.70 | 5,465,367.63 | 5,654,210.44 | 5,665,569.27 | 6,531,078.87 | 5,958,706.68 | |
| SPEECH | | 465,534.40 | 605,078.00 | 641,040.00 | 518,360.74 | 433,679.48 | 527,775.00 | 641,206.34 | 554,477.44 | 638,031.50 | |
| VISUAL ARTS | | 113,625.00 | | | | | | | 56,061.77 | 35,557.00 | |
| VOCAL MUSIC | | 953,483.91 | 810,262.50 | 829,743.10 | 731,328.96 | 834,556.48 | 901,462.80 | 944,404.54 | 800,720.81 | 470,211.00 | |
| WORLD LANGUAGE | | 1,027,081.20 | 1,036,560.16 | 1,084,267.00 | 1,178,351.25 | 1,310,165.89 | 1,180,571.89 | 1,323,991.62 | 1,228,345.30 | 1,111,335.10 | |
| Master Teacher | | 534,452.00 | 569,057.00 | 560,705.00 | 654,800.76 | 509,392.93 | 595,244.00 | 626,252.80 | 824,660.70 | 727,749.50 | |
| | | 2,526,192.97 | 2,463,896.31 | 2,539,891.96 | 2,609,613.88 | 4,079,475.00 | 5,613,539.42 | 5,851,310.96 | 6,486,938.09 | 6,381,509.07 | $ 38,552,367.67 |
| | | | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | |
| **Total Benefit Expenditure** | | | 14,266,806.68 | 17,052,211.27 | 16,347,571.03 | 16,144,938.74 | 21,742,334.96 | 17,175,516.17 | 21,355,522.74 | 18,741,956.49 | |
| | | | 713,340.33 | 852,610.56 | 817,378.55 | 807,246.94 | 1,087,116.75 | 858,775.81 | 1,067,776.14 | 937,097.82 | $ 7,141,342.90 |
| **Student Behavior/School Disruption** | | | | | | | | 0.35 | 0.35 | | |
| Technicians | | 0.35 | 0.35 | 0.35 | 0.35 | 0.35 | 0.35 | 0.35 | 0.35 | 0.35 | |
| | District | 250,034.23 | 324,260.71 | 308,395.75 | 237,887.40 | 397,136.02 | 488,654.20 | 441,251.54 | 563,025.05 | 576,392.47 | |
| | | 87511.9805 | 113491.2485 | 107938.5125 | 83260.59 | 138997.607 | 171028.97 | 154438.039 | 197058.7675 | 201737.3645 | $ 1,255,463.08 |
| Tech. Coordinators | District | 379,154.60 | 482,586.08 | 573,187.00 | 543,162.34 | 553,512.00 | 571,847.25 | 878,793.71 | 933,601.82 | 997,187.50 | |
| | | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | |
| | | 113,746.38 | 144,775.82 | 171,956.10 | 162,948.70 | 166,053.60 | 171,554.18 | 263,638.11 | 280,080.55 | 299,156.25 | $ 1,773,909.69 |
| School Security Officers | District | 2,210,428.32 | 2,381,265.54 | 2,323,136.30 | 2,513,271.25 | 2,719,324.21 | 2,627,476.26 | 2,522,740.53 | 2,831,996.99 | 2,881,108.42 | |
| | | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | |
| | | 663,128.50 | 714,379.66 | 696,940.89 | 753,981.38 | 815,797.26 | 788,242.88 | 756,822.16 | 849,599.10 | 864,332.53 | $ 6,903,224.35 |
| School Resource Officers | Irvington Township | 115,000.00 | 115,000.00 | 108,100.00 | 115,000.00 | 80,500.00 | - | - | - | - | $ 533,600.00 |
| **Mental/Behavioral Health** | | | | | | | | | | | |
| | | 0.10 | 0.10 | 0.10 | 0.15 | 0.15 | 0.15 | 0.20 | 0.25 | 0.25 | |
| Behaviorist | District | 68,290.00 | | 69,210.00 | 73,084.96 | 73,084.96 | 79,515.00 | 100,017.49 | 342,097.46 | 462,936.00 | |
| **Total** | | **6,829.00** | | **6,921.00** | **10,962.74** | **10,962.74** | **11,927.25** | **20,003.50** | **85,524.37** | **115,734.00** | $ 268,864.60 |
| **Culture and Climate** | | | | | | | | | | | |
| Principal | District | 1,213,525.48 | 1,423,302.96 | 1,500,227.05 | 1,534,502.03 | 1,629,576.74 | 1,496,516.65 | 1,647,575.02 | 1,868,621.59 | 1,885,653.44 | |
| | | 0.30 | 0.30 | 0.40 | 0.50 | 0.50 | 0.60 | 0.75 | 0.80 | 0.80 | |
| | | 364,057.64 | 426,990.89 | 600,090.82 | 767,251.02 | 814,788.37 | 897,909.99 | 1,235,681.27 | 1,494,897.27 | 1,508,522.75 | $ 8,110,190.02 |
| Assistant Principal | District | 859,771.64 | 734,575.00 | 778,922.31 | 952,765.56 | 1,051,654.39 | 1,106,365.82 | 900,125.84 | 1,047,734.56 | 1,302,595.12 | |
| | | 0.30 | 0.30 | 0.40 | 0.50 | 0.50 | 0.60 | 0.75 | 0.80 | 0.80 | |
| | | 257,931.49 | 220,372.50 | 311,568.92 | 476,382.78 | 525,827.20 | 663,819.49 | 675,094.38 | 838,187.65 | 1,042,076.10 | $ 5,011,260.51 |
| Data/School Dean/Climate Specialist | District | 317,665.00 | 290,925.25 | 384,451.56 | 369,097.20 | 360,381.56 | 369,137.24 | 353,940.45 | 428,984.52 | 536,630.50 | |
| | | 0.25 | 0.30 | 0.45 | 0.45 | 0.55 | 0.65 | 0.75 | 0.85 | 0.85 | |
| | | 79,416.25 | 87,277.58 | 173,003.20 | 166,093.74 | 198,209.86 | 239,939.21 | 265,455.34 | 364,636.84 | 456,135.93 | $ 2,030,167.94 |
| School Social Worker | District | 1,054,762.00 | 982,562.16 | 1,064,744.00 | 1,031,106.98 | 1,029,098.41 | 1,099,101.52 | 932,473.12 | 1,086,567.84 | 1,192,483.00 | |
| | | 0.25 | 0.30 | 0.45 | 0.45 | 0.55 | 0.65 | 0.75 | 0.85 | 0.85 | |
| | | 263,690.50 | 294,768.65 | 479,134.80 | 463,998.14 | 566,004.13 | 714,415.99 | 699,354.84 | 923,582.66 | 1,013,610.55 | $ 5,418,560.26 |
| Guidance Counselor/HSSC | District | 2,499,019.99 | 2,212,154.21 | 2,542,967.41 | 2,502,254.47 | 2,370,030.58 | 2,464,228.91 | 2,573,029.54 | 2,717,374.78 | 2,877,744.18 | |
| | | 0.25 | 0.30 | 0.45 | 0.45 | 0.55 | 0.65 | 0.75 | 0.85 | 0.85 | |
| | | 624,755.00 | 663,646.26 | 1,144,335.33 | 1,126,014.51 | 1,303,516.82 | 1,601,748.79 | 1,929,772.16 | 2,309,768.56 | 2,446,082.55 | $ 13,149,639.99 |
| Psychologist | District | 614,570.50 | 610,855.10 | 660,573.95 | 734,747.00 | 765,317.88 | 849,827.62 | 848,746.01 | 782,310.53 | 766,212.02 | |
| | | 0.15 | 0.15 | 0.20 | 0.25 | 0.30 | 0.40 | 0.40 | 0.50 | 0.50 | |
| | | 92,185.58 | 91,628.27 | 132,114.79 | 183,686.75 | 229,595.36 | 339,931.05 | 339,498.40 | 391,155.27 | 383,106.01 | $ 2,182,901.47 |
| School Nurse | District | 1,173,779.00 | 1,286,548.55 | 1,367,241.75 | 1,339,598.99 | 1,359,259.38 | 1,212,930.00 | 1,165,293.96 | 1,116,318.19 | 1,573,209.00 | |
| | | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.10 | 0.10 | 0.20 | 0.20 | |
| | | 58,688.95 | 64,327.43 | 68,362.09 | 66,979.95 | 67,962.97 | 121,293.00 | 116,529.40 | 223,263.64 | 314,641.80 | $ 1,102,049.22 |
| **Special Services** | | | | | | | | | | | |
| Special Service Director | District | 168,657.15 | 235,503.00 | 203,005.25 | 209,728.65 | 226,023.81 | 232,804.52 | 213,904.77 | 223,762.92 | 366,158.83 | |
| | | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | |
| | | 33,731.43 | 47,100.60 | 40,601.05 | 41,945.73 | 45,204.76 | 46,560.90 | 42,780.95 | 44,752.58 | 73,231.77 | $ 415,909.78 |
| | | | | | | | | | | | |
| Blue Knights/ Academy | District | 119,389.00 | 121,776.00 | 124,760.00 | 127,878.00 | 130,948.00 | - | - | - | - | |
| Alternative School ERESC | | | 278,897.00 | 366,720.00 | 332,814.00 | 330,110.00 | 679,843.00 | 1,200,444.00 | 935,124.00 | 306,369.00 | |
| | | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | |
| | | 107,450.10 | 360,605.70 | 442,332.00 | 414,622.80 | 414,952.20 | 611,858.70 | 1,080,399.60 | 841,611.60 | 275,732.10 | $ 4,549,564.80 |
| | | | | | | | | | | | |
| **Public/Stakeholder/Community Outreach** | | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | |
| Community/Family Advocate Specialist | District | 119,446.28 | 121,835.21 | 125,002.92 | 128,503.00 | 65,761.48 | 102,372.50 | 89,084.91 | 106,731.72 | 111,000.99 | $ 969,739.01 |
| Parent Coordinators | District | 214,828.60 | 197,097.46 | 198,282.33 | 193,935.50 | 230,605.18 | 175,167.73 | 199,529.46 | 210,755.44 | 204,943.71 | $ 1,825,145.41 |

# EXHIBIT B

| Costs Associated with the Harms Alleged in the Complaint for Expenditures on External Programs and Services | | | |
|---|---|---|---|
| **Vendor** | **Approximate Total Spend** | **Percent Allocation to Harms** | **Approximate Costs of Harms** |
| New Jersey Coalition for Inclusive Education | $1,043,432.00 | 20% | $208,686.40 |
| Care Plus NJ, Inc. | $2,513,686.00 | 20% | $502,737.20 |
| Brett Dinovi & Associates LLC | $1,132,333.71 | 20% | $226,466.74 |
| GoGaurdian | $129,625.00 | 35% | $45,368.75 |
| Palo Alto | $140,000.00 | 35% | $49,000.00 |
| Live Breach Calm | $100,000.00 | 20% | $20,000.00 |
| Generations Familiy Guidance, LLC | $300,000.00 | 20% | $60,000.00 |
| Center for Partnership Services | $776,531.25 | 20% | $155,306.25 |
| Momentum Therapy Services, LLC | $350,000.00 | 20% | $70,000.00 |
|  |  |  | $1,337,565.34 |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2025, a true and correct copy of the foregoing Plaintiff's Responses and Objections to Defendants' Requests for Production of Documents to Irvington Public Schools (Set 3) was served on the following by electronic mail:

- defendants-MDL3047JCCP5255@skaddenlists.com; MetaNoticeofService@cov.com;
- SnapNoticeofService@mto.com;
- TikTokNoticeofService@faegredrinker.com;
- SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM; and SMMDLSchoolDistrictBellwetherGroup@lfsblaw.com.

Dated: May 14, 2025

By: */s/James E. Cecchi*

JAMES E. CECCHI
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
T: 973.994.1700
F: 973.994.1744