**Exhibit 82**

# SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS

**Amended Expert Report of**

**Dr. Sharon A. Hoover, Ph.D**

**for DeKalb County Schools**

**June 20, 2025**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## **Table of Contents**

Executive Summary of Expert Opinions ....................................................................................... 1

Expert Background and Qualifications ........................................................................................ 3

Methodology ................................................................................................................................ 5

Findings from Dekalb County School District Analysis ............................................................. 6

   Existing Efforts to Support Student Mental Health and Address Social Media Impacts............ 6

     Mental Health Services and Supports.......................................................................................... 6

     District-wide Initiatives to Address Mental Health and Social Media Impacts ...................... 6

     District and Multi-agency Initiatives to Address Specific Mental Health Concerns .............. 6

     School Staff Professional Development on Mental Health Impacts of Social Media............. 7

     Awareness and Education on Risks and Adverse Effects of Social Media............................. 7

   The School Mental Health Profile............................................................................................. 7

     Staffing .................................................................................................................................... 7

     Services.................................................................................................................................... 8

     Data Systems ........................................................................................................................... 9

   School District Key Informant Interview ................................................................................. 9

     Impact of Social Media on Student Mental Health, Learning, and the School Environment ........................................................................................................................... 9

     Resources to Address Impact of Social Media on Student Mental Health, Classroom, and School Environment ....................................................................................................... 10

     Challenges/Limitations of Current School Behavioral Health and Mental Health Programming ......................................................................................................................... 11

     Recommendations for Addressing Students' Use of Social Media, Including How to Support School Staff ............................................................................................................. 11

Recommendations..................................................................................................................... 12

   Core Recommendations ........................................................................................................... 12

   Staffing .................................................................................................................................... 17

     New Staffing ......................................................................................................................... 19

   Professional Development........................................................................................................ 23

     Professional Development Objectives................................................................................... 23

     Target Audiences .................................................................................................................. 24

     Professional Development Components................................................................................. 24

     Detailed Professional Development Plan .............................................................................. 25

Data Infrastructure ............................................................................................................ 39

    Goal: .................................................................................................................... 39

    Year 1: Visioning, Needs Assessment & Infrastructure Planning ....................... 39

    Year 2: System Selection, Design & Procurement .............................................. 39

    Year 3: Pilot Implementation & Capacity Building ............................................. 40

    Year 4: District-Wide Implementation & Continuous Improvement ................... 40

    Year 5: Evaluation, Sustainability Planning & Data-Informed Decision Making ... 41

    Years 6–15: Sustained Use and Continuous Data-Driven Decision Making ....... 41

Evaluation .......................................................................................................................... 42

    Purpose of the Evaluation ................................................................................... 42

    Evaluation Team .................................................................................................. 42

    Example Evaluation Questions ............................................................................ 43

    Example Evaluation Design and Methods ........................................................... 43

    Example Data Collection Timeline (Yearly Cycle) ............................................ 44

    Example Key Metrics and Indicators .................................................................. 44

    Considerations for Reporting & Use of Findings ................................................ 44

Conclusion ......................................................................................................................... 44

## Executive Summary of Expert Opinions

1.  I incorporate by reference in full my non case-specific report submitted on May 16, 2025 and the opinions set forth therein.

2.  As discussed in my May 16, 2025 report, I have been retained as an expert by the Plaintiffs' Steering Committee in this matter to analyze the impact of student social media use on school districts, schools, the school environment, and student mental health and learning, and to develop a comprehensive, district-led strategic plan to prevent and mitigate the negative impact of student social media use on school districts, schools, the school environment, and student well-being and learning. The opinions herein draw upon my more than 25 years of experience as a clinician, researcher, and consultant in child and adolescent mental health within school settings and my extensive dialogue with educators, administrators, and school mental health staff across the 12 bellwether school districts and other districts across the United States, as well as the opinions and bases for those opinions discussed in my May 16, 2025 report.

3.  Based on the available evidence and my professional expertise, in addition to the opinions offered in my May 16, 2025 report, I offer the following expert opinions to a reasonable degree of scientific certainty. My testimony is based upon the information and data presently available to me. I reserve the right to amend or supplement these opinions if new or different information becomes available.

4.  **Opinion 1:** The cumulative negative impacts of student social media use on school districts, schools, and the school environment, as well as on students' mental health and learning, have required school districts and schools, including DeKalb County Schools, to expend and redirect already limited resources. DeKalb County Schools is increasingly tasked with:

    - Addressing mental health challenges arising from student social media use
    - Educating students on the risks and responsible use of social media
    - Managing behaviors such as distraction during instruction, peer conflict, and emotional dysregulation and addiction as a result of social media
    - Navigating strained family-school partnerships, with social media-related concerns dominating time meant for educational engagement

5.  **Opinion 2**: As I further opined in my May 16, 2025 report, the damaging effects of student social media use on school districts, schools, the school environment, student well-being, and learning can be addressed, in part, through comprehensive school mental health systems. DeKalb County Schools should integrate a 15-year comprehensive, district-led strategic plan that includes the following, with a focus on social media:

    - Social media policies to promote healthy social media use and prevent and mitigate its harms
    - Accessible, evidence-based mental health supports and services for students
    - Mental health literacy
    - Digital literacy education embedded in curriculum
    - Life skills programming
    - Anti-cyberbullying and restorative practice programming

- Robust family engagement and education efforts

6. **Opinion 3:** A 15-year timeline is both a reasonable and necessary duration for implementing a comprehensive, district-led strategic plan to prevent and mitigate the negative impact of social media on DeKalb County Schools, its schools, the school environment, student well-being, and learning. The 15-year period allows for the full cycle of planning, implementation, evaluation, and sustainability. Grounded in public health precedent—such as the 15-year decline in youth tobacco use—this timeline aligns with implementation science indicating that meaningful, system-wide change requires 10-15 years.[1] It enables DeKalb County Schools to follow a full K-12 student cohort, supporting developmental alignment and longitudinal impact assessment. The plan supports phased integration into existing frameworks like Multi-Tiered Systems of Support (MTSS), capacity-building for specialized staff, and data infrastructure development. Importantly, it allows for continuous adaptation to the evolving social media landscape and allocates dedicated time at the end of the plan to institutionalize effective strategies, ensuring sustainability beyond initial funding or leadership cycles. With sustained implementation of this comprehensive, multi-tiered approach, it is reasonable to expect a steep and sustained reduction in the negative impacts of social media on DeKalb County Schools, its schools, the school environment, and student well-being and learning over the 15-year period, similar to the successful outcomes seen in other long-term public health initiatives.

7. **Opinion 4:** Existing staffing and programming at DeKalb County Schools are insufficient to address the complex impacts of social media on students' mental health, learning, and the school environment. A comprehensive and sustainable plan requires new, dedicated staffing and professional development to ensure high-quality, consistent implementation and to avoid further strain on core educational and mental health efforts. Without these investments, DeKalb County Schools risks perpetuating ineffective approaches and sustained challenges to their mission to provide a safe, supportive learning and school environment.

8. **Opinion 5:** A secure, interoperable data system is essential for DeKalb County Schools to effectively identify, triage, and monitor students with mental health concerns—including those related to social media use—across school and community settings. Because existing data systems are fragmented, incomplete, and often not integrated with mental health and academic tracking, a multi-phase, 15-year plan is necessary to build stakeholder buy-in, design and implement a system that meets privacy and interoperability standards, pilot and refine its use, and scale it district-wide with fidelity. Crucially, the plan also includes a sustained commitment to maintain the system, support user capacity, and ensure that data is consistently used to monitor student outcomes and guide responsive, evidence-based supports. Without this structured and long-term investment in infrastructure, DeKalb County Schools will lack the capacity to coordinate

---

[1] United States. Public Health Service. Office of the Surgeon General, National Center for Chronic Disease Prevention, & Health Promotion (US). Office on Smoking. (2012). *Preventing tobacco use among youth and young adults: A report of the surgeon general*. US Government Printing Office.

services, evaluate impact, and make data-informed decisions to prevent and mitigate the harms caused by social media.

9.   **Opinion 6:** A comprehensive evaluation plan is required for DeKalb County Schools to systematically measure the effectiveness, fidelity, and impact of the district's multi-tiered strategy to prevent and mitigate the negative impact of social media on DeKalb County Schools, its schools, the school environment, student learning, and mental health. Ongoing evaluation is needed to ensure that multi-tiered supports are implemented with quality, that short- and long-term outcomes are achieved, and that interventions are adjusted based on real-time data.

10.  In summary, social media's design and use among students contributes to tangible and widespread challenges to DeKalb County Schools, its schools, the school environment, and student mental health and learning. These impacts are real and observable, and they place a significant burden on educational systems and school districts, including DeKalb County Schools. A 15-year district-led strategic plan to implement comprehensive school mental health efforts is critical to prevent and mitigate these harms and promote safe, supportive learning environments in DeKalb County Schools.

## Expert Background and Qualifications

11.  I am a Professor of Child and Adolescent Psychiatry at the University of Maryland School of Medicine and a licensed clinical psychologist. I also serve as Co-Director of the National Center for School Mental Health (NCSMH), a federally funded technical assistance and research center devoted to advancing high-quality school mental health systems in the United States. I have been on the faculty at the University of Maryland since 2004. A true and correct copy of my curriculum vitae is attached as Exhibit A.

12.  I received my Bachelor of Science in Psychology from Miami University in 1996 and my Doctorate in Clinical Psychology from the University of Maryland Baltimore County in 2002. I completed my clinical internship and postdoctoral fellowship in child clinical and community psychology at the University of Maryland School of Medicine.

13.  I have been a licensed psychologist in the State of Maryland since 2004. I have spent over two decades specializing in school mental health, trauma-informed care, youth suicide prevention, and implementation of evidence-based practices in educational settings. I have provided training and consultation to schools, districts, and state education agencies nationwide on building and sustaining comprehensive school mental health systems.

14.  Since 2010, I have co-directed the NCSMH, which is recognized as a national leader in school mental health policy, research, training, and technical assistance. Under my leadership, NCSMH has partnered with the U.S. Department of Health and Human Services, the Substance Abuse and Mental Health Services Administration (SAMHSA), the Centers for Disease Control and Prevention (CDC), and the U.S. Department of Education on multiple initiatives.

15.  In my role as Co-Director of the NCSMH, I have co-hosted the Annual Conference on Advancing School Mental Health for 15 years, convening thousands of researchers, practitioners, and state and local education and behavioral health leaders from across the

United States and internationally to share and learn best practices in comprehensive school mental health. For the past 12 years, I have co-hosted a pre-conference School Mental Health Research Summit, convening some of the most esteemed and well-published school mental health scholars to discuss and innovate research topics and methodologies.

16.    I have delivered over 600 professional presentations, frequently serving as keynote presenter or panelist on national webinars and panel discussions focused on youth mental health and school well-being, including the effects of social media on student learning, school environment, and mental health outcomes. These presentations have been hosted by federal agencies, professional associations, and national advocacy organizations, and are regularly attended by educators, school mental health professionals, policymakers, and researchers. Through these platforms, I have translated scientific findings into actionable guidance for the field, helping school communities understand and respond to the complex and evolving challenges of youth mental health, including those associated with students' use of social media.

17.    I have served as Principal Investigator (PI) or Co-Investigator on numerous federal and state grants related to child and adolescent mental health, including the Mental Health Technology Transfer Center (MHTTC) Network, the National Quality Initiative on School Health, and multiple studies examining the implementation and impact of school-based mental health programs. My work includes oversight of large-scale training and evaluation projects across diverse educational systems.

18.    I have led or co-led the development of several nationally disseminated tools and resources, including the School Health Assessment and Performance Evaluation (SHAPE) system and the National School Mental Health Best Practices: Implementation Guidance Modules for States, Districts, and Schools. These tools have been adopted by thousands of schools and districts to guide and improve their mental health supports.

19.    My scholarship includes over 90 peer-reviewed journal articles, numerous book chapters and policy briefs, and three school mental health intervention manuals. I frequently publish on topics including trauma, social-emotional learning (also known as life skills), comprehensive school mental health, and MTSS.

20.    I have provided expert consultation to federal, state, and local agencies on matters related to school mental health policy and implementation. I have testified before national and state legislative bodies, including the U.S. Senate, and served as an advisor to the U.S. Department of Education, U.S. Department of Health and Human Services, and the World Health Organization.

21.    I have received several awards for my contributions to the field of child and adolescent mental health, including the American Academy of Child and Adolescent Psychiatry (AACAP) Sidney Berman Award for the School-Based Study and Treatment of Learning Disorders and Mental Illness, and the Paula Hamburger Award, awarded annually by the Mental Health Association of Maryland to "Honor a Champion for Children."

22.    I have presented at hundreds of national and international conferences and have trained thousands of educators, mental health professionals, and policymakers on comprehensive school mental health practices. My career has been devoted to promoting the mental

health of children and adolescents by building bridges between education and behavioral health systems.

23.     My hourly rate is $625 per hour. My compensation is not dependent on the outcome of this litigation. My analysis is ongoing, and I reserve the right to supplement and amend my opinions based on emerging scientific information and new materials, testimony, and discovery that becomes available to me after the disclosure of my report.

## Methodology

24.     In forming the opinions in this report, I have relied on my graduate training, more than 25 years of clinical, research, and technical assistance experience, my own research on comprehensive school mental health systems, my review of documents and scientific literature, interviews with key informants from the school districts, and direct interactions with state and local education leaders, including district and school administrators, teachers, and school mental health and health professionals.

25.     Interactions with state and local education leaders have been a consistent and frequent part of my role as a Professor and Co-Director of the National Center for School Mental Health. This work has involved ongoing collaboration with district and school administrators, teachers, school mental health clinicians, and student support personnel to develop, implement, and evaluate school-based mental health systems. These interactions have informed my understanding of real-world implementation challenges and best practices related to improving school and classroom environments and to the identification, triage, and support of students experiencing mental health difficulties, including those arising from social media use.

26.     Opinions in this report were also informed by scientific literature on the subject matter, using literature review methods that are a regular and ongoing part of my practice. I routinely utilize academic search engines (e.g., PubMed, PsycINFO, Google Scholar) to identify relevant scientific literature using different combinations of key words such as "school mental health, student well-being, social emotional competencies, academic functioning, school environments, classroom environments, trauma, adverse childhood experiences, anxiety, depression, and suicide." I am also regularly alerted to new school mental health research via programmed scholarship alerts and in my role on the Editorial Board of the School Mental Health journal.

27.     District-specific content was gathered from Plaintiff Fact Sheets and Supplements, data gathered on the School Mental Health District Profile survey, and key informant interviews with DeKalb County Schools employees, including leaders familiar with student supports and services. The findings from these multiple sources were triangulated and synthesized to form the basis of this expert opinion. Particular attention was paid to aligning empirical findings with district-level needs and infrastructure realities

28.     In short, the conclusions and recommendations presented in this report are grounded in both the scientific evidence base and my understanding based on 25 years of experience in the field of the practical implementation experience necessary to guide feasible, effective, and sustainable solutions within the school district context.

29. I hold the opinions stated in this report to a reasonable degree of scientific and professional certainty.

## Findings from Dekalb County School District Analysis

### Existing Efforts to Support Student Mental Health and Address Social Media Impacts

### Mental Health Services and Supports

30. DeKalb County School District (DCSD) has made significant investments in student mental health services over the years. The number of students receiving mental health services has fluctuated, with a drop during the COVID-19 pandemic due to virtual learning challenges (845 students in SY21) and a resurgence in support needs as in-person schooling resumed (2,151 in SY23 and 1,616 YTD in SY24). The district employs an array of on-campus health professionals, including social workers, psychologists, counselors, and nurses, with over 550 such staff in SY23-24 alone. It also employs mental health specialists and coordinators, whose primary responsibility is addressing student mental health concerns.

31. In addition to direct services, DCSD has incorporated mental health supports into broader initiatives, including modifying mental health curricula, hiring additional staff, and implementing teacher training to enhance social-emotional support.

### District-wide Initiatives to Address Mental Health and Social Media Impacts

32. DCSD's district-wide efforts include an ongoing anti-bullying campaign titled "Bullying Stops Here!", which addresses bullying, harassment, hazing, and discrimination. This initiative integrates education on internet and social media etiquette, promoting responsible and socially aware online behaviors. Additionally, the district has modified student handbooks and implemented policies aimed at guiding proper social media use.

33. To prevent and mitigate social media's adverse effects, the district reports implementing new physical and IT-related infrastructure to limit access to harmful content, training staff to identify and respond to student distress related to social media use, and revising school policies and educational materials to address online behavior.

### District and Multi-agency Initiatives to Address Specific Mental Health Concerns

34. Beyond internal efforts, DCSD collaborates with various agencies and stakeholders to address pressing behavioral and mental health issues. Key initiatives include:
- GRIP (Growing Responsibly, Increasing Possibilities) DeKalb: A Saturday intervention program for students who violate violence or drug policies, requiring participation by both students and their guardians.
- ASPIRE (A Smoking Prevention Interactive Experience): A digital program on smoking prevention.
- Partnerships with national organizations like Caron, Georgia Poison Control, and Smokefree Teen to deliver targeted education on substance use and vaping.
- The K-12 Attendance Intervention Program, with the theme "Attend Today, Achieve Tomorrow," aims to combat chronic absenteeism by promoting consistent school attendance.

### School Staff Professional Development on Mental Health Impacts of Social Media

35. DCSD provides a suite of mental health and trauma-informed professional development opportunities. These include:
    - Mandatory Bullying Awareness and Prevention Training for all staff
    - Optional Trauma-Informed Trainings, including:
      - Trauma Informed Classroom Training
      - Trauma to Resilience: Strategies to Support Children's Well-Being
      - Trauma 101: Understanding the Impact of Trauma on Children for School Professionals
    These trainings equip staff to recognize and respond to emotional distress among students, including those potentially affected by social media.

### Awareness and Education on Risks and Adverse Effects of Social Media

36. DCSD actively educates students, staff, and families about the risks associated with social media use. Key materials include:
    - The DeKalb County Code of Student Conduct, which outlines expectations and consequences related to social media behavior
    - Bullying Awareness Presentations, part of the "Bullying Stops Here!" campaign
    - The Bridge Show, a platform addressing bullying and cyberbullying
    Additionally, the district has updated curricula and developed new educational materials addressing appropriate internet use, digital citizenship, and social media's potential harms.

### The School Mental Health Profile

37. District leadership completed the School Mental Health Profile, an instrument published by the National Center for School Mental Health to document the structure and operations of school mental health systems. Data gathered includes school mental health staffing, services and supports, and data systems in place across schools in the district.

### Staffing

### *Core Mental Health and Student Support Staff*

38. DeKalb County School District maintains a team of core student support professionals. The district employs:

**320 school counselors**

**54 school psychologists**

**65 school social workers**

**100 school nurses**

Additionally, there are 6 additional social workers beyond those categorized as "school social workers," possibly serving in other capacities.

39. Comparison to national standards for student-to-professional ratios:

| Role | National Standard (Students per Professional) | Actual Ratio (Students per Professional) | Comparison to National Standard |
|---|---|---|---|
| School Counselors | 250 | 287 | Does not meet |
| School Psychologists | 500 | 1,699 | Does not meet |
| School Social Workers | 250 | 1,411 | Does not meet |
| School Nurses | 750 | 918 | Does not meet |

These data highlight a gap between the district's current staffing levels and national best practices, particularly in psychology and social work services. This is typically due to a lack of resources.

*Family and Community Engagement*

40. The district reports having **28 parent liaisons or parent engagement coordinators**, all of whom are school-employed. These professionals serve as crucial connectors between families and schools, facilitating communication, engagement in services, and access to support.

*Crisis Response and Safety*

41. DeKalb County School District employs **71 school resource officers (SROs)** to support crisis response, safety, and law enforcement functions across its schools. This coverage implies approximately one SRO for every two schools.

*Therapeutic and Specialized Services*

42. The district reports having no occupational therapists.

*Leadership and Coordination*

43. The profile indicates no presence of school administrators currently involved in mental health strategy and coordination. Leadership should be integrated in school mental health strategy and coordination.

Services

44. DeKalb County provides a **range of mental health services and supports across Tiers 1–3**, with each level of support reported as **available in 76–100% of schools**. Specific examples include:

**Tier 1 (Universal Prevention):** Widespread implementation of **PBIS and Second Step** for healthy relationships, social-emotional skills, and bullying prevention.

**Tier 2 (Selective Support):** Use of small group supports for attention, conduct problems, and grief/loss.

**Tier 3 (Indicated Services):** Referral systems to school counselors and school social workers for concerns such as anxiety, depression, trauma, and substance use.

Services are available across a range of student mental health concerns, including:

**Anxiety, depression, ADHD, oppositional or conduct problems/anger management, and trauma:** Supported at tiers 2 and 3 and through in-school referral systems.

**Bullying:** Addressed through both universal programs (PBIS, restorative practices) and individualized supports.

**Serious mental illness (e.g., psychosis):** Students are referred to internal counseling or external services, though the lack of psychiatric professionals may hinder timely interventions.

The district has also established **referral systems to community providers** for high-need cases, but the lack of detailed coordination structures and staffing raises concerns about **continuity of care and follow-up**.

## Data Systems

45. The district collects a variety of data relevant to school mental health, including:

**Attendance and chronic absences**

**Academic achievement**

**Office discipline referrals**

**Out-of-school suspensions**

**School climate and safety**

These data were collected but not used for school mental health services.

46. The district did not report having an electronic data system to track Tier 2 and Tier 3 mental health service delivery. Any reporting system must be used consistently across schools and integrated with broader academic and behavioral tracking systems.

## School District Key Informant Interview

47. As part of my analysis, I conducted key informant interviews with DCSD employees. These interviews informed my opinions herein and findings from the interviews are described below. The key informants expressed deep concerns about the negative effects of social media on the school environment as well as student mental health and learning. Social media has disrupted the school environment and classroom, distracted students during class, increased student anxiety and stress and negatively impacted their social interactions and skills. Social media has also exacerbated violence, bullying, and emotional distress, with conflicts reaching wider audiences and lasting much longer than they would have in the past, leading to protracted events and negative impacts on students' emotional wellbeing.

## Impact of Social Media on Student Mental Health, Learning, and the School Environment

48. Student use of social media has serious emotional, academic, and social impacts across DeKalb schools. Interviewees described a lack of social development among younger and

older students alike. One leader noted, "They are distracted and they are not taking in the information we are teaching," leading to students being unprepared for tests and contributing to teachers feeling ineffective.

49. Students frequently experience bullying, harassment, and emotional distress tied to social media. "Bullying always existed, but now it's worse with social media," one leader stated. Students face a perpetual state of anxiety, distress, and sometimes fear due to online threats and derogatory content, exacerbating mental health issues like depression, school avoidance, and suicidal ideation.

50. Leaders report that scrolling behavior in class is widespread: "Kids in the classroom are 'just scrolling, just scrolling, just scrolling.'" They further report that notifications significantly disrupt attention: "When a student receives a notification it takes about 15 minutes away from their engagement."

51. Leaders also report that conflicts that might have been minor before social media now escalate: "Because of social media those conflicts go 24/7... it never turns off," worsening peer relationships and fueling fight culture through "IG fight sites."

52. One leader emphasized, "Students are zombies, locked into their phones when walking the hallways," which diminishes both peer-peer and student-teacher relationships.

### Resources to Address Impact of Social Media on Student Mental Health, Classroom, and School Environment

53. According to the key informants, the district has piloted several efforts, including:

"Disconnect to Reconnect" initiatives with cellphone pouches and lockers in 18 schools. Students "performed lower" and "were not engaging" when allowed phones, but social interaction and engagement improved with restricted access.

Safe School Centers ("Zen Dens") in six high schools, offering yoga, gardening, shadow boxing, and other self-regulation activities. Key informants said, "This center helps them center themselves" and "gives you a chance to get away from other distractions."

Partnerships with external mental health providers in about 40 schools to deliver school-based therapy services.

Deployment of area mental health coordinators and expanded school psychology partnerships to support school mental health staffing.

SEL programming is also available, primarily through Second Step (K-8), though leaders expressed concern about the fidelity of its implementation and the lack of high school SEL curriculum.

Overall, while there are pockets of innovation, scalability and sustainability remain major challenges without significant new funding.

### Challenges/Limitations of Current School Behavioral Health and Mental Health Programming

54. Despite notable efforts, key informants unanimously reported that resources are ineffective due to resource constraints and significant need. One leader stated: "No, we do not have sufficient resources to support student mental health because we are seeing increases every year in depression, anxiety, suicidality."

Another noted: The district cannot afford cellphone pouches for all 137 schools ("We spent $400K on just a handful of schools").

Staff are stretched thin: School counselors, social workers, and psychologists already juggle registration, scheduling, discipline, and SEL instruction. One leader noted, "Social media is just something to add to their plate."

Digital literacy and anti-cyberbullying efforts exist but lack breadth. According to a leader: There is a "policy but not the resources to fully implement," and anti-bullying training is often carried out by a retired educator on a part-time basis.

Given resource constraints, family education is limited and inconsistent, compounded by a multilingual population requiring expensive translation services.

Professional development for staff on social media impacts is minimal due to resource constraints. One leader stated: "We don't have the bandwidth to train all of them as much as we would like."

A leader emphasized, "We struggle because what we are currently doing is adding SEL demands to someone who already has a full-time position."

### Recommendations for Addressing Students' Use of Social Media, Including How to Support School Staff

55. Interviewees provided specific, actionable recommendations to be taken with additional resources:

Expand Cellphone Lockers/Pouches: District-wide implementation of cellphone lockers for every middle and high school classroom to limit access during the school day.

Increase Mental Health Staffing: "Hire mental health professionals for every single school so that they could provide therapy," including crisis response and clinical services.

Expand Safe Centers: Establish Safe Centers (Zen Dens) in every high school, and ideally every school, providing holistic student supports.

Mandate Digital Literacy: Integrate robust digital literacy curricula across grades, particularly focusing on critical thinking, online safety, and managing peer pressure.

Shut Down Social Media During School Hours: Key informants advocated for policy changes at the platform level, stating, "Shut off social media during school hours. Stop notifications, all the likes and the dings."

Invest in Staff Professional Development: Train teachers and administrators on the impacts of social media, youth mental health first aid, restorative practices, de-escalation techniques, and appropriate online engagement.

Strengthen Family Engagement: Develop consistent parent education programs on the risks of social media and how to establish healthy boundaries at home.

Policy and Practice Alignment: Update disciplinary codes to reflect social media-specific incidents and invest in restorative practices training for all school staff.

An interviewee summarized: "We can keep treating the symptoms but we also need to find a cure."

In addition, interviewees emphasized that staff well-being must be prioritized, given that teachers themselves are targets of social media harassment. "Staff could benefit from more training on social media that goes beyond internet usage and social media policies," one leader shared.

## Recommendations

56. As discussed above, DCSD has made investments in mental health resources and programs, including providing additional resources to address the impact of social media. However, to specifically address and fully implement the positions and programs necessary to address the negative impact and risk of harms caused by social media, additional resources are required. Based on my interviews of key informants and analysis of the district's mental health resources and programming, review and analysis of produced and public materials, and my education and expertise, it is my opinion that DCSD requires additional resources and support to develop and implement a comprehensive, holistic plan to specifically address the impact of social media on the district.

57. To prevent and mitigate the negative impacts of social media on the school district and students, with additional resources, DCSD should implement a range of strategies aimed at promoting healthy social media usage, enhancing mental health support, and fostering a positive school environment in the face of social media challenges. Integrating multi-tiered systems of support is essential to equip youth with the skills they need to navigate social media's complexities and risks while maintaining their mental health and academic engagement and performance.

58. Core recommendations are detailed below.[2] Recommendations for timeline, staffing, professional development, data infrastructure, and evaluation are included following the core recommendations.

### Core Recommendations

| Tier 1 - Universal (School-Wide Prevention and Education) |
|---|
| 59. **RECOMMENDATION 1: Social Media Policies and Staff Professional Development** (e.g., policies for social media monitoring, student and staff online behavior, and responding to harmful interactions and use; professional development on social media, |

---

[2] The timeline for these recommendations is 15 years for the reasons set forth herein and in my report dated May 16, 2025.

including recognizing signs of social media-induced stress, cyberbullying, student mental health concerns, monitoring and support for online behavior)

Policies and professional development for staff equip educators with the guidance, knowledge and skills to address the impacts of social media on student academics and well-being. Clear policies should outline appropriate monitoring and support strategies for online social media behavior, including how to respond to digital conflicts, harmful social media use, and student distress related to social media use. Schools should implement ongoing professional development focused on recognizing signs of social media-induced stress, cyberbullying, and mental health concerns in students. Additionally, staff should receive guidance on maintaining professional boundaries online, fostering healthy digital habits in the classroom, and integrating digital citizenship, Life Skills, and mental health literacy into instruction. By ensuring that educators are well-trained and supported, schools can create a safe, informed, and proactive environment that helps students navigate the complexities of social media responsibly.

60. **RECOMMENDATION 2: Screen Time Management Initiatives** (e.g., device-free zones and times, tech breaks, homework technology guidelines, social media monitoring)

Screen time management initiatives prevent and mitigate the negative mental health and academic impacts of excessive social media use. These initiatives include not only a ban on personal electronic devices during the school day, but attention to guidelines related to the use of school-issued devices and accessing assignments or otherwise requiring the use of technology outside of school hours. Continued and expanded measures to secure students' cell phones during the school day, such as using lockable signal-blocking storage lockers or magnetic pouches that limit access while preserving device security. Additionally, homework technology guidelines can promote healthy digital habits by setting boundaries on screen time for academic tasks and encouraging offline activities.

To further support student safety and mental health, schools are encouraged to implement software that monitors student social media activity for signs of cyberbullying, self-harm, threats of violence, and other concerning behaviors. These tools can alert designated school personnel to potential risks both during school hours and outside of school, enabling timely intervention and support. When used responsibly and in alignment with privacy and ethical guidelines, such monitoring systems can complement broader screen time management strategies by enhancing early identification and response efforts. The district has some systems in place, but these systems should be reviewed to ensure best practices are being followed and improved as needed.

61. **RECOMMENDATION 3: Digital Literacy** (e.g., teaching students responsible social media use, online safety, healthy boundaries with technology)

Digital literacy in K-12 education involves teaching students to use digital technologies responsibly and effectively for communication, information access, problem-solving, and content creation. It includes essential skills such as practicing online safety, assessing the credibility of digital information, setting healthy technology boundaries, and using social media wisely. Incorporating digital literacy into the curriculum is crucial for preparing students to succeed in a world increasingly shaped by technology. It promotes critical thinking, ethical conduct, and responsible digital citizenship, equipping students for academic achievement, future careers, and meaningful societal engagement. As technology continues to

influence various aspects of life, digital literacy empowers students to adapt and make informed choices in the digital realm.

62. **RECOMMENDATION 4: Life Skills Programming** (e.g., build student skills like empathy, emotion regulation, navigating social media pressure)

Life Skills programming focuses on teaching students essential skills for managing emotions, building healthy relationships, demonstrating empathy, and making responsible choices. It cultivates self-awareness, social awareness, and resilience, enabling students to navigate interpersonal challenges and thrive academically and personally. Life Skills programming is particularly important in the context of student social media use, as it helps them develop critical skills to handle online interactions constructively, resist negative influences, and manage the emotional impacts of social media. By fostering emotional intelligence and ethical behavior, Life Skills programming equips students to engage in healthier online and offline relationships, promoting mental well-being and creating a positive, supportive school environment.

63. **RECOMMENDATION 5: Mental Health Literacy** (e.g., curricular instruction on positive mental health, signs and symptoms of mental health challenges, including those associated with social media)

Mental health literacy in K-12 schools equips students, educators, and families with the knowledge and skills to recognize and address mental health challenges, including those influenced by social media. Schools should provide training on identifying signs of anxiety, depression, and social media addiction, helping staff and students understand how screen time, cyberbullying, and online comparisons can contribute to emotional distress. By integrating mental health education into the curriculum, schools can teach students about healthy coping strategies, digital well-being, and self-care practices to prevent and mitigate the negative effects of social media. Additionally, schools should ensure access to mental health resources, such as school counselors, peer support programs, and digital wellness tools, while fostering open conversations about balancing online and offline life. Strengthening mental health literacy in schools empowers students to recognize when they or their peers need help and encourages proactive support for overall well-being.

64. **RECOMMENDATION 6: Anti-Cyberbullying Programming** (e.g., reporting mechanisms, consequences for violations, anonymous reporting programs, peer mediation or restorative practice programs)

**Overview:** Anti-cyberbullying programming refers to structured practices implemented by schools to prevent, address, and prevent and mitigate the impact of cyberbullying among students. These programs aim to create a safe and supportive school environment by promoting positive online behaviors and providing mechanisms for reporting and addressing bullying incidents. Key components of anti-cyberbullying programs include: reporting mechanisms, consequences for violations, peer mediation programs, and restorative practice programs.

65. **RECOMMENDATION 7: Digital Detox Challenges and Wellness Programs** (e.g., voluntary screen-time reduction challenges, mindfulness activities, incentives for healthy tech habits)

**Overview:** Digital detox challenges and wellness programs encourage students to develop healthier relationships with technology by promoting voluntary screen-time reduction, mindfulness activities, and incentives for balanced tech habits. These initiatives can include school-wide digital detox challenges, where students commit to reducing social media use for

a set period, fostering awareness of screen-time habits and their effects on mental health. Schools can also incorporate mindfulness and stress-reduction activities, such as guided meditation, journaling, and outdoor experiences, to help students develop self-regulation skills and digital balance. Incentive programs, such as recognition for screen-free engagement in social activities or creative offline projects, can further motivate students to embrace healthy technology habits. By integrating these programs, schools can help students reflect on the impacts of social media, reduce reliance on digital interactions, and strengthen in-person connections, focus, and emotional well-being.

66. **RECOMMENDATION 8: Positive School Culture and Community Building** (e.g., offline social activities, awareness on digital health)

**Overview:** Positive school culture and community building initiatives play a crucial role in mitigating the negative impacts of social media by fostering offline connections, digital well-being, and a sense of belonging. Schools can promote offline social activities, such as clubs, team-based projects, and community events, to encourage face-to-face interactions and reduce reliance on digital communication. Incorporating digital health awareness campaigns into school programming helps students develop critical thinking skills about their social media use, recognize signs of digital burnout, and adopt healthier online behaviors. Schools can also implement peer mentorship programs, kindness initiatives, and inclusive school traditions to create a supportive environment where students feel valued and connected. By prioritizing strong interpersonal relationships and digital balance, schools can cultivate a culture that enhances student well-being, social-emotional skills, and overall academic success.

67. **RECOMMENDATION 9: Family Engagement and Education** (e.g., parent education on impacts of social media on youth, signs of social media stress, health digital habits)

**Overview:** Family engagement and education help parents and caregivers understand and respond to the impacts of, and help reduce the risk of harm caused by, social media on youth mental health and well-being. Schools can offer parent education workshops, webinars, and resources on topics such as recognizing signs of social media stress, setting healthy digital boundaries, and fostering open conversations about online experiences. Providing guidance on age-appropriate technology use, cyberbullying prevention, and digital citizenship equips families with the tools to support their children in navigating social media safely. Schools can also establish family-school partnerships through regular communication, digital wellness newsletters, and parent discussion groups to encourage collaboration in promoting responsible technology use at home and in school. By engaging families as active partners, schools can reinforce consistent healthy digital habits and help students develop resilience, balance, and critical thinking skills in their online interactions, to prevent and mitigate the risk of harms caused by social media.

**Tier 2 - Targeted (Small-Group or At-Risk Student Interventions)**

68. **RECOMMENDATION 10: Targeted Mental Health Support** (e.g., Short-term counseling, peer mentoring programs, check-ins for students struggling with online stress)

**Overview:** Targeted mental health support provides early intervention for students experiencing stress, anxiety, or emotional distress, including those struggling with the negative impacts of social media. Schools can offer brief, solution-focused counseling to help students develop coping strategies for managing online pressure, cyberbullying, social comparison, and digital addiction. Peer support programs, such as mentoring and student-led mental health groups, can create safe spaces for students to share experiences and receive guidance from trained peers. Regular check-ins with school mental health clinicians or other support staff

ensure that students who feel overwhelmed by social media-related stress receive timely help before their challenges escalate.

| | |
|---|---|
| 69. | **RECOMMENDATION 11: Social Media Impact Support Groups** (e.g., small-group sessions on social comparison, FOMO (fear of missing out), self-esteem, and online safety) |

**Overview:** Social media impact support groups provide structured, small-group sessions to help students navigate the emotional and psychological effects of social media. These sessions address key issues such as social comparison, FOMO (fear of missing out), self-esteem, and online safety, equipping students with critical thinking skills and resilience to manage digital pressures. By facilitating open discussions, interactive activities, and real-life scenarios, these sessions encourage students to reflect on how social media influences their mental health, identity, and relationships. Educators and mental health professionals can use evidence-based strategies to help students develop healthy online habits, set boundaries, and recognize when social media is negatively impacting their well-being. Integrating these groups into school programming ensures that students receive proactive guidance on responsible social media use, fostering greater self-awareness and emotional balance in the digital age.

| | |
|---|---|
| 70. | **RECOMMENDATION 12: Parent Support Groups for Social Media Concerns** (e.g., group discussions on managing children's social media use, setting boundaries, and addressing mental health concerns) |

**Overview:** Parent support groups for social media concerns provide a collaborative space for parents to discuss and share strategies for managing their children's social media use. These groups facilitate discussions focused on setting healthy boundaries, monitoring online activity, and addressing mental health concerns such as anxiety, depression, and cyberbullying related to social media. Parents are encouraged to share experiences, gain insights from experts, and learn best practices for fostering a safe and supportive digital environment at home. The goal is to empower parents with the tools and knowledge needed to guide their children through the complexities of social media and prevent and mitigate its negative effects on mental well-being.

| | |
|---|---|
| | **Tier 3 - Intensive (Individualized and Specialized Support for High-Need Students)** |
| 71. | **RECOMMENDATION 13: Intensive Mental Health Treatment for Social Media-Related Distress** (e.g., Individual therapy, cognitive-behavioral interventions, family counseling) |

**Overview:** Intensive mental health treatment for social media-related distress helps students manage the psychological and emotional effects of social media. Individual therapy, particularly through cognitive-behavioral interventions, focuses on identifying and addressing harmful patterns of thinking and behavior related to social media use, such as anxiety, depression, or self-esteem issues. Family counseling may be integrated to support a collaborative environment, encouraging healthy communication and setting boundaries at home. These interventions aim to reduce the negative impacts of social media, promote digital well-being, and equip students with coping strategies to navigate online challenges in a healthy, balanced way.

| | |
|---|---|
| 72. | **RECOMMENDATION 14: Referral to Community-Based Digital Wellness Programs** (e.g., Coordination with external mental health providers specializing in digital addiction and online safety) |

**Overview:** Referral to community-based digital wellness programs connects students and families with specialized external resources to address social media-related distress. Schools

collaborate with mental health providers, digital addiction specialists, and online safety organizations to ensure students receive comprehensive support beyond the school setting. These programs offer expert guidance on managing screen time, coping with digital anxiety, and navigating cyber risks, providing tailored interventions such as therapy, workshops, and family coaching. By bridging school-based support with community expertise, this referral system enhances students' digital well-being, promotes healthier technology use, and prevents and mitigates the negative mental health impacts of social media.

73. **RECOMMENDATION 15: Crisis Intervention for Social Media-Related Crises** (e.g., Immediate counseling support, safety planning, legal or administrative interventions)

**Overview:** Crisis intervention for social-media related crises provides immediate support for students facing severe emotional distress due to online harassment, exposure to harmful social media use, or digital threats. This intervention includes on-demand counseling to address acute psychological impacts, safety planning to protect students from further harm, and coordination with school administrators or legal authorities when necessary. Schools may implement restorative practices, peer mediation, or disciplinary actions to address cyberbullying incidents while ensuring affected students receive ongoing emotional and social support. By offering a rapid and comprehensive response, these interventions help students regain a sense of security, build resilience, and prevent long-term mental health consequences.

## Staffing

74. To implement the recommendations above, new staffing and professional development for new and existing staffing are required. Below are details about staffing and training/professional development required to implement a comprehensive, multi-tiered system of supports and services to address the impact of social media in schools. It is recommended that DCSD employ new staffing and professional development rather than rely solely on existing school personnel or programming. This recommendation is based on the following key considerations:

75. **Existing School Staff and Programming Are Stretched Too Thin to Absorb New Responsibilities**

District leaders report that school personnel are already operating at or beyond capacity due to resource constraints and significant need. Although efforts have been made to address the impacts of social media through reallocation of existing resources (e.g., digital literacy initiatives, mental health interventions, anti-bullying programs), these efforts have often come at the expense of other critical responsibilities, including direct instruction and broader mental health supports. Research confirms that overburdening school staff without adequate support decreases program fidelity, increases burnout, and ultimately harms student outcomes. Thus, asking existing staff to shoulder significant additional responsibilities without new, dedicated capacity is neither sustainable nor effective.[3]

76. **Existing Programming Has Been Ineffective**

---

[3] Greenberg, M. T., Domitrovich, C. E., Weissberg, R. P., & Durlak, J. A. (2017). Social and Emotional Learning as a Public Health Approach to Education. *The Future of Children, 27*(1), 13–32.

Where programming to address digital citizenship, mental health, or social-emotional learning (SEL) has been introduced, it has typically been piecemeal, often funded through short-term grants or ad hoc district initiatives. Evidence shows that piecemeal implementation without systemic support leads to uneven program quality, low fidelity to evidence-based practices, and limited impact.[4] Moreover, funding instability commonly results in program discontinuation or erosion, particularly in the context of public education systems facing chronic budgetary pressures.[5]

77. **Comprehensive, Systemic Efforts Require Dedicated, Trained Staff for Sustainable Impact**

Best practices in addressing complex challenges like the impacts of social media emphasize the need for systemic, integrated approaches that are fully staffed and resourced. According to implementation science, effective, sustainable interventions in education systems require dedicated leadership, trained specialists, ongoing professional development, and protected time and resources.[6], [7] Given the complexity and evolving nature of social media's influence, new staffing (e.g., digital literacy specialists, Life Skills specialists, mental health staff) and specialized, ongoing professional development are essential to ensure that strategies are consistently, effectively, and adaptively implemented.

78. **New Staffing and Professional Development Are Critical for a Coherent, Multi-Tiered System of Supports**

To create a multi-tiered system of supports (MTSS) that addresses the impacts of social media, districts must ensure that universal, targeted, and intensive supports are available, consistent with best practices in school mental health. This requires new investment in personnel who are trained not only in standard educational or mental health practices, but who specialize in the specific harm caused by social media, including digital literacy, online safety, social media addiction, and cyberbullying intervention.[8]

79. Without this additional investment, districts risk continuing a reactive, fragmented approach that is ineffective. New staffing and professional development represent a necessary structural investment to ensure the strategic plan can achieve its intended goals of promoting student

---

[4] Durlak, J. A., & DuPre, E. P. (2008). Implementation matters: A review of research on the influence of implementation on program outcomes and the factors affecting implementation. *American Journal of Community Psychology,* 41(3-4), 327–350.

[5] Weiss, C. L., Blizzard, A. M., Vaughan, C., Sydnor-Diggs, T., Edwards, S., & Stephan, S. H. (2015). Supporting the transition from inpatient hospitalization to school. *Child and Adolescent Psychiatric Clinics of North America*, *24*(2), 371-383.

[6] Weiss, C. L., Blizzard, A. M., Vaughan, C., Sydnor-Diggs, T., Edwards, S., & Stephan, S. H. (2015). Supporting the transition from inpatient hospitalization to school. *Child and Adolescent Psychiatric Clinics of North America*, *24*(2), 371-383.

[7] Clayton, J. D. (2023). Navigating the Practical Challenges of MTSS Implementation. *Communique*, *52*(4), 12-17.

[8] Hoover S, Bostic J: Schools as a vital component of the child and adolescent mental health system. *Psychiatr Serv*, 72:37–48, 2021.

well-being, enhancing the learning environment, and fulfilling the district's educational mission.

New Staffing

*District Staff:*

80. **Director of Digital Safety** (1 per district)
Responsibilities:
- Use Monitoring: Oversee district-wide systems that detect and report student social media use on school devices and networks.
- Tool Selection: Evaluate and recommend surveillance and filtering technologies to block and track unauthorized platforms.
- Threat Detection: Analyze flagged content and usage patterns to identify potential safety concerns or violations.
- Incident Response: Coordinate with administrators to address digital misconduct and social media-related infractions.
- Policy Enforcement: Ensure consistent application of rules prohibiting social media access during school hours.

81. **Director of Digital Literacy** (1 per district)
Responsibilities:
- Policy Development: Create and enforce district policies promoting responsible social media use among students and staff.
- Curriculum Integration: Collaborate with educators to incorporate digital literacy topics into the curriculum.
- Professional Development: Organize training sessions for teachers and staff on guiding students toward healthy online behaviors.
- Community Engagement: Lead workshops and informational sessions for parents and guardians on the effects of social media and strategies for fostering positive digital habits at home.

82. **Director of Life Skills Education** (1 per district)
Responsibilities:
- Curriculum Integration: Guide schools in embedding social media-related life skills education—including emotional regulation, coping strategies, and responsible decision-making—into academic content and advisory programming.
- Specialist Support: Supervise and support school-based Life Skills Specialists to ensure consistency and quality in program delivery across schools.
- Professional Development: Create and facilitate training for educators to teach life skills effectively and lead classroom discussions on topics such as peer pressure, digital boundaries, and resilience.
- Program Alignment: Ensure districtwide alignment of Life Skills instruction with social and emotional competency and character development, health education, and digital wellness efforts
- Family and Community Engagement: Partner with families, youth-serving organizations, and community mental health providers to reinforce life skills learning outside of school.

- Assessment and Reporting: Track program impact and student outcomes using data and feedback mechanisms to inform continuous improvement and reporting to stakeholders.

83. **Director of Mental Health Literacy** (1 per district)
Responsibilities:
- Districtwide Strategy: Develop and implement a comprehensive plan to embed mental health literacy into academic instruction across all schools.
- Support and Coaching: Provide direct coaching, consultation, and implementation support to school-based Mental Health Literacy Specialists.
- Professional Development: Design and deliver training for educators on integrating mental health concepts, help-seeking behaviors, and stigma reduction into classroom practice.
- Resource Development and Alignment: Curate, adapt, and disseminate age-appropriate, culturally responsive mental health literacy resources that align with academic standards and state frameworks.
- Evaluation and Improvement: Monitor implementation fidelity and outcomes across schools and use data to continuously improve mental health literacy efforts.
- Cross-Sector Collaboration: Coordinate with district mental health staff, curriculum teams, and community mental health partners to ensure alignment and sustainability of Tier 1 mental health literacy supports.

84. **Director of Student Mental Health (with social media expertise)** (1 per district)
Responsibilities:
- Program Development: Design and implement mental health programs addressing challenges associated with social media use.
- Resource Allocation: Ensure schools have access to necessary mental health resources and support systems.
- Crisis Management: Develop protocols for identifying and supporting students experiencing social media-related mental health crises.

85. **Director of Family Engagement and Education** (1 per district)
Responsibilities:
- Parent Workshops: Organize sessions educating families on the impacts of social media and strategies for managing use at home.
- Resource Distribution: Provide materials and resources to assist parents in understanding and guiding their children's social media use.
- Family Communication: Establish clear channels for families to raise concerns or ask questions about student social media use.

*School-building Staff:*
**Tier 1: Universal Mental Health Literacy & Prevention**
86. **IT Staff or Educational Technology Specialist** (1 per school)
- Provide technical support for digital literacy programs, assist with monitoring safe technology use, and ensure compliance with district policies.
- Assist in implementing online safety tools and social media filters.
- Provide training for staff and students on digital security.

- Help enforce acceptable use policies for technology and social media in schools.

87. **Digital Literacy Specialist** (1 per 500 students)
   - Develops and integrates digital literacy curricula into classrooms.
   - Trains teachers, staff, and students on social media's impact on mental health.
   - Organizes awareness campaigns, school-wide workshops, and parent education sessions.

88. **Life Skills Specialist** (1 per school)
   - Implements Life Skills programming to teach emotional regulation, coping skills, and responsible social media use.
   - Works with teachers to embed Life Skills into daily lessons.
   - Facilitates classroom discussions on cyberbullying, peer pressure, and digital boundaries.

89. **Mental Health Literacy Specialist** (1 per 500 students)
   - Teaches students about emotional well-being, stress management, and how to seek help.
   - Trains teachers to integrate mental health literacy concepts into academic instruction across all grade levels.
   - Develops and curates classroom-ready resources (e.g., lesson plans, discussion guides, videos) to increase student understanding of mental health and reduce stigma.
   - Collaborates with families and caregivers to promote awareness and reinforce mental health literacy at home.
   - Organizes school-wide campaigns and classroom activities for Mental Health Awareness Month and related initiatives.

90. **School Counselor** (1 per 250 students)
   - Conducts classroom lessons on mental health awareness, digital wellness, and coping skills.
   - Serves as the first point of contact for students with concerns related to social media stress.
   - Provides short-term support and refers students to Tier 2 or 3 services if needed.

91. **Family Engagement Coordinators** (1 per school)
   - Educate parents on the mental health risks of social media use (e.g., anxiety, depression, and cyberbullying, among others).
   - Organize workshops for parents on monitoring social media use and setting technology boundaries.
   - Provide resources to families on online safety and mental health impacts of social media.
   - Address parent concerns regarding social media-related stress.
   - Facilitate meetings between parents, teachers, and school mental health staff to support at-risk students.
   - Support schools in developing policies on social media and phone use, cyberbullying prevention, and digital ethics.
   - Ensure that families understand school guidelines and consequences for social media use and misconduct in schools.
   - Offer parent discussion groups on managing social media use at home.

- Provide conversation guides to help families discuss social media use and harmful impact.

## Tier 2: Early Intervention & Targeted Supports

92. **School-Based Mental Health Clinician** (Licensed Social Worker or Counselor) (1 per 500 students)
    - Provides small-group counseling and brief interventions for students struggling with social media-related mental health issues or excessive use.
    - Runs peer support groups focused on digital resilience and healthy online habits.
    - Supports teachers in identifying students who may be at risk and need targeted interventions.

93. **Peer Coordinator** (1 per school)
    - Oversees peer-led programs, including restorative practice approaches, where trained students help peers navigate social media use and harmful impact.
    - Coordinates student-led initiatives promoting mental well-being and responsible technology use.
    - Trains mentors on effective communication, support strategies, and referral processes.

## Tier 3: Intensive Mental Health Treatment & Crisis Response

94. **School Psychologist** (1 per 500 students)
    - Conducts mental health assessments for students experiencing severe distress or social media-related mental health crises.
    - Provides individualized counseling and crisis intervention for high-risk students.
    - Collaborates with families, teachers, and administrators to develop personalized support plans.

95. **School-Based Therapist** (Licensed Clinical Social Worker, LMHC, or Psychologist) (1 per 750 students)
    - Delivers individual therapy for students with significant social-media related mental health concerns.
    - Works with students experiencing severe anxiety, depression, eating disorders, or suicidal ideation linked to social media.
    - Connects families to external mental health providers when necessary.

96. **Crisis Intervention Specialist** (1 per school)
    - Provides immediate support for students in acute distress due to  social media addiction, self-harm concerns, or cyberbullying.
    - Leads threat assessment teams and collaborates with community mental health services.
    - Develops crisis response protocols related to acute distress, self-harm, digital harassment, or online-related trauma.

97. Based on the recommendations above, to serve 91,755 students across 137 schools, DCSD would hire the following new professionals:

**District Staff:**
1 Director of Digital Safety (1 per district)

1 Director of Digital Literacy (1 per district)
1 Director of Life Skills Education (1 per district)
1 Director of Mental Health Literacy (1 per district)
1 Director of Student Mental Health (with social media expertise) (1 per district)
1 Director of Family Engagement and Education (1 per district)

**School-building Staff:**
**137** IT Staff or Educational Technology Specialists (1 per school)
**184** Digital Literacy Specialists (1 per 500 students)
**137** Life Skills Specialists (1 per school)
**184** Mental Health Literacy Specialists (1 per 500 students)
**367** School Counselors (1 per 250 students)
**137** Family Engagement Coordinators (1 per school)
**184** School-Based Mental Health Clinicians (1 per 500 students)
**137** Peer Coordinators (1 per school)
**184** School Psychologists (1 per 500 students)
**122** School-Based Therapists (1 per 750 students)
**137** Crisis Intervention Specialists (1 per school)

## Professional Development

98. Training and ongoing professional development is required to prepare administrators, teachers, and student support personnel to implement a multi-tiered approach to addressing the impact of social media on the school environment, student well-being, and learning. Some key areas to consider for professional development: Policies and practices that support healthy social media use; digital literacy; Life Skills related to social media use; mental health literacy; anti-cyberbullying programming; and mental health assessment and interventions to prevent and mitigate negative mental health and academic impacts.

## Professional Development Objectives

99.
- Establish a strong foundation for school-wide policies and practices to promote healthy social media use.
- Build understanding of mental health risks associated with social media and provide staff with practices to support student well-being.
- Equip staff with tools to incorporate digital literacy into the curriculum, emphasizing responsible social media use and critical thinking about online conduct.
- Train staff on Life Skills strategies related to social media, helping students navigate online stress, peer pressure, and social comparison.
- Equip staff with tools to incorporate mental health literacy into the curriculum, emphasizing strategies for students to obtain and sustain positive mental health, identify mental health challenges, and seek help as needed.
- Train staff on anti-bullying programming, including restorative practices, to prevent and respond to conflict and harm caused by social media.
- Equip student support personnel with mental health assessment and intervention competencies to effectively address the mental health impacts of student social media use.

23

## Target Audiences

100.
- Administrators: Oversee the development and enforcement of policies and practices.
- Teachers: Implement digital literacy, Life Skills programs, and mental health literacy in the classroom.
- Student Support Personnel (e.g., school psychologists, school counselors, school mental health clinicians): Support students' mental health and well-being via restorative approaches, mental health assessment and intervention.
- Parent/Family Liaisons: Facilitate parent education and engagement.

## Professional Development Components

101.
1. **Social Media Policies and Staff Professional Development**
   - **Goal**: Train all district and school staff on policies and practices that support healthy social media use and prevent and mitigate against its harms.
   - **Topics**: Social media guidelines for staff and students, screen-time management policies, schoolwide digital wellness initiatives, and consequences for violations.

2. **Digital Literacy**
   - **Goal**: Teach teachers how to integrate digital literacy into curriculum and promote critical thinking about social media use.
   - **Topics**: Digital citizenship, understanding social media platforms, protecting privacy, and fostering safe online spaces.

3. **Life Skills**
   - **Goal**: Equip teachers and counselors with Life Skills strategies to help students manage social media-related anxiety, peer pressure, and emotional distress.
   - **Topics**: Emotional regulation, self-esteem building, online stress management, and fostering empathy online.

4. **Mental Health Literacy**
   - **Goal**: Train teachers how to teach students to understand mental health and illness, recognize the signs of social media-related mental health distress, and seek appropriate support.
   - **Topics**: Understanding how to obtain and sustain positive mental health, and to identify mental health challenges, including the effects of social media on mental health (e.g., depression, anxiety, self-esteem), identifying red flags, and help-seeking.

5. **Anti-Cyberbullying Programming**
   - **Goal**: Train school staff to identify, intervene, and prevent cyberbullying while ensuring that anti-cyberbullying policies are integrated across the school system.

- o **Topics**: Cyberbullying prevention, digital harassment laws, restorative justice practices, and peer mediation.

6. **Family Engagement and Education**
   - o **Goal**: Support parents and caregivers in understanding and managing their children's social media use, offering guidance on setting healthy boundaries.
   - o **Topics**: Digital wellness, monitoring social media use, setting screen-time limits, mental health impacts, and supporting safe online behavior.

7. **Assessment and Intervention Skills for Social Media-Related Mental Health Concerns**
   - o **Goal**: Train school-based mental health professionals (school counselors, school clinicians, school psychologists, and therapists) in evidence-based assessment tools and therapeutic interventions specifically targeting the psychosocial impacts of social media use.
   - o **Topics**:
     - ▪ Screening and assessment tools for identifying compulsive use, digital dependency, and social media-induced mental health distress, including anxiety and depression.
     - ▪ Brief evidence-based interventions (e.g., CBT, DBT-informed strategies) for managing social comparison, FOMO, and online-triggered distress.
     - ▪ Strategies for motivational interviewing and goal setting around healthy digital habits.
     - ▪ Triage pathways and care coordination with community-based providers.
     - ▪ Case conceptualization examples focused on social media impacts.
     - ▪ Ethical considerations in addressing digital behaviors and social media use during clinical sessions.


Detailed Professional Development Plan

*Staff Professional Development on Social Media Policies and Practices*


Goal

102.    To develop, implement, and sustain a strategic plan, including district-wide policies and practices that promote healthy social media use among students and prevent and mitigate the negative impacts of social media on the district, schools, the school environment, student mental health and, learning. This initiative will ensure that school administrators and teachers are equipped with the knowledge and tools to foster responsible digital habits. The plan includes policy development, professional training, and ongoing support, using best practices from existing digital wellness frameworks and guidelines from organizations such as Common Sense Media, SchoolSafety.gov, and the American Academy of Pediatrics.

## Year 1: Planning, Policy Development, and Initial Training

*Key Objectives*

103.
1.  Train District Leadership Team consisting of six district leaders (e.g., Directors of Educational Technology, Digital Literacy, Life Skills Education, Mental Health Literacy, Student Mental Health, Family Engagement and Education) to lead policy creation and implementation, including researching (benchmarking, stakeholder input, national best practices), drafting, and approving.
2.  Train School Leadership Teams consisting of two school staff members (e.g., Digital Literacy Specialist & EdTech Specialist) on Social Media Policies and Practices.
3.  Train All District and School Staff on Social Media Policies and Practices – Provide professional development for all district and school staff (district staff and all school administrators, teachers and other school staff) on district social media policies and how to implement, enforce, and support healthy social media use and prevent and mitigate its harms.

*Training Plan (Year 1)*

| Role | Number to Train | Training Hours per Person | Total Training Hours |
|---|---|---|---|
| District Leadership Team | 6 | 40 | 240 |
| School Leadership Teams (2 individuals per school) | 274 | 8 | 2192 |
| All District and School Staff | 17559 | 4 | 70236 |

## Years 2-15: Sustaining & Refining Training

*Key Objectives*

104.
1.  Monitor & Adjust Social Media Policies – Conduct quarterly check-ins to evaluate effectiveness, adjust policies, and incorporate new research.
2.  Train New Hires & Provide Annual Refresher Training – Ensure that all new staff receive policy training and that existing staff stay up to date on emerging digital wellness trends.

*Training Plan (Years 2-15)*

| Role | Number to Train | Training Hours per Person (per year) | Total Training Hours (per year) |
|---|---|---|---|
| Quarterly Check-Ins & Policy Adjustments (District and School Leadership Teams) | 280 | 8 | 2240 |
| New School Leadership Team Members* | 27 | 8 | 216 |
| New District and School Staff* | 1756 | 2 | 3512 |
| Annual Refresher Training for District and School Staff | 15803 | 1 | 15803 |

*\* Assumes a 10% turnover rate, based on national averages of school staff turnover.*

105.    A sustainable professional development model will ensure that:
- All district and school staff are trained on district social media policies and best practices for supporting students' digital wellness.
- Policies are consistently enforced and refined to reflect emerging challenges and trends in student social media use.

### Professional Development Plan for Digital Literacy

### Goal

106.    To integrate digital literacy and citizenship education into the K-12 curriculum across Dekalb County School District, leveraging Common Sense Media (or other selected curriculum) resources to ensure students develop responsible and safe digital habits.

### Year 1: Initial Training and Planning

*Key Objectives*

107.
1. Train two District Leaders (e.g., Directors of Educational Technology, Digital Literacy) to lead Digital Literacy planning and implementation.
2. Train School Digital Literacy Specialists in Digital Literacy Curriculum.

*Training Plan (Year 1)*

| Role | Number to Train | Training Hours per Person | Total Training Hours |
|---|---|---|---|
| District Leaders | 2 | 40 | 80 |
| School Digital Literacy Specialists | 184 | 12 | 2208 |

### Years 2-15: Sustaining & Refining Training

*Key Objectives*

108.
1. Monitor and Adjust Digital Literacy Curriculum – Collect student/teacher feedback to refine instructional content.
2. Train New Hires & Provide Annual Refresher Training – Provide ongoing training for new hires and refresher training.

*Training Plan (Years 2-15)*

| Role | Number to Train | Training Hours per Person (per year) | Total Training Hours (per year) |
|---|---|---|---|
| New School Digital Literacy Specialists* | 18 | 12 | 216 |
| Annual Refresher Training for School Digital Literacy Specialists | 166 | 1 | 166 |

*\* Assumes a 10% turnover rate, based on national averages of school staff turnover.*

109.    A sustainable training model will ensure new teachers receive training, students gain digital skills, and staff remain equipped to reinforce responsible technology use.

*Professional Development Plan for Life Skills Programming*

## Goal

110.    To integrate Life Skills programming into the K-12 curriculum across DCSD, equipping teachers and school counselors with the skills to support student well-being, emotional regulation, and responsible social media use.

## Year 1: Initial Training and Planning

*Key Objectives*

111.
1. Train two District Leaders (e.g., Directors of Life Skills Education and Student Mental Health) to lead Life Skills Education planning and implementation.
2. Train School Life Skills Specialists in Life Skills Education Curriculum and implementation planning.
3. Train 10% of Teachers in Life Skills Education Curriculum and pilot with across the district, refining strategies before district-wide rollout.

*Training Plan (Year 1)*

| Role | Number to Train | Training Hours per Person | Total Training Hours |
|---|---|---|---|
| District Leaders | 2 | 40 | 80 |
| School Life Skills Specialists | 137 | 10 | 1370 |
| Teachers | 668 (10% of all teachers) | 4 | 2672 |

## Year 2: Full Curriculum Rollout & Expansion

*Key Objectives*

112.
1. Monitor and Adjust Life Skills Curriculum – Collect student/teacher feedback to refine Life Skills curriculum and programming.
2. Expand Life Skills Programming to All Schools – Implement Life Skills Curriculum in all schools/programs.
3. Train New Hires & Provide Annual Refresher Training – Provide ongoing training for new hires and refresher training.

*Training Plan (Year 2)*

| Role | Number to Train | Training Hours per Person | Total Training Hours |
|------|-----------------|---------------------------|----------------------|
| New Life Skills Specialists* | 14 | 10 | 140 |
| New and Untrained Teachers* – Full Curriculum | 6748 | 4 | 26992 |
| Trained Teachers (Pilot 10% minus 10% Attrition) - Refresher | 601 | 1 | 601 |

*\* Assumes a 10% turnover rate, based on national averages of school staff turnover.*

## Years 3-15: Sustaining & Expanding Training

*Key Objectives*

113.
1. Monitor and Adjust Life Skills Curriculum – Collect student/teacher feedback to refine Life Skills curriculum and programming.
2. Sustain Life Skills Training – Provide ongoing training for new hires and refresher courses.

*Training Plan (Years 3-15)*

| Role | Number to Train | Training Hours per Person | Total Training Hours |
|------|-----------------|---------------------------|----------------------|
| New Life Skills Specialists* | 14 | 10 | 140 |
| New Teachers - Full Curriculum* | 668 | 4 | 2672 |
| Teachers (minus 10% attrition) - Refresher | 6013 | 1 | 6013 |

*\* Assumes a 10% turnover rate, based on national averages of school staff turnover.*

114.    A sustainable training model will ensure new teachers and counselors receive training, Life Skills programming continues to evolve, and students gain lifelong emotional regulation and responsible decision-making skills.

## *Professional Development Plan for Mental Health Literacy*

### Goal

115.    To train students in mental health literacy, including a focus on the impact of social media on student mental health. This initiative will ensure students can recognize how to obtain and sustain positive mental health, identify mental health challenges, and seek help. Evidence-based resources such as Mental Health Essentials or Teen Mental Health First Aid may be used to equip teachers and other school staff with the knowledge to teach students about mental health literacy.

## Year 1: Initial Training and Planning

*Key Objectives*

116.
1. Train two District Leaders (e.g., Directors of Mental Health Literacy and School Mental Health) to lead Mental Health Literacy training and implementation.
2. Train School Mental Health Literacy Specialists in Mental Health Literacy Curriculum.

*Training Plan (Year 1)*

| Role | Number to Train | Training Hours per Person | Total Training Hours |
|---|---|---|---|
| District Leaders | 2 | 40 | 80 |
| School Mental Health Literacy Specialists | 184 | 12 | 2208 |

## Years 2-15: Sustaining & Refining Training

*Key Objectives*

117.
1. Monitor and Adjust Mental Health Literacy Curriculum – Collect student/teacher feedback to refine content and programming.
2. Train New Hires & Provide Annual Refresher Training – Provide ongoing training for new hires and refresher training.

*Training Plan (Years 2-15)*

| Role | Number to Train | Training Hours per Person (per year) | Total Training Hours (per year) |
|---|---|---|---|
| New School Mental Health Literacy Specialists* | 18 | 12 | 216 |
| Annual Refresher Training for School Mental Health Literacy Specialists | 166 | 1 | 166 |

*\* Assumes a 10% turnover rate, based on national averages of school staff turnover.*

118.    Sustainable training will ensure that students are trained to understand mental health and illness, including mental health challenges related to social media use, and to seek help as needed.

*Professional Development Plan for Anti-Cyberbullying Programming*

### Goal

119.    To train teachers, counselors, administrators, school staff, and peers to identify, intervene, and prevent cyberbullying, ensuring that anti-cyberbullying policies and intervention strategies are effectively integrated across all K-12 schools in DCSD. This professional development initiative may utilize resources from StopBullying.gov Training Center, SchoolSafety.gov Cyberbullying & Intervention Resources to equip staff with the skills to identify and respond

to digital harassment, and International Institute for Restorative Practices (IIRP) to implement restorative justice practices, including peer mediation strategies to resolve conflicts.

120. **Restorative Practice Training Description, Target Roles, and Estimated % of Staff to Train**

| Training Type | Description | Target Roles | Estimated % of Staff Needing Training* |
|---|---|---|---|
| **1. Awareness Training (Intro to RP)** | 2-hour overview session on the philosophy, goals, and benefits of RP | *All staff* (teachers, administrators, aides, bus drivers, cafeteria staff, etc.) | 100% |
| **2. Community-Building Circles** | 8-hour training on facilitating classroom/community-building circles | Teachers, counselors, student support staff, some admin | ~60% |
| **3. Responsive Circles & Harm Circles** | 16-hour training in responding to conflict/harm using RP | Administrators, counselors, social workers | ~20% |
| **4. Intensive Intervention (Restorative Conferencing)** | 16-hour training + coaching; for formal conferencing after serious harm | Restorative coordinators, admin, counselors | ~5% |
| **5. Peer Mediation & Youth Circles** | 8-hour training + ongoing coaching; training students in conflict resolution and peacemaking | Student peer mediators, trained student leaders | ~1 per 100 students |

*\*Estimates based on national best practices for restorative practice implementation.*

Year 1: Initial Training and Planning

*Key Objectives*

121.
1. Train District Leadership Team consisting of six district leaders (Directors of Educational Technology, Digital Literacy, Life Skills Education, Mental Health Literacy, Student Mental Health, Family Engagement and Education) to oversee the implementation of anti-cyberbullying initiatives, including restorative practice and peer mediation approaches.
2. Train two school leaders per school (e.g., Digital Wellness Specialist and IT Staff or Education Technology Specialist) in anti-cyberbullying policies and practices and planning to implement restorative practices and peer mediation.

*Training Plan (Year 1)*

| Role | Number to Train | Training Hours per Person | Total Training Hours |
|------|----------------|--------------------------|---------------------|
| District Leadership Team | 6 | 8 | 48 |
| School Leaders (2 per school) | 274 | 8 | 2192 |

## Year 2: Full Implementation & Policy Integration

*Key Objectives*

122.
1. Train New School Leadership Hires and Refresher Training for Existing Staff.
2. Implement Anti-Cyberbullying Training for All School Staff.
3. Provide Tiered Restorative Practice Training - Raise awareness for all school staff and teach restorative practice techniques to select staff and peers.

*Training Plan (Year 2)*

| Role | Number to Train | Training Hours per Person | Total Training Hours |
|------|----------------|--------------------------|---------------------|
| New School Leaders Members* | 27 | 8 | 216 |
| Annual Refresher Training for School Leaders | 247 | 1 | 247 |
| All District and School Staff: Anti-cyberbullying policies and practices | 17559 | 2 | 35118 |
| All District and School Staff: Restorative Practice Awareness Training | 17559 | 2 | 35118 |
| 60% of All District and School Staff: Community Building Circles Training | 10535 | 8 | 84280 |
| 20% of All District and School Staff: Responsive Circles and Harm Circles | 3512 | 16 | 56192 |
| 5% of All District and School Staff: Restorative Conferencing | 878 | 16 | 14048 |
| Peer Coordinators and Peers (middle and high school): Peer Mediation and Youth Circles | 485 | 8 | 3880 |

*\* Assumes a 10% turnover rate, based on national averages of school staff turnover.*

## Years 3-15: Sustaining & Expanding Training

*Key Objectives*

123.
1. Sustain Anti-Cyberbullying and Restorative Practice Training – Provide ongoing training for new hires and refresher courses.

*Training Plan (Years 3-15)*

| Role | Number to Train | Training Hours per Person | Total Training Hours |
|---|---|---|---|
| New School Leaders* | 27 | 8 | 216 |
| Annual Refresher Training for School Leaders | 247 | 1 | 247 |
| All New District and School Staff*: Anti-cyberbullying policies and practices | 1756 | 2 | 3512 |
| All New District and School Staff*: Restorative Practice Awareness Training | 1756 | 2 | 3512 |
| New Staff (10% of 60%)*: Community Building Circles Training | 1054 | 8 | 8432 |
| New Staff (10% of 20%)*: Responsive Circles and Harm Circles | 351 | 16 | 5616 |
| New Staff (10% of 5%)*: Restorative Conferencing | 88 | 16 | 1408 |
| New Peer Coordinators and Peers (middle and high school)**: Peer Mediation and Youth Circles | 130 | 8 | 1040 |

*\* Assumes a 10% turnover rate, based on national averages of school staff turnover.*
*\*\* Assumes needing to train a new group of peer leaders for incoming middle (6th) and high school (9th) students.*

124.    A sustainable professional development model will ensure that new teachers and staff receive training to recognize, intervene in, and prevent digital harassment via social media, that policies remain up to date, and that students feel safer in their digital and in-person interactions.

*Professional Development Plan for Family Engagement and Education Workshops on Social Media Use*

Goal

125.    To establish a comprehensive, district-wide initiative that educates families on digital wellness and responsible social media use through interactive workshops, parent training sessions, and ongoing engagement. The initiative will equip families with knowledge and resources to help students develop healthy digital habits, manage screen time, navigate cyber safety, and handle online peer interactions. This program will be planned at the district level by the Director of Family Engagement and implemented at the school level by each school's Family Engagement Specialist.

Year 1: Initial Training and Planning

*Key Objectives*

126.

1. Train the District Director of Family Engagement to oversee family engagement efforts, including gathering best practices from digital wellness organizations and adapt them into an accessible workshop format for families.
2. Train School Family Engagement Specialists in best practices for disseminating digital wellness and social media information to parents and families and engaging and facilitating sessions with diverse families.
3. Launch Initial Information Dissemination and Workshops – Select pilot schools (10%) to test and refine workshop content before district-wide rollout.

*Training Plan (Year 1)*

| Role | Number to Train | Training Hours per Person | Total Training Hours |
|---|---|---|---|
| District Director of Family Engagement | 1 | 40 | 40 |
| School Family Engagement Specialist | 137 | 10 | 1370 |
| 2 School Counselors per school Supporting Workshops in 10% of schools | 27 | 4 | 108 |

## Year 2: Full Workshop Rollout & Community Integration

*Key Objectives*

127.
1. Strengthen Parent Outreach & Support – Develop parent toolkits, digital literacy newsletters, and online engagement platforms for ongoing support.
2. Expand Family Workshop Offerings to All Schools – Implement regularly scheduled family workshops in all schools.
3. Enhance Community Collaboration – Partner with local law enforcement, mental health organizations, and digital wellness experts to provide guest speakers and additional resources.

*Training Plan (Year 2)*

| Role | Number to Train | Training Hours per Person | Total Training Hours |
|---|---|---|---|
| New School Family Engagement Specialist | 14 | 10 | 140 |
| Untrained School Counselors per school Supporting Workshops in all schools | 247 | 4 | 988 |

## Years 3-15: Sustaining & Expanding Family Education Efforts

*Key Objectives*

128.
1. Sustain Training for New Staff & Annual Workshop Refreshers – Ensure all new family engagement staff receive proper training and existing staff stay updated on emerging trends in digital wellness.

2. Monitor & Adjust Parent Workshop Strategies – Use survey feedback, attendance data, and community input to refine workshop topics and engagement tactics.
3. Expand Parent & Community Partnerships – Work with local organizations, libraries, and parent networks to increase accessibility and reach more families.

*Training Plan (Years 3-15)*

| Role | Number to Train | Training Hours per Person | Total Training Hours |
|------|------|------|------|
| New School Family Engagement Specialists | 14 | 10 | 140 |
| New School Counselors Supporting Workshops | 27 | 4 | 108 |
| Annual Refresher Training for Family Engagement Specialists | 123 | 2 | 246 |
| Annual Refresher Training for School Counselors Supporting Workshops | 247 | 2 | 494 |

129. DCSD will have implemented a sustainable, district-wide family engagement program that ensures:
- Families are informed and equipped to support their children's social media use.
- Workshops and resources remain relevant through ongoing evaluations, community partnerships, and updated content.
- All new family engagement staff and teachers receive training on best practices for supporting parents in social media use and digital wellness efforts.

*Professional Development Plan for Clinical Assessment and Intervention Skills for Social Media-Related Mental Health Concerns*

Goal

130. Train school-based mental health professionals (school counselors, school mental health clinicians, school psychologists, therapists, and crisis intervention specialists) across all schools to deliver clinical services that address the psychosocial and academic impacts of social media use in K–12 students.

Core Competencies & Topics Covered:

131.
1. Screening and Assessment Tools
   - Tools for compulsive use, digital dependency, social media-induced anxiety and depression (e.g., SMDS, BSMAS, PHQ-9-A adaptations)
2. Brief Evidence-Based Interventions
   - CBT strategies for reframing negative social comparison
   - DBT-informed skills for emotion regulation and distress tolerance
   - Grounding/mindfulness techniques adapted for digital stressors
3. Motivational Interviewing & Goal Setting
   - Supporting student-led change in digital habits

- o Use of values clarification, decisional balance, and digital goal tracking
4. Triage & Care Coordination
    - o Referral pathways and integration with community providers
    - o Collaboration protocols for high-risk cases (e.g., suicidal ideation triggered by social media use)
5. Case Conceptualization for Social Media Concerns
    - o Sample formulations with integrated biopsychosocial lenses
    - o Use of digital behavior logs and screen time diaries in treatment planning
6. Ethical & Developmental Considerations
    - o Navigating boundaries, consent, and confidentiality in discussing digital lives
    - o Responding to disclosures about social media use.

## Year 1: Initial Training and Planning

*Key Objectives*

132.
1. Train District Director of Student Mental Health to lead clinical assessment and intervention planning and implementation. Co-create clinical training modules based on best practices and integrate with current MTSS practices. Build fidelity measures, pre/post competency assessments, and student-level data tools.
2. Train School Mental Health Staff (i.e., school counselors, school mental health clinicians, school psychologists, therapists, and crisis intervention specialists) in clinical assessment and intervention.

*Training Plan (Year 1)*

| Role | Number to Train | Training Hours per Person | Total Training Hours |
|---|---|---|---|
| District Director of Student Mental Health | 1 | 100 | 100 |
| School Mental Health Staff:<br>**367** School Counselors<br>**184** School-Based Mental Health Clinicians<br>**184** School Psychologists<br>**122** School-Based Therapists<br>**137** Crisis Intervention Specialists | 994 | 20 | 19880 |

## Years 2-15: Sustaining & Refining Training

*Key Objectives*

133.
1. Monitor and Adjust Mental Health Training – Collect feedback to refine training content.
2. Train New Hires & Provide Annual Refresher Training – Provide ongoing training for new hires and refresher training.

*Training Plan (Years 2-15)*

| Role | Number to Train | Training Hours per Person (per year) | Total Training Hours (per year) |
|---|---|---|---|
| New School Mental Health Professionals | 99 | 20 | 1980 |
| Annual Refresher Training for School Mental Health Professionals | 895 | 4 | 3580 |

*\* Assumes a 10% turnover rate, based on national averages of school staff turnover.*

134.    A sustainable training plan will ensure that school mental health professionals in specialized clinical competencies related to social media impacts and that social media-related assessment and treatment protocols are embedded in school mental health systems.

### School Mental Health Clinician Competencies

135.    As DCSD recruits and trains mental health professionals to support students negatively impacted by social media, it will be important that they consider the following competencies:

**1. Clinical Assessment & Identification of Social Media-Related Mental Health Concerns**
- Understanding how social media impacts adolescent brain development and mental health.
- Identifying warning signs of social media-related mental health issues, including anxiety, depression, eating disorders, and suicidal ideation.
- Conducting mental health screenings that incorporate digital wellness and social media use.
- Assessing students experiencing social media addiction, social-media related mental health issues, cyberbullying, or technology-facilitated trauma.
- Recognizing the relationship between sleep deprivation, screen time, and emotional dysregulation.

**2. Intervention & Counseling Strategies for Digital Wellness**
- Providing individual and small-group counseling focused on social media stressors, online peer pressure, and digital resilience.
- Facilitating peer support groups on healthy social media use, digital boundaries, and coping strategies for online interactions.
- Implementing cognitive-behavioral techniques (CBT) and dialectical behavior therapy (DBT) interventions for students experiencing online-related emotional distress.
- Delivering therapeutic interventions for students dealing with social isolation, cyberbullying trauma, or digital self-comparison issues.
- Educating students on mindfulness and self-regulation strategies to manage social media anxiety.

**3. Crisis Intervention & Risk Management for Social Media-Related Distress**
- Leading crisis response for students experiencing acute distress due to social media use, harassment, online threats, or public shaming.

37

- Conducting threat assessments for students at risk of self-harm or suicidal ideation triggered by social media use and digital harassment.
- Collaborating with law enforcement and online safety experts to address cyberstalking, sextortion, or digital exploitation cases.
- Providing immediate support and intervention for students who have engaged in dangerous online behaviors or viral social media challenges.
- Developing schoolwide crisis response protocols for handling social media-driven safety concerns.

**4. Family & Caregiver Collaboration on Digital Wellness**
- Educating parents and guardians on healthy digital habits, setting screen-time limits, and fostering open conversations about social media use.
- Supporting families in recognizing early signs of digital dependency, cyberbullying, and online-induced emotional distress.
- Providing guidance on social media safety settings, privacy concerns, and parental monitoring tools.
- Assisting families in navigating referrals to external mental health providers or digital wellness specialists when necessary.
- Encouraging collaborative home-school approaches to promoting healthy technology use and online safety.

**5. Schoolwide Prevention & Teacher Collaboration on Digital Resilience**
- Training teachers on identifying students at risk due to social media use or online harassment.
- Assisting teachers in embedding Life Skills programming and digital citizenship into the curriculum.
- Developing schoolwide awareness campaigns on topics such as cyberbullying prevention, responsible digital footprints, and online etiquette.
- Working with administrators to develop and implement digital wellness policies that align with student mental health needs.
- Creating tiered intervention models to support students before, during, and after digital-related mental health crises.

**6. Ethical & Legal Considerations in Digital Mental Health Support**
- Understanding legal and ethical responsibilities related to student privacy, confidentiality, and mandated reporting for online incidents.
- Navigating laws on cyber harassment, online threats, and digital exploitation affecting minors.
- Implementing secure communication protocols to protect student information while addressing online mental health concerns.
- Ensuring compliance with state and federal regulations related to student mental health interventions and digital safety.

**7. Technology & Social Media Literacy for Mental Health Professionals**
- Staying current on social media trends, digital platforms, and online communication behaviors of students.

- Understanding the impact of artificial intelligence (AI), filters, and social media platforms on youth self-esteem and mental health.
- Evaluating the psychological effects of viral challenges, online influencers, and digital comparison culture.
- Using technology-assisted mental health interventions, such as mental health apps, digital therapy tools, and online peer support models.

## Data Infrastructure

### Goal:

136. To implement a secure, interoperable data system that enables school and community providers to identify students with social-media related mental health concerns, triage them to appropriate services, and coordinate and monitor psychosocial and academic progress over time.

### Year 1: Visioning, Needs Assessment & Infrastructure Planning

*Objectives*

137.
- Define system goals and use cases (e.g., social media impact, Tier 2/3 triage, care coordination)
- Engage stakeholders and assess current data infrastructure
- Build buy-in and establish governance structures

*Key Activities*

138.
- Establish a Data System Leadership Team (district staff, clinicians, IT, parents, students, community providers)
- Conduct a Needs & Readiness Assessment (e.g., data gaps, interoperability, privacy constraints)
- Develop use cases (e.g., flagging social media-related distress, triaging to care, tracking services)
- Conduct an environmental scan of available platforms (e.g., school-based EHRs, data dashboards)
- Engage legal/privacy teams to review FERPA/HIPAA implications and data-sharing agreements

### Year 2: System Selection, Design & Procurement

*Objectives*

139.
- Select a system that meets core functionality needs
- Finalize data-sharing protocols and technology requirements
- Co-design implementation blueprint

*Key Activities*

140.

- Issue an RFP (Request for Proposals) and vet vendors
- Select system that supports:
  - Identification (e.g., screenings, teacher referrals, behavior flags)
  - Triage and case management
  - Academic and mental health progress tracking
  - Integration with community provider systems
- Establish MOUs between school and community partners
- Develop a system architecture and implementation roadmap
- Train IT staff and pilot-site coordinators

## Year 3: Pilot Implementation & Capacity Building

### Objectives

141.
- Test the system in a limited number of schools
- Build user skills and confidence
- Refine processes and workflows

### Key Activities

142.
- Launch pilot in 3-5 representative schools (e.g., urban/rural, elementary/secondary)
- Train school mental health staff, admin, and community providers
- Conduct simulation exercises (e.g., student with social media-related anxiety triaged to services)
- Collect user feedback and assess implementation barriers
- Revise triage pathways, data entry workflows, and role permissions

## Year 4: District-Wide Implementation & Continuous Improvement

### Objectives

143.
- Scale implementation to all schools
- Ensure fidelity and usability
- Refine based on lessons from pilot

### Key Activities

144.
- Expand system to all schools with phased roll-out
- Provide booster trainings and office hours
- Launch tiered technical assistance (e.g., weekly support calls, onsite TA)
- Integrate with existing MTSS and crisis response protocols
- Implement monitoring tools to track:
  - Student identification and triage rates
  - Engagement with services
  - Improvements in mental health and academic functioning

### Year 5: Evaluation, Sustainability Planning & Data-Informed Decision Making

*Objectives*

145.

Evaluate outcomes
- Institutionalize data use for continuous improvement
- Plan for long-term sustainability

*Key Activities*

146.
- Conduct formal evaluation (e.g., impact on service access, social-emotional outcomes, academic progress)
- Use system data to support:
  - Annual needs assessments
  - Equity audits
  - Resource allocation
- Update protocols and policies based on findings
- Build sustainability plan (e.g., dedicated FTEs, system maintenance, state/federal funding)
- Disseminate results to stakeholders and share model statewide

### Years 6–15: Sustained Use and Continuous Data-Driven Decision Making

*Goal*

147.    To maintain the established data system and ensure its continuous, district-wide use to monitor student needs and outcomes, guide responsive service provision, and inform school-based decision-making to address the academic and mental health impacts of social media.

*Objectives*

148.
- Maintain technical functionality and data integrity of the system
- Ensure ongoing staff capacity to use the system effectively
- Integrate data into school and district planning, support, and response processes
- Monitor long-term trends in student well-being, service utilization, and outcomes
- Support continuous improvement in service coordination and delivery

*Key Activities*

### System Maintenance & Support

149.
- Maintain core technical infrastructure (e.g., updates, security, uptime)
- Designate district staff to oversee ongoing management and user support
- Provide annual refresher trainings for existing and new staff
- Regularly review data-sharing protocols and governance policies to ensure compliance and alignment with FERPA/HIPAA

### Data Monitoring & Reporting

150.
- Develop and maintain automated reports and dashboards on key indicators:

- ▪ Identification and triage rates for social media-related concerns
        - ▪ Mental health and academic progress monitoring
        - ▪ Student engagement with school- and community-based services
    - o Track disparities in identification, access, and outcomes across subgroups
    - o Conduct structured data reviews at school and district levels to inform planning

### Decision-Making & Quality Improvement

151.
    - o Embed data system usage in existing school- and district-level decision-making structures (e.g., Student Support Teams, School Leadership Teams)
    - o Use longitudinal data to identify trends, evaluate service effectiveness, and adjust supports as needed
    - o Conduct triennial evaluations of system utilization and impact on student outcomes
    - o Revise workflows, protocols, and training based on evaluation findings and user feedback

152.    This 15-year plan ensures that the initial investment in data infrastructure is not only implemented with fidelity but sustained over time to prevent and mitigate and respond to the evolving academic and mental health harms associated with social media use among students in the district.

### Evaluation

153.    A Comprehensive Evaluation Plan is recommended to measure the impact of a multi-tiered system of supports (MTSS) for mitigating the negative impacts of social media on school and classroom environments, student learning, and mental health in the district.

### Purpose of the Evaluation

154.    To assess the effectiveness, fidelity, and outcomes of a multi-tiered districtwide strategy to address the harmful effects of social media through Tier 1 (universal), Tier 2 (targeted), and Tier 3 (intensive) supports.

### Evaluation Team

155.    It is recommended that the district retain an external evaluator—such as an accredited university, established research firm, or qualified nonprofit evaluation organization—to independently assess the implementation fidelity, effectiveness, and impact of the district's comprehensive strategy to prevent and mitigate the adverse effects of social media on the district, schools, the school environment, students' mental health and learning.. The use of an external evaluator will ensure objective analysis, adherence to professional evaluation standards, and enhanced credibility of the findings for internal and external stakeholders. The external evaluator should be required to collaborate closely with internal district personnel, including members of the district research office, data analysts, and relevant program staff, to ensure that evaluation activities are fully coordinated with existing district protocols, data systems, and reporting requirements, while preserving the independence necessary for rigorous and unbiased evaluation.

## Example Evaluation Questions

156.

*Implementation*

- To what extent has the district implemented the planned Tier 1, Tier 2, and Tier 3 strategies?
- What level of fidelity and reach has been achieved for each component?
- How engaged are students, families, and staff in the initiatives?

*Short-Term Outcomes*

- Have students demonstrated increased knowledge and skills in digital literacy, Life Skills, and mental health literacy?
- Are at-risk students accessing and benefiting from targeted small-group supports?
- Are high-need students receiving timely referrals and interventions?

*Long-Term Impact*

- Has there been a reduction in social media-related mental health issues, disciplinary incidents, cyberbullying reports, or digital dependency?
- Are there improvements in the school environment, student well-being, academic engagement, learning, andattendance?
- Are parents/caregivers reporting increased confidence in managing social media use and issues?

## Example Evaluation Design and Methods

157.

| Component | Methods | Sample/Scope | Tools |
|---|---|---|---|
| **Needs Assessment** | Surveys, focus groups | Students, staff, families | Baseline digital wellness survey, school climate tools |
| **Implementation Fidelity** | Checklists, interviews, observations | School staff, administrators | MTSS implementation rubric, staff logs |
| **Tier 1 Outcome Evaluation** | Pre/post surveys, classroom observations | All students and staff | Digital literacy assessments, Life Skills/mental health literacy rubrics |
| **Tier 2 Outcome Evaluation** | Small group tracking, session feedback | At-risk students, parents | Group attendance logs, facilitator logs, brief rating scales |
| **Tier 3 Outcome Evaluation** | Case reviews, referral tracking, clinical progress monitoring | High-need students | Mental health screeners, referral forms, outcome monitoring tools |
| **Impact Indicators** | Trend analysis of incidents and outcomes | Districtwide | Attendance records, academic data, discipline data, mental health service usage |

## Example Data Collection Timeline (Yearly Cycle)

158.

| Month/Quarter | Activities |
|---|---|
| Aug–Sept | Baseline surveys; implementation planning; training logs |
| Oct–Dec | Monitor Tier 1 roll-out; begin Tier 2 supports; mid-semester feedback |
| Jan–Mar | Tier 3 data collection; focus groups; classroom walkthroughs |
| Apr–May | End-of-year outcome surveys; administrative data extraction |
| June–July | Data analysis, summary reporting, stakeholder debriefs |

## Example Key Metrics and Indicators

159.

| Domain | Examples of Indicators |
|---|---|
| Digital Wellness | % students who can identify social media risks; change in screen time patterns |
| Life Skills and MH Literacy | % students/staff with improved Life Skills and MH knowledge (pre/post) |
| Cyberbullying/Discipline | # of cyberbullying incidents; change in digital misconduct referrals |
| Well-being & Mental Health | % students reporting distress; referral and follow-up rates |
| School Climate | Student/parent/staff perception of safety and belonging |
| Family Engagement | Attendance at workshops; satisfaction with supports offered |
| Academic Outcomes | Changes in attendance, engagement, and GPA for Tier 2/3 students |

## Considerations for Reporting & Use of Findings

160.
- **Mid-year Reports** to school and district leadership to inform real-time improvements
- **End-of-Year Summary** with visual dashboards and narrative summaries for:
  - School boards
  - Community partners
  - Family engagement
- **Improvement Planning Workshops** with schools using data to refine MTSS implementation

## Conclusion

161. Social media's design and use among students contributes to tangible and widespread challenges to DCSD, its schools, the school environment, and student mental health and learning. These impacts are real and observable, and they place a significant burden on

DCSD. A 15-year district-led strategic plan to implement comprehensive school mental health efforts is critical to prevent and prevent and mitigate these harms and promote safe, supportive learning environments in DCSD.

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

Sharon A. Hoover, Ph.D.

**Exhibit A**

**Curriculum Vitae**
Sharon A. Hoover, Ph.D.
Professor, Tenured, Department of Psychiatry
University of Maryland School of Medicine (UMSOM)

**Date**   May 10, 2025

**Contact Information**

| | |
|---|---|
| Business Address: | Division of Child and Adolescent Psychiatry |
| | Department of Psychiatry |
| | UMSOM |
| | 737 West Lombard Street, Room 400 |
| | Baltimore, MD 21201 |
| Business Phone Number: | (410) 706-4851 |
| Cell: | (443) 801-3254 |
| Fax: | (410)706-0984 |
| Email: | shoover@som.umaryland.edu |

**Education**

| | |
|---|---|
| 1995 (Jan to June) | Psychology, School of Cultural and Community Studies University of Sussex, England Study Abroad Program |
| 1992 - 1996 | B.A., Psychology, Miami University, Oxford, OH (*Magna Cum Laude, University Honors, Honors in Psychology*) |
| 1996 - 2000 | M.A., Clinical Psychology, University of Maryland Baltimore County (UMBC) |
| 2000 - 2002 | Ph.D., Clinical Psychology, UMBC |

**Post Graduate Education and Training**

| | |
|---|---|
| 2001 – 2002 | Psychology Internship (APA Accredited), UMSOM |
| 2002 – 2004 | Post-Doctoral Fellowship, UMSOM |

**Medical Licensures**

| | |
|---|---|
| 2005 | Maryland Board of Examiners of Psychologists (Active) |

**Employment History**

Academic Appointments

| | |
|---|---|
| 2004 – 2013 | Assistant Professor, Department of Psychiatry, UMSOM |
| 2012 – present | Adjunct Faculty Member, Department of Psychology, UMBC |

2013 –2020     Associate Professor (tenured 2013), Department of Psychiatry, UMSOM
2020 – present Professor, Department of Psychiatry, UMSOM

## Honors and Awards

1994 – 1995   Annie T. Truesdale Scholarship for Academic Achievement, Miami University
1994 – 1996   Distinguished Undergraduate Teaching Fellowship, Miami University
1995          Outstanding Junior Psychology Major Scholarship, Miami University
1995 – 1996   Lawrence B. Murphy Scholarship for Academic Achievement, Miami University
1996          Outstanding Senior Psychology Major Scholarship, Miami University
1996          E. F. & Fern F. Patten Student Research Award, Research Honors Grant
              Miami University
1996 – 2000   Graduate Assistantship and Tuition Award, UMBC
1997 – 1998   Graduate Student Association Travel Award, UMBC
2001          Graduate Student Association Research Award, UMBC
2005          Faculty Award, National Assembly on School-based Health Care
2006          Merit of Appreciation Award for Dedicated Service at Western High School,
              Future Educators of America
2004 – 2008   Loan Repayment for Health Disparities Research, National Institutes of Health
2011          Recognition Award for "Meeting the Mental Health Needs of School-Age
              Children," School Social Workers in Maryland
2012          Citation of Merit for "Outstanding Volunteer Service," Howard County Public
              School System
2016          Award for Mental Health System Collaboration, Kingdom of Bahrain
2016          Paula U. Hamburger Award, Awarded annually by the Mental Health Association of
              Maryland to "Honor a Champion for Children"
2017          Honorary Faculty Member, Henan University, China
2018          Betty Huse Foundation Award, Child and Adolescent Research Award in the
              Department of Psychiatry
2019          American Academy of Child and Adolescent Psychiatry (AACAP) Sidney
              Berman Award for the School-Based Study and Treatment of Learning Disorders
              and Mental Illness, Awarded to one individual annually
2020          UMB Champion of Excellence Award – awarded to individuals who "exemplify
              extraordinary accomplishment and represent excellence at the University"
2023          Healthcare Hero Community Outreach Award, Awarded by the Maryland Daily
              Record to select organizations and individuals "who have made an impact on the
              quality of health care within our state"
2024          Apple Award for Lifetime Achievement, Awarded by the Maryland Assembly on
              School Based Health Care "in recognition of outstanding contributions and
              leadership in the field of school mental health both in the state of Maryland and
              nationally"

## **Clinical Activities**

Clinical Expertise

Licensed Psychologist
Clinical focus in child and adolescent community-based mental health services, with a specific
concentration in school mental health

Scope of Clinical Practice

2001 – 2006     Clinician**,** University of Maryland School Mental Health Program
                Site of practice: Baltimore City Public Schools (2 High Schools)
                Provided mental health services to a school-based dropout prevention program
                Provided mental health services to 300+ students, along continuum of care
                Services included consultation, prevention, evaluation, individual, group, and
                family therapy
                20-80% FTE

2006 – 2008     Mental Health Clinician, Faculty Practice/Psychiatry Associates
                Completed initial clinical evaluations
                Provided individual cognitive-behavioral therapy and family therapy
                ~15 patients per year
                10% FTE

2006 – 2008     Director, Maryland Psychological Assessment and Consultation Center
                Conducted and supervised the psychological assessments of children ages 6-18
                Completed intake interview, test administration and interpretation, report writing
                and family feedback sessions
                ~30 patients per year
                15% FTE

Development of Clinical Programs

2002-2004     Developed Healthy Choices curriculum for high school students
2004-2006     Developed modules on family engagement, wellness, and program development
2006-2008     Developed modularized training on cognitive-behavioral therapy skills
2006-2008     Adapted strategies from National Institute of Mental Health- funded research
              grant into training for clinical staff and trainees
2008-present  Developed and provide training to clinicians in University of Maryland School
              Mental Health Program on family engagement, evidence-based treatment, and
              school mental health quality
2016-present  Led the development and implementation of www.MDBehavioralHealth.org, an
              online training site hosted by the Department of Psychiatry at the University of
              Maryland School of Medicine. Developed in partnership with the Maryland
              Department of Health, Behavioral Health Administration Child, Adolescent and
              Young Adult Services. The site provides training to individuals interested in

supporting the behavioral health of youth and their families.

95,566 unique users to date.

2018-2020    Co-developed the Social Emotional Learning Foundations (SELF) curriculum for educators to promote children's social and emotional competencies

2014-present    Advise the University of Maryland's three school mental health programs on clinical training content, ongoing professional development, and implementation support activities

2015-present    Led the development of the School Health Assessment and Performance Evaluation (SHAPE) system, www.theSHAPEsystem.com, a public-access, web-based platform that offers schools, districts, and states/territories a workspace and targeted resources to support school mental health quality improvement.

42,000+ unique users to date.

2019-present    Led the development and implementation of the National School Mental Health Best Practices: Implementation Guidance Modules for States, Districts, and Schools. The modules contain trainer and participant manuals, 8 module slide decks designed for delivery in one-hour sessions and recorded virtual learning sessions that include a deeper dive into the module content.

5,760+ downloads to date.

2020-present    Provide guidance and support to integrate national and local best practices in cultural responsiveness, anti-racism, and equity into school mental health programming, including co-development of Cultural Inclusiveness and Equity course for educators across the United States.

2020-present    Led the development and implementation of Classroom Well-Being and Information and Strategies (ClassroomWISE), www.ClassroomWISE.org, a 3-part training package that includes a FREE self-paced online course, video library featuring practicing teachers and students, comprehensive resource collection and website for K-12 educators on mental health literacy.

20,000+ unique users to date.

## Professional Society Memberships

1994 – 1996    Member, Psi Chi, National Honor Society in Psychology
1996 – present    Member, Phi Beta Kappa, National Honor Society
1996 – 2002    Student Member, American Psychological Association
2002 – present    Member, American Psychological Association
2007 – 2010    Member, American School Health Association
2007 – 2010    Member, International Society for Traumatic Stress Studies
2007 – 2012    Member, School-based Health Alliance (formerly National Assembly on School-Based Health Care)
2009 – 2018    Member, Association for Behavioral and Cognitive Therapies
2012 – 2014    Member, Maryland Association of School Psychologists
2017 – present    Member, National Association of School Psychologists

## Administrative Service

## Institutional Service

### UMSOM

| | |
|---|---|
| 2002 – 2005 | Research Director, Center for School Mental Health |
| 2004 – 2023 | School Rotation Psychology Internship Supervisor |
| 2004 – 2006 | Member, UMB Psychology Internship Training Committee |
| 2004 – 2020 | Member, Annual School Health Interdisciplinary Program Planning Committee |
| 2004 – 2018 | Member, UMB Division of Child and Adolescent Psychiatry Research Team |
| 2004 – present | Member, Psychiatry Resident School Mental Health Training Team |
| 2004 – present | Member, Annual Conference on Advancing School Mental Health Planning Committee |
| 2005 – present | Research Supervisor, UMB School Mental Health Postdoctoral Fellowship |
| 2005 – 2010 | Director of Research and Analysis, Center for School Mental Health |
| 2006 – 2023 | Member, UMB VA/MD Psychology Internship Consortium Training Committee |
| 2006 – 2008 | Director, Maryland Psychological Assessment and Consultation Center |
| 2006 – 2008 | Alternate, Department of Psychiatry Representative, UMSOM Council |
| 2007 – 2010 | Member, SOM Representative UMB, Faculty Senate |
| 2007 – 2008 | Member, UMB Representative, Maryland Higher Education Commission, Faculty Advisory Council |
| 2007 – 2010 | Research Coordinator, Division of Child and Adolescent Psychiatry |
| 2008 – 2010 | Member, Department of Psychiatry Representative, UMSOM Council |
| 2008 – 2011 | Research Supervisor, UMB Innovations Institute Postdoctoral Fellowship |
| 2010 – 2015 | Co-Director, Baltimore School Mental Health Initiative |
| 2010 – present | Senior Advisor, University of Maryland School Mental Health Program |
| 2010 – present | Co-Director, National Center for School Mental Health |
| 2013 – 2018 | Director, Howard County Public Schools (HCPSS) Mental Health Initiative |
| 2018 – 2020 | Reviewer, Institute for Clinical and Translational Research |
| 2019 – 2022 | Member, Department of Psychiatry Research Executive Committee |
| 2020 – 2022 | Member, Department of Psychiatry, Diversity and Inclusion Subcommittee |
| 2020 – present | Member, Department of Psychiatry Promotion and Tenure Committee |
| 2020 – present | Member, Department of Psychiatry Mentorship Committee |
| 2020 – present | Director, National Center for Safe Supportive Schools |
| 2020 – present | Featured Expert, UMB Academy of Lifelong Learning |

### Diversity Equity, Inclusion (DEI) and Antiracism Awareness

| | |
|---|---|
| 2004-present | Annual Title IX and Non-Discrimination Training (UMB) |
| 2004-present | FPI Annual Compliance Awareness Training for Physicians and Providers |
| 2021 | Racism and Implicit Bias Legacies and Applied Concepts (Med-IQ, 1.5 CEs) |
| 2021 | Improving Cultural Competence (CE4Less, 2 CEs) |
| 2023 | Culture and the Psychosocial Implications of Socioeconomic Position. Part I: Culture and Social Determinants of Health (CE4less, 4 CEs) |
| 2024 | Everyday Bias for Healthcare Professionals (SOM) |

## Local Service

| | |
|---|---|
| 2004 – 2006 | Officer, Western High School, School Improvement Team |
| 2005 – 2008 | Steering Committee Member, Maryland School Mental Health Alliance |
| 2006 – 2007 | Member, Prince George's School Mental Health Initiative's School Mental Health Eastern and Western Maryland Conferences (2 regional conferences, 50 attendees/conference) |
| 2006 –2014 | Member, The IDEA Partnership State Mental Health Technical Assistance Grant Committee |
| 2007 – 2014 | Member, Maryland Assembly on School-Based Health Care School Training and Technical Assistance Committee |
| 2007 – 2011 | Member and Co-Chair, Maryland Blueprint Subcommittee on School Mental Health |
| 2008 – 2014 | Member, Maryland Evidence-Based Practice State Advisory Committee |
| 2008 – 2014 | Member, Maryland Evidence-Based Practice State Implementation Committee |
| 2010 – 2015 | Member, Maryland State Department of Education Workforce Development Committee |
| 2011 – 2018 | Co-Leader, Maryland Blueprint Mental Health-Education Leadership Team |
| 2011 – 2016 | Co-Leader, Maryland Blueprint School Mental Health Subcommittee |
| 2012 – 2018 | Member, Howard County Public Schools Mental Health Task Force |
| 2014 – 2018 | Advisor on School Mental Health, World Health Organization |
| 2015 – 2020 | Board Member, Maryland Assembly on School-based Health Care |
| 2016 – 2018 | School Climate Transformation Grant Technical Workgroup Member, U.S. Department of Education, Office of Safe and Healthy Schools |
| 2016 – 2018 | Member, Maryland Mental Health Consumer Quality Initiative Team |
| 2016 – 2020 | School Mental Health Advisor, Propel Schools |
| 2016 – present | Member, Maryland School Behavioral Health Community of Practice |
| 2018 – 2020 | Advisor, Howard County Superintendent's Mental Health Advisory Committee |
| 2018 – present | Member, Howard County Community Mental Health Advisory Coalition |
| 2018 – 2024 | Board of Trustees Member, Horizon Foundation |
| 2018 – present | Advisor, Governor's Maryland Safe to Learn Act Steering Committee |
| 2023 – present | Technical Assistance Advisor, Maryland Consortium on Coordinated Community Support Partnerships |

## National Service

| | |
|---|---|
| 2004 – present | Planning Committee Co-Chair, Center for School Mental Health-National Conference for Advancing School Mental Health (1,500-3,000 attendees/year) |
| 2003 – 2004 | Ad Hoc Reviewer, *Journal of Clinical Child Psychology* (1x/yr) |
| 2004 – present | Ad Hoc Reviewer, *Journal of Youth and Adolescence* (1x/yr) |
| 2004 – present | Reviewer, *Journal of School Health* (1x/yr) |
| 2004 – 2009 | Member, National Assembly on School-Based Health Care Technical Assistance and Training Panel |
| 2005 – 2019 | Steering Committee, Practice Group Facilitator, National Community of Practice on Collaborative School Behavioral Health |

| | |
|---|---|
| 2005 – 2008 | Management Team Member, Centers for Disease Control School Mental Health Capacity Building Partnership |
| 2006 – 2011 | Steering Committee Member, National Assembly on School-Based Health Care School Mental Health Capacity Building Partnership |
| 2006 – present | Reviewer, *Psychiatric Services* (2x/yr) |
| 2007 – 2010 | Editorial Board, *Journal of School Health* |
| 2007 – 2018 | Reviewer, *Advances in School Mental Health Promotion* (4x/yr) |
| 2006 – present | Member, National Coordinating Committee on School Health and Safety |
| 2007 – present | Member, Mental Health Education Integration Consortium |
| 2008 – present | Reviewer, *Journal of Community Psychology* (1x/yr) |
| 2008 – present | Reviewer, *American Journal of Public Health* (1x/yr) |
| 2008 – present | Reviewer, *Community Mental Health* (2x/yr) |
| 2008 – 2012 | Member, National Assembly on School-Based Health Care Evaluation and Quality Panel |
| 2009 – 2010 | Member, National Evidence-Based Practice Consortium |
| 2009 – 2010 | Member, SAMHSA Federal National Partnership Workgroup |
| 2009 – 2014 | Member, National Assembly on School-Based Health Care Program Committee |
| 2009 – present | Member, Trauma in Schools workgroup, National Child Trauma Stress Network |
| 2009 – present | Reviewer, *School Mental Health* (3x/yr) |
| 2010 – 2011 | Associate Editor, *Advances in School Mental Health Promotion* |
| 2010 – present | Reviewer, *Journal of the American Academy of Child and Adolescent Psychiatry* (1x/yr) |
| 2012 | Reviewer, RAND Health Document, *Student Mental Health: A literature review to guide evaluation of California's mental health prevention and early intervention initiative* |
| 2012 – 2013 | Deputy Editor, *Advances in School Mental Health Promotion* |
| 2014 – present | Editorial Board, *School Mental Health* |
| 2014 – 2018 | Editor in Chief, *Advances in School Mental Health Promotion* |
| 2014 – present | Organizational Liaison, American Academy of Child and Adolescent Psychiatry, Schools Committee |
| 2015 | Guest Editor, *Child and Adolescent Psychiatric Clinics* |
| 2017 – 2020 | Member, Federal (SAMHSA-HRSA) School Mental Health Workgroup |
| 2018 – 2020 | Advisor, National Child Traumatic Stress Network (NCTSN) Trauma-Informed Schools Breakthrough Series Collaborative Advisory Group |
| 2018 – 2022 | Advisor, Please Pass the Love, Midwest School Mental Health Coalition |
| 2018 – 2023 | Project Advisor, National Adolescent and Young Adult Health Capacity Building Program |
| 2021 | Guest Editor, *International Journal of Environmental Research and Public Health* |
| 2021 – 2022 | Advisor, School Behavioral Health Advisory Committee, Co-facilitated by the Association of State and Territorial Health Officials (ASTHO), CDC Healthy Schools Branch, Healthy Schools Campaign, and the Council of Chief State School Officers (CCSSO) |
| 2021 – present | Advisory Member, Brookings Institute, Child and Adolescent Mental Health Workgroup |
| 2022 | Reviewer, Institute of Education Sciences Social and Behavioral Education Research Review Panel |

| | |
|---|---|
| 2021 – present | Board Member, School-Based Health Alliance |
| 2022 – present | Advisor, Institute of Education Sciences Grant (PI: Schultz), Improving Social, Emotional, Behavioral and Academic Functioning of Elementary School Students through the Interconnected Systems Framework |
| 2022 – 2025 | Advisory Board Member, Scanlan Center for School Mental Health |
| 2022 | Reviewer, Patient-Centered Outcomes Research Institute Adolescent Alcohol Merit Review Panel |
| 2022 | Advisor, U.S. Department of Health and Human Services (HHS), Administration for Strategic Preparedness and Response, Child and Adolescent Health Emergency Planning |
| 2022 - present | Youth Mental Health Expert Advisor, Annie E. Casey Foundation |
| 2023 - 2025 | Advisory Board Co-Chair, UT Southwestern Center for Depression Research and Clinical Care (CDRC) School-Based Initiatives |
| 2023 - 2024 | Advisory Board Member, Connected Wellbeing Initiative of the Connected Learning Alliance |
| 2023 - present | Expert Advisory Panel member, National Project AWARE-Trauma Informed Support Services (TISS) Evaluation |
| 2023 - present | School Mental Health Training Consultant, University of Nebraska Medical Center, U.S. Department of Education Mental Health Service Professional Demonstration Grant |
| 2023 - present | Science and Policy Board member, University of Washington National Institute of Mental Health (NIMH) ALACRITY Center |
| 2023 - present | Co-Chair, National Child Traumatic Stress Initiative-Military Child Education Coalition, National Learning Community on Military-Connected Youth and Families |
| 2024 – 2025 | Member, School Health and Safety Subcommittee, Cross-Sector Alliance for the National Center for Adolescent and Young Adult Health and Well-Being |
| 2024 – present | Advisor, Ballmer National Behavioral Health Advisory Board |
| 2024 | Advisory Board member, Pew Charitable Trusts Prevention Exploration Expert Advisory Panel |
| 2024 – present | Advisor, The Mental Health Literacy Collaborative |
| 2024 – present | Co-Facilitator, Georgetown University Medical Center ECHO: School Mental Health for Military-Connected Students and Families |
| 2025 – present | Expert Panelist, William T Grant Foundation project "*Utilizing Discrete Event Simulation (DES) to Improve the Use and Relevance of Research Evidence to Inform School Mental Health Services.*" |

## International Service

| | |
|---|---|
| 2003 | Core Development Team, School Mental Health International Leadership Exchange |
| 2016 | Co-Chair, Banff International Conference on Behavioural Science |
| 2019 | Co-Chair, Banff International Conference on Behavioural Science |
| 2023 | Co-Chair, Banff International Conference on Behavioural Science |

**Teaching Service**

<u>Undergraduate Student Teaching/Mentoring/Advising</u>
2004 – 2023   Supervise Undergraduate Research Externs from Loyola College in Maryland, Morgan State University, and UMBC (30 students total, 1 hour weekly)

<u>Graduate/Post-Graduate Teaching</u>
2000          Group Therapy Course, University of Baltimore, Department of Psychology (3 hours/week, 20 graduate students, 3 months/year)
2001          Family Therapy Course, University of Baltimore, Department of Psychology (3 hours/week, 18 graduate students, 3 months/year)
2004 – 2022   Supervise Graduate Research Externs from Johns Hopkins University, Loyola College in Maryland, and UMBC (30 students total, 1 hour weekly)
2005 – 2007   School Mental Health Didactic Series (10 psychology externs and social work interns/year), (3 hours/year)
2008 – 2015   Invited instructor for two UMB School of Social Work courses: Evidence-based Practice and School Mental Health (6 hours/year)

<u>Resident and Fellow Teaching</u>
2004 – 2006   Instructor, Cognitive Behavioral Therapy Seminar, Department of Psychiatry (6 fellows), (3 hours/year)
2004 – 2007   Instructor, Orientation Seminar, Department of Psychiatry (6 fellows), (3 hours/year)
2004 – 2005   Psychology Didactic Series (4-6 psychology interns and postdoctoral fellows), (3 hours/year)
2004 – present Supervise Postdoctoral Fellows, Psychology Interns, Research Specialists, Research Supervisors, Research Coordinators and Research Assistants, Division of Child and Adolescent Psychiatry, (2-6 hours/week)
2006 – 2007   Psychology Seminar Series, VA/University of MD Psychology Internship Consortium (16 psychology interns), (4 hours/year)
2005 – 2012   Instructor, Research Methodology Seminar, Department of Psychiatry, (6 fellows), (2 hours/year)
2006 – 2008   Postdoctoral Psychology Fellowship School Mental Health Seminar (1.5 hours biweekly, 2-6 fellows, 12 months/year)
2006 – 2014   Cognitive Behavioral Therapy Seminar, Department of Psychiatry, (2 hours weekly, 6-8 fellows, 2 months/year)
2006 – 2008   Instructor, Assessment Seminar, Department of Psychiatry, (6 fellows), (3 hours/year)
2010 – present Instructor, School Mental Health Seminar, Department of Psychiatry, (2-3 postdoctoral psychology fellows), (4-8 hours/year)
2010 – present School Mental Health Training Series, University of MD Psychology Internship Consortium (3 psychology interns/year), (4-8 hours/year)
2012 – 2020   Childhood Trauma Training Series, VA/University of MD Psychology Internship Consortium (16 psychology interns), (8 hours/year)
2016 – 2020   Instructor, Family Engagement Seminar, Department of Psychiatry, (6 fellows), (2 hours/year)

2016 – 2020    Instructor, Child Trauma Seminar, Department of Psychiatry, (6 fellows), (2 hours/year)

## Research Activities

Research focus on high quality implementation of school mental health services
Specific concentrations in collaborative primary and mental health care in schools; culturally responsive, equitable school mental health services; trauma-informed services; school-based mental health supports and services for newcomer (refugee and immigrant) students.

## Grant Support

Active Grants or Contracts

5/31/20 – 5/30/25     PI, 35%
                      *"National Child Traumatic Stress Network Category II Center: Center for Safe Supportive Schools (CS3)"*
                      Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
                      Peer-Reviewed
                      Total Direct Costs:          $2,858,221

9/30/20 – 8/30/25     PI, 10%
                      "Advancing Wellness and Resiliency in Education (AWARE)"
                      Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
                      Maryland State Department of Education
                      Total Direct Costs:          $1,388,233

4/1/23 – 3/31/25      Site PI, 10%, (PI: M. DeRosier, 3C Institute)
                      *"Integrated Software Platform to Enhance School Mental Health Assessment and Data-Driven Student Services"*
                      National Institute of Mental Health
                      Total Direct Costs:          $169,615

6/15/23 – 6/14/27     Co-Inv, 1% (PI: J. Bohnenkamp)
                      *"Medicaid School-Based Services Technical Assistance Center"*
                      Centers for Medicare and Medicaid Services
                      Total Direct Costs:          $6,500,000

1/1/25 – 6/30/26      PI, 20%
                      "*Maryland Coordinated Community Supports Partnerships"*
                      Maryland Community Health Resource Commission, Department of Health
                      Total Direct Costs:          $4,030,292

<u>Completed Grants or Contracts</u>

| | |
|---|---|
| 1995-2005 | Co-Inv, 20% (PI: M. Weist) |

*"Achieving the Promise of Expanded School Mental Health"*
Cooperative Agreement with Maternal and Child Health Bureau, Health Resources and Services Administration, Center for Mental Health Services Administration, Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services, #2U93MC00174-06
Annual Direct Costs:          $302,990
Total Direct Costs:          $3,029,904
*Supported all research and technical assistance activities for national technical assistance and policy center and appointed to Director of Research (2002).*

2004-2008          PI, 5%
*"Mental Health Education and Training Initiative"*
National Assembly on School-Based Health Care
Annual Direct Costs:          $16,638
Total Direct Costs:          $33,275

2004-2006          Co-Inv, 20%; (PI: L. Peralta)
*"Healthy Choices: A School-Based HIV Prevention Program"*
Thomas Wilson Sanitarium for the Children of Baltimore City
Annual Direct Costs:          $12,500
Total Direct Costs:          $25,000
*Led evaluation of a school-based HIV prevention and trauma in Baltimore City Schools.*

2004-2007          Co-I, 25% (PI: M. Weist)
*"Enhancing Quality in School Mental Health"*
National Institute of Mental Health, U.S. Department of Health and Human Services, #1R01MH71015-01A1
Annual Direct Costs:          $277,201
Total Direct Costs:          $831,602
*Served as the senior trainer for the experimental condition of a randomized trial to improve school mental health service quality and collaborated on all research activities.*

2004-2006          PI, 20%
*"Trauma Informed Framework for AIDS Prevention"*
AIDS Administration, Maryland Department of Health and Mental Hygiene
Annual Direct Costs:          $45,687
Total Direct Costs:          $91,374

2005-2008          Site PI, Co-Inv, 5% (PI: N. Ialongo, Johns Hopkins University)

*"Johns Hopkins University Center for Prevention and Early Intervention"*
National Institutes of Mental Health, National Institute on Drug Abuse
Annual Direct Costs:        $29,318
Total Direct Costs:         $87,953

2005-2010          Co-I, 20% (PI: M. Weist)
*"Advancing Mental Health Services in Schools"*
Cooperative Agreement with Maternal and Child Health Bureau, Health
Resources and Services Administration; Center for Mental Health Services
Administration, Substance Abuse and Mental Health Services, U.S.
Department of Health and Human Services
Annual Direct Costs:        $363,196
Total Direct Costs:         $1,815,980
*Led research and policy efforts for national technical assistance and
policy center.*

2005-2007          Co-I, 5% (PI: N. Lever)
*"School Mental Health Integration in Maryland"*
Cooperative Agreement with U.S. Department of Education through the
Maryland State Department of Education
Annual Direct Costs:        $86,251
Total Direct Costs:         $172,502
*Supported resource development and facilitation of state leadership group
focused on advancing school mental health across Maryland.*

2006-2011          Site PI, 10% (PI: J. Schlitt, National Assembly on School-based Health
Care)
*"School Mental Health Capacity Building Partnership"*
Cooperative Agreement with the Centers for Disease Control, Division of
Adolescent and School Health
Annual Direct Costs:        $23,421
Total Direct Costs:         $117,106

2006-2010          Co-I, 20% (PI: H. Goldman)
*"Transformation State Infrastructure"*
Substance Abuse and Mental Health Administration, Center for Mental
Health Services
Annual Direct Costs:        $214,777
Total Direct Costs:         $859,108
*Led child and adolescent system evaluation for Maryland state
infrastructure initiative.*

2006-2008          Co-I, 10%  (PIL M. Weist, UMB)
*"Providing Effective School Mental Health Services to Youth with
Emotional Difficulties"*
Maryland State Department of Education

Annual Direct Costs:          $262,377
Total Direct Costs:           $542,753
*Supported evaluation of mental health intervention in Baltimore City Schools.*

2006-2008          PI, 2%
                   *"Maryland Wraparound Fidelity Assessment System"*
                   Maryland Mental Hygiene Administration
                   Annual Direct Costs:          $283,019
                   Total Direct Costs:           $566,038
                   *Led evaluation of Maryland Wraparound iniative.*

2007-2009          Co-I, 10% (PI: M. Weist)
                   *"Effective Mental Health Promotion in Two Baltimore City Schools"*
                   Association of Baltimore Area Grantmakers, Private Foundation Funding
                   Annual Direct Costs:          $205,000
                   Total Direct Costs:           $410,000
                   *Supported development and evaluation of multi-component mental health intervention in Baltimore City Schools.*

2007-2008          Co-I, 10% (PI: D. Pruitt)
                   *"Mental Health Promotion for Children and Adolescents in Foster Care"*
                   Department of Health and Mental Hygiene
                   Total Direct Costs:           $137,862
                   *Supported training development and evaluation for school mental health tailored to case managers of youth in foster care.*

2009-2011          PI, 5%
                   *"Maryland Evidence-Based Practice Fidelity and Outcomes Monitoring"*
                   Maryland Governor's Office for Children
                   Annual Direct Costs:          $355,556
                   Total Direct Costs:           $711,112
                   *Led evaluation of Maryland initiative on children's mental health EBPs.*

2009-2012          PI, 20%
                   *"1915 Waiver Psychiatric Residential Treatment Facilities (PRTF) Demonstration Waiver (RTC Waiver)"*
                   Center for Medicaid and Medicare Services
                   Maryland Mental Hygiene Administration
                   Annual Direct Costs:          $1,289,197
                   Total Direct Costs:           $3,867,593
                   *Led and coordinated 9 independent demonstration projects to improve Maryland's children's mental health System of Care.*

2009-2014          Site PI, 5% (PI: N. Ialongo, Johns Hopkins University)
                   *"Center for Prevention and Early Intervention"*

National Institutes of Mental Health, National Institute on Drug Abuse
Annual Direct Costs:          $40,209
Total Direct Costs:           $201,045
*Supported implementation and evaluation of school-based EBPs.*

2009-2011        PI, 10%
                 *"Maryland Early Childhood Mental Health Consultation"*
                 Maryland State Department of Education
                 Annual Direct Costs:          $283,350
                 Total Direct Costs:           $566,700
                 *Led evaluation of Maryland's early childhood mental health consultation.*

2009-2014        PI, 10%
                 *"Healthy Transitions Initiative"*
                 Substance Abuse and Mental Health Services, U.S. Department of Health
                 and Human Services
                 Maryland Behavioral Health Administration
                 Annual Direct Costs:          $119,369
                 Total Direct Costs:           $596,884
                 *Led outreach and evaluation of Maryland effort to support mental health
                 of youth and young adults with mental health challenges.*

2010-2014        Site PI, 8% (PI: M. Weist, University of South Carolina)
                 *"Strengthening the Quality of School Mental Health Services"*
                 National Institutes of Health 1R01MH081941-01A2
                 Annual Direct Costs:          $426,610
                 Total Direct Costs:           $1,706,439
                 *Led Maryland site implementation and research efforts of multi-site
                 randomized controlled trial on school mental health quality.*

2010-2015        Site PI, 5% (PI: L. Wissow, Johns Hopkins University)
                 *"Developing Center on Integrated Mental Health Care in Pediatric
                 Settings"*
                 National Institutes of Mental Health #107786
                 Role: Co-Investigator
                 Annual Direct Costs:          $45,367
                 Total Direct Costs:           $226,835
                 *Led site efforts to study collaborative mental health and primary care,
                 including pilot study on mental health interventions by school nurses.*

2011-2014        PI, 20%
                 *"Achieving the Promise of Expanded School Mental Health"*
                 Cooperative Agreement with Maternal and Child Health Bureau,
                 Health Resources and Services Administration, Center for Mental Health
                 Services Administration, Substance Abuse and Mental Health Services,
                 U.S. Department of Health and Human Services

|  | Annual Direct Costs: | $322,841 |
|  | Total Direct Costs: | $968,523 |

*Led federally-funded national research, training, policy and practice center to advance school mental health.*

2011      PI, 5%
*"Common Elements in Expanded School Mental Health"*
Baltimore Mental Health Systems
Total Direct Costs:     $22,827
*Led project to understand the effectiveness of "common elements" approach to delivering school mental health services in Baltimore City.*

2012-2013      PI, 5%
*"Avatar"*
Maryland Alcohol and Drug Abuse Administration
Total Direct Costs:     $12,755
*Led evaluation of digital avatar intervention to support young adults with substance use disorders.*

2012-2013      PI, 5%
*"Maryland Behavioral Health Collaborative: Program Management and Evaluation Dual- Diagnosis"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Maryland Behavioral Health Administration
Total Direct Costs:     $492,313
*Led implementation and evaluation of statewide program for individuals with co-occurring mental health and substance use disorders.*

2012-2013      Co-Inv, 10% (PI: D. Pruitt)
*"Consultation and Support to Primary Care Providers Regarding Child Mental Health"*
Maryland Mental Hygiene Administration
Total Direct Costs:     $1,163,660
*Supported development of statewide child psychiatry consultation access program.*

2013-2016      Co-Inv, 10%, (PI: D. Pruitt)
*"Consultation and Support to Primary Care Providers Regarding Child Mental Health"*
Maryland Mental Hygiene Administration
Role: Co-Investigator
Annual Direct Costs:     $400,000
Total Direct Costs:     $1,200,000
*Contributed to research and evaluation teams for statewide child psychiatry consultation access program.*

Sharon Hoover, Ph.D.    15

| 2013-2020 | Co-Inv, 5% (PI: B. Buchanan) |
|---|---|

2013-2020      Co-Inv, 5% (PI: B. Buchanan)
*"The Maryland Early Intervention Program"*
Maryland Behavioral Health Administration
State Mental Health Grant
Annual Direct Costs:    $1,200,000
Total Direct Costs:    $8,400,000
*Led Maryland outreach and education activities on early identification and intervention for psychosis, including to high schools and institutions of higher education.*

2013-2018      Site PI, 35% (Co-PIs: C. Vince, D. Osher, American Institutes of Research)
*"National Resource Center for Mental Health Promotion and Youth Violence Prevention"*
Substance Abuse and Mental Health Services Administration
Annual Direct Costs:    $323,802
Total Direct Costs:    $1,295,208
*Led site effort to provide technical assistance and training for Safe Schools Healthy Students grantees across the United States.*

2014-2019      PI, 2%
*"Maryland Suicide Prevention and Intervention Network"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Maryland Behavioral Health Administration
Annual Direct Costs:    $253,811
Total Direct Costs:    $1,269,055
*Led statewide implementation and evaluation of suicide prevention and intervention for Maryland children and adolescents.*

2014-2019      Site PI, 3%
*"Healthy Transitions"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Maryland Behavioral Health Administration
Annual Direct Costs:    $140,765
Total Direct Costs:    $703,827
*Led outreach and evaluation of Maryland effort to support mental health of youth and young adults with mental health challenges.*

2014-2019      PI, 2%
*"Maryland Project AWARE"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Maryland State Department of Education

Annual Direct Costs:     $166,018
Total Direct Costs:     $830,090
*Led training/technical assistance and evaluation of Maryland State Department of Education school mental health efforts in three districts.*

2014-2019          PI, 2%
*"Maryland Behavioral Health for Adolescents and Young Adults (MD-BHAY)"*
Substance Abuse and Mental Health Services Administration
Maryland Behavioral Health Administration
Annual Direct Costs:     $593.793
Total Direct Costs:     $2,968,968
*Led training and implementation support project to support Maryland adolescents and young adults with co-occurring disorders.*

2014-2018     PI, 15%
*"Collaborative Improvement and Innovation Networks for School-Based Health Services"*
Cooperative Agreement with Maternal and Child Health Bureau,
Health Resources and Services Administration,
U.S. Department of Health and Human Services
Annual Direct Costs:     $259,000
Total Direct Costs:     $1,036,000
*Led federally-funded national research, training, policy and practice center to advance school mental health.*

2015-2018          PI, 5%
*"Promoting School Safety: Evaluating the Effectiveness of an Emotional and Behavioral Health Crisis Response and Prevention Intervention in Baltimore County Public Schools"*
National Institute of Justice
Baltimore County Public Schools
Annual Direct Costs:     $208,453
Total Direct Costs:     $625,360
*Led randomized controlled trial studying the school-based behavioral health crisis response and prevention.*

2016-2020          Site PI, 10% (Co-PIs E. Bruns, E. McCauley, University of Washington)
*"Brief Intervention for School Clinicians (BRISC)"*
Institute for Education Sciences
University of Washington
Annual Direct Costs:     $170,473
Total Direct Costs:     $511,418
*Led site of multi-site randomized controlled study of brief, school-based mental health intervention.*

| 2016-2021 | Site PI, 1% (Co-PIs: C. Vince, D. Osher, American Institutes of Research) |

2016-2021      Site PI, 1% (Co-PIs: C. Vince, D. Osher, American Institutes of Research)
               *"National Center on Safe Supportive Learning Environments (NCSSLE)*
               *Technical Assistance Center (TA Center)"*
               US Department of Education
               Annual Direct Costs:        $79,365
               Total Direct Costs:         $396,825
               *Led site effort to provide technical assistance and training for NCSSLE*
               *school mental health grantees across the United States.*

2017-2018      PI, 5%
               *"Enhancing Health Care Access Via Expanding School Behavioral Health*
               *and Telepsychiatry Consultation"*
               Howard County Health Department, Horizon Foundation
               Total Direct Costs:         $106,729
               *Led the pilot of school behavioral health and telehealth services in*
               *Howard County Public Schools.*

2017-2022      PI, 1%
               *"Kaiser Permanente National Trauma-informed Schools Initiative*
               *Evaluation"*
               Kaiser Permanente
               Annual Direct Costs:        $264,429
               Total Direct Costs:         $793,738
               *Led evaluation of Kaiser Permanente national Trauma-informed Schools*
               *effort.*

2018-2022      Co-PI, 3% (PI: C. Schaeffer)
               *"Evaluating Promising School Staff and Resource Officer Approaches for*
               *Reducing Harsh Discipline, Suspensions, and Arrests"*
               National Institute of Justice
               Annual Direct Costs:        $325,096
               Total Direct Costs:         $975,288

2018-2023      PI, 14%
               *"Collaborative Improvement and Innovation Network for School-Based*
               *Health Services"*
               Cooperative Agreement with Maternal and Child Health Bureau,
               Health Resources and Services Administration,
               U.S. Department of Health and Human Services
               Annual Direct Costs:        $207,200
               Total Direct Costs:         $1,036,000

2018-2019      Site PI, 2% (PI: M. McGovern, Stanford University)
               *"Mental Health Technology Transfer Network National Coordinating*
               *Office"*

Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:          $113,831

2018-2019          Site PI, 2% (PI: R. Henry, Danya Institute)
*"Central East Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:          $223,884

2018-2019          Site PI, 2% (PI: B. Druss, Emory University)
*"Southeast Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:          $85,500

2018-2019          Site PI, 2% (PI: J. Evans, University of Nebraska)
*"Mid-America Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:          $75,000

2018-2019          Site PI, 2% (PI: M. Lopez, University of Texas-Austin)
*"South Southwest Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:          $45,900

2018-2019          Site PI, 5% (PI: S. Widemann, Maryland Behavioral Health Administration)
*"MORR - Substance Use Prevention and Early Intervention in Schools"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:          $133,636

2019-2020          Site PI, 5% (PI: S. Widemann, Maryland Behavioral Health Administration)
*"State Opioid Response"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:          $385,004

2019-2023          Site PI, 1% (PI: M. Weist, University of South Carolina)
*"Patient-Centered Enhancements in School Behavioral Health: A Randomized Trial"*
Patient-Centered Outcomes Research Institute

|                   | Annual Direct Costs: | $339,183   |
|                   | Total Direct Costs:  | $1,356,732 |

2019-2020    PI, 2%
*"Student Assistance Program"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Maryland Behavioral Health Administration
Total Direct Costs:    $126,618

2019-2020    PI, 2%
*"Adolescent Community Reinforcement Approach"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Maryland Behavioral Health Administration
Total Direct Costs:    $105,163

2019-2020    Site PI, 2% (PI: M. McGovern, Stanford University)
*"Mental Health Technology Transfer Network National Coordinating Office"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:    $113,831

2019-2020    Site PI, 2% (PI: R. Henry, Danya Institute)
*"Central East Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:    $223,884

2019-2020    Site PI, 2% (PI: B. Druss, Emory University)
*"Southeast Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:    $85,500

2019-2020    Site PI, 2% (PI: J. Evans, University of Nebraska)
*"Mid-America Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:    $75,000

2019-2020    Site PI, 2% (PI: M. Lopez, University of Texas-Austin)
*"South Southwest Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services

|  | Total Direct Costs: | $45,900 |

2019-2024   Site PI, 1% (PI: N. Johnson, Maryland Behavioral Health Administration)
*"Healthy Transitions"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Peer-Reviewed
Annual Direct Costs:       $140,765
Total Direct Costs:        $703,827

2020-2021   PI, 10%
*"Partnerships for Advancing Comprehensive School Mental Health Systems"*
Bainum Family Foundation
Total Direct Costs:        $195,053

2020-2021   PI, 2%
*"Baltimore County Public Schools Supportive and Nurturing Learning Environments"*
Baltimore County Public Schools
Total Direct Costs:        $87,434

2020-2021    Site PI, 5% (PI: M. McGovern, Stanford University)
*"Mental Health Technology Transfer Network National Coordinating Office"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:        $66,392

2020-2021    Site PI, 10% (PI: R. Henry, Danya Institute)
*"Central East Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:        $262,980

2020-2021    Site PI, 1% (PI: B. Druss, Emory University)
*"Southeast Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:        $56,675

2020-2021    Co-I, 1% (PI: B. Clarke, University of Nebraska)
*"Mid-America Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:        $75,000

| | |
|---|---|
| 2020-2021 | Site PI, 1% (PI: M. Lopez, University of Texas-Austin) <br> *"South Southwest Mental Health Technology Transfer Center"* <br> Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services <br> Total Direct Costs:          $50,000 |
| 2021 | Site PI, 10% (PI: R. Henry, Danya Institute) <br> *"Provider Well-Being"* <br> Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services <br> Total Direct Costs:          $56,838 |
| 2021-2022 | PI, 1% <br> *"MD SOR II-DCAR, Maryland State Opioid Response Evaluation"* <br> Substance Abuse and Mental Health Administration, Center for Mental Health Services <br> Maryland Behavioral Health Administration <br> Total Direct Costs:          $1,209,925 |
| 2021` | Co-Inv, 10% (PI: N. Khanna) <br> "The Family COVID-19 Vaccine Outreach Project: A National Intervention to Support Special Needs Youth and Their Families" <br> Health Resources and Services Administration <br> Total Direct Costs:          $7,321,141 |
| 2021-2022 | PI, 2% <br> *"Baltimore County Public Schools Supportive and Nurturing Learning Environments"* <br> Baltimore County Public Schools <br> Total Direct Costs:          $87,434 |
| 2021-2024 | Co-PI, 5% (PI: J. Bohnenkamp) <br> *"Maryland School Mental Health Regional Response Program"* <br> Maryland State Department of Education <br> Total Direct Costs:          $1,038,880 |
| 2021-2022 | Site PI, 5% (PI: M. McGovern, Stanford University) <br> *"Mental Health Technology Transfer Network National Coordinating Office"* <br> Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services <br> Total Direct Costs:          $66,392 |
| 2021-2022 | Site PI, 10% (PI: R. Henry, Danya Institute) <br> *"Central East Mental Health Technology Transfer Center"* |

Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:          $262,980

2021-2022          Site PI, 1% (PI: B. Druss, Emory University)
*"Southeast Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:          $56,675

2021-2022          Co-Inv, 1% (PI: B. Clarke, University of Nebraska, N. Lever, UMSOM)
*"Mid-America Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:          $75,000

2021-2022          Site PI, 1% (PI: M. Lopez, University of  Texas-Austin)
*"South Southwest Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:          $50,000

2021-2024          Site PI, 2% (PI: G. Columbi, American Institutes of Research)
*"National Center on Safe Supportive Learning Environments (NCSSLE) Technical Assistance Center (TA Center)"*
US Department of Education
Total Direct Costs:          $1,243,200

2022-2024          Co-I, 2% (PI: T. Beason)
*Building Healing Behavioral Health Systems*
Maryland Department of Health, Behavioral Health Administration
Total Direct Costs:          $3,071,583

2022-2023          PI, 2%
*"Baltimore County Public Schools Supportive and Nurturing Learning Environments"*
Baltimore County Public Schools
Total Direct Costs:          $87,434

2022-2023          Site PI, 5% (PI: M. McGovern, Stanford University)
*"Mental Health Technology Transfer Network National Coordinating Office"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:          $124,366

2022-2023    Site PI, 10% (PI: O. Morgan, Danya Institute)
*"Central East Mental Health Technology Transfer Center"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:        $412,980

2022-2023    PI, 10%
*Maryland Coordinated Community Support Partnerships*
Maryland Community Health Resource Commission
Total Direct Costs:        $165,314

2022-2023    Co-Inv, 10% (PI: J. Bohnenkamp)
*National Initiative to Advance Health Equity in K-12 Education by Preventing Chronic Disease and Promoting Healthy Behaviors: Priority 2: Emotional Well-Being*
Centers for Disease Control
Total Direct Costs:        $1,509,983

2023-2023    Site PI, 5% (PI: M. McGovern, Stanford University)
*"Mental Health Technology Transfer Network National Coordinating Office"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:        $62,681

2023-2024    PI, 1%
*"Baltimore County Public Schools Supportive and Nurturing Learning Environments"*
Baltimore County Public Schools
Total Direct Costs:        $87,434

2023-2024    Site PI, 5% (PI: M. McGovern, Stanford University)
*"Mental Health Technology Transfer Network National Coordinating Office"*
Substance Abuse and Mental Health Services, U.S. Department of Health and Human Services
Total Direct Costs:        $19,426

2024-2024    PI, 40%
*"Maryland Coordinated Community Supports Partnerships"*
Maryland Community Health Resource Commission, Department of Health
Total Direct Costs:        $2,791,175

2024-2025          Site PI, 4% (PI Melissa DeRosier, 3C Institute)
                   *"Integrated Software Platform to Enhance School Mental Health
                   Assessment and Data-Driven Student Services, Supplement"*
                   National Institute of Mental Health
                   Total Direct Costs:          $93,734


**Publications** *(published under Sharon A. Hoover and Sharon H. Stephan)*

<u>Peer-reviewed journal articles</u>

1. Murphy CM, **Hoover SA**. Measuring emotional abuse in dating relationships as a multifactorial construct. Violence Vict. 1999;14(1):39-53.
2. O'Farrell TJ, Murphy CM, **Stephan SH**, Fals-Stewart W, Murphy M. Partner violence before and after couples-based alcoholism treatment for male alcoholic patients: the role of treatment involvement and abstinence. J Consult Clin Psychol. 2004;72(2):202.
3. Lever NA, **Stephan SH**, Axelrod J, Weist MD. Fee-for-service revenue for school mental health through a partnership with an outpatient mental health center. J Sch Health. 2004;74(3):91-4.
4. Bruns EJ, Moore E, **Stephan SH**, Pruitt D, Weist MD. The impact of school mental health services on out-of-school suspension rates. J Youth Adolesc. 2005;34:23-30.
5. Schaeffer CM, Bruns E, Weist M, **Stephan SH**, Goldstein J, Simpson Y. Overcoming challenges to using evidence-based interventions in schools. J Youth Adolesc. 2005;34:15-22.
6. Mills C, **Stephan SH**, Moore E, Weist MD, Daly BP, Edwards M. The President's New Freedom Commission: Capitalizing on opportunities to advance school-based mental health services. Clin Child Fam Psychol Rev. 2006;9:149-61.
7. **Stephan SH**, Weist M, Kataoka S, Adelsheim S, Mills C. Transformation of children's mental health services: the role of school mental health. Psychiatr Serv. 2007;58(10):1330-8.
8. Cunningham D, **Stephan SH**, Paternite C, Schan S, Weist M, Adelsheim S, et al. Stakeholders' perspectives on the recommendations of the President's New Freedom Commission on Mental Health. Psychiatr Serv. 2007;58(10):1344-7.
9. Burke RW, **Stephan SH**. Contextual features of public schools in the United States as settings for mental health promotion. Adv Sch Ment Health Promot. 2008;1(1):52-60.
10. Vulin-Reynolds M, Lever N, **Stephan S**, Ghunney A. School mental health and foster care: a logical partnership. Adv Sch Ment Health Promot. 2008;1(2):29-40.
11. Weist M, Lever N, **Stephan S**, Youngstrom E, Moore E, Harrison B, et al. Formative evaluation of a framework for high-quality, evidence-based services in school mental health. Sch Ment Health. 2009;1:196-211.
12. Weist MD, Stiegler K, **Stephan S**, Cox J, Vaughan C. School mental health and prevention science in the Baltimore City schools. Psychol Sch. 2010;47(1):89-100.
13. Lever NA, Chambers KL, **Stephan SH**, Page MJ, Ghunney A. National survey on expanded school mental health services. Adv Sch Ment Health Promot. 2010;3(4):38-50.
14. **Stephan S**, Hurwitz L, Paternite C, Weist M. Critical factors and strategies for advancing statewide school mental health policy and practice. Adv Sch Ment Health Promot. 2010;3(3):48-58.

15. **Stephan S**, Mulloy M, Brey L. Improving collaborative mental health care by school-based primary care and mental health providers. Sch Ment Health. 2011;3:70-80.
16. Grady BJ, Lever N, Cunningham D, **Stephan S**. Telepsychiatry and school mental health. Child Adolesc Psychiatr Clin N Am. 2011;20(1):81-94.
17. **Stephan S**, Westin A, Lever N, Medoff D, Youngstrom E, Weist M. Do school-based clinicians' knowledge and use of common elements correlate with better treatment quality? Sch Ment Health. 2012;4:170-80.
18. Herman KC, Reinke WM, Bradshaw CP, Lochman JE, Boxmeyer CL, Powell NP, et al. Integrating the family check-up and the parent coping power program. Adv Sch Ment Health Promot. 2012;5(3):208-19.
19. **Stephan S**, Brandt N, Lever N, Acosta-Price O, Connors E. Key priorities, challenges, and opportunities to advance an integrated mental health and education research agenda. Adv Sch Ment Health Promot. 2012;5(2):125-38.
20. Westin AM, Barksdale CL, **Stephan SH**. The effect of waiting time on youth engagement to evidence-based treatments. Community Ment Health J. 2014;50:221-8.
21. **Stephan SH**, Connors EH. School nurses' perceived prevalence and competence to address student mental health problems. *Advances in School Mental Health Promotion*. 2013 Jul 1;6(3):174-88.
22. Harburger DS, **Stephan SH**, Kaye S. Children's behavioral health system transformation: one state's context and strategies for sustained change. J Behav Health Serv Res. 2013;40:404-15.
23. Becker KD, Brandt NE, **Stephan SH**, Chorpita BF. A review of educational outcomes in the children's mental health treatment literature. Adv Sch Ment Health Promot. 2014;7(1):5-23.
24. Cunningham DL, Connors EH, Lever N, **Stephan SH**. Providers' perspectives: utilizing telepsychiatry in schools. Telemed E Health. 2013;19(10):794-9.
25. **Stephan SH**, Connors EH, Arora P, Brey L. A learning collaborative approach to training school-based health providers in evidence-based mental health treatment. Child Youth Serv Rev. 2013;35(12):1970-8.
26. Chow WY, Mettrick JE, **Stephan SH**, Von Waldner CA. Youth in group home care: youth characteristics and predictors of later functioning. J Behav Health Serv Res. 2014;41:503-19.
27. Schiele BE, Weist MD, Youngstrom EA, **Stephan SH**, Lever NA. Counseling self-efficacy, quality of services, and knowledge of evidence-based practices in school mental health. Prof Couns. 2014;4(5):467-80.
28. Weist MD, Youngstrom EA, **Stephan S**, Lever N, Fowler J, Taylor L, et al. Challenges and ideas from a research program on high-quality, evidence-based practice in school mental health. J Clin Child Adolesc Psychol. 2014;43(2):244-55.
29. Stein KF, Connors EH, Chambers KL, Thomas CL, **Stephan SH**. Youth, caregiver, and staff perspectives on an initiative to promote success of emerging adults with emotional and behavioral disabilities. J Behav Health Serv Res. 2016;43:582-96.
30. Becker KD, Brandt NE, **Stephan SH**, Chorpita BF. A review of educational outcomes in the children's mental health treatment literature. Adv Sch Ment Health Promot. 2014;7(1):5-23.
31. Fazel M, Hoagwood K, **Stephan S**, Ford T. Mental health interventions in schools in high-income countries. Lancet Psychiatry. 2014;1(5):377-87.
32. **Stephan S**, Paternite C, Grimm L, Hurwitz L. School mental health: the impact of state and local capacity-building training. Int J Educ Policy Leadersh. 2014;9(7):n7.

33. Connors EH, Arora P, Curtis L, **Stephan SH**. Evidence-based assessment in school mental health. Cogn Behav Pract. 2015;22(1):60-73.

34. Benningfield MM, Riggs P, **Stephan SH**. The role of schools in substance use prevention and intervention. Child Adolesc Psychiatr Clin N Am. 2015;24(2):291-303.

35. Schiffman J, **Stephan SH**, Hong LE, Reeves G. School-based approaches to reducing the duration of untreated psychosis. Child Adolesc Psychiatr Clin N Am. 2015;24(2):335-51.

36. **Stephan SH**, Sugai G, Lever N, Connors E. Strategies for integrating mental health into schools via a multitiered system of support. Child Adolesc Psychiatr Clin N Am. 2015;24(2):211-31.

37. Weiss CL, Blizzard AM, Vaughan C, Sydnor-Diggs T, Edwards S, **Stephan SH**. Supporting the transition from inpatient hospitalization to school. Child Adolesc Psychiatr Clin N Am. 2015;24(2):371-83.

38. Bohnenkamp JH, **Stephan SH**, Bobo N. Supporting student mental health: the role of the school nurse in coordinated school mental health care. Psychol Sch. 2015;52(7):714-27.

39. Reeves GM, Wehring HJ, Connors KM, Bussell K, Schiffman J, Medoff DR, et al. The family value of information, community support, and experience study: rationale, design, and methods of a "family-centered" research study. J Nerv Ment Dis. 2015;203(12):896-900.

40. Kim RE, Becker KD, **Stephan SH**, Hakimian S, Apocada D, Escudero PV, Chorpita BF. Connecting students to mental health care: pilot findings from an engagement program for school nurses. Adv Sch Ment Health Promot. 2015;8(2):87-103.

41. **Stephan S**, Lever N, Bernstein L, Edwards S, Pruitt D. Telemental health in schools. J Child Adolesc Psychopharmacol. 2016;26(3):266-72.

42. Arora PG, **Stephan SH**, Becker KD, Wissow L. Psychosocial interventions for use in pediatric primary care: An examination of providers' perspectives. *Families, Systems, & Health*. 2016 Dec;34(4):414.

43. Blizzard AM, Glos LJ, **Stephan SH**, Medoff D, Slade EP. Impacts of a Medicaid wraparound model demonstration program on youth specialty mental health services use. J Behav Health Serv Res. 2017;44:373-85.

44. Bode AA, George MW, Weist MD, **Stephan SH**, Lever N, Youngstrom EA. The impact of parent empowerment in children's mental health services on parenting stress. J Child Fam Stud. 2016;25:3044-55.

45. Blizzard AM, Weiss CL, Wideman R, **Stephan SH**. Caregiver perspectives during the post inpatient hospital transition: a mixed methods approach. Child Youth Care Forum. 2016;45:759-80.

46. Connors EH, **Stephan SH**, Lever N, Ereshefsky S, Mosby A, Bohnenkamp J. A national initiative to advance school mental health performance measurement in the US. Adv Sch Ment Health Promot. 2016;9(1):50-69.

47. Kase C, **Hoover S**, Boyd G, West KD, Dubenitz J, Trivedi PA, et al. Educational outcomes associated with school behavioral health interventions: a review of the literature. J Sch Health. 2017;87(7):554-62.

48. Murphy MJ, Abel MR, **Hoover S**, Jellinek M, Fazel M. Scope, scale, and dose of the world's largest school-based mental health programs. Harv Rev Psychiatry. 2017;25(5):1-11.

49. Weist MD, Eber L, Horner R, Splett J, Putnam R, Barrett S, et al. Improving multitiered systems of support for students with "internalizing" emotional/behavioral problems. J Posit Behav Interv. 2018;20(3):172-84.

50. **Hoover SA**, Sapere H, Lang JM, Nadeem E, Dean KL, Vona P. Statewide implementation of an evidence-based trauma intervention in schools. Sch Psychol Q. 2018;33(1):44.

51. Parham BR, Robertson C, Lever N, **Hoover S**, Palmer T, Lee P, et al. Enhancing the relevance and effectiveness of a youth gambling prevention program for urban, minority youth: a pilot study of Maryland Smart Choices. J Gambl Stud. 2018;1-19.

52. **Hoover SA**. When we know better, we don't always do better: facilitating the research to practice and policy gap in school mental health. Sch Ment Health. 2018;1-9.

53. Lawson GM, McKenzie ME, Becker KD, Selby L, **Hoover S**. The core components of evidence-based social emotional learning programs. Prev Sci. 2018;1-11.

54. Bohnenkamp JH, **Hoover SA**, Connors EH, Wissow L, Bobo N, Mazyck D. The Mental Health Training Intervention for School Nurses and Other Health Providers in Schools. J Sch Nurs. 2018;1059840518785437.

55. Connors E, McKenzie M, Robinson P, Tager M, Scardamalia K, Oros M, **Hoover S**. Adaptation of the Drug and Drug Problems Perception Questionnaire to assess healthcare provider attitudes toward adolescent substance use. Prev Med Rep. 2019;14:100852.

56. Connors EH, Schiffman J, Stein K, LeDoux S, Landsverk J, **Hoover S**. Factors associated with community-partnered school behavioral health clinicians' adoption and implementation of evidence-based practices. Adm Policy Ment Health. 2019;46(1):91-104.

57. Weist MD, **Hoover S**, Lever N, Youngstrom EA, George M, McDaniel H, et al. Testing a package of evidence-based practices in school mental health. Sch Ment Health. 2019;1-15.

58. **Hoover SA**. Policy and practice for trauma-informed schools. State Educ Stand. 2019;19(1):25-9.

59. Millman ZB, Wehring HJ, Khan AR, Edwards S, **Hoover SA**, Schiffman J. Effective medications for treating psychosis in school-aged youth. In: School Psychopharmacology. Cham: Springer; 2019. p. 99-118.

60. Robinson-Link N, **Hoover S**, Bernstein L, Lever N, Maton K, Wilcox H. Is gatekeeper training enough for suicide prevention? Sch Ment Health. 2019;1-11.

61. **Hoover SH**. Strengthening transition resilience of newcomer groups (STRONG): pilot findings from a cognitive-behavioral intervention for refugees and immigrants in schools. J Am Acad Child Adolesc Psychiatry. 2019;58(10):S364-5.

62. Mayworm AM, Lever N, Gloff N, Cox J, Willis K, **Hoover SA**. School-based telepsychiatry in an urban setting: efficiency and satisfaction with care. Telemed J E Health. 2020;26(4):446-54.

63. Crooks CV, **Hoover S**, Smith A. Feasibility trial of the school-based STRONG intervention to promote resilience among newcomer youth. Psychol Sch. 2020.

64. Crooks CV, Smith AC, Robinson-Link N, Orenstein S, **Hoover S**. Psychosocial interventions in schools with newcomers: A structured conceptualization of system, design, and individual needs. Child Youth Serv Rev. 2020;112.

65. Connors E, Smith-Millman M, Bohnenkamp J, Carter T, Lever N, **Hoover** S. Can we move the needle on school mental health quality through systematic quality improvement collaboratives? Sch Ment Health. 2020;12:478-92.

66. Smith-Millman M, Bernstein L, Link N, **Hoover S**, Lever N. Effectiveness of an online suicide prevention program for college faculty and students. J Am Coll Health. 2020;66(5):1-8.

67. Connors E, Lawson G, Wheatley-Rowe D, **Hoover S**. Exploration, preparation, and implementation of standardized assessment in a multi-agency school behavioral health network. Adm Policy Ment Health. 2020;1-18.

68. **Hoover S**, Bostic J. Schools as a vital component of the child and adolescent mental health system. Psychiatr Serv. 2021;72(1):37-48.

69. Bohnenkamp J, Schaeffer C, Siegal R, Beason T, Smith-Millman M, **Hoover S**. Impact of a school-based, multi-tiered emotional and behavioral health crisis intervention on school safety and discipline. Prev Sci. 2021;1-12.

70. Fix RL, Schaeffer CM, Bohnenkamp JH, **Hoover S**. Understanding disproportionate suspension practices for Black students in elementary, middle, and high schools. Sch Psychol Rev. 2021;1-13.

71. **Hoover S**, Bostic J. Best practices and considerations for student mental health screening in schools. J Adolesc Health. 2021;28:225-6.

72. Camacho DA, **Hoover SA**, Rosete HS. Burnout in urban teachers: The predictive role of supports and situational responses. Psychol Sch. 2021;58(9):1816-31.

73. Reaves S, Hartley SN, Clarke B, **Hoover S**, Lever N. The need for performance standards in preschools: Stealing shamelessly from comprehensive school mental health literature. Perspect. 2021;6(2).

74. Connors EH, Moffa K, Carter T, Crocker J, Bohnenkamp JH, Lever NA, **Hoover SA**. Advancing mental health screening in schools: Innovative, field-tested practices and observed trends during a 15-month learning collaborative. Psychol Sch. 2022;59(6):1135-57.

75. Reaves S, Bohnenkamp J, Mayworm A, Sullivan M, Connors E, Lever N, Kelly M, Bruns E, **Hoover S**. Associations between school mental health team membership and impact on service provision. Sch Ment Health. 2022;1-13.

76. Bohnenkamp JH, Patel C, Connors E, Orenstein S, Ereshefsky S, Lever N, **Hoover S**. Evaluating strategies to promote effective, multidisciplinary team collaboration in school mental health. J Appl Sch Psychol. 2022;59(2):130-50.

77. Connors EH, Lyon AR, Garcia K, Sichel CE, **Hoover S**, Weist MD, Tebes JK. Implementation strategies to promote measurement-based care in schools: Evidence from mental health experts across the USA. Implement Sci Commun. 2022;3(1):1-17.

78. Bohnenkamp JH, **Hoover SA**, McCullough SN. Impact of an online course to improve school nurses' mental health competencies. J Sch Nurs. 2022;10598405221119518.

79. Bohnenkamp JH, Hartley SN, Splett JW, Halliday C, Collins D, **Hoover S**, Weist MD. Promoting school safety through multi-tiered systems of support for student mental health. Prev Sch Fail. 2022;1-9.

80. Hamoda HM, **Hoover S**, Bostic J, Rahman A, Saeed K. Development of a World Health Organization mental health in schools programme in the Eastern Mediterranean Region. East Mediterr Health J. 2022;28(3):225-32.

81. Semchuk JC, McCullough SL, Lever NA, Gotham HJ, Gonzalez JE, **Hoover SA**. Educator-informed development of a mental health literacy course for school staff: Classroom well-being information and strategies for educators (Classroom WISE). Int J Environ Res Public Health. 2022;20(1):1-15.

82. Prout JT, Moffa K, Bohnenkamp J, Cunningham DL, Robinson PJ, **Hoover SA**. Application of a model of workforce resilience to the education workforce: Expanding opportunities for support. Sch Ment Health. 2022;1-14.

83. Rabayda CC, Hoover S. Youth eating disorders soared during COVID-19: Schools can help.

J Sch Health. 2023;93(1):88-91.

84. Bruns E, Lee K, Davis C, Pullmann M, Ludwig K, Sander M, Holm-Hansen C, **Hoover S**, McCauley E. Effectiveness of a brief engagement, problem-solving, and triage strategy for high school students: Results of a randomized study. Prev Sci. 2023;24(4):701-14.

85. Weist M, **Hoover S**, Daly B, Short K, Bruns E. Propelling the global advancement of school mental health. Clin Child Fam Psychol Rev. 2023;1-14.

86. Bohnenkamp JH, Hartley SN, Splett JW, Halliday C, Collins D, **Hoover S**, Weist MD. Promoting school safety through multi-tiered systems of support for student mental health. Prev Sch Fail. 2023;67(1):9-17.

87. Orenstein S, Yarnell J, Connors E, Bohnenkamp J, **Hoover S**, Lever N. The state school mental health profile: Findings from 25 states. J Sch Health. 2024;94(5):443-52.

88. Beason T, Knox J, Lever N, **Hoover S**, Dubin M, Gorden-Achebe K. Using a culturally responsive, antiracist, and equitable approach to school mental health. Child Adolesc Psychiatr Clin N Am. 2024;33(4):541-56.

89. Gotham HJ, Lever N, Gonzalez J, Macias M, Canelo R, McCullough S, **Hoover S**. Evaluation of an educator mental health literacy online training package. Psychol Sch. 2024.

90. Bohnenkamp J, Robinson P, Connors E, Carter T, Orenstein S, Reaves S, **Hoover S**, Lever S. Improving school mental health via national learning collaboratives with state and local teams: Components, feasibility and initial impacts. Eval Health Prof. 2024;47(2).

91. **Hoover S**. Investing in school mental health: Strategies to wisely spend federal and state funding. Psychiatr Serv. 2024;75(8):801-6.

92. Exner, D., Craig, W., Delaney, A., **Hoover, S.**, Jaffe, P., Schwean, V., Short, K., & Wells, L. (2025). Claire Victoria Signy Crooks (1973–2024). *Canadian Psychology / Psychologie canadienne.* Advance online publication. *(peer-reviewed Memorial)*

93. Exner-Cortens, D., Delaney, A., Jaffe, P., Short, K., **Hoover, S.**, Craig, W., & Wells, L. (2025). Claire Crooks (1973–2024). *American Psychologist.* Advance online publication. *(peer-reviewed Memorial)*

<u>Non-peer-reviewed journal articles</u>

1. Daly, B.P., Xanthopoulos, M., Cooper, C., **Stephan, S.,** & Brown, R.T. (2007). Evidence-based interventions for childhood disorders: Summary report of the APA working group on psychotropic medications for children and adolescents. *Report on Emotional and Behavioral Disorders in Youth, 7,* 31- 32, 48-55.

2. **Stephan, S.,** Wissow, L., & Pichler (2010). Utilizing common factors and practice elements to improve mental health care by school-based primary care providers. *Report on Emotional and Behavioral Disorders in Youth, 10*(4), 81-86.

3. **Stephan, S.** (2012). At the forefront of the global school mental health agenda. *Advances in School Mental Health Promotion, 5*(2), 75-77.

4. Evans, S. W., **Stephan, S. H.,** & Sugai, G. (2014). Advancing research in school mental health: Introduction of a special issue on key issues in research. *School Mental Health*, *6*(2), 63-67.

5. **Stephan, S. H.,** Connors, E., & Blizzard, A. M. (2015). Improving quality in school mental health. *Advances in School Mental Health Promotion*, *8*(3), 121-123.

6. Benningfield, M. M., & **Stephan, S. H.** (2015). Integrating mental health into schools to support student success. *Child and Adolescent Psychiatric Clinics of North America*, *24*(2), xv-xvii.
7. Connors, E. H., & **Stephan, S. H.** (2015). It takes a village: community and school partners working together to advance school mental health. *Advances in School Mental Health Promotion*, *8*(2), 55-56.
8. **Stephan, S. H.,** Blizzard, A., & Connors, E. (2015). Increasing global knowledge exchange in school mental health. *Advances in School Mental Health Promotion*, *8*(1), 1-3.
9. **Stephan, S.H.**, Connors, E.H. & Kozlowski, M. (2016). Advances in school mental health quality and sustainability. *Advances in School Mental Health Promotion, 9*(1), 1-2. doi: 10.1080/1754730X.2016.1134096
10. Connors, E. H., Prout, J. T., Kozlowski, M., & **Stephan, S. H.** (2016). Student-focused supports to promote mental health and well-being. *Advances in School Mental Health Promotion*, *9*(2), 71-72. doi:10.1080/1754730X.2016.1169046
11. **Stephan, S.** (2017). School mental health- a multi-layered and complex field. *Advances in School Mental Health Promotion 10(2), 99-100.*

Books

1. Jaycox, L. H., Langley, A. K., & **Hoover, S. A.** (2018). Cognitive behavioral intervention for trauma in schools (CBITS). RAND Corporation.
2. **Hoover, S.,** Bostic, J., Robinson, N., & Orenstein, S. (2018). Supporting transition resilience of newcomer groups (STRONG). Hoover Behavioral Health.
3. Jaycox, L., Langley, A., & **Hoover, S. A.** (2021). Cognitive behavioral intervention for trauma in schools (CBITS) for American Indian youth. Rand Corporation.

Book Chapters

1. **Hoover Stephan, S.,** Mathur, S., & Owens, C. (2004). School strategies to prevent and address youth gang involvement. In C. Clauss-Ehlers & M. Weist (Eds.) *Community planning to promote resilience in youth.* New York: Kluwer Academic/Plenum Publishing.
2. Lever, N., Anthony, L., **Stephan, S.,** Moore, E., Harrison, B., & Weist, M. (2005). Best practice in expanded school mental health. In C. Franklin, M. B. Harris, & P. Allen-Meares (Eds.). *School Social Work and Mental Health Worker's Training and Resource Manual.*
3. **Stephan, S.,** Davis, E., Callan Burke, P., & Weist, M. (2006). Supervision in school mental health. In T. Neil (Ed.) *Helping others help children: Clinical supervision of child psychotherapy.* Washington D.C.: American Psychological Association.
4. Weist, M.D., **Stephan, S.,** Lever, N., Moore, E., Flaspohler, P., Maras, M., Paternite, C., & Cosgrove, T.J. (2007). Quality and school mental health. In S. Evans, M. Weist, & Z. Serpell (Eds.), *Advances in school-based mental health interventions (pp. 4:1 – 4:14).* New York: Civic Research Institute.
5. Cammack, N., Brandt, N., Slade, E., Lever, N., & **Stephan, S.** (2013). Funding expanded school mental health programs. In M.D. Weist, N. Lever, C. Bradshaw, & J. Owens (Eds.), *Handbook of School Mental Health Second Edition*, Springer Publishers.
6. Gibson, J., **Stephan, S.,** Brandt, N., & Brandt, N. (2013). Supporting Teachers through Consultation and Training in Mental Health. In M.D. Weist, N. Lever, C. Bradshaw, & J. Owens (Eds.), *Handbook of School Mental Health Second Edition*, Springer Publishers.

7.  Fix, R., Mayworm, A., Lawson, G., Lever, N., **Hoover, S.** (2017). Strategies for effective family engagement in elementary and middle schools. In M. Weist, M., S.A. Garbacz, K.L. Lane, & D. Kincaid (Eds.), *Aligning and Integrating Family Engagement in Positive Behavioral Interventions and Supports (PBIS):  Concept and Strategies for Families and Schools in Key Contexts,* Center for Positive Behavioral Interventions and Supports (funded by the Office of Special Education Programs, U.S. Department of Education). Eugene, Oregon: University of Oregon Press.

8.  Weist, M.D., Flaherty, L., Lever, N., **Stephan, S.**, Van Eck, K., & Bode, A. (2017). The History and Future of School Mental Health. In J. Harrison, B. Schultz, & S. Evans (Eds.) *School Mental Health Services for Adolescents.* New York, NY: Oxford University Press.

9.  Bostic, J., & **Hoover, S.** (2017). School consultation. In A. Martin, F. Volkmar, & M. Bloch (Eds.), *Lewis's Child and Adolescent Psychiatry: A Comprehensive Textbook, Fifth Edition*, Philadelphia, PA: Lippincott Williams & Wilkins.

10. **Hoover, S. A.,** & Mayworm, A. M. (2017). The Benefits of School Mental Health. In K. Michael, & J.P. Jameson (Eds.), *Handbook of Rural School Mental Health*. Springer, Cham.

11. Bostic, J., & **Hoover, S.,** & Bagnell, A. (2017). School consultation. In Kaplan, H. & Sadock, N. (Eds.), *Kaplan and Sadock's Comprehensive Textbook of Psychiatry, Fifth Edition*, Philadelphia: Wolters Kluwer.

12. Nadeem, E., **Hoover, S.,** & Wong, M. (2019). Mental Health Services for Youth. In D. Osher, M. Mayer, R. Jagers, K., Kenziora, & L. Wood (Eds.), *Keeping Students Safe and Helping Them Thrive: A Collaborative Handbook on School Safety, Mental Health, and Wellness*, Praeger.

13. Patterson, B., Bohnenkamp, J., **Hoover, S.,** Bostic, J., & Selekman, J. (2019) Students with mental/behavioral concerns and disorders. In J. Selekman, R.A. Shannon, & C.F. Yonkaitis (Eds.), *School nursing: A comprehensive text*. FA Davis.

14. Kelly, M., McBride, A., Uthayakumar, A., Bostic, J, & **Hoover, S.** (2019). An introduction to school violence. In M.B. Kelly & A.B. McBride (Eds.), *Safe Passage: A Guide for Addressing School Violence*. American Psychiatric Pub.

15. Kelly, M., McBride, A., Bostic, J, & **Hoover, S.,** DiRago, A., & Uthayakumar, A. (2019). A recipe for violence: immaturity, impulsivity and aggression. In M.B. Kelly & A.B. McBride (Eds.), *Safe Passage: A Guide for Addressing School Violence*. American Psychiatric Pub.

16. Kelly, M., McBride, A., Uthayakumar, A., Bostic, J, & **Hoover, S.** (2019). Hostile intent: The principles of threat assessment. In M.B. Kelly & A.B. McBride (Eds.), *Safe Passage: A Guide for Addressing School Violence*. American Psychiatric Pub.

17. I Kelly, M., McBride, A., Bostic, J, & **Hoover, S.** (2019). Assessing and addressing school climate. In M.B. Kelly & A.B. McBride (Eds.), *Safe Passage: A Guide for Addressing School Violence*. American Psychiatric Pub.

18. **Hoover, S.** (2019) Beyond the Tipping Point: Addressing Barriers to Comprehensive School Mental Health. In Eber, L., Barrett, S., Perales, K., Jeffrey-Pearsall, J., Pohlman, K., Putnam, R, Splett, J., & Weist, M.D.(Eds). *Advancing Education Effectiveness: Interconnecting School Mental Health and School-Wide PBIS, Volume 2: An Implementation Guide*. Center for Positive Behavior Interventions and Supports (funded by the Office of Special Education Programs, U.S. Department of Education). Eugene, Oregon: University of Oregon Press.

19. **Hoover, S. A.**, Bostic, J. Q., & Nealis, L. K. (2020). What Is the Role of Schools in the Treatment of Children's Mental Illness? In H.H. Goldman, R.G. Frank, & J.P. Morrissey (Eds.) *The Palgrave Handbook of American Mental Health Policy*. Palgrave Macmillan.

20. Syeda, M. M., Robinson-Link, N., Crooks, C. V., & **Hoover, S.** (2022). 10. A Holistic, Strengths-Based Approach to Mental Health Intervention Development and Implementation for Immigrant and Refugee Students. *School-Based Family Counseling with Refugees and Immigrants*. Routledge.

21. Ayer, L., Nickerson, K., Goldstein Grumet, J., & **Hoover, S.** (2022). Effective suicide prevention and intervention in schools. *Youth Suicide Prevention and Intervention: Best Practices and Policy Implications.* Springer.

22. Orenstein, S., Connors, E., Fields, P., Cushing, K., Yarnell, J., Bohnenkamp, J., **Hoover, S.,** & Lever, N. (2023). Advancing school mental health quality through national learning communities. In *Handbook of School Mental Health: Innovations in Science and Practice* (pp. 215-231). Cham: Springer International Publishing.

23. Hatchimonji, D.R., Beason, T., Bohnenkamp, J., & **Hoover, S.** (2024). SEL and Comprehensive School Mental Health: Complementary Approaches to Support Flourishing in School Communities. In Durlak, J. A., Domitrovich, C. E., & Mahoney, J. L. (Eds.). (2024). *Handbook of social and emotional learning*. Guilford Publications.

## Web-based articles

1. Clark, M.G., **Stephan, S.**, Lever, N., & Weist, M. D. (2007). School-based early intervening services: An opportunity to improve the wellbeing of our nation's youth. Baltimore, MD: Center for School Mental Health, Department of Psychiatry, UMSOM. Retrieved from http://csmh.umaryland.edu/Resources/Briefs/SchoolBasedEarlyInterveningServicesBrief.pdf

2. Sebian, J., Mettrick, J., Weiss, C., **Stephan, S.**, Lever, N., & Weist, M. (June, 2007). Education and system-of-care approaches: Solutions for educators and school mental health professionals. Baltimore, MD: Center for School Mental Health, Department of Psychiatry, UMSOM. Retrieved from http://csmh.umaryland.edu/Resources/Briefs/SystemOfCareBrief.pdf

3. Vulin-Reynolds, M., **Stephan, S.**, Lever, N., & Weist, M. (January, 2008). Foster care and school mental health. Baltimore, MD: Center for School Mental Health, Department of Psychiatry, UMSOM. Retrieved from http://csmh.umaryland.edu/Resources/Briefs/FosterCareBrief.pdf

4. Corra, A. J. & **Stephan, S. H.** (June, 2009). Telemental health in schools. Baltimore, MD: Center for School Mental Health, Department of Psychiatry, UMSOM. Retrieved from http://csmh.umaryland.edu/Resources/Briefs/TelepsychIssueBrief.pdf

5. Corra, A. J. & **Stephan, S. H.** (March, 2009). Corporal punishment in schools. Baltimore, MD: Center for School Mental Health, Department of Psychiatry, UMSOM. Retrieved from http://csmh.umaryland.edu/Resources/Briefs/CorporalPunishmentBrief.pdf

6. Evangelista, N., Sander, M., & **Stephan, S.** (July, 2011). School Mental Health Data Matters. Baltimore, MD: Center for School Mental Health, Department of Psychiatry, UMSOM. Retrieved from http://csmh.umaryland.edu/Resources/DataMatters/datamatters/DataMattersVol1Iss1.pdf

7. Evangelista, N., Mills, C., Chambers, K., Putman, A., Weist, M., & **Stephan, S.** (July, 2011). Supporting mental health needs of community college students. Baltimore, MD: Center for School Mental Health, Department of Psychiatry, UMSOM. Retrieved from http://csmh.umaryland.edu/Resources/Briefs/CCIssueBrief.pdf

8. Cammack, N., Brandt, N. E., Lever, N., & **Stephan, S.** (November, 2011). The impact of

school mental health: Educational, emotional and behavioral outcomes. Baltimore, MD: Center for School Mental Health, Department of Psychiatry, UMSOM. Retrieved from http://csmh.umaryland.edu/Resources/OtherResources/CSMHImpactofSMH.pdf

9. Brandt, N. E., Cammack, N., **Stephan, S.**, Lever, N., Kerns, S., & Walker, S. C. (December, 2011). School Mental Health Data Matters. Baltimore, MD: Center for School Mental Health, Department of Psychiatry, UMSOM. Retrieved from http://csmh.umaryland.edu/Resources/DataMatters/datamatters/DataMattersVol1Iss2.pdf

10. Cunningham, D., McCree-Huntley, S., Lever, N., Sidway, E., Curtis, L., Brandt, N. E., & **Stephan, S.** (December, 2011). Homeless Youth and School Mental Health. Baltimore, MD: Center for School Mental Health, Department of Psychiatry, UMSOM. Retrieved from http://csmh.umaryland.edu/Resources/Briefs/HomelessIssueBriefDec11.pdf

11. Cunningham, J., Grimm, L. O., Brandt, N. E., Lever, N., & **Stephan, S.** (January, 2012). Health care reform: What school mental health professionals need to know. Baltimore, MD: Center for School Mental Health, Department of Psychiatry, UMSOM. Retrieved from http://csmh.umaryland.edu/Resources/Briefs/HealthCareReformBrief.pdf

12. Cammack, N., Sidway, E., Brandt, N. E., Lever, N., & **Stephan, S.** (March, 2012). Understanding bullying policies in schools. Baltimore, MD: Center for School Mental Health, Department of Psychiatry, UMSOM. Retrieved from http://csmh.umaryland.edu/Resources/Briefs/CSMHBullyingPolicyBriefMarch2012.pdf

13. Center for School Mental Health (July, 2013). The Impact of School Mental Health: Educational, Social, Emotional, and Behavioral Outcomes (Revised). Baltimore, MD: Center for School Mental Health, Department of Psychiatry, UMSOM. Retrieved from http://csmh.umaryland.edu/media/SOM/Microsites/CSMH/docs/CSMH-SMH-Impact-Summary-July-2013-.pdf

14. Lever, N., Castle, M., Cammack, N., Bohnenkamp, J., **Stephan, S.**, Bernstein, L., Chang, P., Lee, P, & Sharma, R. (2014). *Resource Mapping in Schools and School Districts: A Resource Guide.* Baltimore, Maryland: Center for School Mental Health. Retrieved from: http://csmh.umaryland.edu/media/SOM/Microsites/CSMH/docs/Resources/Briefs/Resource-Mapping-in-Schools-and-School-Districts10.14.14_2.pdf

15. Lever, N., **Stephan, S.**, Castle, M., Bernstein, L., Connors, E, Sharma, R., & Blizzard, A. (2015). *Community-Partnered School Behavioral Health: State of the Field in Maryland* [monograph]. Baltimore, MD: Center for School Mental Health. Retrieved from: http://csmh.umaryland.edu/media/SOM/Microsites/CSMH/docs/Resources/Briefs/FINALCP.SBHReport3.5.15_2.pdf

16. **Hoover, S.,** Bracey, J., Lever, N., Lang, J., Vanderploeg, J. *Healthy Students and Thriving Schools: A Comprehensive Approach for Addressing Students' Trauma and Mental Health Needs.* Farmington, CT: Child Health and Development Institute of Connecticut. 2018. https://www.chdi.org/application/files/5517/3937/2871/SMH_2018_impact_final10_1_18_compressed.pdf

17. **Hoover, S. A.**, Lever, N. A., Sachdev, N., Bravo, N., Schlitt, J. J., Price, O. A., ... & Cashman, J. (2019). *Advancing comprehensive school mental health systems: guidance from the field*. National Center for School Mental Health, UMSOM.

18. **Hoover, S.** Moving Upstream: Opportunities in School Mental Health. Scanlan Center for School Mental Health. Retrieved from: https://scsmh.education.uiowa.edu/wp-content/uploads/2024/04/Moving-Upstream-Opportunities-in-School-Mental-Health-Dr.-Sharon-Hoover-3.pdf

**Major Invited Speeches**

Local

1. **Hoover Stephan, S**., Brey, L., Alexander, T., Goldstein, J., & Weist, M. (2003, October). Evidence-based mental health practice for primary care and mental health providers in schools. Workshop presented to Multnomah County School District health providers, Portland, Oregon.
2. Hurwitz, L., **Stephan, S.**, Brey, L., & Weist, M. (2004, May). Empirically-supported mental health interventions for school-based primary care and mental health providers. Workshop presented at the Illinois Coalition for School Health Center's 2nd Annual Statewide Conference, Bloomington, Illinois.
3. **Stephan, S.** (2005, August). What can school-based primary care providers do about anxiety and depression in youth: Evidence-based cognitive behavioral skills training. Workshop presented at the Fifth Annual School Health Interdisciplinary Conference, Ellicott City, Maryland.
4. Dean, K, & **Stephan, S.** (2005, September). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training presented to school mental health clinicians, Clearwater, FL.
5. **Stephan, S.** (2006, January). Cognitive Behavioral Intervention for Trauma in Schools - adaptation for immigrant refugees. 2-day training presented to the Center for Victims of Torture, Minneapolis, MN.
6. **Stephan, S**. Lever, N. & Tager, S. (2006, August). Attentional and behavioral problems: Effective practice in schools. Intensive Training Session at the School Health Interdisciplinary Program Conference, Ellicott, City, MD.
7. **Stephan, S.** (2006, August). Cognitive Behavioral Intervention for Trauma in Schools - adaptation for immigrant refugees. 2-day training presented to the Center for Victims of Torture, Minneapolis, MN.
8. **Stephan, S.** (2007, January). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training presented to the Harrisburg Public School System, Harrisburg, PA.
9. **Stephan, S.** (2007, January). Cognitive Behavioral Intervention for Trauma in Schools. 1-day training presented to the Prince Georges County Public Schools, Maryland.
10. Lever, N., **Stephan, S.,** Weist, M., & Weiss, C. (2007, March). Advancing quality and evidence-based practice in expanded school mental health. Plenary Presentation at the Baltimore City Expanded School Mental Health Network Training Series, Baltimore, MD.
11. **Stephan, S. H.**, Weist, M.D., Weiss, C., Lever, N., & Forbes, C. (2007, June). School mental health: Effective practice and resources. Workshop Presentation at the 4th Annual Maryland Child and Adolescent Mental Health Conference: Connecting Families and Youth with Evidence Based Practice, Practice-Based Evidence, and Promising Practices, Columbia, MD.
12. **Stephan, S.** (2007, June). School mental health: An overview. Workshop presented at the Western Maryland Intensive Training on Enhancing School Success: Effective Behavioral Health Programs and Strategies, Cumberland, Maryland.
13. Langley, A., Jaycox, L., & **Stephan, S.** (2007, July). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training presented to the Washington, D.C. Department of Mental Health School Mental Health Program, Washington, D.C.

14. **Stephan, S.,** Gustafsen, E., & Greene, S. (2007, September). Motivational interviewing: Motivating youth to change behavior. Workshop presented at the National Assembly on School-Based Health Care National-State Training Partnership Training of Trainers Meeting, Zion, Illinois.

15. **Stephan, S.** & Gustafsen, E. (2007, September). School-based health center primary care mental health integration: Mental health competencies. Workshop presented at the National Assembly on School-Based Health Care National-State Training Partnership Training of Trainers Meeting, Zion, Illinois.

16. **Stephan, S.,** Gustafsen, E., & Greene, S. (2007, September). Cognitive behavioral techniques for mental health and non-mental health providers. Workshop presented at the National Assembly on School-Based Health Care National-State Training Partnership Training of Trainers Meeting, Zion, Illinois.

17. **Stephan, S.** (2007, October). Cognitive Behavioral Intervention for Trauma in Schools. 1-day training presented to the Prince Georges County Public Schools, Maryland.

18. Harburger, D., Mettrick, J., & **Stephan, S.** (2008, October). Maryland's 1915(c) Residential Treatment Center Waiver: What's it all about? Workshop presented at the Maryland Systems of Care Training Institute.

19. **Stephan, S.,** Mohamed, R., & Lilly, J. (2009, June). Overview of Maryland's evidence-based practices. Workshop presented at the Systems of Care Training Institutes, Baltimore, Maryland.

20. **Stephan, S.** (2009, August). Cognitive Behavioral Intervention for Trauma in Schools - adaptation for military youth and families. 2-day training presented to the School Mental Health Program at Tripler Army Medical Center, Honolulu, Hawaii.

21. **Stephan, S.** (2009, August). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training presented to the CrossRoads School Mental Health Program, Mentor, Ohio.

22. **Stephan, S.** & Langley, A. (2009, August). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training presented to the Oakland Unified School District, Oakland, California.

23. **Stephan, S.** & Langley, A. (2009, September). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training presented to the Chicago Public School System, Chicago, Illinois.

24. **Stephan, S.** (2010, January and February). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training presented to the Chicago Public School System, Chicago, Illinois.

25. **Stephan, S.** (2010, March). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training presented to the School of Social Work, Washington University, St. Louis, Missouri.

26. **Stephan, S.** (2010, April). Cognitive Behavioral Intervention for Trauma in Schools. Training presented to the University of Maryland School Mental Health Programs, Baltimore, Maryland.

27. **Stephan, S.,** Weist, M., & Lever, N. (2010, March). Building the school mental health agenda in Maryland. Workshop presented at the 6th Annual Maryland Child & Adolescent Mental Health Conference, Baltimore, MD.

28. Hurwitz, L., **Stephan, S.,** & Weston, K. (2010, May). Statewide school mental health capacity building. Presented at statewide strategic planning event to advance California's school mental health agenda, Sacramento, California.

29. **Stephan, S.** (2010, May). Cognitive Behavioral Intervention for Trauma in Schools. Training presented to the Los Angeles Department of Mental Health, Los Angeles, California.

30. **Stephan, S.** (2010, May). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training presented to the University of Kansas School Mental Health Program, Kansas City, Missouri.

31. **Stephan, S.** (2010, July). School mental health quality, family engagement and common elements. 2-day workshop presented to the Horry County School Mental Health Program, Myrtle Beach, SC.

32. **Stephan, S.** (2010, August). Motivational interviewing. Workshop presented at the 10th Annual School Health Interdisciplinary Conference, Towson, Maryland.

33. Lee, B., & **Stephan, S.** (2010, September). Common Elements: How to capture the evidence-based and deliver quality treatment without losing sleep. Workshop presented at the 2nd Annual Systems of Care Training Institutes, Baltimore, MD.

34. **Stephan, S.,** & Paternite, C. (2011, March). Building a community of practice on school behavioral health. Keynote presentation at 2-day statewide strategic planning event to advance Utah's school behavioral health agenda, Salt Lake City, Utah.

35. **Stephan, S.** (2011, April). Cognitive Behavioral Intervention for Trauma in Schools. 1-day training presented to the School of Social Work, Washington University, St. Louis, Missouri.

36. **Stephan, S.,** & Evangelista, N. (2011, June). The common elements of evidence based mental health treatment in schools. Invited presentation for the Eastern Shore Mental Health Coalition Conference on Linking Mental Health to Academic Success, Wye Mill, MD.

37. **Stephan, S**. & Lever, N. (2011, July). Safe and Supportive Schools (S3) Program and School Mental Health. Intensive Workshop. Maryland Safe and Supportive Schools Project, Towson, Maryland.

38. **Stephan, S.,** & Schiffman, J. (2011, October). Common Elements Training. *S*ervice training for the School Mental Health Program, Baltimore, MD.

39. **Stephan, S.** (2011, October). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for an Institute for Education Sciences randomized controlled trial, San Francisco, CA.

40. **Stephan, S.** (2011, November). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for the School Mental Health Program, KS.

41. **Stephan, S.** (2011, November). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for the School Mental Health Program, New Orleans, LA

42. **Stephan, S.** (2011, November). Trauma-informed care in schools. Invited presentation for School of Social Work Students, Baltimore, MD.

43. **Stephan, S.** (2011, December). Cognitive Behavioral Intervention for Trauma in Schools. 1-day training for the School Mental Health Program, Washington, D.C.

44. **Stephan, S.** (2011, February). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for the Maryland Safe and Supportive Schools Grant, Wye Mills, MD.

45. **Stephan, S.** & Lever, N. (2012, March). School Mental Health: Partnering with schools to provide high quality, cost-effective mental health care. 6th Annual Child and Adolescent Mental Health Conference, Baltimore, MD.

46. **Stephan, S**., Chambers, K., & Connors, E. (2012, April).  Quarterly Data Meeting: Healthy Transitions Initiative.  Presented at Mental Hygiene Administration, Baltimore, MD.

47. **Stephan, S.** (2012, May). Trauma-informed care in schools. Invited presentation for School of Social Work Students, Baltimore, MD.

48. Lever, N. & **Stephan, S**. (2012, June). Resource mapping: Implication for schools and communities. Workshop at the Maryland Safe and Supportive Schools Grant Presentation, Elliott City, MD.

49. Lever, N. & **Stephan, S**. (2012, June). Resource mapping: Implication for school districts. Workshop at the Maryland Safe and Supportive Schools Grant Presentation, Ellicott City, MD.

50. **Stephan, S**., & Lever, N. (2012, June). Center for School Mental Health: Relevant projects and resources. Webinar presented to the Montana Community of Practice.

51. **Stephan, S**. (2012, November). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for the Maryland Safe and Supportive Schools Grant, Annapolis, MD.

52. **Stephan, S**. (2012, November). *Cognitive* Behavioral Intervention for Trauma in Schools. 1-day training for the University of Maryland School Mental Health Program. Baltimore, MD.

53. **Stephan, S**. (2012, December). *Cognitive* Behavioral Intervention for Trauma in Schools. 1-day booster training for the District of Columbia Public Schools School Social Workers, Washington, DC.

54. **Stephan, S**. (2013, February). The role of mental health in promoting safe and supportive schools. Keynote at the Maryland Regional Council of Child and Adolescent Psychiatry.

55. **Stephan, S**. (2013, April). School mental health in Maryland. Presented to the Howard County Public Schools Mental Health Task Force, Columbia, MD.

56. **Stephan, S**. (2013, April). Research and evaluation partnerships between the University of Maryland Division of Child and Adolescent Psychiatry and the Maryland Mental Hygiene Administration. Presented at the Behavioral Health Research Conference, Catonsville, MD.

57. **Stephan, S**. (2013, May). Hate Bias: The link to young adult mental health and suicide. Baltimore County Public Schools Hate Bias Summit, Towson, MD.

58. **Stephan, S**. (2013, May). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for the Maryland Safe and Supportive Schools Initiative, Towson, MD.

59. **Stephan, S**. (2013, May). Mental health training for school health providers. Workshop conducted at the Maryland Assembly on School-based Health Care, Towson, MD.

60. **Stephan, S**. (2013, May). Comprehensive school mental health. Presentation at the Cecil County On Our Own Mental Health Awareness Conference, Rising Star, MD.

61. **Stephan, S**. (2013, September). Comprehensive school mental health: A component of promoting safe and supportive schools. Presentation to the Washington Metropolitan Council of Governments Health Officials Meeting, Washington, D.C.

62. **Stephan, S**. (2013, October). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for an Institute for Education Sciences randomized controlled trial, San Francisco, CA.

63. **Stephan, S**. (2014, January). Trauma-informed schools. Presentation for Prince Georges County Public Schools Student Support Services, Prince Georges County, MD.

64. **Stephan, S., Lever, N.** (2014, January). School Behavioral Health. Planning Summit facilitated for the Duval County Public Schools, Jacksonville, FL.

65. **Stephan, S**. (2014, February). Comprehensive School Mental Health. Testimony to the Maryland Senate, Annapolis, MD.

66. **Stephan, S**. (2014, February). Mental Health Training for Health Providers in Schools (MH-TIPS). 2-day video-taped training for www.mdbehavioralhealth.com, Baltimore, MD.

67. **Stephan, S.** (2014, March). Cognitive Behavioral Intervention for Trauma in Schools. ½ - day booster session for student support staff in the Washington DC Public Schools, Washington, DC.

68. **Stephan, S.** (2014, March). Cognitive Behavioral Intervention for Trauma in Schools. 2-day workshop presented to school mental health clinicians, Indianapolis, IN.

69. **Stephan, S.** (2014, March). Common Elements of School Mental Health Practice. Webinar presented to the New Mexico School-based Health Centers. Virtual Training, Albuquerque, NM.

70. Eber, L., **Stephan, S.** (2014, April). Interconnected Systems Framework – Positive Behavior Interventions and Supports and School Mental Health. Webinar presented to Wisconsin State Department of Education, Madison, WI.

71. **Stephan, S.** (2014, April). Mental Health Training for Health Providers in Schools (MH-TIPS). 2-day workshop for school health providers, Baltimore, MD.

72. **Stephan, S.** (2014, May). Mental Health Training for Health Providers in Schools (MH-TIPS). 2-day workshop for school health providers, Sacramento, CA.

73. **Stephan, S.,** & Lever, N. (2014, May). School Mental Health. ½ day workshop for school health providers, Nashville, TN.

74. **Stephan, S.** (2014, May). Cognitive Behavioral Intervention for Trauma in Schools. 2-day workshop presented to school mental health clinicians, Indianapolis, IN.

75. **Stephan, S.** (2014, July). Safe Schools Healthy Students. Presented to SS/HS State Grantees, Hartford, CT.

76. **Stephan, S.** (2014, October). Mental health training for educators. Presented at the annual Child and Adolescent Mental Health Conference of the Maryland Department of Health and Mental Hygiene, Baltimore, MD.

77. **Stephan, S.** (2014, October). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for an Institute for Education Sciences randomized controlled trial, San Francisco, CA.

78. **Stephan, S.** (2014, December). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for school mental health clinicians, Elyria, OH.

79. **Stephan, S.** (2014, May). Mental Health Training for Health Providers in Schools (MH-TIPS). ½ -day workshop for school health providers, St. Mary's, MD.

80. **Stephan, S.** (2015, January). Cognitive Behavioral Intervention for Trauma in Schools. ½ - day training for school mental health clinicians, Pittsburgh, PA.

81. **Stephan, S.** (2015, January). Support for Students Exposed to Trauma, 1-day training for after-school supervisors and educators, Pittsburgh, PA.

82. **Stephan, S.** (2015, February). The role of schools in addressing student trauma. Presentation to the Maryland Veterans Administration-University of Maryland Psychology Internship Consortium, Baltimore, MD.

83. **Stephan, S.** (2015, June). School mental health – Nuts and Bolts. Keynote presented to Behavioral Health Education Center of Nebraska Conference, Omaha, NE.

84. Lever, N., Bernstein, L. & **Stephen, S.** (2015, October). New, free Maryland on-line training for providers working with youth with co-occurring substance use and mental health

disorders. Presented at Maryland Child & Adolescent Behavioral Health Conference, Baltimore, MD.

85. Lever, N., Castle, M., Bernstein, L., & **Stephen, S.** (2015, October). School behavioral health in Maryland: Findings and recommendations from a statewide survey. Presented at Maryland Child and Adolescent Behavioral Health Conference, Baltimore MD.

86. Ereshefsky, S., Mosby, A., Stevenson, J., Becker, K., Schiffman, J. & **Stephan, S.** (2015, May). Individualized evidence-based youth mental health practices: A statewide workforce development study. Presented at The Department of Psychiatry Research Day, Baltimore, MD.

87. Parham, B., Lever, N., **Stephan, S. H.,** Palmer, T. (2015, May). Challenges and changes with a gambling prevention program for urban schools. Presented at The Department of Psychiatry Research Day, Baltimore, MD.

88. **Stephan, S.H.** (2015, July). Role of schools in addressing trauma. Presented at UMB VA Consortium, Baltimore, MD.

89. **Stephan, S.** (2015, September). School mental health National Quality Improvement and the School Health Assessment and Performance Evaluation (SHAPE) system. Presented to the Maryland Community of Practice on School Behavioral Health, Baltimore, MD.

90. **Stephan, S.** (2015, October). Enhancing school mental health to promote student success. Keynote presented to the Nebraska School Psychologists Association, Omaha, Nebraska.

91. **Stephan, S.** (2015, November). Best practices for selecting mental health interventions in a multi-tiered system of support. Workshop presented to Methuen School District, Methuen, MA.

92. **Stephan, S.** (2015, November). Integrating mental health into multi-tiered systems of support to promote student success. Keynote presented to Methuen School District, Methuen, MA.

93. **Stephan, S.** (2015, December). Partnering with schools to support student mental health. Grand Rounds presented to the Medstar Georgetown University Hospital, Department of Psychiatry Grand Rounds, Washington, DC.

94. **Stephan, S.,** (2016, June). The School Health Assessment and Performance Evaluation (SHAPE) System. Presentation to the Maryland Project AWARE grantees, Chestertown, MD.

95. **Stephan, S.** (2016, July). Cognitive Behavioral Intervention for Trauma in Schools. 3-day Training of Trainers, Bristol, CT.

96. **Stephan, S.** (2016, August). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for school mental health clinicians, Columbus, OH.

97. **Stephan, S.** (2016, August). Collaboration in schools to support student mental health. Keynote presented to the Virginia State Department of Education Student Support Services Conference, Charleston, VA.

98. Bostic, J. & **Stephan, S.** (2016, August). Best Practices for Supporting Students with Anxiety and Depression. Workshop presented to the Virginia State Department of Education Student Support Services Conference, Charleston, VA.

99. **Stephan, S.,** & Lever, N. (2016, September). School mental health National Quality Improvement and the School Health Assessment and Performance Evaluation (SHAPE)

system. Presented to the Maryland State Department of Education Multi-Tiered System of Support Committee, Baltimore, MD.

100. **Stephan, S.** (2016, October). School mental health National Quality Improvement and the School Health Assessment and Performance Evaluation (SHAPE) system. Presented to the Baltimore County Public Schools Student Support District Team, Towson, MD.

101. **Stephan, S.** (2016, October). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for school mental health clinicians, Bristol, CT.

102. **Stephan, S.** (2016, October). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for school mental health clinicians, Newark, DE.

103. Lever, N., & **Hoover, S.** (2016, November). Best practices in school mental health: Advancing multi-tiered systems of mental health supports. Workshop presented to the Maryland State Department of Education Leadership Institute, Timonium, MD.

104. **Hoover, S.** (2016, December). Comprehensive school mental health and teacher wellness. Presented at the Baltimore City School Climate Collaborative Mental Health Workgroup. Baltimore, MD.

105. **Hoover, S.** (2016, December). Cognitive Behavioral Intervention for Trauma in Schools. 1-day learning collaborative session for school mental health clinicians, Oakland, CA.

106. **Hoover, S.** (2017, January). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for school mental health clinicians, Providence, RI.

107. **Hoover, S.** (2017, January). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for school mental health clinicians, Wallingford, CT.

108. **Hoover, S.** (2017, January). Support for Students Exposed to Trauma. 2-day training for teachers, St. Louis, MO.

109. **Hoover, S.** (2017, January). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for school mental health clinicians, St. Louis, MO.

110. **Hoover, S.**, & Langley, A. (2017, February). Cognitive Behavioral Intervention for Trauma in Schools and Bounce Back. 3-day training for school mental health clinicians, Antelope Valley, CA.

111. **Hoover, S.** (2017, February). Motivational interviewing in schools. Presented to the Prince Georges County School Mental Health Initiative. Laurel, MD.

112. **Hoover, S.** (2017, March). Cognitive Behavioral Intervention for Trauma in Schools. 1-day learning collaborative session for school mental health clinicians, Oakland, CA.

113. **Hoover, S.** (2017, January). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for school mental health clinicians, Boston, MA.

114. **Hoover, S.**, & Lever, N. (2017, March). Advancing quality and sustainability in school mental health. Presented at the 13th Maryland Annual Child and Adolescent Behavioral Health Conference, Baltimore, MD.

115. **Hoover, S.** (2017, April). You can't just hang a shingle in a school and call it school mental health: Best practices for integrating mental health into education. Colloquium presented to the Miami University Department of Psychology, Oxford, OH.

116. **Hoover, S.** (2017, April). Group therapy behavior management in schools. Presentation to Connecticut Department of Children and Families Trauma Learning Collaborative, Hamden, CT.

117.    **Hoover, S.** (2017, May). Creating safe, supportive, and trauma-responsive schools. Webinar sponsored by the Mental Health Association of Maryland for Children's Mental Health Awareness Week, Baltimore, MD.

118.    **Hoover, S.** (2017, May). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training of trainers, Bristol, CT.

119.    **Hoover, S.** (2017, May). Bounce Back. 1-day training-of-trainers, Bristol, CT.

120.    **Hoover, S.** (2017, June). Disseminating and sustaining best practices in school mental health. Keynote presented at the Behavioral Health Education Center of Nebraska School Mental Health Summit, Omaha, NE.

121.    **Hoover, S.** (2017, June). Promoting school mental health quality and sustainability in your state. Webinar presented to state behavioral health and education leadership in North Carolina, Chapel Hill, NC.

122.    Reeves, G., & **Hoover, S.** (2017, June). Child mental health. Workshop presented at the University of Maryland Medical System Community Conference, Baltimore, MD

123.    **Hoover, S.** (2017, August). Bounce Back. 2-day training of school mental health clinicians, Boston, MA.

124.    **Hoover, S.** (2017, August). Bounce Back. 1-day training of school mental health clinicians, Pasadena, TX.

125.    **Hoover, S.** (2017, August). Bounce Back. 1-day training of school mental health clinicians, Pasadena, TX.

126.    **Hoover, S.** (2017, August). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training of school mental health clinicians, Jackson, MI.

127.    **Hoover, S.** (2017, August). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training of school mental health clinicians, Oakland, CA.

128.    **Hoover, S.** (2017, September). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training of trainers, Boston, MA.

129.    **Hoover, S.** (2017, September). Bounce Back. 1-day training of school mental health clinicians, Boston, MA.

130.    **Hoover, S.** (2017, September). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training of trainers, Detroit, MI.

131.    **Hoover, S.** (2017, September). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training of trainers, Staten Island, NY.

132.    **Hoover, S.** (2017, September). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training of trainers, San Francisco, CA.

133.    **Hoover, S.** (2017, November). Bounce Back. 1-day training session for school mental health clinicians, Bristol, CT.

134.    **Hoover, S.** (2017, December). Cognitive Behavioral Intervention for Trauma in Schools. 1-day learning collaborative session for school mental health clinicians, Oakland, CA.

135.    Lever, N., **Hoover, S.,** Rider, F. (2017, December). Optimizing support for school mental health services in Duval County Public Schools. 1-day workshop for Duval County School Mental Health Task Force, Jacksonville, FL.

136.    **Hoover, S.** (2018, January). Self-Care for Secondary Traumatic Stress, Traumatic Grief, and Refugee Trauma. 1-day learning collaborative session for school mental health clinicians, Oakland, CA.

137.    **Hoover, S.** (2018, January). Maryland school mental health learning forum. Webinar presented to state behavioral health providers, Maryland.

138.    **Hoover, S.**, (2018, January). Creating Safe, Supportive, and Trauma-responsive Schools. Workshop presented to School Psychology Graduate Course, University of Florida, Gainesville, Florida.

139.    **Hoover, S.** (2018, March). A Multi-tiered approach to safe, supportive, and trauma-responsive schools. Presentation at the Maryland Child and Adolescent Mental Health Conference, Baltimore, MD.

140.    **Hoover, S.** (2018, June). Addressing Grief and bereavement in school-based trauma interventions. Workshop presented at the 10th Annual Healing Connecticut's Children: The Trauma Focused Evidence-Based Practice Conference, Hartford, CT.

141.    **Hoover, S.** (2018, June). Supporting newcomer and refugee youth in school-based trauma interventions. Workshop presented at the 10th Annual Healing Connecticut's Children: The Trauma Focused Evidence-Based Practice Conference, Hartford, CT.

142.    **Hoover, S.** (2018, June). Taking care of yourself when taking care of others. Workshop presented at the 10th Annual Healing Connecticut's Children: The Trauma Focused Evidence-Based Practice Conference, Hartford, CT.

143.    **Hoover, S.** (2018, June). Advancing school mental health in Nebraska. Keynote presented at the Nebraska School Mental Health Summit, Omaha, NE.

144.    **Hoover, S.** (2018, June). Bounce Back. 1-day training of school mental health clinicians, Gaithersburg, MD.

145.    **Hoover, S.** (2018, July). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for school mental health clinicians, Columbus, OH.

146.    **Hoover, S.A.** (2018, October). Bounce Back: An Elementary School Intervention for Childhood Trauma. 2-day training to school mental health clinicians. Leonardtown, MD.

147.    **Hoover, S.**A. (2018, December). Promoting Safe and Successful Students: Making the case for school-based health. Keynote presented to the 9th Annual Nebraska Child Health and Education Summit, Omaha, Nebraska.

148.    **Hoover, S.**A. (2019, January). Safe, engaged and successful students: The value of school mental health in Texas. Presentation to the Texas Association of School Administrators Roundtable. Austin, Texas.

149.    **Hoover, S.**A. (2019, January). Resources to support school mental health in Maryland. Presentation for the Maryland Center for School Safety Mental Health Conference, Columbia, Maryland.

150.    **Hoover, S.**A. (2019, March). Treating trauma in schools: A review of evidence-based approaches. Presentation to the Maryland Child, Adolescent and Young Adult Services Conference, Baltimore, Maryland.

151.    **Hoover, S.**A. (2019, April). School behavioral health in Maryland. Presentation to the Maryland Safe to Learn Governor's Advisory Committee, Annapolis, Maryland.

152.    **Hoover, S.**A. (2019, April). Safe and successful students: The value of school mental health. Presentation to the Evidence and Education: Linking Research, Policy, and Practice to Enhance K-12 Education Conference, Bozeman, Montana.

153.    **Hoover, S.**A. (2019, May). Treating those affected by trauma in educational settings. Presentation to the Maryland Adult Behavioral Health Conference, Baltimore, Maryland.

154.    **Hoover, S.**A. (2019, May). Creating safe, supportive and trauma-informed K-12 schools. Presentation to the Lourie Center Conference: Trauma Goes to School: Policy, Prevalence, and Promising Practices, Rockville, Maryland.

155.    **Hoover, S.**A. (2019, June). Assess and improve your comprehensive school mental health system using national performance standards. Workshop presented to the Houston Center for School Behavioral Health Conference, Houston, Texas.

156.    **Hoover, S.**A. (2019, June). Creating safe, supportive and trauma-responsive schools. Presentation to the Nebraska Supporting Positive Behavior Conference, Lincoln, Nebraska.

157.    **Hoover, S.**A. (2019, June). Assess and improve your comprehensive school mental health system using national performance standards. Presentation to the Nebraska Supporting Positive Behavior Conference, Lincoln, Nebraska.

158.    **Hoover, S.**A. (2019, June). The Trauma-Responsive Schools Implementation Assessment: Assess and improve your school's trauma responsiveness. Workshop presented to the Kentucky Education Behavior Institute Conference, Louisville, Kentucky.

159.    **Hoover, S.**A. (2019, June). How does mental health fit into school safety? Presentation to the Kentucky Education Behavior Institute Conference, Louisville, Kentucky.

160.    **Hoover, S.**A. (2019, June). Building a comprehensive multi-tiered school mental health system using national performance standards. Workshop presented to the Kentucky Education Behavior Institute Conference, Louisville, Kentucky.

161.    **Hoover, S.**A. (2019, July). The role of schools in supporting trauma-exposed students. Grand Rounds presented to Sheppard Pratt Hospital System, Towson, Maryland.

162.    **Hoover, S,A.** (2019, August). National School Mental Health Curriculum. Presentation to the SAMHSA Center for Mental Health Services, National Advisory Council, Rockville, MD.

163.    **Hoover, S.A.** & Lever, N. (2019, August). Understanding the extent and nature of mental health needs of K-12 students. National webinar presented for American Institutes of Research State Peer to Peer School Mental Health Exchange Series.

164.    **Hoover, S.A.,** Nadeem, E., & Zarzour, H. (2019, September). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, New York, NY.

165.    **Hoover, S.A.** & Lever, N. (2019, September). Building collaborative partnerships as an essential component of school mental health programs. National webinar presented for American Institutes of Research State Peer to Peer School Mental Health Exchange Series.

166.    **Hoover, S.A.,** (2019, October). Supporting Transition Resilience of Newcomer Groups (STRONG): A school-based intervention to promote resilience and reduce psychological distress of immigrants and refugees. Grand Rounds presented to Medstar Georgetown University Hospital Child Psychiatry, Washington, D.C.

167.    **Hoover, S.A.,** Cicchetti, C., Santiago, C. (2019, October). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Chicago, IL.

168.    **Hoover, S.A.** (2019, November). Promoting Resilience in Safe and Supportive Schools. Keynote presented at Building Resilience in Teens: Prioritizing Adolescent Mental Health in Collin County, Plano, TX.

169.    **Hoover, S.A.** (2019, November). Promoting Resilience and Mental Health In Safe, Supportive Schools. Grand Rounds presented at University of Texas Southwestern, Dallas, TX.

170.    **Hoover, S.A.** (2019, November). 2-day training on Cognitive Behavioral Intervention for Trauma in Schools, Berlin, CT.

171.    **Hoover, S.A.** (2019, November). 1-day training of trainer on Bounce Back, Berlin, CT.

172.    **Hoover, S.A.** (2019, December). 3-day training for Northwest MHTTC on Support for Students Exposed to Trauma (SSET) and Bounce Back, Boise, Idaho.

173.    **Hoover, S.A.** (2019, December). Collaborative Improvement and Innovation Network (CoIIN) on School Health Services. 1-day training session for Arizona State, Phoenix, AZ.

174.    **Hoover, S.** (2020, January). 2-day training on Supporting Transition Resilience of Newcomer Groups (STRONG), Boston, MA.

175.    **Hoover, S.** (2020, February). Strategies and resources to build a multi-tiered approach to trauma-informed schools. Webinar presented for the Maryland Assembly on School-Based Health Care.

176.    **Hoover, S.**, & Lever, N. (2020, February). National School Mental Health Curriculum. 1-day school mental health summit for statewide school district leaders, Camden, New Jersey.

177.    **Hoover, S.**, Reaves, S., & Morgan, O. School mental health: Tools and technical assistance. Presentation at the Annual Maryland Child and Adolescent Behavioral Health Conference, Baltimore, MD.

178.    **Hoover, S.** (2020, June). Supporting yourself while supporting youth and families: Self-care in the context of stress, burnout and trauma. Presentation to the Connecticut Virtual Trauma EBP Conference.

179.    Cunningham, D., Patterson, B., & **Hoover, S.** (2020, June). Coping with racism and racial trauma. 2-part webinar series as part of the UMMS Community Conversations COVID-19 Series.

180.    **Hoover, S.** (2020, August). Assessing and improving school mental health quality using the School Health Assessment and Performance Evaluation (SHAPE) system. Presentation to the Patient-Centered Outcomes Research Institute, Partnering for Student Wellness Study Team, Greenville, SC.

181.    **Hoover, S.** (2020, August). Assessing and improving school mental health quality using the School Health Assessment and Performance Evaluation (SHAPE) system. Presentation to the Patient-Centered Outcomes Research Institute, Partnering for Student Wellness Study Team, Baltimore, MD.

182.    **Hoover, S.,** & Lever, N. (2020, August). School mental health during COVID-19. Presentation to the Behavioral Health in Pediatric Primary Care (BHIPP) Resilience Breaks webinar series, Maryland.

183.    **Hoover, S.** (2020, October). Creating Safe, Supportive and Trauma-Informed Schools, Presentation to Miami University Psychology Graduate Training Program, Oxford, OH.

184.    **Hoover, S.** (2021, April). School Mental Health During COVID-19. Presentation to the Mental Health America of Augusta Annual Conference, Virtual.

185.    **Hoover, S.** (2021, May). National Center for Safe Supportive Schools. Presentation to the Maryland State Community of Practice on School Behavioral Health. Virtual.

186.    **Hoover, S.** (2021, May). Care in the COVID-19 Context: Implications for Provider Well-Being and the Future of Behavioral Health Care. CHDI of Connecticut, Trauma-Focused, Evidence-Based Practice Conference. Virtual.

187.    Bohnenkamp, J., & **Hoover, S.** (2021, June). Building Comprehensive School Mental Health Systems-Screening and Action Planning. Presentation for the Florida Department of Health and six local school districts. Virtual.

188.    **Hoover, S.,** & Cooney, B. (2021, June). Cognitive Behavioral Intervention for Trauma in Schools and Bounce Back. 3-day training for school mental health clinicians, Florida, Virtual.

189.    **Hoover, S.** (2021, June). National Best Practices to Promote Social Emotional Learning and Well-Being in Schools. Presentation to the National Governors Association: Arkansas Forum on Advancing Wellness and Resiliency in Education (AWARE), Hot Springs, AR.

190.    **Hoover, S.,** & Cooney, B. (2021, July). Cognitive Behavioral Intervention for Trauma in Schools and Bounce Back. 3-day training for school mental health clinicians, Florida, Virtual.

191.    **Hoover, S.** (2021, August). Mental Health During COVID. Presentation to the University of Maryland Mini Med School for elementary students in Baltimore City. Baltimore, MD.

192.    **Hoover, S.** (2021, August). Supporting Students, Families and Schools as Schools Restart. Presentation to the Behavioral Health in Pediatric Primary Care (BHIPP) Program. Maryland. Virtual.

193.    **Hoover, S.** (2021, September). Funding opportunities for mental health in schools. Presentation for the Colorado Child and Adolescent Psychiatry and Academy of Pediatrics Chapters, Colorado, Virtual.

194.    **Hoover, S.,** & Cooney, B. (2021, September). Cognitive Behavioral Intervention for Trauma in Schools and Bounce Back. 3-day training for school mental health clinicians, Florida, Virtual.

195.    **Hoover, S.** (2021, October). School mental health research, practice, and policy. Invited lecturer for the Mental Health Policy and Services Research Course at Duke/UNC Chapel Hill, Raleigh, North Carolina, Virtual.

196.    **Hoover, S.,** & Cooney, B. (2021, October). Bounce Back. 1.5-day training for school mental health clinicians, Florida, Virtual.

197.    **Hoover, S.** (2021, October). The nuts and bolts of the School Health Assessment and Performance Evaluation (SHAPE) system. Presentation to Maryland Project AWARE grantees, Maryland, Virtual.

198.    **Hoover, S.** (2021, November). Supporting student and staff well-being: It's a team effort. Keynote presentation for Dublin City Public Schools, Columbus, Ohio, Virtual.

199.    **Hoover, S.** (2021, November). The impact of COVID on school mental health practice and policy. Presentation to the O'Neill Institute for National and Global Health Law Colloquium, Georgetown University, Washington DC.

200.    **Hoover, S.** (2022, January). Cognitive Behavioral Intervention for Trauma in Schools 2-day training for school mental health clinicians, Maryland, Virtual.

201.    **Hoover, S.** (2022, February). Cognitive Behavioral Intervention for Trauma in Schools 2-day training for school mental health clinicians, Milwaukee, Wisconsin, Virtual.

202.    **Hoover, S.** (2022, March). Bounce Back: An Elementary School Intervention for Childhood Trauma. 1.5-day training to school mental health clinicians, Maryland, Virtual.

203.    **Hoover, S.** (2022, March). Bounce Back: An Elementary School Intervention for Childhood Trauma. 1.5-day training to school mental health clinicians, New York, New York, Virtual.

204.    **Hoover, S.** (2022, March). Cognitive Behavioral Intervention for Trauma in Schools 2-day training for school mental health clinicians, Maryland, Virtual.

205.    **Hoover, S.** (2022, May). Care in the COVID-19 Context: Implications for Provider Well-Being and the Future of Behavioral Health Care. Presentation to the CHDI Trauma-Focused, Evidence-Based Practice Conference, Connecticut, Virtual.

206.    **Hoover, S.** (2022, May). Comprehensive School Mental Health in the Wake of COVID-19. Presentation to the Maryland Assembly on School-Based Health Care Annual Conference, Maryland, Virtual.

207.    Croft, B., & **Hoover, S.** (2022, June). School behavioral health strengths and gaps analysis. Presentation to the Walla Walla School Board, Walla Walla, Washington, Virtual.

208.    **Hoover, S.** (2022, June). Get your School Mental Health Systems into SHAPE! Presentation to the Virginia Safe Supportive Schools Conference, Virginia, Virtual.

209.    **Hoover, S.** (2022, June). ClassroomWISE: A Mental Health Literacy Training Package for Educators and School Personnel. Presentation to the Virginia Safe Supportive Schools Conference, Virginia, Virtual.

210.    Kaufman, J., McKinily, S., Gaither, M., Fox, N., **Hoover, S.,** Thompson, E., Dixon, D., Waheed, F., Haller, M., Cohen, Z. (2022, June). Trauma's impact on learning and the child's brain, Panelist for the Baltimore Trauma Summit: Building healthier brains for a healthier Baltimore, Baltimore, Maryland.

211.    **Hoover, S.** (2022, August). Bounce Back. 1.5-day training for school mental health clinicians, Kentucky, Virtual.

212.    **Hoover, S**. (2022, September). Cognitive Behavioral Intervention for Trauma in Schools and Bounce Back. 2-day training for school mental health clinicians, Maryland, Virtual.

213.    **Hoover, S.** (2002, September). Comprehensive School Mental Health: National Best Practices. Presentation to Maryland Coordinated Community Support Partnerships Consortium, Baltimore, Maryland.

214.    **Hoover, S.A.** (2022, October). Bounce Back: An Elementary School Intervention for Childhood Trauma. 1.5-day training to school mental health clinicians, Maryland, Virtual.

215.    **Hoover, S.** (2022, November). National Best Practices to Promote Mental Health and Well-Being in Schools. Presentation to the Consortium on Maryland Coordinated Community Support Partnerships, Best Practices Subcommittee, Virtual.

216. **Hoover, S.A.** (2022, December). Pediatric Mental Health Care Access: The Role of Schools. Presentation to the New Jersey Pediatric Psychiatry Collaborative (NJPPC) Leadership Academy, Neptune, New Jersey.

217. **Hoover, S.**A. (2023, June). Provider and Educator Well-Being. Workshop for School Mental Health Clinicians, Connecticut, Virtual.

218. **Hoover, S.** (2023, June). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Connecticut, Virtual.

219. **Hoover, S.** (2023, June). Classroom Well-Being: A Discussion on Student and Educator Mental Health. Presentation to New York Governor's Youth Mental Health Summit, New York, New York.

220. **Hoover, S.** (2023, October). National Perspective on Best Practices and Research on School Mental Health, Presentation to the Georgia Behavioral Health Reform and Innovation Commission, Hospital and Short-Term, Care Subcommittee, Atlanta, Georgia, Virtual.

221. **Hoover, S** (2024, January). Cognitive Behavioral Intervention for Trauma in Schools and Bounce Back. 2-day training for school mental health clinicians, Altoona, Pennsylvania.

222. **Hoover, S.**, Bohnenkamp, J., & Muempher, M. (2024, March). School Staff Well-Being. Workshop for school health supervisors hosted by that Maryland Department of Health and Maryland State Department of Education, Annapolis, Maryland.

223. **Hoover, S** (2024, March). Cognitive Behavioral Intervention for Trauma in Schools and Bounce Back. ½-day booster session for school mental health clinicians, Connecticut, Virtual.

224. **Hoover, S.** (2024, May). Supporting Transition Resilience of Newcomer Groups. Workshop presented at the Maryland English Language Learning Family Involvement Network (MELLFIN) Conference, College Park, MD.

225. **Hoover, S.** (2024, May). Supporting Educator and School Staff Well-Being: Individual and Organizational Approaches. Workshop presented at the Maryland English Language Learning Family Involvement Network (MELLFIN) Conference, College Park, MD.

226. **Hoover, S.** (2024, May). Mental and Behavioral Health Supports. Presentation to the Baltimore School Health Summit, Baltimore, MD.

227. **Hoover, S** (2024, June). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for school mental health clinicians, Hawaii Department of Education, Virtual.

228. **Hoover, S** (2024, July). Bounce Back: An Elementary School Intervention for Childhood Trauma. 2-day training for school mental health clinicians, Hawaii Department of Education, Virtual.

229. **Hoover, S.A.** (2024, August). Bounce Back: An Elementary School Intervention for Childhood Trauma. 1.5-day training to school mental health clinicians, Prince Georges County, Maryland, Virtual.

230. **Hoover, S.A.** (2024, September). Bounce Back: An Elementary School Intervention for Childhood Trauma. 1.5-day training to school mental health clinicians, Prince Georges County, Maryland, Virtual.

231. **Hoover, S.A.** (2024, September). Bounce Back: An Elementary School Intervention for Childhood Trauma. 1.5-day training to school mental health clinicians, Maryland, Virtual.

232. **Hoover, S.** (2024, September). Cognitive Behavioral Intervention for Trauma in Schools 2-day training for school mental health clinicians, Maryland, Virtual.

233.    **Hoover, S.,** & Ramos, B. (2024, September). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, New York, NY, Virtual.

234.    **Hoover, S.** (2024, October). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Washington D.C., Virtual.

235.    **Hoover, S.** (2024, October). Comprehensive School Mental Health: National and Local Best Practices. Keynote presentation for the Maryland Youth Suicide Prevention Summit, Baltimore, MD.

236.    **Hoover, S.** (2024, November). Cognitive Behavioral Intervention for Trauma in Schools 2-day training for school mental health clinicians, Connecticut, Virtual.

237.    **Hoover, S.,** & Zarzour, H. (2024, December). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Newark, DE, Virtual.

238.    **Hoover, S.** (2025, January). Cognitive Behavioral Intervention for Trauma in Schools 2-day training for school mental health clinicians, Maryland, Virtual.

239.    **Hoover, S.** (2025, February). Bounce Back: An Elementary School Intervention for Childhood Trauma. 1.5-day training to school mental health clinicians, Maryland, Virtual.

240.    **Hoover, S.,** & Ramos, B. (2025, February). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Connecticut, Virtual.

241.    **Hoover, S.** (2025, February). Bounce Back: An Elementary School Intervention for Childhood Trauma. 1.5-day training to school mental health clinicians, Connecticut, Virtual.

242.    **Hoover, S.** (2025, April). Being Well: Physical & Mental Health for Pre-Meds and Beyond. Presentation for Members of the Pre-Medical Fraternity Phi Delta Epsilon, University of Maryland, College Park.

243.    **Hoover, S.** (2025, April). Support for Students Exposed to Trauma. 2-day training for school-based community mentors, Omaha, Nebraska.

244.    **Hoover, S.** (2025, April). Cognitive Behavioral Intervention for Trauma in Schools 2-day training for school mental health clinicians, Esparto, California.

<u>National</u>

245.    Lever, N., **Hoover, S.,** & Glass-Siegel, M. (2003, June).  Maintaining school based mental health programs once the initial contract is gone.  Workshop Presentation: The SAMHSA Youth Violence Prevention Program Annual Meeting, Baltimore, Maryland.

246.    Weist, M. D., Lever, N., **Stephan, S. H.,** Kinney, L., & Moore, E. (2004, February). Advancing the quality agenda in expanded school mental health.  Workshop Presentation: A System of Care for Children's Mental Health:  Expanding the Research Base, Tampa, Florida.

247.    Nelson, P., Lever, N., **Stephan, S.,** & Weist, M.D. (2004, October). Mental health in schools – past, present and future: Reflections from two national centers.  Workshop

Presentation: The 9th Annual Conference on Advancing School-Based Mental Health, Dallas, Texas.

248.     **Stephan, S.,** Weist, M.D., Anthony, L., Lever, N., Moore, E., & Harrison, B. (2005, March). School mental health quality in action. Poster Presentation: The 18th Annual Conference, A System of Care for Children's Mental Health: Expanding the Research Base, Tampa, FL.

249.     Jaycox, L., Langley, A., & **Stephan, S.** (2005, March). Implementing school-based services for traumatized youth: The CBITS program. Training presented at the RAND Corporation, Los Angeles, California.

250.     **Stephan, S.** (2005, September). Cognitive behavioral strategies for managing mental health challenges in schools. Keynote presented at the Colorado Assembly on School-Based Health Care 2005 Conference and Annual Meeting, Denver, Colorado.

251.     **Stephan, S.** & Galland, H. (2007, June). Mental health competencies for the non-mental health provider. Workshop presented at the 2007 School-Based Health Care Convention, Washington, D.C.

252.     **Stephan, S.** & Lever, N. (2010, March). Fulfilling the promise of school-based mental health. Workshop presented at the National Council for Community Behavioral Healthcare 40th National Mental Health and Addictions Conference, Orlando, Florida.

253.     **Stephan, S.,** & Bergren, M. (2010, June). The role of school nurses in student mental health.  Workshop presented at the National Association of School Nurses 42nd Annual Conference, Chicago, IL.

254.     **Stephan, S.,** & Strozer, J. (2010, October). Quality assessment and improvement in school mental health. National webinar presented for the National Assembly on School-Based Health Care.

255.     **Stephan, S.,** & Lever, N. (2010, October). The evolution and current priorities of school mental health. Keynote presentation delivered at the Typical or Troubled summit of the American Psychiatric Foundation, Washington, D.C.

256.     **Stephan, S.** (2011, March). Outcomes assessment in school mental health. Webinar presented on behalf of the Center for School Mental Health, Baltimore, MD.

257.     **Stephan, S.** (2011, April). Partnering with schools to provide high quality, cost-effective care. Congressional Briefing presented at the United States Senate for the American Academy of Child and Adolescent Psychiatry Advocacy Day, Washington, D.C.

258.     **Stephan, S.** (2012, January). School mental health: Improving students' emotional, behavioral and educational outcomes. Keynote presentation at Connecticut Statewide Summit on School Mental Health, Hartford, CT.

259.     **Stephan, S.** (2012, February). School mental health: Partnering with schools to provide high quality, cost-effective mental health care. Grand Rounds keynote presented to the Yale Child Study Center, New Haven, CT.

260.     **Stephan, S.** (2012, March). Common elements of evidence-based practice in schools. Webinar presented on behalf of the Center for School Mental Health, Baltimore, MD.

261.     **Stephan, S.** (2012, April). Opportunities for substance abuse prevention and intervention in schools: School mental health. Keynote presentation at the Joint Meeting on Adolescent Treatment Effectiveness (JMATE) Conference, Washington, D.C.

262.     Lever, N., **Stephan, S., &**  Matison, R. (2012, April). Integrating SMH and substance abuse prevention. Plenary discussion at the 2012 Joint Meeting of Adolescent Treatment Effectiveness (JMATE) Conference, Washington, D.C.

263. **Stephan, S.** (2012, June). Youth engagement and school health. Invited panelist at the National Assembly on School-Based Health Care Conference, Albuquerque, NM.

264. **Stephan, S.** (2012, August). Enhancing school mental health with evidence-based practices: Lessons learned. Invited presentation at the Brief Intervention for School Clinicians (BRISC) Development Summit, Seattle, Washington.

265. **Stephan, S.** (2012, October). School Mental Health in the US: Future Directions. Keynote presentation at the 59th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, CA.

266. **Stephan, S.** (2012, December). Statewide school mental health capacity building. Presented and facilitated 2-day statewide summit, Charleston, WV.

267. **Stephan, S.,** & Lever, N. (2013, January). School mental health and PBIS. Presentation at the IDEA Partnership annual meeting, Alexandria, VA.

268. **Stephan, S.,** & Lever, N. (2013, March). The Interconnected Systems Framework for school behavioral health. Presentation at the National Association of Secondary School Principals annual conference, National Harbor, MD.

269. **Stephan, S.,** & Lever, N. (2013, April). School mental health programs and services in the United States. Presented and conducted 2-day consultation review of the Vanderbilt University School-based Mental Health Program, Nashville, TN.

270. **Stephan, S.** (2013, April). The role of mental health in promoting safe and supportive schools. Keynote presented at the annual meeting of the Virginia Council Child & Adolescent Psychiatry, Richmond, VA.

271. **Stephan, S.,** Lever, N., & Sebian, J. (2013, June). Evidence-Based Mental Health Interventions for Health and Mental Health Providers in Schools. Invited symposia. National Assembly on School-Based Health Care Annual Conference, Washington, DC.

272. **Stephan, S.** (2013, October). Enhancing the capacity of PBIS with school mental health. Keynote presentation at the 2013 National PBIS Leadership Forum, Chicago, IL.

273. **Stephan, S.** (2013, November). Promising practices in school-based mental health. Keynote presentation at the Virginia Treatment Center for Children 51st Annual Children's Mental Health Symposium, Richmond, VA.

274. **Stephan, S.** (2014, January). Outcomes monitoring in school mental health. Webinar presented to the Interconnected Systems Framework national learning collaborative.

275. **Stephan, S.** (2014, February). The role of school mental health in mental health promotion and violence prevention. Presentation to the Institute of Medicine, Forum on Global Violence Prevention, Washington, D.C.

276. **Stephan, S.** (2014, March). Using the "common elements" of evidence-based practices to improve school behavioral health. Webinar for Envision New Mexico: The initiative for child healthcare quality, Albuquerque, NM.

277. Bohnenkamp, J., Burch, B., Lever, N., & **Stephan, S.** (2014, April). Mental health to support student learning: Training for educators and school-based staff. Paper presented at the American Educational Research Association, Philadelphia, PA.

278. **Stephan, S.** (2014, May). Trauma-informed schools. Webinar presented for the Georgetown Center on Child Development, Washington, DC.

279. **Stephan, S.** (2014, May). Implementation Science and School Mental Health. Presented to Safe School Healthy Students Grantee Meeting, Rockville, MD.

280. **Stephan, S.** (2014, September). Trauma-informed schools. Presented at the annual CBITS Summit, Santa Monica, CA.

281.  **Stephan, S.,** & Lever, N. (2014, June). Mental health to support student learning: Training for educators and school-based staff. Presented the Vanderbilt University School of Medicine Barbara Gay Lecture, Nashville, TN.

282.  **Stephan, S.,** Bohnenkamp, J. (2014, September). Preliminary outcomes from a pilot study of the mental health training intervention for health providers in schools. Presented at 19th Annual School Mental Health Research Summit, Pittsburgh, PA.

283.  **Stephan, S.** (2014, October). Systems of Care, School Mental Health, & PBIS: How Do We Integrate for Best Outcomes. Paper presented at the Annual PBIS Leadership Forum, Chicago, IL.

284.  **Stephan, S.** (2015, April). School-based trauma approaches and resources. Workshop presented at the 2nd annual South Carolina School Behavioral Health Conference, North Charleston, SC.

285.  **Stephan, S.** (2015, May). Evidence-based practices to support trauma-exposed students. Workshop presented at the Northeast Positive Behavior and Interventions Supports Conference, Mystic, CT.

286.  Bohnenkamp, J. **Stephan, S.H.** (2015, June). Mental Health Training for Health Providers in Schools - Advanced Practice Session. Presented at Workshop conducted at the National Association of School Nurses 45th Annual Conference National Association for School Nurses (NASN) convention. Philadelphia, PA.

287.  Connors, E., **Stephan, S.,** Lever, N., Bohnenkamp, J., Mosby, A., & Ereshefsky, S. (2015, September). School health services national quality initiative: Be part of defining school mental health! Presented at 9th World Congress on the Promotion of Mental Health and Prevention of Mental and Behavioural Disorders, Columbia, South Carolina.

288.  Freeman, E., & **Stephan, S.H.** (2015, October). Evidence-based, School-based Approaches to Addressing Violence. Presented at the United States Department of Education Project PREVENT grantee meeting, Chicago, Illinois.

289.  **Stephan, S.** (2016, January). Comprehensive School Mental Health Successes, Challenges and Opportunities. Presentation to the Office of the Assistant Secretary of Education and Planning, Washington, D.C.

290.  **Stephan, S.,** Lever, N., & Connors, E. (2016, June). The School Health Assessment and Performance Evaluation (SHAPE) System. Presentation to the Substance Abuse Mental Health Services Administration (SAMHSA) leadership, Rockville, MD.

291.  **Stephan, S.** (2016, September). Findings from a Statewide Cognitive Behavioral Intervention for Trauma in Schools Learning Collaborative. Symposium presented at the 8th annual Trauma-informed Schools Summit, Santa Monica, CA.

292.  **Stephan, S.,** Lever, N., & Connors, E. (2016, October). Improving quality and sustainability in school mental health. Presented at the United States Department of Education Elementary and Secondary School Counselors grantee meeting, Chicago, Illinois.

293.  **Hoover, S.** (2017, March). How can school social workers improve school and district mental health? Findings and improvement strategies from a national quality improvement collaborative of comprehensive school mental health systems. Workshop presented at the 20th Annual School Social Work Association of America Convention, San Diego, CA.

294.  **Hoover, S. &** Bohnenkamp, J. (2017, May). Promoting school safety: A comprehensive emotional and behavioral health model. Paper presented at the National Institute of Justice Comprehensive School Safety Initiative Conference, Alexandria, VA.

295.     **Hoover, S.** (2017, May). Mental Health Training Intervention for Health Providers in Schools (MH-TIPS). Keynote presented to the 2017 New England School Nurse Summit, Portland, ME.

296.     **Hoover, S.** (2017, May and June). SHAPE up your school mental health system for the 2017-2018 year. National webinar hosted by the Center for School Mental Health, Baltimore, MD.

297.     **Hoover, S.,** & Baker, D. (2017, June).). Mental Health Training for Health Providers in Schools - Advanced Practice Session. Presented at Workshop conducted at the National Association of School Nurses 47th Annual Conference National Association for School Nurses (NASN) convention. Philadelphia, PA.

298.     **Hoover, S.** (2017, September). State of school mental health: Where are we and where are we going? Presentation for the SAMHSA-HRSA Expert Panel on School Mental Health: Getting to Wide Scale Adoption of Quality, Comprehensive School Mental Health in the US, Baltimore, MD.

299.     **Hoover, S.** (2018, January). Initial evaluation findings of Kaiser Permanente Resilience in School Environments. Presented at the Kaiser Permanente Thriving Schools annual convening, Oakland, CA.

300.     **Hoover, S.** (2018, March). Creating safe, supportive, and trauma-responsive schools**.** Presentation at the Kaiser Permanente 2018 Total Healthcare Forum – Community Partner Learning Lab, Atlanta, GA.

301.     **Hoover, S.** (2018, April). It takes a village: Equipping school and community staff to promote student mental health. Keynote presented to the 5th Annual Southeastern School Behavioral Health Conference, Myrtle Beach, SC.

302.     **Hoover, S.** (2018, May). Role of comprehensive school mental health in promoting safe, supportive, and trauma-informed schools. Keynote presented at the 21st Annual National Coordinating Committee on School Health and Safety Meeting, Rockville, MD.

303.     **Hoover, S.** (2018, May). State of school mental health: Where are we and where are we going? Presentation for the SAMHSA-HRSA Federal Meeting on Rural School Mental Health, Rockville, MD.

304.     **Hoover, S.** (2018, June). Comprehensive school mental health systems framework: An overview. Presentation for the SAMHSA-HRSA Federal Meeting on Advancing Statewide School Mental Health, Rockville, MD.

305.     **Hoover, S.** (2018, June). Tele-behavioral health and child trauma virtual expert panel school mental health. Webinar presented on behalf of the Substance Use Mental Health Services Administration, Washington, D.C.

306.     **Hoover, S.** (2018, June). Comprehensive school mental health systems framework: An overview. Presentation for the SAMHSA Federal Meeting on Trauma-Informed Schools and Social Emotional Learning, Rockville, MD.

307.     **Hoover, S.** (2018, July). Trauma-informed schools. Panel presentation for the Kaiser Permanente Institute for Health Policy Forum on Addressing Trauma in School-Aged Children, Washington, D.C.

308.     **Hoover, S.** (2018, September). Comprehensive School Mental Health. Presented at National Governors Association (NGA) Governors Education Policy Advisor Meeting, Little Rock, AR

309.     **Hoover, S.** (2018, September). School Safety - Comprehensive School Mental Health. Presented to National Governors Association School Safety and Prevention Webinar.

310.   **Hoover, S.** (2018, October). The National Center for School Mental Health: Getting to Wide Scale Adoption of Quality, Comprehensive School Mental Health. Presentation for University of Washington School Mental Health Department of Psychiatry, Seattle, WA.

311.   **Hoover, S.** (2018, October). National Center for School Mental Health Updates. Presentation at the Schools Committee Meeting of the American Academy of Child and Adolescent Psychiatry 65th Annual Meeting, Seattle., WA.

312.   **Hoover, S.** (2018, October). School-based Telepsychiatry. Presentation at the American Academy of Child and Adolescent Psychiatry 65th Annual Meeting, Seattle., WA.

313.   **Hoover, S.**A. (2019, July). Comprehensive school mental health and safety. Plenary to the National Governors Association School Mental Health and Safety Summit. Minneapolis, Minnesota.

314.   **Hoover, S.A.** & Cummings, J., (2019, August). National school mental health curriculum and learning collaborative. Presentation to the Substance Abuse Mental Health Services (SAMHSA), Center for Mental Health Services (CMHS) Annual Advisory Meeting, Rockville, MD.

315.   **Hoover, S.A.** (2019, September). Best Practices in School Mental Health for At-Risk Youth and Paths to Treatment. Keynote presented to the National Association of State Mental Health Program Directors Annual Commissioners Meeting, Washington, D.C.

316.   **Hoover, S.A.** (2019, October). National Center for School Mental Health. Presentation to Kaiser Permanente Resilience in School Environments (RISE) leadership, Oakland, CA.

317.   **Hoover, S. A.** (2019, November). Best Practices in School Mental Health. Keynote presented to the National Dialogues on Behavioral Health Annual Meeting, New Orleans, LA.

318.   **Hoover, S.A.** (2019, December). School Mental Health and School Safety. Presentation to Maternal Child Health Bureau Behavioral Health Workgroup, Rockville, MD.

319.   **Hoover, S.** (2020, January). Comprehensive school mental health: A critical part of our Systems of Care. National webinar presented for the  National Technical Assistance Network for Children's Behavioral Health.

320.   **Hoover, S.**, Larson, J., Frazier, T. (2020, February). School mental health and safety: Policies and best practices. Workshop session at the Substance Abuse Mental Health Services Administration 16th Annual Prevention Day, National Harbor, Maryland.

321.   **Hoover, S.**, & Lever, N. (2020, April). School mental health during COVID-19. National panel presentation hosted by Kognito.

322.   **Hoover, S.** (2020, April). School mental health during COVID-19. Young Education Professionals townhall webinar.

323.   **Hoover, S.** (2020, April). School mental health: Supporting students and families. National presentation as part of a series, Managing Today for a Better Tomorrow, hosted by SAMHSA Children's TA Network.

324.   **Hoover, S.** (2020, April). School mental health: Supporting educators. National presentation as part of a series, Managing Today for a Better Tomorrow, hosted by SAMHSA Children's TA Network.

325.   **Hoover, S.** (2020, April). Adverse childhood experiences (ACES) during the COVID-19 pandemic. Webinar hosted by the Colorado State University Prevention Research Center.

326.    Bohenenkamp, J., & **Hoover, S.** (2020, May). Comprehensive school mental health systems. Presentation to the Voices for Healthy Kids: Healthy Schools and Early Learning Workgroup.

327.    Cox, J., Lever, N., & **Hoover, S.** (2020, June). Best practices for student engagement through telemental health. MHTTC School Tele-Mental Health series.

328.    **Hoover, S.,** & Lever, N. (2020, June). Multi-tiered school mental health improvement, innovation and advocacy during COVID-19. Workshop presented to the Coalition for Community Schools Rise Up for Equity Virtual Summit.

329.    **Hoover, S.,** & Lever, N. (2020, June). Strategies for addressing trauma, crises and grief through tele-mental health. Webinar delivered to the MHTTC School Tele-Mental Health Series.

330.    **Hoover, S.** (2020, July). Comprehensive school mental health. Presented to the Council of Administrators of Special Education (CASE) and Council for Exceptional Children (CEC) Special Education Legislative Summit.

331.    **Hoover, S.** (2020, July). Comprehensive school mental health: Planning for 2020-21 school year during COVID-19. Webinar presented to the National Adolescent and Youth Adult Health Collaborative Improvement and Innovation Network (CoIIN).

332.    **Hoover, S.** (2020, July). Improving the child and adolescent crisis system: Moving from a 911 to a 988 culture. Presentation to the National Association of State Mental Health Program Directors Annual Commissioners Meeting.

333.    **Hoover, S.** (2020, August). School mental health considerations for restarting schools during COVID. Panelist for the National Child Traumatic Stress Network membership series.

334.    **Hoover, S.** (2020, August). Mental Health Strategies for School Re-entry for Students & Staff Amidst Societal Uncertainty: An Online Training Institute. Keynote presentation to the University of Illinois Chicago, Jane Adams School of Social Work.

335.    **Hoover, S.,** Lever, N., & Williamson, S. (2020, August). Addressing students' immediate mental health needs on re-engaging for the 2020-21 school year. National webinar presented for the National Center on Safe Supportive Learning Environments, Bringing into Focus Summer Webinar Series.

336.    **Hoover, S.** (2020, August). School mental health as school restarts. National presentation for the National Association of State Mental Health Program Directors, Meet-Me Meeting Webinar, Virtual.

337.    **Hoover, S.** (2020, August). School re-opening student mental health. National webinar presented for the Boston University Alumni and Friends COVID webinar series, Virtual.

338.    **Hoover, S.,** & Lever, N. (2020, September). Addressing Students' Identified Mental Health Needs During the 2020-2021 School Year. Hosted by National Center for Safe and Supportive Learning Environments for the US Department of Education, Virtual.

339.    **Hoover, S.** (2020, September). State School Mental Health Planning. Presented at the State Leadership Launch for School Health Services National Quality Initiatives, Virtual.

340.    **Hoover, S.,** (2020, September). A Conversation on School Mental health: Supporting Students, Families, & Educators as School Restarts During COVID. Panelist for webinar hosted by the University of Maryland's School of Social Work, Virtual.

341.    **Hoover, S.** (2020, October). State Strategies to Achieve Comprehensive School Mental Health. Presentation to the National Conference of State Legislatures, Virtual.

342.   **Hoover, S.**, Cichetti, C., Vargas-Ocasio, B. (2020, October). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 3-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Virtual.

343.   **Hoover, S.,** & Beason, T. (2020, October). Managing Now for a Better Tomorrow Conversation on School Mental Health: Supporting Students, Families, and Educators as School Restarts During COVID-19. National presentation hosted by the University of Maryland School of Social Work Institute for Innovation and Implementation, Virtual.

344.   **Hoover, S.** (2020, October). Helping Students Access School Mental Health Services. Presentation to the National Conference of State Legislators. Virtual.

345.   **Hoover, S.** (2020, December). Expanding school-based services through Medicaid. Presentation as part of a national panel hosted by Child Trends, Virtual.

346.   **Hoover, S.** (2020, December). Visioning the Future of School Mental Health. Presentation to the National Coordinating Council on School Health and Safety, Virtual.

347.   **Hoover, S.** (2021, January). Schools as a Hub for Health. Presentation to the Brookings Institute. Virtual.

348.   **Hoover, S.,** & Reaves, S. (2021, March). Comprehensive School Mental Health. Workshop presented at the Training Institutes Live! Conference, Virtual.

349.   **Hoover, S.** (2021, April). School Mental Health During COVID-19. Presentation to the National Child Traumatic Stress Network. Virtual.

350.   **Hoover, S.** (2021, April) Embedding social-emotional supports in school reopening. Presentation to the National Association of State Boards of Education. Virtual.

351.   **Hoover, S.** (2021, May). Congressional briefing: Stop crisis before it starts. Presentation to the United States Congress and Staffers. Virtual.

352.   **Hoover, S.** (2021, May). Addressing the well-being of students in the wake of COVID-19. Presentation to the National Academies of Sciences, Engineering, and Medicine Children's Well-Being and Societal Expert Actions Network Spring Workshop. Virtual.

353.   **Hoover, S.** (2021, June). Addressing youth mental health needs in schools. Presentation to the Mental Health America National Policy Institute. Virtual.

354.   **Hoover, S.** (2021, June). Addressing the Well-Being of Children in the Wake of COVID-19: National Governors Association, Governors Spouses Convening. Virtual.

355.   **Hoover, S.** (2021, July). Addressing Mental Health in Schools. Presentation to state and local communities engaged in the National Collaborative Improvement and Innovation Network (CoIIN) for Adolescent and Young Adult Health. Virtual.

356.   **Hoover, S.** (2021, July). School Mental Health During COVID-19. Presentation to the Council of Administrators of Special Education (CASE) and Council for Exceptional Children (CEC) Special Education Legislative Summit, Virtual.

357.   **Hoover, S.** (2021, July). Leveraging Federal COVID Relief Funding to Support Student and Staff Well-Being and Connection. National Presentation for the Council of Chief State School Officers (CCSSO), Virtual.

358.   **Hoover, S.** (2021, July). How can Schools Address Children's Mental Health in the Wake of COVID-19? Presentation for a webinar hosted by the National Council of State Legislators, Virtual.

359.    **Hoover, S.** (2021, July). COVID-19 and Its Impact on Schools. Presentation as part of panel for the National Child Traumatic Stress Network COVID-19 Summit. Session: COVID-19 and Its Impact on Schools, Virtual.

360.    **Hoover, S.** (2021, July). COVID-19 and Its Impact on Schools. School Mental Health During COVID-19. Presentation for the National Academies of Sciences, Engineering, Medicine as part of the Strategies and Interventions to Reduce Suicide: A Two-Part Virtual Workshop, Virtual.

361.    **Hoover, S.** (2021, August). Recovering from a year of disruption: Back to school in 2021-22. Panel presentation for EdWeek Online Summit. Virtual.

362.    **Hoover, S.** (2021, September). How can Schools Address Children's Mental Health During COVID-19. Presentation for the Us Department of Education Office of Civil Rights, Virtual.

363.    **Hoover, S.** (2021, September). Improving the Child and Adolescent Crisis System: Moving from a 911 to a 988 culture. Presentation to the Mental Health Strategic Impact Initiative (S2i), Virtual.

364.    **Hoover, S.** (2021, September). Quality improvement in school mental health. Presentation to the American Academy of Pediatrics Enhancing School Mental Health TEAMS Intensive Training institute. National, Virtual.

365.    **Hoover, S.,** Ocasio-Cortez, B. (2021, October). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, National, Virtual.

366.    **Hoover, S.,** & Lever, N. (2021, October). Foundations of comprehensive school mental health systems. Presentation to the National Center for Safe Supportive Schools (NCS3) Learning Collaborative, National, Virtual.

367.    **Hoover, S.** (2021, November).  Supporting student and staff well-being in the context of COVID-19 and beyond. Presentation for the Annual Policy Forum of the Council of Chief State Schools Officers (CCSSO). Orlando, FL.

368.    **Hoover, S.** (2021, November). School mental health and equity. Presentation for the Kickoff of the Association of State and Territorial Health Officials (ASTHO), National, Virtual.

369.    **Hoover, S.** (2021, December). School mental health best practices. Presentation to Project Directors Meeting for National Center for Safe Supportive Learning Environments (NCSSLE). Virtual.

370.    **Hoover, S.** (2021, December). Partnering with Institutes of Higher Education to Advance School Mental Health. Presentation to Project Directors Meeting for National Center for Safe Supportive Learning Environments (NCSSLE). Virtual.

371.    **Hoover, S.** (2022, January). School mental health: An essential system for promoting youth well-being. Presentation to the Directors of the Division of State and Community Health and Title V Maternal Child Health Directors. Virtual.

372.    **Hoover, S.** (2022, January). Supporting Student and Staff Mental Health and Well-Being During COVID-19. Presentation to the Association of Maternal and Child Health Programs (AMCHP) COVID-19 MCH Updates Meeting. Virtual.

373.    **Hoover, S.** (2022, January). School safety concerns, strategies, and resources. Presentation to the National Child Traumatic Stress Network Schools Committee. Virtual.

374.    **Hoover, S.** (2022, January). Pediatric Mental Health Care Access: The Role of Schools. Presentation to the Health Resources and Services Administration (HRSA) PMCHA Awardee Quarterly Meeting, Virtual.

375.    **Hoover, S.**, & Lever, N. (2022, January). Consultation to Promote and Sustain Comprehensive School Mental Health Systems. MHTTC Regional Leads School Mental Health Best Practices Intensive Training, Virtual.

376.    **Hoover, S.**, (2022, February). Testimony to the United States Senate Committee on Finance for the Full Committee Hearing: Protecting Youth Mental Health: Part II - Identifying and Addressing Barriers to Care, Washington D.C., Virtual.

377.    **Hoover, S.** (2022, February). Comprehensive School Mental Health Systems. Presentation to the Council of Chief State School Officers (CCSSO), Virtual.

378.    **Hoover, S.**, & Lever, N. (2022, February). Consultation on Best Practices for Teaming in Comprehensive School Mental Health Systems. MHTTC Regional Leads School Mental Health Best Practices Intensive Training, Virtual.

379.    **Hoover, S.** (2022, February). Thriving in Schools: School Mental Health During COVID-19. National webinar to philanthropists hosted by Mindful Philanthropy, Virtual.

380.    **Hoover, S.** (2022, March). Comprehensive School Mental Health. First Focus Mental Health Congressional Briefing, Virtual.

381.    **Hoover, S.**, & Lever, N. (2022, April). Consultation on Best Practices for Tiers 2/3 in Comprehensive School Mental Health Systems. MHTTC Regional Leads School Mental Health Best Practices Intensive Training, Virtual.

382.    **Hoover, S.**, & Lever, N. (2022, May). Consultation on Best Practices for Funding in Comprehensive School Mental Health Systems. MHTTC Regional Leads School Mental Health Best Practices Intensive Training, Virtual.

383.    **Hoover, S.**, & Lever, N. (2022, May). Consultation on Best Practices for Measuring and Communicating Impact of Comprehensive School Mental Health Systems. MHTTC Regional Leads School Mental Health Best Practices Intensive Training, Virtual.

384.    **Hoover, S.** (2022, June). Mitigating Distress and Maximizing Supports for Refugees from War. Presentation for the Pacific Southwest Mental Health Technology Transfer Center (MHTTC), Virtual.

385.    **Hoover, S.** (2022, July). School Mental Health. Panel presentation for the 125th Anniversary Convention of the National Parent Teacher Association, Washington, D.C.

386.    **Hoover, S.** (2022, July). Back to School: The Expanding Need, Evidence, and Opportunities for School-Based Services and Supports. Presentation to the National Association for Children's Behavioral Health (NACBH) Public Policy Conference, Washington, D.C.

387.    **Hoover, S.** (2022, July). Multi-tiered School Mental Health Support for Ukrainian Refugees. Plenary session to the National Association of State Mental Health Program Directors (NASMHPD) Annual Meeting, Arlington, VA.

388.    **Hoover, S.** (2002, July). System Level Policies and Practices to Advance Comprehensive School Mental Health, Keynote Presentation to the National Association of School Psychologists Advocacy Academy, Virtual.

389.    **Hoover, S.** (2002, July). Behavioral Health Provider Well-Being. Presentation to the Pennsylvania HeadsUP Coalition, Virtual.

390.    **Hoover, S.** (2002, September). Comprehensive School Mental Health Best Practices and Philanthropy. Presentation to meeting of philanthropists hosted by Mindful Philanthropy, Inseparable, and the Kennedy Forum at the Thriving Young Minds: Activating Support for Mental Health and Well-being! Gathering, Hyannis, Massachusetts.

391.    **Hoover, S.** (2022, October). Comprehensive School Mental Health: National Best Practices. Plenary address to the National Governors Association. Salt Lake City, Utah.

392.    **Hoover, S.,** (2022, November). Testimony to the United States Senate Committee on Health, Education, Labor, and Pensions (HELP) for the Subcommittee on Children and Families Hearing: Caring for Our Kids: Supporting Mental Health in the Transition from High School to College, Washington, D.C.

393.    **Hoover, S.** (2022, December). Comprehensive School Mental Health. Presentation for the Collaborative for Academic, Social, and Emotional Learning (CASEL) Chat and Chew series, Virtual.

394.    **Hoover, S.** (2023, March). Partnering with Schools to Improve Youth Mental Health: Implementing Services in Schools. School-Based Health Alliance, National Council for Mental Well-Being, Center of Excellence for Integrated Health Solutions Learning Collaborative, Virtual.

395.    **Hoover, S.** (2023, April). Improving Access to Mental Health Supports in Schools and Communities. Plenary presentation to Annie E. Casey Foundation Youth Mental Health Summit, Atlanta, Georgia.

396.    **Hoover, S.** (2023, April). State Policies and Practices to Advance Comprehensive School Mental Health. State Legislative Mental Health Caucus hosted by Inseparable, Virtual.

397.    **Hoover, S.** (2023, May). Improving Student Mental Health. Presentation to the American Federation of School Administrators national audience, Virtual.

398.    **Hoover, S.** (2023, May). Comprehensive School Mental Health Systems and Interventions. National Center for Safe Supportive Learning Environments and U.S. Department of Education Webinar, Virtual.

399.    **Hoover, S.** (2023, May). Evidence to Action, Panelist for the National Institute of Justice Research Conference, Arlington, VA.

400.    **Hoover, S.** (2023, May). Comprehensive School Mental Health Systems. Presentation for Nemours Health National Webinar, Virtual.

401.    **Hoover, S.** (2023, July). Meeting the Kids Where They Are: How the Education Sector Implements School Behavioral Health Systems. Webinar for SAMHSA and ASTHO, Virtual.

402.    **Hoover, S.** (2023, September). Coaching Through Crisis: The Next Conversation on Mental Health in Sport. Coach Beyond National Webinar, Virtual.

403.    **Hoover, S.** (2023, September). Evidence-based Practices for Connected Well-Being. National Webinar hosted by Connected Well-Being, Virtual.

404.    **Hoover, S.** (2023, October). Youth Mental Health during Crisis in the Middle East. Panelist on a national webinar hosted by the Child Mind Institute, Virtual.

405.    **Hoover, S.** (2023, October). Comprehensive School Mental Health Systems. Presentation to the National Child Traumatic Stress Network-Military Child Education Coalition National Learning Community on Military-Connected Youth and Families, Virtual.

406.    **Hoover, S.** (2023, November). Comprehensive School Mental Health Systems. Presentation for the Substance Abuse Mental Health Services Administration national webinar on Military-Connected Children in the Education System, Virtual.

407.    **Hoover, S.** (2024, January). Comprehensive Strategies to Address School Safety. Presentation for a national webinar hosted by the National Governors Association, Virtual.

408.    **Hoover, S.** (2024, February). Current State of the School Mental Health Field. Presentation to the UT Southwestern Center for Depression Research and Clinical Care, Dallas, TX.

409.    **Hoover, S.** (2024, February). Comprehensive School Mental Health. Presentation to the Comprehensive Student Healthcare Convening hosted by Hazel Health, Washington, D.C.

410.    **Hoover, S.** (2024, April). National Landscape of School Mental Health. Keynote to the 2024 Effective School Solutions Youth Mental Health Summit, Princeton, NJ.

411.    **Hoover, S.** (2024, April). Comprehensive School Mental Health Interventions and Resources. Presentation to the Military Child Education Coalition-National Child Traumatic Stress Network Learning Community, Virtual.

412.    **Hoover, S.** (2024, April). Investing in School Mental Health: Strategies to spend federal and state funding, Virtual.

413.    **Hoover, S.** (2024, May). National Landscape of Comprehensive School Mental Health. Presentation to the Connecting Kids to Coverage Campaign Webinar, Centers for Medicaid and Medicare Services, Virtual.

414.    **Hoover, S.** (2024, June). National Landscape of Comprehensive School Mental Health. Presentation to the Opportunity Labs School Mental Health National Community of Practice Kickoff, Asbury Park, NJ.

415.    **Hoover, S.** (2024, June). Technical Expert Panel: School-Based Mental and Behavioral Health Services. Facilitated and presented for federal/national-state summit, Washington, D.C.

416.    **Hoover, S.**, & Knox, J. (2024, July). Strategies for supporting students and staff following traumatic events. Workshop presented to the School-Based Health Alliance Annual Convention, Washington, D.C.

417.    **Hoover, S.** (2024, July). Comprehensive school mental health for military-connected students. Pre-conference session for the Military Child Education Coalition Global Training Summit, Washington, D.C.

418.    **Hoover, S.** (2024, August). Cognitive Behavioral Intervention for Trauma in Schools. 2-day training for school mental health clinicians, Center for Safe and Resilient Schools and Workplaces, National, Virtual.

419.    **Hoover, S.** (2024, August). Bounce Back: An Elementary School Intervention for Childhood Trauma. 2-day training for school mental health clinicians, Center for Safe and Resilient Schools and Workplaces, National, Virtual.

420.    **Hoover, S.** (2024, October) Creating a continuum of supports for the whole child. Presentation and facilitation of Hazel Health Student Well-Being Roundtable: Creating a Continuum of Supports for the Whole Child, Jacksonville, FL.

421.    **Hoover, S**. (2024, October). Bounce Back: An Elementary School Intervention for Childhood Trauma. 2-day training for school mental health clinicians, Center for Safe and Resilient Schools and Workplaces, National, Virtual.

422.    **Hoover, S.** (2025, January). Cognitive Behavioral Intervention for Trauma in Schools 2-day training for school mental health clinicians, Center for Safe and Resilient Schools and Workplaces, National, Virtual.

423.    **Hoover, S.** (2025, February). Solving the Tier 2 Puzzle: Supporting Student Mental Health Before a Crisis. Presentation for the ETC Network, National, Virtual.

424.    **Hoover, S.** (2025, February). Forging Partnerships Between Schools and the Crisis-Coordinated System of Care, Webinar for the SAMHSA Crisis Training and Technical Assistance Center, National, Virtual.

425.    **Hoover, S.** (2025, April). Awareness into Action: Schools as the Frontline for Youth Mental Health. Keynote presentation for the Communities of Care: Advancing Health & Education for a Thriving Economy conference, Chicago, Illinois.

426.    **Hoover, S.** (2025, April). How do you Build a Future Readiness Orientation within K-12 Systems? Panelist for the Collaborative on Academic, Social, Emotional Learning (CASEL) webinar, National, Virtual.

<u>International</u>

427.    **Stephan, S.** (2012, April). Ten critical factors to advance school mental health. Webinar presented on behalf of the Inter-Ministry Policy, Collaboration & Leadership in School Mental Health, Vancouver, Canada.

428.    **Stephan, S.** (2013, March). Cognitive Behavioral Intervention for Trauma in Schools. 1-day training at Queens University, Belfast, Northern Ireland.

429.    **Stephan, S., &** Hwong, S. (2013, December). Support for Students Exposed to Trauma. 2-day training for school administrators, teachers and mental health counselors, Daegu, South Korea.

430.    **Stephan, S.** (2013, December). Safe and supportive classrooms/Bullying and school climate. 1-day training for school administrators, teachers and mental health counselors, Seoul, South Korea.

431.    **Stephan, S.** (2014, February). Common elements of school mental health. Workshop presented to the Ottawa Psychological Association annual meeting, Ottawa, Canada.

432.    **Stephan, S.,** & Bostic, J. (2014, May). Cognitive Behavioral Intervention for Trauma in Schools. 1-day training for school administrators, teachers and mental health counselors, L'viv, Ukraine.

433.    **Stephan, S.,** & Bostic, J. (2014, May). Supporting Students Exposed to Trauma. 2-day training for school administrators, teachers and mental health counselors, L'viv, Ukraine.

434.    **Stephan, S.,** Bostic, J. (2014, May). Cognitive Behavioral Intervention for Trauma in Schools. 1-day training for school administrators, teachers and mental health counselors, Kiev, Ukraine.

435.    **Stephan, S.,** Bostic, J. (2014, May). Supporting Students Exposed to Trauma. 2-day training for school administrators, teachers and mental health counselors, Kiev, Ukraine.

436.    **Stephan, S.,** Bostic, J. (2014, May). Cognitive Behavioral Intervention for Trauma in Schools. 1-day training for school administrators, teachers and mental health counselors, Kiev, Ukraine.

437.    **Stephan, S.,** Bostic, J. (2014, May). Supporting Students Exposed to Trauma. 2-day training for school administrators, teachers and mental health counselors, Kiev, Ukraine.

438.    **Stephan, S.** (2014, July). Experiences of school mental health in the United States. Presented to the International School Mental Health Symposium, Seoul, South Korea.

439.    **Stephan, S.** (2014, July). The Center for School Mental Health. Presented to the International School Mental Health Symposium, Seoul, South Korea.

440.    **Stephan, S.** (2014, August). International partnership to support efforts to improve student mental health in South Korea. Paper presented at the Annual Meeting of the International Academy of Child and Adolescent Psychiatry, Durban, South Africa.

441.    **Stephan, S.** (2014, August). School mental health in the United States. Paper presented at the Annual Meeting of the International Academy of Child and Adolescent Psychiatry, Durban, South Africa.

442.    **Stephan, S.** (2014, November). Responding to childhood trauma in the context of war. Video workshop presented to mental health clinicians from seven regions of Ukraine.

443.    **Stephan, S.,** Bostic, J., & Hwong, S. (2014, December). Support for Students Exposed to Trauma. 2-day training of trainers child psychiatrists, teachers and mental health counselors, Seoul, South Korea.

444.    **Stephan, S.,** & Bostic, J. (2014, December). Effectiveness of school mental health programmes: Review of evidence. Presented to the World Health Organization School Mental Health Summit, Cairo, Egypt.

445.    **Stephan, S.** (2015, September). 5-day training School Mental Health workshop presented to members of the Kingdom of Bahrain Ministries of Health and Education, Kingdom of Bahrain.

446.    **Stephan, S.** (2016, March). Integrating multi-tiered mental health supports into education to promote student success. Keynote presented at the Banff International Conferences on Behavioral Science, Banff, Alberta, Canada.

447.    **Stephan, S.** (2016, May). 5-day training of trainers on School Mental Health Package. World Health Organization Eastern Mediterranean Regional Office, Amman, Jordan.

448.    **Hoover Stephan, S.,** Bostic, J., Fazel, M., & Ruiz-Lázaro (June, 2016). Principles and best practices of school mental health: Examples from the United Kingdom, Spain and the United States. Chair and Discussant of symposium presented at the Spanish Association for Child and Adolescent Psychiatry (AEPNYA). San Sebastian, Spain.

449.    **Hoover Stephan, S.** (2016, June). Models of comprehensive school mental health in the United States. Paper presented at the Spanish Association for Child and Adolescent Psychiatry (AEPNYA). San Sebastian, Spain.

450.    **Stephan, S.,** & Bostic, J. (2016, July). 5-day training School Mental Health workshop. Presented to Summer Institute of Promoting Positive Outcomes for Children and Adolescents, Henan University, Kaifeng, China.

451.    **Stephan, S.,** & Bostic, J. (2016, July). 5-day training child and adolescent treatment techniques. Presented to Summer Institute of Promoting Positive Outcomes for Children and Adolescents, Henan University, Kaifeng, China.

452.    **Stephan, S.** (2016, November). Comprehensive school mental health in the United States. Workshop presented to the Ministry of Education, Ontario, Canada.

453.    **Hoover, S.** (2016, November). Building trauma-informed schools: Strategies to support a multi-tiered system of supports for trauma-exposed students. Workshop presented at the 2016 Children's Mental Health Ontario Conference, Toronto, Ontario, Canada.

454.    **Hoover, S.** (2017, February). Cognitive Behavioral Intervention for Trauma in Schools (CBITS). Workshop presented at the Canadian Promoting Healthy Relationship for Youth Conference Registration, London, Ontario, Canada.

455.    **Hoover, S.** (2017, February). Creating safe, supportive, and trauma-informed schools. Keynote presented at the Canadian Promoting Healthy Relationship for Youth Conference Registration. London, Ontario, Canada.

456.    **Hoover, S.**, Cichetti, C., Zarzour, H. (2018, March). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Toronto, Ontario, Canada.

457.    **Hoover, S.** (2018, April). A Multi-tiered approach to safe, supportive, and trauma-responsive schools. Keynote for the Laurier Lecture and Panel Discussion on Supports for Student Mental Health, Kitchener, Ontario, Canada.

458.    **Hoover, S.**, Jaouich, A., Manion, I. (2018, April). Beyond collaboration: Toward integrated systems for supporting child and youth mental health. Panel presented to the 2018 Summit on Children and Youth Mental Health, Toronto, Ontario, Canada.

459.    **Hoover, S.** (2019, March). A multi-tiered approach to safe, supportive and trauma-responsive schools. Keynote presented to the 51st Annual Banff International Conference on Behavioural Science. Banff, Alberta, Canada.

460.    **Hoover, S.**, Cichetti, C., Santiago, C., Crooks, C. (2019, March). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Toronto, Ontario, Canada.

461.    **Hoover, S.A.** (2019, April). School mental health. Plenary delivered to the International Initiative for Mental Health Leadership, Washington D.C.

462.    **Hoover, S.A.** (2019, May). Supporting Transition Resilience of Newcomer Groups (STRONG). Workshop presented to the PREVNet Conference, Toronto, Ontario, Canada.

463.    **Hoover, S.**A. (2019, June). A multi-tiered, trauma-responsive approach to promoting mental health in schools. Public lecture presented at the New Zealand National Library, Wellington, New Zealand.

464.    **Hoover, S.**A. (2019, May-June). Comprehensive school mental health. Presentation to several schools and child-serving agencies in northern New Zealand including Ministries of Health and Education and K-12 Schools, Auckland and Wellington, New Zealand.

465.    **Hoover, S.**A., Lever, N., & Young, B. (2019, September). School mental health. Presentation at the International Initiative for Mental Health Leadership, Washington, D.C.

466.    **Hoover, S.A.** (2019, November). Creating safe, supportive and trauma-informed schools. Webinar for the Australia Psychological Society Psychologists in Schools Special Interest Group, Sydney, Australia.

467.    **Hoover, S.** (2019, December). 2-day training on Supporting Transition Resilience of Newcomer Groups (STRONG), Toronto, ON, Canada.

468.    **Hoover, S.** (2020, February). 2-day training on Supporting Transition Resilience of Newcomer Groups (STRONG), Ottawa, ON, Canada.

469.    **Hoover, S.** (2020, February). Comprehensive School Mental Health Systems in the United States. Presentation to visiting faculty recipients of the Global Challenger Award from Duksun Women's University, Seoul, Korea.

470.    **Hoover, S.** (2020, July). Comprehensive school mental health: A critical part of our System of Care. Webinar presented to Ukrainian Catholic University, Lviv, Ukraine.

471.    Hamoda, H., & **Hoover, S.** (2021, October). 5-day workshop on the School Mental Health Package for the World Health Organization (WHO) Eastern Mediterranean Regional Office. Manama, Bahrain.

472.    **Hoover, S.,** Fortier, A., Kayssi, G. (2021, November). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Toronto, Ontario, Canada.

473.    Maseuth, K., McGuire, T., Bruns, E., Smith, R., & **Hoover, S.** (2022, March). Health Support Team training. 5 days of training to front-line workers, behavioral health providers, school leaders, host families, and parents/caregivers to support Polish response to Ukrainian refugee crisis, Lublin, Poland.

474.    Bostic, J., **Hoover, S.,** & Smith, R. (2022, April). Multi-tiered Systems of Support (MTSS) for newcomer youth in Ukraine. 5 days of training to school leaders and educators to support Polish response to Ukrainian refugee crisis, Warsaw, Poland.

475.    **Hoover, S.,** Crooks, C., & Bostic, J. (2022, September). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Prague, Czech Republic.

476.    **Hoover, S.,** & Crooks, C. (2022, October). Overview of Supporting Transition Resilience of Newcomer Groups (STRONG) intervention. Presentation to Ukrainian educators and behavioral health providers, Ukraine, Virtual.

477.    **Hoover, S.,** Bruns, E., Porzak, P., & Felcmanova, L. (2022, October). Behavioral Health Support for Ukrainian Refugees: Training School Staff in Poland and the Czech Republic to be Effective First Responders. Presentation to the International Initiative for Mental Health Leadership, Virtual.

478.    **Hoover, S.,** Syeda, M., & Kayssi, G. (2022, November). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Ontario, Canada, Virtual.

479.    **Hoover, S.,** & Calliste, H. (2023,January). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Ontario, Canada, Virtual.

480.    **Hoover, S.,** Cicchetti, C., & Bostic, J. (2023, February-March). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Prague, Czech Republic.

481.    **Hoover, S.,** & Cicchetti, C. (2023, March). Supporting Transition Resilience of Newcomer Groups (STRONG). Workshop presented to educators across Ukraine, Ukraine, Virtual.

482.    **Hoover, S.,** & Floyd, K. (2023, May). Comprehensive School Mental Health. Presentation to an International Delegation from Gaza, World Trade Center, Baltimore, Maryland.

483.    **Hoover, S.,** & Ramos, B. (2024, February). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Ontario, Canada, Virtual.

484.    **Hoover, S.** (2024, February). Personal and Organization Well-Being in Schools. Presentation to the Society for All, Czechia Teacher Well-Being Week Summit. Prague, Czechia, Virtual.

485.    **Hoover, S.** (2024, June). Propelling the Global Advancement of Comprehensive School Mental Health. Keynote for the Kent State International Summit on Learning and Behavioral Health, Florence, Italy.

486.    **Hoover, S.,** & Caliste, H. (2024, November). Supporting Transition Resilience of Newcomer Groups (STRONG) intervention training. 2-day training presented to school mental health clinicians serving newcomer immigrant and refugee students, Ontario, Canada, Virtual.

## **Proffered Communications**

<u>National</u>

1.  **Hoover, S.**, Owens, C., Agger, D., & Anderson-Ketchmark, C. (2003, March). The collaborative impact of school social work and expanded school mental health on student achievement. Workshop presented at the conference, School Social Workers of America Association, Arlington, Virginia.

2.  **Hoover Stephan, S.**, Brey, L., Goldstein, J., Taylor, L., & Weist, M. (2003, October).  Short-term evidence-based mental health interventions for primary care and mental health providers.  Paper presented at the 8th Annual Conference on Advancing School-based Mental Health, Portland, Oregon.

3.  Weist, M. D., Lever, N., **Stephan, S. H.**, Kinney, L., & Moore, E. (2004, February). Advancing the quality agenda in expanded school mental health. Workshop Presentation: A System of Care for Children's Mental Health:  Expanding the Research Base, Tampa, Florida.

4.  Brey, L., **Hoover Stephan, S.**, & Weist, M. (2004, March). Mental health education and training initiative for primary care and mental health providers working in school-based settings. Paper presented at the 2004 Association of Maternal and Child Health Programs Annual Conference, Washington, DC.

5.  Weist, M, **Hoover Stephan, S.**, & Moore, E. (2004, March). The international alliance for child and adolescent mental health in schools. Poster presented at the 17th Annual Research Conference on A System of Care for Children's Mental Health: Expanding the Research Base, Tampa, Florida

6. Weist, M, **Hoover Stephan, S.**, Lever, N., Kinney, L., & Moore, E. (2004, March). Service quality in school mental health. Paper presented at the 17th Annual Research Conference on A System of Care for Children's Mental Health: Expanding the Research Base, Tampa, Florida.

7. Harrison, B.R., Lever, N.A., Weist, M.D., **Stephan, S.H.,** & Anthony, L.G. (2004, May). Enhancing quality in school mental health: Quality assessment findings from a four county demonstration project in Maryland. Poster presented at the University of Maryland Department of Psychiatry Annual Research Day, Baltimore, Maryland.

8. Baumgardner, B., Monoghan, M., Cunningham, D., **Stephan, S.,** Weist, M., Paternite, C., Schan, S. (2004, May). Family perspectives on The President's New Freedom Commission and school mental health. Poster presented at the University of Maryland Department of Psychiatry Annual Research Day, Baltimore, Maryland.

9. Lever, N., **Stephan, S.**, Weist, M., Nelson, P. (2004, October). Mental health in schools – past, present, and future: Reflections from two national centers. Paper presented at the Ninth Annual Conference on Advancing School-based Mental Health, Dallas, Texas.

10. **Stephan, S.,** Weist, M.D., Anthony, L., Lever, N., Moore, E., & Harrison, B. (2005, March). School mental health quality in action. Poster Presentation: The 18th Annual Conference, A System of Care for Children's Mental Health: Expanding the Research Base, Tampa, FL.

11. **Stephan, S.**, Brey, L., Murphy, S. (2005, June). Anxiety and depression in youth: Identification of risk and protective factors, and implementation of evidence-based cognitive behavioral therapy interventions. Workshop presented at the 2005 School-Based Health Care Convention, Providence, Rhode Island.

12. Cunningham, D., **Stephan, S.**, Weist, M., Paternite, C., & Schan, S. (2005, October). The interface between school mental health and the President's New Freedom Commission on Mental Health. Paper presented at the 10th Annual Conference on advancing School-Based Mental Health, Cleveland, Ohio.

13. **Stephan, S.**, & Brey, L. (2006, September*).* Mental health quality improvement in school-based health care. Paper presented at the 11th Annual Conference on Advancing School-based Mental Health, Baltimore, Maryland.

14. **Stephan, S.** (2006, September). School-based interventions for traumatized youth. Workshop presented at the 11th Annual Conference on Advancing School-based Mental Health, Baltimore, Maryland.

15. Weist, M., **Stephan, S.**, Evans, S. (2007, March). Quality and school mental health. Topical discussion presented at the 20th Annual Conference of the Research and Training Center for Children's Mental Health of the University of South Florida, Tampa, Florida.

16. Brey, L. & **Stephan, S.** (2007, June). Mental health quality assessment and improvement in school-based health centers. Workshop presented at the 2007 School-Based Health Care Convention, Washington, D.C.

17. Hurwitz, L. & **Stephan, S.** (2007, June). Building school mental health capacity of state and local education agencies. Workshop presented at the 2007 School-Based Health Care Convention, Washington, D.C.

18. **Stephan, S.** & Cunningham. (2007, July). Mental health competencies for the non-mental health provider. Workshop presented at the 81st Annual ASHA School Health Conference, Honolulu, Hawaii.

19. Hurwitz, L., **Stephan, S.,** & Koller, J. (2007, October). Building school mental health capacity of state and local education agencies. Workshop presented at the 12th Annual Conference on Advancing School-based Mental Health, Orlando, Florida.

20. Bryant, T., Pitchford, J., McCree-Huntley, S., **Stephan, S**., & Lever, N. (2007, October) School-mental health integration: Enhancing teachers' abilities in identification and referral of children's mental health needs. Poster presented at the 12th Annual Conference on Advancing School-based Mental Health, Orlando, Florida.

21. **Stephan, S.** (2007, November). Implementation and evaluation of trauma-informed interventions in Baltimore City schools. Paper presented at the 23rd International Society for Traumatic Stress Studies Annual Conference, Baltimore, Maryland.

22. **Stephan, S.,** Weist, M., & Lever, N. (2008, February). Strategies and resources for assessing and improving quality in school mental health. Paper presented at the 21st Annual Conference of the Research and Training Center for Children's Mental Health.

23. **Stephan, S.,** Mettrick, J., Chow, W., Keegan, K., Von Waldner, C. (2009, March). Evaluation of youth functional outcomes in Maryland's group homes. Poster presented at the22nd Annual Research Conference of the Research and Training Center for Children's Mental Health, Tampa, Florida.

24. Cosgrove, T., **Stephan, S.,** & Strozer, J. (2009, June). School mental health quality - Ready, set, go! Workshop presented at the National Assembly on School-based Health Care Annual Convention, Hollywood, Florida.

25. **Stephan, S.** & Cunningham, D. (2009, November). Cognitive Behavioral Intervention for Trauma in Schools: Outcome findings and implementation support. Paper presented at the 14th Annual Conference on Advancing School Mental Health, Minneapolis, Minnesota.

26. **Stephan, S.,** Faran, M., Whitsett, S., & Ban., P. (2010, March). School behavioral health supports for army children and families.  Paper presented at the 23rd Annual Conference of the Research and Training Center for Children's Mental Health.

27. **Stephan, S.** & Becker, K. (2010, March). Development and initial findings of the Practice Elements Behavioral Observation System (PEBOS). Paper presented at the 3rd Annual NIH Conference on the Science of Dissemination and Implementation, Bethesda, MD.

28. Anderson, L., Hurwitz, L., & **Stephan, S**., (2010, June). School mental health capacity building: Useful tools and lessons learned. Workshop presented at the 2010 National School-Based Health Care Convention, Arlington, Virginia.

29. Schneider, B., **Stephan, S.** (2010, June). School mental health for military youth and families. Workshop presented at the 2010 National School-Based Health Care Convention, Arlington, Virginia.

30. **Stephan, S**., Paternite, C., Anderson, L. (2010, October). Building statewide and school district capacity in school mental health. Intensive workshop presented at the 15th Annual Conference on Advancing School Mental Health, Albuquerque, New Mexico.

31. Connors, E., **Stephan, S.,** Deschamps, A., Pucino, D., Coppola, J, & Reeder, S. (2011, March). Priorities for transition to independence: Securing work, youth leadership and family education, adult and child system policy alignment. Poster presented at the 24th Annual Children's Mental Health Research and Policy Conference, Tampa, FL.

32. Westin, A., Barksdale, C., Mettrick, J., & **Stephan, S.** (2011, March). Understanding the effect of waiting time on children's mental health service use and discharge outcomes. Paper presented at the 24th Annual Children's Mental Health Research and Policy Conference, Tampa, FL.

33. **Stephan, S.,** Lever, N., Sloane, T., Cunningham, D., & Mills, C. (2011, September). Supporting students with emotional and behavioral disabilities in the least restrictive environment: Three local national collaboratives. Symposia Presented at the 16th Annual Conference on Advancing School Mental Health, Charleston, SC.

34. Lever, N., **Stephan, S.,** & Matison, R. (2012, April). *Integrating SMH and Substance Abuse Prevention.* Plenary discussion at the 2012 Joint Meeting of Adolescent Treatment Effectiveness Conference, Washington, D.C.

35. Connors, E., **Stephan, S.,** & Schiffman, J. (2012, May). Randomized trial of common elements training in school mental health care: Impact on clinician knowledge and attitudes. Poster presentation at the University of Maryland School of Medicine, Department of Psychiatry Research Day, Baltimore, Maryland.

36. **Stephan, S.,** Lever, N., Brandt, N.E., Connors, E.H. (2012, October). Integration of a Common Elements Approach to School Mental Health Services in Maryland. Symposium at the 17th Annual Conference on Advancing School Mental Health, Salt Lake City, Utah.

37. Curtis, L., Connors, E., Arora, P., & **Stephan, S.** (2012, October). Clinical utility of assessment tools in school settings: Preliminary analysis of clinician perspectives. Poster presentation at the 17th Annual Conference on Advancing School Mental Health.

38. Connors, E., **Stephan, S.,** Schiffman, J., Zabel, M., Wheatley-Rowe, D. (2012, November). Randomized trial of common elements training in school mental health care: Impact on clinician knowledge and attitudes. Poster presentation at the Association for Behavioral and Cognitive Therapies, National Harbor, Maryland.

39. Chambers, K., **Stephan, S.,** Sidway, E., Connors, E., Schiffman, J., & Lever, N. (2012, November). Academic and behavioral outcomes associated with school-based modular CBT among students with emotional disability. Poster presentation at the Association for Behavioral and Cognitive Therapies, National Harbor, Maryland.

40. Connors, E., **Stephan, S.**, Arora, P., Curtis, L. & DeCarvalho, G. (2012, November). Barriers and Facilitators to Implementation of Clinical Assessment Methodology in School Mental Health Care. Poster presentation at the Dissemination and Implementation Science Special Interest Group, Association for Behavioral and Cognitive Therapies, National Harbor, Maryland.

41. **Stephan, S.,** Deschamps, A., & Pucino, D. (2013, February). Priorities for Transition to Independence: Securing Work, Youth Leadership and Family Education, Adult and Child System Policy Alignment. Invited Presentation at the Children's Mental Health Research and Policy Conference, Tampa, FL.

42. Arora, P., Haak, J., & **Stephan, S.H.** (2013, May). School-Based Health Centers: An Assessment of Mental Health Practices and Needs. Poster session presented at the University of Maryland School of Medicine Department of Psychiatry Research Day.

43. Arora, P., **Stephan, S.H.,** Hershfeldt, P.A. & Alexander, A.L. (2013, May). Characteristics of University, School, and Community Partnerships: The Example of the MDS3 Initiative.

44. **Stephan, S.,** & Haak, J. (2013, June). Practical, Evidence-based Strategies for School Nurses as Front-Line Providers for Student Mental Health Needs. Workshop conducted at the National Association of School Nurses 45th Annual Conference, Orlando, FL.

45. **Stephan, S.,** & Connors, E. (2013, June). A Feasible, Cost-Effective Method to Using Evidence-Based Mental Health Interventions in Schools: The "Modularized" or "Common Elements" Approach. Workshop conducted at the National School-Based Health Care Convention, Washington, DC.

46. **Stephan, S.,** & Connors, E., (2013, June). Practical, Evidence-based Strategies for School Nurses as Front-Line Providers for Student Mental Health Needs. Workshop conducted at the National Association of School Nurses 45th Annual Conference, Orlando, FL.

47. Cunningham, D., Curtis, L., Lever, L., & **Stephan, S.** (2013, October). Evaluating the Impact of School Mental Health Programs on Student Functioning for Youth with Emotional Disabilities. Paper presented at the 18th Annual Conference on Advancing School Mental Health, Arlington, VA.

48. Kim, R., Becker, K., **Stephan, S.**, & Chorpita, B. (2013, October). Increasing the Impact of Evidence-Based Practice: An Engagement-Based Pro- gram for School Nurses (EBP). Workshop presented at the 18th Annual Conference on Advancing School Mental Health, Arlington, VA.

49. Haak, J., **Stephan, S.,** Twesigye, J. (2013, October). It Takes a Village: The Role of School Health Providers in Addressing Student Mental Health. Workshop presented at the 18th Annual Conference on Advancing School Mental Health, Arlington, VA.

50. Sumi, C., Woodbridge, M., Sturtz, J., Vona, P., Stein, B., **Stephan, S. (Chair)** (2013, October). Studies of the Efficacy, Implementation, and Sustainability of CBITS: An Evidence-based Mental Health Intervention for Students Exposed to Trauma. Symposium presented at the 18th Annual Conference on Advancing School Mental Health, Arlington, VA.

51. Gibson, J., Brandt, N., **Stephan, S.,** & Lever, N. (2013, October). Advancing mental health training and consultation for educators. Paper presented at the 18th Annual Conference on Advancing School Mental Health, Arlington, VA.

52. **Stephan, S.,** & Johnson, J. (2013, October). Integrating school mental health and PBIS: Selecting evidence-based practices. Workshop presented at the 2013 National PBIS Leadership Forum, Chicago, IL.

53. **Stephan, S.,** Koehler, L., & Herschfeldt, P. (2013, October). Expanding district-community partnerships through resource mapping. Workshop presented at the 2013 National PBIS Leadership Forum, Chicago, IL.

54. **Stephan, S.,** Langley, A., Joshi, S., Wong, M., & Stein, B. (2013, October). The role of mental health in promoting safe and supportive schools. Symposium presented at the 60th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Orlando, FL.

55. **Stephan, S.** (2014, April). Introduction to SBMH: Definitions and Examples That Fit the MTSS Model. Presented to the Annual Meeting of the Council for Exceptional Children, Philadelphia, PA.

56. **Stephan, S.** (2014, May). Telemental health in schools. Presented for the American Telemedicine Association conference, Baltimore, MD.

57. Perales, K., **Stephan, S.** (2014, October). Outcomes monitoring in school mental health. Workshop Presentation: The 19th Annual Conference on Advancing School-Based Mental Health, Pittsburgh, PA.

58. **Stephan, S.** (2014, October). International Symposium on School Mental Health. Discussant at the 61st Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Diego, CA.

59. **Stephan, S.** (2014, October). Telemental health in schools. Paper presented at the 61st Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Diego, CA.

60. **Stephan, S.** (2014, October). Impossible at Schools. Paper presented to the 61st Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Diego, CA.

61. **Stephan, S.** (2014, October). Recover after Newtown. Discussant at the 61st Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Diego, CA.

62. **Stephan, S.** (2014, October). School-wide Positive Behavior Interventions and Supports. Discussant at the 61st Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Diego, CA.

63. **Stephan, S.** (2014, October). International Partnership to Support Efforts to Improve Student Mental Health in South Korea. Paper presented at the 61st Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Diego, CA.

64. **Stephan, S.** (2014, October). School mental health assessment and intervention to support students with emotional and behavioural disabilities: Examples from the United States and United Kingdom. Paper presented at the 61st Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Diego, CA.

65. Connors, E., Schiffman, J., Stein, K. & **Stephan, S.** (2015, May). Impact of organizational factors on a randomized design of school mental health clinical training. Presented at The Association for Psychological Science 27th Annual Convention, New York, NY.

66. Ereshefsky, S., Connors, E., Schiffman, J. & **Stephan, S.** (2015, May). Individualized evidence-based youth mental health practices: A statewide workforce development study. Presented at The Association for Psychological Science 27th Annual Convention, New York, NY.

67. Ereshefsky, S., Mosby, A., Stevenson, J., Becker, K., Schiffman, J. & **Stephan, S.** (2015, May). Individualized evidence-based youth mental health practices: A statewide workforce development study. Presented at Maryland Department of Psychiatry Research Day, Baltimore, MD.

68. Parham, B., Lever, N., **Stephan, S. H.,** Palmer, T. (2015, May). Challenges and changes with a gambling prevention program for urban schools. Presented at Maryland Department of Psychiatry Research Day, Baltimore, MD.

69. Palmer, T., **Stephan, S. H.,** Cunningham, D. (2015, May). The impact of comprehensive school mental health services for youth with serious emotional and behavioral disabilities. Presented at Maryland Department of Psychiatry Research Day, Baltimore, MD.

70. Bruns, E., Lyon, A., McCauley, E., **Hoover Stephan, S.,** Bohnenkamp, J., & Weist, M. (2015, October). Evidence-based school mental health for all: Promising strategies for helping real-world providers in real-world schools. Paper presentation at the 20th Annual Conference on Advancing School-Based Mental Health, New Orleans, LA.

71. **Hoover Stephan, S.,** Lever, N., & Bohnenkamp, J. (2015, October). Be counted! An informational session on the School Health Services National Quality Initiative. Presentation at the 20th Annual Conference on Advancing School-Based Mental Health, New Orleans, LA.

72. Bernstein, L., Horoz, N., Mayworm, A., Sloane, T., Lever, N., & **Stephan, S.** (2015, October). Findings from initial implementation of online, avatar educator/staff training to support a statewide youth suicide presentation effort. Poster presentation at the 20th Annual Conference on Advancing School-Based Mental Health, New Orleans, LA.

73. Albright, A., George, M., McDaniel, H., Weist, M., **Stephan, S.,** & Lever, N. (2015, October). The impact of parent engagement in children's mental health services on parenting

stress. Poster presentation at the 20th Annual Conference on Advancing School-Based Mental Health, New Orleans, LA.

74. **Stephan, S.** (2016, March). Evidence-based practices to support trauma-exposed students. Workshop presented at the Banff International Conferences on Behavioral Science, Banff, Alberta, Canada.

75. Splett, J., George, M., Chafoulas, S., Reinke, W., **Stephan, S.** (2016, August). Accessing Behavioral Health Services: School-Based Examples of Research, Policy and Implementation. Discussant for the Workshop presented at the Annual Convention of the American Psychological Association, Denver, CO.

76. Weist, M., Lever, N., **Hoover Stephan, S.,** Connors, E., Barrett, S., & Eber, L. (2016, October). Improving PBIS and school mental health integration within effective multi-tiered systems of support: National resource center perspectives. Paper presentation at the 21st Annual Conference on Advancing School-Based Mental Health, San Diego, CA.

77. Cox, J., Lever, N., Willis, K., Mayworm, A., & **Hoover Stephan, S.** (2016, October). Telemental health pilot in an urban setting. Paper presentation at the 21st Annual Conference on Advancing School-Based Mental Health, San Diego, CA.

78. **Hoover Stephan, S.** (2016, October). Practice and policy tools to support schools in creating safe and supportive learning environments. Institute presented to the 63rd Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, NY.

79. Vona, P., **Hoover, S.,** Cichetti, C., Stein, B. (2017, October). Measure and improve your school's trauma responsiveness – Introducing a Free, Online Trauma-Responsive School Self-Assessment. Paper presented at the 2017 Annual Conference on Advancing School Mental Health, Washington, D.C.

80. Murphy, M., Abel, M., Fazel, M., Guzman, J., **Hoover, S.** (2017, October). What we can learn about promoting school mental health from the world's biggest programs. Symposium presented at the 2017 Annual Conference on Advancing School Mental Health, Washington, D.C.

81. Nyugen, C., **Hoover, S.,** Bohnenkamp, J., Schaeffer, C. Siegal, R., Freshour, C., Townsend, T., & Lewis, A. (2017, October). Promoting school safety through an emotional and behavioral health crisis response and prevention model: Research findings. Paper presented at the 2017 Annual Conference on Advancing School Mental Health, Washington, D.C.

82. **Hoover, S.** (2018, February). Improving the quality and sustainability of comprehensive school mental health systems. Presentation at the Association of Maternal and Child Health Programs Annual Conference, Washington, D.C.

83. Mayworm, A., & **Hoover, S.** (2018, February). The nuts, bolts and impact of implementing telepsychiatry in schools. Paper presented at the 2018 National Association of School Psychologists Annual Conference, Chicago, IL.

84. Vasa, R., Nair, P., Jay, S. Y., Goldstein, M., Baddoura, K., **Hoover, S.,** Edwards, S., Cwik, M., Wilcox, H. (2018, April). Assessment of suicide risk in children and adolescents with autism spectrum disorder presenting to a pediatric emergency department. Poster to be presented at 51st Annual American Association of Suicidology Conference, Washington, D.C.

85. Bohnenkamp, J., **Hoover, S.,** Schaeffer, C., Siegal, R., Lewis, A., & Nyugen, C. (2018, May). Promoting School Safety: A comprehensive emotional and behavioral health model. Paper presented at the 26th Annual Meeting of the Society for Prevention Research.

86. Connors, E., & **Hoover, S.** (2018, July). Bringing school mental health to a new level: A framework and resources to advance school-based services for students and families. Presentation at the 2018 System of Care Training Institutes, Washington, D.C.

87. **Hoover, S.** & Connors, E. (2018, July). Making school mental health screening and early identification a team sport: The collaborative roles of schools, community and families. Presentation at the 2018 System of Care Training Institutes, Washington, D.C.

88. Alexander, A., Sebian, J., & **Hoover, S.** (2018, July). Tipping point: Getting to wide scale adoption of quality, comprehensive school-based behavioral health within systems of care: Engaging education systems. Presentation at the 2018 System of Care Training Institutes, Washington, D.C.

89. **Hoover, S.** & Connors, E. (2018, July). Trauma-responsive schools: A self-assessment tool and framework for implementation. Presentation at the 2018 System of Care Training Institutes, Washington, D.C.

90. Bostic, J. Q., **Hoover, S.A.**, Camacho, D., Lever, N. (2018, October). Teacher Well-Being: From Research to Practice Track: School Climate, Social Emotional Learning, and Mental Health Promotion. Presentation at the 2018 Annual Conference on Advancing School Mental Health, Las Vegas, NV.

91. **Hoover, S.A.**, Hardy, M., Jackson, K., Lindsey, M., & Osher, D. (2018, October). The Interconnection of School Safety and Mental Health. Panel Presentation at the 2018 Annual Conference on Advancing School Mental Health, Las Vegas, NV.

92. Short, K., Crooks, C., **Hoover, S.**, Marra-Stapleton, P., MacKay, M. (2018, October). Supporting Transition Resilience of Newcomer Groups (STRONG): An Evidence-Informed Intervention to Support Refugee and Immigrant Students. Presentation at the 2018 Annual Conference on Advancing School Mental Health, Las Vegas, NV.

93. Carter, T., Connors, E., Ereshefsky, S., Bohnenkamp, J., Lever, N., & **Hoover, S.** (2018, October). Mental Health Screening Practices Among a National Sample of School Districts. Poster Presentation at the 2018 Annual Conference on Advancing School Mental Health, Las Vegas, NV.

94. Moore, S., Connors, E., Cox, J., Willis, K., & **Hoover, S.** (2018, October). School Psychiatry Service Structures and Processes to Inform Ongoing Training and Quality Improvement. Poster Presentation at the 2018 Annual Conference on Advancing School Mental Health, Las Vegas, NV.

95. **Hoover, S.**, & Crocker, J., Sebian, J., & Alexander, A. (2018, October). Tipping Point: Getting to Wide Scale Adoption of Quality, Comprehensive School Behavioral Health. Presentation at the 2018 Annual Conference on Advancing School Mental Health, Las Vegas, NV.

96. **Hoover, S.** (2019, March). Supporting Transition Resilience of Newcomer Groups (STRONG). Workshop presented to the 51st Annual Banff International Conference on Behavioural Science. Banff, Alberta, Canada.

97. **Hoover, S.**A. (2019, April). National best practices: Assessing and improving your school mental health quality. Workshop presented at the Southeastern School Behavioral Health Conference, Myrtle Beach, SC.

98. **Hoover, S.,** (2019. October). Strengthening Transition Resilience of Newcomer Groups (STRONG): Pilot findings from a cognitive behavioral intervention for refugees and immigrants in schools. Presentation at the Schools Committee Meeting of the American Academy of Child and Adolescent Psychiatry 66th Annual Meeting, Chicago, IL.

99. **Hoover, S.,** Lever, N., Sebian, J., Sachdev, N., Cashman, J., & Acosta-Price, O. (2019, November). Using National Guidance to Advance Comprehensive School Mental Health in your State and Local Community. Presentation at the 2019 Annual Conference on Advancing School Mental Health, Austin, TX.

100. Bruns, E., Holm-Hansen, C., Sander, M., **& Hoover, S.** (November, 2019. A Brief Intervention Strategy for School Mental Health Clinicians (BRISC): Findings from a Multi-Site Efficacy Study. Presentation at the 2019 Annual Conference on Advancing School Mental Health, Austin, TX.

101. Cicchetti, C., **Hoover, S.,** DeCarlo Santiago, C., Crooks, C., Marr-Stapleton, P., & Torres, S. (2019, November. Equipping School Personnel with Evidence-Informed Strategies to Support Refugee & Immigrant Students. Presentation at the 2019 Annual Conference on Advancing School Mental Health, Austin, TX.

102. **Hoover, S.,** Lever, N., Gotham, H., & Gonzalez, J. (2019, November). Mental Health Technology Transfer Center Network: Strategies for Building Comprehensive School Mental Health Services. Presentation at the 2019 Annual Conference on Advancing School Mental Health, Austin, TX.

103. Bradshaw, C., Carlton, M., Haak, J., **Hoover, S.,** & Splett, J. Research on Promoting School Safety by Preventing and Responding to Student Mental Health Concerns. Presentation at the 2019 Annual Conference on Advancing School Mental Health, Austin, TX.

104. Garrett, S. T., Chokroverty, L., Berkowitz, S., **Hoover, S. H.,** & Nastari, N. (2020, October). Be Silent, Run, Hide: Psychological Impacts of Lockdowns and Active Shooter Drills in School Settings: Child and Adolescent Psychiatrist, Media, and Educational Perspectives. Presented at the 2020 Virtual Meeting of the American Academy of Child and Adolescent Psychiatry.

105. Ryst, E., Ahn, M. S., **Hoover, S. H.,** Bostic, J. Q., Joshi, S. V., Ordonez, A. E., ... & Wimbiscus, M. M. (2020, October). School Closures and Re-Opening During COVID-19: Considerations for Child Psychiatrists. Presented at the 2020 Virtual Meeting of the American Academy of Child and Adolescent Psychiatry.

106. Liu, H. Y., Trivedi, H. K., **Hoover, S. H.,** & Rubin, D. (2020, October). From the Clinic to the C-Suite: Executive Leadership Skills for Child and Adolescent Psychiatrists. Presented at the 2020 Virtual Meeting of the American Academy of Child and Adolescent Psychiatry.

107. **Hoover, S.,** Fortier, A., Sayad, M., Santiago, C., Nadeem, E., Reinert, P., Cicchetti, C. (2020, October). MTSS for Newcomer Students in Canada and the US: The STRONG Intervention. Virtual symposium for the 25th Annual Conference on Advancing School Mental Health.

108. Gonzalez, J., **Hoover, S.,** Canelo, R. (2021, October). A mental health literacy training package for educators and school personnel. Virtual presentation for the 26th Annual Conference on Advancing School Mental Health.

109. **Hoover, S.** (2021, October). School's out: What happened to school mental health services in the COVID era? Discussant for symposium at the 2021 Virtual Meeting of the American Academy of Child and Adolescent Psychiatry.

110. Cohen, N., Carpenter, C., Bohnenkamp, J., Lever, N., Schaeffer, C., & **Hoover, S.** (2022, October). The Maryland School Mental Health Response Program: Development and Initial

Implementation. Presentation at the 2022 Annual Conference on Advancing School Mental Health, Virtual.

111.     Gotham, H., Gonzalez, J., Canelo, R., Zahn, M., Lever, N., & **Hoover, S.** (2022, October). Developing and Implementing Classroom WISE: A Mental Health Literacy Training Package for Educators and School Personnel. Presentation at the 2022 Annual Conference on Advancing School Mental Health, Virtual.

112.     **Hoover, S.**, & Crooks, C. (2023, March). Supporting Transition Resilience of Newcomer Groups (STRONG): Implementation and Evaluation of a School-Based Intervention for Immigrant and Refugee Students. Workshop presented to the 52nd Annual Banff International Conference on Behavioural Science. Banff, Alberta, Canada.

113.     McCormick, M., Demeusy, E., Robertson, H., Bostic, J., Israel, A., Rovaris, J. M., Pustilnik, S., Dell, A., James-Barnett, A., Biel, M., **Hoover, S.** (2024). Implementation of the ECHO Learning Model for School Staff Supporting Military-Connected Students and Families. [Poster Presentation]. 2024 Annual Conference on Advancing School Mental Health, Orlando, FL. United States.

114.     Berhmann, E., Bohnenkamp, J., & **Hoover, S.** (2024, December). National Vision and Action Steps to Advance School Mental Health in a Post-COVID Era. 2024 Annual Conference on Advancing School Mental Health. Orlando, Florida.

## Media Contacts

1.  **Stephan, S.** (2012, March). Schools turn to private therapists for troubled students. Newspaper interview with Patricia Wen, Boston Globe.
2.  **Stephan, S.** (2012, December). Television interview following school shooting at Sandy Hook Elementary School. CBS Baltimore WJZ.
3.  **Stephan, S.** (2012, December). Television interview following school shooting at Sandy Hook Elementary School. NBC Baltimore WBAL.
4.  **Stephan, S.** (2014, October). How teleconferencing could help urban schools solve a mental health crisis. Newspaper interview with Aarian Marshall, The Atlantic.
5.  **Stephan, S.**, (2015). Pushing for Standards in School Behavioral Health. Newspaper interview with Paul Jablow, thenotebook.org.
6.  **Stephan, S.,** (2016, May). The Role of School Nurses in Mental Health. Radio Interview with National Public Radio. Washington D.C.
7.  **Stephan, S.** (2016, November). School Mental Health. Interview with Houston Chronicle. Houston, Texas.
8.  **Stephan, S.,** (2016, December). Q & A Session: Student Mental Health: Challenges and Opportunities Facing School Districts as They Work to Advance Student Mental Health Services. Interview with American School Board Journal.
9.  **Hoover, S.** (2017, March). Television interview following planned school attack at Catoctin High School. CBS Baltimore WJZ.
10. **Hoover, S.** (2017, October). Television interview following hate crime in Baltimore City private school. NBC Baltimore WBAL.
11. **Hoover, S.** (2018, October). Mental Health in Schools. Interview series for documentary on mental health in public schools by I Love Public Schools, www.iloveps.org
12. **Hoover, S.,** (2018, December). School-Based Counselors Help Kids Cope with Fallout From Drug Addiction. Radio and print interview with Rachel Gotbaum, National Public

Radio, Washington, D.C. https://www.npr.org/sections/health-shots/2018/12/05/665307551/school-based-counselors-help-kids-cope-with-fallout-from-drug-addiction

13. **Hoover, S.** (2019, June). Dr. Sharon Hoover: Mental health assistance in schools will transform lives. Radio interview with Jim Mora, Radio New Zealand, Wellington, New Zealand. https://www.rnz.co.nz/national/programmes/sunday/20190602

14. **Hoover, S.** (2019, September). Interview with Stephanie Hepburn on the role of schools in a system of care. https://talk.crisisnow.com/dr-sharon-hoover-on-how-schools-are-stakeholders-in-mental-health-crisis/

15. **Hoover, S.** (2019, November). Interview on armed intruder drills and the impact on student mental health, Healthline, Washington, DC. https://www.healthline.com/health-news/active-shooter-drills-and-student-stress

16. **Hoover, S.** (2020, January). Interview on school mental health systems, National Public Radio (NPR)/MPR, Minneapolis, MN. https://www.mprnews.org/story/2020/01/23/in-many-minneapolis-schools-the-therapist-is-just-down-the-hall

17. **Hoover, S.** (2020, March). Participation in documentary funded by the Chartrand Family Foundation to document the history of school mental health systems in Duval County, FL.

18. **Hoover, S.** (2020, July). Interview on supporting student mental health as school restart. https://www.calltomindnow.org/as-school-starts-support-is-a-worry

19. **Hoover, S.** (2020, August). Interview on school readiness to address pandemic-driven mental health needs, National Public Radio (NPR)/MPR, Minneapolis, MN. https://www.mprnews.org/story/2020/08/11/schools-ready-to-address-pandemicdriven-mental-health-needs

20. **Hoover, S.** (2020, August). Schools seek ways to provide mental health services during pandemic. Marketplace. https://www.marketplace.org/2020/08/28/schools-mental-health-services-covid-19-remote-learning-counseling-hotlines-appointments/

21. **Hoover, S.** (2020, August). Interview on how schools and parents help kids cope during COVID-19, National Public Radio (NPR)/WYPR, Baltimore, MD. https://www.wypr.org/post/how-schools-and-parents-can-help-kids-cope?fbclid=IwAR3UKy26SrukslFBSRn1Udhhg3ThubDtP2Z8C7dvcfViDiVR1gCN9IOBLYc

22. **Hoover, S.** (2020, November). Interview on prioritizing mental health during COVID-19, CBS/WJZ, Baltimore, MD. https://baltimore.cbslocal.com/2020/11/06/coronavirus-cases-surge-doctors-urge-people-to-prioritize-mental-health/

23. **Hoover, S.** (2020, November). Interview on managing mental health impacts of COVID-19, Fox 45 News, Baltimore, MD. https://foxbaltimore.com/morning/managing-mental-health-impacts-of-covid-19

24. **Hoover, S.** (2021, January). Children's mental health impact of COVID, Washington Post, National. https://www.washingtonpost.com/local/education/student-mental-health-pandemic/2021/01/21/3d377bea-3f30-11eb-8db8-395dedaaa036_story.html

25. **Hoover, S.** (2021, February). Interview on legislation to offer student mental health days, NBC Washington, DC. https://www.nbcwashington.com/news/local/maryland-bill-would-give-students-mental-health-days-off-no-need-for-doctors-note/2567316/

26. **Hoover, S.** (2021, March). Interview on child and adolescent mental health during COVID, Maryland Public Television. https://www.youtube.com/watch?v=8MHEHMdYJF4

27. **Hoover, S.** (2021, March). Interview on child development during the pandemic, National Public Radio (NPR)/WAMU, National. https://the1a.org/segments/are-the-kids-alright-early-childhood-development-in-the-pandemic/

28. **Hoover, S.** (2021, March). Dealing with mental health struggles of virtual learning, Washington Post, National. https://www.washingtonpost.com/education/2021/03/15/pandemic-school-year-changes/?arc404=true

29. **Hoover, S.** (2021, May). U.S. Schools turn focus to mental health of students reeling from pandemic, Reuters. https://www.reuters.com/world/us/us-schools-turn-focus-mental-health-students-reeling-pandemic-2021-05-06/

30. **Hoover, S.**, (2021, May). As high schools open, Chelsea students divided over safety of return, Boston Globe. https://www.bostonglobe.com/2021/05/16/metro/high-schools-reopen-chelsea-students-divided-over-safety-return/

31. **Hoover, S.,** (2021, May). Mental health problems loom for the COVID Generation. Here's what schools can do. Ed Week. https://www.edweek.org/leadership/mental-health-problems-loom-for-the-covid-generation-heres-what-schools-can-do/2021/05

32. **Hoover, S.** (2021, May). Summer school 2021 will be big, and  hopefully better than usual. Tampa Bay Times. https://www.tampabay.com/news/education/2021/05/15/summer-school-2021-will-be-big-and-hopefully-better-than-usual/

33. **Hoover, S.,** (2021, May). Hopeful Futures Campaign calls on American schools to have comprehensive student mental health plans. USA Today. https://www.usatoday.com/story/news/health/2021/05/26/hopeful-futures-campaign-schools-need-student-mental-health-plans/7452068002/

34. **Hoover, S.** (2021, June). South Carolina parents can pay for kids to see school therapists, but costs. Greenville Times. https://www.greenvilleonline.com/restricted/?return=https%3A%2F%2Fwww.greenvilleonline.com%2Fstory%2Fnews%2Feducation%2F2021%2F06%2F09%2Fparents-owe-thousands-school-therapists-greenville-county-schools%2F4740653001%2F

35. **Hoover, S.,** (2021, June). Making sure students mental health needs are met. Fox News Baltimore. https://foxbaltimore.com/morning/making-sure-students-mental-health-needs-are-met

36. **Hoover, S.** (2021, August). Mental health in spotlight as Maryland K-12 schools reopen. Southern Maryland Chronicle. https://southernmarylandchronicle.com/2021/08/24/mental-health-in-spotlight-as-md-k-12-schools-reopen/

37. **Hoover, S.** (2021, August). Kids head back to school with limited mental health options. National Journal. https://www.nationaljournal.com/s/714674/kids-head-back-to-school-with-limited-mental-health-options/?unlock=BV2EU8QF0QXZLQK6

38. **Hoover, S.** (2021, August). Peace of Mind Maryland: Mental health services at city schools. WBAL Baltimore NBC News. https://www.wbaltv.com/article/peace-of-mind-maryland-mental-health-services-at-city-schools/37372229

39. **Hoover, S.** (2021, August). School mental health. Tradeoffs Podcast. https://tradeoffs.org/2021/09/02/schools-brace-for-pandemic-fueled-mental-health-needs/

40. **Hoover, S.** (2021, August). Kids head back to school – and bring COVID-19's mental health scars with them. Wall Street Journal. https://www.wsj.com/articles/covid-pandemic-mental-health-schools-depression-anxiety-11630333260

41. **Hoover, S.** (2021, October). Baltimore City student laptops are monitored for mentions of suicide. Sometimes, the police are called. Baltimore Sun. https://www.baltimoresun.com/education/bs-md-laptops-monitoring-20211012-a2j3vsytijhhjj36n57ri5zdhi-story.html

42. **Hoover, S.** (2021, October). How to confront COVID-19's toll on kids' mental health. National Geographic. https://www.nationalgeographic.com/science/article/how-to-confront-covid-19s-toll-on-kids-mental-health?cmpid=int_org=ngp::int_mc=website::int_src=ngp::int_cmp=amp::int_add=amp_readtherest

43. **Hoover, S.** (2021, November). COVID harmed kids' mental health – and schools are feeling it. PEW Trusts Stateline. https://www.pewtrusts.org/en/research-and-analysis/blogs/stateline/2021/11/08/covid-harmed-kids-mental-health-and-schools-are-feeling-it

44. **Hoover, S.** (2021, December). Omicron brings fresh concern for US mental health after 'two grim years.' The Guardian. https://www.theguardian.com/us-news/2021/dec/06/omicron-mental-health-america-covid-pandemic

45. **Hoover, S.** (2022, January). Youth mental health in troubling times. SoundCloud Radio interview. https://soundcloud.com/user-181018358/youth-mental-health-in-troubling-times

46. **Hoover, S.** (2022, February). Grading DC, Maryland and Virginia schools on mental health support. FOX5 Washington DC. https://www.fox5dc.com/news/grading-dc-maryland-and-virginia-schools-on-mental-health-support

47. **Hoover, S.** (2022, February). Experts express alarm over a youth mental health crisis. How are schools and politicians responding? https://www.kalw.org/show/your-call/2022-02-23/experts-express-alarm-over-a-youth-mental-health-crisis

48. **Hoover, S.** (2022, March). Is Maryland meeting students' mental health needs? https://www.wypr.org/show/on-the-record/2022-03-02/is-maryland-meeting-students-mental-health-needs?fbclid=IwAR3bWxvUzqDjmzGtHpPKCoae9XMev2-RdJ6eseEbrMPq3LtjvGn1yBCu1kk

49. **Hoover, S.** (2022, April). With students in turmoil, US teachers train in mental health. AP News. https://apnews.com/article/health-california-education-mental-health-distance-learning-7d6c8b93794d2522e5807ca9fe2fb0cf

50. **Hoover, S.** (2002, May). Spotlight on youth mental health during COVID. American Public Radio Call to Mind. https://www.calltomindnow.org/spotlight-on-youth-mental-health-during-covid

51. **Hoover, S.** (2002, May). How to talk about the Uvalde, Texas, elementary school shooting with your children. Baltimore Sun. https://www.baltimoresun.com/education/bs-md-ci-uvalde-texas-shooting-20220525-mg7oonv2sfa5biurvtgrrenbw4-story.html

52. **Hoover, S.** (2022, May). Advice for parents to calm their kid's fear after school shooting in Texas. ABC News. https://mms.tveyes.com/PlaybackPortal.aspx?SavedEditID=cf1fa6b8-82f0-4f61-86b0-11e69e29b5b2

53. **Hoover, S.** (2022, June). Supporting students: What's next for mental health. The Christian Science Monitor. https://www.csmonitor.com/USA/Education/Supporting-students-What-s-next-for-mental-health

54. **Hoover, S.** (2022, June). Mental health: Is that the job for schools? Hechinger Report. https://hechingerreport.org/mental-health-is-that-a-job-for-schools/

55. **Hoover, S.** (2022, June). Supporting students: What's next for school mental health in Alabama, U.S. Education Lab. https://www.al.com/educationlab/2022/06/supporting-students-whats-next-for-school-mental-health-in-alabama-us.html

56. **Hoover, S.** (2022, June). After year of violence, US schools try to tame tensions. AP News. https://apnews.com/article/covid-health-san-francisco-mental-459a57d7c8f69d25f0c36780d41a65a7

57. **Hoover, S.** (2022, July). Twitter Spaces Conversation on Student Mental Health. Ed Lab. https://mobile.twitter.com/csheasley/status/1549478155605446661

58. **Hoover, S.** (2022, July). Supporting students: What's next for mental health. https://hartfordtimes.com/library/supporting-students-whats-next-for-mental-health/

59. **Hoover, S.** (2022, August). School tensions solutions. Scripps National News. https://www.youtube.com/watch?v=HFUydFNMtN4

60. **Hoover, S.** (2022, September). Stress tests: Schools seek mental and behavioral health solutions. Laramie Boomerang. https://www.wyomingnews.com/laramieboomerang/news/stress-tests-schools-seek-mental-and-behavioral-health-solutions/article_4cd49a00-23d7-11ed-bd4d-3fe2e3e5500b.html

61. **Hoover, S.** (2022, September). Classroom mental health. Public Health Review Morning Edition. https://newscast.astho.org/273-classroom-mental-health/

62. **Hoover, S.** (2022, November). Schools struggle to hire more mental health professionals for students. PBS News Hour. https://www.pbs.org/newshour/education/schools-struggle-to-hire-more-mental-health-professionals-for-students

63. **Hoover, S.** (2023, February). Teen girls 'engulfed' in violence and trauma, CDC finds. Washington Post. https://www.washingtonpost.com/education/2023/02/13/teen-girls-violence-trauma-pandemic-cdc/

64. **Hoover, S.** (2023, February). Teenage girls experiencing record high levels of sadness, violence and trauma, CDC says. PBS News Hour. https://www.pbs.org/newshour/show/teenage-girls-experiencing-record-high-levels-of-sadness-violence-and-trauma-cdc-says

65. **Hoover, S.** (2023, April). One school's solution to the mental health crisis: Try everything. The Washington Post. https://www.washingtonpost.com/education/2023/04/28/school-mental-health-crisis-ohio/

66. **Hoover, S.** (2023, May). Sex? Sexual intercourse? Neither? Teens weigh in on evolving definitions – and habits. Associated Press. https://apnews.com/article/teen-sex-sexual-intercourse-meaning-fa0b10e0fb7e8fd8fd72ac9990c3321a

67. **Hoover, S.** (2023, May). From 'sneaky links' to 'situationships,' here's how Gen Z is redefining sex. Fortune. https://www.pbs.org/newshour/show/teenage-girls-experiencing-record-high-levels-of-sadness-violence-and-trauma-cdc-says

68. **Hoover, S.** (2023, May). Chaplains could work as school counselors under bill passed in Texas. Education Week. https://www.edweek.org/leadership/chaplains-could-work-as-school-counselors-under-bill-passed-in-texas/2023/05

69. **Hoover, S.** (2023, May). Mental health professionals answer parents' top questions about kids mental health. ABC News: Good Morning America. https://abcnews.go.com/GMA/Wellness/mental-health-professionals-answer-parents-top-questions-kids/story?id=99228964

70. **Hoover, S.** (2023, May). Despite their promise, school mental health screenings face resistance. Education Week. https://www.edweek.org/leadership/despite-their-promise-school-mental-health-screenings-face-resistance/2023/05

71. Samuel, A., & **Hoover, S.** (2023, June). Tackling the youth mental health crisis head-on. https://www.edsurge.com/news/2023-06-14-tackling-the-youth-mental-health-crisis-head-on

72. **Hoover, S.** (2023, August). In a crisis, schools are 100,000 mental health staff short. Washington Post. https://www.washingtonpost.com/education/2023/08/31/mental-health-crisis-students-have-third-therapists-they-need/

73. **Hoover, S.** (2023, October). How educators and teens disagree on what's harming students' mental health, in Charts. Education Week. https://www.edweek.org/leadership/how-educators-and-teens-disagree-on-whats-harming-students-mental-health-in-charts/2023/10

74. **Hoover, S.** (2023, November). The difference one person can make for others. Center for School Change. https://centerforschoolchange.org/2023/11/the-difference-one-person-can-make-for-others/

75. **Hoover, S.** (2024, January). Report finds drops in policing and mental health services in schools: U.S. Education Department reports new data on crime and safety for the 2021-22 school year. Washington Post. https://www.washingtonpost.com/education/2024/01/17/mental-health-schools-police-national-center-education-statistics/

76. **Hoover, S.** (2024, May).Taking stock of student mental health. eSchool News. https://www.eschoolnews.com/sel/2024/05/16/taking-stock-of-student-mental-health/

77. **Hoover, S.** (2024, June). The blueprint for school mental health support. Military Child Education Coalition Podcast. https://podcasts.apple.com/us/podcast/the-blueprint-for-school-mental-health-support/id1386801038?i=1000657793939

78. **Hoover, S.** (2024, July). MD Department of Health launches partnership to address youth behavioral health. Maryland The Daily Record. https://www.medschool.umaryland.edu/media/som/news/2024/Daily-Record-2.pdf

79. **Hoover, S.** (2025, May). Are the kids all right? Pew Charitable Trusts Podcast: Episode 157. https://www.pewtrusts.org/en/research-and-analysis/articles/2025/05/09/are-the-kids-all-right

**Exhibit B**

**Materials Considered**

**Dekalb Documents**

| Bates |
|---|
| 2017-2018 Discipline Incident Report by School |
| 2018-2019 ELEMENTARY MIDDLE HIGH CODE CONDUCT-FINAL |
| 2019- DIS010- System Totals by Discipline Incident Type |
| 2019-2020 ELEMENTARY MIDDLE HIGH CODE CONDUCT-FINAL |
| 2020-2021 ELEMENTARY MIDDLE HIGH CODE CONDUCT |
| 2021 GADOE -Discipline Incident Type |
| 2021-2022 ELEMENTARY MIDDLE HIGH CODE CONDUCT |
| 2022-2023 DCSD Code of Student Conduct-ENGLISH |
| 2023-2024 BULLYING CAMPAIGN DESIGNATION FORM1 |
| 2023-2024 BULLYING PRESENTATION FOR ADMINISTRATORS |
| 2023-2024 BULLYING REPORTING FORM-1 |
| 2023-2024 DCSD Code of Student Conduct |
| 2023-2024 ELEMENTARY SCHOOLS STUDENT BULLYING PRESENTATION |
| 2023-2024 FACULTY STAFF BULLYING AWARENESS PLEDGE |
| 2023-2024 FACULTY-STAFF BULLYING TRAINING PRESENTATION |
| 2023-2024 MIDDLE AND HIGH SCHOOLS BULLYING PRESENTATION |
| 2023-2024 PARENT-GUARDIAN BULLYING AWARENESS PLEDGE |
| 2023-2024 STUDENT BULLYING AWARENESS PLEDGE |
| 2023-2024-organizational-chart |
| APEX SBMH 2024 |
| BANNER RUBRIC - REVISED 6-23-23 |
| Board Policy IFBG Internet Acceptable Use |
| Board Policy IFBGB Web Pages |
| Chris180 2024 |
| DCSD Employee Handbook 2017-2018 |
| DCSD Employee Handbook 2018-2019 |
| DCSD Employee Handbook 2019-2020 |
| DCSD Employee Handbook 2020-2021 |
| DCSD Employee Handbook 2021-2022 |
| DCSD Employee Handbook 2022-2023 |
| DCSD Employee Handbook 2023-2024 |
| DIS010 - 2020 DCSD Totals by Discipline Incident |
| Discipline Incident Summary Report |
| Exhibit IFBG-E(1) Internet Acceptable Use - Student Social Media Guidelines |
| Exhibit IFBG-E(2) Internet Acceptable Use - Staff Social Media Guidelines |

| Bates |
|---|
| Pathways 2024 final copy |
| Q18_People with knowledge table |
| Regulation IFBGA-R(1) Electronic Communications |
| Regulation IFBG-R(1) Internet Acceptable Use - Technology Acceptable Use Agreement |
| Social Media MDL School District PFS_UPDATED_2024.03.19 |
| Summit 2024.02_2023.24 DCS SBMH Report |

### TikTok Documents

| Bates |
|---|
| TIKTOK3047MDL-002-00081100 |
| TIKTOK3047MDL-044-00844178 |
| TIKTOK3047MDL-049-00894714 |
| TIKTOK3047MDL-057-01051311 |

### Articles and Studies

| |
|---|
| Allcott, H., Braghieri, L., Eichmeyer, S., & Gentzkow, M. (2020). The Welfare Effects of Social Media. *American Economic Review*, 110(3), 629-76. DOI: 10.1257/aer.20190658. |
| Arundel, K. (June 8, 2025). Mental health crisis demands greater coordination between schools, pediatricians. |
| Ayer, L., Nickerson, K., Grumet, J. G., & Hoover, S. (2022). Effective suicide prevention and intervention in schools. In *Youth suicide prevention and intervention: best practices and policy implications* (pp. 31-40). Cham: Springer International Publishing. |
| Barrett, S., Eber, L., & Weist, M. D. (2013). Advancing education effectiveness: An interconnected systems framework for Positive Behavioral Interventions and Supports (PBIS) and school mental health. *Center for Positive Behavioral Interventions and Supports (funded by the Office of Special Education Programs, US Department of Education). Eugene, Oregon: University of Oregon Press*. |
| Blakemore, S. J., & Mills, K. L. (2014). Is adolescence a sensitive period for sociocultural processing? Annual review of psychology, 65, 187-207. |
| Bohnenkamp, J. H., Hartley, S. N., Splett, J. W., Halliday, C., Collins, D., Hoover, S., & Weist, M. D. (2023). Promoting school safety through multi-tiered systems of support for student mental health. *Preventing School Failure: Alternative Education for Children and Youth*, *67*(1), 9-17. |
| Bohnenkamp, J. H., Schaeffer, C. M., Siegal, R., Beason, T., Smith-Millman, M., & Hoover, S. (2021). Impact of a school-based, multi-tiered emotional and behavioral health crisis intervention on school safety and discipline. *Prevention science*, *22*(4), 492-503. |
| Brinkley, Collin (April 30, 2025) Associated Press, https://apnews.com/article/school-mental-health-grants-trump-biden-dei-00bec2d96371f023ac56fe3f32f3e92f |

Bruns, E. J., Lee, K., Davis, C., Pullmann, M. D., Ludwig, K., Sander, M., ... & McCauley, E. M. (2023). Effectiveness of a brief engagement, problem-solving, and triage strategy for high school students: Results of a randomized study. *Prevention Science*, *24*(4), 701-714.

Century, J., & Cassata, A. (2016). Implementation research: Finding common ground on what, how, why, where, and who. *Review of Research in Education, 40*(1), 169-215.

Chandrasena, P. and Ilankoon, I. (2022). The impact of social media on academic performance and interpersonal relations among health sciences undergraduates. Journal of Education and Health Promotion, 11(1), 117.

Chao, M., Lei, J., He, R., Jiang, Y., & Yang, H. (2023). TikTok use and psychosocial factors among adolescents: Comparisons of non-users, moderate users, and addictive users. *Psychiatry Research*, *325*, 115247.

Charmaraman, L., Richer, A. M., Liu, C., Lynch, A. D., & Moreno, M. A. (2021). Early adolescent social media–related body dissatisfaction: associations with depressive symptoms, social anxiety, peers, and celebrities. *Journal of Developmental & Behavioral Pediatrics*, *42*(5), 401-407.

Christakis, D. A., Mathew, G. M., Reichenberger, D. A., Rodriguez, I. R., Ren, B., & Hale, L. (2025). Adolescent Smartphone Use During School Hours. *JAMA pediatrics*.

Clayton, J. D. (2023). Navigating the Practical Challenges of MTSS Implementation. *Communique*, *52*(4), 12-17.

Common Sense Media. (2025). Digital Citizenship Curriculum.

Connors, E. H., Moffa, K., Carter, T., Crocker, J., Bohnenkamp, J. H., Lever, N. A., & Hoover, S. A. (2022). Advancing mental health screening in schools: Innovative, field-tested practices and observed trends during a 15-month learning collaborative. *Psychology in the Schools*, *59*(6), 1135-1157.

Connors, E. H., Stephan, S. H., Lever, N., Ereshefsky, S., Mosby, A., & Bohnenkamp, J. (2016). A national initiative to advance school mental health performance measurement in the US. *Advances in School Mental Health Promotion*, *9*(1), 50-69.

Dane, A., & Bhatia, K. (2023). The social media diet: A scoping review to investigate the association between social media, body image and eating disorders amongst young people. *PLOS Global Public Health*, *3*(3), e0001091.

Dontre, A. (2020). The influence of technology on academic distraction: a review. Human Behavior and Emerging Technologies, 3(3), 379-390.

Fallon, L. M., Veiga, M., & Sugai, G. (2023). Strengthening MTSS for behavior (MTSS-B) to promote racial equity. *School Psychology Review*, *52*(5), 518-533.

Fixsen, D. L., S. F. Naoom, K. A. Blase, R. M. Friedman, and F. Wallace. "Implementation research." *A Synthesis of the Literature* (2005): 2005.

Forman, Susan G., Edward S. Shapiro, Robin S. Codding, Jorge E. Gonzales, Linda A. Reddy, Sylvia A. Rosenfield, Lisa MH Sanetti, and Karen C. Stoiber. "Implementation science and school psychology." *School Psychology Quarterly* 28, no. 2 (2013): 77.

Fuhrmann, D., Knoll, L. J., & Blakemore, S. J. (2015). Adolescence as a Sensitive Period of Brain Development. *Trends in cognitive sciences*, 19(10), 558–566.

Gow, M., Tee, M., Garnett, S., Baur, L., Aldwell, K., Thomas, S., … & Jebeile, H. (2020). Pediatric obesity treatment, self-esteem, and body image: a systematic review with meta-analysis. Pediatric Obesity, 15(3).

Hatfield, J. (June 12, 2024). 72% of U.S. high school teachers say cellphone distraction is a major problem in the classroom. Pew Research Center.

Hayes, I., & Prother, A. (June 5, 2024). To Ban or Not to Ban? Educators, Parents, and Students Weigh In on Cellphones. Education Week.

Healthy Schools Campaign, Mental Health America, and Attendance Works. (May 13, 2024). The Impact of School Mental Health Services on Reducing Chronic Absence.

Heubeck, E. (June 10, 2024). Cellphones Turned My Teaching Career From 'Awesome' to Exhausting: How educators' No. 1 nemesis caused this teacher to quit. Education Week.

Hoover S, Bostic J: Schools as a vital component of the child and adolescent mental health system. Psychiatr Serv 72:37–48, 2021.

Hoover, S. A., Bostic, J. Q., & Nealis, L. K. (2020). What is the role of schools in the treatment of children's mental illness? *The Palgrave Handbook of American Mental Health Policy*, 409-447.

Hoover, S. A., Lever, N. A., Sachdev, N., Bravo, N., Schlitt, J. J., Price, O. A., ... & Cashman, J. (2019). *Advancing comprehensive school mental health systems: guidance from the field*. National Center for School Mental Health, University of Maryland School of Medicine.

Hopeful Futures Campaign: America's School Mental Health Report Card. (2025). Washington, DC, Inseparable.

Hunt, M. G., Marx, R., Lipson, C., & Young, J. (2018). No more FOMO: Limiting social media decreases loneliness and depression. *Journal of Social and Clinical Psychology, 37*(10), 751–768.

Jamil, M., Ain, Q., Batool, S., Saadat, S., Malik, S., Arshad, M., … & Latif, B. (2020). Impact of social media on academic performance. European Journal of Medical and Health Sciences, 2(5).

Jaycox, L. H., Cohen, J. A., Mannarino, A. P., Walker, D. W., Langley, A. K., Gegenheimer, K. L., & Schonlau, M. (2010). Children's mental health care following Hurricane Katrina: A field trial of trauma-focused psychotherapies. *Journal of Traumatic Stress: Official Publication of The International Society for Traumatic Stress Studies*, 23(2), 223-231.

Kartha, G., Navya, C., G, A., & Joshy, V. (2019). Body image perception among adolescent students in a private school in thrissur, kerala. Public Health Review International Journal of Public Health Research, 6(2), 68-75.

Kase, C., Hoover, S., Boyd, G., West, K. D., Dubenitz, J., Trivedi, P. A., ... & Stein, B. D. (2017). Educational outcomes associated with school behavioral health interventions: A review of the literature. *Journal of School Health*, *87*(7), 554-562.

Kliethermes, M. D., Drewry, K., & Wamser, R. A. (2025). Trauma-focused cognitive-behavioral therapy. In *Evidence-Based Treatments for Trauma-Related Disorders in Children and Adolescents* (pp. 219-243). Cham: Springer Nature Switzerland.

Kolhar, M., Kazi, R., & Alameen, A. (2021). Effect of social media use on learning, social interactions, and sleep duration among university students. Saudi Journal of Biological Sciences, 28(4), 2216-2222.

Lawson, G. M., McKenzie, M. E., Becker, K. D., Selby, L., & Hoover, S. A. (2019). The core components of evidence-based social emotional learning programs. *Prevention Science*, *20*, 457-467.

Lei, Z. (2023). Social media multitasking and college students' academic performance: a situation–organism–behavior–consequence perspective. Psychology in the Schools, 60(9), 3151-3168.

Lipkin, P. H., Okamoto, J., Council on Children with Disabilities and Council on School Health, Norwood Jr, K. W., Adams, R. C., Brei, T. J., ... & Young, T. (2015). The individuals

with disabilities education act (IDEA) for children with special educational needs. *Pediatrics*, *136*(6), e1650-e1662.

Love, H. E., Schlitt, J., Soleimanpour, S., Panchal, N., & Behr, C. (2019). Twenty years of school-based health care growth and expansion. *Health Affairs*, *38*(5), 755-764.

Maqableh, M., Rajab, L., Quteshat, W., Masa'deh, R., Khatib, T., & Karajeh, H. (2015). The impact of social media networks websites usage on students' academic performance. Communications and Network, 07(04), 159-171.

Marciano, L., Ostroumova, M., Schulz, P., & Camerini, A. (2022). Digital media use and adolescents' mental health during the covid-19 pandemic: a systematic review and meta-analysis. Frontiers in Public Health, 9.

McDaniel, S. C., Bruhn, A. L., & Mitchell, B. S. (2015). A tier 2 framework for behavior identification and intervention. *Beyond Behavior*, *24*(1), 10-17.

Michigan Medicine. (2024). *One-third of children ages 7–9 use social media apps.* University of Michigan Health Lab.

Miller, A. L., Gerardi, N., Mazza, J. J., Dexter-Mazza, E., Graling, K., & Rathus, J. H. (2023). Delivering comprehensive school-based dialectical behavior therapy (CSB-DBT). *Psychology in the Schools*, *60*(8), 2762-2781.

Mojtabai, R. (2024). Problematic social media use and psychological symptoms in adolescents. *Social psychiatry and psychiatric epidemiology*, *59*(12), 2271-2278.

Moore, P., Jackson, B.A., Leschitz, J.T., Wolters, N., Goode, T., Diliberti, M.K., Pham, P. F. (2024). Developing Practical Responses to Social Media Threats Against K-12 Schools. RAND.

Nafisah, A. (2024). The effect of social media on students' school life in Indonesia. Acta Pedagogia Asiana, 3(2), 80-90.

National Association of School Psychologists. (2023). Responding to Social Media Trends: Guidance for Caregivers.

National Education Association (August 12, 2024). Impact of Social Media and Personal Devices on Mental Health.

Office of the Surgeon General. (2023). *Social media and youth mental health: The U.S. Surgeon General's advisory.*

Orenstein, S., Connors, E., Fields, P., Cushing, K., Yarnell, J., Bohnenkamp, J., ... & Lever, N. (2023). Advancing school mental health quality through national learning communities. In *Handbook of School Mental Health: Innovations in Science and Practice* (pp. 215-231). Cham: Springer International Publishing.

Pew Research Center. (April 2025), Teens, Social Media and Mental Health.

Proctor, E. K., Landsverk, J., Aarons, G., Chambers, D., Glisson, C., & Mittman, B. (2009). Implementation research in mental health services: an emerging science with conceptual, methodological, and training challenges. *Administration and Policy in Mental Health and Mental Health Services Research*, *36*, 24-34.

Qustodio. (2024). *Annual Report: Children's Digital Habits 2024.* Business Insider summary.

Radesky, J., Weeks, H.M., Schaller, A., Robb, M., Mann, S., and Lenhart, A. (2023). Constant Companion: A Week in the Life of a Young Person's Smartphone Use. San Francisco, CA: Common Sense.

Raffoul, A., Ward, Z., Santoso, M., Kavanaugh, J., & Austin, S. (2023). Social media platforms generate billions of dollars in revenue from U.S. youth: Findings from a simulated revenue model. *PLoS ONE, 18*(12), e0295337.

Reaves, S., Bohnenkamp, J., Mayworm, A., Sullivan, M., Connors, E., Lever, N., ... & Hoover, S. (2022). Associations between school mental health team membership and impact on service provision. *School Mental Health, 14*(3), 672-684.

Riehm, K. E., Feder, K. A., Tormohlen, K. N., Crum, R. M., Young, A. S., Green, K. M., Pacek, L. R., La Flair, L. N., & Mojtabai, R. (2019). Associations Between Time Spent Using Social Media and Internalizing and Externalizing Problems Among US Youth. *JAMA psychiatry*, 76(12), 1266-1273.

Shane-Simpson, C. and Bakken, T. (2022). Students' fear of missing out predicts in-class social media use. Teaching of Psychology, 51(2), 141-150.

Sherman, L., Payton, A., Hernandez, L., Greenfield, P., & Dapretto, M. (2016). The power of the like in adolescence. Psychological Science, 27(7), 1027-1035.

Siebers, T., Beyens, I., Pouwels, J., & Valkenburg, P. (2021). Social media and distraction: an experience sampling study among adolescents. Media Psychology, 25(3), 343-366.

Stephan, S. H., Sugai, G., Lever, N., & Connors, E. (2015). Strategies for integrating mental health into schools via a multitiered system of support. *Child and Adolescent Psychiatric Clinics, 24*(2), 211-231.

Thai, H., Davis, C. G., Mahboob, W., Perry, S., Adams, A., & Goldfield, G. S. (2024). Reducing social media use improves appearance and weight esteem in youth with emotional distress. *Psychology of Popular Media, 13*(1), 162.

Tørmoen, A. J., Myhre, M. Ø., Kildahl, A. T., Walby, F. A., & Rossow, I. (2023). A nationwide study on time spent on social media and self-harm among adolescents. *Scientific reports, 13*(1), 19111.

Twenge, J. M., Martin, G. N., & Campbell, W. K. (2018). Decreases in psychological well-being among American adolescents after 2012 and links to screen time during the rise of smartphone technology. *Emotion, 18*(6), 765.

Twenge, J., Spitzberg, B., & Campbell, W. (2019). Less in-person social interaction with peers among u.s. adolescents in the 21st century and links to loneliness. Journal of Social and Personal Relationships, 36(6), 1892-1913.

United States. Public Health Service. Office of the Surgeon General, National Center for Chronic Disease Prevention, & Health Promotion (US). Office on Smoking. (2012). *Preventing tobacco use among youth and young adults: A report of the surgeon general*. US Government Printing Office.

Van Den Eijnden, R., Koning, I., Doornwaard, S., Van Gurp, F., & Ter Bogt, T. (2018). The impact of heavy and disordered use of games and social media on adolescents' psychological, social, and school functioning. *Journal of behavioral addictions, 7*(3), 697-706.

Vogels, E. A., Gelles-Watnick, R., & Massarat, N. (2022). Teens, social media and technology 2022. *Pew Research Center, 10*.

Weiss, C. L., Blizzard, A. M., Vaughan, C., Sydnor-Diggs, T., Edwards, S., & Stephan, S. H. (2015). Supporting the transition from inpatient hospitalization to school. *Child and Adolescent Psychiatric Clinics of North America, 24*(2), 371-383.

Weist, M. D., Eber, L., Horner, R., Splett, J., Putnam, R., Barrett, S., ... & Hoover, S. (2018). Improving multitiered systems of support for students with "internalizing" emotional/behavioral problems. *Journal of Positive Behavior Interventions, 20*(3), 172-184.

Weist, M. D., Hoover, S. A., Daly, B. P., Short, K. H., & Bruns, E. J. (2023). Propelling the global advancement of school mental health. *Clinical child and family psychology review, 26*(4), 851-864.

| Wilk, A. S., Hu, J.-C., Wen, H., & Cummings, J. R. (2022). Recent Trends in School-Based Mental Health Services Among Low-Income and Racial and Ethnic Minority Adolescents. *JAMA pediatrics*. |
| --- |
| Young, E. (2024). Frequent social media use and experiences with bullying victimization, persistent feelings of sadness or hopelessness, and suicide risk among high school students—Youth Risk Behavior Survey, United States, 2023. *MMWR supplements*, *73*. |
| Zahra, M. F., Qazi, T. A., Ali, A. S., Hayat, N., & ul Hassan, T. (2022). How Tiktok addiction leads to mental health illness? Examining the mediating role of academic performance using structural equation modeling. *Journal of Positive School Psychology*, *6*(10), 1490-1502. |

### Litigation Documents

| |
| --- |
| Master Complaint (Local Government and School District), March 26, 2024 In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation (MDL 3047) |
| Order Granting in Part and Denying in Part Defendants Motion to Dismiss the School District and Local Government Master Complaint, October 24, 2024 In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation (MDL 3047) |
| 2024-08-22 SD BW Pls.' Amended Rule 26 Initial Disclosures |
| 2024-04-01 Dekalb County Plaintiff Fact Sheet |
| 2024-07-31 Dekalb County Third Amended Plaintiff Fact Sheet |
| 2025-02-13 DeKalb County - SHAPE Profile |
| Deposition of Byron Schueneman 30(b)(6), March 11, 2025, In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation (MDL 3047), Transcript and Exhibits |
| Deposition of Kishia Towns, Ph.D, 30(b)(6), March 17, 2025, In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation (MDL 3047), Transcript and Exhibits |
| Deposition of Deborah Moore-Sanders 30(b)(1), April 9, 2025, In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation (MDL 3047), Transcript and Exhibits |
| Deposition of Monika Davis 30(b)(6), April 14, 2025, In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation (MDL 3047), Transcript and Exhibits |
| Deposition of Norman Sauce, April 15, 2025, In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation (MDL 3047), Transcript and Exhibits |
| Deposition of Darrell Trent Logan, April 16, 2025, In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation (MDL 3047), Transcript and Exhibits |
| Deposition of Denise Revels, April 18, 2025, In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation (MDL 3047), Transcript and Exhibits |
| Deposition of Kiana King, May 8, 2025, In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation (MDL 3047), Transcript and Exhibits |
| 2025.05.16 Expert Report of Dimitri Christakis, M.D., M.P.H |
| 2025.05.16 Expert Report of Dr. Ramin Mojtabai, M.D., Ph.D., MPH |
| 2025.05.16 Expert Report of Eva Telzer, Ph.D |
| 2025.05.16 Expert Report of Anna Lembke, M.D. |
| 2025.05.16 Expert Report of Dr. Jean M. Twenge, Ph.D |
| 2025.05.16 Expert Report of Gary Goldfield, Ph.D. |