**Exhibit 95**

**SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Page 1

1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
2

   ******************************
3                                   Case No.
   IN RE:  SOCIAL MEDIA ADOLESCENT  4:22-MD-03047-YGR
4  ADDICTION/PERSONAL INJURY
   PRODUCTS LIABILITY LITIGATION
5                                   MDL No. 3047
   ******************************
6

   This Document Relates To:
7

   Tucson Unified School District
8  v. Meta Platforms Inc., et a
9  Case No. 4:24-cv-1382
10 ******************************
11
12            VIDEOTAPED 30(b)(6) DEPOSITION OF
                TUCSON UNIFIED SCHOOL DISTRICT
13                   BY AND THROUGH
                  JULIE A. SHIVANONDA
14
15
        Held At:  JW Marriott Tucson
16                Starr Pass Resort & Spa
                  3800 W. Starr Pass Blvd
17                Tucson, Arizona
18
19                April 8th, 2025
                     2:02 p.m.
20
21
22
23
24
   Reported By:
25
   MAUREEN O. POLLARD, CA CSR #14449, RDR

Page 2

1

2

3                    Videotaped 30(b)(6) Deposition of

4    Tucson Unified School District, by and through

5    JULIE A. SHIVANONDA, held at JW Marriott Tucson

6    Starr Pass Resort & Spa, 3800 W. Starr Pass

7    Blvd., Tucson, Arizona, commencing at 2:02 p.m.,

8    on the 8th of April, 2025, before Maureen

9    O'Connor Pollard, Registered Diplomate Reporter,

10   Realtime Systems Administrator, California CSR

11   #14449.

12

13

14                    ï¿½ ï¿½ ï¿½

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1   APPEARANCES:
 2
     ON BEHALF OF THE PLAINTIFFS:
 3
           WAGSTAFF & CARTMELL
 4         4740 Grand Avenue, Suite 300
           Kansas City, Missouri 64112
 5         816-701-1145
           BY:  MICHAEL P. CUTLER, ESQ.
 6              mcutler@wcllp.com
 7
 8   ON BEHALF OF META PLATFORMS, INC. f/k/a
     FACEBOOK, INC.; FACEBOOK HOLDINGS, LLC;
 9   INSTAGRAM, LLC; FACEBOOK PAYMENTS, INC.;
     FACEBOOK OPERATIONS, LLC; FACEBOOK TECHNOLOGIES,
10   LLC; SICULUS, INC.; and MARK ELLIOT ZUCKERBERG:
11         SHOOK, HARDY & BACON LLP
           2555 Grand Boulevard
12         Kansas City, Missouri 64108
           816-474-6550
13         BY:  DANA STRUEBY, ESQ.
                dstrueby@shb.com
14         BY:  COURTNEY C. BURRESS, ESQ. (Zoom)
                cburress@shb.com
15
16
     ON BEHALF OF ALPHABET INC., GOOGLE LLC,
17   and YOUTUBE, LLC:
18         WILLIAMS & CONNOLLY LLP
           630 Maine Avenue, S.W.
19         Washington, DC 20024
           202-434-5380
20         BY:  ARMANI MADISON, ESQ. (Zoom)
                amadison@wc.com
21
22
23
24
25
```

```
                                        Page 4

 1    APPEARANCES (Continued):
 2
      ON BEHALF OF SNAP, INC.:
 3
            MUNGER, TOLLES & OLSON
 4          350 South Grand Avenue, 50th Floor
            Los Angeles, California 90071-3426
 5          213-683-9516
            BY:  VICTORIA A. DEGTYAREVA, ESQ.
 6              victoria.degtyareva@mto.com
            BY:  ROWLEY RICE, ESQ.
 7              rowley.rice@mto.com
            BY:  JULIA KONSTANTNINOVSKY, ESQ. (Zoom)
 8              julia.konstantninovsky@mto.com
            BY:  MOHAMED SAID, ESQ. (Zoom)
 9              mohamed.said@mto.com
10          and
11          MUNGER, TOLLES & OLSON
            601 Massachusetts Avenue NW
12          Suite 500E
            Washington, DC 20001
13          202-220-1126
            BY:  STEPHANY REAVES, ESQ.
14              stephany.reaves@mto.com
15
16
      Also Present:
17
      Videographer and Trial Tech:  Dan Lawlor
18
19
20
21
22
23
24
25
```

Page 5

```
 1                    INDEX
 2   EXAMINATION                          PAGE
 3   JULIE A. SHIVANONDA
 4     BY MS. DEGTYAREVA                    10
 5
 6
 7                  E X H I B I T S
 8   NO.        DESCRIPTION             PAGE
 9   Tucson-30(b)(6)-  Defendants' Amended
     Shivanonda-1      Supplemental Notice
10                     of Oral and
                       Videotaped 30(b)(6)
11                     Deposition of
                       Plaintiff Tucson
12                     Unified School
                       District............... 12
13
     Tucson-30(b)(6)-  Minutes for Regular
14   Shivanonda-2      Board Meeting,
                       Tuesday, September
15                     12, 2023............... 38
16   Tucson-30(b)(6)-  Tucson Unified School
     Shivanonda-3      District's Second
17                     Supplemental Initial
                       Disclosure Statement
18                     Pursuant to Federal
                       Rule of Civil
19                     Procedure
                       26(A)(1)(A)(iii)....... 52
20
     Tucson-30(b)(6)-  Plaintiff's Amended
21   Shivanonda-4      Answers to
                       Defendants'
22                     Interrogatories to
                       Tucson Unified School
23                     District (Set 3)....... 56
24   Tucson-30(b)(6)-  Plaintiff Fact Sheet
     Shivanonda-5      - School Districts
25                     (Supplemental)......... 114
```

```
 1
     Tucson-30(b)(6)-    Plaintiff Fact Sheet
 2   Shivanonda-6        - School Districts......  121
 3   Tucson-30(b)(6)-    Excel spreadsheet,
     Shivanonda-7        Bates
 4                       SM_TUSD_00184507........  124
 5   Tucson-30(b)(6)-    Plaintiff's Third
     Shivanonda-8        Amended Answers to
 6                       Defendants'
                         Interrogatories to
 7                       Tucson Unified School
                         District (Set 1)........  128
 8
     Tucson-30(b)(6)-    Policy Regulation,
 9   Shivanonda-9        Use of Cell Phones
                         and Other electronic
10                       Signaling Devices,
                         Bates
11                       SM_TUSD_00159360 and
                         9361...................  140
12
     Tucson-30(b)(6)-    Printout from Yondr
13   Shivanonda-10       Website................  145
14   Tucson-30(b)(6)-    E-mail chain, Bates
     Shivanonda-11       SM_TUSD_00319608
15                       through 9612............  147
16   Tucson-30(b)(6)-    Cell Phone Feedback
     Shivanonda-12       for Quarter 1 - 110
17                       Teachers Total
                         Separated by
18                       Department and YONDR
                         and non-YONDR, Bates
19                       SM_TUSD_00363931
                         through 3938............  153
20
     Tucson-30(b)(6)-    Governing Board
21   Shivanonda-13       Policy, Student Use
                         of Cell Phones and
22                       Other Electronic
                         Devices, Bates
23                       SM_TUSD_00006965 and
                         6966...................  161
24
25
```

Page 7

1

   Tucson-30(b)(6)-      PowerPoint, Pueblo
2  Shivanonda-14         Gardens PK-8,
                         2021-2022, Bates
3                        SM_TUSD_00165722
                         through 5746............  172
4
   Tucson-30(b)(6)-      Printout from TUSD's
5  Shivanonda-15         website.................  180
6  Tucson-30(b)(6)-      Printout of TUSD's
   Shivanonda-16         Facebook page...........  181
7
   Tucson-30(b)(6)-      Printout of TUSD's
8  Shivanonda-17         Instagram page..........  183
9  Tucson-30(b)(6)-      Printout of TUSD's
   Shivanonda-18         YouTube account.........  185
10
   Tucson-30(b)(6)-      PowerPoint, Bates
11 Shivanonda-19         SM_TUSD_00464074........  186
12 Tucson-30(b)(6)-      Document, Get Ready
   Shivanonda-20         for Tucson College
13                       Night, Bates
                         SM_TUSD_00183309........  187

14

15

16

17

18

19

20

21

22

23

24

25

Page 8

```
 1                    -   -   -
                DEPOSITION  SUPPORT  INDEX
 2                    -   -   -
 3
    Direction  to  Witness  Not  to  Answer
 4  PAGE         LINE
 5
         20        18
 6       21         3
         25        24
 7       33        18
 8
 9
    Request  for  Production  of  Documents
10  PAGE         LINE
    None.
11
12
13  Stipulations
    PAGE         LINE
14  None.
15
16
    Questions  Marked  Highly  Confidential
17  PAGE         LINE
    None.
18
19
20
21
22
23
24
25
```

Page 9

1                    P R O C E E D I N G S

2

3           THE VIDEOGRAPHER:  We are now on the

4      record.  My name is Dan Lawlor, I'm a

5      videographer representing Golkow, a

6      Veritext division.

7           Today's date is April 8, 2025, and

8      the time is 2:02 p.m.

9           This video deposition is being held

10     in Tucson, Arizona in the matter of Social

11     Media CA, MDL 3047, Tucson Unified School

12     District versus Meta Platforms, Inc., et

13     al.

14          The deponent is Julie Shivanonda.

15          Counsel will be noted on the

16     stenographic record.

17          The court reporter is Maureen

18     Pollard, and will now swear in the

19     witness.

20                    *    *    *

21 Whereupon,

22          JULIE A. SHIVANONDA,

23 being first duly sworn to testify to the truth,

24 the whole truth, and nothing but the truth, was

25 examined and testified as follows:

1                      EXAMINATION
2     BY MS. DEGTYAREVA:
3          Q.     Good afternoon, Ms. Shivanonda.
4                 Can you please state your name for
5     the record?
6          A.     Julie Ann Shivanonda.
7          Q.     And do you live here in Tucson?
8          A.     I do.
9          Q.     Do you understand that you're under
10    oath today?
11         A.     I do.
12         Q.     Is there any reason that you can't
13    give truthful and accurate testimony today?
14         A.     No.
15         Q.     And are you currently employed by
16    Tucson Unified School District?
17         A.     Yes.
18         Q.     How long have you been employed by
19    the school district?
20         A.     I began in 2012, and then I left the
21    district from 2020 until September of 2021 and
22    returned in September 2021.  So that's about
23    total 13 years.
24         Q.     What is your current job position?
25         A.     Director of social emotional

Page 11

1   learning and school counseling.

2        Q.    And what are your responsibilities
3   in that role?

4        A.    So I oversee the department, which
5   includes our school counselors.  I oversee two
6   school counseling coordinators, a coordinator of
7   social emotional learning, a program manager of
8   substance abuse prevention, a program
9   coordinator of substance abuse prevention, and
10  five community health workers.

11            And so our job is tasked with
12  supporting the social emotional well-being needs
13  of our students and our communities within the
14  Tucson Unified School District.

15       Q.    And do you understand that you're
16  testifying today as a corporate representative
17  of the Tucson Unified School District?

18       A.    I do.

19       Q.    So throughout my questions today I'm
20  going to at points say "TUSD" or "the district,"
21  and do you understand that when I say those
22  things I'm referring to Tucson Unified School
23  District?

24       A.    Correct.

25       Q.    I'm also going to talk about

```
                                              Page 12
 1   defendants' platforms, and do you understand
 2   that when I say "defendants' platforms" I'm
 3   referring to Facebook, Instagram, TikTok,
 4   Snapchat, and YouTube?
 5          A.     Yes.
 6          Q.     Now, do you understand that TUSD has
 7   designated you today to testify about a number
 8   of different topics?
 9          A.     Yes.
10               MS. DEGTYAREVA:  Let's mark as
11          Exhibit 1 tab 2.
12                    (Tucson-30(b)(6)-Shivanonda-1 was
13                    marked for identification.)
14               MR. CUTLER:  I've got mine from this
15          morning.  Is it the same one?
16               MS. DEGTYAREVA:  It should be, yeah.
17          We're going to restart at 1, but it should
18          be the same.
19               MR. CUTLER:  I don't need another
20          copy.  Thank you.
21   BY MS. DEGTYAREVA:
22          Q.     Ms. Shivanonda, can you please turn
23   to page 7 of this exhibit?  And do you see on
24   page 7 under Roman Numeral II it says Deposition
25   Topics?
```

Page 13

1          A.      Yes.

2          Q.      I just want to go through these so

3     that you can confirm which topics you're

4     prepared to testify about as TUSD's

5     representative.

6                  Looking at the first title there,

7     Use and Impact, Topics 1 through 7, which goes

8     on to pages 8 and 9.  Are you prepared to

9     testify about Topics 1 through 7?

10         A.      Yes.

11         Q.      Okay.  And then under Awareness,

12    Prevention, and Response, it has Topics 8

13    through 23 on pages 9, 10 and 11.  Are you

14    prepared to testify about Topics 8 through 23?

15         A.      Yes.

16         Q.      We're going to skip the next one and

17    go to page 13, Student Mental Health and Related

18    Services, and under that, Topics 32 through 48

19    which ends on page 16.  Are you prepared to

20    testify about Topics 32 through 48?

21         A.      Yes.

22         Q.      Okay.  The next one on page 16 is

23    Discipline and School Safety, Topics 49 and --

24    sorry, 49 through 55, ending on page 17.  Are

25    you prepared to testify about Topics 49

1    through 55?

2          A.    Yes.

3          Q.    Okay.  Then under School District

4    Performance and Operations, which begins on

5    page 17, are you prepared to testify about

6    Topics 56 through 59?  So not Topic 60 in that

7    section.

8          A.    Yes.

9          Q.    Okay.  Going on to page 18 where it

10   says Relief, are you prepared to testify to

11   Topics 61, 62, and 63?

12         A.    Yes.

13         Q.    And then, finally, under Other

14   District-Specific Topics, are you prepared to

15   testify to Topics 64 and then 66 through 69?

16         A.    It was my understanding that 66

17   would have been a previous defendant.

18         Q.    Excuse me.  I think I misspoke.  64

19   through 67 through 69.

20         A.    So 64, 65, 67, 68, and 69?

21              MR. CUTLER:  64, 67, 68, 69, I think

22         is what she said.

23              THE WITNESS:  Yes.

24   BY MS. DEGTYAREVA:

25         Q.    Okay.  64, 67, 68, and 69, are you

Page 15

1   prepared to testify about those topics?
2        A.    Yes, correct.  I apologize.
3        Q.    Thank you.
4              And do you understand that your
5   testimony today is the testimony of Tucson
6   Unified School District?
7        A.    Yes.
8        Q.    So because you are testifying on
9   behalf of the school district, I sometimes might
10  say "you" in my questions, and when I say that
11  I'm referring to Tucson Unified School District.
12             Do you understand that?
13       A.    I do.
14       Q.    What did you do to prepare to
15  testify for all of the topics that you've been
16  designated on?
17       A.    So I met with our legal counsel,
18  outside legal counsel as well as internal legal
19  counsel.  I reviewed some of the documents
20  within this case that were shared with me from
21  legal counsel.  And then I met with other
22  district-level stakeholders that might have more
23  explicit information in preparation.
24       Q.    So apart from legal counsel, which
25  other people did you meet with?

```
 1        A.    So I met with a handful of our
 2   school district counselors, the department --
 3   the director of school safety, director of
 4   student relations, director of instructional
 5   technology, director of human resources,
 6   assistant superintendent of curriculum and
 7   instruction, counseling coordinator for middle
 8   school and high school.  And I believe that
 9   covers it.
10        Q.    Okay.  I want to walk through a
11   couple of those.
12              You said you met with a handful of
13   school district counselors.  Do you remember how
14   many?
15        A.    Roughly ten.
16        Q.    And were those counselors from --
17   were they assigned to a specific school?
18        A.    Yes.  So each of our schools, they
19   do have either one or multiple school
20   counselors, and so the call was put out to any
21   school counselors who were interested in
22   discussing with me.  So there was about ten
23   school counselors ranging from elementary,
24   middle, and high school who were involved.
25        Q.    Of those approximately ten
```

Page 17

1    counselors, do you remember how many were
2    assigned to middle schools versus high schools
3    versus elementary schools?
4        A.    From my recollection, I don't
5    remember exactly, there was at least two that
6    were representing middle school, and then
7    probably five or six were at the elementary
8    school level, and the rest were at the high
9    school level.
10        Q.    So you said -- so if there's about
11    two at middle school, five or six at elementary,
12    does that mean two or three were high school?
13    Does that sound about right?
14        A.    Yes.
15        Q.    Do you remember -- do the
16    counselors -- are they assigned to any
17    particular type of topic area or subject area,
18    or do all counselors just provide general
19    counseling services?
20        A.    So in TUSD we following the ASCA
21    model, the American School Counselor Association
22    model, and so all of our school counselors are
23    tasked with meeting the requirements of the ASCA
24    model.  So they do focus on academic support and
25    readiness, social emotional support and

Page 18

1    readiness, as well as college and career
2    readiness.
3         Q.    So none of the counselors you talked
4    to would have been specialized in any particular
5    subject area?
6         A.    Correct.
7         Q.    And I think you mentioned the
8    director of school safety, is that right?
9         A.    Yes.
10        Q.    Who is that?
11        A.    Mr. Joe Hallums.
12        Q.    And the director of student
13   relations, right?
14        A.    Yes.  Anna Warmbrand.
15        Q.    And then the director of
16   instructional technology, who is that?
17        A.    Tracey Rowley.
18        Q.    Okay.  The director of human
19   resources, who is that?
20        A.    Jon Fernandez.
21        Q.    Okay.  And then the assistant
22   superintendent of curriculum and instruction,
23   who is that?
24        A.    Dr. Flori Huitt.
25        Q.    And then counseling coordinator for

Page 19

1    middle school and high school, who is that?

2          A.      Rebecca Carrier.

3          Q.      And for all of those positions, are

4    all of those positions sort of there's just one

5    person in each position, or are they kind of

6    like the counselors where there other people in

7    those positions that you didn't talk to?

8          A.      No, they are those of those

9    positions, correct.

10         Q.      Okay.  So apart from those people we

11   just talked about, anybody else other than

12   counsel that you spoke to to prepare for the

13   deposition?

14         A.      I don't know if that was part of

15   preparation, but we did meet with an expert,

16   Dr. Hoover.

17         Q.      What's his first name?

18               MR. CUTLER:  You can answer.

19               THE WITNESS:  I don't remember her

20        first name.

21   BY MS. DEGTYAREVA:

22         Q.      Her first name.

23               And what type of expert is

24   Dr. Hoover?

25               MR. CUTLER:  I'm going to object.

```
                                          Page 20

 1          Well, I guess if you know you can
 2      answer that question.  Go ahead.
 3          THE WITNESS:  So Dr. Hoover is an
 4      expert in social emotional learning,
 5      mental health, and she is from -- I don't
 6      remember what college she's from, but she
 7      was retained as an expert in the case, is
 8      my understanding.
 9  BY MS. DEGTYAREVA:
10      Q.   So what was the purpose of your
11  meeting with Dr. Hoover?
12          MR. CUTLER:  I'm going to object to
13      that to the extent it calls for privileged
14      communications.
15  BY MS. DEGTYAREVA:
16      Q.   So, Ms. Shivanonda, unless your
17  counsel instructs --
18          MR. CUTLER:  Yeah, I'll instruct you
19      not to answer the question.
20  BY MS. DEGTYAREVA:
21      Q.   In terms of preparing for this -- to
22  testify about the topics that you were
23  designated for in this deposition, what did you
24  discuss with Dr. Hoover?
25          MR. CUTLER:  Again I'm going to
```

Page 21

```
 1        object that it's not part of deposition
 2        preparation.
 3              And I'll instruct you not to answer.
 4   BY MS. DEGTYAREVA:
 5        Q.    So just to be clear, did you meet
 6   with Dr. Hoover to prepare for the deposition?
 7              MR. CUTLER:  I think she answered
 8        that.
 9              Go ahead.
10              THE WITNESS:  No.  In terms of these
11        topics, in preparation was meeting with
12        stakeholders within the district.  As part
13        of the larger context there was a meeting
14        that happened with Dr. Hoover.
15              MR. CUTLER:  Which is separate from
16        this deposition, so I think the questions
17        are about the deposition preparation.
18   BY MS. DEGTYAREVA:
19        Q.    Got it.
20              So in terms of preparation for the
21   topics that you were designated on for this
22   deposition, apart from the people we talked
23   about, and your counsel, anybody else that you
24   met with to prepare?
25        A.    No.
```

Page 22

```
 1        Q.    I think you said that you also
 2   reviewed some documents.  What documents did you
 3   review?
 4        A.    I reviewed this document to be in
 5   preparation of the topics, as well as Plaintiff
 6   Fact Sheet, as well as interrogatory documents.
 7        Q.    Did you review any internal TUSD
 8   documents or documents from TUSD databases,
 9   e-mail, anything that wasn't prepared for
10   purposes of the litigation specifically?
11             MR. CUTLER:  Anything not prepared
12        specifically for the litigation.
13             THE WITNESS:  I don't believe it was
14        not prepared for the litigation, no.  This
15        was in preparation for the litigation.
16   BY MS. DEGTYAREVA:
17        Q.    I'm sorry, maybe that was a poorly
18   worded question.
19             But apart from rog responses, the
20   PFS, and then the deposition notice, any other
21   documents you reviewed?
22        A.    Yes.  Internal documents.
23        Q.    What internal documents did you
24   review?
25        A.    Documents around practices in the
```

Page 23

1   school district, reviewing public documents, so
2   public information around -- there were some
3   questions around the district academic
4   performance and attendance data which is part of
5   internal documents, which is also publicly
6   populated; review of public documents of
7   governing board meetings; review of discipline
8   and school safety data which are part of
9   internal, which I believe were provided as part
10  of the deposition prep; internal created
11  documents for -- based on -- oh, there was one
12  other person that I forgot that I talked to.  Is
13  that okay?
14       Q.    Sure.  Well, how about you finish
15  your answer about documents and then we'll go
16  back to that one other person.
17       A.    So if I've spoken to anyone, it was
18  a review of particular data that would be able
19  to answer some of these questions.
20            And so there was some data collected
21  from our student information systems around
22  discipline data, around other documentation
23  around like our multi-tiered system of support
24  data, data that our counselors collect in terms
25  of as they monitor and adjust their practices

Page 24

1   within their work.

2          Q.     Okay.  Does that cover it?  Anything

3   else you reviewed, any other documents?

4          A.     That's -- yeah, that's basically it.

5          Q.     I'm going to ask you a couple more

6   questions about the documents, but you mentioned

7   there was one other person you spoke with that

8   you hadn't mentioned before.  Who was that?

9          A.     Yes.  Michael Blunt, he is a

10  coordinator of our multi-tiered system of

11  support process in the district.

12         Q.     Got it.

13                Okay.  So regarding the documents,

14  for the public documents I think you mentioned

15  board meeting minutes, is that right?

16         A.     Yes.

17         Q.     Do you remember which meeting

18  minutes you reviewed?

19         A.     I do not.  I did an overall kind of

20  general search for -- some of the questions

21  referred to any discussion topics around social

22  media, so a general search of potential

23  discussions around social media, as well as

24  governing board policy.

25         Q.     And when you say you did the search,

Page 25

1    do you mean just within the board documents, or

2    you did some kind of broader search across

3    multiple databases?

4          A.    Just within the governing board

5    document system.

6          Q.    Do you remember what types of terms

7    you used?

8                MR. CUTLER:  I'm going to object to

9          the extent that this was all done kind of

10         at the direction and/or with counsel.

11               If there are facts you learned or, I

12         guess, just the fact of having done it,

13         that's fine, but, you know, processes,

14         strategies, stuff like that are going to

15         be protected.

16               MS. DEGTYAREVA:  Are you instructing

17         her not to answer that question?

18               MR. CUTLER:  Can you repeat the

19         question?

20               MS. DEGTYAREVA:  I think I asked if

21         she used any particular search terms on

22         those documents to identify the ones that

23         she reviewed.

24               MR. CUTLER:  Yeah, I'll instruct her

25         not to answer.

Page 26

1           MS. DEGTYAREVA:   Okay.

2    BY MS. DEGTYAREVA:

3        Q.    So for public documents, apart from

4    these governing board meetings, any other public

5    documents you reviewed?

6        A.    TUSD governing board policy

7    documents as well as academic performance data.

8        Q.    Okay.  And the academic performance

9    data, what types of documents is that in?

10       A.    School letter grades.

11       Q.    Are those public documents?

12       A.    Those are public documents, yeah,

13   the school report cards essentially through the

14   Arizona State Department of Education.

15       Q.    Got it.

16            Okay.  You also mentioned discipline

17   and school safety data.  What does that refer

18   to?

19       A.    So that would be data that is

20   elicited from our student information system.

21   So as we -- as the district reports

22   student-level discipline, it gets reported into

23   the Synergy, Student Information System, and so

24   through my discussions with the director of

25   student relations we reviewed specific

Page 27

```
 1    student-level discipline data in preparation for
 2    being prepared for some of these topics.
 3            Q.     This is all data in Synergy?
 4            A.     Yes.
 5            Q.     Did you review just sort of
 6    aggregate numbers, or did you look up specific
 7    individual reports in Synergy?
 8            A.     Aggregate numbers.
 9            Q.     And so did you look at any
10    details -- beyond just how many numbers of each
11    violation, did you look at any details about
12    what those particular violations -- who they
13    were against, when they happened, what they were
14    about?
15            A.     Not in detail, no.
16            Q.     You say "not in detail."  Can you
17    explain what you mean by that?
18            A.     So through conversations as an
19    overall analysis of the data, discussions around
20    more specific information, but the actual
21    reports that I looked at were just the aggregate
22    numbers.
23            Q.     Got it.
24                   So you looked at the aggregate
25    numbers, but then you had conversations with
```

Page 28

1    others about details underlying those numbers?

2         A.    Correct.

3         Q.    And who did you have those

4    conversations with?

5         A.    Anna Warmbrand from student

6    relations, and Joe Hallums from school safety.

7         Q.    Okay.  You talked about data

8    collected "from our student information

9    systems."  What data is that?  Is that the

10   Synergy data, or is that something else?

11        A.    That's the Synergy data.

12        Q.    And then other documentation around

13   the multi-tiered system of support data, what

14   does that refer to?

15        A.    That is also housed in Synergy, our

16   student information system.  There is a section

17   within Synergy called MTSS dashboard, and so

18   looking at -- and that is our intervention

19   dashboard, so looking at specific numbers of

20   interventions based on certain categories to

21   give a broader picture of being able to answer

22   some of these topics.

23        Q.    So apart from the discipline data

24   and then the MTSS data in Synergy, any other

25   data in Synergy that you looked at?

Page 29

1          A.      Well, part of the data that was part
2     of discipline data is also the data that
3     connects to school safety, and how school safety
4     may or may not have responded in relation to the
5     discipline data.
6          Q.      Can you explain what the school
7     safety data is?
8          A.      So if there are disciplinary
9     instances that happen on a school campus that
10    may warrant school safety response, that would
11    be collected within the investigation in a
12    disciplinary instance.
13              So some of the questions asked about
14    whether or not school safety was a component of
15    -- in some of these topics, so looking at
16    potential -- if the overall, kind of, numbers
17    around how often school safety may or may not
18    have responded to any disciplinary instances on
19    school campuses.
20         Q.      And was that aggregate data, or was
21    that specific data about specific incidents?
22         A.      Overall aggregate.
23         Q.      Got it.
24              When you talk about data that
25    counselors collect, data that counselors

Page 30

```
 1    collect, what type of data did you review that
 2    counselors collect?
 3         A.    So counselors, they collect data
 4    around number of students who are either
 5    referred to them for support of any kind or
 6    whether or not students visit the counseling
 7    office for any sort of report or needs.
 8              Also school counselors provide
 9    interventions based on what I said the previous
10    data are on, MTSS, so they collect that data.
11              Counselors also in the past have
12    done more needs assessment type data around
13    their schools to drive their operating, whether
14    they do specific groups on school campus, and
15    so, but that -- over time due to legislation
16    that has been hindered somewhat.
17              So just overall data around the use
18    of time for counselors of how often they're
19    meeting with students, how often they are
20    providing classroom lessons, and then numbers of
21    students visiting the counseling office.
22         Q.    Is all of that data stored in a
23    database of some sort?
24         A.    It's internal.  So our coordinators
25    of counseling, they collect that data.  That's
```

```
                                    Page 31
 1   generally through things like Microsoft Forms
 2   that are internal data.
 3        Q.    Okay.  So do individual counselors
 4   fill out a form every time they meet with a
 5   student, or how do they -- how frequently would
 6   they fill out these forms?
 7             MR. CUTLER:  Object to form.
 8             You can answer.
 9             THE WITNESS:  Okay.  It depends.  So
10        counselors, they will -- their time of
11        use, depending upon the level, so our
12        coordinator that supports middle and high
13        school, they do time of use, and she asks
14        for them to submit that quarterly, whereas
15        in elementary and K-8, that coordinator,
16        she has -- she asks for that data on a
17        monthly basis.
18   BY MS. DEGTYAREVA:
19        Q.    The time of use data, is that just
20   here's how many hours I worked in a day, or is
21   that split up in a different way?
22        A.    It is, again, based on, you know,
23   number of small groups or classroom lessons or
24   number of students that they interacted with in
25   their office, or if they participated in an MTSS
```

Page 32

1    meeting, if they provided intervention supports

2    based on an intervention plan.

3        Q.    And the data that the counselors

4    collect, would that also include data about

5    individual students they met with?

6        A.    They do.  So we do have processes in

7    the district for majority of our support staff,

8    when they do meet with students for specifics,

9    and so all of that is housed in the Synergy

10    student information system.

11        Q.    And the data that you reviewed, did

12    that include data about individual students that

13    the counselors met with?

14        A.    No, it did not.  I was looking at

15    aggregate data.

16        Q.    Okay.  Any other categories of data

17    that we haven't -- we talked about the data in

18    Synergy, the public documents, the data that the

19    counselors collect.

20            Any other categories of data or

21    documents you reviewed?

22        A.    No.

23        Q.    Did you bring any documents with you

24    today?

25        A.    No.

Page 33

```
 1        Q.     And as you were reviewing the
 2   documents or talking to the people, apart from
 3   counsel, did you make any notes?
 4        A.     Not outside of being directed by
 5   counsel.
 6        Q.     And did you bring any notes with you
 7   today?
 8        A.     No, I did not.
 9        Q.     Apart from what we've already talked
10   about, anything else you did to prepare for the
11   deposition today?
12        A.     No.
13        Q.     Are you familiar with the
14   allegations in the case?
15        A.     From what I -- from talking with
16   counsel and based on the documents that we've
17   already discussed that we've reviewed --
18             MR. CUTLER:  If your understanding
19        is from counsel, I would instruct you not
20        to answer.  If you have a
21        self-understanding, then respond with
22        that.
23             THE WITNESS:  Okay.  My general
24        understanding is from discussions with
25        counsel.
```

1   BY MS. DEGTYAREVA:

2       Q.    So at a high level, do you

3   understand that TUSD has filed a lawsuit that

4   alleges that it has been harmed by defendants'

5   platforms?

6       A.    Yes.

7       Q.    So when did TUSD first begin to

8   believe that defendants' platforms were causing

9   harms in its schools?

10      A.    So, first, that's -- that's kind of

11  a difficult question.  I think explicitly, the

12  explicit intention or kind of investigation

13  whether or not to move forward with a lawsuit,

14  it's my understanding that those discussions

15  began in spring of 2023 with the governing

16  board, along with Dr. Trujillo, our

17  superintendent, and legal counsel, creating,

18  drafting the resolution to move forward in

19  September of 2024.

20      Q.    So before spring of 2023, did TUSD

21  have an understanding that defendants' platforms

22  were causing harms in the schools?

23      A.    It is my understanding that there

24  was a level of understanding that there was a

25  causal link between some of the harm that we

Page 35

1    were noticing and direct causal link, or

2    perceived causal link, to defendants' platforms,

3    yes.

4            Q.    When did TUSD first start to think

5    that there was a causal link?

6            A.    So from my understanding and in my

7    work, when we really started to see a direct

8    response was probably right around the --

9    anywhere from 2014 to 2016 when we started to

10   see an increase of discipline data and social

11   emotional needs in students based on the

12   increase of use of cellphone and social media

13   platforms within our schools.

14           Q.    You say an increase in discipline

15   data and social emotional needs.

16               During that time period, 2014-2016,

17   are you aware of any data that showed those

18   increases were connected to cellphones or social

19   media?

20           A.    So there's definitely anecdotal

21   data.

22               And then in terms of the school

23   district in collecting that data, it's

24   difficult.  Not all of that data is necessarily

25   able to be collected explicitly.

Page 36

1          Also, since 2014 we have had several
2     iterations of data platforms, and so in previous
3     data platforms it looks a little bit different
4     than what our data platforms look like now.  So
5     being able to determine exact data and
6     information, I'm not aware that -- if I could
7     speak directly to that from that time period
8     just because of the changes in data collection.
9          Q.    What were the previous platforms
10     that were used?
11          A.    Previously to Synergy the district
12     had an in-house-developed platform called
13     Mojave, and so it was a student information
14     system platform.  It was also where a lot of our
15     support staff documented their time, documented
16     disciplinary actions, or any supports that they
17     may have provided to students and/or
18     conversations with families.
19          Q.    So when did the district switch from
20     Mojave to Synergy?
21          A.     If I remember correctly, I believe
22     that was around either 2017 or 2018.
23          Q.    Was the data from Mojave transferred
24     into Synergy?
25          A.    As much as it was able to.  So I'm

Page 37

```
1   not a technology expert, and so my understanding
2   is somewhat limited on how that can transfer.
3   So that may have been some archived data, and
4   then some of the data that could have been
5   transferred, I believe, was transferred into the
6   Synergy platform.
7        Q.    Does the district still have any
8   data that was not able to be transferred from
9   Mojave into Synergy?
10        A.    I am not 100 percent aware.  I do
11   know that, I believe it was two years ago, the
12   district was involved in a technology breach,
13   and so I know because of that a lot of previous
14   data may not have been recovered.  I don't know
15   from what departments, what data was able to be
16   recovered and not prior to moving into more of a
17   cloud-based system.
18        Q.    TUSD asked its board of directors to
19   authorize bringing this lawsuit at a meeting on
20   September 12, 2023, is that right?
21        A.    Can you repeat the question?
22        Q.    Sure.
23              TUSD asked its board of directors to
24   authorize bringing this lawsuit, right?
25        A.    From my understanding, it was a
```

Page 38

1    discussion with superintendent, legal counsel,
2    the governing board.  A lot of that work also
3    may have happened in executive session, which is
4    not public knowledge.
5                MR. CUTLER:  I think she's just
6          asking about the process generally to
7          start.
8    BY MS. DEGTYAREVA:
9          Q.    Ms. Shivanonda, you can answer the
10    question as you understand it.  If you don't
11    understand a question, I would be happy to
12    rephrase it.
13          A.    Okay.  So from my understanding the
14    process began looking in at spring of 2023.
15          Q.    And was there a governing board
16    meeting on September 12, 2023, when this issue
17    was discussed?
18          A.    I don't remember all the dates of
19    meetings off the top of my head.
20                MS. DEGTYAREVA:  Can we mark as
21          Exhibit 2 tab 45?
22                    (Tucson-30(b)(6)-Shivanonda-2 was
23                    marked for identification.)
24    BY MS. DEGTYAREVA:
25          Q.    Ms. Shivanonda, do you recognize

Page 39

1   this document?

2          A.    So these -- this appears to be the

3   meeting minutes from the TUSD governing board

4   from September 12, 2023.

5          Q.    And if you turn to page 7 of the

6   document, you'll see at the very bottom it says

7   "Action:   6.3 Resolution in Support of

8   Litigation Against Social Media Companies."

9          A.    Okay.

10         Q.    Do you see that?

11         A.    I do.

12         Q.    Okay.  And then underneath that,

13  "Motion to approve the Tucson Unified School

14  District Resolution in Support of Litigation

15  Against Social Media Companies."

16                Do you see that?

17         A.    I do.

18         Q.    So before this meeting on

19  September 12, 2023, had the topic of social

20  media addiction ever come up in any TUSD

21  governing board meetings?

22         A.    Throughout governing board meetings

23  there are numerous topics that are brought to

24  the table.  I can't speak to specific dates.  I

25  have not have those memorized.

Page 40

1                But in terms of when we look at
2    overall discipline data, reports from discipline
3    data, there has been discussions around the use
4    of social media and the connection of social
5    media within our discipline and our discipline
6    policies, as well as a yearly review of our code
7    of conduct, and based on previous discussions,
8    based on previous discipline data, adjustment to
9    our code of conduct based on the need.
10                So over the past few years we've
11   made different iterations of the code of
12   conduct, including the most recent one where
13   there was also discussion of use of technology
14   and social media in our schools.
15        Q.    And understanding that you don't
16   remember exact dates, do you remember
17   approximately when these discussions concerning
18   social media occurred?  Like a year?  A month?
19        A.    I would say, from my understanding,
20   on a fairly regular basis, as we do discuss --
21   or as the board has discussed, or questions or
22   concerns have come up with the board around
23   discipline data, around school safety data, on a
24   fairly regular basis there's a connection to
25   social media that is discussed at governing

Page 41

```
1   board meetings.
2         Q.   So when was the first time that
3   connection to social media was discussed at a
4   governing board meeting?
5              MR. CUTLER:  Object to form.
6              THE WITNESS:  I -- again, I have not
7         memorized the dates of all the governing
8         board meetings.  There are at least two
9         meetings a month for as many years as the
10        governing board has been active, so I
11        cannot give you that date.
12  BY MS. DEGTYAREVA:
13        Q.   Do you remember the year that
14  discussions of social media first began in a
15  governing board meeting?
16             MR. CUTLER:  Object to form.
17             THE WITNESS:  Again, going back to
18        around 2015, 2016 when we started seeing a
19        larger increase in the connection of
20        discipline with social media, I imagine
21        that could have been, but I'm not
22        100 percent sure exactly when that began.
23  BY MS. DEGTYAREVA:
24        Q.   And would any discussions around
25  social media, if they happened at a board
```

Page 42

1  meeting, would they be reflected in the board

2  meeting notes?

3              MR. CUTLER:  Object to form.

4              THE WITNESS:  It's my understanding,

5         yes, all governing -- our school governing

6         board follows open meeting laws, and so

7         all of our governing board meetings are

8         recorded.  They are -- the meetings and

9         minutes are available online.  So all

10        recordings of -- by video and meetings are

11        available online.

12  BY MS. DEGTYAREVA:

13        Q.    Now, apart from -- or before this --

14  approving this motion to support the litigation

15  against social media companies, were there any

16  resolutions passed by the board that related to

17  social media?

18        A.    I'm not sure about specific

19  resolutions, but again, back to our code of

20  conduct, a lot of discussion around social media

21  and the levels of code of conduct and discipline

22  has been a topic, and that code of conduct has

23  been reviewed every year.  Created a new code of

24  conduct a couple of years ago.  Previously it

25  was the guidelines for rights, responsibilities

Page 43

1    of students, as well as board actions around the
2    use of social media and technology.
3         Q.    When was the code of conduct -- the
4    new code of conduct created?
5         A.    I don't remember the year.  GSRR, I
6    think was through 2020.  There was a previous
7    director.  I want to say either 2020 or 2021.
8         Q.    Has the code of conduct been updated
9    since then?
10        A.    It has.  It is updated yearly.
11        Q.    So is it your testimony that the new
12   code of conduct that was created in either 2020
13   or 2021, was that created because of social
14   media?
15             MR. CUTLER:  Object to form.
16             THE WITNESS:  The code of conduct,
17        the new -- it was just a new iteration of
18        our previous guides and responsibilities.
19        So we have always had expectations of our
20        students.  And then that also connects
21        with the due process as we look at
22        disciplinary practices within the
23        district.
24             And so as we continue to change with
25        the times, as we identify disciplinary

Page 44

1          trends, we update our code of conduct to
2          match based on the discipline that we have
3          seen year to year and over time.  And so
4          the updates to the code of conduct always
5          match what we are seeing within our
6          schools.
7    BY MS. DEGTYAREVA:
8          Q.     And so were there -- I guess going
9    back to my question.
10              Was the code of conduct -- were any
11   of the changes that were made in the new code of
12   conduct, were any of those changes made as a
13   result of social media use?
14         A.     In part.  So as we look at the code
15   of conduct, there is a specific section around
16   improper use of technology.  And so that was
17   also -- the verbiage was discussed and updated
18   due to the increase of the use of social media
19   within schools, yes.
20         Q.     Apart from that section, was there
21   anything else in the code of conduct that was
22   changed because of social media?
23         A.     Again, looking back at our previous
24   data and discipline data and what's needed in
25   the schools, very cognizant of that, and then

Page 45

1  adjusting our code of conduct due to that.

2            So through the analysis of the data,

3  looking at the code of conduct, improper use of

4  technology was one of them.

5            We do also look at, you know,

6  substance abuse as well as aggression data, and

7  all of that, also, I believe that there was some

8  discussion around the use of social media in

9  excess for some of those, and so updated some of

10  the code of conduct language due to that.

11        Q.    Okay.  You mentioned substance

12  abuse.

13            What changes were made to the code

14  of conduct related to substance abuse that were

15  made because of social media?

16            MR. CUTLER:  Object to form.

17            THE WITNESS:  So in the district we

18        have been very responsive to looking at

19        the needs of the community, and then

20        monitoring the data around the use of

21        substance use in our schools and in our

22        community.

23            We've also looked -- we've also

24        created different opportunities for

25        interventions and resources and supports.

Page 46

```
 1              And so we have in the past, as part
 2         of our code of conduct, if students are
 3         engaged with substances, then there was a
 4         stipulation in the code of conduct where
 5         students were able to engage in substance
 6         abuse workshop courses to reduce part of
 7         their discipline.
 8              And then with our newer, updated
 9         department for substance abuse that we are
10         working on this year, we are adjusting
11         that, and that is no longer part of the
12         code of conduct to where -- discipline.
13              One of the reasons for that was we
14         were noticing that students were not
15         necessarily engaging in those workshops
16         and continuing to use and abuse
17         substances.  And so the adjustment of the
18         code of conduct was falling back more on
19         the progressive discipline and following
20         through with that discipline versus
21         lightening the discipline, so to speak.
22    BY MS. DEGTYAREVA:
23         Q.    So, Ms. Shivanonda, which of these
24    changes were made as a result of social media?
25         A.    In response to what we've been
```

Page 47

```
 1    seeing in our schools.  So, again, as we look at
 2    discipline data, the through line through most
 3    of our discipline, we are finding that there are
 4    connections to social media.
 5              So often we would find substance
 6    abuse or substance use on our school campuses
 7    and through investigative practices identify
 8    that a number of those instances were involved
 9    with substance -- were involved with social
10    media.  Students were receiving substances,
11    buying and selling substances via social media
12    platforms and practices.  And so that also
13    adjusted the -- with the improper use of
14    technology on our campus, and then looking at
15    any of the other disciplinary practices that may
16    occur of that.
17              So if a student was engaging on
18    social media or improper use of technology, and
19    then if there was an aggression component, then
20    we would look at the progressive discipline.
21    And so all of that is wrapped in and connected
22    to the ongoing data points and analysis of how
23    we look at our discipline data to then adjust
24    our code of conduct and our progressive
25    discipline practices.
```

Page 48

1          Q.    When you talk about the discipline

2     data, are you referring to the Synergy data?

3          A.    Yes.

4          Q.    So in the Synergy data, where would

5     you look in the data to see if an incident was

6     related to social media?

7          A.    So that can be somewhat tricky.  So

8     as we -- the way that the district documents

9     data, there's only so much information that can

10    be housed within Synergy.  And so we look at the

11    highest level of infraction, and then through

12    the investigative process are able to then

13    determine the trigger point, so to speak, of

14    that discipline.

15               So in a lot of our discipline

16    practices, we were -- or discipline data, we

17    might see a higher level of on the -- the code

18    of conduct.  That will be as kind of the main

19    disposition.

20               And then in a lot of the notes that

21    administrators might be adding to that

22    discipline entry would be in the investigation

23    as they're talking to the student that was

24    involved and the other students, any other

25    witnesses.  And so through those we are then

Page 49

1  able to identify the majority of our discipline
2  practices are somehow connected to the use of
3  social media.
4          But, again, in our discipline, that
5  top infraction is because of the way that the
6  code of conduct is written, and then how we then
7  assign consequences based on that, and so we may
8  or may not always see in all of the discipline
9  records.
10         However, anecdotally, as we talk
11 with administrators on a regular basis, school
12 counselors, our administrators do work with
13 their regional assistant superintendents, as
14 well as student relations, as they look at the
15 overarching code of conduct and the infractions
16 to determine what a disciplinary consequence may
17 be.  And so through those conversations we can
18 see that that kind of through line is generally
19 connected with social media in some way.
20     Q.    So those notes you mentioned, would
21 those be notes that are accessible in Synergy?
22     A.    They could potentially.  It also
23 depends on the way that investigations are --
24 not all of the notes from an investigation might
25 always make it into Synergy, again, due to the

Page 50

1    platform itself and how we are able to document.

2         Q.    Where else would information about

3    an investigation be found?

4         A.    It might be in personal notes that

5    administrators and other school staff, they take

6    as part of the investigation process.

7         Q.    Are those notes collected anywhere?

8         A.    Generally, they -- it depends on the

9    notes and the infraction.  They may or may not,

10   just because of FERPA violations that may or may

11   not be housed within a student's cumulative file

12   or not.

13        Q.    Are there any other places where

14   notes from an investigation into discipline

15   might be found?

16             MR. CUTLER:  Object to form.

17             THE WITNESS:  Outside of Synergy and

18        if an administrator has their own notes, I

19        don't believe so.

20   BY MS. DEGTYAREVA:

21        Q.    So if you wanted to find out if a

22   particular incident related to social media, how

23   would you go about doing that?

24        A.    Well, we would look at the overall

25   discipline data within Synergy, and then have

Page 51

1    conversations with administrators.

2              The other component of that, if we

3    were to look into that data, all of our schools

4    do follow a practice of looking at their

5    school-level data.

6              We have what's called behavior

7    management team meetings that are required with

8    every school twice per month where they look at

9    their weekly and their monthly discipline data,

10   and then they have conversations around the

11   hotspots around the schools, are we seeing that

12   we're seeing an increase of fights on the

13   playground, are we seeing an increase of

14   students eloping from classrooms, are we seeing

15   evidence of reduced attendance.

16             And then they come up with

17   intervention plans to address that, and then

18   those reports are then turned into our student

19   relations department.

20        Q.    Where are the school-level weekly

21   and monthly discipline data?  Where is that

22   kept?

23        A.    That -- the data comes from Synergy,

24   so they are able to pull a report directly from

25   Synergy, and then there is a meeting template

Page 52

1   that they're required to fill out that then gets

2   turned into the student relations department.

3          Q.    And so every school has this type of

4   meeting twice per month?

5          A.    That is the expectation, yes.

6          Q.    Is there some -- is there a

7   centralized place where all of the meeting

8   templates that are filled out, where those are

9   stored?

10          A.    Yes.   There's a SharePoint site that

11   is facilitated by the student relations

12   department.

13          Q.    Okay.

14                MS. DEGTYAREVA:   Can we please -- I

15          think we're on Exhibit 3.   Can we mark

16          tab 46 as Exhibit 3?

17                     (Tucson-30(b)(6)-Shivanonda-3

18                     Was marked for identification.)

19   BY MS. DEGTYAREVA:

20          Q.    Ms. Shivanonda, do you recognize

21   this document?

22          A.    Yes.

23          Q.    Okay.   This is titled Tucson Unified

24   School District's Second Supplemental Initial

25   Disclosure Statement Pursuant to Federal Rule of

1  Civil Procedure 26(A)(1)(A)(iii).

2          And can you please turn to page 2?

3  So this is page 3 of the exhibit, but on the

4  bottom of the page it says number 2.

5          Do you see where it says Second

6  Supplemental Initial Disclosures at the top of

7  the page?

8      A.    Yes.

9      Q.    And then looking below, it says,

10 "Tucson Unified School District responds that,

11 at this time, it believes its estimated

12 approximate past compensatory damages total at

13 least $103,211,006."

14         Do you see that?

15     A.    I do.

16     Q.    Okay.  So these are -- the

17 approximately 103 million, those are the

18 monetary losses that TUSD attributes to

19 defendants' platforms, is that correct?

20     A.    Yes.

21     Q.    Then looking at the chart that lists

22 -- kind of gives some more detail on how those

23 losses are broken down, are there any monetary

24 losses that TUSD is claiming are attributed to

25 defendants' platforms that are not listed on

Page 54

1    this chart?

2         A.    Can you repeat the question?

3         Q.    Sure.

4               Does this chart include all of the

5    losses that TUSD is claiming are attributed to

6    defendants' platforms?

7               MR. CUTLER:  Object to form.

8               You can answer.

9               THE WITNESS:  It is my understanding

10        that as part of this litigation that this

11        information, yes, came from our chief

12        financial officer as he evaluated the

13        suggested damages, yes.

14   BY MS. DEGTYAREVA:

15        Q.    So are there any monetary losses

16   attributed to defendants' platforms that are not

17   on this chart?

18        A.    I would imagine that it would be

19   very difficult to put a specific dollar amount

20   number on just given the amount of need we have

21   in our district.  I would imagine that there may

22   be additional that might not be recognized in

23   here, but I was not part of the stakeholder

24   group who did this analysis to identify these

25   numbers.  I've reviewed this document, but I

```
                                          Page 55
 1   could not say for certain that this would
 2   encapsulate absolutely everything.
 3        Q.    Are you aware of any monetary losses
 4   that are not listed here?
 5        A.    Not specifically, no.
 6        Q.    And who was part of the stakeholder
 7   group that was involved in the analysis of
 8   identifying these numbers?
 9             MR. CUTLER:  Object to form.
10             THE WITNESS:  Do I answer?
11             MR. CUTLER:  Yes.  Unless I say --
12        instruct you not to, my objection is just
13        for the record.
14             THE WITNESS:  Okay.
15             MR. CUTLER:  So with my objection
16        noted, would you mind rereading the
17        question so you can answer?
18             MS. DEGTYAREVA:  I can just restate
19        it.
20             MR. CUTLER:  Okay.  Thank you.
21   BY MS. DEGTYAREVA:
22        Q.    So you mentioned there was a
23   stakeholder group that was involved in the
24   analysis of putting these numbers together.  Who
25   was part of that stakeholder group?
```

Page 56

```
 1        A.    So it's my understanding that TUSD
 2   legal counsel in conjunction with outside
 3   counsel and our chief financial officer.   I
 4   believe those were the main stakeholders that
 5   were looking at the overall monetary value.
 6        Q.    So this is divided into three
 7   categories of damages, right?
 8        A.    Yes.
 9        Q.    And the first one is, "Past human
10   and financial resources estimated to have been
11   expended in connection with the harms alleged in
12   Complaint."
13              Right?
14        A.    Yes.
15        Q.    All right.
16              MS. DEGTYAREVA:  Let's mark tab 47
17        as Exhibit Number 4.
18                  (Tucson-30(b)(6)-Shivanonda-4 was
19                  marked for identification.)
20   BY MS. DEGTYAREVA:
21        Q.    Ms. Shivanonda, have you seen this
22   document before?
23        A.    Yes.  I did review this with
24   counsel.
25        Q.    SO this is titled Plaintiff's
```

Page 57

```
 1   Amended Answers to Defendants' Interrogatories
 2   to Tucson Unified School District (Set 3).
 3               And if we go to -- starting at
 4   page 3, you'll see there's a lengthy response
 5   that goes on to page 4 that talks about on
 6   page 4 Category 1, Category 2, and Category 3 of
 7   damages.
 8               Do you see that?
 9        A.    I do.
10        Q.    So did you play any role in
11   preparing this response?
12        A.    I believe I did.  I believe in the
13   beginning of the litigation I did meet with
14   outside counsel and inside counsel as we began
15   to start to talk through who may have been
16   involved.
17               So, for example, we talked about
18   potentially --
19               MR. CUTLER:  I'm going to stop you
20          there.  And to the extent you're talking
21          about the discussions with counsel, that's
22          privileged.  So I think there are ways
23          to -- I think there are ways for you to
24          respond that don't include conversations
25          with counsel.
```

Page 58

1                    THE WITNESS:  Okay.

2       BY MS. DEGTYAREVA:

3            Q.    So without going into the substance

4       of any conversations you had with your counsel,

5       were you involved in preparing this response

6       about the three different categories of damages?

7            A.    I believe I may have been in initial

8       conversations in preparation for this overall.

9            Q.    And then on page 4 of this document

10      where it talks about Category 1 of damages,

11      that's referring to the past human financial

12      resources that we were just looking at in the

13      other document, right?

14           A.    I believe so.

15           Q.    And so you see it lists a number of

16      types of damages that fall into this category.

17      Were you involved in identifying the types of

18      damages that are included in Category 1?

19           A.    I believe in initial conversations

20      with counsel I believe I did contribute, yes.

21           Q.    So do you remember which of these

22      categories you identified?

23                    THE WITNESS:  Would that be

24           privileged?

25                    MR. CUTLER:  Yeah, I mean, I think

Page 59

```
 1          to the extent that you're having
 2          conversations with counsel where you're
 3          identifying things, that's privileged.
 4   BY MS. DEGTYAREVA:
 5          Q.    Ms. Shivanonda, let me ask you this.
 6                Are you aware of any other types of
 7   damages that are not listed here that would fall
 8   within what's called Category 1?
 9                (Witness reviewing document.)
10          A.    I amassed -- this is pretty robust.
11   However, there's, you know, a multitude of ways
12   that we've identified harm.  Off the top of my
13   head I can't speak to specifics, but I imagine
14   that there could potentially be additional.
15   It's hard to quantify all of the ways and all of
16   the things that we're seeing in the district.
17          Q.    So sitting here today are you aware
18   of any other types of damages that are not
19   included in this response?
20                (Witness reviewing document.)
21          A.    Off the top of my head at the
22   moment, no.
23          Q.    Okay.  And then it says in the
24   second paragraph on page 4 that, "In calculating
25   damages associated with Category 1, Plaintiff
```

```
                                              Page 60
 1   identified costs associated with certain staff,
 2   including teachers, assistant principals,
 3   principals, and staff providing mental health
 4   and related student support services."
 5                Do you see that?
 6        A.    Mm-hmm.
 7        Q.    What does "related student support
 8   services" refer to here?
 9        A.    I was not the person who created
10   this document, so I can't speak to what the
11   intention was.  In general, providing mental
12   health and related student support services,
13   there's a lot that goes into the need of mental
14   health.
15                We -- mental health could also
16   trigger outwardly behavioral incidences, and so
17   some potential support student services might be
18   creating of intervention plans, might be
19   coaching and training and supporting staff, in
20   supporting students, might be also looking at
21   overall classroom environment, overall school
22   climate and culture, and overall support of
23   student services.
24                So could be a multitude -- a
25   multitude of things wrapped in that.
```

Page 61

1          Q.    And so then the staff positions that
2     sort of fall into these categories are listed in
3     Exhibit 1 of this document, right?  And if you
4     can turn a couple of pages on, you'll see it
5     says Exhibit 1, and there's a chart after it.
6                Do you see that chart on the first
7     page of Exhibit 1 and another chart on the
8     second page of Exhibit 1?
9          A.    Yes, I see that.
10          Q.    Are those all of the staff positions
11     that fall within sort of these Category 1
12     damages?
13          A.    I do know that in the creation of
14     this document a lot of discussion was around.  I
15     don't know 100 percent certain that this would
16     be an exhaustive list.
17                Again, it's very intricate in the
18     way that our school districts are created and
19     who may be collaborating to support.  This does
20     look like a fairly comprehensive list, but it
21     may or may not be completely exhaustive.
22          Q.    So looking at the first chart in
23     Exhibit 1 of this document, who was responsible
24     for selecting the positions to include in this
25     chart?

Page 62

```
 1              MR. CUTLER:  I'm going to object to
 2        the extent that this was covered in the
 3        prior deposition and answered.
 4              But you can answer.
 5  BY MS. DEGTYAREVA:
 6        Q.    Who was responsible for selecting
 7  the positions included in this chart?
 8        A.    It was my understanding that
 9  internal legal counsel, external legal counsel,
10  collaboration with chief financial officer.  I'm
11  not sure at what and how -- what capacity our
12  superintendent may have been involved, but the
13  majority of this was determined with counsel,
14  again within preliminary discussions that I was
15  part of with counsel, also different
16  departments, we kind of identified who in our
17  departments may be providing support, so I think
18  that also influenced these lists.
19        Q.    Did you provide input into what
20  positions should be included here?
21        A.    I did.  So based on any of the
22  positions that may be connected to my particular
23  department, yes.
24        Q.    And so what did TUSD do to determine
25  that each of these positions was in some ways
```

```
                                          Page 63
 1   impacted by defendants' platforms?
 2              MR. CUTLER:  Object to form.
 3   BY MS. DEGTYAREVA:
 4         Q.    You can answer.
 5         A.    As we look at our overall operating
 6   procedures in the district, we identify specific
 7   staff members that provide specific resources
 8   and supports to students in our school
 9   community.
10              The majority of the employees listed
11   on these lists do in some capacity provide
12   behavioral support, instructional support.  The
13   difficulty in kind of parsing that out is that
14   within a school district system if a student,
15   for example, goes to the health office for a
16   stomachache, that could mean that they have a
17   stomachache, it could mean that they're going to
18   the health office every day in math because they
19   have math anxiety.
20              And so then the health assistant
21   would then potentially collaborate with other
22   staff within the school system to then determine
23   whether or not it was an academic issue, whether
24   it was a physical issue, whether it was a mental
25   health issue, or a behavioral issue.
```

Page 64

1              And so because of that, it can get
2    somewhat cumbersome to identify, so the majority
3    of the staff on our school campuses would be
4    somehow connected in supporting the overarching
5    whole child needs of all of our students.
6         Q.    So did you -- does this list include
7    essentially every staff member that supports the
8    overarching whole child needs of their students?
9              MR. CUTLER:  Object to form.
10             THE WITNESS:  Can you -- on the
11        tablet, can you go to the second page and
12        make it bigger for me?  This one is very
13        hard to read.
14   BY MS. DEGTYAREVA:
15        Q.    The writing is very small.
16        A.    Okay.
17             (Witness reviewing document.)
18        A.    So all of these staff would
19   absolutely support.  There's -- there actually
20   are probably some staff on here that are not
21   indicated that I think could be.
22             So when a student comes to a campus,
23   there's a multitude of staff members that
24   they're going to potentially engage in.  We're
25   not sure, you know, if a student is going to

Page 65

1    connect with the office manager, for example.
2    Or they're crossing the crosswalk so they might
3    also make a connection with the crossing guard.
4    They might also, you know, share something about
5    their day or how they're feeling with a crossing
6    guard.
7             So the reality is that students
8    might make a connection with an adult on the
9    school campus, and so there are probably other
10   people represented on here that may also be
11   involved in the support of the overarching needs
12   of our children.
13            I think this is a pretty significant
14   list, but I would imagine there's probably
15   additional people that we also could lean into
16   to say that some of their work would also be
17   supporting student overall mental health.
18       Q.    Okay.  So it's your understanding,
19   though, that this list includes the positions
20   that are involved in supporting the overarching
21   needs of the students?
22       A.    Yes, this list does that, and then
23   there might be others that are missing.
24       Q.    Now, if you go back to -- actually,
25   sorry, staying on these two charts, you'll see

Page 66

1    that both charts start with school year 16-17,

2    2016-2017?

3         A.    Mm-hmm.

4         Q.    What's the basis for starting these

5    calculations at school year 2016-2017?

6              MR. CUTLER:  I will object.  This

7         was asked and answered earlier as well.

8              But you can answer.

9    BY MS. DEGTYAREVA:

10        Q.    You can answer.

11        A.    Again, from my understanding, what

12   we talked about before, we -- as we started to

13   see an increase in the need, an increase in use

14   of cellphones and social media started right

15   around anywhere from 2014, 2015, 2016.  So I

16   think 2016 is a pretty good basis in terms of

17   when we really started to see a spike in needs

18   of students.

19        Q.    And you say 2016 is when you

20   "started to see a spike in needs of students."

21   What data does TUSD have that shows that spike

22   in the needs of students?

23        A.    So again multiple -- multitude of

24   data points.  Again, some of the data we may not

25   be able to explicitly access now due to shifts

Page 67

1   in data reporting.

2            I can just say from my personal

3   experience when I was working in a school in

4   2016 -- I was at a middle school in 2016 -- I

5   regularly would engage with students, behavioral

6   and social emotionally, due to the use of social

7   media.  And so from my personal experience I can

8   say that just from my work with students we did

9   see a significant increase in around 2015, 2016.

10       Q.    What districtwide data -- so not

11  specific to just one middle school, but what

12  districtwide data does TUSD have that shows that

13  there was a spike in the needs of students

14  around 2016?

15            MR. CUTLER:  Object to form.

16            THE WITNESS:  We do have discipline

17       data that spans, you know, the years, we

18       do collect that data, so whether or not we

19       could access the Mojave data prior to

20       moving to into Synergy.

21            But, again, discipline data does

22       show connections between the use of

23       student devices and technology and

24       increase in behavioral instances on our

25       campuses.

Page 68

```
 1   BY MS. DEGTYAREVA:
 2        Q.    In preparing to testify for the
 3   deposition today, did you review any
 4   districtwide data that showed there was a spike
 5   in the needs of students starting around the
 6   2016-2017 school year?
 7        A.    Not from 2016, due to the shift in
 8   and because of the data breach, so I wasn't able
 9   to see that.
10        Q.    Now, going back -- so in this
11   document, going back to page 4, in the second
12   paragraph you'll see it says -- after it
13   identifies the types of staff that were
14   included, it says, "A percentage was then
15   applied to each staff category or position for
16   each respective year to reach an approximate
17   total of this category of damages."
18              Do you see that?
19        A.    I do.
20        Q.    So then if we go back to Exhibit 1,
21   to the two charts we were looking at, in both
22   charts there's a column that says Weight, and
23   then it has a percentage.
24              Do you see those columns?
25        A.    I do.
```

Page 69

1        Q.    How did TUSD calculate the
2    percentage to put in the Weight columns?
3              MR. CUTLER:  Object to form.  Asked
4         and answered.
5              You can answer.
6              THE WITNESS:  So as we look at again
7         these particular positions, really looking
8         at the purpose of the position and then
9         potentially the amount of time spent,
10        again, in preparation for the litigation
11        with internal and outside legal counsel,
12        different departments did provide input
13        around which positions may be included,
14        and how much of that work would be
15        potentially connected to the litigation.
16   BY MS. DEGTYAREVA:
17        Q.    So you said looking at "the amount
18   of time spent."  Does TUSD have any data showing
19   the amount of time that each of these positions
20   spends on issues related to social media?
21        A.    There may be some.  So not all of
22   our positions are required to clock in and out,
23   not a lot of our -- not all of our positions are
24   required to collect data around minute by minute
25   or hour by hour.

Page 70

1           Anecdotally as we have discussions
2    and department leaders do know what their
3    employees are working on, utilizing evaluation
4    processes, strategic planning, action plans,
5    different departments are able to ascertain the
6    level of work that their individual employees
7    are doing, and so that was a big part of it.
8         Q.    Has TUSD conducted any analysis to
9    show how much time each of these positions
10   spends on issues related to defendants'
11   platforms?
12              MR. CUTLER:  Object to form.
13              THE WITNESS:  I'm not aware of any
14        explicit analysis.
15   BY MS. DEGTYAREVA:
16        Q.    Has TUSD collected these sort of
17   different data sources you mentioned, evaluation
18   processes, strategic planning, has TUSD
19   collected that information to try to analyze the
20   amount of time spent?
21              MR. CUTLER:  Object to form.
22              THE WITNESS:  As the district as a
23        whole, I know it's the expectations of
24        each individual department to develop
25        those and manage those.  As the district

Page 71

```
 1        as a whole, I'm not aware that there's
 2        been any sort of explicit collection
 3        protocol for collecting that and then
 4        doing any deep dive of analysis.
 5   BY MS. DEGTYAREVA:
 6        Q.    Does TUSD allege that any of the
 7   positions listed on these two charts were
 8   created specifically because of defendants'
 9   platforms?
10             MR. CUTLER:  Objection.  Asked and
11        answered.
12             THE WITNESS:  So there's been --
13        social media platforms have definitely
14        influenced.  So again looking at the
15        overarching needs of the district, I can
16        speak to my particular department, and my
17        position was explicitly created to address
18        the explicit social emotional mental
19        health needs of our students, which I know
20        was also heavily influenced based on the
21        data.
22             And as we've seen with social media
23        being kind of that through line between --
24        through a lot of our data, especially our
25        discipline data, our school climate and
```

Page 72

```
 1              culture data, that was definitely an
 2              influencing factor in the creation.
 3                   In the school counseling department,
 4              the decision to apply for the Arizona
 5              Department of Ed school safety grant to
 6              increase the number of school counselors
 7              and social workers, and those school
 8              counselors and social workers are
 9              indicated on this list, was influenced
10              again by the overarching anecdotal data,
11              disciplinary data.
12                   Again, that connection to social
13              media and what we were seeing in the
14              increase of anxiety and depression and
15              overall mental health supports needed in
16              our school campuses was heavily influenced
17              due to social media.
18    BY MS. DEGTYAREVA:
19         Q.   You mentioned several times, you
20    know, overall mental health support and social
21    emotional mental health needs of students.
22    Which positions on these charts does TUSD allege
23    were created specifically because of defendants'
24    platforms, not overarching mental health, but
25    specifically because of defendants' platforms?
```

Page 73

1           MR. CUTLER:  Objection.  Asked and
2      answered.
3           You can answer again.
4           THE WITNESS:  Social media platforms
5      highly influence the anxiety, the
6      depression, body dysmorphia.  We've seen
7      an increase in disciplinary needs due to
8      social media, due to students creating
9      profiles and posting about fights which
10     are then disrupting the classroom
11     environment.
12          And so the influence of social media
13     is an identified cause for needing the
14     increase of social emotional mental
15     support -- mental health supports on our
16     campuses.
17  BY MS. DEGTYAREVA:
18     Q.    So which specific positions were
19  created because of defendants' platforms?
20          MR. CUTLER:  Objection.  Asked and
21     answered.
22          THE WITNESS:  On this list, without,
23     again, influenced -- right, so social
24     media and all of the other supports needed
25     due to that influenced obviously my

Page 74

1      position as well as my SEL coordinator

2      within PD.  Counselors, right, I talked

3      about increased number of counselors due

4      to that.

5           It's difficult to also say because

6      these positions, also, they support in

7      other ways, but we've also identified the

8      need for maybe additional positions and

9      supports because of that.

10          Restorative practice facilitators, I

11     know that at least 70 percent of their

12     work generally is in response to some sort

13     of social media in terms of having to

14     restore relationships between students on

15     campus.  So I know a lot of that work,

16     whether or not that was created

17     specifically because of social media, I

18     know it was highly influenced because,

19     again, it's based on data.

20          So all of the practices that the

21     district employs in identifying the

22     employees and the positions that are

23     needed are based on data sources and

24     practices, and the majority of that is

25     influenced by the social media increase.

Page 75

1    BY MS. DEGTYAREVA:

2        Q.    Ms. Shivanonda, I'm not asking which

3    positions spend some amount of time relating to

4    social media, but are you aware of any position

5    on these lists that was created specifically

6    because of defendants' platforms?

7             MR. CUTLER:  Objection.  Asked and

8         answered.

9             You can answer again.

10            THE WITNESS:  It's again -- it's

11        highly influenced, right.  Social media is

12        a high connection point to the increase in

13        social emotional needs of our students.

14            So my position in my department was,

15        again, highly influenced because of the

16        need of the support for anxiety,

17        depression, social emotional learning

18        needs on our campuses which we have

19        identified as an increased need due to the

20        connection to social media.

21            So in a roundabout way I guess my

22        department definitely would have been

23        created, again, because of the influence

24        of the social media platforms.

25            Again, the increase of potential, on

Page 76

1            the first list, increase in the need of

2            these positions are, again, highly

3            influenced because of the social media

4            that is creating numerous problems on our

5            school campuses.

6     BY MS. DEGTYAREVA:

7            Q.    So I just want to make sure I

8     understand your testimony.

9                 Is your testimony that your

10    department, social emotional learning

11    department, that was created specially because

12    of defendants' platforms?

13           A.    It was highly influenced due to

14    social media platforms, yes.

15                 MS. DEGTYAREVA:  We've been going, I

16           think, over an hour.  Maybe now is a good

17           time for a break.

18                 MR. CUTLER:  Sure.

19                 THE VIDEOGRAPHER:  We are going off

20           record.  The time is 3:24.

21                 (Whereupon, a recess was taken.)

22                 THE VIDEOGRAPHER:  We're going back

23           on record.  The time is 3:39.

24    BY MS. DEGTYAREVA:

25           Q.    Okay.  Ms. Shivanonda, I'd like to

1   move on to a slightly different topic.

2            Does TUSD have any data on how many

3   of its students have cellphones?

4        A.    That is not the type of data that we

5   generally would collect.

6        Q.    How about data on how many students

7   have tablets?

8        A.    The district has data around

9   district-provided devices, the number of

10  devices, but we do not track the number of

11  student personal devices, no.

12       Q.    Is it your understanding that for

13  many TUSD students they would get cellphones or

14  tablets or other electronic devices from their

15  parents?

16            MR. CUTLER:  Object to form.

17            THE WITNESS:  That would be my

18       understanding.

19  BY MS. DEGTYAREVA:

20       Q.    Does TUSD have any data on the

21  amount of time that students spend on their

22  cellphones or non-school-district-issued

23  devices?

24       A.    So that can be tricky.  We don't

25  have specific survey data.  We have anecdotal

Page 78

1   data.  We can also look at discipline data.

2            So, again, going back to the code of

3   conduct, if any students have been disciplined

4   for improper use of technology, we would have

5   that data.

6        Q.    Just to be clear, I'm not asking

7   about data on how many times or how much time

8   students have been disciplined for using

9   cellphones, but just data on how often they use

10  their cellphone, at home, at school, in

11  violation of policy, not in violation of policy.

12       A.    So for -- obviously the violation of

13  policy would be indicated within our discipline

14  policies.  I do know that the district may have

15  some anecdotal data around asking, you know,

16  teachers potentially on, you know, how often

17  they may be asking students to put away a

18  cellphone.

19            I do know, as part of preparation

20  for the litigation, potentially asking of some

21  students of how often they use cellphones, but

22  explicit data, that's not something that the

23  district is able to collect on a regular basis.

24       Q.    That anecdotal data, so starting

25  with asking teachers, is that data tracked

1  anywhere anecdotally?  The anecdotal data, is

2  that tracked anywhere?

3         A.     Not to my knowledge explicitly.  So,

4  again, through potential conversation data

5  around needs of support at schools, there's

6  anecdotal data through conversations, but to my

7  knowledge I don't believe it's explicitly

8  tracked.

9         Q.     In preparing to testify today, did

10  you review any documents that talked about what

11  teachers say regarding how much time their

12  students spend on cellphones?

13         A.     Explicit documented data, no.

14         Q.     And then you also mentioned that

15  there might be some anecdotal data from students

16  about how much they use their cellphones.

17               What anecdotal data are you

18  referring to there?

19         A.     So in -- just in conversations, I

20  know that when I, you know, talk with counselors

21  and they talk with teachers, they talk with

22  teachers about how often they're seeing students

23  on their phones, if teachers talk to students

24  about phones, that's really pervasive.  Phones

25  are pervasive in our community.  And so kind of

Page 80

1    talking through that, but I don't have explicit,

2    you know, written documentation around.

3          Q.    I think -- and if I misunderstood

4    you earlier, please let me know, but I thought

5    you said that TUSD asks some students how often

6    they use cellphones, is that right?

7          A.    So in the past, as we have -- again,

8    looking at data, part of the process to evaluate

9    the code of conduct, I know that the student

10   relations department did hold -- they hold --

11   held some conversation opportunities, the

12   restorative practice facilitators at those sites

13   held conversation opportunities with students

14   around their perception of the code of conduct,

15   and I know that there were some questions around

16   the use of cellphones.  I do not know whether or

17   not that data was explicitly tracked or stored

18   anywhere.

19          Q.    So you don't know if that data

20   was -- the answers from those conversations were

21   recorded anywhere?

22          A.    I do not, correct.

23          Q.    When were those conversations held?

24          A.    So there was an update to the code

25   of conduct beginning -- so there was a committee

Page 81

1    last spring, so spring of '25 -- '24, where the
2    student relations department was eliciting --
3    was having conversations with students about the
4    code of conduct.  So it was through that spring
5    that they were eliciting feedback on the code of
6    conduct, which also included the improper use of
7    technology.
8         Q.    And how many students participated
9    in those conversations?
10        A.    The focus was primarily on middle
11   and high school.  I know that they were not able
12   to speak to every student.  So I do not know an
13   exact number, but probably at least a couple of
14   hundred.
15        Q.    Were these in-person conversations,
16   or were they responses to a written
17   questionnaire?
18        A.    These were in person.  So the staff
19   from the student relations department traveled
20   to the school and met with groups of students
21   that were, I believe, determined by the
22   administrator on which students were able to
23   participate.
24        Q.    Were the conversations recorded,
25   video or audio recorded?

Page 82

1          A.     Not to my knowledge, no.

2          Q.     And was there a summary written

3    about the result of those conversations?

4          A.     I believe there was a summary that

5    was produced to be able to influence the update

6    of the code of conduct.

7          Q.     Who wrote that summary?

8          A.     I believe it most likely would have

9    been Anna Warmbrand.

10          Q.     And is there a -- does a copy of

11    that summary still exist?

12          A.     I'm not sure.

13          Q.     If it did, where would it be stored?

14          MR. CUTLER:  Object to form.

15          THE WITNESS:  Most likely within her

16          department.

17    BY MS. DEGTYAREVA:

18          Q.     Do you know what specific questions

19    those students were asked about social media?

20          A.     I do not know the explicit

21    questions, no.

22          Q.     Do you know if they were asked

23    anything specifically about any of defendants'

24    platforms?

25          A.     I am not aware of the questions.

Page 83

1          Q.    So what were the result -- or what
2     did the students -- I guess at a high level,
3     what did the students say about their use of
4     cellphones --
5                MR. CUTLER:  Object to form.
6     BY MS. DEGTYAREVA:
7          Q.    -- during those conversations?
8                MR. CUTLER:  Sorry.
9                THE WITNESS:  Answer?
10                MR. CUTLER:  Yeah.
11                THE WITNESS:  So it's my
12          understanding through those conversations,
13          and again secondhand information, but
14          students did indicate that there's a high
15          use of cellphones, and the majority of the
16          use from the cellphones is engaging in
17          social media platforms, and that there's a
18          high drive for using that use.  And they,
19          through some of the summaries, identified
20          that -- they did identify that it was
21          somewhat of a problem within schools and
22          within instructional practices.
23     BY MS. DEGTYAREVA:
24          Q.    And do you have any data on what
25     percentage of students said that or what grades

Page 84

1  they were in?

2        A.     Again, I do not have access to that

3  explicit data.  Again, just through

4  conversation, that overall general idea of the

5  majority of the students did report that there's

6  high level use of cellphones and social media.

7  And again, the targeted audience were middle

8  schools' and high schools' students.

9        Q.     Now, does TUSD track what websites

10  its students visit on their cellphones or other

11  devices that are not issued by TUSD?

12        A.     No, the district does not track

13  student device usage.

14        Q.     Does it track what applications

15  students have installed on their devices?

16        A.     No, we do not track that data.

17        Q.     So TUSD doesn't know if students

18  have apps that they would use to listen to

19  music?

20        A.     Not explicitly, no.  We do not track

21  any student-level devices unless they somehow

22  got access to WIFI.  If they were on the

23  district WIFI, then potentially technology could

24  probably, but I don't know if they would be able

25  to track specific apps.

Page 85

```
 1        Q.    Is it your testimony that if the
 2   student was on the district WIFI, the school or
 3   TUSD would be able to track what apps they're
 4   using, or they would not be able to track?  I'm
 5   not sure I understood.
 6        A.    I'm not sure I understood my answer
 7   either.
 8              For the majority, our students are
 9   not able to access TUSD WIFI.  I do know that in
10   the technology department, the technology
11   department is able to track district-level
12   devices and WIFI websites and things.
13              And so if a student would somehow be
14   able to access TUSD WIFI, I imagine that that
15   could have been traceable.  But I don't believe
16   that we would be able to track or trace if
17   students have specific apps.
18        Q.    So if a student was using a personal
19   cellphone or other device, TUSD doesn't know
20   what apps they have on the devices?
21        A.    Correct.
22        Q.    And TUSD doesn't know what apps
23   they're using?  In other words, not just that
24   they have them installed, but what apps they're
25   actually using on the devices, doesn't have any
```

Page 86

1    data about that?

2              MR. CUTLER:  Objection to form.

3              THE WITNESS:  The data we do have

4         is, again, within our discipline data.  So

5         when discipline is reported, the majority

6         of the discipline that is connected to

7         social media does connect with platforms

8         such as Facebook and Instagram, where we

9         will see evidence of student postings or

10        there will be pictures.  So in that case

11        we do have data that can track

12        disciplinary infractions that are

13        connected to social media.

14   BY MS. DEGTYAREVA:

15        Q.    Does TUSD know what apps or have

16   data showing what apps students are using while

17   they're at home?

18        A.    No.

19        Q.    How about while they're on their

20   lunch break?

21        A.    Again, unless there's a discipline

22   incidence where we would have that data, no.

23        Q.    Does TUSD have data on how many text

24   messages TUSD students send and receive?  And by

25   that I mean SMS messages or iMessages.

Page 87

1          A.      No.

2          Q.      And does TUSD have data on what

3     content might be in those SMS messages or

4     iMessages?

5          A.      No.   Not on personal devices, no.

6          Q.      Does TUSD know how many of its

7     students play video games?

8          A.      No.   That's not data we track.

9          Q.      Does TUSD know how much time

10    students might spend playing video games?

11         A.      We don't have explicit data, but,

12    again, through anecdotally through

13    conversations, we have somewhat of an idea of

14    the pervasiveness of the use of technology, yes.

15         Q.      I'm talking specifically about video

16    games.

17                 Does TUSD know how much time

18    students spend playing video games?

19         A.      Again, through anecdotal data,

20    potentially through conversations, can have an

21    idea, but, no, we don't specifically track.

22         Q.      So what is that anecdotal data about

23    how much time students spend playing video

24    games?

25         A.      In classrooms, when students are

Page 88

1   talking about their video games, teachers have
2   conversations about, you know, their video
3   games, asking how often they're on.
4              Other data points that when we do
5   engage with parents, attendance data, when we
6   have students that are either tardy or absent, a
7   lot of that anecdotal data, talking with parents
8   about students being on their devices at all
9   hours of night and not being able to get them
10  off of their devices in order to then get up and
11  get ready for school.
12             But, again, outside of explicit --
13  we don't explicitly track that, but there's
14  other data sources that can provide some data
15  that can inform at least, again, anecdotally the
16  pervasiveness.
17        Q.    And just so you understand, just to
18  bring you back to my question, I'm asking
19  specifically about video games.
20        A.    Correct, both.
21        Q.    So not all devices, just video
22  games.
23             What does the anecdotal data show
24  about how much time students spend playing video
25  games?

Page 89

```
1            MR. CUTLER:  Object to form.  Asked
2       and answered.
3            Answer again.
4            THE WITNESS:  Same.  So similarly,
5       so again, through anecdotal data, through
6       conversations with students, through
7       conversations with parents, have a pretty
8       good idea of how often students are
9       playing video games.
10  BY MS. DEGTYAREVA:
11       Q.   What does the anecdotal say about
12  how often students are playing video games?
13       A.   So I don't know that data off the
14  top of my head, but knowing that we have those
15  conversations, and a lot of staff, school staff,
16  have conversations with students, it's quite
17  frequent, especially -- and it also depends on
18  age level.  So we do see higher instances of
19  younger elementary students engaging in video
20  game usage versus at a high school level they're
21  engaging in more social media-type activities.
22       Q.   I believe you testified that
23  attendance data, attendance data might have some
24  information on what students are doing on
25  devices.
```

Page 90

1          Did I understand that correctly?

2     A.    Again, data anecdotally.  So when

3  we -- when students are absent or when students

4  are tardy, it is the expectation that parents

5  will report the reasons for those absences.  And

6  oftentimes we do have parents disclose to

7  teachers, to admin, to counselors that their

8  child is playing video games or on their devices

9  and struggling to get them off of those, so then

10  it is affecting sleep, and then they have a hard

11  time getting them up in the morning and getting

12  them to school on time.

13     Q.    Are those parental reports saved

14  anywhere?

15     A.    They could potentially be, again,

16  within the student information system.  When

17  counselors or administrators talk with parents,

18  we do have a place called Student Conference

19  where those are housed, but, again, some of

20  those conversations could be FERPA protected.

21     Q.    What is Student Conference?

22     A.    Student Conference is a section

23  within Synergy.  So it is a place in our student

24  information system where support staff or

25  administrators may collect, again, anecdotal

Page 91

1    data or data from talking to a student or

2    talking to a parent to be able to collect that

3    data so they have evidence of what that

4    conversation was about.

5         Q.    And what types of conversations or

6    anecdotal data might be recorded in Student

7    Conference?

8              MR. CUTLER:  Object to form.

9              THE WITNESS:  So again, conference

10        notes would be anything related to a

11        student.  So if a counselor had a

12        conversation with a parent and a parent

13        had concerns and they were asking for

14        maybe more counseling services, that might

15        be noted in the Student Conference.

16             If a restorative practice

17        facilitator meets with a group of students

18        to have a -- what's called a restorative

19        circle to restore any climate and culture

20        needs, they would capture that potentially

21        in Student Conference.  So it's any

22        student-level connection data.

23   BY MS. DEGTYAREVA:

24        Q.    So a lot of that anecdotal data that

25   you've been talking about today, would that be

Page 92

1   found in Student Conference?

2                MR. CUTLER:  Object to form.

3                THE WITNESS:  It could potentially

4          be, again, if it's student-level data, so

5          a direct conversation with a student or a

6          direct conversation with a parent about a

7          student.

8   BY MS. DEGTYAREVA:

9        Q.    Are there any other databases where

10   some of this anecdotal data might be found?

11       A.    The majority of our data would be

12   found in our student information system.  So

13   whether that be in Synergy with that Student

14   Conference or within the MTSS platform where

15   students -- or where teachers or staff may make

16   observations about either behavior or academic

17   needs of students, they would document that

18   within the MTSS part of Synergy, but all of that

19   data would be in our student information system.

20       Q.    The MTSS platform, is that all in

21   Synergy, or is there a separate platform?

22       A.    It is all in Synergy, yes.

23       Q.    So is it your testimony that the

24   Student Conference data and the MTSS portion of

25   Synergy, all of those may contain information

Page 93

1   about students' use of social media?

2        A.    Correct.

3        Q.    Now, does TUSD track whether on

4   their personal devices students have parental

5   controls enabled?

6        A.    No.

7        Q.    And does TUSD track whether students

8   have any screen time limits enabled on their

9   personal devices?

10       A.    No.

11       Q.    Does TUSD track whether -- excuse

12  me -- whether parents enforce any other types of

13  restrictions on their children's use of devices?

14       A.    No.

15       Q.    Has TUSD ever attempted to study the

16  prevalence of social media use by students at

17  TUSD?

18       A.    Not explicitly that I'm aware of,

19  no.

20       Q.    When you say "not explicitly," what

21  do you mean by that?

22       A.    Again, as we look at our overall

23  needs of our system, teachers may report the --

24  to administrators, so there's oftentimes

25  opportunities for teachers to, you know, share

Page 94

1   concerns, right.  So if there's an issue of
2   classroom management or if students are
3   disruptive, there's again conversationally data.
4            So the difficulty in a school
5   district is, a lot of the work that we do is
6   immediate and so it's a lot of conversation and
7   it's a lot of trying to kind of parse out what
8   is the reason behind some of the behaviors, and
9   so not a lot of that is tracked in any sort of
10  platform or any sort of actual, like, explicit
11  way.
12           I do know that, you know, when we
13  are looking, again, at triggers and reasons for
14  explaining maybe discipline, again, there's
15  conversational data around, Oh, I'm noticing an
16  increase of third graders that are bringing
17  their phones to school and I'm struggling to get
18  them to put them away in their backpack.  So
19  then we might talk about what are the
20  interventions for that, but that's more
21  conversational at the different times within the
22  school day.
23           So there's a lot of opportunities
24  for teachers to collaborate amongst with
25  teachers and hear what they're seeing and what

Page 95

1    their needs are, then that may come up to the

2    level of the administrators.  And then at the

3    district level again we look at overarching data

4    points such as discipline, so what are we seeing

5    in our schools based on the discipline.

6              And again that could potentially be

7    conversations with administrators, conversations

8    with teachers that are not necessarily

9    documented anywhere.

10        Q.    So you talked about teachers

11   reporting concerns to administrators.  Are those

12   ever documented somewhere?

13              MR. CUTLER:  Objection to form.

14              THE WITNESS:  Again, they could

15         potentially.  We don't necessarily have a

16         specific process for teachers for

17         concerns.

18              There is a platform within the

19         district called Awareity where -- it's a

20         digital resource where anyone in the

21         community can either report anonymously or

22         non-anonymously any concerns that they may

23         have, and so those would then go to the

24         regional assistant superintendents, and

25         then they would work with the

Page 96

```
 1        administrators to kind of analyze and
 2        investigate some of those concerns.
 3             But, otherwise, no, like a lot of
 4        our work, it really does -- it's really
 5        anecdotal.  It's through conversations of
 6        identifying, This is what I'm seeing, this
 7        is, you know, the support that I might
 8        need, and then coming together with teams,
 9        then potentially, you know, reaching out
10        to district departments to provide maybe
11        some professional development or some
12        other supports and resources as needed.
13 BY MS. DEGTYAREVA:
14        Q.    So the Awareity data that you just
15 talked about, is that sort of an example of some
16 of the anecdotal data that you might have?
17        A.    Awareity could be more of the, like,
18 explicit data in terms of the reporting of
19 concerns.  So parents and community members have
20 access to that to report,
21 teachers/administrators have access to that to
22 report.  But outside of that and our particular
23 discipline data, a lot of, like I said, the
24 anecdotal comes from conversation.
25        Q.    So you've talked a lot about
```

Page 97

1    anecdotal data and conversations.  Does TUSD
2    have data on a specific -- what specific
3    percentage of its students use defendants'
4    platforms?
5            MR. CUTLER:  Objection.  Asked and
6        answered.
7            Go ahead, answer again.
8            THE WITNESS:  No, we do not.  We're
9        not able to track.  So, again, we don't
10       have any access to personal devices of
11       students, so we're not able to track
12       how -- what platforms they're using and
13       how often.
14   BY MS. DEGTYAREVA:
15       Q.    And you've also talked today about
16   social media.  Does TUSD have any data on how
17   many students use social media applications that
18   are not defendants' platforms?
19       A.    Again back to, again, our discipline
20   data, right.  So when we look at disciplinary
21   action, if there's a fight, if there's an
22   aggressive act, if there's improper use of
23   technology, that would be potentially indicated
24   in that data, whatever platform that is being
25   used.

Page 98

```
 1           I don't know that we've done a deep
 2   dive into identifying all of the -- which of the
 3   platforms are used, we just know that the
 4   majority of the platforms that are available we
 5   are seeing in high levels of instances of
 6   discipline.
 7           Q.    So you mentioned, sort of, "the
 8   majority of the platforms that are available."
 9   Are you referring to specific platforms there?
10           A.    Well, the reality is that there's
11   new platforms that are popping up on a regular
12   basis, so we are seeing instances of any of the
13   available social media platforms that students
14   may be accessing.  We have seen evidence of
15   those being used within our disciplinary data.
16           Q.    So have you, for example, seen -- or
17   have you seen evidence of students using
18   Discord?
19           A.    Yes.
20           Q.    How about X, or formerly Twitter?
21           A.    Yes.
22           Q.    BeReal?
23           A.    Yes.
24           Q.    Reddit?
25           A.    I'm not aware of Reddit being used
```

Page 99

1   very often, but potentially.

2        Q.    Does TUSD have any data on the

3   amount of time that its students spend on any

4   specific social media site?

5        A.    Not that I'm aware.

6        Q.    And does TUSD have any data on how

7   much time its students spend specifically on

8   defendants' platforms as opposed to any other

9   social media sites?

10        A.    Outside of, again, discipline

11   reporting and conversations with students about,

12   you know, what they're doing on social media,

13   no, we are not explicitly tracking that outside

14   of discipline.

15        Q.    So, again, outside of discipline,

16   does TUSD have any data on what students do when

17   they're on social media apps?

18        A.    Well, I mean, outside of discipline

19   -- we may or may not have discipline instances,

20   but we are seeing evidence of social media use

21   when students are, you know, videoing a fight on

22   campus and then posting it to a Facebook fight

23   page, and then other students are congregating

24   around and having ongoing conversations.

25              Again, anecdotally teachers are

Page 100

1    reporting, you know, students are interrupting
2    class time and going into other classrooms that
3    they're not supposed to be in because they've
4    seen evidence of, Oh, hey, there's going to be a
5    fight here, this was posted here, we saw this
6    video.
7                So, again, outside of discipline
8    data, we are also able to see the anecdotal data
9    of around all the other students that can be
10   involved based on the use of the social media
11   platforms.
12        Q.    Does TUSD have any data showing how
13   much time students spend on the different types
14   of activities that they could be doing on
15   defendants' apps -- or on defendants' platforms?
16                MR. CUTLER:  Object to form.
17                THE WITNESS:  No, not explicitly.
18   BY MS. DEGTYAREVA:
19        Q.    Does TUSD have data on which
20   features of defendants' platforms its students
21   use?
22        A.    Not for -- no.
23        Q.    So does TUSD, for example, know how
24   much time its students spend messaging their
25   friends and family?

Page 101

1        A.     No.

2        Q.     Or how much time students spend

3   creating their own content?

4        A.     If it's, again, connected to

5   discipline, if students are caught with their

6   phones on a campus, then we might have that

7   data, but overall the amount of time, no.

8        Q.     Does TUSD have any data on how much

9   time its students spend watching educational

10  content on defendants' platforms?

11       A.     No.

12       Q.     Has TUSD ever attempted to study the

13  prevalence of harms that are allegedly

14  associated with students' social media use in

15  TUSD?

16            MR. CUTLER:  Object to form.

17            THE WITNESS:  Can you repeat the

18       question?

19  BY MS. DEGTYAREVA:

20       Q.     Sure.

21            Has TUSD ever attempted to study the

22  prevalence of harms that are allegedly

23  associated with students' social media use in

24  TUSD?

25            MR. CUTLER:  Same objection.

Page 102

1              THE WITNESS:  Again, I would say
2         through analysis of needs in our school
3         system.  An explicit survey or an explicit
4         analysis, not necessarily, but through
5         things like the conversations with
6         students around adjusting the code of
7         conduct.
8              And when we, you know, do talk to
9         teachers about, like, what are the needs
10        and the concerns within the school system
11        in our behavior management team meetings
12        and looking at that discipline-level data,
13        some, you know, evidence of analysis can
14        be connected and developed as we, as a
15        whole, as a district, attempt to respond
16        and identify the interventions that might
17        need to be put in place.
18             But anything formal, I am not aware
19        that we've conducted anything explicitly
20        formal that we would be able to provide a
21        report on.
22   BY MS. DEGTYAREVA:
23        Q.    So when you say that some analysis
24   can be developed, what analysis are you talking
25   about?

Page 103

1          A.    Again, review of data.  So, again,
2    review of the discipline practices, review of
3    talking with teachers of what are we seeing on
4    campus, how often are, you know, students
5    interrupting classrooms because of use of social
6    media; when we look at school safety data, the
7    number of times, you know, school safety
8    officers were deployed to a school in relation
9    to a social media complaint or disciplinary
10   infraction.
11               Kind of that overall collective
12   identify what is happening in our system, we
13   pride ourselves in keeping our thumb on the
14   pulse of what's happening in our system to then
15   drive the operations and the policies in order
16   to better support our schools and community.
17          Q.    So has TUSD ever conducted such an
18   analysis of review of data?
19          A.    Like I said, we've not explicitly
20   created any sort of report.  Again, through our
21   operation, that's just kind of the way that the
22   school district works, is we're not set up in a
23   way to explicitly collect hard data on a regular
24   basis, the majority of the school district
25   operating as what we would consider, like, soft

Page 104

1    data when we're looking at from school to

2    school.

3              So we have 88 schools plus a virtual

4    school that all of them are going to have

5    different needs, and so, again, looking at

6    collective data points trying to get a better

7    idea of what the school systems need to then

8    better be able to ensure that we're meeting

9    those needs to the best of our ability.

10        Q.    Has TUSD ever conducted this type of

11   analysis of soft data?

12        A.    I mean, it's ongoing.  We do it all

13   of the time.  So all of our schools, again,

14   every school creates, you know, targeted plans

15   for how they're going to address and support

16   their school climate and culture.

17             One thing that we did recognize

18   through, again, that soft data was the need for

19   PBIS, positive behavior intervention supports,

20   on all of our school campuses.  And so I do know

21   that our student relations department was tasked

22   with ensuring that every school received four

23   hours of professional development, and that was

24   in the '23-'24 school year, so deploying their

25   staff to provide ongoing training on how to

Page 105

1    implement positive behavior intervention systems

2    on school campuses, how to train and support

3    teachers in how to respond to behaviors.

4            So those kind of soft data then turn

5    into practices where we then identify supports

6    needed.

7        Q.    You mentioned that every school

8    creates targeted plans.  Are those plans

9    documented somewhere?

10       A.    So every administrator does go

11   through an evaluation process with their

12   supervisor, the regional assistant

13   superintendent, and part of that evaluation is

14   to create action plans based on school-level

15   data.

16       Q.    And so are those action plans

17   documented somewhere?

18       A.    I imagine they would be with the

19   regional assistant superintendents.

20       Q.    So each regional assistant

21   superintendent would have the action plans for

22   the school they're assigned to?

23       A.    It's part of the evaluation process

24   for the school administrator, so, yes, it would

25   be part of that evaluation.

1      Q.    And you also gave the example of how
2   you recognize the need for PBIS using soft data.
3   Was there an analysis conducted and documented
4   that then led you to the conclusion that you
5   need PBIS?
6      A.    No.  Again, through conversations
7   and then identifying the overarching need, as we
8   again look at overall school discipline data,
9   recognizing -- and then, again, just through
10  conversational data on the number of students
11  needing to go see the school counselor, the
12  number of students that are needing additional
13  support, that kind of soft data drove us to the
14  explicit practices to ensure we were providing
15  things like professional development for our
16  staff.
17     Q.    So is there any documentation of all
18  of this review that you did of the various soft
19  data?
20     A.    I don't know that that's explicitly,
21  you know, at the district level where we're,
22  again, creating hard data.  The data would be in
23  the practice, so then the practice of
24  implementing the PBIS would be probably the
25  closest amount of hard data that we would be

Page 107

1    able to produce.

2         Q.    You mentioned -- you've been talking

3    about things at the district level at times.

4    Has there been any analysis done at the

5    individual school level?

6              MR. CUTLER:  Object to form.

7              Go ahead.

8              THE WITNESS:  So the district does

9         regularly review different data points.

10             So we've talked about in my

11        preparation of looking at our publicly

12        available school letter grades, so looking

13        at, you know, based on school letter

14        grades per school, what, you know, are the

15        overall responsibility of the school and

16        supports that are needed, similarly to,

17        again, behavioral data.

18             And then also our district does

19        employ a school quality survey, so we

20        survey students, staff, and community

21        members on a yearly basis, so that data

22        would then drive supports needed at

23        potential individual schools.

24             We do ask schools to review that

25        data on a regular basis and then -- along

Page 108

1          with discipline data, to then identify
2          what are the additional supports that are
3          needed on the school campus.
4    BY MS. DEGTYAREVA:
5          Q.    Does the school quality survey, does
6    that include questions about social media use?
7          A.    The school quality survey is about
8    60 questions long, and I'm not recalling the
9    exact questions off the top of my head.
10   BY MS. DEGTYAREVA:
11         Q.    Where would copies of those survey
12   responses be saved?
13              MR. CUTLER:  Object to form.
14              THE WITNESS:  That would be
15         internal, internal data sources with
16         our -- within the district.
17   BY MS. DEGTYAREVA:
18         Q.    Which data sources?
19         A.    Our assessment and evaluation
20   department, they collect and house that data,
21   and then it is shared with school-level
22   personnel.
23         Q.    Is there a database they use to
24   collect and house it?
25         A.    Yes.  So there's a TUSD database

Page 109

1    that is utilized, yes.

2         Q.    And what is that called?

3         A.    Called TUSD Web Data.

4         Q.    What other types of data are in TUSD

5    web data?

6         A.    School letter grades, attendance

7    data.  I'm not sure if discipline data is there.

8    Academic data, so the -- my brain is fried.

9    It's now called AASA, it used to be called AZ

10   Merit, the national testing that we do in the

11   country that we're required to do.

12              So that's that yearly data, you

13   know, ACT data, and then the district also has

14   quarterly benchmarks, academic benchmarks, and

15   so that data would also be housed in there to

16   look at the overall academic.

17        Q.    And just so I'm clear, though, this

18   is a different database than Synergy?

19        A.    Correct.

20        Q.    Does TUSD track how many of its

21   students receive mental health treatment?

22        A.    As much as -- well, we track if we

23   do any sort of referral for mental health

24   treatment.  We do not track -- so that would be,

25   you know, a HIPAA violation.  We don't require

Page 110

1   parents to inform us of any of that.  However,
2   we do have a system in place where we refer to
3   local behavioral health agencies for mental and
4   behavioral health support.
5        Q.    So if a student sought out mental
6   health treatment without being referred by TUSD,
7   TUSD wouldn't have that data?
8        A.    We may or may not know.
9        Q.    You say you may or may not.  In what
10  circumstances would you have data about a
11  student who sought mental health treatment
12  without being referred by TUSD?
13       A.    If a parent disclosed that
14  information to the school district.
15       Q.    And for the data on TUSD referrals
16  of mental health treatment, where is that data
17  tracked?
18       A.    So that is through Arizona Complete
19  Health.  We work with that agency, and they help
20  us monitor that referral data.
21            So through the social emotional
22  learning department we collaborate, we have
23  memorandums of understanding with five local
24  health -- behavioral health agencies, and every
25  one of our schools is assigned to one particular

Page 111

1    behavioral health agency.  And then our school
2    counselor is the main referrer to that agency
3    with parental support, with parental permission.
4         Q.    So data on every student who is
5    referred to one of those agencies is in Arizona
6    Complete Health system, is that right?
7         A.    Correct.
8         Q.    And what type of data is recorded in
9    that system about the referrals?
10        A.    So that is just the number of
11   referrals.  So due to HIPAA, we then do not
12   receive any sort of data back from the agencies
13   on whether or not students are engaging in
14   services or how often, so we just have our
15   number of referrals of students referred to
16   agencies.
17        Q.    Would you receive any data on
18   whether a student is ultimately diagnosed with
19   any mental health condition?
20        A.    Only in the case if there was a
21   release of information.  If the parents approved
22   a release of information from the agency to the
23   school, that may be disclosed.  But that is not
24   necessarily trackable data.  That may just be
25   used internally at the school to identify any

Page 112

1   additional resources that the school may be able

2   to support with.

3          Q.    So for those cases where the parents

4   do disclose diagnosis data, that diagnosis data

5   is not tracked anywhere?

6          A.    Only in terms of if it is then used.

7   If it's used -- if there needs to be like a

8   chronic health certification in the health

9   office or if it's used for any intervention data

10  within the MTSS system, it may be documented.

11  If it's not being used by the school in any way,

12  then, no, it would not be documented.

13         Q.    Does the referral data that's

14  tracked in Arizona Complete Health system, does

15  that include the reason for the referral?

16         A.    It does not.

17         Q.    Does that include any information

18  about whatever interaction led to the student

19  being referred?

20         A.    Not in that data.  Our school

21  counselors, again, they facilitate the referral

22  process, and so if a student needs to be

23  referred, that information would be part of that

24  referral process.  I believe that information

25  would be FERPA and HIPAA protected.

1          Q.    And where is the information about
2     the referral process stored?
3          A.    That is within our -- in the social
4     emotional learning department operating
5     procedures in our SharePoint around what schools
6     are referred where, and then we actually connect
7     the schools with the agencies themselves, and
8     then they work directly with the agencies to
9     identify what that referral process is and
10     whether or not they have a specific referral
11     form.
12          Q.    So this social emotional learning
13     department has a SharePoint that includes
14     information about why students were referred
15     to -- for mental health treatment?
16          A.    No.  Just the process of -- just the
17     higher-level information of which schools are
18     assigned to which organization and which agency.
19               But, no, we do not track any of that
20     reason data around why a student may or may not
21     have been referred.
22          Q.    Does anyone else in TUSD track that
23     reason data?
24               MR. CUTLER:  Object to form.
25               THE WITNESS:  Again, the school

Page 114

```
 1        counselor with parental permission would
 2        fill out the referral form that would just
 3        have high-level data, would just have
 4        demographic data, and it may have the
 5        reason of the referral, but then the
 6        majority of that information is then
 7        collected by the agency itself.
 8   BY MS. DEGTYAREVA:
 9        Q.    And where are the referral forms
10   stored?
11        A.    We do not store them.  The
12   counselors, they complete their referral, and
13   then it is sent to the referring agency.
14             MS. DEGTYAREVA:  Let's mark -- what
15        exhibit number are we on?
16             MS. REAVES:  5.
17             MS. DEGTYAREVA:  Let's mark tab 5 as
18        Exhibit 5.
19                  (Tucson-30(b)(6)-Shivanonda-5 was
20                  marked for identification.)
21   BY MS. DEGTYAREVA:
22        Q.    Do you recognize this document?
23        A.    Yes, I do.
24        Q.    And if you turn to page 6 of this
25   document, you'll see question number 9.  It
```

Page 115

1    says, "Provide the number of students in your
2    district referred for mental health services, if
3    such referrals are tracked."
4              And then there's a chart with some
5    numbers.
6              Do you see that?
7         A.    Yes.
8         Q.    So does this data come from that
9    Arizona Complete Health system that we've been
10   talking about?
11        A.    So this data would include that.
12   This data also would include if students are
13   referred for any mental health support services
14   on school campuses, so the number of students
15   who may have been referred to a school counselor
16   or to maybe a restorative practices facilitator
17   or a school social worker.
18        Q.    And so where is that data about --
19   if students are referred for mental health
20   support services on school campuses, where is
21   that data stored?
22        A.    So that would be dependent upon the
23   department.  So, for example, school counselor
24   referrals would be collected in the school
25   counselor department; referrals for maybe our

Page 116

1    student equity services would be -- would be

2    kept within that department.  It would be

3    department specific.

4         Q.    So to put together this additive

5    number of student referrals, what are the

6    different databases that you would need to look

7    at?

8         A.    Most likely would need to be a

9    conversation with the leader of that department

10   to collect that data.

11        Q.    And what are the -- what are all the

12   departments that would have to be involved in

13   those conversations?

14        A.    I am not 100 percent sure which of

15   the departments were involved in these numbers.

16   I know for sure would be school counseling,

17   potentially social work.  Our social work

18   department is kind of split, so I don't know if

19   these would include any of our exceptional ed

20   students.

21             Majority of our social workers only

22   provide support to exceptional ed student.  We

23   do have some general ed social workers, so that

24   may be tracked in here.  And then that would

25   probably be data within our assistant

Page 117

1  superintendents or regional assistant
2  superintendents.
3      Q.    So each of the departments you
4  mentioned, plus the assistant superintendents or
5  regional assistant superintendents, would have
6  data about these various referrals?
7          MR. CUTLER:  Object to form.  Asked
8      and answered.
9  BY MS. DEGTYAREVA:
10     Q.    You may answer.
11     A.    Yes.
12     Q.    And for any of the referrals that
13  are students being referred internally for
14  mental health services within the school, does
15  TUSD have any records of why the students were
16  referred?
17     A.    Most likely, again, that would
18  probably be through our multi-tiered system of
19  support process.  So when students are referred
20  for additional supports, it generally goes
21  through that centralized process.
22     Q.    And that would, again, be the
23  multi-tiered system support data in Synergy?
24     A.    Yes.
25     Q.    And then for the students who are

Page 118

1    referred to the internal school mental health
2    services, does TUSD have any data on any
3    diagnosis that they may receive from a TUSD
4    professional?
5            A.    TUSD, we do not diagnose students
6    with any disorders.  We are not clinicians or
7    medical staff.
8            Q.    Is TUSD aware of any student who has
9    a diagnosis from a medical professional that the
10   student is addicted to social media?
11           A.    I'm not sure that I can answer that
12   question.  I don't know -- I don't know if that
13   is currently a diagnosis in the DSM-5.
14           Q.    Are you aware of any such diagnosis
15   of a TUSD student?
16           A.    I am not, but I don't know all of
17   the diagnoses of all 40,000 students across the
18   district.
19           Q.    Is TUSD aware of any student who has
20   a diagnosis from a medical professional that the
21   student was harmed by social media, that their
22   mental health was harmed by social media?
23           A.    That's a difficult question.  Again,
24   when we're working with diagnoses, we don't
25   always know.  There's FERPA and HIPAA

Page 119

```
 1   regulations in terms of being able to disclose
 2   some of that information, so that would be
 3   difficult for me to ascertain.  We don't -- and
 4   unless they have an IEP for a specific category,
 5   we don't necessarily track that because that,
 6   again, is HIPAA.
 7        Q.   So, again, sitting here today are
 8   you aware of any student who has a diagnosis
 9   from a medical professional that the student's
10   mental health was harmed by social media?
11             MR. CUTLER:  Objection.  Form, asked
12        and answered.
13             You can answer again.
14             THE WITNESS:  Again, I don't know
15        student explicit numbers.  I can tell you
16        that we -- and through school counseling
17        department, we know of students who may
18        have engaged in intensive either inpatient
19        or outpatient in regards to suicide
20        ideation, and through that there may be --
21        we do often see or hear of connections of
22        social media.  Do I know of any explicit
23        diagnosis?  No, not off the top of my
24        head.
25             ///
```

Page 120

1  BY MS. DEGTYAREVA:

2       Q.    You said you often see or hear of

3  connections of social media.

4            Are you referring to information

5  that you see or hear from medical professionals?

6       A.    We do actually collaborate with

7  community agencies and medical professionals and

8  have had, again, anecdotal conversations around

9  the use of social media and the harm.  I've also

10  done quite a bit research around youth social

11  media and youth mental health.

12            I'm sorry.  Can you repeat the

13  question?

14       Q.    Sure.

15            You talked about students where

16  there was -- you see or hear of some connection

17  of social media.  I'm just wondering if it's

18  your testimony that you are aware of a medical

19  professional that has identified some student in

20  TUSD whose mental health was harmed by social

21  media, some specific student.

22            MR. CUTLER:  Object to form.

23            THE WITNESS:  No.  Again, HIPAA

24       generally prevents us in knowing direct

25       diagnoses.  We are unable to generally

Page 121

```
 1          talk with medical professionals around
 2          diagnoses.
 3                  MS. DEGTYAREVA:  Okay.  Let's mark
 4          as -- what's this exhibit?
 5                  MS. REAVES:  6.
 6                  MS. DEGTYAREVA:  Let's mark as
 7          Exhibit 6 tab 4.
 8                  THE WITNESS:  I don't know if it
 9          matters, but my name is spelled
10          incorrectly.
11                  MR. CUTLER:  That's okay.
12                      (Tucson-30(b)(6)-Shivanonda-6 was
13                      marked for identification.)
14   BY MS. DEGTYAREVA:
15        Q.    Ms. Shivanonda, are you familiar
16   with the document that's been marked as
17   Exhibit 6?
18                  (Witness reviewing document.)
19        A.    Yes, I am.  I am aware of this.
20        Q.    One moment.
21                  So this is labeled Plaintiff Fact
22   Sheet - School Districts.  And can you please
23   turn to page 27?
24                  Do you see under question 38 it
25   says, "Health Services collects data on
```

```
                                    Page 122
 1   medical-related conditions, signs, and symptoms.
 2   The current electronic health record (EHR)
 3   reports 'behavioral' codes and conditions only."
 4            So this Health Services collects
 5   data and medical-related conditions.  What data
 6   is that referring to?
 7        A.    So, again, if the diagnosis is
 8   provided from parents, then -- and especially if
 9   it would be considered impairing the academic
10   learning environment, this information might be
11   part of their health record, their school health
12   record.
13        Q.    So the Health Services data would be
14   information that's self-reported by the parents,
15   is that right?
16        A.    Yes.  Parents fill out medical cards
17   or information, and then depending upon what
18   they want to include, then it will be in that
19   data.
20        Q.    Is this different than the referral
21   data that we were just talking about?
22        A.    Yes.
23        Q.    Actually, going back to the -- just
24   a quick question on the referral data that I
25   forgot to ask you.
```

Page 123

1           In the chart we were just looking at

2   in the prior exhibit, it has data going back to

3   the school year of 2018 to 2019, and it says

4   data not available for 2017 through 2018.

5           Is any referral data available

6   before the 2018-2019 school year?

7       A.   I am not sure.  Again, we had a

8   change of platforms, and then our referral to

9   behavioral health agencies did not start until

10  2018.  And, again, with the change in the

11  platforms, I cannot speak to whether or not that

12  data would be available.

13      Q.   So before 2018, TUSD was not

14  referring students to outside mental health

15  services?

16      A.   Not as explicitly as we are now.  In

17  2018 we began the explicit MOU process.  First

18  for -- so prior to that counselors may, you

19  know, work with parents and may have shared, you

20  know, here's resources available in the

21  community and they would maybe direct parents,

22  but in 2018 we began facilitating more of an

23  explicit referral process through collaboration.

24          MS. DEGTYAREVA:  Let's mark as

25      Exhibit 7 tab 42.

Page 124

1            (Tucson-30(b)(6)-Shivanonda-7 was
2            marked for identification.)
3    BY MS. DEGTYAREVA:
4        Q.    And tab 42, so this is an Excel
5    sheet, a large Excel sheet that could not be
6    printed.  So what I'm going to pass you is just
7    a slipsheet, but the Excel itself we're going to
8    pull up on a screen.
9        A.    Okay.
10       Q.    And can you please go -- scroll over
11   to the tab labeled HLT 601, all the way to the
12   right.  If you click on the three dots, it
13   should come up.  So the three dots next to HS
14   9th grade.  Yeah, there you go.  HLT 601.  Okay.
15            So taking a look at this tab labeled
16   HLT 601, it lists a number of conditions, codes,
17   and years.
18            Is this -- well, what is this data?
19       A.    I am not familiar with this
20   spreadsheet.
21       Q.    Okay.  You don't know if this is the
22   same data that we were just talking about that
23   was collected by Health Services?
24       A.    So I received the Plaintiff Fact
25   Sheet, but I did not review this attached Excel

Page 125

1  spreadsheet.

2       Q.    And just for the record, the Excel

3  spreadsheet is not attached.  This is just a

4  different document.

5            So I'm just asking if you know

6  whether this is the same data or not.

7            MR. CUTLER:  That's the question.

8       Do you know whether it is or not?

9            THE WITNESS:  I do not.

10 BY MS. DEGTYAREVA:

11      Q.    Okay.  Do you have any idea where

12 the information in this spreadsheet that we're

13 looking at comes from?

14           MR. CUTLER:  Do you need to review

15      the spreadsheet or anything?

16           THE WITNESS:  That would be great.

17      Am I able to review the spreadsheet?

18 BY MS. DEGTYAREVA:

19      Q.    Sure.  If you want to -- is there a

20 specific tab you want to review that would be

21 helpful for you?  If you can look down on the

22 bottom, there are a number of tabs.

23      A.    Can you go back to maybe the first

24 tab?

25           MR. CUTLER:  Can you tell her what

Page 126

1          this is?

2                  MS. DEGTYAREVA:  I truly don't know,

3          which is why we're asking.

4                  MR. CUTLER:  Well, I don't think she

5          has any foundation to answer questions

6          about this.

7                  MS. DEGTYAREVA:  Whether she was --

8          what's the topic?

9                  MR. CUTLER:  I understand that there

10         are topics, but if we don't even know what

11         the spreadsheet is, I'm not sure how you

12         expect her to answer questions on it.

13                 MS. DEGTYAREVA:  That's the point of

14         designating a 30(b)(6) witness, so that we

15         can find out information.

16                 MR. CUTLER:  You can put any

17         spreadsheet in front of them and ask

18         questions about it?

19                 MS. DEGTYAREVA:  It's a spreadsheet

20         by TUSD that appears to relate to a topic

21         that she was designated on.  If she

22         doesn't know, that's where we are, but

23         we're entitled to ask her.

24                 MR. CUTLER:  That's what she said.

25                 ///

Page 127

1    BY MS. DEGTYAREVA:

2         Q.    Well, Ms. Shivanonda, if you look at

3    the slipsheet that we gave to you, you'll see

4    there's a metadata form, which includes a file

5    name that says "2024-2025 WAM Workbook."

6         A.    Okay.

7         Q.    Does that title have any meaning to

8    you?

9         A.    It does not, but I do know that if

10   it comes from Joseph Gau, director of Health

11   Services, I imagine this would be information

12   from the Health Services department.

13        Q.    But, again, you're not aware of

14   anything relating to that tab we're looking at?

15        A.    I am not.

16        Q.    And then just to confirm, can we go

17   back to the spreadsheet and look at the tab

18   labeled HLT 603?

19             Do you know anything about the

20   information that's listed in this tab or where

21   it comes from?

22        A.    I do not.  It looks as though this

23   would be -- this looks as though -- so our

24   health office assistant, this looks as though

25   these would be the services that they had

```
                                    Page 128
1    provided to students, looks like that's their
2    documentation.
3         Q.    And under the description, do you
4    know who is responsible for inputting that
5    description?
6              MR. CUTLER:  Object to form.  Lacks
7         foundation.
8              THE WITNESS:  I don't.
9              MS. DEGTYAREVA:  Can we please mark
10        for the record Exhibit 8, which is going
11        to be tab 3.
12                 (Tucson-30(b)(6)-Shivanonda-8 was
13                 marked for identification.)
14   BY MS. DEGTYAREVA:
15        Q.    Ms. Shivanonda, are you familiar
16   with this document?
17             (Witness reviewing document.)
18        A.    Yes.
19        Q.    This is titled Plaintiff's Third
20   Amended Answers to Defendants' Interrogatories
21   to Tucson Unified School District (Set 1).
22             Then if you turn to page 8, under
23   Interrogatory Number 3, do you see where it
24   says, "Separately identify and describe
25   (including the date, location, nature and
```

Page 129

1  extent, and cost of repair or replacement) every
2  instance of vandalism, property damage, or
3  criminal action you contend occurred as a result
4  of Online Media and Communications Services."
5          Do you see that?
6      A.    I do see that.
7      Q.    Going on to the next page, starting
8  on 9, page 9, there's a chart that spans several
9  pages and goes until page 14.
10         Were you involved in preparing this
11 chart?
12     A.    I was not.
13     Q.    Do you have personal knowledge of
14 any of the incidents that are listed in this
15 chart?
16     A.    I have -- I have some overall
17 knowledge, yes.  I don't have specific
18 knowledge.
19     Q.    Does TUSD attribute all of these
20 instances to social media?
21     A.    Yes.
22     Q.    And what is TUSD's basis for
23 attributing these incidents to social media?
24     A.    Time frame, and then reporting
25 documents.  So connection with any of the

1  Facebook/TikTok challenges that were in that

2  time frame, and then the reports from school

3  personnel to report the reasons behind why they

4  needed these -- fixes needed to be fixed.

5       Q.    How did TUSD identify the incidents

6  that were -- that it attributed to social media?

7       A.    Again, part of the reporting process

8  to request a facilities or maintenance request,

9  there are specific components in the requests,

10  so school staff will denote a reason behind why

11  they need a particular facility's request to be

12  completed.

13       Q.    And where is the data about those

14  requests stored?

15       A.    That would be within our facilities

16  and maintenance database.

17       Q.    Does that database have a name?

18       A.    It eludes me at the moment.

19       Q.    And so that database would include a

20  narrative response that explains the reason for

21  the incident?

22       A.    Correct, yes.  So whenever -- again,

23  when there's a facilities request made, the

24  school or the personnel will denote the date,

25  what was vandalized, where, what needs to be

Page 131

1    fixed and why.

2         Q.    Did TUSD take any steps to verify

3    that these instances of vandalism listed in the

4    charts were, in fact, related to social media

5    platforms?

6         A.    I can't speak to every one, but I do

7    know that as part of the investigative process,

8    especially at these higher level, there's

9    generally an investigation around what has

10   particularly happened.

11             And then, as you can see, kind of

12   categories and time frames, they all correspond

13   to specific social media challenges, so

14   backwards mapping, and then having conversations

15   with students and investigating some of the

16   reasons.

17             Like I said, I can't speak to every

18   single, but I do know that many of them were

19   investigated.

20        Q.    And are the details or results of

21   those investigations, is that recorded anywhere?

22        A.    If a perpetrator, so to speak, was

23   identified, then it would be within the

24   disciplinary database.  But if it could not

25   identify a specific person who did the damage,

```
                                    Page 132
 1   it may or may not be indicated in any of those
 2   databases.
 3          Q.    Now, you mentioned that the time
 4   frames listed here correspond to some specific
 5   social media challenges.
 6               Can you please provide more
 7   information about that?
 8               MR. CUTLER:  Object to form.
 9               THE WITNESS:  So, again, staying on
10         the pulse of what's happening, so, for
11         example, we know that there was a lot of
12         social media challenges, TikTok challenges
13         within a lot of these time frames where
14         there were videos that were posted that
15         were encouraging students to slap their
16         teacher and take a video of it, of ripping
17         off sinks, ripping off paper towel
18         dispensers, soap dispensers.
19               So there was a lot of challenges
20         that were being posted that many of our
21         students felt the need to emulate and then
22         basically get, you know, likes and
23         accolades for.  So a lot of these would
24         correspond to some of those specific
25         challenges that we knew of that were
```

1      occurring during that time frame.
2    BY MS. DEGTYAREVA:
3      Q.    So can you explain which of these
4    incidents correspond to which social media
5    challenge?
6          MR. CUTLER:  Object to form.
7          THE WITNESS:  Again, there's so many
8       dates here and so many.  I couldn't speak
9       to specifics without going through and
10      evaluating all of the data that we may
11      have.
12   BY MS. DEGTYAREVA:
13     Q.    Just sitting here today looking at
14   the chart, are there any that jump out at you as
15   ones you can identify as being associated with a
16   specific challenge?
17     A.    A lot of the bathroom -- the
18   bathroom specific ones were definitely.  Some of
19   the ceiling tiles and vandalizing, some of those
20   were also, things like steal this, steal that.
21   The sinks.  A lot of the bathroom was a big
22   component of those challenges.  I know that for
23   sure.
24     Q.    So when identifying these incidents,
25   did TUSD include -- so, for example, if there

Page 134

1    was a social media challenge related to

2    bathrooms at a particular time, did TUSD include

3    every instance of vandalism that happened in a

4    bathroom at that time?

5        A.    That, I'm not sure of.  I imagine

6    somewhere, if there wasn't a need for a fix, it

7    may or may not have been.  It may have all been

8    just looped in to, you know, Henry Elementary

9    bathroom vandalism.

10            So I can't speak to all of the

11   specifics, again, without being able to see all

12   of the particular facility's requests.

13       Q.    Do you know if for each of these

14   incidents there would be a record somewhere that

15   specifically ties the incident to a social media

16   challenge?

17       A.    Again, I believe I've answered that,

18   but it, again -- it would determine if I were to

19   look at the specific facility request.

20       Q.    I think my question is, do you know

21   if, for each of these, the facility request, it

22   specifically stated that it was a result of a

23   social media challenge?

24       A.    I do not know if every single one of

25   these would have a social media challenge

Page 135

1  specifically noted in the facility's request.  I

2  have not reviewed every single facility's

3  request.

4       Q.    Does TUSD have any basis to believe

5  that defendants promoted or encouraged any of

6  the challenges that you were referencing?

7       A.    Can you repeat the question?

8       Q.    Sure.

9             Does TUSD have any basis to believe

10 that defendants promoted or encouraged any of

11 the social media challenges that you were just

12 referencing?

13      A.    Well, I would say that the inherent

14 nature of the platforms and the creation of the

15 likes and the reposts and whether or not you can

16 go viral and the way that the algorithms work on

17 certain platforms, on what gets viral, what's

18 not, I would gauge to say that yes, that they

19 would have some knowledge and promotion of that

20 just in the way that inherent algorithms work

21 within the platforms.

22            The component of the likes and the

23 love and the repost and the reshares, that is, I

24 would say, evidence in the way that it's created

25 to continuously create an opportunity for

Page 136

1  students to want to engage and get the likes and
2  get the clout, so to speak, from engaging in
3  those instances on social media, yes.
4        Q.    And other than the incidents
5  identified in this chart, are you aware of any
6  other property damage that TUSD believes it
7  suffered as a result of social media?
8        A.    That would be difficult because I've
9  not memorized all of these.  I do know that --
10  for example, I do know that -- can you repeat
11  the question?  I apologize.
12        Q.    Sure.
13             Apart from the incidents that are
14  listed in this chart, are you aware of any other
15  property damage that TUSD believes it suffered
16  as a result of social media?
17        A.    So at a higher level, again, making
18  kind of that causal link between social media
19  and property damage, what we are seeing is that
20  due to either students being left out on social
21  media or if they're social media posts or -- and
22  then also a lot of -- there's a lot of, like,
23  fight pages where students are videoing other
24  students on campus in a fight, and then what
25  happens then is either the fight breaks out,

Page 137

```
 1   something might get broken.  We do know of other
 2   people actually getting hurt on school campus
 3   and property.  We've had teachers that are
 4   getting pushed and hurt.
 5              I don't know if any of our other
 6   information on here, such as we were having
 7   desks flipped and things were thrown in
 8   classrooms, and we are attributing that to,
 9   again, the disruption of the use of social media
10   and the way that it's affecting students being
11   able to regulate their emotions.
12              And so it may not be explicit on
13   here, but we have seen, like I said, tables are
14   being flipped.  We've got even elementary
15   students that are flipping chairs, where we have
16   to evacuate students when we've got tables
17   broken, teachers' desks are broken, books are
18   ripped up, things are thrown.
19              And so all of that has a direct
20   causal link to what we're seeing as an increase
21   of anxiety, depression, social isolation,
22   students not being able to problem-solve and
23   being able to regulate themselves as a response
24   to what they're seeing and what they're engaging
25   on on social media.
```

Page 138

1          So, yes, I would say that there's
2    probably quite a bit that is not indicated on
3    here, and, again, that would be kind of more of
4    our soft data where we may or may not be
5    explicitly collecting that data in any sort of
6    database.
7          Q.   So you don't have any data that
8    shows that there are any other -- there's any
9    other property damage that is directly tied to
10   social media?
11          MR. CUTLER:  Object to form.  Asked
12       and answered.
13          THE WITNESS:  Again, causation data,
14       right, discipline data, anecdotal data as
15       we talk with teachers.
16          It's not always reported if
17       teachers' personal property is damaged,
18       which we know that it is on a regular
19       basis in school classrooms.
20          We know that there's many instances
21       where student personal devices are stolen
22       on campus, and then the time that it takes
23       for, you know, investigations.  I guess
24       that's not property damage, so to speak.
25          But, yes, there's causation data

Page 139

1      that we could glean from some of our
2      disciplinary data.
3  BY MS. DEGTYAREVA:
4      Q.    And, Ms. Shivanonda, again, I'm
5  talking about property damage.
6           Are you aware of any data showing
7  that there's any other property damage not
8  mentioned here that is directly caused by social
9  media?
10          MR. CUTLER:  Object to form.  Asked
11      and answered.
12          Answer again.
13          THE WITNESS:  Correct.
14          Again, through disciplinary data,
15      yes.  So it may not have been to the level
16      of we're putting in a facilities request,
17      but, again, because of fights on campus,
18      because of the uproar that happens because
19      of the use of social media, we are seeing
20      potential other property damage that may
21      or may not be included in here, yes.
22  BY MS. DEGTYAREVA:
23      Q.    And the disciplinary data that
24  you've been talking about, is that the Synergy
25  data?

1          A.     Correct.

2          Q.     So would that be sort of in the

3    narrative section of Synergy that there would be

4    a tie to social media?

5          A.     Correct.

6                 MS. DEGTYAREVA:  I think we've been

7          going for close to an hour and a half.

8          Would now be a good time for a break?

9                 MR. CUTLER:  Sounds good.

10                THE VIDEOGRAPHER:  We're going off

11         record.  The time is 4:59.

12                (Whereupon, a recess was taken.)

13                THE VIDEOGRAPHER:  We're going back

14         on record.  The time is 5:19.

15                MS. DEGTYAREVA:  Let's mark as

16         Exhibit 9 tab 8.

17                (Tucson-30(b)(6)-Shivanonda-9 was

18                marked for identification.)

19    BY MS. DEGTYAREVA:

20         Q.     Ms. Shivanonda, do you recognize

21    this document?

22         A.     I do.

23         Q.     What is it?

24         A.     This is a TUSD policy.

25         Q.     And specifically is this the policy

Page 141

1   on cellphone usage?

2        A.    It is.

3        Q.    Now, TUSD's policy does not ban

4   cellphone from campus, right?

5        A.    Correct.

6        Q.    It states that cellphones may be

7   used on or off campus before or after school,

8   correct?

9        A.    Correct.

10       Q.    And it states that cellphones may be

11  used by high school students during lunch,

12  right?

13       A.    Correct.

14             When was this updated?  Is there a

15  date when it was updated?  There may be an

16  updated version.

17       Q.    Do you remember when this policy was

18  last updated?

19       A.    I just reviewed the policy recently.

20  So this one says, "Revision:  August 25, 2006."

21       Q.    Has the policy been updated since

22  this time?

23       A.    I believe it may have.

24       Q.    And under the current policy, are

25  cellphones allowed to be used on or off campus

Page 142

1    before or after school?

2         A.    Yes.

3         Q.    And under the current policy, are

4    high school students allowed to use cellphones

5    during lunch?

6         A.    Under the current policy, that

7    provides authorization for additional -- or for

8    administrators to determine any cellphone use

9    guidelines on their school campus, so I believe

10   the new one removes the "during lunch for high

11   school students only."

12        Q.    Where would a copy of this policy,

13   the current policy, be found?

14        A.    On the TUSD governing board website.

15        Q.    And under the current policy -- so

16   in this version it says cellphones may be used

17   by elementary and middle school students during

18   lunch periods if an administrator approval had

19   been obtained, is that right?

20        A.    So, yes.  So in the new updated

21   policy, the guidelines are dependent upon

22   administrator discretion.

23        Q.    And just for the record, this is the

24   policy that was produced with the PFS in this

25   case, but it's your testimony that this policy

                                    Page 143

1    is not current?

2              MR. CUTLER:  I'm going to object to

3         the form.

4    BY MS. DEGTYAREVA:

5         Q.    So it is your testimony that this

6    policy that was produced with the PFS is not

7    current?

8              MR. CUTLER:  This was produced with

9         the PFS?

10             MS. DEGTYAREVA:  This was produced

11        with the PFS.

12             MR. CUTLER:  It's marked 159360?

13   BY MS. DEGTYAREVA:

14        Q.    So it's your testimony that this

15   policy is not current, is that right?

16             MR. CUTLER:  I'm going to object.

17        Misstates the testimony.  I think she said

18        it might not be current.

19             THE WITNESS:  From my understanding,

20        I believe that there is an updated policy,

21        especially if this revision says

22        August 25th, 2006.

23   BY MS. DEGTYAREVA:

24        Q.    You know what, why don't we pull up

25   the -- you said it was on the governing board

Page 144

1    website?

2            A.      Mm-hmm.

3            Q.      Okay.  Why don't we pull that up.

4                    MS. DEGTYAREVA:  Can we take a

5            minute break so we can find that?

6                    MR. CUTLER:  Sure.

7                    MS. DEGTYAREVA:  Let's go off the

8            record.

9                    THE VIDEOGRAPHER:  We're going off

10           record.  The time is 5:23.

11                   (Discussion off the record.)

12                   THE VIDEOGRAPHER:  We're going back

13           on record.  The time is 5:25.

14   BY MS. DEGTYAREVA:

15           Q.      Okay.  Ms. Shivanonda, we were just

16   talking about this use of cellphones and other

17   electronic signaling devices' policy regulation.

18   And just for the record, we have confirmed that

19   this is the version that is available currently

20   on TUSD's website of the policy regulation.

21                   So in this policy regulation that is

22   currently on TUSD's website, it states that

23   cellphones may be used on or off campus before

24   or after school, correct?

25           A.      Correct.

Page 145

1          Q.    And, again, this policy regulation
2    states that cellphones may be used during lunch
3    for high school students only?
4          A.    That is what this says, yes.
5          Q.    This policy regulation states that
6    cellphones may be used by elementary and middle
7    school students during lunch periods if they
8    have administrative approval, correct?
9          A.    Correct.
10         Q.    It also says that cellphones may be
11   used on field trips or excursions at -- excuse
12   me, if they are allowed.  Excuse me.  Strike
13   that.
14               It says may be used for educational
15   activities if a teacher approves, correct?
16         A.    Correct.
17         Q.    And it says that if a teacher or
18   coach approves, it may be used during -- they
19   may be used during extended trips and sporting
20   events, correct?
21         A.    Correct.
22               MS. DEGTYAREVA:  Let's mark tab 11
23         as Exhibit 10.
24                    (Tucson-30(b)(6)-Shivanonda-10 was
25                    marked for identification.)

Page 146

1   BY MS. DEGTYAREVA:

2        Q.    Ms. Shivanonda, I'll represent to

3   you that this is a printout from a website of a

4   company called Yondr.

5              Do you know what Yondr is?

6        A.    I do.

7        Q.    What is it?

8        A.    It is a company that creates pouches

9   that can be locked for students to put

10  cellphones in so they don't have access to them.

11       Q.    And so if a student puts their phone

12  into a Yondr pouch, the student then isn't able

13  to use the phone, correct?

14       A.    Correct.

15       Q.    And the student can keep the locked

16  pouch with them, they just can't access the

17  phone, right?

18       A.    Correct.

19       Q.    Now, Yondr services are available to

20  school districts, is that right?

21       A.    At a cost.

22       Q.    And TUSD has actually used Yondr

23  services before, right?

24       A.    Yes.  It was used at one high

25  school.

Page 147

1          Q.    Which high school was that?

2          A.    Tucson High.

3          Q.    And it was used at Tucson High for

4    just one school year, right?

5          A.    Correct.

6          Q.    That was the 2019 through 2020

7    school year?

8          A.    Correct.

9          Q.    And in that one school for the year

10   it was used, TUSD only used the Yondr pouches

11   for math and English language arts classes,

12   right?

13         A.    Correct.

14         Q.    Now, have there been any other times

15   TUSD has used Yondr on any of its campuses?

16         A.    Not that I'm aware of at the

17   district level we supported Yondr.  Schools also

18   have the autonomy for identifying maybe other

19   resources, but I'm not aware of other schools

20   explicitly using Yondr.

21              MS. DEGTYAREVA:  Let's go and mark

22        Exhibit 11.  Let's mark tab 14 as

23        Exhibit 11.

24              (Tucson-30(b)(6)-Shivanonda-11 was

25              marked for identification.)

Page 148

```
 1   BY MS. DEGTYAREVA:
 2         Q.    Ms. Shivanonda, do you see that this
 3   is an e-mail chain titled Yondr for Tucson High
 4   Magnet School?
 5                Do you see that?
 6                MR. CUTLER:  Take your time to
 7         review the whole document.
 8                (Witness reviewing document.)
 9   BY MS. DEGTYAREVA:
10         Q.    Let me know when you're ready.
11                (Witness reviewing document.)
12         A.    Okay.
13         Q.    This is an e-mail chain with a
14   subject line Yondr for Tucson High Magnet
15   School, right?
16         A.    Yes.
17         Q.    Tucson High Magnet School, is that
18   the same Tucson High that we were just talking
19   about?
20         A.    Yes.
21         Q.    And if you look on the e-mail that
22   starts at the bottom of page 1 from Shawna
23   Rodriguez, June 12, 2019.
24                Who is Shawna Rodriguez?
25         A.    At that time she was the current
```

Page 149

1   principal of Tucson High.

2       Q.    And going to the next page which

3   ends in Bates numbers 609, you'll see it says,

4   "Here is our plan:"

5           And then the first bullet is a

6   "Needs Assessment:"

7           Do you see that?

8       A.    Mm-hmm.

9       Q.    So this "Needs Assessment" listed

10  some of the reasons that Tucson High Magnet

11  School wanted to try Yondr pouches, right?

12      A.    That's what it looks like, mm-hmm.

13      Q.    And some of the things listed here

14  include, "Truancy or extensive time away from

15  class due to cell phone use of meeting up with

16  friends or ordering food through Uber Eats, Grub

17  Hub etc."

18          Right?

19      A.    Mm-hmm.

20      Q.    Also this "Coordinate of fights,

21  drug transactions, meeting up with

22  girlfriend/boyfriends that can lead to

23  inappropriate behavior."

24          Right?

25      A.    Mm-hmm.

Page 150

1          Q.    "Invitation to classes where there
2     is a substitute teacher having students who are
3     not on the roster to 'hangout' in the class
4     since the sub is unfamiliar with the class; this
5     has also led to in-class fights."
6               Do you see that?
7          A.    Mm-hmm.
8          Q.    So all of these are issues that
9     could involve cellphones, right?
10         A.    Yes.
11         Q.    But some of these actually expressly
12    call out other apps like Uber Eats and Grubhub
13    that are not social media, right?
14         A.    Yes.
15         Q.    And other things listed here like
16    meeting up with a girlfriend or boyfriend are
17    things that can be done via social media, via
18    text message, correct?
19               MR. CUTLER:  Object to form.
20               THE WITNESS:  Correct, I imagine.
21    BY MS. DEGTYAREVA:
22         Q.    Does TUSD have data showing what
23    percentage of these types of communications were
24    made via text message as opposed to social media
25    apps?

                                                    Page 151

1                MR. CUTLER:  Object to form.
2                THE WITNESS:  So when we think about
3           data -- we've talked about soft data,
4           right?  So in our discipline data, we can
5           see a trend of the majority of students
6           are utilizing social media apps for their
7           connection.
8                When we have had opportunities to
9           talk with students, the majority of
10          students do report that they don't
11          generally use SMS text, they text via
12          Instagram or via Facebook.
13               So it doesn't explicitly call that
14          out here, but from our anecdotal data and
15          then our discipline data, it does -- there
16          is an evidence of social media use to --
17          that's generally the most used method for
18          texting.
19     BY MS. DEGTYAREVA:
20          Q.    And again this discipline data that
21     you're relying on for this is the Synergy data,
22     the narrative sections of the Synergy data?
23               MR. CUTLER:  Object to form.
24               THE WITNESS:  Correct.  That's part
25          of it, yes.

Page 152

1  BY MS. DEGTYAREVA:

2      Q.    And the conversations with students,

3  are those recorded in any data source?

4      A.    Again, not necessarily.  So it's

5  difficult -- a lot of the work that we do again

6  is in conversation and anecdotal data.  I can't

7  speak to what Shawna did in this time, but we

8  often will just talk with students and identify,

9  like, how are you using your cellphones to try

10 to get a better handle on it.

11          So that could be considered data,

12 yes.

13     Q.    Now, this -- the Needs Assessment in

14 this e-mail, in this Needs Assessment, Shawna

15 Rodriguez never used the words "social media,"

16 right?

17     A.    Correct.

18     Q.    She never mentioned any of

19 defendants' platforms by name in this Needs

20 Assessment, right?

21     A.    Correct.

22     Q.    And she did mention some other apps

23 by names here, correct?

24     A.    Correct.

25          MS. DEGTYAREVA:  Now let's mark as

Page 153

1          Exhibit 12 tab 13.
2                    (Tucson-30(b)(6)-Shivanonda-12 was
3                    marked for identification.)
4    BY MS. DEGTYAREVA:
5          Q.    Ms. Shivanonda, do you see at the
6    top here it says Cell Phone Feedback for Quarter
7    1 - 110 Teachers Total Separated By Department
8    and YONDR and Non-YONDR?
9                    Do you see that?
10         A.    I do.
11                   Can I take a second to review this
12   document.
13         Q.    Sure.  Yeah.  Let me know when
14   you're ready.
15                   (Witness reviewing document.)
16         A.    Okay.
17         Q.    So these are survey results from the
18   first quarter that Tucson High Magnet School was
19   using Yondr, correct?
20                   MR. CUTLER:  Objection.  Lacks
21         foundation.
22                   THE WITNESS:  It looks as though.
23   BY MS. DEGTYAREVA:
24         Q.    And 110 teachers were surveyed?
25         A.    That is what it says.

Page 154

1          Q.     Now, this survey appears to be
2     broken down by teachers in different subjects,
3     ELA (19), Math (22), Fine Arts (13), and so on,
4     right?
5          A.     Yes.
6          Q.     And only the math and ELA classes
7     are the ones that used Yondr, correct?
8          A.     That is my understanding, yes.
9          Q.     And just if you could quickly go
10    back to the prior exhibit which was the e-mail
11    from Shawna Rodriguez, at the bottom of page --
12    of the first page, Ms. Rodriguez says, "I am
13    really eager to implement our cell phone policy
14    this year."
15               Do you see that?
16         A.     Yes.
17         Q.     So taking you back to exhibit --
18    sorry, exhibit we were just looking at of the
19    survey results --
20               MR. CUTLER:   12.
21    BY MS. DEGTYAREVA:
22         Q.     -- Exhibit 12.
23               So this survey includes teachers'
24    responses to the new cellphone policy from
25    classrooms that use Yondr and then from

Page 155

1   non-Yondr classrooms as well, correct?
2            MR. CUTLER:  Object to form.
3        Foundation.
4            THE WITNESS:  That is what this
5        looks like, yes.
6   BY MS. DEGTYAREVA:
7        Q.   And based on the results of this
8   survey, a lot of the teachers found the new
9   cellphone policy to be effective, right?
10           MR. CUTLER:  Foundation.
11           THE WITNESS:  Based on this, it
12       appears the numbers are higher for
13       effective than ineffective.
14   BY MS. DEGTYAREVA:
15       Q.   So teachers in the math and ELA
16   classes who were using Yondr, there's some
17   comments here showing that they found the policy
18   to be effective at reducing cellphone use,
19   correct?
20           MR. CUTLER:  Object to form.
21       Foundation.
22           THE WITNESS:  Based on my review of
23       these, yes, it does seem like there's
24       positive responses.
25           ///

Golkow Technologies,
A Veritext Division

Page 156

1    BY MS. DEGTYAREVA:

2         Q.    And just to look at a couple of

3    these quotes on page -- the page ending in Bates

4    931, at the bottom of the page one of the

5    teachers says, "Works for me!  It's easy if you

6    enforce it and use it consistently."

7              Do you see that?

8         A.    I do see that, mm-hmm.

9         Q.    And go to the next page, 932.  This

10   is from the math class.  One of the teachers

11   says, "Strong consistent consequences are

12   working."

13             Do you see that?

14        A.    I do.

15        Q.    Another one says, "Night and Day

16   from last year; keep up Admin support."

17             Do you see that?

18        A.    I do.

19        Q.    Another one says, "Kids are more

20   focused and do more work."

21             Do you see that?

22        A.    Yes.

23        Q.    And one says, "Last year it was

24   every day; this year so far I've only had to

25   talk with one student so far."

Page 157

```
 1              Do you see that?
 2       A.    I do.
 3       Q.    And then the teachers in the other
 4  classrooms who were not using Yondr also found
 5  the new cellphone policy was -- or for the most
 6  part also found that the new cellphone policy
 7  was effective based on these survey results,
 8  right?
 9              MR. CUTLER:  Objection.  Form,
10       foundation.
11              THE WITNESS:  As the document, yes,
12       it does appear to say that.
13  BY MS. DEGTYAREVA:
14       Q.    And in the teacher responses some of
15  them talk about other methods, such as having a
16  student leave their cellphone in a backpack
17  against the wall as also being effective, right?
18       A.    Which page does that say that?
19       Q.    Sure.  So let's take a look at a
20  couple of examples.
21              So on the page ending in 933, under
22  Fine Arts, one of the teachers says, "Bags
23  against wall problem solved."
24              Do you see that?
25       A.    Yes.
```

1      Q.     And again in this non-Yondr

2   classroom, another teacher says, "The

3   consistency school-wide means less arguments in

4   my room."

5              Do you see that?

6              MR. CUTLER:  Objection to form.

7        Foundation.

8              THE WITNESS:  Yes, I do see that.

9   BY MS. DEGTYAREVA:

10     Q.     Another comment, "I have less

11   cellphone use overall."

12             Do you see that?

13     A.     I do.

14     Q.     And the last one on this page, "I

15   have had zero pushback because the school wide

16   policy makes kids believe we are serious."

17             Do you see that?

18     A.     I see that, yes.

19     Q.     And going on to the next page ending

20   in 934, in World Languages and ELD, a teacher

21   says, "Phones in backpacks, backpacks stowed

22   away.  Halleluia."

23             Do you see that?

24     A.     I see that.

25     Q.     Now, several of the teachers

Page 159

1    surveyed also noted they have always had a

2    strict enforcement policy in their individual

3    classrooms and didn't have a problem with phones

4    even before Yondr.

5              Do you see that?

6         A.    Yes.  I've seen a few of those, yes.

7         Q.    So looking at a couple of examples

8    in the Bates ending in 935, at the very top one

9    teacher said, "I've always maintained a strict

10   enforcement of no cellphones in my classroom."

11             Do you see that?

12        A.    I do.

13        Q.    And at the bottom of that same page,

14   at the very bottom a teacher said, "I have had a

15   strict policy for years.  I run my classroom

16   without interference from cellphones."

17             Do you see that?

18        A.    I do see that.

19        Q.    Did TUSD consider implementing Yondr

20   in other schools?

21        A.    I am not aware.  What I -- I am not

22   aware, correct.

23        Q.    Well, did TUSD ever estimate the

24   cost of implementing Yondr in other schools?

25        A.    I am not aware.

Page 160

1        Q.    But TUSD never implemented Yondr
2    districtwide, correct?
3        A.    Correct.
4        Q.    And apart from, again, this one
5    school in one year and just two class subjects,
6    it never implemented Yondr in any other schools?
7        A.    That is my understanding, correct.
8        Q.    Has TUSD ever implemented a
9    districtwide policy requiring what some of these
10   teachers refer to as the backpack policy, so
11   requiring students to put their phones in their
12   backpacks during class?
13       A.    As part of the current TUSD
14   cellphone policy, it does require at least the
15   verbiage -- the one that I found online that I
16   said is a little bit different than the one we
17   looked at, it does say that cellphones are to be
18   stored in backpacks or in lockers or out of
19   sight and not being used.  So we do currently
20   have that policy.  And then administrators at
21   school campuses then can adjust their own
22   policies based on their campus needs.
23              MS. DEGTYAREVA:  Can we mark as
24       Exhibit 13 tab 9?
25              ///

Page 161

1                    (Tucson-30(b)(6)-Shivanonda-13 was
2                    marked for identification.)
3    BY MS. DEGTYAREVA:
4         Q.    Ms. Shivanonda, this is a document
5    titled Governing Board Policy, Policy Title,
6    Student Use of Cellphones and Other Electronic
7    Devices.
8                    Do you see that?
9         A.    Yes, correct.
10        Q.    Is this the document you were
11   testifying about as the other cellphone policy?
12        A.    Yes, it is.
13        Q.    And this document says, near the
14   middle of the page, "Cellphone and/or electronic
15   devices are to be kept out of view in a
16   student's locker, pocket, or carrying bag."
17                    Do you see that?
18        A.    Correct, yes.
19        Q.    So under this policy students can
20   keep their cellphones in their pockets?
21        A.    Correct.
22        Q.    TUSD has never implemented a
23   districtwide policy that required students to
24   put their phones in their backpacks, correct?
25                    MR. CUTLER:  Object to form.

Page 162

1          THE  WITNESS:   Correct.   However,
2      also part of this policy, the principal
3      shall  establish  additional  guidelines
4      appropriate  to  campus  needs,  and  so  many
5      of  our  schools  have  integrated  more
6      stricter  cellphone  policies  to  where  they
7      either  need  to  be  turned  in  at  the  office
8      or  put  away  in  their  backpacks.
9  BY MS. DEGTYAREVA:
10      Q.    How  many  schools  have  implemented
11  those  stricter  policies?
12      A.    I'm  not  aware  of  the  number.   I  do
13  know it's up to the  school  administration  to
14  identify  how  they  want  to  implement  those
15  policies  outside  of  this  one.
16      Q.    Can  you  name  some  of  the  schools
17  that  have  a  stricter  cellphone  policy?
18      A.    Yes.   So  Sabino  High  School,
19  actually  they  purchased  cellphone  lockers  this
20  past  school  year.   And  so  every  one  of  their
21  classrooms  has  a  set  of  40  lockers  with  keys,
22  and  they  adjusted  their  cellphone  policy  where
23  it  is  a  requirement  for  all  students  to  put
24  cellphones  in  a  cellphone  locker  in  every  class
25  period.

Page 163

1            I do know that Steele Elementary,
2    for the elementary students, if students do have
3    a cellphone, they are asked to turn it in to the
4    front office.
5            I know that Wakefield Middle School
6    has also instituted stricter cellphone policies.
7            Morgan Maxwell instituted stricter
8    cellphone policies as well as clear backpack
9    policies to then also be able to see that
10   cellphones were in backpacks versus on the
11   person.
12           And those are just a few that I can
13   think of off the top of my head.
14       Q.    And where are those school-specific
15   policies, where are they recorded?
16       A.    In the school-specific handbook and
17   guidelines for the operation of that school.
18       Q.    So each school has a handbook that
19   contains a cellphone policy, or do not all
20   schools have the specific cellphone policy?
21       A.    So every school should have a
22   handbook that at least has the governing board's
23   cellphone policy.  And if they have any
24   additional requirements regarding cellphones,
25   then that would be indicated in their cellphone

Page 164

1    policy.

2         Q.    Some of the things you mentioned

3    that have been adopted by a couple of the

4    schools, cellphone lockers, is there any other

5    school except Sabino High School that uses

6    cellphone lockers?

7         A.    Not currently, but I do know that

8    they have been conversation for additional high

9    schools to look at implementing in the new

10   school year.

11        Q.    And has the district ever

12   implemented a districtwide policy that requires

13   the use of cellphone lockers?

14        A.    No.

15        Q.    You also talked about an elementary

16   school that requires students to turn in their

17   cellphones to the front office.

18             Is there any other school that

19   requires students to turn their cellphones in to

20   the front office?

21        A.    As part of -- I don't know

22   explicitly off the top of my head, but I do know

23   that it's part of the disciplinary process.

24   Part of that would be if the student has their

25   cellphone out or is violating the policy, it can

Page 165

1    be confiscated, and after a certain number of
2    instances it will either be turned in to the
3    office or kept until a parent can come pick it
4    up.
5             There are, maybe, some specific
6    individual students that have an intervention
7    plan that requires them not to have a cellphone,
8    but, again, that would be determinant upon
9    school discipline data and in partnership with
10   administration.
11        Q.    So apart from Steele Elementary
12   School, is there any other school in Tucson
13   Unified School District that requires every
14   student just as a matter of course to turn their
15   cellphone in to the front office?
16             MR. CUTLER:  Object to form.
17             THE WITNESS:  Not that I am aware of
18        to that level.
19   BY MS. DEGTYAREVA:
20        Q.    You talked about Wakefield Middle
21   School also having a stricter cellphone policy.
22             What did that policy require?
23        A.    So that is, again, having
24   students -- requiring students to have
25   cellphones in backpacks and more of the

Page 166

1    implementation of the expectations around the
2    discipline.  So they have enacted stricter
3    cellphone policies in terms of seeing it out and
4    monitoring that students have it out during
5    instructional practice times.
6           Q.    Apart from Wakefield Middle School,
7    are you aware of any other school in the
8    district that has a schoolwide policy requiring
9    students to put their phones in backpacks?
10          A.    I'm not thinking of specific names
11   on the top of my head, but I do know that the
12   majority of our schools do look at the cellphone
13   policy and do implement in ways appropriate to
14   their campus.
15          Q.    So, again, just going back to my
16   question, you are not aware of any other school
17   except for Wakefield Middle School that requires
18   students to put their cellphones in backpacks?
19               MR. CUTLER:  Object to form.
20   BY MS. DEGTYAREVA:
21          Q.    Is that right?
22          A.    Not off the top of my head, correct.
23          Q.    Then you said Morgan Maxwell has
24   also instituted stricter cellphone policies as
25   well as clear backpack policies?

Page 167

1          A.    Correct.

2          Q.    So apart from the clear backpack

3    policy, is there anything else about Morgan

4    Maxwell's cellphone policy that is different

5    from the districtwide policy?

6          A.    Again, it requires the cellphone to

7    be in the backpack.

8          Q.    Are you aware of any other school

9    apart from Morgan Maxwell that has instituted a

10   schoolwide clear backpack policy?

11         A.    I know that I had a discussion with

12   the principal of Morgan Maxwell, and she did

13   indicate.  I believe there were one or two other

14   middle schools, but I am not recalling the name

15   of the middle schools off the top of my head

16   right now.

17         Q.    Okay.  So we've talked about Sabino

18   High School, Steele Elementary School, Wakefield

19   Middle School, Morgan Maxwell, and perhaps one

20   or two other schools that have also instituted a

21   clear backpack policy.

22               Any other schools you can think of

23   sitting here today that have a stricter

24   cellphone policy?

25         A.    Again, I know the majority of our

Page 168

1    schools, they do enhance their cellphone policy.
2    I just am not recalling specifics off the top of
3    my head right now.
4         Q.    Are you aware of the ways in which
5    the other schools enhance the cellphone policy?
6         A.    I believe it's more in the
7    implementation of the discipline.  One of the
8    difficulties lies in there's a lot of barriers
9    and pushback from community and from parents,
10   which can make it very difficult for
11   implementation of specific cellphone policies.
12             And so I know that majority of the
13   schools do attempt to follow this policy and
14   then establish additional guidelines.  I do not
15   know at what extent every school -- we have
16   almost 90 schools in the district, so I do not
17   know to what extent all of the schools have
18   added additional guidelines.
19        Q.    I want to ask a couple more
20   questions about Sabino High School and their
21   locker policy.
22             What was the cost of implementing
23   cellphone lockers at Sabino High School?
24        A.    $14,000.
25        Q.    How big is that high school?

Page 169

1        A.      I want to say almost 800, 800
2    students.
3        Q.      Has TUSD ever analyzed how much it
4    would cost to implement a cellphone locker
5    policy at every school in the district?
6        A.      Not that I'm aware of with cost.
7        Q.      And at Sabino High School, are
8    students still allowed to access their
9    cellphones during conference periods, passing
10   periods, and lunch?
11       A.      They are required to put their
12   cellphone in every core and elective class.  So
13   if they're not in a classroom, then they do have
14   access to their cellphone.
15       Q.      Apart from the two policy documents
16   that we looked at, the two districtwide policy
17   documents, has TUSD implemented any other
18   districtwide policies regarding cellphone use?
19       A.      So the governing board has had
20   discussions around implementing more stringent
21   cellphone policies.  There comes a lot of
22   pushback and barriers within the community.  We
23   do hear from a lot of parents that do not --
24   they have fear of their students not being able
25   to access their cellphones in emergent

Page 170

1  situations.

2          Our governing board has requested
3  more additional information.  They're also not
4  sure of how they're being used, as part of this
5  policy also says that teachers can potentially
6  have cellphones used for instructional purposes.

7          So they have had discussions around
8  stricter cellphone policies, but have not
9  enacted anything specific outside of the current
10  policy as it stands.

11      Q.    Okay.  So the two policy documents
12  we looked at are the only two districtwide
13  policy documents on cellphones, correct?

14          MR. CUTLER:  Object to form.

15          THE WITNESS:  Correct.

16  BY MS. DEGTYAREVA:

17      Q.    I believe you testified earlier that
18  TUSD also has WIFI on its school campuses, is
19  that right?

20      A.    That is correct.

21      Q.    Are students able to use their
22  personal devices to access the WIFI on the
23  school campuses?

24          MR. CUTLER:  Objection.  Asked and
25          answered.

Page 171

1          THE WITNESS:  No, students are not.
2     The policy is that students are not able
3     to use district WIFI on their personal
4     devices.
5  BY MS. DEGTYAREVA:
6     Q.    Are there any restrictions that
7  prevent students from accessing the WIFI on
8  their personal devices?
9     A.    The district does take precautions
10 and it is not widely known, the knowledge of the
11 WIFI password, and even for staff.  Majority of
12 staff, we are not able to use our own personal
13 devices and get connected to WIFI.  So all of
14 the WIFI connections do run through our
15 technology department.
16          Students can be savvy and sometimes
17 they may be able to find ways, but for the
18 majority of the practices, students should not
19 be able to access district-level WIFI on their
20 personal devices.
21    Q.    But TUSD does provide students with
22 school-issued devices, right?
23    A.    Correct.
24    Q.    And are students able to use the
25 school-issued devices to access the WIFI on

Page 172

1    TUSD's campuses?

2         A.    Yes.

3               MS. DEGTYAREVA:    Let's mark as

4         Exhibit 14 tab 16.

5                   (Tucson-30(b)(6)-Shivanonda-14 was

6                   marked for identification.)

7    BY MS. DEGTYAREVA:

8         Q.    Let me know when you're ready.

9               (Witness reviewing document.)

10        A.    Okay.

11        Q.    Looking at the first page, it says

12   Pueblo Gardens PK through 8.

13        A.    Yes.

14        Q.    What does that refer to?

15        A.    That is one of our TUSD schools.

16        Q.    And this is a presentation welcoming

17   back families to the school for the 2021-2022

18   school year?

19        A.    That is what is looks like.

20        Q.    Turning to the page ending Bates

21   723, do you see where it says at the top "Please

22   join us on Facebook"?

23        A.    Yes.

24        Q.    So this school is inviting parents

25   or inviting families to join -- or to follow

Page 173

1   them on Facebook, correct?
2          A.     That is what it looks like, yes.
3          Q.     And then if you go to page ending in
4   725 titled Verizon Innovative Learning Schools,
5   do you see that?
6          A.     Mm-hmm.
7          Q.     What is an innovative learning
8   school?
9          A.     TUSD has received some grant funding
10  and has collaborated with Verizon to create
11  innovative learning schools.  So we have -- I
12  don't remember off the top of my head how many
13  Verizon innovative learning schools.  I want to
14  say maybe around ten.  But it is a partnership
15  with Verizon to provide additional access to
16  instructional tools.
17         Q.     This presentation says that iPads
18  are issued for all students grades 6 through 8
19  with limited data plan but unlimited WIFI.
20                Are iPads issued to all students
21  grades 6 through 8 across all of TUSD?
22         A.     No.
23         Q.     So which students get TUSD -- which
24  students get iPads districtwide?
25         A.     iPads are used in a variety of ways

Page 174

1    at some of our elementary schools.  At our
2    younger grades, kinder, first grade, they may
3    have iPads to use for instructional purposes.
4    And then our Verizon Innovative Learning Schools
5    use the iPads in lieu of a district-issued
6    Chromebook or laptop.
7           Q.    So this presentation for this
8    particular school, it then says at the bottom of
9    this page, "Grade K through 5 students will be
10   loaned Chromebooks."
11          A.    Correct.
12          Q.    So do all students across TUSD get
13   Chromebooks?
14          A.    We are a one-to-one school.  So yes,
15   depending upon if there's iPad or laptop,
16   students do -- are loaned a device.
17          Q.    Okay.  So just to make sure I
18   understand, every student across the district
19   gets some device, and it's either a Chromebook
20   or an iPad?
21          A.    Correct.
22          Q.    And are all of those devices able to
23   connect -- all those school-issued devices able
24   to connect to the unlimited WIFI offered by
25   TUSD?

Page 175

1          A.    Those devices are able to connect
2    TUSD WIFI when they are on TUSD campus.
3                I don't know about the terminology
4    of "unlimited WIFI."  For majority of our
5    students the district does not provide WIFI in
6    their home, especially not with the Chromebooks.
7    So I can't necessarily speak to what that word
8    "unlimited" necessarily means for the iPads.
9          Q.    So the WIFI is available on all of
10   the devices while they are at school?
11         A.    Correct.
12         Q.    Does TUSD limit what apps can be
13   downloaded on the iPads or the Chromebooks?
14         A.    Yes.
15         Q.    And what are the limitations?
16         A.    So for downloading of apps, they all
17   come prestandard.  So students are not able to
18   download any specific apps of their choosing.
19   So the Chromebooks are -- the district has
20   identified the appropriate learning apps that
21   are able to be used, and then those are
22   preloaded onto those Chromebooks.
23         Q.    Does TUSD place any limits on what
24   websites can be accessed on the iPads or the
25   Chromebooks that are issued by TUSD?

Page 176

1          A.     Yes.

2          Q.     And what are those limits?

3          A.     So the district does engage in

4  filtering practices for all WIFI, for both staff

5  and students.  And so all social media platforms

6  are not allowed to be used by students on TUSD

7  WIFI.

8                And then keyword, there are specific

9  keywords within that filtering that would block

10 specific content based on keywords that have

11 been determined by our technology department.

12         Q.     You said all social media platforms

13 are not allowed to be used by students on TUSD

14 WIFI.

15                Which specific social media

16 platforms are not permitted on the WIFI?

17         A.     Facebook, Instagram, TikTok, X.  The

18 other platform names are escaping me.  Snapchat.

19 Facebook, Instagram, TikTok, Snapchat, X,

20 Discord.  Those are the main ones that are

21 coming to mind.

22         Q.     Are there any other websites that

23 students can't access on the TUSD WIFI?

24         A.     Again, it's based on content, so

25 content filtering.

1    Q.    Just make sure I understand, for the

2    social media platforms you just mentioned, are

3    those based on content filtering, or are those

4    just completely prohibited?

5    A.    Those are just prohibited.

6    Q.    So are there any other websites that

7    are completely prohibited and not based on

8    content filtering?

9    A.    Any websites that would have to do

10   with pornography, any other websites that would

11   be explicit content that would be not

12   appropriate for students.

13   Q.    Any other specific websites you can

14   think of?

15   A.    I'm trying to think, because there's

16   been some websites that even -- oh, so things

17   like Netflix, Hulu, streaming services are also

18   blocked.  Students are able to access -- I'm

19   sorry.  It's 6:11 on Tuesday.  So I'm having a

20   hard time coming up with every website.

21   Q.    Is there a document somewhere that

22   lists all of the websites that are not allowed

23   on the TUSD WIFI?

24              MR. CUTLER:  Object to form.

25              THE WITNESS:  That would most likely

```
                                        Page 178
 1        be probably internal with our technology
 2        department as they are the ones who manage
 3        that.  I can't think of maybe any public
 4        documents that would list every single
 5        website.
 6   BY MS. DEGTYAREVA:
 7        Q.    And how long have the website
 8   limitations been in place?
 9        A.    The limitations have been in place
10   pretty -- well, when we started really moving
11   towards one-on-one was when we were coming back,
12   2020 -- well, in 2020 we did provide devices for
13   students for at-home use.
14             Prior to that there were access to
15   technology within classrooms.  Some of our
16   schools would have what we would call a COW,
17   computer on wheels, with a whole cartful of
18   computers to be able to use for instructional
19   practices, and so content filtering was in place
20   then.
21             So as long as I can really remember,
22   as long as we've been providing access to
23   technology for students on campuses, there has
24   been some sort of filtering, but I can't speak
25   to the exact specifics.
```

Page 179

1      Q.    And have defendants' platforms
2  always been included on the list of websites
3  that are not permitted?
4      A.    To my knowledge, I believe so.
5      Q.    Now, are students able to use their
6  school-issued iPads or Chromebooks to access
7  their home WIFI?
8      A.    Yes.  If they have WIFI at their
9  home, it is enabled to be able to access WIFI.
10     Q.    And so if a student is using their
11 school-issued devices on their home WIFI, are
12 there any restrictions on what websites they can
13 visit?
14     A.    TUSD, we are only able to filter on
15 TUSD WIFI, so we do not have the ability to do
16 any filtering on the home WIFI, so no.
17     Q.    Does TUSD give parents the ability
18 to use parental controls on the school-issued
19 devices?
20     A.    I believe so, but I am not
21 100 percent sure on all the details of that.
22     Q.    Do you know what parental controls
23 are available on school-issued devices?
24     A.    I do not.
25     Q.    Does TUSD have data on how many

Page 180

1  parents use parental controls on school-issued
2  devices?
3       A.    I do not believe that that is data
4  that is collected, no.
5       Q.    Now, TUSD itself uses social media
6  to communicate with its students and their
7  families, correct?
8       A.    Correct.
9            MS. DEGTYAREVA:  Let's mark as
10      Exhibit 15 tab 18.
11            (Tucson-30(b)(6)-Shivanonda-15 was
12            marked for identification.)
13  BY MS. DEGTYAREVA:
14       Q.    Ms. Shivanonda, this is a printout
15  of TUSD's website.  Does this look familiar to
16  you?
17       A.    It does.
18       Q.    And if you go to the third page of
19  this exhibit, at the very bottom do you see a
20  row of icons?
21       A.    I do.
22       Q.    So the first icon there is a link to
23  TUSD's Facebook page, right?
24       A.    Correct.
25       Q.    And then the third icon is a link to

Page 181

1    TUSD's Instagram page, correct?

2         A.    Correct.

3         Q.    Okay.  Actually, well, sorry, the

4    second icon is a link to the X page, correct?

5         A.    Correct.

6         Q.    The fourth icon, is that Vimeo?

7         A.    I believe so.

8         Q.    The fifth icon, is that a link to

9    TUSD's YouTube page?

10         A.    Correct.

11         Q.    The sixth icon, is that a link to

12    TUSD's LinkedIn page?

13         A.    Yes.

14         Q.    And what is the last icon?

15         A.    That is the Awareity platform.  As I

16    had mentioned before, Awareity is our platform

17    for students and anyone, really, to report any

18    concerns.

19              MS. DEGTYAREVA:  Okay.  Let's mark

20         as Exhibit 16 tab 19.

21                  (Tucson-30(b)(6)-Shivanonda-16 was

22                  marked for identification.)

23    BY MS. DEGTYAREVA:

24         Q.    Ms. Shivanonda, this is a printout

25    from TUSD's Facebook page.

Page 182

1              Do you see that?
2        A.    I do.
3        Q.    How long has TUSD had a Facebook
4    page?
5        A.    I am not sure of how long; however,
6    I do know that over the last several years it
7    has been used with more consistency.  I know
8    that that's been, I guess, used with more
9    consistency just over the last couple of years.
10        Q.    When you say "with more
11    consistency," do you mean more often?
12              MR. CUTLER:  Object to form.
13              THE WITNESS:  Yes.
14    BY MS. DEGTYAREVA:
15        Q.    And on TUSD's Facebook page, is
16    there anything warning students or families
17    about TUSD's position that Facebook could be
18    harmful to mental health?
19        A.    I have not done a deep dive of the
20    TUSD Facebook page, so at face value on this
21    document, I am not seeing anything.
22        Q.    And according to -- at least at the
23    time this page was printed, it says that TUSD
24    has 24,000 followers on Facebook, correct?
25        A.    That's what it looks like.

Page 183

1          Q.     Now, individual schools within TUSD
2     also have Facebook -- or at least some of the
3     schools have Facebook pages, right?
4          A.     Yes.  I don't know if all do, but
5     many do, yes.
6          Q.     And TUSD at times posts photographs
7     of its students on its Facebook page, right?
8          A.     Only students that have -- the
9     parents have signed waivers for digital media to
10    be used.
11         Q.     It allows people to like content on
12    its Facebook page, right?
13         A.     It appears so, yes.
14         Q.     And TUSD allows people to post
15    comments on its Facebook page, right?
16         A.     I would say for the majority of them
17    probably.  There might be some where that may be
18    restricted, but...
19              MS. DEGTYAREVA:  Let's mark as
20         Exhibit 17 tab 21.
21                   (Tucson-30(b)(6)-Shivanonda-17 was
22                   marked for identification.)
23    BY MS. DEGTYAREVA:
24         Q.     Ms. Shivanonda, this is a printout
25    from TUSD's Instagram page.  Do you recognize

Page 184

1    this?

2            A.    I do.

3            Q.    Are you aware of any warning that

4    TUSD has posted on its Instagram page that

5    Instagram could be harmful to students?

6            A.    I have, again, not done a deep dive

7    of the TUSD Instagram page; however, I'm not

8    seeing anything on this document.

9            Q.    And at the time that this printout

10   was made, it said that TUSD had 3,335 followers

11   on Instagram, right?

12           A.    That is correct.

13           Q.    TUSD posts content on its Instagram

14   page, right?

15           A.    Yes.

16           Q.    TUSD posts pictures of its students

17   on the Instagram page, right?

18           A.    Again, those that have submitted for

19   media postings, yes.

20           Q.    TUSD allows people to like content

21   on its Instagram page, right?

22           A.    Yes, appears so.

23           Q.    And people can leave comments on

24   TUSD's content on the Instagram page, right?

25           A.    Yes.

                                        Page 185

1              MS. DEGTYAREVA:  Okay.  Let's mark
2         as Exhibit 18 tab 22.
3                   (Tucson-30(b)(6)-Shivanonda-18 was
4                   marked for identification.)
5    BY MS. DEGTYAREVA:
6         Q.    Ms. Shivanonda, this is a printout
7    from TUSD's YouTube account.
8              Do you recognize this?
9         A.    I do.
10        Q.    How long has TUSD had a YouTube
11   account?
12        A.    The district has used YouTube for
13   varying degrees for several years.  Most of the
14   TUSD media, at least at the beginning of the use
15   of YouTube, was not public, it was used
16   internally.  We still also have many of our
17   videos that are internal use, and then very
18   specific of what may be public.
19        Q.    There is some content that is public
20   on TUSD's YouTube page?
21        A.    There is some content that is
22   public, yes.
23        Q.    Are you aware of any content that
24   TUSD has posted onto its YouTube page that warns
25   students that YouTube could be harmful?

Page 186

```
 1        A.    Directly on its YouTube page, I am
 2   not aware.
 3        Q.    And at the time that this printout
 4   was made, it says that TUSD has 2.46 thousand
 5   subscribers on its YouTube page, correct?
 6        A.    That's what this says, yes.
 7             MS. DEGTYAREVA:  Now let's take a
 8        look at Exhibit 19.  We'll mark tab 40 as
 9        Exhibit 19.
10                 (Tucson-30(b)(6)-Shivanonda-19 was
11                 marked for identification.)
12   BY MS. DEGTYAREVA:
13        Q.    So if you turn to the page after the
14   document -- or after the page that says Produced
15   in Native Format, do you see that this is a
16   presentation from Valencia Middle School,
17   Welcome Vesey Elementary Parents?
18        A.    Vesey, yes.
19        Q.    Vesey.
20             Are those both schools in TUSD?
21        A.    They are.
22        Q.    And if you turn to the last page of
23   this presentation, do you see where it says,
24   "Parent notification:  website, Instagram,
25   Facebook, and Twitter of daily happenings"?
```

Page 187

1          A.    Oh, okay.  Yes.

2          Q.    So TUSD schools encourage parents to

3    use these websites to learn about daily

4    happenings at the schools, is that right?

5                MR. CUTLER:  Object to form.

6                THE WITNESS:  The school district

7          tries to keep up with the times.  And we

8          know that the majority of our students and

9          our parents, they utilize social media

10         more so than maybe e-mail, so in order to

11         be able to provide regular information, it

12         does leverage the platforms that the

13         community is using, yes.

14               MS. DEGTYAREVA:  Let's mark as

15         Exhibit 20 tab 23.

16               (Tucson-30(b)(6)-Shivanonda-20 was

17               marked for identification.)

18   BY MS. DEGTYAREVA:

19         Q.    Do you see at the bottom of this

20   page it says Tucson Unified School District?

21         A.    I do.

22         Q.    And then the document appears to be

23   titled Get Ready for Tucson College Night.

24               Do you see that?

25         A.    I do.

 1      Q.    Is this an event that Tucson Unified
 2   School District put on?
 3      A.    This is an event that, yes, the
 4   Vesey school counseling department puts on
 5   annually.
 6      Q.    And so this is a flyer that's
 7   inviting students to register for this college
 8   night, correct?
 9      A.    Correct.
10      Q.    Now, do you see that there is a --
11   well, first, a barcode next to "Prior to Tucson
12   College night" --
13      A.    Yes.
14      Q.    -- on the right of the page?
15      A.    Mm-hmm.
16      Q.    So students are able to use their
17   cellphones to -- not barcode, QR code -- to scan
18   the QR code?
19            (Room interruption.)
20            (Discussion off the record.)
21   BY MS. DEGTYAREVA:
22      Q.    So going back to the exhibit we were
23   on, students are able to use their cellphones to
24   scan this QR code in order to register for this
25   college fair, correct?

Page 189

1        A.    Correct.

2        Q.    And then there's a code at the

3   bottom for the Snapchat app, correct?

4        A.    Correct.

5        Q.    That was another way that students

6   were able to either find information about or

7   register for this college fair, correct?

8        A.    Correct.

9              MS. DEGTYAREVA:  Actually, I think

10        now might be a good time to break.  Let's

11        go off the record.

12             THE VIDEOGRAPHER:  We are going off

13        record.  The time is 6:27.

14                (Whereupon, the deposition was

15                adjourned.)

16             THE VIDEOGRAPHER:  The time on the

17        record today for counsel for Snap is 2:46.

18        And we're off the record.

19

20

21

22

23

24

25

Page 190

1      CERTIFICATE OF COURT REPORTER

2

3            I, MAUREEN O'CONNOR POLLARD,

4    Registered Diplomate Reporter, CSR No. 14449 for

5    the State of California, the officer before whom

6    the foregoing deposition was taken, do hereby

7    certify that the foregoing transcript is a true

8    and correct record of the testimony given; that

9    said testimony was taken by me stenographically

10   and thereafter reduced to typewriting under my

11   direction; and that I am neither counsel for,

12   related to, nor employed by any of the parties

13   to this case and have no interest, financial or

14   otherwise, in its outcome.

15            Dated this 9th day of April,

16   2025.

17

18   _____

19   MAUREEN O'CONNOR POLLARD

20   CSR No. 14449

21

22

23

24

25

Page 191

1                    INSTRUCTIONS TO WITNESS

2

3                    Please read your deposition over

4    carefully and make any necessary corrections.

5    You should state the reason in the appropriate

6    space on the errata sheet for any corrections

7    that are made.

8                    After doing so, please sign the

9    errata sheet and date it.  It will be attached

10   to your deposition.

11                    It is imperative that you return

12   the original errata sheet to the deposing

13   attorney within thirty (30) days of receipt of

14   the deposition transcript by you.  If you fail

15   to do so, the deposition transcript may be

16   deemed to be accurate and may be used in court.

17

18

19

20

21

22

23

24

25

Page 192

```
1                    - - - - - -
                  E R R A T A
2                    - - - - - -
3   PAGE   LINE   CHANGE
4   ____   ____   _____
5      REASON: _____
6   ___    ____   _____
7      REASON: _____
8   ____   ____   _____
9      REASON: _____
10  ____   ____   _____
11     REASON: _____
12  ____   ____   _____
13     REASON: _____
14  ____   ____   _____
15     REASON: _____
16  ____   ____   _____
17     REASON: _____
18  ____   ____   _____
19     REASON: _____
20  ____   ____   _____
21     REASON: _____
22  ____   ____   _____
23
24
25
```

Page 193

1

2                    ACKNOWLEDGMENT OF DEPONENT

3

4               I, _____, do
   Hereby certify that I have read the foregoing
5  pages, and that the same is a correct
   transcription of the answers given by me to the
6  questions therein propounded, except for the
   corrections or changes in form or substance, if
7  any, noted in the attached Errata Sheet.

8

9  _____
   WITNESS NAME                DATE

10

11

12

13

14

15

16 Subscribed and sworn
   To before me this
17 _____ day of _____, 20_____.
18 My commission expires: _____
19

   _____
20 Notary Public

21

22

23

24

25

Page 194

1                    LAWYER'S NOTES

2     PAGE   LINE

3     ____   ____   _____

4     ____   ____   _____

5     ____   ____   _____

6     ____   ____   _____

7     ____   ____   _____

8     ____   ____   _____

9     ____   ____   _____

10    ____   ____   _____

11    ____   ____   _____

12    ____   ____   _____

13    ____   ____   _____

14    ____   ____   _____

15    ____   ____   _____

16    ____   ____   _____

17    ____   ____   _____

18    ____   ____   _____

19    ____   ____   _____

20    ____   ____   _____

21    ____   ____   _____

22    ____   ____   _____

23    ____   ____   _____

24    ____   ____   _____

25

[& - 2023]                                                      Page 1

| & | | | |
|---|---|---|---|
| **&** 1:16 2:6 3:3 3:11,18 4:3,11 | **11** 6:14 13:13 145:22 147:22 147:23,24 | **16-17** 66:1 | **2014-2016** 35:16 |

**&**

**&** 1:16 2:6 3:3
3:11,18 4:3,11

**0**

**00006965** 6:23
**00159360** 6:11
**00165722** 7:3
**00183309** 7:13
**00184507** 6:4
**00319608** 6:14
**00363931** 6:19
**00464074** 7:11
**03047** 1:3

**1**

**1** 5:9,19 6:7,16
12:11,12,17
13:7,9 53:1
57:6 58:10,18
59:8,25 61:3,5
61:7,8,11,23
68:20 128:21
148:22 153:7
**10** 5:4 6:13
13:13 145:23
145:24
**100** 37:10
41:22 61:15
116:14 179:21
**103** 53:17
**103,211,006**
53:13

**11** 6:14 13:13
145:22 147:22
147:23,24
**110** 6:16 153:7
153:24
**114** 5:25
**12** 5:12,15 6:16
37:20 38:16
39:4,19 148:23
153:1,2 154:20
154:22
**121** 6:2
**124** 6:4
**128** 6:7
**13** 6:21 10:23
13:17 153:1
154:3 160:24
161:1
**1382** 1:9
**14** 7:2 129:9
147:22 172:4,5
**14,000** 168:24
**140** 6:11
**14449** 1:25
2:11 190:4,20
**145** 6:13
**147** 6:15
**15** 7:5 180:10
180:11
**153** 6:19
**159360** 143:12
**16** 7:6 13:19,22
172:4 181:20
181:21

**16-17** 66:1
**161** 6:23
**17** 7:8 13:24
14:5 183:20,21
**172** 7:3
**18** 7:9 8:5,7
14:9 180:10
185:2,3
**180** 7:5
**181** 7:6
**183** 7:8
**185** 7:9
**186** 7:11
**187** 7:13
**19** 7:11 154:3
181:20 186:8,9
186:10

**2**

**2** 5:14 12:11
38:21,22 53:2
53:4 57:6
**2.46** 186:4
**20** 7:12 8:5
187:15,16
193:17
**20001** 4:12
**20024** 3:19
**2006** 141:20
143:22
**2012** 10:20
**2014** 35:9 36:1
66:15

**2014-2016**
35:16
**2015** 41:18
66:15 67:9
**2016** 35:9
41:18 66:15,16
66:19 67:4,9
67:14 68:7
**2016-2017** 66:2
66:5 68:6
**2017** 36:22
123:4
**2018** 36:22
123:3,4,10,13
123:17,22
**2018-2019**
123:6
**2019** 123:3
147:6 148:23
**202-220-1126**
4:13
**202-434-5380**
3:19
**2020** 10:21
43:6,7,12
147:6 178:12
178:12
**2021** 10:21,22
43:7,13
**2021-2022** 7:2
172:17
**2023** 5:15
34:15,20 37:20
38:14,16 39:4

**[2023 - 69]**

39:19
**2024** 34:19
**2024-2025**
    127:5
**2025** 1:19 2:8
    9:7 190:16
**21** 8:6 183:20
**213-683-9516**
    4:5
**21527** 190:17
**22** 154:3 185:2
**23** 13:13,14
    104:24 187:15
**24** 8:6 81:1
    104:24
**24,000** 182:24
**25** 8:6 81:1
    141:20
**2555** 3:11
**25th** 143:22
**26** 5:19 53:1
**27** 121:23
**2:02** 1:19 2:7
    9:8
**2:46** 189:17

**3**

**3** 5:16,23 8:6
    52:15,16,17
    53:3 57:2,4,6
    128:11,23
**3,335** 184:10
**30** 1:12 2:3 5:9
    5:10,13,16,20

5:24 6:1,3,5,8
6:12,14,16,20
7:1,4,6,7,9,10
7:12 12:12
38:22 52:17
56:18 114:19
121:12 124:1
126:14 128:12
140:17 145:24
147:24 153:2
161:1 172:5
180:11 181:21
183:21 185:3
186:10 187:16
191:13
**300** 3:4
**3047** 1:5 9:11
**32** 13:18,20
**33** 8:7
**350** 4:4
**38** 5:15 121:24
**3800** 1:16 2:6
**3938** 6:19
**3:24** 76:20
**3:39** 76:23

**4**

**4** 5:21 56:17,18
    57:5,6 58:9
    59:24 68:11
    121:7
**40** 162:21
    186:8

**40,000** 118:17
**42** 123:25
    124:4
**45** 38:21
**46** 52:16
**47** 56:16
**4740** 3:4
**48** 13:18,20
**49** 13:23,24,25
**4:22** 1:3
**4:24** 1:9
**4:59** 140:11

**5**

**5** 5:24 114:16
    114:17,18,19
    118:13 174:9
**500e** 4:12
**50th** 4:4
**52** 5:19
**55** 13:24 14:1
**56** 5:23 14:6
**5746** 7:3
**59** 14:6
**5:19** 140:14
**5:23** 144:10
**5:25** 144:13

**6**

**6** 1:12 2:3 5:9
    5:10,13,16,20
    5:24 6:1,2,3,5,8
    6:12,14,16,20
    7:1,4,6,7,9,10
    7:12 12:12

38:22 52:17
56:18 114:19
114:24 121:5,7
121:12,12,17
124:1 126:14
128:12 140:17
145:24 147:24
153:2 161:1
172:5 173:18
173:21 180:11
181:21 183:21
185:3 186:10
187:16
**6.3** 39:7
**60** 14:6 108:8
**601** 4:11
    124:11,14,16
**603** 127:18
**609** 149:3
**61** 14:11
**62** 14:11
**63** 14:11
**630** 3:18
**64** 14:15,18,20
    14:21,25
**64108** 3:12
**64112** 3:4
**65** 14:20
**66** 14:15,16
**67** 14:19,20,21
    14:25
**68** 14:20,21,25
**69** 14:15,19,20
    14:21,25

| | | | |
|---|---|---|---|
| **6966**  6:23 | **931**  156:4 | 171:2,12,17,19 | **accessible** |
| **6:11**  177:19 | **932**  156:9 | 171:24 174:22 | 49:21 |
| **6:27**  189:13 | **933**  157:21 | 174:23 175:1 | **accessing**  98:14 |
| **7** | **934**  158:20 | 175:17,21 | 171:7 |
| | **935**  159:8 | 177:18 178:18 | **accolades** |
| **7**  6:3 12:23,24 | **9361**  6:11 | 179:5,9,14 | 132:23 |
| 13:7,9 39:5 | **9612**  6:15 | 187:11 188:16 | **account**  7:9 |
| 123:25 124:1 | **9th**  124:14 | 188:23 189:6 | 185:7,11 |
| **70**  74:11 | 190:15 | **absences**  90:5 | **accurate**  10:13 |
| **723**  172:21 | **a** | **absent**  88:6 | 191:16 |
| **725**  173:4 | **aasa**  109:9 | 90:3 | **acknowledg...** |
| **8** | **ability**  104:9 | **absolutely**  55:2 | 193:2 |
| **8**  6:5 7:2 9:7 | 179:15,17 | 64:19 | **act**  97:22 |
| 13:8,12,14 | **able**  23:18 | **abuse**  11:8,9 | 109:13 |
| 31:15 128:10 | 28:21 35:25 | 45:6,12,14 | **action**  39:7 |
| 128:12,22 | 36:5,25 37:8 | 46:6,9,16 47:6 | 70:4 97:21 |
| 140:16 172:12 | 37:15 46:5 | **academic**  17:24 | 105:14,16,21 |
| 173:18,21 | 48:12 49:1 | 23:3 26:7,8 | 129:3 |
| **800**  169:1,1 | 50:1 51:24 | 63:23 92:16 | **actions**  36:16 |
| **816-474-6550** | 66:25 68:8 | 109:8,14,16 | 43:1 |
| 3:12 | 70:5 78:23 | 122:9 | **active**  41:10 |
| **816-701-1145** | 81:11,22 82:5 | **access**  66:25 | **activities**  89:21 |
| 3:5 | 84:24 85:3,4,9 | 67:19 84:2,22 | 100:14 145:15 |
| **88**  104:3 | 85:11,14,16 | 85:9,14 96:20 | **actual**  27:20 |
| **8th**  1:19 2:8 | 88:9 91:2 97:9 | 96:21 97:10 | 94:10 |
| **9** | 97:11 100:8 | 146:10,16 | **actually**  64:19 |
| **9**  6:9 13:8,13 | 102:20 104:8 | 169:8,14,25 | 65:24 85:25 |
| 114:25 129:8,8 | 107:1 112:1 | 170:22 171:19 | 113:6 120:6 |
| 140:16,17 | 119:1 125:17 | 171:25 173:15 | 122:23 137:2 |
| 160:24 | 134:11 137:11 | 176:23 177:18 | 146:22 150:11 |
| **90**  168:16 | 137:22,23 | 178:14,22 | 162:19 181:3 |
| **90071-3426**  4:4 | 146:12 163:9 | 179:6,9 | 189:9 |
| | 169:24 170:21 | **accessed** | **added**  168:18 |
| | | 175:24 | |

**addicted**
  118:10
**addiction**  1:4
  39:20
**adding**  48:21
**additional**
  54:22 59:14
  65:15 74:8
  106:12 108:2
  112:1 117:20
  142:7 162:3
  163:24 164:8
  168:14,18
  170:3 173:15
**additive**  116:4
**address**  51:17
  71:17 104:15
**adjourned**
  189:15
**adjust**  23:25
  47:23 160:21
**adjusted**  47:13
  162:22
**adjusting**  45:1
  46:10 102:6
**adjustment**
  40:8 46:17
**admin**  90:7
  156:16
**administration**
  162:13 165:10
**administrative**
  145:8

**administrator**
  2:10 50:18
  81:22 105:10
  105:24 142:18
  142:22
**administrators**
  48:21 49:11,12
  50:5 51:1
  90:17,25 93:24
  95:2,7,11 96:1
  96:21 142:8
  160:20
**adolescent**  1:3
**adopted**  164:3
**adult**  65:8
**affecting**  90:10
  137:10
**afternoon**  10:3
**age**  89:18
**agencies**  110:3
  110:24 111:5
  111:12,16
  113:7,8 120:7
  123:9
**agency**  110:19
  111:1,2,22
  113:18 114:7
  114:13
**aggregate**  27:6
  27:8,21,24
  29:20,22 32:15
**aggression**  45:6
  47:19

**aggressive**
  97:22
**ago**  37:11
  42:24
**ahead**  20:2
  21:9 97:7
  107:7
**al**  9:13
**algorithms**
  135:16,20
**allegations**
  33:14
**allege**  71:6
  72:22
**alleged**  56:11
**allegedly**
  101:13,22
**alleges**  34:4
**allowed**  141:25
  142:4 145:12
  169:8 176:6,13
  177:22
**allows**  183:11
  183:14 184:20
**alphabet**  3:16
**amadison**  3:20
**amassed**  59:10
**amended**  5:9
  5:20 6:5 57:1
  128:20
**american**  17:21
**amount**  54:19
  54:20 69:9,17
  69:19 70:20

  75:3 77:21
  99:3 101:7
  106:25
**analysis**  27:19
  45:2 47:22
  54:24 55:7,24
  70:8,14 71:4
  102:2,4,13,23
  102:24 103:18
  104:11 106:3
  107:4
**analyze**  70:19
  96:1
**analyzed**  169:3
**anecdotal**
  35:20 72:10
  77:25 78:15,24
  79:1,6,15,17
  87:19,22 88:7
  88:23 89:5,11
  90:25 91:6,24
  92:10 96:5,16
  96:24 97:1
  100:8 120:8
  138:14 151:14
  152:6
**anecdotally**
  49:10 70:1
  79:1 87:12
  88:15 90:2
  99:25
**angeles**  4:4
**ann**  10:6

Golkow Technologies,
                    A Veritext Division

**[anna - associated]**                                                           Page 5

| | | | |
|---|---|---|---|
| **anna** 18:14 28:5 82:9 | **apart** 15:24 19:10 21:22 | **approving** 42:14 | **asked** 25:20 29:13 37:18,23 |
| **annually** 188:5 | 22:19 26:3 | **approximate** | 66:7 69:3 |
| **anonymously** | 28:23 33:2,9 | 53:12 68:16 | 71:10 73:1,20 |
| 95:21,22 | 42:13 44:20 | **approximately** | 75:7 82:19,22 |
| **answer** 8:3 | 136:13 160:4 | 16:25 40:17 | 89:1 97:5 |
| 19:18 20:2,19 | 165:11 166:6 | 53:17 | 117:7 119:11 |
| 21:3 23:15,19 | 167:2,9 169:15 | **apps** 84:18,25 | 138:11 139:10 |
| 25:17,25 28:21 | **apologize** 15:2 | 85:3,17,20,22 | 163:3 170:24 |
| 31:8 33:20 | 136:11 | 85:24 86:15,16 | **asking** 38:6 |
| 38:9 54:8 | **app** 189:3 | 99:17 100:15 | 75:2 78:6,15 |
| 55:10,17 62:4 | **appear** 157:12 | 150:12,25 | 78:17,20,25 |
| 63:4 66:8,10 | **appearances** | 151:6 152:22 | 88:3,18 91:13 |
| 69:5 73:3 75:9 | 3:1 4:1 | 175:12,16,18 | 125:5 126:3 |
| 83:9 85:6 89:3 | **appears** 39:2 | 175:20 | **asks** 31:13,16 |
| 97:7 117:10 | 126:20 154:1 | **april** 1:19 2:8 | 80:5 |
| 118:11 119:13 | 155:12 183:13 | 9:7 190:15 | **assessment** |
| 126:5,12 | 184:22 187:22 | **archived** 37:3 | 30:12 108:19 |
| 139:12 | **applications** | **area** 17:17,17 | 149:6,9 152:13 |
| **answered** 21:7 | 84:14 97:17 | 18:5 | 152:14,20 |
| 62:3 66:7 69:4 | **applied** 68:15 | **arguments** | **assign** 49:7 |
| 71:11 73:2,21 | **apply** 72:4 | 158:3 | **assigned** 16:17 |
| 75:8 89:2 97:6 | **appropriate** | **arizona** 1:17 | 17:2,16 105:22 |
| 117:8 119:12 | 162:4 166:13 | 2:7 9:10 26:14 | 110:25 113:18 |
| 134:17 138:12 | 175:20 177:12 | 72:4 110:18 | **assistant** 16:6 |
| 139:11 170:25 | 191:5 | 111:5 112:14 | 18:21 49:13 |
| **answers** 5:21 | **approval** | 115:9 | 60:2 63:20 |
| 6:5 57:1 80:20 | 142:18 145:8 | **armani** 3:20 | 95:24 105:12 |
| 128:20 193:5 | **approve** 39:13 | **arts** 147:11 | 105:19,20 |
| **anxiety** 63:19 | **approved** | 154:3 157:22 | 116:25 117:1,4 |
| 72:14 73:5 | 111:21 | **asca** 17:20,23 | 117:5 127:24 |
| 75:16 137:21 | **approves** | **ascertain** 70:5 | **associated** |
| **anybody** 19:11 | 145:15,18 | 119:3 | 59:25 60:1 |
| 21:23 | | | 101:14,23 |

133:15

**association**
17:21

**attached**
124:25 125:3
191:9 193:7

**attempt** 102:15
168:13

**attempted**
93:15 101:12
101:21

**attendance**
23:4 51:15
88:5 89:23,23
109:6

**attorney**
191:13

**attribute**
129:19

**attributed**
53:24 54:5,16
130:6

**attributes**
53:18

**attributing**
129:23 137:8

**audience** 84:7

**audio** 81:25

**august** 141:20
143:22

**authorization**
142:7

**authorize**
37:19,24

**autonomy**
147:18

**available** 42:9
42:11 98:4,8
98:13 107:12
123:4,5,12,20
144:19 146:19
175:9 179:23

**avenue** 3:4,18
4:4,11

**aware** 35:17
36:6 37:10
55:3 59:6,17
70:13 71:1
75:4 82:25
93:18 98:25
99:5 102:18
118:8,14,19
119:8 120:18
121:19 127:13
136:5,14 139:6
147:16,19
159:21,22,25
162:12 165:17
166:7,16 167:8
168:4 169:6
184:3 185:23
186:2

**awareity** 95:19
96:14,17
181:15,16

**awareness**
13:11

**az** 109:9

**b**

**b** 1:12 2:3 5:7,9
5:10,13,16,20
5:24 6:1,3,5,8
6:12,14,16,20
7:1,4,6,7,9,10
7:12 12:12
38:22 52:17
56:18 114:19
121:12 124:1
126:14 128:12
140:17 145:24
147:24 153:2
161:1 172:5
180:11 181:21
183:21 185:3
186:10 187:16

**back** 23:16
41:17 42:19
44:9,23 46:18
65:24 68:10,11
68:20 76:22
78:2 88:18
97:19 111:12
122:23 123:2
125:23 127:17
140:13 144:12
154:10,17
166:15 172:17
178:11 188:22

**backpack**
94:18 157:16

160:10 163:8
166:25 167:2,7
167:10,21

**backpacks**
158:21,21
160:12,18
161:24 162:8
163:10 165:25
166:9,18

**backwards**
131:14

**bacon** 3:11

**bag** 161:16

**bags** 157:22

**ban** 141:3

**barcode** 188:11
188:17

**barriers** 168:8
169:22

**based** 23:11
28:20 30:9
31:22 32:2
33:16 35:11
37:17 40:7,8,9
44:2 49:7
62:21 71:20
74:19,23 95:5
100:10 105:14
107:13 155:7
155:11,22
157:7 160:22
176:10,24
177:3,7

**basically** 24:4
132:22
**basis** 31:17
40:20,24 49:11
66:4,16 78:23
98:12 103:24
107:21,25
129:22 135:4,9
138:19
**bates** 6:3,10,14
6:18,22 7:2,10
7:13 149:3
156:3 159:8
172:20
**bathroom** 133:17,18,21
134:4,9
**bathrooms**
134:2
**began** 10:20
34:15 38:14
41:14,22 57:14
123:17,22
**beginning**
57:13 80:25
185:14
**begins** 14:4
**behalf** 3:2,8,16
4:2 15:9
**behavior** 51:6
92:16 102:11
104:19 105:1
149:23

**behavioral**
60:16 63:12,25
67:5,24 107:17
110:3,4,24
111:1 122:3
123:9
**behaviors** 94:8
105:3
**believe** 16:8
22:13 23:9
34:8 36:21
37:5,11 45:7
50:19 56:4
57:12,12 58:7
58:14,19,20
79:7 81:21
82:4,8 85:15
89:22 112:24
134:17 135:4,9
141:23 142:9
143:20 158:16
167:13 168:6
170:17 179:4
179:20 180:3
181:7
**believes** 53:11
136:6,15
**benchmarks**
109:14,14
**bereal** 98:22
**best** 104:9
**better** 103:16
104:6,8 152:10

**beyond** 27:10
**big** 70:7 133:21
168:25
**bigger** 64:12
**bit** 36:3 120:10
138:2 160:16
**block** 176:9
**blocked** 177:18
**blunt** 24:9
**blvd** 1:16 2:7
**board** 5:14
6:20 23:7
24:15,24 25:1
25:4 26:4,6
34:16 37:18,23
38:2,15 39:3
39:21,22 40:21
40:22 41:1,4,8
41:10,15,25
42:1,6,7,16
43:1 142:14
143:25 161:5
169:19 170:2
**board's** 163:22
**body** 73:6
**books** 137:17
**bottom** 39:6
53:4 125:22
148:22 154:11
156:4 159:13
159:14 174:8
180:19 187:19
189:3

**boulevard** 3:11
**boyfriend**
150:16
**boyfriends**
149:22
**brain** 109:8
**breach** 37:12
68:8
**break** 76:17
86:20 140:8
144:5 189:10
**breaks** 136:25
**bring** 32:23
33:6 88:18
**bringing** 37:19
37:24 94:16
**broader** 25:2
28:21
**broken** 53:23
137:1,17,17
154:2
**brought** 39:23
**bullet** 149:5
**burress** 3:14
**buying** 47:11

**c**

**c** 3:14 9:1
**ca** 1:25 9:11
**calculate** 69:1
**calculating**
59:24
**calculations**
66:5

**california** 1:1
2:10 4:4 190:5
**call** 16:20
150:12 151:13
178:16
**called** 28:17
36:12 51:6
59:8 90:18
91:18 95:19
109:2,3,9,9
146:4
**calls** 20:13
**campus** 29:9
30:14 47:14
64:22 65:9
74:15 99:22
101:6 103:4
108:3 136:24
137:2 138:22
139:17 141:4,7
141:25 142:9
144:23 160:22
162:4 166:14
175:2
**campuses**
29:19 47:6
64:3 67:25
72:16 73:16
75:18 76:5
104:20 105:2
115:14,20
147:15 160:21
170:18,23
172:1 178:23

**capacity** 62:11
63:11
**capture** 91:20
**cards** 26:13
122:16
**career** 18:1
**carefully** 191:4
**carrier** 19:2
**carrying**
161:16
**cartful** 178:17
**cartmell** 3:3
**case** 1:3,9
15:20 20:7
33:14 86:10
111:20 142:25
190:13
**cases** 112:3
**categories**
28:20 32:16,20
56:7 58:6,22
61:2 131:12
**category** 57:6,6
57:6 58:10,16
58:18 59:8,25
61:11 68:15,17
119:4
**caught** 101:5
**causal** 34:25
35:1,2,5
136:18 137:20
**causation**
138:13,25

**cause** 73:13
**caused** 139:8
**causing** 34:8,22
**cburress** 3:14
**ceiling** 133:19
**cell** 6:9,16,21
149:15 153:6
154:13
**cellphone**
35:12 78:10,18
85:19 141:1,4
142:8 154:24
155:9,18 157:5
157:6,16
158:11 160:14
161:11,14
162:6,17,19,22
162:24 163:3,6
163:8,19,20,23
163:25 164:4,6
164:13,25
165:7,15,21
166:3,12,24
167:4,6,24
168:1,5,11,23
169:4,12,14,18
169:21 170:8
**cellphones**
35:18 66:14
77:3,13,22
78:9,21 79:12
79:16 80:6,16
83:4,15,16
84:6,10 141:6

141:10,25
142:4,16
144:16,23
145:2,6,10
146:10 150:9
152:9 159:10
159:16 160:17
161:6,20
162:24 163:10
163:24 164:17
164:19 165:25
166:18 169:9
169:25 170:6
170:13 188:17
188:23
**centralized**
52:7 117:21
**certain** 28:20
55:1 60:1
61:15 135:17
165:1
**certificate**
190:1
**certification**
112:8
**certify** 190:7
193:4
**chain** 6:14
148:3,13
**chairs** 137:15
**challenge** 133:5
133:16 134:1
134:16,23,25

**challenges**
130:1 131:13
132:5,12,12,19
132:25 133:22
135:6,11
**change** 43:24
123:8,10 192:3
**changed** 44:22
**changes** 36:8
44:11,12 45:13
46:24 193:6
**chart** 53:21
54:1,4,17 61:5
61:6,7,22,25
62:7 115:4
123:1 129:8,11
129:15 133:14
136:5,14
**charts** 65:25
66:1 68:21,22
71:7 72:22
131:4
**chief** 54:11
56:3 62:10
**child** 64:5,8
90:8
**children** 65:12
**children's**
93:13
**choosing**
175:18
**chromebook**
174:6,19

**chromebooks**
174:10,13
175:6,13,19,22
175:25 179:6
**chronic** 112:8
**circle** 91:19
**circumstances**
110:10
**city** 3:4,12
**civil** 5:18 53:1
**claiming** 53:24
54:5
**class** 100:2
149:15 150:3,4
150:5 156:10
160:5,12
162:24 169:12
**classes** 147:11
150:1 154:6
155:16
**classroom**
30:20 31:23
60:21 73:10
94:2 158:2
159:10,15
169:13
**classrooms**
51:14 87:25
100:2 103:5
137:8 138:19
154:25 155:1
157:4 159:3
162:21 178:15

**clear** 21:5 78:6
109:17 163:8
166:25 167:2
167:10,21
**click** 124:12
**climate** 60:22
71:25 91:19
104:16
**clinicians** 118:6
**clock** 69:22
**close** 140:7
**closest** 106:25
**cloud** 37:17
**clout** 136:2
**coach** 145:18
**coaching** 60:19
**code** 40:6,9,11
42:19,21,22,23
43:3,4,8,12,16
44:1,4,10,11,14
44:21 45:1,3
45:10,13 46:2
46:4,12,18
47:24 48:17
49:6,15 78:2
80:9,14,24
81:4,5 82:6
102:6 188:17
188:18,24
189:2
**codes** 122:3
124:16
**cognizant**
44:25

**collaborate**
63:21 94:24
110:22 120:6
**collaborated**
173:10
**collaborating**
61:19
**collaboration**
62:10 123:23
**collect** 23:24
29:25 30:1,2,3
30:10,25 32:4
32:19 67:18
69:24 77:5
78:23 90:25
91:2 103:23
108:20,24
116:10
**collected** 23:20
28:8 29:11
35:25 50:7
70:16,19 114:7
115:24 124:23
180:4
**collecting**
35:23 71:3
138:5
**collection** 36:8
71:2
**collective**
103:11 104:6
**collects** 121:25
122:4

**college** 7:12
  18:1 20:6
  187:23 188:7
  188:12,25
  189:7
**column** 68:22
**columns** 68:24
  69:2
**come** 39:20
  40:22 51:16
  95:1 115:8
  124:13 165:3
  175:17
**comes** 51:23
  64:22 96:24
  125:13 127:10
  127:21 169:21
**coming** 96:8
  176:21 177:20
  178:11
**commencing**
  2:7
**comment**
  158:10
**comments**
  155:17 183:15
  184:23
**commission**
  193:18
**committee**
  80:25
**communicate**
  180:6

**communicati...**
  20:14 129:4
  150:23
**communities**
  11:13
**community**
  11:10 45:19,22
  63:9 79:25
  95:21 96:19
  103:16 107:20
  120:7 123:21
  168:9 169:22
  187:13
**companies** 39:8
  39:15 42:15
**company** 146:4
  146:8
**compensatory**
  53:12
**complaint**
  56:12 103:9
**complete**
  110:18 111:6
  112:14 114:12
  115:9
**completed**
  130:12
**completely**
  61:21 177:4,7
**component**
  29:14 47:19
  51:2 133:22
  135:22

**components**
  130:9
**comprehensive**
  61:20
**computer**
  178:17
**computers**
  178:18
**concerning**
  40:17
**concerns** 40:22
  91:13 94:1
  95:11,17,22
  96:2,19 102:10
  181:18
**conclusion**
  106:4
**condition**
  111:19
**conditions**
  122:1,3,5
  124:16
**conduct** 40:7,9
  40:12 42:20,21
  42:22,24 43:3
  43:4,8,12,16
  44:1,4,10,12,15
  44:21 45:1,3
  45:10,14 46:2
  46:4,12,18
  47:24 48:18
  49:6,15 78:3
  80:9,14,25
  81:4,6 82:6

  102:7
**conducted** 70:8
  102:19 103:17
  104:10 106:3
**conference**
  90:18,21,22
  91:7,9,15,21
  92:1,14,24
  169:9
**confidential**
  8:16
**confirm** 13:3
  127:16
**confirmed**
  144:18
**confiscated**
  165:1
**congregating**
  99:23
**conjunction**
  56:2
**connect** 65:1
  86:7 113:6
  174:23,24
  175:1
**connected**
  35:18 47:21
  49:2,19 62:22
  64:4 69:15
  86:6,13 101:4
  102:14 171:13
**connection**
  40:4,24 41:3
  41:19 56:11

Golkow Technologies,
A Veritext Division

**[connection - cost]**                                                    Page 11

| | | | |
|---|---|---|---|
| 65:3,8 72:12 | 178:19 183:11 | 83:7,12 87:13 | 145:20,21 |
| 75:12,20 91:22 | 184:13,20,24 | 87:20 88:2 | 146:13,14,18 |
| 120:16 129:25 | 185:19,21,23 | 89:6,7,15,16 | 147:5,8,13 |
| 151:7 | **context** 21:13 | 90:20 91:5 | 150:18,20 |
| **connections** | **continue** 43:24 | 95:7,7 96:5 | 151:24 152:17 |
| 47:4 67:22 | **continued** 4:1 | 97:1 99:11,24 | 152:21,23,24 |
| 119:21 120:3 | **continuing** | 102:5 106:6 | 153:19 154:7 |
| 171:14 | 46:16 | 116:13 120:8 | 155:1,19 |
| **connects** 29:3 | **continuously** | 131:14 152:2 | 159:22 160:2,3 |
| 43:20 | 135:25 | **coordinate** | 160:7 161:9,18 |
| **connolly** 3:18 | **contribute** | 149:20 | 161:21,24 |
| **consequence** | 58:20 | **coordinator** | 162:1 166:22 |
| 49:16 | **controls** 93:5 | 11:6,9 16:7 | 167:1 170:13 |
| **consequences** | 179:18,22 | 18:25 24:10 | 170:15,20 |
| 49:7 156:11 | 180:1 | 31:12,15 74:1 | 171:23 173:1 |
| **consider** | **conversation** | **coordinators** | 174:11,21 |
| 103:25 159:19 | 79:4 80:11,13 | 11:6 30:24 | 175:11 180:7,8 |
| **considered** | 84:4 91:4,12 | **copies** 108:11 | 180:24 181:1,2 |
| 122:9 152:11 | 92:5,6 94:6 | **copy** 12:20 | 181:4,5,10 |
| **consistency** | 96:24 116:9 | 82:10 142:12 | 182:24 184:12 |
| 158:3 182:7,9 | 152:6 164:8 | **core** 169:12 | 186:5 188:8,9 |
| 182:11 | **conversational** | **corporate** | 188:25 189:1,3 |
| **consistent** | 94:15,21 | 11:16 | 189:4,7,8 |
| 156:11 | 106:10 | **correct** 11:24 | 190:8 193:5 |
| **consistently** | **conversation...** | 15:2 18:6 19:9 | **corrections** |
| 156:6 | 94:3 | 28:2 53:19 | 191:4,6 193:6 |
| **contain** 92:25 | **conversations** | 80:22 85:21 | **correctly** 36:21 |
| **contains** | 27:18,25 28:4 | 88:20 93:2 | 90:1 |
| 163:19 | 36:18 49:17 | 109:19 111:7 | **correspond** |
| **contend** 129:3 | 51:1,10 57:24 | 130:22 139:13 | 131:12 132:4 |
| **content** 87:3 | 58:4,8,19 59:2 | 140:1,5 141:5 | 132:24 133:4 |
| 101:3,10 | 79:6,19 80:20 | 141:8,9,13 | **cost** 129:1 |
| 176:10,24,25 | 80:23 81:3,9 | 144:24,25 | 146:21 159:24 |
| 177:3,8,11 | 81:15,24 82:3 | 145:8,9,15,16 | 168:22 169:4,6 |

costs   60:1
counsel   9:15
   15:17,18,19,21
   15:24 19:12
   20:17 21:23
   25:10 33:3,5
   33:16,19,25
   34:17 38:1
   56:2,3,24
   57:14,14,21,25
   58:4,20 59:2
   62:9,9,13,15
   69:11 189:17
   190:11
counseling   11:1
   11:6 16:7
   17:19 18:25
   30:6,21,25
   72:3 91:14
   116:16 119:16
   188:4
counselor
   17:21 91:11
   106:11 111:2
   114:1 115:15
   115:23,25
counselors   11:5
   16:2,13,16,20
   16:21,23 17:1
   17:16,18,22
   18:3 19:6
   23:24 29:25,25
   30:2,3,8,11,18
   31:3,10 32:3

32:13,19 49:12
   72:6,8 74:2,3
   79:20 90:7,17
   112:21 114:12
   123:18
country   109:11
couple   16:11
   24:5 42:24
   61:4 81:13
   156:2 157:20
   159:7 164:3
   168:19 182:9
course   165:14
courses   46:6
court   1:1 9:17
   190:1 191:16
courtney   3:14
cover   24:2
covered   62:2
covers   16:9
cow   178:16
create   105:14
   135:25 173:10
created   23:10
   42:23 43:4,12
   43:13 45:24
   60:9 61:18
   71:8,17 72:23
   73:19 74:16
   75:5,23 76:11
   103:20 135:24
creates   104:14
   105:8 146:8

creating   34:17
   60:18 73:8
   76:4 101:3
   106:22
creation   61:13
   72:2 135:14
criminal   129:3
crossing   65:2,3
   65:5
crosswalk   65:2
csr   1:25 2:10
   190:4,20
culture   60:22
   72:1 91:19
   104:16
cumbersome
   64:2
cumulative
   50:11
current   10:24
   122:2 141:24
   142:3,6,13,15
   143:1,7,15,18
   148:25 160:13
   170:9
currently   10:15
   118:13 144:19
   144:22 160:19
   164:7
curriculum
   16:6 18:22
cutler   3:5 12:14
   12:19 14:21
   19:18,25 20:12

20:18,25 21:7
   21:15 22:11
   25:8,18,24
   31:7 33:18
   38:5 41:5,16
   42:3 43:15
   45:16 50:16
   54:7 55:9,11
   55:15,20 57:19
   58:25 62:1
   63:2 64:9 66:6
   67:15 69:3
   70:12,21 71:10
   73:1,20 75:7
   76:18 77:16
   82:14 83:5,8
   83:10 86:2
   89:1 91:8 92:2
   95:13 97:5
   100:16 101:16
   101:25 107:6
   108:13 113:24
   117:7 119:11
   120:22 121:11
   125:7,14,25
   126:4,9,16,24
   128:6 132:8
   133:6 138:11
   139:10 140:9
   143:2,8,12,16
   144:6 148:6
   150:19 151:1
   151:23 153:20
   154:20 155:2

[cutler - day]                                                            Page 13

| | | | |
|---|---|---|---|
| 155:10,20 | 28:23,24,25 | 86:22,23 87:2 | 121:25 122:5,5 |
| 157:9 158:6 | 29:1,2,2,5,7,20 | 87:8,11,19,22 | 122:13,19,21 |
| 161:25 165:16 | 29:21,24,25 | 88:4,5,7,14,14 | 122:24 123:2,4 |
| 166:19 170:14 | 30:1,3,10,10,12 | 88:23 89:5,13 | 123:5,12 |
| 170:24 177:24 | 30:17,22,25 | 89:23,23 90:2 | 124:18,22 |
| 182:12 187:5 | 31:2,16,19 | 91:1,1,3,6,22 | 125:6 130:13 |
| **cv**  1:9 | 32:3,4,11,12,15 | 91:24 92:4,10 | 133:10 138:4,5 |
| | 32:16,17,18,20 | 92:11,19,24 | 138:7,13,14,14 |
| **d** | 35:10,15,17,21 | 94:3,15 95:3 | 138:25 139:2,6 |
| **d**  9:1 | 35:23,24 36:2 | 96:14,16,18,23 | 139:14,23,25 |
| **daily**  186:25 | 36:3,4,5,8,23 | 97:1,2,16,20,24 | 150:22 151:3,3 |
| 187:3 | 37:3,4,8,14,15 | 98:15 99:2,6 | 151:4,14,15,20 |
| **damage**  129:2 | 40:2,3,8,23,23 | 99:16 100:8,8 | 151:21,22 |
| 131:25 136:6 | 44:24,24 45:2 | 100:12,19 | 152:3,6,11 |
| 136:15,19 | 45:6,20 47:2 | 101:7,8 102:12 | 165:9 173:19 |
| 138:9,24 139:5 | 47:22,23 48:2 | 103:1,6,18,23 | 179:25 180:3 |
| 139:7,20 | 48:2,4,5,9,16 | 104:1,6,11,18 | **database**  30:23 |
| **damaged** | 50:25 51:3,5,9 | 105:4,15 106:2 | 108:23,25 |
| 138:17 | 51:21,23 66:21 | 106:8,10,13,19 | 109:18 130:16 |
| **damages**  53:12 | 66:24,24 67:1 | 106:22,22,25 | 130:17,19 |
| 54:13 56:7 | 67:10,12,17,18 | 107:9,17,21,25 | 131:24 138:6 |
| 57:7 58:6,10 | 67:19,21 68:4 | 108:1,15,18,20 | **databases**  22:8 |
| 58:16,18 59:7 | 68:8 69:18,24 | 109:3,4,5,7,7,8 | 25:3 92:9 |
| 59:18,25 61:12 | 70:17 71:21,24 | 109:12,13,15 | 116:6 132:2 |
| 68:17 | 71:25 72:1,10 | 110:7,10,15,16 | **date**  9:7 41:11 |
| **dan**  4:17 9:4 | 72:11 74:19,23 | 110:20 111:4,8 | 128:25 130:24 |
| **dana**  3:13 | 77:2,4,6,8,20 | 111:12,17,24 | 141:15 191:9 |
| **dashboard** | 77:25 78:1,1,5 | 112:4,4,9,13,20 | 193:9 |
| 28:17,19 | 78:7,9,15,22,24 | 113:20,23 | **dated**  190:15 |
| **data**  23:4,8,18 | 78:25 79:1,4,6 | 114:3,4 115:8 | **dates**  38:18 |
| 23:20,22,24,24 | 79:13,15,17 | 115:11,12,18 | 39:24 40:16 |
| 26:7,9,17,19 | 80:8,17,19 | 115:21 116:10 | 41:7 133:8 |
| 27:1,3,19 28:7 | 83:24 84:3,16 | 116:25 117:6 | **day**  31:20 |
| 28:9,10,11,13 | 86:1,3,4,11,16 | 117:23 118:2 | 63:18 65:5 |

Golkow Technologies,
A Veritext Division

94:22 156:15
156:24 190:15
193:17
**days** 191:13
**dc** 3:19 4:12
**decision** 72:4
**deemed** 191:16
**deep** 71:4 98:1
182:19 184:6
**defendant**
14:17
**defendants** 5:9
5:21 6:6 12:1,2
34:4,8,21 35:2
53:19,25 54:6
54:16 57:1
63:1 70:10
71:8 72:23,25
73:19 75:6
76:12 82:23
97:3,18 99:8
100:15,15,20
101:10 128:20
135:5,10
152:19 179:1
**definitely** 35:20
71:13 72:1
75:22 133:18
**degrees** 185:13
**degtyareva** 4:5
5:4 10:2 12:10
12:16,21 14:24
19:21 20:9,15
20:20 21:4,18

22:16 25:16,20
26:1,2 31:18
34:1 38:8,20
38:24 41:12,23
42:12 44:7
46:22 50:20
52:14,19 54:14
55:18,21 56:16
56:20 58:2
59:4 62:5 63:3
64:14 66:9
68:1 69:16
70:15 71:5
72:18 73:17
75:1 76:6,15
76:24 77:19
82:17 83:6,23
86:14 89:10
91:23 92:8
96:13 97:14
100:18 101:19
102:22 108:4
108:10,17
114:8,14,17,21
117:9 120:1
121:3,6,14
123:24 124:3
125:10,18
126:2,7,13,19
127:1 128:9,14
133:2,12 139:3
139:22 140:6
140:15,19
143:4,10,13,23

144:4,7,14
145:22 146:1
147:21 148:1,9
150:21 151:19
152:1,25 153:4
153:23 154:21
155:6,14 156:1
157:13 158:9
160:23 161:3
162:9 165:19
166:20 170:16
171:5 172:3,7
178:6 180:9,13
181:19,23
182:14 183:19
183:23 185:1,5
186:7,12
187:14,18
188:21 189:9
**demographic**
114:4
**denote** 130:10
130:24
**department**
6:18 11:4 16:2
26:14 46:9
51:19 52:2,12
62:23 70:2,24
71:16 72:3,5
75:14,22 76:10
76:11 80:10
81:2,19 82:16
85:10,11
104:21 108:20

110:22 113:4
113:13 115:23
115:25 116:2,3
116:9,18
119:17 127:12
153:7 171:15
176:11 178:2
188:4
**departments**
37:15 62:16,17
69:12 70:5
96:10 116:12
116:15 117:3
**dependent**
115:22 142:21
**depending**
31:11 122:17
174:15
**depends** 31:9
49:23 50:8
89:17
**deployed** 103:8
**deploying**
104:24
**deponent** 9:14
193:2
**deposing**
191:12
**deposition** 1:12
2:3 5:11 8:1
9:9 12:24
19:13 20:23
21:1,6,16,17,22
22:20 23:10

33:11 62:3
68:3 189:14
190:6 191:3,10
191:14,15
**depression**
72:14 73:6
75:17 137:21
**describe**
128:24
**description** 5:8
128:3,5
**designated**
12:7 15:16
20:23 21:21
126:21
**designating**
126:14
**desks** 137:7,17
**detail** 27:15,16
53:22
**details** 27:10
27:11 28:1
131:20 179:21
**determinant**
165:8
**determine** 36:5
48:13 49:16
62:24 63:22
134:18 142:8
**determined**
62:13 81:21
176:11
**develop** 70:24

**developed**
36:12 102:14
102:24
**development**
96:11 104:23
106:15
**device** 84:13
85:19 174:16
174:19
**devices** 6:10,22
67:23 77:9,10
77:11,14,23
84:11,15,21
85:12,20,25
87:5 88:8,10
88:21 89:25
90:8 93:4,9,13
97:10 138:21
144:17 161:7
161:15 170:22
171:4,8,13,20
171:22,25
174:22,23
175:1,10
178:12 179:11
179:19,23
180:2
**diagnose** 118:5
**diagnosed**
111:18
**diagnoses**
118:17,24
120:25 121:2

**diagnosis** 112:4
112:4 118:3,9
118:13,14,20
119:8,23 122:7
**different** 12:8
31:21 36:3
40:11 45:24
58:6 62:15
69:12 70:5,17
77:1 94:21
100:13 104:5
107:9 109:18
116:6 122:20
125:4 154:2
160:16 167:4
**difficult** 34:11
35:24 54:19
74:5 118:23
119:3 136:8
152:5 168:10
**difficulties**
168:8
**difficulty** 63:13
94:4
**digital** 95:20
183:9
**diplomate** 2:9
190:4
**direct** 35:1,7
92:5,6 120:24
123:21 137:19
**directed** 33:4
**direction** 8:3
25:10 190:11

**directly** 36:7
51:24 113:8
138:9 139:8
186:1
**director** 10:25
16:3,3,4,5 18:8
18:12,15,18
26:24 43:7
127:10
**directors** 37:18
37:23
**disciplinary**
29:8,12,18
36:16 43:22,25
47:15 49:16
72:11 73:7
86:12 97:20
98:15 103:9
131:24 139:2
139:14,23
164:23
**discipline**
13:23 23:7,22
26:16,22 27:1
28:23 29:2,5
35:10,14 40:2
40:2,5,5,8,23
41:20 42:21
44:2,24 46:7
46:12,19,20,21
47:2,3,20,23,25
48:1,14,15,16
48:22 49:1,4,8
50:14,25 51:9

**[discipline - documentation]** Page 16

51:21 67:16,21
71:25 78:1,13
86:4,5,6,21
94:14 95:4,5
96:23 97:19
98:6 99:10,14
99:15,18,19
100:7 101:5
102:12 103:2
106:8 108:1
109:7 138:14
151:4,15,20
165:9 166:2
168:7
**disciplined**
78:3,8
**disclose**  90:6
112:4 119:1
**disclosed**
110:13 111:23
**disclosure**  5:17
52:25
**disclosures**
53:6
**discord**  98:18
176:20
**discretion**
142:22
**discuss**  20:24
40:20
**discussed**  33:17
38:17 40:21,25
41:3 44:17

**discussing**
16:22
**discussion**
24:21 38:1
40:13 42:20
45:8 61:14
144:11 167:11
188:20
**discussions**
24:23 26:24
27:19 33:24
34:14 40:3,7
40:17 41:14,24
57:21 62:14
70:1 169:20
170:7
**disorders**  118:6
**dispensers**
132:18,18
**disposition**
48:19
**disrupting**
73:10
**disruption**
137:9
**disruptive**  94:3
**district**  1:1,1,7
1:12 2:4 5:12
5:23 6:7 9:12
10:16,19,21
11:14,17,20,23
14:3,14 15:6,9
15:11,22 16:2
16:13 21:12

23:1,3 24:11
26:21 32:7
35:23 36:11,19
37:7,12 39:14
43:23 45:17
48:8 53:10
54:21 57:2
59:16 63:6,14
70:22,25 71:15
74:21 77:8,9
77:22 78:14,23
84:12,23 85:2
85:11 94:5
95:3,19 96:10
102:15 103:22
103:24 106:21
107:3,8,18
108:16 109:13
110:14 115:2
118:18 128:21
147:17 164:11
165:13 166:8
168:16 169:5
171:3,9,19
174:5,18 175:5
175:19 176:3
185:12 187:6
187:20 188:2
**district's**  5:16
52:24
**districts**  5:24
6:2 61:18
121:22 146:20

**districtwide**
67:10,12 68:4
160:2,9 161:23
164:12 167:5
169:16,18
170:12 173:24
**dive**  71:4 98:2
182:19 184:6
**divided**  56:6
**division**  9:6
**document**  1:6
7:12 22:4 25:5
39:1,6 50:1
52:21 54:25
56:22 58:9,13
59:9,20 60:10
61:3,14,23
64:17 68:11
92:17 114:22
114:25 121:16
121:18 125:4
128:16,17
140:21 148:7,8
148:11 153:12
153:15 157:11
161:4,10,13
172:9 177:21
182:21 184:8
186:14 187:22
**documentation**
23:22 28:12
80:2 106:17
128:2

**documented**
36:15,15 79:13
95:9,12 105:9
105:17 106:3
112:10,12
**documents** 8:9
15:19 22:2,2,6
22:8,8,21,22,23
22:25 23:1,5,6
23:11,15 24:3
24:6,13,14
25:1,22 26:3,5
26:7,9,11,12
32:18,21,23
33:2,16 48:8
79:10 129:25
169:15,17
170:11,13
178:4
**doing** 50:23
70:7 71:4
89:24 99:12
100:14 191:8
**dollar** 54:19
**dots** 124:12,13
**download**
175:18
**downloaded**
175:13
**downloading**
175:16
**dr** 18:24 19:16
19:24 20:3,11
20:24 21:6,14

34:16
**drafting** 34:18
**drive** 30:13
83:18 103:15
107:22
**drove** 106:13
**drug** 149:21
**dsm** 118:13
**dstrueby** 3:13
**due** 30:15
43:21 44:18
45:1,10 49:25
66:25 67:6
68:7 72:17
73:7,8,25 74:3
75:19 76:13
111:11 136:20
149:15
**duly** 9:23
**dysmorphia**
73:6

### e

**e** 5:7 6:14 9:1,1
22:9 148:3,13
148:21 152:14
154:10 187:10
192:1
**eager** 154:13
**earlier** 66:7
80:4 170:17
**easy** 156:5
**eats** 149:16
150:12

**ed** 72:5 116:19
116:22,23
**education**
26:14
**educational**
101:9 145:14
**effective** 155:9
155:13,18
157:7,17
**ehr** 122:2
**either** 16:19
30:4 36:22
43:7,12 85:7
88:6 92:16
95:21 119:18
136:20,25
162:7 165:2
174:19 189:6
**ela** 154:3,6
155:15
**eld** 158:20
**elective** 169:12
**electronic** 6:9
6:22 77:14
122:2 144:17
161:6,14
**elementary**
16:23 17:3,7
17:11 31:15
89:19 134:8
137:14 142:17
145:6 163:1,2
164:15 165:11
167:18 174:1

186:17
**elicited** 26:20
**eliciting** 81:2,5
**elliot** 3:10
**eloping** 51:14
**eludes** 130:18
**emergent**
169:25
**emotional**
10:25 11:7,12
17:25 20:4
35:11,15 71:18
72:21 73:14
75:13,17 76:10
110:21 113:4
113:12
**emotionally**
67:6
**emotions**
137:11
**employ** 107:19
**employed**
10:15,18
190:12
**employees**
63:10 70:3,6
74:22
**employs** 74:21
**emulate** 132:21
**enabled** 93:5,8
179:9
**enacted** 166:2
170:9

**[encapsulate - expectations]**    Page 18

encapsulate
  55:2
encourage
  187:2
encouraged
  135:5,10
encouraging
  132:15
ends   13:19
  149:3
enforce   93:12
  156:6
enforcement
  159:2,10
engage   46:5
  64:24 67:5
  88:5 136:1
  176:3
engaged   46:3
  119:18
engaging   46:15
  47:17 83:16
  89:19,21
  111:13 136:2
  137:24
english   147:11
enhance   168:1
  168:5
ensure   104:8
  106:14
ensuring
  104:22
entitled   126:23

entry   48:22
environment
  60:21 73:11
  122:10
equity   116:1
errata   191:6,9
  191:12 193:7
escaping
  176:18
especially
  71:24 89:17
  122:8 131:8
  143:21 175:6
esq   3:5,13,14
  3:20 4:5,6,7,8
  4:13
essentially
  26:13 64:7
establish   162:3
  168:14
estimate
  159:23
estimated
  53:11 56:10
et   1:8 9:12
evacuate
  137:16
evaluate   80:8
evaluated
  54:12
evaluating
  133:10
evaluation   70:3
  70:17 105:11

  105:13,23,25
  108:19
event   188:1,3
events   145:20
evidence   51:15
  86:9 91:3
  98:14,17 99:20
  100:4 102:13
  135:24 151:16
exact   36:5
  40:16 81:13
  108:9 178:25
exactly   17:5
  41:22
examination
  5:2 10:1
examined   9:25
example   57:17
  63:15 65:1
  96:15 98:16
  100:23 106:1
  115:23 132:11
  133:25 136:10
examples
  157:20 159:7
excel   6:3 124:4
  124:5,7,25
  125:2
except   164:5
  166:17 193:6
exceptional
  116:19,22
excess   45:9

excursions
  145:11
excuse   14:18
  93:11 145:11
  145:12
executive   38:3
exhaustive
  61:16,21
exhibit   12:11
  12:23 38:21
  52:15,16 53:3
  56:17 61:3,5,7
  61:8,23 68:20
  114:15,18
  121:4,7,17
  123:2,25
  128:10 140:16
  145:23 147:22
  147:23 153:1
  154:10,17,18
  154:22 160:24
  172:4 180:10
  180:19 181:20
  183:20 185:2
  186:8,9 187:15
  188:22
exist   82:11
expect   126:12
expectation
  52:5 90:4
expectations
  43:19 70:23
  166:1

**expended**
  56:11
**experience**  67:3
  67:7
**expert**  19:15,23
  20:4,7 37:1
**expires**  193:18
**explain**  27:17
  29:6 133:3
**explaining**
  94:14
**explains**  130:20
**explicit**  15:23
  34:12 70:14
  71:2,18 78:22
  79:13 80:1
  82:20 84:3
  87:11 88:12
  94:10 96:18
  102:3,3 106:14
  119:15,22
  123:17,23
  137:12 177:11
**explicitly**  34:11
  35:25 66:25
  71:17 79:3,7
  80:17 84:20
  88:13 93:18,20
  99:13 100:17
  102:19 103:19
  103:23 106:20
  123:16 138:5
  147:20 151:13
  164:22

**expressly**
  150:11
**extended**
  145:19
**extensive**
  149:14
**extent**  20:13
  25:9 57:20
  59:1 62:2
  129:1 168:15
  168:17
**external**  62:9

**f**

**f**  3:8
**face**  182:20
**facebook**  3:8,8
  3:9,9,9 7:6
  12:3 86:8
  99:22 130:1
  151:12 172:22
  173:1 176:17
  176:19 180:23
  181:25 182:3
  182:15,17,20
  182:24 183:2,3
  183:7,12,15
  186:25
**facilitate**
  112:21
**facilitated**
  52:11
**facilitating**
  123:22

**facilitator**
  91:17 115:16
**facilitators**
  74:10 80:12
**facilities**  130:8
  130:15,23
  139:16
**facility**  134:19
  134:21
**facility's**
  130:11 134:12
  135:1,2
**fact**  5:24 6:1
  22:6 25:12
  121:21 124:24
  131:4
**factor**  72:2
**facts**  25:11
**fail**  191:14
**fair**  188:25
  189:7
**fairly**  40:20,24
  61:20
**fall**  58:16 59:7
  61:2,11
**falling**  46:18
**familiar**  33:13
  121:15 124:19
  128:15 180:15
**families**  36:18
  172:17,25
  180:7 182:16
**family**  100:25

**far**  156:24,25
**fear**  169:24
**features**  100:20
**federal**  5:18
  52:25
**feedback**  6:16
  81:5 153:6
**feeling**  65:5
**felt**  132:21
**fernandez**
  18:20
**ferpa**  50:10
  90:20 112:25
  118:25
**field**  145:11
**fifth**  181:8
**fight**  97:21
  99:21,22 100:5
  136:23,24,25
**fights**  51:12
  73:9 139:17
  149:20 150:5
**file**  50:11 127:4
**filed**  34:3
**fill**  31:4,6 52:1
  114:2 122:16
**filled**  52:8
**filter**  179:14
**filtering**  176:4
  176:9,25 177:3
  177:8 178:19
  178:24 179:16
**finally**  14:13

**financial** 54:12
56:3,10 58:11
62:10 190:13
**find** 47:5 50:21
126:15 144:5
171:17 189:6
**finding** 47:3
**fine** 25:13
154:3 157:22
**finish** 23:14
**first** 9:23 13:6
19:17,20,22
34:7,10 35:4
41:2,14 56:9
61:6,22 76:1
123:17 125:23
149:5 153:18
154:12 172:11
174:2 180:22
188:11
**five** 11:10 17:7
17:11 110:23
**fix** 134:6
**fixed** 130:4
131:1
**fixes** 130:4
**flipped** 137:7
137:14
**flipping** 137:15
**floor** 4:4
**flori** 18:24
**flyer** 188:6
**focus** 17:24
81:10

**focused** 156:20
**follow** 51:4
168:13 172:25
**followers**
182:24 184:10
**following** 17:20
46:19
**follows** 9:25
42:6
**food** 149:16
**foregoing**
190:6,7 193:4
**forgot** 23:12
122:25
**form** 31:4,7
41:5,16 42:3
43:15 45:16
50:16 54:7
55:9 63:2 64:9
67:15 69:3
70:12,21 77:16
82:14 83:5
86:2 89:1 91:8
92:2 95:13
100:16 101:16
107:6 108:13
113:11,24
114:2 117:7
119:11 120:22
127:4 128:6
132:8 133:6
138:11 139:10
143:3 150:19
151:1,23 155:2

155:20 157:9
158:6 161:25
165:16 166:19
170:14 177:24
182:12 187:5
193:6
**formal** 102:18
102:20
**format** 186:15
**formerly** 98:20
**forms** 31:1,6
114:9
**forward** 34:13
34:18
**found** 50:3,15
92:1,10,12
142:13 155:8
155:17 157:4,6
160:15
**foundation**
126:5 128:7
153:21 155:3
155:10,21
157:10 158:7
**four** 104:22
**fourth** 181:6
**frame** 129:24
130:2 133:1
**frames** 131:12
132:4,13
**frequent** 89:17
**frequently** 31:5
**fried** 109:8

**friends** 100:25
149:16
**front** 126:17
163:4 164:17
164:20 165:15
**funding** 173:9

**g**

**g** 9:1
**game** 89:20
**games** 87:7,10
87:16,18,24
88:1,3,19,22,25
89:9,12 90:8
**gardens** 7:2
172:12
**gau** 127:10
**gauge** 135:18
**general** 17:18
24:20,22 33:23
60:11 84:4
116:23
**generally** 31:1
38:6 49:18
50:8 74:12
77:5 117:20
120:24,25
131:9 151:11
151:17
**getting** 90:11
90:11 137:2,4
**girlfriend**
149:22 150:16

give   10:13
   28:21 41:11
   179:17
given   54:20
   190:8 193:5
gives   53:22
glean   139:1
go   13:2,17 20:2
   21:9 23:15
   50:23 57:3
   64:11 65:24
   68:20 95:23
   97:7 105:10
   106:11 107:7
   124:10,14
   125:23 127:16
   135:16 144:7
   147:21 154:9
   156:9 173:3
   180:18 189:11
goes   13:7 57:5
   60:13 63:15
   117:20 129:9
going   11:20,25
   12:17 13:16
   14:9 19:25
   20:12,25 24:5
   25:8,14 41:17
   44:8 57:19
   58:3 62:1
   63:17 64:24,25
   68:10,11 76:15
   76:19,22 78:2
   100:2,4 104:4

   104:15 122:23
   123:2 124:6,7
   128:10 129:7
   133:9 140:7,10
   140:13 143:2
   143:16 144:9
   144:12 149:2
   158:19 166:15
   188:22 189:12
golkow   9:5
good   10:3
   66:16 76:16
   89:8 140:8,9
   189:10
google   3:16
governing   6:20
   23:7 24:24
   25:4 26:4,6
   34:15 38:2,15
   39:3,21,22
   40:25 41:4,7
   41:10,15 42:5
   42:5,7 142:14
   143:25 161:5
   163:22 169:19
   170:2
grade   124:14
   174:2,9
graders   94:16
grades   26:10
   83:25 107:12
   107:14 109:6
   173:18,21
   174:2

grand   3:4,11
   4:4
grant   72:5
   173:9
great   125:16
group   54:24
   55:7,23,25
   91:17
groups   30:14
   31:23 81:20
grub   149:16
grubhub
   150:12
gsrr   43:5
guard   65:3,6
guess   20:1
   25:12 44:8
   75:21 83:2
   138:23 182:8
guidelines
   42:25 142:9,21
   162:3 163:17
   168:14,18
guides   43:18

**h**

h   5:7
half   140:7
halleluia
   158:22
hallums   18:11
   28:6
handbook
   163:16,18,22

handful   16:1
   16:12
handle   152:10
hangout   150:3
happen   29:9
happened
   21:14 27:13
   38:3 41:25
   131:10 134:3
happening
   103:12,14
   132:10
happenings
   186:25 187:4
happens
   136:25 139:18
happy   38:11
hard   59:15
   64:13 90:10
   103:23 106:22
   106:25 177:20
hardy   3:11
harm   34:25
   59:12 120:9
harmed   34:4
   118:21,22
   119:10 120:20
harmful   182:18
   184:5 185:25
harms   34:9,22
   56:11 101:13
   101:22
head   38:19
   59:13,21 89:14

**[head - identified]**

Page 22

108:9 119:24
163:13 164:22
166:11,22
167:15 168:3
173:12
**health**  11:10
13:17 20:5
60:3,12,14,15
63:15,18,20,25
65:17 71:19
72:15,20,21,24
73:15 109:21
109:23 110:3,4
110:6,11,16,19
110:24,24
111:1,6,19
112:8,8,14
113:15 115:2,9
115:13,19
117:14 118:1
118:22 119:10
120:11,20
121:25 122:2,4
122:11,11,13
123:9,14
124:23 127:10
127:12,24
182:18
**hear**  94:25
119:21 120:2,5
120:16 169:23
**heavily**  71:20
72:16

**held**  1:15 2:5
9:9 80:11,13
80:23
**help**  110:19
**helpful**  125:21
**henry**  134:8
**hey**  100:4
**high**  16:8,24
17:2,8,12 19:1
31:12 34:2
75:12 81:11
83:2,14,18
84:6,8 89:20
98:5 114:3
141:11 142:4
142:10 145:3
146:24 147:1,2
147:3 148:3,14
148:17,18
149:1,10
153:18 162:18
164:5,8 167:18
168:20,23,25
169:7
**higher**  48:17
89:18 113:17
131:8 136:17
155:12
**highest**  48:11
**highly**  8:16
73:5 74:18
75:11,15 76:2
76:13

**hindered**  30:16
**hipaa**  109:25
111:11 112:25
118:25 119:6
120:23
**hlt**  124:11,14
124:16 127:18
**hmm**  60:6 66:3
144:2 149:8,12
149:19,25
150:7 156:8
173:6 188:15
**hold**  80:10,10
**holdings**  3:8
**home**  78:10
86:17 175:6
178:13 179:7,9
179:11,16
**hoover**  19:16
19:24 20:3,11
20:24 21:6,14
**hotspots**  51:11
**hour**  69:25,25
76:16 140:7
**hours**  31:20
88:9 104:23
**house**  36:12
108:20,24
**housed**  28:15
32:9 48:10
50:11 90:19
109:15
**hs**  124:13

**hub**  149:17
**huitt**  18:24
**hulu**  177:17
**human**  16:5
18:18 56:9
58:11
**hundred**  81:14
**hurt**  137:2,4

**i**

**icon**  180:22,25
181:4,6,8,11,14
**icons**  180:20
**idea**  84:4 87:13
87:21 89:8
104:7 125:11
**ideation**  119:20
**identification**
12:13 38:23
52:18 56:19
114:20 121:13
124:2 128:13
140:18 145:25
147:25 153:3
161:2 172:6
180:12 181:22
183:22 185:4
186:11 187:17
**identified**
58:22 59:12
60:1 62:16
73:13 74:7
75:19 83:19
120:19 131:23

136:5 175:20
**identifies** 68:13
**identify** 25:22
43:25 47:7
49:1 54:24
63:6 64:2
83:20 102:16
103:12 105:5
108:1 111:25
113:9 128:24
130:5 131:25
133:15 152:8
162:14
**identifying**
55:8 58:17
59:3 74:21
96:6 98:2
106:7 133:24
147:18
**iep** 119:4
**ii** 12:24
**iii** 5:19 53:1
**imagine** 41:20
54:18,21 59:13
65:14 85:14
105:18 127:11
134:5 150:20
**imessages**
86:25 87:4
**immediate** 94:6
**impact** 13:7
**impacted** 63:1
**impairing**
122:9

**imperative**
191:11
**implement**
105:1 154:13
162:14 166:13
169:4
**implementati...**
166:1 168:7,11
**implemented**
160:1,6,8
161:22 162:10
164:12 169:17
**implementing**
106:24 159:19
159:24 164:9
168:22 169:20
**improper** 44:16
45:3 47:13,18
78:4 81:6
97:22
**inappropriate**
149:23
**incidence** 86:22
**incidences**
60:16
**incident** 48:5
50:22 130:21
134:15
**incidents** 29:21
129:14,23
130:5 133:4,24
134:14 136:4
136:13

**include** 32:4,12
54:4 57:24
61:24 64:6
108:6 112:15
112:17 115:11
115:12 116:19
122:18 130:19
133:25 134:2
149:14
**included** 58:18
59:19 62:7,20
68:14 69:13
81:6 139:21
179:2
**includes** 11:5
65:19 113:13
127:4 154:23
**including** 40:12
60:2 128:25
**incorrectly**
121:10
**increase** 35:10
35:12,14 41:19
44:18 51:12,13
66:13,13 67:9
67:24 72:6,14
73:7,14 74:25
75:12,25 76:1
94:16 137:20
**increased** 74:3
75:19
**increases** 35:18
**index** 5:1 8:1

**indicate** 83:14
167:13
**indicated** 64:21
72:9 78:13
97:23 132:1
138:2 163:25
**individual** 27:7
31:3 32:5,12
70:6,24 107:5
107:23 159:2
165:6 183:1
**ineffective**
155:13
**influence** 73:5
73:12 75:23
82:5
**influenced**
62:18 71:14,20
72:9,16 73:23
73:25 74:18,25
75:11,15 76:3
76:13
**influencing**
72:2
**inform** 88:15
110:1
**information**
15:23 23:2,21
26:20,23 27:20
28:8,16 32:10
36:6,13 48:9
50:2 54:11
70:19 83:13
89:24 90:16,24

**[information - investigative]** Page 24

92:12,19,25
110:14 111:21
111:22 112:17
112:23,24
113:1,14,17
114:6 119:2
120:4 122:10
122:14,17
125:12 126:15
127:11,20
132:7 137:6
170:3 187:11
189:6
**infraction**
48:11 49:5
50:9 103:10
**infractions**
49:15 86:12
**inherent**
135:13,20
**initial** 5:17
52:24 53:6
58:7,19
**injury** 1:4
**innovative**
173:4,7,11,13
174:4
**inpatient**
119:18
**input** 62:19
69:12
**inputting** 128:4
**inside** 57:14

**instagram** 3:9
7:8 12:3 86:8
151:12 176:17
176:19 181:1
183:25 184:4,5
184:7,11,13,17
184:21,24
186:24
**installed** 84:15
85:24
**instance** 29:12
129:2 134:3
**instances** 29:9
29:18 47:8
67:24 89:18
98:5,12 99:19
129:20 131:3
136:3 138:20
165:2
**instituted**
163:6,7 166:24
167:9,20
**instruct** 20:18
21:3 25:24
33:19 55:12
**instructing**
25:16
**instruction**
16:7 18:22
**instructional**
16:4 18:16
63:12 83:22
166:5 170:6
173:16 174:3

178:18
**instructions**
191:1
**instructs** 20:17
**integrated**
162:5
**intensive**
119:18
**intention** 34:12
60:11
**interacted**
31:24
**interaction**
112:18
**interest** 190:13
**interested**
16:21
**interference**
159:16
**internal** 15:18
22:7,22,23
23:5,9,10
30:24 31:2
62:9 69:11
108:15,15
118:1 178:1
185:17
**internally**
111:25 117:13
185:16
**interrogatories**
5:22 6:6 57:1
128:20

**interrogatory**
22:6 128:23
**interrupting**
100:1 103:5
**interruption**
188:19
**intervention**
28:18 32:1,2
51:17 60:18
104:19 105:1
112:9 165:6
**interventions**
28:20 30:9
45:25 94:20
102:16
**intricate** 61:17
**investigate**
96:2
**investigated**
131:19
**investigating**
131:15
**investigation**
29:11 34:12
48:22 49:24
50:3,6,14
131:9
**investigations**
49:23 131:21
138:23
**investigative**
47:7 48:12
131:7

**invitation**
  150:1
**inviting**   172:24
  172:25 188:7
**involve**   150:9
**involved**   16:24
  37:12 47:8,9
  48:24 55:7,23
  57:16 58:5,17
  62:12 65:11,20
  100:10 116:12
  116:15 129:10
**ipad**   174:15,20
**ipads**   173:17
  173:20,24,25
  174:3,5 175:8
  175:13,24
  179:6
**isolation**
  137:21
**issue**   38:16
  63:23,24,25,25
  94:1
**issued**   77:22
  84:11 171:22
  171:25 173:18
  173:20 174:5
  174:23 175:25
  179:6,11,18,23
  180:1
**issues**   69:20
  70:10 150:8
**iteration**   43:17

**iterations**   36:2
  40:11

**j**

**job**   10:24 11:11
**joe**   18:11 28:6
**join**   172:22,25
**jon**   18:20
**joseph**   127:10
**julia**   4:7
**julia.konstant...**
  4:8
**julie**   1:13 2:5
  5:3 9:14,22
  10:6
**jump**   133:14
**june**   148:23
**jw**   1:15 2:5

**k**

**k**   3:8 31:15
  174:9
**kansas**   3:4,12
**keep**   146:15
  156:16 161:20
  187:7
**keeping**   103:13
**kept**   51:22
  116:2 161:15
  165:3
**keys**   162:21
**keyword**   176:8
**keywords**
  176:9,10

**kids**   156:19
  158:16
**kind**   19:5 24:19
  25:2,9 29:16
  30:5 34:10,12
  48:18 49:18
  53:22 62:16
  63:13 71:23
  79:25 94:7
  96:1 103:11,21
  105:4 106:13
  116:18 131:11
  136:18 138:3
**kinder**   174:2
**knew**   132:25
**know**   19:14
  20:1 25:13
  31:22 37:11,13
  37:14 45:5
  59:11 61:13,15
  64:25 65:4
  67:17 70:2,23
  71:19 72:20
  74:11,15,18
  78:14,15,16,19
  79:20,20 80:2
  80:4,9,15,16,19
  81:11,12 82:18
  82:20,22 84:17
  84:24 85:9,19
  85:22 86:15
  87:6,9,17 88:2
  89:13 93:25
  94:12,12 96:7

  96:9 98:1,3
  99:12,21 100:1
  100:23 102:8
  102:13 103:4,7
  104:14,20
  106:20,21
  107:13,14
  109:13,25
  110:8 116:16
  116:18 118:12
  118:12,16,25
  119:14,17,22
  121:8 123:19
  123:20 124:21
  125:5,8 126:2
  126:10,22
  127:9,19 128:4
  131:7,18
  132:11,22
  133:22 134:8
  134:13,20,24
  136:9,10 137:1
  137:5 138:18
  138:20,23
  143:24 146:5
  148:10 153:13
  162:13 163:1,5
  164:7,21,22
  166:11 167:11
  167:25 168:12
  168:15,17
  172:8 175:3
  179:22 182:6,7
  183:4 187:8

**knowing**  89:14
120:24
**knowledge**
38:4 79:3,7
82:1 129:13,17
129:18 135:19
171:10 179:4
**known**  171:10
**konstantnino...**
4:7

**l**

**labeled**  121:21
124:11,15
127:18
**lacks**  128:6
153:20
**language**  45:10
147:11
**languages**
158:20
**laptop**  174:6,15
**large**  124:5
**larger**  21:13
41:19
**lawlor**  4:17 9:4
**laws**  42:6
**lawsuit**  34:3,13
37:19,24
**lawyer's**  194:1
**lead**  149:22
**leader**  116:9
**leaders**  70:2

**lean**  65:15
**learn**  187:3
**learned**  25:11
**learning**  11:1,7
20:4 75:17
76:10 110:22
113:4,12
122:10 173:4,7
173:11,13
174:4 175:20
**leave**  157:16
184:23
**led**  106:4
112:18 150:5
**left**  10:20
136:20
**legal**  15:17,18
15:18,21,24
34:17 38:1
56:2 62:9,9
69:11
**legislation**
30:15
**lengthy**  57:4
**lessons**  30:20
31:23
**letter**  26:10
107:12,13
109:6
**level**  15:22 17:8
17:9 26:22
27:1 31:11
34:2,24 48:11
48:17 51:5,20

70:6 83:2 84:6
84:21 85:11
89:18,20 91:22
92:4 95:2,3
102:12 105:14
106:21 107:3,5
108:21 113:17
114:3 131:8
136:17 139:15
147:17 165:18
171:19
**levels**  42:21
98:5
**leverage**
187:12
**liability**  1:4
**lies**  168:8
**lieu**  174:5
**lightening**
46:21
**likely**  82:8,15
116:8 117:17
177:25
**likes**  132:22
135:15,22
136:1
**limit**  175:12
**limitations**
175:15 178:8,9
**limited**  37:2
173:19
**limits**  93:8
175:23 176:2

**line**  8:4,10,13
8:17 47:2
49:18 71:23
148:14 192:3
194:2
**link**  34:25 35:1
35:2,5 136:18
137:20 180:22
180:25 181:4,8
181:11
**linkedin**  181:12
**list**  61:16,20
64:6 65:14,19
65:22 72:9
73:22 76:1
178:4 179:2
**listed**  53:25
55:4 59:7 61:2
63:10 71:7
127:20 129:14
131:3 132:4
136:14 149:9
149:13 150:15
**listen**  84:18
**lists**  53:21
58:15 62:18
63:11 75:5
124:16 177:22
**litigation**  1:4
22:10,12,14,15
39:8,14 42:14
54:10 57:13
69:10,15 78:20

**little** 36:3
160:16
**live** 10:7
**llc** 3:8,9,9,10,16
3:17
**llp** 3:11,18
**loaned** 174:10
174:16
**local** 110:3,23
**location** 128:25
**locked** 146:9,15
**locker** 161:16
162:24 168:21
169:4
**lockers** 160:18
162:19,21
164:4,6,13
168:23
**long** 10:18
108:8 178:7,21
178:22 182:3,5
185:10
**longer** 46:11
**look** 27:6,9,11
36:4 40:1
43:21 44:14
45:5 47:1,20
47:23 48:5,10
49:14 50:24
51:3,8 61:20
63:5 69:6 78:1
93:22 95:3
97:20 103:6
106:8 109:16

116:6 124:15
125:21 127:2
127:17 134:19
148:21 156:2
157:19 164:9
166:12 180:15
186:8
**looked** 27:21
27:24 28:25
45:23 160:17
169:16 170:12
**looking** 13:6
28:18,19 29:15
32:14 38:14
44:23 45:3,18
47:14 51:4
53:9,21 56:5
58:12 60:20
61:22 68:21
69:7,17 71:14
80:8 94:13
102:12 104:1,5
107:11,12
123:1 125:13
127:14 133:13
154:18 159:7
172:11
**looks** 36:3
127:22,23,24
128:1 149:12
153:22 155:5
172:19 173:2
182:25

**looped** 134:8
**los** 4:4
**losses** 53:18,23
53:24 54:5,15
55:3
**lot** 36:14 37:13
38:2 42:20
48:15,20 60:13
61:14 69:23
71:24 74:15
88:7 89:15
91:24 94:5,6,7
94:9,23 96:3
96:23,25
132:11,13,19
132:23 133:17
133:21 136:22
136:22 152:5
155:8 168:8
169:21,23
**love** 135:23
**lunch** 86:20
141:11 142:5
142:10,18
145:2,7 169:10

**m**

**made** 40:11
44:11,12 45:13
45:15 46:24
130:23 150:24
184:10 186:4
191:7

**madison** 3:20
**magnet** 148:4
148:14,17
149:10 153:18
**mail** 6:14 22:9
148:3,13,21
152:14 154:10
187:10
**main** 48:18
56:4 111:2
176:20
**maine** 3:18
**maintained**
159:9
**maintenance**
130:8,16
**majority** 32:7
49:1 62:13
63:10 64:2
74:24 83:15
84:5 85:8 86:5
92:11 98:4,8
103:24 114:6
116:21 151:5,9
166:12 167:25
168:12 171:11
171:18 175:4
183:16 187:8
**make** 33:3
49:25 64:12
65:3,8 76:7
92:15 168:10
174:17 177:1
191:4

| | | | |
|---|---|---|---|
| **makes** 158:16 | 186:11 187:17 | 35:19 39:8,15 | 135:11 136:3,7 |
| **making** 136:17 | **marriott** 1:15 | 39:20 40:4,5 | 136:16,18,21 |
| **manage** 70:25 | 2:5 | 40:14,18,25 | 136:21 137:9 |
| 178:2 | **massachusetts** | 41:3,14,20,25 | 137:25 138:10 |
| **management** | 4:11 | 42:15,17,20 | 139:9,19 140:4 |
| 51:7 94:2 | **match** 44:2,5 | 43:2,14 44:13 | 150:13,17,24 |
| 102:11 | **math** 63:18,19 | 44:18,22 45:8 | 151:6,16 |
| **manager** 11:7 | 147:11 154:3,6 | 45:15 46:24 | 152:15 176:5 |
| 65:1 | 155:15 156:10 | 47:4,10,11,18 | 176:12,15 |
| **mapping** | **matter** 9:10 | 48:6 49:3,19 | 177:2 180:5 |
| 131:14 | 165:14 | 50:22 66:14 | 183:9 184:19 |
| **mark** 3:10 | **matters** 121:9 | 67:7 69:20 | 185:14 187:9 |
| 12:10 38:20 | **maureen** 1:25 | 71:13,22 72:13 | **medical** 118:7 |
| 52:15 56:16 | 2:8 9:17 190:3 | 72:17 73:4,8 | 118:9,20 119:9 |
| 114:14,17 | 190:19 | 73:12,24 74:13 | 120:5,7,18 |
| 121:3,6 123:24 | **maxwell** 163:7 | 74:17,25 75:4 | 121:1 122:1,5 |
| 128:9 140:15 | 166:23 167:9 | 75:11,20,24 | 122:16 |
| 145:22 147:21 | 167:12,19 | 76:3,14 82:19 | **meet** 15:25 |
| 147:22 152:25 | **maxwell's** | 83:17 84:6 | 19:15 21:5 |
| 160:23 172:3 | 167:4 | 86:7,13 89:21 | 31:4 32:8 |
| 180:9 181:19 | **mcutler** 3:6 | 93:1,16 97:16 | 57:13 |
| 183:19 185:1 | **md** 1:3 | 97:17 98:13 | **meeting** 5:14 |
| 186:8 187:14 | **mdl** 1:5 9:11 | 99:4,9,12,17,20 | 17:23 20:11 |
| **marked** 8:16 | **mean** 17:12 | 100:10 101:14 | 21:11,13 24:15 |
| 12:13 38:23 | 25:1 27:17 | 101:23 103:6,9 | 24:17 30:19 |
| 52:18 56:19 | 58:25 63:16,17 | 108:6 118:10 | 32:1 37:19 |
| 114:20 121:13 | 86:25 93:21 | 118:21,22 | 38:16 39:3,18 |
| 121:16 124:2 | 99:18 104:12 | 119:10,22 | 41:4,15 42:1,2 |
| 128:13 140:18 | 182:11 | 120:3,9,11,17 | 42:6 51:25 |
| 143:12 145:25 | **meaning** 127:7 | 120:21 129:4 | 52:4,7 104:8 |
| 147:25 153:3 | **means** 158:3 | 129:20,23 | 149:15,21 |
| 161:2 172:6 | 175:8 | 130:6 131:4,13 | 150:16 |
| 180:12 181:22 | **media** 1:3 9:11 | 132:5,12 133:4 | **meetings** 23:7 |
| 183:22 185:4 | 24:22,23 35:12 | 134:1,15,23,25 | 26:4 38:19 |

39:21,22 41:1
41:8,9 42:7,8
42:10 51:7
102:11
**meets** 91:17
**member** 64:7
**members** 63:7
64:23 96:19
107:21
**memorandums**
110:23
**memorized**
39:25 41:7
136:9
**mental** 13:17
20:5 60:3,11
60:13,15 63:24
65:17 71:18
72:15,20,21,24
73:14,15
109:21,23
110:3,5,11,16
111:19 113:15
115:2,13,19
117:14 118:1
118:22 119:10
120:11,20
123:14 182:18
**mention** 152:22
**mentioned** 18:7
24:6,8,14
26:16 45:11
49:20 55:22
70:17 72:19

79:14 98:7
105:7 107:2
117:4 132:3
139:8 152:18
164:2 177:2
181:16
**merit** 109:10
**message** 150:18
150:24
**messages** 86:24
86:25 87:3
**messaging**
100:24
**met** 15:17,21
16:1,12 21:24
32:5,13 81:20
**meta** 1:8 3:8
9:12
**metadata** 127:4
**method** 151:17
**methods**
157:15
**michael** 3:5
24:9
**microsoft** 31:1
**middle** 16:7,24
17:2,6,11 19:1
31:12 67:4,11
81:10 84:7
142:17 145:6
161:14 163:5
165:20 166:6
166:17 167:14
167:15,19

186:16
**million** 53:17
**mind** 55:16
176:21
**mine** 12:14
**minute** 69:24
69:24 144:5
**minutes** 5:13
24:15,18 39:3
42:9
**missing** 65:23
**missouri** 3:4,12
**misspoke** 14:18
**misstates**
143:17
**misunderstood**
80:3
**mm** 60:6 66:3
144:2 149:8,12
149:19,25
150:7 156:8
173:6 188:15
**model** 17:21,22
17:24
**mohamed** 4:8
**mohamed.said**
4:9
**mojave** 36:13
36:20,23 37:9
67:19
**moment** 59:22
121:20 130:18
**monetary**
53:18,23 54:15

55:3 56:5
**monitor** 23:25
110:20
**monitoring**
45:20 166:4
**month** 40:18
41:9 51:8 52:4
**monthly** 31:17
51:9,21
**morgan** 163:7
166:23 167:3,9
167:12,19
**morning** 12:15
90:11
**motion** 39:13
42:14
**mou** 123:17
**move** 34:13,18
77:1
**moving** 37:16
67:20 178:10
**mto.com** 4:6,7
4:8,9,14
**mtss** 28:17,24
30:10 31:25
92:14,18,20,24
112:10
**multi** 23:23
24:10 28:13
117:18,23
**multiple** 16:19
25:3 66:23
**multitude**
59:11 60:24,25

64:23 66:23
**munger** 4:3,11
**music** 84:19

**n**

**n** 9:1
**name** 9:4 10:4
  19:17,20,22
  121:9 127:5
  130:17 152:19
  162:16 167:14
  193:9
**names** 152:23
  166:10 176:18
**narrative**
  130:20 140:3
  151:22
**national** 109:10
**native** 186:15
**nature** 128:25
  135:14
**near** 161:13
**necessarily**
  35:24 46:15
  95:8,15 102:4
  111:24 119:5
  152:4 175:7,8
**necessary**
  191:4
**need** 12:19 40:9
  54:20 60:13
  66:13 74:8
  75:16,19 76:1
  96:8 102:17

104:7,18 106:2
106:5,7 116:6
116:8 125:14
130:11 132:21
134:6 162:7
**needed** 44:24
  72:15 73:24
  74:23 96:12
  105:6 107:16
  107:22 108:3
  130:4,4
**needing** 73:13
  106:11,12
**needs** 11:12
  30:7,12 35:11
  35:15 45:19
  64:5,8 65:11
  65:21 66:17,20
  66:22 67:13
  68:5 71:15,19
  72:21 73:7
  75:13,18 79:5
  91:20 92:17
  93:23 95:1
  102:2,9 104:5
  104:9 112:7,22
  130:25 149:6,9
  152:13,14,19
  160:22 162:4
**neither** 190:11
**netflix** 177:17
**never** 152:15
  152:18 160:1,6
  161:22

**new** 42:23 43:4
  43:11,17,17
  44:11 98:11
  142:10,20
  154:24 155:8
  157:5,6 164:9
**newer** 46:8
**night** 7:13 88:9
  156:15 187:23
  188:8,12
**non** 6:18 77:22
  95:22 153:8
  155:1 158:1
**northern** 1:1
**notary** 193:20
**noted** 9:15
  55:16 91:15
  135:1 159:1
  193:7
**notes** 33:3,6
  42:2 48:20
  49:20,21,24
  50:4,7,9,14,18
  91:10 194:1
**notice** 5:9
  22:20
**noticing** 35:1
  46:14 94:15
**notification**
  186:24
**number** 12:7
  30:4 31:23,24
  47:8 53:4
  54:20 56:17

58:15 72:6
74:3 77:9,10
81:13 103:7
106:10,12
111:10,15
114:15,25
115:1,14 116:5
124:16 125:22
128:23 162:12
165:1
**numbers** 27:6,8
  27:10,22,25
  28:1,19 29:16
  30:20 54:25
  55:8,24 115:5
  116:15 119:15
  149:3 155:12
**numeral** 12:24
**numerous**
  39:23 76:4
**nw** 4:11

**o**

**o** 1:25 9:1
**o'connor** 2:9
  190:3,19
**oath** 10:10
**object** 19:25
  20:12 21:1
  25:8 31:7 41:5
  41:16 42:3
  43:15 45:16
  50:16 54:7
  55:9 62:1 63:2

[object - overall]                                                    Page 31

64:9 66:6
67:15 69:3
70:12,21 77:16
82:14 83:5
89:1 91:8 92:2
100:16 101:16
107:6 108:13
113:24 117:7
120:22 128:6
132:8 133:6
138:11 139:10
143:2,16
150:19 151:1
151:23 155:2
155:20 161:25
165:16 166:19
170:14 177:24
182:12 187:5
**objection**  55:12
55:15 71:10
73:1,20 75:7
86:2 95:13
97:5 101:25
119:11 153:20
157:9 158:6
170:24
**observations**
92:16
**obtained**
142:19
**obviously**
73:25 78:12
**occur**  47:16

**occurred**  40:18
129:3
**occurring**
133:1
**offered**  174:24
**office**  30:7,21
31:25 63:15,18
65:1 112:9
127:24 162:7
163:4 164:17
164:20 165:3
165:15
**officer**  54:12
56:3 62:10
190:5
**officers**  103:8
**oftentimes**  90:6
93:24
**oh**  23:11 94:15
100:4 177:16
187:1
**okay**  13:11,22
14:3,9,25
16:10 18:18,21
19:10 23:13
24:2,13 26:1,8
26:16 28:7
31:3,9 32:16
33:23 38:13
39:9,12 45:11
52:13,23 53:16
55:14,20 58:1
59:23 64:16
65:18 76:25

121:3,11 124:9
124:14,21
125:11 127:6
144:3,15
148:12 153:16
167:17 170:11
172:10 174:17
181:3,19 185:1
187:1
**olson**  4:3,11
**ones**  25:22
133:15,18
154:7 176:20
178:2
**ongoing**  47:22
99:24 104:12
104:25
**online**  42:9,11
129:4 160:15
**open**  42:6
**operating**
30:13 63:5
103:25 113:4
**operation**
103:21 163:17
**operations**  3:9
14:4 103:15
**opportunities**
45:24 80:11,13
93:25 94:23
151:8
**opportunity**
135:25

**opposed**  99:8
150:24
**oral**  5:10
**order**  88:10
103:15 187:10
188:24
**ordering**
149:16
**organization**
113:18
**original**  191:12
**outcome**
190:14
**outpatient**
119:19
**outside**  15:18
33:4 50:17
56:2 57:14
69:11 88:12
96:22 99:10,13
99:15,18 100:7
123:14 162:15
170:9
**outwardly**
60:16
**overall**  24:19
27:19 29:16,22
30:17 40:2
50:24 56:5
58:8 60:21,21
60:22 63:5
65:17 72:15,20
84:4 93:22
101:7 103:11

106:8 107:15
109:16 129:16
158:11
**overarching**
49:15 64:4,8
65:11,20 71:15
72:10,24 95:3
106:7
**oversee** 11:4,5
**own** 50:18
101:3 160:21
171:12

**p**

**p** 3:5 9:1
**p.m.** 1:19 2:7
9:8
**page** 5:2,8 7:6,8
8:4,10,13,17
12:23,24 13:17
13:19,22,24
14:5,9 39:5
53:2,3,4,7 57:4
57:5,6 58:9
59:24 61:7,8
64:11 68:11
99:23 114:24
121:23 128:22
129:7,8,9
148:22 149:2
154:11,12
156:3,3,4,9
157:18,21
158:14,19

159:13 161:14
172:11,20
173:3 174:9
180:18,23
181:1,4,9,12,25
182:4,15,20,23
183:7,12,15,25
184:4,7,14,17
184:21,24
185:20,24
186:1,5,13,14
186:22 187:20
188:14 192:3
194:2
**pages** 13:8,13
61:4 129:9
136:23 183:3
193:5
**paper** 132:17
**paragraph**
59:24 68:12
**parent** 91:2,12
91:12 92:6
110:13 165:3
186:24
**parental** 90:13
93:4 111:3,3
114:1 179:18
179:22 180:1
**parents** 77:15
88:5,7 89:7
90:4,6,17
93:12 96:19
110:1 111:21

112:3 122:8,14
122:16 123:19
123:21 168:9
169:23 172:24
179:17 180:1
183:9 186:17
187:2,9
**parse** 94:7
**parsing** 63:13
**part** 19:14 21:1
21:12 23:4,8,9
29:1,1 44:14
46:1,6,11 50:6
54:10,23 55:6
55:25 62:15
70:7 78:19
80:8 92:18
105:13,23,25
112:23 122:11
130:7 131:7
151:24 157:6
160:13 162:2
164:21,23,24
170:4
**participate**
81:23
**participated**
31:25 81:8
**particular**
17:17 18:4
23:18 25:21
27:12 50:22
62:22 69:7
71:16 96:22

110:25 130:11
134:2,12 174:8
**particularly**
131:10
**parties** 190:12
**partnership**
165:9 173:14
**pass** 1:16,16
2:6,6 124:6
**passed** 42:16
**passing** 169:9
**password**
171:11
**past** 30:11
40:10 46:1
53:12 56:9
58:11 80:7
162:20
**payments** 3:9
**pbis** 104:19
106:2,5,24
**pd** 74:2
**people** 15:25
19:6,10 21:22
33:2 65:10,15
137:2 183:11
183:14 184:20
184:23
**perceived** 35:2
**percent** 37:10
41:22 61:15
74:11 116:14
179:21

**percentage**
68:14,23 69:2
83:25 97:3
150:23
**perception**
80:14
**performance**
14:4 23:4 26:7
26:8
**period** 35:16
36:7 162:25
**periods** 142:18
145:7 169:9,10
**permission**
111:3 114:1
**permitted**
176:16 179:3
**perpetrator**
131:22
**person** 19:5
23:12,16 24:7
60:9 81:15,18
131:25 163:11
**personal** 1:4
50:4 67:2,7
77:11 85:18
87:5 93:4,9
97:10 129:13
138:17,21
170:22 171:3,8
171:12,20
**personnel**
108:22 130:3
130:24

**pervasive**
79:24,25
**pervasiveness**
87:14 88:16
**pfs** 22:20
142:24 143:6,9
143:11
**phone** 6:16
146:11,13,17
149:15 153:6
154:13
**phones** 6:9,21
79:23,24,24
94:17 101:6
158:21 159:3
160:11 161:24
166:9
**photographs**
183:6
**physical** 63:24
**pick** 165:3
**picture** 28:21
**pictures** 86:10
184:16
**pk** 7:2 172:12
**place** 52:7
90:18,23
102:17 110:2
175:23 178:8,9
178:19
**places** 50:13
**plaintiff** 5:11
5:24 6:1 22:5
59:25 121:21

124:24
**plaintiff's** 5:20
6:5 56:25
128:19
**plaintiffs** 3:2
**plan** 32:2 149:4
165:7 173:19
**planning** 70:4
70:18
**plans** 51:17
60:18 70:4
104:14 105:8,8
105:14,16,21
**platform** 36:12
36:14 37:6
50:1 92:14,20
92:21 94:10
95:18 97:24
176:18 181:15
181:16
**platforms** 1:8
3:8 9:12 12:1,2
34:5,8,21 35:2
35:13 36:2,3,4
36:9 47:12
53:19,25 54:6
54:16 63:1
70:11 71:9,13
72:24,25 73:4
73:19 75:6,24
76:12,14 82:24
83:17 86:7
97:4,12,18
98:3,4,8,9,11

98:13 99:8
100:11,15,20
101:10 123:8
123:11 131:5
135:14,17,21
152:19 176:5
176:12,16
177:2 179:1
187:12
**play** 57:10 87:7
**playground**
51:13
**playing** 87:10
87:18,23 88:24
89:9,12 90:8
**please** 10:4
12:22 52:14
53:2 80:4
121:22 124:10
128:9 132:6
172:21 191:3,8
**plus** 104:3
117:4
**pocket** 161:16
**pockets** 161:20
**point** 48:13
75:12 126:13
**points** 11:20
47:22 66:24
88:4 95:4
104:6 107:9
**policies** 40:6
78:14 103:15
160:22 162:6

162:11,15
163:6,8,9,15
166:3,24,25
168:11 169:18
169:21 170:8
**policy** 6:8,21
24:24 26:6
78:11,11,13
140:24,25
141:3,17,19,21
141:24 142:3,6
142:12,13,15
142:21,24,25
143:6,15,20
144:17,20,21
145:1,5 154:13
154:24 155:9
155:17 157:5,6
158:16 159:2
159:15 160:9
160:10,14,20
161:5,5,11,19
161:23 162:2
162:17,22
163:19,20,23
164:1,12,25
165:21,22
166:8,13 167:3
167:4,5,10,21
167:24 168:1,5
168:13,21
169:5,15,16
170:5,10,11,13
171:2

**pollard** 1:25
2:9 9:18 190:3
190:19
**poorly** 22:17
**popping** 98:11
**populated** 23:6
**pornography**
177:10
**portion** 92:24
**position** 10:24
19:5 68:15
69:8 71:17
74:1 75:4,14
182:17
**positions** 19:3
19:4,7,9 61:1
61:10,24 62:7
62:20,22,25
65:19 69:7,13
69:19,22,23
70:9 71:7
72:22 73:18
74:6,8,22 75:3
76:2
**positive** 104:19
105:1 155:24
**post** 183:14
**posted** 100:5
132:14,20
184:4 185:24
**posting** 73:9
99:22
**postings** 86:9
184:19

**posts** 136:21
183:6 184:13
184:16
**potential** 24:22
29:16 60:17
75:25 79:4
107:23 139:20
**potentially**
49:22 57:18
59:14 63:21
64:24 69:9,15
78:16,20 84:23
87:20 90:15
91:20 92:3
95:6,15 96:9
97:23 99:1
116:17 170:5
**pouch** 146:12
146:16
**pouches** 146:8
147:10 149:11
**powerpoint** 7:1
7:10
**practice** 51:4
74:10 80:12
91:16 106:23
106:23 166:5
**practices** 22:25
23:25 43:22
47:7,12,15,25
48:16 49:2
74:20,24 83:22
103:2 105:5
106:14 115:16

171:18 176:4
178:19
**precautions**
171:9
**preliminary**
62:14
**preloaded**
175:22
**prep** 23:10
**preparation**
15:23 19:15
21:2,11,17,20
22:5,15 27:1
58:8 69:10
78:19 107:11
**prepare** 15:14
19:12 21:6,24
33:10
**prepared** 13:4
13:8,14,19,25
14:5,10,14
15:1 22:9,11
22:14 27:2
**preparing**
20:21 57:11
58:5 68:2 79:9
129:10
**present** 4:16
**presentation**
172:16 173:17
174:7 186:16
186:23
**prestandard**
175:17

pretty 59:10
65:13 66:16
89:7 178:10
prevalence
93:16 101:13
101:22
prevent 171:7
prevention
11:8,9 13:12
prevents
120:24
previous 14:17
30:9 36:2,9
37:13 40:7,8
43:6,18 44:23
previously
36:11 42:24
pride 103:13
primarily
81:10
principal 149:1
162:2 167:12
principals 60:2
60:3
printed 124:6
182:23
printout 6:12
7:4,6,7,9 146:3
180:14 181:24
183:24 184:9
185:6 186:3
prior 37:16
62:3 67:19
123:2,18

154:10 178:14
188:11
privileged
20:13 57:22
58:24 59:3
probably 17:7
35:8 64:20
65:9,14 81:13
84:24 106:24
116:25 117:18
138:2 178:1
183:17
problem 83:21
137:22 157:23
159:3
problems 76:4
procedure 5:19
53:1
procedures
63:6 113:5
process 24:11
38:6,14 43:21
48:12 50:6
80:8 95:16
105:11,23
112:22,24
113:2,9,16
117:19,21
123:17,23
130:7 131:7
164:23
processes 25:13
32:6 70:4,18

produce 107:1
produced 82:5
142:24 143:6,8
143:10 186:14
production 8:9
products 1:4
professional
96:11 104:23
106:15 118:4,9
118:20 119:9
120:19
professionals
120:5,7 121:1
profiles 73:9
program 11:7,8
progressive
46:19 47:20,24
prohibited
177:4,5,7
promoted
135:5,10
promotion
135:19
property 129:2
136:6,15,19
137:3 138:9,17
138:24 139:5,7
139:20
propounded
193:6
protected
25:15 90:20
112:25

protocol 71:3
provide 17:18
30:8 62:19
63:7,11 69:12
88:14 96:10
102:20 104:25
115:1 116:22
132:6 171:21
173:15 175:5
178:12 187:11
provided 23:9
32:1 36:17
77:9 122:8
128:1
provides 142:7
providing
30:20 60:3,11
62:17 106:14
178:22
public 23:1,2,6
24:14 26:3,4
26:11,12 32:18
38:4 178:3
185:15,18,19
185:22 193:20
publicly 23:5
107:11
pueblo 7:1
172:12
pull 51:24
124:8 143:24
144:3
pulse 103:14
132:10

**purchased**
 162:19
**purpose** 20:10
 69:8
**purposes** 22:10
 170:6 174:3
**pursuant** 5:18
 52:25
**pushback**
 158:15 168:9
 169:22
**pushed** 137:4
**put** 16:20 54:19
 69:2 78:17
 94:18 102:17
 116:4 126:16
 146:9 160:11
 161:24 162:8
 162:23 166:9
 166:18 169:11
 188:2
**puts** 146:11
 188:4
**putting** 55:24
 139:16

**q**

**qr** 188:17,18,24
**quality** 107:19
 108:5,7
**quantify** 59:15
**quarter** 6:16
 153:6,18

**quarterly**
 31:14 109:14
**question** 20:2
 20:19 22:18
 25:17,19 34:11
 37:21 38:10,11
 44:9 54:2
 55:17 88:18
 101:18 114:25
 118:12,23
 120:13 121:24
 122:24 125:7
 134:20 135:7
 136:11 166:16
**questionnaire**
 81:17
**questions** 8:16
 11:19 15:10
 21:16 23:3,19
 24:6,20 29:13
 40:21 80:15
 82:18,21,25
 108:6,8,9
 126:5,12,18
 168:20 193:6
**quick** 122:24
**quickly** 154:9
**quite** 89:16
 120:10 138:2
**quotes** 156:3

**r**

**r** 9:1 192:1,1

**ranging** 16:23
**rdr** 1:25
**reach** 68:16
**reaching** 96:9
**read** 64:13
 191:3 193:4
**readiness** 17:25
 18:1,2
**ready** 7:12
 88:11 148:10
 153:14 172:8
 187:23
**reality** 65:7
 98:10
**really** 35:7
 66:17 69:7
 79:24 96:4,4
 154:13 178:10
 178:21 181:17
**realtime** 2:10
**reason** 10:12
 94:8 112:15
 113:20,23
 114:5 130:10
 130:20 191:5
 192:5,7,9,11,13
 192:15,17,19
 192:21
**reasons** 46:13
 90:5 94:13
 130:3 131:16
 149:10
**reaves** 4:13
 114:16 121:5

**rebecca** 19:2
**recalling** 108:8
 167:14 168:2
**receipt** 191:13
**receive** 86:24
 109:21 111:12
 111:17 118:3
**received**
 104:22 124:24
 173:9
**receiving** 47:10
**recent** 40:12
**recently** 141:19
**recess** 76:21
 140:12
**recognize**
 38:25 52:20
 104:17 106:2
 114:22 140:20
 183:25 185:8
**recognized**
 54:22
**recognizing**
 106:9
**recollection**
 17:4
**record** 9:4,16
 10:5 55:13
 76:20,23 122:2
 122:11,12
 125:2 128:10
 134:14 140:11
 140:14 142:23
 144:8,10,11,13

144:18 188:20
189:11,13,17
189:18 190:8
**recorded** 42:8
80:21 81:24,25
91:6 111:8
131:21 152:3
163:15
**recordings**
42:10
**records** 49:9
117:15
**recovered**
37:14,16
**reddit** 98:24,25
**reduce** 46:6
**reduced** 51:15
190:10
**reducing**
155:18
**refer** 26:17
28:14 60:8
110:2 160:10
172:14
**referencing**
135:6,12
**referral** 109:23
110:20 112:13
112:15,21,24
113:2,9,10
114:2,5,9,12
122:20,24
123:5,8,23

**referrals**
110:15 111:9
111:11,15
115:3,24,25
116:5 117:6,12
**referred** 24:21
30:5 110:6,12
111:5,15
112:19,23
113:6,14,21
115:2,13,15,19
117:13,16,19
118:1
**referrer** 111:2
**referring** 11:22
12:3 15:11
48:2 58:11
79:18 98:9
114:13 120:4
122:6 123:14
**reflected** 42:1
**regarding**
24:13 79:11
163:24 169:18
**regards** 119:19
**regional** 49:13
95:24 105:12
105:19,20
117:1,5
**register** 188:7
188:24 189:7
**registered** 2:9
190:4

**regular** 5:13
40:20,24 49:11
78:23 98:11
103:23 107:25
138:18 187:11
**regularly** 67:5
107:9
**regulate** 137:11
137:23
**regulation** 6:8
144:17,20,21
145:1,5
**regulations**
119:1
**relate** 126:20
**related** 13:17
42:16 45:14
48:6 50:22
60:4,7,12
69:20 70:10
91:10 122:1,5
131:4 134:1
190:12
**relates** 1:6
**relating** 75:3
127:14
**relation** 29:4
103:8
**relations** 16:4
18:13 26:25
28:6 49:14
51:19 52:2,11
80:10 81:2,19
104:21

**relationships**
74:14
**release** 111:21
111:22
**relief** 14:10
**relying** 151:21
**remember**
16:13 17:1,5
17:15 19:19
20:6 24:17
25:6 36:21
38:18 40:16,16
41:13 43:5
58:21 141:17
173:12 178:21
**removes** 142:10
**repair** 129:1
**repeat** 25:18
37:21 54:2
101:17 120:12
135:7 136:10
**rephrase** 38:12
**replacement**
129:1
**report** 26:13
30:7 51:24
84:5 90:5
93:23 95:21
96:20,22
102:21 103:20
130:3 151:10
181:17
**reported** 1:24
26:22 86:5

122:14 138:16
**reporter** 2:9
  9:17 190:1,4
**reporting** 67:1
  95:11 96:18
  99:11 100:1
  129:24 130:7
**reports** 26:21
  27:7,21 40:2
  51:18 90:13
  122:3 130:2
**repost** 135:23
**reposts** 135:15
**represent**
  146:2
**representative**
  11:16 13:5
**represented**
  65:10
**representing**
  9:5 17:6
**request** 8:9
  130:8,8,11,23
  134:19,21
  135:1,3 139:16
**requested**
  170:2
**requests** 130:9
  130:14 134:12
**require** 109:25
  160:14 165:22
**required** 51:7
  52:1 69:22,24
  109:11 161:23

169:11
**requirement**
  162:23
**requirements**
  17:23 163:24
**requires**
  164:12,16,19
  165:7,13
  166:17 167:6
**requiring**
  160:9,11
  165:24 166:8
**rereading**
  55:16
**research**
  120:10
**reshares**
  135:23
**resolution**
  34:18 39:7,14
**resolutions**
  42:16,19
**resort** 1:16 2:6
**resource** 95:20
**resources** 16:5
  18:19 45:25
  56:10 58:12
  63:7 96:12
  112:1 123:20
  147:19
**respective**
  68:16
**respond** 33:21
  57:24 102:15

105:3
**responded** 29:4
  29:18
**responds** 53:10
**response** 13:12
  29:10 35:8
  46:25 57:4,11
  58:5 59:19
  74:12 130:20
  137:23
**responses**
  22:19 81:16
  108:12 154:24
  155:24 157:14
**responsibilities**
  11:2 42:25
  43:18
**responsibility**
  107:15
**responsible**
  61:23 62:6
  128:4
**responsive**
  45:18
**rest** 17:8
**restart** 12:17
**restate** 55:18
**restorative**
  74:10 80:12
  91:16,18
  115:16
**restore** 74:14
  91:19

**restricted**
  183:18
**restrictions**
  93:13 171:6
  179:12
**result** 44:13
  46:24 82:3
  83:1 129:3
  134:22 136:7
  136:16
**results** 131:20
  153:17 154:19
  155:7 157:7
**retained** 20:7
**return** 191:11
**returned** 10:22
**review** 22:3,7
  22:24 23:6,7
  23:18 27:5
  30:1 40:6
  56:23 68:3
  79:10 103:1,2
  103:2,18
  106:18 107:9
  107:24 124:25
  125:14,17,20
  148:7 153:11
  155:22
**reviewed** 15:19
  22:2,4,21 24:3
  24:18 25:23
  26:5,25 32:11
  32:21 33:17
  42:23 54:25

135:2 141:19
**reviewing** 23:1
33:1 59:9,20
64:17 121:18
128:17 148:8
148:11 153:15
172:9
**revision** 141:20
143:21
**rice** 4:6
**right** 17:13
18:8,13 24:15
35:8 37:20,24
56:7,13,15
58:13 61:3
66:14 73:23
74:2 75:11
80:6 94:1
97:20 111:6
122:15 124:12
138:14 141:4
141:12 142:19
143:15 146:17
146:20,23
147:4,12
148:15 149:11
149:18,24
150:9,13 151:4
152:16,20
154:4 155:9
157:8,17
166:21 167:16
168:3 170:19
171:22 180:23

183:3,7,12,15
184:11,14,17
184:21,24
187:4 188:14
**rights** 42:25
**ripped** 137:18
**ripping** 132:16
132:17
**robust** 59:10
**rodriguez**
148:23,24
152:15 154:11
154:12
**rog** 22:19
**role** 11:3 57:10
**roman** 12:24
**room** 158:4
188:19
**roster** 150:3
**roughly** 16:15
**roundabout**
75:21
**row** 180:20
**rowley** 4:6
18:17
**rowley.rice** 4:7
**rule** 5:18 52:25
**run** 159:15
171:14

| s |
|---|

**s** 5:7 9:1
**s.w.** 3:18

**sabino** 162:18
164:5 167:17
168:20,23
169:7
**safety** 13:23
16:3 18:8 23:8
26:17 28:6
29:3,3,7,10,14
29:17 40:23
72:5 103:6,7
**saved** 90:13
108:12
**savvy** 171:16
**saw** 100:5
**says** 12:24
14:10 39:6
53:4,5,9 59:23
61:5 68:12,14
68:22 115:1
121:25 123:3
127:5 128:24
141:20 142:16
143:21 145:4
145:10,14,17
149:3 153:6,25
154:12 156:5
156:11,15,19
156:23 157:22
158:2,21
161:13 170:5
172:11,21
173:17 174:8
182:23 186:4,6
186:14,23

187:20
**scan** 188:17,24
**school** 1:7,12
2:4 5:12,16,22
5:24 6:2,7 9:11
10:16,19 11:1
11:5,6,14,17,22
13:23 14:3
15:6,9,11 16:2
16:3,8,8,13,17
16:19,21,23,24
17:6,8,9,11,12
17:21,22 18:8
19:1,1 23:1,8
26:10,13,17
28:6 29:3,3,6,9
29:10,14,17,19
30:8,14 31:13
35:22 39:13
40:23 42:5
47:6 49:11
50:5 51:5,8,20
52:3,24 53:10
57:2 60:21
61:18 63:8,14
63:22 64:3
65:9 66:1,5
67:3,4,11 68:6
71:25 72:3,5,6
72:7,16 76:5
77:22 78:10
81:11,20 85:2
88:11 89:15,20
90:12 94:4,17

**[school - seeing]**                                               Page 40

| | | | |
|---|---|---|---|
| 94:22 102:2,10 | 164:5,5,10,16 | 167:14,15,20 | 67:9 68:9,12 |
| 103:6,7,8,22,24 | 164:18 165:9 | 167:22 168:1,5 | 68:18,24 86:9 |
| 104:1,2,4,7,14 | 165:12,12,13 | 168:13,16,17 | 89:18 100:8 |
| 104:16,20,22 | 165:21 166:6,7 | 172:15 173:4 | 106:11 114:25 |
| 104:24 105:2,7 | 166:16,17 | 173:11,13 | 115:6 119:21 |
| 105:14,22,24 | 167:8,18,18,19 | 174:1,4 178:16 | 120:2,5,16 |
| 106:8,11 107:5 | 168:15,20,23 | 183:1,3 186:20 | 121:24 127:3 |
| 107:12,13,14 | 168:25 169:5,7 | 187:2,4 | 128:23 129:5,6 |
| 107:15,19 | 170:18,23 | **schoolwide** | 131:11 134:11 |
| 108:3,5,7,21 | 171:22,25 | 166:8 167:10 | 148:2,5 149:3 |
| 109:6 110:14 | 172:17,18,24 | **screen** 93:8 | 149:7 150:6 |
| 111:1,23,25 | 173:8 174:8,14 | 124:8 | 151:5 153:5,9 |
| 112:1,11,20 | 174:23 175:10 | **scroll** 124:10 | 154:15 156:7,8 |
| 113:25 115:14 | 179:6,11,18,23 | **search** 24:20,22 | 156:13,17,21 |
| 115:15,17,20 | 180:1 186:16 | 24:25 25:2,21 | 157:1,24 158:5 |
| 115:23,24 | 187:6,20 188:2 | **second** 5:16 | 158:8,12,17,18 |
| 116:16 117:14 | 188:4 | 52:24 53:5 | 158:23,24 |
| 118:1 119:16 | **schools** 16:18 | 59:24 61:8 | 159:5,11,17,18 |
| 121:22 122:11 | 17:2,2,3 30:13 | 64:11 68:11 | 161:8,17 163:9 |
| 123:3,6 128:21 | 34:9,22 35:13 | 153:11 181:4 | 172:21 173:5 |
| 130:2,10,24 | 40:14 44:6,19 | **secondhand** | 180:19 182:1 |
| 137:2 138:19 | 44:25 45:21 | 83:13 | 186:15,23 |
| 141:7,11 142:1 | 47:1 51:3,11 | **section** 14:7 | 187:19,24 |
| 142:4,9,11,17 | 79:5 83:21 | 28:16 44:15,20 | 188:10 |
| 144:24 145:3,7 | 84:8,8 95:5 | 90:22 140:3 | **seeing** 41:18 |
| 146:20,25 | 103:16 104:3 | **sections** 151:22 | 44:5 47:1 |
| 147:1,4,7,9 | 104:13 107:23 | **see** 12:23 35:7 | 51:11,12,13,14 |
| 148:4,15,17 | 107:24 110:25 | 35:10 39:6,10 | 59:16 72:13 |
| 149:11 153:18 | 113:5,7,17 | 39:16 48:5,17 | 79:22 94:25 |
| 158:3,15 160:5 | 147:17,19 | 49:8,18 53:5 | 95:4 96:6 98:5 |
| 160:21 162:13 | 159:20,24 | 53:14 57:4,8 | 98:12 99:20 |
| 162:18,20 | 160:6 162:5,10 | 58:15 60:5 | 103:3 136:19 |
| 163:5,14,16,17 | 162:16 163:20 | 61:4,6,9 65:25 | 137:20,24 |
| 163:18,21 | 164:4,9 166:12 | 66:13,17,20 | 139:19 166:3 |

182:21 184:8
**seem** 155:23
**seen** 44:3 56:21
  71:22 73:6
  98:14,16,17
  100:4 137:13
  159:6
**sel** 74:1
**selecting** 61:24
  62:6
**self** 33:21
  122:14
**selling** 47:11
**send** 86:24
**sent** 114:13
**separate** 21:15
  92:21
**separated** 6:17
  153:7
**separately**
  128:24
**september** 5:14
  10:21,22 34:19
  37:20 38:16
  39:4,19
**serious** 158:16
**services** 13:18
  17:19 60:4,8
  60:12,17,23
  91:14 111:14
  115:2,13,20
  116:1 117:14
  118:2 121:25
  122:4,13

123:15 124:23
  127:11,12,25
  129:4 146:19
  146:23 177:17
**session** 38:3
**set** 5:23 6:7
  57:2 103:22
  128:21 162:21
**several** 36:1
  72:19 129:8
  158:25 182:6
  185:13
**share** 65:4
  93:25
**shared** 15:20
  108:21 123:19
**sharepoint**
  52:10 113:5,13
**shawna** 148:22
  148:24 152:7
  152:14 154:11
**shb.com** 3:13
  3:14
**sheet** 5:24 6:1
  22:6 121:22
  124:5,5,25
  191:6,9,12
  193:7
**shift** 68:7
**shifts** 66:25
**shivanonda**
  1:13 2:5 5:3,9
  5:14,16,21,24
  6:2,3,5,9,13,14

6:16,21 7:2,5,6
  7:8,9,11,12
  9:14,22 10:3,6
  12:12,22 20:16
  38:9,22,25
  46:23 52:17,20
  56:18,21 59:5
  75:2 76:25
  114:19 121:12
  121:15 124:1
  127:2 128:12
  128:15 139:4
  140:17,20
  144:15 145:24
  146:2 147:24
  148:2 153:2,5
  161:1,4 172:5
  180:11,14
  181:21,24
  183:21,24
  185:3,6 186:10
  187:16
**shook** 3:11
**show** 67:22
  70:9 88:23
**showed** 35:17
  68:4
**showing** 69:18
  86:16 100:12
  139:6 150:22
  155:17
**shows** 66:21
  67:12 138:8

**siculus** 3:10
**sight** 160:19
**sign** 191:8
**signaling** 6:10
  144:17
**signature**
  190:17
**signed** 183:9
**significant**
  65:13 67:9
**signs** 122:1
**similarly** 89:4
  107:16
**single** 131:18
  134:24 135:2
  178:4
**sinks** 132:17
  133:21
**site** 52:10 99:4
**sites** 80:12 99:9
**sitting** 59:17
  119:7 133:13
  167:23
**situations**
  170:1
**six** 17:7,11
**sixth** 181:11
**skip** 13:16
**slap** 132:15
**sleep** 90:10
**slightly** 77:1
**slipsheet** 124:7
  127:3

**[sm - specific]**                                                    Page 42

sm  6:4,11,14,19
  6:23 7:3,11,13
small  31:23
  64:15
sms  86:25 87:3
  151:11
snap  4:2
  189:17
snapchat  12:4
  176:18,19
  189:3
soap  132:18
social  1:3 9:10
  10:25 11:7,12
  17:25 20:4
  24:21,23 35:10
  35:12,15,18
  39:8,15,19
  40:4,4,14,18,25
  41:3,14,20,25
  42:15,17,20
  43:2,13 44:13
  44:18,22 45:8
  45:15 46:24
  47:4,9,11,18
  48:6 49:3,19
  50:22 66:14
  67:6,6 69:20
  71:13,18,22
  72:7,8,12,17,20
  73:4,8,12,14,23
  74:13,17,25
  75:4,11,13,17
  75:20,24 76:3

76:10,14 82:19
83:17 84:6
86:7,13 89:21
93:1,16 97:16
97:17 98:13
99:4,9,12,17,20
100:10 101:14
101:23 103:5,9
108:6 110:21
113:3,12
115:17 116:17
116:17,21,23
118:10,21,22
119:10,22
120:3,9,10,17
120:20 129:20
129:23 130:6
131:4,13 132:5
132:12 133:4
134:1,15,23,25
135:11 136:3,7
136:16,18,20
136:21 137:9
137:21,25
138:10 139:8
139:19 140:4
150:13,17,24
151:6,16
152:15 176:5
176:12,15
177:2 180:5
187:9
soft  103:25
104:11,18

105:4 106:2,13
  106:18 138:4
  151:3
solve  137:22
solved  157:23
somewhat
  30:16 37:2
  48:7 64:2
  83:21 87:13
sorry  13:24
  22:17 65:25
  83:8 120:12
  154:18 177:19
  181:3
sort  19:4 27:5
  30:7,23 61:2
  61:11 70:16
  71:2 74:12
  94:9,10 96:15
  98:7 103:20
  109:23 111:12
  138:5 140:2
  178:24
sought  110:5
  110:11
sound  17:13
sounds  140:9
source  152:3
sources  70:17
  74:23 88:14
  108:15,18
south  4:4
spa  1:16 2:6

space  191:6
spans  67:17
  129:8
speak  36:7
  39:24 46:21
  48:13 59:13
  60:10 71:16
  81:12 123:11
  131:6,17,22
  133:8 134:10
  136:2 138:24
  152:7 175:7
  178:24
specialized
  18:4
specially  76:11
specific  14:14
  16:17 26:25
  27:6,20 28:19
  29:21,21 30:14
  39:24 42:18
  44:15 54:19
  63:6,7 67:11
  73:18 77:25
  82:18 84:25
  85:17 95:16
  97:2,2 98:9
  99:4 113:10
  116:3 119:4
  120:21 125:20
  129:17 130:9
  131:13,25
  132:4,24
  133:16,18

134:19 163:14
163:16,20
165:5 166:10
168:11 170:9
175:18 176:8
176:10,15
177:13 185:18
**specifically**
22:10,12 55:5
71:8 72:23,25
74:17 75:5
82:23 87:15,21
88:19 99:7
134:15,22
135:1 140:25
**specifics** 32:8
59:13 133:9
134:11 168:2
178:25
**spelled** 121:9
**spend** 75:3
77:21 79:12
87:10,18,23
88:24 99:3,7
100:13,24
101:2,9
**spends** 69:20
70:10
**spent** 69:9,18
70:20
**spike** 66:17,20
66:21 67:13
68:4

**split** 31:21
116:18
**spoke** 19:12
24:7
**spoken** 23:17
**sporting**
145:19
**spreadsheet**
6:3 124:20
125:1,3,12,15
125:17 126:11
126:17,19
127:17
**spring** 34:15,20
38:14 81:1,1,4
**staff** 32:7 36:15
50:5 60:1,3,19
61:1,10 63:7
63:22 64:3,7
64:18,20,23
68:13,15 81:18
89:15,15 90:24
92:15 104:25
106:16 107:20
118:7 130:10
171:11,12
176:4
**stakeholder**
54:23 55:6,23
55:25
**stakeholders**
15:22 21:12
56:4

**stands** 170:10
**starr** 1:16,16
2:6,6
**start** 35:4 38:7
57:15 66:1
123:9
**started** 35:7,9
41:18 66:12,14
66:17,20
178:10
**starting** 57:3
66:4 68:5
78:24 129:7
**starts** 148:22
**state** 10:4
26:14 190:5
191:5
**stated** 134:22
**statement** 5:17
52:25
**states** 1:1 141:6
141:10 144:22
145:2,5
**staying** 65:25
132:9
**steal** 133:20,20
**steele** 163:1
165:11 167:18
**stenographic**
9:16
**stenographic...**
190:9
**stephany** 4:13

**stephany.rea...**
4:14
**steps** 131:2
**stipulation**
46:4
**stipulations**
8:13
**stolen** 138:21
**stomachache**
63:16,17
**stop** 57:19
**store** 114:11
**stored** 30:22
52:9 80:17
82:13 113:2
114:10 115:21
130:14 160:18
**stowed** 158:21
**strategic** 70:4
70:18
**strategies**
25:14
**streaming**
177:17
**strict** 159:2,9
159:15
**stricter** 162:6
162:11,17
163:6,7 165:21
166:2,24
167:23 170:8
**strike** 145:12
**stringent**
169:20

**[strong - substance]** Page 44

| | | | |
|---|---|---|---|
| **strong** 156:11 | 146:11,12,15 | 89:24 90:3,3 | 166:4,9,18 |
| **strueby** 3:13 | 156:25 157:16 | 91:17 92:15,17 | 169:2,8,24 |
| **struggling** 90:9 | 161:6 164:24 | 93:1,4,7,16 | 170:21 171:1,2 |
| 94:17 | 165:14 174:18 | 94:2 97:3,11 | 171:7,16,18,21 |
| **student** 6:21 | 179:10 | 97:17 98:13,17 | 171:24 173:18 |
| 13:17 16:4 | **student's** 50:11 | 99:3,7,11,16,21 | 173:20,23,24 |
| 18:12 23:21 | 119:9 161:16 | 99:23 100:1,9 | 174:9,12,16 |
| 26:20,22,23,25 | **students** 11:13 | 100:13,20,24 | 175:5,17 176:5 |
| 27:1 28:5,8,16 | 30:4,6,19,21 | 101:2,5,9,14,23 | 176:6,13,23 |
| 31:5 32:10 | 31:24 32:5,8 | 102:6 103:4 | 177:12,18 |
| 36:13 47:17 | 32:12 35:11 | 106:10,12 | 178:13,23 |
| 48:23 49:14 | 36:17 43:1,20 | 107:20 109:21 | 179:5 180:6 |
| 51:18 52:2,11 | 46:2,5,14 | 111:13,15 | 181:17 182:16 |
| 60:4,7,12,17,23 | 47:10 48:24 | 113:14 115:1 | 183:7,8 184:5 |
| 63:14 64:22,25 | 51:14 60:20 | 115:12,14,19 | 184:16 185:25 |
| 65:17 67:23 | 63:8 64:5,8 | 116:20 117:13 | 187:8 188:7,16 |
| 77:11 80:9 | 65:7,21 66:18 | 117:15,19,25 | 188:23 189:5 |
| 81:2,12,19 | 66:20,22 67:5 | 118:5,17 | **study** 93:15 |
| 84:13,21 85:2 | 67:8,13 68:5 | 119:17 120:15 | 101:12,21 |
| 85:13,18 86:9 | 71:19 72:21 | 123:14 128:1 | **stuff** 25:14 |
| 90:16,18,21,22 | 73:8 74:14 | 131:15 132:15 | **sub** 150:4 |
| 90:23 91:1,6 | 75:13 77:3,6 | 132:21 136:1 | **subject** 17:17 |
| 91:11,15,21,22 | 77:13,21 78:3 | 136:20,23,24 | 18:5 148:14 |
| 92:1,4,5,7,12 | 78:8,17,21 | 137:10,15,16 | **subjects** 154:2 |
| 92:13,19,24 | 79:12,15,22,23 | 137:22 141:11 | 160:5 |
| 104:21 110:5 | 80:5,13 81:3,8 | 142:4,11,17 | **submit** 31:14 |
| 110:11 111:4 | 81:20,22 82:19 | 145:3,7 146:9 | **submitted** |
| 111:18 112:18 | 83:2,3,14,25 | 150:2 151:5,9 | 184:18 |
| 112:22 113:20 | 84:5,8,10,15,17 | 151:10 152:2,8 | **subscribed** |
| 116:1,5,22 | 85:8,17 86:16 | 160:11 161:19 | 193:16 |
| 118:8,10,15,19 | 86:24 87:7,10 | 161:23 162:23 | **subscribers** |
| 118:21 119:8 | 87:18,23,25 | 163:2,2 164:16 | 186:5 |
| 119:15 120:19 | 88:6,8,24 89:6 | 164:19 165:6 | **substance** 11:8 |
| 120:21 138:21 | 89:8,12,16,19 | 165:24,24 | 11:9 45:6,11 |

Golkow Technologies,
A Veritext Division

[substance - tab]                                              Page 45

45:14,21 46:5
46:9 47:5,6,9
58:3 193:6
**substances**
46:3,17 47:10
47:11
**substitute**
150:2
**suffered**  136:7
136:15
**suggested**
54:13
**suicide**  119:19
**suite**  3:4 4:12
**summaries**
83:19
**summary**  82:2
82:4,7,11
**superintendent**
16:6 18:22
34:17 38:1
62:12 105:13
105:21
**superintende...**
49:13 95:24
105:19 117:1,2
117:4,5
**supervisor**
105:12
**supplemental**
5:9,17,25
52:24 53:6
**support**  8:1
17:24,25 23:23

24:11 28:13
30:5 32:7
36:15 39:7,14
42:14 60:4,7
60:12,17,22
61:19 62:17
63:12,12 64:19
65:11 72:20
73:15 74:6
75:16 79:5
90:24 96:7
103:16 104:15
105:2 106:13
110:4 111:3
112:2 115:13
115:20 116:22
117:19,23
156:16
**supported**
147:17
**supporting**
11:12 60:19,20
64:4 65:17,20
**supports**  31:12
32:1 36:16
45:25 63:8
64:7 72:15
73:15,24 74:9
96:12 104:19
105:5 107:16
107:22 108:2
117:20
**supposed**  100:3

**sure**  23:14
37:22 41:22
42:18 54:3
62:11 64:25
76:7,18 82:12
85:5,6 101:20
109:7 116:14
116:16 118:11
120:14 123:7
125:19 126:11
133:23 134:5
135:8 136:12
144:6 153:13
157:19 170:4
174:17 177:1
179:21 182:5
**survey**  77:25
102:3 107:19
107:20 108:5,7
108:11 153:17
154:1,19,23
155:8 157:7
**surveyed**
153:24 159:1
**swear**  9:18
**switch**  36:19
**sworn**  9:23
193:16
**symptoms**
122:1
**synergy**  26:23
27:3,7 28:10
28:11,15,17,24
28:25 32:9,18

36:11,20,24
37:6,9 48:2,4
48:10 49:21,25
50:17,25 51:23
51:25 67:20
90:23 92:13,18
92:21,22,25
109:18 117:23
139:24 140:3
151:21,22
**system**  23:23
24:10 25:5
26:20,23 28:13
28:16 32:10
36:14 37:17
63:14,22 90:16
90:24 92:12,19
93:23 102:3,10
103:12,14
110:2 111:6,9
112:10,14
115:9 117:18
117:23
**systems**  2:10
23:21 28:9
104:7 105:1

**t**

**t**  5:7 192:1
**tab**  12:11 38:21
52:16 56:16
114:17 121:7
123:25 124:4
124:11,15

[tab - text]                                               Page 46

125:20,24
127:14,17,20
128:11 140:16
145:22 147:22
153:1 160:24
172:4 180:10
181:20 183:20
185:2 186:8
187:15
**table** 39:24
**tables** 137:13
137:16
**tablet** 64:11
**tablets** 77:7,14
**tabs** 125:22
**take** 50:5 131:2
132:16 144:4
148:6 153:11
157:19 171:9
186:7
**taken** 76:21
140:12 190:6,9
**takes** 138:22
**talk** 11:25 19:7
29:24 48:1
49:10 57:15
79:20,21,21,23
90:17 94:19
102:8 121:1
138:15 151:9
152:8 156:25
157:15
**talked** 18:3
19:11 21:22

23:12 28:7
32:17 33:9
57:17 66:12
74:2 79:10
95:10 96:15,25
97:15 107:10
120:15 151:3
164:15 165:20
167:17
**talking** 33:2,15
48:23 57:20
80:1 87:15
88:1,7 91:1,2
91:25 102:24
103:3 107:2
115:10 122:21
124:22 139:5
139:24 144:16
148:18
**talks** 57:5
58:10
**tardy** 88:6 90:4
**targeted** 84:7
104:14 105:8
**tasked** 11:11
17:23 104:21
**teacher** 132:16
145:15,17
150:2 157:14
158:2,20 159:9
159:14
**teachers** 6:17
60:2 78:16,25
79:11,21,22,23

88:1 90:7
92:15 93:23,25
94:24,25 95:8
95:10,16 96:21
99:25 102:9
103:3 105:3
137:3,17
138:15,17
153:7,24 154:2
154:23 155:8
155:15 156:5
156:10 157:3
157:22 158:25
160:10 170:5
**team** 51:7
102:11
**teams** 96:8
**tech** 4:17
**technologies**
3:9
**technology**
16:5 18:16
37:1,12 40:13
43:2 44:16
45:4 47:14,18
67:23 78:4
81:7 84:23
85:10,10 87:14
97:23 171:15
176:11 178:1
178:15,23
**tell** 119:15
125:25

**template** 51:25
**templates** 52:8
**ten** 16:15,22,25
173:14
**terminology**
175:3
**terms** 20:21
21:10,20 23:24
25:6,21 35:22
40:1 66:16
74:13 96:18
112:6 119:1
166:3
**testified** 9:25
89:22 170:17
**testify** 9:23
12:7 13:4,9,14
13:20,25 14:5
14:10,15 15:1
15:15 20:22
68:2 79:9
**testifying** 11:16
15:8 161:11
**testimony**
10:13 15:5,5
43:11 76:8,9
85:1 92:23
120:18 142:25
143:5,14,17
190:8,9
**testing** 109:10
**text** 86:23
150:18,24
151:11,11

**texting** 151:18
**thank** 12:20
  15:3 55:20
**thing** 104:17
**things** 11:22
  31:1 59:3,16
  60:25 85:12
  102:5 106:15
  107:3 133:20
  137:7,18
  149:13 150:15
  150:17 164:2
  177:16
**think** 14:18,21
  18:7 21:7,16
  22:1 24:14
  25:20 34:11
  35:4 38:5 43:6
  52:15 57:22,23
  58:25 62:17
  64:21 65:13
  66:16 76:16
  80:3 126:4
  134:20 140:6
  143:17 151:2
  163:13 167:22
  177:14,15
  178:3 189:9
**thinking**
  166:10
**third** 6:5 94:16
  128:19 180:18
  180:25

**thirty** 191:13
**thought** 80:4
**thousand** 186:4
**three** 17:12
  56:6 58:6
  124:12,13
**thrown** 137:7
  137:18
**thumb** 103:13
**tie** 140:4
**tied** 138:9
**tiered** 23:23
  24:10 28:13
  117:18,23
**ties** 134:15
**tiktok** 12:3
  130:1 132:12
  176:17,19
**tiles** 133:19
**time** 9:8 30:15
  30:18 31:4,10
  31:13,19 35:16
  36:7,15 41:2
  44:3 53:11
  69:9,18,19
  70:9,20 75:3
  76:17,20,23
  77:21 78:7
  79:11 87:9,17
  87:23 88:24
  90:11,12 93:8
  99:3,7 100:2
  100:13,24
  101:2,7,9

104:13 129:24
130:2 131:12
132:3,13 133:1
134:2,4 138:22
140:8,11,14
141:22 144:10
144:13 148:6
148:25 149:14
152:7 177:20
182:23 184:9
186:3 189:10
189:13,16
**times** 43:25
  72:19 78:7
  94:21 103:7
  107:3 147:14
  166:5 183:6
  187:7
**title** 13:6 127:7
  161:5
**titled** 52:23
  56:25 128:19
  148:3 161:5
  173:4 187:23
**today** 10:10,13
  11:16,19 12:7
  15:5 32:24
  33:7,11 59:17
  68:3 79:9
  91:25 97:15
  119:7 133:13
  167:23 189:17
**today's** 9:7

**together** 55:24
  96:8 116:4
**tolles** 4:3,11
**tools** 173:16
**top** 38:19 49:5
  53:6 59:12,21
  89:14 108:9
  119:23 153:6
  159:8 163:13
  164:22 166:11
  166:22 167:15
  168:2 172:21
  173:12
**topic** 14:6
  17:17 39:19
  42:22 77:1
  126:8,20
**topics** 12:8,25
  13:3,7,9,12,14
  13:18,20,23,25
  14:6,11,14,15
  15:1,15 20:22
  21:11,21 22:5
  24:21 27:2
  28:22 29:15
  39:23 126:10
**total** 6:17 10:23
  53:12 68:17
  153:7
**towards** 178:11
**towel** 132:17
**trace** 85:16
**traceable** 85:15

| | | | |
|---|---|---|---|
| **tracey** 18:17 | **treatment** | 11:22 12:12 | 12:6 17:20 |
| **track** 77:10 | 109:21,24 | 15:5,11 38:22 | 22:7,8 26:6 |
| 84:9,12,14,16 | 110:6,11,16 | 39:13 52:17,23 | 34:3,7,20 35:4 |
| 84:20,25 85:3 | 113:15 | 53:10 56:18 | 37:18,23 39:3 |
| 85:4,11,16 | **trend** 151:5 | 57:2 114:19 | 39:20 53:18,24 |
| 86:11 87:8,21 | **trends** 44:1 | 121:12 124:1 | 54:5 56:1 |
| 88:13 93:3,7 | **trial** 4:17 | 128:12,21 | 62:24 66:21 |
| 93:11 97:9,11 | **tricky** 48:7 | 140:17 145:24 | 67:12 69:1,18 |
| 109:20,22,24 | 77:24 | 147:2,3,24 | 70:8,16,18 |
| 113:19,22 | **tries** 187:7 | 148:3,14,17,18 | 71:6 72:22 |
| 119:5 | **trigger** 48:13 | 149:1,10 153:2 | 77:2,13,20 |
| **trackable** | 60:16 | 153:18 161:1 | 80:5 84:9,11 |
| 111:24 | **triggers** 94:13 | 165:12 172:5 | 84:17 85:3,9 |
| **tracked** 78:25 | **trips** 145:11,19 | 180:11 181:21 | 85:14,19,22 |
| 79:2,8 80:17 | **truancy** 149:14 | 183:21 185:3 | 86:15,23,24 |
| 94:9 110:17 | **true** 190:7 | 186:10 187:16 | 87:2,6,9,17 |
| 112:5,14 115:3 | **trujillo** 34:16 | 187:20,23 | 93:3,7,11,15,17 |
| 116:24 | **truly** 126:2 | 188:1,11 | 97:1,16 99:2,6 |
| **tracking** 99:13 | **truth** 9:23,24 | **tuesday** 5:14 | 99:16 100:12 |
| **train** 105:2 | 9:24 | 177:19 | 100:19,23 |
| **training** 60:19 | **truthful** 10:13 | **turn** 12:22 39:5 | 101:8,12,15,21 |
| 104:25 | **try** 70:19 | 53:2 61:4 | 101:24 103:17 |
| **transactions** | 149:11 152:9 | 105:4 114:24 | 104:10 108:25 |
| 149:21 | **trying** 94:7 | 121:23 128:22 | 109:3,4,20 |
| **transcript** | 104:6 177:15 | 163:3 164:16 | 110:6,7,12,15 |
| 190:7 191:14 | **tucson** 1:7,12 | 164:19 165:14 | 113:22 117:15 |
| 191:15 | 1:15,17 2:4,5,7 | 186:13,22 | 118:2,3,5,8,15 |
| **transcription** | 5:9,11,13,16,16 | **turned** 51:18 | 118:19 120:20 |
| 193:5 | 5:20,22,24 6:1 | 52:2 162:7 | 123:13 126:20 |
| **transfer** 37:2 | 6:3,5,7,8,12,14 | 165:2 | 129:19 130:5 |
| **transferred** | 6:16,20 7:1,4,6 | **turning** 172:20 | 131:2 133:25 |
| 36:23 37:5,5,8 | 7:7,9,10,12,12 | **tusd** 6:4,11,14 | 134:2 135:4,9 |
| **traveled** 81:19 | 9:10,11 10:7 | 6:19,23 7:3,11 | 136:6,15 |
| | 10:16 11:14,17 | 7:13 11:20 | 140:24 142:14 |

146:22 147:10
147:15 150:22
159:19,23
160:1,8,13
161:22 169:3
169:17 170:18
171:21 172:15
173:9,21,23
174:12,25
175:2,2,12,23
175:25 176:6
176:13,23
177:23 179:14
179:15,17,25
180:5 182:3,20
182:23 183:1,6
183:14 184:4,7
184:10,13,16
184:20 185:10
185:14,24
186:4,20 187:2
**tusd's**   7:4,6,7,9
13:4 129:22
141:3 144:20
144:22 172:1
180:15,23
181:1,9,12,25
182:15,17
183:25 184:24
185:7,20
**twice**   51:8 52:4
**twitter**   98:20
186:25

**two**   11:5 17:5
17:11,12 37:11
41:8 65:25
68:21 71:7
160:5 167:13
167:20 169:15
169:16 170:11
170:12
**type**   17:17
19:23 30:1,12
52:3 77:4
89:21 104:10
111:8
**types**   25:6 26:9
58:16,17 59:6
59:18 68:13
91:5 93:12
100:13 109:4
150:23
**typewriting**
190:10

**u**

**uber**   149:16
150:12
**ultimately**
111:18
**unable**   120:25
**under**   10:9
12:24 13:11,18
14:3,13 121:24
128:3,22
141:24 142:3,6
142:15 157:21

161:19 190:10
**underlying**
28:1
**underneath**
39:12
**understand**
10:9 11:15,21
12:1,6 15:4,12
34:3 38:10,11
76:8 88:17
90:1 126:9
174:18 177:1
**understanding**
14:16 20:8
33:18,21,24
34:14,21,23,24
35:6 37:1,25
38:13 40:15,19
42:4 54:9 56:1
62:8 65:18
66:11 77:12,18
83:12 110:23
143:19 154:8
160:7
**understood**
85:5,6
**unfamiliar**
150:4
**unified**   1:7,12
2:4 5:12,16,22
6:7 9:11 10:16
11:14,17,22
15:6,11 39:13
52:23 53:10

57:2 128:21
165:13 187:20
188:1
**united**   1:1
**unlimited**
173:19 174:24
175:4,8
**update**   44:1
80:24 82:5
**updated**   43:8
43:10 44:17
45:9 46:8
141:14,15,16
141:18,21
142:20 143:20
**updates**   44:4
**uproar**   139:18
**usage**   84:13
89:20 141:1
**use**   6:9,21 13:7
30:17 31:11,13
31:19 35:12
40:3,13 43:2
44:13,16,18
45:3,8,20,21
46:16 47:6,13
47:18 49:2
66:13 67:6,22
78:4,9,21
79:16 80:6,16
81:6 83:3,15
83:16,18 84:6
84:18 87:14
93:1,13,16

97:3,17,22
99:20 100:10
100:21 101:14
101:23 103:5
108:6,23 120:9
137:9 139:19
142:4,8 144:16
146:13 149:15
151:11,16
154:25 155:18
156:6 158:11
161:6 164:13
169:18 170:21
171:3,12,24
174:3,5 178:13
178:18 179:5
179:18 180:1
185:14,17
187:3 188:16
188:23
**used** 25:7,21
36:10 97:25
98:3,15,25
109:9 111:25
112:6,7,9,11
141:7,11,25
142:16 144:23
145:2,6,11,14
145:18,19
146:22,24
147:3,10,10,15
151:17 152:15
154:7 160:19
170:4,6 173:25

175:21 176:6
176:13 182:7,8
183:10 185:12
185:15 191:16
**uses** 164:5
180:5
**using** 78:8
83:18 85:4,18
85:23,25 86:16
97:12 98:17
106:2 147:20
152:9 153:19
155:16 157:4
179:10 187:13
**utilize** 187:9
**utilized** 109:1
**utilizing** 70:3
151:6

**v**

**v** 1:8
**valencia** 186:16
**value** 56:5
182:20
**vandalism**
129:2 131:3
134:3,9
**vandalized**
130:25
**vandalizing**
133:19
**variety** 173:25
**various** 106:18
117:6

**varying** 185:13
**verbiage** 44:17
160:15
**verify** 131:2
**veritext** 9:6
**verizon** 173:4
173:10,13,15
174:4
**version** 141:16
142:16 144:19
**versus** 9:12
17:2,3 46:20
89:20 163:10
**vesey** 186:17,18
186:19 188:4
**victoria** 4:5
**victoria.degt...**
4:6
**video** 9:9 42:10
81:25 87:7,10
87:15,18,23
88:1,2,19,21,24
89:9,12,19
90:8 100:6
132:16
**videographer**
4:17 9:3,5
76:19,22
140:10,13
144:9,12
189:12,16
**videoing** 99:21
136:23

**videos** 132:14
185:17
**videotaped**
1:12 2:3 5:10
**view** 161:15
**vimeo** 181:6
**violating**
164:25
**violation** 27:11
78:11,11,12
109:25
**violations**
27:12 50:10
**viral** 135:16,17
**virtual** 104:3
**visit** 30:6 84:10
179:13
**visiting** 30:21

**w**

**w** 1:16 2:6
**wagstaff** 3:3
**waivers** 183:9
**wakefield**
163:5 165:20
166:6,17
167:18
**walk** 16:10
**wall** 157:17,23
**wam** 127:5
**want** 13:2
16:10 43:7
76:7 122:18
125:19,20

**[want - worked]**                                              Page 51

| | | | |
|---|---|---|---|
| 136:1 162:14 | 73:6 74:7 | 171:14,19,25 | 139:13 143:19 |
| 168:19 169:1 | 76:15 98:1 | 173:19 174:24 | 148:8,11 |
| 173:13 | 102:19 103:19 | 175:2,4,5,9 | 150:20 151:2 |
| **wanted**  50:21 | 107:10 115:9 | 176:4,7,14,16 | 151:24 153:15 |
| 149:11 | 137:3,14,16 | 176:23 177:23 | 153:22 155:4 |
| **warmbrand** | 140:6 151:3 | 179:7,8,9,11,15 | 155:11,22 |
| 18:14 28:5 | 167:17 178:22 | 179:16 | 157:11 158:8 |
| 82:9 | **web**  109:3,5 | **williams**  3:18 | 162:1 165:17 |
| **warning** | **website**  6:13 | **witness**  8:3 | 170:15 171:1 |
| 182:16 184:3 | 7:5 142:14 | 9:19 14:23 | 172:9 177:25 |
| **warns**  185:24 | 144:1,20,22 | 19:19 20:3 | 182:13 187:6 |
| **warrant**  29:10 | 146:3 177:20 | 21:10 22:13 | 191:1 193:9 |
| **washington** | 178:5,7 180:15 | 31:9 33:23 | **witnesses**  48:25 |
| 3:19 4:12 | 186:24 | 41:6,17 42:4 | **wondering** |
| **watching**  101:9 | **websites**  84:9 | 43:16 45:17 | 120:17 |
| **way**  31:21 48:8 | 85:12 175:24 | 50:17 54:9 | **word**  175:7 |
| 49:5,19,23 | 176:22 177:6,9 | 55:10,14 58:1 | **worded**  22:18 |
| 61:18 75:21 | 177:10,13,16 | 58:23 59:9,20 | **words**  85:23 |
| 94:11 103:21 | 177:22 179:2 | 64:10,17 67:16 | 152:15 |
| 103:23 112:11 | 179:12 187:3 | 69:6 70:13,22 | **work**  24:1 35:7 |
| 124:11 135:16 | **weekly**  51:9,20 | 71:12 73:4,22 | 38:2 49:12 |
| 135:20,24 | **weight**  68:22 | 75:10 77:17 | 65:16 67:8 |
| 137:10 189:5 | 69:2 | 82:15 83:9,11 | 69:14 70:6 |
| **ways**  57:22,23 | **welcome** | 86:3 89:4 91:9 | 74:12,15 94:5 |
| 59:11,15 62:25 | 186:17 | 92:3 95:14 | 95:25 96:4 |
| 74:7 166:13 | **welcoming** | 97:8 100:17 | 110:19 113:8 |
| 168:4 171:17 | 172:16 | 101:17 102:1 | 116:17,17 |
| 173:25 | **wheels**  178:17 | 107:8 108:14 | 123:19 135:16 |
| **wc.com**  3:20 | **wide**  158:3,15 | 113:25 119:14 | 135:20 152:5 |
| **wcllp.com**  3:6 | **widely**  171:10 | 120:23 121:8 | 156:20 |
| **we've**  33:9,16 | **wifi**  84:22,23 | 121:18 125:9 | **workbook** |
| 33:17 40:10 | 85:2,9,12,14 | 125:16 126:14 | 127:5 |
| 45:23,23 46:25 | 170:18,22 | 128:8,17 132:9 | **worked**  31:20 |
| 59:12 71:22 | 171:3,7,11,13 | 133:7 138:13 | |

**worker**  115:17
**workers**  11:10
  72:7,8 116:21
  116:23
**working**  46:10
  67:3 70:3
  118:24 156:12
**works**  103:22
  156:5
**workshop**  46:6
**workshops**
  46:15
**world**  158:20
**wrapped**  47:21
  60:25
**writing**  64:15
**written**  49:6
  80:2 81:16
  82:2
**wrote**  82:7

**x**

**x**  5:7 98:20
  176:17,19
  181:4

**y**

**yeah**  12:16
  20:18 24:4
  25:24 26:12
  58:25 83:10
  124:14 153:13
**year**  40:18
  41:13 42:23
  43:5 44:3,3

46:10 66:1,5
68:6,16 104:24
123:3,6 147:4
147:7,9 154:14
156:16,23,24
160:5 162:20
164:10 172:18
**yearly**  40:6
  43:10 107:21
  109:12
**years**  10:23
  37:11 40:10
  41:9 42:24
  67:17 124:17
  159:15 182:6,9
  185:13
**ygr**  1:3
**yondr**  6:12,18
  6:18 146:4,5
  146:12,19,22
  147:10,15,17
  147:20 148:3
  148:14 149:11
  153:8,8,19
  154:7,25 155:1
  155:16 157:4
  158:1 159:4,19
  159:24 160:1,6
**younger**  89:19
  174:2
**youth**  120:10
  120:11
**youtube**  3:17
  7:9 12:4 181:9

185:7,10,12,15
185:20,24,25
186:1,5

**z**

**zero**  158:15
**zoom**  3:14,20
  4:7,8
**zuckerberg**
  3:10

**ï**

**ï¿**  2:14,14,14