**Exhibit 107**

# SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Rebuttal Report of**
**Douglas L. Leslie, Ph.D.**
**for Tucson Unified School District**

**August 1, 2025**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## **Table of Contents**

I.     EXECUTIVE SUMMARY.................................................................................... 1

II.    RESPONSES TO DEFENDANTS' EXPERTS' ARGUMENTS...................................... 2

A.    **Criticisms of Dr. Hoover's Strategic Plan**....................................................................2

B.    **Arguments Regarding Training and Development Costs**...........................................3

C.    **Dr. Lakdawalla's Misleading Comparison of New Positions** ...................................4

D.    **Dr. Lakdawalla's Arguments Regarding Funding the Strategic Plan**......................5

E.    **Dr. Springer's Arguments Regarding Trends in School Enrollment** .......................5

## I.        EXECUTIVE SUMMARY

1.        In this matter, I submitted a report on May 19, 2025 and an amended report on June 20, 2025.[1] On July 11, 2025, Dr. Darius Lakdawalla and Dr. Matthew Springer submitted reports on behalf of Defendants.[2] In this Rebuttal Report, I respond to the points they raised that bear on my Opening Report. My qualifications and experience are described in Section II of my Opening Report and not repeated here. Attachment A lists the materials I have relied upon and cited in this Rebuttal Report.[3]

2.        As set forth in my Opening Report, my assignment in this matter was to calculate the cost of implementing the 15-year strategic plan designed by Dr. Sharon Hoover to address the negative impact of student social media use on schools and school districts.[4]

3.        **Opinion 1**: There are significant costs to the Tucson Unified School District ("Tucson") associated with hiring the staff required to fulfill Dr. Hoover's strategic plan.

---

[1] Expert Report of Professor Douglas L. Leslie, Ph.D., for Tucson Unified School District, in this matter, May 19, 2025; Amended Expert Report of Professor Douglas L. Leslie, Ph.D., for Tucson Unified School District, in this matter, June 20, 2025 (hereafter "Opening Report"). I amended my original report to change the fringe benefit multiplier for the "BLS Method" to include only the insurance category instead of all benefit categories. This change decreased damages for this method slightly and did not impact the "Budget Method," which is the primary method of damages calculation.

[2] Expert Report of Darius Lakdawalla, Ph.D, for Tucson Unified School District, in this matter, July 11, 2025 (hereafter "Lakdawalla Report"). Expert Report of Mathew Springer, Ph.D., for Tucson Unified School District, in this matter, July 11, 2025 (hereafter "Springer Report").

[3] My Opening Report, all documents cited therein, and the materials considered for that report were also considered for this Rebuttal Report.

[4] Expert Report of Dr. Sharon Hoover, PhD, in this matter, May 16, 2025; Expert Report of Dr. Sharon Hoover, PhD, for Tucson Unified School District, in this matter, May 18, 2025. Also see the Amended Expert Report of Dr. Sharon Hoover, PhD, for Tucson Unified School District, in this matter, June 20, 2025.

4.      **Opinion 2**: Significant costs exist for Tucson in applying the recommendations for training and ongoing professional development made in Dr. Hoover's strategic plan.

5.      The following section of this Rebuttal contains my responses to Dr. Lakdawalla and Dr. Springer's specific criticisms of my calculations and opinions. For the reasons discussed below, I adhere to the opinions expressed in my Opening Report.

## II.      RESPONSES TO DEFENDANTS' EXPERTS' ARGUMENTS

### A.  Criticisms of Dr. Hoover's Strategic Plan

6.      Dr. Lakdawalla and Dr. Springer both offer criticisms suggesting that the estimated cost of the strategic plan for Tucson is overstated due to purported issues with Dr. Hoover's strategic plan.[5] Dr. Lakdawalla uses this argument to incorrectly describe my estimates of training and development costs included in the strategic plan as "flawed and unreliable."[6] He attributes these criticisms not to my actual calculations, but to what he argues is the "overly broad" nature of the strategic plan[7] and what he describes as Dr. Hoover's "flawed" justification for the 15-year plan duration.[8]

7.      Dr. Springer argues that more consideration should have been given to existing resources in the strategic plan, and that existing staff and training programs should be adapted to address issues related to social media.[9] He also criticizes the duration of the strategic plan and suggests that allocating time and resources to social media-related issues could result in unintended consequences for the district and the student population.[10]

---

[5] Lakdawalla Report, Sections 6.1-6.3, 7-7.6; Springer Report, Section V.D.

[6] Lakdawalla Report, Section 7.3.

[7] Lakdawalla Report, Sections 6, 6.2, and 6.3.

[8] Lakdawalla Report, Section 7.2.

[9] Springer Report, ¶¶ 90-93.

[10] Springer Report, ¶ 95.

8.     I understand that Dr. Hoover has considered Dr. Lakdawalla's and Dr. Springer's criticisms and has concluded that none of them cause her to modify her original opinions about the scope of the strategic plan for Tucson that is necessary to address the harms stemming from student social media use and that she continues to recommend the staffing and training outlined in her original report. My calculations are based on the recommendations Dr. Hoover has made for Tucson's strategic plan. Thus, because Dr. Hoover has found that Dr. Lakdawalla and Dr. Springer have not offered critiques that would cause her to modify the strategic plan, and she continues to recommend the strategic plan for Tucson outlined in her original report, there is no basis to modify my calculations of the costs associated with Dr. Hoover's strategic plan as outlined in my Opening Report.

### B.  Arguments Regarding Training and Development Costs

9.     Dr. Lakdawalla and Dr. Springer both incorrectly argue that I have double-counted the time that newly hired staff would spend on training and professional development in addition to their annual compensation.[11] Neither suggests that it is inappropriate to consider the cost of training and development for existing district staff on top of their annual compensation.

10.     I calculated training costs for all staff, including new positions consistent with the strategic plan proposed by Dr. Hoover. I understand that Dr. Hoover opines that, in school systems, training costs are regularly incurred in addition to salary and benefits.[12] Thus, my calculations related to training and development for newly hired staff are not double counting.

11.     In Dr. Springer's report he also argues that I incorrectly frame cumulative training and development costs as an opportunity cost.[13] I do not. Dr. Springer's criticism is factually untrue as the costs I calculate for training and development include current as well as newly hired staff,

---

[11] Lakdawalla Report, Section 7.3; Springer Report, Section V.D.

[12] Rebuttal Report of Dr. Sharon Hoover, PhD, for Tucson Unified School District, in this matter, August 1, 2025.

[13] Springer Report, ¶ 92.

and, as described above, Dr. Hoover's strategic plan considers these costs to be in addition to salary and benefits.

### C. Dr. Lakdawalla's Misleading Comparison of New Positions

12.    In his report, Dr. Lakdawalla also calls attention to the number of new positions required by the strategic plan by comparing them to the number of teachers in the district.[14] This comparison is misleading and overstates the number of new positions relative to existing staff. Dr. Hoover's recommended new hires include positions covering numerous areas, including mental health, technology, digital literacy, life skills, family engagement, etc. Thus, Dr. Lakdawalla's comparison of new hires to *existing teachers* alone, rather than comparing new hires to all *existing staff*, is misleading because it makes the number of new hires seem disproportionately high.

13.    Table 1 shows the number of new positions required by Tucson's strategic plan in the context of all school district staff, not just teaching staff.[15] New hires represent a 15% increase in total district staff, compared to the misleading 35% increase suggested by Dr. Lakdawalla.

**TABLE 1**
**TUCSON UNIFIED SCHOOL DISTRICT STAFF**

| | |
|---|---|
| Existing School District Staff, 23-24 School Year | 6,450 |
| New Positions Required by Strategic Plan | 979 |

---

[14] Lakdawalla Report, Section 6.1.

[15] See Attachments C.1 and C.4 of my Opening Report for new positions required by the strategic plan (citing SM_TUSD_00599626).

### D.  Dr. Lakdawalla's Arguments Regarding Funding the Strategic Plan

14.    Dr. Lakdawalla argues that external sources of funding "may be applicable" to mitigating the harms caused by social media.[16] First, my opinion is limited to costing out Dr. Hoover's strategic plan, not opining on sources of funding for the plan. Second, I understand Dr. Hoover considered this issue and determined that these alternative sources of funding would not be sufficient.

### E.  Dr. Springer's Arguments Regarding Trends in School Enrollment

15.    In my Opening Report, I stated that it was conservative to assume that the total number of schools, teachers, and students would remain constant for the duration of the 15-year strategic plan.[17] Dr. Springer argues that this assumption is incorrect because historical trends for Tucson indicate that student enrollment has been decreasing.[18] However, Dr. Springer's criticism is flawed because he overstates the magnitude of this decrease by choosing a time period of comparison that is misleading due to the impact of the COVID-19 pandemic on school enrollment in the U.S.,[19] including Tucson.[20] In addition, Tucson is presently engaged in a marketing campaign to address enrollment declines.[21] Thus, the "past trends" to which he points

---

[16] Lakdawalla Report, Section 7.6.

[17] My Opening Report, ¶ 18.

[18] Springer Report, ¶ 94.

[19] Research has found that the covid pandemic resulted in widespread enrollment declines in the U.S. E. Burtis and S. Goulas, "Declining School Enrollment Since the Pandemic," The Hamilton Project, Brookings Institution, October 2023 (https://www.brookings.edu/wp-content/uploads/2023/10/20231012_THP_Enrollment_FullPaper.pdf).

[20] According to the same source cited by Dr. Springer, the enrollment decline in Tucson at the height of the COVID-19 pandemic in school year 2020-2021 was orders of magnitude greater than the declines observed in the years preceding and following the pandemic. National Center for Education Statistics, "Elementary / Secondary Information System (ELSi): School District Enrollments by Grade," (https://nces.ed.gov/ccd/elsi).

[21] See Tucson Unified School District, "Tucson Unified School District Annual Report for the 2023-2024 Academic School Year under the Unitary Status Plan and Post Unitary Status

are not a good indication of future trends. Moreover, while wholly unnecessary, even if I account for Dr. Springer's incorrect assertions regarding "past trends" in Tucson school enrollment in my calculations, the effect on Tucson's damages is relatively minor.[22]

The undersigned hereby certifies their understanding that they owe a primary and overriding duty of candor and professional integrity to help the Court on matters within their expertise and in all submissions to, or testimony before, the Court. The undersigned further certifies that their report and opinions are not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

_____

Douglas L. Leslie, Ph.D.
August 1, 2025

---

Reporting and Accountability Plan,"
(https://deseg.tusd1.org/_theme/files/Deseg/Docs/AR24/SY2023-24AnnualReport.pdf).

[22] See the workpapers for this Rebuttal Report showing that accounting for Dr. Springer's incorrect assertions regarding Tucson only decreases my estimate of the total damages by 2.3% to 2.8% in present value. See the Arizona Office of Economic Opportunity, "Population Projections: 2022-2060 State and County Population Projections," December 23, 2022 (https://oeo.az.gov/population/projections), where I use the Pima County Medium Series.

**ATTACHMENT A**

**ATTACHMENT A**

**MATERIALS CONSIDERED**

## Documents From This Matter

Amended Expert Report of Dr. Sharon Hoover, PhD, for Tucson Unified School District, in this matter, June 20, 2025.

Amended Expert Report of Professor Douglas L. Leslie, Ph.D., for Tucson Unified School District, in this matter, June 20, 2025.

Expert Report of Darius Lakdawalla, Ph.D., for Tucson Unified School District, in this matter, July 11, 2025.

Expert Report of Dr. Sharon Hoover, PhD, for Tucson Unified School District, in this matter, May 18, 2025.

Expert Report of Dr. Sharon Hoover, PhD, in this matter, May 16, 2025.

Expert Report of Mathew Springer, Ph.D., for Tucson Unified School District, in this matter, July 11, 2025.

Expert Report of Professor Douglas L. Leslie, Ph.D., for Tucson Unified School District, in this matter, May 19, 2025.

Rebuttal Report of Dr. Sharon Hoover, PhD, for Tucson Unified School District, in this matter, August 1, 2025.

## Electronic Data

Arizona Office of Economic Opportunity, "Population Projections: 2022-2060 State and County Population Projections," December 23, 2022 (https://oeo.az.gov/population/projections).

National Center for Education Statistics, "Elementary / Secondary Information System (ELSi): School District Enrollments by Grade" (https://nces.ed.gov/ccd/elsi).

## Other Documents

Burtis, E. and S. Goulas, "Declining School Enrollment Since the Pandemic," The Hamilton Project, Brookings Institution, October 2023 (https://www.brookings.edu/wp-content/uploads/2023/10/20231012_THP_Enrollment_FullPaper.pdf).

Tucson Unified School District, "Tucson Unified School District Annual Report for the 2023-2024 Academic School Year under the Unitary Status Plan and Post Unitary Status Reporting and Accountability Plan," (https://deseg.tusd1.org/_theme/files/Deseg/Docs/AR24/SY2023-24AnnualReport.pdf).