# Exhibit 111

# SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# EXHIBIT A

**BRIAN G. OSBORNE, ED.D.**
35 47th Street, Weehawken, NJ 07086
(914) 673-1201 | bgosborne@gmail.com

## PROFILE

Educational leader and professor of practice with significant and successful track record in increasing student learning preK-12. Raised student achievement as a teacher, co-founded a new school, served as Chief of Staff in Teaching and Learning in the nation's largest district, led as Superintendent in two diverse midsize school districts, and consulted with universities, foundations, nonprofits, and private sector companies. Expertise in leadership development, executive coaching, curriculum design and implementation, organization change, governance, multi-year planning, and building teams to increase equity and excellence for students. Proficient in Spanish.

## EDUCATION

**Harvard Graduate School of Education:**
Ed.D., Administration, Planning, and Social Policy, concentration in the Urban Superintendency, 2011.
M.A., Administration, Planning, and Social Policy, 2001. John E. Stevens Fellow.

**New York University:** M.A.T. Masters of Mathematics Education, 2000. Johnathan Levin Fellow.

**Colgate University:** A.B. Bachelor of Arts in Philosophy and Religion, high honors, *magna cum laude,* Phi Beta Kappa, 1991. Latin America Study Group: Mexico, Nicaragua, Guatemala, Spring 1990.

**Instituto Centro América, Quetzaltenango, Guatemala:** Summer 1992.

## HIGHER EDUCATION EXPERIENCE

### LEHIGH UNIVERSITY COLLEGE OF EDUCATION

**Executive Director, Lehigh University School Study Council (LUSSC)**  2019 – present

Leads the LUSSC, a leadership development network, separate from Lehigh, of 25 member school district superintendents and leadership teams from across the Lehigh Valley. Partners with a governing board comprised of 7-10 member-elected superintendents from the member districts. Provides leadership as the chief officer, including championing the vision and mission, determining the annual theme, recruiting presenters, and managing the budget. Regularly interfaces with member superintendents, providing real-time confidential thought partnership as needed.

**Professor of Practice, Educational Leadership**  2020 – present
**Visiting Professor, Educational Leadership**  2019 – 2020

Designs, updates, and teaches courses to aspiring district and school leaders. Regularly receives high scores on student course evaluations. Advises students formally and informally on academic and career aspirations and progress. Serves on dissertation committees and provides leadership for college-wide efforts to improve strategic planning and organizational effectiveness. Courses include The Superintendency, School Law and Ethics, School Resource Management, School District Resource Management, School District Governance, and Leading and Managing Change. Supervises student residencies in principal internship and superintendent internship. Independent studies include District Leadership for Full Inclusion, Equity in District Resource Allocation, and Relational Leadership.

**Program Director, Educational Leadership**  2021 – 2024

Led and managed all aspects of the educational leadership program, including M.Ed. and Ed.D. degrees in educational leadership and PA state certification for principal, superintendent, special education district leader, and curriculum and instruction district leader. Successfully led program through covid pivot to online instruction. Recruited and supported adjunct professors, drawing from active and recently retired superintendents who achieved significant advances in teaching and learning in their districts. Led improvements in alignment of content across courses and stronger focus on the leadership skills and disposition needed to improve teaching and learning for all students. Supervised program faculty, including the director of the Urban Principal Academy at Lehigh, a niche intensive cohort approach to increasing the leadership pipeline in urban districts nationally. Co-chair of the College of Education Strategic Planning Committee.

*B*RIAN *O*SBORNE   *(914) 673-1201*

**HARVARD GRADUATE SCHOOL OF EDUCATION**                                           2017 - 2018
**Mentor Superintendent, Doctor of Educational Leadership (Ed.L.D) Program**
　　Supervised a doctoral candidate in residency as assistant to the superintendent in the City School District of New Rochelle in partial completion of requirements for the Ed.L.D. degree. Provided leadership development opportunities for the resident as well as to the program as a whole during two multiple day symposiums at HGSE. Served on the capstone defense committee for the resident.

**MONTCLAIR STATE UNIVERSITY**                                                     2014 - 2016
**Adjunct Professor.** Taught Masters level School Finance course in blended format to aspiring administrators.

## PREK-12 EXPERIENCE

**CONSULTANT IN EDUCATIONAL LEADERSHIP**                                           2018 - present
　　Advisor to school districts, foundations, non-profits, and private sector companies. Specializes in executive coaching, leadership development, organizational change, public school district governance, and strategic change initiatives. Clients include Amplify, New Jersey Association of School Administrators, New Jersey Principals and Supervisors Association, Flex Academies, Upper Saddle River School District (NJ), Bethlehem Area School District (PA), Allentown School District (PA), Easton Area School District (PA), Hunterdon Central Regional High School District (NJ), Linden Public Schools (NJ).

**DESIGN TEAM, NEW JERSEY NETWORK OF SUPERINTENDENTS**                              2018 - present
*Network of 12-18 school district superintendents and district leadership teams focused on leadership for equity*
　　Co-leads network of self-select New Jersey districts invested in developing leadership for equity and improved outcomes for all students. Co-founder and participant in network from 2007 – 2014 as superintendent of the South Orange-Maplewood School District. Supports district leadership preparation for Equity Visits, a process of school examination that includes instructional rounds practice, data analysis, interviews with students and staff, and results in pattern identification and next level of work recommendations. Trains network members to participate in Equity Visits. Designs and provides professional development at monthly network sessions.

**SUPERINTENDENT, CITY SCHOOL DISTRICT OF NEW ROCHELLE, NY**                        2014 - 2018
*Diverse city preK-12 public school district with 10,985 students, 1,850 employees and a budget of $270M*
　　Led district of 11 schools. Implemented first consistent districtwide curricula in ELA, mathematics following a clear theory of action of instructional improvement. Increased participation in honors and high-honors classes, especially among underrepresented groups. Created and implemented a comprehensive approach to academic interventions and student support services. Restored financial stability, increased reserve funds and restructured budget to better support instruction. Corrected deteriorating building infrastructure and dramatically improved facilities. Developed and campaigned for successful $106.5M capital bond. Initiated and completed fiber optic network upgrade to provide wireless access in all district spaces. Introduced and led large-scale use of mobile devices, enhanced technology, core curricula, formative assessments, academic interventions, cultural competence, and implicit bias training. Developed Strategic Roadmap with elected Board of Education in consultation with school and community stakeholders. Built an outstanding team of leaders at the district and school levels. Successfully negotiated multiple labor agreements on behalf of the District with its labor unions.

**SUPERINTENDENT, SOUTH ORANGE-MAPLEWOOD PUBLIC SCHOOLS, NJ**                       2007 - 2014
*Diverse urban-suburban preK-12 public school district with 6,960 students, 750 employees and a budget of $120M*
　　Led district of 9 schools with an elected Board of Education. Raised student achievement and narrowed achievement gaps on state assessments, higher level course taking, AP, college matriculation. Restructured budget to support instruction. Initiated full day K, core curricula, formative assessments, academic interventions, inclusion, comprehensive teacher and principal evaluations, aligned professional development, administrator merit pay, middle school transformation including International Baccalaureate/Middle Years Program, technology overhaul. Successfully negotiated multiple labor agreements on behalf of the District with its labor unions.

**NEW YORK CITY DEPARTMENT OF EDUCATION**
*Largest urban school district with over 1.1 million students preK-12 and over 1500 schools.*

**Chief of Staff, Teaching and Learning**                                                                 2004 - 2007

Led central office instructional support for initiatives of ten regional superintendents, one hundred and twenty five local instructional superintendents, and the District 75 special education superintendent, altogether reaching all schools citywide in the Children First Reform era. Led central office division consisting of 389 employees, with a budget of nearly $200m, charged with all Teaching and Learning initiatives, including issues concerning assessment and accountability, school improvement, English Language Learners, special education, curriculum and professional development, special projects such as supplemental educational services and summer school, translation services, parent and community engagement and the Community Education Councils. Served as instructional liaison to press office, Mayor, City Hall, and other central divisions and city agencies. Implemented intervention strategies to support promotion policy, including Preparatory Academy, Summer Success Academy and academic intervention strategies.

**Director, Office of Instructional Technology**                                                              2003 - 2004

Managed budget over $20m. Led central staff, regional instructional technology specialists, and strategic planning. Launched and led mobile wireless computing to all literacy and mathematics school-based coaches citywide, providing (then) cutting-edge tablet devices loaded with the new citywide curricula and video clips of effective practices to instructional leaders in every elementary school in the city.

**PLAINFIELD PUBLIC SCHOOLS, NJ**
*Urban school district in central New Jersey with 13 schools and 8,300 students pre-K—12*

**Supervisor of Evaluation, Assessment, and Research**                                                 2002 - 2003
**Special Assistant to the Superintendent/Harvard Internship**                                       2001 - 2002

**EDWARDS MIDDLE SCHOOL, MA**
*Urban middle school in Charlestown, Boston with 700 students grades 6-8*

**Principal Intern**                                                                                                     2000 – 2001

**NEW SCHOOL FOR ARTS AND SCIENCES, NY**                                                        1994 - 2000
*Public Urban High School affiliated with the Coalition of Essential Schools*

**Co-Founder of new public urban high school**

Member of founding team of four educational leaders that designed and opened a new public high school in the South Bronx. More than doubled persistence, graduation and college attendance rates in four years. Collaboratively created new school structure incorporating a multidisciplinary approach to content, a common focus on Habits of Mind across subjects and grades, senior projects, houses, advisories, an authentic standards-based assessment system. Consistently raised achievement of ninth and tenth graders an average of two year's growth per year as classroom teacher in algebra, geometry, physics, and biology.

**PUBLIC SCHOOL 28M, NY**                                                                                         1991 - 1994
*Urban elementary school in Washington Heights, NY with 1200 students grades K-5*

**Fifth Grade Bilingual Teacher**

Raised achievement of bilingual Spanish speaking students in all subject areas, including native language literacy on average more than two grade levels per year. Developed Humanities curriculum based on unifying themes from the history and literature of the Dominican Republic and the history and literature of the US civil rights movement. Created yearlong monthly Saturday outdoor education program, utilizing a team of fifteen volunteers, focused on urban environmental issues. Teach for America '91 corps member.

**TEACH FOR AMERICA SUMMER INSTITUTE, Los Angeles, CA**                               Summer 1993
**Professional Developer, Core Member Advisor**

**BERENDO MIDDLE SCHOOL, Los Angeles, CA**                                                        Summer 1991
**Student Teacher**, Teach for America corps member, seventh grade pre-algebra in South Central Los Angeles.

3

*BRIAN OSBORNE   (914) 673-1201*

## LEADERSHIP FEATURED IN

Starr, J. P. (2021). *Equity-Based Leadership: Leveraging Complexity to Transform School Systems.* Cambridge, MA: Harvard Education Press.

Roegman, R. D., Allen, D., Leverett, L., Thompson, S. T., & Hatch, T. C. (2019). *Equity visits: a new approach to supporting equity-focused school leadership*. Thousand Oaks, CA: Corwin.

Cunningham, Katherine M. (2018). C*ontinuity, Coherence, and Change: Examining the Conditions for Effective Intervention Practices in an Urban School District.* Doctoral dissertation, Harvard Graduate School of Education.

Smith, R. G., & Brazer, S. D. (2016). *Striving for equity: district leadership for narrowing the opportunity and achievement gaps*. Cambridge, MA: Harvard Education Press.

Thorne, C. (2012). *De-leveling the System, a documentary*. Retrieved from https://vimeo.com/61128270.

## PAPERS AND ARTICLES

Osborne, B. G. (2011). Communicating to Change the Culture. In Peterkin, R.; Jewell-Sherman, D.; Kelly, L.; and Boozer, L. (eds.), *Every Child, Every Classroom, Every Day: School Leaders Who Are Making Equity a Reality.* San Francisco, CA: Jossey-Bass.

Osborne, B. G. (2011). *A Qualitative Study of One District's Efforts to Improve Mathematics to Scale.* Dissertation. Presented to the Faculty of the Graduate School of Education of Harvard University in Partial Fulfillment of the Requirements for the Degree of Doctor of Education.

Osborne, B. G. (2003). Mathematics Reform: What are the Knowledge Demands on District Leaders? Qualifying paper for advanced doctoral work.

Osborne, B. G. (2002). An Educational Leader looks for the Holy Grail. Required reading for A010C, Adult Development and School Leadership at Harvard Graduate School of Education, taught by Pedro Noguera.

Osborne, B. G. (2001). High-Stakes Testing: How do good teachers of behind grade level students respond? Model paper for A108, Urban Education at Harvard Graduate School of Education.

Osborne, B. G. (2001). Changing the Transfer and Excess Processes in the Boston Teachers Union Contract: The Politics of Pushing an Agenda of Incremental Urban School Improvements. Required reading for Proseminar in the Urban Superintendency at Harvard Graduate School of Education.

Osborne, B. G. (2015, December 23). New Rochelle, NY Students Pursue Extraordinary Opportunities in the Arts. Retrieved from https://www.huffpost.com/entry/new-rochelle-ny-students-_b_8869904

Osborne, B. G. (2015, December 4). Beyond the Book Fair: New Rochelle, NY Schools Offer Unique Literacy Foundation for Youngest Children. Retrieved from https://www.huffpost.com/entry/beyond-the-book-fair-new-_b_8718542

Osborne, B. G. (2015, October 21). New Rochelle, NY Leads Innovative Efforts to Meet "My Brother's Keeper" Challenge. Retrieved from https://www.huffpost.com/entry/new-rochelle-ny-leads-inn_b_8331886

Osborne, B. G. (2015, October 01). Pioneering Use of Technology Transforms Teaching in New York Schools. Retrieved from https://www.huffpost.com/entry/pioneering-use-of-technol_b_8221620

Osborne, B. G. (2015, June 12). Engaging Students Through the Arts, Sports and Community Service: Why Kids Need More Than the 'Three Rs'. Retrieved from https://www.huffpost.com/entry/engaging-students-through_b_7534322

Osborne, B. G. (2015, April 07). Student Academic Success Gets Boost From Fitness and Nutrition. Retrieved from https://www.huffpost.com/entry/academic-success-gets-boo_b_7016894

Osborne, B. G. (2014, December 23). Preparing Students for College Begins Earlier Than Most Parents Expect. Retrieved from https://www.huffpost.com/entry/preparing-students-for-college-begins-earlier-than-parents-think_b_6374442

Osborne, B. G. (2014, November 28). School Technology: Important for Teaching, Learning. Retrieved from https://www.huffpost.com/entry/school-technology-importa_b_6228480

Osborne, B. G. (2014, October 30). Addressing the Critical Issue of Domestic and Dating Violence in Our Schools. Retrieved from https://www.huffpost.com/entry/addressing-the-critical-issue-of-domestic-and-dating-violence-in-our-schools_b_6077944

4

## BOARD AND PROFESSIONAL SERVICE

**Advisory Board, Center for Model Schools** 2023 – present
**Board of Trustees, ERB (Educational Records Bureau Inc.)** 2023 – present
**Associate Editor, AASSA Journal of Scholarship and Practice,** 2024 – present
**Editorial Review Board, AASA Journal of Scholarship and Practice** 2019 – present
**Court Appointed Special Advocate (CASA), Hudson County, NJ** 2022 – 2023
**Member, Bethlehem Area School District Superintendent's Task Force for Equity & Excellence** 2019 – present
**Board of Directors, National School Development Council** 2019 – present
**PDK, Int. 2020 Conference Advisory Committee** 2019 – 2020
**Superintendent Mentor for the New Jersey Association of School Administrators** 2018 – present
**Principal Mentor for the New Jersey Principals & Supervisors Association** 2018 – 2023
**Proposal Reviewer, William T. Grant Foundation.** 2019 – present
**Advisory Board, Girls With Impact** 2016 – 2021
**PDK Poll Advisory Group** 2017
**New Rochelle Fund for Educational Excellence Board of Directors** 2014 - 2018
**Minority Student Achievement Network Governing Board** 2007 - 2014
**Achieve Foundation Board of Trustees, South Orange-Maplewood, NJ** 2007 - 2014
**Morris Union Jointure Commission Board of Education, Morris, NJ** 2008 - 2014
**Chair, New Jersey Department of Education, Teacher Evaluation Pilot Advisory Committee** 2011 - 2014
**Team Leader, Superintendent Transition Team, Montgomery County, MA, Public Schools** 2011

## MEMBERSHIPS

**American Educational Research Association** 2022 – present
**Association for Supervision and Curriculum Development** 2004 - present
**American Association of Supervisors and Administrators** 2002 - present
**National Council of Teachers of Mathematics** 1994 - present
**Council of School Superintendents, NY** 2014 - 2018
**New Jersey Association of School Administrators** 2004 - present
**New Jersey Principals and Supervisors Association** 2002 - 2003
**Plainfield Administrators and Supervisors Association** 2002 – 2003
**Phi Beta Kappa** 1991

## CERTIFICATIONS

**New York State School District Administrator Certification** 2005
**New Jersey State Principal and Supervisor Certification** 2002
**New Jersey State School Administrator Certification** 2007