**Exhibit 115**

**SCHOOL DISTRICT/LOCAL GOVERNMENT ENTITY PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF SCHOOL DISTRICT EXPERTS**

Joseph G. VanZandt (*pro hac vice*)
Davis Vaughn (*pro hac vice*)
James Lampkin (*pro hac vice*)
Slade Methvin
Burton Walker
**BEASLEY ALLEN CROW METHVIN PORTIS
& MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
James. Lampkin@BeasleyAllen.com
Slade.Methvin@BeasleyAllen.com
Burton.Walker@BeasleyAllen.com

*Attorneys for Plaintiff* (additional
counsel on signature page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,** | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**PLAINTIFF'S AMENDED OBJECTIONS AND RESPONSES TO DEFENDANTS' INTERROGATORIES TO DEKALB COUNTY SCHOOL DISTRICT (SET 3)** |
| **THIS DOCUMENT RELATES TO:**<br><br>The DeKalb County School District v. Meta Platforms Inc., et al.<br><br>Case No.: 4:23-CV-05733 | |

PROPOUNDING PARTY:      **DEFENDANTS**

RESPONDING PARTY:      **DEKALB COUNTY SCHOOL DISTRICT**

SET:      **THREE (3)**

DATE OF SERVICE:      **MARCH 24, 2025**

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Local Rules of this judicial district, DeKalb County School District ("Plaintiff"), hereby provides these amended objections and responses to Defendants' Interrogatory No. 5 (Set 3) (the "Interrogatory" or "Interrogatories").

## PRELIMINARY STATEMENT

Plaintiff has undertaken a reasonable effort to provide the information requested by these Interrogatories to the extent the requested information is not subject to objection, but Plaintiff has not yet received adequate or substantially complete discovery from Defendants, and Plaintiff has not completed its investigation of the facts relating to this Action. Discovery is ongoing and additional information may be obtained that may alter these responses. The following responses and objections are based upon information that has been collected and reviewed to date for the purpose of these Interrogatories and are not prepared from any personal knowledge of any single individual. Accordingly, all the following responses are given without prejudice to, and with the express reservation of, Plaintiff's right to supplement or modify its responses and objections to address additional information, and to rely upon any and all such information and documents at trial or otherwise.

## OBJECTIONS TO DEFINITIONS

The following applies to each Interrogatory.

1.     Plaintiff objects to Defendants' definition of "Alleged Harm" on the grounds that it calls for a legal conclusion or Expert Opinion. Further, as discovery is just beginning, and the factual record is not yet complete, additional injury and harm may need to be supplemented during fact discovery or expert discovery.

2.     Plaintiff objects to Defendants' definition of "Relevant Time Period" as it is overbroad, calls for a legal conclusion or Expert Opinion, and is inconsistent with the relevant time frame thus far established in this litigation. "Relevant Time Frame" shall mean from August 1,

2017 to April 1, 2024 or the date of collection, whichever is earlier. Plaintiff reserves the right to change or modify the Relevant Time Frame based on further investigation or fact and/or expert discovery.

3.      Plaintiff objects to Defendants' definition of "Plaintiff," "You," and "Your," as overly broad, unduly burdensome, and seeking the production of information that is not relevant to the claims or defenses of any party, not proportional to the needs of the case, and not reasonably accessible to Plaintiff upon reasonable diligence. Furthermore, the definition of these terms is over broad to the extent it would require Plaintiff to respond to these Interrogatories for people "purporting to act on its behalf" and to the extent it purports to include any of the persons identified in their personal capacities rather than as officers and employees of Plaintiff. Plaintiff objects further to this definition as seeking Privileged Information because the definition includes Plaintiff's attorneys.

4.      Plaintiff's answers are made without waiving its right to object (on the grounds of relevance, hearsay, materiality, competency, or any other ground) to the use of its responses in any subsequent stage or proceeding in this action or any other action.

5.      If Plaintiff, in response to any Interrogatory, inadvertently produced information that is or could be the subject of the objections stated herein, such production is not intended to be, nor is it deemed to be, a waiver of the objections with respect to such information provided or withheld.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 5:**

For each category of damages (e.g. "Teacher/Staff/Administrative Costs") and subcategory of damages (e.g. "Increased Hiring") listed in Your Second Supplemental Initial Disclosures:

(a) describe what the category or subcategory includes; (b) identify each cost or other input that You used in calculating the claimed damages amount, and (c) explain how You calculated or arrived at the claimed damages amount.

**AMENDED RESPONSE:**

Plaintiff objects to the Interrogatory to the extent it seeks information about subjects of ongoing discovery, including expert discovery. Plaintiff's investigation is ongoing, Plaintiff has not received sufficient discovery (including depositions) from Defendants as school-district specific documents held by Defendants remain under negotiation and to be produced, and the factual record is therefore incomplete. Additionally, Plaintiff objects to Interrogatory No. 5 as it calls for expert opinion and solicits information based on attorney-client work product or attorney-client privilege. Lastly, Plaintiff objects because the Interrogatory is compound, consisting of multiple subparts relating to 1) descriptions of categories and subcategories 2) identifying costs and inputs used in calculations for damages and 3) an explanation of how the damages were calculated.

Subject to and without waiving the foregoing objections, Plaintiff incorporates its Second Supplemental Initial Disclosures (including Exhibit 1), the deposition testimony of DeKalb 30(b)(6) witnesses Byron Schueneman and Kishia Towns, and Exhibit 2 as introduced in the DeKalb 30(b)(6) deposition of Mr. Schueneman herein. Plaintiff is under no obligation to create or provide work product to further define categories and subcategories for Defendants. Plaintiff previously produced documents supporting the damage claimed for each category and subcategory of damages through its Rule 26 disclosures pursuant to Fed. R. Civ. P. 33. As stated in prior responses, Plaintiff will make appropriate expert disclosures concerning damages categories, subcategories, explanations, and inputs sought by this Interrogatory (and through Rule 26 disclosure obligations) in accordance with the deadlines set by the Court and the Federal Rules of Civil Procedure.

Plaintiff further states that over the last several years, it has incurred increased costs to combat the issues Defendants have caused throughout the District. Plaintiff listed the following general categories of past compensatory damages in its Second Supplemental Initial Disclosures: Teacher/Staff Administrative Costs, Special Programs, Technology Expenses & Yondr Bag Program, Wrap Around Services, and Public Safety & Property Damage. For "Teacher/Staff/Administrative Costs", this listing includes personnel costs (i.e., salary and benefits costs) for five functional categories dating back to 2017 to the most recently completed fiscal year of 2024: (1) Instruction; (2) Pupil Services; (3) Improvement of Instructional Services; (4) Instructional Staff Training; and (5) School Administration. DeKalb refers to the Georgia Department of Education for the publicly available chart of accounts that provide the definition of these five functional categories. To identify the "costs and inputs" for this category, DeKalb reviewed audited financial statements for these five functional categories from 2017 to the most recently completed fiscal year of 2024. DeKalb refers to the Georgia Department of Education for the publicly available audited financial statements. DeKalb then identified salary and benefit expenditures associated with each functional category for each relevant school year (2017-end of 2024) available to date. A percentage was then applied to each functional category for each respective year to reach an approximate total of damages. This percentage represents a low-end estimate of DeKalb efforts including, but not limited to, increased hiring in mental health areas, time lost by personnel due to social media discipline/distractions, and efforts to develop and enforce guidelines, policies, and procedures related to social media. DeKalb then added the total amounts across the relevant school years (2017-end of 2024) to reach a cumulative total. As produced and incorporated herein, Exhibit 2 to DeKalb's 30(b)(6) witness Byron Schueneman provides the year-by-year specifics.

The Special Programs, Technology Expenses & Yondr Bag Program, Wrap Around Services, and Public Safety & Property Damage categories consist of additional costs DeKalb has expended as of result of Defendants' conduct and that DeKalb has identified to date.  For the Department of Exceptional (Special) Education costs (i.e., Special Programs), DeKalb identified two categories of costs: (1) paraprofessional support, counseling/therapy, crisis prevention and intervention training, social emotional training, behavior support in home/parent training, and small group instructional services attributable to social media; and (2) $175,000 for placing an exceptional education student at a separate facility due to social media activity. For the first category, a percentage was applied to each respective year to reach an approximate total of damages. To calculate the total Special Education costs, DeKalb reviewed and added together the actual expenses, purchase orders, accounts payable, and resulting payments that were for those services.

For the Division of Instructional and Informational Technology ("DIIT") (i.e., Technology Expenses), DeKalb identified the costs for web filter and internet access tools dating back to 2021. Those expenses are as follows: $499,800.00 in 2021, $838,100.00 in 2022, $838,100.00 in 2023, and $896,040.00 in 2024. To calculate the total DIIT costs, DeKalb reviewed and added together the actual expenses, purchase orders, accounts payable, and resulting payments that were for those services.

For Student Services (i.e., Wrap Around Services), DeKalb identified three categories of costs to date: (1) cell phone lockers; (2) Yondr pouches; and (3) Safe Centers/Safe Rooms. As to cell phone lockers, DeKalb has expended $35,000 to date purchasing and implementing these products in approximately 8 school campuses. As to Yondr pouches, DeKalb has expended $390,000 to date purchasing and implemented these products in approximately 10 school campuses.

As to Safe Centers/Safe Rooms, DeKalb expended the below amounts on building and purchasing equipment and furniture at the following school campus:

- Stone Mountain: $42,047.00

- MLK: $31,146.00

- Redan High School: $37,675.44

- Towers High School: $24,690.50

- Cross Keys: $3,340.27

- McNair: $38,513.72

- DeKalb Alternative: $13,961.00

- International School: $13,961.00

- Cedar Grove: $13,961.00

- DeKalb School of Arts: $13,961.00

- Stonecrest Schools: $162,035.22

To calculate these total costs, DeKalb reviewed and added together the actual expenses, purchase orders, accounts payable, and resulting payments that were for those services.

For Public Safety & Property Damage, DeKalb reviewed documents related to known instances of property damage alleged to have been caused by social media. DeKalb submits Exhibit 1 to this Interrogatory response in support of this category. To calculate these total costs, DeKalb reviewed and added together the actual expenses, purchase orders, accounts payable, and resulting payments that were for those services.

To reach the total estimated, approximate past compensatory damages, DeKalb added together each of the categories discussed above and listed that amount. As DeKalb submitted its Second Amended Initial Disclosures on November 15, 2024, any difference between the amounts

articulated herein and the Second Amended Initial Disclosures are a result of further information gathered, reviewed, and considered.

Plaintiff states that it continues to incur damages for these categories as a result of Defendants' conduct. Plaintiff reserves the right to amend and/or supplement its response to this Interrogatory and the incorporated Second Supplemental Initial Disclosures as more information becomes available through the discovery and expert processes.

Dated: March 24, 2025

**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**

*/s/ Davis Vaughn*
Joseph G. VanZandt (*pro hac vice*)
Davis Vaughn (*pro hac vice*)
James Lampkin (*pro hac vice*)
Slade Methvin
Burton Walker
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Joseph.VanZandt@BeasleyAllen.com
Davis.Vaughn@BeasleyAllen.com
James. Lampkin@BeasleyAllen.com
Slade.Methvin@BeasleyAllen.com
Burton.Walker@BeasleyAllen.com

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin Brane, SBN 286227
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

Kirk J. Goza (*pro hac vice*)
Brad Honnold (*pro hac vice*)
**GOZA & HONNOLD LLC**
9500 Nall Ave., Ste 400

Overland Park, KS 66207
Tel. (913) 451-3433
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

***Counsel for Plaintiff***

## <u>VERIFICATION</u>

I, <u>Kishia Towns</u> declare:

I am the <u>Chief of Wrap Around Services</u> for DeKalb County School District. I am authorized to make this verification on behalf of Plaintiff. The foregoing Plaintiff's Amended Objections and Response to Defendants' Interrogatories to Dekalb County School District (Set 3) represents a corporate response, based on information, in part, assembled by the Plaintiff's employees and/or representatives. Because the matters stated in the document identified above constitute a corporate response, they are not all necessarily within my personal knowledge, or within the personal knowledge of any single individual. Subject to these limitations, the information contained in the foregoing response is, to the best of Plaintiff's knowledge, true and correct. Plaintiff reserves the right to make any changes should it appear that any omissions or errors have been made.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2025                    By: */s/ Kishia Towns*

# Exhibit 1

| Bates Ranges |
| --- |
| DEKALB029602 - DEKALB029602 |
| DEKALB567796 - DEKALB567892 |
| DEKALB569486 - DEKALB569544 |
| DEKALB569549 - DEKALB569552 |
| DEKALB569554 - DEKALB569604 |
| DEKALB076803 - DEKALB076837 |
| DEKALB019905 - DEKALB019939 |
| DEKALB076843 - DEKALB076877 |
| DEKALB030527 - DEKALB030562 |
| DEKALB570634 - DEKALB570634 |
| DEKALB030813 - DEKALB030817 |
| DEKALB030895 - DEKALB030899 |
| DEKALB020425 - DEKALB020429 |
| DEKALB030933 - DEKALB030937 |
| DEKALB020463 - DEKALB020467 |
| DEKALB020501 - DEKALB020505 |
| DEKALB030971 - DEKALB030975 |
| DEKALB031014 - DEKALB031018 |
| DEKALB031454 - DEKALB031510 |
| DEKALB574218 - DEKALB574314 |
| DEKALB036024 - DEKALB036064 |
| DEKALB574715 - DEKALB574715 |
| DEKALB050482 - DEKALB050522 |
| DEKALB022124 - DEKALB022144 |
| DEKALB036128 - DEKALB036168 |
| DEKALB036338 - DEKALB036378 |
| DEKALB022231 - DEKALB022271 |
| DEKALB036383 - DEKALB036423 |
| DEKALB037962 - DEKALB038053 |
| DEKALB575606 - DEKALB575698 |
| DEKALB575702 - DEKALB575794 |
| DEKALB023518 - DEKALB023521 |
| DEKALB577650 - DEKALB577672 |
| DEKALB577674 - DEKALB577696 |
| DEKALB578604 - DEKALB578627 |
| DEKALB578628 - DEKALB578646 |
| DEKALB580429 - DEKALB580448 |
| DEKALB581964 - DEKALB581964 |
| DEKALB582330 - DEKALB582331 |
| DEKALB583070 - DEKALB583089 |
| DEKALB583206 - DEKALB583208 |
| DEKALB583283 - DEKALB583337 |
| DEKALB053316 - DEKALB053370 |

| |
|---|
| DEKALB053542 - DEKALB053596 |
| DEKALB053644 - DEKALB053698 |
| DEKALB053706 - DEKALB053760 |
| DEKALB053762 - DEKALB053816 |
| DEKALB053896 - DEKALB053988 |
| DEKALB584291 - DEKALB584298 |
| DEKALB055411 - DEKALB055556 |
| DEKALB588898 - DEKALB588898 |
| DEKALB588951 - DEKALB589002 |
| DEKALB589471 - DEKALB589471 |
| DEKALB589477 - DEKALB589477 |
| DEKALB589818 - DEKALB589844 |
| DEKALB589845 - DEKALB589866 |
| DEKALB589936 - DEKALB589936 |
| DEKALB589944 - DEKALB589944 |
| DEKALB589949 - DEKALB589949 |
| DEKALB026690 - DEKALB026694 |
| DEKALB190987 - DEKALB190991 |
| DEKALB590415 - DEKALB590415 |
| DEKALB590496 - DEKALB590496 |
| DEKALB590524 - DEKALB590524 |
| DEKALB039936 - DEKALB039954 |
| DEKALB591107 - DEKALB591107 |
| DEKALB591113 - DEKALB591113 |
| DEKALB591120 - DEKALB591120 |
| DEKALB591395 - DEKALB591395 |
| DEKALB591401 - DEKALB591401 |
| DEKALB591443 - DEKALB591443 |
| DEKALB591548 - DEKALB591548 |
| DEKALB059176 - DEKALB059177 |
| DEKALB591817 - DEKALB591916 |
| DEKALB591925 - DEKALB592024 |
| DEKALB592150 - DEKALB592150 |
| DEKALB592310 - DEKALB592310 |
| DEKALB592314 - DEKALB592314 |
| DEKALB592545 - DEKALB592545 |
| DEKALB592615 - DEKALB592615 |
| DEKALB592631 - DEKALB592631 |
| DEKALB593140 - DEKALB593160 |
| DEKALB060096 - DEKALB060096 |
| DEKALB027433 - DEKALB027531 |
| DEKALB060578 - DEKALB060599 |
| DEKALB594283 - DEKALB594341 |
| DEKALB594556 - DEKALB594556 |

| |
|---|
| DEKALB061019 - DEKALB061089 |
| DEKALB594721 - DEKALB594721 |
| DEKALB595452 - DEKALB595452 |
| DEKALB027694 - DEKALB027726 |
| DEKALB595755 - DEKALB595755 |
| DEKALB027873 - DEKALB027903 |
| DEKALB062503 - DEKALB062521 |
| DEKALB040838 - DEKALB040870 |
| DEKALB063098 - DEKALB063098 |
| DEKALB040984 - DEKALB040989 |
| DEKALB063116 - DEKALB063129 |
| DEKALB596597 - DEKALB596597 |
| DEKALB596602 - DEKALB596602 |
| DEKALB596659 - DEKALB596659 |
| DEKALB596664 - DEKALB596664 |
| DEKALB597093 - DEKALB597093 |
| DEKALB597104 - DEKALB597104 |
| DEKALB027959 - DEKALB027991 |
| DEKALB041152 - DEKALB041152 |
| DEKALB027997 - DEKALB028029 |
| DEKALB041195 - DEKALB041201 |
| DEKALB028033 - DEKALB028065 |
| DEKALB028071 - DEKALB028103 |
| DEKALB598035 - DEKALB598067 |
| DEKALB598330 - DEKALB598362 |
| DEKALB598566 - DEKALB598641 |
| DEKALB064194 - DEKALB064325 |
| DEKALB064468 - DEKALB064502 |
| DEKALB598850 - DEKALB598850 |
| DEKALB598924 - DEKALB598924 |
| DEKALB598931 - DEKALB598931 |
| DEKALB599211 - DEKALB599286 |
| DEKALB191630 - DEKALB191761 |
| DEKALB191826 - DEKALB191901 |
| DEKALB064946 - DEKALB064946 |
| DEKALB064957 - DEKALB064957 |
| DEKALB065589 - DEKALB065668 |
| DEKALB065669 - DEKALB065717 |
| DEKALB601376 - DEKALB601408 |
| DEKALB601805 - DEKALB601810 |
| DEKALB068897 - DEKALB068937 |
| DEKALB602405 - DEKALB602435 |
| DEKALB043269 - DEKALB043269 |
| DEKALB078967 - DEKALB078967 |

| |
|---|
| DEKALB606410 - DEKALB606414 |
| DEKALB606417 - DEKALB606418 |
| DEKALB606638 - DEKALB606692 |
| DEKALB606693 - DEKALB606758 |
| DEKALB043748 - DEKALB043752 |
| DEKALB043753 - DEKALB043753 |
| DEKALB043757 - DEKALB043757 |
| DEKALB043758 - DEKALB043758 |
| DEKALB043761 - DEKALB043796 |
| DEKALB607079 - DEKALB607079 |
| DEKALB607080 - DEKALB607080 |
| DEKALB607255 - DEKALB607302 |
| DEKALB607341 - DEKALB607374 |
| DEKALB607377 - DEKALB607420 |
| DEKALB607423 - DEKALB607466 |
| DEKALB607472 - DEKALB607525 |
| DEKALB607530 - DEKALB607595 |
| DEKALB607636 - DEKALB607688 |
| DEKALB043986 - DEKALB044193 |
| DEKALB607741 - DEKALB607948 |
| DEKALB608176 - DEKALB608277 |
| DEKALB608307 - DEKALB608308 |
| DEKALB608313 - DEKALB608389 |
| DEKALB044224 - DEKALB044323 |
| DEKALB044330 - DEKALB044434 |
| DEKALB044435 - DEKALB044524 |
| DEKALB044537 - DEKALB044641 |
| DEKALB044642 - DEKALB044731 |
| DEKALB028473 - DEKALB028517 |
| DEKALB044831 - DEKALB044863 |
| DEKALB028569 - DEKALB028581 |
| DEKALB608796 - DEKALB608886 |
| DEKALB044935 - DEKALB044957 |
| DEKALB079378 - DEKALB079409 |
| DEKALB045078 - DEKALB045196 |
| DEKALB611228 - DEKALB611252 |
| DEKALB611271 - DEKALB611294 |
| DEKALB045205 - DEKALB045311 |
| DEKALB611325 - DEKALB611420 |
| DEKALB611561 - DEKALB611628 |
| DEKALB611646 - DEKALB611646 |
| DEKALB611647 - DEKALB611693 |
| DEKALB045386 - DEKALB045398 |
| DEKALB611794 - DEKALB611849 |

| |
|---|
| DEKALB611936 - DEKALB611936 |
| DEKALB611937 - DEKALB611938 |
| DEKALB612024 - DEKALB612024 |
| DEKALB612025 - DEKALB612026 |
| DEKALB612475 - DEKALB612475 |
| DEKALB612476 - DEKALB612478 |
| DEKALB612518 - DEKALB612520 |
| DEKALB612521 - DEKALB612521 |
| DEKALB066064 - DEKALB066066 |
| DEKALB066067 - DEKALB066067 |
| DEKALB066087 - DEKALB066089 |
| DEKALB066090 - DEKALB066090 |
| DEKALB612548 - DEKALB612548 |
| DEKALB612549 - DEKALB612551 |
| DEKALB612570 - DEKALB612570 |
| DEKALB612571 - DEKALB612571 |
| DEKALB045494 - DEKALB045506 |
| DEKALB612587 - DEKALB612656 |
| DEKALB612686 - DEKALB612781 |
| DEKALB612782 - DEKALB612877 |
| DEKALB613176 - DEKALB613176 |
| DEKALB613177 - DEKALB613179 |
| DEKALB613198 - DEKALB613198 |
| DEKALB613199 - DEKALB613199 |
| DEKALB613250 - DEKALB613341 |
| DEKALB045773 - DEKALB045773 |
| DEKALB613520 - DEKALB613523 |
| DEKALB613528 - DEKALB613531 |
| DEKALB613819 - DEKALB613914 |
| DEKALB613966 - DEKALB613969 |
| DEKALB613977 - DEKALB614072 |
| DEKALB079502 - DEKALB079616 |
| DEKALB045817 - DEKALB045838 |
| DEKALB045840 - DEKALB045861 |
| DEKALB614262 - DEKALB614357 |
| DEKALB614436 - DEKALB614436 |
| DEKALB614498 - DEKALB614498 |
| DEKALB614511 - DEKALB614608 |
| DEKALB045982 - DEKALB046079 |
| DEKALB046081 - DEKALB046224 |
| DEKALB614744 - DEKALB614745 |
| DEKALB046235 - DEKALB046381 |
| DEKALB615177 - DEKALB615195 |
| DEKALB615196 - DEKALB615246 |

| |
|---|
| DEKALB615272 - DEKALB615293 |
| DEKALB066142 - DEKALB066145 |
| DEKALB615516 - DEKALB615520 |
| DEKALB615530 - DEKALB615625 |
| DEKALB615627 - DEKALB615722 |
| DEKALB615792 - DEKALB615804 |
| DEKALB615821 - DEKALB615871 |
| DEKALB616179 - DEKALB616229 |
| DEKALB616318 - DEKALB616367 |
| DEKALB066148 - DEKALB066197 |
| DEKALB046878 - DEKALB046927 |
| DEKALB616593 - DEKALB616642 |
| DEKALB616849 - DEKALB616918 |
| DEKALB616924 - DEKALB616993 |
| DEKALB616999 - DEKALB617055 |
| DEKALB617114 - DEKALB617170 |
| DEKALB617453 - DEKALB617551 |
| DEKALB617569 - DEKALB617592 |
| DEKALB617593 - DEKALB617611 |
| DEKALB617637 - DEKALB617660 |
| DEKALB617661 - DEKALB617679 |
| DEKALB617703 - DEKALB617703 |
| DEKALB617865 - DEKALB617921 |
| DEKALB617999 - DEKALB618022 |
| DEKALB618023 - DEKALB618041 |
| DEKALB618063 - DEKALB618064 |
| DEKALB618067 - DEKALB618068 |
| DEKALB618313 - DEKALB618407 |
| DEKALB618905 - DEKALB618974 |
| DEKALB618987 - DEKALB619036 |
| DEKALB619335 - DEKALB619362 |
| DEKALB619525 - DEKALB619540 |
| DEKALB047198 - DEKALB047256 |
| DEKALB619779 - DEKALB619799 |
| DEKALB619839 - DEKALB619859 |
| DEKALB047294 - DEKALB047315 |
| DEKALB620026 - DEKALB620043 |
| DEKALB047339 - DEKALB047437 |
| DEKALB620045 - DEKALB620103 |
| DEKALB620106 - DEKALB620164 |
| DEKALB620278 - DEKALB620376 |
| DEKALB079935 - DEKALB080033 |
| DEKALB620413 - DEKALB620511 |
| DEKALB080041 - DEKALB080139 |

| |
|---|
| DEKALB620615 - DEKALB620673 |
| DEKALB620679 - DEKALB620737 |
| DEKALB620778 - DEKALB620795 |
| DEKALB620798 - DEKALB620856 |
| DEKALB620860 - DEKALB620918 |
| DEKALB080152 - DEKALB080173 |
| DEKALB621278 - DEKALB621305 |
| DEKALB621323 - DEKALB621350 |
| DEKALB621380 - DEKALB621438 |
| DEKALB621442 - DEKALB621500 |
| DEKALB621505 - DEKALB621563 |
| DEKALB047463 - DEKALB047480 |
| DEKALB621886 - DEKALB621944 |
| DEKALB622097 - DEKALB622155 |
| DEKALB622159 - DEKALB622180 |
| DEKALB622244 - DEKALB622343 |
| DEKALB622895 - DEKALB622916 |
| DEKALB622931 - DEKALB622952 |
| DEKALB623134 - DEKALB623139 |
| DEKALB623181 - DEKALB623239 |
| DEKALB623255 - DEKALB623317 |
| DEKALB623416 - DEKALB623472 |
| DEKALB623473 - DEKALB623542 |
| DEKALB623743 - DEKALB623801 |
| DEKALB623819 - DEKALB623875 |
| DEKALB623876 - DEKALB623945 |
| DEKALB624196 - DEKALB624265 |
| DEKALB624275 - DEKALB624296 |
| DEKALB047813 - DEKALB047830 |
| DEKALB624388 - DEKALB624405 |
| DEKALB624409 - DEKALB624428 |
| DEKALB624429 - DEKALB624447 |
| DEKALB624528 - DEKALB624549 |
| DEKALB624879 - DEKALB624880 |
| DEKALB624881 - DEKALB624883 |
| DEKALB624884 - DEKALB624886 |
| DEKALB066457 - DEKALB066461 |
| DEKALB624896 - DEKALB624900 |
| DEKALB624901 - DEKALB624905 |
| DEKALB624906 - DEKALB624911 |
| DEKALB624981 - DEKALB624986 |
| DEKALB625119 - DEKALB625137 |
| DEKALB625142 - DEKALB625160 |
| DEKALB048127 - DEKALB048140 |

| |
|---|
| DEKALB625166 - DEKALB625179 |
| DEKALB625799 - DEKALB625855 |
| DEKALB625947 - DEKALB625966 |
| DEKALB626360 - DEKALB626418 |
| DEKALB193442 - DEKALB193442 |
| DEKALB626556 - DEKALB626562 |
| DEKALB627191 - DEKALB627212 |
| DEKALB627215 - DEKALB627273 |
| DEKALB627278 - DEKALB627339 |
| DEKALB627421 - DEKALB627437 |
| DEKALB627589 - DEKALB627641 |
| DEKALB627652 - DEKALB627704 |
| DEKALB627898 - DEKALB627950 |
| DEKALB627974 - DEKALB628030 |
| DEKALB628133 - DEKALB628185 |
| DEKALB628307 - DEKALB628334 |
| DEKALB628486 - DEKALB628499 |
| DEKALB628584 - DEKALB628636 |
| DEKALB048597 - DEKALB048743 |
| DEKALB628918 - DEKALB628942 |
| DEKALB629147 - DEKALB629199 |
| DEKALB629906 - DEKALB629914 |
| DEKALB080468 - DEKALB080481 |
| DEKALB080884 - DEKALB080888 |
| DEKALB081775 - DEKALB081982 |
| DEKALB081995 - DEKALB082202 |
| DEKALB082215 - DEKALB082422 |
| DEKALB082584 - DEKALB082674 |
| DEKALB082692 - DEKALB082693 |
| DEKALB637008 - DEKALB637009 |
| DEKALB637011 - DEKALB637012 |
| DEKALB637044 - DEKALB637048 |
| DEKALB082716 - DEKALB082805 |
| DEKALB083584 - DEKALB083660 |
| DEKALB083665 - DEKALB083741 |
| DEKALB638804 - DEKALB638807 |
| DEKALB195966 - DEKALB195974 |
| DEKALB084293 - DEKALB084301 |
| DEKALB640530 - DEKALB640544 |
| DEKALB084959 - DEKALB084959 |
| DEKALB084965 - DEKALB084965 |
| DEKALB084972 - DEKALB084972 |
| DEKALB084975 - DEKALB084975 |
| DEKALB084977 - DEKALB084977 |

| |
|---|
| DEKALB084979 - DEKALB084979 |
| DEKALB196665 - DEKALB196666 |
| DEKALB641647 - DEKALB641716 |
| DEKALB085996 - DEKALB085996 |
| DEKALB086266 - DEKALB086270 |
| DEKALB086271 - DEKALB086274 |
| DEKALB643320 - DEKALB643323 |
| DEKALB086524 - DEKALB086638 |
| DEKALB198118 - DEKALB198119 |
| DEKALB198120 - DEKALB198121 |
| DEKALB198139 - DEKALB198141 |
| DEKALB643954 - DEKALB643984 |
| DEKALB198352 - DEKALB198390 |
| DEKALB198393 - DEKALB198431 |
| DEKALB644375 - DEKALB644526 |
| DEKALB644825 - DEKALB644825 |
| DEKALB644848 - DEKALB644848 |
| DEKALB644898 - DEKALB644899 |
| DEKALB087736 - DEKALB087737 |
| DEKALB644918 - DEKALB644919 |
| DEKALB087812 - DEKALB087812 |
| DEKALB087824 - DEKALB087825 |
| DEKALB644996 - DEKALB644997 |
| DEKALB645009 - DEKALB645010 |
| DEKALB088015 - DEKALB088017 |
| DEKALB645074 - DEKALB645076 |
| DEKALB199469 - DEKALB199469 |
| DEKALB647383 - DEKALB647404 |
| DEKALB648388 - DEKALB648417 |
| DEKALB648448 - DEKALB648477 |
| DEKALB648494 - DEKALB648523 |
| DEKALB648536 - DEKALB648565 |
| DEKALB199714 - DEKALB199743 |
| DEKALB199747 - DEKALB199776 |
| DEKALB090769 - DEKALB090803 |
| DEKALB091208 - DEKALB091208 |
| DEKALB649029 - DEKALB649030 |
| DEKALB091295 - DEKALB091295 |
| DEKALB091383 - DEKALB091400 |
| DEKALB199823 - DEKALB199835 |
| DEKALB649185 - DEKALB649202 |
| DEKALB649228 - DEKALB649230 |
| DEKALB649234 - DEKALB649236 |
| DEKALB199893 - DEKALB199897 |

| |
|---|
| DEKALB199901 - DEKALB199916 |
| DEKALB093090 - DEKALB093138 |
| DEKALB650680 - DEKALB650680 |
| DEKALB650970 - DEKALB650970 |
| DEKALB651456 - DEKALB651460 |
| DEKALB094136 - DEKALB094175 |
| DEKALB094176 - DEKALB094190 |
| DEKALB094193 - DEKALB094232 |
| DEKALB094233 - DEKALB094247 |
| DEKALB094353 - DEKALB094509 |
| DEKALB651803 - DEKALB651882 |
| DEKALB096123 - DEKALB096279 |
| DEKALB096512 - DEKALB096519 |
| DEKALB096544 - DEKALB096551 |
| DEKALB097595 - DEKALB097605 |
| DEKALB097710 - DEKALB097713 |
| DEKALB653335 - DEKALB653431 |
| DEKALB653560 - DEKALB653568 |
| DEKALB653573 - DEKALB653583 |
| DEKALB653656 - DEKALB653666 |
| DEKALB653673 - DEKALB653683 |
| DEKALB653704 - DEKALB653714 |
| DEKALB653732 - DEKALB653742 |
| DEKALB653759 - DEKALB653769 |
| DEKALB653784 - DEKALB653794 |
| DEKALB653796 - DEKALB653807 |
| DEKALB653829 - DEKALB653840 |
| DEKALB653860 - DEKALB653871 |
| DEKALB653891 - DEKALB653902 |
| DEKALB653973 - DEKALB653984 |
| DEKALB654031 - DEKALB654042 |
| DEKALB654045 - DEKALB654056 |
| DEKALB099161 - DEKALB099174 |
| DEKALB099175 - DEKALB099188 |
| DEKALB099317 - DEKALB099330 |
| DEKALB654374 - DEKALB654391 |
| DEKALB654396 - DEKALB654412 |
| DEKALB654417 - DEKALB654433 |
| DEKALB654435 - DEKALB654438 |
| DEKALB654442 - DEKALB654445 |
| DEKALB654470 - DEKALB654473 |
| DEKALB654497 - DEKALB654500 |
| DEKALB654525 - DEKALB654528 |
| DEKALB654554 - DEKALB654557 |

| |
|---|
| DEKALB654583 - DEKALB654586 |
| DEKALB654598 - DEKALB654601 |
| DEKALB654613 - DEKALB654616 |
| DEKALB654639 - DEKALB654642 |
| DEKALB654648 - DEKALB654665 |
| DEKALB100477 - DEKALB100543 |
| DEKALB100648 - DEKALB100714 |
| DEKALB102512 - DEKALB102542 |
| DEKALB203015 - DEKALB203025 |
| DEKALB661657 - DEKALB661669 |
| DEKALB203100 - DEKALB203181 |
| DEKALB203183 - DEKALB203264 |
| DEKALB104427 - DEKALB104478 |
| DEKALB203775 - DEKALB203826 |
| DEKALB203838 - DEKALB203889 |
| DEKALB208525 - DEKALB208555 |
| DEKALB208556 - DEKALB208607 |
| DEKALB663703 - DEKALB663932 |
| DEKALB664119 - DEKALB664125 |
| DEKALB664158 - DEKALB664208 |
| DEKALB664497 - DEKALB664547 |
| DEKALB664822 - DEKALB664872 |
| DEKALB665147 - DEKALB665197 |
| DEKALB665472 - DEKALB665522 |
| DEKALB665797 - DEKALB665847 |
| DEKALB666122 - DEKALB666172 |
| DEKALB666447 - DEKALB666497 |
| DEKALB666772 - DEKALB666822 |
| DEKALB667097 - DEKALB667147 |
| DEKALB667505 - DEKALB667803 |
| DEKALB668031 - DEKALB668081 |
| DEKALB668166 - DEKALB668390 |
| DEKALB668675 - DEKALB668901 |
| DEKALB208858 - DEKALB208869 |
| DEKALB107515 - DEKALB107629 |
| DEKALB107633 - DEKALB107747 |
| DEKALB209878 - DEKALB209884 |
| DEKALB209885 - DEKALB209891 |
| DEKALB210597 - DEKALB210637 |
| DEKALB210645 - DEKALB210685 |
| DEKALB210774 - DEKALB210838 |
| DEKALB210935 - DEKALB210999 |
| DEKALB669811 - DEKALB669822 |
| DEKALB669882 - DEKALB669893 |

| |
|---|
| DEKALB669951 - DEKALB669962 |
| DEKALB671600 - DEKALB671610 |
| DEKALB671618 - DEKALB671628 |
| DEKALB671635 - DEKALB671645 |
| DEKALB671652 - DEKALB671662 |
| DEKALB671851 - DEKALB671860 |
| DEKALB671884 - DEKALB671893 |
| DEKALB671915 - DEKALB671922 |
| DEKALB671965 - DEKALB671972 |
| DEKALB672015 - DEKALB672022 |
| DEKALB672045 - DEKALB672052 |
| DEKALB672060 - DEKALB672067 |
| DEKALB672071 - DEKALB672079 |
| DEKALB672084 - DEKALB672095 |
| DEKALB672097 - DEKALB672108 |
| DEKALB672111 - DEKALB672122 |
| DEKALB672125 - DEKALB672136 |
| DEKALB672139 - DEKALB672150 |
| DEKALB672152 - DEKALB672164 |
| DEKALB672165 - DEKALB672177 |
| DEKALB672183 - DEKALB672195 |
| DEKALB672203 - DEKALB672215 |
| DEKALB672223 - DEKALB672235 |
| DEKALB672244 - DEKALB672256 |
| DEKALB672262 - DEKALB672274 |
| DEKALB672275 - DEKALB672287 |
| DEKALB672294 - DEKALB672306 |
| DEKALB672311 - DEKALB672323 |
| DEKALB672328 - DEKALB672340 |
| DEKALB672341 - DEKALB672353 |
| DEKALB672358 - DEKALB672370 |
| DEKALB672371 - DEKALB672383 |
| DEKALB673155 - DEKALB673163 |
| DEKALB673168 - DEKALB673178 |
| DEKALB673183 - DEKALB673193 |
| DEKALB673206 - DEKALB673218 |
| DEKALB673225 - DEKALB673235 |
| DEKALB673242 - DEKALB673252 |
| DEKALB673276 - DEKALB673286 |
| DEKALB673301 - DEKALB673311 |
| DEKALB673313 - DEKALB673324 |
| DEKALB673346 - DEKALB673357 |
| DEKALB673359 - DEKALB673372 |
| DEKALB673392 - DEKALB673403 |

| |
|---|
| DEKALB211478 - DEKALB211489 |
| DEKALB211491 - DEKALB211504 |
| DEKALB211513 - DEKALB211549 |
| DEKALB211552 - DEKALB211588 |
| DEKALB211589 - DEKALB211602 |
| DEKALB112757 - DEKALB112770 |
| DEKALB112771 - DEKALB112784 |
| DEKALB112913 - DEKALB112926 |
| DEKALB112938 - DEKALB112951 |
| DEKALB112952 - DEKALB112965 |
| DEKALB113094 - DEKALB113107 |
| DEKALB674315 - DEKALB674327 |
| DEKALB674332 - DEKALB674348 |
| DEKALB674353 - DEKALB674369 |
| DEKALB674371 - DEKALB674387 |
| DEKALB674389 - DEKALB674405 |
| DEKALB674407 - DEKALB674410 |
| DEKALB674414 - DEKALB674417 |
| DEKALB674434 - DEKALB674437 |
| DEKALB674461 - DEKALB674464 |
| DEKALB674488 - DEKALB674491 |
| DEKALB674520 - DEKALB674523 |
| DEKALB212570 - DEKALB212582 |
| DEKALB681428 - DEKALB681471 |
| DEKALB681476 - DEKALB681519 |
| DEKALB115950 - DEKALB115962 |
| DEKALB683514 - DEKALB683525 |
| DEKALB212838 - DEKALB212881 |
| DEKALB212888 - DEKALB212931 |
| DEKALB212939 - DEKALB212982 |
| DEKALB683532 - DEKALB683543 |
| DEKALB116707 - DEKALB116707 |
| DEKALB116710 - DEKALB116710 |
| DEKALB116761 - DEKALB116809 |
| DEKALB685125 - DEKALB685135 |
| DEKALB685136 - DEKALB685216 |
| DEKALB685278 - DEKALB685358 |
| DEKALB685388 - DEKALB685400 |
| DEKALB213189 - DEKALB213270 |
| DEKALB213412 - DEKALB215379 |
| DEKALB119965 - DEKALB119967 |
| DEKALB687999 - DEKALB688006 |
| DEKALB688363 - DEKALB688375 |
| DEKALB692488 - DEKALB692490 |

| |
|---|
| DEKALB120735 - DEKALB120736 |
| DEKALB215766 - DEKALB215769 |
| DEKALB692982 - DEKALB692986 |
| DEKALB693396 - DEKALB693422 |
| DEKALB693437 - DEKALB693463 |
| DEKALB693779 - DEKALB693791 |
| DEKALB693806 - DEKALB693817 |
| DEKALB123254 - DEKALB123264 |
| DEKALB694631 - DEKALB694684 |
| DEKALB124616 - DEKALB124626 |
| DEKALB124631 - DEKALB124641 |
| DEKALB124743 - DEKALB124745 |
| DEKALB694893 - DEKALB694903 |
| DEKALB217022 - DEKALB217024 |
| DEKALB070083 - DEKALB070096 |
| DEKALB070103 - DEKALB070116 |
| DEKALB696995 - DEKALB697091 |
| DEKALB697695 - DEKALB697717 |
| DEKALB129515 - DEKALB129558 |
| DEKALB129600 - DEKALB129643 |
| DEKALB130654 - DEKALB130688 |
| DEKALB130694 - DEKALB130728 |
| DEKALB717990 - DEKALB718000 |
| DEKALB718095 - DEKALB718105 |
| DEKALB221107 - DEKALB221109 |
| DEKALB221110 - DEKALB221112 |
| DEKALB221113 - DEKALB221116 |
| DEKALB719968 - DEKALB719978 |
| DEKALB131557 - DEKALB131559 |
| DEKALB131560 - DEKALB131562 |
| DEKALB131566 - DEKALB131568 |
| DEKALB072273 - DEKALB072313 |
| DEKALB072430 - DEKALB072470 |
| DEKALB720623 - DEKALB720633 |
| DEKALB072477 - DEKALB072490 |
| DEKALB072504 - DEKALB072544 |
| DEKALB072552 - DEKALB072592 |
| DEKALB132311 - DEKALB132351 |
| DEKALB132360 - DEKALB132400 |
| DEKALB724232 - DEKALB724725 |
| DEKALB724726 - DEKALB725219 |
| DEKALB725221 - DEKALB725714 |
| DEKALB133344 - DEKALB133354 |
| DEKALB133357 - DEKALB133367 |

| |
|---|
| DEKALB133953 - DEKALB133974 |
| DEKALB134021 - DEKALB134042 |
| DEKALB222141 - DEKALB222153 |
| DEKALB222156 - DEKALB222168 |
| DEKALB222171 - DEKALB222183 |
| DEKALB072929 - DEKALB072931 |
| DEKALB222211 - DEKALB222223 |
| DEKALB134160 - DEKALB134255 |
| DEKALB222233 - DEKALB222245 |
| DEKALB222250 - DEKALB222262 |
| DEKALB726773 - DEKALB726788 |
| DEKALB726825 - DEKALB726840 |
| DEKALB135312 - DEKALB135330 |
| DEKALB135331 - DEKALB135382 |
| DEKALB135534 - DEKALB135648 |
| DEKALB223255 - DEKALB223258 |
| DEKALB223259 - DEKALB223262 |
| DEKALB073954 - DEKALB073954 |
| DEKALB073955 - DEKALB073955 |
| DEKALB073956 - DEKALB073957 |
| DEKALB139909 - DEKALB139910 |
| DEKALB735440 - DEKALB735442 |
| DEKALB735443 - DEKALB735445 |
| DEKALB226868 - DEKALB226871 |
| DEKALB736218 - DEKALB736274 |
| DEKALB736626 - DEKALB736694 |
| DEKALB736854 - DEKALB736862 |
| DEKALB143561 - DEKALB143574 |
| DEKALB227899 - DEKALB228025 |
| DEKALB228690 - DEKALB228698 |
| DEKALB228783 - DEKALB228804 |
| DEKALB145077 - DEKALB145098 |
| DEKALB743814 - DEKALB743820 |
| DEKALB146530 - DEKALB146551 |
| DEKALB749073 - DEKALB749139 |
| DEKALB146803 - DEKALB146823 |
| DEKALB749143 - DEKALB749209 |
| DEKALB749218 - DEKALB749285 |
| DEKALB229598 - DEKALB229620 |
| DEKALB749291 - DEKALB749293 |
| DEKALB146854 - DEKALB146887 |
| DEKALB146946 - DEKALB146964 |
| DEKALB749298 - DEKALB749367 |
| DEKALB146987 - DEKALB147005 |

| |
|---|
| DEKALB749385 - DEKALB749454 |
| DEKALB229695 - DEKALB229728 |
| DEKALB749537 - DEKALB749624 |
| DEKALB749663 - DEKALB749750 |
| DEKALB749752 - DEKALB749821 |
| DEKALB229875 - DEKALB229908 |
| DEKALB749840 - DEKALB749858 |
| DEKALB749875 - DEKALB749893 |
| DEKALB750438 - DEKALB750595 |
| DEKALB750665 - DEKALB750764 |
| DEKALB147144 - DEKALB147156 |
| DEKALB751180 - DEKALB751353 |
| DEKALB752016 - DEKALB752085 |
| DEKALB147232 - DEKALB147344 |
| DEKALB752301 - DEKALB752370 |
| DEKALB147374 - DEKALB147392 |
| DEKALB148867 - DEKALB148990 |
| DEKALB150046 - DEKALB150059 |
| DEKALB076215 - DEKALB076216 |
| DEKALB151542 - DEKALB151634 |
| DEKALB151650 - DEKALB151742 |
| DEKALB151746 - DEKALB151838 |
| DEKALB151932 - DEKALB151934 |
| DEKALB151936 - DEKALB151938 |
| DEKALB765133 - DEKALB765191 |
| DEKALB765893 - DEKALB765910 |
| DEKALB765928 - DEKALB765945 |
| DEKALB235232 - DEKALB235232 |
| DEKALB767132 - DEKALB767160 |
| DEKALB769753 - DEKALB769787 |
| DEKALB236629 - DEKALB236728 |
| DEKALB236802 - DEKALB236897 |
| DEKALB236898 - DEKALB236996 |
| DEKALB236997 - DEKALB237095 |
| DEKALB237096 - DEKALB237194 |
| DEKALB237195 - DEKALB237293 |
| DEKALB237294 - DEKALB237337 |
| DEKALB237338 - DEKALB237384 |
| DEKALB237385 - DEKALB237436 |
| DEKALB771937 - DEKALB771990 |
| DEKALB774655 - DEKALB774669 |
| DEKALB239747 - DEKALB239760 |
| DEKALB239770 - DEKALB239783 |
| DEKALB160201 - DEKALB160249 |

| |
|---|
| DEKALB241593 - DEKALB241673 |
| DEKALB241674 - DEKALB241675 |
| DEKALB241676 - DEKALB241774 |
| DEKALB241775 - DEKALB241777 |
| DEKALB242053 - DEKALB242055 |
| DEKALB242206 - DEKALB242214 |
| DEKALB787399 - DEKALB787405 |
| DEKALB788553 - DEKALB788573 |
| DEKALB788582 - DEKALB788602 |
| DEKALB244834 - DEKALB245133 |
| DEKALB245147 - DEKALB245446 |
| DEKALB245448 - DEKALB245746 |
| DEKALB245748 - DEKALB246046 |
| DEKALB246048 - DEKALB246487 |
| DEKALB246489 - DEKALB246796 |
| DEKALB246816 - DEKALB247238 |
| DEKALB248441 - DEKALB248569 |
| DEKALB248570 - DEKALB248698 |
| DEKALB248702 - DEKALB248741 |
| DEKALB168019 - DEKALB168058 |
| DEKALB168078 - DEKALB168117 |
| DEKALB249916 - DEKALB250001 |
| DEKALB250336 - DEKALB250349 |
| DEKALB789101 - DEKALB789114 |
| DEKALB789126 - DEKALB789139 |
| DEKALB789169 - DEKALB789182 |
| DEKALB789205 - DEKALB789218 |
| DEKALB253114 - DEKALB253282 |
| DEKALB253399 - DEKALB253568 |
| DEKALB253570 - DEKALB253739 |
| DEKALB253741 - DEKALB253909 |
| DEKALB253911 - DEKALB254079 |
| DEKALB168280 - DEKALB168300 |
| DEKALB168308 - DEKALB168328 |
| DEKALB257773 - DEKALB258070 |
| DEKALB258147 - DEKALB258316 |
| DEKALB262576 - DEKALB262744 |
| DEKALB169189 - DEKALB169190 |
| DEKALB263526 - DEKALB263529 |
| DEKALB793108 - DEKALB793109 |
| DEKALB793118 - DEKALB793119 |
| DEKALB793170 - DEKALB793171 |
| DEKALB793399 - DEKALB793399 |
| DEKALB793401 - DEKALB793401 |

| |
|---|
| DEKALB793409 - DEKALB793409 |
| DEKALB793941 - DEKALB793954 |
| DEKALB794048 - DEKALB794057 |
| DEKALB266215 - DEKALB266313 |
| DEKALB266323 - DEKALB266421 |
| DEKALB794201 - DEKALB794210 |
| DEKALB794213 - DEKALB794222 |
| DEKALB794320 - DEKALB794322 |
| DEKALB794406 - DEKALB794408 |
| DEKALB794537 - DEKALB794547 |
| DEKALB171969 - DEKALB171970 |
| DEKALB171973 - DEKALB171974 |
| DEKALB794911 - DEKALB794912 |
| DEKALB171976 - DEKALB171977 |
| DEKALB171981 - DEKALB171983 |
| DEKALB172067 - DEKALB172069 |
| DEKALB172085 - DEKALB172086 |
| DEKALB266550 - DEKALB266646 |
| DEKALB266649 - DEKALB266745 |
| DEKALB172102 - DEKALB172103 |
| DEKALB172112 - DEKALB172113 |
| DEKALB172115 - DEKALB172116 |
| DEKALB795360 - DEKALB795361 |
| DEKALB795947 - DEKALB795950 |
| DEKALB267375 - DEKALB267386 |
| DEKALB797039 - DEKALB797052 |
| DEKALB267716 - DEKALB267716 |
| DEKALB267737 - DEKALB267835 |
| DEKALB797150 - DEKALB797152 |
| DEKALB797236 - DEKALB797238 |
| DEKALB797322 - DEKALB797324 |
| DEKALB797330 - DEKALB797362 |
| DEKALB267848 - DEKALB267947 |
| DEKALB797368 - DEKALB797378 |
| DEKALB268002 - DEKALB268101 |
| DEKALB172655 - DEKALB172755 |
| DEKALB172756 - DEKALB172857 |
| DEKALB172865 - DEKALB172867 |
| DEKALB797394 - DEKALB797475 |
| DEKALB268145 - DEKALB268248 |
| DEKALB268252 - DEKALB268355 |
| DEKALB268359 - DEKALB268454 |
| DEKALB172929 - DEKALB172930 |
| DEKALB172932 - DEKALB173028 |

| |
|---|
| DEKALB268699 - DEKALB268699 |
| DEKALB798554 - DEKALB798579 |
| DEKALB268924 - DEKALB268949 |
| DEKALB269063 - DEKALB269088 |
| DEKALB799525 - DEKALB799531 |
| DEKALB799533 - DEKALB799539 |
| DEKALB800361 - DEKALB800441 |
| DEKALB270556 - DEKALB270585 |
| DEKALB174460 - DEKALB174489 |
| DEKALB271750 - DEKALB271848 |
| DEKALB271853 - DEKALB271951 |
| DEKALB272426 - DEKALB272640 |
| DEKALB803361 - DEKALB803366 |
| DEKALB803370 - DEKALB803394 |
| DEKALB273473 - DEKALB273473 |
| DEKALB273477 - DEKALB273477 |
| DEKALB273479 - DEKALB273479 |
| DEKALB804520 - DEKALB804563 |
| DEKALB804620 - DEKALB804663 |
| DEKALB804678 - DEKALB804718 |
| DEKALB804730 - DEKALB804770 |
| DEKALB804799 - DEKALB804839 |
| DEKALB804859 - DEKALB804860 |
| DEKALB804863 - DEKALB804904 |
| DEKALB804923 - DEKALB804964 |
| DEKALB804982 - DEKALB805023 |
| DEKALB805036 - DEKALB805077 |
| DEKALB805088 - DEKALB805133 |
| DEKALB805161 - DEKALB805161 |
| DEKALB805162 - DEKALB805162 |
| DEKALB805163 - DEKALB805164 |
| DEKALB805175 - DEKALB805218 |
| DEKALB805284 - DEKALB805337 |
| DEKALB805340 - DEKALB805394 |
| DEKALB805753 - DEKALB805770 |
| DEKALB805944 - DEKALB805994 |
| DEKALB806005 - DEKALB806055 |
| DEKALB806715 - DEKALB806726 |
| DEKALB807097 - DEKALB807103 |
| DEKALB807104 - DEKALB807110 |
| DEKALB807111 - DEKALB807117 |
| DEKALB807118 - DEKALB807124 |
| DEKALB807201 - DEKALB807208 |
| DEKALB807209 - DEKALB807216 |

| |
|---|
| DEKALB807295 - DEKALB807317 |
| DEKALB807329 - DEKALB807355 |
| DEKALB807364 - DEKALB807390 |
| DEKALB807587 - DEKALB807612 |
| DEKALB807750 - DEKALB807752 |
| DEKALB807784 - DEKALB807786 |
| DEKALB807945 - DEKALB807961 |
| DEKALB808412 - DEKALB808428 |
| DEKALB810170 - DEKALB810170 |
| DEKALB277593 - DEKALB277594 |
| DEKALB810647 - DEKALB810661 |
| DEKALB811228 - DEKALB811228 |
| DEKALB811230 - DEKALB811230 |
| DEKALB811232 - DEKALB811232 |
| DEKALB811284 - DEKALB811298 |
| DEKALB811316 - DEKALB811330 |
| DEKALB278124 - DEKALB278132 |
| DEKALB811815 - DEKALB811827 |
| DEKALB811874 - DEKALB811888 |
| DEKALB811905 - DEKALB811919 |
| DEKALB811935 - DEKALB811949 |
| DEKALB278754 - DEKALB278850 |
| DEKALB278855 - DEKALB278953 |
| DEKALB279164 - DEKALB279164 |
| DEKALB814328 - DEKALB814556 |
| DEKALB279308 - DEKALB279407 |
| DEKALB815149 - DEKALB815150 |
| DEKALB279698 - DEKALB279794 |
| DEKALB279797 - DEKALB279893 |
| DEKALB815762 - DEKALB815763 |
| DEKALB815907 - DEKALB815908 |
| DEKALB816093 - DEKALB816128 |
| DEKALB179142 - DEKALB179143 |
| DEKALB179192 - DEKALB179193 |
| DEKALB280374 - DEKALB280383 |
| DEKALB179873 - DEKALB179894 |
| DEKALB179899 - DEKALB179921 |
| DEKALB180002 - DEKALB180024 |
| DEKALB180045 - DEKALB180067 |
| DEKALB180095 - DEKALB180119 |
| DEKALB180131 - DEKALB180156 |
| DEKALB180202 - DEKALB180227 |
| DEKALB180242 - DEKALB180263 |
| DEKALB180276 - DEKALB180297 |

| |
|---|
| DEKALB180340 - DEKALB180366 |
| DEKALB817343 - DEKALB817344 |
| DEKALB817586 - DEKALB817588 |
| DEKALB817589 - DEKALB817591 |
| DEKALB817592 - DEKALB817595 |
| DEKALB817860 - DEKALB817863 |
| DEKALB817864 - DEKALB817867 |
| DEKALB817868 - DEKALB817871 |
| DEKALB817872 - DEKALB817875 |
| DEKALB281535 - DEKALB281535 |
| DEKALB281536 - DEKALB281536 |
| DEKALB281537 - DEKALB281537 |
| DEKALB180996 - DEKALB180997 |
| DEKALB281538 - DEKALB281539 |
| DEKALB181709 - DEKALB181710 |
| DEKALB281922 - DEKALB281922 |
| DEKALB281931 - DEKALB281931 |
| DEKALB182001 - DEKALB182003 |
| DEKALB182004 - DEKALB182006 |
| DEKALB819996 - DEKALB819996 |
| DEKALB288299 - DEKALB288300 |
| DEKALB828416 - DEKALB828416 |
| DEKALB291502 - DEKALB291502 |
| DEKALB291506 - DEKALB291506 |
| DEKALB188755 - DEKALB188758 |
| DEKALB292266 - DEKALB292266 |
| DEKALB300796 - DEKALB300800 |
| DEKALB300806 - DEKALB300810 |
| DEKALB300827 - DEKALB300831 |
| DEKALB832677 - DEKALB832699 |
| DEKALB832702 - DEKALB832724 |
| DEKALB300835 - DEKALB300839 |
| DEKALB300843 - DEKALB300847 |
| DEKALB300852 - DEKALB300856 |
| DEKALB300888 - DEKALB300892 |
| DEKALB832894 - DEKALB832920 |
| DEKALB832933 - DEKALB832956 |
| DEKALB300970 - DEKALB300972 |
| DEKALB300996 - DEKALB300998 |
| DEKALB301092 - DEKALB301097 |
| DEKALB301260 - DEKALB301262 |
| DEKALB833370 - DEKALB833372 |
| DEKALB833413 - DEKALB833431 |
| DEKALB833463 - DEKALB833477 |

| |
|---|
| DEKALB833564 - DEKALB833566 |
| DEKALB833607 - DEKALB833625 |
| DEKALB833657 - DEKALB833671 |
| DEKALB833748 - DEKALB833753 |
| DEKALB833770 - DEKALB833775 |
| DEKALB301500 - DEKALB301504 |
| DEKALB301613 - DEKALB301621 |
| DEKALB301622 - DEKALB301631 |
| DEKALB301758 - DEKALB301850 |
| DEKALB834346 - DEKALB834370 |
| DEKALB835380 - DEKALB835404 |
| DEKALB835420 - DEKALB835444 |
| DEKALB835461 - DEKALB835485 |
| DEKALB320758 - DEKALB320762 |
| DEKALB320763 - DEKALB320785 |
| DEKALB835852 - DEKALB835877 |
| DEKALB837349 - DEKALB837355 |
| DEKALB326435 - DEKALB326438 |
| DEKALB326455 - DEKALB326458 |
| DEKALB839190 - DEKALB839270 |
| DEKALB839285 - DEKALB839365 |
| DEKALB331079 - DEKALB331080 |
| DEKALB337711 - DEKALB337716 |
| DEKALB844415 - DEKALB844428 |
| DEKALB352520 - DEKALB352525 |
| DEKALB845108 - DEKALB845155 |
| DEKALB353464 - DEKALB353465 |
| DEKALB845156 - DEKALB845227 |
| DEKALB846949 - DEKALB846962 |
| DEKALB846978 - DEKALB846991 |
| DEKALB847130 - DEKALB847653 |
| DEKALB847791 - DEKALB847791 |
| DEKALB357773 - DEKALB357869 |
| DEKALB848736 - DEKALB848737 |
| DEKALB848744 - DEKALB848745 |
| DEKALB848752 - DEKALB848753 |
| DEKALB849252 - DEKALB849252 |
| DEKALB849253 - DEKALB849253 |
| DEKALB358700 - DEKALB358773 |
| DEKALB850867 - DEKALB850870 |
| DEKALB850890 - DEKALB850893 |
| DEKALB851078 - DEKALB851081 |
| DEKALB851247 - DEKALB851250 |
| DEKALB360608 - DEKALB360611 |

| |
|---|
| DEKALB360614 - DEKALB360621 |
| DEKALB360635 - DEKALB360638 |
| DEKALB853281 - DEKALB853281 |
| DEKALB856278 - DEKALB856281 |
| DEKALB856328 - DEKALB856331 |
| DEKALB363681 - DEKALB363684 |
| DEKALB363774 - DEKALB363777 |
| DEKALB858555 - DEKALB858566 |
| DEKALB365614 - DEKALB365643 |
| DEKALB860199 - DEKALB860210 |
| DEKALB869730 - DEKALB869765 |
| DEKALB370735 - DEKALB370738 |
| DEKALB370748 - DEKALB370751 |
| DEKALB370778 - DEKALB370781 |
| DEKALB370792 - DEKALB370795 |
| DEKALB370881 - DEKALB370885 |
| DEKALB872061 - DEKALB872094 |
| DEKALB872103 - DEKALB872136 |
| DEKALB872139 - DEKALB872172 |
| DEKALB375809 - DEKALB375867 |
| DEKALB376273 - DEKALB376274 |
| DEKALB877995 - DEKALB878119 |
| DEKALB381743 - DEKALB381743 |
| DEKALB382180 - DEKALB382201 |
| DEKALB390110 - DEKALB390112 |
| DEKALB390359 - DEKALB390409 |
| DEKALB390410 - DEKALB390442 |
| DEKALB390443 - DEKALB390453 |
| DEKALB390457 - DEKALB390467 |
| DEKALB390478 - DEKALB390479 |
| DEKALB919298 - DEKALB919301 |
| DEKALB920009 - DEKALB920019 |
| DEKALB391299 - DEKALB391299 |
| DEKALB925321 - DEKALB925346 |
| DEKALB393973 - DEKALB393973 |
| DEKALB928801 - DEKALB928817 |
| DEKALB401907 - DEKALB401911 |
| DEKALB401926 - DEKALB401951 |
| DEKALB403191 - DEKALB403200 |
| DEKALB935488 - DEKALB935500 |
| DEKALB407185 - DEKALB407229 |
| DEKALB412506 - DEKALB412510 |
| DEKALB412523 - DEKALB412548 |
| DEKALB412696 - DEKALB412700 |

| |
|---|
| DEKALB412713 - DEKALB412738 |
| DEKALB412885 - DEKALB412889 |
| DEKALB412902 - DEKALB412927 |
| DEKALB413074 - DEKALB413078 |
| DEKALB413091 - DEKALB413116 |
| DEKALB413594 - DEKALB413610 |
| DEKALB413627 - DEKALB413652 |
| DEKALB417520 - DEKALB417587 |
| DEKALB935977 - DEKALB936161 |
| DEKALB433506 - DEKALB433534 |
| DEKALB937408 - DEKALB937490 |
| DEKALB487150 - DEKALB487157 |
| DEKALB490453 - DEKALB490456 |
| DEKALB491969 - DEKALB491972 |
| DEKALB492014 - DEKALB492017 |
| DEKALB518236 - DEKALB518236 |
| DEKALB528119 - DEKALB528123 |
| DEKALB528124 - DEKALB528146 |
| DEKALB528150 - DEKALB528264 |
| DEKALB528269 - DEKALB528383 |
| DEKALB539239 - DEKALB539247 |
| DEKALB539248 - DEKALB539262 |
| DEKALB539263 - DEKALB539275 |
| DEKALB539293 - DEKALB539301 |
| DEKALB539302 - DEKALB539316 |
| DEKALB539317 - DEKALB539329 |
| DEKALB542428 - DEKALB542436 |
| DEKALB542441 - DEKALB542455 |
| DEKALB542456 - DEKALB542468 |
| DEKALB941930 - DEKALB941940 |
| DEKALB942193 - DEKALB942200 |
| DEKALB942243 - DEKALB942250 |
| DEKALB942292 - DEKALB942303 |
| DEKALB943261 - DEKALB943273 |
| DEKALB943779 - DEKALB943800 |
| DEKALB943804 - DEKALB943872 |
| DEKALB943924 - DEKALB943945 |
| DEKALB943949 - DEKALB944017 |
| DEKALB944100 - DEKALB944121 |
| DEKALB944125 - DEKALB944193 |
| DEKALB944281 - DEKALB944302 |
| DEKALB944306 - DEKALB944374 |
| DEKALB546354 - DEKALB546362 |
| DEKALB945592 - DEKALB945622 |

| |
|---|
| DEKALB546929 - DEKALB546946 |
| DEKALB546957 - DEKALB546974 |
| DEKALB547876 - DEKALB547888 |
| DEKALB548077 - DEKALB548155 |
| DEKALB548473 - DEKALB548476 |
| DEKALB552246 - DEKALB552248 |
| DEKALB552412 - DEKALB552488 |
| DEKALB552493 - DEKALB552569 |
| DEKALB552574 - DEKALB552650 |
| DEKALB553235 - DEKALB553300 |
| DEKALB553686 - DEKALB553751 |
| DEKALB554137 - DEKALB554202 |
| DEKALB953798 - DEKALB953812 |
| DEKALB554282 - DEKALB554282 |
| DEKALB554293 - DEKALB554293 |
| DEKALB954369 - DEKALB954369 |
| DEKALB955488 - DEKALB955492 |
| DEKALB955493 - DEKALB955496 |
| DEKALB554788 - DEKALB554790 |
| DEKALB554844 - DEKALB554853 |
| DEKALB956166 - DEKALB956167 |
| DEKALB956168 - DEKALB956168 |
| DEKALB956181 - DEKALB956181 |
| DEKALB956224 - DEKALB956308 |
| DEKALB956336 - DEKALB956341 |
| DEKALB956342 - DEKALB956343 |
| DEKALB956450 - DEKALB956451 |
| DEKALB956466 - DEKALB956467 |
| DEKALB555526 - DEKALB555538 |
| DEKALB555543 - DEKALB555555 |
| DEKALB956965 - DEKALB957023 |
| DEKALB556293 - DEKALB556351 |
| DEKALB958192 - DEKALB958261 |
| DEKALB958275 - DEKALB958293 |
| DEKALB958295 - DEKALB958313 |
| DEKALB958315 - DEKALB958333 |
| DEKALB958335 - DEKALB958353 |
| DEKALB958355 - DEKALB958374 |
| DEKALB958376 - DEKALB958394 |
| DEKALB958398 - DEKALB958417 |
| DEKALB958418 - DEKALB958436 |
| DEKALB958639 - DEKALB958639 |
| DEKALB556666 - DEKALB556666 |
| DEKALB556667 - DEKALB556668 |

| |
|---|
| DEKALB958640 - DEKALB958641 |
| DEKALB556673 - DEKALB556674 |
| DEKALB958642 - DEKALB958644 |
| DEKALB958645 - DEKALB958648 |
| DEKALB556675 - DEKALB556676 |
| DEKALB556677 - DEKALB556680 |
| DEKALB556681 - DEKALB556685 |
| DEKALB556686 - DEKALB556690 |
| DEKALB556691 - DEKALB556696 |
| DEKALB556697 - DEKALB556702 |
| DEKALB556703 - DEKALB556709 |
| DEKALB556710 - DEKALB556716 |
| DEKALB556717 - DEKALB556724 |
| DEKALB958825 - DEKALB958826 |
| DEKALB958830 - DEKALB958831 |
| DEKALB557311 - DEKALB557396 |
| DEKALB959241 - DEKALB959241 |
| DEKALB959242 - DEKALB959242 |
| DEKALB959243 - DEKALB959243 |
| DEKALB959244 - DEKALB959244 |
| DEKALB959245 - DEKALB959245 |
| DEKALB959246 - DEKALB959246 |
| DEKALB959247 - DEKALB959247 |
| DEKALB959248 - DEKALB959248 |
| DEKALB959249 - DEKALB959249 |
| DEKALB959250 - DEKALB959250 |
| DEKALB959251 - DEKALB959251 |
| DEKALB959252 - DEKALB959252 |
| DEKALB959253 - DEKALB959253 |
| DEKALB959254 - DEKALB959254 |
| DEKALB959255 - DEKALB959255 |
| DEKALB959256 - DEKALB959256 |
| DEKALB959257 - DEKALB959257 |
| DEKALB959258 - DEKALB959258 |
| DEKALB959259 - DEKALB959259 |
| DEKALB959265 - DEKALB959265 |
| DEKALB959266 - DEKALB959266 |
| DEKALB959267 - DEKALB959267 |
| DEKALB959268 - DEKALB959268 |
| DEKALB959269 - DEKALB959269 |
| DEKALB959270 - DEKALB959270 |
| DEKALB959271 - DEKALB959271 |
| DEKALB959272 - DEKALB959272 |
| DEKALB959273 - DEKALB959273 |

| |
|---|
| DEKALB959274 - DEKALB959274 |
| DEKALB959275 - DEKALB959275 |
| DEKALB959276 - DEKALB959276 |
| DEKALB959277 - DEKALB959277 |
| DEKALB959278 - DEKALB959278 |
| DEKALB959279 - DEKALB959279 |
| DEKALB959280 - DEKALB959280 |
| DEKALB959281 - DEKALB959281 |
| DEKALB959282 - DEKALB959282 |
| DEKALB959283 - DEKALB959283 |
| DEKALB959297 - DEKALB959311 |
| DEKALB557974 - DEKALB557974 |
| DEKALB558012 - DEKALB558012 |
| DEKALB558014 - DEKALB558014 |
| DEKALB558266 - DEKALB558273 |
| DEKALB558329 - DEKALB558450 |
| DEKALB960548 - DEKALB960562 |
| DEKALB960579 - DEKALB960593 |
| DEKALB960609 - DEKALB960623 |
| DEKALB559204 - DEKALB559205 |
| DEKALB961022 - DEKALB961023 |
| DEKALB560237 - DEKALB560238 |
| DEKALB560245 - DEKALB560247 |
| DEKALB560270 - DEKALB560271 |
| DEKALB560272 - DEKALB560273 |
| DEKALB962946 - DEKALB963013 |
| DEKALB963802 - DEKALB963802 |
| DEKALB965011 - DEKALB965030 |
| DEKALB965074 - DEKALB965074 |
| DEKALB965154 - DEKALB965154 |
| DEKALB561144 - DEKALB561178 |
| DEKALB965300 - DEKALB965320 |
| DEKALB561236 - DEKALB561240 |
| DEKALB561256 - DEKALB561260 |
| DEKALB561273 - DEKALB561277 |
| DEKALB561290 - DEKALB561294 |
| DEKALB561310 - DEKALB561314 |
| DEKALB561327 - DEKALB561331 |
| DEKALB561344 - DEKALB561348 |
| DEKALB561364 - DEKALB561368 |
| DEKALB561389 - DEKALB561487 |
| DEKALB965445 - DEKALB965465 |
| DEKALB965544 - DEKALB965642 |
| DEKALB561685 - DEKALB561717 |

| |
|---|
| DEKALB965878 - DEKALB965899 |
| DEKALB966115 - DEKALB966147 |
| DEKALB966255 - DEKALB966269 |
| DEKALB562748 - DEKALB562777 |
| DEKALB967030 - DEKALB967062 |
| DEKALB563041 - DEKALB563162 |
| DEKALB967332 - DEKALB967332 |
| DEKALB563265 - DEKALB563363 |
| DEKALB563365 - DEKALB563463 |
| DEKALB563719 - DEKALB563817 |
| DEKALB564193 - DEKALB564291 |
| DEKALB564747 - DEKALB564845 |
| DEKALB564855 - DEKALB564953 |
| DEKALB968761 - DEKALB968975 |
| DEKALB565107 - DEKALB565150 |
| DEKALB565153 - DEKALB565196 |
| DEKALB565198 - DEKALB565241 |
| DEKALB565261 - DEKALB565304 |
| DEKALB565315 - DEKALB565358 |
| DEKALB565368 - DEKALB565412 |
| DEKALB969118 - DEKALB969213 |
| DEKALB969630 - DEKALB969663 |
| DEKALB969671 - DEKALB969704 |