# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**[PROPOSED] ORDER GRANTING OMNIBUS SEALING STIPULATION IN CONNECTION WITH PLAINTIFFS' OPPOSITIONS TO RULE 702 MOTIONS AND EXHIBITS THERETO, SCHOOL DISTRICT-SPECIFIC MSJ OPPOSITIONS AND EXHIBITS THERETO, AND OMNIBUS MSJ OPPOSITION BRIEF**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

The Court has considered the Parties' Omnibus Sealing Stipulation regarding information Defendants seek to seal in materials filed by Plaintiffs with their oppositions to Defendants' motions for summary judgment ("MSJs") and Rule 702 motions[1] ("Sealing Stipulation"), filed December 10, 2025,

---

[1] These materials include Plaintiffs' oppositions to Defendants' Rule 702 motions and exhibits thereto; their school district-specific oppositions to Defendants' MSJs and exhibits thereto; and Plaintiffs' Omnibus Opposition to Defendants' MSJs (ECF 2414-1) (the "Omnibus Opposition Brief")—in other (continued…)

[PROPOSED] ORDER GRANTING OMNIBUS SEALING STIPULATION IN CONNECTION WITH PLAINTIFFS' OPPOSITIONS TO RULE 702 MOTIONS AND EXHIBITS THERETO, SCHOOL DISTRICT-SPECIFIC MSJ OPPOSITIONS AND EXHIBITS THERETO, AND OMNIBUS MSJ OPPOSITION BRIEF

4:22-md-03047-YGR

and the briefs and exhibits submitted in support thereof and in opposition. Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's Order Setting Sealing Procedures (ECF 341), the Court rules as follows on the undisputed redactions set forth in the first chart in the Omnibus Sealing Stipulation:[2]

| Document | Portion to be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| Plaintiffs' Response to Defendants' Motion to Exclude General Causation Testimony of Plaintiffs' Experts, ECF 2404 – Ex. 90 | Names of deponent's family members and their places of business, appearing at pages 470, 758, 894, 925-26, 928, 946-48, 951 | Redact specified portions | |
| Plaintiffs' Response to Defendants' Motion to Exclude General Causation Testimony of Plaintiffs' Experts, ECF 2404 – Ex. 93 | Name of deponent's partner, appearing at page 83 | Redact specified portion | |
| Plaintiffs' Response to Defendants' Motion to Exclude General Causation Testimony of Plaintiffs' Experts, ECF 2404 – Ex. 95 | Video compilation containing the first names, ages, faces, and social media aliases of young children (mostly girls), most of whom identify themselves as under 13 (entire video exhibit) | Seal in entirety | |
| Harford School District Opposition to Motion for Summary Judgment, ECF 2395 – Ex. 20 | Name of the family member of an expert witness appearing at page 131 | Redact specified portions | |
| Plaintiffs' Opposition to Defendants' Harford Motion for Summary Judgment, ECF 2400-18 | Page 315: Images of children | Redact specified portions | |

---

words, all materials filed by Plaintiffs on November 7 except the exhibits to the Omnibus Opposition Brief. Those exhibits, along with Defendants' opening and reply filings, shall be addressed in a future sealing motion, consistent with the Parties' prior stipulation. *See* ECF 2451 at 2.

[2] The Court's rulings on the disputed redactions set forth in the second chart in the Omnibus Sealing Stipulation are set forth in separate orders that were originally submitted (in proposed form) as exhibits to Defendants' omnibus motions to seal, also filed December 10, 2025.

2

[PROPOSED] ORDER GRANTING OMNIBUS SEALING STIPULATION IN CONNECTION WITH PLAINTIFFS' OPPOSITIONS TO RULE 702 MOTIONS AND EXHIBITS THERETO, SCHOOL DISTRICT-SPECIFIC MSJ OPPOSITIONS AND EXHIBITS THERETO, AND OMNIBUS MSJ OPPOSITION BRIEF
4:22-md-03047-YGR

| | | | |
|---|---|---|---|
| – Ex. 16 (Christakis MDL Expert Report) | | | |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' School District Experts, ECF 2407-3 – Ex. 1 (Christakis MDL Expert Report) | Page 315: Images of children. | Redact specified portions | |
| Plaintiffs' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment, ECF 2414-1 | Page 139: DAU Increase number | Redact specified portions | |
| Plaintiffs' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment, ECF 2414-1 | Page 140: Percentage of ad revenue generated from Stories tab | Redact specified portions | |
| Plaintiffs' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment, ECF 2414-1 | Page 142: Percentage of friendship requests sent by new users attributed to the Quick Add feature | Redact specified portions | |
| Plaintiffs' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment, ECF 2414-1 | Page 142: Number of daily friend requests sent via Quick Add | Redact specified portions | |
| Plaintiffs' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment, ECF 2414-1 | Page 142: Percentage of daily friend requests sent via Quick Add | Redact specified portions | |
| Plaintiffs' Opposition to Defendants' Harford Motion for Summary Judgment, ECF No. 2400-18 – Ex. 16 (Christakis MDL Expert Report) | Page 96: Employee email addresses<br><br>Page 147: Employee email address;<br><br>Page 151: Employee email addresses<br><br>Page 152: Employee email address | Redact specified portions | |
| Plaintiffs' Opposition to Defendants' Motion to | Page 96: Employee email addresses | Redact specified portions | |

3

[PROPOSED] ORDER GRANTING OMNIBUS SEALING STIPULATION IN CONNECTION WITH PLAINTIFFS' OPPOSITIONS TO RULE 702 MOTIONS AND EXHIBITS THERETO, SCHOOL DISTRICT-SPECIFIC MSJ OPPOSITIONS AND EXHIBITS THERETO, AND OMNIBUS MSJ OPPOSITION BRIEF
4:22-md-03047-YGR

| | | | |
|---|---|---|---|
| Exclude Plaintiffs' General Causation Experts, ECF 2405-18 – Ex. 15 (Christakis MDL Expert Report) | Page 147: Employee email address<br><br>Page 151: Employee email addresses<br><br>Page 152: Employee email address | | |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts, ECF 2405-35 – Ex. 32 (Murray MDL Expert Report) | Page 170: Employee email address | Redact specified portions | |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' School District Experts, ECF No. 2407-03 – Ex. 1 (Christakis MDL Expert Report) | Page 96: Employee email addresses<br><br>Page 147: Employee email address<br><br>Page 151: Employee email addresses<br><br>Page 152: Employee email address | Redact specified portions | |

**IT IS SO ORDERED.**

DATED: December 12, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

4
[PROPOSED] ORDER GRANTING OMNIBUS SEALING STIPULATION IN CONNECTION WITH PLAINTIFFS' OPPOSITIONS TO RULE 702 MOTIONS AND EXHIBITS THERETO, SCHOOL DISTRICT-SPECIFIC MSJ OPPOSITIONS AND EXHIBITS THERETO, AND OMNIBUS MSJ OPPOSITION BRIEF
4:22-md-03047-YGR