**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

| **Date:** December 15, 2025 | **Time:** 1 hour 24 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Previn Warren (Co-Lead Counsel); via Zoom
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel); via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Court Reporter:** Stephen Franklin; via Zoom

**PROCEEDINGS**

Further Case Management Conference – Held via Zoom

The Court heard argument on the plaintiffs' excerpted exhibits, jury instruction schedule, Meta v. State Attorneys General cases, and Motions to Seal. Discovery updates were also taken into submission.

Parties are ordered to meet and confer and file a stipulation re: sealing deadlines regarding the re-filed excerpted exhibits (School Districts) and the streamlining of motion for summary judgment issues (State Attorney General).

The following pretrial deadlines are set:
Meet and confer re: re-filing of (School District) excerpted exhibits by December 15, 2025.
Meet and confer re: streamlining of motion for summary judgment issues (State AG) by December 19, 2025.
Filing of stipulations to be cross referenced with the open letter brief due by January 9, 2026.
Filing of Jury Instructions due by January 28, 2026.
Further Case Management Conference set on February 11, 2026, at 9:00 a.m.
Further Case Management Conference set on March 18, 2026, at 9:00 a.m.

Written order to issue.