**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 22-md-3047-YGR<br><br>MDL No. 3047<br><br>**CASE MANAGEMENT ORDER NO. 30 (Refiled Exhibits, Stipulated Deadline, Letter Briefs, et al)**<br><br>*Upcoming Case Management Conferences:*<br>January 26, 2025 at 8:00 a.m.<br>February 11, 2026 at 9:00 a.m.<br>March 18, 2026 at 9:00 a.m. |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court held a further case management conference in the above-captioned matter on December 15, 2025. This order memorializes and expands upon the deadlines set and findings made by the Court during that conference.

### I. EXHIBITS TO OMNIBUS OPPOSITION

The Court previously instructed school district plaintiffs to meet-and-confer with defendants regarding refiling exhibits to their omnibus opposition to defendants' motions for summary judgment. (Dkt. No. 2356). The Court understands the parties have not reached agreement on the exhibits but that plaintiffs have significantly reduced the number of exhibits from 70,000 pages to 17,000 pages. Plaintiffs have not identified the exhibits and are not expected to agree with defendants on the relevance of many. Accordingly, plaintiffs are instructed to refile the reduced set of exhibits. If the Court considers the filings to be abusive and not relevant, the Court will consider the imposition of sanctions. Additionally, the parties will meet and confer and file a stipulation regarding briefing deadlines for a motion to seal the re-filed exhibits.

### II. STIPULATION TO EXTEND DEADLINES

The school district plaintiffs and defendants previously sought to extend to their deadline to file proposed/disputed jury instructions from December 15, 2025 until February 10, 2026. (Dkt.

No. 2492). The Court granted that request in part, extending the deadline to December 29, 2025 and permitting argument at this Case Management Conference as to why the deadline should be extended further. (Dkt. No. 2493). After hearing argument, the Court permits the parties until January 28, 2026 to file their proposed/disputed jury instructions.

### III.  META V. STATE AGS MOTIONS FOR SUMMARY JUDGMENT

Letter briefs provided by the Attorneys General and Meta defendants regarding their anticipated summary judgment and Rule 702 motion arguments indicated that some narrowing of issues may be possible. The parties are directed to complete conferral by December 19, 2025 and to file any agreed-upon stipulations no later than January 9, 2026.

The Meta defendants proposed a single redaction in their responsive letter brief. (Dkt. No. 2496). The requested redaction is unnecessary, and the request to seal is **DENIED**. The letter briefs will be filed without redactions on the public docket.

With respect to the anticipated motions (summary judgment and Rule 702), each side is afforded a combined page limit of 75 pages for their opening motions, 75 pages for the opposition thereto (including any cross motions), and 35 pages for replies.

### IV.  ADMINISTRATIVE

School district plaintiffs and defendants are set for argument regarding defendants' summary judgment and Rule 702 motions on January 26, 2026. The Court understands the parties anticipate submitting a proposed time allocation for that hearing but clarifies that the Court will ultimately decide how time is allocated.

The Court sets additional Case Management Conferences, namely February 11, 2026 at 9:00 a.m. and March 18, 2026 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 16, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**