# ADDENDUM 32

# to Declaration of Previn Warren in Support of Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment

# (ECF No. 2414)

# Amended Exhibits (Vol. 2)

# Exhibits 51-100

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation