# AMENDED Exhibit 106

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**(Meta) Zuckerberg Exhibit 33   3.27.25 mlr**

December 23, 2020

Chairman Lindsey Graham
Committee on the Judiciary
U.S. Senate
224 Dirksen Senate Office Building
Washington DC 20510

Dear Chairman Graham, Ranking Member Feinstein, and Members of the Committee,

    Thank you for your questions for the record from the Committee on the Judiciary's November 17, 2020 virtual hearing. Per your request, attached are the answers for the record to your questions.

Sincerely,


Facebook, Inc.

1 HACKER WAY
MENLO PARK, CA
94025

FACEBOOK



**Questions from Senator Blackburn**

1. **There are only two conservative members out of a total of twenty members currently serving on Facebook's Oversight Board. Will Facebook commit to appointing more conservative members on the Facebook Oversight Board, in order to ensure a diversity of perspectives on the Board?**

The goal of the Oversight Board is to make sure people using our platforms around the world can express themselves, while also holding Facebook accountable for the content decisions that we make. The members of the Oversight Board reflect a diverse range of views and experiences. This first group of twenty members, many of whom have been critical of Facebook in the past, will grow to 40 over time, and will bring diverse perspectives and experiences to these decisions. It's worth recognizing that a full 25% of the initial members, and 50% of the co-chairs, are from the US—more than any other country.

When we work with the board to appoint the remaining twenty members, we will continue to aim to bring members with a diverse range of views to the board.

2. **Will Facebook remain open to appointing members on the Facebook Oversight Board who may have served as political appointees in President Donald J. Trump's administration, in order to ensure a diversity of perspectives on the Board?**

While we cannot commit to specific appointments, we can commit to appointing members that have varying social and political viewpoints from across the globe, which we believe is critical if we're to have a group of members deciding content cases on behalf of our nearly three billion diverse users. A key qualification of all board members is their value of free expression, including speech they might disagree with.

3. **Does Facebook still use technology acquired from Israeli data surveillance app Onavo for any purpose?**

Facebook discontinued Onavo's non-VPN products in October 2017. We removed Onavo Protect, a VPN product, from the Apple App Store in August 2018 and from the Google Play Store in February 2019. In May 2019, we discontinued Onavo Protect entirely.

4. **Did Facebook ever collect user data on WhatsApp users through the Israeli data surveillance app Onavo before acquiring WhatsApp in 2014?**

Facebook acquired Onavo in 2013. Onavo offered several apps, including Onavo Protect. Onavo Protect provided a VPN to protect users' personal information on their phones. VPNs establish a secure connection between the consumer and VPN service provider. Standard VPN functionality requires consumer app and web traffic to be routed through central servers. This means that the VPN provider receives information from people about their activity on the device.

On December 1, 2020, Libra changed its name to Diem. The Diem project is governed by an independent member organization—the Diem Association—headquartered in Geneva, Switzerland. Diem is a new payment system and financial infrastructure built on blockchain technology. Facebook is one of the 27 organizations that have come together to form the Diem Association. Facebook will engage with the Diem Association and with the Diem payment system through Novi Financial, a regulated financial company.

Novi Financial was founded with the mission of making money work better for everyone. We believe that all people around the world should have equal access to financial services. The first product Novi Financial will introduce is the Novi digital wallet.

Facebook is about putting power in people's hands. Our services give people a voice to express what matters to them, and to build businesses that create opportunity. Giving people control of their money is important too. The idea behind Diem and Novi is that sending money should be as easy and secure as sending a message. Diem will be a global payments system, fully backed by a reserve of cash and other highly liquid assets. A simple, secure, and stable way to transfer money is empowering and could help people everywhere. That is why Facebook supports the efforts behind the Diem project.

It's also important to note that China is moving quickly to launch similar projects in the coming months. Diem and Novi will extend America's financial leadership, as well as our democratic values and oversight, around the world. That is important to Facebook, because if America doesn't innovate, our country's leadership is not guaranteed.

**104.   Has Facebook ended its user data sharing agreement with Huawei?**

In the early days of mobile, the demand for Facebook outpaced our ability to build versions of the product that worked on every phone or operating system. It's hard to remember now, but back then there were no app stores. So companies like Facebook, Google, Twitter, and YouTube had to work directly with operating system and device manufacturers to get their products into people's hands. This took a lot of time, and Facebook was not able to get to everyone.

To bridge this gap, we built a set of device-integrated APIs that allowed companies to recreate Facebook-like experiences for their individual devices or operating systems. Over the last decade, around 70 companies have used them—including many household names such as Amazon, Apple, Blackberry, HTC, Microsoft, and Samsung. All these partnerships were built on a common interest—the desire for people to be able to use Facebook or Facebook features, whatever their device or operating system.

Given that these APIs enabled other companies to recreate the Facebook experience, we controlled them tightly from the start. We are not aware of any abuse of user data by Huawei (or other device integration partners), and Huawei has publicly confirmed that it has never collected or stored any Facebook user data on its servers.

**105.   Can Facebook's algorithms detect when users are a potential suicide risk?**

123

When someone is expressing thoughts of suicide, it's important to get them help as quickly as possible. Because friends and family are connected through Facebook, we can help a person in distress get in touch with people who can support them. For years, people have had the ability to report Facebook posts that they feel indicate someone is thinking about suicide. This flags the posts for review by trained members of our Community Operations team, who can connect the poster with support resources if needed.

We also use artificial intelligence and machine learning to expand our ability to get timely help to people in need. These tools use signals such as phrases in posts and concerned comments from friends and family to identify posts from people who might be at risk. Day and time of the original posting are factors, as well, as experts say the early hours of the morning and Sundays, when the workweek looms, can be common times for contemplating suicide.

Even with the introduction of these AI-fueled detection efforts, people are still core to Facebook's success around suicide prevention. That's why anyone who flags a potential cry for help is shown support options, including resources for help and ways to connect with loved ones. And whether a post is reported by a concerned friend or family member or identified via technology, the next steps in the process remain the same. A trained member of Facebook's Community Operations team reviews it to determine if the person is at risk—and if so, the original poster is shown support options, such as prompts to reach out to a friend and helpline phone numbers. In serious cases, when it's determined that there may be imminent danger of self-harm, Facebook may contact local authorities.

For more information on our suicide prevention efforts, please see https://www.facebook.com/safety/wellbeing/suicideprevention.

**106. Please describe how Facebook's suicide algorithm scans users' posts and messages for potential risk of self-harm and how this information is shared with law enforcement officials.**

Please see the response to your Question 105.

**107. Does Facebook aggregate and analyze the information collected from its suicide detection algorithm to determine any large-scale trends of self-harm and depression among Facebook users?**

No, but last year, we began exploring ways to share public data from our platform on how people talk about suicide with academic researchers through the social media monitoring tool, CrowdTangle.

**108. Is Facebook able to determine whether increased use of its platform among teenage girls has any correlation with increased signs of depression within this demographic, through the information collected from its suicide detection algorithm or other technology?**

No.

109. **Is Facebook able to determine whether increased use of its platform among teenage girls has any correlation with increased signs of anxiety within this demographic, through the information collected from its suicide detection algorithm or other technology?**

    No.

110. **Is Facebook able to determine whether increased use of its platform among teenage girls has any correlation with increased signs of self-harm within this demographic, through the information collected from its suicide detection algorithm or other technology?**

    No.

111. **During the hearing, when asked by Chairman Graham, Mark Zuckerberg said he was familiar with the Social Dilemma, the Netflix documentary exposing the skyrocketing rise in child suicide rates coinciding with children's exposure to platforms such as Facebook. Facebook's seven-point memo responding to the Social Dilemma do not mention or dispute the documentary's claims about the link between social media use and child suicide. Does Facebook have any user data at its disposal to confirm or disprove claims that increased use of Facebook or Instagram can lead to greater rates of depression, anxiety, or self-harm among children?**

    Mental health, suicide, and self-injury are serious issues with devastating consequences. We don't take them lightly, and our deepest sympathies are with anyone affected by them.

    We strive to find the right balance between allowing people to share their experiences and get support from friends, family, and others in the community with protecting vulnerable and impressionable people from content that could put them at risk.

    To help us do that, since 2006, we've worked with experts from around the world to inform our policies, practices, and products supporting those at risk of suicide or self-injury. This includes examining the latest research in this space and supporting industry research in this area. External experts including Dr. Andrew Przybylski, a psychologist at the Oxford Internet Institute and a leading expert in the impact of technology, have raised concerns with data sets and a lack of evidence showing a correlation between technology use and the risk of teen depression and suicide. Expert Vicky Rideout has even said that correlations between high smartphone use and social media use increasing the likelihood for suicide or depression "does not indicate a causal link" and "could serve as a dangerous distraction from the hard work that needs to happen in adolescent mental health."

    Last year we began exploring ways to share public data from our platform on how people talk about suicide with academic researchers through the social media monitoring tool, CrowdTangle.