**AMENDED Exhibit 467**


# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

S. HRG. 118–497

# BIG TECH AND THE ONLINE CHILD SEXUAL EXPLOITATION CRISIS

# HEARING

BEFORE THE

## COMMITTEE ON THE JUDICIARY
## UNITED STATES SENATE

ONE HUNDRED EIGHTEENTH CONGRESS

SECOND SESSION

———

JANUARY 31, 2024

———

**Serial No. J–118–53**

———

Printed for the use of the Committee on the Judiciary



# BIG TECH AND THE ONLINE CHILD SEXUAL EXPLOITATION CRISIS

S. Hrg. 118–497

# BIG TECH AND THE ONLINE CHILD SEXUAL EXPLOITATION CRISIS

# HEARING

BEFORE THE

## COMMITTEE ON THE JUDICIARY
## UNITED STATES SENATE

ONE HUNDRED EIGHTEENTH CONGRESS

SECOND SESSION

JANUARY 31, 2024

**Serial No. J–118–53**

Printed for the use of the Committee on the Judiciary



*www.judiciary.senate.gov*
*www.govinfo.gov*

U.S. GOVERNMENT PUBLISHING OFFICE

57–444                        WASHINGTON : 2025

## COMMITTEE ON THE JUDICIARY

RICHARD J. DURBIN, Illinois, *Chair*

SHELDON WHITEHOUSE, Rhode Island
AMY KLOBUCHAR, Minnesota
CHRISTOPHER A. COONS, Delaware
RICHARD BLUMENTHAL, Connecticut
MAZIE K. HIRONO, Hawaii
CORY A. BOOKER, New Jersey
ALEX PADILLA, California
JON OSSOFF, Georgia
PETER WELCH, Vermont
LAPHONZA BUTLER, California

LINDSEY O. GRAHAM, South Carolina, *Ranking Member*
CHARLES E. GRASSLEY, Iowa
JOHN CORNYN, Texas
MICHAEL S. LEE, Utah
TED CRUZ, Texas
JOSH HAWLEY, Missouri
TOM COTTON, Arkansas
JOHN KENNEDY, Louisiana
THOM TILLIS, North Carolina
MARSHA BLACKBURN, Tennessee

JOSEPH ZOGBY, *Majority Staff Director*
KATHERINE NIKAS, *Minority Staff Director*

(II)

# C O N T E N T S

---

## OPENING STATEMENTS

|  | Page |
|---|---|
| Durbin, Hon. Richard J. ............................................................................ | 1 |
| Graham, Hon. Lindsey O. ......................................................................... | 3 |

## WITNESSES

| | |
|---|---|
| Chew, Shou ................................................................................................ | 11 |
| Prepared statement ........................................................................... | 69 |
| Responses to written questions ...................................................... | 102 |
| Citron, Jason ............................................................................................ | 6 |
| Prepared statement ........................................................................... | 77 |
| Responses to written questions ...................................................... | 219 |
| Spiegel, Evan ........................................................................................... | 9 |
| Prepared statement ........................................................................... | 87 |
| Responses to written questions ...................................................... | 314 |
| Yaccarino, Linda ...................................................................................... | 12 |
| Prepared statement ........................................................................... | 91 |
| Responses to written questions ...................................................... | 393 |
| Zuckerberg, Mark ..................................................................................... | 7 |
| Prepared statement ........................................................................... | 97 |
| Responses to written questions ...................................................... | 471 |

## APPENDIX

| | |
|---|---|
| Items submitted for the record ............................................................... | 67 |

# BIG TECH AND THE ONLINE CHILD SEXUAL EXPLOITATION CRISIS

————

## WEDNESDAY, JANUARY 31, 2024

UNITED STATES SENATE,
COMMITTEE ON THE JUDICIARY,
*Washington, DC.*

The Committee met, pursuant to notice, at 10 a.m., in Room G50, Dirksen Senate Office Building, Hon. Richard J. Durbin, Chair of the Committee, presiding.

Present: Senators Durbin [presiding], Whitehouse, Klobuchar, Coons, Blumenthal, Hirono, Booker, Padilla, Ossoff, Welch, Butler, Graham, Cornyn, Lee, Cruz, Hawley, Cotton, Kennedy, Tillis, and Blackburn.

## OPENING STATEMENT OF HON. RICHARD J. DURBIN, A U.S. SENATOR FROM THE STATE OF ILLINOIS

Chair DURBIN. This meeting of the Senate Judiciary Committee will come to order. I thank all those in attendance. I want to preface my remarks by saying that I've been in Congress for a few years. Senator Graham has as well. If you do not believe this is an idea whose time has come, take a look at the turnout here.

Today, the Senate Judiciary Committee will continue its work on an issue on the mind of most American families: how to keep our kids safe from sexual exploitation and harm in the internet age. Online child sexual exploitation includes the use of online platforms to target and groom children, and the production and endless distribution of child sexual abuse material, CSAM, which can haunt victims for their entire lives, and in some cases, take their lives.

Everyone here will agree this conduct is abhorrent. I'd like to turn to a brief video to hear directly from the victims, the survivors, about the impact these crimes have had on them.

[Video is shown.]

Chair DURBIN. Online child sexual exploitation is a crisis in America. In 2013, the National Center for Missing and Exploited Children, known as NCMEC, received approximately 1,380 cyber tips per day. By 2023, just 10 years later, the number of cyber tips has risen to 100,000 reports a day. That's a 100,000 daily reports of child sexual abuse material, also known as CSAM.

In recent years, we've also seen an explosion in the so-called financial sextortion, in which a predator uses a fake social media account to trick a minor into sending explicit photos or videos then threatens to release them unless the victim sends money.

2

In 2021, NCMEC received a total of 139 reports of sextortion. 2021. In 2023, through the end of October alone, this number skyrocketed to more than 22,000. More than a dozen children have died by suicide after becoming victims of this crime. This disturbing growth in child sexual exploitation is driven by one thing: changes in technology.

In 1996, the world's best-selling cell phone was the Motorola StarTAC. While groundbreaking at the time, the clamshell-style cell phone wasn't much different from a traditional phone. It allowed users to make and receive calls, and even receive text messages, but that was about it. Fast forward to today, smartphones are in the pockets of seemingly every man, woman, and teenager on the planet.

Like the StarTAC, today's smartphones allow users to make and receive calls and texts, but they can also take photos and videos, support live streaming, and offer countless apps. With the touch of your finger, that smartphone that can entertain and inform you can become a back alley where the lives of your children are damaged and destroyed. These apps have changed the ways we live, work, and play.

But as investigations have detailed, social media and messaging apps have also given predators powerful new tools to sexually exploit children. Your carefully crafted algorithms can be a more powerful force on the lives of our children than even the most best-intentioned parent.

Discord has been used to groom, abduct, and abuse children. Meta's Instagram helped connect and promote a network of pedophiles. Snapchat's disappearing messages have been co-opted by criminals who financially extort young victims. TikTok has become a "platform of choice for predators to access, engage, and groom children for abuse." And the prevalence of CSAM on X has grown as the company has gutted its trust and safety workforce.

Today, we'll hear from the CEOs of those companies. They're not only the tech companies that have contributed to this crisis, they're responsible for many of the dangers our children face online. Their design choices, their failures to adequately invest in trust and safety, their constant pursuit of engagement and profit over basic safety have all put our kids and grandkids at risk. Coincidentally, several of these companies implemented commonsense child safety improvements within the last week, days before their CEOs would have to justify their lack of action before this Committee.

But the tech industry alone is not to blame for the situation we're in. Those of us in Congress need to look in the mirror. In 1996, the same year the Motorola StarTAC was flying off shelves, and years before social media went mainstream, we passed Section 230 of the Communications Decency Act. This law immunized the then fledgling internet platforms from liability for user-generated content.

Interesting, only one other industry in America has an immunity from civil liability. We'll leave that for another day. For the past 30 years, Section 230 has remained largely unchanged, allowing Big Tech to grow into the most profitable industry in the history of capitalism without fear of liability for unsafe practices. That has to change.

3

Over the past year, this Committee has unanimously reported five bills that would finally hold tech companies accountable for child sexual exploitation on their platforms. Unanimous. Take a look at the composition and Membership of the Senate Judiciary Committee, and imagine if you will, there's anything we could agree on unanimously. These five bills were the objective of agreement. One of these bills is my STOP CSAM Act. Critically, it would let victims sue online providers that promote, or aid and abet online child sexual exploitation, or that host or store CSAM.

This stand against online child sexual exploitation is bipartisan and absolutely necessary. Let this hearing be a call to action that we need to get kids online safety legislation to the President's desk. I now turn to the Ranking Member, Senator Graham.

### STATEMENT OF HON. LINDSEY O. GRAHAM,
### A U.S. SENATOR FROM THE STATE OF SOUTH CAROLINA

Senator GRAHAM. Thank you, Mr. Chairman. The Republicans will answer the call. All of us. Every one of us is ready to work with you and our democratic colleagues on this Committee to prove to the American people that while Washington is certainly broken, there's a ray of hope, and it is here. It lies with your children.

After years of working on this issue with you and others, I've come to conclude the following: social media companies, as they're currently designed and operate, are dangerous products. They're destroying lives, threatening democracy itself. These companies must be reigned in or the worst is yet to come.

Brandon Guffey is a Representative—Republican Representative from South Carolina in the Rock Hill area. To all the victims who came and showed us photos of your loved ones, don't quit. It's working. You're making a difference. Through you, we'll get to where we need to go so other people won't have to show a photo of their family, the damage to your family's been done. Hopefully, we can take your pain and turn it into something positive so nobody else has to hold up a sign.

Brandon's son got online with the Instagram and was tricked by a group in Nigeria that put up a young lady posing to be his girlfriend. And as things go at that stage in life, he gave her some photos—compromising sexual photos—and it turned out that she was part of a extortion group in Nigeria. They threatened the young man that if you don't give us money, we're going to expose these photos.

He gave them money, but it wasn't enough. They kept threatening, and he killed himself. They threatened Mr. Guffey and his son. These are bastards by any known definition. Mr. Zuckerberg, you and the companies before us, I know you don't mean it to be so, but you have a product——

[Applause.]

Senator GRAHAM. You have a product that's killing people. When we had cigarettes killing people, we did something about it. Maybe not enough. You are going to talk about guns, we have the ATF. Nothing here. There's not a damn thing anybody can do about it. You can't be sued.

Now, Senator Blumenthal and Blackburn, who've been like the dynamic duo here, have found emails from your company where

4

they warned you about this stuff, and you decided not to hire 45 people that could do a better job of policing this. So the bottom line is you can't be sued. You should be, and these emails would be great for punitive damages, but the courtroom's closed. Every American abused by all the companies in front of me. Of all the people in America we could give blanket liability protection too, this would be the last group I would pick.

[Applause.]

Senator GRAHAM. It is now time to repeal Section 230. This Committee is made up of ideologically the most different people you could find. We've come together through your leadership, Mr. Chairman, to pass five bills to deal with the problem of exploitation of children. I'll talk about them in depth in a little bit. The bottom line is, all these bills have met the same fate. They go nowhere. They leave the Committee and they die.

Now, there's another approach. What do you do with dangerous products? You either allow lawsuits, you have statutory protections to protect consumers, or you have a commission of sorts to regulate the industry in question; to take your license away if you have a license, to fine you.

None of that exists here. We live in America, in 2024, where there is no regulatory body dealing with the most profitable, biggest companies in the history of the world. They can't be sued, and there's not one law on the book that's meaningful protecting the American consumer. Other than that, we're in a good spot.

So here's what I think's going to happen. I think after this hearing today, we're going to put a lot of pressure on our colleagues' leadership of the Republican, Democratic Senate to let these bills get to the floor and vote. And I'm going to go down, starting in a couple of weeks, make unanimous consent request to do CSAM, do the EARN IT Act, do your bill, do all of the bills, and you can be famous. Come and object. I'm going to give you a chance to be famous.

Now, Elizabeth Warren and Lindsey Graham have almost nothing in common. I promised her I would say that publicly.

[Laughter.]

The only thing worse than me doing a bill with Elizabeth Warren is her doing a bill with me. We have sort of part that because Elizabeth and I see an abuse here that needs to be dealt with.

Senator Durbin and I have different political philosophies, but I appreciate what you've done on this Committee. You have been a great partner. To all of my Democratic colleagues, thank you very, very much.

[Applause.]

Senator GRAHAM. To my Republican colleagues, thank you all very, very much. Save the applause for when we get a result. This is all talk right now, but there will come a day if we keep pressing to get the right answer for the American people. What is that answer? Accountability.

Now, these products have an upside. You've enriched our lives in many ways. Mr. Zuckerberg, you created a product I use. The idea, I think, when you first came out of this, be able to talk to your friends and your family, and pass on your life to be able to have

5

a place where you could talk to your friends and family about good things going on in life. And I use it. We all use it.

There's an upside to everything here, but the dark side hasn't been dealt with. It's now time to deal with the dark side because people have taken your idea and they have turned it into a nightmare for the American people. They've turned it into a nightmare for the world at large.

TikTok, we had a great discussion about how maybe Larry Ellison through Oracle can protect American data from Chinese communist influence. But TikTok, your representative in Israel, quit the company because TikTok is being used in a way to basically destroy the Jewish state. This is not just about individuals. I worry that in 2024 our democracy will be attacked again through these platforms by foreign actors. We're exposed, and AI is just starting.

So to my colleagues, we're here for a reason. This Committee has a history of being tough, but also doing things that need to be done. This Committee has risen to the occasion. There's more that we can do, but to the Members of this Committee, let's insist that our colleagues rise to the occasion also. Let's make sure that in the 118th Congress, we have votes that would fix this problem. All you can do is cast your vote at the end of the day, but you can urge the system to require others to cast their vote.

Mr. Chairman, I will continue to work with you and everybody on this Committee to have a day of reckoning on the floor of the U.S. Senate. Thank you.

Chair DURBIN. Thank you, Senator Graham. Today, we welcome five witnesses whom I'll introduce now. Jason Citron, the CEO of Discord Incorporated. Mark Zuckerberg, the founder and CEO of Meta. Evan Spiegel, the co-founder and CEO of Snap Incorporated. Shou Chew, the CEO of TikTok, and Linda Yaccarino, the CEO of X Corporation, formerly known as Twitter.

I will note for the record that Mr. Zuckerberg and Mr. Chew are appearing voluntarily. I'm disappointed that our other witnesses did not offer that same degree of cooperation. Mr. Citron, Mr. Spiegel, and Ms. Yaccarino are here pursuant to subpoenas, and Mr. Citron only accepted services of his subpoena after U.S. Marshals were sent to Discord's headquarters at taxpayers' expense. I hope this is not a sign of your commitment or lack of commitment to addressing the serious issue before us.

After I swear in the witnesses, each witness will have 5 minutes to make an opening statement. Then, Senators will ask questions in an opening round each of 7 minutes. I expect to take a short break at some point during questioning to allow the witnesses to stretch their legs. If anyone is in need of a break at any point, please let my staff know.

Before I turn to the witnesses, I'd also like you to take a moment to acknowledge that this hearing has gathered a lot of attention, as we expected. We have a large audience, the largest I've seen in this room, today. I want to make clear, as with other Judiciary Committee hearings, we ask people to behave appropriately. I know there is high emotion in this room, for justifiable reasons, but I ask you to please follow the traditions of the Committee.

That means no standing, shouting, chanting, or applauding witnesses. Disruptions will not be tolerated. Anyone who does disrupt

6

the hearing will be asked to leave. The witnesses are here today to address a serious topic. We want to hear what they have to say. I thank you for your cooperation. Could all of the witnesses please stand to be sworn in?

[Witnesses are sworn in.]

Chair DURBIN. Let the record reflect that all the witnesses have answered in the affirmative. Mr. Citron, please proceed with your opening statement.

### STATEMENT OF MR. JASON CITRON, CO-FOUNDER AND CHIEF EXECUTIVE OFFICER, DISCORD INCORPORATED, SAN FRANCISCO, CALIFORNIA

Mr. CITRON. Good morning.

Chair DURBIN. Good morning.

Mr. CITRON. My name is Jason Citron, and I am the co-founder and CEO of Discord. We are an American company with about 800 employees living and working in 33 States. Today, Discord has grown to more than 150 million monthly active users.

Discord is a communications platform where friends hang out and talk online about shared interests from fantasy sports to writing music to video games. I've been playing video games since I was 5 years old, and as a kid, it's how I had fun and found friendship. Many of my fondest memories are of playing video games with friends. We built Discord so that anyone could build friendships playing video games from Minecraft, to Wordle, and everything in between. Games have always brought us together, and Discord makes that happen today.

Discord is one of the many services that have revolutionized how we communicate with each other in the different moments of our lives; iMessage, Zoom, Gmail, and on and on. They enrich our lives; create communities; accelerate commerce, healthcare, and education.

Just like with all technology and tools, there are people who exploit and abuse our platforms for immoral and illegal purposes. All of us here on the panel today, and throughout the tech industry, have a solemn and urgent responsibility to ensure that everyone who uses our platforms is protected from these criminals, both online and off.

Discord has a special responsibility to do that because a lot of our users are young people. More than 60 percent of our active users are between the ages of 13 and 24. It's why safety is built into everything we do. It's essential to our mission and our business, and most of all, this is deeply personal. I'm a dad with two kids. I want Discord to be a product that they use and love, and I want them to be safe on Discord. I want them to be proud of me for helping to bring this product to the world.

That's why I'm pleased to be here today to discuss the important topic of the online safety of minors. My written testimony provides a comprehensive overview of our safety programs. Here are a few examples of how we protect and empower young people.

First, we've put our money into safety. The tech sector has a reputation of larger companies buying smaller ones to increase user numbers and boost financial results. But the largest acquisition we've ever made at Discord was a company called Sentropy. It

7

didn't help us expand our market share or improve our bottom line. In fact, because it uses AI to help us identify, ban, and report criminals and bad behavior, it has actually lowered our user count by getting rid of bad actors.

Second, you've heard of end-to-end encryption that blocks anyone, including the platform itself, from seeing users' communications. It's a feature on dozens of platforms but not on Discord. That's a choice we've made. We don't believe we can fulfill our safety obligations if the text messages of teens are fully encrypted because encryption would block our ability to investigate a serious situation, and when appropriate, report to law enforcement.

Third, we have a zero-tolerance policy on child sexual abuse material or CSAM. We scan images uploaded to Discord to detect and block the sharing of this abhorrent material. We've also built an innovative tool, Teen Safety Assist, that blocks explicit images and helps young people easily report unwelcome conversations. We've also developed a new semantic hashing technology for detecting novel forms of CSAM called Clip, and we're sharing this technology with other platforms through the tech coalition.

Finally, we recognize that improving online safety requires all of us to work together. So we partner with nonprofits, law enforcement, and our tech colleagues to stay ahead of the curve in protecting young people online. We want to be the platform that empowers our users to have better online experiences, to build true connections, genuine friendships, and to have fun.

Senators, I sincerely hope today is the beginning of an ongoing dialog that results in real improvements in online safety. I look forward to your questions and to helping the Committee learn more about Discord.

[The prepared statement of Mr. Citron appears as a submission for the record.]

Chair DURBIN. Thank you, Mr. Citron. Mr. Zuckerberg.

## STATEMENT OF MR. MARK ZUCKERBERG, FOUNDER AND CHIEF EXECUTIVE OFFICER, META, MENLO PARK, CALIFORNIA

Mr. ZUCKERBERG. Chairman Durbin, Ranking Member Graham, and Members of the Committee, every day, teens and young people do amazing things on our services. These are apps to create new things, express themselves, explore the world around them, and feel more connected to the people they care about. Overall, teens tell us that this is a positive part of their lives, but some face challenges online, so we work hard to provide parents and teens support and controls to reduce potential harms.

Being a parent is one of the hardest jobs in the world. Technology gives us new ways to communicate with our kids and feel connected to their lives, but it can also make parenting more complicated, and it's important to me that our services are positive for everyone who uses them. We are on the side of parents everywhere working hard to raise their kids.

Over the last 8 years, we've built more than 30 different tools, resources, and features that parents can set time limits for their teens using our apps, see who they're following, or if they report someone for bullying. For teens, we've added nudges to remind

8

them when they've been using Instagram for a while, or if it's getting late and they should go to sleep, as well as ways to hide words or people without those people finding out. We put special restrictions on teen accounts on Instagram. By default, accounts for under 16s are set to private, have the most restrictive content settings, and can't be messaged by adults that they don't follow or people they aren't connected to.

With so much of our lives spent on mobile devices and social media, it's important to look into the effects on teen mental health and well-being. I take this very seriously. Mental health is a complex issue and the existing body of scientific work has not shown a cause or a link between using social media and young people having worse mental health outcomes.

A recent National Academies of Sciences report evaluated over 300 studies and found that research, "did not support the conclusion that social media causes changes in adolescent mental health at the population level." It also suggested that social media can provide significant positive benefits when young people use it to express themselves, explore and connect with others. Still, we're going to continue to monitor the research and use it to inform our roadmap.

Keeping young people safe online has been a challenge since the internet began, and as criminals evolve their tactics, we have to evolve our defenses too. We work closely with law enforcement to find bad actors and help bring them to justice, but the difficult reality is that no matter how much we invest or how effective our tools are, there are always more. There's always more to learn and more improvements to make, but we remain ready to work with Members of this Committee, industry, and parents to make the internet safer for everyone.

I'm proud of the work that our teams do to improve online child safety on our services and across the entire internet. We have around 40,000 people overall working on safety and security, and we've invested more than $20 billion in this since 2016, including around $5 billion in the last year alone. We have many teams dedicated to child safety and teen well-being, and we lead the industry in a lot of the areas that we're discussing today.

We built technology to tackle the worst online risks and share it to help our whole industry get better. Like Project Lantern, which helps companies share data about people who break child safety rules, and we're founding members of Take It Down, a platform which helps young people to prevent their nude images from being spread online.

We also go beyond legal requirements and use sophisticated technology to proactively discover abusive material, and as a result, we find and report more inappropriate content than anyone else in the industry. As the National Center for Missing and Exploited Children put it this week, "Meta goes above and beyond to make sure that there are no portions of their network where this type of activity occurs."

I hope we can have a substantive discussion today that drives improvements across the industry, including legislation that delivers what parents say they want—a clear system for age verification, and control over what apps their kids are using. Three

9

out of four parents want app store age verification, and four out of five want parental approval of whenever teens download apps. We support this. Parents should have the final say on what apps are appropriate for their children, and shouldn't have to upload their ID every time. That's what app stores are for.

We also support setting industry standards on age-appropriate content, and limiting signals for advertising to teens to of age and location and not behavior. At the end of the day, we want everyone who uses our services to have safe and positive experiences.

Before I wrap up, I want to recognize the families who are here today who have lost a loved one, or lived through some terrible things that no family should have to endure. These issues are important for every parent and every platform. I'm committed to continuing to work in these areas, and I hope we can make progress today.

[The prepared statement of Mr. Zuckerberg appears as a submission for the record.]

Chair DURBIN. Thank you. Mr. Spiegel.

**STATEMENT OF MR. EVAN SPIEGEL,
CO-FOUNDER AND CHIEF EXECUTIVE OFFICER,
SNAP INCORPORATED, SANTA MONICA, CALIFORNIA**

Mr. SPIEGEL. Chairman Durbin, Ranking Member Graham, and Members of the Committee, thank you for convening this hearing, and for moving forward important legislation to protect children online. I'm Evan Spiegel, the co-founder and CEO of Snap. We created Snapchat, an online service that is used by more than 800 million people worldwide to communicate with their friends and family.

I know that many of you have been working to protect children online since before Snapchat was created, and we are grateful for your long-term dedication to this cause, and your willingness to work together to help keep our community safe. I want to acknowledge the survivors of online harms and the families who are here today who have suffered the loss of a loved one. Words cannot begin to express the profound sorrow I feel that a service we designed to bring people happiness and joy has been abused to cause harm.

I want to be clear that we understand our responsibility to keep our community safe. I also want to recognize the many families who have worked to raise awareness on these issues, push for change, and collaborated with lawmakers on important legislation like the Cooper Davis Act, which can help save lives.

I started building Snapchat with my co-founder, Bobby Murphy, when I was 20 years old. We designed Snapchat to solve some of the problems that we experienced online when we were teenagers. We didn't have an alternative to social media. That meant pictures shared online were permanent, public, and subject to popularity metrics. It didn't feel very good.

We built Snapchat differently because we wanted a new way to communicate with our friends that was fast, fun, and private. A picture is worth a thousand words, so people communicate with images and videos on Snapchat. We don't have public likes or comments when you share your story with friends. Snapchat is private

10

by default, meaning that people need to opt in to add friends and choose who can contact them. When we built Snapchat, we chose to have the images and videos sent through our service delete by default.

Unlike prior generations who've enjoyed the privacy afforded by phone calls which aren't recorded, our generation has benefited from the ability to share moments through Snapchat that may not be picture perfect, but instead convey emotion without permanence. Even though Snapchat messages are deleted by default, we let everyone know that images and videos can be saved by the recipient.

When we take action on illegal or potentially harmful content, we also retain the evidence for an extended period, which allows us to support law enforcement and hold criminals accountable. To help prevent the spread of harmful content on Snapchat, we approve the content that is recommended on our service using a combination of automated processes and human review.

We apply our content rules consistently and fairly across all accounts. We run samples of our enforcement actions through quality assurance to verify that we're getting it right. We also proactively scan for known child sexual abuse material, drug-related content, and other types of harmful content, remove that content, deactivate and device block offending accounts, preserve the evidence for law enforcement and report certain content to the relevant authorities for further action.

Last year, we made 690,000 reports to the National Center for Missing and Exploited Children leading to more than 1,000 arrests. We also removed 2.2 million pieces of drug-related content, and blocked 705,000 associated accounts. Even with our strict privacy settings, content moderation efforts, proactive detection, and law enforcement collaboration, bad things can still happen when people use online services. That's why we believe that people under the age of 13 are not ready to communicate on Snapchat.

We strongly encourage parents to use the device-level parental controls on iPhone and Android. We use them in our own household, and my wife approves every app that our 13-year-old downloads. For parents who want more visibility and control, we built Family Center on Snapchat where you can view who your teen is talking to, review privacy settings, and set content limits. We have worked for years with Members of the Committee on legislation like the Kids Online Safety Act and the Cooper Davis Act, which we are proud to support.

I want to encourage broader industry support for legislation protecting children online. No legislation is perfect, but some rules of the road are better than none. Much of the work that we do to protect people that use our service would not be possible without the support of our partners across the industry, government, nonprofit organizations, NGO's, and in particular, law enforcement and the first responders who have committed their lives to helping keep people safe.

I'm profoundly grateful for the extraordinary efforts across our country and around the world to prevent criminals from using online services to perpetrate their crimes. I feel an overwhelming sense of gratitude for the opportunities that this country has afforded me and my family. I feel a deep obligation to give back and

11

to make a positive difference, and I'm grateful to be here today as part of this vitally important democratic process.

Members of the Committee, I give you my commitment that we'll be part of the solution for online safety. We'll be honest about our shortcomings, and we'll work continuously to improve. Thank you, and I look forward to answering your questions.

[The prepared statement of Mr. Spiegel appears as a submission for the record.]

Chair DURBIN. Thank you, Mr. Spiegel. Mr. Chew.

## STATEMENT OF MR. SHOU CHEW, CHIEF EXECUTIVE OFFICER, TIKTOK INCORPORATED, SINGAPORE

Mr. CHEW. Chair Durbin, Ranking Member Graham, and Members of the Committee, I appreciate the opportunity to appear before you today. My name is Shou Chew, and I'm the CEO of TikTok, an online community of more than 1 billion people worldwide, including well over 170 million Americans who use our app every month to create, to share, and to discover.

Now, although the average age on TikTok in the U.S. is over 30, we recognize that special safeguards are required to protect minors, and especially, when it comes to combating all forms of CSAM. As a father of three young children myself, I know that the issues that we're discussing today are horrific and the nightmare of every parent. I am proud of our efforts to address the threats to young people online from a commitment to protecting them, to our industry leading policies, use of innovative technology, and significant ongoing investments in trust and safety to achieve this goal.

TikTok is vigilant about enforcing its 13-and-up age policy, and offers an experience for teens that is much more restrictive than you and I would have as adults. We make careful product design choices to help make our app inhospitable to those seeking to harm teens. Let me give you a few examples of long-standing policies that you need to TikTok. We didn't do them last week.

First, direct messaging is not available to any users under the age of 16. Second, accounts for people under 16 are automatically set to private along with their content. Furthermore, the content cannot be downloaded and will not be recommended to people they do not know. Third, every teen under 18, has a screen time limit automatically set to 60 minutes. And fourth, only people 18 and above are allowed to use our livestream feature.

I'm proud to say that TikTok was among the first to empower parents to supervise their teens on our app with our family pairing tools. This includes setting screen time limits, filtering out content from the teens' feeds, amongst others. We made these choices after consulting with doctors and safety experts who understand the unique stages of teenage development to ensure that we have the appropriate safeguards to prevent harm and minimize risk.

Now, safety is one of the core priorities that defines TikTok under my leadership. We currently have more than 40,000 trust and safety professionals working to protect our community globally, and we expect to invest more than $2 billion in trust and safety efforts this year alone, with a significant part of that in our U.S. operations. Our robust community guidelines strictly prohibit con-

12

tent or behavior that puts teenagers at risk of exploitation or other harm, and we vigorously enforce them.

Our technology moderates all content uploaded to our app to help quickly identify potential CSAM and other material that breaks our rules. It automatically removes the content or elevates it to our safety professionals for further review. We also moderate direct messages for CSAM and related material, and use third-party tools like photo DNA and take it down to combat CSAM to prevent content from being uploaded to our platform.

We continually meet with parents, teachers, and teens. In fact, I sat down with a group just a few days ago. We use their insight to strengthen the protections on our platform, and we also work with leading groups like the Technology Coalition.

The steps that we're taking to protect teens are a critical part of our larger trust and safety work as we continue our voluntary and unprecedented efforts to build a safe and secure data environment for U.S. users, ensuring that our platform remains free from outside manipulation and implementing safeguards on our content recommendation and moderation tools.

Keeping teens safe online requires a collaborative effort as well as collective action. We share the Committee's concern and commitment to protect young people online, and we welcome the opportunity to work with you on legislation to achieve this goal. Our commitment is ongoing and unwavering because there is no finish line when it comes to protecting teens.

Thank you for your time and consideration today. I'm happy to answer your questions.

[The prepared statement of Mr. Chew appears as a submission for the record.]

Chair DURBIN. Thanks, Mr. Chew. Ms. Yaccarino.

## STATEMENT OF MS. LINDA YACCARINO, CHIEF EXECUTIVE OFFICER, X CORP., SAN FRANCISCO, CALIFORNIA

Ms. YACCARINO. Chairman Durbin, Ranking Member Graham, and esteemed Members of the Committee, thank you for the opportunity to discuss X's work to protect the safety of minors online.

Today's hearing is titled a crisis which calls for immediate action. As a mother, this is personal, and I share the sense of urgency. X is an entirely new company, an indispensable platform for the world and for democracy. You have my personal commitment that X will be active and a part of this solution.

While I joined X only in June 2023, I bring a history of working together with governments, advocates, and NGO's to harness the power of media to protect people. Before I joined, I was struck by the leadership steps this new company was taking to protect children. X is not the platform of choice for children and teens.

We do not have a line of business dedicated to children. Children under the age of 13 are not allowed to open an account. Less than 1 percent of the U.S. users on X are between the ages of 13 and 17, and those users are automatically set to a private default setting, and cannot accept a message from anyone they do not approve.

In the last 14 months, X has made material changes to protect minors. Our policy is clear, X has zero tolerance toward any mate-

13

rial that features or promotes child sexual exploitation. My written testimony details X's extensive policies on content or actions that are prohibited, and include grooming, blackmail, and identifying alleged victims of CSE.

We've also strengthened our enforcement with more tools and technology to prevent those bad actors from distributing, searching for, and engaging with CSE content. If CSE content is posted on X, we remove it, and now we also remove any account that engages with CSE content, whether it is real or computer generated.

Last year, X suspended 12.4 million accounts for violating our CSE policies. This is up from 2.3 million accounts that were removed by Twitter in 2022. In 2023, 850,000 reports were sent to NCMEC, including our first ever autogenerated report. This is eight times more than was reported by Twitter in 2022.

We've changed our priorities. We've restructured our trust and safety teams to remain strong and agile. We are building a trust and safety center of excellence in Austin, Texas to bring more agents in-house to accelerate our impact. We're applying to the Technology Coalition's project, Lantern, to make further industry-wide progress and impact. We've also opened up our algorithms for increased transparency. We want America to lead in this solution.

X commends the Senate for passing the REPORT Act, and we support the SHIELD Act. It is time for a Federal standard to criminalize the sharing of nonconsensual intimate material. We need to raise the standards across the entire internet ecosystem, especially for those tech companies that are not here today and not stepping up. X supports the STOP CSAM Act. The Kids Online Safety Act should continue to progress, and we will support the continuation to engage with it and ensure the protections of the freedom of speech.

There are two additional areas that require everyone's attention. First, as the daughter of a police officer, law enforcement must have the critical resources to bring these bad offenders to justice. Second, with artificial intelligence, offenders' tactics will continue to sophisticate and evolve. Industry collaboration is imperative here.

X believes that the freedom of speech and platform safety can and must coexist. We agree that now is the time to act with urgency. Thank you. I look forward to answering your questions.

[The prepared statement of Ms. Yaccarino appears as a submission for the record.]

Chair DURBIN. Thank you very much, Ms. Yaccarino. Now we'll go into rounds of questions. Seven minutes each for the Members as well. I would like to make note of your testimony, Ms. Yaccarino, I believe you are the first social media company to publicly endorse the CSAM Act.

Ms. YACCARINO. It is our honor, Chairman.

Chair DURBIN. That is progress, my friends. Thank you for doing that. I'm still going to be asking some probing questions, but let me get down to the bottom line here. I'm going to focus on my legislation on CSAM. What it says is civil liability if you intentionally or knowingly host or store child sexual abuse materials or make child sex abuse materials available. Second, intentionally or knowingly promote, or aid and abet a violation of child sexual exploi-

14

tation laws. Is there anyone here who believes you should not be held civilly liable for that type of conduct? Mr. Citron.

Mr. CITRON. Good morning, Chair. You know, we very much believe that this content is disgusting and that there are many things about the STOP CSAM bill that I think are very encouraging and we very much support adding more resources for the CyberTipline and modernizing that along with giving more resources to NCMEC. And I'd be very open to having conversations with you and your team to talk through the details of the bills and more.

Chair DURBIN. I sure would like to do that because if you intentionally or knowingly host or store CSAM, I think you ought to at least be civilly liable. I can't imagine anyone who would disagree with that.

Mr. CITRON. Yes, it's disgusting content.

Chair DURBIN. It certainly is. That's why we need you supporting this legislation. Mr. Spiegel, I want to tell you, I listened closely to your testimony here, and it's never been a secret that Snapchat is used to send sexually explicit images. In 2013, early in your company's history, you admitted this in an interview. Do you remember that interview?

Mr. SPIEGEL. Senator, I don't recall this specific interview.

Chair DURBIN. You said that when you were first trying to get people on the app, you would, "go up to the people and be, like, hey, you should try this application. You can send disappearing photos. And they would say, oh, for sexting." Do you remember that interview?

Mr. SPIEGEL. Senator, when we first created the application, it was actually called Peekaboo, and the idea was around disappearing images. The feedback we received from people using the app is that they were actually using it to communicate. So we changed the name of the application to Snapchat, and we found that people were using it to talk visually.

Chair DURBIN. As early as 2017, law enforcement identified Snapchat as the pedophiles go-to sexual exploitation tool. The case of a 12-year-old girl identified in court only as LW shows the danger. Over 2½ years, a predator sexually groomed her, sending her sexually explicit images and videos over Snapchat.

The man admitted that he only used Snapchat with LW and not any other platforms because he, "knew the chats would go away." Did you and everyone else at Snap really fail to see that the platform was the perfect tool for sexual predators?

Mr. SPIEGEL. Senator, that behavior is disgusting and reprehensible. We provide in-app reporting tools so that people who are being harassed or who, you know, have been shared inappropriate sexual content can report it in the case of harassment or sexual content. We typically respond to those reports within 15 minutes so that we can provide help.

Chair DURBIN. When LW, the victim, sued Snapchat, her case was dismissed under Section 230 of the Communications Decency Act. Do you have any doubt that had Snap faced the prospect of civil liability for facilitating sexual exploitation, the company would've implemented even better safeguards?

Mr. SPIEGEL. Senator, we already work extensively to proactively detect this type of behavior. We make it very difficult for predators

15

to find teens on Snapchat. There are no public friends lists, no pub-
lic profile photos. When we recommend friends for teens, we make
sure that they have several mutual friends in common before mak-
ing that recommendation. We believe those safeguards are impor-
tant to preventing predators from misusing our platform.

Chair DURBIN. Mr. Citron, according to Discord's website, it
takes, "a proactive and automated approach to safety only on serv-
ers with more than 200 members. Smaller servers rely on server
owners and community moderators to define and enforce behavior."

So how do you defend an approach to safety that relies on groups
of fewer than 200 sexual predators to report themselves for things
like grooming, trading in CSAM, or sextortion?

Mr. CITRON. Chair, our goal is to get all of that content off of our
platform, and ideally prevent it from showing up in the first place,
or from people engaging in these kinds of horrific activities. We de-
ploy a wide array of techniques that work across every surface on
Discord.

I mentioned we recently launched something called Teen Safety
Assist, which works everywhere, and it's on by default for teen
users that kind of acts like a buddy that lets them know if they're
in a situation or talking with someone that may be inappropriate
so they can report that to us and block that user. So we——

Chair DURBIN. Mr. Citron, if that were working, we wouldn't be
here today.

Mr. CITRON. Chair, this is an ongoing challenge for all of us.
That that is why we're here today. But we do have—15 percent of
our company is focused on trust and safety, of which this is one of
our top issues. That's more people than we have working on mar-
keting and promoting the company. So we take these issues very
seriously, but we know it's an ongoing challenge, and I look for-
ward to working with you and collaborating with our tech peers
and the nonprofits to improve our approach.

Chair DURBIN. I certainly hope so. Mr. Chew, your organization,
business is one of the more popular ones among children. Can you
explain to us what you are doing particularly, and whether you've
seen any evidence of CSAM in your business?

Mr. CHEW. Yes, Senator. We have a strong commitment to invest
in trust and safety. And as I said in my opening statement, I in-
tend to invest more than $2 billion in trust and safety this year
alone. We have 40,000 safety professionals, you know, working on
this topic. We have built a specialized child safety team to help us
identify specialized issues, horrific issues, like material like the
ones you have mentioned. If we identify any on our platform and
we proactively do detection, we will remove it, and we will report
them to NCMEC and other authorities.

Chair DURBIN. Why is it TikTok allowing children to be exploited
into performing commercialized sex acts?

Mr. CHEW. Senator, I respectfully disagree with that character-
ization. Our live streaming product is not for anyone below the age
of 18. We have taken action to identify anyone who violates that,
and we remove them from using that service.

Chair DURBIN. At this point, I'm going to turn to my Ranking
Member, Senator Graham.

16

Senator GRAHAM. Thank you, Mr. Chairman. Mr. Citron, you said we need to start a discussion. To be honest with you, we've been having this discussion for a very long time. We need to get a result, not a discussion. Do you agree with that?

Mr. CITRON. Ranking Member, I agree this is an issue that we've also been very focused on since we started our company in 2015, but this is first time we——

Senator GRAHAM. Are you familiar with the EARN IT Act, authored by myself and Senator Blumenthal?

Mr. CITRON. A little bit. Yes.

Senator GRAHAM. Okay. Do you support that?

Mr. CITRON. We——

Senator GRAHAM. Like, yes or no.

Mr. CITRON. We're not prepared to support it today, but we believe that Section——

Senator GRAHAM. Do you support the CSAM Act?

Mr. CITRON. The STOP CSAM Act, we are not prepared to support it today either.

Senator GRAHAM. Do you support the SHIELD Act?

Mr. CITRON. We believe that the CyberTipline——

Senator GRAHAM. Do you support it? Yes, or no?

Mr. CITRON. We believe that the CyberTipline and NCMEC——

Senator GRAHAM. I'll take that to be no. The Project Safe Childhood Act. Do you support it?

Mr. CITRON. We believe that——

Senator GRAHAM. I'll take that to be no. The REPORT Act. Do you support it?

Mr. CITRON. Ranking Member Graham, we very much look forward to having conversations with you and your team——

Senator GRAHAM. We look forward to passing the bill that will solve the problem. Do you support removing Section 230 liability protections for social media companies?

Mr. CITRON. I believe that Section 230 needs to be updated. It's a very old law.

Senator GRAHAM. Do you support repealing it so people can sue if they believe they're harmed?

Mr. CITRON. I think that Section 230 as written, while it has many downsides, has enabled innovation on the internet, which I think has largely been——

Senator GRAHAM. Thank you very much. So here you are. You got—if you're waiting on these guys to solve the problem, we're going to die waiting. Mr. Zuckerberg, I'll try to be respectful here. The Representative from South Carolina, Mr. Guffey's son, got caught up in a sex extortion ring in Nigeria using Instagram. He was shaken down, paid money that wasn't enough, and he killed himself using Instagram. What would you like to say to him?

Mr. ZUCKERBERG. It's terrible. I mean, no one should have to go through something like that.

Senator GRAHAM. You think he should be allowed to sue you?

Mr. ZUCKERBERG. I think that they can sue us.

Senator GRAHAM. Well, I think you should, and he can't. So the bottom line here, folks, is that this Committee is done with talking. We passed five bills unanimously that in their different ways—and look at who did this. Senators Graham and Blumenthal, Senators

17

Durbin and Hawley, Senators Klobuchar and Cornyn, Senators Cornyn and Klobuchar, and Senators Blackburn and Ossoff. I mean, we've found common ground here that just is astonishing. And we've had hearing after hearing, Mr. Chairman. And the bottom line is, I've come to conclude gentlemen, that you're not going to support any of this. Linda, how do you say your last name?

Ms. YACCARINO. Yaccarino.

Senator GRAHAM. Do you support the EARN IT Act?

Ms. YACCARINO. We strongly support the collaboration to raise industry——

Senator GRAHAM. No, no——

Ms. YACCARINO [continuing]. Practices to prevent CSAM.

Senator GRAHAM [continuing]. No, no. Do you support the EARN IT Act? In English, do you support the EARN IT Act? Yes, or no? We don't need double speak here.

Ms. YACCARINO. We look forward to supporting and continue our conversations. As you can see——

Senator GRAHAM. Okay. So I take that as no. But you have taken—the reason the EARN IT Act's important, you can actually lose your liability protection when children are exploited and you didn't use best business practices. See, the EARN IT Act means you have to earn liability protection. You aren't given it no matter what you do.

So to the Members of this Committee, it is now time to make sure that the people who are holding up the signs can sue on behalf of their loved ones. Nothing will change until the courtroom door is open to victims of social media. $2 billion, Mr. Chew, what percentage is that of what you made last year?

Mr. CHEW. Senator, it's a significant and increasing investment. As a private company, we're not——

Senator GRAHAM. You pay taxes. I mean, 2 percent is what percent of your revenue?

Mr. CHEW [continuing]. Senator, we're not ready to share our financials in public.

Senator GRAHAM. Well, I just think $2 billion sounds a lot unless you make a $100 billion. So the point is, you know, when you tell us you're going to spend $2 billion, great, but how much do you make? You know, it's all about eyeballs. Well, our goal is to get eyeballs on you.

And it's just not about children, I mean, the damage being done. Do you realize, Mr. Chew, that your TikTok representative in Israel resigned yesterday?

Mr. CHEW. Yes, I'm aware.

Senator GRAHAM. Okay. And he said, "I resigned from TikTok. We're living at a time in which our existence as Jews in Israel, and Israel is under attack and in danger. Multiple screenshots taken from TikTok's internal employee chat platform known as Lark, show how TikTok's trust and safety officers celebrate the barbaric acts of Hamas and other Iranian-back terror groups, including Houthis in Yemen."

Mr. CHEW. Senator, I need to make it very clear that pro-Hamas content and hate speech is not allowed at all——

Senator GRAHAM. Why did——

Mr. CHEW [continuing]. In our company.

18

Senator GRAHAM [continuing]. He resign—why did he resign? Why did he quit?

Mr. CHEW. Senator, we also do not allow any people——

Senator GRAHAM. Do you why did he quit?

Mr. CHEW. We do not allow this. We will investigate such claims——

Senator GRAHAM. But my question is, he quit. I'm sure he had a good job. He gave up a good job because he thinks your platform is being used to help people who want to destroy the Jewish state, and I'm not saying you want that. Mr. Zuckerberg, I'm not saying you want, as an individual, any of the harms. I am saying that the products you have created with all the upside have a dark side.

Mr. Citron, I am tired of talking. I'm tired of having discussions. We all know the answer here, and here's the ultimate answer: stand behind your product. Go to the American courtroom and defend your practices. Open up the courthouse door. Until you do that, nothing will change.

Until these people can be sued for the damage they're doing, it is all talk. I'm a Republican who believes in free enterprise, but also believe that every American who's been wronged has to have somebody to go to to complain. There's no commission to go to that can punish you. There's not one law in the book because you oppose everything we do and you can't be sued. That has to stop, folks.

How do you expect the people in the audience to believe that we're going to help their families if we don't have some system or a combination of systems to hold these people accountable? Because for all the upside, the dark side is too great to live with. We do not need to live this way as Americans.

Chair DURBIN. Thank you, Senator Graham. Senator Klobuchar is next. She's been quite a leader on the subject for quite a long time on the SHIELD Act and with Senator Cornyn on the revenge porn legislation. Senator Klobuchar.

Senator KLOBUCHAR. Thank you very much, Chairman Durbin, and thank you Ranking Member Graham for those words. I couldn't agree more. For too long we have been seeing the social media companies turn a blind eye when kids have joined these platforms in record numbers.

They have used algorithms that push harmful content because that content got popular. They provided a venue, maybe not knowingly at first, but for dealers to sell deadly drugs like fentanyl. Our own head of our Drug Enforcement Administration has said they basically have been captured by the cartels in Mexico and in China.

So I strongly support, first of all, the STOP CSAM bill. I agree with Senator Graham that nothing is going to change unless we open up the courtroom doors. I think the time for all of this immunity is done, because I think money talks even stronger than we talk up here.

Two of the five bills, as noted, are my bills with Senator Cornyn. One has actually passed through the Senate, but is waiting action in the House. But the other one is the SHIELD Act, and I do support appreciate those supportive of that bill. This is about revenge porn. The FBI Director testified before this Committee, there has been over 20 suicides of kids attributed to online revenge porn in just the last year.

19

But for those parents out there and those families, this is for them, about their own child, but it's also about making sure this doesn't happen to other children. I know because I've talked to these parents. Parents like Bridget Norring from Hastings, Minnesota, who is out there today. Bridget lost her teenage son after he took a fentanyl-laced pill that he purchased on the internet. Amy Neville is also here. Platform, got the pill. Amy Neville is also here. Her son, Alexander, was only 14 when he died after taking a pill he didn't know was actually fentanyl.

We're starting a law enforcement campaign, "One pill kills," in Minnesota, going to the schools with the sheriffs and law enforcement. But the way to stop it is, yes, at the border and at the points of entry, but we know that 30 percent, some of the people that are getting the fentanyl are getting it off the platforms.

Meanwhile, social media platforms generated $11 billion in revenue in 2022 from advertising directed at children and teenagers, including nearly $2 billion in ad profits derived from users age 12 and under. When a Boeing plane lost a door in mid-flight several weeks ago, nobody questioned the decision to ground a fleet of over 700 planes. So why aren't we taking the same type of decisive action on the danger of these platforms when we know these kids are dying?

We have bills——

[Applause.]

Senator KLOBUCHAR [continuing]. That have passed through this incredibly diverse Committee when it comes to our political views that have passed through this Committee, and they should go to the floor. We should do something finally about liability, and then we should turn to some of the other issues that a number of us have worked on when it comes to the charges for app stores, and when it comes to some of the monopoly behavior and the self-preferencing. But I'm going to stick with this today.

Facts: one-third of fentanyl cases investigated over 5 months, had direct ties to social media. That's from the DEA. Facts: between 2012 and 2022, CyberTipline reports of online child sexual exploitation increased from 415,000 to more than 32 million. And as I noted, at least 20 victims committed suicide in sextortion cases.

So, I'm going to start with that with you, Mr. Citron. My bill with Senator Cornyn, the SHIELD Act, includes a threat provision that would help protection and accountability for those that are threatened by these predators. Young kids get a picture, send it in, think they got a new girlfriend, or a new boyfriend, ruins their life or they think it's going to be ruined, and they kill themselves. So could you tell me why you're not supporting the SHIELD Act?

Mr. CITRON. Senator, we think it's very important that teens have a safe experience on our platforms. I think that the portion to strengthen law enforcement's ability to investigate crimes against children and hold bad actors accountable is incredible.

Senator KLOBUCHAR. So are you holding open that you may support it?

Mr. CITRON. We very much would like to have conversations with you. We're open to discussing further, and we do welcome legisla-

20

tion regulation. You know, this is a very important issue for our country, and you know, we've been prioritizing safety for——

Senator KLOBUCHAR. Okay, thank you.

Mr. CITRON [continuing]. Teens——

Senator KLOBUCHAR. I'm much more interested in if you support it because there's been so much talk at these hearings, and popcorn throwing, and the like, and I just want to get this stuff done. I'm so tired of this. It's been 28 years, what, since the internet—we haven't passed any of these bills because everyone's double-talk, double talk. It's time to actually pass them. And the reason they haven't passed is because of the power of your company. So let's be really, really clear about that. So what you say matters. Your words matter.

Mr. Chew, I'm a co-sponsor of Chair Durbin's STOP CSAM Act of 2023, along with Senator Hawley, who's the lead Republican, I believe, which, among other things, empowers victims by making it easier for them to ask tech companies to remove the material and related imagery from their platforms. Why would you not support this bill?

Mr. CHEW. Senator, we largely support it. I think the spirit of it is very aligned with what we want to do. There are questions about implementation that I think companies like us and some other groups have, and we look forward to asking those. And of course, if this legislation is law, we will comply.

Senator KLOBUCHAR. Mr. Spiegel, I know we talked ahead of time. I do appreciate your company's support for the Cooper Davis Act which will finally—it's a bill with Senator Shaheen and Marshall, which will allow law enforcement to do more when it comes to fentanyl. I think you know what a problem this is. Devin Norring, a teenager from Hastings—I mentioned his mom is here—suffered dental pain and migraine. So he bought what he thought was a percocet over Snap, but instead he bought a counterfeit drug laced with a lethal dose of fentanyl.

As his mom, who is here with us today said, "All of the hopes and dreams we as parents had for Devin were erased in the blink of an eye, and no mom should have to bury their kid." Talk about why you support the Cooper Davis Act.

Mr. SPIEGEL. Senator, thank you. We strongly support the Cooper Davis Act, and we will believe it will help DEA go after the cartels, and get more dealers off the streets to save more lives.

Senator KLOBUCHAR. Okay. Are there others that support that bill on this? No? Okay. Last, Mr. Zuckerberg. In 2021, The Wall Street Journal reported on internal Meta research documents asking, "Why do we care about tweens?" These were internal documents. I'm quoting the documents. And answering its own question by citing Meta internal emails, "They are a valuable but untapped audience."

At a commerce hearing, I'm also on that Committee, I asked Meta's head of global safety why children age 10 to 12 are so valuable to Meta. She responded, "We do not knowingly attempt to recruit people who aren't old enough to use our apps." Well, when the 42 State attorneys general, Democrat and Republican, brought their case they said this statement was inaccurate.

21

Few examples. In 2021, she received an email—Ms. Davis—from
Instagram's research director saying that Instagram is investing in
experiencing targeting young age, roughly 10 to 12. In a February
2021 instant message, one of your employees wrote that Meta is
working to recruit Gen Alpha before they reach teenage years. A
2018 email that circulated inside Meta says that you were briefed
that children under 13 will be critical for increasing the rate of ac-
quisition when users turn 13.

Explain that, with what I heard at that testimony at the com-
merce hearing, that they weren't being targeted. And I just ask,
again, as the other witnesses were asked, why your company does
not support the STOP CSAM Act or the SHIELD Act?

Mr. ZUCKERBERG. Sure, Senator, I'm happy to talk to—to both of
those. We had discussions internally about whether we should
build a kids' version of Instagram, like the kids' version——

Senator KLOBUCHAR. I remember that.

Mr. ZUCKERBERG [continuing]. Of YouTube and other services.
We haven't actually moved forward with that, and we currently
have no plans to do so. So I can't speak directly to the exact emails
that you cited, but it sounds to me like they were deliberations
around a project that people internally thought was important and
we didn't end up moving forward with.

Senator KLOBUCHAR. Okay. And the bills.

Mr. ZUCKERBERG. Yes.

Senator KLOBUCHAR. What are you going to say about the two
bills?

Mr. ZUCKERBERG. Sure. So overall, I mean, my position on the
bills is I agree with the goal of all of them. There are most things
that I agree with within them. There are specific things that I
would probably do differently. We also have our own legislative
proposal for what we think would be most effective in terms of
helping the internet and the various companies give parents con-
trol over the experience. So I'm happy to go into the detail on any
one of them, but ultimately, I mean, I think that this is——

Senator KLOBUCHAR. Well, I think these parents will tell you
that this stuff hasn't worked, to just give parents control. They
don't know what to do. It's very, very hard, and that's why we are
coming up with other solutions that we think are much more help-
ful to law enforcement, but also this idea of finally getting some-
thing going on liability. Because I just believe with all the re-
sources you have, that you actually would be able to do more than
you're doing, or these parents wouldn't be sitting behind you right
now in this Senate hearing room.

Chair DURBIN. Thank you——

Mr. ZUCKERBERG. Senator Klobuchar——

Chair DURBIN [continuing]. Senator Klobuchar.

Mr. ZUCKERBERG [continuing]. Could I speak to that, or do you
want me to come back later?

Chair DURBIN. Please, go ahead.

Mr. ZUCKERBERG. I don't think that parents should have to
upload an ID or prove that they're the parent of a child in every
single app that their children use. I think the right place to do this
and a place where it'd be actually very easy for it to work is within
the app stores themselves, where my understanding is Apple and

22

Google, already—or at least Apple, already requires parental consent when a child does a payment with an app. So it should be pretty trivial to pass a law that requires them to make it so that parents have control anytime a child downloads an app and offers consent of that.

And the research that we've done shows that the vast majority of parents want that, and I think that that's the type of legislation, in addition to some of the other ideas that you-all have, that would make this a lot easier for parents.

Senator KLOBUCHAR. Yes. Just to be clear, I remember one mom telling me with all these things she could maybe do that she can't figure out, it's like a faucet overflowing in a sink, and she's out there with a mop while her kids are getting addicted to more and more different apps, and being exposed to material. We've got to make this simpler for parents so they can protect their kids, and I just don't think this is going to be the way to do it.

I think the answer is what Senator Graham has been talking about, which is opening up the halls of the courtroom. So that puts it on you guys to protect these parents, and protect these kids, and then also to pass some of these laws which makes it easier for law enforcement.

Chair DURBIN. Thank you, Senator Klobuchar. We're going to try to stick to the 7-minute rule. Didn't work very well, but we're going to—I'll try to give additional time on the other side as well. Senator, Cornyn.

Senator CORNYN. There's no question that your platforms are very popular, but we know that while here in the United States, we have an open society and a free exchange of information, that there are authoritarian governments, there are criminals who will use your platforms for the sale of drugs, for sex, for extortion, and the like.

And Mr. Chew, I think your company is unique among the ones represented here today because of its ownership by ByteDance, a Chinese company. And I know there have been some steps that you've taken to wall off the data collected here in the United States, but the fact of the matter is that under Chinese law and Chinese National Intelligence Law, all information accumulated by companies in the People's Republic of China are required to be shared with the Chinese Intelligence Services.

ByteDance, the initial release of TikTok, I understand was in 2016. These efforts that you made with Oracle under the so-called Project Texas to wall off the U.S. data was in 2021, and apparently, allegedly, fully walled off in March 2023. What happened to all of the data that TikTok collected before that?

Mr. CHEW. Senator, thank you.

Senator CORNYN. From American users.

Mr. CHEW. I understand. TikTok is owned by ByteDance, which is majority owned by global investors, and we have three Americans on the board out of five. You are right in pointing out that over the last 3 years, we have spent billions of dollars building out Project Texas, which is a plan that is unprecedented in our industry. The wall off, firewall, protected U.S. data from the rest of our staff. We also have this——

23

Senator CORNYN. And I'm asking about all of the data that you collected prior to that event.

Mr. CHEW. Yes, Senator. We have started a data deletion plan. I talked about this a year ago. We have finished the first phase of data deletion through our data centers outside of the Oracle Cloud Infrastructure. And we're beginning phase two, where we will not only delete from the data centers, we will hire a third party to verify that work. And then we will go into, you know, for example, employees working laptops to delete that as well.

Senator CORNYN. Was all of the data collected by TikTok prior to Project Texas shared with the Chinese government pursuant to the national intelligence laws of that country?

Mr. CHEW. Senator, we have not been asked for any data by the Chinese government, and we have never provided it.

Senator CORNYN. Your company is unique, again, among the ones represented here today because you're currently undergoing review by the Committee on Foreign Investment in the United States. Is that correct?

Mr. CHEW. Senator, yes, there are ongoing discussions, and a lot of our Project Texas work is informed by the discussions with many agencies under the CFIUS umbrella.

Senator CORNYN. Well, CFIUS is designed specifically to review foreign investments in the United States for national security risks. Correct?

Mr. CHEW. Yes, I believe so.

Senator CORNYN. And your company is currently being reviewed by this Interagency Committee at the Treasury Department for potential national security risks?

Mr. CHEW. Senator, this review is on acquisition of Musical.ly, which is an acquisition that was done many years ago.

Senator CORNYN. I mean, is this a casual conversation, or are you actually providing information to the Treasury Department about how your platform operates for evaluating a potential national security risk?

Mr. CHEW. Senator, it's been many years across two administrations, and a lot of discussions around how our plans are, how our systems work. We have a lot of robust discussions about a lot of detail.

Senator CORNYN. Sixty-three percent of teens, I understand, use TikTok. Does that sound about right?

Mr. CHEW. Senator, I cannot verify that. We know we are popular amongst many age groups. The average age in the U.S. today for our user base is over 30, but we are aware we are popular.

Senator CORNYN. And you reside in Singapore with your family. Correct?

Mr. CHEW. Yes. I reside in Singapore, and I work here in the United States as well.

Senator CORNYN. And do your children have access to TikTok in Singapore?

Mr. CHEW. Senator, if they lived in the United States, I would give them access to our under 13 experience. My children are below the age of 13.

Senator CORNYN. My question is, in Singapore, do they have access to TikTok, or is that restricted by domestic law?

24

Mr. CHEW. We do not have an under 13 experience in Singapore. We have that in the United States because we were deemed a mixed audience app, and we created under 13 experience in response to that.

Senator CORNYN. A Wall Street Journal article published yesterday directly contradicts what your company has stated publicly. According to the journal, employees under the Project Texas say that U.S. user data, including user emails, birth date, IP addresses, continue to be shared with ByteDance staff, again, owned by a Chinese company. Do you dispute that?

Mr. CHEW. Yes, Senator. There are many things about that article. They are inaccurate. Where it gets right is that this is a voluntary project that we built. We spend billions of dollars. There are thousands of employees involved, and it's very difficult because it's unprecedented.

Senator CORNYN. Why is it important that the data collected from U.S. users be stored in the United States?

Mr. CHEW. Senator, this was a project we built in response to some of the concerns that were raised by Members of this Committee and others.

Senator CORNYN. And that was because of concerns that the data that was stored in China could be accessed by the Chinese Communist Party by according to the National Intelligence Law. Correct?

Mr. CHEW. Senator, we are not the only company that does business—you know, that has Chinese employees. For example, we're not even the only company in this room that hires Chinese nationals, but in order to address some of these concerns, we have moved the data into the Oracle Cloud Infrastructure.

We built a 2,000-person team to oversee the management of that data based here. We firewalled it off from the rest of the organization, and then we open it up to third parties like Oracle, and we will onboard others to give them third-party validation. This is unprecedented access. I think we are unique in taking even more steps to protect user data in the United States.

Senator CORNYN. Well, you've disputed The Wall Street Journal story published yesterday. Are you going to conduct any sort of investigation to see whether there's any truth to the allegations made in the article, or are you just going to dismiss them outright?

Mr. CHEW. Oh, we're not going to dismiss them. So we have ongoing security inspections, not only by our own personnel, but also by third parties to ensure that the system is rigorous and robust. No system that any one of us can build is perfect, but what we need to do is to make sure that we are always improving it and testing it against bad people who may try to bypass it. And if anyone breaks our policies within our organization, we will take disciplinary action against them.

Chair DURBIN. Thanks, Senator Cornyn. Senator Coons.

Senator COONS. Thank you, Chairman Durbin. First, I'd like to start by thanking all the families that are here today. All the parents who are here because of a child they have lost. All the families that are here because you want us to see you and to know your concern. You have contacted each of us in our offices expressing your grief, your loss, your passion, and your concern. And the audi-

ence that is watching can't see this, they can see you, the witnesses from the companies, but this room is packed as far as the eye can see.

And when this hearing began, many of you picked up and held pictures of your beloved and lost children. I benefit from and participate in social media, as do many Members of the Committee, and our Nation, and our world. There are now a majority of people on earth participating in and in many ways benefiting from one of the platforms you have launched, or you lead, or you represent.

And we have to recognize there are some real positives to social media. It has transformed modern life, but it has also had huge impacts on families, on children, on nations. And there's a whole series of bills championed by Members of this Committee that tries to deal with the trafficking in illicit drugs, the trafficking in illicit child sexual material, the things that are facilitated on your platforms that may lead to self-harm or suicide.

So we've heard from several of the leaders on this Committee—the Chair, and Ranking, and very talented and experienced Senators. The frame that we are looking at, this is consumer protection. When there is some new technology, we put in place regulations to make sure that it is not overly harmful. As my friend Senator Klobuchar pointed out, one door flew off of one plane, no one was hurt, and yet the entire Boeing fleet of that type of plane was grounded, and a Federal fit-for-purpose agency did an immediate safety review.

I'm going to point not to the other pieces of legislation that I think are urgent that we take up and pass, but to the core question of transparency. If you are a company manufacturing a product that is allegedly addictive and harmful, one of the first things we look to is safety information. We try to give our constituents, our consumers, warnings; labels that help them understand what are the consequences of this product and how to use it safely or not.

As you've heard, pointedly, from some of my colleagues, if you sell an addictive, defective, harmful product in this country in violation of regulations and warnings, you get sued. And what is distinct about platforms as an industry is most of the families who are here, are here because there were not sufficient warnings, and they cannot effectively sue you.

So let me dig in for a moment, if I can, because each of your companies voluntarily discloses information about the content, and the safety investments you make, and the actions you take.

There was a question pressed, I think it was by Senator Graham earlier about TikTok. I believe, Mr. Chew, you said invest $2 billion in safety. My background memo said, your global revenue is $85 billion. Mr. Zuckerberg, my background memo says, you're investing $5 billion in safety in Meta, and your annual revenue is on the order of $116 billion.

So what matters? You can hear some expressions from the parents in the audience. What matters is the relative numbers and the absolute numbers. You are data folks. If there's anybody in this world who understand data, it's you guys. So I want to walk through whether or not these voluntary measures of disclosure of content and harm are sufficient, because I would argue we're here because they're not. Without better information.

26

How can policymakers know whether the protections you've testified about, the new initiatives, the starting programs, the monitoring, and the takedowns are actually working? How can we understand meaningfully how big these problems are without measuring and reporting data?

Mr. Zuckerberg, your testimony referenced a National Academy of Sciences study that said at the population level, there is no proof about harm for mental health. Well, it may not be at the population level, but I'm looking at a room full of hundreds of parents who have lost children. And our challenge is to take the data and to make good decisions about protecting families and children from harm.

So let me ask about what your companies do or don't report, and I'm going to particularly focus on your content policies around self-harm and suicide. And I'm just going to ask a series of yes or no questions. And what I'm getting at is do you disclose enough.

Mr. Zuckerberg, from your policies prohibiting content about suicide or self-harm, do you report an estimate of the total amount of content, not a percentage of the overall, not a prevalence number, but the total amount of content on your platform that violates this policy? And do you report the total number of views that self-harm or suicide-promoting content that violates this policy gets on your platform?

Mr. ZUCKERBERG. Yes. Senator, we pioneered a quarterly reporting on our community standards enforcement across all these different categories of harmful content. We focus on prevalence, which you mentioned because what we're focused on is what percent of the content that we take down——

Senator COONS. So Mr. Zuckerberg, I'm going to interrupt you.

Mr. ZUCKERBERG [continuing]. Where our systems proactively identify——

Senator COONS. You're very talented. I have very little time left. I'm trying to get an answer to a question, not as a percentage of the total, because remember it's a huge number. So the percentage is small. But do you report the actual amount of content and the amount of views, self-harm content received?

Mr. ZUCKERBERG. No. I believe we focus on prevalence.

Senator COONS. Correct. You don't. Ms. Yaccarino, yes or no. Do you report it or you don't?

Ms. YACCARINO. Senator, as a reminder, we have less than 1 percent of our users that are between the ages of 13 and 17.

Senator COONS. Do you report the absolute number——

Ms. YACCARINO. We report the number of——

Senator COONS [continuing]. Of how many images and how often do you——

Ms. YACCARINO [continuing]. Posts and accounts that we've taken down. In 2023——

Senator COONS. Yes.

Ms. YACCARINO [continuing]. We've taken over almost a million posts down in regards to mental health and self-harm.

Senator COONS. Mr. Chew, do you disclose the number of appearances of these types of content and how many are viewed before they're taken down?

27

Mr. CHEW. Senator, we disclosed the number we take down based on each category of violation and how many of that were taken down proactively before it was reported.

Senator COONS. Mr. Spiegel.

Mr. SPIEGEL. Yes, Senator, we do disclose.

Senator COONS. Mr. Citron.

Mr. CITRON. Yes, we do.

Senator COONS. So, I've got three more questions I'd love to walk through if I had unlimited time. I will submit them for the record.

The larger point is that platforms need to hand over more content about how the algorithms work, what the content does, and what the consequences are. Not at the aggregate, not at the population level, but the actual numbers of cases so we can understand the content.

In closing, Mr. Chairman, I have a bipartisan bill, the Platform Accountability and Transparency Act, co-sponsored by Senators Cornyn, Klobuchar, Blumenthal on this Committee, and Senator Cassidy and others. It's in front of the Commerce Committee, not this Committee. But it would set reasonable standards for disclosure and transparency to make sure that we're doing our jobs based on data.

Yes, there's a lot of emotion in this field, understandably, but if we're going to legislate responsibly about the management of the content on your platforms, we need to have better data. Is there any one of you willing to say now that you support this bill? Mr. Chairman, let the record reflect a yawning silence from the leaders of the social media platforms. Thank you.

Chair DURBIN. Thanks, Senator Coons. We're on one of two, the first of two roll calls, and so please understand if some of the Members leave and come back. It's no disrespect, they're doing their job. Senator Lee.

Senator LEE. Thank you, Mr. Chairman. Tragically, survivors of sexual abuse are often repeatedly victimized and revictimized over, and over, and over again by having nonconsensual images of themselves on social media platforms. There's a NCMEC study that pointed out there was one instance of CSAM that reappeared more than 490,000 times after it had been reported—after it had been reported.

So we need tools in order to deal with this. We need, frankly, laws in order to mandate standards so that this doesn't happen; so that we have a systematic way of getting rid of this stuff, because there is literally no plausible justification no way of defending this.

One tool, one that I think would be particularly effective is a bill that I'll be introducing later today, and I invite all my Committee Members to join me. It's called the PROTECT Act. The PROTECT Act would, in pertinent part, require websites to verify age and verify that they've received consent of any and all individuals appearing on their site in pornographic images. And it also requires platforms to have meaningful processes for an individual seeking to have images of him or herself removed in a timely manner.

Ms. Yaccarino, based on your understanding of existing law, what might it take for a person to have those images removed, say from X?

28

Ms. YACCARINO. Senator Lee, thank you. It sounds like what you are going to introduce into law in terms of ecosystem-wide and user consent sounds exactly like part of the philosophy of why we're supporting the SHIELD Act, and no one should have to endure nonconsensual images being shared online.

Senator LEE. Yes. And without that, without laws in place—and it's fantastic anytime a company as you've described with yours, wants to take those steps. It's very helpful. It can take a lot longer than it should, and sometimes it does to the point where somebody had images shared 490,000 times after it was reported to the authorities. And that's deeply concerning. But yes, the PROTECT Act would work in tandem with—it's a good compliment to the SHIELD Act.

Mr. Zuckerberg, let's turn to you next. As you know, I feel strongly about privacy, and believe that one of the best protections for an individual's privacy online involves end-to-end encryption. We also know that a great deal of grooming and sharing of CSAM happens to occur on end-to-end encrypted systems. Tell me, does Meta allow juvenile accounts on its platforms to use encrypted messaging services within those apps?

Mr. ZUCKERBERG. Sorry, Senator, what do you mean juvenile?

Senator LEE. Underage. People under 18.

Mr. ZUCKERBERG. Under 18. We allow people under the age of 18 to use WhatsApp, and we do allow that to be encrypted. Yes.

Senator LEE. Do you have a bottom-level age at which they're not allowed to use it?

Mr. ZUCKERBERG. Yes. I don't think we allow people under the age of 13.

Senator LEE. Okay. What about you, Mr. Citron. Discord, do you allow kids to have accounts to access encrypted messaging?

Mr. CITRON. Discord is not allowed to be used by children under the age of 13, and we do not use end-to-end encryption for text messages. You know, we believe that it's very important to be able to respond to—well, from law enforcement requests, and we're also working on proactively building technology.

We're working with a nonprofit called Thorn to build a grooming classifier so that our Teen Safety Assist feature can actually identify these conversations, if they might be happening, so we can intervene and give those teens tools to get out of that situation, or potentially even report those conversations and those people to law enforcement.

Senator LEE. And then encryption, as much as it can prove useful elsewhere, it can be harmful, especially if you are on a site where, you know, children are being groomed and exploited. If you allow children onto an end-to-end encryption-enabled app that can prove problematic.

Now, let's go back to you for a moment, Mr. Zuckerberg. Instagram recently announced that it's going to restrict all teenagers from access to eating disorder material, suicidal ideation-themed material, self-harm content, and that's fantastic. That's great. What's odd, what I'm trying to understand is why it is that Instagram is only restricting access to sexually explicit content, but only for teens ages 13 to 15. Why not restrict it for 16-and 17-year-olds as well?

29

Mr. ZUCKERBERG. Senator, my understanding is that we don't allow sexually explicit content on the service for people of any age.

Senator LEE. How is that going?

[Laughter.]

Mr. ZUCKERBERG. You know, our prevalence metrics suggests that, I think, it's 99 percent or so of the content that we remove, we're able to identify automatically using AI systems. So I think that our efforts in this, while they're not perfect, I think are industry-leading.

The other thing that you asked about was self-harm content, which is what we recently restricted, and we made that shift of the—I think the state of the science is shifting a bit. Previously, we believed that when people were thinking about self-harm, it was important for them to be able to express that and get support.

And now more of the thinking in the field is that it's just better to not show that content at all, which is why we recently moved to restrict that from showing up for those teens at all.

Senator LEE. Okay. Is there a way for parents to make a request on what their kid can see or not see on your sites?

Mr. ZUCKERBERG. There are a lot of parental controls. I'm not sure if there—I don't think that we currently have a control around topics, but we do allow parents to control the time that the children are on the site. And also, a lot of it is based on kind of monitoring and understanding what the teen's experience is—what they're interacting with.

Senator LEE. Mr. Citron, Discord allows pornography on its site. Now, reportedly, 17 percent of minors who use Discord have had online sexual interactions on your platform. 17 percent. And 10 percent have those interactions with someone that the minor believed to be an adult. Do you restrict minors from accessing Discord servers that host pornographic material on them?

Mr. CITRON. Senator, yes, we do restrict minors from accessing content that is marked for adults, and Discord also does not recommend content to people. Discord is a chat app, we do not have a feed or an algorithm that boosts content. So, we allow adults to share content with other adults in adult-labeled spaces, and we do not allow teens to access that content.

Senator LEE. Okay. I see my time's expired. Thank you.

Senator WHITEHOUSE [presiding]. Welcome, everyone. We are here in this hearing because, as a collective, your platforms really suck at policing themselves. We hear about it here in Congress with fentanyl and other drug dealing facilitated across platforms. We see it and hear about it here in Congress with harassment and bullying that takes place across your platforms. We see it and hear about it here in Congress with respect to child pornography, sex exploitation, and blackmail, and we are sick of it.

It seems to me that there is a problem with accountability because these conditions continue to persist. In my view, Section 230, which provides immunity from lawsuit, is a very significant part of that problem. If you look at where bullies have been brought to heel recently, whether it's Dominion finally getting justice against Fox News after a long campaign to try to discredit the election equipment manufacturer. Or whether it's the moms and dads of the Sandy Hook victims finally getting justice against InfoWars

30

and his campaign of trying to get people to believe that the massacre of their children was a fake put on by them; or even now more recently, with a writer getting a very significant judgment against Donald Trump. After years of bullying and defamation, an honest courtroom has proven to be the place where these things get sorted out.

And I'll just describe one case, if I may. It's called *Doe v. Twitter*. The plaintiff in that case was blackmailed in 2017 for sexually explicit photos and videos of himself, then aged 13 to 14. A compilation video of multiple CSAM videos surfaced on Twitter in 2019. A concerned citizen reported that video on December 25, 2019, Christmas Day. Twitter took no action. The plaintiff, then a minor in high school in 2019, became aware of this video from his classmates in January 2020. You're a high school kid, and suddenly there's that. That's a day that's hard to recover from.

Ultimately, he became suicidal. He and his parents contacted law enforcement and Twitter to have these videos removed on January 21, and again on January 22, 2020, and Twitter ultimately took down the video on January 30, 2020, once Federal law enforcement got involved.

That's a pretty foul set of facts. And when the family sued Twitter for all those months of refusing to take down the explicit video of this child, Twitter invoked Section 230, and the district court ruled that the claim was barred.

There is nothing about that set of facts that tells me that Section 230 performed any public service in that regard. I would like to see very substantial adjustments to Section 230 so that the honest courtroom, which brought relief and justice to E. Jean Carroll after months of defamation, which brought silence, peace, and justice to the parents of the Sandy Hook children after months of defamation and bullying by InfoWars and Alex Jones, and which brought significant justice and an end to the campaign of defamation by Fox News to a little company that was busy just making election machines.

So, my time is running out, I'll turn to—I guess Senator Cruz is next, but I would like to have each of your companies put in writing what exemptions from the protection of Section 230 you would be willing to accept, bearing in mind the fact situation in *Doe v. Twitter*, bearing in mind the enormous harm that was done to that young person and that family by the nonresponsiveness of this enormous platform over months, and months, and months, and months.

Again, think of what it's like to be a high school kid, and have that stuff up in the public domain, and have the company that is holding it out there in the public domain react so disinterestedly. Okay? Will you put that down in writing for me? One, two, three, four, five yeses. Done.

Senator WHITEHOUSE. Senator Cruz.

Senator CRUZ. Thank you, Mr. Chairman. Social media is a very powerful tool, but we're here because every parent I know, and I think every parent in America is terrified about the garbage that is directed at our kids. I have two teenagers at home, and the phones they have are portals to predators, to viciousness, to bul-

31

lying, to self-harm, and each of your companies could do a lot more to prevent it.

Mr. Zuckerberg, in June 2023, The Wall Street Journal reported that Instagram's recommendation systems were actively connecting pedophiles to accounts that were advertising the sale of child sexual abuse material. In many cases, those accounts appear to be run by underage children themselves, often using code words and emojis to advertise illicit material. In other cases, the accounts included indicia that the victim was being sex trafficked.

Now, I know that Instagram has a team that works to prevent the abuse and exploitation of children online, but what was particularly concerning about the Wall Street Journal expose was the degree to which Instagram's own algorithm was promoting the discoverability of victims for pedophiles seeking child abuse material.

In other words, this material wasn't just living on the dark corners of Instagram. Instagram was helping pedophiles find it by promoting graphic hashtags, including #pedowhore and #preteensex, to potential buyers. Instagram also displayed the following warning screen to individuals who were searching for child abuse material, "These results may contain images of child sexual abuse." And then you gave users two choices, "Get resources or see results anyway." Mr. Zuckerberg, what the hell were you thinking?

Mr. ZUCKERBERG. All right. Senator, the basic science behind that is that when people are searching for something that is problematic, it's often helpful to, rather than just blocking it, to help direct them toward something that could be helpful for getting them to get help. But we also——

Senator CRUZ. I understand, "get resources." In what sane universe is there a link for see results anyway?

Mr. ZUCKERBERG. Well, because we might be wrong. We try to trigger this warning, or we try to—when we think that there's any chance that the results might be——

Senator CRUZ. Okay. You might be wrong. Let me ask you, how many times was this warning screen displayed?

Mr. ZUCKERBERG. I don't know, but the——

Senator CRUZ. You don't know. Why don't you know?

Mr. ZUCKERBERG. I don't know the answer to that off the top of my head, but——

Senator CRUZ. You know what, Mr. Zuckerberg, it's interesting you say you don't know it off the top of your head because I asked it in June 2023 in an oversight letter, and your company refused to answer. Will you commit right now to, within 5 days, answering this question for this Committee?

Mr. ZUCKERBERG. We'll follow up on that?

Senator CRUZ. Is that a yes? Not a we'll follow up. I know how lawyers write statements saying we're not going to answer. Will you tell us how many times this warning screen was displayed? Yes or no?

Mr. ZUCKERBERG. Senator, I'll personally look into it. I'm not sure if we have——

Senator CRUZ. Okay. So you're refusing to answer that. Let me ask you this, how many times did an Instagram user who got this warning that you're seeing images of child sexual abuse, how many

32

times did that user click on, "see results anyway?" I want to see that.

Mr. ZUCKERBERG. Senator, I'm not sure if we stored that, but I'll personally look into this, and we'll follow up after——

Senator CRUZ. And what follow up did Instagram do when you have a potential pedophile clicking on, "I'd like to see child porn." What did you do next when that happened?

Mr. ZUCKERBERG. Senator, I think that an important piece of context here is that any content that we think is child sexual abuse——

Senator CRUZ. Mr. Zuckerberg, that's called a question. What did you do next when someone clicked, "You may be getting child sexual abuse images," and they click, "see results anyway?" What was your next step? You said you might be wrong. Did anyone examine was it in fact child sexual abuse material? Did anyone report that user? Did anyone go and try to protect that child? What did you do next?

Mr. ZUCKERBERG. Senator, we take down anything that we think is sexual abuse material on the service, and we do——

Senator CRUZ. Did anyone verify whether it was in fact child sexual abuse material?

Mr. ZUCKERBERG. Senator, I don't know if every single search result we're following up on, but in——

Senator CRUZ. Did you report the people who wanted it?

Mr. ZUCKERBERG. Senator, do you want me to answer your question?

Senator CRUZ. Yes. I want you to answer the question I'm asking. Did you report——

Mr. ZUCKERBERG. Give me some time to speak then.

Senator CRUZ [continuing]. The people who click, "see results anyway?"

Mr. ZUCKERBERG. That's probably one of the factors that we use in reporting, and in general, and we've reported more people and done more reports like this to NCMEC, the National Center of Missing Exploited Children, than any other company in the industry. We proactively go out of our way across our services to do this, and have made it—I think, it's more than 26 million reports, which is more than the whole rest of the industry combined. So I think the allegation——

Senator CRUZ. So Mr. Zuckerberg——

Mr. ZUCKERBERG [continuing]. That we don't take this seriously——

Senator CRUZ [continuing]. Your company and every social media company needs to do much more to protect children. All right. Mr. Chew, in the next couple of minutes I have, I want to turn to you. Are you familiar with China's 2017 National Intelligence Law, which states, "All organizations and citizens shall support, assist, and cooperate with national intelligence efforts in accordance with the law, and shall protect national intelligence work secrets they are aware of?"

Mr. CHEW. Yes. I'm familiar with this.

Senator CRUZ. TikTok is owned by ByteDance. Is ByteDance subject to the law?

33

Mr. CHEW. For the Chinese businesses that ByteDance owns, yes, it will be subject to this, but TikTok is not available in Mainland China. And Senator, as we talked about in your office, we built Project Texas to put this out of reach.

Senator CRUZ. So, ByteDance is subject to the law. Now, under this law, which says, "shall protect national intelligence work secrets they're aware of," it compels people subject to the law to lie to protect those secrets. Is that correct?

Mr. CHEW. I cannot comment on that. What I said, again, is that we have——

Senator CRUZ. Because you have to protect those secrets.

Mr. CHEW. No, Senator, TikTok is not available in Mainland China. We have moved the data into an American product infrastructure——

Senator CRUZ. But TikTok is controlled by ByteDance, which is subject to this law. Now, you said earlier, and I wrote this down, "We have not been asked for any data by the Chinese government, and we have never provided it." I'm going to tell you, and I told you this when you and I met last week in my office, I do not believe you, and I'll tell you, the American people don't either.

If you look at what is on TikTok in China, you are promoting to kids' science and math videos, educational videos, and you limit the amount of time kids can be on TikTok. In the United States, you are promoting to kids' self-harm videos and anti-Israel propaganda. Why is there such a dramatic difference?

Mr. CHEW. Senator, that is just not accurate. There is a lot of——

Senator CRUZ. There's not a difference between what kids see in China and what kids see here?

Mr. CHEW. Senator, TikTok is not available in China. It's a separate experience there. But what I'm saying is——

Senator CRUZ. But you have a company that is essentially the same except it promotes beneficial materials instead of harmful materials.

Mr. CHEW. That is not true. We have a lot of science and math content here on TikTok. There's so much of it——

Senator CRUZ. All right. Let me point to this, Mr. Chew. There was a report recently that compared hashtags on Instagram to hashtags on TikTok, and what trended, and the differences were striking. So for something like #TaylorSwift or #Trump, researchers found roughly two Instagram posts for every one on TikTok. That's not a dramatic difference.

That difference jumps to 8-to-1 for the #Uyghur, and it jumps to 30-to-1 for the #Tibet, and it jumps to 57-to-1 for #Tiananmen Square, and it jumps to 174-to-1 for the #HongKongProtest. Why is it that on Instagram people can put up a #HongKongProtest 174 times compared to TikTok? What censorship is TikTok doing at the request of the Chinese government?

Mr. CHEW. None. Senator——

Senator CRUZ. Can you explain that differential?

Mr. CHEW. That analysis is flawed, has been debunked by other external sources like the Cato Institute. Fundamentally, a few things happen here. Not all videos carry hashtags. That's the first

34

thing. The second thing is that you cannot selectively choose a few words within a certain time period——

Senator CRUZ. Why the difference between Taylor Swift and Tiananmen Square? What happened at Tiananmen Square?

Mr. CHEW. Senator, there was a massive protest during that time. But what I'm trying to say is our users can freely come and post this content——

Senator CRUZ. Why would there be no difference on Taylor Swift or a minimal difference, and a massive difference on Tiananmen Square, Hong Kong?

Chair DURBIN [presiding]. Senator, could you wrap up, please?

Mr. CHEW. Senator, our algorithm does not suppress a new content simply based on——

Senator CRUZ. Could you answer that question? Why is there a difference?

Mr. CHEW. Like I said, I think this analysis is flawed. You're selectively choosing some words over some periods. We haven't been around this——

Senator CRUZ. There is an obvious——

Mr. CHEW [continuing]. And other apps——

Senator CRUZ [continuing]. Difference. 174-to-1 for Hong Kong compared to Taylor Swift is dramatic.

Chair DURBIN. Senator Blumenthal.

Senator BLUMENTHAL. Mr. Zuckerberg, you know who Antigone Davis is, correct?

Mr. ZUCKERBERG. Yes.

Senator BLUMENTHAL. She's one of your top leaders. In September 2021, she was global head of safety, correct?

Mr. ZUCKERBERG. Yes.

Senator BLUMENTHAL. And you know that she came before a Subcommittee, the Commerce Committee that I chaired at the time, Subcommittee on Consumer Protection, correct?

Mr. ZUCKERBERG. Yes.

Senator BLUMENTHAL. And she was testifying on behalf of Facebook, right?

Mr. ZUCKERBERG. Meta, but, yes.

Senator BLUMENTHAL. It was then Facebook, but Meta now. And she told us, and I'm quoting, "Facebook is committed to building better products for young people and to doing everything we can to protect their privacy, safety, and well-being on our platforms."

And she also said kids' safety is an area where, "we are investing heavily." We now know that statement was untrue. We know it from an internal email that we have received. It's an email written by Nick Clegg. You know who he is, correct?

Mr. ZUCKERBERG. Yes.

Senator BLUMENTHAL. He was Meta's president of global affairs, and he wrote a memo to you which you received, correct? It was written to you.

Mr. ZUCKERBERG. Senator, I can't see the email, but sure, I'll assume that you got it. Correct.

Senator BLUMENTHAL. And he summarized Facebook's problems. He said, "We are not on track to succeed for our core well-being topics; problematic use, bullying and harassment connections, and SSI," meaning suicidal self-injury. He said also in another memo,

35

"We need to do more, and we are being held back by a lack of investment." This memo has the date of August 28, just weeks before that testimony from Antigone Davis. Correct?

Mr. ZUCKERBERG. Sorry, Senator, I'm not sure what the date the testimony was.

Senator BLUMENTHAL. Well, those are the dates on the emails. Nick Clegg was asking you, pleading with you for resources to back up the narrative to fulfill the commitments. In effect, Antigone Davis was making promises that Nick Clegg was trying to fulfill, and you rejected that request for 45 to 84 engineers to do well-being or safety.

We know that you rejected it from another memo. Nick Clegg's assistant, Tim Colburne, who said Nick did email Mark referring to that earlier email to emphasize his support for the package, but it lost out to the various other pressures and priorities.

We've done a calculation that those, potentially, 84 engineers would've cost Meta about $50 million in a quarter when it earned $9.2 billion. And yet it failed to make that commitment in real terms, and you rejected that request because of other pressures and priorities. That is an example from your own internal document of failing to act. And it is the reason why we can no longer trust Meta, and, frankly, any of the other social media to in effect grade their own homework.

The public, and particularly the parents in this room, know that we can no longer rely on social media to provide the kind of safeguards that children and parents deserve. And that is the reason why passing the Kids Online Safety Act is so critically important.

Mr. Zuckerberg, do you believe that you have a constitutional right to lie to Congress?

Mr. ZUCKERBERG. Senator, no, but I mean you——

Senator BLUMENTHAL. Well, let me just clarify for you.

Mr. ZUCKERBERG [continuing]. Quoted a bunch of words, and I'd like the opportunity to respond to——

Senator BLUMENTHAL. Let me just clarify for you. In a lawsuit brought by hundreds of parents, some in this very room, alleging that you made false and misleading statements concerning the safety of your platform for children. You argued in not just one pleading, but twice, in December, and then in January, that you have a constitutional right to lie to Congress. Do you disavow that filing in court?

Mr. ZUCKERBERG. Senator, I don't know what filing you're talking about, but I testified——

Senator BLUMENTHAL. It's a filing from——

Mr. ZUCKERBERG [continuing]. Honestly and truthfully, and I would like the opportunity to respond to the previous things that you showed as well.

Senator BLUMENTHAL. Well, I have a few more questions, and let me ask others who are here because I think it's important to put you on record. Who will support the Kids Online Safety Act? Yes or no. Mr. Citron?

Mr. CITRON. There are parts of the Act that we think are great and——

36

Senator BLUMENTHAL. No. It's a yes or no question. I'm going to be running out of time. So I'm assuming the answer is no if you can't answer yes.

Mr. CITRON. We very much think that the National——

Senator BLUMENTHAL. That's a no.

Mr. CITRON [continuing]. Privacy Standard would be great.

Senator BLUMENTHAL. Mr. Siegel.

Mr. SIEGEL. Senator, we strongly support the Kids' Online Safety Act, and we've already implemented many of its core provisions.

Senator BLUMENTHAL. Thank you. I welcome that support along with Microsoft's support. Mr. Chew.

Mr. CHEW. Senator, with some changes we can support it.

Senator BLUMENTHAL. Now in its present form, do you support it? Yes, or no?

Mr. CHEW. We are aware that some groups have raised some concerns. It's important to understand how——

Senator BLUMENTHAL. I'll take that as a no. Ms. Yaccarino.

Ms. YACCARINO. Senator, we support KOSA, and will continue to make sure that it accelerates, and make sure it continues to offer a community for teens that are seeking that voice.

Senator BLUMENTHAL. Mr. Zuckerberg.

Mr. ZUCKERBERG. Senator, we support the age-appropriate content standards, but would have some suggestions——

Senator BLUMENTHAL. Yes or no, Mr. Zuckerberg.

Mr. ZUCKERBERG [continuing]. On how to implement it.

Senator BLUMENTHAL. Do you support the Kids Online Safety Act?

Mr. ZUCKERBERG. Senator, I think these are nuanced——

Senator BLUMENTHAL. You're in public, and I'm just asking whether you'll support it or not.

Mr. ZUCKERBERG. These are nuanced things. I think that the basic spirit is right. I think the basic ideas in it are right, and there are some ideas that I would debate how to best——

Senator BLUMENTHAL. Unfortunately, I don't think we can count on social media, as a group, or Big Tech, to support this measure. And in the past, we know it's been opposed by armies of lawyers and lobbyists. We're prepared for this fight.

But I am very, very glad that we have parents here because tomorrow we're going to have an advocacy day, and the folks who really count, the people in this room who support this measure, are going to be going to their representatives and their Senators, and their voices and faces are going to make a difference.

Senator Schumer has committed that he will work with me to bring this bill to a vote, and then we will have real protection for children and parents online. Thank you, Mr. Chairman.

Chair DURBIN. Thank you, Senator Blumenthal. We have a vote on. Has Senator Cotton—have you voted and Senator Hawley. You haven't voted yet? You're next. And I don't know how long the vote will be open, but I'll turn it over to you.

Senator HAWLEY. Thank you, Mr. Chairman. Mr. Zuckerberg, let me start with you. Did I hear you say in your opening statement that there's no link between mental health and social media use?

Mr. ZUCKERBERG. Senator, what I said is, I think it's important to look at the science. I know people widely talk about this as if

37

that is something that's already been proven, and I think that the bulk of the scientific evidence does not support that.

Senator HAWLEY. Well, really, let me just remind you of some of the science from your own company. Instagram studied the effect of your platform on teenagers. Let me just read you some quotes from The Wall Street Journal's report on this, company "Researchers found that Instagram is harmful for a sizable percentage of teenagers, most notably teenage girls."

Here's a quote from your own study. "We make body image issues worse for 1-in-3 teen girls." Here's another quote. "Teens blamed Instagram—" this is your study, "for increases in the rate of anxiety and depression. This reaction was unprompted and consistent across all groups." That's your study.

Mr. ZUCKERBERG. Senator, we try to understand the feedback and how people feel about the services. We can improve——

Senator HAWLEY. Wait a minute, your own study says that you make life worse for one in three teenage girls. You increase——

Mr. ZUCKERBERG. No, Senator, that's not what it says.

Senator HAWLEY [continuing]. Anxiety and depression. That's what it says, and you're here testifying to us in public that there's no link. You've been doing this for years. For years you've been coming in public and testifying under oath that there's absolutely no link, your product is wonderful, the science is nascent, full speed ahead, while internally, you know full well your product is a disaster for teenagers.

Mr. ZUCKERBERG. Senator, that's not true.

Senator HAWLEY. And you keep right on doing what you're doing, right?

[Applause.]

Mr. ZUCKERBERG. That's not true. That's not true.

Senator HAWLEY. Let me show you some other facts——

Mr. ZUCKERBERG. We can show you data if you want——

Senator HAWLEY [continuing]. I know that you're familiar with— wait a minute, wait a minute. That's not a question. That's not a question. Those are facts, Mr. Zuckerberg. That's not a question.

Mr. ZUCKERBERG. Those aren't facts.

Senator HAWLEY. Let me show you some more facts. Here's some information from a whistleblower who came before the Senate, testified under oath in public. He worked for you. It's a senior executive. Here's what he showed he found when he studied your products.

So for example, this is girls between the ages of 13 and 15 years old. Thirty-seven percent of them reported that they had been exposed to nudity on the platform, unwanted, in the last 7 days. Twenty-four percent said that they had experienced unwanted sexual advances. They'd been propositioned in the last 7 days. Seventeen percent said they had encountered self-harm content pushed at them in the last 7 days.

Now, I know you're familiar with these stats because he sent you an email where he lined it all out. I mean, we've got a copy of it right here. My question is, who did you fire for this? Who got fired because of that?

Mr. ZUCKERBERG. Senator, we study all this because it's important and we want to improve our services.

38

Senator HAWLEY. Well, you just told me a second ago you studied it. That there was no linkage. Who did you fire?

Mr. ZUCKERBERG. Senator, I said you mischaracterized——

Senator HAWLEY. Thirty-seven percent of teenage girls between 13 and 15 were exposed to unwanted nudity in a week on Instagram. You knew about it. Who did you fire?

Mr. ZUCKERBERG. Senator, this is why we're building all——

Senator HAWLEY. Who did you fire?

Mr. ZUCKERBERG. Senator, I don't think that that's——

Senator HAWLEY. Who did you fire?

Mr. ZUCKERBERG. I'm not going to answer that.

Senator HAWLEY. It's because you didn't fire anybody, right? You didn't——

Mr. ZUCKERBERG. Senator, I don't think——

Senator HAWLEY [continuing]. Take any significant action.

Mr. ZUCKERBERG [continuing]. It's not appropriate to talk about, like, H.R. decisions——

Senator HAWLEY. It's not appropriate? Do you know who's sitting behind you? You've got families from across the Nation whose children are either severely harmed, or gone, and you don't think it's appropriate to talk about steps that you took, the fact that you didn't fire a single person? Let me ask you this. Have you compensated any of the victims?

Mr. ZUCKERBERG. Sorry?

Senator HAWLEY. Have you compensated any of the victims? These girls, have you compensated them?

Mr. ZUCKERBERG. I don't believe so.

Senator HAWLEY. Why not? Don't you think they deserve some compensation for what your platform has done? Help with counseling services, help with dealing with the issues that your services caused?

Mr. ZUCKERBERG. Our job is to make sure that we build tools to help keep people safe.

Senator HAWLEY. Are you going to compensate them?

Mr. ZUCKERBERG. Senator, our job, and what we take seriously is making sure that we build industry-leading tools to find harmful content——

Senator HAWLEY. To make money.

Mr. ZUCKERBERG [continuing]. And take it off the services——

Senator HAWLEY. To make money.

Mr. ZUCKERBERG [continuing]. And to build tools that empower parents.

Senator HAWLEY. So you didn't take any action. You——

Mr. ZUCKERBERG. That's not true, Senator.

Senator HAWLEY [continuing]. Didn't fire anybody. You haven't compensated a single victim. Let me ask you this. There's families of victims here today. Have you apologized to the victims?

Mr. ZUCKERBERG. I——

Senator HAWLEY. Would you like to do so now?

Mr. ZUCKERBERG. Well——

Senator HAWLEY. They're here. You're on national television. Would you like now to apologize to the victims who have been harmed by your product? Show him the pictures.

[Applause.]

39

Senator HAWLEY. Would you like to apologize for what you've done to these good people?

[Addressing audience.]

Mr. ZUCKERBERG. I'm sorry for everything that you've all gone through. It's terrible. No one should have to go through the things that your families have suffered. And this is why we invest so much, and are going to continue doing industry-leading efforts to make sure that no one has to go through the types of things that your families have had to suffer.

Senator HAWLEY. You know, why Mr. Zuckerberg, why should your company not be sued for this? Why is it that you can claim—you hide behind a liability shield? You can't be held accountable. Shouldn't you be held accountable personally? Will you take personal responsibility?

Mr. ZUCKERBERG. Senator, I think I've already answered this. I mean, these issues——

Senator HAWLEY. We'll try this again. Will you take personal responsibility?

Mr. ZUCKERBERG. Senator, I view my job and the job of our company as building the best tools that we can to keep our community safe——

Senator HAWLEY. Well, you're failing at that.

Mr. ZUCKERBERG. Well, Senator, we're doing an industry-leading effort. We build AI tools that——

Senator HAWLEY. Oh, nonsense. Your product is killing people. Will you personally commit to compensating the victims? You're a billionaire. Will you commit to compensating the victims? Will you set up a compensation fund——

Mr. ZUCKERBERG. Senator——

Senator HAWLEY [continuing]. With your money?

Mr. ZUCKERBERG [continuing]. I think these are complicated——

Senator HAWLEY. With your money.

Mr. ZUCKERBERG. Senator, these are complicated issues——

Senator HAWLEY. No, that's not a complicated question. That's a yes, or no. Will you set up a victim's compensation fund with your money, the money you made on these families sitting behind you? Yes, or no?

Mr. ZUCKERBERG. Senator, I don't think that that's—my job.

Senator HAWLEY. Sounds like a no.

Mr. ZUCKERBERG [continuing]. Is to make sure we make good tools. My job is to make sure——

Senator HAWLEY. Sounds like a no. Your job is to be responsible for what your company has done. You've made billions of dollars on the people sitting behind you here. You've done nothing to help them. You've done nothing to compensate them. You've done nothing to put it right. You could do so here today and you should. You should, Mr. Zuckerberg.

Before my time expires, Mr. Chew, let me just ask you. Your platform, why should your platform not be banned in the United States of America? You are owned by a Chinese communist company or a company based in China. The editor-in-chief of your parent company is a Communist Party Secretary. Your company has been surveilling Americans for years.