# AMENDED Exhibit 557

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# TikTok's China sibling Douyin launches mandatory five-second pauses in video feed to curb user addiction

**web.archive.org**/web/20250301214345/https://www.scmp.com/tech/policy/article/3153292/tiktoks-china-sibling-douyin-launches-mandatory-five-second-pauses

October 22, 2021

Tracy Qu
Published: 6:00pm, 22 Oct 2021 Updated: 10:39pm, 22 Oct 2021

TikTok is known for keeping its users glued to the screen with an endless stream of bite-sized videos, but its Chinese sister app Douyin is trying to curb binge-viewing by inserting five-second pauses along the feed, following the Chinese government's heightened scrutiny of addictive online behaviour.

Douyin will now hijack the screen with one of six short videos produced in partnership with Chinese band Phoenix Legend whenever a user spends too much time on the app, according to a social media post by ByteDance-owned Douyin on Thursday.

The pause is mandatory, while the videos – which remind users to "put down the phone", "go to bed" or of "work tomorrow" – cannot be swiped away.

The new feature is designed to encourage users not to indulge in the app for a long time, according to Douyin, which has more than 600 million daily active users in China.

"The world is very big, its scenery is beautiful, and there are many videos," Douyin said. "If you have conversations or videos that you can't finish today, leave them until tomorrow."

Douyin's new initiative comes after the app last month rolled out its "strictest ever" teenage mode, which limits viewing time for real-name authenticated users under age 14 to 40 minutes a day, only between 6am and 10pm.

Chinese authorities have become increasingly uncomfortable with the amount of time that young internet users are spending on algorithm-driven content. In China, internet users spent an average of 125 minutes a day on short videos in 2020, a hefty increase from 76 minutes in 2017, according to a survey by China Netcasting Services Association published in July.



TikTok-Furlong

74

4/12/2025 - MOP