# AMENDED Exhibit 694

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**NO FILTER**

**TIKTOK**
**BOLD GLAMOUR FILTER**

**TIKTOK**
**TEENAGE LOOK FILTER**



