# AMENDED Exhibit 837

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

### For the fiscal year ended December 31, 2021
### OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM           TO**

### Commission File Number 001-38017

# SNAP INC.
### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **45-5452795** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**3000 31st Street, Santa Monica, California 90405**
**(Address of principal executive offices, including zip code)**

**(310) 399-3339**
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, par value $0.00001 per share | SNAP | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the Registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definition of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by checkmark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the voting and non-voting common equity held by non-affiliates of the Registrant, based on the closing price of the shares of Class A common stock on the New York Stock Exchange on June 30, 2021, the last business day of the Registrant's most recently completed second fiscal quarter, was approximately $81.7 billion.

As of February 1, 2022, the Registrant had 1,369,920,406 shares of Class A common stock, 22,749,440 shares of Class B common stock, and 231,626,943 shares of Class C common stock outstanding.

Auditor Firm Id: 42        Auditor Name: Ernst & Young LLP        Auditor Location: Los Angeles, CA, United States

## TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| Note Regarding Forward-Looking Statements |  | 1 |
| Risk Factor Summary |  | 3 |
| Note Regarding User Metrics and Other Data |  | 5 |
| **PART I** |  |  |
| Item 1. | Business | 6 |
| Item 1A. | Risk Factors | 12 |
| Item 1B. | Unresolved Staff Comments | 45 |
| Item 2. | Properties | 45 |
| Item 3. | Legal Proceedings | 45 |
| Item 4. | Mine Safety Disclosures | 45 |
| **PART II** |  |  |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 46 |
| Item 6. | Reserved | 47 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 48 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 63 |
| Item 8. | Financial Statements and Supplementary Data | 65 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 101 |
| Item 9A. | Controls and Procedures | 101 |
| Item 9B. | Other Information | 102 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 102 |
| **PART III** |  |  |
| Item 10. | Directors, Executive Officers and Corporate Governance | 103 |
| Item 11. | Executive Compensation | 108 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 126 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 129 |
| Item 14. | Principal Accounting Fees and Services | 132 |
| **PART IV** |  |  |
| Item 15. | Exhibits, Financial Statement Schedules | 133 |
| Item 16. | Form 10-K Summary | 136 |
|  | Signatures | 137 |

SNAP0004210

**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations.**

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our consolidated financial statements and related notes included elsewhere in this Annual Report on Form 10-K. In addition to historical consolidated financial information, the following discussion contains forward-looking statements that reflect our plans, estimates, and beliefs that involve significant risks and uncertainties. Our actual results could differ materially from those discussed in the forward-looking statements. Factors that could cause or contribute to those differences include those discussed below and elsewhere in this Annual Report on Form 10-K, particularly in "Risk Factors," "Note Regarding Forward-Looking Statements," and "Note Regarding User Metrics and Other Data."*

*The following generally discusses 2021 and 2020 items and year-to-year comparisons between 2021 and 2020. Discussion of historical items and year-to-year comparisons between 2020 and 2019 that are not included in this discussion can be found in "Management's Discussion and Analysis of Financial Condition and Results of Operations" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2020, filed with the SEC on February 4, 2021.*

## Overview of Full Year 2021 Results

Our key user metrics and financial results for fiscal year 2021 are as follows:

### User Metrics

- Daily Active Users, or DAUs, increased to 319 million in Q4 2021, compared to 265 million in Q4 2020.
- Average revenue per user, or ARPU, increased 18% to $4.06 in Q4 2021, compared to $3.44 in Q4 2020.

### Financial Results

- Revenue increased 64% year-over-year to reach $4.1 billion in 2021.
- Total costs and expenses excluding stock-based compensation and other payroll related tax expense, increased 42% to $3.6 billion in 2021.
- Net loss improved by $456.9 million year-over-year to $(488.0) million in 2021.
- Diluted net loss per share improved by 52% to $(0.31) in 2021, compared to $(0.65) in 2020.
- Adjusted EBITDA improved by $571.5 million year-over-year to $616.7 million in 2021.
- Cash provided by (used in) operating activities was $292.9 million in 2021, compared to $(167.6) million in 2020.
- Capital expenditures were $69.9 million in 2021, compared to $57.8 million in 2020.
- Free Cash Flow was $223.0 million in 2021, compared to $(225.5) million in 2020.
- Cash, cash equivalents, and marketable securities were $3.7 billion as of December 31, 2021.
- Common shares outstanding plus shares underlying stock-based awards, including restricted stock units, restricted stock awards, and outstanding stock options, totaled 1,702 million at December 31, 2021, compared to 1,630 million one year ago.

## Overview

Snap Inc. is a camera company.

We believe that reinventing the camera represents our greatest opportunity to improve the way that people live and communicate. We contribute to human progress by empowering people to express themselves, live in the moment, learn about the world, and have fun together.

Our flagship product, Snapchat, is a camera application that helps people communicate visually with friends and family through short videos and images called Snaps.

48

SNAP0004258

**Trends in User Metrics**

We define a DAU as a registered Snapchat user who opens the Snapchat application at least once during a defined 24-hour period. We define ARPU as quarterly revenue divided by the average DAUs. We assess the health of our business by measuring DAUs and ARPU because we believe that these metrics are important ways for both management and investors to understand engagement and monitor the performance of our platform. We also measure ARPU because we believe that this metric helps our management and investors to assess the extent to which we are monetizing our service.

*User Engagement*

We calculate average DAUs for a particular quarter by adding the number of DAUs on each day of that quarter and dividing that sum by the number of days in that quarter. DAUs are broken out by geography because markets have different characteristics. We had 319 million DAUs on average in the fourth quarter of 2021, compared to 306 million in the prior quarter and 265 million in the fourth quarter of 2020.

**Quarterly Average Daily Active Users**
**(in millions)**





(1) North America includes Mexico, the Caribbean, and Central America.

(2) Europe includes Russia and Turkey.

SNAP0004259

SNAP0004260

*Monetization*

In the year ended December 31, 2021, we recorded revenue of $4.1 billion compared to revenue of $2.5 billion for the year ended December 31, 2020, an increase of 64% year-over-year. We monetize our business primarily through advertising. Our advertising products include Snap Ads and AR Ads. We measure our business using ARPU because it helps us understand the rate at which we are monetizing our daily user base.

ARPU was $4.06 in the fourth quarter of 2021, up from $3.49 in the third quarter of 2021 and $3.44 in the fourth quarter of 2020. For purposes of calculating ARPU, revenue by user geography is apportioned to each region based on a determination of the geographic location in which advertising impressions are delivered, as this approximates revenue based on user activity. This differs from the presentation of our revenue by geography in the notes to our consolidated financial statements, where revenue is based on the billing address of the advertising customer.

**Quarterly Average Revenue per User**



(1)    North America includes Mexico, the Caribbean, and Central America.

(2)    Europe includes Russia and Turkey.

https://www.sec.gov/Archives/edgar/data/1564408/000156459022003868/snap-10k_20211231.htm[3/21/2024 2:33:36 PM]

SNAP0004261

SNAP0004262

**Results of Operations**

### Components of Results of Operations

#### Revenue

We generate substantially all of our revenue through the sale of our advertising products, which primarily include Snap Ads and AR Ads, referred to as advertising revenue. Snap Ads may be subject to revenue sharing arrangements between us and the media partner. We also generate revenue from the sales of hardware products. This revenue is reported net of allowances for returns.

#### Cost of Revenue

Cost of revenue consists primarily of payments to third-party infrastructure partners for hosting our products, which include expenses related to storage, computing, and bandwidth costs. Cost of revenue also includes payments for content, developer, and advertiser partner costs. In addition, cost of revenue includes third-party selling costs, personnel-related costs, including salaries, benefits, and stock-based compensation expenses. Cost of revenue also includes facilities and other supporting overhead costs, including depreciation and amortization, and inventory costs.

#### Research and Development Expenses

Research and development expenses consist primarily of personnel-related costs, including salaries, benefits, and stock-based compensation expense for our engineers, designers, and other employees engaged in the research and development of our products. In addition, research and development expenses include facilities and other supporting overhead costs, including depreciation and amortization. Research and development costs are expensed as incurred.

#### Sales and Marketing Expenses

Sales and marketing expenses consist primarily of personnel-related costs, including salaries, benefits, commissions, and stock-based compensation expense for our employees engaged in sales and sales support, business development, media, marketing, corporate partnerships, and customer service functions. Sales and marketing expenses also include costs incurred for advertising, market research, tradeshows, branding, marketing, promotional expense, and public relations, as well as facilities and other supporting overhead costs, including depreciation and amortization.

#### General and Administrative Expenses

General and administrative expenses consist primarily of personnel-related costs, including salaries, benefits, and stock-based compensation expense for our finance, legal, information technology, human resources, and other administrative teams. General and administrative expenses also include facilities and supporting overhead costs, including depreciation and amortization, and external professional services.

#### Interest Income

Interest income consists primarily of interest earned on our cash, cash equivalents, and marketable securities.

#### Interest Expense

Interest expense consists primarily of interest expense associated with our senior convertible notes, or the Convertible Notes, and commitment fees related to our revolving credit facility.

#### Other Income (Expense), Net

Other income (expense), net consists of realized and unrealized gains and losses on marketable securities, foreign currency transaction gains and losses, and gains and impairment on strategic investments.

#### Income Tax Benefit (Expense)

We are subject to income taxes in the United States and numerous foreign jurisdictions. These foreign jurisdictions have different statutory tax rates than the United States. Additionally, certain of our foreign earnings may also be taxable in the

https://www.sec.gov/Archives/edgar/data/1564408/000156459022003868/snap-10k_20211231.htm[3/21/2024 2:33:36 PM]

SNAP0004263

SNAP0004264

United States. Accordingly, our effective tax rates will vary depending on the relative proportion of foreign to domestic income, use of tax credits, changes in the valuation of our deferred tax assets and liabilities, and changes in tax laws.

### *Adjusted EBITDA*

We define Adjusted EBITDA as net income (loss), excluding interest income; interest expense; other income (expense), net; income tax benefit (expense); depreciation and amortization; stock-based compensation expense; and payroll and other tax expense related to stock-based compensation; and certain other non-cash or non-recurring items impacting net income (loss) from time to time. We consider the exclusion of certain non-cash and non-recurring expenses in calculating Adjusted EBITDA to provide a useful measure for period-to-period comparisons of our business and for investors and others to evaluate our operating results in the same manner as does our management. Additionally, we believe that Adjusted EBITDA is an important measure since we use third-party infrastructure partners to host our services and therefore we do not incur significant capital expenditures to support revenue-generating activities. See "Non-GAAP Financial Measures" for additional information and a reconciliation of net loss to Adjusted EBITDA.

## Discussion of Results of Operations

The following table sets forth our consolidated statements of operations data:

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2021** | | **2020** | | **2019** |
| | | (in thousands) | | | | |
| **Consolidated Statements of Operations Data:** | | | | | | |
| Revenue | $ | 4,117,048 | $ | 2,506,626 | $ | 1,715,534 |
| Costs and expenses(1) (2): | | | | | | |
| Cost of revenue | | 1,750,246 | | 1,182,505 | | 895,838 |
| Research and development | | 1,565,467 | | 1,101,561 | | 883,509 |
| Sales and marketing | | 792,764 | | 555,468 | | 458,598 |
| General and administrative | | 710,640 | | 529,164 | | 580,917 |
| Total costs and expenses | | 4,819,117 | | 3,368,698 | | 2,818,862 |
| Operating loss | | (702,069) | | (862,072) | | (1,103,328) |
| Interest income | | 5,199 | | 18,127 | | 36,042 |
| Interest expense | | (17,676) | | (97,228) | | (24,994) |
| Other income (expense), net | | 240,175 | | 14,988 | | 59,013 |
| Loss before income taxes | | (474,371) | | (926,185) | | (1,033,267) |
| Income tax benefit (expense) | | (13,584) | | (18,654) | | (393) |
| Net loss | $ | (487,955) | $ | (944,839) | $ | (1,033,660) |
| Adjusted EBITDA(3) | $ | 616,686 | $ | 45,163 | $ | (202,230) |

(1)  Stock-based compensation expense included in the above line items:

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2021** | | **2020** | | **2019** |
| | | (in thousands) | | | | |
| **Stock-based compensation expense:** | | | | | | |
| Cost of revenue | $ | 17,221 | $ | 9,367 | $ | 6,365 |
| Research and development | | 740,130 | | 533,272 | | 464,639 |
| Sales and marketing | | 164,241 | | 108,270 | | 93,355 |
| General and administrative | | 170,543 | | 119,273 | | 121,654 |
| Total | $ | 1,092,135 | $ | 770,182 | $ | 686,013 |

https://www.sec.gov/Archives/edgar/data/1564408/000156459022003868/snap-10k_20211231.htm[3/21/2024 2:33:36 PM]

SNAP0004265

(2)   Depreciation and amortization expense included in the above line items:

| | Year Ended December 31, | | |
| | 2021 | 2020 | 2019 |
| | (in thousands) | | |
| **Depreciation and amortization expense:** | | | |
| Cost of revenue | $ 19,711 | $ 22,205 | $ 21,271 |
| Research and development | 62,159 | 37,627 | 33,208 |
| Sales and marketing | 21,772 | 12,916 | 13,256 |
| General and administrative | 15,499 | 13,996 | 19,510 |
| Total | $ 119,141 | $ 86,744 | $ 87,245 |

(3)   See "Non-GAAP Financial Measures" of this Annual Report on Form 10-K for more information and for a reconciliation of Adjusted EBITDA to net loss, the most directly comparable financial measure calculated and presented in accordance with GAAP.

The following table sets forth the components of our consolidated statements of operations data for each of the periods presented as a percentage of revenue:

| | Year Ended December 31, | | |
| | 2021 | 2020 | 2019 |
| **Consolidated Statements of Operations Data:** | | | |
| Revenue | 100% | 100% | 100% |
| Costs and expenses: | | | |
| Cost of revenue | 43 | 47 | 52 |
| Research and development | 38 | 44 | 52 |
| Sales and marketing | 19 | 22 | 27 |
| General and administrative | 17 | 21 | 34 |
| Total costs and expenses | 117 | 134 | 164 |
| Operating loss | 17 | 34 | 64 |
| Interest income | — | 1 | 2 |
| Interest expense | — | 4 | 1 |
| Other income (expense), net | 6 | 1 | 3 |
| Loss before income taxes | 12 | 37 | 60 |
| Income tax benefit (expense) | — | 1 | — |
| Net loss | 12% | 38% | 60% |

**Revenue**

| | Year Ended December 31, | | | 2021 vs 2020 Change | | 2020 vs 2019 Change | |
| | 2021 | 2020 | 2019 | $ | % | $ | % |
| | (dollars in thousands) | | | | | | |
| Revenue | $ 4,117,048 | $ 2,506,626 | $ 1,715,534 | $ 1,610,422 | 64% | $ 791,092 | 46% |

*2021 compared to 2020*

Revenue for the year ended December 31, 2021 increased $1,610.4 million compared to the same period in 2020. Revenue increased due to a combination of growth in advertisers and auction-based advertising demand and optimization efficiencies.

https://www.sec.gov/Archives/edgar/data/1564408/000156459022003868/snap-10k_20211231.htm[3/21/2024 2:33:36 PM]

SNAP0004266

*Cost of Revenue*

| | Year Ended December 31, | | | 2021 vs 2020 Change | | 2020 vs 2019 Change | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **2021** | **2020** | **2019** | **$** | **%** | **$** | **%** |
| | | | (dollars in thousands) | | | | |
| Cost of Revenue | $ 1,750,246 | $ 1,182,505 | $ 895,838 | $ 567,741 | 48% | $ 286,667 | 32% |

*2021 compared to 2020*

Cost of revenue for the year ended December 31, 2021 increased $567.7 million compared to the same period in 2020. The increase in cost of revenue was primarily driven by higher content costs, including Spotlight, which launched in the fourth quarter of 2020 as well as growth in revenue share due to the overall increase in revenue and higher proportion of revenue subject to revenue share. The increases were also a result of increased infrastructure costs attributable to DAU growth net of infrastructure cost efficiencies and content review costs across the platform.

*Research and Development Expenses*

| | Year Ended December 31, | | | 2021 vs 2020 Change | | 2020 vs 2019 Change | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **2021** | **2020** | **2019** | **$** | **%** | **$** | **%** |
| | | | (dollars in thousands) | | | | |
| Research and Development Expenses | $ 1,565,467 | $ 1,101,561 | $ 883,509 | $ 463,906 | 42% | $ 218,052 | 25% |

*2021 compared to 2020*

Research and development expenses for the year ended December 31, 2021 increased $463.9 million compared to the same period in 2020. The increase was primarily driven by greater personnel expenses due to growth in research and development headcount, including increased cash- and stock-based compensation expenses.

*Sales and Marketing Expenses*

| | Year Ended December 31, | | | 2021 vs 2020 Change | | 2020 vs 2019 Change | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **2021** | **2020** | **2019** | **$** | **%** | **$** | **%** |
| | | | (dollars in thousands) | | | | |
| Sales and Marketing Expenses | $ 792,764 | $ 555,468 | $ 458,598 | $ 237,296 | 43% | $ 96,870 | 21% |

*2021 compared to 2020*

Sales and marketing expenses for the year ended December 31, 2021 increased $237.3 million compared to the same period in 2020. The increase was primarily driven by greater personnel expenses due to growth in sales and marketing headcount, including increased cash- and stock-based compensation expenses, as well as increased marketing investments.

*General and Administrative Expenses*

| | Year Ended December 31, | | | 2021 vs 2020 Change | | 2020 vs 2019 Change | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **2021** | **2020** | **2019** | **$** | **%** | **$** | **%** |
| | | | (dollars in thousands) | | | | |
| General and Administrative Expenses | $ 710,640 | $ 529,164 | $ 580,917 | $ 181,476 | 34% | $ (51,753) | (9)% |

SNAP0004267

*2021 compared to 2020*

General and administrative expenses for the year ended December 31, 2021 increased $181.5 million compared to the same period in 2020. The increase was primarily driven by greater personnel expenses due to growth in headcount, including increased cash- and stock-based compensation expenses, as well as an increase in professional service fees.

### Interest Income

| | Year Ended December 31, | | | 2021 vs 2020 Change | | 2020 vs 2019 Change | |
|---|---|---|---|---|---|---|---|
| | **2021** | **2020** | **2019** | **$** | **%** | **$** | **%** |
| | | | (dollars in thousands) | | | | |
| Interest Income | $ 5,199 | $ 18,127 | $ 36,042 | $ (12,928) | (71)% | $ (17,915) | (50)% |

*2021 compared to 2020*

Interest income for the year ended December 31, 2021 decreased $12.9 million compared to the same period in 2020. The decrease was primarily a result of lower interest rates on U.S. government-backed securities, partially offset by a higher overall invested cash balance.

### Interest Expense

| | Year Ended December 31, | | | 2021 vs 2020 Change | | 2020 vs 2019 Change | |
|---|---|---|---|---|---|---|---|
| | **2021** | **2020** | **2019** | **$** | **%** | **$** | **%** |
| | | | (dollars in thousands) | | | | |
| Interest Expense | $ (17,676) | $ (97,228) | $ (24,994) | $ 79,552 | (82)% | $ (72,234) | 289% |

*2021 compared to 2020*

Interest expense for the year ended December 31, 2021 decreased $79.6 million, compared to the same period in 2020 primarily due to the early adoption of ASU 2020-06 on January 1, 2021. As a result of this adoption, we account for the Convertible Notes as a single liability, which eliminates the amortization of the debt discount. Prior to January 1, 2021, the carrying amount of the equity component was recorded as a debt discount and amortized to interest expense. Interest expense related to the amortization of debt issuance costs was $4.3 million for the year ended December 31, 2021, while interest expense related to the amortization of debt discount and issuance costs was $81.4 million for the year ended December 31, 2020. Contractual interest expense was $8.9 million for the year ended December 31, 2021 and $11.2 million for the year ended December 31, 2020.

### Other Income (Expense), Net

| | Year Ended December 31, | | | 2021 vs 2020 Change | | 2020 vs 2019 Change | |
|---|---|---|---|---|---|---|---|
| | **2021** | **2020** | **2019** | **$** | **%** | **$** | **%** |
| | | | (dollars in thousands) | | | | |
| Other Income (Expense), Net | $ 240,175 | $ 14,988 | $ 59,013 | $ 225,187 | 1,502% | $ (44,025) | (75)% |

*2021 compared to 2020*

Other income, net for the year ended December 31, 2021 increased $225.2 million, compared to other income, net for the same period in 2020. Other income, net for the current year was primarily a result of $207.7 million of unrealized gains and $27.8 million of realized gains on strategic investments, and $59.4 million of unrealized gains on publicly traded securities reclassified from strategic investments to marketable securities in the fourth quarter. This increase is partially offset by an induced conversion expense related to the Convertible Notes of $41.5 million. Other income, net in the comparable period in 2020 was primarily a result of unrealized gains on strategic investments partially offset by impairments of strategic investments.

SNAP0004268

### *Income Tax Benefit (Expense)*

| | Year Ended December 31, | | | 2021 vs 2020 Change | | 2020 vs 2019 Change | |
|---|---|---|---|---|---|---|---|
| | **2021** | **2020** | **2019** | **$** | **%** | **$** | **%** |
| | | | (dollars in thousands) | | | | |
| Income Tax Benefit (Expense) | $ (13,584) | $ (18,654) | $ (393) | $ 5,070 | (27)% | $ (18,261) | 4,647% |
| Effective Tax Rate | (2.9)% | (2.0)% | (0.0)% | | | | |

*2021 compared to 2020*

Income tax expense was $13.6 million for the year ended December 31, 2021, compared to $18.7 million for the same period in 2020.

Our effective tax rate differs from the U.S. statutory tax rate primarily due to valuation allowances on our deferred tax assets as it is more likely than not that some or all of our deferred tax assets will not be realized.

For additional discussion, see Note 12 to our consolidated financial statements included in "Financial Statements and Supplementary Data" in this Annual Report on Form 10-K.

### *Net Loss and Adjusted EBITDA*

| | Year Ended December 31, | | | 2021 vs 2020 Change | | 2020 vs 2019 Change | |
|---|---|---|---|---|---|---|---|
| | **2021** | **2020** | **2019** | **$** | **%** | **$** | **%** |
| | | | (dollars in thousands) | | | | |
| Net Loss | $ (487,955) | $ (944,839) | $ (1,033,660) | $ 456,884 | (48)% | $ 88,821 | (9)% |
| Adjusted EBITDA | $ 616,686 | $ 45,163 | $ (202,230) | $ 571,523 | 1,265% | $ 247,393 | (122)% |

*2021 compared to 2020*

Net loss for the year ended December 31, 2021 was $488.0 million, compared to $944.8 million for the same period in 2020. Adjusted EBITDA for the year ended December 31, 2021 was $616.7 million, compared to $45.2 million for the same period in 2020. The increase in Adjusted EBITDA was attributable to increased revenues, partially offset by increased cost of revenue primarily due to higher content acquisition costs between the periods. The decreases in net loss were also partially offset by an increase in stock-based compensation expense.

For a discussion of the limitations associated with using Adjusted EBITDA rather than GAAP measures and a reconciliation of this measure to net loss, see "Non-GAAP Financial Measures."

## Liquidity and Capital Resources

Cash, cash equivalents, and marketable securities were $3.7 billion as of December 31, 2021, primarily consisting of cash on deposit with banks and highly liquid investments in U.S. government and agency securities, publicly traded equity securities, corporate debt securities, certificates of deposit, and commercial paper. Our primary source of liquidity is cash generated through financing activities. Our primary uses of cash include operating costs such as personnel-related costs and the infrastructure costs of the Snapchat application, facility-related capital spending, and acquisitions and investments. There are no known material subsequent events that could have a material impact on our cash or liquidity. We may contemplate and engage in merger and acquisition activity that could materially impact our liquidity and capital resource position.

In 2021, we entered into various exchange agreements, or the Exchange Agreements, with certain holders of the convertible senior notes due in 2025, or the 2025 Notes, and the convertible senior notes due in 2026, or the 2026 Notes, pursuant to which we exchanged approximately $715.9 million principal amount of the 2025 Notes and approximately $426.5 million principal amount of the 2026 Notes for aggregate consideration of approximately 52.4 million shares of Class A common stock.

In April 2021, we entered into a purchase agreement for the sale of an aggregate of $1.15 billion principal amount of convertible senior notes due in 2027, or the 2027 Notes. The net proceeds from the issuance of the 2027 Notes were $1.05

SNAP0004269

SNAP0004270

billion, net of debt issuance costs and the cash used to pay the costs of the capped call transactions, or the 2027 Capped Call Transactions discussed further in Note 7. The 2027 Notes mature on May 1, 2027 unless repurchased, redeemed, or converted in accordance with their terms prior to such date. The 2027 Notes were not convertible as of December 31, 2021.

In April 2020, we entered into a purchase agreement for the sale of an aggregate of $1.0 billion principal amount of the 2025 Notes. The net proceeds from the issuance of the 2025 Notes were $888.6 million, net of debt issuance costs and the cash used to pay the costs of the capped call transactions, or the 2025 Capped Call Transactions, discussed further in Note 7. The 2025 Notes mature on May 1, 2025 unless repurchased, redeemed, or converted in accordance with their terms prior to such date. The sale price requirement for conversion was satisfied as of December 31, 2021 and as a result, the 2025 Notes will continue to be eligible for optional conversion during the first quarter of 2022.

In August 2019, we entered into a purchase agreement for the sale of an aggregate of $1.265 billion principal amount of the 2026 Notes. The net proceeds from the issuance of the 2026 Notes were $1.15 billion, net of debt issuance costs and the cash used to pay the costs of the capped call transactions, or the 2026 Capped Call Transactions, discussed further in Note 7. The 2026 Notes mature on August 1, 2026 unless repurchased, redeemed, or converted in accordance with their terms prior to such date. The sale price requirement for conversion was satisfied as of December 31, 2021 and as a result, the 2026 Notes will continue to be eligible for optional conversion during the first quarter of 2022.

In July 2016, we entered into a senior unsecured revolving credit facility, or the Credit Facility, with certain lenders, some of which are affiliated with certain members of the underwriting syndicate for our Convertible Notes offerings, to fund working capital and general corporate-purpose expenditures. Since July 2016, we have amended the Credit Facility multiple times. As of December 31, 2021, the Credit Facility has a maximum borrowing amount of $1.05 billion, bears interest at LIBO plus 0.75%, as well as an annual commitment fee of 0.10% on the daily undrawn balance of the facility and terminates in August 2023. As of December 31, 2021, no amounts were outstanding under the Credit Facility. As of December 31, 2021, we had $23.9 million in the form of outstanding standby letters of credit.

We believe our existing cash balance is sufficient to fund our ongoing working capital, investing, and financing requirements for at least the next 12 months. Our future capital requirements will depend on many factors including our growth rate, headcount, sales and marketing activities, research and development efforts, the introduction of new features, products, and acquisitions, and continued user engagement. We continually evaluate opportunities to issue or repurchase equity or debt securities, obtain, retire, or restructure credit facilities or financing arrangements, or declare dividends for strategic reasons or to further strengthen our financial position.

As of December 31, 2021, approximately 6% of our cash, cash equivalents, and marketable securities was held outside the United States. These amounts were primarily held in the United Kingdom and are utilized to fund our foreign operations. Cash held outside the United States may be repatriated, subject to certain limitations, and would be available to be used to fund our domestic operations. However, repatriation of funds may result in additional tax liabilities. We believe our existing cash balance in the United States is sufficient to fund our working capital needs.

The following table sets forth the major components of our consolidated statements of cash flows for the periods presented:

| | Year Ended December 31, | | |
| | 2021 | 2020 | 2019 |
| | (dollars in thousands) | | |
| Net cash provided by (used in) operating activities | $ 292,880 | $ (167,644) | $ (304,958) |
| Net cash provided by (used in) investing activities | 90,227 | (729,864) | (728,608) |
| Net cash provided by financing activities | 1,065,073 | 922,791 | 1,165,852 |
| Change in cash, cash equivalents, and restricted cash | $ 1,448,180 | $ 25,283 | $ 132,286 |
| Free Cash Flow [1] | $ 223,005 | $ (225,476) | $ (341,436) |

(1) For information on how we define and calculate Free Cash Flow and a reconciliation to net cash used in operating activities to Free Cash Flow, see "Non-GAAP Financial Measures."

SNAP0004271

### *Net Cash Provided By (Used In) Operating Activities*

*2021 compared to 2020*

Net cash provided by operating activities was $292.9 million in the year ended December 31, 2021, as compared to net cash used in operations of $167.6 million in the year ended December 31, 2020, resulting primarily from our net loss, adjusted for non-cash items, including stock-based compensation expense of $1.1 billion and depreciation and amortization expense of $119.1 million, partially offset by gains on debt and equity securities, net of $289.1 million. Net cash provided by operating activities for the year ended December 31, 2021 was also impacted by an increase in the accounts receivable balance of $333.0 million due to an increase in revenue compared to the prior period.

### *Net Cash Provided By (Used In) Investing Activities*

*2021 compared to 2020*

Net cash provided by investing activities was $90.2 million for the year ended December 31, 2021, compared to net cash used in investing activities of $729.9 million for the same period in 2020. Our investing activities in the year ended December 31, 2021 consisted of cash provided by the sales and maturities of marketable securities of $2.9 billion, partially offset by the purchase of marketable securities of $2.4 billion and cash paid for acquisitions of $310.9 million. Net cash used in investing activities for the year ended December 31, 2020 consisted of cash used in the purchase of marketable securities of $3.5 billion, cash paid for acquisitions of $168.9 million, and cash used in strategic investments of $111.6 million, partially offset by the sales and maturities of marketable securities of $3.1 billion.

### *Net Cash Provided By Financing Activities*

*2021 compared to 2020*

Net cash provided by financing activities was $1.1 billion and $0.9 billion for the years ended December 31, 2021 and 2020, respectively. Our financing activities for the year ended December 31, 2021 consisted primarily of net proceeds of $1.1 billion from the issuance of the 2027 Notes, offset by the purchase of the 2027 Capped Call Transactions of $86.8 million. Our financing activities for the year ended December 31, 2020 consisted primarily of net proceeds of $988.6 million from the issuance of the 2025 Notes, offset by the purchase of the 2025 Capped Call Transactions of $100.0 million. Net cash provided by financing activities in all periods presented includes proceeds from the exercise of stock options.

### *Free Cash Flow*

*2021 compared to 2020*

Free Cash Flow was $223.0 million for the year ended December 31, 2021 and was composed of net cash provided by operating activities, resulting primarily from net loss, adjusted for non-cash items and changes in working capital. Free Cash Flow also included purchases of property and equipment of $69.9 million for the year ended December 31, 2021. See "Non-GAAP Financial Measures."

Free Cash Flow was $(225.5) million for the year ended December 31, 2020 and was composed of net cash used in operating activities, resulting primarily from net loss, adjusted for non-cash items and changes in working capital. Free Cash Flow also included purchases of property and equipment of $57.8 million for the year ended December 31, 2020. See "Non-GAAP Financial Measures."

**Non-GAAP Financial Measures**

To supplement our consolidated financial statements, which are prepared and presented in accordance with GAAP, we use certain non-GAAP financial measures, as described below, to understand and evaluate our core operating performance. These non-GAAP financial measures, which may be different than similarly titled measures used by other companies, are presented to enhance investors' overall understanding of our financial performance and should not be considered a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

We use the non-GAAP financial measure of Free Cash Flow, which is defined as net cash provided by (used in) operating activities, reduced by purchases of property and equipment. We believe Free Cash Flow is an important liquidity measure of the cash that is available, after capital expenditures, for operational expenses and investment in our business and is a key financial indicator used by management. Additionally, we believe that Free Cash Flow is an important measure since we use

58

SNAP0004272

third-party infrastructure partners to host our services and therefore we do not incur significant capital expenditures to support revenue generating activities. Free Cash Flow is useful to investors as a liquidity measure because it measures our ability to generate or use cash. Once our business needs and obligations are met, cash can be used to maintain a strong balance sheet and invest in future growth.

We use the non-GAAP financial measure of Adjusted EBITDA, which is defined as net income (loss); excluding interest income; interest expense; other income (expense), net; income tax benefit (expense); depreciation and amortization; stock-based compensation expense; and payroll and other tax expense related to stock-based compensation; and certain other non-cash or non-recurring items impacting net income (loss) from time to time. We believe that Adjusted EBITDA helps identify underlying trends in our business that could otherwise be masked by the effect of the expenses that we exclude in Adjusted EBITDA.

We believe that both Free Cash Flow and Adjusted EBITDA provide useful information about our financial performance, enhance the overall understanding of our past performance and future prospects, and allow for greater transparency with respect to key metrics used by our management for financial and operational decision-making. We are presenting the non-GAAP measures of Free Cash Flow and Adjusted EBITDA to assist investors in seeing our financial performance through the eyes of management, and because we believe that these measures provide an additional tool for investors to use in comparing our core financial performance over multiple periods with other companies in our industry.

These non-GAAP financial measures should not be considered in isolation from, or as substitutes for, financial information prepared in accordance with GAAP. There are a number of limitations related to the use of these non-GAAP financial measures compared to the closest comparable GAAP measure. Some of these limitations are that:

- Free Cash Flow does not reflect our future contractual commitments.

- Adjusted EBITDA excludes certain recurring, non-cash charges such as depreciation of fixed assets and amortization of acquired intangible assets and, although these are non-cash charges, the assets being depreciated and amortized may have to be replaced in the future;

- Adjusted EBITDA excludes stock-based compensation expense and payroll and other tax expense related to stock-based compensation, which have been, and will continue to be for the foreseeable future, significant recurring expenses in our business and an important part of our compensation strategy; and

- Adjusted EBITDA excludes income tax expense.

The following table presents a reconciliation of Free Cash Flow to net cash used in operating activities, the most comparable GAAP financial measure, for each of the periods presented:

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2021** | | **2020** | | **2019** | |
| | (in thousands) | | | | | |
| **Free Cash Flow reconciliation:** | | | | | | |
| Net cash provided by (used in) operating activities | $ | 292,880 | $ | (167,644) | $ | (304,958) |
| Less: | | | | | | |
| Purchases of property and equipment | | (69,875) | | (57,832) | | (36,478) |
| Free Cash Flow | $ | 223,005 | $ | (225,476) | $ | (341,436) |

59

SNAP0004273

The following table presents a reconciliation of Adjusted EBITDA to net loss, the most comparable GAAP financial measure, for each of the periods presented:

| | Year Ended December 31, | | |
| | 2021 | 2020 | 2019 |
|---|---|---|---|
| | (in thousands) | | |
| **Adjusted EBITDA reconciliation:** | | | |
| Net loss | (487,955) | (944,839) | (1,033,660) |
| Add (deduct): | | | |
| Interest income | (5,199) | (18,127) | (36,042) |
| Interest expense | 17,676 | 97,228 | 24,994 |
| Other (income) expense, net | (240,175) | (14,988) | (59,013) |
| Income tax (benefit) expense | 13,584 | 18,654 | 393 |
| Depreciation and amortization | 119,141 | 86,744 | 87,245 |
| Stock-based compensation expense | 1,092,135 | 770,182 | 686,013 |
| Payroll and other tax expense related to stock-based compensation | 107,479 | 50,309 | 27,840 |
| Securities class actions legal charges[1] | — | — | 100,000 |
| Adjusted EBITDA | $ 616,686 | $ 45,163 | $ (202,230) |

Securities class actions legal charges in the fourth quarter of 2019 were related to a preliminary agreement to settle the securities class actions that arose following our initial public offering in 2017. The preliminary settlement agreement was signed in January 2020 and provided for a resolution of all of the pending claims in the stockholder class actions for $187.5 million. We recorded legal settlement expense, net of amounts directly covered by insurance, of $100.0 million. These charges are non-recurring and not reflective of underlying trends in our business.

## Contingencies

We are involved in claims, lawsuits, tax matters, government investigations, and proceedings arising in the ordinary course of our business. We record a provision for a liability when we believe that it is both probable that a liability has been incurred and the amount can be reasonably estimated. We also disclose material contingencies when we believe that a loss is not probable but reasonably possible. Significant judgment is required to determine both probability and the estimated amount. Such claims, suits, and proceedings are inherently unpredictable and subject to significant uncertainties, some of which are beyond our control. Many of these legal and tax contingencies can take years to resolve. Should any of these estimates and assumptions change or prove to be incorrect, it could have a material impact on our results of operations, financial position, and cash flows.

## Commitments

We have non-cancelable contractual agreements primarily related to the hosting of our data storage processing, storage, and other computing services, as well as lease, content and developer partner, and other commitments. We had $2.7 billion in commitments, as of December 31, 2021, primarily due within three years.

https://www.sec.gov/Archives/edgar/data/1564408/000156459022003868/snap-10k_20211231.htm[3/21/2024 2:33:36 PM]

SNAP0004274

**Critical Accounting Policies and Estimates**

We prepare our financial statements in accordance with GAAP. Preparing these financial statements requires us to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenue, expenses, and related disclosures. We evaluate our estimates and assumptions on an ongoing basis. Our estimates are based on historical experience and various other assumptions that we believe to be reasonable under the circumstances. Our actual results could differ from these estimates.

The critical accounting estimates, assumptions, and judgments that we believe to have the most significant impact on our consolidated financial statements are described below.

*Revenue Recognition*

Revenue is recognized when control of the promised goods or services is transferred to our customers, in an amount that reflects the consideration we expect to receive in exchange for those goods or services. We determine collectability by performing ongoing credit evaluations and monitoring customer accounts receivable balances. Sales tax, including value added tax, is excluded from reported revenue.

We determine revenue recognition by first identifying the contract or contracts with a customer, identifying the performance obligations in the contract, determining the transaction price, allocating the transaction price to the performance obligations in the contract, and recognizing revenue when, or as, we satisfy a performance obligation.

We generate substantially all of our revenues by offering various advertising products on Snapchat, which include Snap Ads and AR Ads, referred to as advertising revenue. AR Ads include Sponsored Filters and Sponsored Lenses. Sponsored Filters allow users to interact with an advertiser's brand by enabling stylized brand artwork to be overlaid on a Snap. Sponsored Lenses allow users to interact with an advertiser's brand by enabling branded augmented reality experiences.

The substantial majority of advertising revenue is generated from the display of advertisements on Snapchat through contractual agreements that are either on a fixed fee basis over a period of time or based on the number of advertising impressions delivered. Revenue related to agreements based on the number of impressions delivered is recognized when the advertisement is displayed. Revenue related to fixed fee arrangements is recognized ratably over the service period, typically less than 30 days in duration, and such arrangements do not contain minimum impression guarantees.

In arrangements where another party is involved in providing specified services to a customer, we evaluate whether we are the principal or agent. In this evaluation, we consider if we obtain control of the specified goods or services before they are transferred to the customer, as well as other indicators such as the party primarily responsible for fulfillment, inventory risk, and discretion in establishing price. For advertising revenue arrangements where we are not the principal, we recognize revenue on a net basis. For the periods presented, revenue for arrangements where we are the agent was not material.

*Stock-Based Compensation*

In the year ended December 31, 2021, total stock-based compensation expense recognized was $1.1 billion. We have granted stock-based awards consisting primarily of restricted stock units, or RSUs, restricted stock awards, or RSAs, and to a lesser extent, stock options to employees, members of our board of directors, and non-employee advisors. The substantial majority of our stock-based awards have been made to employees. RSUs vest and RSAs lapse to a forfeiture condition on the satisfaction of service conditions. The service conditions for RSUs and RSAs granted prior to February 2018 is generally satisfied over four years, 10% after the first year of service, 20% over the second year, 30% over the third year, and 40% over the fourth year. The service condition for RSUs and RSAs granted after February 2018 is generally satisfied in equal monthly or quarterly installments over three or four years.

We account for stock-based employee compensation under the fair value recognition and measurement provisions, in accordance with applicable accounting standards, which requires stock-based awards to be measured based on the grant date fair value. Stock-based compensation expense is recorded net of estimated forfeitures in our consolidated statements of operations. Accordingly, stock-based compensation expense is only recorded for those potential stock-based awards that we expect to vest. We estimate the forfeiture rate using historical forfeitures of equity awards and other expected changes in facts and circumstances, if any. We will re-evaluate our estimated forfeiture rate if actual forfeitures differ from our initial estimates. A modification of the terms of a stock-based award is treated as an exchange of the original award for a new award with total compensation cost equal to the grant-date fair value of the original award plus the incremental value of the modification to the award.

61

SNAP0004275

*Restricted Stock Units and Restricted Stock Awards*

As of December 31, 2021, total unrecognized compensation cost related to outstanding RSUs and RSAs was $2.0 billion and is expected to be recognized over a weighted-average period of 2.2 years.

### Business Combinations and Valuation of Goodwill and Other Acquired Intangible Assets

We estimate the fair value of assets acquired and liabilities assumed in a business combination. Goodwill as of the acquisition date is measured as the excess of consideration transferred over the net of the acquisition date fair values of the assets acquired and the liabilities assumed. While we use our best estimates and assumptions to accurately value assets acquired and liabilities assumed at the acquisition date, our estimates are inherently uncertain and subject to refinement.

Significant estimates in valuing certain intangible assets include, but are not limited to, future expected cash flows from acquired technology, useful lives, and discount rates. Although we believe the assumptions and estimates we have made in the past have been reasonable and appropriate, they are based in part on historical experience and information obtained from the management of the acquired companies and are inherently uncertain. During the measurement period, which may be up to one year from the acquisition date, we record adjustments to the assets acquired and liabilities assumed with the corresponding offset to goodwill. On the conclusion of the measurement period or final determination of the values of assets acquired or liabilities assumed, whichever comes first, any subsequent adjustments are recorded to our consolidated statements of operations.

### Convertible Notes

Prior to January 1, 2021, we accounted for the 2025 Notes and the 2026 Notes as separate liability and equity components. On issuance, the carrying amount of the liability component was calculated by measuring the fair value of a similar liability that did not have an associated convertible feature. The carrying amount of the equity component representing the conversion option was calculated by deducting the fair value of the liability component from the principal amount of the Convertible Notes as a whole. We estimated the fair value of the liability and equity components using a convertible bond model, which includes subjective assumptions such as the expected term, expected volatility, and the interest rate of a similar non-convertible debt instrument. These assumptions involved inherent uncertainties and management judgement.

Effective January 1, 2021, we early adopted Accounting Standards Update, or ASU, 2020-06 using the modified retrospective approach. As a result, the 2025 Notes and 2026 Notes are each accounted for as a single liability measured at its amortized cost, as no other embedded features require bifurcation and recognition as derivatives. Adoption of the new standard resulted in a decrease to accumulated deficit of $95.0 million, a decrease to additional paid-in capital of $664.0 million, and an increase to convertible senior notes, net of $569.0 million.

### Loss Contingencies

We are involved in claims, lawsuits, tax matters, government investigations, and proceedings arising in the ordinary course of our business. We record a provision for a liability when we believe that it is both probable that a liability has been incurred and the amount can be reasonably estimated. When there appears to be a range of possible costs with equal likelihood, a liability is recorded based on the low-end of such range. However, the likelihood of a loss is often difficult to predict and determining a meaningful estimate of the loss or a range of loss may not be practicable based on the information available, the potential effect of future events, and decisions by third parties impacting the ultimate resolution of the contingency. It is also not uncommon for such matters to be resolved over multiple reporting periods. During this time, relevant developments and new information must be continuously evaluated to determine both the likelihood of potential loss and whether it is possible to reasonably estimate a range of potential loss. We also disclose material contingencies when we believe that a loss is reasonably possible.

Significant judgment is required to determine both probability and the estimated amounts of loss contingencies. Such claims, suits, and proceedings are inherently unpredictable and subject to significant uncertainties, some of which are beyond our control. Should any of these estimates and assumptions change, it could have a material impact on our results of operations, financial position, and cash flows.

### Income Taxes

We are subject to income taxes in the United States and numerous foreign jurisdictions. Significant judgment is required in determining our uncertain tax positions.

SNAP0004276

We recognize tax benefits from uncertain tax positions only if we believe that it is more likely than not that the tax position will be sustained on examination by the taxing authorities based on the technical merits of the position. Although we believe that we have adequately reserved for our uncertain tax positions, we can provide no assurance that the final tax outcome of these matters will not be materially different. We make adjustments to these reserves when facts and circumstances change, such as the closing of a tax audit or the refinement of an estimate. To the extent that the final tax outcome of these matters is different than the amounts recorded, such differences may affect the provision for income taxes in the period in which such determination is made and could have a material impact on our financial condition and results of operations.

## Recent Accounting Pronouncements

See Note 1 to our consolidated financial statements included in "Financial Statements and Supplementary Data" in this Annual Report on Form 10-K for recently adopted accounting pronouncements and recently issued accounting pronouncements not yet adopted as of the date of this Annual Report on Form 10-K.

## Item 7A. Quantitative and Qualitative Disclosures About Market Risk.

We are exposed to market risks in the ordinary course of our business. These risks primarily include interest rate risk and foreign currency risk as follows:

### Interest Rate Risk

We had cash and cash equivalents totaling $2.0 billion and $545.6 million at December 31, 2021 and December 31, 2020, respectively. We had marketable securities totaling $1.7 billion and $2.0 billion at December 31, 2021 and December 31, 2020, respectively. Our cash and cash equivalents consist of cash in bank accounts and marketable securities consisting of U.S. government debt and agency securities, publicly traded equity securities, corporate debt securities, certificates of deposit, and commercial paper. The primary objectives of our investment activities are to preserve principal and provide liquidity without significantly increasing risk. We do not enter into investments for trading or speculative purposes. Due to the relatively short-term nature of our investment portfolio, a hypothetical 100 basis point change in interest rates would not have a material effect on the fair value of our portfolio for the periods presented.

In April 2021, we issued the 2027 Notes with an aggregate principal amount of $1.15 billion, the full amount of which is outstanding as of December 31, 2021. We carry the 2027 Notes at face value less the unamortized debt issuance costs on our consolidated balance sheets. The 2027 Notes do not bear regular interest; therefore, we have no financial statement risk associated with changes in interest rates with respect to the 2027 Notes. The fair value of the 2027 Notes changes when the market price of our stock fluctuates or market interest rates change.

In April 2020, we issued the 2025 Notes with an aggregate principal amount of $1.0 billion, of which $0.3 billion remains outstanding as of December 31, 2021. We carry the 2025 Notes at face value less the unamortized debt issuance costs on our consolidated balance sheets. The 2025 Notes have a fixed interest rate; therefore, we have no financial statement risk associated with changes in interest rates with respect to the 2025 Notes. The fair value of the 2025 Notes changes when the market price of our stock fluctuates or market interest rates change.

In August 2019, we issued the 2026 Notes with an aggregate principal amount of $1.265 billion, of which $0.8 billion remains outstanding as of December 31, 2021. We carry the 2026 Notes at face value less the unamortized debt issuance costs on our consolidated balance sheets. The 2026 Notes have a fixed interest rate; therefore, we have no financial statement risk associated with changes in interest rates with respect to the 2026 Notes. The fair value of the 2026 Notes changes when the market price of our stock fluctuates or market interest rates change.

### Foreign Currency Risk

For all periods presented, our sales and operating expenses were predominately denominated in U.S. dollars. We therefore have not had material foreign currency risk associated with sales and cost-based activities. The functional currency of our material operating entities is the U.S. dollar.

For all periods presented, we believe the exposure to foreign currency fluctuation from operating expenses is immaterial as the related costs do not constitute a significant portion of our total expenses. As we grow operations, our exposure to foreign currency risk will likely become more significant.

SNAP0004277