# AMENDED Exhibit 838

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-K

**(Mark One)**

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

### For the fiscal year ended December 31, 2022
### OR

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM TO**

### Commission File Number 001-38017

# SNAP INC.

### (Exact name of registrant as specified in its charter)

| Delaware | 45-5452795 |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

### 3000 31st Street, Santa Monica, California 90405
### (Address of principal executive offices, including zip code)

### (310) 399-3339
##### (Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, par value $0.00001 per share | SNAP | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes☐ No☐

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes☐ No☐

Indicate by check mark whether the Registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes☐ No☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files). Yes☐ No☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definition of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by checkmark if the Registrant has elected not to use the extended transition period for complying with any new or

SNAP0004358

revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements.

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to § 240.10D-1(b).    Yes    No

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes    No

The aggregate market value of the voting and non-voting common equity held by non-affiliates of the Registrant, based on the closing price of the shares of Class A common stock on the New York Stock Exchange on June 30, 2022, the last business day of the Registrant's most recently completed second fiscal quarter, was approximately $16.7 billion.

As of January 27, 2023, the Registrant had 1,327,186,321 shares of Class A common stock, 22,521,887 shares of Class B common stock, and 231,626,943 shares of Class C common stock outstanding.

Auditor Firm Id: 42        Auditor Name: Ernst & Young LLP        Auditor Location: Los Angeles, CA, United States

SNAP0004359

## TABLE OF CONTENTS

|  |  | Page |
|---|---|---:|
| Note Regarding Forward-Looking Statements |  | 1 |
| Risk Factor Summary |  | 3 |
| Note Regarding User Metrics and Other Data |  | 5 |
| **PART I** |  |  |
| Item 1. | Business | 6 |
| Item 1A. | Risk Factors | 12 |
| Item 1B. | Unresolved Staff Comments | 50 |
| Item 2. | Properties | 50 |
| Item 3. | Legal Proceedings | 51 |
| Item 4. | Mine Safety Disclosures | 51 |
| **PART II** |  |  |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 52 |
| Item 6. | Reserved | 53 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 54 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 72 |
| Item 8. | Financial Statements and Supplementary Data | 74 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 111 |
| Item 9A. | Controls and Procedures | 111 |
| Item 9B. | Other Information | 111 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 111 |
| **PART III** |  |  |
| Item 10. | Directors, Executive Officers and Corporate Governance | 112 |
| Item 11. | Executive Compensation | 118 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 138 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 141 |
| Item 14. | Principal Accounting Fees and Services | 144 |
| **PART IV** |  |  |
| Item 15. | Exhibits, Financial Statement Schedules | 145 |
| Item 16. | Form 10-K Summary | 148 |
|  | Signatures | 149 |

https://www.sec.gov/Archives/edgar/data/1564408/000156440823000013/snap-20221231.htm[3/21/2024 12:06:56 PM]

SNAP0004360

snap-20221231

Table of Contents

## Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations.

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our consolidated financial statements and related notes included elsewhere in this Annual Report on Form 10-K. In addition to historical consolidated financial information, the following discussion contains forward-looking statements that reflect our plans, estimates, and beliefs that involve significant risks and uncertainties. Our actual results could differ materially from those discussed in the forward-looking statements. Factors that could cause or contribute to those differences include those discussed below and elsewhere in this Annual Report on Form 10-K, particularly in "Risk Factors," "Note Regarding Forward-Looking Statements," and "Note Regarding User Metrics and Other Data."*

*The following generally discusses 2022 and 2021 items and year-to-year comparisons between 2022 and 2021. Discussion of historical items and year-to-year comparisons between 2021 and 2020 that are not included in this discussion can be found in "Management's Discussion and Analysis of Financial Condition and Results of Operations" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2021, filed with the SEC on February 4, 2022.*

## Overview of Full Year 2022 Results

Our key user metrics and financial results for fiscal year 2022 are as follows:

### User Metrics

- Daily Active Users, or DAUs, increased 17% year-over-year to 375 million in Q4 2022.
- Average revenue per user, or ARPU, was $3.47 in Q4 2022, compared to $4.06 in Q4 2021.

### Financial Results

- Revenue increased 12% year-over-year to $4.6 billion in 2022.
- Total costs and expenses were $6.0 billion in 2022, compared to $4.8 billion in 2021.
- Net loss was $1.4 billion in 2022, compared to $488.0 million in 2021.
- Diluted net loss per share was $(0.89) in 2022, compared to $(0.31) in 2021.
- Adjusted EBITDA was $377.6 million in 2022, compared to $616.7 million in 2021.
- Cash provided by operating activities was $184.6 million in 2022, compared to $292.9 million in 2021.
- Free Cash Flow was $55.3 million in 2022, compared to $223.0 million in 2021.
- Cash, cash equivalents, and marketable securities were $3.9 billion as of December 31, 2022.
- In the third quarter of 2022, we initiated a strategic reprioritization plan, which included a reduction of our global employee headcount by approximately 20%. Total restructuring charges included in our consolidated statements of operations for the year ended December 31, 2022 were $188.9 million, consisting primarily of severance and related charges, stock-based compensation expense, lease exit and related charges, impairment charges, contract termination charges, and intangible asset amortization.

## Business and Macroeconomic Conditions

In 2022 we realigned our priorities and we expect to continue to focus on our three strategic priorities: growing our community and deepening their engagement with our products, accelerating and diversifying our revenue growth, and investing in the future of augmented reality. We believe that we can be successful in our current operating environment, with various macroeconomic factors impacting our business, by rigorously prioritizing our investments and continuing to engage our community with our products while driving success for our advertising partners. However, the impact of this strategic reprioritization is difficult to predict.

Macroeconomic factors such as labor shortages, supply chain disruptions, inflation, changes in interest and foreign currency exchange rates, and other risks and uncertainties, including the COVID-19 pandemic and the conflict in Ukraine, continue to cause logistical challenges, increased input costs, and inventory constraints for our advertisers, which in turn may cause our advertisers to halt or decrease advertising spending on our platform. Such macroeconomic factors may also

SNAP0004415

55

SNAP0004416

snap-20221231

negatively impact, in the short-term or long-term, the global economy, advertising ecosystem, our customers and their budgets with us, user engagement, other user metrics, and our business, financial condition, and results of operations.

In addition, competition for advertising dollars has increased and demand growth on our advertising platform has slowed. We expect to continue to experience increased competition, which may result in reduced advertising demand, and could adversely affect our revenue growth, pricing, business, financial condition, and results of operations.

Our revenue, particularly in North America, has further been impacted by platform policy changes and restrictions that affected our targeting, measurement, and optimization capabilities, and in turn our ability to measure the effectiveness of advertisements on our services. This has resulted in, and in the future is likely to continue to result in, reduced advertising revenue, especially if we are unable to mitigate these developments.

We compete with other companies in every aspect of our business. We must compete effectively for users and advertisers to grow our business and increase our revenue. These and other risks and uncertainties are further described in the sections titled "Competition" in Part I, Item 1. Business, and "Risk Factors" in Part I, Item 1A of this Annual Report on Form 10-K.

## Trends in User Metrics

We define a DAU as a registered Snapchat user who opens the Snapchat application at least once during a defined 24-hour period. We define ARPU as quarterly revenue divided by the average DAUs. We assess the health of our business by measuring DAUs and ARPU because we believe that these metrics are important ways for both management and investors to understand engagement and monitor the performance of our platform. We also measure ARPU because we believe that this metric helps our management and investors to assess the extent to which we are monetizing our service.

### User Engagement

We calculate average DAUs for a particular quarter by adding the number of DAUs on each day of that quarter and dividing that sum by the number of days in that quarter. DAUs are broken out by geography because markets have different characteristics. We had 375 million DAUs on average in the fourth quarter of 2022, an increase of 56 million, or 17%, from the fourth quarter of 2021.

55

SNAP0004417

Table of Contents

**Quarterly Average Daily Active Users**
**(in millions)**





(1)    North America includes Mexico, the Caribbean, and Central America.
(2)    Europe includes Russia and Turkey.

56

57

SNAP0004419



**Rest of World**

YOY growth: 36 % 45 % 37 % 43 % 55 % 57 % 55 % 49 % 41 % 36 % 35 % 34 % 31 %

*Monetization*

In the year ended December 31, 2022, we recorded revenue of $4.6 billion compared to revenue of $4.1 billion for the year ended December 31, 2021, an increase of 12% year-over-year. We monetize our business primarily through advertising. Our advertising products include Snap Ads and AR Ads.

We measure our business using ARPU because it helps us understand the rate at which we are monetizing our daily user base. ARPU was $3.47 in the fourth quarter of 2022, compared to $4.06 in the fourth quarter of 2021. For purposes of calculating ARPU, revenue by user geography is apportioned to each region based on a determination of the geographic location in which advertising impressions are delivered, as this approximates revenue based on user activity. This differs from the presentation of our revenue by geography in the notes to our consolidated financial statements, where revenue is based on the billing address of the advertising customer.

57



Quarterly Average Revenue per User

(1)   North America includes Mexico, the Caribbean, and Central America.

(2)   Europe includes Russia and Turkey. Effective March 2022, we halted advertising sales to Russian and Belarusian entities.

58

SNAP0004421

SNAP0004422



## Results of Operations

### Components of Results of Operations

#### Revenue

We generate substantially all of our revenue through the sale of our advertising products, which primarily include Snap Ads and AR Ads, referred to as advertising revenue. Snap Ads may be subject to revenue sharing arrangements between us and the media partner. We also generate revenue from sales of hardware products. This revenue is reported net of allowances for returns.

#### Cost of Revenue

Cost of revenue consists of payments to third-party infrastructure partners for hosting our products, which include expenses related to storage, computing, and bandwidth costs, and payments for content, developer, and advertiser partner costs. In addition, cost of revenue includes third-party selling costs and personnel-related costs, including salaries, benefits, and stock-based compensation expenses. Cost of revenue also includes facilities and other supporting overhead costs, including depreciation and amortization, and inventory costs.

#### Research and Development Expenses

Research and development expenses consist primarily of personnel-related costs, including salaries, benefits, and stock-based compensation expense for our engineers, designers, and other employees engaged in the research and development of our products. In addition, research and development expenses include facilities and other supporting overhead costs, including depreciation and amortization. Research and development costs are expensed as incurred.

#### Sales and Marketing Expenses

Sales and marketing expenses consist primarily of personnel-related costs, including salaries, benefits, commissions, and stock-based compensation expense for our employees engaged in sales and sales support, business development, media, marketing, corporate partnerships, and customer service functions. Sales and marketing expenses also include costs incurred for advertising, market research, tradeshows, branding, marketing, promotional expense, and public relations, as well as facilities and other supporting overhead costs, including depreciation and amortization.

#### General and Administrative Expenses

General and administrative expenses consist primarily of personnel-related costs, including salaries, benefits, and stock-based compensation expense for our finance, legal, information technology, human resources, and other administrative teams. General and administrative expenses also include facilities and supporting overhead costs, including depreciation and amortization, and external professional services.

60

(1) (2)

SNAP0004424

*Interest Income*

Interest income consists primarily of interest earned on our cash, cash equivalents, and marketable securities.

*Interest Expense*

Interest expense consists primarily of interest expense associated with convertible notes and commitment fees related to our revolving credit facility.

*Other Income (Expense), Net*

Other income (expense), net primarily consists of gains and losses on strategic investments, marketable securities, and foreign currency transactions.

*Income Tax Benefit (Expense)*

We are subject to income taxes in the United States and numerous foreign jurisdictions. These foreign jurisdictions have different statutory tax rates than the United States. Additionally, certain of our foreign earnings may also be taxable in the United States. Accordingly, our effective tax rates will vary depending on the relative proportion of foreign to domestic income, use of tax credits, changes in the valuation of our deferred tax assets and liabilities, and changes in tax laws.

*Adjusted EBITDA*

We define Adjusted EBITDA as net income (loss), excluding interest income; interest expense; other income (expense), net; income tax benefit (expense); depreciation and amortization; stock-based compensation expense; payroll and other tax expense related to stock-based compensation; and certain other non-cash or non-recurring items impacting net income (loss) from time to time. We consider the exclusion of certain non-cash and non-recurring expenses in calculating Adjusted EBITDA to provide a useful measure for period-to-period comparisons of our business and for investors and others to evaluate our operating results in the same manner as does our management. See "Non-GAAP Financial Measures" for additional information and a reconciliation of net loss to Adjusted EBITDA.

(1) (2)

SNAP0004425

## Discussion of Results of Operations

The following table sets forth our consolidated statements of operations data:

| | | | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2022 | | 2021 | | 2020 | | |
| | | | | (in thousands) | | | | |
| **Consolidated Statements of Operations Data:** | | | | | | | | |
| Revenue | $ | 4,601,847 | $ | 4,117,048 | $ | 2,506,626 | | |
| Costs and expenses[1][2]: | | | | | | | | |
|     Cost of revenue | | 1,815,342 | | 1,750,246 | | 1,182,505 | | |
|     Research and development | | 2,109,800 | | 1,565,467 | | 1,101,561 | | |
|     Sales and marketing | | 1,118,746 | | 792,764 | | 555,468 | | |
|     General and administrative | | 953,265 | | 710,640 | | 529,164 | | |
| Total costs and expenses | $ | 5,997,153 | | 4,819,117 | | 3,368,698 | | |
| Operating loss | | (1,395,306) | | (702,069) | | (862,072) | | |
| Interest income | | 58,597 | | 5,199 | | 18,127 | | |
| Interest expense | | (21,459) | | (17,676) | | (97,228) | | |
| Other income (expense), net | | (42,529) | | 240,175 | | 14,988 | | |
| Loss before income taxes | | (1,400,697) | | (474,371) | | (926,185) | | |
| Income tax benefit (expense) | | (28,956) | | (13,584) | | (18,654) | | |
| Net loss | $ | (1,429,653) | $ | (487,955) | $ | (944,839) | | |
| Adjusted EBITDA[3] | $ | 377,573 | $ | 616,686 | $ | 45,163 | | |

(1)    Stock-based compensation expense included in the above line items:

| | | | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2022 | | 2021 | | 2020 | | |
| | | | | (in thousands) | | | | |
| **Stock-based compensation expense:** | | | | | | | | |
|     Cost of revenue | $ | 12,288 | $ | 17,221 | $ | 9,367 | | |
|     Research and development | | 970,746 | | 740,130 | | 533,272 | | |
|     Sales and marketing | | 203,092 | | 164,241 | | 108,270 | | |
|     General and administrative | | 201,661 | | 170,543 | | 119,273 | | |
|     Total | $ | 1,387,787 | $ | 1,092,135 | $ | 770,182 | | |

(2)    Depreciation and amortization expense included in the above line items:

| | | | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2022 | | 2021 | | 2020 | | |
| | | | | (in thousands) | | | | |
| **Depreciation and amortization expense:** | | | | | | | | |
|     Cost of revenue | $ | 24,235 | $ | 19,711 | $ | 22,205 | | |
|     Research and development | | 98,041 | | 62,159 | | 37,627 | | |
|     Sales and marketing | | 67,169 | | 21,772 | | 12,916 | | |
|     General and administrative | | 12,728 | | 15,499 | | 13,996 | | |
|     Total | $ | 202,173 | $ | 119,141 | $ | 86,744 | | |

SNAP0004426

(3)    See "Non-GAAP Financial Measures" of this Annual Report on Form 10-K for more information and for a reconciliation of Adjusted EBITDA to net loss, the most directly comparable financial measure calculated and presented in accordance with GAAP.

The following table sets forth the components of our consolidated statements of operations data for each of the periods presented as a percentage of revenue:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2022 | 2021 | 2020 |
| **Consolidated Statements of Operations Data:** | | | |
| Revenue | 100 % | 100 % | 100 % |
| Costs and expenses: | | | |
| Cost of revenue | 39 | 43 | 47 |
| Research and development | 46 | 38 | 44 |
| Sales and marketing | 24 | 19 | 22 |
| General and administrative | 21 | 17 | 21 |
| Total costs and expenses | 130 | 117 | 134 |
| Operating loss | (30) | (17) | (34) |
| Interest income | 1 | — | 1 |
| Interest expense | — | — | (4) |
| Other income (expense), net | (1) | 6 | 1 |
| Loss before income taxes | (30) | (12) | (37) |
| Income tax benefit (expense) | (1) | — | (1) |
| Net loss | (31)% | (12)% | (38)% |

*Revenue*

| | Year Ended December 31, | | | 2022 vs 2021 Change | | 2021 vs 2020 Change | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2022 | 2021 | 2020 | $ | % | $ | % |
| | | | | (dollars in thousands) | | | |
| Revenue | $ 4,601,847 | $ 4,117,048 | $ 2,506,626 | $ 484,799 | 12 % | $ 1,610,422 | 64 % |

*2022 compared to 2021*

Revenue for the year ended December 31, 2022 increased $484.8 million compared to the same period in 2021. Revenue increased due to a combination of growth in advertisers and auction-based advertising demand and optimization efficiencies.

*Cost of Revenue*

| | Year Ended December 31, | | | 2022 vs 2021 Change | | 2021 vs 2020 Change | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2022 | 2021 | 2020 | $ | % | $ | % |
| | | | | (dollars in thousands) | | | |
| Cost of Revenue | $ 1,815,342 | $ 1,750,246 | $ 1,182,505 | $ 65,096 | 4 % | $ 567,741 | 48 % |

*2022 compared to 2021*

Cost of revenue for the year ended December 31, 2022 increased $65.1 million compared to the same period in 2021. The increase in cost of revenue was primarily driven by the growth in revenue share due to the overall increase in revenue and higher mix of revenue subject to revenue share, increased infrastructure costs attributable to DAU growth, and

SNAP0004427

63

SNAP0004428

$20.6 million relating to restructuring charges. The increase was offset by infrastructure cost efficiencies and lower content costs.

### *Research and Development Expenses*

| | Year Ended December 31, | | | 2022 vs 2021 Change | | 2021 vs 2020 Change | |
|---|---|---|---|---|---|---|---|
| | **2022** | **2021** | **2020** | **$** | **%** | **$** | **%** |
| | | | | (dollars in thousands) | | | |
| Research and Development Expenses | $ 2,109,800 | $ 1,565,467 | $ 1,101,561 | $ 544,333 | 35 % | $ 463,906 | 42 % |

#### *2022 compared to 2021*

Research and development expenses for the year ended December 31, 2022 increased $544.3 million compared to the same period in 2021. The increase was primarily driven by higher personnel expenses, including increased cash- and stock-based compensation expenses, and $78.9 million relating to restructuring charges.

### *Sales and Marketing Expenses*

| | Year Ended December 31, | | | 2022 vs 2021 Change | | 2021 vs 2020 Change | |
|---|---|---|---|---|---|---|---|
| | **2022** | **2021** | **2020** | **$** | **%** | **$** | **%** |
| | | | | (dollars in thousands) | | | |
| Sales and Marketing Expenses | $ 1,118,746 | $ 792,764 | $ 555,468 | $ 325,982 | 41 % | $ 237,296 | 43 % |

#### *2022 compared to 2021*

Sales and marketing expenses for the year ended December 31, 2022 increased $326.0 million compared to the same period in 2021. The increase was primarily driven by higher personnel expenses, including increased cash- and stock-based compensation expense, marketing investments, and $30.8 million relating to restructuring charges. The increase was also due to higher amortization expense, which resulted from our revision of the useful lives of certain customer relationships and trademarks.

### *General and Administrative Expenses*

| | Year Ended December 31, | | | 2022 vs 2021 Change | | 2021 vs 2020 Change | |
|---|---|---|---|---|---|---|---|
| | **2022** | **2021** | **2020** | **$** | **%** | **$** | **%** |
| | | | | (dollars in thousands) | | | |
| General and Administrative Expenses | $ 953,265 | $ 710,640 | $ 529,164 | $ 242,625 | 34 % | $ 181,476 | 34 % |

#### *2022 compared to 2021*

General and administrative expenses for the year ended December 31, 2022 increased $242.6 million compared to the same period in 2021. The increase was primarily driven by higher personnel expenses, higher other administrative expenses, and $58.7 million relating to restructuring charges.

https://www.sec.gov/Archives/edgar/data/1564408/000156440823000013/snap-20221231.htm[3/21/2024 12:06:56 PM]

SNAP0004429

*Interest Income*

| | Year Ended December 31, | | | 2022 vs 2021 Change | | 2021 vs 2020 Change | |
|---|---|---|---|---|---|---|---|
| | **2022** | **2021** | **2020** | **$** | **%** | **$** | **%** |
| | | | | (dollars in thousands) | | | |
| | | | | (NM = Not Meaningful) | | | |
| *Interest Income* | $ 58,597 | $ 5,199 | $ 18,127 | $ 53,398 | NM | $ (12,928) | (71)% |

*2022 compared to 2021*

Interest income for the year ended December 31, 2022 increased $53.4 million compared to the same period in 2021. The increase was primarily a result of higher interest rates on U.S. government-backed securities and a higher overall invested cash balance.

*Interest Expense*

| | Year Ended December 31, | | | 2022 vs 2021 Change | | 2021 vs 2020 Change | |
|---|---|---|---|---|---|---|---|
| | **2022** | **2021** | **2020** | **$** | **%** | **$** | **%** |
| | | | | (dollars in thousands) | | | |
| Interest Expense | $ (21,459) | $ (17,676) | $ (97,228) | $ (3,783) | 21 % | $ 79,552 | (82)% |

*2022 compared to 2021*

Interest expense for the year ended December 31, 2022 increased $3.8 million, compared to the same period in 2021 primarily due to increases in amortization of debt issuance costs.

*Other Income (Expense), Net*

| | Year Ended December 31, | | | 2022 vs 2021 Change | | 2021 vs 2020 Change | |
|---|---|---|---|---|---|---|---|
| | **2022** | **2021** | **2020** | **$** | **%** | **$** | **%** |
| | | | | (dollars in thousands) | | | |
| Other Income (Expense), Net | $ (42,529) | $ 240,175 | $ 14,988 | $ (282,704) | (118)% | $ 225,187 | 1,502 % |

*2022 compared to 2021*

Other expense, net for the year ended December 31, 2022 was $42.5 million, compared to other income, net of $240.2 million for the same period in 2021, an increase in other expense, net of $282.7 million. Other expense, net for the current year was primarily a result of $101.3 million total losses on publicly traded securities primarily classified as marketable securities, offset by $19.9 million unrealized gains and $45.9 million realized gains on strategic investments. Other income, net in the comparable period in 2021 was primarily a result of $207.7 million of unrealized gains and $27.8 million of realized gains on strategic investments, and $59.4 million of unrealized gains on publicly traded securities reclassified from strategic investments to marketable securities in the fourth quarter, partially offset by an induced conversion expense related to the Convertible Notes of $41.5 million.

64

SNAP0004430

*Income Tax Benefit (Expense)*

| | Year Ended December 31, | | | 2022 vs 2021 Change | | 2021 vs 2020 Change | |
|---|---|---|---|---|---|---|---|
| | 2022 | 2021 | 2020 | $ | % | $ | % |
| | | | (dollars in thousands) | | | | |
| Income Tax Benefit (Expense) | $ (28,956) | $ (13,584) | $ (18,654) | $ (15,372) | 113 % | $ 5,070 | (27)% |
| Effective Tax Rate | (2.1)% | (2.9)% | (2.0)% | | | | |

*2022 compared to 2021*

Income tax expense was $29.0 million for the year ended December 31, 2022, compared to $13.6 million for the same period in 2021. The increase was primarily attributable to the partial valuation allowance releases on our deferred tax assets in the prior period due to deferred tax liabilities acquired in business acquisitions, as well as the capitalization of research and development expenditures under Section 174 of the Internal Revenue Code. Beginning in 2022, the Tax Cuts and Jobs Act eliminates the option to currently deduct research and development expenditures in the period incurred and requires taxpayers to capitalize and amortize such expenditures over five or fifteen years, as applicable, pursuant to Section 174 of the Internal Revenue Code. Although this tax law change did not result in any U.S. federal tax liability due to the use of existing U.S. federal net operating loss carryforwards, it did result in incremental state tax liability and expense due to limitations on the use of existing state net operating loss carryforwards.

Our effective tax rate differs from the U.S. statutory tax rate primarily due to valuation allowances on our deferred tax assets as it is more likely than not that some or all of our deferred tax assets will not be realized.

For additional discussion, see Note 12 to our consolidated financial statements included in "Financial Statements and Supplementary Data" in this Annual Report on Form 10-K.

*Net Loss and Adjusted EBITDA*

| | Year Ended December 31, | | | 2022 vs 2021 Change | | 2021 vs 2020 Change | |
|---|---|---|---|---|---|---|---|
| | 2022 | 2021 | 2020 | $ | % | $ | % |
| | | | (dollars in thousands) | | | | |
| Net Loss | $ (1,429,653) | $ (487,955) | $ (944,839) | $ (941,698) | (193)% | $ 456,884 | (48)% |
| Adjusted EBITDA | $ 377,573 | $ 616,686 | $ 45,163 | $ (239,113) | (39)% | $ 571,523 | 1,265 % |

*2022 compared to 2021*

Net loss for the year ended December 31, 2022 was $1,429.7 million, compared to $488.0 million for the same period in 2021. Adjusted EBITDA for the year ended December 31, 2022 was $377.6 million, compared to $616.7 million for the same period in 2021. The decrease in Adjusted EBITDA was attributable to increased cost of revenue and overall operating expenses, partially offset by increased revenues.

For a discussion of the limitations associated with using Adjusted EBITDA rather than GAAP measures and a reconciliation of this measure to net loss, see "Non-GAAP Financial Measures."

## Liquidity and Capital Resources

Cash, cash equivalents, and marketable securities were $3.9 billion as of December 31, 2022, primarily consisting of cash on deposit with banks and highly liquid investments in U.S. government and agency securities, publicly traded equity securities, corporate debt securities, certificates of deposit, and commercial paper. Our primary source of liquidity is cash generated through financing activities. Our primary uses of cash include operating costs such as personnel-related costs and the infrastructure costs of the Snapchat application, facility-related capital spending, and acquisitions and investments. There are no known material subsequent events that could have a material impact on our cash or liquidity. We may contemplate and engage in merger and acquisition activity that could materially impact our liquidity and capital resource position.

SNAP0004431

66

SNAP0004432

Table of Contents

In October 2022, our board of directors authorized a stock repurchase program of up to $500.0 million of our Class A common stock. The program was completed in the fourth quarter of 2022, during which we repurchased, and subsequently retired, 53.9 million shares of our Class A common stock for an aggregate of $500.5 million, representing the entire amount approved by our board of directors and including costs associated with the repurchases.

In July 2022, our board of directors authorized a stock repurchase program of up to $500.0 million of our Class A common stock. The program was completed in the third quarter of 2022, during which we repurchased 51.3 million shares of our Class A common stock for an aggregate of $500.5 million, representing the entire amount approved by our board of directors and including costs associated with the repurchases.

In May 2022, we entered into a five-year senior unsecured revolving credit facility, or Credit Facility, with certain lenders that allows us to borrow up to $1.05 billion to fund working capital and general corporate-purpose expenditures. The prior revolving credit facility entered into in July 2016 (as amended) was terminated concurrently with the entry into the Credit Facility. The prior credit facility was never drawn upon and, as of December 31, 2021, there were no amounts outstanding on the prior credit facility. On the Credit Facility, loans bear interest, at our option, at a rate equal to (i) a term secured overnight financing rate, or SOFR, plus 0.75% or the base rate, if selected by us, for loans made in U.S. dollars, (ii) the Sterling overnight index average plus 0.7826% for loans made in Sterling, and (iii) foreign indices as stated in the credit agreement plus 0.75% for loans made in other permitted foreign currencies. The base rate is defined as the greatest of (i) the Wall Street Journal prime rate, (ii) the greater of the (a) federal funds rate and (b) the overnight bank funding rate, plus 0.50%, and (iii) the applicable SOFR for a period of one month (but not less than zero) plus 1.00. The Credit Facility also contains an annual commitment fee of 0.10% on the daily undrawn balance of the facility. As of December 31, 2022, we had $40.1 million in the form of outstanding standby letters of credit, with no amounts outstanding under the Credit Facility.

In February 2022, we entered into a purchase agreement for the sale of an aggregate of $1.5 billion principal amount of convertible senior notes due in 2028, the full amount of which is outstanding as of December 31, 2022. The net proceeds from the issuance of the 2028 Notes were $1.31 billion, net of debt issuance costs and the 2028 Capped Call Transactions discussed further in Note 7. The 2028 Notes mature on March 1, 2028 unless repurchased, redeemed, or converted in accordance with their terms prior to such date. The sale price requirement for conversion was not satisfied as of December 31, 2022 and as a result, the 2028 Notes will not be eligible for optional conversion during the first quarter of 2023.

In April 2021, we entered into a purchase agreement for the sale of an aggregate of $1.15 billion principal amount of convertible senior notes due in 2027, the full amount of which is outstanding as of December 31, 2022. The net proceeds from the issuance of the 2027 Notes were $1.05 billion, net of debt issuance costs and the 2027 Capped Call Transactions discussed further in Note 7. The 2027 Notes mature on May 1, 2027 unless repurchased, redeemed, or converted in accordance with their terms prior to such date. The sale price requirement for conversion was not satisfied as of December 31, 2022 and as a result, the 2027 Notes will not be eligible for optional conversion during the first quarter of 2023.

In April 2020, we entered into a purchase agreement for the sale of an aggregate of $1.0 billion principal amount of convertible senior notes due in 2025, of which $284.1 million remains outstanding as of December 31, 2022. The net proceeds from the issuance of the 2025 Notes were $888.6 million, net of debt issuance costs and the 2025 Capped Call Transactions discussed further in Note 7. The 2025 Notes mature on May 1, 2025 unless repurchased, redeemed, or converted in accordance with their terms prior to such date. The sale price requirement for conversion was not satisfied as of December 31, 2022 and as a result, the 2025 Notes will not be eligible for optional conversion during the first quarter of 2023.

In August 2019, we entered into a purchase agreement for the sale of an aggregate of $1.265 billion principal amount of convertible senior notes due in 2026, of which $838.5 million remains outstanding as of December 31, 2022. The net proceeds from the issuance of the 2026 Notes were $1.15 billion, net of debt issuance costs and the 2026 Capped Call Transactions discussed further in Note 7. The 2026 Notes mature on August 1, 2026 unless repurchased, redeemed, or converted in accordance with their terms prior to such date. The sale price requirement for conversion was not satisfied as of December 31, 2022 and as a result, the 2026 Notes will not be eligible for optional conversion during the first quarter of 2023.

We believe our existing cash balance is sufficient to fund our ongoing working capital, investing, and financing requirements for at least the next 12 months. Our future capital requirements will depend on many factors including our growth rate, headcount, sales and marketing activities, research and development efforts, the introduction of new features,

SNAP0004433

products, and acquisitions, and continued user engagement. We continually evaluate opportunities to issue or repurchase equity or debt securities, obtain, retire, or restructure credit facilities or financing arrangements, or declare dividends for strategic reasons or to further strengthen our financial position.

As of December 31, 2022, approximately 6% of our cash, cash equivalents, and marketable securities was held outside the United States. These amounts were primarily held in the United Kingdom and are utilized to fund our foreign operations. Cash held outside the United States may be repatriated, subject to certain limitations, and would be available to be used to fund our domestic operations. However, repatriation of funds may result in additional tax liabilities. We believe our existing cash balance in the United States is sufficient to fund our working capital needs.

The following table sets forth the major components of our consolidated statements of cash flows for the periods presented:

|  | Year Ended December 31, | | | | | |
|  | 2022 | | 2021 | | 2020 | |
|  | (dollars in thousands) | | | | | |
|---|---|---|---|---|---|---|
| Net cash provided by (used in) operating activities | $ | 184,614 | $ | 292,880 | $ | (167,644) |
| Net cash provided by (used in) investing activities |  | (1,062,275) |  | 90,227 |  | (729,864) |
| Net cash provided by (used in) financing activities |  | 306,714 |  | 1,065,073 |  | 922,791 |
| Change in cash, cash equivalents, and restricted cash | $ | (570,947) | $ | 1,448,180 | $ | 25,283 |
| Free Cash Flow [1] | $ | 55,308 | $ | 223,005 | $ | (225,476) |

(1)      For information on how we define and calculate Free Cash Flow and a reconciliation to net cash provided by (used in) operating activities to Free Cash Flow, see "Non-GAAP Financial Measures."

### Net Cash Provided By (Used In) Operating Activities

*2022 compared to 2021*

Net cash provided by operating activities was $184.6 million for the year ended December 31, 2022, compared to net cash provided by operating activities of $292.9 million for the year ended December 31, 2021, resulting primarily from our net loss, adjusted for non-cash items, including stock-based compensation expense of $1.4 billion, depreciation and amortization expense of $202.2 million, and losses on debt and equity securities, net of $36.8 million. Net cash provided by operating activities for the year ended December 31, 2022 was also impacted by an increase in the accounts receivable balance of $119.8 million due to the timing of collections.

### Net Cash Provided By (Used In) Investing Activities

*2022 compared to 2021*

Net cash used in investing activities was $1.1 billion for the year ended December 31, 2022, compared to net cash provided by investing activities of $90.2 million for the year ended December 31, 2021. Our investing activities in the year ended December 31, 2022 consisted of purchases of marketable securities of $3.5 billion, partially offset by maturities of marketable securities of $2.5 billion. Our investing activities for the year ended December 31, 2021 consisted of cash provided by the sales and maturities of marketable securities of $2.9 billion, partially offset by the purchase of marketable securities of $2.4 billion and cash paid for acquisitions of $310.9 million.

### Net Cash Provided By (Used In) Financing Activities

*2022 compared to 2021*

Net cash provided by financing activities was $306.7 million for the year ended December 31, 2022, compared to net cash provided by financing activities of $1.1 billion for the year ended December 31, 2022 and 2021, respectively. Our financing activities for the year ended December 31, 2022 consisted primarily of net proceeds of $1.5 billion from the issuance of the 2028 Notes, offset by the purchase of the 2028 Capped Call Transactions of $177.0 million and repurchases of our Class A common stock for an aggregate of $1.0 billion, representing the entire amount approved by our board of directors and including costs associated with the repurchases. Our financing activities for the year ended December 31,

https://www.sec.gov/Archives/edgar/data/1564408/000156440823000013/snap-20221231.htm[3/21/2024 12:06:56 PM]

SNAP0004434

2021 consisted primarily of net proceeds of $1.1 billion from the issuance of the 2027 Notes, offset by the purchase of the 2027 Capped Call Transactions of $86.8 million. Net cash provided by (used in) financing activities in all periods presented includes proceeds from the exercise of stock options.

### *Free Cash Flow*

*2022 compared to 2021*

Free Cash Flow was $55.3 million for the year ended December 31, 2022 and was composed of net cash provided by operating activities, resulting primarily from net loss, adjusted for non-cash items and changes in working capital. Free Cash Flow also included purchases of property and equipment of $129.3 million for the year ended December 31, 2022. Free Cash Flow was $223.0 million for the year ended December 31, 2021 and was composed of net cash provided by operating activities, resulting primarily from net loss, adjusted for non-cash items and changes in working capital. Free Cash Flow also included purchases of property and equipment of $69.9 million for the year ended December 31, 2021. See "Non-GAAP Financial Measures."

## Non-GAAP Financial Measures

To supplement our consolidated financial statements, which are prepared and presented in accordance with GAAP, we use certain non-GAAP financial measures, as described below, to understand and evaluate our core operating performance. These non-GAAP financial measures, which may be different than similarly titled measures used by other companies, are presented to enhance investors' overall understanding of our financial performance and should not be considered a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

We use the non-GAAP financial measure of Free Cash Flow, which is defined as net cash provided by (used in) operating activities, reduced by purchases of property and equipment. We believe Free Cash Flow is an important liquidity measure of the cash that is available, after capital expenditures, for operational expenses and investment in our business and is a key financial indicator used by management. Additionally, we believe that Free Cash Flow is an important measure since we use third-party infrastructure partners to host our services and therefore we do not incur significant capital expenditures to support revenue generating activities. Free Cash Flow is useful to investors as a liquidity measure because it measures our ability to generate or use cash. Once our business needs and obligations are met, cash can be used to maintain a strong balance sheet and invest in future growth.

We use the non-GAAP financial measure of Adjusted EBITDA, which is defined as net income (loss); excluding interest income; interest expense; other income (expense), net; income tax benefit (expense); depreciation and amortization; stock-based compensation expense; payroll and other tax expense related to stock-based compensation; and certain other non-cash or non-recurring items impacting net income (loss) from time to time. We believe that Adjusted EBITDA helps identify underlying trends in our business that could otherwise be masked by the effect of the expenses that we exclude in Adjusted EBITDA.

We believe that both Free Cash Flow and Adjusted EBITDA provide useful information about our financial performance, enhance the overall understanding of our past performance and future prospects, and allow for greater transparency with respect to key metrics used by our management for financial and operational decision-making. We are presenting the non-GAAP measures of Free Cash Flow and Adjusted EBITDA to assist investors in seeing our financial performance through the eyes of management, and because we believe that these measures provide an additional tool for investors to use in comparing our core financial performance over multiple periods with other companies in our industry.

These non-GAAP financial measures should not be considered in isolation from, or as substitutes for, financial information prepared in accordance with GAAP. There are a number of limitations related to the use of these non-GAAP financial measures compared to the closest comparable GAAP measure. Some of these limitations are that:

- Free Cash Flow does not reflect our future contractual commitments.

- Adjusted EBITDA excludes certain recurring, non-cash charges such as depreciation of fixed assets and amortization of acquired intangible assets and, although these are non-cash charges, the assets being depreciated and amortized may have to be replaced in the future;

- Adjusted EBITDA excludes stock-based compensation expense and payroll and other tax expense related to stock-based compensation, which have been, and will continue to be for the foreseeable future, significant recurring expenses in our business and an important part of our compensation strategy; and

https://www.sec.gov/Archives/edgar/data/1564408/000156440823000013/snap-20221231.htm[3/21/2024 12:06:56 PM]

SNAP0004435

- Adjusted EBITDA excludes income tax benefit (expense).

The following table presents a reconciliation of Free Cash Flow to net cash provided by (used in) operating activities, the most comparable GAAP financial measure, for each of the periods presented:

| | Year Ended December 31, | | |
| | 2022 | 2021 | 2020 |
|---|---|---|---|
| | (in thousands) | | |
| **Free Cash Flow reconciliation:** | | | |
| Net cash provided by (used in) operating activities | $ 184,614 | $ 292,880 | $ (167,644) |
| Less: | | | |
| Purchases of property and equipment | (129,306) | (69,875) | (57,832) |
| Free Cash Flow | $ 55,308 | $ 223,005 | $ (225,476) |

The following table presents a reconciliation of Adjusted EBITDA to net loss, the most comparable GAAP financial measure, for each of the periods presented:

| | Year Ended December 31, | | |
| | 2022 | 2021 | 2020 |
|---|---|---|---|
| | (in thousands) | | |
| **Adjusted EBITDA reconciliation:** | | | |
| Net loss | $ (1,429,653) | $ (487,955) | $ (944,839) |
| Add (deduct): | | | |
| Interest income | (58,597) | (5,199) | (18,127) |
| Interest expense | 21,459 | 17,676 | 97,228 |
| Other (income) expense, net | 42,529 | (240,175) | (14,988) |
| Income tax (benefit) expense | 28,956 | 13,584 | 18,654 |
| Depreciation and amortization | 186,434 | 119,141 | 86,744 |
| Stock-based compensation expense | 1,353,283 | 1,092,135 | 770,182 |
| Payroll and other tax expense related to stock-based compensation | 44,213 | 107,479 | 50,309 |
| Restructuring charges [1] | 188,949 | — | — |
| Adjusted EBITDA | $ 377,573 | $ 616,686 | $ 45,163 |

(1)    Restructuring charges in 2022 were composed primarily of severance and related charges of $97.1 million, stock-based compensation expense, lease exit and related charges, impairment charges, contract termination charges, and intangible asset amortization. These charges are non-recurring and not reflective of underlying trends in our business. See Note 18 to our consolidated financial statements included in the "Financial Statements and Supplementary Data" in this Annual Report on Form 10-K for more information.

**Contingencies**

We are involved in claims, lawsuits, tax matters, government investigations, and proceedings arising in the ordinary course of our business. We record a provision for a liability when we believe that it is both probable that a liability has been incurred and the amount can be reasonably estimated. We also disclose material contingencies when we believe that a loss is not probable but reasonably possible. Significant judgment is required to determine both probability and the estimated amount. Such claims, suits, and proceedings are inherently unpredictable and subject to significant uncertainties, some of which are beyond our control. Many of these legal and tax contingencies can take years to resolve. Should any of these estimates and assumptions change or prove to be incorrect, it could have a material impact on our results of operations, financial position, and cash flows.

SNAP0004436

**Commitments**

We have non-cancelable contractual agreements primarily related to the hosting of our data processing, storage, and other computing services, as well as lease, content and developer partner, and other commitments. We had $3.7 billion in commitments, as of December 31, 2022, primarily due within 3 years.

**Critical Accounting Policies and Estimates**

We prepare our financial statements in accordance with GAAP. Preparing these financial statements requires us to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenue, expenses, and related disclosures. We evaluate our estimates and assumptions on an ongoing basis. Our estimates are based on historical experience and various other assumptions that we believe to be reasonable under the circumstances. Our actual results could differ from these estimates.

The critical accounting estimates, assumptions, and judgments that we believe to have the most significant impact on our consolidated financial statements are described below.

### *Revenue Recognition*

Revenue is recognized when control of the promised goods or services is transferred to our customers, in an amount that reflects the consideration we expect to receive in exchange for those goods or services. We determine collectability by performing ongoing credit evaluations and monitoring customer accounts receivable balances. Sales tax, including value added tax, is excluded from reported revenue.

We determine revenue recognition by first identifying the contract or contracts with a customer, identifying the performance obligations in the contract, determining the transaction price, allocating the transaction price to the performance obligations in the contract, and recognizing revenue when, or as, we satisfy a performance obligation.

We generate substantially all of our revenues by offering various advertising products on Snapchat, which include Snap Ads and AR Ads, referred to as advertising revenue. AR Ads include Sponsored Lenses, which allow users to interact with an advertiser's brand by enabling branded augmented reality experiences, and Sponsored Filters, which allow users to interact with an advertiser's brand by enabling stylized brand artwork to be overlaid on a Snap.

The substantial majority of advertising revenue is generated from the display of advertisements on Snapchat through contractual agreements that are either on a fixed fee basis over a period of time or based on the number of advertising impressions delivered. Revenue related to agreements based on the number of impressions delivered is recognized when the advertisement is served. Revenue related to fixed fee arrangements is recognized ratably over the service period, typically less than 30 days in duration, and such arrangements do not contain minimum impression guarantees.

In arrangements where another party is involved in providing specified services to a customer, we evaluate whether we are the principal or agent. In this evaluation, we consider if we obtain control of the specified goods or services before they are transferred to the customer, as well as other indicators such as the party primarily responsible for fulfillment, inventory risk, and discretion in establishing price. For advertising revenue arrangements where we are not the principal, we recognize revenue on a net basis. For the periods presented, revenue for arrangements where we are the agent was not material.

### *Stock-Based Compensation*

In the year ended December 31, 2022, total stock-based compensation expense recognized was $1.4 billion. We have granted stock-based awards consisting primarily of restricted stock units, or RSUs, restricted stock awards, or RSAs, and to a lesser extent, stock options to employees, members of our board of directors, and non-employee advisors. The substantial majority of our stock-based awards have been made to employees. RSUs vest and RSAs lapse to a forfeiture condition on the satisfaction of service conditions. The service condition for RSUs granted prior to February 2018 is generally satisfied over four years, 10% after the first year of service, 20% over the second year, 30% over the third year, and 40% over the fourth year. The service condition for RSUs and RSAs granted after February 2018 is generally satisfied in equal monthly or quarterly installments over three or four years.

70

SNAP0004437

Table of Contents

We account for stock-based employee compensation under the fair value recognition and measurement provisions, in accordance with applicable accounting standards, which requires stock-based awards to be measured based on the grant date fair value. Stock-based compensation expense is recorded net of estimated forfeitures in our consolidated statements of operations. Accordingly, stock-based compensation expense is only recorded for those potential stock-based awards that we expect to vest. We estimate the forfeiture rate using historical forfeitures of equity awards and other expected changes in facts and circumstances, if any. We will re-evaluate our estimated forfeiture rate if actual forfeitures differ from our initial estimates. A modification of the terms of a stock-based award is treated as an exchange of the original award for a new award with total compensation cost equal to the grant-date fair value of the original award plus the incremental value of the modification to the award.

### Restricted Stock Units and Restricted Stock Awards

As of December 31, 2022, total unrecognized compensation cost related to outstanding RSUs and RSAs was $2.0 billion and is expected to be recognized over a weighted-average period of 1.8 years.

### Business Combinations and Valuation of Goodwill and Other Acquired Intangible Assets

We estimate the fair value of assets acquired and liabilities assumed in a business combination. Goodwill as of the acquisition date is measured as the excess of consideration transferred over the net of the acquisition date fair values of the assets acquired and the liabilities assumed. While we use our best estimates and assumptions to accurately value assets acquired and liabilities assumed at the acquisition date, our estimates are inherently uncertain and subject to refinement.

Significant estimates in valuing certain intangible assets include, but are not limited to, future expected cash flows from acquired technology, useful lives, and discount rates. Although we believe the assumptions and estimates we have made in the past have been reasonable and appropriate, they are based in part on historical experience and information obtained from the management of the acquired companies and are inherently uncertain. During the measurement period, which may be up to one year from the acquisition date, we record adjustments to the assets acquired and liabilities assumed with the corresponding offset to goodwill. On the conclusion of the measurement period or final determination of the values of assets acquired or liabilities assumed, whichever comes first, any subsequent adjustments are recorded to our consolidated statements of operations.

### Loss Contingencies

We are involved in claims, lawsuits, tax matters, government investigations, and proceedings arising in the ordinary course of our business. We record a provision for a liability when we believe that it is both probable that a liability has been incurred and the amount can be reasonably estimated. When there appears to be a range of possible costs with equal likelihood, a liability is recorded based on the low-end of such range. However, the likelihood of a loss is often difficult to predict and determining a meaningful estimate of the loss or a range of loss may not be practicable based on the information available, the potential effect of future events, and decisions by third parties impacting the ultimate resolution of the contingency. It is also not uncommon for such matters to be resolved over multiple reporting periods. During this time, relevant developments and new information must be continuously evaluated to determine both the likelihood of potential loss and whether it is possible to reasonably estimate a range of potential loss. We also disclose material contingencies when we believe that a loss is reasonably possible.

Significant judgment is required to determine both probability and the estimated amounts of loss contingencies. Such claims, suits, and proceedings are inherently unpredictable and subject to significant uncertainties, some of which are beyond our control. Should any of these estimates and assumptions change, it could have a material impact on our results of operations, financial position, and cash flows.

### Income Taxes

We are subject to income taxes in the United States and numerous foreign jurisdictions. Significant judgment is required in determining our uncertain tax positions.

We recognize tax benefits from uncertain tax positions only if we believe that it is more likely than not that the tax position will be sustained on examination by the taxing authorities based on the technical merits of the position. Although we believe that we have adequately reserved for our uncertain tax positions, we can provide no assurance that the final tax outcome of these matters will not be materially different. We make adjustments to these reserves when facts and

SNAP0004438

circumstances change, such as the closing of a tax audit or the refinement of an estimate. To the extent that the final tax outcome of these matters is different than the amounts recorded, such differences may affect the provision for income taxes in the period in which such determination is made and could have a material impact on our financial condition and results of operations.

**Recent Accounting Pronouncements**

See Note 1 to our consolidated financial statements included in "Financial Statements and Supplementary Data" in this Annual Report on Form 10-K for recently adopted accounting pronouncements and recently issued accounting pronouncements not yet adopted as of the date of this Annual Report on Form 10-K.

**Item 7A. Quantitative and Qualitative Disclosures About Market Risk.**

We are exposed to market risks in the ordinary course of our business. These risks primarily include interest rate risk and foreign currency risk as follows:

*Interest Rate Risk*

We had cash and cash equivalents totaling $1.4 billion and $2.0 billion at December 31, 2022 and December 31, 2021, respectively. We had marketable securities totaling $2.5 billion and $1.7 billion at December 31, 2022 and December 31, 2021, respectively. Our cash and cash equivalents consist of cash in bank accounts and marketable securities consisting of U.S. government debt and agency securities, publicly traded equity securities, corporate debt securities, certificates of deposit, and commercial paper. The primary objectives of our investment activities are to preserve principal and provide liquidity without significantly increasing risk. We do not enter into investments for trading or speculative purposes. Due to the relatively short-term nature of our investment portfolio, a hypothetical 100 basis point change in interest rates would not have a material effect on the fair value of our portfolio for the periods presented.

In February 2022, we issued the 2028 Notes with an aggregate principal amount of $1.5 billion, the full amount of which is outstanding as of December 31, 2022. We carry the 2028 Notes at face value less the unamortized debt issuance costs on our consolidated balance sheets. The 2028 Notes have a fixed interest rate; therefore, we have no financial statement risk associated with changes in interest rates with respect to the 2028 Notes. The fair value of the 2028 Notes changes when the market price of our stock fluctuates or market interest rates change.

In April 2021, we issued the 2027 Notes with an aggregate principal amount of $1.15 billion, the full amount of which is outstanding as of December 31, 2022. We carry the 2027 Notes at face value less the unamortized debt issuance costs on our consolidated balance sheets. The 2027 Notes do not bear regular interest; therefore, we have no financial statement risk associated with changes in interest rates with respect to the 2027 Notes. The fair value of the 2027 Notes changes when the market price of our stock fluctuates or market interest rates change.

In April 2020, we issued the 2025 Notes with an aggregate principal amount of $1.0 billion, of which $284.1 million remains outstanding as of December 31, 2022. We carry the 2025 Notes at face value less the unamortized debt issuance costs on our consolidated balance sheets. The 2025 Notes have a fixed interest rate; therefore, we have no financial statement risk associated with changes in interest rates with respect to the 2025 Notes. The fair value of the 2025 Notes changes when the market price of our stock fluctuates or market interest rates change.

In August 2019, we issued the 2026 Notes with an aggregate principal amount of $1.265 billion, of which $838.5 million remains outstanding as of December 31, 2022. We carry the 2026 Notes at face value less the unamortized debt issuance costs on our consolidated balance sheets. The 2026 Notes have a fixed interest rate; therefore, we have no financial statement risk associated with changes in interest rates with respect to the 2026 Notes. The fair value of the 2026 Notes changes when the market price of our stock fluctuates or market interest rates change.

*Foreign Currency Risk*

For all periods presented, our revenue and operating expenses were predominately denominated in U.S. dollars. We therefore have not had material foreign currency risk associated with revenue and cost-based activities. However, due to fluctuations in exchange rates resulting from the current macroeconomic environment, and in particular, a strengthening of the U.S. dollar in relation to the Euro and British Pound, we have, and may in the future experience negative impacts to

https://www.sec.gov/Archives/edgar/data/1564408/000156440823000013/snap-20221231.htm[3/21/2024 12:06:56 PM]

SNAP0004439

Table of Contents

our revenue and operating expenses denominated in currencies other than the U.S. dollar. The functional currency of our material operating entities is the U.S. dollar.

For all periods presented, we believe the exposure to foreign currency fluctuation from operating expenses is immaterial as the related costs do not constitute a significant portion of our total expenses. As we grow operations, our exposure to foreign currency risk will likely become more significant.

For all periods presented, we did not enter into any foreign currency exchange contracts. We may, however, enter into foreign currency exchange contracts for purposes of hedging foreign exchange rate fluctuations on our business operations in future operating periods as our exposures are deemed to be material. For additional discussion on foreign currency risk, see "Risk Factors" elsewhere in this Annual Report on Form 10-K.

https://www.sec.gov/Archives/edgar/data/1564408/000156440823000013/snap-20221231.htm[3/21/2024 12:06:56 PM]

SNAP0004440