# AMENDED Exhibit 841

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Johnson Exhibit No.
**19**
9/3/2025  lt

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

## FORM 10-Q

---

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2025

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____
Commission File Number: 001-38017

---

# SNAP INC.
**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **45-5452795** |
|---|---|
| (State or other jurisdiction of incorporation or organizations) | (I.R.S. Employer Identification Number) |

**3000 31st Street**
**Santa Monica, California 90405**
(Address of principal executive offices, including zip code)
**(310) 399-3339**
(Registrant's telephone, including area code)

---

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, par value $0.00001 per share | SNAP | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 (Exchange Act) during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| ☒ | Large accelerated filer | ☐ | Accelerated filer |
| ☐ | Non-accelerated filer | ☐ | Smaller reporting company |
| ☐ | Emerging growth company | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| Class | Number of Shares Outstanding |
|---|---|
| Class A common stock, $0.00001 par value | 1,417,027,866 shares outstanding as of April 25, 2025 |
| Class B common stock, $0.00001 par value | 22,523,290 shares outstanding as of April 25, 2025 |
| Class C common stock, $0.00001 par value | 231,626,943 shares outstanding as of April 25, 2025 |

# TABLE OF CONTENTS

| | | Page |
|---|---|---:|
| Note Regarding Forward-Looking Statements | | 3 |
| Note Regarding User Metrics and Other Data | | 5 |

**PART I - FINANCIAL INFORMATION**

| | | | Page |
|---|---|---|---:|
| Item 1. | Financial Statements | | 6 |
| | Consolidated Statements of Cash Flows | | 6 |
| | Consolidated Statements of Operations | | 7 |
| | Consolidated Statements of Comprehensive Income (Loss) | | 8 |
| | Consolidated Balance Sheets | | 9 |
| | Consolidated Statements of Stockholders' Equity | | 10 |
| | Notes to Consolidated Financial Statements | | 11 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | | 27 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | | 43 |
| Item 4. | Controls and Procedures | | 44 |

**PART II - OTHER INFORMATION**

| | | Page |
|---|---|---:|
| Item 1. | Legal Proceedings | 45 |
| Item 1A. | Risk Factors | 46 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 88 |
| Item 3. | Defaults Upon Senior Securities | 88 |
| Item 4. | Mine Safety Disclosures | 88 |
| Item 5. | Other Information | 88 |
| Item 6. | Exhibits | 89 |
| Signatures | | 90 |

Snap Inc., "Snapchat," and our other registered and common-law trade names, trademarks, and service marks appearing in this Quarterly Report on Form 10-Q are the property of Snap Inc. or our subsidiaries.

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our consolidated financial statements and related notes included elsewhere in this Quarterly Report on Form 10-Q and with our audited consolidated financial statements included in our Annual Report. In addition to historical consolidated financial information, the following discussion contains forward-looking statements that reflect our plans, estimates, and beliefs that involve significant risks and uncertainties. Our actual results could differ materially from those discussed in the forward-looking statements. Factors that could cause or contribute to those differences include those discussed below and elsewhere in this Quarterly Report on Form 10-Q, particularly in "Risk Factors," "Note Regarding Forward-Looking Statements," and "Note Regarding User Metrics and Other Data."*

**Overview of First Quarter 2025 Results**

Our key user metrics and financial results for the three months ended March 31, 2025 were as follows:

*User Metrics*

- Daily Active Users, or DAUs, increased 9% year-over-year to 460 million.
- Average revenue per user, or ARPU, was $2.96, compared to $2.83 in the prior year.

*Financial Results*

- Revenue was $1,363.2 million, compared to $1,194.8 million in the prior year, an increase of 14% year-over-year.
- Total costs and expenses were $1,557.1 million, compared to $1,528.0 million in the prior year.
- Net loss was $139.6 million, compared to $305.1 million in the prior year.
- Adjusted EBITDA was $108.4 million, compared to $45.7 million in the prior year.
- Diluted net loss per share was $(0.08), compared to $(0.19) in the prior year.
- Cash provided by operating activities was $151.6 million, compared to $88.4 million in the prior year.
- Free Cash Flow was $114.4 million, compared to $37.9 million in the prior year.
- Cash, cash equivalents, and marketable securities were $3.2 billion as of March 31, 2025.

**Business and Macroeconomic Conditions**

We periodically make changes to our business and priorities. In recent years, we conducted a strategic reprioritization to realign our focus on three strategic priorities: growing our community and deepening their engagement with our products, accelerating and diversifying our revenue growth, and investing in the future of augmented reality. We believe that we can be successful in our current operating environment, with various macroeconomic factors impacting our business, by rigorously prioritizing our investments and continuing to engage our community with our products while driving success for our advertising partners. However, the impact of our strategic reprioritization and recent restructurings is difficult to predict.

Macroeconomic factors such as labor shortages and disruptions, supply chain disruptions, inflation, changes in interest and foreign currency exchange rates, banking instability, tariffs and retaliatory countermeasures, war and other armed conflict, and other risks and uncertainties have in the past and may continue to cause logistical challenges, increased input costs, and inventory constraints for our advertisers, which in turn may cause our advertisers to halt or decrease advertising spending on our platform. Such macroeconomic factors may also negatively impact, in the short-term or long-term, the global economy, advertising ecosystem, our customers and their budgets with us, user engagement, other user metrics, and our business, financial condition, and results of operations.

In addition, competition for advertising dollars has increased and demand growth on our advertising platform has slowed. We expect to continue to experience increased competition, which may result in reduced advertising demand, and could adversely affect our revenue growth, pricing, business, financial condition, and results of operations. Demand has also been disrupted by recent changes we made to our advertising platform, and, in the future, we may continue to experience adverse impacts to our revenue growth as a result of these changes.

Our revenue, particularly in North America, has further been impacted by platform policy changes and restrictions that affected our targeting, measurement, and optimization capabilities, and in turn our ability to measure the effectiveness of advertisements on our services. This has resulted in, and in the future is likely to continue to result in, reduced advertising revenue, especially if we are unable to mitigate these developments.

We compete with other companies in every aspect of our business. We must compete effectively for users and advertisers to grow our business and increase our revenue. These and other risks and uncertainties are further described in the section titled "Risk Factors" in Part II, Item 1A of this Quarterly Report on Form 10-Q.

**Trends in User Metrics**

We define a DAU as a registered and logged-in Snapchat user who visits Snapchat through our applications or websites at least once during a defined 24-hour period. We define ARPU as quarterly revenue divided by the average DAUs. We assess the health of our business by measuring DAUs and ARPU because we believe that these metrics are important ways for both management and investors to understand engagement and monitor the performance of our platform. We also measure ARPU because we believe that this metric helps our management and investors to assess the extent to which we are monetizing our service.

*User Engagement*

We calculate average DAUs for a particular quarter by adding the number of DAUs on each day of that quarter and dividing that sum by the number of days in that quarter. DAUs are broken out by geography because markets have different characteristics. We had 460 million DAUs on average in the first quarter of 2025, an increase of 38 million, or 9%, from the first quarter of 2024.



(1) Numbers may not foot due to rounding.
(2) In the first quarter of 2025, we refined our processes and controls to allow us to more accurately record user activity that would not otherwise be recorded during such period due to delays in receiving user metric information resulting from carrier or other user connectivity issues during the measurement period. For additional information concerning these refinements, see the "Note Regarding User Metrics and Other Data." As a result of such refinements, our DAUs may not be directly comparable to those in prior periods, including in this table and the following tables below as they reflect a comparison to previously reported numbers. For example, had such refinements not been made in the first quarter of 2025, the year-over-year increase in such quarter for Rest of World would have been 15% instead of 16% given that the refinements primarily affected this region.



(3)   North America includes Mexico, the Caribbean, and Central America.
(4)   Europe includes Russia and Turkey.



*Monetization*

We recorded revenue of $1,363.2 million for the three months ended March 31, 2025, compared to revenue of $1,194.8 million for the same period in 2024, an increase of 14% year-over-year. We monetize our business primarily through advertising. Our advertising products include Snap Ads and AR Ads.

We measure our business using ARPU because it helps us understand the rate at which we are monetizing our daily user base. ARPU was $2.96 in the first quarter of 2025, compared to $2.83 in the first quarter of 2024. For purposes of calculating ARPU, revenue by user geography is apportioned to each region based on a determination of the geographic location in which advertising impressions are delivered, as this approximates revenue based on user activity. This differs from the presentation of our revenue by geography in the notes to our consolidated financial statements, where revenue is based on the billing address of the advertising customer.

30



(1)   North America includes Mexico, the Caribbean, and Central America.
(2)   Europe includes Russia and Turkey. Effective March 2022, we halted advertising sales to Russian and Belarusian entities.



## Results of Operations

*Components of Results of Operations*

*Revenue*

We generate the majority of our revenue through the sale of our advertising products on Snapchat, which include Snap Ads and AR Ads, referred to as advertising revenue. Snap Ads may be subject to revenue sharing arrangements between us and the content partner. We also generate revenue from Snapchat+, our subscription product that provides subscribers access to exclusive, experimental, and pre-release features, and subscriptions and sales of hardware products. Sales of hardware products are reported net of allowances for returns.

*Cost of Revenue*

Cost of revenue includes payments for infrastructure, content and developer partner costs, and advertiser partner and other costs. Infrastructure costs primarily consist of payments to third-party infrastructure partners for hosting our products, which include expenses related to storage, computing, and bandwidth. Content and developer partner costs primarily consist of fees paid to our content creators and publisher partners who share content on our platform through revenue sharing arrangements. Under these arrangements, we pay a portion of the fees we receive from advertisers for Snap Ads that are displayed within partner content on Snapchat. Advertising partner and other costs primarily consist of payments to third-party partners for fulfillment services, transaction processing fees, and other expenses directly related to providing our services. Cost of revenue includes personnel-related costs, including salaries, benefits, and stock-based compensation expense for our employees engaged in the delivery of our services. Cost of revenue also includes facilities and other supporting overhead costs, including depreciation and amortization, and inventory costs.

*Research and Development Expenses*

Research and development expenses primarily consist of personnel-related costs, including salaries, benefits, and stock-based compensation expense for our engineers, designers, and other employees engaged in the research and development of our products. Research and development expenses also include facilities and other supporting overhead costs, including depreciation and amortization. Research and development costs are expensed as incurred.

*Sales and Marketing Expenses*

Sales and marketing expenses primarily consist of personnel-related costs, including salaries, benefits, commissions, and stock-based compensation expense for our employees engaged in sales and sales support, business development, media, marketing, corporate partnerships, and customer service functions. Sales and marketing expenses also include costs incurred for advertising, market research, tradeshows, branding, marketing, promotional expense, and public relations, as well as facilities and other supporting overhead costs, including depreciation and amortization.

*General and Administrative Expenses*

General and administrative expenses primarily consist of personnel-related costs, including salaries, benefits, and stock-based compensation expense for our finance, legal, information technology, human resources, and other administrative teams. General and administrative expenses also include facilities and supporting overhead costs, including depreciation and amortization, and external professional services.

*Interest Income*

Interest income primarily consists of interest earned on our cash, cash equivalents, and marketable securities.

*Interest Expense*

Interest expense primarily consists of interest expense associated with our Notes and commitment fees related to our revolving credit facility.

*Other Income (Expense), Net*

Other income (expense), net primarily consists of gains and losses on debt extinguishments, and gains and losses on strategic investments, marketable securities, and foreign currency transactions.

*Income Tax Benefit (Expense)*

We are subject to income taxes in the United States and numerous foreign jurisdictions. Our effective tax rates will vary depending on changes in the valuation of our deferred tax assets and liabilities, the relative proportion of foreign to domestic income, use of tax credits, and changes in tax laws.

*Adjusted EBITDA*

We define Adjusted EBITDA as net income (loss), excluding interest income; interest expense; other income (expense), net; income tax benefit (expense); depreciation and amortization; stock-based compensation expense; payroll and other tax expense related to stock-based compensation; and certain other items impacting net income (loss) from time to time. We consider the exclusion of these items in calculating Adjusted EBITDA to provide a useful measure for period-to-period comparisons of our business and for investors and others to evaluate our operating results in the same manner as does our management. See "Non-GAAP Financial Measures" for additional information and a reconciliation of net loss to Adjusted EBITDA.

**Discussion of Results of Operations**

The following table sets forth our consolidated statements of operations data:

|  | Three Months Ended March 31, | |
|---|---:|---:|
|  | 2025 | 2024 |
|  | (in thousands) | |
| **Consolidated Statements of Operations Data:** | | |
| Revenue | $ 1,363,217 | $ 1,194,773 |
| Costs and expenses [1] [2]: | | |
|    Cost of revenue | 639,579 | 574,749 |
|    Research and development | 424,165 | 449,759 |
|    Sales and marketing | 257,957 | 276,034 |
|    General and administrative | 235,362 | 227,463 |
|     Total costs and expenses | 1,557,063 | 1,528,005 |
| Operating loss | (193,846) | (333,232) |
| Interest income | 37,018 | 39,898 |
| Interest expense | (23,399) | (4,743) |
| Other income (expense), net | 49,069 | (81) |
| Loss before income taxes | (131,158) | (298,158) |
| Income tax benefit (expense) | (8,429) | (6,932) |
| Net loss | $ (139,587) | $ (305,090) |
| Adjusted EBITDA [3] | $ 108,425 | $ 45,659 |

(1) Stock-based compensation expense included in the above line items:

|  | Three Months Ended March 31, | |
|---|---:|---:|
|  | 2025 | 2024 |
|  | (in thousands) | |
| **Stock-based compensation expense:** | | |
|    Cost of revenue | $ 1,434 | $ 1,815 |
|    Research and development | 156,688 | 174,519 |
|    Sales and marketing | 54,440 | 54,656 |
|    General and administrative | 34,776 | 32,762 |
|     Total | $ 247,338 | $ 263,752 |

(2) Depreciation and amortization expense included in the above line items:

|  | Three Months Ended March 31, | |
|---|---:|---:|
|  | 2025 | 2024 |
|  | (in thousands) | |
| **Depreciation and amortization expense:** | | |
|    Cost of revenue | $ 1,420 | $ 2,150 |
|    Research and development | 22,987 | 27,598 |
|    Sales and marketing | 4,823 | 4,577 |
|    General and administrative | 8,485 | 7,388 |
|     Total | $ 37,715 | $ 41,713 |

(3) See "Non-GAAP Financial Measures" for more information and for a reconciliation of Adjusted EBITDA to net loss, the most directly comparable financial measure calculated and presented in accordance with GAAP.

The following table sets forth the components of our consolidated statements of operations data for each of the periods presented as a percentage of revenue:

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2025 | 2024 |
| **Consolidated Statements of Operations Data:** | | |
| Revenue | 100 % | 100 % |
| Costs and expenses: | | |
|     Cost of revenue | 47 | 48 |
|     Research and development | 31 | 38 |
|     Sales and marketing | 19 | 23 |
|     General and administrative | 17 | 19 |
|       Total costs and expenses | 114 | 128 |
| Operating loss | (14) | (28) |
| Interest income | 2 | 3 |
| Interest expense | (2) | — |
| Other income (expense), net | 4 | — |
| Loss before income taxes | (10) | (25) |
| Income tax benefit (expense) | — | (1) |
| Net loss | (10)% | (26)% |

### Three Months Ended March 31, 2025 and 2024

*Revenue*

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2025 | 2024 |
|  | (dollars in thousands) | |
| Revenue | $ 1,363,217 | $ 1,194,773 |
| Revenue as a dollar change |  | $ 168,444 |
| Revenue as a percentage change |  | 14 % |

Revenue for the three months ended March 31, 2025 increased $168.4 million compared to the same period in 2024. The increase was driven by a $103.0 million increase in advertising revenue, which is due to an increase in global advertising impressions volume of approximately 17% compared to the prior year, partially offset by a decrease in the cost per advertising impression of approximately 7%. The increase in global advertising impressions volume was driven by expanded advertising delivery within Spotlight and Creator Stories and the decrease in the cost per advertising impression was due to inventory growth exceeding advertising demand growth. The increase was also driven by a $65.4 million increase in other revenue, which is due to higher subscription revenue due to growth in the number of subscribers.

*Cost of Revenue*

|  | Three Months Ended March 31, | |
|---|---:|---:|
|  | 2025 | 2024 |
|  | (dollars in thousands) | |
| Cost of Revenue | $ 639,579 | $ 574,749 |
| Cost of Revenue as a dollar change |  | $ 64,830 |
| Cost of Revenue as a percentage change |  | 11 % |

Cost of revenue for the three months ended March 31, 2025 increased $64.8 million compared to the same period in 2024. The increase was primarily driven by a $39.1 million increase in infrastructure costs, attributable to DAU growth of 9% compared to the prior year as well as investments in machine learning and AI.

*Research and Development Expenses*

|  | Three Months Ended March 31, | |
|---|---:|---:|
|  | 2025 | 2024 |
|  | (dollars in thousands) | |
| Research and Development Expenses | $ 424,165 | $ 449,759 |
| Research and Development Expenses as a dollar change |  | $ (25,594) |
| Research and Development Expenses as a percentage change |  | (6)% |

Research and development expenses for the three months ended March 31, 2025 decreased $25.6 million compared to the same period in 2024. The decrease was primarily driven by $39.0 million in restructuring charges recognized in the prior year. The decrease was partially offset by higher employee compensation due to an increase in research and development headcount compared to the prior year.

*Sales and Marketing Expenses*

|  | Three Months Ended March 31, | |
|---|---:|---:|
|  | 2025 | 2024 |
|  | (dollars in thousands) | |
| Sales and Marketing Expenses | $ 257,957 | $ 276,034 |
| Sales and Marketing Expenses as a dollar change |  | $ (18,077) |
| Sales and Marketing Expenses as a percentage change |  | (7)% |

Sales and marketing expenses for the three months ended March 31, 2025 decreased $18.1 million compared to the same period in 2024. The decrease was primarily driven by $19.5 million in restructuring charges recognized in the prior year as well as decreased marketing investments compared to the prior year. The decrease was partially offset by higher employee compensation due to an increase in sales and marketing headcount compared to the prior year.

*General and Administrative Expenses*

| | Three Months Ended March 31, | |
|---|---|---|
| | 2025 | 2024 |
| | (dollars in thousands) | |
| General and Administrative Expenses | $ 235,362 | $ 227,463 |
| General and Administrative Expenses as a dollar change | | $ 7,899 |
| General and Administrative Expenses as a percentage change | | 3 % |

General and administrative expenses for the three months ended March 31, 2025 increased $7.9 million compared to the same period in 2024. The increase was primarily driven by higher spend on external professional services, including legal-related expenses. The increase was partially offset by $8.7 million in restructuring charges recognized in the prior year.

*Interest Income*

| | Three Months Ended March 31, | |
|---|---|---|
| | 2025 | 2024 |
| | (dollars in thousands) | |
| Interest Income | $ 37,018 | $ 39,898 |
| Interest Income as a dollar change | | $ (2,880) |
| Interest Income as a percentage change | | (7)% |

Interest income for the three months ended March 31, 2025 decreased $2.9 million compared to the same period in 2024. The decrease was primarily driven by lower interest rates.

*Interest Expense*

| | Three Months Ended March 31, | |
|---|---|---|
| | 2025 | 2024 |
| | (dollars in thousands) | |
| Interest Expense | $ (23,399) | $ (4,743) |
| Interest Expense as a dollar change | | $ (18,656) |
| Interest Expense as a percentage change | | 393 % |

Interest expense for the three months ended March 31, 2025 increased $18.7 million compared to the same period in 2024. The increase was primarily driven by additional interest expense on our 2033 Notes which were issued in February 2025.

*Other Income (Expense), Net*

| | Three Months Ended March 31, | |
|---|---|---|
| | 2025 | 2024 |
| | (dollars in thousands) | |
| | (NM = Not Meaningful) | |
| Other Income (Expense), Net | $ 49,069 | $ (81) |
| Other Income (Expense), Net as a dollar change | | $ 49,150 |
| Other Income (Expense), Net as a percentage change | | NM |

Other income, net for the three months ended March 31, 2025 was primarily driven by a $66.9 million gain on extinguishment associated with the 2025 Note Repurchases, which is discussed within Note 6 to our consolidated financial

statements included elsewhere in this Quarterly Report, partially offset by $11.6 million in net losses on strategic investments and $4.2 million in unrealized losses on publicly traded securities classified as marketable securities.

Other expense, net for the prior year was primarily a result of $6.3 million in net losses on strategic investments and $2.7 million in unrealized losses on publicly traded securities classified as marketable securities, partially offset by a $8.8 million gain on extinguishment associated with the February 2024 Note Repurchases, which is discussed within Note 6 to our consolidated financial statements included elsewhere in this Quarterly Report.

*Income Tax Benefit (Expense)*

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2025 | 2024 |
|  | (dollars in thousands) | |
| Income Tax Benefit (Expense) | $ (8,429) | $ (6,932) |
| Income Tax Benefit (Expense) as a dollar change |  | $ (1,497) |
| Income Tax Benefit (Expense) as a percentage change |  | (22)% |
| Effective Tax Rate | (6.4)% | (2.3)% |

Income tax expense for the three months ended March 31, 2025 was $8.4 million, compared to an income tax expense of $6.9 million for the same period in 2024. Our effective tax rate differs from the U.S. statutory tax rate primarily due to valuation allowances on our deferred tax assets as it is more likely than not that some or all of our deferred tax assets will not be realized.

*Net Loss and Adjusted EBITDA*

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2025 | 2024 |
|  | (dollars in thousands) | |
| Net Loss | $ (139,587) | $ (305,090) |
| Net Loss as a dollar change |  | $ 165,503 |
| Net Loss as a percentage change |  | 54 % |
|  |  |  |
| Adjusted EBITDA | $ 108,425 | $ 45,659 |
| Adjusted EBITDA as a dollar change |  | $ 62,766 |
| Adjusted EBITDA as a percentage change |  | 137 % |

Net loss for the three months ended March 31, 2025 was $139.6 million, compared to $305.1 million for the same period in 2024. The decrease in net loss was primarily the result of the changes in revenues and expenses discussed above.

Adjusted EBITDA for the three months ended March 31, 2025 was $108.4 million, compared to $45.7 million for the same period in 2024. The increase was primarily attributable to increased revenue, lower research and development expenses, and lower sales and marketing expenses, partially offset by higher cost of revenue and general and administrative expenses.

For a discussion of the limitations associated with using Adjusted EBITDA rather than GAAP measures and a reconciliation of this measure to net loss, see "Non-GAAP Financial Measures."

**Liquidity and Capital Resources**

*Capital Resources*

Cash, cash equivalents, and marketable securities were $3.2 billion as of March 31, 2025, primarily consisting of cash on deposit with banks and highly liquid investments in U.S. government and agency securities, money market funds,

corporate debt securities, certificates of deposit, commercial paper, and publicly traded equity securities. Our primary source of liquidity is cash generated through financing activities. Our primary uses of cash include operating costs such as personnel-related costs and the infrastructure costs of the Snapchat application, facility-related capital spending, and acquisitions and investments. There are no known material subsequent events that could have a material impact on our cash or liquidity. We may contemplate and engage in merger and acquisition activity that could materially impact our liquidity and capital resource position.

As of March 31, 2025, approximately 6.7% of our cash, cash equivalents, and marketable securities was held by our foreign subsidiaries, primarily in the United Kingdom. Cash held by our foreign subsidiaries is utilized to fund our foreign operations and may be repatriated, subject to certain limitations. Upon repatriation, these funds would be available to fund our domestic operations, but repatriation may result in additional tax liabilities. We maintain substantially all of our cash, cash equivalents, and marketable securities in accounts with major United States and multi-national financial institutions. We believe our existing cash balance is sufficient to fund our working capital needs.

As of March 31, 2025, we had $1.05 billion of revolving credit facilities, of which $250.0 million expires in May 2027 and $800.0 million expires in February 2030. The interest rates for all credit facilities are determined based on a formula using certain market rates, as described in Note 6 to our consolidated financial statements included elsewhere in this Quarterly Report. The Credit Facility also contains an annual commitment fee of 0.10% on the daily undrawn balance of the facility. As of March 31, 2025, we had $80.6 million in the form of outstanding standby letters of credit, with no amounts outstanding under the Credit Facility.

*Material Cash Requirements*

*Debt*

As of March 31, 2025, we had outstanding debt in the form of senior unsecured notes and senior convertible notes for an aggregate principal amount of $3.5 billion, which mature from 2025 through 2033. Short-term and long-term future interest payments obligations as of March 31, 2025 were $113.6 million and $741.3 million, respectively.

Under certain circumstances, holders of the Convertible Notes may convert all or a portion of their notes prior to the applicable maturity date. Upon conversion, the notes may be settled in cash, shares of our Class A common stock, or a combination of cash and shares of our Class A common stock, at our election. As of March 31, 2025 the Convertible Notes will not be eligible for optional conversion during the second quarter of 2025, other than the 2025 Notes, which are eligible for optional conversion as of February 1, 2025.

For additional discussion on our debt, see Note 6 to our consolidated financial statements included elsewhere in this Quarterly Report.

*Contractual Commitments*

We have non-cancelable contractual agreements primarily related to the hosting of our data processing, storage, and other computing services, as well as lease, content and developer partner, and other commitments. We had $4.6 billion in commitments, as of March 31, 2025, primarily due within three years. For additional discussion on our leases, see Note 8 to our consolidated financial statements.

*Stock Repurchases*

In October 2024, our board of directors authorized a stock repurchase program of up to $500.0 million of our Class A common stock. For the three months ended March 31, 2025, we repurchased and retired 27.3 million shares of our Class A common stock for $257.1 million, including costs associated with the repurchases. As of March 31, 2025, the remaining availability under the stock repurchase authorization was $243.2 million.

*Contingencies*

We are involved in claims, lawsuits, tax matters, government investigations, and proceedings arising in the ordinary course of our business. We record a provision for a liability when we believe that it is both probable that a liability has been incurred and the amount can be reasonably estimated. We also disclose material contingencies when we believe that a loss is not probable but reasonably possible. Significant judgment is required to determine both probability and the estimated amount. Such claims, suits, and proceedings are inherently unpredictable and subject to significant uncertainties,

some of which are beyond our control. Many of these legal and tax contingencies can take years to resolve. Should any of these estimates and assumptions change or prove to be incorrect, it could have a material impact on our results of operations, financial position, and cash flows.

We believe our existing cash balance is sufficient to fund our ongoing working capital, investing, and financing requirements for at least the next 12 months. Our future capital requirements will depend on many factors including our growth rate, headcount, sales and marketing activities, research and development efforts, the introduction of new features, products, and acquisitions, and continued user engagement. We continually evaluate opportunities to issue or repurchase equity or debt securities, obtain, retire, or restructure credit facilities or financing arrangements, or declare dividends for strategic reasons or to further strengthen our financial position.

*Sources and Uses of Cash and Related Trends*

The following table sets forth the major components of our consolidated statements of cash flows for the three months ended March 31, 2025 and 2024:

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2025 | 2024 |
|  | (in thousands) | |
| Net cash provided by (used in) operating activities | $ 151,610 | $ 88,352 |
| Net cash provided by (used in) investing activities | 2,754 | (131,183) |
| Net cash provided by (used in) financing activities | (288,519) | (675,751) |
| Change in cash, cash equivalents, and restricted cash | $ (134,155) | $ (718,582) |
| Free Cash Flow [1] | $ 114,396 | $ 37,904 |

(1) For information on how we define and calculate Free Cash Flow and a reconciliation to net cash provided by (used in) operating activities to Free Cash Flow, see "Non-GAAP Financial Measures."

*Net Cash Provided by (Used in) Operating Activities*

Net cash provided by operating activities was $151.6 million for the three months ended March 31, 2025, compared to $88.4 million for the same period in 2024, resulting primarily from our net loss, adjusted for non-cash items, including stock-based compensation expense of $247.3 million, a gain on debt extinguishment of $66.9 million, and depreciation and amortization expense of $37.7 million. Net cash provided by operating activities for the three months ended March 31, 2025 was also driven by a $194.2 million decrease in accounts receivable due to higher collections and a reduction in billings in the period, partially offset by a $162.6 million decrease in accrued expenses and other current liabilities primarily due to the timing of payments.

*Net Cash Provided by (Used in) Investing Activities*

Net cash provided by investing activities was $2.8 million for the three months ended March 31, 2025, compared to net cash used in investing activities of $131.2 million for the same period in 2024. Our investing activities for the three months ended March 31, 2025 primarily consisted of maturities of marketable securities of $263.8 million and sales of marketable securities of $12.0 million, partially offset by purchases of marketable securities of $235.8 million and purchases of property and equipment of $37.2 million. Our investing activities for the three months ended March 31, 2024 primarily consisted of purchases of marketable securities of $465.7 million and purchases of property and equipment of $50.4 million, partially offset by maturities of marketable securities of $384.9 million.

*Net Cash Provided by (Used in) Financing Activities*

Net cash used in financing activities was $288.5 million for the three months ended March 31, 2025, compared to net cash used in financing activities of $675.8 million for the same period in 2024. Our financing activities for the three months ended March 31, 2025 primarily consisted of the 2025 Note Repurchases for $1.4 billion, repurchases of our Class A common stock for $257.1 million, and deferred payments for acquisitions of $58.0 million, partially offset by the issuance of the 2033 Notes for net proceeds of $1.5 billion. Our financing activities for the three months ended March 31,

2024 primarily consisted of the February 2024 Note Repurchases for $440.7 million and repurchases of our Class A common stock for $235.1 million.

*Free Cash Flow*

Free Cash Flow was $114.4 million for the three months ended March 31, 2025, compared to $37.9 million for the same period in 2024. Free Cash Flow in all periods was composed of net cash provided by (used in) operating activities, resulting primarily from net loss, adjusted for non-cash items and changes in working capital. Free Cash Flow also included purchases of property and equipment of $37.2 million for the three months ended March 31, 2025, compared to $50.4 million for the same period in 2024. Purchases of property and equipment in all periods are primarily related to improvements to our leased facilities to support our team workspaces. See "Non-GAAP Financial Measures."

**Non-GAAP Financial Measures**

To supplement our consolidated financial statements, which are prepared and presented in accordance with GAAP, we use certain non-GAAP financial measures, as described below, to understand and evaluate our core operating performance. These non-GAAP financial measures, which may be different than similarly titled measures used by other companies, are presented to enhance investors' overall understanding of our financial performance and should not be considered a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP.

We use the non-GAAP financial measure of Free Cash Flow, which is defined as net cash provided by (used in) operating activities, reduced by purchases of property and equipment. We believe Free Cash Flow is an important liquidity measure of the cash that is available, after capital expenditures, for operational expenses and investment in our business and is a key financial indicator used by management. Additionally, we believe that Free Cash Flow is an important measure since we use third-party infrastructure partners to host our services and therefore we do not incur significant capital expenditures to support revenue generating activities. Free Cash Flow is useful to investors as a liquidity measure because it measures our ability to generate or use cash. Once our business needs and obligations are met, cash can be used to maintain a strong balance sheet and invest in future growth.

We use the non-GAAP financial measure of Adjusted EBITDA, which is defined as net income (loss), excluding interest income; interest expense; other income (expense), net; income tax benefit (expense); depreciation and amortization; stock-based compensation expense; payroll and other tax expense related to stock-based compensation; and certain other items impacting net income (loss) from time to time. We believe that Adjusted EBITDA helps identify underlying trends in our business that could otherwise be masked by the effect of the expenses that we exclude in Adjusted EBITDA.

We believe that both Free Cash Flow and Adjusted EBITDA provide useful information about our financial performance, enhance the overall understanding of our past performance and future prospects, and allow for greater transparency with respect to key metrics used by our management for financial and operational decision-making. We are presenting the non-GAAP measures of Free Cash Flow and Adjusted EBITDA to assist investors in seeing our financial performance through the eyes of management, and because we believe that these measures provide an additional tool for investors to use in comparing our core financial performance over multiple periods with other companies in our industry.

These non-GAAP financial measures should not be considered in isolation from, or as substitutes for, financial information prepared in accordance with GAAP. There are a number of limitations related to the use of these non-GAAP financial measures compared to the closest comparable GAAP measure. Some of these limitations are that:

- Free Cash Flow does not reflect our future contractual commitments;

- Adjusted EBITDA excludes certain recurring, non-cash charges such as depreciation of fixed assets and amortization of acquired intangible assets and, although these are non-cash charges, the assets being depreciated and amortized may have to be replaced in the future;

- Adjusted EBITDA excludes stock-based compensation expense and payroll and other tax expense related to stock-based compensation, which have been, and will continue to be for the foreseeable future, significant recurring expenses in our business and an important part of our compensation strategy; and

- Adjusted EBITDA excludes income tax benefit (expense).

The following table presents a reconciliation of Free Cash Flow to net cash provided by (used in) operating activities, the most comparable GAAP financial measure, for each of the periods presented:

|  | Three Months Ended March 31, | |
|---|---:|---:|
|  | 2025 | 2024 |
|  | (in thousands) | |
| **Free Cash Flow reconciliation:** | | |
| Net cash provided by (used in) operating activities | $ 151,610 | $ 88,352 |
| Less: | | |
|    Purchases of property and equipment | (37,214) | (50,448) |
| Free Cash Flow | $ 114,396 | $ 37,904 |

The following table presents a reconciliation of Adjusted EBITDA to net loss, the most comparable GAAP financial measure, for each of the periods presented:

|  | Three Months Ended March 31, | |
|---|---:|---:|
|  | 2025 | 2024 |
|  | (in thousands) | |
| **Adjusted EBITDA reconciliation:** | | |
| Net loss | $ (139,587) | $ (305,090) |
| Add (deduct): | | |
|    Interest income | (37,018) | (39,898) |
|    Interest expense | 23,399 | 4,743 |
|    Other (income) expense, net | (49,069) | 81 |
|    Income tax (benefit) expense | 8,429 | 6,932 |
|    Depreciation and amortization | 37,715 | 38,098 |
|    Stock-based compensation expense | 247,338 | 254,715 |
|    Payroll and other tax expense related to stock-based compensation | 17,218 | 15,970 |
|    Restructuring charges [1] | — | 70,108 |
| Adjusted EBITDA | $ 108,425 | $ 45,659 |

(1) Restructuring charges during 2024 primarily include $68.2 million of cash severance, stock-based compensation expense, and other charges associated with the 2024 restructuring. These charges are not reflective of underlying trends in our business. Refer to Note 13 in our consolidated financial statements.

**Critical Accounting Policies and Estimates**

We prepare our financial statements in accordance with GAAP. Preparing these financial statements requires us to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenue, expenses, and related disclosures. We evaluate our estimates and assumptions on an ongoing basis. Our estimates are based on historical experience and various other assumptions that we believe to be reasonable under the circumstances. Our actual results could differ from these estimates.

The critical accounting estimates, assumptions, and judgments that we believe to have the most significant impact on our consolidated financial statements are revenue recognition, valuation of assets, loss contingencies, and income taxes.

There have been no material changes to our critical accounting policies and estimates as described in our Annual Report.

**Item 3. Quantitative and Qualitative Disclosures About Market Risk**

We are exposed to market risks in the ordinary course of our business. These risks primarily include interest rate risk, foreign currency risk and equity price risk as follows:

**Interest Rate Risk**

We had cash and cash equivalents totaling $0.9 billion and $1.0 billion as of March 31, 2025 and December 31, 2024, respectively. We had marketable securities totaling $2.3 billion and $2.3 billion as of March 31, 2025 and December 31, 2024, respectively. Our cash and cash equivalents primarily consist of cash in bank accounts and money market funds, and our marketable securities consist of U.S. government debt and agency securities, publicly traded equity securities, corporate debt securities, certificates of deposit, and commercial paper. The primary objectives of our investment activities are to preserve principal and provide liquidity without significantly increasing risk. We do not enter into investments for trading or speculative purposes. Due to the relatively short-term nature of our investment portfolio, changes in interest rates do not have a material effect on the fair value of our portfolio. A hypothetical 100 basis point increase in interest rates would result in a $19.4 million and $22.5 million decrease in the market value of our cash equivalents and marketable securities as of March 31, 2025 and December 31, 2024, respectively.

As of March 31, 2025 and December 31, 2024, we had aggregate principal amounts of debt outstanding of $3.5 billion and $3.7 billion, respectively. Since our Notes bear interest at fixed rates and are carried at amortized cost, fluctuations in interest rates do not have any impact on our consolidated financial statements. However, the fair value of the Notes will fluctuate with movements in market interest rates, and in the case of the Convertible Notes, with movements of our stock's market price.

**Foreign Currency Risk**

For all periods presented, our revenue and operating expenses were predominately denominated in U.S. dollars. We therefore have not had material foreign currency risk associated with revenue and cost-based activities. However, due to fluctuations in exchange rates, we have experienced, and may in the future experience, negative impacts to our revenue and operating expenses denominated in currencies other than the U.S. dollar. The functional currency of our material operating entities is the U.S. dollar.

For the periods presented, we believe the exposure to foreign currency fluctuation from revenue and operating expenses is immaterial as the related revenue or costs do not constitute a significant portion of their respective totals. As we grow operations, our exposure to foreign currency risk will likely become more significant.

For the periods presented, we did not enter into any forward foreign currency exchange contracts. We may, however, enter into forward foreign currency exchange contracts for purposes of hedging foreign exchange rate fluctuations on our business operations in future operating periods as our exposures are deemed to be material. For additional discussion on foreign currency risk, see "Risk Factors" elsewhere in this Quarterly Report on Form 10-Q.

**Equity Price Risk**

We hold equity securities in privately held and publicly traded companies, which are subject to equity price risks that could have a material impact on the carrying value of our holdings.

Our strategic investments in privately held companies primarily consist of equity securities without readily determinable fair values. We adjust the carrying value of these equity securities to fair value upon observable transactions for identical or similar investments of the same issuer or upon impairment. All strategic investments are reviewed periodically for impairment. Our investments in publicly traded equity securities are recorded at fair value using quoted market prices. Uncertainties in the global economic climate and financial markets could adversely impact the valuation of these investments and result in a material impairment or downward adjustment of their carrying values. Our total strategic investments had carrying values of $176.8 million and $188.3 million as of March 31, 2025 and December 31, 2024, respectively. Our investments in publicly traded equity securities had carrying values of $8.2 million and $12.4 million as of March 31, 2025 and December 31, 2024, respectively.