# AMENDED Exhibit 1168

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# REVIEWING CHILD SEXUAL ABUSE MATERIAL REPORTING FUNCTIONS ON POPULAR PLATFORMS

A Review by  

2    CANADIAN CENTRE for CHILD PROTECTION

*"We never knew that there was any hope for getting the images of our abuse taken down from the internet. We always thought it was another thing that we could not control. Now that we know that there are actually ways to do it, we want it all shut down. We don't want any more children to have to deal with what we deal with if that can be fixed."*

— Member of the Phoenix 11

**(c) 2020, Canadian Centre for Child Protection Inc. ("C3P"), except for survivor statements, each of which is an original creation of the individual survivor who wrote it and each survivor retains copyright in their individual statement.**

All screenshots within this document were taken between September 16 and 23, 2020, and reflect what was visible to the user on the relevant platform mostly from within Canada. Screenshots taken while logged in are from accounts owned or controlled by C3P. The Canadian Centre for Child Protection Inc. has made reasonable best efforts to ensure all information in this document is accurate as of September 23, 2020. E. & O.E.

Survivor statements have been contributed by members of the survivor community who work with and are supported by the Canadian Centre for Child Protection Inc. They, more than anyone, understand the issues at stake and they are the ones who have had to endure the very real harms the current legal landscape has facilitated.

CANADIAN CENTRE for CHILD PROTECTION is registered in Canada as a trademark of the Canadian Centre for Child Protection Inc. All third party trademarks and trade names used in this report are the property of their respective owners. If a trademark is marked with a ® symbol, it means it is registered in the U.S. and Canada. If it is marked with a ™ symbol, it means it is registered in one of the U.S. or Canada.



# Table of Contents

### Reviewing child sexual abuse material reporting functions — 4

| Abstract | 4 |
| About the Canadian Centre for the Child Protection | 4 |
| Background and purpose of the report | 5 |
| Methodology | 6 |

### Executive summary: Reporting CSAM on select platforms — 7

| Availability of CSAM-specific reporting options | 9 |

### Platform-specific findings — 15

### Recommendations — 25

### Conclusion — 26

### Appendix — 27

| Reporting on Twitter | 27 |
| Reporting on Facebook platforms *(Facebook, Messenger, Instagram, WhatsApp)* | 33 |
| Reporting on Google platforms *(YouTube, Google Search, Google Hangouts)* | 52 |
| Reporting on Snapchat | 62 |
| Reporting on Microsoft platforms *(Bing, Skype)* | 68 |
| Reporting on TikTok | 72 |
| Reporting on Discord | 81 |
| Reporting on Pornhub | 89 |
| Reporting on XVideos | 96 |
| Additional Research and Reports | 105 |

# Reviewing child sexual abuse material reporting functions

## Abstract

Millions of images of child sexual abuse circulate freely on the internet each day, not only in obscure corners of the dark web, but also on some of the most popular web platforms. The Canadian Centre for Child Protection's (C3P) research found most web platforms lack content reporting functions specific to child sexual abuse material (CSAM). In contrast, with copyright infringement, reporting tools devoted to the issue are largely a universal standard.

Our surveys with survivors — many of whom attempt to self-monitor the spread of their abuse imagery — often cite ambiguous reporting functions as a factor in their ongoing re-victimization. By failing to adopt CSAM-specific reporting tools, these companies inhibit their ability to take swift action in prioritizing and removing this illegal content.

This state of content reporting is generally inconsistent with the goals of the *Voluntary Principles to Counter Online Child Sexual Exploitation and Abuse*, established by the Five Country Ministerial, and adopted by some of the largest technology companies. C3P provides five key recommendations technology companies can adopt to immediately reduce harm to children and survivors on page 25.

## About the Canadian Centre for the Child Protection

The Canadian Centre for Child Protection (C3P) is a national charity dedicated to the personal safety of all children. C3P operates Cybertip.ca, Canada's national tipline to report child sexual abuse and exploitation online, as well as other intervention, prevention, and education services for the Canadian public.

In January 2017, C3P established Project Arachnid — a web platform designed to detect known images of child sexual abuse material (CSAM) on the clear and dark web and issue removal notices to industry.[1]

Since its launch, Project Arachnid has detected 24+ million suspected images of CSAM for analyst review, and issued more than 6.3 million takedown[2] notices to industry.

C3P also supports survivors whose child sexual abuse was recorded and distributed online. Through our work with survivors, crucial contextual information about the nature of child sexual abuse material is collected and shared with stakeholders vested in the safety and protection of children.

In addition to our work with individual survivors, we now work with three survivor advocacy groups:

**The Phoenix 11:** For over two years, C3P and the National Center for Missing and Exploited Children (NCMEC) have been working with the Phoenix 11, a group of survivors whose child sexual abuse was recorded, and in the majority of cases, distributed online. This group has banded together as a powerful force to challenge the inadequate responses to the prevalence of CSAM online.

**The Chicago Males:** In the last year, C3P started working with a group of male survivors to learn about their experiences, and better understand the unique social stigma males face around sexual abuse. This group is working together to advocate for much needed change in addressing online child sexual abuse and supporting survivors.

---

[1] In this report, industry is defined as a group of businesses that intersect with user-generated content by way of the internet. It is used as a broad sweeping term, encompassing large and small technology companies.

[2] As of November 5, 2020.

**The Aramid Collective:** Earlier this year, C3P was introduced to a group of survivors who have been self-monitoring their own CSAM online and reporting to industry to get it removed. This group is using their knowledge and collective voice to help advocate for survivors and the urgent need to address the images and videos of sexual abuse that exist on many platforms, including some reviewed in this document.

# Background and purpose of the report

Through our work with survivors over the last few years, particularly those attempting to contain the spread of images of their own child sexual abuse, a problematic theme began to emerge:

- Many of the tools for reporting and getting CSAM removed from many popular web platforms are ineffective, leaving victims feeling hopeless. This trend, which includes ambiguous reporting functions and the use of non-CSAM specific language, has been further observed in public reports to C3P's national tipline, Cybertip.ca.

Prompted by these concerns, C3P undertook a systematic examination of the content reporting mechanisms on prominent web platforms to identify gaps and provide recommendations to the technology industry to enhance their public CSAM-reporting tools.

In addition to issuing guidance on best practices, the study serves as benchmark against which each platform's reporting mechanisms can be compared to the Five Country Ministerial's[3] *Voluntary Principles to Counter Online Child Sexual Exploitation and Abuse (Voluntary Principles).*

On March 5, 2020, C3P and a group of survivors participated in meetings at the White House in Washington D.C. with ministers from the Five Country Ministerial, industry members, and NCMEC.

Following the event, the Five Country Ministerial released their *Voluntary Principles* in an effort to drive consistent and collective industry action. Six of the world's largest tech companies publicly signed on to these principles, including Twitter®, Facebook®, Microsoft®, Google®, Snapchat®, and Roblox®.

The principles —which have effectively established an industry standard— focus on the prevention of child sexual exploitation and abuse, highlighting the critical role industry plays in keeping children safe online and limiting re-victimization.

Two of the *Voluntary Principles* are particularly relevant to this report's findings:

> **Principle 1:** Companies seek to prevent **known child sexual abuse material** from being made available to users or accessible on their platforms and services, take appropriate action under their terms of service, and report to appropriate authorities.

> **Principle 2:** Companies seek to identify and combat the dissemination of **new child sexual abuse material** via their platforms and services, take appropriate action under their terms of service, and report to appropriate authorities.

---

[3] The Five Country Ministerial is an annual forum for the Five Eyes intelligence alliance — which includes Australia, Canada, New Zealand, the United Kingdom, and the United States.

# Methodology

All of the reporting functions were reviewed between September 16 and 23, 2020. The assessment included both desktop (Chrome) and mobile apps (iPhone). Mobile apps were obtained and downloaded from the App Store® available to Canadians. For desktop, testing was done from Canadian and American IP addresses, along with a Japanese IP address for some. When the reporting process between desktop and mobile apps was identical or extremely similar, the desktop version was chosen as the visual to display within this document. There were two instances, Pornhub® and XVideos™, where an app was not available in the App Store, in which case their mobile sites were reviewed using Safari™ on a mobile phone. In all cases, we used the reporting option we believed would be most likely used by a member of the public to report CSAM.

Prior to publication, all of the companies reviewed in this report were provided a copy of their platform assessments to ensure accuracy.



**Reporting functions appear to be adjusted regularly. At least three platforms modified the methods in which to report concerns, or language in their reporting functions, during the course of this review.**

On each platform and service[4], C3P evaluated the availability of CSAM-specific reporting options for each of the following settings:

1. Within a post (e.g., Tweet, story, Snap)

2. A user

3. Within direct message (DM) or chat

4. Publicly-visible content while not logged into a platform[5]

> *"From infancy until I was 15, I was trafficked and used in child sexual abuse material (also known as child pornography) which continues to be shared widely across the internet. I spend hours every day searching for my own content, reporting thousands of accounts and posts sharing CSAM. When platforms don't actively look for or prevent this content from being uploaded, the burden falls on me to have these images removed. Each time one account gets taken down, five more take its place. It's like a hydra, a monster that I can never defeat.  I'm not strong enough to take it down myself. It's costing me my wellbeing, safety and maybe even my life. I'm tired. I shouldn't find photos of myself as a child being raped when I'm just scrolling through my feed. I shouldn't have to go looking for images of my own abuse. This isn't my job."*
>
> — Member of the Aramid Collective

Model image intended as illustration

[4] In addition to assessing 11 platforms owned by five of the companies that signed on to the *Voluntary Principles*, another four popular platforms have been reviewed, including TikTok™, Discord™, Pornhub, and XVideos. Roblox is one of the companies that signed on to the *Voluntary Principles*, but unlike the other companies assessed in this document, Roblox does not allow users to send images or videos in the chat function. As such, we were unable to review Roblox using the categories listed in the Methodology. Additional platforms were selected for this review based on a number of factors, including reports C3P receives through Cybertip.ca, data from Project Arachnid, and information from the survivors C3P works with about platforms where they have attempted to have their own CSAM removed. This is just a sample of any number of other platforms that could also have been included in this review.

[5] Throughout this report, **publicly-visible** refers to content hosted on a platform that can be viewed without logging into an account on the platform.

# Executive summary: Reporting CSAM on select platforms

There is an abundance of images and videos of children being sexually abused circulating on both the clear and dark web. Many internet users inadvertently come across this illegal and traumatizing content in the course of legitimate use of everyday platforms.

C3P has intersected with a number of survivors who feel they have been left with no option but to take it upon themselves to monitor the presence of their own child sexual abuse images while attempting to get companies to remove it from their platforms. These survivors have been instrumental in identifying serious deficiencies in reporting tools for the public on a number of platforms, including some reviewed in this document.

Survivors surveyed by C3P have generally characterized their own experience reporting CSAM online as disheartening; exceedingly long delays in responding to their complaints, moderators challenging victims on the veracity of their report, or, as is often the case, no response at all.

It is through this lens that research conducted by a team of C3P analysts found that while all platforms scrutinized as part of this report provide users with the ability to report illegal or inappropriate content, in nearly all cases it was impossible to explicitly flag content as CSAM.

In contrast, users concerned with issues related to copyright infringement almost universally have access to formal reporting tools and clear instructions for initiating a complaint.

**Why the need for CSAM-specific reporting options?**

While the majority of platforms have reporting mechanisms in place for content at large, they rarely have a CSAM-specific process or menu options for users to report material that is (or believed to be) CSAM.

This is problematic for three main reasons:

1. The absence of issue-specific data based on user-generated reporting presumably undermines the ability of platforms to prioritize their content moderation for more urgent action. Curbing the spread of these illegal images across the internet requires prompt action.

2. Without accurate user-generated data on the prevalence of CSAM on their platforms, it's difficult for companies to properly gauge the effectiveness of their proactive measures designed to intercept CSAM. It likely also hinders their ability to provide timely information to child welfare and law enforcement agencies.

3. Survivors who attempt to halt the spread of images of their own child sexual abuse repeatedly cite ambiguous and non-specific reporting options on platforms as a key barrier to successfully getting images removed.

CANADIAN CENTRE for CHILD PROTECTION

In addition to the lack of CSAM-specific reporting options, C3P researchers also identified a number of barriers for reporting content, including:

- Reporting structures that create strong disincentives for users to report illegal content, such as requirements to provide personal contact information.

- The inability to report publicly visible content without first creating (or logging into) an account on the platform.

- Difficulty locating reporting tools on the interface, with, at times, inconsistent navigation between desktop and mobile version of the platform.

- Inability to report specific users, user profiles, specific posts, or a combination of the latter.

In this report, these are noted as **Other reporting challenges**.

In addition, some positive indicators were also identified:

- **Positive reporting functions:** Steps that improve the reporting process but do not fit under the four reporting categories in the Methodology. For example, offering a text box that permits additional context to be included in a report is a positive function.

- **Better practices:** Reporting functions we recommend all platforms adopt. For example, offering child sexual abuse material as a reporting category, and having the ability to report concerns involving CSAM without having to be logged in.

# Availability of CSAM-specific reporting options



Throughout this report, some platforms are listed as **not applicable** under one or more categories as their platform does not offer the feature being reviewed.

When desktop and mobile reporting functions are inconsistent on a platform, they are noted and categorized separately.

˙ TikTok Desktop Not Applicable.

˙˙ Discord Mobile Not Applicable.

CANADIAN CENTRE for CHILD PROTECTION

## Category 1: Availability of CSAM-specific reporting options within a post



| No option to report a post as CSAM directly from the post | Can report directly from the post, under broad category of illegal material only | Can report content directly from the post under categories such as nudity, sexual activity, or pornography, but no way to indicate a child is involved | Can report content directly from a post and can flag that a child is involved, but cannot report the content as CSAM | ★ BETTER PRACTICE: Can report content directly from a post and can report it as child sexual abuse or exploitation |
|---|---|---|---|---|
| Twitter<br>Discord (desktop)<br>Google Search<br>XVideos (images) | Discord (mobile) | Snapchat | XVideos (videos)<br>Pornhub<br>Facebook<br>Instagram<br>YouTube<br>TikTok | Bing |

**Not applicable:** WhatsApp, Google Hangouts, Skype, Facebook Messenger

**Other reporting challenges:**

- Difficult to locate report forms (when there is no CSAM-specific reporting options from a post) (Twitter, Discord (desktop))

- All of the platforms that use report forms require personal information in order to submit the report, which may dissuade those who do not want their names connected to CSAM in any way (Twitter, Discord (desktop), XVideos, Pornhub)

- Individuals are directed to report CSAM to the hotline in their own country, where applicable (Google Search)

- Reporting process on mobile and desktop are different (Discord)

- Reporting process is different when accessing the platform through a browser versus accessing the platform on desktop (Discord)



**XVideos:** In order to submit their **Abuse Reporting Form**, individuals must provide their name, email, home address, a digital signature, and check a text box that states, "I swear under penalty of perjury that the information in this notification is accurate and that, to the extent my report involves the alleged violation of a legal right, I am the owner of such a right or authorized to act on the owner's behalf."

**Pornhub:** The **Reporting Abuse and Violations** page directs individuals to report CSAM via a **Content Removal Request**. To submit the request, individuals must provide their email, name, and a digital signature where it states, "By typing your name in the field below, you guarantee that you are the person being named and represented on this form and that all provided information is accurate."

**Positive reporting functions:**

- Report form includes the option to select **Distribution of child pornography** as a Trust & Safety issue (Discord (desktop))

- Text box provided to allow additional context when reporting directly from post (YouTube, TikTok (mobile), Snapchat (only when reporting a snap in the For you section))

- Open text boxes in report forms allow for additional context to report (Twitter, Discord (desktop), XVideos, Pornhub)

*"As men that have had to live life with the impending fear of CSAM that depicts us being found and spread by those in our community, we know how devastating this is to a person that has to live with it. Even worse, we also know that the ability to stop the swell of our media from spreading to every corner of the globe has existed for many years now. Was the pain of our initial abuse not enough? Was the memorialization of it for all eternity on the world wide web not enough? All that we could have become and all that we could have contributed to this world has been taken away. We have suffered enough.*

*Make no mistake, this is the fight of our times. The task to combat this terrible social epidemic that plagues our world has fallen to us, here and now. We are willing to do our part. Even through the adversities we face on a daily basis, we will fight.*

*Will you?"*

— The Chicago males

12    CANADIAN CENTRE for CHILD PROTECTION



**Category 2: Availability of CSAM-specific options for reporting a user**

| No option to report a user for sharing CSAM from user name or profile page | Can report a user but no reporting categories available | Can report a user: Categories include nudity, sexual activity, or pornography, but no way to indicate a child is involved | Can report a user and flag that a child is involved, but no option to report the user for sharing CSAM | ★ BETTER PRACTICE: Ability to report a user for sharing images or videos of child sexual abuse or exploitation |
|---|---|---|---|---|
| Twitter<br><br>Discord<br><br>Facebook<br><br>Google Hangouts<br><br>YouTube (mobile) | WhatsApp | Snapchat<br><br>Facebook Messenger | XVideos<br><br>Pornhub<br><br>Instagram<br><br>YouTube (desktop)<br><br>TikTok | Skype |

**Not applicable:** Google Search, Bing

**Other reporting challenges:**

- Use of end-to-end encryption can limit a platform's ability to act on report (WhatsApp)
- Difficult to locate report forms specific to CSAM (when individuals cannot report directly from user name or profile page) (Twitter)
- Cannot report a server[6] (Discord)
- Once a user is reported, chats with them are then deleted, which means the reporting person would be unable to forward the chat to police (WhatsApp, Skype)
- Difficult to locate how to report a user from their profile page (YouTube (desktop))

**Positive reporting functions:**

- Text box provided to allow additional context when reporting directly from user name or profile page (TikTok (mobile), YouTube (desktop))
- Ability to report a group (Facebook)

---

[6] A **server** is an invite-only, user-generated community around a specific topic where individuals can interact via chat messages, videos, images, text, or voice.

**Category 3: Availability of CSAM-specific reporting options for images or videos received in a direct message (DM) or chat** 

| No option to report an image or video as CSAM directly from DM | Can report images or videos from DM, but only under broad reporting categories | Can report images or videos from DM: Categories include nudity, sexual activity, or pornography, but no way to indicate a child is involved | Can report images or video from DM: Ability to flag a child is involved, but cannot report as CSAM | ★ BETTER PRACTICE: Ability to report an image or video as child sexual abuse or exploitation |
|---|---|---|---|---|
| Twitter<br>WhatsApp<br>Discord (desktop)<br>Google Hangouts<br>XVideos<br>Facebook Messenger | Discord (mobile) | Instagram | Snapchat<br>TikTok (mobile) | Skype |

**Not applicable:** Google Search, Pornhub, Facebook, YouTube, TikTok (desktop), Bing

**Other reporting challenges:**

- Cannot report an image sent in a DM in the child sexual exploitation report form. The URL generated from the image will not be accepted within such report form (Twitter)
- Can send images in a chat where the image disappears after being viewed, which means the image then cannot be reported (Snapchat, Instagram's **View Once** option)
- While an image that is created while using the app can be reported, an image that was uploaded from the camera roll on the sender's device and then sent in a DM cannot be reported (Snapchat)

14    CANADIAN CENTRE for CHILD PROTECTION

## Category 4: Availability of CSAM-specific reporting options for publicly-visible content while not logged into a platform



| No option to report visible content when not logged in | No option to report from post or user name or profile, can only use report form | Can report some features, but not all | ⭐ BETTER PRACTICE: Can report BOTH visible posts and users when not logged in | ⭐ BETTER PRACTICE: Ability to report visible posts and users as sharing images or videos of child sexual abuse or exploitation when not logged in |
|---|---|---|---|---|
| Facebook<br>YouTube (desktop)<br>Google Search | Twitter<br>Discord (desktop)<br>Instagram | XVideos (videos can be reported, not users)<br><br>Pornhub (users can be reported, not videos)<br><br>YouTube (mobile — videos can be reported, not users) | TikTok | Bing |

**Not applicable:** WhatsApp, Google Hangouts, Discord (mobile), Snapchat, Facebook Messenger, Skype

**Other reporting challenges:**

- The Help Centre tells those without an account to find a friend who does have an account to report on their behalf (Facebook)

- Individuals do not have to be logged in to view content, but, as in Category 1, they are directed to report CSAM to the hotline in their country, where applicable (Google Search)

- An email address must be provided in order to submit the report form (Instagram, Twitter, Discord (desktop))

**Positive reporting functions:**

- In addition to reporting directly from video or user profile, individuals are able to report through report form when not logged in (Pornhub, XVideos)

# Platform-specific findings

The following sub-sections provide details on the assessment of each platform in this report based on research by C3P analysts. To view the fully-annotated analysis for each platform, which forms the basis of each assessment, see the Appendix.

# Reporting on Twitter

## Reporting issues on Twitter

- It is extremely difficult to report content as CSAM on Twitter.
  - → You cannot report content as CSAM through the easily-accessible report function on each Tweet. The same challenges exist for reporting a user for sharing CSAM; you must first locate the **child sexual exploitation report form**.
  - → A link to the child sexual exploitation report form is located on a separate page that you have to find by first clicking the small text **Learn more** at the bottom of each report menu, then scrolling through paragraphs of text to locate the link to the report form, which has some outdated information. For example, the child sexual exploitation report form still makes reference to Vine[7], which has been discontinued.
  - → You **must** provide an email address in order for the child sexual exploitation report to be submitted.
  - → You cannot report an image or video sent within a DM on Twitter as CSAM. The **child sexual exploitation report form** will not accept the URL from an image within a DM.
- While you can view Tweets when you are not logged in, you cannot report a user or a Tweet unless you are logged in.

## Positive reporting functions

- The **child sexual exploitation report form** includes the option to provide context in a text box.
  *For Twitter's full analysis see page 27.*

---

[7] Twitter announced the discontinuation of Vine in October 2016. It existed in different forms, including Vine Camera and Vine Archive, (but would still have been created in an app and then posted to Twitter, so still would have been seen only on Twitter by January 2017). The Twitter Help Center notes that as of 2019, the Vine archive no longer is available: https://help.twitter.com/en/using-twitter/vine-faqs

# Reporting on Facebook platforms
## *(Facebook, Messenger, Instagram, WhatsApp)*

## I. Facebook and Facebook Messenger

### Reporting issues on Facebook, including Facebook Messenger

- There is no way to report a user for sharing CSAM, you can only report posts.

- There are no CSAM-specific reporting options. You can report a post for **Nudity** and then have the option to flag **Involves a child**. However, there is no option to provide additional context; once you select **Involves a child** the report is automatically submitted.

- Depending on a user's privacy settings, you can view certain posts and basic user profiles without logging in, but you cannot report posts for containing or users for sharing CSAM without logging in. Instead, the Facebook Help Centre suggests you find a friend with an account to report it for you.

- On Facebook Messenger (the chat function of Facebook), there is no CSAM-specific reporting option for images and videos, but you can report a user.

- The report function in Facebook Messenger is less intuitive than any reporting function on the Facebook platform. When you report a user, you can select **Nudity** but the option to include **Involves a child** does not appear on Facebook Messenger as it does on some of Facebook features such as posts.

### Positive reporting functions

- Private and public Facebook groups can be reported.
  *For Facebook and Facebook Messenger's full analysis see page 33.*

## II. Instagram
### (owned by Facebook)

### Reporting issues on Instagram

- There are no CSAM-specific reporting options. You can report a post, story, and user on Instagram for **Nudity or sexual activity** and then select **Involves a child**.

- There is no **Involves a child** option when you report images in a DM.

- There is an option to send images in a DM under the **View Once** category, which means the image cannot be seen again or reported.

- In order to report content when you are not logged in, you must use Instagram's **Report Violations of Our Community Guidelines** form, which requires you to provide your name and email address. The form also asks if you know the person in real life and, "If so, please provide as much contact information for this person as possible." There is no indication as to how this information will be used by Instagram.

## Positive reporting functions

- The **Report Violations of Our Community Guidelines** form includes the option to provide context in a text box.
  *For Instagram's full analysis see page 40.*

# III. Reporting on WhatsApp
## (owned by Facebook)

## Reporting issues on WhatsApp

- Because WhatsApp uses end-to-end encryption, reporting functions are the most minimal of any of the platforms reviewed here. As stated at the top of each message thread:

> 🔒 Messages and calls are end-to-end encrypted.
> No one outside of this chat, not even WhatsApp,
> can read or listen to them. Tap to learn more.

- Additionally, on the **Staying safe on WhatsApp** page, the platform states:
  "We encourage you to report problematic content to us. Please keep in mind that to help ensure the safety, confidentiality and security of your messages, we generally don't have the contents of messages available to us, which limits our ability to verify the report and take action."

- When submitting a report about a user, there are no categories to select or options to provide context to the reason for reporting. There is no way to report images or videos sent within a DM at all.

- If you select **Block contact and delete this chat's messages** when reporting a user, the messages are deleted, which means the user would be unable to take the report to police if they wanted to.

*For WhatsApp's full analysis see page 49.*



### End-to-End Encryption

In this review, WhatsApp is the only platform that is set up to use end-to-end encryption across their service.[8] Reporting functions on WhatsApp do not allow users to provide any context whatsoever and it is unclear if the platform is able to act on reports received. The app states, *"We encourage you to report problematic content to us. Please keep in mind that to help ensure the safety, confidentiality and security of your messages, we generally don't have the contents of messages available to us, which limits our ability to verify the report and take action."*

As more platforms explore moving in this direction, the impact of these limitations on the protection of children and survivors cannot be overstated.

---

[8] Users are able to turn on end-to-end encryption when using Facebook Messenger's Secret Conversations option.

CANADIAN CENTRE for CHILD PROTECTION

# Reporting on Google platforms
## *(YouTube, Google Search, Google Hangouts)*

## I. YouTube
**(owned by Google)**

### Reporting issues on YouTube

- Reporting on mobile is not as comprehensive as on desktop:
  - → On YouTube mobile, you cannot report a user. You can only report a user from desktop, and this is difficult to find, as you must locate the flag icon under the **About** section on a users' channel.
  - → On desktop, you have the option to report **Sexual content** and then select **Content involving minors**; on mobile you do not have the option to select **Content involving minors**
- You need to be logged in to report a video (desktop).

### Positive reporting functions

- Reporting videos on YouTube is straightforward and you have the option to provide additional context in a text box when reporting a user or video (desktop).
- You can report a video on YouTube without being logged in (mobile).

*For YouTube's full analysis see page 52.*

## II. Google Search

### Reporting issues on Google Search

- There are no CSAM-specific reporting options for images or videos from a Google Search results page. From the Help Centre, you are directed to report to NCMEC or other agencies listed by continent.

*For Google Search's full analysis see page 57.*

## III. Google Hangouts

### Reporting issues on Google Hangouts

- There are no CSAM-specific reporting options for images or videos received in a Google Hangouts chat. You can only **Block & report** a user without context and the process is complete. On mobile, you cannot report, only block a user.

*For Google Hangouts' full analysis see page 60.*

# Reporting on Snapchat

## Reporting issues on Snapchat

- There are no CSAM-specific reporting options for Snaps or stories. You can only report **Nudity or sexual content**; there is no option to flag the involvement of a child in the reporting categories.

- There are no CSAM-specific options for reporting a user.

- You are unable to report an image sent within the chat function if the image has been uploaded from the sender's camera roll (versus being taken directly through the app).

- Images in chats can disappear. Once images have disappeared, they cannot be reported.

## Positive reporting functions

- When reporting a Snap from the For You section, there is an option to add context in a text box.

*For Snapchat's full analysis see page 62.*



# Reporting on Microsoft platforms
## *(Bing, Skype)*

## I. Bing
**(owned by Microsoft)**

### Better practices: Reporting on Bing

- Reporting an image from a Bing Search is straightforward.

- **This was the only place the category child sexual abuse was offered as a reporting option on all the platforms and services assessed in this document.**

- You do not have to be logged in to report content as CSAM from within Bing Search

*For Bing's full analysis see page 68.*

## II. Skype
**(owned by Microsoft)**

### Reporting issues on Skype

- Reporting an image sent in a chat on Skype is straightforward; however, locating where to report a user is difficult. It is not visible until you click on the user's name, scroll down through an extensive menu, and click **Block contact**. There's no way to know before clicking **Block contact** that this will lead to the reporting function.

- Once a user has been reported, the chat is deleted, which means you would be unable to take the report to police if you wanted to.

### Better practice

- When reporting a user or image or video sent in a Skype chat, you have the option to select **Child endangerment (exploitation)** as a reporting category.

*For Skype's full analysis see page 69.*

# Reporting on TikTok

## Reporting issues on TikTok

- There are no CSAM-specific reporting options for videos.

- There are no CSAM-specific options for reporting a user.

- On desktop, there is no option to add context to a report with a text box or ability to upload photos, as there is on mobile.

## Positive reporting functions

- On mobile, you can add context to the reason you are reporting in a text box and upload up to four photos.

## Better practice

- You can report videos on both desktop and mobile on TikTok when you are not logged in.

*For TikTok's full analysis see page 72.*

# Reporting on Discord

## Reporting issues on Discord

- Reporting on Discord is entirely different between mobile and desktop.
- On desktop, you must first find the reporting form, which is not linked from posts or users' profile pages:
  - → You can either search and locate the form through a roundabout process by following a link to the **How to Properly Report Issues to Trust & Safety** page and finding the link to the form there, or you must know to select **Submit a Request** on the **Help Center** main page and to select **Trust & Safety** from the drop-down menu to access the report form.
  - → You must then locate the message links to copy to the report form. The form itself is inconsistent about the information it asks for depending on the category you choose to report under.
  - → You must provide an email address in order to submit the report.
- You cannot report a user from desktop or mobile.
- There is no option to report a server on desktop or mobile.
- You can report a post on desktop without being logged in by following the steps outlined above (you cannot access Discord mobile unless you are logged in).

## Positive reporting functions

- On mobile the process is straightforward and can be done directly from the content you are reporting.

## Better practice

- Discord's report form allows you to select **Distribution of child pornography** as a Trust & Safety issue.

*For Discord's full analysis see page 81.*

# Reporting on Pornhub

## Reporting issues on Pornhub

- While the reporting process on Pornhub is straightforward for reporting videos and images, there is no CSAM-specific reporting option. The most relevant category to report CSAM under is **Potentially features a Minor**.

- When reporting a user, the most relevant category you can report under is **Underage**.

- You must provide an email in order to submit the **Content Removal Request** form, which is where you are directed to report CSAM on the **Reporting Abuse and Violations** page.

- While you can access videos and images without being logged in to Pornhub, you cannot report directly from the video or image.

## Positive reporting functions

- When reporting a user, there is an option to provide context as to why you are reporting in a text box.

## Better practices

- You can report a user without being logged in.

*For Pornhub's full analysis see page 89.*

# Reporting on XVideos

## Reporting issues on XVideos

- You cannot report images (users can upload to their profile pages) or images and videos sent within a chat.

- There are no CSAM-specific reporting options for videos. The most relevant category for reporting CSAM in a video is **Underage**.

- The **Abuse Reporting Form** requires the reporting person to provide their name, email, address, postal code, city, country, and phone number, as well as a dated electronic signature. These fields must be completed in order to submit the report. You are also required check a text box that states, "I swear under penalty of perjury that the information in this notification is accurate and that, to the extent my report involves the alleged violation of a legal right, I am the owner of such a right or authorized to act on the owner's behalf."

- You cannot report a user unless you are logged in.

## Positive reporting functions

- You can add context to the reason you are reporting in a text box.

## Better practice

- You can report videos without being logged in.

*For XVideos' full analysis see page 96.*

# Recommendations

Moderation on platforms that allow user-generated content continues to be a challenge for technology companies since it requires significant resources. With improvements to content reporting designs, this community of users can become an effective tool in combatting the propagation of CSAM on these web platforms.

In light of the many content-reporting challenges identified by victims and members of the public, and considering the examination of the various platforms in this report, C3P has developed five recommendations that are pertinent to any web platform that allows user-generated content on their services:

1. **Create reporting categories specific to child sexual abuse material**
   With the exception of Microsoft's Bing search engine, none of the platforms highlighted in this report provide reporting functions specific to child sexual abuse material. Providing users with CSAM-specific reporting options should enable the prioritization for assessment and removal. Limiting the time these illegal images and videos are available helps reduce the re-victimization of survivors and minimize other's exposure.

2. **Include CSAM-specific reporting options in easy-to-locate reporting menus**
   Avoid creating alternative reporting channels for CSAM. This category should be included alongside other commonly reportable violations that are already accessible and easy to find. The process for reporting copyright infringement should not be more intuitive or easier to complete than reporting an image of a child being sexually abused.

3. **Ensure reporting functions are consistent across entire platform**
   Throughout this review, several inconsistencies in the reporting tools were observed. The process and steps taken to report CSAM on a platform should be identical whether on desktop or mobile, reporting a post or a user, or if the content is contained within direct message or publicly visible.

4. **Allow reporting of content that is visible without creating or logging into an account**
   Many of the platforms examined in this report allow members of the public without an account or users not logged in to continue viewing media. If content is visible under these circumstances, submitting a report should not require account creation or login.

5. **Eliminate mandatory personal information fields in content reporting forms**
   All of the reporting forms reviewed in this report required users wishing to report content to provide, at minimum, their name and personal email address. One platform requires users provide their full home mailing address, phone number, as well as a dated electronic signature. Such reporting structures discourage users from reporting content and may be a barrier to reporting CSAM given its illegal nature.



# Conclusion

Research by C3P identified significant gaps in the CSAM-specific reporting mechanisms of several web platforms that create barriers to the effective and swift removal of images and videos of children being sexually abused.

The key finding identified in this report is the lack of clear reporting options specific to CSAM. Without the ability to explicitly flag images or videos as CSAM, companies limit their capacity to remove offending content quickly. The consequences of inadequate reporting functions and CSAM remaining online are repeatedly echoed in the feedback received by survivors of child sexual abuse and concerned members of the public.

The *Voluntary Principles* have established a standard against which the signatories of the principles and the technology industry as a whole can gauge their activities as it relates to the overarching goal of reducing harm to children. However, based on feedback from victims and the research contained in this report, most of the reporting mechanisms are currently inconsistent with this objective.

In an effort to improve upon this situation, C3P developed five recommendations for the companies assessed in this review, and for others that allow user-generated content on their services:

1. Create reporting categories specific to child sexual abuse material

2. Include CSAM-specific reporting options in easy-to-locate reporting menus

3. Ensure reporting functions are consistent across entire platform

4. Allow reporting of content that is visible without creating or logging into an account

5. Eliminate mandatory personal information fields in content reporting forms

Technology companies are uniquely positioned to take proactive steps to break the cycle of abuse and ensure proper measures are taken to eliminate the dissemination of this illegal content. From a reporting standpoint, many of these measures amount to simple adjustments to website navigation and menu options.

All areas of society have some form of legal or moral obligation to take reasonable measures to protect children. Those behind these internet platforms share that responsibility.



*"I was a victim, but now a survivor of child sexual abuse and sexual abuse imagery that has traveled the world via the internet. Abuse that began when I was an infant until I was 4 years old. I was abused by my ex-father and one of his friends. The imagery of me is still being shared on the internet. To date, I have received over 35,000 notifications from the U.S. DOJ regarding those who are in receipt of my abusive images. It's not fair. No child should have to endure the pain, the hardships, the loss of innocence or a normal life because of the hands of an abuser and those who take pleasure from the suffering of children."*

— Survivor of child sexual abuse material

Model in image; intended as illustrative.

# Appendix

# Reporting on Twitter

This section will outline the following:

1. Availability of CSAM-specific reporting options within a Tweet
2. Availability of CSAM-specific options for reporting a user
3. Availability of CSAM-specific reporting options for images or videos received in a DM
4. Availability of CSAM-specific reporting options for publicly-visible content while not logged into Twitter

*NOTE: Reporting on Twitter is the same on desktop and mobile. The screenshots included here are from desktop.*

## Twitter 1: Availability of CSAM-specific reporting options within a Tweet


**✖ There are no CSAM-specific reporting options from a Tweet**

a. Click on the ⌄ symbol at the top right side of the Tweet



b. You can click **Report Tweet** from the bottom of the pop up menu



CANADIAN CENTRE for CHILD PROTECTION

c. A menu pops up asking, **Help us understand the problem. What is going on with this Tweet?** with the following reporting categories



d. If you select **It displays a sensitive photo or video** the following options pop up



✖ **There are no CSAM-specific reporting options or option to include involvement of a child**

e. If you select **It's abusive or harmful** the following options pop up



✖ **There are no CSAM-specific reporting options or option to include involvement of a child**

## Locating Twitter's Child Sexual Exploitation report form

a.  Click **Learn more about reporting other violations of our rules** from the bottom of the Report an Issue menu



b.  This takes you to the **Reporting violations** page in the Help Center

c.  If you scroll down to **How to report specific types of violations** these are the options to select from:
    - → Unauthorized trademark use
    - → Unauthorized use of copyrighted materials
    - → Sale or promotion of counterfeit goods
    - → Privacy policy towards children
    - → **Child sexual exploitation**

d.  Click **file a report here** to launch the report form

- **Child sexual exploitation:** Learn more about our child sexual exploitation policy and file a report here.





e.  You can select an option from **Where are you seeing this incident?**

> Report a child sexual exploitation issue.
>
> Please fill out all the fields below so we can review your report.
>
> For more information, please see our child sexual exploitation policy page.
>
> Where are you ... incident?
> ... or more information, please see our child sex...
>
> Where are you seeing this incident?
> ○ Twitter
> ○ Vine
> ○ Periscope
>
> ...at you need help with? Choose another topic.

f.  The Twitter report form provides options to add the user name, the Tweet URL, and a narrative text box. The reporting person **must** provide their email to submit the report form

> What are you reporting?
> Twitter username        @
>                         (e.g @TwitterSafety)
> Enter Tweet URL, Moment URL, List URL, or Fleet ID.    If possible, please provide a link to one or more Tweets or Moments by the reported account. Learn how to find the link to a Tweet or Moment here.
> (optional)
>
> Report another Tweet
>
> Anything else? (optional)
>
> R...                    Please provide as much detail as possible surrounding your issue.
>
> Reporter's information
> Your email              Required field.
>                         Enter your current email. We may need to follow up if we need additional information.



Model in image. Intended as illustrative.

## Twitter 2. Availability of CSAM-specific options for reporting a user



### ✖ There are no CSAM-specific options for reporting a user

The process for reporting users for numerous violations is straightforward, but, as with reporting Tweets, there is no CSAM-specific option listed within the reporting categories.

a.  Go to the user's profile page and click on the •••• under their profile header



b.  You can select **Report _username_** from the bottom of the pop up menu



c.  Select the issue that you are reporting from the menu that appears



d.  If you select **Their Tweets are abusive or hateful** a new menu appears with the following options

If you select **Learn more about reporting other violations of our rules** at the bottom, follow same steps as outlined in Twitter 1 to eventually locate the report form. If you select **Posting private information** which a user might select if the image was of the user or someone the user knows in real life, additional options are given. The options given are also not specific to CSAM but you could upload the specific Tweets at issue using this reporting option.

CANADIAN CENTRE for CHILD PROTECTION



**Twitter 3: Availability of CSAM-specific reporting options for images or videos received in a DM**

✖ **There is no CSAM-specific reporting options for images or videos received in a DM**

If you try to enter the URL of an image received in a DM into the **child exploitation report form**, you get an error message

| Enter Tweet URL, Moment URL, List URL or Fleet ID. *(optional)* | https://twitter.com/messages/22331121-217120349/media/130589497370797: |
|---|---|

Please enter a valid Tweet URL, Moment URL, List URL or Fleet ID.
If possible, please provide a link to one or more Tweets or Moments by the reported account. Learn how to find the link to a Tweet or Moment here.



**Twitter 4: Availability of CSAM-specific reporting options for publicly-visible content while not logged into Twitter**

You can view Tweets and users profiles when you are not logged in, but you cannot report Tweets or users for sharing CSAM if you are not logged in to Twitter.



# Reporting on Facebook platforms
## *(Facebook, Messenger, Instagram, WhatsApp)*

This section will outline the following:

1. Availability of CSAM-specific reporting options within a post
2. Availability of CSAM-specific options for reporting a user
3. Availability of CSAM-specific reporting options for images or videos received in a Facebook Messenger DM
4. Availability of CSAM-specific reporting options for publicly-visible content while not logged into Facebook and Facebook Messenger

*NOTE: Reporting on Facebook is the same on desktop and mobile. The screenshots included here are from desktop unless otherwise stated.*

### Facebook 1: Availability of CSAM-specific reporting options within a post 

❌ **There are no CSAM-specific reporting options within a post**

a. Click on ⋯ on any post which opens a pop-up



b. Select **Find support or report post** in the drop down menu



c. You can select **Nudity** from a menu of issues, which expands a drop down to **Help us understand the problem**

d. Here you can select **Involves a child**



*Note: After September 23, 2020, we learned that if you select* ***Something Else*** *a completely different set of options appears. One of the options is child abuse, which would be another way to flag that the content involves a child, but this does not allow you to say the content is sexual.* ***Sexual exploitation*** *is another option, but there is no way to flag that the content involves a child.*

CANADIAN CENTRE for CHILD PROTECTION



**Facebook 2: Availability of CSAM-specific options for reporting a user**

✖ **There are no CSAM-specific options for reporting a user**

a. If you click on the ••• on a user profile and select **Find support or report profile**, a menu pops up stating that you can report the profile after selecting a problem



b. If you select **Posting Inappropriate Things** you receive a pop up that only gives you the option to report the exact content on the person's profile, like a post or status update.



**Reporting a Public and Private Facebook Group**

The reporting process for a Private or Public Facebook Group is the same on desktop and mobile

a. On desktop click the ··· **More** at the top of the page. From the drop down you can select **Find support or report group**



On mobile click the ··· at the top of the page. From the pop up at the bottom of the page you can select **Report group**



b. From there on both desktop and mobile you can then choose **Nudity or Sexual Activity** as a reason to report



c. You can then submit for review by clicking **Report Group**





If you belong to the group you are reporting, you also have the option to **Leave the group**

✖ **There are no CSAM-specific options for reporting a group**

36    CANADIAN CENTRE for CHILD PROTECTION



**Facebook 3: Availability of CSAM-specific reporting options for images or videos received in a Facebook Messenger DM**

✖ **There are no CSAM-specific reporting options for images or videos received in a Facebook Messenger DM. You can only report the user**

 **Availability of CSAM-specific options for reporting a user on Facebook Messenger DM on desktop**

a. Click the ⓘ icon on the top right hand side of the message to open the menu



b. You can click **Privacy & Support** option to open a drop down menu



c. There is an option to click on **Something's Wrong** at the bottom of the list



d. You can select **Sharing Inappropriate Things** and a secondary drop down menu will open up



e. Here you can select **Nudity**



✖ **There is no option on Facebook Messenger to select Involves a child as there is on Facebook**

### 📱 Availability of CSAM-specific options for reporting a user on Facebook Messenger DM on mobile

a. Click the **profile icon** on the top left hand side of the screen



b. Scroll down to **Something's Wrong** on the menu and follow the steps as described for desktop, which features the same limited reporting options





38        CANADIAN CENTRE for CHILD PROTECTION



**Facebook 4: Availability of CSAM-specific reporting options for publicly-visible content while not logged into Facebook and Facebook Messenger**

**Facebook:** You can view posts and user profiles when you are not logged in, but you cannot report a user for posting CSAM or report a post containing CSAM as outlined in Facebook 1 and 2 if you are not logged in.



**For those who don't have an account, Facebook's Help Centre recommends, "Ask a friend with an account to report the content."**







**Facebook Messenger:** You cannot access Facebook Messenger on desktop unless you are logged in, and if you are sent a link to a message on mobile, you are prompted to sign in.

40    CANADIAN CENTRE for CHILD PROTECTION

# II. Instagram
## (owned by Facebook)

This section will outline the following:

1. Availability of CSAM-specific reporting options within a post
2. Availability of CSAM-specific options for reporting a user
3. Availability of CSAM-specific reporting options for images or videos received in a DM
4. Availability of CSAM-specific reporting options for publicly-visible content while not logged into Instagram

*NOTE: Reporting on Instagram is the same on desktop and mobile for reporting. The screenshots included are from desktop unless otherwise noted.*

**Instagram 1: Availability of CSAM-specific reporting options within a post** 

a. Click on ⋯ on the post

b. You can select **Report**

c. There is an option to select **It's inappropriate**





d.  You can then select **Nudity or sexual activity** from the next menu



e.  This prompts a new menu that includes **Involves a child**



✖ **There are no CSAM-specific reporting options, or a text box to provide context for why you are reporting**

42    CANADIAN CENTRE for CHILD PROTECTION



**Instagram 2: Availability of CSAM-specific options for reporting a user**

a. Click on ⋯ on the user's Instagram profile

b. Select **Report User**



c. There is an option to select **It's inappropriate**



d. The next options are to **Report Post, Message or Comment,** or **Report Account.** In this case select **Report Account**



e. You can select **It's posting content that shouldn't be on Instagram**



f. You can select **Nudity or sexual activity**



g. This prompts a new menu that includes **Involves a child**



❌ **There are no CSAM-specific reporting options, or a text box to provide context for why you are reporting**

## Instagram 3: Availability of CSAM-specific reporting options for images or videos received in a DM



❌ **There is no Involves a child option in an Instagram DM like there is when you report a post, story, or user**

a. To report an image in a DM on desktop, click the ••• that appears beside the image and a **Report** option will appear



On mobile, you can press the image and the same **Report** option will appear



b. On both desktop and mobile you can then select **Nudity or sexual activity** from the next menu



c. This prompts a new menu that DOES NOT include **Involves a child** like the post, story, or user reporting options



44    CANADIAN CENTRE for CHILD PROTECTION

### Images taken within the Instagram app

a. On mobile, if an image is taken within the app (not uploaded from a device's camera roll), you have the option to select **View Once**, **Allow Replay**, and **Keep in Chat**. When images are sent using **Allow Replay** and **Keep in Chat**, they can be reported with the steps above



b. When an image is sent using **View Once**, the image cannot be seen again or reported





## Instagram 4: Availability of CSAM-specific reporting options for publicly-visible content while not logged into Instagram



**✖ You cannot report a post, story, or user for CSAM using the steps listed in Instagram 1 and 2 if you are not logged in to Instagram**

You can view a user's Instagram page without being logged in, but you cannot click in to specific posts. You cannot view or reply to DMs if you are not logged in.

For those who do not have an Instagram account but want to make a report, you can go through the Help Centre to the **Reporting Violations of Our Community Guidelines** form.





46    CANADIAN CENTRE for CHILD PROTECTION

The Instagram Help Centre recommends users who see images that sexually exploit children to report their concerns to NCMEC, and, if they choose, to use Instagram's **built-in reporting** options, which appears as a hyperlink.



If you click the link, you are taken to the **How do I report a post or profile for abuse or spam on Instagram?** page, which gives people who don't have an Instagram account the option to use **a form** to report something that doesn't follow their **Community Guidelines.**



If you select that you do not have an Instagram account, the form will ask **Where does the violation appear?** — **Photo or video** or **An entire profile**. If you choose **Photo or video** or **An entire profile**, a follow up question appears, which asks how the guidelines are being violated. You have the option to choose **Nudity or pornography**.

**✖ There is no option to select Involves a child after this, like in the post, story, or user reporting options when you are logged in.**





CANADIAN CENTRE for CHILD PROTECTION

To **Send** in the form reporters must provide their email address, the user they are reporting, links to the content they are reporting, answer if they know the person in real life and provide as much contact info about the person as possible.

Help Center

Using Instagram ›

Managing Your Account ›

Troubleshooting and Login Help ›

Privacy and Safety Center ›

Instagram for Businesses ›

**Report Violations of Our Community Guidelines**

Please use this form to report content (ex. photos, videos) on Instagram that violates our Community Guidelines. When you report something, your information isn't shared with the person whose post or profile you're reporting.

Do you have an Instagram account?

○ Yes
● No

Where does the violation you're reporting appear?

● Photo or video
○ Comment
○ An entire profile

How is this photo or video violating our guidelines?

● Nudity or pornography
○ Violence or drug abuse
○ Self harm or suicide

Click here if you wish to report harassment or bullying.

Your Instagram username (if applicable):
To find your username, we suggest using the web browser version of our site (instagram.com/username)

Your email address:

Username of the person who posted the content you are reporting:

Full name of the person who posted the content as listed on their account (optional):

Link(s) to the specific photo(s), violating profile(s), stories or comment(s) you're reporting

Do you know this person in real life? If so, please provide as much contact information for this person as possible.

Additional information:



# III. WhatsApp
### (owned by Facebook)

This section will outline the following:

1. Availability of CSAM-specific reporting options within a post: Not applicable; WhatsApp does not have a public posting feature

2. Availability of CSAM-specific options for reporting a user

3. Availability of CSAM-specific reporting options for images or videos received in a chat

4. Availability of CSAM-specific reporting options for publicly-visible content while not logged into WhatsApp: Not applicable; you must be logged in to use the platform

## WhatsApp 2: Availability of CSAM-specific options for reporting a user



### 🖥 Availability of CSAM-specific options for reporting a user on desktop

a. Click on the user's name at the top of the screen



b. Scroll down until you find **Report contact** near the bottom



50    CANADIAN CENTRE for CHILD PROTECTION

c. Click **Report** on the screen that pops up



✖ **The report screen also gives the option to Block the contact. If this is selected the chat's messages will be deleted**

✖ **There are no CSAM-specific reporting options, or a text box to provide context for why you are reporting**

📱 **Availability of CSAM-specific options for reporting a user from mobile**

a. Click on the user's name at the top of the screen



b.  Scroll down until you find **Report Contact** near the bottom of the menu



c.  You can click **Report** on the screen that pops up



✖ **If you choose Report and Block, the chat with that contact will also be deleted**

✖ **There are no CSAM-specific reporting options, or a text box to provide context for why you are reporting**

**WhatsApp 3: Availability of CSAM-specific reporting options for images or videos received in a chat**



✖ **There are no CSAM-specific reporting options for images or videos received in chat from desktop or mobile**

# Reporting on Google platforms
## *(YouTube, Google Search, Google Hangouts)*

## I. YouTube
### (owned by Google)

This section will outline the following:

1. Availability of CSAM-specific reporting options within a video

2. Availability of CSAM-specific options for reporting a user

3. Availability of CSAM-specific reporting options for images or videos received in a DM: Not applicable; YouTube shut down its private message function in September 2019.

4. Availability of CSAM-specific reporting options for publicly-visible content while not logged into YouTube

**YouTube 1: Availability of CSAM-specific reporting options within a video** 



🖥 **Availability of CSAM-specific reporting options within a video on desktop**

a. Click on ⋯ in the menu under the video
b. Select **Report**



c.  Here you can select **Child abuse**, which YouTube defines as, "Content that includes sexual, predatory, or abusive communications towards minors"



d.  You can also choose **Sexual content**, which opens another drop down menu with the option to select **Content involving minors**



e.  After you've selected either **Child abuse** or **Sexual content** you are directed to a screen where you can select a specific timestamp in the video and provide additional details in an open text box (up to 500 characters) before clicking **REPORT**

### 📱 Availability of CSAM-specific reporting options within a video on mobile

a. Click on ⋮ at the top right of the screen

b. Select **Report**



c. You can select **Child abuse**



and then **REPORT**. There is no option to provide additional context.

d. You can also choose **Sexual content**, but unlike desktop it doesn't open another drop down menu with the option to select Content involving minors; you can only just **REPORT**



❌ **There is no option to select Content involving minors as there is on desktop**

❌ **There is no text box to provide context for why you are reporting as there is on desktop**

## YouTube 2: Availability of CSAM-specific options for reporting a user



🖥 **Availability of CSAM-specific options for reporting a user on desktop**

a. In order to report a user on desktop, you must know to go the user's channel page and click **ABOUT**

b. Select the 🚩 from the right hand menu



c. You can select **Report user** from a drop down menu



d. You can select **Child endangerment** (NOTE: YouTube's definition of child endangerment is the same as their definition of child abuse — "Content that includes sexual, predatory, or abusive communications towards minors.")



e. On the next screen you are given the option to select the abusive video(s) from the user's channel



f.  An open text box appears to provide additional
    context before submitting the report



📱 **Availability of CSAM-specific options for reporting a user on mobile**

❌ **You cannot report a user from mobile. It can only be done from desktop**

 **YouTube 4: Availability of CSAM-specific reporting options for publicly-visible content while not logged into YouTube**

 BETTER PRACTICE | You can report a video on YouTube mobile without being logged in.
However, you need to be logged in to report a video on desktop.



❌ **You cannot report a user on desktop or mobile when you are not logged in**

# II. Google Search

This section will outline the following:

1. Availability of CSAM-specific reporting options within a Google Search

2. Availability of CSAM-specific options for reporting a user: Not applicable

3. Availability of CSAM-specific reporting options for images or videos received in Google Hangouts chat

4. Availability of CSAM-specific reporting options for publicly-visible content while not logged into Google Search and Google Hangouts

**Google 1: Availability of CSAM-specific reporting options within a Google Search** 

💻 **Availability of CSAM-specific reporting options within a Google Search on desktop**

❌ **There are no CSAM-specific reporting options from a Google Search on desktop**

You have to follow the steps to **Get help** to determine that you cannot report directly to Google

a. Under an image search, click the ⋮ in the bottom right corner of the image

b. The options are:

c. If you select **Get help**, it brings you to a **How can we help you?** form





d. If you search using the terms child abuse or child sexual abuse, you can find a Help article titled, "Report child sexual abuse imagery" which directs individuals to report the image to NCMEC or one of the organizations listed for their country





📱 **Availability of CSAM-specific reporting options within a Google Search on mobile**

✖ **There are no CSAM-specific reporting options from a Google Search on mobile**

The **Get help** link is not as easy to locate as on desktop. Instead of clicking on the image as you would on desktop, you must scroll down past all the **related images** that appear

Once you select **Get help**, the reporting process is the same as outlined in Google 1 desktop



60     CANADIAN CENTRE for CHILD PROTECTION

# III. Google Hangouts

**Google 3: Availability of CSAM-specific reporting options for images or videos received in a Google Hangouts chat**



💻 **Availability of CSAM-specific reporting options for images or videos received in a Google Hangouts chat on desktop**

❌ **There are no CSAM-specific reporting options for images or videos received in a Google Hangouts chat on desktop. You can only report the user**

a.   Click the ⚙ icon at the top right hand side of the chat

b.   There is an option to **Block & report**



c.   You can select **Also report** and it states that the last 10 messages will go to Google. Then click **Confirm**.



❌ **There is no option to provide additional context as to why you are reporting the user**

📱 **Availability of CSAM-specific reporting options for images or videos received in a Google Hangouts chat on mobile**

❌ **There are no CSAM-specific reporting options for images or videos received in a Google Hangouts chat on mobile**

❌ **There is no way to report a user on mobile as there is on desktop**

The only option you have is to **Block a user**, and even this is difficult to locate

a. Click the ⋯ at the top of the chat screen and select **People**



b. You can select **People** and then locate **Block user** in that menu



---

**Google 4: Availability of CSAM-specific reporting options for publicly-visible content while not logged into Google Search and Google Hangouts**



With Google Search you do not have to be logged into a Google account to use the **Get help** option, but with Google Hangouts you are required to be logged in to view or respond to chats.

# Reporting on Snapchat

This section will outline the following:

1. Availability of CSAM-specific reporting options within a Snap (posted by friends in their story or under the For You section)

2. Availability of CSAM-specific options for reporting a user

3. Availability of CSAM-specific reporting options for images or videos received in a chat

4. Availability of CSAM-specific reporting options for publicly-visible content while not logged into Snapchat: Not applicable; you must be logged in to use the platform

*Note: Snapchat has been reviewed on mobile only. In order to use Snapchat on desktop, an emulator is required, therefore the desktop version was not assessed.*

| Snapchat 1: Availability of CSAM-specific reporting options within a Snap |  |

## 1. Availability of CSAM-specific reporting options within a Snap story

*Note: Stories are posted by friends on Snapchat*

a. Tap the ⋮ at the top right of the screen, or tap and hold the image to bring up the 🚩 and select the flag



b. You can select **Nudity or sexual content**



Note: If you choose **More options** it brings up categories aimed at self-harm, drug use, or intellectual property infringement.

c. This leads you to another screen with the option to select **It's an inappropriate Snap of someone else**



✖ **There are no CSAM-specific reporting options or option to include involvement of a child**



### Availability of CSAM-specific reporting options within a Snap under the For You section

*Note: Snaps posted under the For You section are from other users you don't know*

a. Tap the ⋮ at the top right of the screen, or tap and hold the image to bring up the 🏳 and select the flag

b. You can select **Nudity or overly sexualized content**



*Note: If you choose **offensive or shocking** or **other**, it will lead to the same text box set out below. Selecting **More options** will give you a set of categories before the text box, none of which apply to CSAM*

c. This opens a 250 character text box to share more information



---



## Snapchat 2: Availability of CSAM-specific options for reporting a user

a. Tap the ⋮ at the top right of the user's profile screen

b. You can select **Report** at the top of the menu



c.  A menu pops up with five options



**✖ There is no CSAM-specific options for reporting a user, no option to state the concern involves a child, or add context to why you are reporting the user in a text box** (except if you are reporting that an account is impersonating you)



66      CANADIAN CENTRE for CHILD PROTECTION

## Snapchat 3: Availability of CSAM-specific reporting options for images or videos received in a chat



a. Tap the ⋮ at the top right of the screen of the image, or tap and hold the image to bring up the 🏴 and select the flag



b. You can select **Nudity or sexual content**



c. This leads you to another screen with the option to select **It's an inappropriate Snap of someone else**



REVIEWING CHILD SEXUAL ABUSE MATERIAL REPORTING FUNCTIONS ON POPULAR PLATFORMS    67

However, if an image is sent in a chat that has been uploaded from a device's camera roll, there is no option to report this image



d.  Whether an image was taken in the app or uploaded from a camera roll, images/Snaps will eventually disappear from the chat, often right after they have been opened

✖ **There is no CSAM-specific reporting options for images or videos received in a chat, no option to state the concern involves a child, or add context to why you are reporting in a text box**



# Reporting on Microsoft platforms
## *(Bing, Skype)*

This section will outline the following steps:

1. Availability of CSAM-specific reporting options within a Bing Search

2. Availability of CSAM-specific options for reporting a user

3. Availability of CSAM-specific reporting options for images or videos received in Skype chat

4. Availability of CSAM-specific reporting options for publicly-visible content while not logged into Bing and Skype

*NOTE: Reporting on Bing and Skype is the same on desktop and mobile. The screenshots included here are from the desktop.*

## I. Bing
**(owned by Microsoft)**

**Microsoft 1: Availability of CSAM-specific reporting options within a Bing Search**



a. Select an image from Bing and click on ⋯ **More** in the bottom right corner of the image and select **Flag as inappropriate**
*NOTE: On mobile only the ⋯ appears but otherwise all steps are the same.)*



b. You can select **Child sexual abuse** from the options that pop up and then **submit**



BETTER PRACTICE

# II. Skype

**(owned by Microsoft)**



**Microsoft 2: Availability of CSAM-specific options for reporting a user in a Skype chat**

a. From the menu of **RECENT CHATS** on the left of the screen (which is a list of users you have chatted or had calls with), right click on the name of the user and click **View profile**. Alternatively, click on the user's name at the top of the chat screen



On mobile, tap and hold the user name for the profile to pop up and then all other steps are the same

b. You can scroll down to the bottom of the menu to **Block contact**



c. When you select Block contact, a pop up appears and gives you the option to **Report abuse from this person** using a toggle



**BETTER PRACTICE**

d. Here you can select **Child endangerment (exploitation)**

✖ **Once the Skype user is reported, the chat is deleted**



REVIEWING CHILD SEXUAL ABUSE MATERIAL REPORTING FUNCTIONS ON POPULAR PLATFORMS    71

## Microsoft 3: Availability of CSAM-specific reporting options for images or videos received in a Skype chat



a.  Right click on the image within the chat (on mobile tap and hold the image) and a menu will pop up. You can select **Report**



b.  You have the option to select **Child endangerment (exploitation)** and then **Report**



**BETTER PRACTICE**

## Microsoft 4: Availability of CSAM-specific reporting options for publicly-visible content while not logged into Bing and Skype



 **BETTER PRACTICE**

With Bing image search you do not have to be logged in to any kind of account to make a report

With Skype you have to be logged into a Skype/Microsoft account to use the platform



Model in image. Intended as illustrative.

# Reporting on TikTok

This section will outline the following:

1. Availability of CSAM-specific reporting options within a video

2. Availability of CSAM-specific options for reporting a user

3. Availability of CSAM-specific reporting options for images or videos received in a DM

4. Availability of CSAM-specific reporting options for publicly-visible content while not logged into TikTok

**TikTok 1: Availability of CSAM-specific reporting options within a video**

**Availability of CSAM-specific reporting options within a video on desktop**

a. Click on 🚩 **Report** on the top right of the video





b.  A menu pops up with the following reporting categories. One option is to select **Pornography and nudity**. You then click **submit** and the report is complete

| Report | |
| --- | --- |
| ○ Misleading information | ○ Dangerous organizations and individuals |
| ○ Illegal activities and regulated goods | ○ Violent and graphic content |
| ○ Animal cruelty | ○ Suicide, self-harm, and dangerous acts |
| ○ Hate speech | ○ Harassment or bullying |
| ○ Pornography and nudity | ○ Minor safety |
| ○ Spam | ○ Intellectual property infringement |
| ○ Other | |

If you know someone that is in immediate physical danger, contact local law enforcement right away.

c.  Another option is to select **Minor safety**. The following menu appears, including additional reporting subcategories. One available option is **Child abuse**, and then you can **submit**

| Report | |
| --- | --- |
| ○ Underage delinquent behavior | ○ Inappropriate for minors |
| ○ Child abuse | |

If you know someone that is in immediate physical danger, contact local law enforcement right away.

| Cancel | Submit |

✖ **There are no CSAM-specific reporting options within a video, or a text box to provide context for why you are reporting on desktop**



Model in image. Intended as illustrative.

📱 **Availability of CSAM-specific reporting options within a video on mobile**

a. You can either press/hold down on the video for the pop up menu to appear



or click **Share** in the menu on the right hand side of the video



or

b. Tap **Report** on the menu that appears



c. A menu of reporting categories appears. There are options to select **Minor Safety** and **Pornography and nudity**



d.  If you select **Minor safety**, the menu to select **Child abuse** appears



e.  Every reporting category in the menu, including **Minor safety** or **Pornography and nudity** has the option to include up to 200 characters of text and up four images to the report for context







## TikTok 2: Availability of CSAM-specific options for reporting a user

💻 **Availability of CSAM-specific options for reporting a user on desktop**

a. Hover over the ⋯ at the top right of a user's profile page and the 🚩 **Report** button appears



b. Select **Report account**



c. One option is to select **Posting Inappropriate Content** from the listed reporting categories



d. There are options to select **Pornography and nudity** or **Minor safety**



e. If you select **Pornography and nudity**, click **submit** and the report is completed. If you select **Minor Safety**, one available option is **Child abuse**, and then you can **submit**



✖ **There are no CSAM-specific options for reporting a user, or text box to provide context for why you are reporting on desktop**

## 📱 Availability of CSAM-specific options for reporting a user on mobile

a.  Click the ⋯ at the top right of the user's profile page



b.  Select 🚩 above **Report**



c.  Select **Report account**



d.  There is an option to select **Posting Inappropriate Content**



e.  There are options to select **Pornography and nudity** or **Minor safety**



f.   If you select **Minor Safety** a menu pops up that includes **Child abuse**



You can then add up to 200 characters and up to four photos in the optional report description



If you select **Pornography and nudity** you get the same description and photo screen that appears when you select **Minor Safety**



## TikTok 3: Availability of CSAM-specific reporting options for images or videos received in a DM



*You cannot receive DMs on desktop, so only mobile has been reviewed.*

You cannot upload and send images/videos from a device, but you can forward/send TikTok videos in DMs. You cannot report the video directly from the DM; you have to click on and play the video, and report it as noted in TikTok 1.

Other option is to report the entire chat, which contains the video

a.  Click the ⋯ at the top right of the chat



b.  You can select **Report**



c.  There are options to select **Pornography and nudity** or **Minor safety**



d. If you select **Minor Safety** a menu pops up that includes **Child abuse**. You are taken to a screen where you can attach the chat history and add up to 200 characters and up to four photos in the optional report description

> **Report**
>
> Report reason: Minor safety
>
> Chat history                          Attach messages >
>
> **Report Description (Optional)**                 0/200
>
> Please provide as much detail as possible
>
> [ ] 0/4
>
> If you know that someone is in immediate physical danger, please contact your local law enforcement right away.
>
> Submit

e. If you select **Pornography and nudity** the same process applies as it does for **Minor Safety**

> **Report**
>
> Report reason: Pornography and nudity
>
> Chat history                          Attach messages >
>
> **Report Description (Optional)**                 0/200
>
> Please provide as much detail as possible
>
> [ ] 0/4
>
> If you know that someone is in immediate physical danger, please contact your local law enforcement right away.
>
> Submit

## TikTok 4: Availability of CSAM-specific reporting options for publicly-visible content while not logged into TikTok



 **BETTER PRACTICE**

You can report videos on both desktop and mobile on TikTok when you are not logged in. The reporting process is the same as when you are logged in for reporting videos and users as outlined in TikTok 1 and 2.



# Reporting on Discord

*Note about Discord server moderators: People who are familiar with the platform may be inclined to first report CSAM to a Discord server moderator. However, a moderator is simply the individual who created the server; they don't have any accountability to the platform, and may not act on a report or ignore it.*

This section will outline the following:

1. Availability of CSAM-specific reporting options within a post

2. Availability of CSAM-specific options for reporting a user

3. Availability of CSAM-specific reporting options for images or videos received in a DM

4. Availability of CSAM-specific reporting options for publicly-visible content while not logged into Discord



**Discord 1: Availability of CSAM-specific reporting options within a post** 

🖥 **Availability of CSAM-specific reporting options within a post on desktop**

❌ **There are no CSAM-specific reporting options within a post on desktop**

a. To locate the report form you must first click on the **Help** button at the top right of the page



b.  This launches **support.discord.com**. There is no mention of reports here, however there are two ways to find the report form. If you click **Submit a request** in the top menu bar, it launches the request form



c.  Select **Trust & Safety** from the drop down menu



This opens the report form



d.  Another option is to search the term **report** when you are on the support.discord.com page. The top search result is, "How to Properly Report Issues to Trust & Safety" which launches a new page



e. This page outlines the steps to report issues to Discord's Trust & Safety team

→ The instructions on the form state to right click on the message and select **Copy Message Link** when on desktop

→ You can launch the link to the form located at the very bottom of this page under the **REPORTING THE ISSUE** heading

*NOTE: If you are using Discord on a browser, the right click option does not apply. You must download Discord and run it from your desktop for the right click option to work.*



84     CANADIAN CENTRE for CHILD PROTECTION

f.  On the **Submit a request** page there are two
    **Report Types** that may be relevant to reporting
    CSAM: **Child Safety** and **Graphic content or
    illegal pornography.**



❌  **You must provide an email address in order to submit the report form**



g.  If you select **Child safety**, two additional fields pop up:

   →  **Message Link** to paste the **Copy Message Link**, which is required to submit the report



   →  **How is this an issue of child safety?** which brings up a menu of reporting subcategories, including **Distribution of child pornography**



   →  You have the option to fill in a **Subject** and **Description** before submitting

h.  If you select **Graphic content or illegal pornography**, three additional fields pop up:



→ **Message Link** where you can paste the link copied in step d, which is required to submit the report

→ **Where did you encounter the reported content?** which opens another drop down menu



→ **How is this graphic content or illegal pornography?** which brings up a menu of reporting subcategories, the last of which is **Distribution of child pornography**



→ You have the option to fill in a **Subject** and **Description** before submitting

📱 **Review of ability to report content as CSAM from within a post on mobile**

a. Press and hold the image

b. Select 🏴 **Report** from the bottom of the menu that pops up

c. You can select **Illegal Content** from the top of the **What is it you're reporting?** menu and click **Report**





❌ **The reporting category Illegal Content covers a wide range of issues, including child pornography, solicitation of minors, terrorism, threats of school shooting and criminal activity, but there is no way to specifically choose which one of those options you are reporting**

CANADIAN CENTRE for CHILD PROTECTION



**Discord 2: Availability of CSAM-specific options for reporting a user**

✖ **There is no CSAM-specific options for reporting a user on desktop or mobile**



**Discord 3: Availability of CSAM-specific reporting options for images or videos received in a chat**

The process for reporting content sent within a DM on both desktop and mobile are exactly the same process as reporting a post, as outlined in Discord 1.



**Discord 4: Availability of CSAM-specific reporting options for publicly-visible content while not logged into Discord**

 **Availability of CSAM-specific reporting options for publicly-visible content while not logged into Discord on desktop**

You can accept an invitation to join a Discord server without having an account. When you follow the invitation link you are required to provide a username for the server and a birthday. Discord asks for an email and password to Claim your account but you can click outside this box to go directly to the server.

The steps for reporting are the same in Discord 1 and 3, requiring you to locate the report form.

**As in Discord 2, there are no CSAM-specific options for reporting a user**

 **Availability of CSAM-specific reporting options for publicly-visible content while not logged into Discord on mobile**

You cannot access Discord on mobile without being logged in. When you click a server invite link, you are directed to the log in/sign up screen if you open the link with the app. If you open the link with a browser, you are directed to a page to download the app.

# Reporting on Pornhub

This section will outline the following:

1. Availability of CSAM-specific reporting options within a video or image

2. Availability of CSAM-specific options for reporting a user

3. Availability of CSAM-specific reporting options for images or videos received in a chat: Not applicable; you cannot send videos or images through the DM feature

4. Availability of CSAM-specific reporting options for publicly-visible content while not logged into Pornhub

**Pornhub 1: Availability of CSAM-specific reporting options within a video or image** 

*Note: The steps for reporting a video and reporting an image of Pornhub are identical on desktop and very similar on mobile. The screenshots included in this section show reporting for video unless otherwise noted.*

**Option 1**

🖥 **Availability of CSAM-specific reporting options within a video or image on desktop**

a. Click on the 🏴 **Report** at the bottom right corner of the video

For an image, click on the 🏴 below the photo. The remaining steps are the same for reporting a video or image on desktop





90    CANADIAN CENTRE for CHILD PROTECTION

b.  A pop-up box appears with the reporting
categories. One option is to select **Potentially
features a Minor**. Click **Submit**



📱 **Availability of CSAM-specific reporting options within a video or image on mobile**

a.  Below the video, tap **More**, which opens a menu
with an option to 🚩 **Report**



For an image, the 🚩 **FLAG** is located directly
under the **Explore** section. The remaining steps
are the same for reporting a video or image
on mobile



c.  A pop-up box appears with the reporting
    categories. One option is to select **Potentially
    features a Minor**. Click **Submit**



## Option 2

At the bottom of every page there is a **Content Removal** button under **Support and Help** that takes you to the **Content Removal Request form**



You can also access this form by clicking **Read More** to expand the information at the bottom of the **Report this Video** or **Report this Image** menu and clicking the link to the **Trust and Safety** page. This page directs you to **Report child sexual abuse material** by clicking file a removal request **here**.



a.  You cannot submit the report unless you provide your email and name

b.  You are asked to provide the URLs of the content you want removed and, in a second text box, the reason you want it removed.

c.  The form asks for a digital signature where it states, "By typing your name in the field below, you guarantee that you are the person being named and represented on this form and that all provided information is accurate"



94      CANADIAN CENTRE for CHILD PROTECTION



## Pornhub 2: Availability of CSAM-specific options for reporting a user

NOTE: The process for reporting a user is the same on desktop and mobile. The screenshots below are for desktop unless otherwise noted.

    a.  From the user's main profile page on desktop, scroll to the bottom of the page, below the user's **Subscribers**

    b.  Select **REPORT USER** located on the right of the screen.
        On mobile, select **down arrow** located below the user's profile information and scroll to the button **Report User**. The next steps are the same on desktop and mobile



c.  A box appears titled **Report User**. One option is to select **This user appears to be underage** (For example, when an apparent underage user is posting material of themselves). A second option is to select **This user's content violates Pornhub's Terms**. There is also an optional text box to provide additional context to the report. Click **Submit**





## Pornhub 4: Availability of CSAM-specific reporting options for publicly-visible content while not logged into Pornhub

Although the reporting flag icons are visible on the page for both desktop and mobile for both videos and images, you are not able to report either unless you are signed in.




However, you have the ability to report users regardless if you are logged in or not on both mobile and desktop.
The options and steps are the same as outlined above in Pornhub 2.

On mobile:



 On desktop:



CANADIAN CENTRE for CHILD PROTECTION

# Reporting on XVideos

This section will outline the following:

1. Availability of CSAM-specific reporting options within a video or image

2. Availability of CSAM-specific options for reporting a user

3. Availability of CSAM-specific reporting options for images or videos received in a chat

4. Availability of CSAM-specific reporting options for publicly-visible content while not logged into XVideos

*NOTE: Reporting on desktop and mobile is the same process. The screenshots are from desktop unless otherwise noted.*

## XVideos 1: Availability of CSAM-specific reporting options within a video or image



## Option 1: Availability of CSAM-specific reporting options within a video

a. Click the 🏳 **Report** button located below the video (on mobile click the 🏳)



b.  There is an option to select **Underage** as the reason for reporting in the box that pops up.



*Note: Within the mandatory text box field it states, "Please give us some details, or your report will be ignored"*

c.  You must provide an email address and fill in the text box with at least 10 characters to be able to submit the form. Click **Report**



CANADIAN CENTRE for CHILD PROTECTION

## Option 2

At the bottom of each page there is a **Content removal** button that links to the XVideos' **Abuse Reporting Form**

On a main page and user profile page it looks like this:



On a video page it looks like this:

> For support, content removal, content reports, terms of service and more, visit this page.
> XVideos.com - the best free porn videos on internet, 100% free.

 

    a.  You are asked to provide the URL(s) of the content you're reporting in the text box

    b.  There is an option to select **Underage individuals** as the reporting category

    c.  The form asks you to provide details about the content you are reporting in a text box and asks you to include a reference to applicable laws you believe are relevant

REVIEWING CHILD SEXUAL ABUSE MATERIAL REPORTING FUNCTIONS ON POPULAR PLATFORMS    99

**XVIDEOS**     **ABUSE REPORTING FORM**

**Please use this form to report non copyright-related issues, such as privacy, abuse, harassment, inappropriate or illegal content.**
To report copyright-related issues with posted content, please use this form.

URL(s) of content*
Please provide the URL(s) of the material you are reporting. Do not report the URLs of third-party sites hosting embedded videos, as we cannot control third-party sites. If you wish to report XVideos content that has been embedded on another site, please click on the video player and send us the URL of the video as hosted on www.xvideos.com.

1 per line

Please identify the specific category of issue you are reporting (select one)
- ○ Privacy
- ○ Trademark
- ● Underage individuals
- ○ Harassment
- ○ Spam
- ○ Other

Please explain (in detail) why you are reporting...

Please explain (in detail) why you are reporting the content and the problems with the content. Please include a reference to any applicable laws you believe are relevant.

...you about your report. This will require email validation, so please check for a

Email

Address

Postal code

City

Country

Phone number

I swear under penalty of perjury that the information in this notification is accurate and that, to the extent my report involves the alleged violation of a legal right, I am the owner of such a right or authorized to act on the owner's behalf.
☐ Please check to confirm

Please provide a full electronic signature.

Signed on this date of     September 15, 2020

Signature

You acknowledge that your digital signature is as legally binding as a physical signature.

**Send this request**

**Go back to XVideos content**

100      CANADIAN CENTRE for CHILD PROTECTION

    d.  You are asked to provide contact details including name, email address, address, postal code, city, country, and phone number — these are all mandatory fields

Please provide your contact information so that we can contact you about your report. This will require email validation, so please check for a validation email. You will only have to validate your email once.
You will receive email confirmation of your report.

| Name | |
| Email | *Please fill out this field.* |
| Address | |
| Postal code | |
| City | |
| Country | |
| Phone number | |

    e.  You have to check the box that states, "I swear under penalty of perjury that the information in this notification is accurate and that, to the extent my report involves the alleged violation of a legal right, I am the owner of such a right or authorized to act on the owner's behalf"

    f.  You are asked to provide a full electronic signature and date before clicking **Send this request**

### Availability of CSAM-specific reporting options within an image

Users can upload images, which are visible on their profile pages, but you cannot report the image as CSAM with the Option 1 process. The URL of the image could possibly be added to an **Abuse Reporting form** as outlined in Option 2.



## XVideos 2: Availability of CSAM-specific options for reporting a user



a.  On the user's profile page click ⬓ About me



b.  Click **Report this user** located on the bottom right corner of the about section



102     CANADIAN CENTRE for CHILD PROTECTION

c. There is an option to select **Underage** and provide a description in the available text box which, as in XVideos 1, the box states, "Please give us some details, or your report will be ignored"



d. You then have to check the box that states, "I confirm that this profile contains spam or illegal content" before clicking **Report**





**XVideos 3: Availability of CSAM-specific reporting options for images or videos received in a chat**

✖ **There are no CSAM-specific reporting options for images or videos received sent within a chat**

You can only report the user from the chat

a. Click the ⋯ located above the chat window



b. Click the **Block/Report** option



c. You can then select to **Block & report user** or **Report user**



❌ **There is no option to provide a reason for reporting the user**

---

**XVideos 4: Availability of CSAM-specific reporting options for publicly-visible content while not logged into XVideos** 

 **BETTER PRACTICE** | On both desktop and mobile you can report videos when you are not signed in

However, you cannot report a user unless you are signed in



# Additional Research and Reports

This report focuses on only a small portion of how the global epidemic of CSAM is not being addressed properly in order to protect children and support survivors. C3P has released additional reports and research that help build a better picture of the urgent need to have these horrific images and videos removed swiftly, and its effect on survivors when it's allowed to remain online.



*How We Are Failing Children: Changing the Paradigm* raises critical awareness about the ways industry has failed to effectively respond to the removal of CSAM online, along with proposing principles of action to put the protection and rights of children at the forefront.



To better understand the unique challenges faced by survivors, C3P launched the *International Survivors' Survey*. Over the course of a year and a half, 150 survivors from around the world completed the comprehensive survey, contributing valuable details and information about their experience.

**Visit protectchildren.ca to learn more.**





**CANADIAN CENTRE** *for* **CHILD PROTECTION**®
*Helping families. Protecting children.*

protectchildren.ca     @CdnChildProtect     Canadian Centre for Child Protection     @cdnchildprotect