Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**STIPULATION AND [PROPOSED] ORDER RE SNAP'S OMNIBUS MOTION TO SEAL (PLAINTIFFS' OMNIBUS OPPOSITION BRIEF AND NON-EXHIBIT MATERIALS)** |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Snap Inc. ("Snap", and together, the "Parties") by and through their counsel of record hereby stipulate as follows:

WHEREAS, on December 10, 2025, Snap filed an Omnibus Motion to Seal (Plaintiffs' Omnibus Opposition Brief and Non-Exhibit Materials) ("Snap's Motion to Seal") (ECF No. 2531) seeking to seal portions of certain exhibits filed with this Court in connection with Plaintiffs' Rule 702 and Summary Judgment Oppositions;

WHEREAS, on December 17, 2025, the Parties met and conferred further in an effort to resolve outstanding differences and avoid the need for further motion practice;

WHEREAS, after meeting and conferring, Snap agreed to withdraw its request to redact and seal a Snap employee's name identified on Page 96 of the Expert Report of Dimitri A. Christakis, M.D., M.P.H. (ECF Nos. 2400-18, 2405-18, 2407-03) ("Christakis Report") and on Page 46 of the Expert Report of Anna Lembke, M.D. (ECF Nos. 2405-13, 2407-05) ("Lembke Report"), as well as Twitter user names contained in an embedded image on Page 97 of the Christakis Report;

WHEREAS, with this adjustment, Plaintiffs do not object to the remainder of the requests in Snap's Motion to Seal;

THEREFORE, the Parties Stipulate and seek an Order dismissing as moot Snap's pending Motion to Seal and, upon good cause showing, as follows:

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Order |
|---|---|---|---|---|
| Plaintiffs' Opposition to Defendants' Harford Motion for Summary Judgment - **Christakis MDL expert report (Exhibit 16, ECF No. 2400-18)** | Page 147: Employee name; Twitter user name | There is good cause to seal these non-deponent employee names to protect their privacy interests at this time. *See, e.g.*, *Murphy v. Kavo Am. Corp.*, 2012 WL 1497489, at *1, *2 (N.D. Cal. Apr. 27, 2012) (granting motion to seal "employee-identifying information" because "[e]mployees and former employees who are not parties to this litigation have privacy | To Snap's knowledge, no party has previously sought to seal this information. | Granted ___<br><br>Denied ___ |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Order |
|---|---|---|---|---|
| | | interests in their personnel information, and in other sensitive identifying information") (Gonzalez Rogers, J.); *see also, e.g.*, *Am. Auto. Ass'n of N. California, Nevada & Utah v. Gen. Motors LLC*, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019); *Opperman v. Path, Inc.*, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017); *Hunt v. Cont'l Cas. Co.*, 2015 WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015). Sealing this information is consistent with the Court's approach to sealing employee names in the Personal Injury Plaintiffs' Master Complaint and the multistate Attorney General Complaint. *See* ECF No. 189; Case No. 4:23-cv-05448-YGR, ECF No. 77. Sealing this information is further warranted to protect the employees' safety. *Cf. Campbell v. Grounds*, 2022 WL 14151744, at *1 (N.D. Cal. Oct. 24, 2022) (sealing witness name and finding standard met when disclosure "could put at risk the safety of one or more individuals if made public"); *see also* Declaration of Jennifer Boden ¶¶ 2–4.<br><br>There is also good cause to seal the names of these non-party, non-employees. These individuals enjoy the same privacy and other interests as the non-deponent employees discussed above. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003) (referring broadly to "third-party" privacy interests in redacting); *Am. Auto. Ass'n*, 2019 WL 1206748, at *2 (same); | | |

2    Case No. 4:22-md-03047-YGR
STIPULATION AND [PROPOSED] ORDER

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Order |
|---|---|---|---|---|
| | | *Opperman*, 2017 WL 1036652, at *4 (similar). The personal information of these third parties is irrelevant to the issues before the Court and redacting them is necessary to protect these individuals' privacy. *See* Declaration of Laura M. Lopez ¶ 2. | | |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts - **Christakis MDL expert report (Exhibit 15, ECF No. 2405-18)** | Page 147: Employee name; Twitter user name | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted ___<br><br>Denied ___ |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts - **Lembke MDL Expert Report (Exhibit 10, ECF No. 2405-13)** | Page 47: Employee names | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted ___<br><br>Denied ___ |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Order |
|---|---|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts - **Lembke MDL Expert Report (Exhibit 10, ECF No. 2405-13)** | Page 54: Employee name | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted ___<br><br>Denied ___ |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts - **Murray MDL Expert Report (Exhibit 32, ECF No. 2405-35)** | Page 169: Employee name | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted ___<br><br>Denied ___ |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts - **Deposition of Stuart Murray, June 19, 2025 (Exhibit 30, ECF No. 2405-33)** | 504:1 Employee name | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted ___<br><br>Denied ___ |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Order |
|---|---|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts - **Deposition of Stuart Murray, June 19, 2025 (Exhibit 30, ECF No. 2405-33)** | 504:8 Employee name | See above | To Snap's knowledge, no party has previously sought to seal this information | Granted ___ <br> Denied ___ |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' School District Experts - **Christakis MDL expert report (Exhibit 1, ECF No. 2407-03)** | Page 147: Employe name; Twitter user name | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted ___ <br> Denied ___ |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' School District Experts - **Lembke MDL Expert Report (Exhibit 3, ECF No. 2407-05)** | Page 47: Employee names | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted ___ <br> Denied ___ |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Order |
|---|---|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' School District Experts - **Lembke MDL Expert Report (Exhibit 3, ECF No. 2407-05)** | Page 54: Employee name | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted ___<br><br>Denied ___ |

***PURSUANT TO STIPULATION, IT IS SO ORDERED.***

*DATE:* _____                                          _____

*Hon. Yvonne Gonzalez Rogers*

Dated: December 17, 2025                    Respectfully submitted,

**ANDRUS ANDERSON LLP**

*/s/ Jennie Lee Anderson*
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400

*Plaintiffs' Liaison Counsel*

Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Previn Warren (*pro hac vice*)

pwarren@motleyrice.com
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Christopher A. Seeger (*pro hac vice*)
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
cseeger@seegerweiss.com

*Counsel to the Co-Lead Counsel and Settlement Counsel*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone:  334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

*Federal/State Liaisons*

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone:  206-741-4862
matt@socialmediavictims.org

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone:  917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com
ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com
*Plaintiffs' Steering Committee Leadership*

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**

17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

ROLAND TELLIS
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
rtellis@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

RUTH RIZKALLA
**CARLSON LAW FIRM**
100 E. Central Texas Expy
Killeen, TX 76541
Telephone: (254) 526-5688
RRizkalla@carlsonattorneys.com

|     |                                                  |
| --- | ------------------------------------------------ |
| 1   |                                                  |
| 2   | Ron A. Austin                                    |
| 3   | **RON AUSTIN LAW**                               |
|     | 400 Manhattan Blvd                               |
| 4   | Harvey, LA 70058                                 |
|     | 504-227-8100                                     |
| 5   | Fax: 504-227-8122                                |
| 6   | raustin@ronaustinlaw.com                         |

*Plaintiffs' Steering Committee Membership*

**MUNGER, TOLLES & OLSON LLP**

By:   /s/ Jonathan H. Blavin
      Jonathan H. Blavin

JONATHAN H. BLAVIN, SBN 230269
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel.: (415) 512-4000

VICTORIA A. DEGTYAREVA, SBN 284199
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant Snap Inc.*

## SIGNATURE CERTIFICATION

Pursuant to Civ. L.R. 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: December 17, 2025    /s/ Jennie Lee Anderson

JENNIE LEE ANDERSON

**ANDRUS ANDERSON, LLP**

155 MONTGOMERY STREET, SUITE 900

SAN FRANCISCO, CA 94104

Telephone: + 1 (415) 986-1400

Email: jennie@andrusanderson.com

Liaison Counsel for Plaintiffs