LEVIN SEDRAN & BERMAN LLP
Michael Weinkowitz (*pro hac vice*)
mweinkowitz@lfsblaw.com
510 Walnut Street, Suite
Philadelphia, PA 19106
Telephone: (212) 592-1500

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|
| | Case No. 4:22-md-3047-YGR |
| This Document Relates to: <br><br> ALL ACTIONS | **DECLARATION OF MICHAEL WEINKOWITZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TIKTOK'S OMNIBUS MOTION TO SEAL** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

## DECLARATION OF MICHAEL WEINKOWITZ

Pursuant to 28 U.S.C. § 1746, I, Michael Weinkowitz, declare as follows:

1. I am an attorney and partner at Levin Sedran & Berman LLP, and have been appointed by this Court in this MDL to the Plaintiff Leadership Committee and as Co-Chair of the School District Committee.

2. I make this Declaration under the penalty of perjury based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3. Attached as **Exhibit A** is a true and correct excerpt of the transcript from the April 22, 2024 discovery hearing in this case, held before Magistrate Judge Kang.

1  4. I attended the discovery hearing on April 22, 2024 in which counsel for the TikTok Defendants declared that employees had received "threats . . . because the public has found out that they're working for the company[.]" **Exhibit A** at 47:23-48:3.

5. Attached as **Exhibit B** is a true and correct copy of an email I sent to counsel for the TikTok Defendants on April 22, 2024, asking for evidence substantiating counsel's claims during the April 22, 2024 hearing that TikTok employees received threats due to this case.

6. Attached as **Exhibit C** is a true and correct copy of an email I sent to counsel for the TikTok Defendants on April 24, 2024, following up on my request for evidence regarding the alleged threats.

7. Attached as **Exhibit D** is a true and correct copy of an email chain containing the April 29, 2024 email sent by Amy Fiterman, counsel for the TikTok Defendants, responding to my request for evidence, stating "We are under no obligation to document this [harassment] to you and your colleagues."

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 17, 2025

By: /s/ *Michael Weinkowitz*
Michael Weinkowitz
**Levin Sedran & Berman LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (212) 592-1500