# EXHIBIT A

                                                      **Pages 1 - 81**

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Peter H. Kang, Magistrate Judge

IN RE:  SOCIAL MEDIA              )
ADOLESCENT ADDICTION/PERSONAL     )
INJURY                            )
PRODUCTS LIABILITY LITIGATION     )  **NO. 22-MD-03047 YGR (PHK)**
_____)

                                  San Francisco, California
                                  Monday, April 22, 2024

**APPEARANCES:**

For Plaintiffs:
                    MOTLEY RICE LLC
                    401 9th Street NW, Suite 630
                    Washington, DC  20004
               **BY: PREVIN WARREN**
                    **ATTORNEY AT LAW**

                    LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
                    275 Battery Street, 29th Floor
                    San Francisco, California 94111
               **BY: LEXI J. HAZAM**
                    **ATTORNEY AT LAW**

                    BEASLEY ALLEN LAW FIRM
                    218 Commerce Street
                    Montgomery, Alabama 36104
               **BY: JOSEPH G. VanZANDT**
                    **ATTORNEY AT LAW**


          **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**



Reported By:  Kelly Shainline, CSR No. 13476, RPR, CRR
              Official Stenographic Reporter

```
 1   certainly shouldn't be in a situation where their names have
 2   been disclosed, say, in our complaint or other documents but
 3   somehow have to be sealed here and figuring out what the future
 4   implications of that are in coming filings.
 5              THE COURT:  Okay.
 6              MS. LADDON:  Your Honor, I'm not --
 7              THE COURT:  Did you stand up because you want to say
 8   something?
 9              MS. LADDON:  Just very briefly, Your Honor.
10              THE COURT:  Sure.
11              MS. LADDON:  Very briefly.
12         Good morning -- good afternoon, rather.  Tarifa Laddon for
13   the TikTok defendants.
14         And we, of course, agree with the remarks that Meta's
15   counsel's made, but I do have to make very clear for the record
16   that at least for TikTok the harm is not speculative,
17   Your Honor, at all.
18         We have a list of about 14 names the plaintiffs have
19   provided to us that they -- of individuals that they want to
20   depose.  These are not all high-ranking executives.  These are
21   a lot of just regular folks who are going about their day and
22   doing their jobs.
23         And at least at TikTok we have had actual situations where
24   people receive threats and people's lives, regular everyday
25   people lives, are upended because the public has found out that
```

1  they're working for the company and involved in certain
2  projects, and that is specifically what we're trying to avoid
3  here.
4       This is essentially a discovery management document that
5  the Court has ordered us to produce.  It's almost akin to a
6  meet-and-confer document, to be honest with you, about
7  individuals that they wish to depose for the Court's use and
8  ensuring that the process of noticing and taking depositions
9  goes quickly and expeditiously.
10      We do not file on the docket notices of deposition in the
11 ordinary course of litigation.  Those are usually served
12 between counsel, and so I just wanted to make it clear that at
13 least for TikTok, Your Honor, this is not a speculative harm.
14 This is a harm that we take very seriously and we're concerned
15 for our employees.
16          **MS. HAZAM:**  Your Honor, if I may, because that
17 interjected new information.
18      I certainly do not hear counsel saying that that's as a
19 result of anything in this case.  I don't believe it to be.  I
20 know none of the details.  This is new information; but, again,
21 this is simply a list of employee names, titles, and defendant
22 who they work for.
23          **THE COURT:**  Okay.  So point number one, continue to
24 send the full chart to me by e-mail because I don't -- right?
25 But I'm also going to order that a redacted version of the