# EXHIBIT B

| | |
|---|---|
| **From:** | Michael Weinkowitz <MWeinkowitz@lfsblaw.com> |
| **Sent:** | Monday, April 22, 2024 9:41 PM |
| **To:** | Laddon, Tarifa B.; Amy Fiterman - Faegre Drinker Biddle & Reath LLP (amy.fiterman@faegredrinker.com); Geoffrey Drake; andrea.pierson@faegredrinker.com |
| **Cc:** | SocialMediaJCCP_Leads@balistserv.com; MDL3047PSCLEADERSHIP@LISTSERV.MOTLEYRICE.COM; MDL 3047 Co-Lead Firms; MDL 3047 PSC Leadership Teams ALL; fcraick@kellerrohrback.com; amm@classlawgroup.com |
| **Subject:** | SM MDL - TikTok List of Early Deponents |

Counsel

If you have any real credible, independent evidence that any TikTok employee on Plaintiffs' List of Early Deponents has been threatened for his or her participation in THIS case, please let us know (ie. Police reports etc). It is one thing for attorneys to make dramatic claims, it is another for there to be valid threats. We will take any credible, valid, independent threats seriously.

Thanks.

---

**Michael M. Weinkowitz, Esquire**
**LEVIN SEDRAN & BERMAN LLP**
**510 Walnut Street -- Suite 500**
**Philadelphia, PA 19106**
**(215) 592-1500**
**(215) 592-4663 – fax**

**Admitted in Pennsylvania, New Jersey, and New York**

**On the Web at www.lfsblaw.com**

**CONFIDENTIALITY NOTE:** This E-mail message contains information belonging to the law firm of Levin Sedran & Berman LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.