GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania, NW, Suite 900
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

[*Additional parties and counsel listed on signature pages*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: January 26, 2026<br>Time: 8:00 AM<br>Place: Courtroom 1, 4th Floor |

1

DEFENDANTS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO EXCLUDE
GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

Pursuant to Local Civil Rule 7-3(d)(2), Defendants respectfully submit this Statement of Recent Decision in connection with their pending Motion to Exclude General Causation Testimony of Plaintiffs' Experts (ECF No. 2295) to bring to the Court's attention the December 15, 2025 Ruling and Order in *NetChoice v. Murrill*, No. CV 25-231-JWD-RLB, at 65 n.19, 72–73, 78–79 (M.D. La. Dec. 15, 2025) (ECF No. 18), a true and correct copy of which is attached hereto as Exhibit A.[1]  The referenced portions of this Ruling and Order are relevant to Defendants' motion to exclude the general causation opinions of Dr. Jean Twenge.

DATED: December 18, 2025

By: /s/ *Geoffrey M. Drake*
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, *pro hac vice*
tharris@kslaw.com
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

BAILEY J. LANGNER (SBN 307753)
blangner@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

---

[1] This Ruling and Order is also available at *NetChoice v. Murrill*, 2025 WL 3634112, at *33 n.19, *36, *39 (M.D. La. Dec. 15, 2025).

2

DEFENDANTS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO EXCLUDE
GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

By: /s/ *Ashley M. Simonsen*
　　　*Ashley M. Simonsen* (Bar No. 275203)
　　　COVINGTON & BURLING LLP
　　　1999 Avenue of the Stars
　　　Los Angeles, California 90067
　　　Telephone: (424) 332-4800
　　　Facsimile: (424) 332-4749
　　　asimonsen@cov.com

　　　Phyllis A. Jones (*pro hac vice*)
　　　Paul W. Schmidt (*pro hac vice*)
　　　Christian J. Pistilli (*pro hac vice)*
　　　COVINGTON & BURLING LLP
　　　One City Center
　　　850 Tenth Street, NW
　　　Washington, DC 20001-4956
　　　Telephone: (202) 662-6000
　　　Facsimile: (202) 662-6291
　　　pajones@cov.com
　　　pschmidt@cov.com
　　　cpistilli@cov.com

　　　*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

By: /s/ *Allison Brown*
　　　ALLISON BROWN, *pro hac vice*
　　　alli.brown@kirkland.com
　　　KIRKLAND & ELLIS LLP
　　　2005 Market Street, Suite 1000
　　　Philadelphia, PA 19103
　　　Tel.: (215) 268-5000

　　　JESSICA DAVIDSON*, pro hac vice*
　　　jessica.davidson@kirkland.com
　　　JOHN J. NOLAN, *pro hac vice*
　　　jack.nolan@kirkland.com
　　　KIRKLAND & ELLIS LLP
　　　601 Lexington Avenue
　　　New York, NY 10022
　　　Telephone: 212-446-4800

DEFENDANTS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

JONATHAN H. BLAVIN, SBN 230269
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: 415-512-4000

VICTORIA A. DEGTYAREVA (SBN 284199)
victoria.degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: 213-683-9100

*Attorneys for Defendant Snap Inc.*

By:  */s/ Ashley W. Hardin*
JOSEPH G. PETROSINELLI, *pro hac vice*
jpetrosinelli@wc.com
ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES, *pro hac vice*
akeys@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Tel.: 202-434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

DEFENDANTS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO EXCLUDE
GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' EXPERTS

**ATTESTATION**

I, David P. Mattern, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 18, 2025

                */s/ David P. Mattern*
                DAVID P. MATTERN