Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

*Plaintiffs' Co-Lead Counsel*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*ALL CASES* | **STIPULATION AND [PROPOSED] ORDER RE SNAP'S OMNIBUS MOTION TO SEAL (PLAINTIFFS' OMNIBUS OPPOSITION BRIEF AND NON-EXHIBIT MATERIALS)** |

1

2        Pursuant to Civil Local Rule 7-12, Plaintiffs and Snap Inc. ("Snap", and together, the

3  "Parties") by and through their counsel of record hereby stipulate as follows:

4        WHEREAS, on December 10, 2025, Snap filed an Omnibus Motion to Seal (Plaintiffs'

5  Omnibus Opposition Brief and Non-Exhibit Materials) ("Snap's Motion to Seal") (ECF No.

6  2531) seeking to seal portions of certain exhibits filed with this Court in connection with

7  Plaintiffs' Rule 702 and Summary Judgment Oppositions;

8        WHEREAS, on December 17, 2025, the Parties met and conferred further in an effort to

9  resolve outstanding differences and avoid the need for further motion practice;

10        WHEREAS, after meeting and conferring, Snap agreed to withdraw its request to redact

11  and seal a Snap employee's name identified on Page 96 of the Expert Report of Dimitri A.

12  Christakis, M.D., M.P.H. (ECF Nos. 2400-18, 2405-18, 2407-03) ("Christakis Report") and on

13  Page 46 of the Expert Report of Anna Lembke, M.D. (ECF Nos. 2405-13, 2407-05) ("Lembke

14  Report"), as well as Twitter user names contained in an embedded image on Page 97 of the

15  Christakis Report;

16        WHEREAS, with this adjustment, Plaintiffs do not object to the remainder of the requests

17  in Snap's Motion to Seal;

18        THEREFORE, the Parties Stipulate and seek an Order dismissing as moot Snap's pending

19  Motion to Seal and, upon good cause showing, as follows:

20

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Order |
|---|---|---|---|---|
| Plaintiffs' Opposition to Defendants' Harford Motion for Summary Judgment - **Christakis MDL expert report (Exhibit 16, ECF No. 2400-18)** | Page 147: Employee name; Twitter user name | There is good cause to seal these non-deponent employee names to protect their privacy interests at this time. *See, e.g.*, *Murphy v. Kavo Am. Corp.*, 2012 WL 1497489, at *1, *2 (N.D. Cal. Apr. 27, 2012) (granting motion to seal "employee-identifying information" because "[e]mployees and former employees who are not parties to this litigation have privacy | To Snap's knowledge, no party has previously sought to seal this information. | Granted ✗<br><br>Denied ___ |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Order |
|---|---|---|---|---|
| | | interests in their personnel information, and in other sensitive identifying information") (Gonzalez Rogers, J.); *see also, e.g.*, *Am. Auto. Ass'n of N. California, Nevada & Utah v. Gen. Motors LLC*, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019); *Opperman v. Path, Inc.*, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017); *Hunt v. Cont'l Cas. Co.*, 2015 WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015). Sealing this information is consistent with the Court's approach to sealing employee names in the Personal Injury Plaintiffs' Master Complaint and the multistate Attorney General Complaint. *See* ECF No. 189; Case No. 4:23-cv-05448-YGR, ECF No. 77. Sealing this information is further warranted to protect the employees' safety. *Cf. Campbell v. Grounds*, 2022 WL 14151744, at *1 (N.D. Cal. Oct. 24, 2022) (sealing witness name and finding standard met when disclosure "could put at risk the safety of one or more individuals if made public"); *see also* Declaration of Jennifer Boden ¶¶ 2–4.<br><br>There is also good cause to seal the names of these non-party, non-employees. These individuals enjoy the same privacy and other interests as the non-deponent employees discussed above. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003) (referring broadly to "third-party" privacy interests in redacting); *Am. Auto. Ass'n*, 2019 WL 1206748, at *2 (same); | | |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Order |
|---|---|---|---|---|
| | | *Opperman*, 2017 WL 1036652, at *4 (similar).  The personal information of these third parties is irrelevant to the issues before the Court and redacting them is necessary to protect these individuals' privacy.  *See* Declaration of Laura M. Lopez ¶ 2. | | |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts - **Christakis MDL expert report (Exhibit 15, ECF No. 2405-18)** | Page 147: Employee name; Twitter user name | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted  X<br>Denied  ___ |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts - **Lembke MDL Expert Report (Exhibit 10, ECF No. 2405-13)** | Page 47: Employee names | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted  X<br>Denied  ___ |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Order |
|---|---|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts - **Lembke MDL Expert Report (Exhibit 10, ECF No. 2405-13)** | Page 54: Employee name | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted ☒<br>Denied ___ |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts - **Murray MDL Expert Report (Exhibit 32, ECF No. 2405-35)** | Page 169: Employee name | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted ☒<br>Denied ___ |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts - **Deposition of Stuart Murray, June 19, 2025 (Exhibit 30, ECF No. 2405-33)** | 504:1 Employee name | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted ☒<br>Denied ___ |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Order |
|---|---|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' General Causation Experts - **Deposition of Stuart Murray, June 19, 2025 (Exhibit 30, ECF No. 2405-33)** | 504:8 Employee name | See above | To Snap's knowledge, no party has previously sought to seal this information | Granted  X<br>Denied  ___ |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' School District Experts - **Christakis MDL expert report (Exhibit 1, ECF No. 2407-03)** | Page 147: Employe name; Twitter user name | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted  X<br>Denied  ___ |
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' School District Experts - **Lembke MDL Expert Report (Exhibit 3, ECF No. 2407-05)** | Page 47: Employee names | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted  X<br>Denied  ___ |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed | Court's Order |
|---|---|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' School District Experts - **Lembke MDL Expert Report (Exhibit 3, ECF No. 2407-05)** | Page 54: Employee name | See above | To Snap's knowledge, no party has previously sought to seal this information. | Granted  X<br>Denied ___ |

*PURSUANT TO STIPULATION, IT IS SO ORDERED.*

*DATE:*  December 18, 2025

_____
Hon. Yvonne Gonzalez Rogers

Dated:  December 17, 2025

Respectfully submitted,

**ANDRUS ANDERSON LLP**

*/s/ Jennie Lee Anderson*
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (415) 986-1400

*Plaintiffs' Liaison Counsel*

Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Previn Warren (*pro hac vice*)

pwarren@motleyrice.com
**MOTLEY RICE LLC**
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

Christopher A. Seeger (*pro hac vice*)
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
cseeger@seegerweiss.com

*Counsel to the Co-Lead Counsel and Settlement Counsel*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

*Federal/State Liaisons*

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com
*Plaintiffs' Steering Committee Leadership*

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

SIN-TINY MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**

|   |   |
|---|---|
| 1 | |
| 2 | 17 EAST MAIN STREET, SUITE 200 |
| 3 | PENSACOLA, FL 32502<br>Telephone:  510-698-9566 |
| 4 | mliu@awkolaw.com |
| 5 | EMMIE PAULOS<br>**LEVIN PAPANTONIO RAFFERTY** |
| 6 | 316 SOUTH BAYLEN STREET, SUITE 600 |
| 7 | PENSACOLA, FL 32502<br>Telephone:  850-435-7107 |
| 8 | epaulos@levinlaw.com |
| 9 | ROLAND TELLIS<br>**BARON & BUDD, P.C.** |
| 10 | 15910 Ventura Boulevard, Suite 1600 |
| 11 | Encino, CA 91436<br>Telephone: (818) 839-2333 |
| 12 | rtellis@baronbudd.com |
| 13 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 14 | **DICELLO LEVITT**<br>505 20th St North |
| 15 | Suite 1500<br>Birmingham, Alabama 35203 |
| 16 | Telephone:  205.855.5700<br>fu@dicellolevitt.com |
| 17 | |
| 18 | HILLARY NAPPI<br>**HACH & ROSE LLP** |
| 19 | 112 Madison Avenue, 10th Floor<br>New York, New York 10016 |
| 20 | Telephone: 212.213.8311<br>hnappi@hrsclaw.com |
| 21 | |
| 22 | JAMES MARSH<br>**MARSH LAW FIRM PLLC** |
| 23 | 31 HUDSON YARDS, 11TH FLOOR<br>NEW YORK, NY 10001-2170 |
| 24 | Telephone:  212-372-3030<br>jamesmarsh@marshlaw.com |
| 25 | |
| 26 | RUTH RIZKALLA<br>**CARLSON LAW FIRM** |
| 27 | 100 E. Central Texas Expy<br>Killeen, TX 76541 |
| 28 | Telephone: (254) 526-5688<br>RRizkalla@carlsonattorneys.com |

Ron A. Austin
**RON AUSTIN LAW**
400 Manhattan Blvd
Harvey, LA 70058
504-227-8100
Fax: 504-227-8122
raustin@ronaustinlaw.com

*Plaintiffs' Steering Committee Membership*

**MUNGER, TOLLES & OLSON LLP**

By:  /s/ *Jonathan H. Blavin*
  Jonathan H. Blavin

  JONATHAN H. BLAVIN, SBN 230269
  jonathan.blavin@mto.com
  MUNGER, TOLLES & OLSON LLP
  560 Mission Street, 27th Floor
  San Francisco, CA 94105
  Tel.: (415) 512-4000

  VICTORIA A. DEGTYAREVA, SBN 284199
  Victoria.Degtyareva@mto.com
  MUNGER, TOLLES & OLSON LLP
  350 South Grand Avenue, 50th Floor
  Los Angeles, CA 90071
  Tel.: (213) 683-9100
  Facsimile: (213) 687-3702

  *Attorneys for Defendant Snap Inc.*