Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

[Additional counsel listed on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**META DEFENDANTS' TEMPORARY SEALING MOTION (DECLARATION OF ASHLEY M. SIMONSEN)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), and the Court's December 17, 2025 Order, the Meta Defendants file this Temporary Sealing Motion regarding the Declaration of Ashley M. Simonsen. Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2594-1 | Exhibit A, Declaration of Ashley M. Simonsen | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2594-2 | Exhibit A-1, Declaration of Meta Employee S.Y. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2594-3 | Exhibit A-2, Excerpts of Deposition Transcript of F.K.S. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2594-4 | Exhibit A-3, Excerpts of Deposition Transcript of A.D. | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2594-5 | Exhibit A-4, Excerpts of Meta Defendants' Responses & Objections to Plaintiffs' Sixth Set of Requests for Production of Documents | Not filed under seal |

DATED: December 18, 2025                        Respectfully submitted,

By:    */s/ Ashley M. Simonsen*

Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Timothy C. Hester, pro hac vice
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-5324
Facsimile: + 1 (202) 778-5324
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*