[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| This Document Relates to: | **PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |
| ALL ACTIONS | |
| | Judge:  Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 7-3(d), the MDL Personal Injury and School District ("PI/SD") Plaintiffs, MDL State Attorneys General, and JCCP Personal Injury Plaintiffs (collectively, "Plaintiffs") submit this Unopposed Administrative Motion for Leave to File Supplemental Authority to bring to the Court's attention the transcript of the D.C. Superior Court's December 12, 2025 status conference in *District of Columbia v. Meta* (attached hereto as **Exhibit A**). Plaintiffs submit this transcript in support of their arguments in the pending Joint Letter Brief Regarding Whether Certain Meta Documents Are Protected by Attorney-Client Privilege (Dkt. 2474). At the D.C. conference, the court heard oral argument on Meta's motion for reconsideration with respect to the D.C. court's October 23, 2025 order (which had found the crime-fraud exception applied to the same four clawed-back documents at issue in the Joint Letter

1  Brief). Ex. A at 42–83. The court also provided guidance on related privilege issues. *Id.* at 3–42.

2      Plaintiffs submit this transcript via Administrative Motion rather than a Statement of

3  Recent Decision because Civil Local Rule 7-3(d) provides that Statements of Recent Decision

4  must be submitted "before the noticed hearing date." Civil L.R. 7-3(d)(2). The discovery status

5  conference subject to this Administrative Motion was held after the completion of briefing and

6  argument on the Joint Letter Brief at issue. Meta does not oppose this request.

7

8  DATED: December 18, 2025                    Respectfully submitted,

9                                              **PHILIP J. WEISER**
                                               Attorney General
10                                             State of Colorado

11                                             By  */s/ Jason Slothouber*
                                               Jason Slothouber, CO Reg. No. 43496, *pro hac*
12                                             *vice*
                                               Krista Batchelder, CO Reg. No. 45066, *pro hac*
13                                             *vice*
                                               Deputy Solicitor General
14                                             Shannon Stevenson, CO Reg. No. 35542, *pro hac*
                                               *vice*
15                                             Solicitor General
                                               Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
16                                             Assistant Attorney General
                                               Colorado Department of Law
17                                             Ralph L. Carr Judicial Center
                                               Consumer Protection Section
18                                             1300 Broadway, 7th Floor
                                               Denver, CO 80203
19                                             Phone: (720) 508-6651
                                               krista.batchelder@coag.gov
20                                             Shannon.stevenson@coag.gov
                                               Elizabeth.orem@coag.gov
21
                                               *Attorneys for Plaintiff State of Colorado, ex rel.*
22                                             *Philip J. Weiser, Attorney General*

23                                             **ROB BONTA**
                                               Attorney General
24                                             State of California

25                                             */s/ Megan O'Neill*
                                               Nicklas A. Akers (CA SBN 211222)
26                                             Senior Assistant Attorney General
                                               Bernard Eskandari (SBN 244395)
27                                             Emily Kalanithi (SBN 256972)
                                               Supervising Deputy Attorneys General
28                                             Nayha Arora (CA SBN 350467)
                                               David Beglin (CA SBN 356401)

1   Megan O'Neill (CA SBN 343535)
    Joshua Olszewski-Jubelirer (CA SBN 336428)
2   Marissa Roy (CA SBN 318773)
    Brendan Ruddy (CA SBN 297896)
3   Deputy Attorneys General
    California Department of Justice
4   Office of the Attorney General
    455 Golden Gate Ave., Suite 11000
5   San Francisco, CA 94102-7004
    Phone: (415) 510-4400
6   Fax: (415) 703-5480
    Joshua.OlszewskiJubelirer@doj.ca.gov
7
    *Attorneys for Plaintiff the People of the State of*
8   *California*

9
    **RUSSELL COLEMAN**
10  Attorney General
    Commonwealth of Kentucky
11
    */s/ Philip Heleringer*
12  J. Christian Lewis (KY Bar No. 87109),
    *Pro hac vice*
13  Philip Heleringer (KY Bar No. 96748),
    *Pro hac vice*
14  Zachary Richards (KY Bar No. 99209),
    *Pro hac vice*
15  Daniel I. Keiser (KY Bar No. 100264),
    *Pro hac vice*
16  Matthew Cocanougher (KY Bar No. 94292),
    *Pro hac vice*
17  Assistant Attorneys General
    1024 Capital Center Drive, Suite 200
18  Frankfort, KY 40601
    CHRISTIAN.LEWIS@KY.GOV
19  PHILIP.HELERINGER@KY.GOV
    ZACH.RICHARDS@KY.GOV
20  DANIEL.KEISER@KY.GOV
    MATTHEW.COCANOUGHER@KY.GOV
21  Phone: (502) 696-5300
    Fax: (502) 564-2698
22
    *Attorneys for Plaintiff the Commonwealth of*
23  *Kentucky*

24  **MATTHEW J. PLATKIN**
    Attorney General
25  State of New Jersey

26  */s/ Kashif T. Chand*
    Kashif T. Chand (NJ Bar No. 016752008),
27  *Pro hac vice*
    Attorney General
28  Thomas Huynh (NJ Bar No. 200942017),

3

1  *Pro hac vice*
   Assistant Section Chief, Deputy Attorney General
2  Verna J. Pradaxay (NJ Bar No. 335822021),
   *Pro hac vice*
3  Mandy K. Wang (NJ Bar No. 373452021),
   *Pro hac vice*
4  Deputy Attorneys General
   New Jersey Office of the Attorney General,
5  Division of Law
   124 Halsey Street, 5th Floor
6  Newark, NJ 07101
   Tel: (973) 648-2052
7  Kashif.Chand@law.njoag.gov
   Thomas.Huynh@law.njoag.gov
8  Verna.Pradaxay@law.njoag.gov
   Mandy.Wang@law.njoag.gov
9
   *Attorneys for Plaintiffs New Jersey Attorney*
10 *General and the New Jersey Division of Consumer*
   *Affairs Matthew J. Platkin, Attorney General for*
11 *the State of New Jersey, and Elizabeth Harris,*
   *Acting Director of the New Jersey Division of*
12 *Consumer Affairs*

13 */s/ Lexi J. Hazam*
   LEXI J. HAZAM
14 **LIEFF CABRASER HEIMANN &**
   **BERNSTEIN, LLP**
15 275 BATTERY STREET, 29TH FLOOR
   SAN FRANCISCO, CA 94111-3339
16 Telephone: 415-956-1000
   lhazam@lchb.com
17
   PREVIN WARREN
18 **MOTLEY RICE LLC**
   401 9th Street NW Suite 630
19 Washington DC 20004
   Telephone: 202-386-9610
20 pwarren@motleyrice.com

21 Co-Lead Counsel

22 CHRISTOPHER A. SEEGER
   **SEEGER WEISS, LLP**
23 55 CHALLENGER ROAD, 6TH FLOOR
   RIDGEFIELD PARK, NJ 07660
24 Telephone: 973-639-9100
   cseeger@seegerweiss.com
25
   Counsel to Co-Lead Counsel and Settlement
26 Counsel

27 JENNIE LEE ANDERSON
   **ANDRUS ANDERSON, LLP**
28 155 MONTGOMERY STREET, SUITE 900

4

SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER**
**& CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.

HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE< WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza@gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT   MANDALAS   FEDERICO,**

LLC
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777
mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER  TOPAZ  MELTZER  &  CHECK**
**LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436

7

1    Telephone: 818-839-2333
     rtellis@baronbudd.com
2    dfernandes@baronbudd.com

3    DIANDRA "FU" DEBROSSE ZIMMERMANN
     **DICELLO LEVITT**
4    505 20th St North
     Suite 1500
5    Birmingham, Alabama 35203
     Telephone: 205-855-5700
6    fu@dicellolevitt.com

7    Plaintiffs' Steering Committee Membership

8    JOSEPH VANZANDT
     **BEASLEY ALLEN**
9    234 COMMERCE STREET
     MONTGOMERY, LA 36103
10   Telephone: 334-269-2343
     joseph.vanzandt@beasleyallen.com

11   Federal/State Liaison

12   *Attorneys for Individual Plaintiffs*

13

14   **BEASLEY     ALLEN     CROW     METHVIN**
     **PORTIS & MILES, P.C.**

15   */s/ Joseph G. VanZandt*
16   Joseph G. VanZandt
     218 Commerce Street
17   Montgomery, AL 36104
     Tel.: (334) 269-2343
18   Joseph.VanZandt@BeasleyAllen.com

19   KIESEL LAW LLP
     Paul R. Kiesel
20   Mariana A. McConnell
     8648 Wilshire Blvd.
21   Beverly Hills, CA 90211
     Tel: (310) 854-4444
22   kiesel@kiesel.law
     mcconnell@kiesel.law
23
     PANISH | SHEA | RAVIPUDI LLP
24   Brian J. Panish
     Rahul Ravipudi
25   Jesse Creed
     11111 Santa Monica Boulevard, Suite 700
26   Los Angeles, California 90025
     Tel: (310) 477-1700
27   Fax: (310) 477-1699
     panish@panish.law
28   ravipudi@panish.law

jcreed@panish.law

Rachel Lanier
THE LANIER LAW FIRM, P.C.
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Tel.: 713-659-5200
Rachel.Lanier@LanierLawFirm.com

*Co-Lead, Co-Liaison, and Leadership Counsel for JCCP Plaintiffs*

PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

I, Jason Slothouber, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 18, 2025

By: */s/ Jason Slothouber*

PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY