# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*All Actions* | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF NO. 2413)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

WHEREAS, the Court ordered the parties to meet and confer regarding the filing of excerpted versions of the exhibits, *see* ECF No. 2484 at 2;

WHEREAS, the Court issued an order instructing Plaintiffs "to refile the reduced set of exhibits," and directing the parties to "meet and confer and file a stipulation regarding briefing deadlines for a motion to seal the re-filed exhibits," *see* ECF No. 2549 at 1;

WHEREAS, on December 17, 2025, Plaintiffs re-filed replacement exhibits and an accompanying declaration;

WHEREAS, the parties have met and conferred regarding the page limits and deadlines that will apply to Defendants' motions to seal the replacement exhibits, as well as Plaintiffs' oppositions and Defendants' replies thereto;

THEREFORE, pursuant to Civil L.R. 7-12 and the Court's Case Management Order (ECF No. 2484), the Court hereby directs the Clerk to lock the following docket entries containing the originally filed exhibits and supporting administrative motion to seal, declarations, and sealing charts:

- ECF No. 2356 (Administrative Motion to File Under Seal)
- ECF No. 2357 (Declaration of Previn Warren)
- ECF No. 2403 (Sealing Chart)
- ECF No. 2358 (Exhibits 1-20)
- ECF Nos. 2361 – 2365 (Exhibits 21-130)
- ECF No. 2367 (Exhibits 131-170)
- ECF Nos. 2370 – 2372 (Exhibits 171-300)
- ECF Nos. 2374 – 2381 (Exhibits 301-700)
- ECF No. 2383 (Exhibits 701-750)
- ECF Nos. 2386 – 2388 (Exhibits 750-825)
- ECF Nos. 2390 – 2391 (Exhibits 826-900)
- ECF Nos. 2393 – 2394 (Exhibits 901-1000)
- ECF Nos. 2396 - 2399 (Exhibits 1001-1185)
- ECF No. 2414-2 (Corrected Declaration of Previn Warren)
- ECF No. 2414-3 (Corrected Sealing Chart)
- ECF Nos. 2414-4 - 2414-9 (Corrected Exhibits 6, 567, 1117, 1180; Exhibits 1186-1187)

The Court further sets the following, jointly stipulated schedule for conferrals and briefing related to the sealing of the replacement exhibits:

- January 16: Defendants will provide to Plaintiffs redacted versions of the excerpted exhibits, with an index (listing the pages that contain the redactions) that is organized by category. Defendants' proposed redactions will adhere to any rulings issued by the Court in the interim

1

JOINT STIPULATION AND [PROPOSED] ORDER RE REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF NO. 2413)

regarding sealing.

- January 19: Plaintiffs will file the redacted versions of the excerpted exhibits. Defendants and Plaintiffs will meet and confer to discuss Defendants' proposed redactions. At this meet and confer, Plaintiffs will tell Defendants their position on each redaction category. Plaintiffs are not required to send Defendants a response to each specific redaction.

- January 26: Defendants file omnibus sealing motions, no longer than 10 pages each, and the parties file an omnibus sealing stipulation.

- February 3: Plaintiffs file oppositions, no longer than 10 pages each, to Defendants' omnibus sealing motions.

- February 8: Defendants file replies, no longer than 5 pages each, in support of omnibus sealing motions.

The above deadlines supersede the deadlines concerning the sealing of these exhibits set forth at ECF No. 2451 at 2.

IT IS SO ORDERED

Dated: December 19, 2025

HONORABLE YVONNE GONZALEZ ROGERS
United States District Court

**IT IS SO STIPULATED AND AGREED**

Respectfully submitted,

DATED: December 19, 2025

By: */s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA

3

**GIBBS MURA, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

|   |   |
|---|---|
| 1 | Telephone: 816-701-1100 |
| 2 | tcartmell@wcllp.com |

Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE< WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza @gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777
mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JOINT STIPULATION AND [PROPOSED] ORDER RE REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF NO. 2413)

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

JOINT STIPULATION AND [PROPOSED] ORDER RE REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF NO. 2413)

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

COVINGTON & BURLING LLP

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

KING & SPALDING LLP

By: */s/ Bailey J. Langner*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
       tharris@kslaw.com

David P. Mattern, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF NO. 2413)

Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

MUNGER, TOLLES & OLSON LLP

By: */s/ Victoria A. Degtyareva*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Victoria A. Degtyareva (SBN 284199)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: victoria.degtyareva@mto.com

ALLISON BROWN (pro hac vice)
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
Email: alli.brown@kirkland.com

JESSICA DAVIDSON (pro hac vice)
Email: jessica.davidson@kirkland.com
JOHN J. NOLAN (pro hac vice)
Email: jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

9

|1|
|2| *Attorneys for Defendant Snap Inc.*
|3|
|4| WILLIAMS & CONNOLLY LLP
|5| <u>By:</u> */s/ Ashley W. Hardin*
|6| Joseph G. Petrosinelli (*pro hac vice*)
   | jpetrosinelli@wc.com
|7| Ashley W. Hardin (*pro hac vice*)
   | ahardin@wc.com
|8| 680 Maine Avenue, SW
   | Washington, DC 20024
|9| Telephone.: 202-434-5000
   | Fax: 202-434-5029
|10|
|11| *Attorneys for Defendants YouTube, LLC and Google LLC*

10
JOINT STIPULATION AND [PROPOSED] ORDER RE REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF NO. 2413)