Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

[Additional parties and counsel listed on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**OMNIBUS SEALING STIPULATION REGARDING (1) DECEMBER 17, 2025 ORDER RE FURTHER INFORMATION RE META'S MOTION FOR PROTECTIVE ORDER (ECF 2581) (SEALED) AND (2) DECLARATION OF ASHLEY M. SIMONSEN IN RESPONSE (ECF 2594-1) AND EXHIBITS THERETO**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures ("Sealing Protocol") (ECF 341), Plaintiffs and Meta submit this Omnibus Sealing Stipulation regarding (1) the Court's December 17, 2025 Order re Further Information re Meta's Motion for Protective Order (ECF 2581) (sealed)[1] and (2) the Declaration of Ashley M. Simonsen in response thereto (ECF 2594-1) and exhibits thereto (ECF 2594-2–4) (listed in the chart below).

Meta seeks to seal in certain of these filings only the names of non-executive (i.e, below Vice-President level) current and former Meta employees. Plaintiffs do not oppose the redaction of those names in these filings. The Parties agree that the filings otherwise need not be maintained under seal.

The chart below sets forth Meta's proposed redactions to these filings, which are undisputed. Pursuant to the Sealing Protocol and CMO 28,[2] a Proposed Order implementing this Stipulation, attaching copies of the filings with only the redactions listed below, is filed herewith.

| Filing | Portion to be Redacted/Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| Declaration of Ashley M. Simonsen in Response to December 17, 2025 Order re Further Information re Meta's Motion for Protective Order (ECF 2594-1) ("Simonsen Declaration") | Names of non-executive employees (appearing at location of redactions in version of filing attached to Proposed Order filed herewith) | There is good cause to seal the names of non-executive employees to protect their privacy interests. *See, e.g.*, *Murphy v. Kavo Am. Corp.*, 2012 WL 1497489, at *1 (N.D. Cal. Apr. 27, 2012) (Gonzalez Rogers, J.) (granting motion to seal "employee-identifying information" because "[e]mployees and former employees who are not parties to this litigation have privacy interests in their personnel information, and in other sensitive identifying | This Court has previously granted motions to seal the names of non-executive employees to protect their privacy. *See* ECF 735, 189, 1465, 1619, 2522. |

---

[1] The Court designated the December 17, 2025 Order as Confidential under the Protective Order and thus directed the Clerk of Court to file it under seal. ECF 2581 at 2. Meta has determined that, other than non-executive employee names, the Order does not require sealing.

[2] In CMO 28, the Court directed the Parties to unseal information "immediately once the parties agree that a document, or information redacted from a document, should not be sealed." ECF 2336 at 2.

| | | | | |
|---|---|---|---|---|
| | | | information"); *see also, e.g., Am. Auto. Ass'n of N. California, Nevada & Utah v. Gen. Motors LLC*, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019); *Opperman v. Path, Inc.*, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017); *Hunt v. Cont'l Cas. Co.*, 2015 WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015). Sealing is also consistent with the approach the Court took in sealing names of Meta employees in the Personal Injury Plaintiffs' Master Complaint and the multistate Attorney General Complaint. *See* Dkt. 189; Case No. 4:23-cv-05448-YGR, Dkt. 77. Sealing non-executive employee names is further warranted to protect the employee's safety, as explained in the April 8, 2025 Declaration of Andre Suite (ECF 1850-1). *Cf. Campbell v. Grounds* 2022 WL 14151744, at *1 (N.D. Cal. Oct. 24, 2022) (sealing witness name and finding standard met when disclosure "could put at risk the safety of one or more individuals if made public"). | |
| Exhibit A-1 to Simonsen Declaration, Declaration of Sam Yang in Response to December 17, 2025 Order re Further Information re Meta's | N/A (no requested redactions) | N/A (no requested redactions) | | N/A (no requested redactions) |

3

OMNIBUS SEALING STIPULATION REGARDING (1) DECEMBER 17, 2025 ORDER RE FURTHER INFORMATION RE META'S MOTION FOR PROTECTIVE ORDER (ECF 2581) (SEALED) AND (2) DECLARATION OF ASHLEY M. SIMONSEN IN RESPONSE (ECF 2594-1) AND EXHIBITS THERETO)
4:22-md-03047-YGR

| | | | |
|---|---|---|---|
| Motion for Protective Order (ECF 2594-2) | | | |
| Exhibit A-2 to Simonsen Declaration, Excerpts of Deposition Transcript of F.K.S. (ECF 2594-3) | Name of non-executive employee (appearing at location of redactions in version of filing attached to Proposed Order filed herewith) | See stated basis above. | See prior sealing orders above. |
| Exhibit A-3 to Simonsen Declaration, Excerpts of Deposition Transcript of A.D. (ECF 2594-4) | Name of non-executive employee (appearing at location of redactions in version of filing attached to Proposed Order filed herewith) | See stated basis above. | See prior sealing orders above. |
| Exhibit A-4 to Simonsen Declaration, Meta Defendants' Responses & Objections to Plaintiffs' Sixth Set of Requests for Production of Documents (ECF 2594-5) | N/A (not filed provisionally under seal) | N/A (not filed provisionally under seal) | N/A (no requested redactions) |
| Order re Further Information re Meta's Motion for Protective Order (ECF 2581) (Sealed) | Names of non-executive employees (appearing at location of redactions in version of filing attached to Proposed Order filed herewith) | See stated basis above. | See prior sealing orders above. |

**IT IS SO STIPULATED AND AGREED.**

DATED:  December 22, 2025

Respectfully submitted,

By:    /s/ *Ashley M. Simonsen*

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt (*pro hac vice*)
Timothy C. Hester (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pschmidt@cov.com
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*


By: */s/ Lexi J. Hazam*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel for Plaintiffs*


**ROB BONTA**
Attorney General
State of California

By: */s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)

Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Joshua.OlszewskiJubelirer@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

PHILIP J. WEISER
Attorney General
State of Colorado
By:  */s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

By: /s/ *Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: /s/ *Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,

Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

## ATTESTATION

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 22, 2025

By: /s/ *Ashley M. Simonsen*<br>Ashley M. Simonsen

9

OMNIBUS SEALING STIPULATION REGARDING (1) DECEMBER 17, 2025 ORDER RE FURTHER INFORMATION RE META'S MOTION FOR PROTECTIVE ORDER (ECF 2581) (SEALED) AND (2) DECLARATION OF ASHLEY M. SIMONSEN IN RESPONSE (ECF 2594-1) AND EXHIBITS THERETO)
4:22-md-03047-YGR