UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>[~~PROPOSED~~] ORDER ON OMNIBUS SEALING STIPULATION REGARDING (1) DECEMBER 17, 2025 ORDER RE FURTHER INFORMATION RE META'S MOTION FOR PROTECTIVE ORDER (ECF 2581) (SEALED) AND (2) DECLARATION OF ASHLEY M. SIMONSEN IN RESPONSE (ECF 2594-1) AND EXHIBITS THERETO<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's Order Setting Sealing Procedures (ECF 341), the Court rules as follows on the Omnibus Sealing Stipulation regarding (1) the Court's December 17, 2025 Order re Further Information re Meta's Motion for Protective Order (ECF 2581 (sealed); ECF 2600-5 (lesser-redacted)) and (2) the Declaration of Ashley M. Simonsen in response thereto (ECF 2594-1 (sealed); ECF 2600-2 (lesser-redacted)) and exhibits thereto:

| Filing | Portion to be Sealed | Action To Be Taken | Court's Order |
|---|---|---|---|
| Declaration of Ashley M. Simonsen in Response to December 17, 2025 Order re Further Information re Meta's Motion for Protective Order (ECF 2594-1 (sealed); ECF 2600-2 (lesser redacted)) ("Simonsen Declaration") | Names of non-executive employees (appearing at location of redactions in version of filing attached to Proposed Order filed with Omnibus Sealing Stipulation) | Redact specified portion | GRANT |
| Exhibit A-2 to Simonsen Declaration, Excerpts of Deposition Transcript of F.K.S. (ECF 2594-3 (sealed); ECF 2600-3 (lesser redacted)) | Names of non-executive employees (appearing at location of redactions in version of filing attached to Proposed Order filed with Omnibus Sealing Stipulation) | Redact specified portion | GRANT |
| Exhibit A-3 to Simonsen Declaration, Excerpts of Deposition Transcript of A.D. (ECF 2594-4 (sealed); 2600-4 (lesser redacted)) | Names of non-executive employees (appearing at location of redactions in version of filing attached to Proposed Order filed with Omnibus Sealing Stipulation) | Redact specified portion | GRANT |
| Order re Further Information re Meta's Motion for Protective Order (ECF 2581 (sealed); ECF 2600-5 (lesser-redacted)) | Names of non-executive employees (appearing at location of redactions in version of filing attached to Proposed Order filed with Omnibus Sealing Stipulation) | Redact specified portion | GRANT |

2

[PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION REGARDING (1) DECEMBER 17, 2025 ORDER RE FURTHER INFORMATION RE META'S MOTION FOR PROTECTIVE ORDER (ECF 2581) (SEALED) AND (2) DECLARATION OF ASHLEY M. SIMONSEN IN RESPONSE (ECF 2594-1) AND EXHIBITS THERETO
4:22-md-03047-YGR

**SO ORDERED.**

DATED:   December 23, 2025

_____
Hon. Peter H. Kang
United States Magistrate Judge