1  Matthew S.L. Cate (SBN 295546)
   matt@matthewcatelaw.com
2  **LAW OFFICE OF MATTHEW S.L. CATE**
3  101 Montgomery Street, Suite 900
   San Francisco, CA  94104
4  Tel/Fax: 415-964-4400

5  Al-Amyn Sumar (*pro hac vice motion forthcoming*)
   THE NEW YORK TIMES COMPANY
6  Legal Department
   620 8th Avenue
7  New York, NY 10018
   Telephone: (212) 556-1234
8  Facsimile: (212) 556-4634
   Email: al-amyn.sumar@nytimes.com
9
   Attorneys for Non-Party Media Entity
10 THE NEW YORK TIMES COMPANY

11

**IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**[PROPOSED] ORDER GRANTING MOTION OF NON-PARTY MEDIA ENTITY THE NEW YORK TIMES COMPANY FOR AN ORDER TO INTERVENE AND TO UNSEAL JUDICIAL RECORDS**<br><br>Date:       January 27, 2026<br>Time:      2:00 pm<br>Judge:     Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 |

1   Now before the Court is the Motion of The New York Times Company ("The Times") to
2   Intervene and Unseal Judicial Records in the above case (the "Motion"). Upon consideration of
3   the Motion and the Memorandum of Points and Authorities filed therewith, the Court finds there is
4   good cause for granting The Times's request to intervene in the above matter for the limited
5   purpose of asserting the public's right of access to judicial records. The Court further finds there is
6   good cause for granting The Times's request to unseal the material it seeks, as that material is
7   subject to the public's right of access and the standard for sealing has not been met. The Clerk of
8   Court is directed to promptly unseal that material.

9   **IT IS HEREBY ORDERED** that The Times's Motion to Intervene and to Unseal Judicial
10  Records is **GRANTED**.

11  **IT IS SO ORDERED**.

13  DATED:

    Hon. Yvonne Gonzalez Rogers
    UNITED STATES DISTRICT JUDGE