Matthew S.L. Cate (SBN 295546)
matt@matthewcatelaw.com
**LAW OFFICE OF MATTHEW S.L. CATE**
101 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel/Fax: 415-964-4400

Al-Amyn Sumar (*pro hac vice motion forthcoming*)
THE NEW YORK TIMES COMPANY
Legal Department
620 8th Avenue
New York, NY 10018
Telephone: (212) 556-1234
Facsimile: (212) 556-4634
Email: al-amyn.sumar@nytimes.com

Attorneys for Non-Party Media Entity
THE NEW YORK TIMES COMPANY

**IN THE UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**Certification of Interested Entities or Persons** |

Pursuant to Federal Rule of Civil Procedure 7.1, Non-Party The New York Times Company ("The Times"), a publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Date: December 23, 2025              **LAW OFFICE OF MATTHEW S.L. CATE**

                                     */s/ Matthew S.L. Cate*
                                     Matthew S.L. Cate

                                     Attorneys for Non-Party Media Entity
                                     THE NEW YORK TIMES COMPANY

Certificate of Interested Entities or Persons / Case No. 4:22-MD-03047-YGR