Austin Brane, SBN 286227
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
abrane@wcllp.com

*Attorney for Plaintiffs (additional counsel on signature page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates to: <br><br> *All Actions* | Case No. 4:22-MD-03047-YGR <br><br> MDL No. 3047 <br><br> **PLAINTIFFS' TEMPORARY SEALING MOTION (DECLARATION OF AUSTIN BRANE)** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

I, Austin Brane, declare and state as follows:

1. Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341) and the Court's December 17, 2025 Order, Plaintiffs file this Temporary Sealing Motion regarding the Declaration of Austin Brane. Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether a document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2611-1 | Ex. A, Declaration of Austin Brane | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

Dated: December 26, 2025

**WAGSTAFF & CARTMELL LLP**

*/s/ Austin Brane*
Austin Brane

Austin Brane, SBN 286227
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

*Counsel for Plaintiffs*

Lexi J. Hazam
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Previn Warren
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*