# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Al-Amyn Sumar, an active member in good standing of the bar of the state of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Non-Party Media Entity The New York Times Company in the above-entitled action. My local co-counsel in this case is Matthew S.L. Cate, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is 295546.

| | |
|---|---|
| 620 8th Avenue<br>New York, NY 10018<br>My address of record | 101 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>Local co-counsel's address of record |
| (202) 862-0775<br>My telephone number of record | (415) 964-4400<br>Local co-counsel's telephone number of record |
| al-amyn.sumar@nytimes.com<br>My email address of record | matt@matthewcatelaw.com<br>Local co-counsel's email address of record |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 5462908. A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

DATED:  December 30, 2025

*/s/ Al-Amyn Sumar*
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Al-Amyn Sumar is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local cocounsel designated in the application will constitute notice to the party.

DATED:  December 30, 2025

The Honorable Yvonne Gonzalez Rogers
United States District Judge



*Appellate Division of the Supreme Court
of the State of New York
Third Judicial Department*

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

*Al-Amyn Shiraz Sumar*

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 15, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on December 29, 2025.

*Robert D. Mayberger*

Clerk of the Court

CertID-00266504