[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| This Document Relates to: | **STIPULATION AND PROPOSED ORDER CONCERNING PROCEDURE FOR META'S PRIVILEGE OBJECTIONS TO THE TRANSCRIPT OF DEPOSITION OF JASON SATTIZAHN** |
| ALL ACTIONS | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

The MDL Personal Injury and School District Plaintiffs and MDL State Attorneys General (collectively, "Plaintiffs" or "MDL Plaintiffs") and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc. (collectively, "Meta") respectfully submit this Stipulation and Proposed Order:

WHEREAS the deposition of Dr. Jason Sattizahn was taken on December 8, 2025.

WHEREAS that deposition was originally ordered to go forward by the New Mexico Santa Fe County First Judicial District Court in the matter *State of New Mexico ex. rel. Torrez v. Meta Platforms, Inc.*, No. D-101-CV-2023-02838 (the New Mexico matter) on the terms set forth in the New Mexico court's Order Concerning Conduct of Deposition of Jason Sattizahn (attached hereto as Exhibit 1 and incorporated by reference herein), but was eventually noticed to occur in a number of additional matters, including this one.[1]

WHEREAS the final transcript of Dr. Sattizahn's deposition (the Sealed Sattizahn Transcript) became available on December 15, 2025.

WHEREAS under order from the court in the New Mexico matter, Meta's privilege objections to portions of the Sealed Sattizahn Transcript are due on December 26, 2025.

WHEREAS Meta's privilege objections in the New Mexico matter will quote from material in the Sealed Sattizahn Transcript over which Meta is asserting attorney-client privilege and/or work product protection. Meta will therefore submit those privilege objections to the New Mexico court *in camera*, with copies served on New Mexico, subject to New Mexico's agreement, consistent with the terms of the Orders contained in Exhibits 1 and 2, that such sharing does not constitute a waiver of Meta's privilege.

WHEREAS Meta has agreed to also serve copies of its New Mexico privilege objections on Plaintiffs subject to Plaintiffs' agreement (consistent with the terms of the Orders contained in Exhibits 1

---

[1] This deposition was attended by Plaintiffs pursuant to the terms of the Order Resolving Joint Letter Brief Regarding Disputes Over Privilege Issues in Connection with the Deposition of Jason Sattizahn (ECF 2523) as well as the Offices of the Attorneys General for the State of Vermont, New Hampshire, Oklahoma, and the District of Columbia, and the Utah Division of Consumer Protection. The deposition was attended by MDL and JCCP Plaintiffs; and the Offices of the Attorneys General for the States of Arkansas, Florida, Massachusetts, New Mexico, Oklahoma, Tennessee, the District of Columbia, New Hampshire, Vermont, and Utah pursuant to the terms of the Amended Stipulated Order Concerning the Deposition of Jason Sattizahn entered December 5, 2025 in the New Mexico matter (New Mexico Stipulated Order), attached hereto as Exhibit 2 and incorporated by reference herein.

and 2 and ECF 2523) that such sharing does not constitute a waiver of Meta's privilege and that those objections may not be disclosed or shared outside of the New Mexico matter, *except and only* (1) to the extent necessary to resolve privilege disputes with respect to the Sealed Sattizahn Transcript in the above-captioned proceeding and (2) to the extent Plaintiffs agree and this Court expressly allows and/or orders Meta's New Mexico privilege objections to be submitted for *in camera* review. Otherwise, no version of or excerpts from Meta's privilege objections may be disclosed or shared outside of the New Mexico proceeding.

WHEREAS to the extent the New Mexico court sustains Meta's privilege objections and Plaintiffs elect not to contest any portion of the New Mexico court's rulings within 30 days thereafter—or to the extent Plaintiffs contest any privilege rulings by the New Mexico court and this Court affirms those findings (i.e., sustains Meta's privilege objections)—then the portions of Dr. Sattizahn's deposition transcript or exhibits containing the privileged material shall be stricken, and Plaintiffs shall destroy all copies of the original deposition transcript and exhibits (including to the extent contained in Meta's New Mexico privilege objections) and replace them with versions that redact the privileged material.

THEREFORE:

1. Plaintiffs and Meta agree to the paragraphs set forth above;

2. Meta shall serve copies of its New Mexico privilege objections on Plaintiffs promptly after serving those privilege objections on New Mexico;

3. Meta's sharing of its New Mexico privilege objections with Plaintiffs does not, consistent with the terms of the Orders contained in Exhibits 1 and 2, constitute a waiver of Meta's privilege; and

4. Meta's New Mexico privilege objections SHALL NOT be disclosed or shared outside of the New Mexico matter, consistent with the terms of the sixth "WHEREAS" clause above.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable Peter H. Kang
U.S. Magistrate Judge

Dated: December 30, 2025

Respectfully submitted,

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD

|   |   |
|---|---|
| 1 | **SIMMONS HANLY CONROY, LLC** |
| 2 | 112 MADISON AVE, 7TH FLOOR<br>NEW YORK, NY 10016 |
| 3 | Telephone: 212-257-8482<br>ehurd@simmonsfirm.com |

ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL

|   |   |
|---|---|
| 1 | **WAGSTAFF & CARTMELL LLP** |
|   | 4740 Grand Avenue, Suite 300 |
| 2 | Kansas City, MO 64112 |
|   | Telephone: 816-701-1100 |
| 3 | tcartmell@wcllp.com |
| 4 | FELICIA CRAICK |
|   | **KELLER ROHRBACK LLP** |
| 5 | 1201 THIRD AVENUE, SUITE 3400 |
|   | SEATTLE< WA 98101 |
| 6 | Telephone: 206-623-1900 |
|   | fcraick@kellerrohrback.com |
| 7 |   |
|   | SARAH EMERY |
| 8 | **HENDY JOHNSON VAUGHN EMERY PSC** |
|   | 600 WEST MAIN STREET, SUITE 100 |
| 9 | LOUISVILLE, KT 40202 |
|   | Telephone: 859-600-6725 |
| 10 | semery@justicestartshere.com |
| 11 | KIRK GOZA |
|   | **GOZA HONNOLD** |
| 12 | 9500 NALL AVE. #400 |
|   | OVERLAND PARK, KS 66207 |
| 13 | Telephone: 913-412-2964 |
|   | Kgoza@gohonlaw.com |
| 14 |   |
|   | RONALD E. JOHNSON, JR. |
| 15 | **HENDY JOHNSON VAUGHN EMERY PSC** |
|   | 600 WEST MAIN STREET, SUITE 100 |
| 16 | LOUISVILLE, KT 40202 |
|   | Telephone: 859-578-4444 |
| 17 | rjohnson@justicestartshere.com |
| 18 | MATTHEW P. LEGG |
|   | **BROCKSTEDT  MANDALAS  FEDERICO,** |
| 19 | **LLC** |
|   | 2850 QUARRY LAKE DRIVE, SUITE 220 |
| 20 | BALTIMORE, MD 21209 |
|   | Telephone: 410-421-7777 |
| 21 | mlegg@lawbmf.com |
| 22 | SIN-TING MARY LIU |
|   | **AYLSTOCK WITKIN KREIS &** |
| 23 | **OVERHOLTZ, PLLC** |
|   | 17 EAST MAIN STREET, SUITE 200 |
| 24 | PENSACOLA, FL 32502 |
|   | Telephone: 510-698-9566 |
| 25 | mliu@awkolaw.com |
| 26 | JAMES MARSH |
|   | **MARSH LAW FIRM PLLC** |
| 27 | 31 HUDSON YARDS, 11TH FLOOR |
|   | NEW YORK, NY 10001-2170 |
| 28 | Telephone: 212-372-3030 |

jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343

joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

**ROB BONTA**
Attorney General
State of California

 /s/ *Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Joshua.OlszewskiJubelirer@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado
 /s/ *Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov

Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052

Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

**COVINGTON & BURLING LLP**

*/s/ Ashley M. Simonsen*
Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Email: asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: + 1 (212) 841-1262
Facsimile: + 1 (202) 662-6291
Email: pschmidt@cov.com

Timothy C. Hester, pro hac vice
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-5324
Facsimile: + 1 (202) 778-5324
Email: thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

## **ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 30, 2025

By: */s/ Lexi J. Hazam*