# EXHIBIT 1

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
12/17/2025 10:50 AM
KATHLEEN VIGIL CLERK OF THE COURT
Esmeralda Miramontes

**STATE OF NEW MEXICO**
**COUNTY OF SANTA FE**
**FIRST JUDICIAL DISTRICT COURT**

STATE OF NEW MEXICO, EX REL.,
RAÚL TORREZ, ATTORNEY GENERAL,

      Plaintiff,

v.                                                                       NO. D-101-CV-2023-02838

META PLATFORMS, INC.; INSTAGRAM, LLC;
META PAYMENTS, INC.; and META PLATFORMS
TECHNOLOGIES, LLC,

      Defendants.

## ORDER CONCERNING CONDUCT OF
## DEPOSITION OF JASON SATTIZAHN

On November 19, 2025, this Court entered its "Order Granting Plaintiff's Amended Expedited Motion for Leave to Issue Subpoena to Jason Sattizahn," formalizing the Court's oral order issued during a November 7, 2025 hearing on that Motion. Following that hearing, the parties informed the Court that a dispute had arisen concerning the scope of questioning at that deposition, and the Court set a briefing schedule. Plaintiff filed its submission on November 17, 2025; Defendants responded with a written submission on November 20, 2025. The Court heard oral argument concerning this dispute on November 21, 2025.

Having reviewed and considered the parties' submissions, the arguments of the parties and the authorities cited therein, the Court hereby **ORDERS** as follows:

1. Pursuant to this Court's November 19, 2025 Order, the State is permitted to question Mr. Sattizahn regarding publicly disclosed matters or documents in a deposition consistent with the terms of this Order. Meta's participation in the deposition is not a waiver of its claims of privilege with respect to those matters or documents. The State's questioning regarding these publicly disclosed matters or documents should not be interpreted as a violation of New Mexico Rule of Professional Conduct 16-404(A) or any parallel, applicable state ethics rule.

2. The New Mexico portion of the deposition covering any arguably privileged matters

shall be conducted as a separate part of the deposition occurring in coordination with other jurisdictions. Attendance at that portion of the New Mexico deposition of Mr. Sattizahn is limited to counsel for the parties in this action who have appeared in this action (or their support staff) and counsel for Mr. Sattizahn. If a similar or identical ruling to this is made in the MDL or another litigation, the Court will authorize additional attendees, as this ruling is made based upon the understanding that the ruling is unique to the New Mexico litigation.

3. The New Mexico portion of the deposition of Mr. Sattizahn shall be sealed until the Court has made any requested rulings concerning any contested assertions of privilege. Any such objections must be brought to the Court's attention promptly by either party, but, in any event, no later than 10 days after receipt of a final transcript. If the Court sustains any objection that a portion of Mr. Sattizahn's deposition reflects privileged material, that portion of the deposition shall be stricken, and the parties shall destroy all copies of the original deposition transcript and replace it with a version that redacts the privileged material. Meta will have a standing objection to any testimony relating to matters it contends are privileged.

4. Given the limitations set forth above, the Court declines at this time to enter any further Order limiting the scope of questioning to occur at the deposition.

**SO ORDERED.**

Dated this 17th day of December, 2025.

_____
**Hon. Bryan Biedscheid**
**Chief Judge**
**First Judicial District Court**

Submitted and Approved by:

**RAÚL TORREZ**
**ATTORNEY GENERAL OF NEW MEXICO**

James W. Grayson
Chief Deputy Attorney General
Mark Noferi
Senior Litigation Counsel
Steven J. Perfrement
Senior Counsel
**NEW MEXICO DEPARTMENT OF JUSTICE**

408 Galisteo St.
Santa Fe, NM 87501
Phone: (505) 490-4060
jgrayson@nmdoj.gov
mnoferi@nmdoj.gov
sperfrement@nmdoj.gov

Cassandra Currie
Senior Counsel
Lauren Perry
Assistant Attorney General
**NEW MEXICO DEPARTMENT OF JUSTICE**
201 3rd Street, Suite 300
Albuquerque, New Mexico 87102
Tel: (505) 490-4060
ccurrie@nmdoj.gov
lperry@nmdoj.gov

*/s/ David I. Ackerman*
Linda Singer *(Pro Hac Vice)*
David I. Ackerman *(Pro Hac Vice)*
Wesley Dunkirk *(Pro Hac Vice)*
Brendan Austin *(Pro Hac Vice)*
**MOTLEY RICE LLC**
401 9th St., NW, Suite 630
Washington, D.C. 20004
Tel: (202) 232-5504
lsinger@motleyrice.com
dackerman@motleyrice.com
wdunkirk@motleyrice.com
baustin@motleyrice.com

*Attorneys for Plaintiff the State of New Mexico*


Approved as to form:

**HOLLAND & HART LLP**

John C. Anderson
Olga M. Serafimova
110 North Guadalupe, Suite 1
Santa Fe, New Mexico 87501
Tel: 505.988.4421
jcanderson@hollandhart.com
omserafimova@hollandhart.com

- and –

**COVINGTON & BURLING LLP**

Nathan E. Shafroth *(pro hac vice)*
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel: (415) 591-7053
nshafroth@cov.com

By: */s/ Timothy C. Hester (via email 12-03-2025*
Timothy C. Hester *(pro hac vice)*
One City Center
850 Tenth Street, NW
Washington, DC 20002-4956
Tel: (202) 662-5324
thester@cov.com

- and –

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**

Kevin D. Horvitz (Pro Hac Vice)
Kevin B. Huff (Pro Hac Vice)
Kevin J. Miller (Pro Hac Vice)
Aaron M. Panner (Pro Hac Vice)
Alex A. Parkinson (Pro Hac Vice)
Ana N. Paul (Pro Hac Vice)
Leslie V. Pope (Pro Hac Vice)
Diego Negron-Reichard (Pro Hac Vice)
Daniel V. Dorris (Pro Hac Vice)
Thomas G. Schultz (Pro Hac Vice)
Daniel S. Severson (Pro Hac Vice)
Alexander N. Gosanko (Pro Hac Vice)
Hilary M. Weaver (Pro Hac Vice)
Justin Berg (Pro Hac Vice)
1615 M Street, N.W., Suite 400
Washington, DC 20036
Phone: (202) 326-7900
khorvitz@kellogghansen.com
khuff@kellogghansen.com
kmiller@kellogghansen.com
apanner@kellogghansen.com
aparkinson@kellogghansen.com

apaul@kellogghansen.com
lpope@kellogghansen.com
dnegron-reichard@kellogghansen.com
ddorris@kellogghansen.com
tschultz@kellogghansen.com
dseverson@kellogghansen.com
agosanko@kellogghansen.com
hweaver@kellogghansen.com
jberg@kellogghansen.com

*Attorneys for Defendants*

36169564_v1