[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**JOINT NOTICE OF D.C. SUPERIOR COURT'S JANUARY 5, 2026 ORDER DENYING META'S MOTION FOR RECONSIDERATION REGARDING FOUR DOCUMENTS AT ISSUE IN PENDING JOINT LETTER BRIEF (ECF 2474)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order dated December 8, 2025 (ECF 2523), the Parties hereby submit as an attachment hereto a copy of the D.C. Superior Court's order, issued today (January 5, 2026), denying Meta's motion for reconsideration of that court's October 23, 2025 order.

DATED: January 5, 2026

Respectfully submitted,

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

|    |                                                                                                                                                                          |
|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  |                                                                                                                                                                          |
| 2  | MICHAEL M. WEINKOWITZ<br>**LEVIN SEDRAN & BERMAN, LLP**                                                                                                                  |
| 3  | 510 WALNUT STREET<br>SUITE 500<br>PHILADELPHIA, PA 19106                                                                                                                 |
| 4  | Telephone: 215-592-1500<br>mweinkowitz@lfsbalw.com                                                                                                                       |
| 5  |                                                                                                                                                                          |
| 6  | MELISSA YEATES<br>**KESSLER TOPAZ MELTZER**<br>**& CHECK LLP**                                                                                                           |
| 7  | 280 KING OF PRUSSIA ROAD<br>RADNOR, PA 19087                                                                                                                             |
| 8  | Telephone: 610-667-7706<br>myeates@ktmc.com                                                                                                                              |
| 9  |                                                                                                                                                                          |
| 10 | Plaintiffs' Steering Committee Leadership                                                                                                                                |
| 11 | RON AUSTIN<br>**RON AUSTIN LAW**                                                                                                                                         |
| 12 | 400 MANHATTAN BLVD.<br>HARVEY, LA 70058                                                                                                                                  |
| 13 | Telephone: 504-227–8100<br>raustin@ronaustinlaw.com                                                                                                                      |
| 14 | AELISH M. BAIG<br>**ROBBINS GELLER RUDMAN & DOWD LLP**                                                                                                                   |
| 15 | 1 MONTGOMERY STREET, #1800<br>SAN FRANCISCO, CA 94104                                                                                                                    |
| 16 | Telephone: 415-288-4545<br>AelishB@rgrd.com                                                                                                                              |
| 17 |                                                                                                                                                                          |
| 18 | PAIGE BOLDT<br>**ANAPOL WEISS**                                                                                                                                          |
| 19 | 130 N. 18TH STREET, #1600<br>PHILADELPHIA, PA 19103<br>Telephone: 215-929-8822                                                                                           |
| 20 | pboldt@anapolweiss.com                                                                                                                                                   |
| 21 | THOMAS P. CARTMELL<br>**WAGSTAFF & CARTMELL LLP**                                                                                                                        |
| 22 | 4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112                                                                                                                    |
| 23 | Telephone: 816-701-1100<br>tcartmell@wcllp.com                                                                                                                           |
| 24 |                                                                                                                                                                          |
| 25 | FELICIA CRAICK<br>**KELLER ROHRBACK LLP**                                                                                                                                |
| 26 | 1201 THIRD AVENUE, SUITE 3400<br>SEATTLE< WA 98101                                                                                                                       |
| 27 | Telephone: 206-623-1900<br>fcraick@kellerrohrback.com                                                                                                                    |
| 28 | SARAH EMERY                                                                                                                                                              |

JOINT NOTICE OF D.C. SUPERIOR COURT'S JANUARY 5,
2026 ORDER DENYING META'S MOTION FOR
RECONSIDERATION MDL NO. 3047

|    |    |
|----|----|
| 1  | **HENDY JOHNSON VAUGHN EMERY PSC** |
|    | 600 WEST MAIN STREET, SUITE 100 |
| 2  | LOUISVILLE, KT 40202 |
|    | Telephone: 859-600-6725 |
| 3  | semery@justicestartshere.com |
| 4  | KIRK GOZA |
|    | **GOZA HONNOLD** |
| 5  | 9500 NALL AVE. #400 |
|    | OVERLAND PARK, KS 66207 |
| 6  | Telephone: 913-412-2964 |
|    | Kgoza@gohonlaw.com |
| 7  |    |
|    | RONALD E. JOHNSON, JR. |
| 8  | **HENDY JOHNSON VAUGHN EMERY PSC** |
|    | 600 WEST MAIN STREET, SUITE 100 |
| 9  | LOUISVILLE, KT 40202 |
|    | Telephone: 859-578-4444 |
| 10 | rjohnson@justicestartshere.com |
| 11 | MATTHEW P. LEGG |
|    | **BROCKSTEDT MANDALAS FEDERICO, LLC** |
| 12 |    |
|    | 2850 QUARRY LAKE DRIVE, SUITE 220 |
| 13 | BALTIMORE, MD 21209 |
|    | Telephone: 410-421-7777 |
| 14 | mlegg@lawbmf.com |
| 15 | SIN-TING MARY LIU |
|    | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 16 |    |
|    | 17 EAST MAIN STREET, SUITE 200 |
| 17 | PENSACOLA, FL 32502 |
|    | Telephone: 510-698-9566 |
| 18 | mliu@awkolaw.com |
| 19 | JAMES MARSH |
|    | **MARSH LAW FIRM PLLC** |
| 20 | 31 HUDSON YARDS, 11TH FLOOR |
|    | NEW YORK, NY 10001-2170 |
| 21 | Telephone: 212-372-3030 |
|    | jamesmarsh@marshlaw.com |
| 22 |    |
|    | JOSEPH H. MELTER |
| 23 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
|    | 280 KING OF PRUSSIA ROAD |
| 24 | RADNOR, PA 19087 |
|    | Telephone: 610-667-7706 |
| 25 | jmeltzer@ktmc.com |
| 26 |    |
|    | HILLARY NAPPI |
| 27 | **HACH & ROSE LLP** |
|    | 112 Madison Avenue, 10th Floor |
| 28 | New York, New York 10016 |

Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

**ROB BONTA**
Attorney General
State of California

 /s/ Megan O'Neill
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)

JOINT NOTICE OF D.C. SUPERIOR COURT'S JANUARY 5,
2026 ORDER DENYING META'S MOTION FOR
RECONSIDERATION MDL NO. 3047

Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Joshua.OlszewskiJubelirer@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado
 */s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),

|   |   |
|---|---|
| 1 | *Pro hac vice* <br> Daniel I. Keiser (KY Bar No. 100264), |
| 2 | *Pro hac vice* <br> Matthew Cocanougher (KY Bar No. 94292), |
| 3 | *Pro hac vice* <br> Assistant Attorneys General |
| 4 | 1024 Capital Center Drive, Suite 200 <br> Frankfort, KY 40601 |
| 5 | CHRISTIAN.LEWIS@KY.GOV <br> PHILIP.HELERINGER@KY.GOV |
| 6 | ZACH.RICHARDS@KY.GOV <br> DANIEL.KEISER@KY.GOV |
| 7 | MATTHEW.COCANOUGHER@KY.GOV <br> Phone: (502) 696-5300 |
| 8 | Fax: (502) 564-2698 |
| 9 | *Attorneys for Plaintiff the Commonwealth of Kentucky* |
| 10 |   |
| 11 | **MATTHEW J. PLATKIN** <br> Attorney General |
| 12 | State of New Jersey |
| 13 | */s/ Kashif T. Chand* <br> Kashif T. Chand (NJ Bar No. 016752008), |
| 14 | *Pro hac vice* <br> Attorney General |
| 15 | Thomas Huynh (NJ Bar No. 200942017), <br> *Pro hac vice* |
| 16 | Assistant Section Chief, Deputy Attorney General <br> Verna J. Pradaxay (NJ Bar No. 335822021), |
| 17 | *Pro hac vice* <br> Mandy K. Wang (NJ Bar No. 373452021), |
| 18 | *Pro hac vice* <br> Deputy Attorneys General |
| 19 | New Jersey Office of the Attorney General, <br> Division of Law |
| 20 | 124 Halsey Street, 5th Floor <br> Newark, NJ 07101 |
| 21 | Tel: (973) 648-2052 <br> Kashif.Chand@law.njoag.gov |
| 22 | Thomas.Huynh@law.njoag.gov <br> Verna.Pradaxay@law.njoag.gov <br> Mandy.Wang@law.njoag.gov |
| 23 |   |
| 24 | *Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer* |
| 25 | *Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris,* |
| 26 | *Acting Director of the New Jersey Division of Consumer Affairs* |
| 27 | **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.** |
| 28 |   |

|   |   |
|---|---|
| 1 | /s/ Joseph G. VanZandt |
| 2 | Joseph G. VanZandt<br>218 Commerce Street<br>Montgomery, AL 36104 |
| 3 | Tel.: (334) 269-2343<br>Joseph.VanZandt@BeasleyAllen.com |
| 4 | |
| 5 | KIESEL LAW LLP<br>Paul R. Kiesel |
| 6 | Mariana A. McConnell<br>8648 Wilshire Blvd. |
| 7 | Beverly Hills, CA 90211<br>Tel: (310) 854-4444 |
| 8 | kiesel@kiesel.law<br>mcconnell@kiesel.law |
| 9 | PANISH \| SHEA \| RAVIPUDI LLP<br>Brian J. Panish |
| 10 | Rahul Ravipudi<br>Jesse Creed |
| 11 | 11111 Santa Monica Boulevard, Suite 700<br>Los Angeles, California 90025 |
| 12 | Tel: (310) 477-1700<br>Fax: (310) 477-1699 |
| 13 | panish@panish.law<br>ravipudi@panish.law |
| 14 | jcreed@panish.law |
| 15 | Rachel Lanier<br>THE LANIER LAW FIRM, P.C. |
| 16 | 2829 Townsgate Road, Suite 100<br>Westlake Village, CA 91361 |
| 17 | Tel.: 713-659-5200<br>Rachel.Lanier@LanierLawFirm.com |
| 18 | |
| 19 | *Co-Lead, Co-Liaison, and Leadership Counsel for JCCP Plaintiffs* |
| 20 | |
| 21 | **COVINGTON & BURLING LLP** |
| 22 | By: /s/ Ashley M. Simonsen |
| 23 | Ashley M. Simonsen (Bar No. 275203)<br>COVINGTON & BURLING LLP |
| 24 | 1999 Avenue of the Stars<br>Los Angeles, California 90067 |
| 25 | Telephone: (424) 332-4800<br>Facsimile: (424) 332-4749 |
| 26 | Email: asimonsen@cov.com |
| 27 | Paul W. Schmidt (pro hac vice)<br>Timothy C. Hester (pro hac vice) |
| 28 | COVINGTON & BURLING LLP |

|   |   |
|---|---|
| 1 | One City Center |
| 2 | 850 Tenth Street, NW |
|   | Washington, DC 20001-4956 |
| 3 | Telephone: (202) 662-6000 |
|   | Facsimile: (202) 662-6291 |
| 4 | Email: pschmidt@cov.com |
|   | Email: thester@cov.com |

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

## **ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: January 5, 2026

By: */s/ Lexi J. Hazam*