1

[*Submitting Counsel on Signature Page*]

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

10

11

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

12

13

THIS DOCUMENT RELATES TO:

14

4:23-cv-05448-YGR

15

16

17

18

19

MDL No. 3047

Case Nos.    4:22-md-03047-YGR-PHK
                   4:23-cv-05448-YGR

Honorable Yvonne Gonzalez Rogers

**STIPULATION REGARDING CERTAIN**
**ASPECTS OF THE STATE AGS' COPPA**
**CLAIM**

20

21

22

23

The State Attorneys General ("State AGs") and Defendants Meta Platforms, Inc.; Instagram,

LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC (collectively, "Meta," and together,

the "Parties") respectfully submit this Stipulation:

24

25

26

WHEREAS the Court directed the Parties to file any agreed-upon stipulation by January 9,

2026, to the extent they are able to narrow issues in relation to the Parties' anticipated summary

judgment and Rule 702 motions.

27

28

WHEREAS the Parties have been able to reach an agreement to narrow certain aspects of the

State AGs' anticipated summary judgment motion regarding their claim under the Children's Online

1

1    Privacy Protection Act, 15 U.S.C. § 6501, *et. seq.*, and the Children's Online Privacy Protection Rule,

2    16 C.F.R. § 312.1, *et. seq.*, (collectively, "COPPA").

3          The Parties, through their undersigned counsel, hereby stipulate as follows for the purposes of

4    the State AGs' action, *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (the

5    "Action"), and the State AGs' claim under COPPA only:

6            1.   Instagram and Facebook are "websites" and "online services" as those terms are used

7               in COPPA.

8            2.   At all times relevant to the Action, Meta Platforms, Inc. has been the "operator," as that

9               term is used in COPPA, of Facebook.

10

11    **IT IS SO STIPULATED AND AGREED.**

12    Respectfully submitted,

13    DATED: January 9, 2026          By:    */s/ Joshua Olszewski-Jubelirer*

14

15                          **ROB BONTA**
                            Attorney General
                            State of California

16

17                          Nicklas A. Akers (CA SBN 211222)
                            Senior Assistant Attorney General

18                          Bernard Eskandari (SBN 244395)
                            Emily Kalanithi (SBN 256972)

19                          Supervising Deputy Attorneys General
                            Nayha Arora (CA SBN 350467)

20                          Megan O'Neill (CA SBN 343535)
                            Joshua Olszewski-Jubelirer (CA SBN 336428)

21                          Marissa Roy (CA SBN 318773)
                            Brendan Ruddy (CA SBN 297896)

22                          Deputy Attorneys General
                            California Department of Justice

23                          Office of the Attorney General
                            455 Golden Gate Ave., Suite 11000

24                          San Francisco, CA 94102-7004
                            Phone: (415) 510-4400

25                          Fax: (415) 703-5480
                            Megan.Oneill@doj.ca.gov

26

27                          *Attorneys for Plaintiff the People of the State of*

28                          *California*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.
Philip J. Weiser, Attorney General*


**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Matthew Cocanougher*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV

3

STIPULATION REGARDING CERTAIN ASPECTS OF THE STATE AGS' COPPA CLAIM (4:23-cv-05448-YGR)
#101579463v21

PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*


**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Verna J. Pradaxay*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

4

By:  */s/ James P. Rouhandeh*

**DAVIS POLK & WARDWELL LLP**

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc.;
Instagram, LLC; Meta Payments, Inc.; and Meta
Platforms Technologies, LLC*

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE CERTIFICATION**


    Under Civ. L.R. 5-1(h)(3), I, Joshua Olszewski-Jubelirer, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.


DATED: January 9, 2026                      */s/ Joshua Olszewski-Jubelirer*

#101579463v21