1  [*Submitting Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448-YGR | MDL No. 3047<br><br>Case Nos.  4:22-md-03047-YGR-PHK<br>            4:23-cv-05448-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**STIPULATED AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN META DEFENDANTS** |

[*Submitting Counsel on Signature Page*]

Pursuant to Civil L.R. 7-12, Plaintiffs in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (the "State AGs") and Defendants Meta Platforms, Inc.; Meta Payments Inc.; and Meta Platforms Technologies, LLC (the "Meta Defendants") hereby jointly submit this stipulation of dismissal, with prejudice, of the Plaintiffs claims against certain Meta Defendants in *In re Social Media Adolescent Addiction / Personal Injury Products Liability Litigation,* MDL No. 3047 and *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (together, "this Matter").

The State AGs and Meta Defendants agree and stipulate as follows:

1. Meta Platforms Inc. stipulates that it is the corporate parent of Meta Payments Inc. (*fka* Facebook Payments Inc.) and Meta Platforms Technologies, LLC (*fka* Facebook Technologies, LLC) (together, the "Meta Subsidiaries").

2. Meta Platforms Inc. agrees not to assert as a defense to liability in this Matter that it is not responsible for any actions or inactions alleged by the State AGs as wrongful on the grounds that such actions or inactions were taken in whole or in part by either or both of the Meta Subsidiaries.

3. Meta Platforms Inc. agrees not to assert as a basis for resisting payment of any monetary judgment or resisting compliance with any court order mandating injunctive or equitable relief that it does not exercise control or ownership over the assets of the Meta Subsidiaries.

4. In consideration of the foregoing, the State AGs' claims against the Meta Subsidiaries in the Matter shall be, and hereby are, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

Dated:  January 14, 2026

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP

|   |   |
|---|---|
|   | One City Center |
|   | 850 Tenth Street, NW |
|   | Washington, DC 20001-4956 |
|   | Telephone: + 1 (202) 662-6000 |
|   | Facsimile: + 1 (202) 662-6291 |
|   | Email: pajones@cov.com |
|   |   |
|   | DAVIS POLK & WARDWELL LLP |
|   | James P. Rouhandeh, *pro hac vice* |
|   | Antonio J. Perez-Marques, *pro hac vice* |
|   | Caroline Stern, *pro hac vice* |
|   | Corey M. Meyer, *pro hac vice* |
|   | DAVIS POLK & WARDWELL LLP |
|   | 450 Lexington Avenue |
|   | New York, New York 10017 |
|   | Telephone: (212) 450-4000 |
|   | Facsimile: (212) 701-5800 |
|   | rouhandeh@davispolk.com |
|   | antonio.perez@davispolk.com |
|   | caroline.stern@davispolk.com |
|   | corey.meyer@davispolk.com |
|   |   |
|   | *Attorneys for Defendants Meta Platforms, Inc., Meta Payments, Inc.; and Meta Platforms Technologies, LLC.* |

| | |
|---|---|
| **KRIS MAYES** | **ROB BONTA** |
| Attorney General | Attorney General |
| State of Arizona | State of California |
| | |
| */s/ Reagan Healey* | */s/ Megan O'Neill* |
| Reagan Healey (AZ No. 038733), *pro hac vice* | Nicklas A. Akers (CA SBN 211222) |
| Assistant Attorney General | Senior Assistant Attorney General |
| Arizona Attorney General's Office | Bernard Eskandari (SBN 244395) |
| 2005 North Central Avenue | Emily Kalanithi (SBN 256972) |
| Phoenix, AZ 85004 | Supervising Deputy Attorneys General |
| Phone: (602) 542-3725 | Nayha Arora (CA SBN 350467) |
| Fax: (602) 542-4377 | David Beglin (CA SBN 356401) |
| Reagan.Healey@azag.gov | Megan O'Neill (CA SBN 343535) |
| | Joshua Olszewski-Jubelirer (CA SBN 336428) |
| *Attorney for Plaintiff State of Arizona* | Marissa Roy (CA SBN 318773) |
| | Brendan Ruddy (CA SBN 297896) |
| | Deputy Attorneys General |
| | California Department of Justice |
| | Office of the Attorney General |
| | 455 Golden Gate Ave., Suite 11000 |
| | San Francisco, CA 94102-7004 |

**PHILIP J. WEISER**
Attorney General
State of Colorado

/s/ Krista Batchelder
Krista Batchelder, (CO Reg.45066), *pro hac vice*
Deputy Solicitor General
Shannon Stevenson (CO Reg. 35542), *pro hac vice*
Solicitor General
Elizabeth Orem (CO Reg. 58309), *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6384
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*


**KATHLEEN JENNINGS**
Attorney General
State of Delaware

/s/ Ryan Costa
Marion Quirk (DE Bar 4136), *pro hac vice*
Director of Consumer Protection
Ryan Costa (DE Bar 5325), *pro hac vice*
Deputy Director of Consumer Protection
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Marion.Quirk@delaware.gov
Ryan.Costa@delaware.gov

*Attorneys for Plaintiff State of Delaware, ex rel. Kathleen Jennings, Attorney General for the State of Delaware*

Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*


**WILLIAM TONG**
Attorney General
State of Connecticut

/s/ Rebecca Borné
Rebecca Borné
(CT Juris No. 446982), pro hac vice
Tess E. Schneider
(CT Juris No. 444175), *pro hac vice*
Krislyn M. Launer
(CT Juris No. 440789), *pro hac vice*
Assistant Attorneys General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
Phone: 860-808-5306
Fax: 860-808-5593
Rebecca.Borne@ct.gov
Tess.Schneider@ct.gov
Krislyn.Launer@ct.gov

*Attorneys for Plaintiff State of Connecticut*

**ANNE E. LOPEZ**
Attorney General
State of Hawai'i

*/s/ Douglas S. Chin*
Christopher J.I. Leong (HI JD No. 9662), *pro hac vice*
Supervising Deputy Attorney General
Kelcie K. Nagata (HI JD No. 10649), *pro hac vice*
Deputy Attorney General
Department of the Attorney General
Commerce and Economic Development Division
425 Queen Street
Honolulu, Hawai'i 96813
Phone: (808) 586-1180
Christopher.ji.leong@hawaii.gov
Kelcie.k.nagata@hawaii.gov
Douglas S. Chin (HI JD No. 6465), *pro hac vice*
John W. Kelly (HI JD No. 9907), *pro hac vice*
Special Deputy Attorney General
Starn O'Toole Marcus & Fisher
733 Bishop Street, Suite 1900
Honolulu, Hawai'i 96813
Phone: (808) 537-6100
dchin@starnlaw.com
jkelly@starnlaw.com

*Attorneys for Plaintiff State of Hawai'i*

**THEODORE E. ROKITA**
Attorney General
State of Indiana
*/s/ Scott L. Barnhart*
Scott L. Barnhart (IN Atty No. 25474-82)
*pro hac vice*
Chief Counsel and Director of Consumer Protection
Corinne Gilchrist (IN Atty No. 27115-53)
*pro hac vice*
Section Chief, Consumer Litigation
Mark M. Snodgrass (IN Atty No. 29495-49)
*pro hac vice*
Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 West Washington St., 5th Floor
Indianapolis, IN 46203
Telephone: (317) 232-6309
Scott.Barnhart@atg.in.gov

**RAÚL R. LABRADOR**
Attorney General
State of Idaho

By: */s/ James Simeri*
James Simeri (ID Bar No. 12332)
Deputy Attorney General
Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-4114
james.simeri@ag.idaho.gov

*Attorneys for Plaintiff State of Idaho*

**KWAME RAOUL**
Attorney General
State of Illinois

*/s/ Matthew Davies*
Susan Ellis, Chief, Consumer Protection Division (IL Bar No. 6256460)
Greg Grzeskiewicz, Chief, Consumer Fraud Bureau (IL Bar No. 6272322)
Jacob Gilbert, Deputy Chief, Consumer Fraud Bureau (IL Bar No. 6306019)
Matthew Davies, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6299608), *pro hac vice*
Daniel B. Roth, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6290613)
Meera Khan, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6345895)
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, Illinois 60603
312-814-2218
Susan.Ellis@ilag.gov
Greg.Grzeskiewicz@ilag.gov
Jacob.Gilbert@ilag.gov
Matthew.Davies@ilag.gov
Daniel.Roth@ilag.gov
Meera.Khan@ilag.gov

*Attorneys for Plaintiff the People of the State of Illinois*

Corinne.Gilchrist@atg.in.gov
Mark.Snodgrass@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

**KRIS W. KOBACH**
Attorney General
State of Kansas
/s/ Sarah Dietz
Sarah Dietz, Assistant Attorney General
(KS Bar No. 27457), *pro hac vice*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-3751
sarah.dietz@ag.ks.gov

*Attorney for Plaintiff State of Kansas*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ J. Christian Lewis
J. Christian Lewis (KY Bar No. 87109), *pro hac vice*
Philip Heleringer (KY Bar No. 96748), *pro hac vice*
Zachary Richards (KY Bar No. 99209), *pro hac vice*
Daniel I. Keiser (KY Bar No. 100264), *pro hac vice*
Matthew Cocanougher (KY Bar No. 94292), *pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**LIZ MURRILL**
Attorney General
State of Louisiana

/s/ Asyl Nachabe
Asyl Nachabe (LA Bar No. 38846)
*pro hac vice*
Assistant Attorney General
Louisiana Department of Justice
Office of the Attorney General
Public Protection Division
Complex Litigation Section
1885 N 3rd Street, 4th Floor
Baton Rouge, LA 70802
Tel: (225) 326-6435
NachabeA@ag.louisiana.gov

*Attorney for State of Louisiana*

**AARON M. FREY**
Attorney General
State of Maine

/s/ Michael Devine
Michael Devine (Maine Bar No. 5048),
*pro hac vice*
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8829
michael.devine@maine.gov
*Attorney for Plaintiff State of Maine*

**ANTHONY G. BROWN**
Attorney General
State of Maryland

/s/ *Elizabeth J. Stern*
Philip D. Ziperman (Maryland CPF No. 9012190379), *pro hac vice*
Deputy Chief, Consumer Protection Division
Elizabeth J. Stern (Maryland CPF No. 1112090003), *pro hac vice*
Assistant Attorney General
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417 (Mr. Ziperman)
Phone: (410) 576-7226 (Ms. Stern)
Fax: (410) 576-6566
pziperman@oag.state.md.us
estern@oag.state.md.us

*Attorneys for Plaintiff Office of the Attorney General of Maryland*

**KEITH ELLISON**
Attorney General
State of Minnesota

/s/ *Caitlin Micko*
Caitlin Micko (MN Bar No. 0395388)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Tel: (651) 724-9180
Caitlin.micko@ag.state.mn.us

*Attorney for State of Minnesota, by its Attorney General, Keith Ellison*

**MICHAEL T. HILGERS**
Attorney General
State of Nebraska

/s/ *Anna M. Anderson*
Anna M. Anderson (NE #28080), *pro hac vice*
Benjamin J. Swanson (NE #27675), *pro hac vice*
Assistant Attorneys General
Nebraska Attorney General's Office
1445 K Street, Room 2115
Lincoln, NE 68509
(402) 471-6034
anna.anderson@nebraska.gov
benjamin.swanson@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

MATTHEW J. PLATKIN
Attorney General
State of New Jersey

By: /s/ *Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

LETITIA JAMES
Attorney General
State of New York

/s/ Nathaniel Kosslyn
Nathaniel Kosslyn, Assistant Attorney General (NY Bar No. 5773676), *pro hac vice*
nathaniel.kosslyn@ag.ny.gov
Alex Finkelstein, Assistant Attorney General (NY Bar No. 5609623), *pro hac vice*
alex.finkelstein@ag.ny.gov
New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8000

JEFF JACKSON
Attorney General
State of North Carolina

/s/ *Charles White*
Charles G. White (N.C. State Bar No. 57735),
*pro  hac vice*
Assistant Attorney General
Kunal Choksi
Senior Deputy Attorney General
Josh Abram
Special Deputy Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6889
Facsimile: (919) 716-6050
E-mail: cwhite@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*

DAVE YOST
OHIO ATTORNEY GENERAL

         /s/ Kevin R. Walsh
Melissa G. Wright (0077843)
Section Chief, Consumer Protection Section
Melissa.Wright@ohioago.gov
Melissa S. Smith (0083551)
Asst. Section Chief, Consumer Protection Section
Melissa.S.Smith@ohioago.gov
Michael S. Ziegler (0042206)
Principal Assistant Attorney General
Michael.Ziegler@ohioago.gov
Kevin R. Walsh (0073999)
Senior Assistant Attorney General
Kevin.Walsh@ohioago.gov
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
614-466-1031

**DAN RAYFIELD**
Attorney General
State of Oregon

/s/ John Dunbar
John J. Dunbar (Oregon Bar No. 842100)
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, Oregon 97201
Telephone: (971) 673-1880
Facsimile:  (971) 673-1884
E-mail: john.dunbar@doj.oregon.gov

*Attorneys for State of Oregon ex rel. Dan Rayfield, Attorney General*

**DAVID W. SUNDAY, JR.**
Attorney General
Commonwealth of Pennsylvania

*/s/ Jonathan R. Burns*
Jonathan R. Burns
Senior Deputy Attorney General
(PA Bar No. 315206), *pro hac vice*
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717) 645-7269
jburns@attorneygeneral.gov

*Attorneys for Plaintiff the Commonwealth of Pennsylvania*

**PETER F. NERONHA**
Attorney General
State of Rhode Island

*/s/ Stephen N. Provazza*
Stephen N. Provazza (R.I. Bar No. 10435), *pro hac vice*
Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main St.
Providence, RI 02903
Phone: 401-274-4400
Email: SProvazza@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

**ALAN WILSON**
Attorney General
State of South Carolina

*/s/ Anna C. Smith*
C. Havird Jones, Jr.
Senior Assistant Deputy Attorney General
Jared Q. Libet (S.C. Bar No. 74975), *pro hac vice*
Assistant Deputy Attorney General
Anna C. Smith (SC Bar No. 104749), *pro hac vice*
Assistant Attorney General
Office of the South Carolina Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
jlibet@scag.gov
annasmith@scag.gov
803-734-0536

*Attorneys for Plaintiff the State of South Carolina,
ex rel. Alan M. Wilson, in His Official Capacity as
Attorney General of the State of South Carolina*

| | |
|---|---|
| **MARTY J. JACKLEY**<br>Attorney General<br>State of South Dakota<br>/s/ Amanda Miiller<br>By: Amanda Miiller (SD Bar No. 4271)<br>Deputy Attorney General<br>1302 East SD Hwy 1889, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Amanda.Miiller@state.sd.us<br><br>*Attorneys for Plaintiff State of South Dakota*<br><br>**JASON S. MIYARES**<br>Attorney General<br>Commonwealth Of Virginia<br><br>/s/ Joelle E. Gotwals<br>Steven G. Popps<br>Chief Deputy Attorney General<br>Thomas J. Sanford<br>Deputy Attorney General<br>Richard S. Schweiker, Jr.<br>Senior Assistant Attorney General and Section Chief<br>Joelle E. Gotwals (VSB No. 76779),<br>Senior Assistant Attorney General<br>*pro hac vice*<br>Chandler P. Crenshaw (VSB No. 93452)<br>Assistant Attorney General<br>*pro hac vice*<br>Office of the Attorney General of Virginia<br>Consumer Protection Section<br>202 N. 9th Street<br>Richmond, Virginia 23219<br>Telephone:     (804) 786-8789<br>Facsimile:      (804) 786-0122<br>E-mail: jgotwals@oag.state.va.us<br><br>*Attorneys for the Plaintiff Commonwealth of Virginia*<br>*ex rel. Jason S. Miyares, Attorney General* | **NICHOLAS W. BROWN**<br>Attorney General State of Washington<br><br>/s/ Claire McNamara<br>Claire McNamara (WA Bar No. 50097)<br>Gardner Reed (WA Bar No. 55630)<br>Assistant Attorneys General<br>Washington State Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 340-6783<br>claire.mcnamara@atg.wa.gov<br>gardner.reed@atg.wa.gov<br><br>*Attorneys for Plaintiff State of Washington*<br><br>**JOHN B. MCCUSKEY**<br>Attorney General<br>State of West Virginia<br><br>/s/ Laurel K. Lackey<br><br>Laurel K. Lackey (WVSB No. 10267)<br>Abby G. Cunningham (WVSB No. 13388)<br>Assistant Attorneys General<br>Office of the Attorney General<br>Consumer Protection & Antitrust Division<br>Eastern Panhandle Office<br>269 Aikens Center<br>Martinsburg, West Virginia 25404<br>Telephone: (304) 267-0239<br>Email: laurel.k.lackey@wvago.gov<br>abby.g.cunningham@wvago.gov<br><br>*Attorneys for Plaintiff State of West Virginia, ex rel. John B. McCuskey, Attorney General* |

| | |
|---|---|
| 1 | **JOSHUA L. KAUL** |
| 2 | Attorney General<br>State of Wisconsin |
| 3 | |
| 4 | /s/ Brittany Copper<br>Brittany A. Copper |
| 5 | Assistant Attorney General<br>WI State Bar # 1142446, *pro hac vice* |
| 6 | Wisconsin Department of Justice<br>Post Office Box 7857 |
| 7 | Madison, Wisconsin 53707-7857<br>(608) 266-1795 |
| 8 | Brittany.copper@wisdoj.gov |
| 9 | *Attorneys for Plaintiff State of Wisconsin* |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2025

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge