[Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To:<br><br>*DeKalb County School District v. Meta Platforms, Inc., et al.*<br><br>Case No. 4:25-cv-02310-YGR | **ERRATA TO DECLARATION OF DAVIS VAUGHN IN SUPPORT OF PLAINTIFF DEKALB COUNTY SCHOOL DISTRICT'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

1

ERRATA TO DECLARATION OF DAVIS VAUGHN IN SUPPORT OF PLAINTIFF
DEKALB COUNTY SCHOOL DISTRICT'S OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT

I, Davis Vaughn, declare under penalty of perjury:

1. I am an attorney duly admitted to practice law in Alabama and admitted *pro hac vice* in this Court. I am a Principal with the Beasley Allen Law firm and am counsel for Plaintiff DeKalb County School District. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2. I am providing this Declaration to correct an error regarding one exhibit that was mistakenly filed in support of DeKalb County School District's Opposition to Defendants' Motion for Summary Judgment (SD MSJ No. 5).

3. Upon review of Defendants' reply brief, I have discovered that the exhibit filed was not the correct document intended for submission. The mistakenly filed exhibit (affidavit of Monika Davis) was identified as Exhibit 12 in DeKalb's Opposition to Defendants' Motion for Summary Judgment (SD MSJ No. 5), which was not the version intended to accompany the filing.

4. Defendants' Motion for Summary Judgment (DeKalb)(SD MSJ No. 5) Exhibit FF is the correct version, which accurately reflects the information and documentation intended for submission. The previously filed exhibit should be disregarded and replaced with the Ex. FF of Defendants' Motion for Summary Judgment (DeKalb)(SD MSJ No. 5).

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

DATED: January 14, 2026         BY:     /s/ *Davis Vaughn*

Davis Vaughn
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
234 Commerce Street
Montgomery, AL 36103
Tel.: 334-269-2343
davis.vaughn@beasleyallen.com

2

ERRATA TO DECLARATION OF DAVIS VAUGHN IN SUPPORT OF PLAINTIFF DEKALB COUNTY SCHOOL DISTRICT'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via electronic mail on January 14, 2026, to Counsel for Defendants:

MetaNoticeofService@cov.com

SnapNoticeofService@mto.com

TikTokNoticeofService@faegredrinker.com

SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

mdl3047coleadfirms@listserv.motleyrice.com

pscservicemdl3047@motleyrice.com

BY:  /s/ *Davis Vaughn*
      Davis Vaughn

3

ERRATA TO DECLARATION OF DAVIS VAUGHN IN SUPPORT OF PLAINTIFF DEKALB COUNTY SCHOOL DISTRICT'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT