[*Submitting Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448-YGR | MDL No. 3047<br><br>Case Nos.  4:22-md-03047-YGR-PHK<br>            4:23-cv-05448-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**STIPULATED AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN META DEFENDANTS** |

Pursuant to Civil L.R. 7-12, Plaintiffs in *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (the "State AGs") and Defendants Meta Platforms, Inc.; Meta Payments Inc.; and Meta Platforms Technologies, LLC (the "Meta Defendants") hereby jointly submit this stipulation of dismissal, with prejudice, of the Plaintiffs claims against certain Meta Defendants in *In re Social Media Adolescent Addiction / Personal Injury Products Liability Litigation,* MDL No. 3047 and *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (together, "this Matter").

The State AGs and Meta Defendants agree and stipulate as follows:

1. Meta Platforms Inc. stipulates that it is the corporate parent of Meta Payments Inc. (*fka* Facebook Payments Inc.) and Meta Platforms Technologies, LLC (*fka* Facebook Technologies, LLC) (together, the "Meta Subsidiaries").

2. Meta Platforms Inc. agrees not to assert as a defense to liability in this Matter that it is not responsible for any actions or inactions alleged by the State AGs as wrongful on the grounds that such actions or inactions were taken in whole or in part by either or both of the Meta Subsidiaries.

3. Meta Platforms Inc. agrees not to assert as a basis for resisting payment of any monetary judgment or resisting compliance with any court order mandating injunctive or equitable relief that it does not exercise control or ownership over the assets of the Meta Subsidiaries.

4. In consideration of the foregoing, the State AGs' claims against the Meta Subsidiaries in the Matter shall be, and hereby are, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

Dated:  January 14, 2026

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP

One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

DAVIS POLK & WARDWELL LLP
James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc., Meta Payments, Inc.; and Meta Platforms Technologies, LLC.*

**KRIS MAYES**
Attorney General
State of Arizona

/s/ Reagan Healey
Reagan Healey (AZ No. 038733), *pro hac vice*
Assistant Attorney General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax: (602) 542-4377
Reagan.Healey@azag.gov

*Attorney for Plaintiff State of Arizona*

**ROB BONTA**
Attorney General
State of California

/s/ Megan O'Neill
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

| | |
|---|---|
| **PHILIP J. WEISER** <br> Attorney General <br> State of Colorado <br><br> /s/ Krista Batchelder <br> Krista Batchelder, (CO Reg.45066), *pro hac vice* <br> Deputy Solicitor General <br> Shannon Stevenson (CO Reg. 35542), *pro hac vice* <br> Solicitor General <br> Elizabeth Orem (CO Reg. 58309), *pro hac vice* <br> Assistant Attorney General <br> Colorado Department of Law <br> Ralph L. Carr Judicial Center <br> Consumer Protection Section <br> 1300 Broadway, 7th Floor <br> Denver, CO 80203 <br> Phone: (720) 508-6384 <br> krista.batchelder@coag.gov <br> Shannon.stevenson@coag.gov <br> Elizabeth.orem@coag.gov <br><br> *Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* <br><br><br> **KATHLEEN JENNINGS** <br> Attorney General <br> State of Delaware <br><br> /s/ Ryan Costa <br> Marion Quirk (DE Bar 4136), *pro hac vice* <br> Director of Consumer Protection <br> Ryan Costa (DE Bar 5325), *pro hac vice* <br> Deputy Director of Consumer Protection <br> Delaware Department of Justice <br> 820 N. French Street, 5th Floor <br> Wilmington, DE 19801 <br> Phone: (302) 683-8811 <br> Marion.Quirk@delaware.gov <br> Ryan.Costa@delaware.gov <br><br> *Attorneys for Plaintiff State of Delaware, ex rel. Kathleen Jennings, Attorney General for the State of Delaware* | Phone: (415) 510-4400 <br> Fax: (415) 703-5480 <br> Megan.ONeill@doj.ca.gov <br><br> *Attorneys for Plaintiff the People of the State of California* <br><br><br> **WILLIAM TONG** <br> Attorney General <br> State of Connecticut <br><br> /s/ Rebecca Borné <br> Rebecca Borné <br> (CT Juris No. 446982), *pro hac vice* <br> Tess E. Schneider <br> (CT Juris No. 444175), *pro hac vice* <br> Krislyn M. Launer <br> (CT Juris No. 440789), *pro hac vice* <br> Assistant Attorneys General <br> Connecticut Office of the Attorney General <br> 165 Capitol Avenue <br> Hartford, Connecticut 06106 <br> Phone: 860-808-5306 <br> Fax: 860-808-5593 <br> Rebecca.Borne@ct.gov <br> Tess.Schneider@ct.gov <br> Krislyn.Launer@ct.gov <br><br> *Attorneys for Plaintiff State of Connecticut* |

| | |
|---|---|
| **ANNE E. LOPEZ**<br>Attorney General<br>State of Hawaiʻi<br><br>*/s/ Douglas S. Chin*<br>Christopher J.I. Leong (HI JD No. 9662), *pro hac vice*<br>Supervising Deputy Attorney General<br>Kelcie K. Nagata (HI JD No. 10649), *pro hac vice*<br>Deputy Attorney General<br>Department of the Attorney General<br>Commerce and Economic Development Division<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813<br>Phone: (808) 586-1180<br>Christopher.ji.leong@hawaii.gov<br>Kelcie.k.nagata@hawaii.gov<br>Douglas S. Chin (HI JD No. 6465), *pro hac vice*<br>John W. Kelly (HI JD No. 9907), *pro hac vice*<br>Special Deputy Attorney General<br>Starn O'Toole Marcus & Fisher<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaiʻi 96813<br>Phone: (808) 537-6100<br>dchin@starnlaw.com<br>jkelly@starnlaw.com<br><br>*Attorneys for Plaintiff State of Hawaiʻi*<br><br>**THEODORE E. ROKITA**<br>Attorney General<br>State of Indiana<br>*/s/ Scott L. Barnhart*<br>Scott L. Barnhart (IN Atty No. 25474-82)<br>*pro hac vice*<br>Chief Counsel and Director of Consumer Protection<br>Corinne Gilchrist (IN Atty No. 27115-53)<br>*pro hac vice*<br>Section Chief, Consumer Litigation<br>Mark M. Snodgrass (IN Atty No. 29495-49)<br>*pro hac vice*<br>Deputy Attorney General<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington St., 5th Floor<br>Indianapolis, IN 46203<br>Telephone: (317) 232-6309<br>Scott.Barnhart@atg.in.gov | **RAÚL R. LABRADOR**<br>Attorney General<br>State of Idaho<br><br>By: */s/ James Simeri*<br>James Simeri (ID Bar No. 12332)<br>Deputy Attorney General<br>Attorney General's Office<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>(208) 334-4114<br>james.simeri@ag.idaho.gov<br><br>*Attorneys for Plaintiff State of Idaho*<br><br>**KWAME RAOUL**<br>Attorney General<br>State of Illinois<br><br>*/s/ Matthew Davies*<br>Susan Ellis, Chief, Consumer Protection Division (IL Bar No. 6256460)<br>Greg Grzeskiewicz, Chief, Consumer Fraud Bureau (IL Bar No. 6272322)<br>Jacob Gilbert, Deputy Chief, Consumer Fraud Bureau (IL Bar No. 6306019)<br>Matthew Davies, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6299608), *pro hac vice*<br>Daniel B. Roth, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6290613)<br>Meera Khan, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6345895)<br>Office of the Illinois Attorney General<br>115 S. LaSalle Street<br>Chicago, Illinois 60603<br>312-814-2218<br>Susan.Ellis@ilag.gov<br>Greg.Grzeskiewicz@ilag.gov<br>Jacob.Gilbert@ilag.gov<br>Matthew.Davies@ilag.gov<br>Daniel.Roth@ilag.gov<br>Meera.Khan@ilag.gov<br><br>*Attorneys for Plaintiff the People of the State of Illinois* |

Corinne.Gilchrist@atg.in.gov
Mark.Snodgrass@atg.in.gov

*Attorneys for Plaintiff State of Indiana*

**KRIS W. KOBACH**
Attorney General
State of Kansas
/s/ Sarah Dietz
Sarah Dietz, Assistant Attorney General
(KS Bar No. 27457), *pro hac vice*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-3751
sarah.dietz@ag.ks.gov

*Attorney for Plaintiff State of Kansas*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

/s/ J. Christian Lewis
J. Christian Lewis (KY Bar No. 87109),
*pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*pro hac vice*
Zachary Richards (KY Bar No. 99209),
*pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*pro hac vice*
Matthew Cocanougher (KY Bar No. 94292), *pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Christian.Lewis@ky.gov
Philip.Heleringer@ky.gov
Zach.Richards@ky.gov
Daniel.Keiser@ky.gov
Matthew.Cocanougher@ky.gov
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**LIZ MURRILL**
Attorney General
State of Louisiana

/s/ Asyl Nachabe
Asyl Nachabe (LA Bar No. 38846)
*pro hac vice*
Assistant Attorney General
Louisiana Department of Justice
Office of the Attorney General
Public Protection Division
Complex Litigation Section
1885 N 3rd Street, 4th Floor
Baton Rouge, LA 70802
Tel: (225) 326-6435
NachabeA@ag.louisiana.gov

*Attorney for State of Louisiana*

**AARON M. FREY**
Attorney General
State of Maine

/s/ Michael Devine
Michael Devine (Maine Bar No. 5048),
*pro hac vice*
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8829
michael.devine@maine.gov

*Attorney for Plaintiff State of Maine*

| | |
|---|---|
| **ANTHONY G. BROWN**<br>Attorney General<br>State of Maryland<br><br>/s/ *Elizabeth J. Stern*<br>Philip D. Ziperman (Maryland CPF No. 9012190379), *pro hac vice*<br>Deputy Chief, Consumer Protection Division<br>Elizabeth J. Stern (Maryland CPF No. 1112090003), *pro hac vice*<br>Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Phone: (410) 576-6417 (Mr. Ziperman)<br>Phone: (410) 576-7226 (Ms. Stern)<br>Fax: (410) 576-6566<br>pziperman@oag.state.md.us<br>estern@oag.state.md.us<br><br>*Attorneys for Plaintiff Office of the Attorney General of Maryland* | **MICHAEL T. HILGERS**<br>Attorney General<br>State of Nebraska<br><br>/s/ *Anna M. Anderson*<br>Anna M. Anderson (NE #28080), *pro hac vice*<br>Benjamin J. Swanson (NE #27675), *pro hac vice*<br>Assistant Attorneys General<br>Nebraska Attorney General's Office<br>1445 K Street, Room 2115<br>Lincoln, NE 68509<br>(402) 471-6034<br>anna.anderson@nebraska.gov<br>benjamin.swanson@nebraska.gov<br><br>*Attorneys for Plaintiff State of Nebraska* |

**KEITH ELLISON**
Attorney General
State of Minnesota

/s/ *Caitlin Micko*
Caitlin Micko (MN Bar No. 0395388)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Tel: (651) 724-9180
Caitlin.micko@ag.state.mn.us

*Attorney for State of Minnesota, by its Attorney General, Keith Ellison*

6

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: /s/ *Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

**LETITIA JAMES**
Attorney General
State of New York

/s/ Nathaniel Kosslyn
Nathaniel Kosslyn, Assistant Attorney General (NY Bar No. 5773676), *pro hac vice*
nathaniel.kosslyn@ag.ny.gov
Alex Finkelstein, Assistant Attorney General (NY Bar No. 5609623), *pro hac vice*
alex.finkelstein@ag.ny.gov
New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8000

**JEFF JACKSON**
Attorney General
State of North Carolina

/s/ *Charles White*
Charles G. White (N.C. State Bar No. 57735),
*pro hac vice*
Assistant Attorney General
Kunal Choksi
Senior Deputy Attorney General
Josh Abram
Special Deputy Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6889
Facsimile: (919) 716-6050
E-mail: cwhite@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*

**DAVE YOST**
OHIO ATTORNEY GENERAL

         /s/ Kevin R. Walsh
Melissa G. Wright (0077843)
Section Chief, Consumer Protection Section
Melissa.Wright@ohioago.gov
Melissa S. Smith (0083551)
Asst. Section Chief, Consumer Protection Section
Melissa.S.Smith@ohioago.gov
Michael S. Ziegler (0042206)
Principal Assistant Attorney General
Michael.Ziegler@ohioago.gov
Kevin R. Walsh (0073999)
Senior Assistant Attorney General
Kevin.Walsh@ohioago.gov
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
614-466-1031

**DAN RAYFIELD**
Attorney General
State of Oregon

/s/ John Dunbar
John J. Dunbar (Oregon Bar No. 842100)
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, Oregon 97201
Telephone: (971) 673-1880
Facsimile:  (971) 673-1884
E-mail: john.dunbar@doj.oregon.gov

*Attorneys for State of Oregon ex rel.*
*Dan Rayfield, Attorney General*

**DAVID W. SUNDAY, JR.**
Attorney General
Commonwealth of Pennsylvania

*/s/ Jonathan R. Burns*
Jonathan R. Burns
Senior Deputy Attorney General
(PA Bar No. 315206), *pro hac vice*
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717) 645-7269
jburns@attorneygeneral.gov

*Attorneys for Plaintiff the Commonwealth of Pennsylvania*

**PETER F. NERONHA**
Attorney General
State of Rhode Island

*/s/ Stephen N. Provazza*
Stephen N. Provazza (R.I. Bar No. 10435),
*pro hac vice*
Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main St.
Providence, RI 02903
Phone: 401-274-4400
Email: SProvazza@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

**ALAN WILSON**
Attorney General
State of South Carolina

*/s/ Anna C. Smith*
C. Havird Jones, Jr.
Senior Assistant Deputy Attorney General
Jared Q. Libet (S.C. Bar No. 74975),
*pro hac vice*
Assistant Deputy Attorney General
Anna C. Smith (SC Bar No. 104749),
*pro hac vice*
Assistant Attorney General
Office of the South Carolina Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
jlibet@scag.gov
annasmith@scag.gov
803-734-0536

*Attorneys for Plaintiff the State of South Carolina,*
*ex rel. Alan M. Wilson, in His Official Capacity as*
*Attorney General of the State of South Carolina*

**MARTY J. JACKLEY**
Attorney General
State of South Dakota
/s/ Amanda Miiller
By: Amanda Miiller (SD Bar No. 4271)
Deputy Attorney General
1302 East SD Hwy 1889, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Amanda.Miiller@state.sd.us

*Attorneys for Plaintiff State of South Dakota*

**JASON S. MIYARES**
Attorney General
Commonwealth Of Virginia

/s/ Joelle E. Gotwals
Steven G. Popps
Chief Deputy Attorney General
Thomas J. Sanford
Deputy Attorney General
Richard S. Schweiker, Jr.
Senior Assistant Attorney General and Section Chief
Joelle E. Gotwals (VSB No. 76779),
Senior Assistant Attorney General
*pro hac vice*
Chandler P. Crenshaw (VSB No. 93452)
Assistant Attorney General
*pro hac vice*
Office of the Attorney General of Virginia
Consumer Protection Section
202 N. 9th Street
Richmond, Virginia 23219
Telephone:     (804) 786-8789
Facsimile:     (804) 786-0122
E-mail: jgotwals@oag.state.va.us

*Attorneys for the Plaintiff Commonwealth of Virginia*
*ex rel. Jason S. Miyares, Attorney General*

**NICHOLAS W. BROWN**
Attorney General State of Washington

/s/ Claire McNamara
Claire McNamara (WA Bar No. 50097)
Gardner Reed (WA Bar No. 55630)
Assistant Attorneys General
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 340-6783
claire.mcnamara@atg.wa.gov
gardner.reed@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

**JOHN B. MCCUSKEY**
Attorney General
State of West Virginia

/s/ Laurel K. Lackey

Laurel K. Lackey (WVSB No. 10267)
Abby G. Cunningham (WVSB No. 13388)
Assistant Attorneys General
Office of the Attorney General
Consumer Protection & Antitrust Division
Eastern Panhandle Office
269 Aikens Center
Martinsburg, West Virginia 25404
Telephone: (304) 267-0239
Email: laurel.k.lackey@wvago.gov
abby.g.cunningham@wvago.gov

*Attorneys for Plaintiff State of West Virginia,*
*ex rel. John B. McCuskey, Attorney General*

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Brittany Copper*
Brittany A. Copper
Assistant Attorney General
WI State Bar # 1142446, *pro hac vice*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1795
Brittany.copper@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

~~[PROPOSED]~~ **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2025

January 14, 2026

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge