[Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **NOTICE OF ERRATA** |
| *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |
| *Tucson Unified School District v. Meta Platforms, Inc., et al.* | |
| *Charleston County School District v. Meta Platforms, Inc., et al.* | |
| *Irvington Public Schools v. Meta Platforms, Inc., et al.* | |
| *Dekalb County School District v. Meta Platforms, Inc., et al.* | |
| *Board of Education of Harford County v. Meta Platforms, Inc., et al.* | |

Plaintiffs provide this notice regarding certain scrivener errors identified in Plaintiffs' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgement (ECF No. 2533) and School District/Local Government Entity Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony of School District Experts (ECF No. 2536). Specifically, in the final editing and cite checking process, the language intended to describe the holding of cases was inadvertently included in quotation marks as set forth below:

- ECF No. 2533 (Plaintiffs' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgement) at 214 lines 10-12 includes the following statement: Federal courts possess "broad powers to tailor and fashion appropriate equitable remedies." *United States v. Price*, 688 F.2d 204, 211 (3d Cir. 1982); *Guthrie v. Transamerica Life Ins. Co.*, 561 F. Supp. 3d 869, 873 (N.D. Cal. 2021).

    o This line should read: Federal courts possess broad powers to tailor and fashion appropriate equitable remedies. *United States v. Price*, 688 F.2d 204, 211 (3d Cir. 1982); *Guthrie v. Transamerica Life Ins. Co*., 561 F. Supp. 3d 869, 873 (N.D. Cal. 2021).

- ECF 2536 (School District/Local Government Entity Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony of School District Experts) at 18 lines 10-11 includes the following statement: *See In re Apple iPhone Antitrust Litig.*, 2024 WL 5701895, at *11-13 (N.D. Cal. Feb. 2, 2024) (Gonzalez Rogers, J.) ("Objections to an expert's inputs may be raised on cross-examination.").

    o This line should read: *See In re Apple iPhone Antitrust Litig*., 2024 WL 5701895, at *11-13 (N.D. Cal. Feb. 2, 2024) (Gonzalez Rogers, J.) (objections to an expert's inputs "may be []raised on cross-examination.").

- ECF 2536 (School District/Local Government Entity Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony of School District Experts) at 43 lines 3-4 includes the following statement: *See City of Pomona*, 750 F.3d at 1044 (methodology is reliable if "published in peer-reviewed literature" and "generally accepted in the field").

    o   This line should read: *See City of Pomona*, 750 F.3d at 1044 (methodology is reliable if "publi[shed] in peer-reviewed literature" and "general[ly] accept[ed]" in the field).

Plaintiffs apologize for the oversight.

Respectfully submitted,

DATED: January 15, 2026          By:  */s/ Lexi J. Hazam*
                                   LEXI J. HAZAM
                                   **LIEFF CABRASER HEIMANN &**
                                   **BERNSTEIN, LLP**
                                   275 BATTERY STREET, 29TH FLOOR
                                   SAN FRANCISCO, CA 94111-3339
                                   Telephone: 415-956-1000
                                   lhazam@lchb.com

                                   PREVIN WARREN
                                   **MOTLEY RICE LLC**
                                   401 9th Street NW Suite 630
                                   Washington DC 20004
                                   Telephone: 202-386-9610
                                   pwarren@motleyrice.com

                                   Co-Lead Counsel

                                   CHRISTOPHER A. SEEGER
                                   **SEEGER WEISS, LLP**
                                   55 CHALLENGER ROAD, 6TH FLOOR
                                   RIDGEFIELD PARK, NJ 07660
                                   Telephone: 973-639-9100
                                   cseeger@seegerweiss.com

                                   Counsel to Co-Lead Counsel and Settlement Counsel

                                   JENNIE LEE ANDERSON
                                   **ANDRUS ANDERSON, LLP**
                                   155 MONTGOMERY STREET, SUITE 900
                                   SAN FRANCISCO, CA 94104
                                   Telephone: 415-986-1400
                                   jennie@andrusanderson.com

                                   Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE, WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza @gohonlaw.com

4

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777
mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &
OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**AWK ATTORNEYS**
1133 WESTCHESTER AVE, SUITE N-224
WHITE PLAINS, NY 10604
Telephone: 914-468-4840
hnappi@awk-saa.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

## **ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: January 15, 2026

By: */s/ Lexi J. Hazam*