[*Counsel Listed on Signature Pages*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Adrianna Farrell<br><br>MEMBER CASE NO.: 4:24-CV-02676 | Case No. 4:22-MD-03047-YGR MDL No. 3047<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

To:    The Clerk of Court and All Parties of Record

Plaintiff Adrianna Farrell, hereby stipulates together with the undersigned Defendants Meta Platforms, Inc., et al., and TikTok Inc., et al., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the case is dismissed with prejudice. Each party is to bear its own costs, expenses and attorneys fees.

Dated: January 16, 2026                                     Respectfully submitted,

/s/ Ruth Rizkalla

Ruth Rizkalla (CA Bar #224973)*
The Carlson Law Firm, P.C.
1230 Rosecrans Avenue, Suite 300
Manhattan Beach, CA 90266
(254) 526-5688

*Admitted Pro Hac Vice*
*Attorney for Plaintiff*

| | |
|---|---|
| By: /s/ Geoffrey M. Drake<br>Geoffrey M. Drake, *pro hac vice*<br>King & Spalding LLP<br>1180 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309<br>Telephone: (404) 572-4600<br>Facsimile: (404) 572-5100<br>gdrake@kslaw.com<br><br>David P. Mattern, *pro hac vice*<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, NW, Suite 900<br>Washington, DC 20006-4707<br>Telephone: (202) 737-0500<br>Facsimile: (202) 626-3737<br>dmattern@kslaw.com<br><br>*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd. And TikTok, LLC* | By: /s/ Ashley Simonsen<br>Gregory L. Halperin<br>Ashley Simonsen<br>Isaac Chaput<br>Covington & Burling LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4813<br>Facsimile:(424) 332-4749<br>GHalperin@cov.com<br>asimonsen@cov.com<br>IChaput@cov.com<br><br><br>*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Instagram, LLC, Facebook Payments, Inc.; Facebook Operations, LLC; and Siculus, Inc.* |

STIPLUATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ Ruth Rizkalla
Ruth Rizkalla