[Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**AGENDA AND JOINT STATEMENT FOR JANUARY 26, 2026, CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Case Management Order ("CMO") Nos. 1 and 18, the Parties submit this agenda and joint statement in advance of the January 26, 2026, Case Management Conference ("CMC").

I. **Proposed Agenda for Case Management Conference**

- Argument on Defendants' Motions for Summary Judgment and Rule 702 Motions
- Argument on the New York Times' Motion to Intervene and Unseal Judicial Records

II. **Joint JCCP Update**

**Ruling on Remaining *Sargon* Motions.** On December 3, 2025, Judge Kuhl issued rulings on the Parties' remaining *Sargon* motions. **Exs. A-L**. Judge Kuhl granted in full defendants' *Sargon* motions as to Dr. Minette Drumwright (plaintiffs' marketing and corporate ethics expert) and Dr. Sarah Roberts (plaintiffs' expert on defendants' business models). Judge Kuhl denied in part and granted in part defendants' *Sargon* motions as to Dr. John Chandler (plaintiffs' marketing expert) and Brooke Istook (plaintiffs' expert focused on online sexual harms). Judge Kuhl denied in full defendants' *Sargon* motions as to Meredith McCarron (plaintiffs' data expert), Dr. Seth Noar (plaintiffs' warnings expert), Dr. Stuart Murray (plaintiffs' specific cause expert), Dr. Kara Bagot (plaintiffs' specific cause expert), and Arturo Bejar (a former Meta employee and contract worker whom plaintiffs have designated as a non-retained expert). Judge Kuhl denied in full plaintiffs' *Sargon* motions as to Julian Ackert (YouTube's data expert), Dr. Dzmitry Asinski (data expert for Meta and TikTok), and Robert Johnson (plaintiffs' expert on defendants' financial condition).

**Witness Lists.** After submitting initial witness lists in November for the first two trial pool 1 cases, and based on the Court's orders, the parties filed updated witness lists on December 16, 2025 that included a description of each witness's role and relevance to the case, along with total estimated time for direct and cross for each side. On December 18, 2025, Judge Kuhl issued a final decision on trial length, giving each side 46 hours to present their case (inclusive of openings and closings). The deadline for witness lists for the third trial pool 1 trial is currently being held in abeyance per stipulation, while the parties complete and the Court considers briefing on representativeness of that case and while the parties continue further required discovery regarding certain post-discovery factual allegations by the plaintiff.

**Deposition Designations.** On December 10, 2025, the parties submitted to the Court a set of representative deposition designations for five witnesses designated per side for the JCCP trial pool 1 cases. Judge Kuhl provided guidance on format for deposition designations based on that representative set, requesting, among other things, that lead trial counsel for each side review designations and objections before submission and represent to the Court that the designations are likely to be played. The parties will continue to submit deposition designations to the Court on an agreed schedule, providing designations to the Court no later than 10 calendar days prior to the date the parties anticipate the testimony will be played.

**Verdict Form and Jury Instructions.** The parties have submitted joint and disputed jury instructions and proposed verdict forms. Judge Kuhl has held two hearings to address the disputed instructions and the proposed verdict forms. The parties are currently waiting for the JCCP Court's rulings with respect to disputed jury instructions and the verdict form that she intends to use with the jury.

**Motions *in Limine*.** Judge Kuhl asked the parties to divide the MILs into two priority buckets. She heard argument on the first set of priority MILs on December 16, 2025 and issued rulings on January 6, 2026 (8 total). **Ex. M**. On January 14, 2026, Judge Kuhl held oral argument on the second set of priority MILS (8 total). The court has not yet issued rulings on those.

**Voir Dire and Jury Selection.** The parties are scheduled to begin jury selection in *KGM* on January 27, 2026 in Judge Kuhl's courtroom, with 75 potential jurors expected each morning and afternoon through at least January 29, 2026. The Court will give an agreed hardship questionnaire, followed by a substantive juror questionnaire that the parties continue to confer on. Jurors will return for substantive voir dire beginning on either January 30, 2026 or during the week of February 2, 2026. The parties also continue to negotiate the terms of a proposed order on juror research following a hearing held before Judge Kuhl on January 14, 2026, using Judge Kuhl's proposed order as guidance.

**Motion to Compel Unredacted Documents.** On January 14, 2026, Judge Kuhl held a hearing regarding the JCCP Plaintiffs' motion to compel production of the same four unredacted documents that were subject to a privilege dispute resolved by Magistrate Judge Kang on January 12, 2026. *See* ECF 2629. On January 15, Judge Kuhl issued a ruling concluding that the crime-fraud exception did not

apply to the four documents, "without prejudice to Plaintiffs' renewing the Motion based on an enhanced evidentiary record should documents that are produced in response to Judge Kang's January 12, 2026 Order justify reconsideration." Judge Kuhl's order is attached as **Ex. N**.

**Final Pretrial Conference.** The parties in *KGM* will appear before Judge Kuhl on January 20, 2026 for the final pretrial conference, at which they will discuss, among other things, the trial calendar, jury questionnaire, status of conferral on remaining evidentiary issues, and jury instructions.

**MSJs in Second Trial Pool.** The Parties' Motions for Summary Judgment as to the Pool 2 Plaintiffs (*PMY*, *SJ*, *KDB*) are due on February 2, 2026. Defendants also intend to file on February 2, 2026 a Motion for Judgment on the Pleadings as to the Pool 2 Plaintiffs' products liability claims, which the Pool 2 Plaintiffs assert survived the Court's demurrer order because they arise under different states' laws.

### III. Discovery Update

#### A. Joint Discovery Update

A copy of the following discovery-related submissions and orders, which were (or will by January 26 have been) filed or issued since the last CMC Statement was filed, will be sent by email to Judge Gonzalez Rogers after this CMC Statement is filed (numbers refer to ECF docket numbers):

- Order re: Meta Witnesses' Preparedness For State AGs' 30(b)(6) Deposition Topics and Related Discovery Requests (ECF 2441)
- Joint Letter Brief ("JLB") re: Disputes Over Privilege Issues in Connection With the Deposition of Jason Sattizahn (ECF 2454)
- Joint Status Report ("JSR") re: Supplemental Responses and Document Production re: Eugenia Cooney (ECF 2455)
- JSR re: TikTok Defendants 30(b)(6) Witness Samantha Kersul Search Terms (ECF 2461)
- JLB re: Whether Certain Meta Documents are Protected by Attorney-Client Privilege (ECF 2474)
- JSR re: Supplemental Responses and Document Production re: Eugenia Cooney (ECF 2485)
- JSR re: Supplemental Responses and Document Production re: Eugenia Cooney (ECF 2494)
- Joint Statement re: Meta's Response to Interrogatory No. 6 (ECF 2508)
- Order granting Stipulation Resolving Disputes Over Privilege Issues in Connection With the Deposition of Jason Sattizahn (ECF 2527)

- Order re: Further Information Re Meta's Motion for Protective Order (ECF 2581)
- Declaration of Ashley M. Simonsen in Response to Order re: Further Information Re Meta's Motion for Protective Order (ECF 2954–1)
- Plaintiffs' Supplemental Authority re: Whether Certain Meta Documents are Protected by Attorney-Client Privilege (ECF 2597)
- Declaration of Austin Brane in Response to Order re: Further Information Re Meta's Motion for Protective Order (ECF 2611-1–5)
- Order Granting Stipulation Concerning Procedure for Meta's Privilege Objections to the Transcript of Deposition of Jason Sattizahn (ECF 2618)
- Notice of Filing of Email Dated December 30, 2025 in Further Support of Joint Letter Brief re: Whether Certain Meta Documents are Protected by Attorney-Client Privilege and in Response to Plaintiffs Declaration Dated December 26, 2025 (ECF 2620)
- Joint Notice of D.C. Superior Court's January 5, 2026 Order Denying Meta's Motion for Reconsideration Regarding Four Documents at Issue in Pending Joint Letter Brief (ECF 2622)
- Joint Supplemental Letter Brief re: the Impact of the D.C. Superior Court's January 5, 2026 Order on the Parties' Dispute Over Whether Certain Meta Documents Are Protected By Attorney-Client Privilege (ECF 2627)
- Order Resolving Dispute re: Four Meta Documents And Crime Fraud Exception to Attorney-Client Privilege (ECF 2629)

### IV. Joint Update Regarding Ninth Circuit Appeal

The Ninth Circuit held oral argument on the collateral order appeal and the cross-appeals on January 6, 2026. A video recording of the oral argument is available on the Ninth Circuit's website at the following link: https://www.ca9.uscourts.gov/media/video/?20260106/24-7032/.

### V. Joint Update Regarding SD and AG Jury Instruction Exchanges

The parties have been meeting and conferring on draft instructions to narrow the issues. The remaining disputed issues will be briefed in the submissions due to the Court on January 28, 2026. The parties are conferring on the format and length of the brief on a disputed instruction of Defendants concerning Section 230 and the First Amendment, which would apply to all of the six districts.

### VI. Pre-Trial Schedule for First and Second School District Bellwether Trial

By e-mail dated January 14, 2026, the Court set June 15, 2026 as the trial date for the first Bellwether action. Plaintiffs sent Defendants a proposed *Joint Stipulation and [Proposed] Order*

*Regarding the Pretrial Schedule* for the *Breathitt* and *Tucson* cases, and the parties are meeting and conferring.

### VII. Timing of Second Bellwether Trial

PISD Plaintiffs note that they would like to discuss with the Court the timing of the second bellwether trial. As previously discussed with the Court, PISD Plaintiffs maintain that, following the first bellwether trial, which was a Defense selection, the second bellwether trial should proceed as a Plaintiffs' selection (Tucson).

The State AGs' position is that the AG trial should be scheduled as the second trial in the MDL. At the very least, the Court should defer further scheduling decisions until the February CMC, when Meta and the State AGs will discuss trial planning with the Court.

Defendants agree that further scheduling discussions should await the February CMC. Meta also maintains that it is premature to schedule any trial in the State AG case.

Respectfully submitted,

DATED: January 16, 2026

By: /s/ *Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY

NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE, WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza @gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777

mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**AWK ATTORNEYS**
1133 WESTCHESTER AVE, SUITE N-224
WHITE PLAINS, NY 10604
Telephone: 914-468-4840
hnappi@awk-saa.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

**PHILIP J. WEISER**
Attorney General
State of Colorado

By: */s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

By: */s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480

Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

By: */s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: */s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),

*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

COVINGTON & BURLING LLP

By: /s/ Ashley M. Simonsen
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

DAVIS POLK & WARDWELL LLP

By: /s/ James P. Rouhandeh
James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

KING & SPALDING LLP

By: /s/ David P. Mattern
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
      tharris@kslaw.com

David P. Mattern, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

MUNGER, TOLLES & OLSON LLP

By: /s/ Jonathan H. Blavin
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426

15

Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP

By: /s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

## ATTESTATION

I, David P. Mattern, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: January 16, 2026

By: */s/ David P. Mattern*
DAVID P. MATTERN