1  James P. Rouhandeh, *pro hac vice*
2  Antonio J. Perez-Marques, *pro hac vice*
   Caroline Stern, *pro hac vice*
3  Corey M. Meyer, *pro hac vice*
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile: (212) 701-5800
6  Email:   rouhandeh@davispolk.com
            antonio.perez@davispolk.com
7           caroline.stern@davispolk.com
            corey.meyer@davispolk.com
8

9  *Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

10

11 *Additional counsel listed on signature pages*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**META'S TEMPORARY SEALING MOTION (META'S RESPONSE TO LETTER BRIEF BY STATE ATTORNEYS GENERAL REGARDING TRIAL STRATEGY)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") file this Temporary Sealing Motion regarding Meta's Response to Letter Brief by State Attorneys General Regarding Trial Strategy (ECF No. 2541). Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2646-1 | Meta's Response to Letter Brief by State Attorneys General Regarding Trial Strategy | Temporarily filing under seal because document contains information that the State AGs may consider to be confidential |
| ECF No. 2646-2 | Exhibit 1, Excerpts of Nicole Taylor Deposition Transcript (June 5, 2025) | Temporarily filing under seal because document contains information that the State AGs may consider to be confidential |
| ECF No. 2646-3 | Exhibit 2, Excerpts of Sheriden Black Deposition Transcript (August 28, 2025) | Temporarily filing under seal because document contains information that the State AGs may consider to be confidential |
| ECF No. 2646-4 | Exhibit 3, Excerpts of Robbie Fletcher Deposition Transcript (July 1, 2025) | Temporarily filing under seal because document contains information that the State AGs may consider to be confidential |
| ECF No. 2646-5 | Exhibit 4, Excerpts of Melanie Barton Deposition Transcript (June 30, 2025) | Temporarily filing under seal because document contains information that the State AGs may consider to be confidential |
| ECF No. 2646-6 | Exhibit 5, Excerpts of State Attorneys General Response to Defendant Meta Platforms, Inc.'s Second Set of Interrogatories | Temporarily filing under seal because document contains information that the State AGs may consider to be confidential |

1

META'S TEMPORARY SEALING MOTION (META'S RESPONSE TO STATE AGS' LETTER BRIEF REGARDING TRIAL STRATEGY)
4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

| ECF No. 2646-7 | Exhibit 6, Excerpts of State Attorneys General's Second Supplemental Response to Defendant Meta Platforms, Inc.'s First Set of Interrogatories | Temporarily filing under seal because document contains information that the State AGs may consider to be confidential |

2

META'S TEMPORARY SEALING MOTION (META'S RESPONSE TO STATE AGS' LETTER BRIEF REGARDING TRIAL STRATEGY)
4:22-md-03047-YGR-PHK; 4:23-cv-05448-YGR

Dated:  January 16, 2026                           Respectfully submitted,

                    DAVIS POLK & WARDWELL LLP

                    */s/ James P. Rouhandeh*

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
carolinestern@davispolk.com
corey.meyer@davispolk.com


COVINGTON & BURLING LLP

Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

**SIGNATURE CERTIFICATION**

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatures listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: January 16, 2026     */s/ James P. Rouhandeh*
James P. Rouhandeh