# Partially Unsealed Meta Exhibits to

# Less Redacted Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment (ECF 2480)

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation