# AMENDED Exhibit 36

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

## 1/ Mission: What's the change we want to see in the world?

1. **Mission**: Our mission is to make IG the best place for students to connect with other students and see what's happening at their school.

2. **Why is this important for people?** Nearly everyone attends high school and 65% attend college. The school someone attends is a big part of their life and is a primary place where new connections are made and where relevant content is created. However, connecting with students and seeing what's happening at your school is not as easy as it should be on IG.

3. **Why is this important for FB?**
    a. Blue and Messenger are losing high school and college aged students quickly. Since 2014, Blue US DAP for users between 13-17 has declined 3.9M and for users between 18-24 by 6.6M (source). The result will be that products like Groups will no longer be able to solve jobs related to helping students connect with their school. IG needs to build deeper experiences for students, so that there's an app in the family that continues to solve these jobs. If we don't, another app may disrupt us in a few years by becoming more popular than IG for high school and college aged students.
    b. Winning schools is the way to win with teens because an individual teen's engagement is highly correlated with school MAP penetration. Solving jobs related to school and building school network effects is a way to increase overall teen usage. (Winning Teens = Winning High Schools)