# AMENDED Exhibit 37

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

# 2017 Teens Strategic Focus

Review

10 / 27 / 2016

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134688

# Our goals for this meeting

- Align on goals for teens
- Share initial research and align on key age and geo segments
- Share initial product proposals for feedback
- Identify key gaps to address over the next 4-6 weeks

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134689

# H2 Timing leading to H1 Build

- Sept. 8:     Kicked off age modeling, Understand sprint
- **Now:**     Understand work:  Research, Data, Modeling, Legal
- **Now:**     Joint planning with partner teams
- Nov. 22:    Agree key project goals, partner teams, staffing
- Dec. 7:     Confirm plans at H2 reviews
- Dec 15:     All Understand research + data lands
- Jan 2:     Finalize product goals, build
- Feb:     Age Affinity model live in deltoid/dash

3

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134690

# What We're Building & Why

15

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134702

# For U13 kids, we should build Facebook One

- **Goal:  Grow MAP, DAP, and time spent among U13 kids**
- A new Facebook app
- Visual & text messaging with parents and friends
- Feed of video and entertainment content
- Identity and platform login to power many partner games and apps
- Parents use FB Blue to message, share video, and manage kid account
- COPPA-compliant and launched in the U.S. ~August
- **Rationale:**
  - Market need is growing
  - Lack of clear winner
  - Our strength with parents is valuable
  - Platform login can accelerate adoption by making existing kid apps social and better
  - May give us advantage to retain kids as they become teens

16

HIGHLY CONFIDENTIAL (COMPETITOR)

# For RoW teens, we should build social video around teen stars

- **Goal:  Increase RoW teen time spent**
- Through partnerships, monetization guarantees, and better tools for creators, significantly grow the VoD content from teen stars on Facebook
- Initial pilots underway in Egypt and Colombia
- Targeting ~250 high quality new hours of inventory per country per month
- Time spent goals drive Q2 expansion to 10 MENA, LATAM, APAC countries
- **Rationale:**
  - Teens love video of all kinds, and teen stars produce very engaging and social content
  - Teens interact with these stars like their friends, generating intense social activity around the video content
  - Our teen distribution strength in RoW makes us compelling to teen stars
  - Relative lack of YT focus and low cost in RoW enables easier scaling of content

17

# For U.S. teens, we should bet big on Instagram Direct + Stories to beat Snapchat

- **Goal:  Increase U.S. teen time spent**
- Make Instagram Direct and Instagram Stories the best platform for U.S. teen messaging and sharing

- **Rationale:**
  - Messaging + Stories is key to winning social for U.S. teens
  - Instagram is our strongest platform with this audience
  - This is hard but important
  - There may be leverage in Instagram's strength around topical public content + teen interests

18

HIGHLY CONFIDENTIAL (COMPETITOR)

# For U.S. Teens, we should focus Facebook on high school communal activities

- **Goal:  Grow MAP, DAP, and time spent among U.S. teens**
- News and Events
- Group features for clubs & activities
- High school sports: live broadcast + was-live highlights to drive teen and parent social engagement during and after games

- **Rationale:**
  - High school is the key driver of U.S. teen social activity and occupies 6+ hours per day
  - Research indicates that we have "FB" and "non-FB" high schools; tipping schools may be high impact
  - Parents play a big role in extracurricular events and sports fandom -- leveraging where teens and parents are socially aligned may be a viable strategy

19

# On a global basis, we should rebuild core Facebook to work better for teens

- **Goal:  Retain MAP and DAP, grow teen time spent**
- Shift <u>feed</u> towards an entertainment-focused surface to better match the interests and needs of teens
- Build a new <u>media composer</u> to create and share GIFs, memes, music clips, and more non-original self expression
- Build a new <u>profile</u> that de-emphasizes timeline and past sharing, and allows greater self-expression and personalization
- Use <u>Stories + Direct</u> for OBPS, and Feed for entertainment and media
- Build <u>audience controls</u> and help new FB teens <u>manage their graph</u>
- **Rationale:**
  - Our entire product needs to evolve into a coherent sharing space that meets key teen needs of social + entertainment
  - For teens, Social biases toward messaging and small-group sharing, and Entertainment benefits from the  broad sharing and viral aspects of Feed

20

HIGHLY CONFIDENTIAL (COMPETITOR)

# Summary: Our big 2017 bets

|  | U13 | Teens |
|---|---|---|
| Social | Kid messaging with parents and peers | Win @ Messaging + Stories<br>High School Communities |
| Entertainment | Kid Video & Entertainment | Video that drives social engagement - Teen Video Stars<br>Entertainment-focused Feed & composer |
| Foundational Work | Facebook Kid Account + Platform Login | Clean Graph for new FB & IG teens that stays clean<br>Repair Graph for existing FB & IG teens |

21

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134708

# Things we don't know yet

- How much emphasis on FB vs. IG for teen Stories + Direct?
- If we pivot FB toward entertainment, are we OK with OBPS impact?
- U13 people problem Research is in progress
- IG or WhatsApp or Flash for RoW messenger – how can we help?
- How important is tipping U.S. high schools?
- It's unclear how Messenger can help – everywhere but not 1st anywhere

22

# Appendix

24

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL-003-00134711

# We estimate that we have 32% of global youth smartphone time spent

| | United States | Western Europe | RoW |
|---|---|---|---|
| **Smartphone DAP (<18)** | 8M Android<br>21M iOS<br>**29M Total** | 14M Android<br>14M iOS<br>**29M Total** | 134M Android<br>21M iOS<br>**155M Total** |
| **Smartphone TS/DAP** | **2.9 hours/DAP** | **2.6 hours/DAP** | **2.8 hours/DAP** |
| **Smartphone Daily Hours** | 23M Android<br>60M iOS<br>**83M Total** | 36M Android<br>40M iOS<br>**76M Total** | 371M Android<br>59 M iOS<br>**430M Total** |
| **FBF DAP** | 5.2M Android<br>6.7M iOS<br>**12M Total** | 8.4M Android<br>8.9M iOS<br>**17M Total** | 91M Android<br>12M iOS<br>**103M Total** |
| **FBF TS/DAP** | 1.10 hours/DAP Android<br>1.13 hours/DAP iOS<br>**1.12 hours/DAP Total** | 1.25 hours/DAP Android<br>1.28 hours/DAP iOS<br>**1.27 hours/DAP Total** | 1.44 hours/DAP Android<br>1.83 hours/DAP iOS<br>**1.48 hours/DAP Total** |
| **FBF Daily Hours** | 5.7M Android<br>7.6M iOS<br>**13M Total** | 10.4M Android<br>11.4M iOS<br>**22M Total** | 131M Android<br>21M iOS<br>**152M Total** |
| **Facebook Inc. Share** | 25% Android<br>13% iOS<br>**16% Total** | 29% Android<br>28% iOS<br>**29% Total** | 35% Android<br>36% iOS<br>**35% Total** |

**Note:** Youth: <=18. Estimates are approximate based on a combination of Onavo and internal data.

HIGHLY CONFIDENTIAL (COMPETITOR)

# The two key drivers of youth smartphone time spent are social and entertainment

| Millions of Hours | United States | Western Europe | RoW | Total (M hours) |
|---|---|---|---|---|
| **Social: Broad Sharing** | 18.4 | 13.4 | 100.6 | 132.3 |
| **Social: Small Group Sharing** | 12.5 | 14.3 | 87.6 | 114.4 |
| **Entertainment: Video** | 25.7 | 22.5 | 81.9 | 130.1 |
| YouTube Only | 14.3 | 16.4 | 64.8 | 93.4 |
| **Entertainment: Gaming** | 7.3 | 10.0 | 59.4 | 76.6 |
| **Other** | 20.6 | 16.0 | 101.8 | 138.4 |
| **Total (Daily Hours)** | **84.4** | **76.1** | **431.3** | **591.8** |

**Notes:** (1) Youth: <=18. (2) Smartphone inclusive of iOS and Android.

26

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134713

# In the United States, per-high school adoption is a crucial driver of teen Facebook engagement

- Teens at 'Facebook schools' have similar user-level engagement (L28,OBPS,TS) to the overall US FB MAP population

- Real World Matters:  Teens more closely connected to local teens are more daily active on FB

- High school network effects is likely a key determinant of teens' Facebook engagement



Source: Johannes Ferstad:  https://www.facebook.com/notes/johannes-ferstad/winning-teens-winning-high-schools/353381161673482

HIGHLY CONFIDENTIAL (COMPETITOR)

# In the United States, per-high school adoption is a crucial driver of teen Facebook engagement

- **"FB High Schools" (>75% adoption) have:**
  - 15% higher avg L28
  - 22% more TS per MAP
  - 14% more NF TS per MAP
  - 81% more Post Sessions per MAP
  - 71% more OBPS per MAP
  - 69% more Comments per MAP
  - 94% more Wall Posts per MAP
- compared to high schools with 5-30% FB adoption

Source: Johannes Ferstad: https://www.facebook.com/notes/johannes-ferstad/winning-teens-winning-high-schools/353381161673482

HIGHLY CONFIDENTIAL (COMPETITOR)