# AMENDED Exhibit 42

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

**Document Provided in Native Format**

HIGHLY CONFIDENTIAL (COMPETITOR)

# Project Gryffindor Phase II Vision

UXR Project Plan

█████████

**IG Growth, Acquisition**

March 2024

Internal Use Only | Do Not Distribute

# Table of Contents

Click to jump to section ➔

**01** Background

**02** Research Questions

**03** Study Design

➔ Sample & Methods

➔ Markets

**04** Timeline

**05** Key Stakeholders & Socialization Plan

**06** Relevant Links/Docs

➔ One-pager

➔ Research Plan/SRT

➔ Discussion Guide

➔ References

2



### Business objectives & motivations

- ████████████████████████
  ████████████████████████
  ████████████████████████
  ████████████ [ref].

- We believe network connections fuel
  organic and unattributed acquisition
  [ref] ████████████
  ████████████████████

### Supporting evidence

- ████████████████████████████
  ████████████████████████████
  ██████████████ [ref], [ref].

- Teens want to deepen, sustain and make new connections
  with classmates, but need assurance their connections are
  legitimate and interactions can occur within a safe space [ref].

- Competitors are exploring school social use cases [ref]█
  ████████████████████████████
  ████████████████████████████
  ████████████ [ref], [ref].

3

Project Gryffindor is the school communities MVP, which includes a school banner on Profile with email verification and a school directory with the ability to sort by class year.



**MVP**

Banner on Profile

School directory

The MVP is scheduled to launch in the US & UK in late summer to get buzz going before the start of the school year

Source: Project Gryffindor MVP, Feb 2024

4

## Project timeline

| | March | | | | April | | | | | May | | | | June | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 11 | 18 | 25 | 1 | 8 | 15 | 22 | 29 | 6 | 13 | 20 | 27 | 3 | 10 | 17 | 24 |
| Project scoping & guided buying | ■ | ■ | ■ | ■ | | | | | | | | | | | | | |
| Project kickoff | | | | | ■ | | | | | | | | | | | | |
| Research design | | | | | ■ | ■ | | | | | | | | | | | |
| Insights audit | | | | | | ■ | | | | | | | | | | | |
| Recruitment | | | | | ■ | ■ | ■ | | | | | | | | | | |
| US remote fieldwork | | | | | | | | ■ | | | | | | | | | |
| In-person UK fieldwork | | | | | | | | | | ■ | | | | | | | |
| Data analysis | | | | | | | | | ■ | ■ | ■ | | | | | | |
| Report building | | | | | | | | | | | ■ | ■ | ■ | | | | |
| Final report | | | | | | | | | | | | | | ■ | | | |
| Socialization | | | | | | | | | | | | | | ■ | ■ | ■ | ■ |

# Potential team ownership of Phase II product features

| Team | Feature | POCs | Notes |
|---|---|---|---|
| Friend Sharing | ███████████ | PM: <br> UXR: ██████ (Notes), ███ ███ Stories), ███████ (Labs) | Proposed design |
| Direct | ██████ | PM: ██████ (IGD Groups), ████████ (group chats) <br> UXR: <br> DS: █████ | |
| Acquisition (AWE), Graph | Friending / SUs, Invites | PM: <br> UXR: ███████████ | |
| Search | Friend search | PM: <br> UXR: ██████████ | |
| Profile | School banner on profile | PM: ████████ <br> UXR: ██████████ | |
| Bullying & Harassment | B&H reporting | PM: <br> UXR: ███████ | |
| | | | |

# Key stakeholders & socialization plan

| Stakeholders | Venue | Date | Notes |
|---|---|---|---|
| Growth UXR ICs | Growth UXR method mingle | 3/12/2024 | ✅ Feedback notes |
| Communities UXR managers & director | Separate meeting | 3/18/2024 | ✅ Feedback notes |
| Growth Leads | Growth Leads office hours | 3/19/2024 | ✅ Feedback notes |
| Gryffindor MVP leads | Live review | 4/2/2024 | |
| ██████████████ | Offline review | 3/22/2024 | ✅ Both left feedback |
| ████████████████████ | Offline review | 3/27/2024 | |
| ████████████████████, ██████████████ i | Offline review | 3/25/2024 | ✅ Received feedback from ████████ ██████████████ |
| ████████████████████, ██████████ | Offline review | 3/25/2024 | ✅ Received feedback from ████████████ ██████ |
| ███████████████ (group chats), ████████████ (IGD Groups) | Offline review | 3/25/2024 | ✅ |
| ████████ | Offline review | 4/2/2024 | |

9



# Appendix

Why schools, why now?

- Teens want to establish & deepen connections with classmates, but require **legitimate connections** and interactions within a **safe space** [ref].

- **Competitors** are exploring school social use cases [ref] but **IG may be better positioned** for school connections thanks to our differentiator of meeting new people and building relationships with acquaintances [ref, ref].