# AMENDED Exhibit 47

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Message**

**From:** ▮▮▮▮▮▮ [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮
**Sent:** 7/9/2018 5:05:11 PM
**To:** ▮▮▮▮▮▮
**CC:** Karina Newton ▮▮▮▮
**Subject:** Re: Distribution partners for parent's guide

Thank you, ▮▮▮. Team work at its finest. Really pleased with where we ended up and excited for it to play out.

---

**From:** ▮▮▮▮▮▮
**Date:** Monday, July 9, 2018 at 12:26 PM
**To:** ▮▮▮▮▮▮
**Cc:** Karina Newton ▮▮▮▮
**Subject:** Re: Distribution partners for parent's guide

- most

Great note, ▮▮▮ and really impressive that you both were able to lock these in. Nicely done and thanks for all your hard work. Can't wait to see all of this come to life.

---

**From:** ▮▮▮▮
**Sent:** Friday, July 6, 2018 7:02:51 AM
**To:** ▮▮▮▮▮▮
**Cc:** Karina Newton; ▮▮▮▮▮▮
**Subject:** Distribution partners for parent's guide

Hi team,

As you know, the policy team has been having conversations with nonprofit and education orgs who we could partner with to distribute our Parent's Guide launching in August. Our aim was to identify top tier partners with significant credibility who could provide feedback on our guide, be a public validator for our efforts, and most importantly, get our materials into the hands of parents, grandparents, and educators at scale.

EXHIBIT
#21 Geldwert
5/8/25

After lots of discussion and negotiation, we've chosen to partner with the **National PTA** and **Scholastic** to tackle parents both directly and through their children's educators. (Note: there will be similar partnerships at the regional level in our FCI countries that we will update you on once they are locked in.)

Both PTA and Scholastic are trusted, respected organizations and have robust national parent and educator networks. The agreements we've worked out include significant website placement, social media promotion, targeted physical distribution, community activations, and post-campaign surveys. In addition, we're working with our colleagues at Facebook to integrate our parent's guide and IG programming into the 500 back to school nights they're planning across the country with PTA.

We'll be holding roundtables in NY & London this month to get feedback on our guide with the above organizations – as well as with additional safety/well-being policy partners, academics, and parent bloggers and community members.

Below is a tl;dr on the partnerships. Please let us know if you have any flags or questions!

Best,



========

**Partnerships tl;dr**

Quip with full details: https://fb.quip.com/yPGKAxpT85ml

PTA

- WHY: PTA uniquely sits at the intersection of family, school, and community. If you want to connect with US parents at scale, you work with the PTA.
- NETWORK: 16.2 million families across the U.S.
- COST: $110k
- WHAT WE GET:
    - Official partner for PTA's first-ever Back to School Week campaign
    - Dedicated Back to School landing page housing Instagram-supplied educational content
    - Email blast to ~16K PTA presidents at middle and high schools nationwide
    - Email blast to ~150K broader PTA members
    - Two community activations around Back to School Week

Scholastic

- <u>WHY</u>: Scholastic gives us the ability to win educators and the school community, creating a ripple effect to allow us to win parents and families. Educators and schools don't feel like they have enough information to help teens in their schools; a Scholastic partnership helps fix that.
- <u>DATA:</u>
    - More than half of U.S. school principals say they're extremely concerned about children's use of social media outside of school, but just 14 percent describe themselves as "very prepared" to help students use social media responsibly. (<u>Education Week</u>, April 2018)
    - 98% of teachers feel confident about sharing information that they receive from Scholastic with parents of their students
- <u>NETWORK</u>: 115,000 schools > 3.8 million educators > 54 million students > 78 million parents/caregivers
- <u>COST</u>: $135k
- <u>WHAT WE GET:</u>
    - Physical distribution to 20,000 classrooms across the U.S. (Reach: 20,000 teachers = 600,000 students and families, assuming 30 students per class)
    - Dedicated IG educational destination on <u>Scholastic.com</u>
    - E-newsletter integration in Scholastic's Teacher (250K+ subscribers) and Parent (150K+ subscribers) e-Newsletters