# AMENDED Exhibit 49

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# IG Teens Team FYI

**January 25, 2018 at 3:24 PM**

# TBH Learnings I met with ▮ from the TBH team earlier this week to pick his brain on teens. Please let me know if there's anything you'll like to learn from them and I can ask. Here are the highlights: 1. Their growth strategy was to go school by school. They would create an IG account with a bio saying "TBH coming to your school" and follow people who go to the school. They would get the list of people by crawling profiles and followers. Once they got enough followers, they would message, post, etc to get people to install the app. 1. High schoolers love anything that is exclusive to their high school community. He thinks community is more important than the actual product. 1. He thinks the directory feature is enough to get teens excited. A primary job TBH fulfilled was giving teens a way to see everyone at their school. 1. Bullying, sketchy people, and hacking will happen very quickly and will be a constant battle that we'll have to invest in. Bullying will even happen if we just have a directory. People will create accounts with usernames that make fun of people and join the network. Some integrity measures they used: 1. Requiring phone number verification. They ended up disabling VOIP phone numbers because of abuse. 1. Limiting the number of times you can switch high school. This helped, but many people would write in and ask if they can switch back. 1. Removing people who said they belonged to a HS but were not in the contacts of other people at the HS. 1. They found chat to be a good way for people to report abusive and bad activity since it's real time and you can assure the reporter that action will be taken.

**January 25, 2018 at 3:54 PM**

Re 1) Really interesting growth strategy using follower and their friend graph. Similarly, our FB ML school inference model also take friend graph into consideration. We can do a reverse infer to find out people who goto xxHS, and potentially use it in some promotion flows

**January 25, 2018 at 4:06 PM**

i think this will work really well!

CONFIDENTIAL

META3047MDL-047-01191566