# AMENDED Exhibit 50

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# FutureXFuture

A collaboration between Partnerships,
The Factory and PMM



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-065-00285554

# Agenda
Business case
Strategic Hypothesis
Proposal

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-065-00285555

# We have a teens problem



— US teen_dap

FB : Pulled based on Lifestage model

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-065-00285556

# And worse, a perception that we are a problem for Teens



**Inquiry finds children being pushed to brink by social media bullying; tech giants doing little**

SOCIAL media tech giants like Facebook, Snapchat and Twitter need to be more transparent and accountable for their failing to combat cyber-bullying which is hurting children.

Charles Miranda    News.Corp Australia Network    FEBRUARY 26, 2018 11:54AM

News › World › Americas

**Teenage cyberbullying victim mocked on Facebook days after suicide in front of parents**

'I love you so much just remember that please and I'm so sorry for everything,' the 18-year-old wrote in her final message to her family

**Facebook is the worst social network for bullying with 19-year-old BOYS the most common victims**

**Being Glued to Facebook is Causing Major Problems for Teenagers**

META3047MDL-065-00285557

# Teens are at risk of being 'exposed' to an unintended audience

| Top Tier Barriers (Stated Importance)<br>*Showing 5-7 (Top 3 box), Ranked by All* | All<br>(N=1000) |
|---|---|
| I prefer to post on apps that are more fun than Facebook | 43% |
| I would rather see what others are doing, rather than sharing what I am doing | 38% |
| The people who I want to share with don't use Facebook | 37% |
| I get more response to my posts on other apps | 37% |
| It's embarrassing when my parents comment on my posts | 36% |
| My parents will see my posts | 35% |
| Most of the people who see my posts are adults | 35% |
| I'm worried that what I share or post could impact me later in life | 33% |
| Facebook isn't for people my age | 33% |
| Most of the people who see my posts are not my intended audience | 32% |
| What I share or post stays on Facebook forever | 32% |
| Facebook is outdated | 31% |
| Facebook is cluttered with too many features | 30% |
| Facebook isn't cool | 27% |

| Bottom Tier Barriers (Stated Importance)<br>*Showing 5-7, Ranked by All* | All<br>(N=1000) |
|---|---|
| Facebook doesn't protect my privacy | 27% |
| Embarrassing content about me (pictures, posts, etc.) from a long time ago shows up on Facebook | 26% |
| I'm not sure who is able to see my posts | 24% |
| Too many people see my posts | 23% |
| My network of friends on Facebook is too broad and random to share with | 23% |
| Friends I add later will see everything I've ever posted | 22% |
| Facebook doesn't allow me to be as creative with what I share or post | 22% |
| I feel like I'm the only one my age who posts on Facebook | 22% |
| What I want to post doesn't fit with the other stuff I see on Facebook | 21% |
| I don't want to be the one who posts the most among my friends | 20% |
| I don't think News Feed shows my posts to enough of the right people | 19% |
| It takes too much time to post to Facebook | 18% |
| I'm concerned about not getting enough likes on my posts | 17% |
| Facebook is difficult to use | 12% |

**Teen Barriers to Sharing on Facebook: Quantitative Study November 4, 2016**
Q: How much of a reason is each of the following for not sharing on Facebook more often? [For non-users] How much of a reason is each of the following for not using Facebook at all? [Showing 5-7, Ranked by All]
Top 5 Barriers among each audience in **bold**
MOE: Alls 3.1, Base = 6.01, Swing = 4.53, Reach = 6.03

# As a result, they are drawn to platforms optimized for 1 to Few **communications:** smaller groups, more private, intimate conversations

Messenger has a **1.15x** higher Participation Rate for teens than adults.

For Messenger groups, we see the average number of people in the threads increase with age.



**Source: Teen Custom Privacy Control ·10/16 , Teen Participation Rate 2/18**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-065-00285559

"Everyone I know is on Facebook. I post something and all my friends, my dad, my coach sees it. Like, I'm not that close to some friends."

**US Teen "Nearly half of U.S. teens prefer Snapchat over other social media" Recode, Oct 2017**

HIGHLY CONFIDENTIAL (COMPETITOR)

The Challenge

**Facebook's unique offering is *1 to Many* communications**

Something Teens don't currently see value in and media perceives as bad for Teens

HIGHLY CONFIDENTIAL (COMPETITOR)

# At the moment, the Small Groups project is working to solve this by creating more intimate ways of sharing

**Strategy**
Go from a place where teens share to everyone, to a place where teens can share to anyone

**Product Idea**
A new share sheet optimized for casual sharing and small groups



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-065-00285562

How it comes to life

# 4 Coinciding FutureXFuture Pilots

### Education Programming

Partner with Scholastic to create curriculum and a contest asking students to make a video about what they would do to address an issue they're passionate about

### Influencer Activation

Encourage teens with significant social followings to use Facebook to mobilize their community to reach a goal related to their passion

### Teen-led ALT Marketing

An off-platform campaign by teens for teens to drive awareness and perceptions of Facebook as a place to amplify their voice on the issues that matter

### Youth Summit

A day long event at MPK where 100 teens join their peers to discuss, share and amplify their opinions following the 2018 midterm elections

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-065-00285581

# Timeline

|  | March - June | August - September | October | November - December | Spring 2019 |
|---|---|---|---|---|---|
| **Education Programming** | Create curriculum with scholastic + get teacher feedback | Launch lesson plans and contest promotion | 25 winners chosen to receive $5k scholarships + a trip to FXF Youth Summit | | |
| **Influencer Activation** | Recruit and work with influencers to identify their cause and goal | Collaborate with influencers to improve platform tools to help activate their community to reach their goal | Influencers select someone from their community to join them at the FXF Youth Summit | **Teen-led ATL Marketing** Leverage cultural moment around giving Tuesday to launch | **Youth Summit** at MPK with contest winners, influencers and other teen leadership |
| **Youth Summit** | | Event planning and logistics | Invitations go out | | |

Who's involved
# An XFN approach to drive relevancy among teens

| Education Programming | Influencer Activation | Teen-led ATL Marketing | Youth Summit |
|---|---|---|---|
| **Education Partnerships** Leverage established relationship with Scholastic to facilitate activations | **Influencer/Comm Partnerships** Strengthen new and existing relationships with Teen influencers and leaders to build community around their passions/goals | **Consumer Marketing (Factory)** Reputation storytelling to test impact of FXF message among all US Teens | **Education Partnerships** Lead event creation as a strategic filter on existing Youth Summit |
| **CE PMM** Work with Scholastic + Education Partnerships to ensure FB tools are properly represented in curriculum | **Youth PM** Product testing with Teens influencers where applicable | **CE PMM** Use / tweak campaign assets to track against Integrity PMM L2 goals | **CE PMM** Help incorporate product support (civic tools, safety, etc) into the event agenda / space. |

**Comms**
Leverage FXF narrative to drive sentiment among INTS

HIGHLY CONFIDENTIAL (COMPETITOR)

# Budget

| Education Programming $675k | Influencer Activation $500k | Teen-led ATL Marketing $6.5M | Youth Summit $300K |
|---|---|---|---|
| School Curriculum $250k<br><br>On-platform campaign to promote contest $300k<br><br>Prizes for winners $250k | Influencer engagement for a year $500k | (Digitally-led) off platform test Media: $5M Production: $1.5M | Youth Summit in MPK (including travel) $300k |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-065-00285584

# Mitigating Risks

"What credibility does Facebook have to create curriculum for schools?"

Don't position Facebook as the org building curriculum, but as a supporter of Scholastic, an expert in education.

"Facebook is indoctrinating teens with their liberal agenda."

Showcase an equal mix of conservative/liberal issues teens care about.

Allow teens to speak for themselves to create authenticity and show how we're supporting beliefs/ actions they are already taking.

"Facebook is not safe for teens"

Dedicate additional resources to monitor participating teen pages/groups susceptible to trolling/bullying.

Equip educators and students with safety tips and tools before using our platform.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-065-00285586

# Scaling Globally

Internationalize curriculum and make an online resource easily available to educators everywhere

Launch contest and marketing campaign in key global markets

Launch youth events in priority markets

HIGHLY CONFIDENTIAL (COMPETITOR)

# Scholastic Partnership Phase 1: Education

**Goal**: Provide today's youth with the civic tools and knowledge they will need to build strong communities for tomorrow— ultimately elevating young people to be vehicles for positive change in their local communities.

Partner with scholastic, youth education, groups, integrity teams across Facebook, and expert partners to create classroom lesson plans that cover topics such as:

- Finding your passions / purpose - continuation of work youth education team did last half around emotional intelligence. http://www.scholastic.com/ourbestselves/
- Connecting with causes you care about
- Building on and offline communities around those causes
- Activating your community on and offline through local government
- Civil discourse & building understanding in communities

HIGHLY CONFIDENTIAL (COMPETITOR)

# Scholastic Partnership Phase 2: Activation

**Goal:** Run a contest that will activate young people around the lesson plans.

Contest Details:
- Choose an issue you're passionate about in your local community and show us how you're taking action on that issue. Submit a video that showcases what the issue is and how you're taking action or how you plan to take action.
- Scholastic will do first round of selections and Facebook will choose top 25 winners.
- Scholastic will provide incentives for student and teacher participation in the form of scholarships.

HIGHLY CONFIDENTIAL (COMPETITOR)

# Scholastic Partnership

## Promoting Lesson Plans

- Email blasts to high school teachers

- Banner media on scholastic.com/Teachers:

- E-Newsletters

- Content integration on scholastic.com/
  Teachers

- Scholarship incentives for both teachers and
  students to participate in the challenge

HIGHLY CONFIDENTIAL (COMPETITOR)

# Of Teens that want to get more involved in social causes, 1/3 don't due to a lack of access.  This goes up to almost half for civic engagement.

Things like age, lack of money, and connections are preventing them from further engaging.



Source: Ypulse Teen Woke Survey, n=463, 13-18 y.o.; F200: What is preventing you from getting more involved in government & politics? (open-end); note: % sum to 100, for those mentioning multiple barriers first one was coded
Source: Ypulse Teen Woke Survey, n=371, 13-18 y.o.; F225: What is preventing you from getting more involved in the social causes you care about?  (open-end); note: % sum to 100, for those mentioning multiple barriers first one was coded

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-065-00285591