# AMENDED Exhibit 53

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



META3047MDL-047-00067096



**Goals of presentation**

| | |
|---|---|
| **Objective** | Early steer on concepts before H2 prioritization |
| | Higher level steer on longer term spotlight opportunities & gauge early conviction |
| **Discussion** | Concepts you have early conviction in or want us to dig into more? |
| | Can leads help open up channels with marketing, partnerships (important figures & 3p apps) teams by aligning with the right POC leads? |
| | Due to time sensitive nature of teen decline (FB saw 50% loss of teens within 2 years) are growth leads aligned that we can move fast on angle changing areas without proven ROI yet? Should we consider XFN structural changes, test fast and pivot early approaches…? |

META3047MDL-047-00067097



CONFIDENTIAL



Controlling the narrative
Strategy overview
Spotlight key opportunities

CONFIDENTIAL



CONFIDENTIAL

META3047MDL-047-00067100



CONFIDENTIAL

META3047MDL-047-00067101



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

META3047MDL-047-00067107



CONFIDENTIAL



META3047MDL-047-00067109



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



META3047MDL-047-30067193



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

META3047MDL-047-00067131



CONFIDENTIAL

META3047MDL-047-00067132



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

META3047MDL-047-00067144

**Leverage school networks**

Our competitors in social connection are leveraging school integrations as a way to keep in touch with their community.

Can we take this a step further and use school networks as a lever for acquisition?



Attaching your college email to your snapchat grants you access to campus specific features

In April 2023, Snapchat has started to partner with several high schools to test new community story features

How can we position Instagram as integral to navigating
school relationships, especially during transition periods?



META3047MDL-047-00067146

How can we position Instagram as integral to navigating
school relationships, especially during transition periods?



How can we position Instagram as integral to navigating
school relationships, especially during transition periods?



META3047MDL-047-00067148



META3047MDL-047-00067149



CONFIDENTIAL