# AMENDED Exhibit 54

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Everyone on Facebook HS edition

**Goal**
Learn whether school blasts can tip schools from inactive to active via network effects and incrementally increase teen MAP in those schools.

**Approach**

**What does success look like?**

**How will we measure success?**

**Test variants**

- EF campaign only (to production)
- EF campaign && presence && privacy change && T2T PYMK && parent demotion (or other feed test?)

**Sizing**

- #todo

**Schools**

- Finding engaged schools using school data https://fb.quip.com/NnoJAjYFoARd
- How many schools?



CONFIDENTIAL
META3047MDL-047-00579228



CONFIDENTIAL                                                                                                 META3047MDL-047-00579229



CONFIDENTIAL               META3047MDL-047-00579230

CONFIDENTIAL META3047MDL-047-00579231



CONFIDENTIAL

META3047MDL-047-00579232