**AMENDED** Exhibit 55

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

IG Growth     Update     November, 2023

# Unlocking new networks through school communities

CONFIDENTIAL

META3047MDL-065-00185739



TL;DR

# Context Summary

### OBJECTIVE

- Unlock the ability for high school and college students to discover and connect with people from school (Phase 01) ████ : ████████ ██████ ████████, to give teens a new reason to join/find more value with IG.

### STRATEGY

- ███████████████████████████████████
  ███████████████████████████████████
  ███████████████████████████████████

### MEASUREMENT

- [Success] ███████████████████████████
- [Opp Size] ███████████████████████
- [Success] ███████████████████████████
- [Opp Size] ███████████████████████████

META3047MDL-065-00185740

TL;DR

# Product Summary



| Phase | Eng Effort | Staffing | Timeline | Goal | Measurement | What we are building | Risks |
|-------|-----------|----------|----------|------|-------------|---------------------|-------|
| PHASE 01 Add Your School, Find Friends | 8 weeks iOS 8 weeks Android 16 weeks server | 1 Android, 1 iOS, 2 Server | H124 Test | Help high school and college students find and connect with schoolmates already on IG | | - A profile badge that shows to others at the same school. - SU, Search, and Discover People labels for those in your school. | |
| | TBD | TBD | H22024+ | | | | |



TL;DR

## Discussion

**ARE YOU ALIGNED WITH GROWTH INVESTING IN PHASE 01 IN H12024?**

- [FYI] Right now, we only want to commit to validating Phase 01 (Phase 02 is a WIP vision).
- ███ ███████████████████ ███████ ████ ███████████████ ████████ ▮ ███ ████████████
- [FYI] Budget needed for school email verification, done through a potential partnership with UNiDAYS (email verification service, ████ ████████ ████ ████████ ▮ ███████.
- [FYI] Design, content, and eng have proven feasibility with several reviews and even tackled a prototype at a recent hackathon (check it out!).

META3047MDL-065-00185742



Context

META3047MDL-065-00185743

Why should we do it

Our current strategy of relying on power
user teens to get less active friends on to
IG may not be effective if **there are full
communities of teens that have not yet
joined IG.**

— Why US Teen DAU is declining while Session & Time are growing

CONFIDENTIAL

META3047MDL-065-00185744

Positioning

## Our competitors are exploring school communities.

Snapchat has alluded to continued investment in communities and traction with high schools and colleges [link].

"We recently launched Communities, a product for private groups in which members can add friends and post to a shared Campus Story. We started with colleges and high schools and will be rolling it out to more communities over time. We've now onboarded 1,400 colleges in the US, and will continue expanding to more universities around the world."

-VP of Product, Snapchat



Snapchat's communities stories shares content to your high school's graduating year

Discord allows users at a school to create chat servers around freeform topics

CONFIDENTIAL

META3047MDL-065-00185745

Why should we do it

## Schools are already a top attribute about themselves that teens like to display in their profile bios



Samples:

(eg. SC, TikTok)

Estimated using regexp matching

META3047MDL-065-00185746

## In 2024, we need to unlock these new school communities that will kickstart network connections in two phases

**Phase 01:**

**Add Your School to Find Friends**

Unlock discovering and connecting with people from your school

**Phase 02:**



META3047MDL-065-00185747



META3047MDL-065-00185748

Why should we do it

Teens get an app when they hear about it from friends, but they don't think their friends on are IG.  ███████ ██ ██ ████████ █████ ███ ██ ████ ███ ██ ██ ██ ███ ██ ███.

(Open Questions for the Phase 02 Product)

META3047MDL-065-00185749



**Product plan**

CONFIDENTIAL

Positioning

## User problems:

**1)** teens want to sustain or make new connections with classmates

**2)** ...but they need assurance their connections are legitimate (i.e. others are who they claim to be)

**3)** teens want to connect easily with looser acquaintances at school for a sense of community

Source: See Building school communities for teens: insights from the past (July 2023) for a summary of research and Marginal Teens analysis

CONFIDENTIAL

Plans for H124+



H1 2024

## 1. Discover & Connect

Add your school to your
profile and see school
badges on others' profiles

→ School Profile Badge
→ Existing Users Can Add School
→ SU, Search, Discover People Labels

H2 2024 & Beyond

META3047MDL-065-00185752

**Phase 01**

H2 2023: Scoping Begins
H1 2024: Test & Validation

META3047MDL-065-00185753



META3047MDL-065-00185754



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



META3047MDL-065-00185758



META3047MDL-065-00185759



CONFIDENTIAL



CONFIDENTIAL