# AMENDED Exhibit 60

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Document Provided in Native Format**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-019-00052388



## Agenda

1. Overview
2. Impact report
3. Back to School - US roll out
4. Back to School Calendar overview
5. EVERFI – events
6. Professional Development
7. LIVE Series
8. State Chiefs Roundtable
9. Marketing collateral
10. Confirmed International launches
    - Example EMEA launches
11. Questions

## Program Overview

Get Digital is Facebook's signature digital citizenship and wellbeing program designed to:

- provide educators and parents with the support and resources they need to help young people navigate and thrive in today's complex, connected digital world;

- provide youth with the opportunity to apply skills learned in building competencies to succeed in the 21st century.

### Target Audiences

- Educators/Youth Program Coordinators
- Parents and Caregivers (including seniors/grandparents)
- Youth (ages 10 – 18)



Get Digital Homepage

3

## Content Pillars



4

Get Digital is a citizenship and well-being platform that is divided into 5 pillars

Foundations – online safety
Wellness – How you can support yourself online
Engagement – How you interact with others and the wider world
Empowerment – How you can use the online world to promote social good
Opportunities – a look at how you can prepare yourself for 21st Century Careers

Experts have told us that the well-being of a young person online is dependent on all of this.



## Distribution Partners

- **UNESCO** – Cross promotion with existing Education Partnership relationships.

- **Everfi** – Platform integration into 20,000 schools across the United States, 4 activation events throughout 2020 and in-school trainings

- **ISTE** – showcased on the DigCit platform.

- **National Parent Teacher Association** – Included in back-to-school resources, PTA connected program and hosting roundtables to promote with parents at key conferences.





5



# Educator Resources

Expert informed resources curated into five content pillars that provide educators the ability teach digital citizenship and wellbeing skills.

Resources:

- Facilitator Guide
- Lesson Plans
- 37 Lessons

Partners:

- Youth and Media team at the Berkman Klein Center for Internet & Society at Harvard University
- Teaching Tolerance
- *Greater Good Science Center*

Note: First full program created to align with the ISTE DigCitCommit standards: Alert, Engaged, Inclusive, Balanced, Informed





6

Now we will focus specifically on resources designed for Educators.

Activity based lessons that can be taught independently or in sequence.
Fully scripted so ready to use immediately in the classroom or online.

## Facilitator Guide

. Designed with teachers in mind to support them as they prepare to use this in the classroom.

Includes:
- overview of lessons & objectives
- glossary of key terms
- FAQ for educators (how to incorporate lessons into classrooms).



7

We suggest you have a look as this may answer some of your questions.