# AMENDED Exhibit 61

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Get Digital

**A DIGITAL CITIZENSHIP AND WELLBEING PROGRAM CLASSROOM CASE STUDIES**



FACEBOOK

# Contents

GET DIGITAL OVERVIEW                                    03

PILOT PROGRAM                                           04

PREPARATION AND PILOT DESIGN OVERVIEW                   05

CASE STUDIES                                            06
Arizona University Prep Digital                         06
Wellington Middle School                                08
Bismarck Career Academy & Technical Education Center    10
Stacy Kaye Danielson Middle School                      12

CONFIDENTIAL                                                           META3047MDL-046-00138683

# Get Digital Overview

Facebook's Get Digital Program launched in March 2020 as a resource for educators, parents and youth.

Developed from lessons drawn from the Harvard Berkman Klein Center for Youth and Media, Teaching Tolerance, Greater Good Science Center, Net Family News, Micro: Bit Educational Foundation, Beyond Differences and the Yale Center for Emotional Intelligence, Get Digital provides research-informed lessons, tips and resources to help parents, educators and young people develop the skills they need to become wise, empowered and responsible digital citizens who creatively, compassionately and safely use, control and build technology to improve individual and community prosperity, and wellbeing.

Get Digital's Facilitator Guide features lessons that have been carefully curated for middle and high school students into **five content pillars:**

1. **Foundations**
Using basic skills to protect personal information and data.

2. **Wellness**
Promoting health, wellbeing and resiliency when using technology.

3. **Engagement**
Evaluating media sources and building safe, inclusive communities.

4. **Empowerment**
Using the power of technology and social media to create positive change.

5. **Opportunities**
Developing a digital skill set to prepare for future careers in technology.

To advance this work, Get Digital launched five pilots with five different schools and educators to explore the usage of Get Digital curriculum and professional development materials to learn what works best and to equip young people with the skills and tools they need to not only engage better digitally, but also lead others in their lives and communities to do so.

CONFIDENTIAL                                                                                    META3047MDL-046-00138684

# Pilot Program

From January 2021 to May 2021, we worked with educators and schools across four different states, including Arizona, Colorado, North Dakota and Texas, to pilot Get Digital curriculum and professional development materials. Pilots were voluntary, geographically diverse and ranged from single school implementation to statewide workshops. The goals of the pilots included:

 Providing case studies of real educators and teachers using Get Digital in classrooms across America to develop a strong narrative for the importance of digital lessons.

 Gathering actionable feedback from students, educators and teachers on the efficacy of the Get Digital content and ways it can improve.

 Collecting authentic artifacts and evidence of successful use of Get Digital resources that can be amplified and showcased broadly as examples to support digital citizenship education in classrooms, schools and communities.



Get Digital

META3047MDL-046-00138685

# Preparation and Pilot Design

Each pilot was provided for approximately 15 weeks to execute some or all of the Get Digital curriculum and/or professional development materials. During this time, pilots designed either exemplary professional development, lesson plans or creatively incorporated Get Digital materials into their curriculum or workshops and gathered feedback on the efficacy of the content. Pilots encompassed a wide range of implementation sites that included:

- Middle and high school classroom implementation

- Middle and high school schoolwide implementation

- Statewide virtual professional development workshop

To ensure flexibility, each pilot determined the frequency of lessons or professional development training. Pilots participated in peer-to-peer networking calls to share key learnings and engage in professional learning with their colleagues. Pilots also completed one 30-minute survey to provide feedback on the content and how the content was received by students, teachers or workshop participants.

## SURVEY QUESTIONS INCLUDED

- What is the biggest digital safety, wellness or engagement challenge facing your school, district and/or individuals [students/teachers/parents/etc.]?

- How did Get Digital resources help you achieve your goal or solve the identified challenge/problem?

- What is the single biggest reason you would recommend educators use Get Digital resources?

- Why does digital wellness matter and how is it impacting students, educators, families and/or your community?

- What is your call-to-action for educators?

- Provide an artifact to highlight and/or showcase your Get Digital pilot.

Each Get Digital pilot has been reviewed and highlighted as an individual case study. Case studies provide a deeper look into how Get Digital resources and materials may be integrated into a specific context and provide ideas and insights for how educators and caregivers can implement promising practices to support their students and children to be active, healthy and balanced digital leaders.

CONFIDENTIAL                                          META3047MDL-046-00138686

CASE STUDY
# Arizona State University Prep Digital

**Arizona State University Prep Digital
Arizona Virtual Teacher Institute:** Arizona State University Prep Digital, Arizona

**Pilot Lead:** Betsy Fowler, Executive Director of Strategic Initiatives

## BACKGROUND

Arizona State University Prep Digital (ASU Prep Digital) is an online school serving students in grades K-12 and school partners around the world. They are a college prep option where online high school and university courses converge in a unique learning opportunity for all students. As an accredited, rigorous virtual school program, they also support educators, teachers and districts in Arizona, while serving students and schools around the world. Their mission is to personalize education, improving outcomes for all students.

ASU Prep Digital has created the Arizona Virtual Teacher Institute to help Arizona teachers thrive in the new reality where online instruction is a part of every school plan. This training is provided at no cost to schools or teachers through the generous investment of the Arizona Department of Education, the Governor's Office, Helios Education Foundation and Arizona State University.

## DESIGN, PROCESS AND DEMOGRAPHICS

ASU Prep Digital offered a two-hour Saturday virtual workshop free of charge to 15 voluntary participants who signed up through the ASU Prep Digital Training Calendar. The pilot was conducted remotely and participants engaged with the Get Digital professional development slide decks. Participants represented:

 Educators and teachers who work in rural, urban, suburban and reservation schools

 Educators and teachers who work or teach in elementary, middle and high school

 Educators and teachers who teach special education, English as a second language, newcomers and bilingual education

 Caregivers and postsecondary students

 Educators and teachers from Title I schools

CONFIDENTIAL

META3047MDL-046-00138687

**Case Study: Arizona State University Prep Digital**

## PILOT EXPERIENCE AND FINDINGS

### Digital Challenges

Participants who engaged in the two-hour training shared that the biggest challenge related to digital safety facing their community of students teachers, and caregivers included:

- An overwhelming number of websites with ads, pop-ups and clicking on unsafe content

- Supporting students to use technology appropriately—staying on task when working on assignments

- The social and emotional wellbeing of students especially when dealing with physical isolation or cyber bullying

### Get Digital as a solution

Teachers shared that Get Digital resources could drastically help them solve for these challenges. Overall, they felt that the content of the Get Digital lesson plans would be beneficial for students. Specifically, they identified that lessons could be modified to help students become more aware of the importance of practicing digital safety and using time wisely with technology.

Teachers also reported that they were planning to implement 1-2 prompts daily for discussion in their classrooms, in weekly social-emotional learning meetings and in content areas where students work in a computer lab or with technology in the classroom after becoming aware of the Get Digital resources.

### Recommendations

Training participants shared that the single biggest reason they would recommend Get Digital resources to educators, parents or caregivers is to provide them with ideas about how to talk to their children and students about digital citizenship. Overall, they felt that the resources provided a comprehensive overview of topics that are important for students and their safety and how they might be supported and trained in digital tools and resources. Participants also shared that the Get Digital resources were easy to use and ready for teachers to implement topics needed right away.

### Call-to-Action

ASU Prep Digital training participants believe digital wellness is important for everyone, and that it is essential for **both caregivers and educators to take an active role in educating their children and students on the importance of the topic and using digital resources responsibly.**

CONFIDENTIAL                                                    META3047MDL-046-00138688

CASE STUDY

# Wellington Middle School

**Wellington Middle School:** Wellington, Colorado

**Pilot Leads:** Kip Hottman, Spanish Teacher and Luke Hughes, Language Arts Teacher

## BACKGROUND

Wellington Middle School (WMS) is a public school located in rural Wellington, Colorado in the Poudre School District of North Colorado. Wellington Middle School maintains approximately 35 teachers and 550 students in grades 6-8 and has served the community for over 55 years. WMS offers many acceleration opportunities for students including Pre-Advanced Placement courses for students in 7th and 8th grade, and a school-wide AVID (Advancement Via Individual Determination) program that helps prepare students for high school and post-secondary success.

Extracurricular activities at WMS include a music program, competitive and intramural athletics, Preparing for Academic Student Success (PASS), United Kids of WMS, W.E.B. (Where Everyone Belongs), and Eagle Power student government. Wellington is a National and Colorado "School to Watch," a National Green Ribbon School and an International AVID Demonstration School.

## DESIGN, PROCESS AND DEMOGRAPHICS

Wellington Middle School piloted a two-month Get Digital program that began as an individual course before being adapted to their student advisory time. Advisory is held everyday at the end of the school day for 40 minutes. WMS made an intentional decision to choose to host a daily advisory as evidence suggests that this type of support for students in grades 6-8 is extremely beneficial. The program was built as a synchronous and asynchronous course to allow for learning to be self-paced. During this time students engaged in various activities and learning experiences related to social-emotional learning, digital literacy, academic advising and proactive and restorative circles.

After assessing students, each teacher determined that the best approach for their students would be to focus on building a strong digital foundation. They chose to implement the Get Digital Digital Foundations and Digital Wellness Pillars. Each teacher piloted the Get Digital lesson plans specific to these pillars. Lessons were developed using Google classroom, shared documents and slide decks.

Get Digital

CONFIDENTIAL

META3047MDL-046-00138689