# AMENDED Exhibit 62

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-050-00174378



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL-050-00174383



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-050-00174384



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL-050-00174388



How can k12 schools pave the way for all students to achieve their goals in college, career, and life?

Mark, Sheryl, and many of the company's leaders are passionate about supporting education.

But the idea of having a k12 team here at Facebook started just over a year ago, when Mark first visited the Summit Public Schools.

Summit is one of the most innovative charter school networks in the country, and they've been working to pioneer a new model of personalized learning to ensure every student is truly ready to succeed in college and their career.

Summit had made good progress, but when Mark asked how he could help, Summit's CEO said that to really drive next-generation learning forward, we needed a great engineering team.

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-050-00174389



So, what does a next-gen school look like?

To prepare a diverse student population for success in a four-year college or university, and to be thoughtful, contributing members of society, Summit has identified Four Elements of College Readiness that we instill in everything we do.

The role of a teacher shifts away from being a one-size-fits-all lecturer, to instead being a mentor and coach, as students each work on a personalized learning plan customized around their own needs and interests.

We define college readiness with these four elements.

Students work collaboratively on rich Projects to develop cognitive skills like critical thinking, problem-solving, and communication.

For content knowledge, students master every topic before moving on to more advanced content

Meta-Cognitive Skills are just as critical, and student develop persistence, grit, and other habits of success through the increased responsibility of directing their own learning

And finally, students explore their passions in authentic, real-world experiences

14

HIGHLY CONFIDENTIAL (COMPETITOR)



## Impact and Results at Summit Schools

- A diverse student population spanning all backgrounds
- 99% of Summit students are accepted to a 4-year college
- 50% of students are first in their families to go to college
- College graduation 2x the national average
- 1,000 visitors per year asking "How can we do what you're doing?"

College Acceptance

College Graduation

The results have been profound. 99% of Summit Students are accepted to at least one 4-year college

Summit recruits a diverse student population spanning the entire socio-economic spectrum, half of whose parents didn't go to college. So this model is truly changing people's lives.

And college acceptance isn't the end of it… to see whether students are truly college ready, you need to see whether they actually graduate.

And Summit students graduate from college at twice the national average.

And as a result, Summit attracts over a thousand visitors per year, often asking "How can we do what you're doing?"

Historically, there hasn't been a great answer. But with our support, we're working to scale this model to schools everywhere with our Personalized Learning Platform.

15

HIGHLY CONFIDENTIAL (COMPETITOR)

## PLP – Personalized Learning Platform

· Facebook partnered with Summit Public Schools to build the software that enables the Summit Model

· All student work (projects, playlists, goals, feedback) in one simple interface – the PLP connects long-term goals to daily actions



· Students move at their own pace, learning how to learn, receiving targeted support

· Teachers, Mentors, and Parents are empowered with real-time data

· Includes an online, free, crowd-sourced curriculum developed by leading educators

In the past, keeping track of a full classroom of students with different needs all working on different things would be crazy difficult, but the PLP makes this possible in one simple interface.

Students can move at their own pace, learning how to learn along the way, and receiving targeted support both from both their peers as well as teachers and parents who have real-time data showing exactly how all their students are doing.

Moreover, the platform provides a crowd-sourced curriculum that's been developed over the past decade with Learning Experts from Stanford and SRI, and these shared resources are continually improved by everyone using the system.

16

HIGHLY CONFIDENTIAL (COMPETITOR)

## K12 & Connecting to Facebook's Mission

- Facebook's focus is not just connecting the world, but how being connected can empower people to improve their lives

- Educational Technology makes it possible to scale the world's best learning experiences, transforming traditional "Factory Model" schools into personalized learning communities



As Facebook becomes increasingly successful at connecting the world, we can broaden our work to include how being connected empowers people to improve their lives.

Educational Technology it possible to scale the world's best learning experiences, transforming "factory model" schools into personalized learning communities.

Summit took twelve years to grown its personalized learning community from 0 to 2,000 students.

The PLP platform is going to support growth from 2,000 students to all students across the world.

HIGHLY CONFIDENTIAL (COMPETITOR)

## Change requires vision + patience + talent

- Demand is huge – half of teachers say current products are ineffective
- Current addressable market is tiny – 80% locked up in salaries & benefits
- Results in ed tech companies failing to attract talent, getting diverted by investors seeking short-term returns, or tackling problems that don't matter (or don't exist)
- We're doing this because it is valuable for the world

But that change is going to require vision, patience, and talent.

Demand for transformative education technologies is huge. Right now, half of US teachers say the ed tech products they're using are ineffective. Not just that they aren't great, but that the product actually don't work for their students at all.

Despite this, the current addressable market is tiny – 80% locked up in salaries & benefits. This year Facebook will make double the entire market for instructional resources, from textbooks to state tests.

This results in companies failing to attract talent, getting diverted by investors seeking short-term returns, or tackling problems that don't matter (or don't exist).

We're doing this because it's valuable to the world – and we're in a unique position to have real impact.

HIGHLY CONFIDENTIAL (COMPETITOR)

## Roadmap

| Schools | Teachers | Individuals |
|---|---|---|
| **End-to-end student experience supported by our PLP platform** | **Modular components of the PLP teachers anywhere can use** | **Anyone with a connected device can have free access to a quality K-12 education** |
| **90% of K-12 edu occurs in public schools** | **Proven strategy for rapid growth of K12 content & tools** | **Connecting the world's students to the world's best learning experiences** |
| **50% of K-12 students come from low-income families** | **Bottoms-up approach creates demand, tips school & district leaders** | |

We're starting where we can prove out the model beyond Summit and where we'll have the biggest impact on students. That means starting in public schools, where 90% of K-12 education occurs and half of the students come from low-income families.

Next we plan to release modular components of the PLP that teachers anywhere. Modular content is exploding in education, displacing traditional publishers, driving even greater demand, and tipping districts from the bottom up.

This will ultimately result in anyone with a  connected device having free access to a quality K-12 education and a vibrant personalized learning community.

19



Over the next few years, this will look like continued use of the PLP software in Summit's schools, which you see in California and Washington State in yellow.

This fall, we're expanding to support the 20 schools shown in red in using the software and adopting Summit's model through a closed pilot program called Basecamp.

And in 2016, we expect to grow by a factor of 10, building on the first pilots and establishing new clusters in cities like Chicago and New Orleans that are active in personalized learning.

20



Our team has grown to 10 of the most talented people both across the company and throughout the world of Education. And we're just getting started, with plans to grow to 20 people by the end of this year.

HIGHLY CONFIDENTIAL (COMPETITOR)



If you're interested in learning more, check out these links, or please reach out to us anytime. Thank you!

22

HIGHLY CONFIDENTIAL (COMPETITOR)