# AMENDED Exhibit 65

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Message

| | |
|---|---|
| **From:** | [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=███████████████] |
| **Sent:** | 3/17/2016 7:03:44 PM |
| **To:** | Antigone Davis █████ |
| **CC:** | ████████ ████████ |
| **Subject:** | Re: NCSC16 |
| **Attachments:** | image001.jpg |

Thanks, Antigone. I already checked with PLP on co-sponsoring – they said they are not sponsoring conferences yet because they still need to figure out branding, messaging, etc. Summit Charter will be there talking about PLP – but no representation from FB team. They are still walking a fine line with positioning.

I think ████ (head of Charter School Alliance) values our presence and workshop content more than money so I'm assuming we can get by with a smallish amount - $10-20k. These charter schools are incredibly progressive and I think we'll have the highest adoption rate from this audience. They are also very vocal with policymakers and I know that she's hoping to have a virtual talk by the Obamas. I think it makes sense to have a presence here but obviously we need to look at the year and figure out how this fits in with the larger strategy/plan. This would be in my top three conferences based on what we have on the radar today.

Let me know if your thoughts – happy to jump on a call.

Thanks!


---

**From:** Antigone Davis ████████████
**Date:** Thursday, March 17, 2016 at 9:10 AM
**To:** ████████████████████
**Cc:** ████████ ████████████
**Subject:** Re: NCSC16

Let's see if PLP is already sponsoring them. If they are, I bet they would let us piggyback on their sponsorship. If you include ████ ███ on the email reaching out and cc me, I can make a pitch to him as well on Monday in the office.

+████ - as she keeps me in line on budget :)

---

**From:** ████████████████████
**Date:** Tuesday, March 15, 2016 at 9:20 AM
**To:** Antigone Davis ████████
**Subject:** FW: NCSC16

Hi! I know we're meeting next week but wanted to see if we can make a decision on our potential involvement in this conference in the meantime. ████ intro'ed me to ████ at the T&L event – she leads the National Alliance of Charter Schools and apparently this is THE conference for charter schools around the US. As you'll see below – she's interested in having us do a session on inspirED with ████ as well as a workshop for teen safety on FB for school leaders. I think we would also need to sponsor at some level – maybe $15k? I will also reach out to Mike/Adam from PLP to see if they want to partner on this – apparently Summit Charter is already doing a presentation on the PLP. Let me know your thoughts!

Thanks!

CONFIDENTIAL



**From:**
**Date:** Monday, March 14, 2016 at 12:06 PM
**To:**
**Cc:**
**Subject:** NCSC16

Hi         ,

I wanted to follow up with you and summarize my notes from our conversation Friday.  I've cc'ed         because, Facebook would have a role in presenting two sessions.

We want to focus on emotional intelligence at the National charter Schools Conference in 2016 and in 2017.

First, the bad news.  Looking at the schedule and talking to my boss, it is not likely that I can move your keynote from Wednesday to Monday.  Also it is highly unlikely to have a keynote repeat in back-to-back years.  But I can offer you and Facebook 3 sessions in 2016 and work with you in 2017 to create either a preconference or a block of time within the conference program to highlight RULER and EI (focusing on training –the-trainers), and hopefully build a community of emotionally intelligent charter public schools in 2017.  The 3 sessions are generally as follows:

SESSIONS:

1. <!--[if !supportLists]--><![endif]-->Emotional Intelligence - two hour intensive session with Dr. Brackett and area schools that implement RULER, focused on school leaders.  I'd like this to be more advanced level content under the leadership strand.
2. <!--[if !supportLists]--><![endif]-->InspirED – joint session with Dr. Brackett and Facebook, under the instruction strand, sharing the resources with teachers.
3. <!--[if !supportLists]--><![endif]-->Facebook session – social media skills, internet safety, bullying prevention (what do you do best?).  I think this would best be targeted toward the operations strand and to administrators who manage school culture.        I'm not sure if this would be presented by your MediaSmarts team.  They seem to focus on student behavior, can they also coach school staff on wise use of social media or on managing school issues, that are provoked online?

To get these sessions into the program, we need the session information (title, description, content level, speakers, contact information, etc.) submitted online using the late session link by March 31st.  I've attached the session proposal template, which is helpful to review, before entering the session online. I am happy to help you shape and answer any questions about the sessions.

RESEARCH:

We want to invite our potential attendees to participate in research that Yale is currently conducting.  We need language about the Emotional Revolution research (particularly noting who should participate and a link).  We'd also like a brief 30 – 60 second clip of        from an engaging keynote (to promote him as our keynote). We'd include both in an upcoming eblast.  It would also be helpful to include language about and a link to InspirED.  If we can't get this soon, I will try to push back the eblast.  Sorry for the short notice.

Please let me know if you have any questions.

Thank You,



National Alliance for Public Charter Schools

CONFIDENTIAL

**www.publiccharters.org**



Join me at the 2016 National Charter Schools Conference
June 26-29, 2016 | Nashville, TN
**www.publiccharters.org/conference**

CONFIDENTIAL