**AMENDED** Exhibit 66

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT



## 2024 IG (US) CAMPAIGN ON A PAGE



| Goal | Drive consideration (& ultimately preference) for IG among teens in service of long term teen MAU growth |
|---|---|
| Target Audience | Teens (13-17), US |
| Insights | ████████████████████████████████████ |
| Brand Strategy | ██████████████████ |
| Key Message | Small, playful actions on Instagram can lead to big friendships<br>(Proof points : Teen first products that helps them connect; Add yours, Music Stickers, Close friends, Notes, Reshares, Profile) |
| Job to be Done | ███████████████████████ |
| Timing | Chapter 3: August 12 - October 6 |

| Comms Task #1: Reappraise Value | Comms Task #2: Product Familiarity | Comms Task #3: Culture |
|---|---|---|
| ████████████ | ████████████ | ████████████ |

META3047MDL-146-00052283

IG'S BRAND JOURNEY SO FAR

**We have successfully driven teen consideration through our brand strategy of 'everyday creativity' anchored on teen use cases of our platform, and this is a continuation of the approach**



Instagram is for everyday creativity that connects you

**US Ch1**
Jun - Oct '23

**US Ch2**
Apr - Jun '24

**US Ch3**
Aug - Oct '24

FOR REVIEW TODAY

Hero Film "Small Fries" (Multi)
Watch here

"Now Close" (Close Friends)
Watch here

Hero Film "Making of friendships"
Watch here

"Listen Together" (Music Sticker) :
Watch here

ONP Stills / Gifs

OOH

ONP Stills / Gifs

OOH

HIGHLY CONFIDENTIAL (COMPETITOR)



META3047MDL-146-00052285



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)