# AMENDED Exhibit 67

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**From:** ▮▮▮▮▮ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮▮]
**Sent:** 8/5/2020 5:26:18 PM
**To:** ▮▮▮▮▮
**Subject:** For JED Spox Outreach for BTS Hub

**Overview:** To support the launch of the Facebook Back-to-School Hub on August 18, we are offering a top-tier outlet (national broadcast or national online newspaper) the opportunity to learn about the new Hub and the valuable resources it provides teachers and parents this fall. We'll be including the Pressure to be Perfect resources in the hub, as we know parents and teens will be feeling additional uncertainty/well-being challenges this school year.

**The Ask:** Participate in an embargoed interview to help demonstrate the importance of the Back-to-School Hub and share background on the vital role your team played in helping to inform and build the featured resources. ***Note, we are in very early conversations with broadcast networks, and there is no guarantee this will take place -- but we'd like to offer your voice as an option if press are interested.***

**Time Commitment:** ~1.5 hours total
(*Note: time commitment subject to change*)
- Week of August 10:
    - 30 minutes for interview preparation
    - 30 minutes for media interview + 30 minutes for any follow up questions sent via email

**Media Opportunity:** Interview with a top-tier outlet (i.e. *ABC News, USA Today*) to discuss Facebook's new Back-to-School Hub and the resources available within it.
- Teachers around the country have voiced their concerns around going back-to-school in the fall. When it comes to the ongoing challenges of virtual learning, teachers' mental health and wellness is often overlooked, but it is critically important. This is why Facebook is launching a new Back-to-School Hub to support teachers and educators through this time. The hub will focus on the importance of personal wellbeing and also provide tips on how to practice and discuss anti-racism in the classroom and beyond.

▮▮▮▮▮
*Instagram Communications*

@lizacrenshaw
M: ▮▮▮▮▮
E: ▮▮▮▮▮

---
Instagram
181 Fremont St.
San Francisco, CA 94105

CONFIDENTIAL

META3047MDL-020-00116488