# AMENDED Exhibit 73

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Instagram Insights

**Privileged** on October 18, 2018 at 9:17 AM
# INSTAGRAM CONFLICTS Greetings! Here are the results from our interview study (N=24) of the what, who, how, and impacts of conflicts on Instagram. **TL;DR** * *Conflicts* are distressing interactions between users about their perceived differences. * Most IG conflicts are between real-world connections. Current classifiers and policies do not address many of these conflicts. * Most IG conflicts use comments. * Teens weaponize IG features to torment each other, often without violating standards. * IG conflicts are common and painful; most participants regret engaging in conflicts. **Opportunities include:** * Encourage kind interactions and help users accept their differences. * Help (ex-) friends, family, and romantic partners better manage their online conflicts. * Highlight current comment controls; develop new comment controls. * Discourage users from tormenting each other; help teens manage subtle attacks. * Give "frontal lobe assists" to help users exercise self-control and avoid conflicts. **With many thanks** to **Privileged** [ ](https://fb.facebook.com/profile.php?id=100023014808727&__tn__=%2CdK-R-R-R-R&eid=ARAqVPNA67it1TjRWibC_-81nrFhM2-xyfATL3pOIHD3nT-jdODCAM3vzXOWwgsduF8PQHXPaYlIbhfh) **Privileged** for doing the data science; **Privileged** (Research Ops) and **Privileged** for wrangling participants: **Privileged** and **Privileged** for coordinating Rolling Research: and **Privileged**, **Privileged**, **Privileged** for feedback on earlier drafts.



Instagram Conflicts: What, Who, How, & Impacts

**Privileged** on October 18, 2018 at 9:26 AM
| **Privileged**
**Privileged** on October 18, 2018 at 9:47 AM
And here's the PDF, for those who are so inclined.
https://www.dropbox.com/s/yu70lp1d3nmznzb/InstagramConflicts_Conner_2018_10_18.pdf?dl=0
**Privileged** on October 18, 2018 at 10:06 AM
**Privileged**
| **Privileged** on October 18, 2018 at 5:21 PM
**Privileged** per convo w school leaders at summit
Karina Newton on October 18, 2018 at 10:26 PM
Would love to know about your conversation with school leaders — have been having a lot of conversations lately with Principals at schools and school districts and would love to compare notes.
**Privileged** on October 19, 2018 at 2:54 AM
FYI **Privileged**

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                     META3047MDL-003-00021695