# AMENDED Exhibit 74

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**From:** Privileged [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Privileged]
**Sent:** 9/10/2020 8:29:28 PM
**To:** ███████ ███████]; ███████ [███@f███]; ███████ ███████m]
**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":3504757539554103}]
**Attachments:** 118957596_327526298585926_2337390744359110678_n.jpg;
119059755_596759024353974_8627077864464235497_n.png

███ ███ (9/10/2020 09:13:39 PDT):
>oh my gosh yall IG is a drug

Privileged (9/10/2020 09:14:10 PDT):
>Lol, I mean, all social media. We're basically pushers.

███ ███ (9/10/2020 09:15:24 PDT):
>Seriously it is! We are causing Reward Deficit Disorder bc people are binging on IG so much they can't feel reward anymore...like their reward tolerance is so high

███ ███ (9/10/2020 09:15:41 PDT):
shared: 118957596_327526298585926_2337390744359110678_n.jpg

Privileged (9/10/2020 09:16:23 PDT):
>Yeah, I was starting to think the same thing yesterday when you made that gambling reference. It's kind of scary 😬

███ ███ (9/10/2020 09:16:48 PDT):
>Also this

███ ███ (9/10/2020 09:16:49 PDT):
shared: 119059755_596759024353974_8627077864464235497_n.png

███ ███ (9/10/2020 09:17:28 PDT):
>I know Adam doesn't want to hear it - he freaked out when I talked about dopamine in my teen fundamentals leads review but its undeniable!

███ ███ (9/10/2020 09:17:43 PDT):
>Its biological and psychological

███ ███ (9/10/2020 09:17:46 PDT):
>truth

███ ███ (9/10/2020 09:18:42 PDT):
>Found this article from Harvard that really well written/clear but also implies we know what we're doing lol

███ ███ (9/10/2020 09:18:44 PDT):
>http://sitn.hms.harvard.edu/flash/2018/dopamine-smartphones-battle-time/

Privileged (9/10/2020 09:20:10 PDT):
>Yeah, Privileged (previous Notifications Growth PM) and I were afraid of this last year. Were really supportive of features that encouraged people to step away from their phones/IG once in a while.

Privileged (9/10/2020 09:22:39 PDT):
>This: Similar to slot machines, many apps implement a reward pattern optimized to keep you engaged as much as possible.

Privileged (9/10/2020 09:22:41 PDT):
>Yikes

███ ███ (9/10/2020 09:24:18 PDT):
>yeah like I said its funny bc they act like we do it on purpose

███ ███ (9/10/2020 09:25:12 PDT):
>maybe there is some diabolical business person but that would be so weird considering so many people work to try to make the experience better and give people what they want

Privileged (9/10/2020 09:26:21 PDT):

**EXHIBIT 17**

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-020-00342152
METATNAG-005-00472304

■ ■ (9/10/2020 09:24:?? PDT):
>I struggle with this sometimes--I don't think there's a nefarious plot to addict people but I think the nature of capitalism and endless growth sort of fuels it, regardless of intent.

■ ■ (9/10/2020 09:26:46 PDT):
>Yeah I'm sure you're right

Privileged (9/10/2020 09:28:01 PDT):
>I think all of us (employees) work tirelessly to make our products a positive experience for people but the top down directives drive it all towards making sure people keep coming back for more.

■ ■ (9/10/2020 09:30:20 PDT):
>That would be fine if its productive but most of the time it isn't -- we do have those bright spots where people learn something or get support or find a community but the majority is just mindless scrolling and ads

■ ■ (9/10/2020 09:30:42 PDT):
>and superficial interactions

Privileged (9/10/2020 09:39:27 PDT):
>I wonder if we can somehow make the argument that increased positivity/happiness while using the app = long term retention

Privileged (9/10/2020 09:39:34 PDT):
>but an unrewarding addition = churn

Privileged (9/10/2020 09:42:40 PDT):
>Maybe, haven't looked closely enough at research on churn to support that hypothesis. Could look at Privileged's churn work.

■ ■ (9/10/2020 09:56:52 PDT):
>Yeah pretty sure not all the people unsatisfied with IG have churned - theres prob more people stuck in the habit loop than not

■ ■ (9/10/2020 10:18:16 PDT):
>I'm starting to feel this should be a note

■ ■ (9/10/2020 10:18:51 PDT):
>in addition to the deck...deck for presentation...note for circulation

Privileged (9/10/2020 10:20:17 PDT):
>That's not a bad idea

■ ■ (9/10/2020 10:20:51 PDT):
>Yeah bc I feel like its a bit of a thought provoker ya know?

■ ■ (9/10/2020 10:21:27 PDT):
>I think we should publish the note and then schedule a presentation for the product teams and other interested peeps

■ ■ (9/10/2020 10:21:52 PDT):
>I also think a note is a good way to link back to supporting research and literature

Privileged (9/10/2020 10:22:08 PDT):
>Yeah, the note could touch on the healthy engagement aspects from this and other research.

■ ■ (9/10/2020 10:22:31 PDT):
>Exactly...plus that would buy us time to polish the presentation

■ ■ (9/10/2020 10:23:00 PDT):
>I think most of the narrative is there so I can whip a note pretty quick

■ ■ (9/10/2020 11:54:09 PDT):
>Almost done! Will share with you guys for feedback soon!

■ ■ (9/10/2020 12:39:15 PDT):
>I'm still working on a few areas but take a look and comment your feedback please!

■ ■ (9/10/2020 12:39:19 PDT):
>https://docs.google.com/document/d/1Td1Gq5XfBKQmZHaVCrjSPSteQqMlsXVsrquQOFvctMs/edit?usp=sharing

■ ■ (9/10/2020 13:29:28 PDT):
>Ok Done! Hope to ship tomorrow morning, hopefully we can finish the deck next week and get shareouts scheduled

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-020-00342153
METATNAG-005-00472305



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-020-00342154
METATNAG-005-00472306

# The Hook Model



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-020-00342155
METATNAG-005-00472307

METATNAG-005-00472304

## Metadata

| All Custodians | Privileged ████████ i; | SEMANTIC |
|---|---|---|
| Confidentiality | HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY | SEMANTIC |
| Filename | Message summary [{"otherUserFbId":null,"threadFbId":3504757539554103}] | SEMANTIC |
| Primary Date | 09/10/2020 1:29 pm | DOC_TYPE_ALIAS |

METATNAG-005-00472306

## Metadata

| All Custodians | Privileged / ▓▓▓▓▓▓▓ | SEMANTIC |
|---|---|---|
| Confidentiality | HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY | SEMANTIC |
| Filename | 118957596_327526298585926_2337390744359110678_n.jpg | SEMANTIC |

METATNAG-005-00472307

## Metadata

| | | |
|---|---|---|
| All Custodians | Privileged ▮▬▬▬▬ | SEMANTIC |
| Confidentiality | HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY | SEMANTIC |
| Filename | 119059755_596759024353974_8627077864464235497_n.png | SEMANTIC |