# AMENDED Exhibit 373

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**From:** Privileged [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Privileged
**Sent:** 2/7/2015 12:52:07 AM
**To:** Privileged @fb.com]; Chris Cox Privileged @fb.com]
**CC:** Privileged @fb.com]
**Subject:** Re: Teens Council

Hey Chris!

A few more things I hope will come out:

- This is a UX research project that's possible because the Teens team is excellent at making UX research an integral part of their process (mega props)
- We're constantly talking to new teens to make sure we get a fresh perspective (in addition to beginning to bring some back on an ongoing basis)
- Here's 1 more story that's pretty neat: The team thought it might be fun for teens to access Teen Feed by shaking their phones. When teens tried that out a couple weeks ago, they said it was kinda cool, but that it wouldn't work because if they did that during class, the teacher would notice and they'd get in trouble. We learned one of the things we need to optimize for is sneaking a look at your phone under your desk in the middle of Chemistry :)

I can't wait to hear you talk about this! I shared a bunch of photos with ▮ and ▮ —here's the link if you need: https://www.dropbox.com/sh/8x8jdks4qw3m24c/AACSV_isWr2SoZQKIPOEJZw5a?dl=0

Privileged

---

**From:** Privileged @fb.com>
**Date:** Friday, February 6, 2015 at 2:58 PM
**To:** Chris Cox Privileged @fb.com>
**Cc:** Privileged @fb.com>, Privileged @fb.com>
**Subject:** Re: Teens Council

Thanks Chris, really glad to hear we're sharing the fact that we're trying to deeply understand and build for a key market. You know how much I care about this.

Privileged's got it right, it was inspired both by Ads Client Council (mostly in name) and ▮'s research (in practice). When I first got to London, ▮ organized a research session to get a sense of how teenagers were thinking about Facebook and other social apps. I thought it would be awesome if we could do these on a regular basis, so that'd we'd have a really tight feedback loop for the things we're working on. So we did a few more and it's proven to be really helpful: not only have we gotten valuable product feedback, but it's been a great way for the team to learn and understand the problems and behaviors of teenagers using social networks. No one on the team really interacts with teenagers on a regular basis outside of these sessions, so it's been an important tool for us to be able to empathize with a set of people that use technology and social networking in a very different way than we do.

The thing about this market is that we all used to be teenagers. These sessions help to bring us back to how we felt as teenagers and realize that we're actually building for them, not our current selves.

To try to spread this outside of our team, I did a quick thought exercise at an Engagement gathering in London the other week. I asked everyone to close their eyes for a moment and imagine their teenage self. I asked them to think about the clothes they wore, the music they liked, the friends they had, the things they were excited about, etc. Realizing how different our teenage selves were to our current selves has helped us understand the importance of finding ways to empathize with a community and build something that they'll use and think "This was made for *me* and *my* friends!"

#TPC is one of the best ways we've found so far of doing this. We've also opened it up for any product team to get feedback from teenagers on the things that they're working on.

Privileged should have some photos of the sessions if you want to use any of those.

Let us know if there's any other info that would be helpful!

On Feb 6, 2015, at 9:21 PM, ▮ Privileged @fb.com> wrote:

+ Privileged ▮: the Teen Product Council champions!

Wow, I'm really glad that you're inspired by the idea of Teen Council and want to share our story more broadly. Here's my first pass at some details:

**How the Teens Council was assembled?** Two areas really inspired us here. First, Ads has done a great job of leading the charge here and demonstrating how important it is to listen to advertisers in order to build for them. They have a similar Ads Product Council (albeit more mature) that I've heard good things about. Secondly, Jane's done a ton of great work constantly exposing us to teens through frequent UEX sessions. After every session, the team felt super fired up to go fix issues and build great experiences. It's hard to find anything more motivating than sitting across the table from someone who's telling you why your product is not working for them.

**How often they meet?** We've done three sessions so far, roughly 1.5 months apart. We're actually attempting to move into a bi-weekly cadence because it's so incredibly valuable. Our plan is to bring in a mix of regular/new friend groups and hang out in a more casual setting.

**Funny stories:** Here's one off the top of my head, I'm sure Jane has more.

In October, we had these teens come in and talk to us about how they were using Facebook. This was really my first time realizing that they were using it as primarily a passive consumption platform (read: to watch funny videos). One guy had mentioned that he watched a lot of videos on Facebook, and he wanted to know what was trending and cool to watch.

So, I followed up with: "What do you think of Trending?"
Teens: *BLANK STARES*
I try again: "You know… that box at the top that has a bunch of trending links. The thing in the right-hand column?"
Teens: "… what's a right-hand column?"
Me: "You know… on desktop? Uh… on your laptop?"
Teens: "OHHHH. Yeah, I haven't logged onto Facebook from my laptop since 2011."

This experience underscored how important mobile was to teenagers. For this batch, they really thought of their phones as their *social* device and laptops as their *homework* device.

Hope this was helpful!


Privileged

<compose-unknown-contact.jpg>
**Chris Cox**
February 6, 2015 at 4:38 PM

Hi 
Privileged

I'm sharing a story about the teens council at the all hands. I'm setting up the idea that we have market specific issues with teens, that we are hearing from them that: they like groups, but they want something more fun and without all the adults. Then I'm showing the Teens Feed demo which is awesome. I'm not getting into a whole lot more since I'm covering a lot.

I'm wondering if you could share an more info about how the teens council was assembled, how often they meet, and potentially funny stories that would be good to share at the all hands?

Thank you,

Chris