# AMENDED Exhibit 1179

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# 2018-02-08 - Schoooools Review

CDS contributors: ▇▇ ▇▇▇▇ (Managers - ▇▇ ▇▇▇▇▇ ▇▇▇▇)

Other relevant parties: ▇▇▇▇ (Research Scientist on Youth Team), ▇▇▇▇ (Data Scientist on Youth Team), ▇▇▇▇ (EM on Youth Team)

Review date: 2018-02-08

## Overview

The teen population on Facebook is decreasing and so one of the key goals of the Youth Growth team is to get teens onto Facebook and to stay there. To do so, the Youth Growth team is building products centered around High School Communities. Our assumption is that teens' lives and social network revolve around their school, and so building products that center around their school network and improving the high school experience for them on Facebook will increase their engagement on Facebook.



Fig 1: Ratio of l30>0 US teens given their number of friends.
  The more friends you have, the more likely you are to use FB.
  However, the quality of your friends also matters -
  if they come from your own school, you are more likely to be engaged.





Fig 2: School based sharing mock



In addition to the youth team, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ This is an opportunity for us to achieve a cross-company impact.

## Setting Up the Problem

Currently, only 9.3M out of 18.7M active (i.e. l30>0/MAP) US teens on FB put a school on their profile. And of these self-identified schools, "home school" is the most popular school. Teens also write many fake schools, such as Hogwarts, Justin Bieber High School, and Spongebob Squarepants High School. 6.3M out of the 9.3M put a school that can be linked to a school in the US registry, and thus can be, in some sense, "trusted".





Fig 4: School acronym on Instagram vs. school name at Facebook

We take as a validated teen-HS pair if one of the following holds: