**AMENDED Exhibit 801**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

1            UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
2

3
   IN RE: SOCIAL MEDIA ADOLESCENT    )
4  ADDICTION/PERSONAL INJURY         )   MDL No:
   PRODUCTS LIABILITY LITIGATION     )   4:22-md-3047-YGR
5  ──────────────────────────────    )

6

7        SUPERIOR COURT OF THE STATE OF CALIFORNIA
            FOR THE COUNTY OF LOS ANGELES
8                UNLIMITED JURISDICTION

9
   COORDINATION PROCEEDING           )
10 SPECIAL TITLE [RULE 3.550]        )   JCCP No: 5225
                                     )
11 SOCIAL MEDIA CASES                )   Judge:
   ──────────────────────────────    )   Carolyn B. Kuhl
12                                   )
   This Document Relates to:         )   Department 12
13                                   )
   ALL ACTIONS                       )
14

15
                    Volume 1
16
              Thursday, March 13, 2025
17
      CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER
18

19         Video-Recorded Oral Deposition of
   JACQUELINE BEAUCHERE, held at the law firm of
20 Polsinelli, 900 West 48th Street, Suite 900,
   Kansas City, Missouri, 64112, commencing at 9:00
21 a.m. CDT on the above date, before Stacy L.
   Decker, Certified Court Reporter, Missouri, CCR
22 858.

23
        GOLKOW TECHNOLOGIES, A VERITEXT DIVISION
24        877.370.3377 ph | 917.591.5672 fax

25              Deps@golkow.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25













1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1              A.    Thank you.
2              Q.    You told us earlier as the global
3     head of platform safety that you believe it's
4     important to use all reasonable efforts to
5     protect children under the age of 18 on
6     Snapchat, correct?
7              A.    Yes.
8              Q.    And do you agree that one of the
9     reasons that that is so important is because
10    the teenage users of Snapchat, as opposed to
11    the adults, are more vulnerable?
12             MS. DEGTYAREVA:  Objection.  Vague and
13    ambiguous, speculation, foundation.
14             A.    Under 18s, by their very nature,
15    are more vulnerable in all situations.
16             Q.    (By Mr. Gaddy)  Do you agree that
17    because --
18             MR. GADDY:  You can take the ELMO off.
19             Q.    (By Mr. Gaddy)  Do you agree that
20    because there are many under 18 users of
21    Snapchat and because those under 18 users are
22    more vulnerable than the adult users, that
23    Snap owes a heightened standard of care to
24    those teenage users?
25             MS. DEGTYAREVA:  Objection.  Vague and
```

1    ambiguous, speculation, foundation.  Calls for

2    a legal conclusion.

3           A.   Well, I'd go back to the document

4    that we looked at earlier where it said

5    15 percent of the population was under 18.  So

6    15 percent is 15 percent.  And, yes, there is

7    a responsibility to take care of all users.

8           Q.   (By Mr. Gaddy)  I agree with you

9    that there is a responsibility to take care of

10   all users of Snapchat.  But my question is

11   specifically to the -- related to the children

12   that are under 18 years of old -- excuse me,

13   18 years of age.  Do you understand that?

14          A.   I do.

15          Q.   So my question is to those

16   children that are under 18 years of age that

17   use Snapchat, that document earlier we looked

18   at, in 2023 said there were about 60 million

19   of them, correct?

20          A.   Correct.

21          Q.   Do you agree that Snap has a

22   heightened responsibility to those 60

23   million-ish children under the age of 18 who

24   use Snapchat because of their vulnerability?

25          MS. DEGTYAREVA:  Objection.  Vague and

1      ambiguous, speculation, foundation.  Calls for
2      a legal conclusion.
3              A.   Yes, as a broad statement.
4              Q.   (By Mr. Gaddy)  Is that a
5      sentiment that, from your experience, is
6      shared across Snap, that there is a heightened
7      responsibility in treating these child under
8      18 users of Snapchat with a heightened
9      standard of care because of their
10     vulnerability?
11             MS. DEGTYAREVA:  Objection.
12     Speculation, vague and ambiguous, foundation.
13     Calls for a legal conclusion.
14             A.   I would just note teen users, yes,
15     between the ages of 13 and 17.  Those who are
16     minors on the platform, yes.
17             Q.   (By Mr. Gaddy)  You agree that, if
18     there are aspects of an application like
19     Snapchat that are unsafe, that it is the
20     responsibility of the company to take efforts
21     to improve the safety of its application?
22             MS. DEGTYAREVA:  Objection.  Vague and
23     ambiguous, speculation, foundation.  Calls for
24     a legal conclusion.
25             A.   I would need a specific example.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25







1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25





Jacqueline Beauchere                                    193

1           Q.    (By Mr. Gaddy)  Are you familiar

2     with any of the research that's been done

3     around social media and the ability of

4     components of social media platforms to keep

5     teenagers engaged and increase their interest

6     in coming back to the platforms?

7           MS. DEGTYAREVA:  Objection.  Assumes

8     facts, foundation, speculation.

9           A.    At a very high level.

10          Q.    (By Mr. Gaddy)  Do you have a

11    general understanding that Snap has some

12    features that feed into reward systems for all

13    of its users, to include its teenage users?

14          MS. DEGTYAREVA:  Objection.  Assumes

15    facts, foundation, speculation, vague and

16    ambiguous.

17          A.    I would need to know more.

18          Q.    (By Mr. Gaddy)  Well, one feature

19    that Snapchat has that you're aware of is

20    streaks, correct?

21          A.    I'm aware of the feature.

22          Q.    And you're aware that streaks is a

23    feature that requires the users to come back

24    to the platform on a daily basis and to send

25    snaps to the other member of the streak in

1      order to maintain that streak?

2              A.    I understand that's the basis

3      behind the feature, yes.

4              Q.    You understand that one of the

5      components of Snapchat is a Snap score,

6      correct?

7              A.    I'm less familiar with the Snap

8      score.

9              Q.    You have a high level

10     understanding that each Snapchat user has a

11     Snap score that is reflective of the amount of

12     use of Snapchat that that person has?

13             MS. DEGTYAREVA:   Objection.

14     Foundation, speculation.

15             A.    That's about my understanding, and

16     that's probably where it ends.

17             Q.    (By Mr. Gaddy)  You have an

18     understanding that a Snapchat user is able to

19     see the number of times that their story that

20     they post on Snapchat has been viewed by

21     others?

22             A.    No, I'm not aware.  I'm not a big

23     snapper in terms of sending snaps.

24             Q.    Do you have an understanding that

25     a Snapchat user is able to go to Snapchat and











1    press, other articles, advertisements, other

2    platforms, yes.

3              Q.   (By Mr. Gaddy)  Are you saying

4    it's not Snap's responsibility to educate

5    parents about the risks their teens could

6    experience on Snapchat?

7              MS. DEGTYAREVA:  Objection.  Misstates

8    the testimony, vague and ambiguous,

9    speculation, foundation.

10             A.   I'm saying that if Snap didn't do

11   it -- which is not the case.  Snap does do it

12   and we do offer materials for parents and

13   others.  If Snapchat or some other platform

14   didn't do it, there are certainly other

15   sources from which parents and trusted adults

16   and caregivers could glean that information.

17             Q.   (By Mr. Gaddy)  When Family Center

18   rolled out in August of 2022, it was the first

19   effort by Snap to give parents the ability to

20   go on to Snapchat and have any insight into

21   what their teenager user was doing on the

22   platform, correct?

23             MS. DEGTYAREVA:  Objection.

24   Speculation, foundation.

25             A.   That is the basic operation of

1    was an intention to give parents privacy

2    controls for their kids?

3            A.    I don't know.

4            MS. DEGTYAREVA:    Objection.

5    Speculation, foundation.

6            (Exhibit 19 was marked.)

7            Q.    (By Mr. Gaddy)    I'll show you what

8    I'll mark as Exhibit 19.    It's P-Snap 832.

9            And if you flip to the first page,

10   this is a PowerPoint entitled, "Family Center

11   12/1/21 Updates."    Do you see that?

12           A.    I see it.

13           Q.    And if you flip one more time, the

14   next slide says "Updates."    Do you see that?

15           A.    I do.

16           Q.    And the first update listed there

17   is, "Privacy controls section removed."

18           Do you see that?

19           A.    I see it.

20           Q.    And if you flip two pages to the

21   Bates ending 209, it looks like somebody has

22   copy and pasted a Google Doc comment from

23   Mr. Spiegel.    Do you see that?

24           A.    I see that.

25           Q.    It says, "I think it may be a

Jacqueline Beauchere                           281

1    little strange to let the parent change the

2    setting.  I think the goal here is to give the

3    parent visibility but not necessarily control.

4    I'm not even sure we need to show the privacy

5    setting."

6              Do you see that?

7         A.   I see it.

8         Q.   Did you have an understanding that

9    Mr. Spiegel had personally weighed in on

10   whether or not to give the parents access to

11   privacy control for their teenagers?

12             MS. DEGTYAREVA:  Objection.

13   Speculation, foundation.

14        A.   I did not.

15        Q.   (By Mr. Gaddy)  Did Mr. Spiegel

16   ever share with you his logic or his reasoning

17   for wanting to remove in the initial roll out

18   the ability of parents to have access to

19   privacy controls for their kids?

20        A.   He did not.

21        Q.   If you flip to the Bates ending

22   212, the slide says "Permissions Dialogue."

23   Do you see that?

24        A.   I do.

25        Q.   And, again, you see another

Jacqueline Beauchere                                          282

1      comment from Mr. Spiegel that's been pasted

2      into the slide here.  Do you see that?

3              A.   I see it.

4              Q.   And he says, "Let's get rid of the

5      manage your privacy controls.  I think the

6      concept here is visibility but not control."

7                   Do you see that?

8              A.   I do.

9              Q.   Were you aware that it was

10     Mr. Spiegel who provided the guidance and the

11     direction to strip the privacy controls from

12     the initial roll out of Family Center?

13             MS. DEGTYAREVA:  Objection.

14     Foundation, speculation, assumes facts.

15             A.   I was not.

16             Q.   (By Mr. Gaddy)  You were present

17     for several different Safety Advisory Board

18     meetings when Family Center was discussed; is

19     that correct?

20             A.   It's not actually, because the

21     Safety Advisory Board in its current

22     incarnation, as I've created it, did not come

23     until later in 2022.

24             Q.   You've been present at Safety

25     Advisory Board meetings when Family Center was

1       tell everyone to adopt it?

2              A.   No.

3              Q.   You certainly didn't tell

4       policymakers, regulators, or NGOs that, did

5       you?

6              A.   No.

7              Q.   You can put that aside.

8                   If we can go back to -- I think

9       it's Exhibit Number 5.  It should be in your

10      stack over there, P-Snap 257.  It's the one we

11      looked at this morning to get the 60 million

12      number for teenage age users.

13                  Do you recognize this document

14      from this morning?

15             A.   Yes.

16             Q.   If we look at the top of the first

17      page Bates ending 949, it says, "SAB in-person

18      convening product think topic."

19                  Do you see that?

20             A.   Yes.

21             Q.   And the product leads, the first

22      person listed there is Abby Tran who we just

23      saw those messages from, correct?

24             A.   Yes.

25             Q.   Also Alex Osborne who is one of

1      the people that we saw her corresponding with,

2      correct?

3              A.   Yes.

4              Q.   Flip if you would, please, to

5      Bates ending 951.  At the bottom of the page

6      it says "Parent awareness."  Do you see that?

7              A.   Yes.

8              Q.   Do you recall a moment ago that we

9      saw Ms. Tran said that adoption of Family

10     Center remained extremely low, correct?

11             A.   I'm just trying to keep track of

12     the timeline.  This is now 2023.  And this was

13     in preparation for a June board meeting in

14     2023.  And these other documents were a little

15     bit earlier, I recall, at the end of 2022.

16             Q.   So we're about a year later, six

17     months to a year later?

18             A.   Six months later, I think.

19             Q.   It says, "Parent awareness, almost

20     500,000 parents have sent a Family Center

21     invite since launch, but our latest user

22     research shows that parents' awareness of

23     Family Center remains low."

24                  Do you see that?

25             A.   I do.

1          Q.    And fair to say that's kind of

2     borne out in the numbers, 60 million teenage

3     users, just 500,000 of them have sent invites.

4     That's pretty low adoption, correct?

5          A.    60 million teenage users,

6     15 percent.  These are the parents who send

7     the invite, so 500,000 parents have sent the

8     invite.  I don't know how many parents are on

9     Snapchat.

10         Q.    Well, you have to be on Snapchat

11    to send the invite, so at least 500,000,

12    right?

13         A.    Yes, but I -- for your

14    percentages, your percentage comparisons and

15    your -- you know, you said only 500,000 teens.

16    The parents send the invite, yes.

17         Q.    Okay.  Thank you for that

18    clarification.

19               A couple sentences down, there's a

20    sentence that starts, "Family Center is

21    extremely hard."  It starts on the right-hand

22    side of the page.

23         A.    I see it.

24         Q.    Do you see that?

25         A.    I do.

1      Q.   "Family Center is extremely hard

2   to find in the app."

3           Do you see that?

4      A.   I do.

5      Q.   This is still something that's

6   being said six months after we saw that

7   comment from Ms. Tran about limiting the

8   discoverability, correct?

9      A.   Yes.

10      Q.   And then she says, "We have two

11   major challenges when attempting to reach

12   parents."  Do you see that?

13      A.    Uh-huh.

14      Q.   Do you understand now after seeing

15   some of those messages from Ms. Tran that this

16   -- the concept -- or the fact, I should say,

17   that Family Center was extremely hard to find

18   was actually by design?

19           MS. DEGTYAREVA:  Objection.  Misstates

20   the document.  Speculation, foundation.

21      A.    Again, I wasn't privy to those

22   documents and I don't -- I don't have that

23   knowledge.

24      Q.    (By Mr. Gaddy)  According to

25   Ms. Tran and the documents that you saw, that

1    was an intentional decision by Snap, correct?

2          MS. DEGTYAREVA:  Objection.  Misstates

3    the documents.  Speculation, foundation.

4          A.    According to what we read, but I

5    don't have any knowledge about that.

6          Q.    (By Mr. Gaddy)  And even at this

7    point, 6 months later, nobody had told you

8    that that was the decision that Snap had made,

9    correct?

10          MS. DEGTYAREVA:  Objection.  Assumes

11    facts.

12          A.    We knew that it was difficult to

13    find, and there were remedies made afterwards.

14          Q.    (By Mr. Gaddy)  Right.  But my

15    question is, six months later, at the time of

16    this meeting, nobody had told you that it was

17    an intentional decision by Snap to make it

18    difficult to find?

19          MS. DEGTYAREVA:  Objection.  Misstates

20    the documents, assumes facts.

21          A.    No one told me that.

22          Q.    (By Mr. Gaddy)  Flip the page for

23    me, please.  Let's look at teen adoption.

24    This is the same little bit that we read this

25    morning.  Second sentence says, "About 60

1      million of daily Snapchat users are 13 to

2      17 years old representing 15 percent of our

3      total user base."

4                      It says, "While about 200,000

5      teens have accepted invitations and joined

6      Family Center, this makes up only about

7      0.33 percent of all Snap teens."

8                      Do you see that?

9            A.   I do.

10           Q.   And you agree that's a low buy-in

11     from teens across the board, correct?

12           A.   It's a low percentage.

13           Q.   It goes on to say, "Only 750 teens

14     join Family Center on a daily basis with a

15     27 percent invite to accept rate."

16                      Do you see that?

17           A.   I do.

18           Q.   That means that approximately

19     three out of four kids are rejecting the

20     invitation from their parents to participate

21     in Family Center, correct?

22           A.   They could be rejecting that

23     invitation because it's not coming from a

24     parent or it's coming from someone that they

25     might not know.  There could be a variety of

```
1    advisory being provided to teenage users of

2    Snapchat that the quick add function of

3    Snapchat may connect them to adults?

4            MS. DEGTYAREVA:  Objection.

5    Speculation, foundation, assumes facts.

6            A.   No.

7            (Exhibit 25 was marked.)

8            Q.   (By Mr. Gaddy)  I'll show you what

9    we'll mark as Exhibit 25.  This is P-Snap 747.

10   This is another document from your custodial

11   file, again, a month or so after you started

12   at the company.  And if you flip the page, it

13   says, "Senate Commerce Subcommittee on

14   Consumer Protection, Protecting Kids Online,

15   Snapchat, TikTok, and YouTube."

16            Do you see that?

17            A.   I do.

18            Q.   And you understand that this is

19   the hearing where Ms. Stout provided

20   testimony, correct?

21            A.   I do.

22            Q.   And if you flip the page again, do

23   you see that throughout the course of this

24   document, it's some kind of mock questions and

25   then talking points to help respond to some of
```

1     those questions that are posed?

2              A.   I do.  I was just curious as to

3     when this may have been added to my custodial

4     file or -- I see when the document -- that's

5     the creation date for the document, correct?

6              Q.   That's my understanding.  You've

7     got all the information I have.

8              A.   Okay.  Because I -- I would just

9     state that I don't -- I was not privy to the

10    creation of this document.  This was very soon

11    after my arrival.  But I'm happy to go through

12    it.

13             Q.   Fair to say that this type of

14    document is one that you've seen from time to

15    time in Snap where either the comms team or

16    the policy team puts together some questions

17    and then talking points on how to help folks

18    respond to those questions?

19             A.   Correct.

20             Q.   If you'd flip for me, please, to

21    Bates ending 929.  In the middle of the page

22    there are some questions and answers that are

23    posed there about quick add.  Do you see that?

24             A.   Yes.

25             Q.   The question that's posed is, "You

1          say Snapchat is meant to connect best friends

2          who really know each other.  If so, then why

3          do you offer something like quick add?"

4                    Do you see that?

5               A.   I see it.

6               Q.   And you're familiar with that --

7          that comment that's made in the first

8          sentence, that Snap regularly says things like

9          "Snapchat is meant for best friends," right?

10              A.   At my time at Snap, it's not been

11         about this best friends piece.  It's just been

12         about people who know each other in real life.

13              Q.   Have you ever used the best friend

14         language in talking and being the voice of

15         safety at Snap?

16              A.   I have not.

17              Q.   Why would you not use that phrase?

18              A.   I'm taking this question here,

19         this sample question, quite literally.  And I

20         don't see a need to connect best friends.  I

21         see a need to enhance communications and a

22         relationship between best friends, but I don't

23         see a need to connect best friends.  That's

24         why we talk about Snapchat, and I think

25         Snapchat is about connecting people that you

1    already know in real life and to enhance those

2    -- that relationship through these fun,

3    visual, playful communications.

4              Q.   In the suggested response to that

5    one, it says, "Quick add suggestions rely on

6    connections among friends and help people

7    discover their real friends on Snapchat.  It's

8    particularly important for a new user who

9    joins Snapchat who needs help finding their

10   real life friends."

11             Do you see that?

12             A.   I do.

13             Q.   You understand that the email we

14   just looked at a moment ago contradicts that

15   by suggesting that those users were being

16   suggested to become friends with strangers?

17             MS. DEGTYAREVA:  Objection.

18   Speculation, foundation.

19             A.   I don't think there's a

20   contradiction.  Two things can be true at the

21   same time.

22             Q.   (By Mr. Gaddy)  Okay.  The next

23   question says, "Our office created an account

24   as a 13-year-old and immediately got

25   recommendations for contacts in quick add who

1      were strangers."

2                    Do you see that?

3           A.   I do.

4           Q.   It sounds like the question being

5      anticipated by Snap here was very similar to

6      the situation that it had been made aware of

7      by the Parents Together organization, correct?

8           A.   Yes.

9           Q.   It says, "What would keep an adult

10     from using quick add to seek out and befriend

11     young kids on your platform?"

12                    Do you see that?

13          A.   I do.

14          Q.   And, again, we just looked at that

15     Parents Together email where they were

16     providing Rachel, who shared with you,

17     Ms. Stout, and others, examples of predators

18     connecting with kids via Snapchat's quick add

19     function, correct?

20          MS. DEGTYAREVA:  Objection.

21     Speculation, foundation.

22          A.   I can't confirm that.

23          Q.   (By Mr. Gaddy)  That's what was

24     represented in the document, right?

25          A.   It was represented in the

```
1                   C E R T I F I C A T E

2           I, STACY L. DECKER, a Certified Court

3    Reporter within and for the State of Missouri

4    and Certified Shorthand Reporter within and for

5    the State of Kansas, hereby certify that the

6    within-named witness was first duly sworn to

7    testify the truth, and that the testimony by

8    said witness was given in response to the

9    questions propounded, as herein set forth, was

10   first taken in machine shorthand by me and

11   afterwards reduced to writing under my direction

12   and supervision, and is a true and correct

13   record of the testimony given by the witness.

14           I further certify that I am not a

15   relative or employee or attorney or counsel of

16   any of the parties, or relative or employee of

17   such attorneys or counsel, or financially

18   interested in the action.

19           WITNESS my hand and official seal at

20   my office in said County and State, this 19th

21   day of March, 2025.

22

23                   <%13872,Signature%>
                     _____
24                   STACY L. DECKER, CSR, CCR
                     CCR No. 858
25                   State of Missouri
```

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2

 3
    IN RE: SOCIAL MEDIA ADOLESCENT    )
 4  ADDICTION/PERSONAL INJURY         )  MDL No:
    PRODUCTS LIABILITY LITIGATION     )  4:22-md-3047-YGR
 5  ──────────────────────────────    )

 6

 7            SUPERIOR COURT OF THE STATE OF CALIFORNIA
                  FOR THE COUNTY OF LOS ANGELES
 8                    UNLIMITED JURISDICTION

 9
    COORDINATION PROCEEDING           )
10  SPECIAL TITLE [RULE 3.550]        )  JCCP No: 5225
                                      )
11  SOCIAL MEDIA CASES                )  Judge:
    ──────────────────────────────    )  Carolyn B. Kuhl
12                                    )
    This Document Relates to:         )  Department 12
13                                    )
    ALL ACTIONS                       )
14

15                        Volume 2

16                 Friday, March 14, 2025

17          CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

18              Continuation of Video-Recorded Oral
19      Deposition of JACQUELINE BEAUCHERE, held at the
        law firm of Polsinelli, 900 West 48th Street, Suite
20      900, Kansas City, Missouri, 64112, commencing at
        9:00 a.m. CDT on the above date, before Stacy L.
21      Decker, Certified Court Reporter, Missouri, CCR
        858.

22

23          GOLKOW TECHNOLOGIES, A VERITEXT DIVISION

24           877.370.3377 ph | 917.591.5672 fax

25                  Deps@golkow.com
```



1          Q.    Can you spell her last name?

2          A.    I think it's like ███████

3    █████████.    There might be an R in there.

4    I'm sorry.  I'm visualizing it and can't get

5    it right now.

6          Q.    That's fine.  Fair to say you're

7    aware that there was some type of study done

8    last year regarding streaks, correct?

9          A.    Yes, I believe it was 2024.

10          Q.    And that was done by Snap?

11          A.    It was -- yes, as I understand it.

12          Q.    That would be Morgan Hammerstrom's

13    department?

14          A.    I don't know for sure.

15          Q.    And you have a general

16    understanding that there were at least 13,000

17    responses within this study?

18          A.    That was my understanding, yes.

19          Q.    Okay.  You've never -- sorry.  Go

20    ahead.

21          A.    I'm sorry.  I don't know that it

22    was formal research.  I think it was more of a

23    question put out to users, you know, what do

24    they see in streaks, how do they use streaks,

25    what's the longest streak that someone has

1    had, that type of thing.

2              Q.   You've never had an opportunity to

3    actually review that research yourself?

4              A.   I did not.

5              Q.   You have not reviewed any of the

6    13,000 plus responses yourself?

7              A.   I have not.  I've heard anecdotal

8    feedback about some of the more salient ones

9    and more prominent ones.

10             Q.   Have you had an opportunity to

11   read an abstract or summary of the findings of

12   that study?

13             A.   No.  It was used to influence --

14   it was used to inform a panel that we were

15   doing last year.  And one of -- a few of my

16   external contacts were going to participate in

17   that panel.  But they were not asking

18   specifically about streaks.  It was another

19   component of the panel.

20             Q.   Outside of that study from 2024

21   that you just told us about that was a kind of

22   a Q&A about users' experience with streaks,

23   are you aware of any other research that Snap

24   has done into streaks and specifically looking

25   at the issue of whether or not streaks cause

1    stress and anxiety for its users?

2              A.    No.  Again, it's not my area.

3              Q.    All right.  Do you see the

4    question that's there under streaks?

5              A.    I see a couple of them.

6              Q.    Well, I think there's one

7    question, and then there is some bullets,

8    talking points.  Do you see that?

9              A.    The first question, second

10    question, third, fourth.

11             Q.    Sure, sure.  I'm just talking

12    right there under the heading streaks.  Do you

13    see that?

14             A.    Yes.  Questions, yes.

15             Q.    It says, "It's my understanding

16    that Snapchat has a product called 'streaks'

17    that entices young people to become addicted

18    to their app and that if they don't send

19    messages to their friends every day their

20    streak ends."

21                  The question is, "Why would you

22    create a product like this?  How do you think

23    this impacts the mental health of your young

24    users?  Are you doing anything to mitigate

25    adverse effects?"

```
1                    Do you see that?
2          A.    I do.
3          Q.    And you had heard -- or you have
4    heard over your time at Snap these types of
5    questions and these types of complaints about
6    streaks causing addictive and compulsive use
7    in teenagers, correct?
8          A.    I've heard this vaguely.  I mean,
9    it's -- again, it's not an area that I get
10   involved with specifically.
11         Q.    When you say it's not an area you
12   get involved with specifically, what do you
13   mean by that?
14         A.    When I talk to policymakers or
15   lawmakers or others, it comes up very, very
16   infrequently.  They know that I'm there to
17   talk about safety and specific safety subject
18   matter issues.
19         Q.    And things like stress and anxiety
20   on the mental health side is not something
21   that typically falls into your bailiwick as
22   far as what you're dealing with regulators and
23   policymakers about, correct?
24         A.    Correct.
25         Q.    If you look down at the one, two,
```

1          three, fourth bullet point, it starts, "In a

2          very small."  Do you see that?

3                    A.   I do.

4                    Q.   It says, "In a very small subset

5          of users, we heard streaks can add some

6          anxiety, so we've been working to deemphasize

7          the prominence of streaks by becoming more

8          lenient in how long it takes for streaks to

9          expire, resulting in 60 percent reduction in

10         customer contacts about streaks, and have

11         additional changes in the pipeline so that

12         there is less pressure to come back and

13         continue a streak."

14                    Do you see that?

15                    A.   I do.

16                    Q.   Are you -- do you know what's

17         being referred to there as far as the finding

18         that Snap acknowledges that some of its users

19         are experiencing anxiety around streaks?

20                    A.   I do not.

21                    Q.   If you go down to the sixth bullet

22         point where it says "Stress level for

23         streaks," do you see that?

24                    A.   I do.

25                    Q.   The first bullet point says,

1    "Intolerable, two percent.  Large, four

2    percent.  Stress, six percent."

3              Do you see that?

4         A.    I do.

5         Q.    You agree it would not be a good

6    thing if there are two percent of the younger

7    users of Snap who are experiencing intolerable

8    amounts of stress and anxiety from streaks?

9              MS. DEGTYAREVA:  Objection.  Vague and

10   ambiguous, speculation, foundation, assumes

11   facts.

12        A.    I also see in the third bullet

13   that 46 percent, so nearly half, say no stress

14   at all.

15        Q.    (By Mr. Gaddy)  Is the answer to

16   my question that, yes, it's a bad thing that

17   two percent of young users are experiencing

18   stress and anxiety from streaks?

19             MS. DEGTYAREVA:  Same objections.

20        A.    Well, we wouldn't want anyone to

21   -- to feel intolerable stress.  But, again,

22   the majority, little to moderate -- little and

23   moderate is 48 percent.  No stress at all is

24   46 percent.  So clearly the large majority of

25   people are using this feature in an

1    appropriate way and not experiencing stress.

2              Q.   (By Mr. Gaddy)  Well, that's

3    actually not true, right, Ms. Beauchere?  The

4    majority are indicating some level of stress

5    from the product, true?

6              A.   I'm looking at 48 percent, little

7    to moderate.  And moderate is 15 percent.  No

8    stress at all is 46 percent, which is pretty

9    significant.

10             Q.   Ms. Beauchere, it's true that the

11   majority of the respondents to this research

12   that Snap did, the majority indicated that

13   they were experiencing stress and anxiety from

14   streaks, true?

15             A.   Well, I'm just looking at these

16   raw numbers.  I don't know the basis for this

17   research.  I've never seen this research.  So

18   I can't comment.

19             Q.   You don't disagree with the

20   numbers on the page that the majority of

21   respondents to this research conducted by Snap

22   experienced some level of stress from streaks,

23   true?

24             MS. DEGTYAREVA:  Objection.

25   Speculation, foundation.  Lack of personal

1    knowledge.

2              A.   I wouldn't want to comment,

3    because I'm just seeing just vague titles and

4    percentages.

5              Q.   (By Mr. Gaddy)  Well, the one that

6    says no stress at all is less than 50 percent,

7    right?

8              A.   It's 46 percent.  But little is a

9    third.

10             Q.   Is that acceptable from your

11   perspective for --

12             MS. DEGTYAREVA:  Objection.  Vague and

13   ambiguous.

14             Q.   (By Mr. Gaddy)  Is that acceptable

15   from your perspective for a third of Snapchat

16   users, particularly teenagers, to experience a

17   little amount of stress and anxiety from this

18   product feature?

19             MS. DEGTYAREVA:  Objection.  Vague and

20   ambiguous, assumes facts, speculation,

21   foundation.

22             A.   I'm -- I'm not going to comment.

23   Everyone has a little stress from many things.

24   It's -- it's too vague.  I would want to know

25   more about this research.  I haven't reviewed

1          it.

2                     Q.   (By Mr. Gaddy)  So you have no

3          position on whether or not it's acceptable

4          from Snap's perspective for a third of its

5          users to be experiencing a little amount of

6          stress from this product?

7                     MS. DEGTYAREVA:  Objection.  Vague and

8          ambiguous, assumes facts, speculation,

9          foundation, asked and answered.

10                    A.   No, I don't.  I'm sticking with my

11         answer.

12                    Q.   (By Mr. Gaddy)  And when we're

13         talking about results like this that are

14         presented in percentages, would you agree that

15         it's important to keep in perspective the

16         number of users of Snapchat so that we can

17         confer those percentages to the number of real

18         life people?

19                    MS. DEGTYAREVA:  Objection.

20         Speculation, foundation, assumes facts, vague

21         and ambiguous.

22                    A.   No, I wouldn't.  Because, as I

23         said, I don't know the details of this

24         research, and I don't know the user base.

25         It's not necessarily tied to the whole user

1    base.  This could be research that is tied to

2    a small number of individuals.  We don't know

3    what the N is here.

4              Q.  (By Mr. Gaddy)  Well, let's do

5    some simple math.  If -- you recall from

6    yesterday that in 2023 there were about 60

7    million teenage users of Snapchat?

8              A.   Yes.

9              Q.   If we were to extrapolate that two

10   percent of individuals who experience an

11   intolerable amount of stress and anxiety from

12   streaks to that 60 million teenagers, that

13   means 1.2 million teenagers would be

14   experiencing an intolerable amount of stress

15   and anxiety from streaks, correct?

16             MS. DEGTYAREVA:  Objection.

17   Speculation, foundation, assumes facts.

18             A.   Again, I think it's too

19   speculative.  We don't know what the details

20   are around this research.  And I would like to

21   stick to the N that -- whatever is tied to

22   this research, and I don't know what that is.

23   It's not necessarily something that just can

24   be extrapolated.

25             Q.  (By Mr. Gaddy)  You're not

1    Speculation, foundation, assumes facts.

2              A.    I have not.

3              Q.    (By Mr. Gaddy)  And that, of

4    course, would not cause you to know that;

5    that's not information you ever provided to

6    policymakers, regulators, or the media,

7    correct?

8              A.    Correct.

9              Q.    Let's go back to Exhibit 25,

10   P-SNAP 747.  And stay on Bates 926.  And the

11   question on the bottom of the page there is,

12   "Are streaks addictive?"

13              Do you see that?

14              A.    I do.

15              Q.    And if you go to the top of the

16   next page, it says, "We haven't conducted any

17   research measuring the addictiveness of our

18   features."

19              Do you see that?

20              A.    I do.

21              Q.    And is that consistent with your

22   understanding that Snap has never conducted

23   any research or investigation as to whether

24   any of its features are addictive or not?

25              A.    Yes.

1          Q.   You're not aware of Snap ever

2     trying to answer the question of, "Is any

3     feature of its product addictive," true?

4          A.   I'm not aware of any such

5     research.

6          Q.   You're familiar with the spotlight

7     section of Snapchat?

8          A.   Yes.

9          Q.   You're familiar with the fact that

10    the spotlight section of Snapchat is an

11    endless scroll design?

12          MS. DEGTYAREVA:  Objection.  Vague and

13    ambiguous.

14          A.   I wouldn't characterize it as

15    such.

16          Q.   (By Mr. Gaddy)  How would you

17    characterize it?

18          A.   There is no scrolling involved as

19    far as I know.  It's a series of tiles.

20          Q.   How do you get from one tile to

21    the next?

22          A.   Well, you certainly move up and

23    down, but it's not just this constant feed of

24    news.  You have to actually click on something

25    and open it up.  Again, it's not where I spent

1              A.   I do.

2              Q.   Do you recall earlier we looked at

3      that media training, and there was the mental

4      health section, and there was some feel good

5      language, and your comment was, "This is

6      pretty thin"?

7              A.   I recall.

8              Q.   You'd say the same thing about

9      these sentences here, wouldn't you?  We're

10     committed to keeping Snapchatters safe, safety

11     and well-being of our community is our top

12     priority.  That's also a lot of talk and not

13     much action, correct?

14             MS. DEGTYAREVA:  Objection.  Vague and

15     ambiguous, argumentative.

16             A.   I didn't have any input to this

17     document.  I did have input to that other

18     document that we were talking about.

19             Q.   (By Mr. Gaddy)  You wouldn't have

20     used this language, would you?

21             A.   Not necessarily.

22             Q.   You can put this one aside.  We're

23     going to go back to Exhibit 25, the

24     congressional -- or, excuse me, the Senate

25     preparation document.  It's P-SNAP 747, and

1    I'm going to be on Bates 927.

2                  In the middle of the page, there's

3    questions about beauty filters.  Do you see

4    that?

5             A.    I do.

6             Q.    Do you have an understanding that

7    Snapchat offers beauty filters to its users?

8             A.    I do.  But, again, this is not

9    something where I get involved.

10            Q.    What is your understanding of what

11   a beauty filter is on Snapchat?

12            A.    I would just isolate my

13   understanding to a filter generally or a lens.

14   It's a playful way for young people to put on

15   bunny ears or a vomit a rainbow or put on a

16   pink beard with friends, and it's a fun and

17   playful way to engage with the app.

18                  I've heard of these beauty

19   filters.  I can't say I've -- I'm deeply

20   involved with these or really understand them.

21            Q.    Fair to say that Snap offers to

22   its users many fun and silly features,

23   cartoon-ish type filters -- I said features, I

24   meant filters -- like the ones you just

25   described, right?

1          A.    Correct.

2          Q.    You also have an understanding

3     that it offers beauty filters, correct?

4          A.    I can't say that I've encountered

5     a beauty filter or tried a beauty filter.

6          Q.    And I'm not going to ask you

7     personally about your use.  But you have a

8     general understanding that Snap offers beauty

9     filters to its users?

10          A.    A general understanding.  But I've

11    never seen one, as I said, or used one or --

12          Q.    And it offers those filters to its

13    teenage users, correct?

14          A.    I don't know.

15          Q.    Teenage users aren't carved out of

16    the ability to use beauty features, correct?

17          A.    Not that I know of.

18          Q.    Do you have a general

19    understanding that some of the beauty filters

20    that Snap offers to its teenage users lightens

21    their skin in the way it makes them appear?

22          MS. DEGTYAREVA:  Objection.

23    Speculation, foundation, assumes facts.

24          A.    I don't know.

25          Q.    (By Mr. Gaddy)  Do you have an





Jacqueline Beauchere                                    476



1      break?

2                  THE DEPONENT:  How are we doing on

3      time?  What have we done so far?

4                  VIDEO TECHNICIAN:  Not quite an hour.

5      Almost an hour.

6                  THE DEPONENT:  I'm easy.

7                  MS. DEGTYAREVA:  If you're good to

8      keep going, we can keep going.  If you need to

9      take a break, we can take a break.  Whatever

10     you want.

11                 THE DEPONENT:  I've only drank one

12     glass of water, not two, so let's go.

13                 Q.   (By Mr. Gaddy)  Next I'm going to

14     ask some questions about age verification.

15     We're actually going to stay within the same

16     document.

17                 A.   Okay.

18                 Q.   And turn to Bates ending 931.

19     This is still P-SNAP 747 in Exhibit Number 25,

20     I believe.

21                      Now, we talked a little bit

22     yesterday about the fact that Snapchat is

23     designed only for individuals age 13 and up,

24     correct?

25                 A.   Correct.

1           Q.   And we also talked a little bit

2      yesterday about the fact that, during the

3      registration process, a new user self-reports

4      their date of birth which then tells Snap how

5      old that user is, correct?

6           A.   Correct.

7           Q.   And fair to say that Snap has a

8      general understanding that sometimes children

9      under the age of 13 will lie about their age

10     and insert a date of birth that makes them

11     appear to be older so that they can create a

12     Snapchat account?

13          A.   Yes, we're aware of that.

14          Q.   If you look at the questions on

15     this page under the Trust and Safety Leo

16     heading, it says "Age verification/underage

17     usage."

18               Do you see that?

19          A.   I do.

20          Q.   And the first question is, "Do you

21     collect data of children under the age of 13?"

22               Do you see that?

23          A.   I -- excuse me.  I see it.

24          Q.   And in the third bullet point, it

25     says, "We recognize that in some instances

1    individuals may infer that the reason their

2    registration failed was due to the age they

3    entered and try a different age."

4              Do you see that?

5         A.   I see it.

6         Q.   So you told us just a moment ago

7    that you know that sometimes kids under 13

8    will lie about their age.  But another thing

9    that happens is sometimes children will be

10   honest about their age, tell the -- tell Snap

11   that they're 10, 11, 12 years old, and in

12   those situations Snap will reject them and not

13   allow them to create an account, correct?

14        A.   Correct.

15        Q.   Now, as we see here in this bullet

16   point, Snap also has an understanding that

17   some of those kids who get rejected will

18   figure out, gee, it's because I was honest

19   about my date of birth, and they may then go

20   back and try again to create an account and

21   use a different date of birth that's dishonest

22   in order to be accepted onto the platform,

23   correct?

24             MS. DEGTYAREVA:  Objection.

25   Speculation, foundation.

Jacqueline Beauchere                          484

1          A.    Yes.

2          Q.    (By Mr. Gaddy)  Are you aware of

3     any techniques or practices at Snap to try to

4     identify those children who are originally

5     rejected because they originally entered an

6     honest date of birth that showed they were

7     under 13 and then used the same device to

8     change their age and say they're now over 13

9     and therefore get a Snapchat account?

10          MS. DEGTYAREVA:  Objection.

11     Foundation.

12          A.    It's not my area about the

13     registration process and potential underage

14     users using the platform.  But there are other

15     individuals at the company that would be able

16     to answer these questions.

17          Q.    (By Mr. Gaddy)  Fair to say that

18     it's your understanding that the same device

19     that was originally rejected, whether it's a

20     computer, whether it's an iPhone, an Android,

21     device, is allowed to register again just

22     minutes later and change the date of birth?

23          A.    I don't know.

24          MS. DEGTYAREVA:  Objection.

25     Foundation, speculation.





1    they don't understand or know about.

2            Q.    Do you see the section that I was

3    referring to?

4            A.    Yes, I do.

5            Q.    Okay.  The first bullet point

6    under there is "Ephemeral Messaging."  Do you

7    see that?

8            A.    I see it.

9            Q.    It says, "It's the most well-known

10   aspect of Snapchat and is a top source of

11   concern for parents."

12            Do you see that?

13           A.    I see it.

14           Q.    Do you know what ephemeral

15   messaging means?

16           A.    It's disappear by default.

17           Q.    That means that messages that

18   teens sent to anybody else or that is sent to

19   the teen disappears by default, correct?

20           A.    Unless the teen has pressed and

21   held on it so that they could save it.

22           Q.    What's your understanding of how

23   quickly those messages disappear?

24           MS. DEGTYAREVA:  Objection.

25   Speculation, foundation.

Jacqueline Beauchere                                        662

1          A.    My understanding is within

2     24 hours.

3          Q.    (By Mr. Gaddy)  You understand

4     that you can change that setting -- sorry.

5          Do you think the visual messages

6     are set to 24 hours?

7          A.    No.  Those will disappear once

8     seen.  But we're talking about -- are we

9     talking about snaps or are we talking about

10    chats?

11         Q.    Good qualification.  They're both

12    ephemeral, right?

13         A.    Correct.

14         Q.    The picture messages disappear

15    once they're seen, correct?

16         A.    That's correct.

17         Q.    The chats stay for how long?

18         MS. DEGTYAREVA:  Objection.

19    Speculation, foundation.

20         A.    You can hold them for as long as

21    you want.  Obviously if you press and hold on

22    it, you can retain that message.  And this

23    said ephemeral messaging, so that's why I was

24    focused on messaging, not the snaps.  And you

25    can replay snaps as well if you wanted to.

1          Q.   (By Mr. Gaddy)  What's the default

2    for the chats?

3          MS. DEGTYAREVA:  Objection.

4    Speculation, foundation.

5          A.   I don't know the default for the

6    chats.  I know they disappear.  But you can

7    retain up to 24 hours.  I think you can set

8    that -- make that setting.  And then, again,

9    you can press and hold and you can hold it as

10   long as you'd like until you delete it.

11         Q.   (By Mr. Gaddy)  It says, "Parents

12   worry about their inability to properly

13   supervise their teens' correspondence with

14   friends given the disappearing nature and

15   mentioned that this feature may encourage

16   teens to misbehave with a false sense of

17   privacy or security."

18              Do you see that?

19         A.   Sorry.  I do now.  You started

20   with parents and actually it's "they worry."

21   Yes, I see it now.

22         Q.   Does that concern that's being

23   expressed there by parents make sense to you?

24         MS. DEGTYAREVA:  Objection.  Vague and

25   ambiguous.

1    time of complaints from schools or school

2    districts about children's use of Snapchat

3    within school?

4              MS. DEGTYAREVA:  Objection.  Assumes

5    facts.

6              A.   I've heard about instances from

7    time to time.  But, again, I'm not the primary

8    contact that a school would have for an issue.

9              Q.   (By Mr. Gaddy)  Who would be the

10   primary contact within Snap to accept and

11   respond to complaints, comments, from schools?

12             A.   Probably someone in trust and

13   safety operations or law enforcement

14   operations.

15             Q.   And who are the kind of heads of

16   those two departments?

17             A.   The combined entity of trust and

18   safety operations and law enforcement

19   operations is Aaron Altschuler.  And then he

20   has leads in those respective areas as well.

21             (Exhibit 53 was marked.)

22             Q.   (By Mr. Gaddy)  I'll show you

23   P-SNAP 815, which I've marked as Exhibit 53.

24             Do you see this is an email chain

25   and you're listed on the final email in the

1      chain going back and forth with Ms. Tupper.

2      Do you see that?

3              A.    I do.

4              Q.    And to read it chronologically,

5      you see there was an email from a school

6      district that went to Mr. Spiegel in January

7      of 2022?

8              A.    I see it.

9              Q.    And he forwarded that to you and

10     Ms. Stout, correct?

11             A.    Yes.  I just want to get the time

12     frame.  This is like three months into my

13     tenure at Snap.  Yes.

14             Q.    And it looks like you sent the

15     email to Ms. Tupper about a week or so after

16     first getting it from Evan?

17             A.    Yes.

18             Q.    Are you with me on the timing?

19             A.    I'm with you on the timing.  I

20     just -- I don't -- I don't recall this.  I'm

21     trying to familiarize myself.

22             Q.    Let's look at it.  We'll read some

23     of it together and see if it jogs your memory.

24                   January 5th, 2022, it says "Via

25     email to Mr. Evan Spiegel, CEO, Snapchat."

1           Do you see that?

2           A.   Yes.

3           Q.   Below that it says, "Dear

4     Mr. Spiegel, We are writing to you today as

5     educators, social media users, public school

6     leaders, and, most importantly, as individuals

7     who care deeply about students, their learning

8     and well-being.  This letter is a call to

9     action, an invitation to engage, and a plea

10    for your partnership."

11          Do you see that?

12          A.   I see it.

13          Q.   If you go down to the bottom of

14    this page, there's a bolded section that

15    starts, "However.  It says, "However, when

16    used with ill-intent by some individuals in

17    our community, social media can be a dangerous

18    amplifier of anonymous voices who spread hate

19    and discord and impact student, staff,

20    community health, safety, and well-being."

21          Do you see that?

22          A.   I do.

23          Q.   It says, "Recently we have seen an

24    uptick in social media being used dangerously

25    by some as a platform for bullying,

1    discrimination, and malicious behaviors."

2              Do you see that?

3         A.   I do.

4         Q.   In the next paragraph, it says,

5    "In particular, this impacts the safety,

6    well-being, and mental health of our students

7    as their developmental years are filled with

8    anxiety and fear.  It impacts our schools as

9    our teachers and administrators spend

10   countless hours tracking down and working

11   through the drama and danger of these harmful

12   messages" -- excuse me -- "that these harmful

13   messages ignite when social media is used in

14   this manner."

15             Do you see that?

16        A.   I do.

17        Q.   The concerns being expressed here

18   about social media having an impact on

19   schools, students, teachers, and

20   administrators, those at a high level are

21   concerns that you've heard from time to time

22   about Snapchat, correct?

23             MS. DEGTYAREVA:  Objection.

24   Speculation, foundation, assumes facts.

25        A.   From time to time.

1          Q.   (By Mr. Gaddy)  Is there any

2     process that you're familiar with within Snap

3     to handle and respond to complaints like this

4     that are sent to Snap, whether it's to

5     Mr. Spiegel or through some other channel?

6          MS. DEGTYAREVA:  Objection.

7     Speculation and foundation.

8          A.   Yes, there are a variety of

9     channels.  Sometimes -- oh, here it is.  In

10    some instances I will respond and engage.  In

11    some instances others will respond and engage

12    from trust and safety operations, from law

13    enforcement operations.  And then there is a

14    specific channel that law -- that schools can

15    go to if they want to report an issue and have

16    us follow up.

17         Q.   (By Mr. Gaddy)  And to be clear,

18    I'm not talking about acute safety issues, so

19    I'm not -- I'm not asking you about a post

20    about a school shooting or something like

21    that.  I'm asking about general kind of use

22    leading to disruption of the school function.

23              Is there any type of process for

24    how to handle and deal with those, or is that

25    consistent with what you just told us?

```
 1              MS. DEGTYAREVA:  Objection.  Assumes
 2       facts, speculation, and foundation.
 3              A.   Yes, so there's a specific team
 4       that's a component of law enforcement
 5       operations, which is called safety operations
 6       outreach, and they engage with schools about
 7       issues like this.
 8              Q.   (By Mr. Gaddy)  Are you familiar
 9       with Snap ever taking any action to prevent
10       teenage students from using Snapchat during
11       the school day?
12              MS. DEGTYAREVA:  Objection.
13       Speculation, foundation, and assumes facts.
14              A.   Not Snapchat specifically, no.
15              Q.   (By Mr. Gaddy)  What do you mean
16       by that?
17              A.   There are efforts underway at
18       schools across the globe where students are
19       not allowed to use their phones during the
20       day.  So there are school phone bans that are
21       taking place, and that would ban everything
22       related to the phone, not just Snapchat.
23              Q.   Okay.  So you're aware of actions
24       being taken by schools to try to limit the use
25       of phones in schools, fair?
```

1          A.   Fair.

2          Q.   Are you aware of any actions taken

3     by Snap to try to limit the use of Snapchat by

4     students during the school day?

5          MS. DEGTYAREVA:   Objection.

6     Speculation, foundation, and assumes facts.

7          A.   I'm not aware, but I necessarily

8     wouldn't not be aware.

9          Q.   (By Mr. Gaddy)  You're not aware

10    of any efforts by Snap to ever disable the use

11    of Snapchat by students during the school day?

12         MS. DEGTYAREVA:   Objection.

13    Speculation, foundation, assumes facts.

14         A.   No.

15         Q.   (By Mr. Gaddy)  You're not aware

16    of any efforts by Snap to try to do things

17    like geofence around schools and prevent the

18    use of Snapchat within those geofenced areas

19    during a school day?

20         MS. DEGTYAREVA:   Objection.

21    Speculation, foundation, and assumes facts.

22         A.   Again, I'm not aware of those

23    efforts, nor would I probably be, because

24    these are not -- it's not in my issue area.

25         (Exhibit 54 was marked.)

1          Q.   (By Mr. Gaddy)  I'll show you what

2     I'll mark as Exhibit 54.  This is P-SNAP 388.

3               This is a document from July of

4     2023.  If you open the first page, you'll see

5     an email from Rachel to a group of folks that

6     includes you as well as some of the other

7     people we've been discussing today.  Do you

8     see that?

9          A.   Yes.  Quite an extensive list.

10         Q.   And the subject of this is,

11    "Read-out From the National Student Safety and

12    Security Conference and Workshop."

13              Do you see that?

14         A.   Yes.

15         Q.   You said a moment ago that schools

16    typically isn't within your wheelhouse, but

17    this is a conference that you attended,

18    correct?

19         A.   Yes, one of three.  Not one of

20    three that were held.  I attended one of those

21    three.

22         Q.   Did somebody from Snap attend all

23    three?

24         A.   No.  Someone from -- different

25    representatives from Snap attended each of the

```
1          three installments.
2                  Q.   Thank you.  Rachel writes,
3          "Sharing a read-out below and linked for ease
4          to comment of Snap's participation in the
5          National Student Safety and Security
6          Conference and Workshop on July 20-21 in New
7          York City, attended by school officials,
8          educators, and school safety officers."
9                  Do you see that?
10                 A.   Yes.
11                 Q.   "So Snap was a sponsor of the
12         conference.  JB" -- that's you?
13                 A.   It is.
14                 Q.   -- "and Rachel gave a 30-minute
15         safety presentation which covers an overview
16         of the app, how and why we are different from
17         other platforms, our safety values, a sampling
18         of our safety initiatives, and introduction to
19         how we work with law enforcement."
20                 Do you see that?
21                 A.   I do.
22                 Q.   And you agree with that
23         characterization that you and Rachel were
24         involved in presenting at this conference?
25                 A.   Yes.  This is Rachel Hochhauser,
```

1    not Rachel Racusen, so this is a different

2    individual than we've been talking about

3    throughout.

4              Q.   Rachel R. is in comms; Rachel H.

5    is in law enforcement?

6              A.   Law enforcement operations,

7    correct.

8              Q.   Who was the audience that you were

9    presenting to at this conference?

10             A.   So this conference, National

11   Student Safety and Security Conference, is

12   apparently something that goes on a few times

13   a year.  These are their various national

14   conferences, and there are teachers, other

15   educators, school officials, school

16   superintendents, from across the U.S.,

17   depending on where they are located

18   regionally.

19                  And there was one -- the one that

20   I attended was in New York with Rachel

21   Hochhauser.  And then there was one in Houston

22   and there was one in Las Vegas, all a part of

23   our platinum sponsorship for that year.

24             Q.   Fair to say that the attendees at

25   this conference were a pretty decent

1           cross-section of school administrators,

2           security officers, teachers, those types of

3           folks?

4                   A.   Yes, an array of those

5           individuals.

6                   Q.   Were there any other social media

7           companies at this conference that had the

8           opportunity to present that you're aware of?

9                   A.   Not that I know of, no.  I think

10          we were the only one.

11                  Q.   In the next paragraph it says,

12          "Jacqueline, Rachel, and ███████ then met with a

13          group of participants who self-selected to

14          participate in a roundtable discussion about

15          their experiences on the app and how Snap was

16          surfacing in their schools."

17                       Do you see that?

18                  A.   Yes.

19                  Q.   If you go to the next paragraph,

20          it says, "All participants said that Snapchat

21          is a part of their everyday life at school and

22          said both parents and students regularly

23          report to them harms or concerns connected to

24          Snapchat."

25                       Do you see that?

1          A.    Yes.

2          Q.    Did you have an understanding that

3    there would regularly be harms and concerns

4    connected to Snapchat within school systems

5    prior to you going to this conference?

6          MS. DEGTYAREVA:  Objection.  Assumes

7    facts, speculation, and foundation.

8          A.    I'm sorry.  Could you repeat the

9    question?

10         Q.    (By Mr. Gaddy)  Sure.  Had you

11   ever heard that before, that parents and

12   students were regularly reporting harms or

13   concerns connected to Snapchat?

14         MS. DEGTYAREVA:  Same objections.

15         A.    Regularly reporting, no.  But that

16   there were reports made by those groups, yes.

17   I -- I'm quibbling with the "regularly."  I

18   didn't know about that.

19         Q.    (By Mr. Gaddy)  It says,

20   "Specifically, they named their most

21   concerning interactions with the app as those

22   involving threats of violence and shooting

23   threats, but called out a whole range of

24   issues including bullying, sending of nudes,

25   and financial sextortion of males.  It always

1          goes to Snapchat."

2                    Do you see that?

3               A.    I do.

4               Q.    You have an understanding that

5          sextortion of males is something that was

6          prevalent on Snapchat?

7                    MS. DEGTYAREVA:   Objection.

8          Foundation, speculation, assumes facts.

9               A.    We started -- Snapchat started

10         really fighting back against financial

11         sextortion on the platform maybe a year or two

12         prior -- a year and a half or two prior to

13         this.  And it's an issue that takes place

14         unfortunately on all platforms and services,

15         not just Snapchat.

16              Q.    (By Mr. Gaddy)  It says, "They

17         keenly observed that the very things that

18         attract teens to Snapchat, privacy, autonomy,

19         and perceived ephemerality, is what makes

20         policing it difficult."

21                    Do you see that?

22              A.    I see it.

23              Q.    Does that concept make sense to

24         you?

25                    MS. DEGTYAREVA:   Objection.  Vague and

1    ambiguous, speculation, foundation.

2            A.   I understand the point that's

3    being made here.

4            Q.   (By Mr. Gaddy)  Do you agree with

5    the point that it is difficult to police a

6    platform like Snapchat when teens are

7    attracted to it because of privacy

8    ephemerality?

9            MS. DEGTYAREVA:   Objection.

10   Speculation, foundation, assumes facts, and

11   vague and ambiguous.

12           A.   I can't say what makes policing

13   difficult.  That would be beyond my scope.

14   But I can see the first half of the sentence.

15   I acknowledge that.

16           Q.   (By Mr. Gaddy)  It says, "The

17   Virginia SRO" -- you understand that's school

18   resource officer?

19           A.   I do.

20           Q.   -- "threats are getting out of

21   control over Snapchat adding he addresses

22   threats to shoot one to two times a month.

23   From another, Snapchat is becoming more of a

24   distraction every day."

25                Do you see that?

1          A.    I do.

2          Q.    From the Santa Rosa -- excuse me.

3     "From the school resource officer in Ohio,

4     they're doing everything in Snapchat because

5     they think parents and teachers won't find it.

6     They think it's super secretive and private."

7               Do you see that?

8          A.    I see.

9          Q.    Those are concerns that you've

10    heard before from teachers and school

11    administrators as it relates to Snapchat and

12    how they impact the function of school, true?

13         A.    Sorry.  One more time.

14         Q.    Those are concerns, what we just

15    read, that you've heard before from teachers

16    and school administrators as it relates to

17    Snapchat and how Snapchat can impact the

18    function of school, correct?

19         A.    We heard them in this instance.

20    Again, I don't get much involved with schools

21    and parents directly.  Those are other

22    people's responsibilities and other people's

23    external stakeholders.  But this is what we

24    heard in this installment of this series of

25    engagements.

1    images, inappropriate texts, and bullying,

2    would be distracting in a school setting if

3    that was happening?

4              MS. DEGTYAREVA:   Objection.

5    Speculation, foundation, vague and ambiguous.

6              A.   I wouldn't want to say what his

7    intention was.  Because, again, we don't know

8    if this is -- it says drama in school, but

9    these things unfortunately go out -- go on

10   outside of school as well, and sometimes they

11   filter back to the school.

12             Q.   (By Mr. Gaddy)  If you flip to the

13   next page, there's a list of I think some of

14   the negative takeaways from these meetings.

15   Do you see the word "negatives" there?

16             A.   I do.

17             Q.   It says, "They described

18   themselves as being 'slammed' with Snapchat

19   issues and called it a distraction."

20             Do you see that?

21             A.   Sorry.  Could you please reorient

22   me?

23             Q.   Sure.  Under "Negatives" at the

24   top of the page, I'm reading the first entry,

25   it says, "They," meaning the school

1    administrators, resource officers, et cetera,

2    "described themselves as being 'slammed' with

3    Snapchat issues and called it a distraction."

4              Do you see that?

5         A.    I do.

6         Q.    Do you agree that teachers,

7    administrators, and school resource officers

8    being slammed with Snapchat issues and

9    Snapchat being a distraction is not a good

10   thing for the school environment?

11        MS. DEGTYAREVA:   Objection.

12   Speculation, foundation, assumes facts, and

13   vague and ambiguous.

14        A.    Again, I can only comment on what

15   I heard at the time from these seven

16   individuals.  But on -- on the whole, at the

17   100,000-foot level, not a good thing.

18        Q.    (By Mr. Gaddy)  I'm sorry.  You

19   said not a good thing?

20        A.    Not a good thing.

21        Q.    "Private stories are where many of

22   the issues take place with kids thinking that

23   they will be notified of a screenshot and not

24   thinking about how else content could be

25   captured and shared."

1                          Do you see that?

2              A.    I do.

3              Q.    Do you have an understanding that,

4       if someone takes a screenshot of something on

5       Snapchat, the other user is given a

6       notification, correct?

7              A.    That's how I understand it, yes.

8              Q.    You also understand that, if a

9       user has a Snap that came from somebody else

10      on their phone and somebody else takes a

11      picture of it, the sender of that original

12      Snap does not get any type of notification,

13      correct?

14             A.    Correct.  But that would have to

15      be done quickly, because we -- as we said,

16      snaps delete immediately once they're seen.

17             Q.    It says, "The taking and sharing

18      of nudes was described as the never-ending

19      problem."

20                          Do you see that?

21             A.    I do.

22             Q.    Do you agree teenagers taking and

23      sharing nudes is not a good thing for the

24      school environment?

25                    MS. DEGTYAREVA:  Objection.

1    Speculation, foundation, vague and ambiguous.

2         A.   I have a complex -- more of a

3    complex answer here.  So in -- in the 21st

4    century, this is unfortunately, for maybe

5    those of us who are not of this generation,

6    this is sexual discovery and sexual

7    exploration in the 21st century, and that's

8    backed up by data by Thorn and others.  So

9    it's a problematic -- it's a problem in and of

10   itself in that it's further complicated by

11   where we are in today's world.

12        Q.   (By Mr. Gaddy)  Can we agree that

13   it's not the thing that should be happening

14   over Snapchat in school amongst teenagers?

15        MS. DEGTYAREVA:  Objection.  Assumes

16   facts, speculation, foundation, and vague and

17   ambiguous.

18        A.   Again, with this statement, it's

19   not to say that it's happening in school.  I

20   can only extrapolate that the school is being

21   made aware of it in some way.

22        Q.   (By Mr. Gaddy)  It says, "One

23   school official in Alabama compared it to

24   vaping without any way to actually detect it

25   being brought into schools."

1           Do you see that?

2      A.   I see it.

3      Q.   Do you agree that vaping and JUUL,

4  the company that sells vapes, is not a good

5  category for Snapchat to be put into?

6           MS. DEGTYAREVA:  Objection.  Vague and

7  ambiguous, speculation, foundation.

8      A.   I don't recall this particular

9  part of the dialogue to be honest, so I

10  wouldn't want to comment on this.

11      Q.   (By Mr. Gaddy)  And if you go down

12  -- skip the next two, it says, "The school

13  resource officer from Ohio said nudes are an

14  issue every day from as young as 3rd and 4th

15  graders, nine and ten years old.  Most of what

16  we have originates on Snapchat."

17           Do you see that?

18      A.   I see it.

19      Q.   Do you recall -- going back to

20  what you said earlier about the difference

21  between words and action, do you recall any

22  actions being taken by anyone at Snap in

23  response to the information that was learned

24  by you and Rachel and ███ at this particular

25  conference of educators?

1              MS. DEGTYAREVA:  Objection.

2      Speculation and foundation.

3              A.   I know that it was reviewed.  I

4      know that it was considered.  I know that many

5      people read this report, and perhaps others,

6      that we had when we summarized these findings,

7      and there were two other installments.  So I

8      know that it was -- it was looked at.

9                   And I think, again, just back to

10     some other points that I was making earlier,

11     one of the comments from the Wyoming official

12     -- this was a Wyoming superintendent of

13     schools, if I recall correctly, because I

14     remember his comment specifically.

15                  He said, for adults, meaning

16     parents and teachers, they said -- they said

17     that Snapchat is a "triggering comment."

18                  And then he said it's a defense

19     mechanism to something that they don't

20     understand.

21                  And he was quite -- quite

22     well-versed in Snapchat, and he made some

23     valuable contributions to the conversation.

24              Q.   (By Mr. Gaddy)  I understand you

25     to tell me that this report was reviewed, this

Jacqueline Beauchere                                    714

```
 1        was looked at by many people.
 2                    Are you aware of any actions that
 3        were taken by Snap to try to make there be a
 4        better experience within schools around the
 5        country as it relates to Snapchat?
 6                    MS. DEGTYAREVA:  Objection.
 7        Speculation, foundation, and assumes facts.
 8                    A.   Rachel led a series of conferences
 9        or connections with a variety of school
10        organizations, and they created a toolkit for
11        teachers that she launched perhaps last year.
12        I don't remember the exact timing.  Last year
13        sounds about right.
14                    So there have been -- there's been
15        a separate line that's been set up for
16        teachers and school officials to report
17        incidents of Snapchat.  So there have been --
18        there have been developments.  I'm not
19        intimately involved with them or aware of all
20        of them, but there have been specific efforts.
21                    Q.   (By Mr. Gaddy)  Your understanding
22        is some of those developments were as a result
23        of what was learned attending some of these
24        conferences in 2023?
25                    A.   That's correct.
```

```
1                C E R T I F I C A T E

2

3              I, STACY L. DECKER, a Certified Court

4     Reporter within and for the State of Missouri,

5     hereby certify that the within-named witness was

6     first duly sworn to testify the truth, and that the

7     testimony by said witness was given in response to

8     the questions propounded, as herein set forth, was

9     first taken in machine shorthand by me and

10    afterwards reduced to writing under my direction

11    and supervision, and is a true and correct record

12    of the testimony given by the witness.

13              I further certify that I am not a

14    relative or employee or attorney or counsel of any

15    of the parties, or relative or employee of such

16    attorneys or counsel, or financially interested in

17    the action.

18              WITNESS my hand and official seal at

19    my office in said County and State, this 20th day

20    of March, 2025.

21                    <%13872,Signature%>
                      _____
22                    STACY L. DECKER, CSR, CCR
                      CCR No. 858
23                    State of Missouri

24

25
```