**AMENDED Exhibit 803**

**PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

1            UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    ----------------------------x
     IN RE: SOCIAL MEDIA ADOLESCENT  ) Case No. 4:22-md-
5    ADDICTION/PERSONAL INJURY       ) 3047-YGR
     PRODUCTS LIABILITY LITIGATION   ) MDL No. 3047
6    ----------------------------x

7

8        SUPERIOR COURT OF THE STATE OF CALIFORNIA

9            FOR THE COUNTY OF LOS ANGELES

10                UNLIMITED JURISDICTION

11
     COORDINATION PROCEEDING          ) Judicial Council
12   SPECIAL TITLE [RULE 3.550]       ) Coordination
                                      ) No. 5255
13   SOCIAL MEDIA CASES               )
     _____  ) Judge Carolyn Kuhl
14

15

         CONTAINS HIGHLY CONFIDENTIAL INFORMATION
16

17

18      VIDEOTAPED DEPOSITION OF EVAN T. SPIEGEL

19             LOS ANGELES, CALIFORNIA

20                APRIL 11, 2025

21                  8:04 A.M.

22

23   Job No.: 7293362

24   Pages: 1 - 250

25   Reported by: Leslie A. Todd, CSR No. 5129 and RPR





1    Q.      If you look at the first page, at the

2    top it reads, "Testimony of Evan Spiegel,

3    Co-Founder and CEO of Snap Inc.," correct?

4    A.      That's correct.

5    Q.      And it refers -- the document refers

6    to the hearing before the United States Senate

7    Committee on the Judiciary dated January 31, 2024,

8    correct?

9    A.      That's correct.

10   Q.      This is the statement that you

11   prepared in advance of your January 2024 testimony?

12   A.      Yes.

13   Q.      Now I want to ask you about a couple

14   of statements set forth in your prepared testimony.

15   If you take a look at the first paragraph on the

16   first page after some introductory remarks, you

17   say, "Our service, Snapchat, is used by over 100

18   million Americans, including more than 20 million

19   teenagers, to communicate with their friends and

20   family.  We have an enormous responsibility to keep

21   our community safe."

22           Did I read that correctly?

23   A.      Yes, that's correct.

24   Q.      And then if you look down in the

25   second paragraph, there's a sentence, it's about

1    the third sentence in, it says, "Protecting

2    Snapchatters is our moral responsibility and a

3    business imperative."

4                    Did I read that correctly?

5         A.      Yes, you did.

6         Q.      Sitting here today, Mr. Spiegel, you

7    agree that Snap has an enormous responsibility to

8    keep its community safe, true?

9         A.      Yes.

10        Q.      And you agree that protecting

11   Snapchatters is Snap's moral responsibility as

12   well, true?

13        A.      Yes.

14        Q.      And these are beliefs that you've

15   held since you founded the company, correct?

16        A.      Yes.  We've held these beliefs for a

17   very long time.

18        Q.      You've always believed that

19   protecting Snapchat users is a moral

20   responsibility, right?

21        A.      We feel like it's incredibly

22   important, yes.

23        Q.      You've always believed that Snap has

24   an enormous responsibility to keep its community

25   safe, correct?

1              MS. BROWN:  Objection to the

2         form.

3              THE WITNESS:  We feel an

4         enormous responsibility to help keep our

5         community safe.

6    BY MR. BILSBORROW:

7         Q.    Now, Mr. Spiegel, as co-founder and

8    CEO of Snap, the company reflects your values,

9    correct?

10        A.    I would hope it does.

11        Q.    And when it comes to decisions about

12   the safety of adolescents and teenagers on the

13   Snapchat platform, the buck stops with you as CEO,

14   correct?

15        A.    Certainly I rely heavily on our team,

16   but I do believe that ultimately I bear enormous

17   responsibility as our chief executive officer.

18        Q.    And you're the final decision-maker,

19   right?

20        A.    Well, it depends on the decision

21   that's being made.

22        Q.    Well, when it comes to safety, the

23   safety of the platform, you're the final decision

24   maker, correct?

25        A.    As I said, it depends on the decision



1    knowingly make products that harm children?

2         A.      Of course not.  No.

3         Q.      True or false, a company should

4    inform its users when -- of its products about

5    known safety risks associated with using those

6    products?

7         A.      Yes, I agree.

8         Q.      True or false, it is irresponsible

9    for a company to hide safety risks associated with

10   its products?

11        A.      I don't think a company should hide

12   safety risks.

13        Q.      True or false, a company that creates

14   a product used by teenagers should take every

15   measure to protect those teenagers?

16        A.      I certainly think companies should

17   take measures to protect teenagers.

18        Q.      You believe companies should just

19   take measures or they should take every measure?

20                MS. BROWN:  Objection to the

21        form.

22                THE WITNESS:  I believe the

23        company should take measures to protect

24        teenagers.

25   BY MR. BILSBORROW:

1         Q.      How about this, do you believe
2    companies should take all reasonable measures to
3    protect teenagers that use their platform?
4         A.      Generally speaking, but without any
5    specific examples, it's hard for me to comment.
6         Q.      Now, you and your colleagues at Snap
7    understand that teenage Snapchat users are a
8    vulnerable population, correct?
9                 MS. BROWN:  Objection to the
10        form.
11                THE WITNESS:  I'm sorry.  Can
12        you restate the question, please?
13   BY MR. BILSBORROW:
14        Q.      Yes.  You and your colleagues at Snap
15   understand that teenage Snapchat users are a
16   vulnerable population, correct?
17                MS. BROWN:  Same objection.
18                THE WITNESS:  I'm not sure what
19        you mean by "vulnerable."
20   BY MR. BILSBORROW:
21        Q.      Well, let me show you a document.
22                MS. BROWN:  Thank you.
23                MR. BILSBORROW:  We're going to
24        mark this as Exhibit 2.
25                (Exhibit No. 2 was marked for







1    BY MR. BILSBORROW:

2        Q.      For purposes of completeness, the

3    fourth bullet says, "How are we managing increasing

4    scrutiny from media and lawmakers and safety groups

5    on how we are keeping young people safe and

6    combating online harm.  What are we doing right,

7    and what can we do better?"  Correct?

8        A.      Yes, that's correct.

9        Q.      Okay.  So if you could flip to the

10   page ending 891, and I'm referring to the page

11   numbers that say "SNAP" and then there's the

12   number.  So those are called Bates numbers.

13              And this is page 10 of the document.

14   Are you with me?

15       A.      Yes.  I believe so.

16       Q.      Okay.  And at the top of this

17   particular page, there's a heading that says

18   "Issues Affecting Minors on Snap."

19              Do you see that?

20       A.      Yes, I do.

21       Q.      The first sentence reads, "The safety

22   of minors on Snap is our highest safety priority."

23              Do you see that?

24       A.      I do.

25       Q.      And you agree with that, right?

1          A.       Yes, I do.

2          Q.       The next sentence reads, "Ages 13 to

3    17 years are a large Snap demographic, and given

4    their age, are also a vulnerable population."

5                   Do you see that?

6          A.       Yes, I do.

7          Q.       And do you agree with that sentence?

8          A.       Yes, I do.

9          Q.       So when I asked you earlier if you

10   and your colleagues at Snap understand that teenage

11   Snapchat users are a vulnerable population, the

12   answer would be that you do understand that, right?

13                   MS. BROWN:  Objection to the

14          form.

15                   THE WITNESS:  Before I asked how

16          you'd define vulnerable.  And in this

17          case, I'm confirming that I agree with

18          the way that this sentence is phrased,

19          and that given their age, people 13 to

20          17 are also a vulnerable population.

21   BY MR. BILSBORROW:

22          Q.       Thank you.  The next sentence here

23   says, "We believe they require a heightened

24   standard of care."

25                   Do you see that?

1          A.      I do.

2          Q.      And do you agree with that?

3          A.      Yes, I do.

4          Q.      And Mr. Spiegel, because Snap's

5    teenage users require a heightened standard of

6    care, you agree that Snap should take every

7    reasonable action to make sure the Snapchat

8    platform is not causing those users harm, correct?

9              MS. BROWN:  Object to the form.

10             THE WITNESS:  It's a bit

11         difficult to answer such a broad

12         question, but I'd say, generally

13         speaking, we work very hard to keep

14         young people safe.

15   BY MR. BILSBORROW:

16         Q.      If you, as Snap's CEO, know of

17   dangers to teenagers that exist on the Snapchat

18   platform, you agree that you have a responsibility

19   to warn of those dangers, right?

20         A.      We do feel a sense of responsibility

21   to warn of dangers on the Snap platform.

22         Q.      And as you said to the United States

23   Senate, Snap has a moral responsibility to these

24   teenage users, correct?

25         A.      Yes.  That's correct.





1    A.      That's correct, he doesn't work for

2  Snap.

3    Q.      He's part of a board that meets

4  monthly?

5    A.      I'm not sure how frequently they

6  meet.  I know that our team engages them outside of

7  meetings as well.

8    Q.      Well, let me ask you about this.  How

9  many in-house child psychologists does Snap employ

10  to research the effects that its platform has on

11  teen users?

12    A.      I don't believe we employ in-house

13  psychologists.  I believe we rely on third-party

14  experts.

15    Q.      So you have no in-house psychologists

16  whose Monday through Friday, 9:00 to 5:00 is

17  dedicated to determining whether the Snapchat

18  platform is having a negative effect on teenage

19  Snapchat users?

20          MS. BROWN:  Objection.  Asked

21      and answered.

22          THE WITNESS:  No.  As I

23      mentioned, we work with independent

24      third-party experts.

25  BY MR. BILSBORROW:

1    Q.    How about neuroscientists, how many

2    neuroscientists does Snap employ to research the

3    effect that the Snapchat platform has on teenage

4    users?

5    A.    I don't believe we directly employ

6    neuroscientists, but I know we work with

7    third-party independent experts.

8    Q.    What third-party neuroscientists are

9    you aware that Snap has worked with?

10   A.    I'm not sure specifically who has

11   neuroscience expertise.  I was explaining that

12   broadly we work with independent third-party

13   experts to understand the way that Snapchat makes

14   people feel.

15   Q.    And are you aware of any of those

16   third-party experts that have studied specifically

17   compulsive use of teenage Snapchat users?

18   A.    I'm not aware of a specific study to

19   that effect.

20   Q.    And when you read the plaintiffs'

21   complaint in this case and you learned that

22   children were alleging that Snapchat caused them to

23   become addicted to the platform, did you go out and

24   retain third-party experts to conduct a study to

25   see whether that was legitimate?



Evan Spiegel                                    50

1          the claims you're making in litigation,

2          I'll object to that.  If you're asking

3          more broadly, that's fine.

4    BY MR. BILSBORROW:

5          Q.      So I've asked you about child

6    psychologists; I've asked you about

7    neuroscientists.  Does Snap employ full-time mental

8    health professionals to ensure the design of

9    Snapchat and its features aren't harmful to the

10   mental health of teenage users?

11         A.      No, I don't believe we employ

12   full-time mental health researchers.  We rely on

13   third-party independent experts.

14         Q.      You testified earlier, Mr. Spiegel,

15   that your personal belief is that Snapchat is not

16   addicting.  Is that right?

17         A.      That's correct.

18         Q.      What is that based on?

19         A.      That's based on my knowledge of the

20   way that I use Snapchat and the way that I've

21   observed other people using Snapchat primarily as a

22   communication service to talk with their friends

23   and family.

24         Q.      Well, Mr. Spiegel, I don't want to

25   insult you.  But you're in your mid-30s, 40s,





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1    paragraph on that page, it says, "Like many other

2    start-ups, ground zero for Snapchat's story is

3    Stanford University where a young Evan Spiegel from

4    Los Angeles befriended Reginald, Reggie Brown."

5              Do you see that?

6        A.    I do see that, yes.

7        Q.    And then it goes on to talk about how

8    you all came up with the idea for Snapchat; is that

9    fair?

10       A.    I'd have to go line by line here to

11   make sure it's accurate, which --

12       Q.    Well, let's -- let's look on page 803

13   at the first full paragraph, near the top of the

14   page.  It says, "It wasn't until Spiegel's junior

15   year."

16              Are you with me?

17       A.    Yeah.

18       Q.    It says, "It wasn't until Spiegel's

19   junior year that the idea for Snapchat was born."

20   Quote, "'I wish these photos I am sending this girl

21   would disappear,' Brown told Spiegel in April 2011.

22   His friend immediately got excited about the

23   concept of disappearing photos and told Brown that

24   this was a million-dollar idea.  Five years later,

25   that idea would now be worth billions."

1          Did I read that correctly?

2     A.      You read that paragraph correctly,

3   yes.

4     Q.      Okay.  So according to this Business

5   Insider article, your friend, Reggie Brown, told

6   you that he wished photos he was sending a girl

7   would disappear, and that was the idea for

8   Snapchat.  Is that what the article says?

9               MS. BROWN:  Objection.

10          Foundation.

11               THE WITNESS:  Yes.  The article

12          says, "'I wish these photos I'm sending

13          this girl would disappear,' Brown told

14          Spiegel in April of 2011."

15   BY MR. BILSBORROW:

16     Q.      Is that an accurate description of

17   how you and Mr. Brown came up with the idea?

18     A.      It's hard to recall the exact

19   specifics of that conversation from 2011, but

20   generally speaking, I recall Reggie saying that he

21   wanted to send photos that would disappear, and I

22   thought that was a good idea.

23     Q.      Okay.  You can set that aside.

24               Shortly after you and Reggie had that

25   conversation, you created Snapchat, correct?





1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Evan Spiegel                                    108

1    a bullet that says Snapchat is where most nudes are

2    believed to be shared among young people.

3         Q.    And you haven't commissioned any

4    research to determine whether Snapchat is, in fact,

5    where most nudes are believed to be shared among

6    young people, have you?

7                   MS. BROWN:  Objection to the

8              form.

9                   THE WITNESS:  I personally have

10             not commissioned such research, but I

11             believe this is something our trust and

12             safety team would have investigated.

13   BY MR. BILSBORROW:

14        Q.    You can set that aside.

15                  MS. BROWN:  Can we take a quick

16             break?

17                  MR. BILSBORROW:  Sure.

18                  THE VIDEOGRAPHER:  The time is

19             10:34.  Going off the record.

20                  (Recess.)

21                  THE VIDEOGRAPHER:  The time is

22             now 10:50.  Back on the record.

23   BY MR. BILSBORROW:

24        Q.    Mr. Spiegel, you knew from early on

25   that many of Snapchat's users were teenagers,

```
1          something's wrong with this copy, so to
2          the extent it's not a complete document,
3          I'll just put an objection on the
4          record.
5                   THE WITNESS:  If you printed
6          this off our website, we should
7          definitely take a look because this is
8          very odd.  Okay.
9     BY MR. BILSBORROW:
10         Q.     Ready?
11         A.     Sorry.  I haven't had a chance to
12    read it.
13                 (Peruses document.)
14         Q.     Mr. Spiegel, we're showing you what's
15    been marked as Exhibit 11, and I'll represent to
16    you that this is a printout from the Snapchat blog.
17    Okay?
18         A.     Okay.
19         Q.     Snapchat maintains a blog on its
20    website, right?
21         A.     Yes.
22         Q.     And it's still available on Snap's
23    website today?
24         A.     This blog post?
25         Q.     Or just the blog in general is still
```

1    available?

2          A.      Yes.  We have a blog.

3          Q.      This blog post is dated May 10, 2012.

4                  Do you see that?

5          A.      I do, yes.

6          Q.      And it's titled "Let's Chat,"

7    correct?

8          A.      That's correct.

9          Q.      So if you turn to the second page of

10   the exhibit, about midway through the page, it

11   says, "To get a better sense of how people were

12   using Snapchat and what we could do to make it

13   better, we reached out to some of our users.  We

14   were thrilled to hear that most of them were high

15   school students who were using Snapchat as a new

16   way to pass notes in class; behind-the-back photos

17   of teachers and funny faces were sent back and

18   forth throughout the day.  Server data supported

19   this and we saw peaks of activity during the school

20   day and dips on the weekend."

21                 Did I read that correctly?

22         A.      Yes, you did.

23         Q.      Was this a blog post that you wrote?

24         A.      It was, yes.

25         Q.      And so you're familiar with what you

1    are discussing here?

2            A.       Yeah, I'm familiar.  I mean, it was

3    from 2012, but, generally speaking, yes, I'm

4    familiar.

5            Q.       So, Mr. Spiegel, from the earliest

6    days of Snapchat, you learned that teenagers were

7    using the app to send Snaps during school, correct?

8            A.       That was one of the things we

9    learned, yes.

10           Q.       In fact, according to the post, you

11   learned that there were peaks of activity during

12   the school day and dips on the weekend, correct?

13           A.       According to this post, that's what

14   we observed at the time, yes.

15           Q.       And soon after this -- this is dated

16   May of 2012 -- soon after this, you learned that

17   Snapchat use was actually disrupting classes at

18   schools, correct?

19           A.       I don't recall when I would have

20   learned that.

21           Q.       Did you learn that?

22           A.       I may have.

23           Q.       Let's look at a document.  Maybe it

24   will refresh your recollection.

25                    MR. BILSBORROW:  This will be

1    Q.    Okay.  You can -- you can set that
2    aside.
3             Today, Snapchat has a couple hundred
4    million users.  Do you know?
5    A.    Are you asking about daily active
6    users or --
7    Q.    Yeah, daily active users, ballpark.
8    A.    I think approximately 450 million
9    daily active users.
10   Q.    And I think you testified earlier
11   that 20 percent of those users are teenagers,
12   right?
13   A.    I think approximately 20 percent of
14   Snapchatters are teenagers but that -- that may be
15   in reference to the monthly active user number.
16   But I think -- I think, relatively speaking, about
17   20 percent of daily active users are teenagers.
18   Q.    So ballpark, a hundred million
19   teenagers are daily active users on Snapchat?
20            MS. BROWN:  Objection.  I don't
21       think your math's right.
22            THE WITNESS:  My math's not
23       going to be any better.
24            MS. BROWN:  I don't think 20
25       percent of that is 100.

```
 1                   MR. BILSBORROW:  Let's see.

 2                   MS. BROWN:  Didn't he say 450?

 3         Because 10 is 45, then you do --

 4   BY MR. BILSBORROW:

 5         Q.     So Mr. Spiegel, if 20 percent of 450

 6   million Snapchat users are teenagers, that's about

 7   90 million, right?

 8         A.     Approximately.  Yes.

 9         Q.     Okay.  And that's your belief as of

10   today?

11         A.     That's my belief based on the most

12   recent information I've received.

13         Q.     In addition to users aged 13 to 17,

14   you're aware that millions of children under 13 use

15   the Snapchat platform, aren't you?

16                   MS. BROWN:  Objection to the

17         form.

18                   THE WITNESS:  No, I'm not aware

19         of that.

20   BY MR. BILSBORROW:

21         Q.     Well, let's take a look at another

22   document.

23                   (Exhibit No. 17 was marked for

24                   identification.)

25   BY MR. BILSBORROW:
```

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    as Exhibit 19.

2                    (Exhibit No. 19 was marked for

3                    identification.)

4                    (Video played.)

5    BY MR. BILSBORROW:

6         Q.    So, Mr. Spiegel, do you agree with

7    the statement that children under the age of 13 are

8    not ready to communicate on Snapchat?

9         A.    Yes, I do.

10         Q.    Yet to this day, millions of users

11    under the age of 13 remain on the Snapchat

12    platform, true?

13         A.    Is that an allegation that you're

14    making?

15         Q.    I'm asking if you know whether that's

16    true.

17         A.    I don't know whether that's true.

18         Q.    Okay.  Let's look at another

19    document.  This will be marked Exhibit 20.

20                    (Exhibit No. 20 was marked for

21                    identification.)

22                    MS. BROWN:  I'm sorry, you guys,

23         I lost my realtime.  Do you mind?  Can I

24         just quickly get it back?

25                    THE VIDEOGRAPHER:  The time is



Evan Spiegel                                    174

1      Q.      And Snap has made efforts to convince

2  those parents that their kids -- it's appropriate

3  for their kids to be on Snapchat, right?

4      A.      I wouldn't characterize it as trying

5  to convince parents, but we do try to educate

6  parents, so that they can make the right choice for

7  their family and their kids.

8      Q.      When you performed research, parents,

9  in particular, have expressed concerns about

10  ephemeral or disappearing messages, right?

11      A.      They may have.  I'm not sure what

12  research you're referencing.

13      Q.      Okay.  Let's show you some research

14  that you've done.  This is Exhibit 21.

15              (Exhibit No. 21 was marked for

16              identification.)

17              THE WITNESS:  (Peruses

18      document.)

19  BY MR. BILSBORROW:

20      Q.      Ready to proceed, Mr. Spiegel?

21      A.      Yeah, thanks.

22      Q.      So I've handed you what's been marked

23  as Exhibit 21.  This is a memo to Snap from

24  Breakwater Strategy, right?

25      A.      That's what it looks like, yes.

1          Q.      Breakwater Strategy is a consulting

2     group?

3          A.      I believe so, yes.

4          Q.      And Snap has used Breakwater

5     Strategy, from time to time, for a variety of

6     different reasons, right?

7          A.      I think so.

8          Q.      This memo is dated July 28th, 2023,

9     correct?

10         A.      July 28th, 20 -- yep.

11         Q.      And the subject is "Parent

12    perceptions research, qualitative insights."  Do

13    you see that?

14         A.      I do.

15         Q.      Have you seen this memo before?

16         A.      I'm not sure.

17         Q.      Okay.  You're aware --

18                 MS. BROWN:  Hang on a second.

19            Let me just put an objection on the

20            record.

21                 Based on that answer, and the

22            fact that he's not a custodian, I'm just

23            going to object to lack of foundation on

24            questioning on this document.

25    BY MR. BILSBORROW:

1    Q.    So, Mr. Spiegel, as CEO of Snap, were

2  you aware that the company had retained Breakwater

3  Strategy to survey parents about their perceptions

4  of Snapchat?

5    A.    I'm not sure, no.

6    Q.    Well, when I asked you earlier if you

7  were aware that Snap had surveyed parents about

8  their perceptions of Snapchat, you recalled that

9  generally, right?

10   A.    Yes, I did.

11   Q.    Okay.  So any reason to think Snap

12  did not retain Breakwater Strategy in July of 2023

13  to conduct parent perception research?

14           MS. BROWN:  Objection.  Lacks

15       foundation.

16           THE WITNESS:  I don't think so.

17       I don't know.

18  BY MR. BILSBORROW:

19   Q.    Okay.  And you've had a chance to

20  review the memo.  So let's take a look at some of

21  what it says.  If we start at the overview on the

22  first page, it says, "This memo outlines initial

23  insights from qualitative research designed to

24  explore parents' opinions associated with Snapchat,

25  and develops hypotheses that point to opportunities

1    for the company to meaningfully improve parents'

2    perception of the platform."

3                    Did I read that correctly?

4                    MS. BROWN:  And, Counsel, do you

5         want to just give me a running objection

6         to all the questions about this document

7         on lack of foundation?

8                    MR. BILSBORROW:  Sure.

9                    MS. BROWN:  All right.

10                    THE WITNESS:  But I'm allowed to

11         answer?

12                    MS. BROWN:  If you can.

13                    THE WITNESS:  It -- yes, I

14         believe what you said -- what you said

15         was this sentence here, yep.

16    BY MR. BILSBORROW:

17         Q.    Okay.  So let's turn over to the page

18    ending 097.  At the very top of that page, it says,

19    "Detailed Findings."  Do you see that?

20         A.    Yes, I do.

21         Q.    And then if you flip the page again,

22    there's some detailed findings regarding Snapchat

23    on the bottom of the page 098.  Do you see that?

24         A.    Yeah, there's some paragraphs under

25    the header "Detailed Findings," that's correct.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1      CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2          The undersigned Certified Shorthand Reporter

3    does hereby certify:

4          That the foregoing proceeding was taken

5    before me at the place and time therein set forth,

6    at which time the witness was duly sworn; That the

7    testimony of the witness and all objections made at

8    the time of the examination were recorded

9    stenographically by me and were thereafter

10   transcribed, said transcript being a true and

11   correct copy of my shorthand notes thereof; That

12   the dismantling of the original transcript will

13   void the reporter's certificate.

14              In witness thereof, I have subscribed

15   my name this date:  April 12, 2025.

16

17                           <%14542,Signature%>
                           _____

18                           LESLIE A. TODD, CSR, RPR

19                           Certificate No. 5129

20

21   (The foregoing certification of

22   this transcript does not apply to any

23   reproduction of the same by any means,

24   unless under the direct control and/or

25   supervision of the certifying reporter.)