**AMENDED Exhibit 807**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

1                UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
2

        ******************************
3                                    Case No.
    IN RE:  SOCIAL MEDIA ADOLESCENT  4:22-MD-03047-YGR
4   ADDICTION/PERSONAL INJURY
    PRODUCTS LIABILITY LITIGATION
5                                    MDL No. 3047
        ******************************
6

    This Document Relates To:
7

    ALL ACTIONS
8

        ******************************
9

10       SUPERIOR COURT OF THE STATE OF CALIFORNIA
                 COUNTY OF LOS ANGELES
11               UNLIMITED JURISDICTION

12   *************************

13  Coordination Proceeding    Judicial Council
    Special Title              Coordination Proceeding
14  (Rule 3.550)               No. 5255

15  SOCIAL MEDIA CASES         Judge:  Carolyn B. Kuhl
                               Dept. 12
16  *************************

17
                   VIDEOTAPED DEPOSITION OF
18
                      PETER J. SELLIS
19

20  Held At:   Skadden Arps
               2000 Avenue of the Stars
21             Los Angeles, California

22
                    February 6th, 2025
23                     9:09 a.m.

24  REPORTER:

25  Maureen O. Pollard, CA CSR #14449









1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    were overseeing when you became leader for all

2    product management teams in 2019?

3         A.    There was a product management team for

4    publishers and creators that I also oversaw.

5         Q.    And explain for the jury what product

6    managers for publishers and creators did.

7         A.    So product managers for publishers and

8    creators worked on tools for the organizations and

9    people who are creating content professionally or

10   semi-professionally to be distributed on Snapchat.

11   This could be kind of like media organizations, like

12   you might be familiar with like CNN or Vice or

13   influencers who have large audiences like MrBeast or

14   Kylie Jenner.

15        Q.    Where would the -- well, sorry, strike

16   that.

17              In the example of MrBeast or Kylie

18   Jenner, where would these creators be posting their

19   content on Snapchat?

20        A.    Do you mean where would it appear in

21   the service?

22        Q.    Yes.  Thank you.

23        A.    During this time there is a tab on the

24   Snapchat app, I believe it would have been called

25   Stories or Discover, depending on the user and the

Peter Sellis                                          38

1    time, and this tab is divided into three sections.
2    The top section is for your friends, the middle
3    section is for subscriptions, and the bottom section
4    was called For You.
5                These creators and publishers would
6    have appeared in the latter two sections, so
7    subscriptions, meaning that the user had opted in to
8    receive updates from that creator or publisher, and
9    then For You, which was subject to an algorithm
10   where Snapchat decided what to show for that user at
11   that time.
12        Q.    The Stories or Discover, you referred
13   to that as a service?
14        A.    I refer to the overall Snapchat
15   application as a service.
16        Q.    Okay.
17        A.    Stories and Discover would be like a
18   tab within that service.
19        Q.    Okay.  So the Stories or Discover tab,
20   that was a feed of video content, true?
21        A.    The tab itself presented a set of tiles
22   that once you tapped into those tiles would launch a
23   feed of video content.
24        Q.    And based on your description, there
25   were three tiles?

```
1              A.    There were three sections with
2     different types of tiles.
3              Q.    Got it.
4                    And that changed over time, right?
5              A.    Not significantly.
6              Q.    Okay.  So for the time that you were
7     the lead product management from 2019 to 2021, it
8     was relatively stable in terms of the presentation
9     of the Stories or Discover surface?
10             A.    Yes, the user interface was relatively
11    stable.
12             Q.    Were advertising products displayed in
13    the Stories or Discover surface?
14                   MR. MAJOR:  Objection.  Vague.
15                   THE WITNESS:  Yes.
16    BY MR. BILSBORROW:
17             Q.    What sort of advertising products were
18    displayed in the Stories or Discover surface?
19                   MR. MAJOR:  Objection.  Vague.
20                   THE WITNESS:  Two -- three types of
21             advertising products were displayed.
22                   The first, when you navigate it as a
23             user to the tab, one of the tiles in the
24             For You section, which is the bottom one,
25             could be a sponsored story, so this would
```

1           be a tile that is sponsored by an

2           advertiser, and the user chooses to engage

3           with it and then engages into a video feed

4           that the advertiser had created.

5                The second is within any of the videos

6           presented in any three sections, either

7           between videos from different friends or

8           among content from a publisher or creator

9           would be a Snap ad, which is typically a 3-

10          to 10-second skippable video ad.  It can

11          also be a photo.

12               And then in certain types of content

13          that was very premium, very like

14          higher-quality production, we had what we

15          called commercials, which were 6-second

16          non-skippable ads.

17               Those would be the three types of

18          advertising presented on the Stories tab.

19   BY MR. BILSBORROW:

20        Q.   Were those three types of advertising

21   presented the entire time that you were leading the

22   product management team, or did that change at all?

23        A.   We launched Stories in 2018, I believe,

24   and we launched commercials in 2019, I believe.

25        Q.   Okay.  If you look back at your rèsumè,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    A.    Josh Siegel.

2    Q.    Did you have any day-to-day

3  responsibilities for the operation or maintenance of

4  Spotlight?

5    A.    No, not day-to-day.

6    Q.    So what was your -- once Spotlight --

7  sorry, strike that.

8          Once Spotlight got off the ground, what

9  was your involvement with that consumer product?

10   A.    Because of its nature Spotlight is

11  somewhat complex as a marketplace, where you have

12  creators who are trying to create content, you're

13  trying to get users the best content to watch it,

14  and you're trying to bring in monetization so that

15  you can incentivize people to create more content,

16  and so my initial -- or my, kind of, ongoing

17  responsibilities there were mostly around making

18  sure that those three things were aligned in the

19  short and long term.

20   Q.    Did Snap create or offer advertising

21  products that could be displayed in Spotlight?

22   A.    We started to experiment with them I

23  believe in 2022, but it was not significant.

24   Q.    Did Snap generate any revenue from the

25  activities in Spotlight?

1    A.    During my time it was minimal.

2    Q.    Even on a minimal basis, how would Snap

3    generate revenue from the content posted in

4    Spotlight?

5    A.    We had a small test where we were

6    showing ads in Spotlight to probably around 1 to

7    2 percent of users.

8    Q.    But that was discontinued?

9    A.    I don't know where it ended up, but

10   today there are ads within Spotlight.

11   Q.    But during the time that you were with

12   Snap, for the most part advertising was not

13   displayed in Spotlight, is that true?

14   A.    That is true.

15   Q.    If you look down further in this

16   section, you refer to I think what you've described

17   as other consumer products like the Camera and

18   Friend Stories.  Would you consider a friend story

19   to be a consumer product?

20   A.    Yes, I would.

21   Q.    You also have a reference here to

22   "Growth and Friending."  Is that a consumer product?

23   A.    Those are teams, but, yes, they are

24   consumer product teams.

25   Q.    What was your responsibility over

1    users who had an unknown age at some point in time?

2              MR. MAJOR:  Objection.  Vague.

3              THE WITNESS:  I'm not sure.  No, I'm

4         not sure.

5    BY MR. BILSBORROW:

6         Q.    Were there a significant number of

7    users whose listed age was in excess of 100?

8              MR. MAJOR:  Objection.  Vague.

9              THE WITNESS:  I'm not sure.

10   BY MR. BILSBORROW:

11        Q.    During the time you were leading the

12   product management team, you were aware that

13   Snapchat was the number one social media app for

14   teenagers in the United States, correct?

15        A.    I believe I saw some third-party

16   research that suggested that, yes.

17        Q.    Teenagers really like the Snapchat

18   platform, true?

19             MR. MAJOR:  Objection.  Vague,

20        speculation.

21             THE WITNESS:  I mean, teenagers used

22        Snapchat.

23   BY MR. BILSBORROW:

24        Q.    And all things being equal, Mr. Sellis,

25   a larger number of teenage Snapchat users is more

```
 1   that we'll mark as Exhibit 6.
 2                   (Whereupon, Exhibit Snap-Sellis-6 was
 3             marked for identification.)
 4                   MR. BILSBORROW:  And this is tab 6,
 5         Gina.
 6   BY MR. BILSBORROW:
 7        Q.    Ready?
 8        A.    Ready.
 9        Q.    Mr. Sellis, I'm showing you what's been
10   marked as Exhibit 6.  This is a document that
11   generally talks about the Snap ad formats that we've
12   discussed already today, correct?
13        A.    Yes.
14        Q.    So on the first page there's a write-up
15   about Sponsored Geofilters, correct?
16        A.    Yes.
17        Q.    On the second page there's a write-up
18   about Sponsored Lenses, correct?
19        A.    Yes.
20        Q.    And then on the third page there is a
21   write-up on what's called 3V Ads.
22             Do you see that?
23        A.    Yes.
24        Q.    That's another name for vertical ads,
25   right?
```

Peter Sellis                                          134

1        A.     That was the initial name, yes.

2        Q.     What does "3V" stand for, do you know?

3        A.     Vertical video viewed by choice.

4        Q.     And if you flip to the back page -- we

5   haven't talked about this yet today, but probably a

6   good time to do so.

7               Do you see the back page says "Document

8   Slipsheet"?

9        A.     Yes.

10       Q.     And I'll just represent to you that

11  this is a metadata sheet --

12       A.     Okay.

13       Q.     -- that records the metadata of the

14  document as it was produced to us.

15              Now, you see in the Custodian field

16  there it says your name?

17       A.     Okay.

18       Q.     I'll represent to you that this was

19  obtained from your custodial file, okay?

20       A.     Okay.

21       Q.     And then there's a Create Date.

22              Do you see that?

23       A.     Yes.

24       Q.     And according to this metadata, the

25  create date for this particular document was

1    February of 2016.

2              Do you see that?

3         A.    I see that, yes.

4         Q.    These ad formats that are discussed in

5    this particular document, these are all ad formats

6    that were available to advertisers in 2016, true?

7         A.    Yes.

8         Q.    Okay.  Let's go back to the first page.

9         A.    Okay.

10        Q.    And the first page of this document,

11   again which ends in Bates number 792, this is

12   discussing sponsored geofilters, correct?

13        A.    Yes, correct.

14        Q.    And if you take a look, there's a big

15   box in the center of the page that says "How to

16   Buy."

17             Do you see that?

18        A.    Yes.

19        Q.    And this is basically explaining how an

20   advertiser can buy these sponsored geofilter

21   products, correct?

22        A.    Yes.  These are the three types of,

23   like, packages per se that are available.

24        Q.    So one package is Sponsored National

25   Geofilters, right?

1         A.    Yes.

2         Q.    And under -- in that box it says the

3    objective is "To align with a specific event,

4    product launch, or holiday Opportunity."

5               Do you see that?

6         A.    Yes.

7         Q.    And is that consistent with your

8    recollection of how those sponsored national

9    geofilters were used?

10        A.    Yes.

11        Q.    The next box to the right talks about

12   Sponsored Chain Geofilters.

13              Do you see that?

14        A.    I do.

15        Q.    And the objective there is "To increase

16   brand awareness at retail locations for a longer

17   period of time."

18              Correct?

19        A.    I see that, yes.

20        Q.    And is that consistent with your

21   recollection of how those worked?

22        A.    Yes.

23        Q.    And the box on the far right has sort

24   of a yellow border, and it says "Recommended."

25   Correct?

Peter Sellis                                    137

1          A.     Right.

2          Q.     So the recommended geofilter is a

3    Sponsored Shared Spaces Geofilter.

4                 Do you see that?

5          A.     I do, yes.

6          Q.     What was a sponsored shared spaces

7    geofilter?

8          A.     We acquired the location data of

9    certain categories of locations, like malls or

10   airports, and we bundled all of those locations

11   together and allowed an advertiser like, say,

12   American Airlines to advertise in all American

13   airports.

14         Q.     So to help the jury understand how that

15   would work, if a user took a picture with a camera

16   in an American airport, they might see that

17   particular filter that was sponsored by American

18   Airlines in your hypothetical?

19         A.     If the user would be within the

20   geofence of a US airport and have their location

21   data on, be sharing location with Snapchat, when

22   they take the Snap, the location is sent.  And if

23   there is a geofilter available, in this case

24   American Airlines over all US airports, and they

25   swipe on the camera screen they would see that

1    geofilter.

2         Q.    Why was that particular type of

3    sponsored filter recommended?

4         A.    I'm not really sure why it was

5    recommended here.  I don't think there's a

6    particular reason that one is better than the other

7    in this group.

8         Q.    Do you recall whether that was a better

9    seller for Snap?

10        A.    No.  The first one was the lion's share

11   of our revenue.

12        Q.    So sticking with the Sponsored Shared

13   Spaces Geofilter, it says the objective is "To

14   increase brand awareness and Share of Voice in

15   large, social spaces where a product or brand is

16   relevant."

17              Do you see that?

18        A.    I do.

19        Q.    And then under the Details it says,

20   "Snapchatters at high schools, malls, theaters,

21   airports, colleges, or other heavily trafficked

22   social areas in the U.S. and Canada can share a

23   branded, geo-relevant message with their friends."

24              Do you see that?

25        A.    Yes.

Peter Sellis                                    139

1          Q.    So in a nutshell, a brand could

2    purchase a sponsored shared spaces geofilter that

3    would apply to any shared space, true?

4                MR. MAJOR:  Objection.  Foundation,

5           vague.

6    BY MR. BILSBORROW:

7          Q.    Or is this an exhaustive list of the

8    shared spaces that they could purchase a sponsored

9    shared spaces geofilter for?

10         A.    It's not exhaustive, but there weren't

11   too many more.

12         Q.    Okay.  So let's look at the first one,

13   high schools.

14                Do you see that one?

15         A.    Yes.

16         Q.    Give me an example of how an advertiser

17   would purchase a sponsored shared spaces geofilter

18   for a high school.

19         A.    I believe actually the first campaign

20   for this was Gatorade for Back to High School

21   football season, so over every high school in the

22   United States there was a -- if you took a Snap,

23   there was a Gatorade ad for like "Quench Your

24   Thirst" or something like that.

25         Q.    And in order to see that geofilter a

Peter Sellis                                        140

1   user would need to be at the high school?

2          A.    GPS has some fuzziness to it, but

3   generally within a radius of the high school.

4          Q.    And that Gatorade ad you were

5   referencing, that was purchased for every high

6   school in the United States?

7          A.    I don't know "every," but to the best

8   we could do at every high school.

9          Q.    How did Snap identify every high school

10  in the country when a company like Gatorade said,

11  Hey, we want to sponsor geofilter for this

12  particular purpose?

13         A.    There are many location services

14  providers that sell lists of locations, and so for

15  both the sponsored chain geofilters and the

16  sponsored shared space geofilters we purchased data

17  of a list of locations.

18         Q.    And then when a user opens Snapchat and

19  they're in those locations, their longitude and

20  latitude is sent to Snapchat?

21         A.    Yeah, their GPS -- when a user takes a

22  Snap, if they have elected to share their location

23  with Snapchat, their GPS data, longitude and

24  latitude, is sent to Snap.

25         Q.    In your experience were sponsored

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Peter Sellis                                          153

1    questions about targeting, and I think this may help

2    us guide the discussion, okay?

3          A.    Excellent.

4          Q.    Let's turn to page 877.

5          A.    Available Audience Overview?

6          Q.    Right.  So that slide says "Available

7    Audience Overview."  And then if you flip to the

8    next slide it says "Available Audiences."

9                Do you see that?

10         A.    Yes.

11         Q.    And is this a reference to the

12   audiences for targeted -- available for targeted

13   advertising on Snapchat?

14         A.    Yes.  This is related to what we just

15   rolled through.

16         Q.    Okay.  And each of these boxes

17   describes user characteristics that can be targeted

18   by advertisers, correct?

19         A.    Yes.

20         Q.    So the box on the far left, it says

21   "Who," and it lists, "Age," "Gender," "Language,"

22   and then some "Advanced Demographics," correct?

23         A.    Yes.

24         Q.    Snap could target users by these

25   particular characteristics in the Who box, correct?

```
1              A.    That's correct.
2              Q.    The box directly to the right says
3    What -- "What they like," and it lists, "Lifestyle
4    Categories," "Snap Audience Match," "Datalogix
5    Shoppers," "Neilsen Shoppers," "Comscore Viewers,"
6    and "Placed."
7                    Do you see that?
8              A.    Yes, I do.
9              Q.    These are characteristics about what a
10   user likes that could be targeted by advertisers,
11   correct?
12             A.    Yes.
13             Q.    And then the box all the way to the
14   right says "Where they are."
15                   Do you see that?
16             A.    I do, yes.
17             Q.    It says, "Country, State, Region,"
18   "Metro," "Postal Code," or other "Location
19   Categories."
20                   Do you see that?
21             A.    Yes, I do.
22             Q.    And advertisers could also target ads
23   to users based on where they are, correct?
24             A.    Yes.
25             Q.    Okay.  Let's turn to the next slide.
```

1            And this slide says "Addressable Reach

2    vs. The Census."

3            Do you see that?

4        A.    I do, yes.

5        Q.    And you can take a look at the

6    paragraph here on the slide.

7        A.    Okay.

8        Q.    But this basically is explaining that

9    if you're targeting by location, you may reach more

10   people than just those that the census says are

11   located in that location, correct?

12       A.    That's correct.

13       Q.    That's because people come in to a

14   location and may open Snapchat, true?

15       A.    Yes, I believe so.

16       Q.    They might go to a restaurant, for

17   example, and open Snapchat, correct?

18       A.    Yes.  I mean, this would generally be

19   someplace like Venice Beach where the number of

20   residents is much lower than the number of total

21   visitors.

22       Q.    But when a user of Snapchat opens the

23   application in Venice Beach, Snap is able to target

24   them when they're at Venice Beach, correct?

25       A.    As long as the user is opting to share

1    their location data with Snapchat.

2         Q.    And that's data that Snap tracked,

3    correct?

4         A.    I guess define "tracked."

5         Q.    Well, when a user opened their -- the

6    Snapchat platform, their location data would be sent

7    to Snap, correct?

8              MR. MAJOR:  Objection.  Objection.

9         Vague.

10             THE WITNESS:  When the user opened the

11        Snapchat platform, if they were sharing

12        location data with Snapchat, at that moment

13        their location would be sent to Snap.

14   BY MR. BILSBORROW:

15        Q.    And Snap could use that location data

16   to target ads to the user, correct?

17        A.    Yes.

18        Q.    Okay.  Let's turn to the next slide.

19   It says "Audience Deep Dive."

20        A.    Okay.

21        Q.    And then if we flip over to the slide

22   ending 882, it says "The Basics:  User Identity"?

23        A.    Yep.

24        Q.    And then turn one more time to 883, and

25   this says "User Identity Overview."

Peter Sellis                                    157

1              Do you see that?

2       A.     Yes.

3       Q.     And just below the title the slide

4    states, "Understanding who our users are is the key

5    to building targeting products."

6              Do you see that?

7       A.     I do, yes.

8       Q.     And, again, "targeting products" refers

9    to advertising products, correct?

10      A.     Targeting products essentially refers

11   to if you open up Snapchat's advertising interface

12   and what you can select under targeting, those would

13   be our targeting products.

14      Q.     Okay.  So targeting products are a

15   subset of advertising products?

16      A.     Yes.

17      Q.     The next sentence there says, "There

18   are two main components of how we build basic user

19   identity:  User Supplied Data vs. Inferred Data."

20             Do you see that?

21      A.     I do.

22      Q.     And then there's a box on the left that

23   says "User Supplied Data."

24             Do you see that?

25      A.     I do, yes.

Peter Sellis                                          158

```
 1            Q.    And it lists, "Age," "Mobile Number,"
 2    and "Email Address," correct?
 3            A.    Yes, it does.
 4            Q.    And this refers to information that the
 5    user provides at signup or sometime thereafter,
 6    correct?
 7            A.    Yes.
 8            Q.    So, for example, when a user signs up
 9    for Snapchat, they have to provide some age,
10    correct?
11            A.    That is correct, yes.
12            Q.    And that would constitute supplied
13    data?
14            A.    That would be part of supplied data.
15            Q.    The box on the right refers to
16    "Inferred Data."
17                  Do you see that?
18            A.    Yes.
19            Q.    And this is data that Snap infers about
20    users, correct?
21            A.    Yes.
22            Q.    How does Snap infer characteristics
23    like those that are listed in this box about a user?
24            A.    We use a set of signals associated with
25    those inferred data points.
```

Peter Sellis                                159

1         Q.    When you say you use "a set of

2    signals," is that something that's processed by an

3    algorithm?

4         A.    No, not necessarily an algorithm.  It

5    could be heuristic based, meaning set by a person.

6               For example, one of these -- one of

7    these things is, like, "Location Signals" -- and I

8    believe the next slide actually covers how this

9    works.

10              Like we have a targeting offering

11   called "Big Box Shopper," somebody who shops at big

12   box stores like Walmart or Home Depot, and it's

13   simply based on does that person use Snapchat within

14   those stores at a certain threshold.  So it's not

15   really an algorithm per se, it's just kind of a

16   rule.

17        Q.    So if a user was at a big box store and

18   opened Snapchat, information would be sent to Snap

19   that, Hey, this user is at the big box store, right?

20        A.    As long as the user is sharing that

21   information with us.

22        Q.    And you're saying that that information

23   would be used to target ads to the user in the

24   future?

25        A.    It may be used, yes.

1        Q.    So Snap keeps track of that kind of

2    information so it can feed it into its inferential

3    model, is that right?

4        A.    It's somewhat complex because we

5    don't -- at least when I was responsible for this,

6    we don't maintain a database of the user's location.

7    Instead, at the time of the open we categorize

8    metadata about the location and then use that

9    categorization of metadata to infer certain signal.

10            So, for example, at the moment we know

11   that you are in the Home Depot on Olympic Avenue,

12   but we don't store that information, we just store

13   that you were in the nth percentile of people who

14   visited Home Depots or something like that.

15       Q.    So at any given time could Snap pull

16   the inferential information it stores about a

17   particular user?

18            MR. MAJOR:  Objection.  Foundation,

19        speculation, vague.

20            THE WITNESS:  This user identity at any

21        given time, yes, for a user you could see

22        what Snapchat knows about them.

23   BY MR. BILSBORROW:

24       Q.    So just taking me, for example,

25   Snapchat -- Snap could pull my data and say, This is

1   what we infer about what content you like to engage

2   in?

3          A.    It could.  For an individual user there

4   are significant controls in place so that employees

5   or others don't look at an individual user, but it

6   is technically stored at the individual user level.

7          Q.    Okay.  Let's flip to the next slide.

8          A.    884?

9          Q.    Yes, 884.

10         And this is a continuation of the

11  previous slide, but before I ask you questions

12  specifically about this slide, one of the pieces of

13  inferred data is age.

14         Do you see that?

15         A.    I do, yes.

16         Q.    Why did Snap infer a user's age if

17  users were supplying age when they sign up for the

18  platform?

19         MR. MAJOR:  Objection.  Foundation.

20         THE WITNESS:  From an advertising

21      perspective, being accurate about a user's

22      age is important, and if in some cases we

23      had reason to believe that the user had not

24      supplied an accurate age, we did not want

25      to wrongly serve them ads that were

Peter Sellis                                    162

1              inappropriate for their age and so we
2              inferred their age in order to avoid
3              serving them ads.  Primarily this would be
4              alcohol and alcoholic beverages.
5    BY MR. BILSBORROW:
6         Q.    Well, you'd agree that being accurate
7    about a user's age is important for advertising and
8    simply accessing the platform, right?
9                   MR. MAJOR:  Objection.  Vague.
10                  THE WITNESS:  It's very important for
11             advertising, which is why we did the age
12             inference for sure.  For accessing the
13             platform, I'm less knowledgeable about that
14             area, but there is an age component to that
15             as well.
16   BY MR. BILSBORROW:
17        Q.    Well, let me ask you this.  Was
18   inferred age only used to target ads?
19                  MR. MAJOR:  Objection.  Vague,
20             foundation.
21                  THE WITNESS:  As far as I know, that
22             was the purpose of it, yes.  Definitely the
23             main purpose.
24   BY MR. BILSBORROW:
25        Q.    And in the example you gave to

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Peter Sellis                                          226

1              foundation.

2                    THE WITNESS:  Not that I recall.

3    BY MR. BILSBORROW:

4         Q.    Mr. Sellis, do you agree that it's

5    disruptive to the learning process for teenagers to

6    be targeted with advertising on social media

7    applications while they're in school?

8                    MR. MAJOR:  Objection.  Improper

9              opinion, argumentative, vague.

10                   THE WITNESS:  I'm not so sure I would

11             single out advertising, but I think

12             utilizing -- not paying attention in class

13             is disruptive.

14   BY MR. BILSBORROW:

15        Q.    Well, do you agree that the use of

16   social media in general during school hours is

17   disruptive to the learning process?

18                   MR. MAJOR:  Objection.  Vague.

19                   THE WITNESS:  I do not have children,

20             but I think that's a fair assumption.

21   BY MR. BILSBORROW:

22        Q.    You'd agree with me that children

23   receiving push notifications while they're at school

24   is disruptive to the learning process, true?

25                   MR. MAJOR:  Objection.  Vague, improper

1          opinion.

2                    THE WITNESS:   Insofar as children are

3          distracted during class, it could be

4          disruptive.

5    BY MR. BILSBORROW:

6          Q.    And push notifications can be

7    distracting to teenager users, correct?

8                    MR. MAJOR:   Objection.   Incomplete

9          hypothetical.

10                    THE WITNESS:   Personally push

11          notifications can be distracting to me, so

12          I can imagine that.

13    BY MR. BILSBORROW:

14          Q.    Right.   And you are an accomplished

15    middle-aged man, so you can imagine that push

16    notifications would be distracting to someone whose

17    brain is much less developed, true?

18          A.    We did -- there are mechanisms for

19    silencing push notifications and snoozing them --

20    they're quite effective -- that I personally employ.

21    But, yes, I believe that notifications can be

22    distracting.

23          Q.    Well, the best way to silence push

24    notifications would be for Snap to disable that

25    functionally when children are in school, correct?

```
 1                MR. MAJOR:  Objection.  Argumentative,
 2           vague.
 3                THE WITNESS:  If you were asking me to
 4           solve this type of issue, I would say no,
 5           the best way to do that would be at the
 6           system level, at the OS level, like Apple
 7           or Android, because they have far more
 8           knowledge of the user than Snap does and
 9           they have far more control over the system.
10                So objectively I would say no, you're
11           incorrect, the best way to do it would be
12           for Apple or Android to do this.
13  BY MR. BILSBORROW:
14           Q.   The second best way to do it would be
15  for Snap to do it, right?
16                MR. MAJOR:  Objection.  Argumentative,
17           vague.
18                THE WITNESS:  The second best way would
19           be for the user to do it themselves using
20           controls, because, again, in order to know
21           certain things about the user you have to
22           gather more data about them, and that's not
23           the goal.
24  BY MR. BILSBORROW:
25           Q.   So it's your testimony that the second
```

Peter Sellis                                                        229

1    best way to avoid disruption of the learning process

2    from Snapchat is for the teenage user to disable the

3    push notifications on their own phone?

4         A.    You haven't given me a ton of time to

5    think through the entire universe of ways, but as an

6    example, the way that Snapchat knows you're in

7    school is if you share your location services.

8              If Snapchat disables push notifications

9    so you stop getting messages from your parents while

10   you're at school, the number one thing you would do

11   as a user would be to disable location so that

12   Snapchat doesn't know you're at school, so it just

13   keeps sending you messages.  That's not solving the

14   problem, that's just pushing it somewhere else.

15        Q.    Did Snap -- I'm sorry.

16        A.    So, yeah, I do not agree with you that

17   I necessarily know what the second best way is.  I

18   would just say that I think the best way to do it

19   would be to do it at the OS level since that has the

20   best power and knowledge and is the most privacy

21   safe.

22        Q.    Did Snap ever do any research into the

23   best way that it could help avoid children from

24   being distracted by Snapchat in schools?

25              MR. MAJOR:  Objection.  Foundation.

```
1              THE WITNESS:  We may have.  I do not
2         recall.
3    BY MR. BILSBORROW:
4         Q.    You don't recall seeing it, or you
5    don't recall if it was done?
6         A.    I don't recall if it was done.
7         Q.    To your knowledge, Mr. Sellis, did Snap
8    ever provide warnings to school district
9    administrators or teachers that their students were
10   being targeted with advertising during school hours?
11             MR. MAJOR:  Objection.  Vague.
12             THE WITNESS:  Not to my knowledge, no.
13   BY MR. BILSBORROW:
14        Q.    To your knowledge, did Snap ever
15   consider providing school districts or
16   administrators with a warning like that?
17             MR. MAJOR:  Objection.  Vague.
18             THE WITNESS:  We may have as part of
19        our kind of ongoing efforts to communicate
20        with groups like teachers about the proper
21        use of social media.
22             I do not think that advertising was a
23        huge part of what people were worried about
24        versus other things like push notifications
25        or just overall social media use, so it may
```

Peter Sellis                                      231

1              have been a consideration, but I don't

2              think it was the top one.

3    BY MR. BILSBORROW:

4         Q.    But to your knowledge Snap never

5    actually provided a warning to school districts or

6    teachers that their students were being targeted

7    with advertising while they were in school?

8         A.    No.

9              MR. MAJOR:  Objection.  Asked and

10            answered.

11              THE WITNESS:  Not to my knowledge.

12    BY MR. BILSBORROW:

13        Q.    Did Snap ever provide a warning like

14    that to parents?

15              MR. MAJOR:  Objection.  Vague,

16            foundation.

17              THE WITNESS:  What type of warning?

18    BY MR. BILSBORROW:

19        Q.    Did Snap ever tell parents, Hey, when

20    your kid is in school we're going to send them

21    targeted advertising?

22              MR. MAJOR:  Objection.  Vague,

23            foundation.

24              THE WITNESS:  We did provide parents

25            with information about how their children

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1          A.    Because there's overlap between the two

2    in that some of the -- and you can still see this

3    today -- some of the content that is produced for

4    Discover can also be syndicated to Spotlight.  And

5    so Spotlight is like this more -- I think it's a

6    serendipitous personalized discovery from a broad

7    content catalog, and Discover is more editorially

8    managed and curated.

9          Q.    Does Spotlight utilize an auto advance

10   feature?

11              MR. MAJOR:  Objection.  Vague.

12              THE WITNESS:  I don't think so.  I

13         can't recall.  I believe that videos on

14         Spotlight loop, but maybe not.  I'm sure we

15         tested both.

16   BY MR. BILSBORROW:

17         Q.    To your knowledge did Snap ever pause

18   or block access to Spotlight during school hours for

19   teenage students, or teenage users?

20         A.    No, not to my knowledge.

21         Q.    Okay.  Mr. Sellis, we've looked at a

22   number of e-mails today, including some that we just

23   looked at during the last session.

24              You had an e-mail address assigned by

25   Snap, true?



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    you post something on TikTok or Twitter or most

2    public content networks, the reward is how many

3    views and likes and engagements you get, and it can

4    be very -- it can be highly variable.

5            Q.    Are there any variable reward systems

6    on Snapchat?

7            A.    Spotlight would qualify as variable

8    reward.

9            Q.    Why do you say that?

10           A.    When you submit to Spotlight, you don't

11   know what you're going to get out of it, and it

12   could be a lot or a little.

13           Q.    What do you mean when you say "it could

14   be a lot or a little"?

15           A.    The reward from posting on Spotlight is

16   typically views.  When we launched it, it was also

17   money.  And when you post you're hoping to get more

18   views or money, but you don't necessarily know what

19   you're going to get.

20           Q.    Can users like a post on Spotlight?

21           A.    That was added later, and now they can,

22   yes.

23           Q.    Okay.  So Spotlight sounds pretty

24   similar to TikTok.

25           A.    I'm not sure --

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25









Peter Sellis                                                311

1    correctly, primarily that COVID had locked many of
2    this cohort inside for this time period, and
3    therefore what they were experiencing compared to
4    what they would have otherwise without COVID was
5    essentially very boring lives and so they were
6    posting less, and in the meantime TikTok was growing
7    very fast and was more entertaining than their
8    friends' Stories, so they essentially were stopping
9    to post and view Stories on Snap with their friends
10   and instead watching influencers on TikTok.
11            Q.    Did you and your colleagues conclude
12   that in order to get these 13 to 17-year-olds
13   reengaged you needed to get them to view video
14   content on Snapchat?
15            A.    I think we did conclude that COVID was
16   having an effect on their habits and their lives,
17   obviously, and I don't remember if we concluded
18   certain product changes directly from this.
19   However, you know, we did build Spotlight in part in
20   response to the growth of TikTok.
21            Q.    And you'd agree that Spotlight has a
22   lot of similarities with TikTok, true?
23                 MR. MAJOR:  Objection.  Vague.
24                 THE WITNESS:  I think there's clearly
25            some similarities between TikTok and

```
 1           Spotlight.
 2    BY MR. BILSBORROW:
 3           Q.    Spotlight is not about communicating
 4    with your close friends, right?
 5           A.    No, it is not.  If your close friends
 6    are providing content onto Spotlight, it is
 7    prioritized, but it isn't really a primary goal of
 8    Spotlight.
 9           Q.    If you take a look back at the
10    communication here from Nima, he says, "Overall, I
11    think core markets to your point are suffering from
12    lack of intent to post, or maybe not interesting
13    enough to post to My Stories and instead more
14    Private stories.  An indicator could be Posts from
15    Memories and Camera Roll that now make up over
16    36 percent of all Friend Stories vs 25 percent last
17    year."
18                 Do you see that?
19           A.    Yes.
20           Q.    And that supports what you just
21    testified to, your explanation about what was
22    happening?
23           A.    Yeah, that's related, exactly.
24           Q.    And ████ posts -- sends another
25    communication roughly a minute later, and he
```

Peter Sellis                                                    344

CERTIFICATE OF COURT REPORTER


        I, MAUREEN O'CONNOR POLLARD,

Registered Diplomate Reporter, CSR No.

14449 for the State of California, the

officer before whom the foregoing

deposition was remotely taken, do

hereby certify that the foregoing

transcript is a true and correct record

of the testimony given; that said

testimony was taken by me

stenographically and thereafter reduced

to typewriting under my direction; and

that I am neither counsel for, related

to, nor employed by any of the parties

to this case and have no interest,

financial or otherwise, in its outcome.

      Dated this 13th day of February,

2025.


                    <%21527,Signature%>
                    _____

                    MAUREEN O'CONNOR POLLARD

                    CSR No. 14449