**AMENDED Exhibit 827**


# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1                UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3        ----------------------------x
         IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No. 4:22-md-
4        ADDITION/PERSONAL INJURY       ) 3047-YGR
         PRODUCTS LIABILITY LITIGATION  )
5                                       )
         This Document Relates to:      )
6        ALL ACTIONS                    )
         ----------------------------x
7

8         SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              FOR THE COUNTY OF LOS ANGELES

10       COORDINATION PROCEEDING        ) JCCP No. 5255
         SPECIAL TITLE [RULE 3.550]     ) Judge: Carolyn B. Kuhl
11                                       ) Dept. 12
         SOCIAL MEDIA CASES             )
12       ----------------------------x

13

14        CONTAINS HIGHLY CONFIDENTIAL INFORMATION

15       VIDEOTAPED DEPOSITION OF MORGAN HAMMERSTROM

16                LOS ANGELES, CALIFORNIA

17              WEDNESDAY, FEBRUARY 12, 2025

18                    10:04 A.M.

19

20

21

22

23

24       Pages: 1 - 614

25       Reported by: Leslie A. Todd, CSR No. 5129 and RPR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25











1        A.      Correct.

2        Q.      Okay.  But both are important,

3    correct?

4        A.      Correct.

5        Q.      And what do you do with that

6    information -- good or bad or ugly, what do

7    you do with that information?

8        A.      So generally within a research

9    study, we'll take that information.  The

10   researchers on my team will come to analyze

11   and look through everything, put together a

12   report, and then either work with their

13   direct stakeholder and go through it or send

14   it out as like an e-mail of what came out of

15   the research.

16       Q.      Are there ever times where

17   you're prompted, not by a qualitative or

18   quantitative study, but you're prompted by

19   somebody else within the company to research

20   something specific?

21       A.      Yes.

22       Q.      Okay.  Have you ever been asked

23   to research a user's experience in app as it

24   relates to their mental health?

25       A.      No.

1    Q.    Never been asked to do that,

2    correct?

3    A.    No.  Correct.

4    Q.    Have you ever been asked to

5    conduct research as it relates to a user's

6    experience with experiencing body image

7    issues from being on the app?

8    A.    No.

9    Q.    Have you ever been asked to

10   research whether a user is experience --

11   experiencing increased anxiety being on the

12   Snapchat platform?

13   A.    No.

14   Q.    Does it matter to you in

15   research if users are experiencing body image

16   issues as it relates to a feature on

17   Snapchat?

18   A.    No.  Unless that was a direct

19   ask, which it hasn't been, no.

20   Q.    Otherwise -- if it's not a

21   direct ask, if a user is experiencing body

22   image issues as it relates to a feature on

23   Snapchat, that does not matter to you as

24   product research head?

25   A.    No.

1      Q.      Does it matter to you as the

2  product research head if users are

3  experiencing increased anxiety as it relates

4  to being on the Snapchat platform?

5      A.      No.  Again, this isn't anything

6  that we've ever done, so I -- I can't really

7  actually answer that.

8      Q.      You've never gotten feedback

9  that a user is experiencing increased anxiety

10 from being on the Snapchat platform?

11     A.      No.

12     Q.      Have you ever gotten feedback

13 that a user is experiencing body image issues

14 by using features on the Snapchat platform?

15     A.      No.

16     Q.      Have you ever gotten feedback

17 that a user is addicted to the Snapchat

18 platform?

19     A.      No.

20     Q.      Never heard of that?

21     A.      No.

22     Q.      What types of research do you

23 conduct, like on what sort of things?

24     A.      We conduct all, again, product

25 and design research for the company.  So

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      Q.      Okay.   Okay.   So the product

2  research team conducts research on 13- to

3  17-year-olds, correct?

4      A.      Correct.

5      Q.      Does the product research team

6  conduct research with teachers or school

7  employees?

8      A.      I cannot recall if we've ever

9  talked to a teacher or school employee.

10      Q.      Okay.   No specific

11  recollection.   Fair enough?

12      A.      Yeah, no.

13      Q.      Okay.   Does the product

14  research team conduct research, say, specific

15  to a particular feature on Snapchat?

16      A.      Yes.

17      Q.      Okay.   And when I say

18  "feature" --

19      A.      Yes.

20      Q.      -- I want to make sure we're

21  speaking the same language.

22      A.      Mm-hmm.

23      Q.      So what do you -- what do you

24  consider a feature on Snapchat?

25      A.      A feature would be anything



1    about an interview that you gave when you sat

2    on a panel at USC and truthfully and honestly

3    gave information to the students there about

4    your work at Snapchat?

5           A.      Mm-hmm.   Mm-hmm.

6           Q.      Yes?

7           A.      Yes.

8                   MS. LEYIMU:   Okay.   Let's pull

9           up -- let's pull up clip 13 from that

10          video.

11                  (Clip of video played.)

12   BY MS. LEYIMU:

13          Q.      You just -- you said in that

14   video, in that panel, that the core audience

15   at Snap was teenagers, correct?

16          A.      Correct.

17          Q.      Is your core audience

18   teenagers?

19          A.      Again, it depends by team.

20          Q.      Did you clarify that in this

21   video or did you just say, "Our core audience

22   is teenagers"?

23          A.      I said, "Our core audience is

24   teenagers."

25          Q.      Has anyone told you that you

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1    correct?

2                 MS. DEGTYAREVA:  Objection.

3         Speculation.

4                 THE WITNESS:  If there was a

5         study on my team that looked into

6         that, then, yes, I would likely know.

7    BY MS. LEYIMU:

8         Q.    Was there ever a study on your

9    team that looked into that in the almost

10   eight years that you've been working at

11   Snapchat?

12        A.    I don't -- I don't know.

13        Q.    Are you familiar with the

14   inclusive camera initiative?

15        A.    Yes.

16        Q.    What's that?

17        A.    The inclusive camera initiative

18   was kicked off by a product manager on the

19   camera team to -- who was I believe an

20   engineer, to make the camera more inclusive

21   to all people.

22        Q.    Okay.  And were you a part of

23   collaboration in that inclusive camera study?

24        A.    I was not, no.

25        Q.    Okay.  Were you involved in

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25







1    "Yes, I used -- I used to have a lot, but I
2    stopped doing it.  It got kind of old."
3                 Do you see that?
4         A.    Yes.
5         Q.    Okay.  If we scroll down a few
6    more cells, it says:  "And did you have
7    Snapchat when you were in middle school?"
8                 Do you see that?
9         A.    Yes.
10        Q.    And the interviewer says:  "Can
11   you hear me okay?"  Right?
12        A.    Yes.
13        Q.    Okay.  And then the participant
14   answers and says what?
15        A.    "Yes, I had it since first
16   grade."
17        Q.    Okay.  And he said, "Yes, I had
18   it" -- this interviewer says -- or this
19   participant, excuse me, says:  "Yes, I had it
20   since first grade," in response to what?
21        A.    The interviewer said:  "Oh, I'm
22   sorry about that.  Hopefully, we won't have
23   any more issues.  I was asking did you have
24   Snapchat when you were in middle school."
25        Q.    And he responded what?

1        A.      "Yes, I had it since first

2    grade."

3        Q.      Okay.  So a researcher who

4    conducted this on your team of which you are

5    the head would have been aware that there

6    were Snapchat users who indicated that they

7    had used it in the first grade, correct?

8        A.      Yes.  If this was done by my

9    team, yes.

10        Q.      Are those the types of

11    questions that your team asked to get to know

12    users on your platform?

13        A.      Yes, we ask questions to users.

14    I again don't know what that study was, so I

15    don't -- I don't know.

16        Q.      Okay.  I believe you testified

17    that this looks like -- that looked like the

18    type of session that your team would have

19    conducted.  Correct?

20        A.      Correct.

21            MS. LEYIMU:  All right.  Let's

22        mark the next Bates ending in 2354.

23            Yeah, 2354, Exhibit 32.  Thank

24        you.

25        (Exhibit No. 32 was marked for

1    that you can give the design team some

2    knowledge, right?

3          A.    Correct.

4          Q.    And then the design team can do

5    what they do with that knowledge.  Fair

6    enough?

7          A.    Yes.

8          (Exhibit No. 34 was marked for
             identification.)
9    BY MS. LEYIMU:

10         Q.    All right.  I'm handing you

11    what has been marked as Exhibit 34.

12         A.    Thank you.

13         Q.    Does this appear to be the

14    social media wellness perception research?

15         A.    Yes.

16         Q.    Okay.  If you flip to the page

17    ending in 7235.

18         A.    Yes.

19         Q.    This is a "Day in the Life" of

20    teens and young adults.  Do you see that?

21         A.    Yes.

22         Q.    All right.  And then it has

23    different logos for different social media

24    apps associated with different stages of a

25    young person's day.  Is that fair?

1    A.    Yes.

2    Q.    Okay.  And -- and in the

3 morning, what do you see -- do you see

4 Snapchat's logo indicated there?

5    A.    Yeah, I believe this is from

6 the qualitative research around what some of

7 the apps that they might be doing at

8 different stages, so yes.

9    Q.    So an app that a teen might be

10 using in the morning is Snapchat, correct?

11   A.    Yeah, from the study, yes.

12   Q.    It includes Snapchat.  Okay.

13         And then on their commute, it

14 says:  "Teens snap with friends or scroll

15 Instagram on the bus or car ride.  Snapchat's

16 there."  Right?

17   A.    Correct.

18   Q.    And then at school, it says:

19 "Teens check their phone in class unless the

20 teacher tells them not to.  They use Snapchat

21 to communicate with friends and scroll

22 Instagram when they're bored."  Correct?

23   A.    Correct.

24   Q.    That's at-school use.

25         And then at work, we've got

1    Snapchat as well listed, correct?

2         A.    Correct.

3         Q.    And then at bedtime, you've got

4    Snapchat listed as well, correct?

5         A.    Correct.

6         Q.    Okay.  And then if you turn to

7    Bates ending in 7274.

8         A.    Yes.

9         Q.    There looks to be some

10   opportunities with the Snapchat logo next to

11   it listed, right?

12        A.    Correct.

13        Q.    Okay.  And could you read the

14   second -- and then it says "Wellness experts

15   agree" in orange.  Do you see that?

16        A.    Yes.

17        Q.    It's labeled "Wellness Expert

18   Guidance for Teens."  Did I read that right?

19        A.    Yes.

20        Q.    It noted, "Well-" -- it notes:

21   "Wellness experts agree that changing

22   behavior around social media is difficult,

23   and change should come from the teen in order

24   to be lasting."

25              Do you see that?





1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        Q.      Clearworks is that third party,

2    yes?

3        A.      Yes.

4        Q.      Okay.  One of the opportunities

5    listed underneath in that third column was --

6    well, the takeaway is "generally, for teens

7    and young adults, they are on social media

8    all the time," in quotations, correct?

9        A.      Correct.

10       Q.      All right.  And what does it

11   say as opportunity that for -- in that first

12   column?

13       A.      It says:  "Consider giving

14   users the power to turn off notifications

15   during school hours or when they should be

16   working or studying."

17       Q.      Okay.  Were you involved in --

18   you can put that to the side.

19       A.      Okay.

20       Q.      And that was -- that was the

21   finding -- that was the opportunity listed

22   from the third party that product research,

23   the team that you head, collaborated with,

24   correct?

25       A.      It could have been from them or

1    from -- it's probably from the researcher on

2    my team.

3         Q.    Okay.  The researcher on your

4    team might have identified the opportunity

5    that we just read, correct?

6         A.    Yes.

7         Q.    Is that right?

8         A.    Yes, correct.

9         Q.    I talked over you, so I wanted

10   to make sure that Leslie caught that.

11              Okay.  So have you ever

12   communicated about notifications and users'

13   ability to disable notifications on Snapchat?

14        A.    Probably, yes.  I don't

15   remember specifics.

16        Q.    And when you say "probably,"

17   why is that?  Is that something that was sort

18   of under your wheelhouse?

19        A.    No, definitely not under my

20   wheelhouse, but we've had conversations

21   around notifications.

22        Q.    Okay.  Let's see if we have a

23   Bates.

24              Okay.  This doesn't have a

25   Bates, but I'll have to check on that.

1      Q.     And is the data in the survey,

2    was that self-reported by users?

3      A.     Yes.

4      Q.     Was the survey designed to

5    determine whether Snap's camera or lenses

6    caused any mental health issues?

7                MS. LEYIMU:  Object to the

8          form.

9                THE WITNESS:  No, it did not.

10   BY MS. DEGTYAREVA:

11     Q.     Did you use any control groups;

12   so, for example, people who don't use

13   Snapchat or people who don't use lenses?

14     A.     No, we did not.

15     Q.     Did you take into account any

16   other variables that may affect people's body

17   image?

18                MS. LEYIMU:  Object to the form

19          of the question.

20                THE WITNESS:  No, we did not.

21   BY MS. DEGTYAREVA:

22     Q.     Did you attempt to control for

23   any variables that could have affected the

24   results of the study?

25                MS. LEYIMU:  Object to the form

```
1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2            The undersigned Certified Shorthand Reporter

3    does hereby certify:

4            That the foregoing proceeding was taken before

5    me at the place and time therein set forth, at which

6    time the witness was duly sworn; That the testimony

7    of the witness and all objections made at the time

8    of the examination were recorded stenographically by

9    me and were thereafter transcribed, said transcript

10   being a true and correct copy of my shorthand notes

11   thereof; That the dismantling of the original

12   transcript will void the reporter's certificate.

13           In witness thereof, I have subscribed my name

14   this date:  February 26, 2025.

15

16                        <%14542,Signature%>

17                        _____
                          LESLIE A. TODD, CSR, RPR

18                        Certificate No. 5129

19

20   (The foregoing certification of

21   this transcript does not apply to any

22   reproduction of the same by any means,

23   unless under the direct control and/or

24   supervision of the certifying reporter.)

25
```