# AMENDED Exhibit 852

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

CONFIDENTIAL

## Q3 2020 Growth and Product Priorities

We are expecting slower DAU growth heading into Q3 due to the current COVID situation, following school closures and a global shift in behaviors.

Looking at today's trends, top growing apps fall into a few categories:

1) Entertainment (TikTok, YouTube)
2) COVID-relevant utilities (Citizen, Instacart, Shopify app)
3) Synchronous, device agnostic communication (Zoom, Google Meet, Messenger, Slack, MS Teams)

We are expanding our offerings in 1) and 2) with initiatives like Spotlight, Places on the Map, NGS, and our Games platform. Looking at our product priorities and our backlogs, we have a few ideas that could help us grow and deepen engagement:

1) **Web**

    Today's students and young working professionals are spending a higher amount of time in front of screens in general, so mobile time spent is growing, but we believe desktop / web time is up even more, as more class and work shifts to online video services like Zoom, and commute and "under the desk" phone time decreases.

    Working on a web product is a very large undertaking -- much larger than the others on this list -- but is also the highest potential impact for lasting engagement growth.

    Since COVID, our hypothesis (via third party data) is that seamless cross-device apps like Zoom, FB Messenger, and WhatsApp have seen greater share increase, especially for utility use cases like classroom groups (Messenger supports groups up to 250):



*Global mobile time spent: Messenger vs Snapchat, last six months (App Annie, 6/5)*

2) **Larger groups**

    Today's group limit is 32, which we can expand following the Arroyo Groups rollout. We've discussed this with engineering at a high level and the consensus is this may be an execution and complexity nightmare if we rush it, but in a 6-12 week timeframe, with design changes around read receipts, participant colors, and notifications, we can build a "larger groups" product, supporting 64 or even 100 members.

    We know that today, 22% of DAU participate in groups, and 13% of all snaps and 28% of all chats are viewed in groups. It's hard to estimate what an increase in group size will do, as there is a chicken-egg problem (Snapchat isn't thought of as an app for large groups) and groups of 20+ are rarer. Most groups are 3-4 members, and p90 group size = 11, but we also get a steady stream of requests for larger groups, especially for school-related

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3836440

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3836441

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3836442

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3836443

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3836444