**AMENDED Exhibit 853**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

1            UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                              x
   IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No. 4:22 md
4  ADDITION/PERSONAL INJURY       ) 3047-YGR
   PRODUCTS LIABILITY LITIGATION  )
5                              x

6

7      SUPERIOR COURT OF THE STATE OF CALIFORNIA

8          FOR THE COUNTY OF LOS ANGELES

9            SPRING STREET COURTHOUSE

10 COORDINATION PROCEEDING        )
   SPECIAL TITLE [RULE 3,400]     ) Lead Case No. for
11                                ) Filing Purposes
   SOCIAL MEDIA CASES             ) 22STCV21355
12 ─────────────────────────────  )
                                  )
13 This Document Relates to:      )
   STATE OF TENNESSEE, et al.,    )
14      vs.                       )
   META PLATFORMS, INC., and      ) CONTAINS HIGHLY
15 INSTAGRAM, LLC, Case No.       ) CONFIDENTIAL
   23 1364 IV                     ) INFORMATION
16 ─────────────────────────────x

17

18

19      VIDEOTAPED DEPOSITION OF NONA YADEGAR

20           LOS ANGELES, CALIFORNIA

21          MONDAY, DECEMBER 16, 2024

22                9:35 A.M.

23 Job No.: 7040317

24 Pages: 1   418

25 Reported by: Leslie A. Todd, CSR No. 5129 and RPR





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25







1    agree that Snap believes children age 13 to 17

2    are a vulnerable population?

3              MS. TELLER:  Objection.

4         Argumentative, vague.

5              THE WITNESS:  What I would say

6         is that users 13 to 17 deserve a    an

7         experience that is tailored to their

8         ages.

9              MR. BILSBORROW:  Okay.  We'll

10        mark as Exhibit 6 tab 7.

11             (Exhibit No. 6 was marked for

12             identification.)

13   BY MR. BILSBORROW:

14        Q.    Ms. Yadegar, I've handed you what's

15   been marked as Exhibit 6.  It's a lengthy

16   document.  I can point you in the direction of

17   what I'm going to ask you about, but you're free

18   to look at anything you want.

19        A.    I'll ask for breaks to read once we

20   get to relevant questions.

21        Q.    Sure.  And we can go off the record

22   and you can review as much as you'd like.

23             So this is a document called "Trust

24   and Safety, December 2019 Board Meeting."

25             Do you see that?

```
1          A.      I see that, yes.

2          Q.      And at this time, December 2019,

3    you were director of platform policy.  True?

4          A.      I might not have been promoted to

5    director yet, but I held that general role of

6    head of platform policy.

7          Q.      And you testified that head of

8    platform policy functionally was the same as

9    director of platform policy.  Right?

10         A.      Yes.

11         Q.      Either way, in December 2019, you

12   were in the platform policy role, correct?

13         A.      Mm-hmm.  Yes.

14         Q.      In that role, did you participate

15   in board meetings?

16         A.      Sometimes.

17         Q.      And I'll represent to you that this

18   document was in your custodial file, which is how

19   we found it.

20                 In your experience participating in

21   board meetings, who from Snap participates in

22   board meetings?

23                 MS. TELLER:  Objection.

24         Foundation, calls for speculation.

25                 THE WITNESS:  I don't know how
```

```
1              the board meetings are exactly run, but
2              it is my understanding that depending on
3              the topics on the agenda, the relevant
4              team members are brought in to speak to
5              whatever is on the agenda.
6       BY MR. BILSBORROW:
7              Q.      So when you had relevant knowledge
8       about something on the agenda, you were brought
9       in to speak to that as head or director of
10      platform policy, correct?
11             A.      Correct.
12                     MS. TELLER:  Objection.
13             Speculation.
14      BY MR. BILSBORROW:
15             Q.      I think you testified that you did
16      participate at board meetings, correct?
17             A.      Sometimes.
18             Q.      If you turn over to the page ending
19      in 469.  It's page 10 of the document.
20                     And what I'm going to ask you about
21      is the top of the page, which is titled "Issues
22      Affecting Minors on Snap."
23             A.      (Peruses document.)  I read the
24      section just between 2.0 and 2.1.
25             Q.      Okay.  So if you take a look at the
```

1    first sentence there, it says:  "The safety of

2    minors on Snap is our highest priority."  Right?

3         A.      Yes.

4         Q.      And you agree with that?

5         A.      Yes.

6         Q.      "Ages 13 to 17 years are a large

7    Snap demographic, and given their age, are also a

8    vulnerable population."

9              Do you see that?

10        A.      Yes.

11        Q.      So when we talk about a vulnerable

12   population, that's    that's phrasing that was

13   used in these board minutes.  True?

14              MS. TELLER:  Objection.

15        Foundation.

16              THE WITNESS:  As I said before,

17        when you were using that word, I said I

18        didn't know if it was a word we were

19        using in our documentation, but I see

20        that it is a word we have used in our

21        documentation.

22   BY MR. BILSBORROW:

23        Q.      Not only are children age 13 to 17

24   a vulnerable population, but Snap believes those

25   users require a heightened standard of care.

1    True?

2          A.      Yes.

3                  MS. TELLER:  Objection.

4          Foundation, calls for a legal

5          conclusion.

6                  THE WITNESS:  Oh, yeah, I

7          like to the extent that I was using the

8          words "unique population,"

9          "age appropriate design codes," I think

10         this speaks to this concept that ages 13

11         to 15, 15 to 17, under 13, all require

12         age appropriate experiences on the app.

13   BY MR. BILSBORROW:

14         Q.      Well, in fact, Snap believes that

15   ages 13 to 17 require a heightened standard of

16   care, correct?

17                 MS. TELLER:  Objection.

18         Foundation, calls for a legal

19         conclusion, asked and answered.

20                 THE WITNESS:  To the extent that

21         "heightened standard of care" is a legal

22         term of art, I cannot speak to that, but

23         certainly, as I spoke to, just this

24         unique age demographic that requires

25         specific protections, yes.



```
1    BY MR. BILSBORROW:
2        Q.      How about this:  If Snap knows that
3    part of its platform is posing a risk to minor
4    safety -- minor user safety, Snap should warn
5    minor users of that risk.  Do you agree?
6                  MS. TELLER:  Objection.  Vague,
7          incomplete hypothetical, asked and
8          answered.
9                  THE WITNESS:  I think we have a
10         responsibility to educate our community
11         about the risks that can    they can
12         experience using Snapchat.  One of the
13         ways to do that could be to warn them,
14         yes.
15   BY MR. BILSBORROW:
16       Q.      And that would be Ethics by Design,
17   right?
18                  MS. TELLER:  Objection.  Vague.
19                  THE WITNESS:  I have no idea
20         what Ethics by Design is.
21   BY MR. BILSBORROW:
22       Q.      Well, take a look at point number 2
23   on slide 464.  It says:  "We want to empower our
24   community with the tools and knowledge to control
25   their experiences when using our products,
```

1   including related to their privacy, safety, and

2   well being."

3               Do you see that?

4       A.     I see that.

5       Q.     You would agree that empowering the

6   community means warning users if Snap knows about

7   a risk to minors' safety that exists on Snapchat.

8               MS. TELLER:  Objection.

9       Foundation, speculation.

10              I think we should wrap up the

11      questions on this soon, since the

12      witness said she doesn't know what that

13      document is.

14  BY MR. BILSBORROW:

15      Q.     You can answer, Ms. Yadegar.

16      A.     Can you ask that question again?

17      Q.     Sure.  You would agree with me that

18  empowering the community, as is referenced in

19  this slide on Ethics by Design, empowering the

20  community means warning users if Snap knows about

21  risks to minor safety that exists on Snapchat.

22  Agree?

23              MS. TELLER:  Same objections.

24              THE WITNESS:  I agree that

25      empowering the community is giving them

```
1            tools and knowledge and education.  I
2            can't speak broadly to what you're
3            specifically asking with respect to a
4            warning, but certainly in some cases a
5            warning would be a good tool or
6            knowledge.
7     BY MR. BILSBORROW:
8            Q.     Sure.  If Snap knows about a risk,
9     they should warn users of that risk.  Fair?
10                 MS. TELLER:  Objection.  Vague,
11           incomplete hypothetical, asked and
12           answered.
13                 THE WITNESS:  It feels like
14           you're trying to ask me to repeat
15           myself, if that's what you'd like.  I
16           don't want to say yes or no to how
17           you're mischaracterizing my words.
18    BY MR. BILSBORROW:
19           Q.     I was asking -- I was asking you a
20    different question.  I'm just asking, if Snap
21    knows about a risk, it should tell users about
22    the risk.  Fair?
23                 MS. TELLER:  Objection.
24           Incomplete hypothetical, asked and
25           answered, vague.
```

1              THE WITNESS:  If Snap is aware

2        of a safety issue, I believe it is our

3        obligation to make sure we educate our

4        community in a number of ways or give

5        them tools in order to have knowledge or

6        control over that experience.

7   BY MR. BILSBORROW:

8        Q.     And educating the community could

9   consist of a warning.  Fair?

10       A.     Educating our community can

11  absolutely consist of a warning.

12             MR. BILSBORROW:  Okay.  We can

13       take a break.

14             THE WITNESS:  Thank you so much.

15             THE VIDEOGRAPHER:  We're now

16       going off the record, and the time is

17       12:02 p.m.

18             (Lunch recess.)

19             THE VIDEOGRAPHER:  We are now

20       going back on the record, and the time

21       is 12:35 p.m.

22  BY MR. BILSBORROW:

23       Q.     Ms. Yadegar, before the break, we

24  were talking about warnings.  Do you recall that?

25       A.     Yes.





Nona Yadegar                                      281

1        A.      I don't know what it -- there's

2   never    there's not a class of accounts that we

3   would not let people follow that we would have to

4   delete those accounts.

5                I think what I'm saying here is I'm

6   asking this person what their focus is    focus

7   is because it's problematic the extent of porn

8   accounts and the traffic they represent, and they

9   are undisturbed unless reported to us.

10       Q.      Okay.  This is in 2017.  How --

11       A.      Yes.

12       Q.      How long did Snap leave porn

13  accounts almost undisturbed unless reported to

14  them?

15              MS. TELLER:  Objection.

16       Mischaracterizes prior testimony and the

17       document.

18              THE WITNESS:  Proactive scanning

19       of -- we would have to look into the

20       timeline of when we built nudity

21       classifiers and deployed them on the

22       platform.

23  BY MR. BILSBORROW:

24       Q.      Did that happen when you were head

25  of trust and safety?

1        A.        Maybe towards the end.  I can't

2   recall.  This was just like a period of time

3   where basically classifiers could only work on

4   texts, I believe, back in those days, and then

5   folks started building, not only in our company

6   but in the industry, sophisticated image

7   detection tools to start being able to catch

8   things like this with high precision.

9        Q.        So we discussed that you left trust

10  and safety in July of 2018.  Right?

11       A.        Yeah, but in reality, in December

12  of 2018.

13       Q.        Okay.  And you think maybe toward

14  the end of your tenure at trust and safety, Snap

15  developed nudity classifiers.

16       A.        Maybe.  I -- I shouldn't have even

17  guessed that.  I'm not sure -- I know that we

18  have   now have nudity classifiers.  I can't

19  tell you exactly when they were built and when

20  they came online.

21       Q.        So until nudity classifiers came

22  online, Snap knowingly left porn almost

23  undisturbed unless it was reported.

24            MS. TELLER:  Objection.

25       Mischaracterizes prior testimony.

```
1              THE WITNESS:  Until we had
2        nudity classifiers, there was no way to
3        like catch porn unless somebody reported
4        it to us on the platform.
5    BY MR. BILSBORROW:
6        Q.     Okay.  So pornographic accounts
7    would continue to persist on the -- on Snapchat
8    unless they were reported.  True?
9        A.     Yes, true.  Or unless we found them
10   in some other way.
11       Q.     Are pornographic accounts still a
12   problem on Snapchat in 2024?
13             MS. TELLER:  Objection.
14        Foundation.
15             THE WITNESS:  I'm not sure,
16        again the scope and scale, but I know
17        that our nudity detection models have
18        vastly improved and are able to detect
19        problematic content like this much more
20        quickly, if not instantly.
21             MR. BILSBORROW:  Let's look at
22        tab 21.  And this will be Exhibit 20.
23             (Exhibit No. 20 was marked for
24             identification.)
25             THE WITNESS:  Thank you.
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1    BY MR. BILSBORROW:
2         Q.      Ms. Yadegar, I've handed you what's
3    been marked as Exhibit 21.  This is an e mail
4    chain.  On the first page, you can see that
5    there's a forwarded message from Techno Sapiens.
6                 Do you see that?
7         A.      I do see that.
8         Q.      And that looks like it's a Substack
9    page.
10                MS. TELLER:  Objection.
11        Foundation.
12                THE WITNESS:  Yeah.
13   BY MR. BILSBORROW:
14        Q.      Well, the e mail is @Substack,
15   right?
16        A.      Yeah, yeah.
17        Q.      And the subject of the Techno
18   Sapiens e mail is "New Study on Girls Social
19   Media Use."
20                Do you see that?
21        A.      Yes.
22        Q.      And that's dated April 3rd of 2023.
23   Correct?
24        A.      Yes.
25        Q.      Okay.  And this article from Techno
```

```
 1   Sapiens, or this study, is ultimately sent to
 2   you, right?
 3        A.      Yes.
 4        Q.      From Rachel Racusen?
 5        A.      Yes.
 6        Q.      And you see your name in the "to"
 7   line of Ms. Racusen's e-mail, correct?
 8        A.      Yes.
 9        Q.      And Ms. Racusen provides a summary
10   of -- of the study, correct?
11        A.      Yes.
12        Q.      She says in the second bullet
13   point:  "The majority of girls who use Instagram,
14   58 percent, and Snapchat, 57 percent, say they've
15   been contacted by a stranger on these platforms
16   in ways that make them uncomfortable."
17                Do you see that?
18        A.      Yes.
19        Q.      And then if you drop down a couple
20   of bullets, it says:  "Of Snapchat, a 13-year-old
21   suggested the platform make it so," quote,
22   "adults can't add us kids," end quote.
23                Do you see that?
24        A.      Yes.
25        Q.      Did you review this study when it
```

```
 1   Sapiens, or this study, is ultimately sent to
 2   you, right?
 3        A.      Yes.
 4        Q.      From Rachel Racusen?
 5        A.      Yes.
 6        Q.      And you see your name in the "to"
 7   line of Ms. Racusen's e-mail, correct?
 8        A.      Yes.
 9        Q.      And Ms. Racusen provides a summary
10   of -- of the study, correct?
11        A.      Yes.
12        Q.      She says in the second bullet
13   point:  "The majority of girls who use Instagram,
14   58 percent, and Snapchat, 57 percent, say they've
15   been contacted by a stranger on these platforms
16   in ways that make them uncomfortable."
17               Do you see that?
18        A.      Yes.
19        Q.      And then if you drop down a couple
20   of bullets, it says:  "Of Snapchat, a 13-year-old
21   suggested the platform make it so," quote,
22   "adults can't add us kids," end quote.
23               Do you see that?
24        A.      Yes.
25        Q.      Did you review this study when it
```

1    was sent to you?

2          A.      I probably either reviewed the

3    summary or read the study more carefully.

4          Q.      And did you investigate how it was

5    that 57 percent of girls on Snapchat are in a

6    position where they say they've been contacted by

7    a stranger?

8                  MS. TELLER:  Objection.

9          Argumentative.

10                 THE WITNESS:  I think in any

11         instance of hearing of this type of

12         thing, and as you have asked me, I'm

13         aware that people have been contacted by

14         strangers, we're constantly working on

15         different solutions to address this

16         problem.

17                 So in this -- I might not have

18         followed up in this exact moment as it

19         relates to this 57 percent, but it's an

20         issue that I'm familiar with, and that

21         would have come up again and again in

22         our safety conversations to try to

23         mitigate this issue.

24   BY MR. BILSBORROW:

25         Q.      So to your knowledge, what

```
 1                    MS. TELLER:  Objection.  Vague
 2        as to time, foundation.
 3                    THE WITNESS:  In the tool.  Not
 4        on the platform.
 5   BY MR. BILSBORROW:
 6        Q.      In the tool
 7        A.      There is a policy that governs the
 8   retention of reported content.  It's documented
 9   clearly somewhere, just not in my head right now.
10        Q.      And that's a policy that you either
11   wrote initially or advised.
12        A.      That's a policy I would have
13   advised on with our safety legal team.
14        Q.      Ms. Yadegar, I just want to ask you
15   a couple of questions about the use of Snapchat
16   at schools.  Okay?
17        A.      Okay.
18        Q.      You're aware that teenagers use
19   Snapchat when they're at school, right?
20        A.      Yes.
21        Q.      Teenagers spend seven, eight hours
22   a day during the school year at school.  Correct?
23        A.      Yes.
24        Q.      And they will snap pictures of
25   events taking place at school, correct?
```

```
1          A.      Yes.

2                  MS. TELLER:  Objection.

3          Foundation.

4    BY MR. BILSBORROW:

5          Q.      And Snap actually has created

6    sorry, strike that.

7                  Snap encourages teenagers to use

8    Snapchat in the school setting, correct?

9          A.      No.

10         Q.      It's your testimony that Snap

11   doesn't encourage students to use Snapchat in the

12   school setting?

13         A.      I don't know what your definition

14   of "school setting" is, but, no, I don't believe

15   we do.

16         Q.      Well, at school or school related

17   functions.

18         A.      I don't believe we encourage usage

19   in terms of a specific type of school or event.

20         Q.      Are there tags on Snapchat that

21   allow teenagers to tag themselves at school?

22                 MS. TELLER:  Objection.

23         Foundation.

24                 THE WITNESS:  You mean location,

25         the location of a school?
```

```
 1          Q.      And if you just flip through the
 2     first slide, on the page ending 583, there's some
 3     fun facts about school, right?
 4               MS. TELLER:  Objection.
 5          Foundation.
 6               THE WITNESS:  Wow.  Sorry.  I
 7          was surprised by how many more days
 8          students go to school in China.  I just
 9          wanted to qualify my "wow."
10               Those are all really interesting
11          facts.
12     BY MR. BILSBORROW:
13          Q.      And one of those, Ms. Yadegar, is
14     in the U.S., the average school day is
15     approximately seven hours, right?
16          A.      Yes.
17               MS. TELLER:  Objection.
18          Foundation.
19     BY MR. BILSBORROW:
20          Q.      To your knowledge, does Snap
21     restrict the ability of teenagers to use Snapchat
22     during the seven hours they're likely to be at
23     school?
24          A.      No.
25          Q.      Has it ever looked in    has Snap
```

```
1    ever looked into that?
2         A.      No.
3         Q.      And school administrators have
4    complained or reached out to Snapchat -- or to
5    Snap from time to time asking for help in
6    controlling their students' Snapchat use.  True?
7                 MS. TELLER:  Objection.
8         Foundation.
9                 THE WITNESS:  There may be
10        instances of administrators reaching
11        out.
12   BY MR. BILSBORROW:
13        Q.      If you look at the next slide
14   ending 584, it's titled "Points to Remember:
15   Spotlight/UGC."
16                Do you see that?
17        A.      I do.
18        Q.      And UGC is user generated content,
19   right?
20        A.      Yes.
21        Q.      There's a few bullet points there.
22   Do you see?
23        A.      Yes.
24        Q.      The first bullet point says:  "Be
25   aware that there's a high possibility to see
```

```
1                    (Exhibit No. 30 was marked for
2                    identification.)
3    BY MR. BILSBORROW:
4         Q.      Ready.  Ms. Yadegar, I've shown you
5    what's been marked as Exhibit 30.  This is an
6    e mail chain from 2017, and this is when you were
7    head of trust and safety, right?
8         A.      Yes.
9         Q.      We talked previously about school
10   administrators reaching out to Snap asking for
11   help.  Right?
12                    MS. TELLER:  Objection.  Vague.
13                    THE WITNESS:  Yes.  In this case
14         the administrator is asking for IT help
15         specifically, but they do want to get
16         help with respect to Snapchat.
17   BY MR. BILSBORROW:
18        Q.      Well, if you turn over to the third
19   page of the document, it's the Bates ending 7542.
20   This individual writes:  "I'm a teacher within
21   the Huron Superior Catholic School"    School
22   District -- sorry, let me start over.
23                    "I'm a teacher within the Huron
24   Superior Catholic District School Board, and I
25   would like to have the Snapchat app blocked from
```

1  our router, as unrestricted use of this app has

2  raised some concerns with harassment, et cetera,

3  in our schools.  It's easy to block websites but

4  not so much mobile applications.  Can you provide

5  me with the information I need to ensure that

6  Snapchat is blocked from our school's router?"

7             Did I read that correctly?

8       A.    I see that.

9       Q.    And so this individual is asking

10 for Snapchat to be blocked, right?

11      A.    Yes.

12      Q.    And the reason for that is, as they

13 state, is there's some concerns with harassment,

14 correct?

15      A.    Yes.

16             MS. TELLER:  Objection.

17      Speculation, foundation.

18 BY MR. BILSBORROW:

19      Q.    That's what stated in the e-mail,

20 right?

21      A.    Yes.

22      Q.    If you flip over to the first page

23 in the document, someone named ███████ --

24      A.    Mm hmm.

25      Q.     is that how you say it?

```
 1        A.      I think so.
 2        Q.      She writes and copies in a
 3  follow up that was received from the teacher,
 4  right?
 5        A.      Yes.
 6        Q.      She says:  "Students in the school
 7  are sending inappropriate messages to other
 8  students in the school using Snapchat over our
 9  school wireless network."  Correct?
10        A.      Correct.
11        Q.      And the response, which is directly
12  above is:  "Unfortunately, I'm able   unable to
13  provide assistance related to technologies
14  outside of Snapchat."  Correct?
15        A.      Correct.
16        Q.      And to your knowledge, has Snap
17  ever blocked the use of Snap or Snapchat in a
18  school setting?
19              MS. TELLER:  Objection.
20        Foundation.
21              THE WITNESS:  I don't even know
22        how we would do that.
23  BY MR. BILSBORROW:
24        Q.      Has Snap ever used geofencing
25  technology to inhibit the use of Snapchat in
```

1   school settings?

2        A.      Not that I know of.

3                MS. TELLER:  Objection.

4        Foundation.

5   BY MR. BILSBORROW:

6        Q.      Does Snap restrict push

7   notifications to teenagers during the time when

8   those users are likely to be in school?

9        A.      Not that I know of.

10                MS. TELLER:  Objection.

11        Foundation.

12   BY MR. BILSBORROW:

13        Q.      Has Snap ever considered enacting a

14   policy to restrict push notifications to students

15   during the time they are likely to be in school?

16                MS. TELLER:  Objection.

17        Foundation.

18                THE WITNESS:  Not that I know

19        of.

20   BY MR. BILSBORROW:

21        Q.      And you were director of platform

22   policy for four years, right?

23        A.      Yes.  Those aren't necessarily

24   solutions I think would make the most sense.

25                MR. BILSBORROW:  Okay.  Let's

```
 1            defendants online have questions?
 2                    (No response.)
 3                    MS. TELLER:  I guess that's no.
 4                    MR. BILSBORROW:  Okay.
 5   BY MR. BILSBORROW:
 6        Q.    Ms. Yadegar, during the questioning
 7   with your attorney, you talked about the fact
 8   that you feel a deep responsibility to
 9   Snapchatters and to protect and to keep    help
10   keep Snapchatters safe.  Is that fair?
11        A.    I do.
12        Q.    And that was part of the reason you
13   wanted to participate in the creation of Family
14   Center.  Right?
15        A.    I think it was my job to
16   participate in Family Center.  But part of the
17   reason that I have been at Snap for so long and
18   that I have stayed in these roles is because I
19   believe in that deep commitment to the safety of
20   our users.
21        Q.    You've been at Snap since 2016?
22        A.    Yes.
23        Q.    Snap didn't have Family Center in
24   2016?
25        A.    No.
```

```
 1         Q.      Snap didn't have family center in
 2    2017?
 3         A.      No.
 4         Q.      Snap didn't have Family Center in
 5    2018?
 6         A.      No.
 7         Q.      Snap didn't have Family Center in
 8    2019?
 9         A.      No.
10         Q.      Snap didn't have Family Center in
11    2020?
12         A.      No.
13         Q.      Snap didn't have Family Center in
14    2021?
15         A.      I    did we    I just wanted to
16    like confirm the launch date, but I assume you're
17    speaking accurately.
18         Q.      Family Center launched in 2022.
19         A.      Okay.
20         Q.      True?
21                 And when Snap finally introduced
22    Family Center in 2022, it was the only major
23    social media platform that didn't have any
24    parental controls.  True?
25                 MS. TELLER:  Objection.
```

```
1          Foundation.
2                   THE WITNESS:  I take your word
3          for it.
4     BY MR. BILSBORROW:
5          Q.      Do you know that, or no?
6          A.      I don't know that.
7          Q.      Okay.  Let's show you a document.
8                  (Exhibit No. 34 was marked for
9                  identification.)
10                  THE WITNESS:  (Peruses
11          document.)  Okay, I see this.
12     BY MR. BILSBORROW:
13          Q.      So, Ms. Yadegar, I've shown you
14     what's been marked as Exhibit 34.  This is an
15     e mail chain that you're a part of.  True?
16          A.      Yes.
17          Q.      And this e-mail chain is forwarding
18     an article from the Wall Street Journal from
19     April 16th, 2022, correct?
20          A.      Correct.
21          Q.      And the title of that article is
22     "How to Use Parental Controls on YouTube, TikTok,
23     Instagram, and Snapchat."  True?
24          A.      Yes.
25          Q.      And Rachel Racusen sends that
```

```
1    article to the ████████████████ e-mail,

2    right?

3         A.    Yes.

4         Q.    And you were part of that Listserv,

5    right?

6         A.    Yes.

7         Q.    And Ms. Racusen summarizes or

8    highlights portions of the article, correct?

9         A.    Yes.

10        Q.    If you take a look at the second

11   bullet point, she says: "For Snapchat, as we had

12   expected, she mentions we are the only major

13   platform that does not yet have parental

14   controls.  Outlines are default safety and

15   private setting   privacy settings, especially

16   with respect to younger users, our map settings,

17   and notes that our first parental tools will be

18   coming this summer."

19              Do you -- did I read that

20   correctly?

21        A.    Yes.

22        Q.    Do you disagree with that, that in

23   2022 Snap did not have parental controls?

24        A.    I do not disagree with that.

25        Q.    And even after Snap launched Family
```

```
 1   Center in 2022, you wouldn't consider that
 2   parental controls, right?
 3              MS. TELLER:  Objection.  Vague.
 4              THE WITNESS:  There are some
 5         parental controls, but a lot of it was
 6         focused on insights.
 7   BY MR. BILSBORROW:
 8         Q.    Well, there are parental controls
 9   now, right, but when Family Center launched,
10   there was no parental controls, were there?
11              MS. TELLER:  Objection.  Vague.
12              THE WITNESS:  I can't recall
13         about the content settings, but -- I
14         would have to look at something
15         specifically, but there may have been
16         content controls.
17   BY MR. BILSBORROW:
18         Q.    You think there were content
19   controls when Family Center launched?
20         A.    I would -- I can't recall.
21         Q.    Okay.
22              MR. BILSBORROW:  I have no
23         further questions.
24              THE VIDEOGRAPHER:  Okay.
25              MS. TELLER:  Off the record.
```

```
 1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2          The undersigned Certified Shorthand Reporter
 3      does hereby certify:
 4          That the foregoing proceeding was taken before
 5      me at the place and time therein set forth, at
 6      which time the witness was duly sworn; That the
 7      testimony of the witness and all objections made
 8      at the time of the examination were recorded
 9      stenographically by me and were thereafter
10      transcribed, said transcript being a true and
11      correct copy of my shorthand notes thereof; That
12      the dismantling of the original transcript will
13      void the reporter's certificate.
14          In witness thereof, I have subscribed my name
15      this date:  January 6, 2025.
16
17                      <%14542,Signature%>
18                      LESLIE A. TODD, CSR, RPR
19                      Certificate No. 5129
20
21      (The foregoing certification of
22      this transcript does not apply to any
23      reproduction of the same by any means,
24      unless under the direct control and/or
25      supervision of the certifying reporter.)
```