# AMENDED Exhibit 856

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

| | |
|---|---|
| From: | ▮ |
| Sent: | 1/12/2023 8:00:00 AM |
| To: | ▮ |
| CC: | ▮ Jeremy Voss ▮ David Boyle ▮ Jack Brody ▮ |
| BCC: | content-eng-launch@snapchat.com |
| Subject: | Community product update Dec 2022 |

Hi Everyone,

Happy New Year! The Community product's mission is to help Snapchatters connect with their community, make friends, and share fun moments together. To achieve these goals, we focus on growing product adoption, growing friending and Story interaction, and building community product fundamentals. In Q1, our main focus is to launch high school communities in the US at the beginning of March.

**December Callouts**
1.      We added **+290K** new College Community users last month with a Feed Header Prompt in-app campaign (1.26M total users, **+30%** MoM). However, Dec is a slow month for Story engagement as students are off campus for winter breaks most of the month. In Q4, we learned that College Story is highly seasonal, where engagement slows down significantly during school breaks (average 16M Daily Story Snap View, **-27%** MoM) and slowly rebounds as school starts. We start to see recovery this week (22M Story Snap Views, **+100%** WoW) and expect to return to pre holiday levels in the next two weeks as students return to campus. We will send a mass Snap next week to remind users to add to their College Stories, and continue to work on improving College Story ranking in Send To (more posting) and showing College Stories across all class years (more viewing).



2.      We completed our Q1 Planning and will focus on launching the Community product to high schools in the US, showing all Stories to all class years, and DM-Style Story replies this quarter. To remain focused and

ensure accountability, we brought together a tiger team with engineers from both Profile and Friend Story teams (TL: ███ ███████ Android: ██████ ███████ iOS: █ ███████ ████████, backend: ███ █████ ███████ ████████ and product lead: ███ ███████ This team will be responsible for growing product adoption and incremental Story views with Community Stories. We will take Community Story Viewer and Community Story View Time as our OKRs this year.

3.      We also made significant progress on High School Community scoping as well and kicked off development (Target: early March). There are over 15M+ Snapchatters across 24K+ high schools in the US, and we are particularly excited about the opportunities to inspire more Story engagement within this core user group. Unlike colleges (where every college is mapped to a unique .edu domain), it is common for high schools to share the same email domain within the whole school district, which is a new challenge for school and identity verification. To handle these new scenarios, we are building a new onboarding UX to ask users to find their schools from a list first before submitting their email for verification. In addition, we are upgrading the verification mechanism on the backend to allow multiple schools to map to the same email domains.



4.      Last but not least, we aligned on a plan for safety mitigation. Thanks to our partners in Policies, Legal, T&S, Operations, Comms, and many more XFN teams for their inputs! We have decided to leverage the platform level Strike System for high schools. As of today, we have 5 platform-level policies that will also apply to all Community content (Drug Sales, Sexual harassment, Adult Sexual Exploitation/CST, Conditionally Prohibited Substances, Sexual Content). Down the road, we still plan to build a community feature level Strike System feature, so that we have the flexibility to remove group members, and ban repeated bad actors from re-joining a community.

**What we're working on**

| | |
|---|---|
| **Back-to-School mass Snap to encourage Story posting** [Target: week of Jan 16]<br><br>A mass Snap to encourage existing users to post to their College Story.<br><br>Team: ███████████ |  |
| **"Waitlist" milestone 2: Provisioning** [Target: 12.20]<br><br>"Waitlist" milestone 1 allows users to input data about their schools so that we can create a campus community for them. "Waitlist" Milestone 2 will enable us to create these groups automatically.<br><br>Team: ███████████ |  |
| **Show additional College Stories to all class years** [Tech design in progress, target: mid-Q1]<br><br>While freshman users account for 60% of all community members, they create 90% of Story content. This feature will show all content to current students across the campus to increase viewership and interaction. This is also the first step to move towards a unified community experience, where users have access to all content and members regardless of class years.<br><br>Team: ███████████ |  |
| **High school communities** [Target: 12.25, early March]<br><br>Bring the community experience to high school users, with a brand new entry point, onboarding UX, and an improved identity verification mechanism!<br><br>Team: ███████████ |  |

| | |
|---|---|
| **Profile Activity Card & full screen takeover** [Target: 12.18]<br><br>Showing a takeover screen as a one-time campaign for US 18-24 users that have not tried out the College Community product yet.<br><br>Team:  |  |
| **Story replies V1** [Target: end of Q1]<br><br>The most common engagement pattern in a College Story is to join a back and forth conversation or respond to a previous post. We want to bring Story Replies to make interacting with fellow classmates more easily and allow a way to interact with text. We believe by providing a feedback loop, we can also inspire more Story posting.<br><br>Team:  |  |
| **College Bitmoji Fashion MVP** [Target: end of Q1] Introducing College Bitmoji outfits with school branding and primary colors! The goals are to improve adoption and retention of the Community products by enriching features and making it more relevant to our target users. This feature is also our first step towards building a fun and rich "college"/"high school" experience on our platform (school calendars, events, campus maps, etc), making Snapchat the primary app for every student! |  |
| **Communities in Search** [Target: end of Q1]<br>*Collaborate with the Search team*<br><br>The entry point of Colleges is hard to find - Snapchatters can only find it through My and Friendship Profile. By enabling Colleges in Search, users can discover and access Community Story more easily. |  |

| | |
|---|---|
| **Complete DMD and LEO integration** [In scoping, Target: TBD]<br><br>Complete DMD and LEO integration to ensure safety and compliance with legal requirements. |  |

**What we shipped**



| | |
|---|---|
| **Feed Header Prompt** [Launched]<br><br>US users in the 18-24 age bucket are qualified to see the College Community Feed Header Prompt campaign. This campaign is capped at 10 impressions in total.<br>•       Community Story Snap View UU **+300%** (both iOS and Android)<br>•       Time Spent increased **+1%** (Android)<br>•       Inbound Friend Request Accept **+5%** (Android)<br><br>Team: ▮▮▮▮▮▮▮▮ | |
| **College context in Add Friends** [Launched]<br><br>If an incoming friend request is sent from a community (via the full community member list), we will display "From your community" as the friend source/reason in Add Friends page.<br>•       Users with 1+ Add Friends page visits **+0.4 %**<br>•       [Inbound] Users with 1+ friend adds seen **+0.4 %**<br>•       [Inbound] Users with 1+ friends made: **+1.0%**<br><br>Team:  | |

CONFIDENTIAL                                                                                                                            SNAP0391479

| | |
|---|---|
| **Rank Community/Shared Story with last View Timestamp in SendTo** [In AB]<br><br>Adding last view timestamp as a signal for Community and Shared Story, and using the latest timestamp in creation, join, and last view timestamp in Send To ranking. The goal is to improve ranking for College Story in Send To and encourage more posting.<br>• The team is currently investigating if the unexpected Story trend (+9% Community Story Post UU, but -23% Post volume, not stat sig) is due to noise. Our hypothesis is this ranking favors Shared Stories over College Stories, as there are more Shared Stories than Community Stories, and thus users are more likely to land on a Shared Stories after viewing their College Story, which will push College Stories down the list.<br>• As an immediate next step, we re-started this test with new AB seed, and US 18-24 users only.<br>Team:  (PM) |  |
| **Community Waitlist** [In AB]<br>Allow users to send in metadata about their schools if their schools are not yet available in College Community, so that we can create these new communities faster and at scale. We started this test in 12.14 but found significant crash regressions. We have fixed critical crashes and re-started this test in 12.16.<br><br>Team:  |  |

**Key Metrics** (daily dashboard)

| Metric | Current Value | Notes |
|---|---|---|
| **Community Users** | 1.26M<br>(+1.5% WoW) | Story engagement and adoption slows down significantly in Dec as students leave campus for the winter holidays. As students are returning to campus starting this week (week of ⅛), we start to see recovery. We are hoping to get back to the pre-holiday level in the coming two weeks. |
| **Story Snap View UU** | 560K<br>(+1% WoW<br>-13% MoM) | |
| **Story Snap Views** | 14M<br>(+10% WoW<br>-50% MoM) | |

--
You received this message because you are subscribed to the Google Groups "content-eng-launch" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

To view this discussion on the web visit https://groups.google.com/a/snapchat.com/d/msgid/content-eng-launch/CAJi2qmFi3zm4WJajPMsi38dGzVBCH9SvjaCw2HqrV5PNQmN6Qg%40mail.gmail.com.

CONFIDENTIAL                                                                                                                                       SNAP0391481