# AMENDED Exhibit 857

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Snapchat Product Town Hall

Q3, 2023

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2970343



## Slide 1 Notes

(Jack)

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2970344

# Agenda

**Q2 Wins**

**Q3 Team Priorities**

**Mini Carousel Deep-Dive**

**One Thing**

**Q&A**

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2970345

# Q3 Priorities

## 1 Teens in the US

Back 2 School

Lenses

Inspiring Conversation

Parents, Teens & Safety

## 2 Content

Build strong foundations

The easiest place to become a creator

Reinvigorate Friend Stories

Content connects me to my Friends

## 3 Accelerate & Diversify Revenue

Snapchat+

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2970355

**Solutions**

# Teens in the US

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2970367

## Slide 13 Notes

**Morgan**
I will now pass it to Laurel, Steph, & Alex to walk us through the product solutions tied to these insights. Laurel will kick us off with back to school solutions

HIGHLY CONFIDENTIAL (COMPETITOR)

Teens in the US
# Back 2 School

## Add Friends in Groups
Users add +47% more friends from Group Chats during back to school months.



**QR Code to Add Friends**
Scan with your native or Snap camera to add a friend.



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2970369

## Slide 14 Notes

Laurel
- To make adding friends more convenient, we are adding the top level Add Friends button in Group Chats. Users add +47% more friends from Group Chats during back to school months. With the top level Add Friends button in Group Chat, you are just one tap away from adding friends you are already chatting with IRL.
- In addition to Group Chats, the usage of scanning Snapcode to make friends also increases significantly when Snapchatters return to the classroom. To make in person friending more effortlessly, we are introducing QR Code friending! Users can access the QR code from their Profile, and can now add friends more conveniently by simply scanning the QR code with their native camera.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2970370

Teens in the US

# Back 2 School

### High School Communities
15M students across 24K US high schools!

### Public Comments
Chat with other members from your school.

### Countdowns
Create upcoming events with friends.







HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2970371

Slide 15 Notes

Laurel
- Next is the continued investment in High School communities. With Community, users can join the private group for their high school on Snapchat, and share Stories together. This product is used and loved by millions of Snapchatters today. We are continuing rolling out communities to more US high schools nationwide this back to school season.
- Community members watch Community Stories 28M times a day. We are introducing a brand new way to interact with other members from your school with Spotlight style public comments. Safety is top of mind when it comes to new ways to interact with each other on our platform. To ensure that Comments meet our Community Guidelines, we are updating the moderation ML model.
- The last new feature I want to introduce is Countdowns. Snapchatters are already using our platform to plan and discuss events, be it a birthday bash, a movie night, or a study session. Seamlessly integrated with Chat, Countdowns let users create and share these events with their friends, and never miss the next big moment together.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2970372

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP2970343-SNAP2970436

**Attachment Count:** 0

**PRODVOL:** SNAP022

**Custodian:** WEISSINGER_MICHAEL

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** B1F51957485CCFA5334920F0EC8120E6

**DocType:**

**Author:**

**Create Date:** 12-18-2023 12:00 AM

**Last Modified Date:** 12-18-2023 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:** YES

**Filename:** Q3 PRODUCT TOWN HALL.PPTX

**Title:**

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** FALSE