# AMENDED Exhibit 860

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP1910063-SNAP1910065

**Custodian:** ZICAFOOSE_KALE

**Author:**

**Filename:** BACK-TO-SCHOOL MESSAGING FRAMEWORK.DOCX

**Create Date:** 3-23-2023 12:00 AM

**Last Modified Date:** 3-23-2023 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /BACK-TO-SCHOOL MESSAGING FRAMEWORK.DOCX



EXHIBIT SNAP-ZICAFOOSE 15 12/4/24 GAD

Project Unison Framework (for reference):

| **WHAT** *is Snapchat?* | [Brand Mission]: Snapchat enhances relationships between friends, family, and the world. |
|---|---|
| **WHY** *should I advertise on Snapchat?* | Real relationships, real influence. |
| **WHEN** *should I advertise on Snapchat?* | Moments that matter<br>• Launches<br>• Tent poles<br>• Everyday |
| **HOW** *do I advertise on Snapchat?* | Full-screen formats and immersive AR |

**Back-to-School**
Connecting to Life's Realest Moments

- Our relationships are built on moments
    - **Speaker Notes:** Some are big: Graduating, starting at a new school, meeting your college dormmate, getting a new job
    - **Speaker Notes:** But most are small: going grocery shopping, doing laundry, movie night, taco night
- Moments that are best shared with the ones we love
    - Snaps of school-related moments
- Snapchat enhances relationships between friends, family, and the world.
    - **Speaker Notes:** Capturing and enhancing these moments – both big and small – are the reason people come to Snapchat, because they're the moments that define our relationships with our friends, family, and the world around us. Our real relationships.
- School is where we forge relationships with…
    - our friends
    - our roommates
    - our significant others
    - and our brands
- Relationships that are long-lasting
    - The laundry detergent we use
    - The food we eat
    - The clothes we wear
    - The phones we can't put down
- Real relationships create a happy environment where brands have real influence
- Friends are some of our most powerful influencers
    - 91% of Snapchatters trust recommendations from friends and family as a source of information about brands and services
    - 3 in 4 Snapchatters say "Snapchat is the best way for me to shop with my friends, even when they aren't with me"
- Snapchat + friends = the perfect back-to-school shopping companion
    - Snapchat is the #1 app where Snapchatters…
        - Chat or message with friends while shopping
        - Run things by friends before purchasing

- - - Post/share about what they're shopping for in the moment
    - Post/share about what they bought
  - It's the app for students
    - Snapchat reaches 90% of 13-24 year-olds in the U.S.
    - The start of the school year is a top engagement day on Snapchat
  - They're just happier on Snapchat
    - Students: 73% Snapchatters vs. 61% Non-Snapchatters
  - Introducing Hack to School
    - **Speaker Notes:** From laundry and meeting new people to cleaning and staying organized, many college students don't have the basic "adulting" and life skills necessary to live on their own for the first time.
  - Let's be honest, college can be overwhelming
    - **Speaker Notes:** classes, midterms, presentations, essays, the list goes on
  - But, it's more than just the curriculum
    - **Speaker Notes:** It's where you gain knowledge that can be used throughout your life, and for most, you're not even sure where to begin
  - Our community cares about the collective good
    - **Speaker Notes:** It's why they're actively sharing their best back-to-school hacks, tips, and tricks for students
    - Showcase different #collegehacks and #adulting Snaps
  - This year, we're making back-to-school better than ever
    - **Speaker Notes:** And we want to rally behind them
    - Showcase all the things Snapchat will be doing to support
  - And we're inviting you to join (WIP)
    - Highlight the core package features
      - Innovative technology
      - Influential creators
      - Premium calendar days
      - In-app integration
      - White glove service [J2]
  - Innovative Technology
  - Influential Creators
  - Premium Calendar Days
  - In-app Integration
  - White Glove Service
  - The packages
    - Diamond
    - Platinum
    - Gold
  - Diamond Media plan
  - Platinum Media plan
  - Gold Media plan
  - Thank you!

HIGHLY CONFIDENTIAL (COMPETITOR)　　　　SNAP1910064

Page 2 Comments

J1    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ not sure these are the themes but this is how im envisioning the transition to the packages
      ▮▮▮▮  3/20/2023 12:07 PM

J2    welcome thoughts on this
      ▮▮▮▮  3/20/2023 12:07 PM

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP1910065