## AMENDED Exhibit 861


# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT


Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

```
 1            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
 2
      Case No. 4:22-md-03047-YGR      :  MDL No. 3047
 3
      IN RE:  SOCIAL MEDIA ADOLESCENT   :
 4    ADDICTION/PERSONAL INJURY         :
      PRODUCTS LIABILITY LITIGATION     :
 5    - - - - - - - - - - - - - - - - -X
      - - - - - - - - - - - - - - - - -X
 6    This Document Relates to:         :
                                        :
 7    ALL ACTIONS                       :
                                        :
 8    - - - - - - - - - - - - - - - - -X

 9        SUPERIOR COURT OF THE STATE OF CALIFORNIA
               COUNTY OF LOS ANGELES
10               UNLIMITED JURISDICTION

11    Coordination Proceeding           :
      Special Title (Rule 3.550)        :
12                                      :
      SOCIAL MEDIA CASES                :
13    - - - - - - - - - - - - - - - - -X
      - - - - - - - - - - - - - - - - -X
14    This Document Relates to:         :
                                        :
15    ALL ACTIONS                       :
      - - - - - - - - - - - - - - - - -X

16

17        Videotaped deposition of RACHEL HOCHHAUSER
      taken at the Kirkland & Ellis, 601 Lexington Avenue,
18    New York, New York, before Clifford Edwards,
      Certified Shorthand Reporter and Notary Public, in
19    and for the State of New York on May 1, 2025, at
      8:38 a.m. ET.
20

21

22

23

24

25
```











1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1   this question and answer that by "restrictions," you

2   mean, like, a school takes away their -- the

3   students devices, for example.

4          It wasn't built for that purpose.

5   Snapchat for Web was built because, again, we are a

6   communications platform and all of the

7   communication -- like, communications platforms have

8   a web-based functionality.

9          But if your question is:  Is -- could a

10  student access Snapchat for Web if their phone

11  device, for example, was taken away, then if they

12  had another device through which they could access

13  the web, then, yes, they would be able to

14  functionally do that.

15     Q     Under the -- after the school use case,

16  there was also -- there's also a note for, Increased

17  communication utility with communities?

18     A     Uh-huh.

19     Q     What does that signify?

20     A     It doesn't say specifically here, but I

21  take that to mean the school community feature.

22          And so increased communication utility

23  would be being able to, you know, share, for

24  example, stories or media with people in your school

25  community.

Rachel Hochhauser                                    125

1          Q     What is a -- a school community?

2          A     So a school community is a feature on

3    Snapchat which is intend -- which connects people

4    with -- who are students at the same school by class

5    year, and is built as a way for them to -- you know,

6    for people to connect with other students in the

7    school.

8          Q     So if somebody puts in their -- their

9    birth date when they sign up, will a particular

10   graduation class be recommended that they -- that

11   they join?  Is that the -- is that the community?

12         A     So this is my best understanding of the

13   onboarding process as it currently stands.

14               It's my -- my best understanding is that

15   once you have a Snapchat account in -- at some point

16   in the process you are given the -- you know, the

17   option of joining a school community and you can

18   search for your school in the -- in the list of

19   schools or put in your school's name and that -- and

20   your community would be surfaced.

21               And then there's a -- a -- you know, a

22   back-end process by which we look at whether the

23   person who is asking to join that community, that

24   Snapchat community, is actually a member of that

25   school.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25







Rachel Hochhauser                                        138

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Rachel Hochhauser                                              280

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              So the use case for Snapchat is really

2    communications, like communications with people that

3    they -- that users choose to be connected to.

4              As I'm sure you know, users on Snapchat

5    have to choose -- accept each other bi-directionally

6    to be friends and communicate.  Like, there's no

7    option to just randomly communicate with people.

8              So I can't speak specifically to the --

9    to the engineering aspect of scrolling, but it's

10   not -- like, it's not the primary use case for

11   Snapchat to look at content.

12       Q    What about push notifications?  Those are

13   recommendations:  Stop -- stopping the sending of

14   push notifications to students.  Social media

15   platforms do not need to send students push

16   notifications during the school day and in the

17   evening when they are sleeping.

18              Is that something that Snap has

19   implemented?

20       A    Well, again, because Snapchat is used for

21   communications, the note- -- the -- you know, the

22   overwhelming majority of notifications from Snapchat

23   are -- is a notification that you have a message.

24              So it's essentially, you know, the

25   equivalent of a phone ringing.  You can't be a

1    communicat- -- like, you can't be a communications

2    platform without telling people that somebody is

3    trying to communicate with you.

4              But there is -- there are settings within

5    the app for notifications, as well as obviously at

6    the device level, that people can -- can use.

7         Q    So the answer is no?

8         A    The answer is what I just gave you.

9         Q    That Snap is not implementing the

10   stopping of sending of push notifications to

11   students?

12              MS. TELLER:  Objection.  Asked and

13              answered.

14        A    The answer -- I can repeat my answer but

15   that's --

16   BY MR. GRADEN:

17        Q    It's a yes or no answer?

18        A    It's not a -- well, I'm not going to

19   argue with you.

20              MS. TELLER:  Yeah, hold on.

21              Counsel can't interrupt you.  So,

22              Rachel, I -- Ms. Hochhauser, I think the

23              question on the record was that Snap is

24              not implementing the stopping of sending

25              of push notifications to students, to

1           which I objected, Asked and answered.

2                I'm sure counsel will let you answer

3           that question now.

4      A    Yeah.  The answer is that it is -- that

5  is better done and more effectively done at the

6  device level and that there are settings within the

7  app that the user can choose to -- to set at

8  their -- to the way that they want.

9  BY MR. GRADEN:

10     Q    So Snap is not implementing that

11 particular setting across the board?

12     A    So Snap has looked at what the most

13 effective and efficient way of controlling those

14 notifications are and the answer is as I've given

15 it, which is at the device level and by user

16 changing -- users changing their settings.

17     Q    If you turn to page 14, there is a

18 section here on "Directly engage with -- directly

19 engage in work with schools and families."

20                Do you see that?

21     A    If you'd give me a moment.

22                MS. TELLER:  I think it's -- it's

23           page number 12.

24                THE WITNESS:  Number 12?

25                MS. TELLER:  Yeah.  I'm trusting our

```
 1              C E R T I F I C A T E

 2         I hereby certify that I am a Notary Public,

 3    in and for the State of New York, duly commissioned

 4    and qualified to administer oaths.

 5         I further certify that the deponent named in

 6    the foregoing deposition was by me duly sworn, and

 7    thereupon testified as appears in the foregoing

 8    deposition; that said deposition was taken by me

 9    stenographically in the presence of counsel and

10    reduced to typewriting under my direction, and the

11    foregoing is a true and accurate transcript of the

12    testimony.

13         I further certify that I am neither of

14    counsel nor attorney to any of the parties to said

15    suit, nor am I an employee of any party to said

16    suit, nor of any counsel in said suit, nor am I

17    interested in the outcome of said cause.

18         Witness my hand and seal as Notary Public

19    this 4th day of May, 2025.

20
                    <%20976,Signature%>
21                _____

22                    Clifford Edwards

23    New York Notary ID Number:  01ED6430906

24    Notary commission expires:  3/28/2026

25
```