**AMENDED Exhibit 867**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2
    ******************************
 3                                    Case No.
    IN RE:  SOCIAL MEDIA ADOLESCENT  4:22-MD-03047-YGR
 4  ADDICTION/PERSONAL INJURY
    PRODUCTS LIABILITY LITIGATION
 5                                    MDL No. 3047
    ******************************
 6
    This Document Relates To:
 7
    ALL ACTIONS
 8
    ******************************
 9

10       SUPERIOR COURT OF THE STATE OF CALIFORNIA
                  COUNTY OF LOS ANGELES
11                UNLIMITED JURISDICTION

12  *************************

13  Coordination Proceeding    Judicial Council
    Special Title              Coordination Proceeding
14  (Rule 3.550)               No. 5255

15  SOCIAL MEDIA CASES         Judge:  Carolyn B. Kuhl
    This Document Relates To:  Dept. 12
16  ALL ACTIONS
    *************************
17
             Rule 30(b)(6) VIDEOTAPED DEPOSITION OF
18       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
                SNAP INC., BY DAVID L. BOYLE
19

20  Held At:        Skadden Arps Slate Meagher & Flom
                    2000 Avenue of the Stars
21                  Los Angeles, California

22                  February 26th, 2025
                        9:41 a.m.
23

24
    Reported By:
25  MAUREEN O. POLLARD, CSR #14449, RDR
```







1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





David Boyle                                                              20





David Boyle                                      25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25







1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

David Boyle                                      77

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25













1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    MS. TELLER:  Objection to commentary.
 2                    Go ahead.
 3       BY MR. AYERS:
 4            Q.    -- is that fair?
 5            A.    I'm really trying to answer as directly
 6       as I possibly can without missing out on
 7       information.  So again I apologize if it's coming
 8       across as evasive.
 9                    So maybe we can get back to the
10       question and I'll just try to do better at
11       answering.
12            Q.    Sure.  Do you recall the question?
13            A.    I don't anymore, no.
14            Q.    Okay.  The question was, prior to 2024,
15       for the purposes of enforcement of Snap's terms of
16       service related to under 13 users, Snap relied on
17       its age gating self-reported age of the user as well
18       as user and parental reports submitted to Snap,
19       correct?
20                    MS. TELLER:  Objection.  Vague.
21                    THE WITNESS:  So for the under 13
22               enforcement, the long-standing mechanisms
23               were these are self-reported age and age
24               gating at registration and then reports
25               from other users and parents prior to 2024,
```

1            so yes.

2    BY MR. AYERS:

3        Q.    And then, so in that -- in that first

4    sentence, going back to Exhibit 2, the sentence goes

5    on, "so any child can create an account simply by

6    providing a fake birthday."

7            That's a true statement, correct?

8        A.    I mean, I think that's somebody's

9    interpretation of the document writer, and it's

10   maybe a bit glib, because I don't think it's

11   necessarily that simple, and a lot of children as

12   well, you know, their parents are involved in the

13   creation of accounts and access to devices and

14   things of that nature.

15           But it does highlight a problem that we

16   need to continue to invest in additional ways to

17   verify users' ages, so I'll not dispute that there's

18   more we need to do and more that we are doing and

19   more that the industry is doing here.

20       Q.    And so it's true that a user can create

21   an account simply by providing a fake birthday at

22   the account creation?

23       A.    There's -- you know, if there's no

24   parent or someone standing over the shoulder and

25   supervising the creation of these accounts, then we



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE WITNESS:  There's no way I could
2      really answer that question, because we
3      take action on those users whenever we
4      become aware of them.
5  BY MR. AYERS:
6      Q.   But Snap has not undertaken any
7  research or study to identify the likely percentage
8  of Snapchat users that are under the age of 13?
9      A.   Not that I'm personally aware of, no.
10     Q.   Does Snap understand that COPPA
11 requires companies to take reasonable steps to
12 prevent underage users, those under 13, from
13 accessing the platform?
14         MS. TELLER:  Objection.  Scope.
15         And I'll again caution you, David, here
16     to the extent you feel like you can answer
17     this question in your sort of operational
18     capacity, please do, but don't refer to
19     conversations with counsel.
20 BY MR. AYERS:
21     Q.   I just remind you that you're a Snap
22 designee, so you're a designee on these topics and
23 so you're speaking on behalf of Snap, not your
24 personal capacity.
25     A.   Yeah.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

David Boyle                                          143

```
1              This statement makes clear that because
2    users self-report their dates of birth, Snap's
3    "age-demographic data may differ from our users'
4    actual data."
5              Right?  That's a true statement?
6         A.   Yes, but that's because in the external
7    reporting we use the users' reported and supplied
8    ages.  And we also have the inferred age, right, to
9    help supplement that, but our external reporting
10   here in these slides is based on the users'
11   self-reported ages.
12             So I think that's just what is being
13   noted here, is that the age demographic information
14   here is based on reported age rather than inferred
15   age.
16        Q.   And the disclaimer then goes on to say,
17   "And because users who signed up for Snapchat before
18   June 2013 were not asked to supply their date of
19   birth, we may exclude those users from our age
20   demographics or estimate their ages based on a
21   sample of the self-reported ages that we do have."
22             Do you see that there?
23        A.   Yes.
24        Q.   Okay.  Does that refresh your
25   recollection that before June 2013 Snap did not even
```

David Boyle                                                    144

```
 1   have users self-report their age?
 2              MS. TELLER:  Objection.
 3          Mischaracterizes prior testimony.
 4              THE WITNESS:  But, yeah, you know, I
 5          think I said it was around that time, and
 6          this confirms that the date would have been
 7          June 2013.
 8   BY MR. AYERS:
 9        Q.    And so prior to June 2013 no age was
10   required at account signup, correct?
11              MS. TELLER:  Objection.  Scope.
12              THE WITNESS:  Well, you know, I wasn't
13          here at that time, but my understanding is
14          this is accurate as it's written.
15   BY MR. AYERS:
16        Q.    And Snap never asked pre-2013 users to
17   add their dates of birth, correct?
18        A.    That is my understanding.
19              MS. TELLER:  I think we've been going
20          for 15 since we talked about 10.  Can we
21          take a break now?
22              THE WITNESS:  If you want to close out
23          on this document, I'm happy to just finish
24          this one up before moving on.
25              MR. AYERS:  Okay.  Let's just go a
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    data for under 13 users, right?

2         A.    It actually could because there's

3    parental accounts that can supervise those accounts

4    in the operating system.

5         Q.    But only if that's set up.  The Snap

6    system allows for users to put in whatever age they

7    want, correct?

8         A.    Well, no, this is in Apple's system

9    where you can set up accounts for your teens and

10   kids and supervise them.  So then we'd be able to

11   know who those supervised accounts are in Apple, and

12   right now we don't know that.  So that would be

13   really helpful information for verifying ages.

14        Q.    You don't know when or if that would

15   ever happen?

16        A.    Not from Apple, no, but we are working

17   directly with Google on some of this.  Again, it's

18   very early stages.

19        Q.    Mr. Boyle, Snap allows users who enter

20   their birthdays under 13 to try again and again to

21   reenter that birthday until an account is created,

22   correct?

23             MS. TELLER:  Objection.  Vague.

24             THE WITNESS:  Well, the challenge is

25        that because at the stage where users enter

David Boyle                                                          163

1            their birthday we haven't collected any

2            unique personal identifiers like their

3            phone number or e-mail that they would use

4            to register, so then it's fairly difficult

5            to know how to, like, exactly block that

6            same user from returning and registering

7            again.

8    BY MR. AYERS:

9            Q.    I mean, you could block them, correct?

10   If a user attempted to create an account and put in

11   an under 13 birthday, Snap could block them from

12   reentering another birthday, a different birthday

13   that's above 13, correct?

14                MS. TELLER:  Objection.  Vague.

15                THE WITNESS:  Well, the thing that

16           would be difficult is to know is it that

17           same person coming back or is it just their

18           parents or their older sibling coming back

19           on the same device.

20                And a lot of younger users do share

21           devices with their family members, so if we

22           permanently blocked anyone from coming back

23           on that same device and reregistering, that

24           also might be blocking their parents'

25           account or that would be blocking other

David Boyle                                        164

1          people in their household's account, and

2          that would, I think, be a problem.

3    BY MR. AYERS:

4          Q.    Well, Snap has ways to be able to tell

5    when a user -- it could require users to log out, it

6    could -- could require a lot of things, but Snap

7    allows users to immediately, immediately retry and

8    enter a different birthday to create an account,

9    correct?

10              MS. TELLER:  Objection.  Compound,

11          vague.

12              THE WITNESS:  Right now we don't have

13          any additional, you know, sticky blocking

14          on the device from reregistering.

15   BY MR. AYERS:

16         Q.    I'm handing you what's been marked as

17   Exhibit 6 to your deposition.

18              (Whereupon, Exhibit Snap-Boyle

19              30(b)(6) 6 was marked for

20              identification.)

21   BY MR. AYERS:

22         Q.    Exhibit 6 is a Business Insider article

23   dated March 19, 2019, and the article is titled

24   "Snapchat admits its age verification safeguards are

25   effectively useless."



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1              what's kind of a just note in a meeting

2              where a number of other things were

3              discussed.

4    BY MR. AYERS:

5         Q.    And where would you find that

6    information out?  Where would you go get that

7    number?

8         A.    I think we'd work with Florence's team

9    to look at the data I was talking about earlier,

10   which, you know, again as I mentioned, we don't have

11   long-term retention for it, but we could get, you

12   know, data for some limited period of time.

13             MR. AYERS:  Okay.  Go off the record.

14        I need to take a break.

15             THE WITNESS:  Okay.

16             THE VIDEOGRAPHER:  This is the end of

17        media file number 7.  We're now going off

18        the record.  The time is 5:13 p.m.

19             (Whereupon, a recess was taken.)

20             THE VIDEOGRAPHER:  This is the

21        beginning of media file number 8.  We're

22        now going on the record.  The time is

23        5:31 p.m.

24   BY MR. AYERS:

25        Q.    Mr. Boyle, how many age inference

1   models does Snap use?

2        A.    So for our -- when we say "age

3   inference" at Snapchat, the primary way that we use

4   that is to refer to a singular model that outputs

5   inferred ages for users, which is then bucketized

6   between, you know, buckets of 13 to 17, 18 to 20, 21

7   to 24, 25 to 34, and 35 plus.

8             That model, I think the document that

9   we shared from ████████, has gone through some

10  iterations over time, but that's a singular model.

11            And then to make a distinction between

12  that and -- we have the separate proactive

13  identification of potential under 13 users, which I

14  wouldn't really characterize that as an age

15  inference model, but it's more a text-based model to

16  understand accounts that are then subsequently

17  reviewed by the team for potentially being under the

18  age of 13.  So I wouldn't characterize the second

19  one as an age inference model.

20            But hopefully that helps answer your

21  question.

22        Q.    Yeah, when you were talking about that

23  second one, is that the screening that's done to --

24  for public accounts or declarations related to age

25  that you're speaking of?

1          A.    Yes.  And I wouldn't quite call that an

2     age inference model.  It's more like proactive

3     detection that then queues up those accounts for

4     further review by the team.

5          Q.    Because as you've testified earlier,

6     there is not an age inference model used by Snap to

7     detect under 13 users, correct?

8          A.    The kind of primary age inference model

9     does not make under 13 predictions, so then it's

10    this public profile model that is specific for that

11    purpose.

12         Q.    Who owns the age inference model?

13         A.    So currently the age inference model is

14    owned by Jeb Boniakowsky's engineering team which is

15    the trust and safety engineering team within

16    Snapchat.

17         Q.    And that what was a recent change,

18    correct?

19         A.    That was in 2024, yes.

20         Q.    Who had the ownership of the age

21    inference model prior to that?

22         A.    Before that it was our monetization

23    engineering organization.

24         Q.    And is it fair to say that the primary

25    purpose of the development of that age inference

1    model was for ad targeting?

2         A.    So I think if we were to go back in

3    time, you know, many, many years ago when it was

4    originally developed before, you know, my time at

5    Snap, but in its very initial purpose it was to

6    ensure that we were able to comply with very

7    specific regulations around serving ads for

8    regulated goods and to meet advertiser expectations

9    around those products.

10              So, for example, if -- you know, we

11   didn't really want -- to make sure that you wouldn't

12   see an alcoholic beverage or, you know, online

13   sports betting ad if you're a user where you're not

14   eligible to use those products.

15              So that was the initial use of the

16   model, is for ad targeting and relevance and

17   regulation, and then over time we've used it in more

18   and more safety and other scenarios.

19         Q.    I'm handing you what's been marked as

20   Exhibit 15 to your deposition.

21                   (Whereupon, Exhibit Snap-Boyle

22                   30(b)(6) 15 was marked for

23                   identification.)

24   BY MR. AYERS:

25         Q.    I'll represent for the record that it's

```
 1                    (Whereupon, Exhibit Snap-Boyle
 2                    30(b)(6) 16 was marked for
 3                    identification.)
 4     BY MR. AYERS:
 5          Q.    I'll represent for the record it's
 6     Snap -- Bates number SNAP4648461.  It is titled "Age
 7     Inference."
 8                    Are you familiar with this document?
 9          A.    Yes.
10          Q.    Did you review this in your prep?
11          A.    Yes.
12          Q.    Okay.  And if you look at the Meta
13     slipsheet, it is titled "[February 2019] Inferred
14     Age."
15                    Do you see that there?
16          A.    Yes, that's right.
17          Q.    Is it fair to say that Snap states that
18     it uses age inference to enhance business insights
19     and comply with regulations such as preventing
20     alcohol ads from reaching users under 21?  Correct?
21          A.    I think the uses include but are not
22     fully limited to those, but this was just a brief
23     preamble to a document.
24          Q.    The document acknowledges that based on
25     Snap's signup flow the company was highly confident
```

1    that many stated ages were incorrect, correct?

2         A.    Well, the words in the document say,

3    "based on our existing new user sign-up flow, we've

4    observed scenarios where we're highly confident the

5    inputed age is incorrect."

6         Q.    And one piece of evidence that was a

7    significant -- one piece of evidence was that a

8    significant percentage of users listed the same

9    day/month as their birthday, correct, like 12/12?

10             MS. TELLER:  Objection to the

11         characterization of the document.

12             THE WITNESS:  Yes.

13   BY MR. AYERS:

14        Q.    And another indicator was that Snap

15   observed a default year setting causing -- a default

16   year setting, causing shifts in age distribution,

17   such as a transition from 1993 to 2000.

18             Is that a fair reading?

19             MS. TELLER:  Objection.  Vague.

20             THE WITNESS:  I think the general

21         observation being made here is that if you

22         provide any form of default, that default

23         will have a disproportionate number of

24         selections.  Even if we had a neutral age

25         selection, we'd see a disproportionate

David Boyle                                          358

```
1            CERTIFICATE OF COURT REPORTER

2

3         I, MAUREEN O'CONNOR POLLARD,

4     Registered Diplomate Reporter, CSR No.

5     14449 for the State of California, the

6     officer before whom the foregoing

7     deposition was taken, do hereby certify

8     that the foregoing transcript is a true

9     and correct record of the testimony

10    given; that said testimony was taken by

11    me stenographically and thereafter

12    reduced to typewriting under my

13    direction; and that I am neither

14    counsel for, related to, nor employed

15    by any of the parties to this case and

16    have no interest, financial or

17    otherwise, in its outcome.

18        Dated this 3rd day of March, 2025.

19

20            _____

21            MAUREEN O'CONNOR POLLARD

22            CSR No. 14449

23

24

25
```