# AMENDED Exhibit 903

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430328

stoop scheduled

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430329

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430330

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430331



# Snapchat reaches 2x as many 13–17 year-olds in the US than Facebook, Instagram, and Messenger — combined.

Source: Based on estimated reach data from Snap Ads Manager and Facebook Ads Manager as of December 30, 2019. Snap and Facebook use different definitions and methodologies for estimating advertising reach on their respective platforms. Given the point-in-time data and differing methodologies, this comparison is illustrative and subject to change. Estimated advertising reach, location, and age data are subject to limitations. See https://businesshelp.snapchat.com/en-US/a/audience-size-tool and https://www.facebook.com/business/help/1665333080167380?id=1762762333019487 for more details.

HIGHLY CONFIDENTIAL (COMPETITOR)     SNAP2430332

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP2430333



# Snapchat rules the halls of high school.



Favorite Social Media Platforms Among Gen Z Teens

- Pinterest: 1%
- Facebook: 6%
- Twitter: 6%
- Instagram: 35%
- Snapchat: 41%

Source: Piper Jaffray & Co., company reports, Piper Jaffray & Co. Member SIPC and NYSE. Apr. 2019. See http://www.pipersandler.com/private/pdf/CM-19-0338%20TSWT%20Infographic%20Spring%202019_11x17.pdf for details.

CONFIDENTIAL                    Snapchat Goes Back to School

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                    SNAP2430334

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430335

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430335



# Awareness 101: How to Reach Teen Snapchatters

Create instant impact and start building a qualified audience.

| Drive reach with full-screen Snap Ads & Collection Ads. | Establish relevance with Commercials in Discover. | Build a high-intent audience with a Filter in the Camera. | Build consideration with an AR Lens in the Camera. |

   

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP2430337

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430338

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430339

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430340

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430341

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430343

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430344

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430345

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430345

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2430348

HIGHLY CONFIDENTIAL (COMPETITOR)

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP2430328-SNAP2430349

**BEGATTACH:** SNAP2430328

**ENDATTACH:** SNAP2430349

**Custodian:** SCHRAEDLY_LAURYL

**Author:**

**Filename:** DSG-BTS 2020-RFP-05.13.20-PDF.PDF

**Create Date:** 5/13/2020 12:00 AM

**Last Modified Date:** 5/13/2020 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /DSG-BTS 2020-RFP-05.13.20-PDF.PDF