# AMENDED Exhibit 930

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**MoffettNathanson**
— RESEARCH —

Michael Nathanson
michael@moffettnathanson.com  212-519-0010
Perry Gold
perry@moffettnathanson.com  212-519-0014
Benne Rosner
benjamin@moffettnathanson.com  212-519-0011

April 2, 2018

## Snap, Inc. (SNAP), Facebook (FB), Twitter (TWTR)

# Snap Focus Group Part II: "Who Were the Beta Testers?"

### Summary

One year ago, as Snap was gearing up to go public, we hosted focus groups with three distinct cohorts – middle school students, high school students, and young college graduates – to understand what Snap meant to its most ardent users. Given the popularity of these focus groups and the recent uproar around Snap's app redesign, we thought it would be topical to run these groups again to check the pulse of Snap's key demos.

Our first takeaway is that Snap's redesign has clearly been a bust. All three groups were uniformly disapproving of it, with a range of complaints including the new ordering of contacts, Stories losing their own page, it now being too easy to Snap the wrong person, too many alerts and too much Bitmoji, and the loss of best friend lists. A year ago, Snap was widely described as "fun." This year, the key word was "annoying"! As a result, participants' time on Snap was flat to down significantly, with the most concerning part, from a business perspective, the fact that Stories engagement appeared down meaningfully while Discover, like last year, was a complete afterthought. Betting on Snap's ability to monetize messaging is a gamble we wouldn't want to take, and solidifies our bear case here.

Our second takeaway is the fact that while Snapchat retains its stranglehold on the middle school cohort, Instagram has clearly become a more significant contender for the high school and post-college cohorts' time, with it being viewed increasingly as a replacement platform, excluding direct messaging functionality. In fact, while Snapchat was the most used app amongst younger demos, it didn't register as #1 for any of the post-college participants as Instagram and Apple Messenger stole the show. Instagram Stories seems to have really made a dent on Snapchat's mindshare around video and ephemerality, particularly given backlash around the redesign, and outside of some edge cases (like "posting while drunk" only on Snapchat), Instagram Stories appears to be a significant replacement.

Our third takeaway is that core Facebook continues to be ignored by these demos. None of our participants mentioned using the platform often, while Facebook barely came up at all in sessions. Similar to last year, WhatsApp, Messenger, and Twitter were also largely afterthoughts, with the latter being used by only a few participants for news. If there was a surprise winner, it was the app VSCO, which was mentioned often, as well as more love shown for Netflix and YouTube than last year, plus mentions for Pinterest and GroupMe. The CNN app was mentioned way more than we would have expected when users were asked where they got their news.

In the midst of the maelstrom from the Snapchat redesign, our battery usage survey now show a drop in Snapchat usage compared to last year for the youngest demo (37% to 31% of battery life), and slight declines for the post-college group as well (16% to 14%), though we'd caveat this with the fact that our sample group was small and sometimes the battery life comparisons weren't apples-to-apples (some users saw last seven days of battery usage while others saw last two days, for example). In terms of brand association, Snapchat was increasingly perceived as a burden. Across the other social media platforms, we didn't see that much change vs. 2017 as Facebook is still seen as a platform for "old people", Twitter is still associated with news and Trump, and Instagram remains a popular way to share photos.

U.S. Internet Research

Printed by ▓▓▓▓▓▓▓▓ | Property of MoffettNathanson LL▓▓▓▓▓▓▓ on
Refer to the end of this report for important disclosures and disclaimers.

HIGHLY CONFIDENTIAL (COMPETITOR)

△π EXHIBIT 8
Deponent Voss
Date 4/4/25  Rptr. ▓▓
WWW.DEPOBOOKPRODUCTS.COM

SNAP3135368

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                    SNAP3135369

Streaks, which this group loved last year, were only used by a few this year and loathed by the rest. Most found streaks to be "so annoying" and said they could be stressful to keep going. Users felt that Maps felt "really creepy" and can also unintentionally make people feel left out.

When asked about ads, many reported effective ad targeting from desktop searches to their Snapchat app (the wonders of re-targeting). When prompted, the group didn't like ads on Snapchat (for the ones who actually reported seeing them, which wasn't all) but some admitted to liking movie trailers, and a few other miscellaneous ads. Males in this group enjoy watching Bleacher Report and ESPN on the Explore tab as well.

The group would like Snap to go back to its old design, and want Stories to be part of a separate tab where celebrity Stories should be next to Stories from friends, while the option to subscribe to Stories seem to be a feature that wasn't well liked. Despite the redesign, most respondents still loved Lenses, Geofilters, Memories, and My Eyes Only.

## High School Group

Our second group featured high school aged students in grades 10 through 12. In this group, Snapchat and Instagram were reported as the top two apps. VSCO was mentioned again, along with Twitter, Facebook, Tumblr, Pinterest, and .GroupMe. Similar to the middle school group, when prompted, Facebook was described as an app for an older demographic and one used for colleges or "prom group chats."

This group reported deep engagement with Snapchat (all reported Snapchat as one of their top two apps) but also said Snapchat was "stressful" and "distracting." One participant remarked that its addictiveness had affected her academic performance. Although this group uses Snapchat often, they also reported it as a major source of angst, unlike other apps. Most agreed there is a pressure to respond on Snaps unlike with regular texting, and they spend a lot of time on Snap merely clicking through to the next screen—either trying to get through Stories they don't care about, or move past ads.

The group also rejected Snapchat's redesign, listing the following complaints:

1) Bitmoji is too prevalent and childish

2) Users can no longer see other people's best friend lists

3) Similar to the first group's feedback, it's easy to Snap the wrong person, sometimes users unintentionally end up sending something to a random person, and the ordering of chats is problematic

4) Stories engagement has declined dramatically as a result of the redesign

Most use Snapchat about the same amount as they did prior to the redesign, while a few said they use it less. To Snap's benefit, users said nothing could completely replace Snapchat as Instagram's direct messaging feature is "creepy," however if Snap were to go away, they would shift their time to Netflix, YouTube, and VSCO.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                              SNAP3135371

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3135372

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3135373

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP3135374

HIGHLY CONFIDENTIAL (COMPETITOR)　　　SNAP3135375

HIGHLY CONFIDENTIAL (COMPETITOR)                                                            SNAP3135376

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                              SNAP3135377

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP3135378

DOCUMENT SLIPSHEET

**Bates Number:** SNAP3135368-SNAP3135378

**Custodian:** BOYD_NATHAN; VOSS_JEREMY

**Author:** MOFFETTNATHANSON LLC

**Filename:** SNAP_FOCUS_GROUP_PART_II__WHO_ WERE_THE_BETA_TESTERS_" (1).PDF

**Create Date:** 4/2/2018 12:00 AM

**Last Modified Date:** 4/2/2018 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /SNAP_FOCUS_GROUP_PART_II__WHO_ WERE_THE_BETA_TESTERS_" (1).PDF