# AMENDED Exhibit 934

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

## Direct message Ceci Mourkogiannis, David Boyle and 3 others - 2023-09-29 (UTC)

Private 9/29/2023, 4:06 PM UTC
Ceci Mourkogiannis, David Boyle, Jack Brody, and 2 others

- **Jack Brody JB**

  Evan is getting more excited about web and importance for DAU/US and asked yesterday "What would be a fun and engaging laptop experience outside of communication? Something kids could do in class or elsewhere?"

  I still think there is a major opportunity for us to have a roblox like casual socialization experience via your bitmoji as the splash page
  9/29/2023, 4:06 PM UTC
  instead of the static image of your own bitmoji
  9/29/2023, 4:06 PM UTC
  I know @████████ had explored this in the past
  9/29/2023, 4:06 PM UTC
  but feels like it meshes well with what we see in desktop usage, the 3d Bitmoji transition, and the 3D bitmoji fashion goals
  9/29/2023, 4:07 PM UTC

- **Ceci Mourkogiannis CM**

  Agree on this huge opportunity and Josh + Jeremy + Matt and I can meet early next week to jam. I think we should focus on creating something that teenagers will really want to use daily - agree that casual socialization on web is a great opportunity, but I think we have to be careful that we don't try to compete in exact same gap as Roblox as they have an extremely evolved product that will be extremely hard to take marker share on.
  9/29/2023, 4:10 PM UTC

- **Jeremy Voss JV**

  Totally agree on this opportunity, but want to make sure it doesn't distract our core (6-person) Snapchat for Web team from continuing to build the fundamentals: Snap Viewing, Story Viewing + ads, Profiles / saved media, simple version of Memories on the web
  9/29/2023, 4:21 PM UTC
  The team spent the last 6 months focused on growth basics (notifications enablement, progressive web app install upsells, MSFT store integration, in-app upsells / flywheel), and think these core features are the 10x opportunity from our ~1.2M
  9/29/2023, 4:23 PM UTC
  https://looker.sc-corp.net/dashboards/4435?
  Date+Filter=30+day&Country=&Is+Snapchat+Plus+User=&Desktop+OS+Type=&Reported+Age+Bucket=&Friend+Count=
  9/29/2023, 4:23 PM UTC

- **Josh Siegel JS**

  i'd also probably grow the web team more
  9/29/2023, 4:26 PM UTC
  i've heard evan bring web up like five times this week so it seems like we're there
  9/29/2023, 4:26 PM UTC
  but agree w/ jeremy we need to focus on the basics
  9/29/2023, 4:27 PM UTC
  and maybe My AI can do even more on the web, but that's only 5M DAU right now on mobile
  9/29/2023, 4:27 PM UTC
  Map on web is another one - i thought we built that at some point in the past
  9/29/2023, 4:27 PM UTC
  seeing the map, chat, and stories page all on one screen seems doable
  9/29/2023, 4:27 PM UTC

- **Jeremy Voss JV**

  Map is on consumer web site, but it doesn't have friends / not a logged in experiene
  9/29/2023, 4:27 PM UTC
  Think seeing friend location is great for communication, but Map is ~1% of app time spent so it is lower pri than the core features like Snaps, Stories, saved media, Memories
  9/29/2023, 4:28 PM UTC

- **David Boyle DB**

  we intend to integrate all these other experiences in the future, in the short term we need stories and ads so we can have monetization capacity on web.
  9/29/2023, 4:28 PM UTC

- **Josh Siegel JS**

  why can't map be logged in with friends? can we get the map team to add that?
  9/29/2023, 4:29 PM UTC

- **Jeremy Voss JV**

  Also agree with Snapchat for Web team being larger, but relative to our Messaging roadmap in Q4 I think the HC allocation is right
  9/29/2023, 4:29 PM UTC
  We don't even have video Snap sending on web right now...that is being added in Q4
  9/29/2023, 4:30 PM UTC
  But just as an illustration that it is currently a v0.9 product and we have ~6-9 months with current resourcing for it to cover the basics



EXHIBIT 16
WIT: Boyle
DATE: 2/25/25
Maureen O. Pollard, RDR

9/29/2023, 4:30 PM UTC
- Josh Siegel JS

  yeah exactly, that's why i think we should grow the team or accelerate somehow — it was small bc evan was against it from the start, didn't want to resource it heavily, then wanted to cut it down... now he gets it and wants to grow it and sees the value so there's permission to add?
  9/29/2023, 4:36 PM UTC
  :yes: 1
- David Boyle DB

  yeah, now that we got the SSP docs out, will work with jack to identify areas where more staffing would help.
  9/29/2023, 4:39 PM UTC
  👍 1
  👍 1
    - Josh Siegel JS

      too bad our best web engineers went to go work at discord lol
      9/29/2023, 4:39 PM UTC
      we have some left on ads
      9/29/2023, 4:39 PM UTC

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2056633

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP2056632-SNAP2056633

**BEGATTACH:** SNAP2056632

**ENDATTACH:** SNAP2056633

**Custodian:** BOYLE_DAVID

**Author:**

**Filename:** DIRECT MESSAGE CECI MOURKOGIANNIS, DAVID BOYLE AND 3 OTHERS - 2023-09-29 (UTC).HTML

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /DIRECT MESSAGE CECI MOURKOGIANNIS, DAVID BOYLE AND 3 OTHERS - 2023-09-29 (UTC).HTML