# AMENDED Exhibit 976

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:**    Jennifer Stout ███████████████
**Sent:**    5/21/2021 7:08:27 AM
**To:**    Kelsey Donohue ███████████████
**CC:**    Rachel Racusen ██████████    Gina Woodworth ███████████
**Subject:**    Re: Parent Feedback about Snapchat from Kirkland, WA PTA Chapter

So misleading

On Fri, May 21, 2021 at 7:42 AM Kelsey Donohue < ███████████████ wrote:
  Echoing Rachel here - appreciate Denise and Janis surveying their community.

  I just took a look at the Facebook group they mentioned, Parenting in a Tech World - 115k members. The
  admins of this group are all Bark employees and when you attempt to join, it requests you sign the Let Parents
  Protect Change.org petition (Screenshot).

  On Fri, May 21, 2021 at 7:05 AM Rachel Racusen < ███████████████ wrote:
   Thanks Gina -- these responses are both interesting and really track with a lot of our non-user research. Look
   forward to discussing them with Janis and Denise later.


  On Fri, May 21, 2021 at 7:01 AM Gina Woodworth ███████████████ wrote:
   Janis and Denise (the WA State moms) polled 37 parents at the last local PTA meeting asking for their views
   on Snapchat. Check out the attached responses.

   Rachel and Kelsey, they are looking forward to discussing the safety blog later today and a possible local
   (and potentially even larger) partnership with the National PTA.

   ---------- Forwarded message ---------
   From: **Janis Rabuchin** ███████████████
   Date: Thu, May 20, 2021 at 11:25 PM
   Subject: 10am PST with Snapchat tomorrow
   To: Gina Woodworth < ███████████████ Denise Campbell ███████████████
   ███████████████ >

   Hi Gina,

   Looking forward to seeing you tomorrow.  I wasn't sure who else is joining, can you forward this along as
   needed?  It's been a little while, but I think the main things we wanted to talk about are the new SNAP
   blog/feedback, potential local partnership, and also we did a little informal questioning of our school district
   parents that we thought we'd share with you.  Summary of our ask and responses are attached.


   Janis Rabuchin
   www.kirklandweblog.com
   ███████████████

CONFIDENTIAL    SNAP0229617

**From:** Gina Woodworth <⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Sent:** Wednesday, April 21, 2021 9:51 AM
**To:** Janis Rabuchin <⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛Denise Campbell ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
<⬛⬛⬛⬛⬛
**Subject:** Launch of Snap's new Safety & Impact Blog

Hi Janis and Denise,

I hope this note finds you staying well. I wanted to check in because today we announced our new blog called 'Safety & Impact'. You can find the blog on [Snap.com](Snap.com), and check out the first posts from our CEO, Evan and our VP of Global Public Policy, Jen Stout here ([link](link)).

The blog will dive deeper into how our products work, the architecture of our platform, our approach to safety, privacy, wellbeing/mental health, our guidelines and policies, and much more. Our intent is for these blog posts to help provide more insight for those who may not use Snapchat but want to better understand it. They also will serve to break news relative to these topics.This is something that we've wanted to launch for a while as part of our efforts to do a better job educating both Snapchatters and the people who care about them about how to protect themselves and stay safe when using our products.

We look forward to continuing to share these exciting updates with you, and would welcome your feedback on the blog. I look forward to hearing from you.

Best,
Gina

--
**Gina G. Woodworth** | Director, US Public Policy | Snap Inc.
(m) ⬛⬛⬛⬛⬛ | ⬛⬛⬛⬛⬛

--
**Gina G. Woodworth** | Director, US Public Policy | Snap Inc.
(m) ⬛⬛⬛⬛⬛ | ⬛⬛⬛⬛⬛

--

Rachel Racusen
Communications
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

SNAP0229618