

**AMENDED** Exhibit

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4    ------------------------------x
      IN RE: SOCIAL MEDIA           )
 5    ADOLESCENT ADDICTION/PERSONAL )
      INJURY PRODUCTS LIABILITY     ) Case No. 4:22:MD-
 6    LITIGATION                    ) 03047-YGR
                                    ) MDL No. 3047
 7    ------------------------------
                                    )
 8    THIS DOCUMENT RELATES TO:     )
                                    )
 9    ALL CASES                     )
                                    )
10    ------------------------------x

11

12

13              V O L U M E   I

14

15    VIDEOTAPED 30(b)(6) DEPOSITION OF THE TIKTOK AND

16       BYTEDANCE ENTITIES, by and through their

17            Designated Representative,

18

19            OLYMPIA, WASHINGTON

20          WEDNESDAY, JULY 30, 2025

21                8:56 A.M.

22

23    Job No.: 7474532

24    Pages: 1 - 56

25    Reported by: Leslie A. Todd, CSR No. 5129 and RPR
```

1             ████████████████

2        having first been duly sworn, was

3        examined and testified as follows:

4                    EXAMINATION

5   BY MR. RYDER:

6        Q.     Good morning.  Can you please

7   state your full name for the record, and

8   spell your last name for the court reporter?

9        A.     Sure. ████████████████,

10  ███████████

11       Q.     Good morning, ████████.  I

12  know we spoke off the record briefly.  My

13  name is Chris Ryder.  I'm counsel for

14  plaintiffs.  I'll be taking your deposition

15  today.  You've been sworn in by the court

16  reporter, which means you are under oath.  Do

17  you understand that?

18       A.     Yes.

19       Q.     And do you understand that you

20  are obligated to tell the truth to the best

21  of your ability?

22       A.     Yes.

23       Q.     Do you understand you're

24  testifying just as though you were sitting in

25  a courtroom before a judge or a jury?

```
 1        A.    No.
 2        Q.    Did you have any role in
 3   collecting documents produced as part of this
 4   litigation?
 5        A.    No.
 6        Q.    Did you request any materials
 7   from other TikTok employees that were not
 8   provided to you?
 9        A.    No.
10        Q.    Did you request any materials
11   from other TikTok employees?
12        A.    No.
13        Q.    So you prepared with TikTok's
14   counsel, and spoke with █████████ and
15   █████████, and also reviewed documents
16   with TikTok's counsel.
17             Is there anything else you did
18   to prepare for the deposition today?
19        A.    No.
20             MR. RYDER:  Let's pull up tab
21        36, and mark this as Exhibit 2.
22             (Exhibit No. 2 was marked for
23        identification.)
24   BY MR. RYDER:
25        Q.    █████████, do you recognize
```

```
1    this document?
2         A.     I do.
3         Q.     And what is it?
4         A.     This is my resume.
5         Q.     Okay.  And this is a copy of
6    your redacted resume that has your address
7    left off; is that correct?
8         A.     Yes.
9         Q.     Okay.  I'll represent to you
10   that TikTok produced this as part of this
11   litigation for your deposition today.  Do you
12   have any reason to dispute that?
13        A.     No.
14        Q.     Okay.  How long have you worked
15   at TikTok?
16        A.     Since January 10th, 2022.
17        Q.     Okay.  And what was your first
18   role when you joined TikTok?
19        A.     I was the ███████████████████
20   ███████████████.
21        Q.     And that is your current title
22   as well; is that correct?
23        A.     Yes.
24        Q.     So your job title has not
25   changed?
```

```
 1        A.      No.
 2        Q.      Have your job responsibilities
 3   changed --
 4        A.      Yes.
 5        Q.      -- since you joined TikTok?
 6        A.      Yes.
 7        Q.      And how so?
 8        A.      Well, you know, it's evolved.
 9   So I -- now, my region looks differently as
10   we've grown.  So I oversee ten states instead
11   of the whole country.  I oversee the
12   execution of our relationship with the
13   national PTA.  I, you know, take on various
14   responsibilities for the team, including, you
15   know, serving as the point person with the
16   PMOs on the budget, and those sort of things.
17        Q.      Okay.  And you mentioned that
18   your region has grown.  What is that
19   referring to?
20        A.      Well, my -- our regions are the
21   states that we oversee.  And so when I was
22   hired, I was the only ███████████, so I had
23   the whole country.  And then as we've grown
24   to a team of six, my region has shifted to
25   focus more on the ten states closer to me.
```

```
1          Q.      Okay.  And what is the region,
2    what states are covered -- well, strike that.
3                  What is the region you now
4    cover?
5          A.      So I cover the Northwest,
6    Mountain West, Alaska, and Hawaii.
7          Q.      I don't want to quiz you, but
8    what are the ten states covered in your
9    region?
10         A.      No problem.  Alaska, Hawaii,
11   Washington, Oregon, Idaho, Montana, North and
12   South Dakota, Wyoming, and Colorado.
13         Q.      I'm not going to count to ten,
14   but that was impressive.  If you were to tell
15   somebody who didn't know what your main job
16   responsibilities were at TikTok, what would
17   you say?
18         A.      Executing our state government
19   affairs strategy across the Pacific
20   Northwest, Mountain West, Alaska, and Hawaii.
21         Q.      Okay.
22         A.      That's how I would sum it up.
23         Q.      And part of your job is
24   lobbying, correct?
25         A.      Correct.
```

1      Q.      And what does that entail?

2      A.      I work with state government

3  officials, agencies, to talk about who we are

4  as a company, who we're not.  You know, work

5  with them on policies that they are

6  considering.  Those sorts of things.

7      Q.      And you are a registered

8  lobbyist for TikTok; is that correct?

9      A.      I am.

10      Q.      How long have you been a

11  registered lobbyist for TikTok?

12      A.      I've been a registered lobbyist

13  in various states, depending on where I've

14  been engaging, since I started in January of

15  2022.

16      Q.      And how many states are you a

17  registered lobbyist for TikTok in?

18      A.      That's a challenging question,

19  because I -- my region has shifted.  And so

20  sometimes I might still turn up on a lobbying

21  report, even if I'm not currently lobbying in

22  that state.  So I'm not actually sure what

23  the exact number is right now.

24      Q.      Do you know whether you're a

25  registered lobbyist in more than ten states

```
1    for TikTok?
2         A.     I think I might be, yes.  I
3    should be a registered lobbyist in my ten
4    states, but also, you know, a handful of
5    other states that I've since handed over.
6         Q.     And that would be the ten
7    states you identified earlier in your region?
8         A.     Right.  And then, you know,
9    some others that I more recently covered, but
10   now go with another manager.
11        Q.     Okay.  And do you do any
12   lobbying with the federal government as well?
13        A.     I don't.  We have a federal
14   team for that.
15        Q.     So your role is confined as a
16   lobbyist in the ten states in your region; is
17   that correct?
18        A.     Yeah, that's where -- where I'm
19   focused.
20        Q.     And what are some of the causes
21   that you've lobbied on TikTok's behalf for?
22        A.     Sure.
23             MR. GREEN:  Object to the form.
24        You can answer.
25             THE WITNESS:  Yeah, I lobby on
```

```
1            a number of issues, including data
2            privacy, teen online safety.  I'm
3            trying to think, there's so many.
4            E-commerce is a new one.  Various
5            issues.  Anything that really comes up
6            that impacts the company, where a
7            legislator may ask for our input or,
8            you know, what we're already doing, so
9            that they could understand the issue
10           as they engage in writing the policy.
11   BY MR. RYDER:
12           Q.    And have you lobbied against
13   legislation that would require companies like
14   TikTok to verify the age of all of its users?
15               MR. GREEN:  Object to form.
16           Beyond the scope of the deposition.
17           But to the extent you can answer in
18           your personal capacity, go ahead.
19               THE WITNESS:  I have not
20           formally opposed any legislation.
21           What was the specific bill, though,
22           that you were referring to?
23   BY MR. RYDER:
24           Q.    Well, I'll show a document in a
25   second, but you mentioned you've not formally
```

1    opposed any legislation.  What do you mean by

2    formally opposed?

3           A.     Well, there's a difference

4    between engaging on legislation that you

5    might have concerns with -- you know, there's

6    a lot of details in bills that sometimes get

7    overlooked -- and then actually going and

8    opposing legislation, and, you know, telling

9    a legislator that we're going to testify

10   against it.

11          Q.     Okay.  Have you personally

12   testified against any legislation in your

13   role at TikTok?

14          A.     No.

15          Q.     Have you helped prepare any

16   others to testify against legislation in your

17   job at TikTok?

18          A.     I have provided feedback to

19   trade associations that share concerns with

20   legislation.

21          Q.     And what trade associations

22   have you provided feedback to?

23          A.     Trade associations we no longer

24   belong to, but that would include NetChoice,

25   and the State Privacy & Security Coalition.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



```
 1
 2
 3
 4
 5
 6
 7
 8        Q.     Okay.  And if you'll look at the
 9  second document I handed you, we will mark this
10  as Exhibit 8.
11              (Exhibit No. 8 was marked for
12        identification.)
13  BY MR. RYDER:
14        Q.     This should also have the title
15  of U.S. TikTok March/April OKRs.  Do you see
16  that?
17        A.     Mm-hmm, yes.
18
19
20
21
22
23
24
25
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14        Q.      And it says that "Key population
15   groups to introduce."
16        A.      Yes.
17        Q.      Are -- and then it lists "High
18   school boys, game and emoticon enthusiasts,"
19   correct?
20        A.      That's what that says.
21
22
23
24
25
```

```
1              MR. GREEN:  Same objection.
2              THE WITNESS:  For this quarter
3         in 2019, that's what she drafted,
4         right?  But that's the limit of my
5         understanding.  And, you know, any
6         other -- you know, her pursuing this
7         is beyond anything I would know.
8    BY MR. RYDER:
9         Q.    And if we could actually go back
10   to that same page we were just on, the second
11   page.  If we go one line beneath KR 1, it
12   starts with "Marketing Programs."  Do you see
13   that?
14        A.    Yes.
15        Q.    So going back up, right, it notes
16   that the key result number 1 is to attract teen
17   male users, correct?
18        A.    I see that.
19        Q.    And if we go to the edge of that
20   first line, it states, "Through marketing
21   programs and UG/ALGO cold start tests."  Did I
22   read that correctly?
23        A.    You read that correctly.
24        Q.    And these are the methods through
25   which          was proposing TikTok attract teen
```

113

1   and we will mark this as exhibit -- I believe

2   we're on 9.

3              (Exhibit No. 9 was marked for

4        identification.)

5   BY MR. RYDER:

6        Q.    ▮▮▮▮▮▮, you should have in

7   front of you a document entitled U.S. Product

8   Design UR.  Do you see that?

9        A.    I do.

10       Q.    And TikTok produced this document

11  as part of this litigation.  Do you have any

12  reason to dispute that?

13       A.    No.

14       Q.    And this is a Lark chat, correct?

15       A.    It appears to be a Lark chat.





1      Q.      And I want to direct your

2  attention to the bottom of page 2.  So this is

3  the Bates ending 0623.

4      A.      Okay.

5      Q.      And do you see a message, it

6  starts -- I was getting confused by myself.

7              Do you see there's just the name

8  of the individual who sent the message at the

9  very bottom, this is ███████████, and this was

10 sent on June 12th, at 2:02:49?  Do you see that

11 at the very bottom?

12     A.      I do see that.

13     Q.      And then the actual substance of

14 the message spills on to the next page.

15     A.      Yes.

16     Q.      Do you see that?

17     A.      Yep.  Yes.

18     Q.      And ████████ writes, "High

19 schoolers - we know a high schooler is a core

20 audience of our platform and their perceptions

21 on the platform vary a lot (by gender, by

22 grade, and by school).  Need to do more

23 research."

24             Did I read that correctly?

25     A.      You read that correctly.

1

2

3

4

5

6

7

8

9

10

11

12

13

14          MR. RYDER:  And let's pull up

15   tab 5.  We'll mark this as Exhibit 10.

16              (Exhibit No. 10 was marked for

17       identification.)

18              THE WITNESS:  Thank you.

19   BY MR. RYDER:

20       Q.    And, ▮▮▮▮▮▮▮▮, you should have

21   a document in front of you entitled High School

22   Research.  Do you see that?

23       A.    I see that.

24       Q.    And the Bates ends in 02609790 on

25   the first page.  Do you see that?





Q.    Okay.  And then it goes on to

say, "We would like to better understand how

mainstream TikTok is in high school, and

whether or not all high schoolers are using

TikTok or just specific niche groups."

          Did I read that correctly?

A.    You read that correctly.

Q.    The final sentence says, "What's

1

2

3

4

5

6

7

8

9

10

11          MR. RYDER:  Let's pull up tab

12     11, and we'll mark this as Exhibit 12.

13          (Exhibit No. 12 was marked for

14     identification.)

15 BY MR. RYDER:

16     Q.          , you should have in

17 front of you a document titled TikTok Tips For

18 Parents Handbook.  Distribution:  Local High

19 School PTAs.

20     A.    I see that.

21     Q.    Is that correct?  Okay.  For the

22 record, the Bates in the bottom right ends in

23 08377053.

24          Do you see that?

25     A.    Yes.



```
1        Q.    Okay.  And you're familiar with
2    the TikTok Tips For Parents Handbook, correct?
3        A.    Yes, it's had a couple
4    different names, but yes.
5        Q.    Okay.  And what -- what other
6    names has that -- has the TikTok Tips For
7    Parents Handbook gone by?
8        A.    I can't tell you exactly, but
9    it's basically, you know, a guide for
10   parents.  We've had a guide for educators,
11   those sorts of things.  But, yes, same --
12   same context.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1              A.      Sure.  And available online,
2     and we bring them to conferences and things.
3              Q.      Okay.  Does TikTok distribute
4     this guide directly or is it distributed
5     through the National PTA?
6              A.      When we do -- so both.  A
7     little bit of both.  And we're currently
8     trying to work on how to more effectively do
9     this, but printing is expensive.  But we go
10    to certain events with the National PTA,
11    where we spotlight a school, and we have a
12    booth there, where we're talking about how to
13    stay safe online.
14                     And we provide copies of the
15    Parents Guide.  And the PTA is there as well,
16    the National PTA and the local PTA are both
17    there.  So it's their event.  We just show up
18    and provide resources.
19             Q.      Okay.  Are there any other
20    channels through which TikTok distributes the
21    TikTok For Parents Guide?
22             A.      Yes.  Well, I mean, I've
23    brought them with me to different
24    conferences.  We have them available.
25    Legislators often like these guides as well,
```

1           MR. RYDER:  And I want to jump

2       in there on scope, and push back on --

3           MR. GREEN:  Can you repeat the

4       question?

5           MR. RYDER:  Yeah.

6   BY MR. RYDER:

7       Q.    As part of any outreach to

8   schools or school districts, has TikTok ever

9   communicated that using TikTok may be

10  addictive?

11      A.    Not to my knowledge, no.

12      Q.    And when you say knowledge, are

13  you speaking in your personal capacity or in

14  your capacity as a corporate designee?

15      A.    I'm speaking as TikTok.

16      Q.    Okay.  And as part of any

17  outreach to schools or school districts, has

18  TikTok ever communicated that using TikTok may

19  be associated with compulsive use?

20      A.    No.

21      Q.    As part of any outreach to

22  schools or school districts, has TikTok ever

23  communicated that using TikTok may result in

24  excessive use that could be harmful?

25          MR. GREEN:  Object to the form.

```
1                   THE WITNESS:  No.
2     BY MR. RYDER:
3          Q.     As part of any outreach to
4     schools or school districts, has TikTok ever
5     communicated that using TikTok may be harmful
6     to the mental health of school-aged children?
7                   MR. GREEN:  Object to the form.
8                   THE WITNESS:  Not -- not that I
9          can recall.
10    BY MR. RYDER:
11         Q.     Okay.  And again, just for
12    clarity of the record, you're speaking in your
13    --
14         A.     I'm speaking as TikTok.
15         Q.     Okay.  Thank you.  As part of any
16    outreach to schools or school districts, has
17    TikTok ever communicated that using TikTok may
18    be associated with an increased risk of
19    depression in school-aged children?
20                  MR. GREEN:  Object to the form.
21                  THE WITNESS:  No.
22    BY MR. RYDER:
23         Q.     As part of any outreach to
24    schools or school districts, has TikTok ever
25    communicated that using TikTok may be
```

```
1    associated with an increased risk of anxiety in
2    school-aged children?
3                   MR. GREEN:  Object to the form.
4                   THE WITNESS:  No.
5    BY MR. RYDER:
6          Q.    As part of any outreach to
7    schools or school districts, has TikTok ever
8    communicated that using TikTok may be
9    associated with an increased risk of
10   suicidality in school-aged children?
11                  MR. GREEN:  Object to the form.
12                  THE WITNESS:  No, but I will --
13         I would like to say that, you know,
14         because these things we take so
15         seriously, you know, we do incorporate
16         digital wellness, and having a healthy
17         online experience that doesn't just
18         start or stop on our platform as part
19         of sort of that curriculum that we do
20         talk about with parents and educators.
21   BY MR. RYDER:
22         Q.    And,              , I'll move to
23   strike that testimony as nonresponsive to my
24   question.  Certainly if you have additional
25   testimony you want to provide, you'll be able
```

```
1     to do so with your counsel on redirect.
2              MR. GREEN:  And I object to the
3         objection or motion, whichever one it
4         was.
5              MR. RYDER:  Objection and
6         motion are noted.
7     BY MR. RYDER:
8         Q.   As part of any outreach to
9     schools or school districts, has TikTok ever
10    communicated that using TikTok may be
11    associated with an increased risk of self-harm
12    in school-aged children?
13             MR. GREEN:  Object to the form.
14             THE WITNESS:  No, and we take
15        that very seriously.
16    BY MR. RYDER:
17        Q.   As part of any outreach to
18    schools or school districts, has TikTok ever
19    communicated that using TikTok may be
20    associated with an increased risk of eating
21    disorders in school-aged children?
22             MR. GREEN:  Object to the form.
23             THE WITNESS:  No.  And we also
24        take that very seriously, and provide
25        resources on our platform.
```

```
1    BY MR. RYDER:

2         Q.    As part of any outreach to

3    schools or school districts, has TikTok ever

4    communicated that using TikTok may be

5    associated with an increased risk of body

6    dysmorphia in school-aged children?

7         A.        No.

8              MR. GREEN:  Object to the form.

9         You can answer --

10             THE WITNESS:  No.  No.

11   BY MR. RYDER:
```

BY MR. RYDER:

    Q.   As part of any outreach to schools or school districts, has TikTok ever communicated that schools may be harmed by student TikTok use?

    MR. GREEN:  Object to the form.

    THE WITNESS:  No.

BY MR. RYDER:

    Q.   As part of any outreach to schools or school districts, has TikTok ever communicated that using TikTok during school hours can lead to disruption in the classroom?

    MR. GREEN:  Object to the form.

    THE WITNESS:  No.

    MR. GREEN:  And by the way, can I just for efficiency sake, can I have a standing objection to this line of questions?

    MR. RYDER:  The standing

```
1              objection is noted.
2                   MR. GREEN:  Thank you, sir.
3    BY MR. RYDER:
4         Q.    As part of any outreach to
5    schools or school districts, has TikTok ever
6    communicated that using TikTok during school
7    hours can distract students?
8         A.    No.
9         Q.    As part of any outreach to
10   schools or school districts, has TikTok ever
11   communicated that using TikTok during school
12   hours can distract teachers?
13        A.    No.
14        Q.    As part of any outreach to
15   schools or school districts, has TikTok ever
16   communicated that students can receive TikTok
17   notifications during school hours?
18        A.    Can you repeat that?
19        Q.    Happy to.
20              As part of any outreach to
21   schools or school districts, has TikTok ever
22   communicated that students can receive TikTok
23   notifications during school hours?
24        A.    No.
25        Q.    As part of any outreach to
```

179

1    schools or school districts, has TikTok ever

2    communicated that students can post on TikTok

3    during school hours?

4            A.      Not to my knowledge, no.





9          And then we also do sort of

10   flagship or marquee events, is what we call

11   them.  And those are spread throughout the

12   school year.  And those are a little higher

13   dollar events to execute, but that involves

14   the National PTA also coming.  TikTok will

15   show up.  And also, you know, just to be

16   there to have a student panel, and all kinds

17   of things, where, you know, we're really

18   driving home the importance of digital online

19   safety.

20          Q.     And you referenced higher dollar

21   events.  What did you mean by that?

22          A.     Meaning the grants are for -- I

23   believe right now, they're ███████████ or

24   ██████.  And then the marquee events are

25   closer to ████████████.

183

1        Q.      And is that money that TikTok is

2    paying?

3        A.      We give this -- all this money,

4    a hundred percent of this money is to the

5    National PTA.  And the National PTA then

6    allocates it, how they see fit.

7        Q.      Okay.  And how long has TikTok

8    had a formal relationship with the National

9    PTA?

10       A.      Our formal relationship began

11   in 2019.





21    Q.     And TikTok has never implemented

22  any default setting that prevents kids from

23  accessing TikTok during the school day,

24  correct?

25    A.     Correct.

```
1           Q.      Okay.   So since 2018, TikTok has
2    not implemented any default setting that
3    prevents kids from accessing TikTok during
4    school hours, correct?
5                   MR. GREEN:   Same objection.
6                   THE WITNESS:   That is correct.
7           And that's -- you know, again, there's
8           a lot of factors that I listed off
9           earlier, that make it a feasibility
10          issue.
11                  MR. RYDER:   Let's pull up tab
12          14, and we'll mark this as Exhibit 13.
13                  (Exhibit No. 13 was marked for
14          identification.)
15   BY MR. RYDER:
16          Q.      And,              , you should have
17   in front of you a document entitled Options for
18   Changes to Push Notifications for Younger
19   Users.
20                  Do you see that?
21          A.      I do.
22          Q.      And for the record, the Bates is
23   ending in 06098751.  Do you see that in the
24   bottom right corner on the first page?
25          A.      Yep.
```



1

2

3

4

5    Q.    Okay.  And at the end of the

6    paragraph, it states that "One of our

7    conclusions was that when assessing and

8    addressing TikTok's potential wellbeing

9    impacts, we should consider not just how long

10   children are using TikTok for, but also when in

11   the day they are doing so."

12           Did I read that correctly?

13   A.    Yes.

14   Q.    Okay.  And then if we go down two

15   paragraphs, this is going to be a very short

16   paragraph starting "in addition."  The document

17   notes, "It seems intuitive that use of TikTok

18   during the school day could risk influencing

19   educational outcomes."  Did I read that

20   correctly?

21   A.    Yes.

22

23

24

25



          Q.     Okay.  And then if we go on to

    the next page, this is Bates ending in 8753,

    there's a series of desired outcomes listed.

1    Do you see that?  This is at the very top of

2    the page.

3         A.    Yes.

4         Q.    Okay.  And the first desired

5    outcome listed is to "Reduce risk to young

6    users of TikTok use displacing sleep time and

7    interfering with the school day."  Do you see

8    that?

9         A.    Yes.

10        Q.    Okay.  The -- and is that still a

11   desired outcome?  Strike that.

12              Is that still one of TikTok's

13   desired outcomes?

14        A.    I would say, of course, having

15   a healthy relationship with the platform is a

16   desired outcome of ours for all users,

17   including -- or especially under 18, so yes.

18

19

20

21

22

23

24

25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    Q.    Okay.  And then the second con

220

```
1    listed is, "there is also a risk of interfering
2    with their study at school."
3                 Is that correct?
4         A.    That's what is listed in this
5    document, yes.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```





1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17          Q.      Okay.   And I want to -- I want to

18    go back to -- and this is page 8755 -- there's

19    the second con listed that says "There is also

20    a risk of interfering with their study at

21    school."   Do you remember seeing that?

22          A.      Yes.

23          Q.      In 2020, did TikTok tell students

24    or their parents that sending notifications

25    during the school day may pose a risk of

```
1    interfering with study at school?
2         A.    No, not to my knowledge.
3         Q.    At any point since 2020, has
4    TikTok told students or their parents that
5    TikTok notifications may pose a risk of
6    interfering with study at school?
7         A.    Not to my knowledge.
8         Q.    Okay.  At any point since 2020,
9    has TikTok told teachers or school
10   administrators that TikTok notifications may
11   pose a risk of interfering with study at
12   school?
13        A.    Not to my knowledge.
14
15
16
17
18
19
20
21
22
23
24
25
```















```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13        Q.      So _____ is indicating
14   that she had spoken with _____ regarding
15   restricting push notifications during school,
16   correct?
17        A.      Yes.
18        Q.      And TikTok was slowing down any
19   commitment to restricting push notifications
20   before it could get a, quote, true assessment
21   of the impact, correct?
22                MR. GREEN:   Object to the form
23        of the question.
24                THE WITNESS:   That's what this
25        says.
```

```
1          Q.      -- 5063.  ███████  says, "Hi
2    █████.  Glad I can help.  There is no other
3    issue with this feature.  The only reason we
4    didn't develop it is because of the priority."
5               Did I read that correctly?
6          A.      You did read that correctly.
7          Q.      And he's referring to the ability
8    to limit push notifications during the school
9    day, correct?
10         A.      Right.
```

272

```
 1              (Exhibit No. 18 was marked for

 2        identification.)

 3              MR. RYDER:  This is another

 4        hardy document.

 5              THE WITNESS:  Thanks.

 6              MR. GREEN:  Is it 18?

 7              MR. RYDER:  Correct.

 8   BY MR. RYDER:

 9        Q.    And ▮▮▮▮▮▮▮, I just handed you

10   a document bearing the Bates stamp ending

11   06477967; is that correct?

12        A.    Yes.

13        Q.    Okay.  And the document states,

14   "Project M. Teen protection weekly syncs,"

15   correct?
```





1

2

3

4

5

6

7

8

9

10

11

12

13          In the second entry to the right,

14   it notes there was an impact analysis about

15   disabling push notifications during school

16   hours for minors.

17          Do you see that?

18     A.     I do.

19     Q.     And the results of that impact

20   analysis were a loss of ▮▮▮▮▮▮ to ▮▮▮

21   ▮▮▮▮ DAU and no stay duration loss, correct?

22     A.     Yes.

23     Q.     And, again, DAU refers to daily

24   active users, correct?

25     A.     Yes.

```
1          Q.     So this means that disabling push
2     notifications for minors during the school day
3     dropped TikTok's daily active user count by ███
4     ████████████████████████, right?
5                MR. GREEN:  Object to the form.
6                THE WITNESS:  It appears to be
7          true, according to this, yes.
8     BY MR. RYDER:
9          Q.     Okay.  And daily active user is
10    one of the metrics TikTok was concerned about
11    in limiting push notifications during the
12    school day, correct?
13               MR. GREEN:  Object to the form.
14               THE WITNESS:  I wouldn't say we
15         were concerned.  I think it's one of
16         the factors that we looked at, in
17         addition to efficacy and feasibility
18         and other things.  But that's one --
19         one piece, you know, of data.  That's
20         one data point.
21    BY MR. RYDER:
22         Q.     Okay.  And, ultimately, the chart
23    says "not move forward," right?
24         A.     Right.
25         Q.     And so this means that TikTok did
```

```
1    not disable push notifications during school
2    hours for minors, correct?
3           A.     That's what this says.  Yes.
4           Q.     And in part, TikTok did not
5    disable push notifications based on the finding
6    that it dropped its daily active user count to
7    ███ -- from ███████████████, correct?
8           A.     I don't get that from this
9    document at all.  This one little box here
10   doesn't tell us why that decision wasn't made
11   and why others were made.
12                 But, no, it wasn't -- I'm -- in
13   isolation, anything to do with duration time.
14          Q.     Well, there's not other factors
15   listed describing why this feature was not
16   moved forward, correct?
17                 MR. GREEN:  Object to the form.
18                 THE WITNESS:  Well, this is a
19          hyperlink to an actual doc for the
20          whole project.  So without knowing
21          what that says, I wouldn't -- I
22          wouldn't be able to give you more
23          information.  But I know that, you
24          know, based on how Lark docs work,
25          that this would give us, you know --
```

```
 1            there's a whole sheet of information
 2            that may or may not tell us more.  But
 3            this doesn't tell us enough to answer
 4            your question.
 5     BY MR. RYDER:
 6            Q.    And do you know whether you would
 7     have reviewed the hyperlink document in
 8     preparing for your deposition?
 9            A.    No.  I'd have to see it.
10            Q.    It's not a document, to your
11     knowledge, that you've seen today, correct?
12                  MR. GREEN:  Object to the form.
13                  THE WITNESS:  I would have to
14            see it.  I don't recall.
15     BY MR. RYDER:
16            Q.    Let's set that exhibit aside.
17                  Let's pull up tab 20 and mark
18     this as Exhibit 19.
19                  (Exhibit No. 19 was marked for
20            identification.)
21     BY MR. RYDER:
22            Q.    Thank you.
23                  And,          , the document I
24     just handed you should be bearing the Bates
25     number on the bottom right, 00014343.
```

```
 1                    Do you see that?
 2          A.       I do.
 3          Q.       And this is a Lark chat, correct?
 4          A.       It is.
 5          Q.       And you can see on the first page
 6     that █████████████ is a participant in this
 7     Lark chat, correct?
 8          A.       Mm-hmm.  Yes.
 9          Q.       And then we also see another name
10     in Mandarin characters, correct?
11          A.       Yes.
12          Q.       And we see in ██████████ first
13     message, he sends -- he says, "Hey, ██████,"
14     correct?
15          A.       Yes.
16          Q.       Okay.  TikTok produced this
17     document as part of this litigation.  Do you
18     have any reason to dispute that?
19          A.       No.
20          Q.       And this was produced as part of
21     █████████████ custodial file.  Do you have
22     any reason to dispute that?
23          A.       No.
24          Q.       Okay.  And we can see in the very
25     first page, that first message is dated
```

1    February 8, 2023, correct?

2         A.     Yes.

3         Q.     And then I want to direct your

4    attention to page 4.  It's the Bates ending

5    4346.

6              And do you see a message that

7    ▓▓▓▓▓▓ sends on November 13th, 2023?  It's kind

8    of the longer block post.

9         A.     I do.

10        Q.     Okay.  And he states that TikTok

11   has been under investigation in the United

12   States for one and a half years; has recently

13   been prompted to solve various problem areas

14   related to the teen safety and wellbeing.  One

15   of these specific areas of interest in screen

16   time addiction.

17             Did I read that correctly?

18        A.     Yes.

19        Q.     Okay.  And then four bullet

20   points below, so this is the second last to the

21   bottom, ▓▓▓▓▓▓▓ notes, Defaulting on push

22   notification schedule during school -- during

23   common school times to prevent distraction,

24   correct?

25        A.     Yes.  I'm reading that and --

```
 1    oh, okay.  Yes.  I understand it now.  Yes.
 2         Q.    Okay.  So at this point in time,
 3    TikTok employees considered including -- strike
 4    that.
 5              At this point in time, TikTok
 6    employees, including          , were still
 7    considering limiting push notifications sent
 8    during the school day, correct?
 9         A.    It has been an ongoing
10    conversation, yes.
11         Q.    And is it a conversation that's
12    still ongoing at TikTok?
13         A.    Yes.
14         Q.    Okay.  And here
15    identifies the reason to limit those
16    notifications is to prevent distraction,
17    correct?
18         A.    Yes.
19         Q.    Okay.  And is that still a basis
20    TikTok considers in assessing whether to limit
21    push notifications sent during the school day?
22              MR. GREEN:  Object to the form
23         of the question.
24              THE WITNESS:  There are a
25         number of reasons that it's an ongoing
```

1              discussion, mostly centered around,

2              you know, what schools and school

3              districts and individual communities

4              are doing and asking for, and what the

5              role of a technology company is in

6              that conversation.

7    BY MR. RYDER:

8         Q.     What are some of the things that

9    TikTok has heard from schools and school

10   districts on limiting push notifications during

11   the school day?

12        A.     Actually, most of the

13   conversations with -- that we've heard from

14   regulators and lawmakers and schools through

15   our activations with the National PTA aren't

16   so much around social media, but around cell

17   phone use in general, which is why they've

18   been turning -- you know, a lot of schools

19   have implemented policies at, you know, the

20   school district or the school level to

21   mitigate use overall.  Most people I'm

22   talking to and have spoken with, including

23   lawmakers, are not targeting social media

24   companies or think it's an individual

25   app-by-app problem, but that it's more of an

1    issue with the use of the phone.

2         Q.    So to clarify, TikTok has heard

3    from school districts, in part through the

4    National PTA, that technology use, writ large,

5    is a distraction for students during the school

6    day, correct?

7              MR. GREEN:  Object to the form

8         of the question.

9              THE WITNESS:  Not in part

10        through the PTA.  Exclusively through

11        the PTA.  All conversations that I've

12        had with parents or teachers or

13        schools is exclusively through the

14        National PTA.  The National PTA has,

15        in fact, not taken an official

16        position on this particular issue

17        because it's so community focused,

18        which is part of why we can be so

19        confident that we are doing, you know,

20        a good job of -- through our family

21        pairing and making it highly

22        customizable so that families can make

23        decisions that are right for them.

24              We believe that's a more

25        holistic way of looking at this from

```
 1          an app perspective.  And then, of

 2          course, if schools want to go further,

 3          then they should feel free to do so.

 4    BY MR. RYDER:

 5          Q.    Okay.  Let's go to the next page.

 6    This is the Bates ending in 143 -- sorry.  This

 7    is Bates ending 4347.  ███████ sends a longer

 8    message with a list of product ideas on the

 9    bottom of the page.

10                Do you see that?

11          A.    Yep.

12          Q.    And these are product ideas for

13    limiting notifications during the school day,

14    correct?

15          A.    Yes.

16          Q.    The first idea he lists is only

17    send outside of school hours, 9:00 a.m. to 3:00

18    p.m., correct?

19          A.    Yes.

20          Q.    And there's a sub point under

21    that that says, "Maybe give users a choice to

22    receive during school hours or not.  Maybe a

23    parent could control this via family pairing

24    too," correct?

25          A.    Yes.
```

```
1            Q.      And in 2023, TikTok did not
2      choose to only send notifications outside of
3      school hours, correct?
4            A.      That is correct.
5            Q.      And TikTok has not made a choice
6      to limit notifications outside of school hours
7      to date, correct?
8                    MR. GREEN:  Object to the form.
9                    THE WITNESS:  We have
10           implemented that through family
11           pairing and through an individual's
12           choice, so --
13     BY MR. RYDER:
14           Q.      But not as a matter of default
15     setting, right?
16           A.      Correct.
17           Q.      Okay.  The second option
18     ▅▅▅▅▅▅▅▅▅ lists is to batch push
19     notifications at 5 p.m., in parentheses,
20     correct?
21           A.      Yes.
22           Q.      And what does he mean by "batch
23     push notifications"?
24           A.      Combining all push
25     notifications into one -- one package deal,
```

```
1    one notification.
2         Q.    So users wouldn't receive
3    notifications for a set period of time, and
4    then would receive all of those push
5    notifications in a batch, and, by his example,
6    that would be at 5 p.m., correct?
7         A.    Right.  Right.
8         Q.    Okay.  And ███████ notes, in
9    sub point C there, that this could be the most
10   impactful, correct?
11        A.    The -- yes.  Yes.
12        Q.    And has TikTok chosen to
13   implement -- well, strike that.
14              In 2023, did TikTok choose to
15   implement batched push notifications?
16        A.    Not to my --
17              MR. GREEN:  Objection.
18              THE WITNESS:  Oh, I'm sorry.
19              MR. GREEN:  Object to the form
20        of the question.
21   BY MR. RYDER:
22        Q.    Go ahead.
23        A.    Not to my knowledge.
24        Q.    And to date, has TikTok chosen to
25   implement batched push notifications?
```

```
 1              MR. GREEN:  Object to the form
 2         of the question.
 3              THE WITNESS:  I would have to
 4         double check.  I -- I'm -- can't be
 5         sure.  I don't think we have, but we
 6         may have and I just don't know it.
 7    BY MR. RYDER:
 8         Q.    And did you review any policies
 9    regarding TikTok's -- well, strike that.
10              Did you review any policies
11    touching on batched push notifications in
12    preparing for your deposition today?
13         A.    I review our policies almost on
14    a weekly basis for the rest of my job that
15    don't have anything to do with this
16    deposition, and I -- and I cannot remember,
17    so --
18         Q.    Okay.
19         A.    -- I just don't know.
20         Q.    Okay.  The third option listed is
21    to reduce the total number of push
22    notifications sent, correct?
23         A.    Yes.
24         Q.    And then it notes in parentheses,
25    current cap equals          per day, promotional
```

```
1    [    ] per day, correct?
2         A.     Yes.
3         Q.     And is that a cap that was in
4    place at that time -- well, strike that.
5               Has -- in 2023, did TikTok put a
6    cap on the total number of push notifications a
7    user could receive?
8         A.     According to this, that is the
9    cap as of this comment that they make.  I'm
10   not sure when exactly that cap was put into
11   place and if the cap has changed since.
12        Q.     Okay.  So sitting here to- -- as
13   of today, does TikTok have a cap on the total
14   number of push notifications sent to users?
15        A.      I believe we do.  I don't know
16   what that cap is by the number, though.  But
17   I believe we do have a cap.
18        Q.     And why did TikTok choose to put
19   a cap on the total number of push notifications
20   sent to users?
21               MR. GREEN:  Object to the form.
22        It's outside the scope.
23               Go ahead and answer.
24               THE WITNESS:  I would be
25        speculating, but I don't -- I don't
```

```
 1          think it's a -- very popular to get

 2          lots of notifications.  People don't

 3          like it.  So I imagine we capped it to

 4          keep users happy.

 5    BY MR. RYDER:

 6          Q.    Okay.  And we can set that

 7    exhibit aside.

 8                I think I just asked you when we

 9    were looking at that last document whether

10    TikTok could have turned off push notifications

11    for kids during school hours as a default

12    setting in 2023.  Correct, that I asked the

13    question?

14          A.    Yes.

15          Q.    Okay.  And you answered that

16    TikTok had the technical ability to turn off

17    push notifications for kids under 18 during

18    2023, correct?

19                MR. GREEN:  I object to the

20          extent it misstates the testimony and

21          it's been asked and answered.

22                Subject to that, you can answer

23          again if you can.

24                THE WITNESS:  I -- I'm trying

25          to think back to what I -- I said.
```

```
1            I -- I don't know how to answer that
2       now.
3    BY MR. RYDER:
4            Q.    I'll ask you a follow-up
5       question.
6            A.    Okay.
7            Q.    I'll withdraw the question.
8            A.    I'm sorry.
9            Q.    Sitting here today, could TikTok
10   -- strike that.
11               Does TikTok currently have the
12   technical ability to turn off push
13   notifications for kids under 18 during school
14   hours as a default setting?
15               MR. GREEN:  Same objection.
16               THE WITNESS:  TikTok has the
17       ability to set hours -- set parameters
18       around the hours for push
19       notifications for under 18, yes.
20   BY MR. RYDER:
21           Q.    Okay.  And I want to pivot
22   slightly.  I know we've been talking about
23   things TikTok has considered or looked at in
24   the past.  I want to briefly talk about any
25   innovations TikTok is currently considering.
```

```
 1                    Is TikTok currently considering
 2     placing additional limits on push notifications
 3     sent to kids under 18 during school hours?
 4          A.    The push notification
 5     conversation is ongoing among various teams.
 6          Q.    And what changes are TikTok's
 7     various teams considering in further limiting
 8     push notifications sent to kids under 18 during
 9     school hours?
10          A.    I don't think I understand the
11     question.
12                    What changes are we considering
13     around limiting push notifications other than
14     just turn -- for -- during certain hours,
15     just turning them off?  Are you -- I'm --
16     I'm --
17          Q.    So my question is more general.
18          A.    Okay.
19          Q.    I'd like to know -- I'd like the
20     jury to know what innovations or updates TikTok
21     is currently considering regarding push
22     notifications sent to kids during the school
23     day.  So my -- my -- I'll phrase that as a
24     question.
25                    What innovations or updates, if
```

1    any, is TikTok currently considering regarding

2    push notifications sent to kids during the

3    school day?

4         A.    Okay.  Yeah, I'm sorry.  I

5    thought I had answered that because, you

6    know, it's an ongoing conversation where we

7    look at things like feasibility, the

8    efficacy, our -- you know, who is asking for

9    this, are those needs not being met by our

10   current -- current, you know, standards with

11   -- or family -- family pairing.

12             There's just a number of safety

13   features that we already have in place.  And

14   part of the reason we're partnering with the

15   National PTA is to make sure that families

16   understand all the tools that are already

17   available to them, and the individual users

18   understand that too.  So I don't know exactly

19   what specific innovations around push

20   notifications you're asking for, changes

21   you're asking about.  But I do know it's an

22   ongoing conversation and that we're

23   continuously looking at this wholistically.

24   And right now we have very robust trust and

25   safety features in place.

```
1           A.       Correct.

2           Q.       Let's pull up tab 22 and mark

3     this as Exhibit 25 -- 26.

4                    (Exhibit No. 26 was marked for

5           identification.)

6     BY MR. RYDER:

7           Q.       And the document in front of you

8     should bear the Bates number on the bottom

9     ending in 00381606.

10                   Do you see that?

11          A.       Yes.

12          Q.       The title of the document is

13    "Summary of Findings - TTN 30-Day Post-Launch

14    Feature Investigation."

15                   Do you see that?

16          A.       Yes.
```







Q.    And it states that, "Although the
peak posting time generally falls outside local
school hours, we still observed significant
posting from L1/L2 users during school hours
(defined as 8:00 a.m. to 2:00 p.m.)," correct?

A.    That's what that says.



```
 1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2     The undersigned Certified Shorthand Reporter does
 3     hereby certify:
 4          That the foregoing proceeding was taken before
 5     me at the place and time therein set forth, at which
 6     time the witness was duly sworn; That the testimony
 7     of the witness and all objections made at the time
 8     of the examination were recorded stenographically by
 9     me and were thereafter transcribed, said transcript
10     being a true and correct copy of my shorthand notes
11     thereof; That the dismantling of the original
12     transcript will void the reporter's certificate.
13            In witness thereof, I have subscribed my
14     name this date:  August 21, 2025.
15                     <%14542,Signature%>
16                     _____
17                     LESLIE A. TODD, CSR, RPR
18                     Certificate No. 5129
19
20
21     (The foregoing certification of
22     this transcript does not apply to any
23     reproduction of the same by any means,
24     unless under the direct control and/or
25     supervision of the certifying reporter.)
```