# AMENDED Exhibit 414

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

US Product Design UR



 2019-06-12  01:47:04

sourcekey: ; attachment_id: <aW1nX2E5NTc2MzYzLWE2MDktNDJiNC1hZDFjLTU3YjRjZjRlZmUyZEBb5Zu-54mHXUA3MzU2NTc0NDUyMTUzMzAzMDQxQDY3MDE0NTAyMzU1ODkxNjUzMjZANjcwMTQ1NDc1Nzc2NjEwMzMwM0AwQGV1X25j>

 2019-06-12  01:48:25

- Currently there is one challenge we haven't figured out yet - it's still hard to require the product specifications to be done in English since we still have lots of key audience in other functions who are not fluent in english.... But either way the high-level requirements will be communicated in english



 2019-06-12  01:50:24

Regarding the research part, here are my opinions:

 2019-06-12  01:52:11

- I think we should do much more interviews and observations, instead of pure usability testing



 2019-06-12  01:54:42

- What's most value adding is to understand the user context (which we don't do enough apparently)

 2019-06-12  01:57:53

The first next step:

 2019-06-12  01:57:53

I read through categories about tribes we learned from the data of "bio". I don't know if it is consolidated and if it is a good start point to interview each type of users? Or still randomly interview people?

 2019-06-12  01:58:04

@ yes

 2019-06-12  01:58:23

I'll recap some to-dos right after this meeting



 2019-06-12  01:59:06

thank you guys. And whenever you feel something needs to be improved, just bring up at any time

 2019-06-12  02:00:09

First, let me list some research needs in my mind:

 2019-06-12  02:01:25

- Blue collar workers: we know our platform is attractive to this group of users but we haven't done enough interview/observation in the past. I think we should easily do it in LA by running some contextual inquiries in their current working environment if possible.

 2019-06-12  02:02:49

- High schoolers: we know high schooler is a core audience of our platform and their perception on the platform vary a lot (by gender, by grade, and by school). Need to do more research.

 2019-06-12  02:03:43

- DIYers and Gamers: these are 2 identified market segments we will target. We need run some targeted user research as well.

 2019-06-12  02:04:23

@▇▇▇ I was thinking to conduct contextual inquiries earlier but not sure where to start and which group should be the focus. That's very helpful to give me a clear direction based on what we already know!

▇ 2019-06-12  02:04:50

- In addition to the segment-oriented research above, we also need to run some use case-oriented research on the following use cases. This can be combined with the segment-oriented research obviously.

▇ 2019-06-12  02:05:35

[消息已撤回，无法查看内容]

▇ 2019-06-12  02:06:30

a) group experience: understand how people discover and engage with interest-based groups (Facebook, discord, etc.)

▇ 2019-06-12  02:10:41

b) Onboarding experience: this is same with what we have already been doing. Since onboarding experience will continue to the key focus of the product iteration in near term, we need to continue this research (more testing in this case).

Highly Confidential (Competitor)				TIKTOK3047MDL-079-LARK-02470624



Highly Confidential (Competitor)

TIKTOK3047MDL-079-LARK-02470625

Highly Confidential (Competitor)

TIKTOK3047MDL-079-LARK-02470626

Highly Confidential (Competitor)                                                             TIKTOK3047MDL-079-LARK-02470627

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-079-LARK-02470622-TIKTOK3047MDL-079-LARK-02470627

**BEGATTACH:** TIKTOK3047MDL-079-LARK-02470622

**ENDATTACH:** TIKTOK3047MDL-099-LARK-05045266

**Attachment Count:** 3

**PRODVOL:** MDL-079

**Custodian:** ▇▇▇▇▇▇▇

**File Path:** /TIKTOK3047MDL-079-LARK-02470622.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:**

**DocType:** LARK CHATS

**Author:**

**Create Date:** 6/12/2019 12:00 AM

**Last Modified Date:** 6/12/2019 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-079-LARK-02470622.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

