# AMENDED Exhibit ██████

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Page 1

1            UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
2

    Case No. 4:22-MD-3047-YGR
3

    MDL No. 3047
4

    IN RE:  SOCIAL MEDIA ADOLESCENT    :
5   ADDICTION/PERSONAL INJURY          :
    PRODUCTS LIABILITY LITIGATION      :
6   - - - - - - - - - - - - - - - - - -X
7
8        SUPERIOR COURT OF THE STATE OF CALIFORNIA
                FOR THE COUNTY OF LOS ANGELES
9                 UNLIMITED JURISDICTION
10  Coordination Proceeding      : Judicial Council
    Special Title (Rule 3.550)   : No. 5255
11                               :
    SOCIAL MEDIA CASES           :
12  - - - - - - - - - - - - - - --X
13  THIS DOCUMENT RELATES TO:
    ALL ACTIONS
14  - - - - - - - - - - - - - - - X
15
16
        Videotaped deposition of ███████ taken at
17  the offices of King & Spalding, 1185 Avenue of the
    Americas, New York, New York, before Clifford
18  Edwards, Certified Shorthand Reporter and Notary
    Public, in and for the State of New York on March
19  10, 2025, at 9:45 a.m. ET.
20
21
22
23
24
25

Page 11

1                          █████████

2   having first been duly sworn, deposed and testified

3   as follows:

4

5                   DIRECT EXAMINATION

6

7   BY MS. COLOMBO:

8        Q     Good morning, ████████.

9        A     Good morning.

10       Q     We met briefly off the record but for the

11   record, my name is Jessica Colombo and I'm with the

12   law firm Motley Rice and I represent the plaintiffs

13   in this case.

14           So -- so you just -- you just gave us

15   your -- your full name.

16           Would you mind stating your address for

17   the record, please?

18        A     My business address or my home address?

19        Q     Start with your business address, please.

20        A     My business address is on 151 42nd

21   Street, New York, New York.

22        Q     Okay.  And -- and ████████, would you

23   mind just keeping your voice up a little bit?

24        A     Okay.

25        Q     Sorry.  I know this is not natural to how

Page 12

1    we normally have conversations.

2         A    Okay.

3         Q    So you are currently employed; correct?

4         A    I'm currently employed.

5         Q    Okay.  And what's your current job title?

6         A    My current job title is █████████████

7    █████████████████ at TikTok.

8         Q    Okay.  And during the time that you've

9    been employed at TikTok, have you gone by any other

10   name other than ████████████?

11        A    With my name you can pronounce it as

12   ████████ in Spanish.  I have been -- I go by ██████.

13        Q    Okay.  Thank you.

14             Have you ever been deposed before,

15   ████████████?

16        A    No.

17        Q    Okay.  Have you ever testified at a

18   trial?

19        A    No.

20        Q    Okay.  Given any form of testimony under

21   oath?

22        A    No.

23        Q    Okay.  So I'm going to go over, just,

24   some kind of rules of the road for today that will

25   hopefully make the process go a bit smoother for us.

Page 23

1          A       I have.

2          Q       Okay.  Did -- did those documents refresh

3     your recollection about the events taking place at

4     TikTok that we are here to talk about today?

5                        MR. VIVES:  Object to the form.

6          A       Could you repeat the question?

7     BY MS. COLOMBO:

8          Q       Sure.  Sure.

9                  Did those documents refresh your

10    recollection about the events taking place at TikTok

11    that we are here to talk about today?

12                       MR. VIVES:  Same objection.

13         A       Could you rephrase the question?

14    BY MS. COLOMBO:

15         Q       Sure.  Sure.

16                 So did any of the documents that you

17    reviewed help you remember anything that you didn't

18    remember before?

19         A       Generally -- generally speaking, like,

20    all the -- all this information is -- it's

21    consistent in -- in same things, but I can't recall

22    different topics specifically as well.

23         Q       Okay.  So, ███████, you have a work

24    e-mail address at TikTok; right?

25         A       Yes, I do.

Page 24

1     Q     Okay.  What is your work e-mail address?

2     A     My work address is ████████@TikTok.com.

3     Q     Okay.  What about

4  ████████@ByteDance.com?  Is that also your e-mail

5  address?

6     A     That was -- that is also an e-mail

7  address that was originally assigned.  My primary

8  e-mail address is -- I use is @TikTok.com.  Yes.

9     Q     Okay.  So have you ever used the

10 ████████@ByteDance.com e-mail address?

11    A     I have in -- in the beginning where

12 the -- the system was set up.  But primarily,

13 because I work for TikTok, I only focus on

14 TikTok-related matters.  When I send e-mails I send

15 them as -- as TikTok.

16          But for me, they are -- they were

17 assigned synchronously -- synchronously in the

18 system.

19    Q     Okay.  So do you have the ability to send

20 an e-mail from one e-mail address or the other?

21    A     In -- in concept, yes.  In practice,

22 because I only focus on TikTok, I use the TikTok

23 address.

24    Q     Okay.  And have you ever sent e-mails

25 from the ByteDance e-mail address?

Page 25

1              MR. VIVES:  Object to the form.

2       A     Could you rephrase the question?

3    BY MS. COLOMBO:

4       Q     Sure.  Sure.

5              Have you ever used the ByteDance e-mail

6    address to send e-mails for work purposes?

7       A     I primarily use the TikTok e-mail

8    address.

9              When there's things that may be sent out

10   as ByteDance, it's either the -- when people send me

11   e-mails externally.  But it is quite common that we

12   have the e-mail addresses that may be saying

13   ByteDance, but all -- but my team, and just in

14   general, using the TikTok address as -- as a primary

15   e-mail address for communications.

16      Q     So I just want to make sure that I

17   understand what you just explained to me.

18      A     Sure.

19      Q     Were -- were you saying that you may send

20   e-mails using the ByteDance e-mail address

21   externally?

22      A     It is common to start -- and when I

23   started five-plus years ago, you get the TikTok

24   e-mail address.  And it's also you have a ByteDance

25   address.

Page 26

1          I primarily use the TikTok address.  So

2     for me, they are consistent.  I focus -- when I send

3     the e-mails, I focus on the -- on the TikTok e-mail

4     address.  But for me, I focus only on TikTok

5     communications.

6          Q    Got you.  So when someone sends an e-mail

7     to the ByteDance e-mail address, does it come to the

8     same inbox as the TikTok --

9          A    I only have one inbox.

10         Q    Okay.  And you testified that it was

11     common to have a ByteDance e-mail address assigned.

12          So do other of your colleagues also have

13     two e-mail addresses?

14               MR. VIVES:  Object to the form.

15         A    I can -- I can speak -- for my record, I

16     can speak for my -- my domain.  I have those two

17     e-mail addresses, it is one inbox.

18          My understanding is that my colleagues

19     would have similar.  I don't know it -- how the

20     system may have changed over the years, but when I

21     started, it was quite common to have those two, but

22     one -- one -- only one inbox.

23     BY MS. COLOMBO:

24         Q    Okay.  So I think you answered this

25     question, but you are employed by TikTok; correct?

Page 27

```
 1        A      I am employed by TikTok today, yes.
 2        Q      Okay.  So when you get a paycheck, it
 3   comes from TikTok?
 4        A      Today that is correct, yes.
 5        Q      Okay.  You said today that is correct.
 6               Has that been different at any other
 7   point?
 8        A      Yes.  When I started in ███████, my
 9   contract was with ByteDance.  And then a couple
10   years ago, my HR -- well, the HR team automatically
11   moved quite a few number of U.S. employees over to
12   TikTok.  I don't recall the exact timing.
13               But I used to be -- my contract was
14   originally with ByteDance, even though I worked --
15   I've always worked a hundred percent TikTok-related
16   work.  And a couple years ago it was changed to
17   TikTok specifically.
18        Q      Okay.  Do you remember when that was?
19        A      Could be between one to two years ago,
20   but I don't recall the exact date.
21        Q      Okay.  And have you had the same two work
22   e-mail addresses throughout your tenure as an
23   employee at TikTok?
24        A      Yes.
25        Q      Okay.
```

Page 28

1          A     And I've had one inbox.

2          Q     Okay.  Now, as a regular part of your job

3    at TikTok, you use your company e-mail to

4    communicate with your colleagues; right?

5          A     That is correct.

6          Q     Okay.  Does anyone else have access to

7    your TikTok e-mail?

8          A     I suppose the IT admin team if they were

9    given instructions to -- to -- to access it.

10          Q     Okay.  So other than IT, does anyone else

11    have access to send e-mails from your TikTok e-mail

12    address?

13          A     I don't believe so.

14          Q     Okay.  So is it -- is it safe to assume

15    that an e-mail that comes from your TikTok e-mail

16    address is in fact an e-mail from you?

17          A     It -- it would be -- it would be

18    reasonable.

19          Q     Okay.  And what about your ByteDance

20    e-mail address?  Does anyone else have access to

21    that?

22          A     Same -- same -- same answer as before.

23          Q     Okay.  So is it the same answer to the

24    question it's safe to assume that if an e-mail comes

25    from your ByteDance e-mail address, it came from

Page 29

1    you?

2        A    It is -- it is reasonable -- it is

3    reasonable to say.

4            There are cases where marketing teams may

5    be sending out broad communications to -- to either

6    clients or -- like, there are -- I'll give you one

7    example where it would be an exception, is if there

8    are marketing materials or broad communications to

9    clients where the marketing CRMs -- the marketing

10   team's CRM system would be sending a batch e-mail,

11   but it would be under the specific department's

12   addresses as a function to reply to.

13           So if there's just, like, a wide e-mail

14   that says, Great new update, but then, the -- the

15   reply-to or the address change may look like it's

16   mine, it may be, like, a broad marketing

17   communication e-mail.  But there may be a few

18   exceptions like that.

19       Q    Okay.  Thank you.

20           Do you have a personal e-mail address?

21       A    I have my own personal communications.

22       Q    Okay.  Do you ever -- do you ever utilize

23   your personal e-mail for work purposes?

24       A    I do not mix my personal from business.

25   I do not use my personal communications for -- for

Page 30

1   work-related matters.

2        I do forward my own personal taxes or

3   administration paperwork for my own records.

4        Q    So you forward those e-mails from your

5   TikTok e-mail to your personal e-mail?

6             MR. VIVES:  Object to the form.

7        A    Could you rephrase the question?

8   BY MS. COLOMBO:

9        Q    Sure.  So you said, I do forward my own

10  personal taxes or administration paperwork for my

11  own records.

12       You mean that you e-mailed those from

13  your TikTok e-mail address to your personal one?

14       A    That would be reasonable for anybody

15  to -- to be able to have access to their own tax

16  records.

17       Q    Okay.  Thank you.

18       As a regular part of your job at TikTok,

19  you use Lark chat to communicate with your

20  colleagues; right?

21       A    That is correct.

22       Q    Okay.  And your -- strike that.  Let me

23  start over.

24       The name associated with your Lark

25  profile at TikTok is ███████████; right?

Page 31

1         A       That is correct.

2         Q       So safe to assume that a Lark chat that

3     comes from your name is in fact a Lark chat from

4     you?

5         A       That would be reasonable.

6         Q       No one else has access to your Lark

7     account?

8         A       Again, the IT department would, but they

9     would need to have permission to access.

10        Q       Okay.  Thank you.

11                Do you have a work cell phone?

12        A       I have a personal cell phone where I

13    have Lark installed and I only use Lark for my

14    corporate communications.

15        Q       Do you have a work cell phone, though?

16        A       I do not.

17        Q       Okay.  Thank you.

18                So you said you only use -- you only

19    use Lark for your work communications; right?

20        A       That is correct.

21        Q       Okay.  So you don't send any text

22    messages from your personal phone related to your

23    work at TikTok?

24        A       For work-related matters, I only use Lark

25    as a communication device.

Page 32

```
 1      Q     Okay.  So -- thank you.
 2            For your work at TikTok, did you ever use
 3   any other type of messaging service, like Slack, for
 4   example?
 5      A     I have been assigned to some Slack groups
 6   from industry groups, such as the Interactive
 7   Advertising Bureau.  But I don't really participate
 8   in those specific working groups.
 9            So it is -- for me, it is reasonable to
10   say that Lark remains and is the primary
11   communications channel that -- that I have for my
12   work duties.
13      Q     Okay.  Okay.  ███████, I want to shift
14   gears and talk a little bit about your background.
15            MS. COLOMBO:  And can we pull up
16            Tab 83, please?
17               Yes.  And we are going to mark that
18            as Exhibit 2.
19            (Whereupon, Exhibit TikTok-███ 2,
20            ████████ LinkedIn Profile, was
21            marked for identification.)
22   BY MS. COLOMBO:
23      Q     Okay.  ███████████, do you use
24   LinkedIn?
25      A     I do.
```

Page 33

1      Q      Okay.  And do you have a profile on
2    LinkedIn?
3      A      I do.
4      Q      Okay.  Exhibit 2, does that appear to be
5    a printout of your profile on LinkedIn?
6      A      This looks like an amazing candidate.
7             Yes.
8      Q      So is Exhibit 2 a fair and accurate
9    depiction of the information that you put into your
10   LinkedIn profile?
11     A      This looks -- yeah.  This looks like the
12   LinkedIn profile.
13     Q      Okay.  And is Exhibit 2 up to date?
14     A      I have additional things that I haven't
15   updated on -- on LinkedIn.  So I sit on some boards
16   and some industry groups.  But those are all
17   specific to my duties within TikTok.
18     Q      Okay.  We'll -- we'll come back to the
19   board -- board and -- and industry -- industry
20   groups.
21            Let's -- let's start with your -- your
22   educational background.
23     A      Uh-huh.
24     Q      So you attended American University for
25   your undergraduate degree; right?

Page 34

1       A       That is correct.

2       Q       Okay.  You graduated with a degree in

3    1999?

4       A       Uh-huh.

5       Q       Okay.  And what was your degree in?

6       A       International affairs.

7       Q       Okay.  And you attended NYU for grad

8    school?

9       A       That is correct.

10      Q       And graduated with a degree in 2003?

11      A       Uh-huh.

12      Q       What is your graduate degree?

13      A       My degree is -- it's masters in science

14   in direct and interactive marketing.

15      Q       Okay.  So looking at when you first

16   started working at TikTok, that was December 2019;

17   right?  And I believe that's shown on page one of

18   this document right here.

19      A       Yes.

20      Q       Okay.  When you started working at TikTok

21   in December 2019, what was your title?

22      A       My title remains the same title since the

23   beginning, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24   at TikTok.

25      Q       Okay.  So when you -- when you first

Page 35

1    started working at TikTok, what were your job

2    responsibilities as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3    ▮▮▮▮▮▮ at TikTok?

4         A    My -- I was hired to concept and build up

5    a marketing science organization within TikTok,

6    particularly within the early years as the business

7    was being built.

8              For marketing science, in essence,

9    what -- it is a common type of team that you would

10   structure in large advertising companies where you

11   have, essentially, measurement teams and research

12   teams that you're able to help advertisers and,

13   essentially, on -- on the -- on the business side to

14   answer questions of, Do the ads work and how do they

15   work, because it's focused on advertising

16   effectiveness.

17             So my world is advertising effectiveness

18   within the -- the realm of measurement and insights.

19        Q    And thank you for that explanation.

20             When you refer to measurement, what are

21   you referring to?

22        A    I -- I refer to it in terms of the

23   advertising.

24             So in terms of the advertising, sure, if

25   anybody were to say -- if somebody was my client and

Page 36

1   they would say, I have "X" amount of money and I

2   want to understand the return on -- on advertising

3   based on my outcomes.  So every client has different

4   business outcomes.

5               But the job of these kinds of team is to

6   help to understand, A, are there any insights as

7   to -- for -- for advertising; and then, B, once the

8   advertising happens, after the campaigns are run, to

9   understood the effectiveness of those campaigns

10  respective of the business outcomes that the client

11  seeks.

12      Q    Okay.  Now, have your job

13  responsibilities been the same since you've started

14  at TikTok?

15      A    Responsibilities?  Yes.  The team has

16  grown.  So it's one consistent mission for the last

17  five years.

18      Q    Okay.  So what department is -- is your

19  team -- well, strike that.  Let me start over.

20              What department does your team operate in

21  at TikTok?

22      A    My team operates within the -- within the

23  monetization side of the business.  And I am

24  organized within the -- within the sales department

25  under ██████████████, who is the president.

Page 37

```
 1       Q       Okay.  ████████████ is the president of
 2    the -- of the sales department?
 3       A       Yes.
 4       Q       Okay.  And is the sales department
 5    sometimes referred to as General [sic] Business
 6    Solutions?
 7       A       That is correct.  It is typically using
 8    the GBS acronym.
 9       Q       Okay.  Thank you.
10               And have you reported to ████████████
11    for the entire time you've been at TikTok?
12       A       That is correct.
13       Q       Okay.  And do you know who ████████████
14    reports to?
15       A       My understanding is that he reports up to
16    ██████, who is the ██████ of TikTok.
17       Q       Okay.  And does anyone report to you?
18       A       Yes.  I have a reasonable sized
19    organization, so it's natural for me to have direct
20    reports.
21       Q       Okay.  And about how many people report
22    to you?
23       A       I currently have about, I believe, ten
24    direct reports.
25       Q       And what are the titles of the employees
```

Page 38

1    who report to you?

2        A    The titles of my directs would range as

3    they have different disciplines.  But they would be

4    measurement leads if they're covering the -- the

5    measurement departments; research leads if they're

6    covering the -- the research team.  And within the

7    research team, I also have data science leads.

8            So broadly, leads as the -- the title

9    that -- that we be -- would be after me.

10       Q    And do those leads that you've described

11   also have people who report to them?

12       A    Yes.

13       Q    Okay.  And what would the titles be of

14   the employees who reported to them?

15       A    Well, it -- it would vary.  I have a

16   decently sized organization, so if you could help me

17   be more specific.

18       Q    Sure.  Let me ask you this:  About how

19   many employees would you say report to the

20   measurement leads that you directly supervise?

21       A    My organization is somewhere between 180

22   to 200 people at this point.  So reasonable to say

23   that my measurement team would be the largest and

24   then followed by my research team, which is probably

25   about a quarter the size.

Page 39

1       Q     Okay.  So you said you have about 180
2    people to 200 people total in your marketing science
3    department?
4       A     That's correct.
5       Q     Okay.  And that is split between
6    measurement, research, and data science employees?
7       A     Yes.
8       Q     Okay.
9              MS. COLOMBO:  Okay.  Can we pull up
10             Tab 85, please?  And we're going to mark
11             that as Exhibit 3.
12             (Whereupon, Exhibit TikTok-███3,
13             "The Art and Science of Marketing
14             Effectiveness," from TikTok for
15             Business Website, was marked for
16             identification.)
17             (Whereupon, there was a discussion
18             off the record.)
19             MS. COLOMBO:  And for the record,
20             Exhibit 3 is a document that is a pull
21             from TikTok for Business website and it's
22             an article with the title "The art and
23             science of marketing effectiveness."
24    BY MS. COLOMBO:
25       Q     ████████, do you on occasion contribute

Page 40

```
 1    to the TikTok for Business website?
 2        A    I do.  There is a marketing team that is
 3    assigned to my team in order to synthesize various
 4    studies.  And my organization is a frequent
 5    contributor to the TikTok blog.
 6        Q    Okay.  So do you sometimes author blog
 7    posts for that website?
 8        A    Sometimes.  This particular document is
 9    the marketing team supporting my organization and
10    this is -- or you could say a co-contribution
11    together with the marketing team.
12        Q    Okay.  So you -- you and the marketing
13    team co-contributed to this blog post?
14        A    Yes.
15        Q    Okay.  And you see the -- the title of
16    the article is "The art and science of marketing
17    effectiveness"?
18        A    Yes.
19        Q    Okay.  And it's dated September 30th,
20    2024?
21        A    Uh-huh.
22        Q    And there is a picture of you; do you see
23    that?
24        A    It's a very handsome picture.
25        Q    And it says, "                    POV."
```

Page 41

1          Do you see that?

2     A     Yes.

3     Q     Okay.  I want to turn to the second page

4  of the document.

5          Let me just actually ask you:  Does

6  this -- does Exhibit 3 appear to be a fair and

7  accurate reflection of the blog post that you

8  post -- that you contributed to on the TikTok

9  website?

10    A     Yes.  Again, this is a -- this is a

11  co-authorship with the marketing team.  But broadly

12  speaking, this is, like, a fairly recent document

13  that I do recall well.

14    Q     Okay.  And co-contributing to this

15  document with the marketing team, that is something

16  that you did within the course of your work as

17  ██████████████████████████████████ at TikTok; right?

18    A     That is correct.

19    Q     Okay.  So I want to look at page two

20  of -- of Exhibit 3.  And I want to look at that --

21  that second paragraph.  Do you see that?

22    A     Uh-huh.

23    Q     Okay.  It reads, "As TikTok's ████████

24  ████████████████████ I have the privilege and

25  fortune to lead a very talented team at the heart of

Page 42

1    ensuring that every ad dollar spent on our platform
2    not only captures real business value, but also
3    helps to uncover insights and learning.  Measurement
4    is a learning journey to prove and improve business
5    outcomes for advertisers, and our role is to help
6    clients navigate that journey so can maximize those
7    outcomes relative their -- to their efforts and
8    investments on TikTok."
9            Did I read that correctly?
10   A    Yes, you did.
11   Q    Okay.  And that -- does that accurately
12   summarize what we've been discussing about what your
13   marketing science role at TikTok is?
14               MR. VIVES:  Object to the form.
15   A    Could you rephrase the question, please?
16   BY MS. COLOMBO:
17   Q    Sure.  Sure.
18            We've been discussing what your role in
19   the marketing science department at TikTok is.
20            And does that excerpt that I read from
21   this blog post accurately summarize what we've been
22   discussing about your responsibilities at TikTok?
23   A    Broadly speaking.  I think the best way
24   to reframe it is, This is the expectation of clients
25   for any major advertising entity to be able to --

Page 43

1    for clients to be comfortable that there -- there
2    are teams that exist that can help them to
3    objectively understand that effectiveness.
4        Q    Okay.  Okay.  I want to look at the
5    bottom of -- of page two, the page that we're on.
6        A    Okay.
7        Q    There's a heading, "The magic of
8    Marketing Science"; do you see that?
9        A    I do.
10        Q    Okay.  And starting from the third
11    sentence that starts, "Our team comprises;" do you
12    see that?
13        A    Uh-huh.
14        Q    Okay.  It says, "Our team comprises
15    measurement, research, and data science functions,
16    and we work closely with product and client teams to
17    delve into these questions and find a way to unlock
18    value."
19             Did I read that correctly?
20        A    Yes.
21        Q    Okay.  And when you say your -- when you
22    refer to answering these questions, you are
23    referring to the questions that you said earlier, Do
24    the ads work and why and how do they work; right?
25        A    That is correct.

Page 44

1        Q       Okay.  So -- and we talked about how your

2    team involves functions that are

3    measurement-focused, research-focused, and data

4    science-focused; right?

5        A       Uh-huh.

6        Q       Okay.

7        A       Correct.

8        Q       But your team also works with the product

9    and client teams as well at TikTok?

10       A       It is --

11                    MR. VIVES:  Object to the form.

12       A       Can you help me rephrase the question?

13   BY MS. COLOMBO:

14       Q       Sure.  So your marketing science team

15   works with the product and client teams at TikTok;

16   right?

17       A       Let me give you an example of why this is

18   important.

19               Clients come to us directly when they

20   really want to understand very specific questions

21   that are important to their business.

22               So it's important that my team is -- my

23   team essentially is a nexus where we partner, of

24   course, with the client teams because we want to

25   have consistent relationship.  We bring them on

Page 45

1   board.

2           But also, we are dependent on having a

3   plethora of tools -- first-party- or

4   third-party-related tools where we have to be able

5   to work with the -- with the product team for these

6   specific things.

7           So the mission is still the same on

8   the -- on the topics that we cover, but we do rely

9   on cross-functional partnerships internally.

10      Q    Okay.  That's very helpful.  Thank you.

11          What about the work with the product

12  team, what type of -- what type of work with the

13  product team does your department do?

14      A    If -- let me give you a concrete example.

15          If we move to page three of the document,

16  on page three of the document under one, two -- the

17  third paragraph, you would see that there's a couple

18  of bolded items.

19          So measurement solutions, such as

20  "Attribution Analytics," "Conversion Lift Studies,"

21  and "Post-Purchase Surveys."  These tools are being

22  built by the product organization --

23                    (Whereupon, the court reporter

24                    requests clarification.)

25      A    Let me give you an example.

Page 46

1           On the third page, if we jump into

2     towards where it says, The journey of measurement

3     solutions, on -- under the third paragraph, there

4     are some products that are being announced and

5     launched in -- in this blog post, such as

6     attribution analytics, conversion lift studies, and

7     post-purchase surveys, also in unified lift.

8           Those are features and products that my

9     team uses for clients to use -- to understand

10    advertising effectiveness.  There's more tools, but

11    these are some examples that we announced.

12          The product team builds the solutions and

13    then gives them to us to deploy for clients.  This

14    would be a concrete example on how we partner with

15    the product organization.

16    BY MS. COLOMBO:

17          Q     Okay.  Thank you.

18          Any other teams at TikTok that you would

19    say your team works with?

20          A     We've put -- well, as you can imagine,

21    the questions that client ask us are fairly

22    important and we have a very large number of

23    cross-functional partners that come to us, whether

24    it's the marketing team, whether product team,

25    obviously, the sales team.

Page 47

1           But it is fair to say that we are often
2      one of the most sought-after, cross-functional
3      groups internally at TikTok for the specific topic
4      that we cover.
5           Q     Okay.  Any other departments you can
6      think of?
7           A     Multiple departments have come across
8      or -- or -- or -- or teams.
9                Again, advertising effectiveness is a
10     very important topic.  So teams that do come to
11     us -- I can't recall -- you know, I could say most
12     teams, but it depends on the situation, the topic,
13     the client need.
14               But when -- when -- I think the best way
15     to reframe is when it comes to advertising
16     effectiveness of insights, teams would come to us.
17          Q     Okay.  And when you referred to the sales
18     team, are the -- the sales employees the ones that
19     actually manage the relationship with the clients?
20          A     It is reasonable to say that the sales
21     teams would manage the relationship with clients.
22               We work in parallel.  And as the
23     relationships with clients expands, we will
24     independently have conversations with our own client
25     analytical teams because it's important that we have

Page 48

1   objective trust.  And so we will be able to do our
2   work to work with -- with the sales team.
3              So we work in partnership, but we make
4   sure that -- that -- that clients and the sales
5   teams see us as an objective party within TikTok to
6   be able to understand the answers to those
7   questions.
8        Q    Okay.  So part of your role at TikTok
9   does involve interfacing with clients, then?
10       A    Yes.
11       Q    Okay.  And let me just clarify.  And when
12  we are saying "clients," we are referring to
13  advertising clients for TikTok; right?
14       A    That is correct.
15       Q    Okay.  Did TikTok have a marketing
16  science team before you joined?
17       A    No.  This is why I was brought in.
18       Q    Okay.  So fair to say, you built TikTok's
19  marketing science team from the ground up?
20       A    That is correct.
21       Q    Okay.  And before you started at TikTok
22  in 2019, you worked at Facebook; right?
23       A    That is correct.
24       Q    Okay.  Was that before the company was
25  renamed as Meta?

Page 49

1       A      That is correct.

2       Q      Okay.  So did you -- did you have

3   responsibility for any specific product in terms of

4   your work at Meta?

5       A      Product?  No.  Typically, any marketing

6   organization doesn't own a product.

7                       (Whereupon, the court reporter

8                       requests clarification.)

9                   THE WITNESS:  Sorry.

10      A      Typically, any marketing science

11  organization does not -- does not own a product.

12              So when -- when I was at Facebook, I was

13  specifically working on the marketing science

14  research team and I was also working on leading the

15  marketing science agency measurement team.  So

16  I've -- I've worked in both departments.

17  BY MS. COLOMBO:

18      Q      Okay.  And ███████████████████████████

19  ███████████?

20      A      Yes, that sounds about right.

21      Q      Okay.  And you were there for about six

22  and a half years?

23      A      About so.

24      Q      Okay.

25      A      Yes.

Page 50

1     Q      And your title was ███████████████

2     ████████████████████: does that sound right?

3     A      That sounds about right, yes.

4     Q      Okay.  Did you have any other titles?

5     ████████████████████████████████████████████████

6     ████████████████████████████████████████████████r

7     ████████████████████████████████████████████████

8     ████████████████████████████████████████████████

9     ████████████████████████████████████████████████

10    Q      Okay.  Did your work at Facebook involve

11    similar responsibilities to the work you now do

12    at TikTok?

13    A      Yes.  I have been in my career very --

14    I -- I've followed a very consistent path in terms

15    of the world of research and measurement.

16    Q      Okay.  Now, we talked -- you mentioned

17    earlier some board and industry groups --

18    A      Uh-huh.

19    Q      -- boards and industry groups that you

20    are involved with; do you remember that?

21    A      Yes.

22    Q      Okay.  Is one of those the Advertising

23    Research Foundation?

24    A      That is correct.

25    Q      Okay.  And you sit on the board of

Page 51

1    trustees for the Advertising Research Foundation;
2    right?
3         A      The board of trust- -- that sounds about
4    right.
5         Q      Okay.  And you've sat on that board since
6    May 2021?
7         A      That is correct.
8         Q      Okay.  What is the Advertising Research
9    Foundation?
10        A      It -- it's a very -- it -- it -- it's an
11   organization that's been around for a very long time
12   and it's important to the advertising community,
13   particularly, in the United States, where it is
14   research experts across the industry, where they're
15   able to invest in doing -- they -- they nurture and
16   they foster the high-quality research for the
17   industry to better interactively help advertisers,
18   clients, and agencies understand foundational topics
19   on how advertising works and -- and why does it
20   work.
21               So you could consider that the
22   advertising equivalent of an academic review
23   literature board.
24        Q      Okay.
25        A      And they have great events.

Page 52

1        Q      That's good.

2               So is this an industry association?

3        A      That's correct.

4        Q      Okay.  And is TikTok a member of this --

5        A      Yes.

6        Q      -- association?

7               Okay.  And what does your work at the

8    Advertising Research Foundation entail?

9        A      It's pretty -- it's pretty light touch.

10              We are -- we are participa- -- first, we

11   are members because we believe in the -- well, I

12   believe on the -- on the mission of -- of the ARF.

13   More clients and my clients do care about the ARF.

14   So it's important to -- to respond in kind.  So

15   membership participation.

16              There's also event contributions.  So

17   sometimes we will participate on the -- those

18   events.

19              So in the past, for example, my team

20   has -- we've sponsored and we -- we've partnered, as

21   part of things, like, the Creative Effectiveness

22   Awards.

23              So there are some things that -- that

24   bring the industry together when it comes to the

25   topic of advertising research.

Page 53

1     Q      Okay.  Do you participate in any of the
2   research?
3     A      I've handed out a few awards in my time.
4     Q      You've --
5     A      I've handed out a couple of awards --
6     Q      You've handed --
7     A      -- at those --
8     Q      -- out a --
9     A      -- events.
10    Q      -- couple of awards.
11    A      Yeah.
12    Q      Okay.  Have you ever received any awards?
13    A      Years ago -- years ago, when I had a lot
14  more hair, I got one of the -- some -- some award --
15  actually, more like a certificate.  I lost out to,
16  like, a very, very brilliant person.  But I very
17  fondly remember that day.
18    Q      Certificates still matter.
19           Do you remember what that certificate was
20  for?
21    A      Something -- Great Minds Award or some --
22  it's been such a long time ago.
23           Definitely a certificate.  Definitely,
24  like, a -- it was contribution for some of the work
25  that I had been doing as a internet contributor in

Page 54

1    my days back at Ogilvy, or a -- an -- an advertising
2    agency.
3              But what I do remember is that to me --
4    that -- that was a very meaningful certificate
5    because the ARF is a very -- in the -- in the
6    advertising community, if -- if you care about
7    research and care about high-quality research,
8    getting recognition like that says that you're on
9    the right career trajectory.
10       Q    Well, congratulations -- a belated
11   congratulations.
12       A    Many years.  Thank you.
13       Q    Okay.  Are there any other boards or
14   industry groups that you are -- that you hold
15   positions in?
16       A    I am in the following industry groups
17   within the IAB, Interactive Advertising Bureau.  I
18   am in their measurement board.
19              I am also in, like, a -- a -- active
20   participant with the WFA, the World Federation of
21   Advertisers, in their cross media measurement
22   initiative.  That's global.
23              And as part of that initiative, there is
24   related work streams with ISBA, which is similar --
25   like organization in the UK and also in the U.S.,

```
                                             Page 55
 1    there's the ANA, the Associat- -- Association of
 2    National Advertisers, here in the U.S.
 3              And those are all related as part of the
 4    same cross media measurement initiative that the WFA
 5    has started.
 6         Q    Okay.  And you said ISBA, is that ISBA?
 7         A    ISBA, yes.
 8         Q    Okay.  And the last one you said was the
 9    ANA?
10         A    That is correct.
11         Q    And do you --
12         A    Here in the U.S.
13         Q    Do you -- other than the measurement
14    board for the IAB, do you hold any other board
15    positions?
16         A    Those would be the main ones.
17         Q    Okay.  So you are involved on the boards
18    of those -- those four organizations?
19         A    With -- within their specific work
20    streams.  They are large organizations.
21         Q    Uh-huh.
22         A    So when it comes to measurement across
23    media, I tend to be in -- in those measurement
24    groups.
25         Q    Okay.  And does your work -- let me start
```

Page 56

1    over.

2            Does your work with those organizations

3    involve similar work that you described for me with

4    the res- -- with respect to the Advertising Research

5    Foundation?

6        A    They would be a little bit different.

7            The Advertising Research Foundation is

8    more of a contribution that they would lead on their

9    own research, and sometimes there are topics or

10   events.  It's -- it's a very light-hearted -- it's a

11   very light touch.

12           With the other four groups I mentioned,

13   IAB, WFA, ANA, or ISBA, they're very specific

14   participation because clients are asking teams like

15   mine to think about beyond just TikTok, think about

16   how does TikTok belong in their media mix or the --

17   a broader way to understanding the measurement.

18           So in those groups, we sit as part --

19   we're -- we're part of a table among clients,

20   agencies, and other peers to understand how to

21   improve measurement.  And that could be to

22   understand advertising effectiveness.

23           So there's -- there's -- in -- for many,

24   many, many, many years, there's been groups like

25   this.

Page 91

1      Q      Okay.  And Q1, does that start in
2  November?
3      A      Q1 would start in January.
4      Q      Okay.  Thank you for that clarification.
5             Okay.  And looking at this document,
6  Exhibit 6, and having looked at the metadata that
7  lists you as the custodian for this document, do you
8  have any reason to dispute that this was produced
9  from your files?
10     A      One important piece of context.  I
11 started working in Q4 2019.  I started in December.
12     Q      Understood.
13            But do you have any reason to dispute if
14 TikTok has produced this from your files that it was
15 part of your files?
16            MR. VIVES:  Counsel, can we let the
17            witness see the document?  We've only
18            seen slide one so far.
19            MS. COLOMBO:  Does the witness have
20            the ability to --
21            MR. VIVES:  I don't think so.
22            Are we able to just kind of --
23            MS. COLOMBO:  Okay.
24            MR. VIVES:  -- scroll through
25            quickly?

Page 92

1                THE WITNESS:  Next page.  Next page.

2                Blank.

3                Next page.

4                MR. VIVES:  It's a video.

5                THE WITNESS:  Skip.

6                Next.

7                Next page.

8                Next.

9                Next.

10               Next.

11               Next.

12               Next.

13               Sorry.

14               Just keep going.

15               Okay.  Next.

16               Next.

17               Okay.  Next.

18               Okay.  Next.

19               Okay.  Next.

20               Okay.

21               Okay.  Next.

22               Next.

23               Okay.  Next.

24               Okay.  Next.

25               Next.

Page 93

```
 1                    Okay.  Next.

 2                    Next.

 3                    Next.

 4                    Next.

 5                    Next.

 6                    Next.

 7                    Next.

 8                    Next.

 9                    Next.

10                    Next.

11                    Next.

12                    Next.

13                    Looks to me --

14                    MR. VIVES:  Looks like the end.

15                    THE WITNESS:  Next.

16                    It's all right.  Just keep going.

17                    Oh.  Okay.  Next.

18                    Okay.  Next.

19                    Next.

20                    Next.

21                    Okay.  Next.

22                    Next.

23                    Next.

24                    Next.

25                    Next.
```

Page 94

1                    Next.

2                    Next.

3                    Next.

4                    Next.

5                    Next.

6                    Next.

7                    Next.

8                    Next.

9                    Next.

10                    Next.

11                    Next.

12                    Next.

13                    Next.

14                    Next.

15                    Next.

16                    Next.

17                    Next.

18                    Next.

19                    Next.

20                    Next.

21                    Next.

22                    MS. COLOMBO:  Counsel, can we go off

23          the record for this?

24                    MR. VIVES:  I don't know if we

25          should go off the record, but...

Page 95

```
 1              THE VIDEOGRAPHER:  The time right --
 2         oh, sorry.
 3              MR. VIVES:  -- if he's reviewing a
 4         document to testify.
 5              MS. COLOMBO:  I understand, but this
 6         is a little unique in the sense that he
 7         doesn't have the ability to --
 8              MR. VIVES:  Yeah.
 9              MS. COLOMBO:  -- flip through it.
10              THE WITNESS:  How about this, just
11         keep going.  I'll tell you if -- to stop;
12         okay?
13              So just keep going.  Scroll.
14         Scroll.  Scroll.
15              Okay.
16              Keep going.  Keep going.
17              Okay.  Is that it?
18              MS. COLOMBO:  Is that it?
19              THE WITNESS:  All right.  There we
20         go.
21    BY MS. COLOMBO:
22         Q    All right.  Thank you.
23         A    Okay.
24         Q    Okay.  So I believe before we started
25    looking at that my question was:  Do you have any
```

Page 96

1    reason to dispute if TikTok has produced this from

2    your files, that this document was in fact produced

3    from your files?

4                    MR. VIVES:  Object to the form.

5        A      Again, I started in Q4 of 2019, so it

6    looks like this document was produced before my

7    time.  And it is reasonable to say this document was

8    probably shared and is probably archived in some

9    document that I have.

10   BY MS. COLOMBO:

11       Q      Okay.  So this would have been shared

12   with you within the scope of your work at TikTok?

13       A      That's reasonable to say, yes.

14       Q      Okay.  Okay.  And thinking about who the

15   intended audience for a slide deck like this one is,

16   this would have been a presentation that was given

17   to clients; right?

18       A      You -- it is difficult for me to

19   ascertain the audience as this is before I started

20   at the company.

21                    My assessment upon reviewing this

22   document is this -- it is reasonable to say that

23   this would be external for clients.

24                    As to what kind of clients, whether they

25   belong on the sales team or on the -- on the -- the

Page 97

1    content team, I do not know.



Page 98

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 99



```
20        Q     Okay.  Okay.  Let's go to the next slide,
21    slide 14.
22              This slide is titled, Our audience in the
23    U.S.; do you see that?
24        A     I see it.
25        Q     Okay.  On the left side, the slide says,
```

Page 100

1    Generation Z focused; do you see that?

2         A     I see it.



Page 101



Golkow Technologies,
A Veritext Division

Page 102



```
22      Q      Okay.   And on the left side of this slide
23   there are metrics about how users in the U.S. are
24   using TikTok; right?
25      A      Yes.
```

Page 103

1      Q      Okay.  And one of the figures on the left

2    side is that users in the U.S. spend ███ or more

3    minutes per day on TikTok; right?

4      A      From what's in the chart.

5      Q      Okay.  And users in the U.S. open the app

6    more than ███████ times a day; do you see that?

7      A      From what's in the chart.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 125

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16      Q       So I want to pull up Tab 43, please.

17              And this is going to be Exhibit 7.

18                      (Whereupon, Exhibit TikTok        7,

19                      Excel Spreadsheet, Bates-Labeled

20                      TikTok3047 MDL/079/Lark/02217029, was

21                      marked for identification.)

22               MS. COLOMBO:  And Exhibit 7 is a

23              document that was produced by TikTok in

24              this litigation with the Bates number

25              TikTok3047 MDL/079/Lark/02217029.

Page 126

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 127

1       Q       Okay.  And the do you see the create date
2   of this document is listed as 12/29/2019?
3       A       I see it.
4       Q       Okay.  And let's turn back to the
5   printout of the spreadsheet here.
6               Okay.  Now, do you -- I'm sorry.  I'm
7   just having a hard time seeing this.
8               Okay.  Do you see at -- if you are
9   looking at the first row there, if you go towards
10  the right side, there is a row that says EOY 2021;
11  do you see that?
12      A       Yes.
13      Q       Okay.  And "EOY" generally means end of
14  year; right?
15      A       Correct.
16      Q       Okay.  So that says end of year 2021;
17  right?
18      A       Uh-huh.
19      Q       Okay.  So the data in this spreadsheet is
20  the end of year data for the year 2021?
21              MR. VIVES:  Object to the form.
22      A       Maybe.  This document -- A, I don't
23  recognize this document; B, some of these metrics
24  tangentially look like things I hear about at the
25  company.

Page 128

1           But if it says -- if the document has a

2    spread -- a column that says end of year 2021, but

3    it looks like if it was pulled -- pulled from my

4    records on 2019 December, I'm -- I'm not sure on --

5    on the timing, but I -- I can -- I -- I can confirm

6    what you are describing, that there's a column that

7    says end of year 2021.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 129

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 130

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 131

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 132

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 133



Golkow Technologies,
A Veritext Division

Page 134

Q     Okay.  And if you look at the end of year

target for ads revenue, the -- the goal was to make

[REDACTED] in ads revenue; right?

MR. VIVES:  Object to the form.

A     I see what's in the document, yes.

Page 200

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16          MS. COLOMBO:  Okay.  And we can mark

17          the -- the native file for this document

18          as Exhibit 17.

19              (Whereupon, Exhibit TikTok        17,

20              Native File, was marked for

21              identification.)

22  BY MS. COLOMBO:

23      Q    And looking at this first slide, the --

24  the title of this presentation is, TikTok U.S.

25  audience insights; do you see that?

Page 201

1        A      I see it.



Page 202



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 203

1   you see that?

2       A     I see it.

3       Q     Okay.  Let's go to the next slide.

4             It's titled, User demographics; do you

5   see that?

6       A     I see it.

7       Q     Okay.  And this is -- there's a bar graph

8   showing the breakdown of demographics based on the

9   age categories on slide two; you see that?

10      A     I see it.

11      Q     Okay.  And the age group with the most

12  users on TikTok at this time is age 13 to 17; right?

13      A     I just can't --

14            MR. VIVES:  Object to the form.

15      A     Oh.

16  BY MS. COLOMBO:

17      Q     I'm sorry.  What was that, ████?

18      A     What you are showing me here is

19  five years ago.  It is reasonable to say that Gen Z

20  was a very -- a very common topic of conversation

21  with advertisers.

22            And this would be -- at least what this

23  is showing is the bar graph with the highest

24  proportion is the 13 to 17 cohort.

25  ████████████████████████████████████████████

Page 210



Page 211

1        A       I see.

2        Q       Okay.  Okay.  So we can turn back to the

3    beginning of the document.

4                This appears to be a slide deck with the

5    title, TikTok times -- or excuse me, TikTok X ████

6    ████████████

7                Do you see that?

8        A       I do.

9        Q       Okay.

10       A       And it's a very wonderful brand.

11       Q       I agree.

12               So this appears to be a presentation for

13   ███████████████████ right?

14       A       That is correct.

15       Q       Okay.  Okay.  And if you look at page

16   ten --

17

18

19

20

21

22

23

24

25

Page 212

1  ████████████████████████████████████
2  ████████████████████████████████████
3  ████████████████████████████████████
4  ████████████████████████████████████
5  ████████████████████████████████████
6  ████████████████████████████████████
7  ████████████████████████████████████
8  ████████████████████████████████████

9        Q    Okay.  And there is a pie chart on the

10  left -- excuse me, the right side of the page that

11  shows that users aged 13 to 24 make up ██ percent of

12  TikTok's monthly active users; do you see that?

13                MR. VIVES:  Object to the form.

14        A    I see what's on the page and it may be

15  useful to reference the very beginning of the page

16  for ██████ where it looks like in the data here it

17  says, A 18 to 25.  This would suggest that this

18  campaign was trying to target adults 18 to 25.

19  BY MS. COLOMBO:

20        Q    Okay.  I'm going to move to strike that

21  as nonresponsive to my question.

22                But I'm just asking here, this shows

23  ██ percent of TikTok's audience in the U.S. is aged

24  13 to 24; right?

25                MR. VIVES:  Object to the form.

Page 213

1          A      For this document and this slide, for

2     this particular time period, it says March 2019.

3     That's what it shows here.

4              I -- I would encourage you to look at

5     additional documents as this trends over time.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 221

1              MS. COLOMBO:  And we are going to

2          pull up next Tab 35, which is going to be

3          Exhibit 21.

4              (Whereupon, Exhibit TikTok      21,

5          Document, Bates-Labeled TikTok3047

6          MDL-081-02289041, was marked for

7          identification.)

8              MS. COLOMBO:  And that's a document

9          that was produced in this litigation by

10         TikTok with the Bates number

11         TikTok3047 --

12             THE WITNESS:  Okay.

13             MS. COLOMBO:  -- MDL-081-02289041.

14             THE WITNESS:  Okay.

15   BY MS. COLOMBO:

16      Q    And we can look at the custodial file --

17   or the -- excuse me, the metadata first, which is

18   the second to last page.

19          Do you see yourself listed as the

20   custodian there?

21      A    I see.

22      Q    Okay.

23      A    Do you have a date reference?

24      Q    There is a -- I -- I can point you to in

25   the document --

Page 222

1        A      Okay.

2        Q      -- where there's an indication of date.

3               Let me just ask you -- I'll ask you a

4   couple questions first and then you can have an

5   opportunity to look at the -- flip through the

6   document.

7        A      Okay.

8        Q      But looking at this first page, it says,

9   ███████     X TikTok; right?

10       A      It does.

11       Q      Okay.  Little bit of a different look,

12  but kind of the same idea of the two previous

13  documents we looked at, Exhibit 19 and 20; right?

14       A      Yes.  This looks like almost five-,

15  six-year-old documents.

16       Q      Okay.  So I want to look at page ten,

17  which ends in the Bates number -9050.

18               MR. VIVES:  And again, ███████, if

19               you need time to --

20               MS. COLOMBO:  I'm just going to give

21               him an indication of the date of the

22               document.

23               MR. VIVES:  Oh, okay.  Great.

24  BY MS. COLOMBO:

25       Q      Okay.  If you see on this slide under

Page 223



Page 224

1        A        Yes.

2        Q        Okay.  And to the left -- excuse me -- to

3    the right side of the page, it says, ■ percent of

4    our audience is under 34, Gen Z/young

5    Millennial-driven.

6                 Do you see that?

7        A        I see it.

8        Q        And it shows that ■ percent of TikTok's

9    U.S. audience is aged 13 to 17; right?

10       A        I see it.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 226



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24           MS. COLOMBO:  We can pull up Tab 77,

25       which is going to be Exhibit 22.

Page 227

1            (Whereupon, Exhibit TikTok████ 22,
2            Document, Bates-Labeled TikTok3047
3            MDL-016-00353331, was marked for
4            identification.)
5             MS. COLOMBO:  And for the record,
6        this is a document that was produced by
7        TikTok in this litigation with the Bates
8        number TikTok3047 MDL-016-00353331.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 228



Golkow Technologies,
A Veritext Division

Page 229



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                    Page 230
 1    BY MS. COLOMBO:
 2         Q      Okay.  Slide -- slide 20.  Okay.  Page 20
 3    of the PDF, slide 20.
 4         A      Okay.
 5         Q      There is a blue text box in the middle
 6    that says, We reach your current and future
 7    customers at scale.
 8               Do you see that?
 9         A      I see it.
10         Q      Okay.  And if you look at the information
11    contained on this slide, in the middle it says, Gen
12    Z driving trends, brand, and love -- excuse me --
13    driving -- let me start over.
14               Gen Z driving trends, brand love, and
15    ██████████████ in spending power.
16               Do you see that?
17         A      I see it.
18         Q      Okay.  And if you look at the left side
19    of the page, it shows ████████████ of monthly active
20    users on TikTok are aged 13 to 17; right?
21         A      I see it.
22         Q      Okay.  And then on the right side of the
23    page, it says, ████████████ of monthly active users on
24    TikTok are aged 18 to 24; right?
25         A      I see it.
```

Page 231

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 243

1              Exhibit 24.
2                   (Whereupon, Exhibit TikTok- ▐  24,
3                   Document, Bates-Labeled TikTok3047
4                   MDL-018-00364960, was marked for
5                   identification.)
6                   MS. COLOMBO:  And it is a document
7              that TikTok produced in this litigation
8              with the Bates label TikTok3047
9              MDL-018-00364960.
10                  THE WITNESS:  Uh-huh.
11                  MS. COLOMBO:  And yes, that will be
12             Exhibit 24.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 244



Page 245

1  create one-pagers where they would compile content
2  from across various teams, as they would norm- --
3  run in the normal course of business to
4  synthesize -- synthesize different campaign
5  promotions or different topic promotions.
6      Q     Okay.  So this is material that could
7  have been sent to advertising clients?
8      A     It could have been.
9      Q     Okay.  Let's look at some of the content
10  here of the document.
11         The title of the document is, Make back
12  to school cool on TikTok.
13         Do you see that?
14      A     Yes.
15      Q     Okay.  I want to start with the second
16  sentence of that first paragraph.
17         It says, With our audience creating,
18  consuming, and engaging more every day, the platform
19  can expect to see an influx of school supplies and
20  clothing hauls from students and parents alike, tips
21  from teachers on preparing for the new school year,
22  and hilarious content coming straight from the
23  hallways.  And there are endless opportunities for
24  brands to join in on the playground fun.
25         Did I read that correctly?

Page 246

1        A      That's what's written on the -- on the

2     document here.

3        Q      Okay.  I want to look at the center of

4     the page.  On the left-hand side, it says, On TikTok

5     everyone is in attendance.

6               Do you see that?

7        A      I see that.

8        Q      Okay.  It says, Over July through

9     September of 2021, weekly views for hashtag back to

10    school skyrocketed by ███ times from █████████████ in

11    July to █████████████ in September.  This massive jump

12    in viewership can be attributed to TikTok's diverse

13    audience of Gen Z students, "educreators," and

14    parents of children in grade school.

15              Did I read that correctly?

16       A      I see it.

17       Q      Okay.  And then the next portion of this

18    document is entitled -- or has a heading, Class is

19    in session, and the topic is Gen Z shopping.

20              Do you see that?

21       A      I see it.

22       Q      Okay.  And the black box below the text

23    there has some figures; do you see that?

24       A      I see it.

25       Q      Okay.  And it says that Gen Z TikTok

Page 247

1    users are ██ percent more likely -- or excuse me --

2    ██ times more likely than other platform users to

3    discover new brands and products on the platform.

4              Do you see that?

5        A    I see it.

6        Q    Okay.  And it says on the left side that,

7    Gen Z TikTok users are ██ times more likely than

8    other platform users to feel excited or euphoric

9    about retail purchases.

10             Do you see that?

11       A    I see it.

12       Q    Okay.  And let's go down to the next

13   section, which is called -- the heading for that

14   is -- actually, we can skip over the middle one and

15   go to the group project TikTok.

16             It reads, Part of the fun of making an

17   original TikTok is getting friends to join in and

18   this is especially true for our Gen Z users with

19   40 percent of those creating original content on

20   TikTok doing so with someone else.  Between classes,

21   during lunch, and after that final bell rings, Gen Z

22   users on TikTok are pulling the squad together to

23   dance, participate in trends, and create on TikTok.

24             Did I read that correctly?

25       A    That's what you have in the document.

Page 248

```
 1      Q      Okay.  And there are some figures there.
 2             The first one being, ███ percent of Gen Z
 3    users who learn new dances from TikTok do so with
 4    someone else.
 5             Do you see that?
 6      A      I see it.
 7      Q      The second is, ███ percent of Gen Z users
 8    who participate in trends or pranks do so with
 9    someone else.
10             Do you see that?
11      A      I see it.
12      Q      And ███ percent of Gen Z users who
13    participate in hashtag challenges do so with someone
14    else.
15             Do you see that?
16      A      I see it.
17      Q      Okay.  And the last section on the page
18    is titled -- or has a heading, The TikTok Study
19    Guide.
20             And it says, When it comes to creating
21    back-to-school content for TikTok, we have a few
22    A-plus study tips that will take your brand above
23    and beyond.
24             And the -- I want to look at the middle
25    one, which is, Meet your classmates.
```

Page 249

1           It says, Niche communities thrive and

2     drive business on TikTok, tune into college life,

3     teacher -- or excuse me -- tune into hashtag college

4     life, hashtag teacher life, hashtag high school, and

5     more to understand our unique audiences' interests

6     and behaviors.  You'll be the coolest kid in school

7     in no time.

8           Do you see that?

9       A     I see it.



Page 382

1              C E R T I F I C A T E

2         I hereby certify that I am a Notary Public,

3    in and for the State of New York, duly commissioned

4    and qualified to administer oaths.

5         I further certify that the deponent named in

6    the foregoing deposition was by me duly sworn, and

7    thereupon testified as appears in the foregoing

8    deposition; that said deposition was taken by me

9    stenographically in the presence of counsel and

10   reduced to typewriting under my direction, and the

11   foregoing is a true and accurate transcript of the

12   testimony.

13        I further certify that I am neither of

14   counsel nor attorney to any of the parties to said

15   suit, nor am I an employee of any party to said

16   suit, nor of any counsel in said suit, nor am I

17   interested in the outcome of said cause.

18        Witness my hand and seal as Notary Public

19   this 25th day of March, 2025.

20

21   _____

22                   Clifford Edwards

23   New York Notary ID Number:  01ED6430906

24   Notary commission expires:  3/28/2026

25