# AMENDED Exhibit 443

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation





# ENGAGING + EMPOWERING TODAY'S DIGITAL FAMILIES

Collaborating with National PTA to help ByteDance create credible connections with parents and deliver education that helps everyone in the family thrive online

NATIONAL PTA + ByteDance (for TikTok)
**PROPOSED ALLIANCE**

Confidential

TIKTOK3047MDL-024-LARK-00034127



Confidential



ByteDance (for TikTok) can become part of _PTA Connected_, a major year-round initiative to engage, educate, and empower today's digital families—with a focus in the areas of online access and equity, safety, security, literacy, and citizenship.

ByteDance will be able to leverage a formal alliance with National PTA to better understand parental perceptions about TikTok; promote safe youth behavior online; put out helpful, relevant, credible co-branded resources for families; and help power high-profile _PTA Connected_ community events that guide parents and kids to have productive, positive discussions.

Confidential



Confidential



Confidential



Confidential

# WHO PTA

- **National PTA**
  - 54 State PTAs (includes Puerto Rico, Virgin Islands, DC, Europe)
  - 8,000 Council PTAs (Regional/District)
  - 24,000 Local PTAs (School Affiliated)
  - 4 Million paid members; serve 16.2 million families
  - 55% Title 1 / Serve K-12

- Proud National PTA Sponsors include Google, Lysol, AT&T, Bayer, Microsoft, Facebook, Mathnasium, Symantec

- Examples of Sponsored National PTA Initiatives:
  - STEM + Families
  - Reflections



Confidential

TIKTOK3047MDL-024-LARK-00034133



Confidential