**AMENDED Exhibit** ███

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

CONFIDENTIAL

```
                                             Page 1

 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3     -------------------------------

 4     IN RE: SOCIAL MEDIA ADOLESCENT Case No.

 5     ADDICTION/PERSONAL INJURY       4:22-MD-03047-YGR

 6     PRODUCTS LIABILITY LITIGATION  MDL No. 3047

 7     ----------------------------------------------------

 8        SUPERIOR COURT OF THE STATE OF CALIFORNIA

 9                 COUNTY OF LOS ANGELES

10                 UNLIMITED JURISDICTION

11     -------------------------

12     Coordination Proceeding   Judicial Council

13     Special Title(Rule 3.550) Coordination Proceeding

14     SOCIAL MEDIA CASES         No. 5255

15     -------------------------

16     This Document Relates to:

17     ALL ACTIONS

18     ------------------------- VOLUME I

19        CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

20        VIDEO-RECORDED DEPOSITION OF  ███████████

21              Tuesday, March 11, 2025

22                 10:08 AM EST

23

24     Reported by:  Denise Dobner Vickery, CRR, RMR

25     JOB NO.: 7101211
```

CONFIDENTIAL

Page 19

1          Exhibit 1.)

2                    DOCUMENT TECH:  Exhibit 1.

3    BY MS. YEATES:

4          Q.       Can you see that, ███████████?

5          A.       Not really.  It's -- that's a

6    little bit better.  Thank you.

7          Q.       I'll represent to you that I

8    downloaded this from your LinkedIn page.

9                    Can you confirm that this is your

10   LinkedIn profile?

11         A.       That looks right, yes.

12         Q.       Okay.  And at the bottom of your

13   profile, it states that you attended Cardozo

14   School of Law and obtained a JD; is that

15   correct?

16         A.       Yes.

17         Q.       Have you ever practiced law?

18         A.       No.

19         Q.       If you look at the top of your

20   profile, you're currently employed by TikTok; is

21   that right?

22         A.       Yes.

23         Q.       And you began working at TikTok

24   six years ago in February 2019; is that correct?

25         A.       Yes.

CONFIDENTIAL

Page 20

1      Q.      And the first person -- excuse me.

2              The first position that you held

3   at TikTok was ███████████████████████; is that

4   right?

5      A.      Yes.

6      Q.      And who did you report to in that

7   position?

8      A.      ████████████.

9      Q.      In September 2022, you became the

10  ████████████████████████████████; is that

11  correct?

12     A.      I can't remember the exact date,

13  but that that sounds accurate, yes.

14     Q.      Was that a promotion?

15     A.      Yes.

16     Q.      Is that your current position at

17  TikTok, █████████████████████████?

18     A.      Yes, it is.

19     Q.      Who do you report to in this

20  position?

21     A.      ██████████████████.

22     Q.      And what is his title?

23     A.      ██████████████████████, I

24  think, of the Americas maybe.

25     Q.      And who does ███████████ report

CONFIDENTIAL



Page 21

1    to?

2         A.    ▮▮▮▮▮▮▮.

3         Q.    And what is his title?

4         A.    ▮▮▮▮ TikTok.

CONFIDENTIAL

Page 22

```
 1  ████████████████████████████████████████
 2  ████████████████████████████████████████
 3  ████████████████████████████████████████
 4  ████████████████████████████████████████
 5  ████████████████████████████████████████
 6  ████████████████████████████████████████
 7  ████████████████████████████████████████
 8  ████████████████████████████████████████
 9  ████████████████████████████████████████
10  ████████████████████████████████████████
11  ████████████████████████████████████████
12  ████████████████████████████████████████
13  ████████████████████████████████████████
14  ████████████████████████████████████████
15  ████████████████████████████████████████
16  ████████████████████████████████████████
17  ████████████████████████████████████████
18  ████████████████████████████████████████
19  ████████████████████████████████████████
20              MS. YEATES:  Can we pull up
21      tab 131 and mark it as Exhibit 2, please.
22              (Document marked for
23      identification as TikTok-████████
24      Exhibit 2.)
25              DOCUMENT TECH:  Exhibit 2.
```

CONFIDENTIAL

Page 23

1              MS. YEATES:  Yes.  Thank you.

2    BY MS. YEATES:

3         Q.      ████████████, do you recognize

4    this document?

5         A.      Yes.

6         Q.      Okay.  And it was produced from

7    your custodial file.

8                 Do you understand that?

9         A.      Yes, I do.

10        Q.      The metadata shows that this

11   document is dated March 22, 2023.

12                Does that sound right?

13        A.      Yes.

14        Q.      Okay.  And the title is █ Cross

15   Panel Review; correct?

16        A.      Yes.

17        Q.      And what is █ Cross Panel Review?

18        A.      ████████████.  I think I

19   titled this myself.  A cross panel review is

20   what's required at TikTok to be considered for a

21   promotion at higher levels.

22        Q.      You drafted this document?

23        A.      Yes.

24        Q.      If you look at the section titled

25   Background, it starts with:

CONFIDENTIAL

Page 24

1              "I've been a proud TikTok employee

2    for over four years, making me one of the most

3    tenured employees in the United States."

4              Right?

5        A.        Correct.

6        Q.        Okay.  And then it goes on to say:

7              "I established, located and

8    staffed the initial DC office and started all of

9    our policy and political outreach."

10             Correct?

11       A.        Yes.

12       Q.        Okay.  And then at the bottom of

13   that section you write:

14             "My external title has been

15   elevated from ███████████████████████ to

16   ███████████████████████ to reflect my

17   senior role for external facing audiences."

18             Right?

19       A.        Yes.

20       Q.        And the next section is titled

21   Vision for the Region.

22             Do you see that?

23       A.        Yes.

24       Q.        Can you read the first four

25   sentences of that section into the record,

CONFIDENTIAL

Page 25

1  please?

2        A.        Sure.

3               "I lead the ███████████████

4  ████████████████████████  inside of U.S. Public

5  Policy.  I currently have two direct reports

6  with two more being hired.  I am responsible for

7  all policy and lobbying work across the 50 U.S.

8  States and local jurisdictions.  Additionally, I

9  am the lead lobbyist in states and am

10 responsible for hiring external teams of

11 lobbyists in 19 states, such as New York,

12 California, Texas, Florida and more to protect

13 our interests there."

14       Q.        And the next sentence, please?

15       A.        Sure.

16              "These lobbyists help us to

17 strategically identify, rank order and engage on

18 the thousands of state bills that are introduced

19 every state legislative session."

20       Q.        And it's describing part of your

21 role at TikTok and your vision for the region;

22 right?

23       A.        Yes.

24       Q.        Okay.  Let's turn to page 8 at

25 Bates 713442.

CONFIDENTIAL

Page 26

 1              The bottom of this page, there's a
 2    section titled Strategize with Senior Leadership
 3    on Policy Issues that Influence the
 4    Organization.
 5              Do you see that?
 6        A.        Yes.
 7        Q.        And can you read the first bullet?
 8        A.        Yes.
 9              "I began this workstream by
10    helping to prepare ██████████████ for his
11    Senate testimony.  I was chosen for this role
12    owing to my experience meeting with members of
13    Congress and their staff, and my deep
14    institutional knowledge of the company.
15        Q.        And the second bullet.
16        A.        It's cut off here, but the part I
17    can see.
18              "Because of my value in this role,
19    ██████████ chose me to be a key member of
20    additional executive team member prep sessions.
21    I was on a handful of staff to be in a small
22    group.
23        Q.        Can we go to the next page.
24        A.        "Setting to prepare ██ for the
25    Senate hearing in multiple final weeks of

CONFIDENTIAL

Page 27

1   'murderboard' sessions."

2           Q.        Who is ▮?

3           A.        ████████████████████

4   ██████████

5           Q.        And what is his full name?

6           A.        ████████████████████

7   ██████.

8           Q.        And what is a murderboard?

9           A.        A prep session.

10          Q.        Murderboard refers to prep

11  sessions to prepare for testimony before

12  Congress; is that right?

13          A.        In this case Congress.  It can be

14  other -- other venues or types of preparation.

15          Q.        Can you read the fourth and fifth

16  bullets, please.

17          A.        Are those the one where you're

18  curser is?

19          Q.        Yes.

20          A.        Oh, those two.  Sure.

21                    "I was next tasked with preparing

22  ██████  for his DC NGO meetings, where he briefed

23  our external partners on Project T and began

24  meeting with DC policy press.

25                    "All of the above led to my most

CONFIDENTIAL

Page 28

1   recent assignment, joining the █████████

2   'murderboard' sessions for his House hearing.  I

3   played the role of both Democrat and Republican

4   Congressmen, asking difficult questions in a

5   hostile manner to prepare him for his

6   testimony."

7        Q.      And ████████ is referring to TikTok's

8   ████████████████████  correct?

9        A.      Yes.

10       Q.      Which House hearing were you

11   preparing for ██████████ for this at this time?

12       A.      The House Energy and Commerce

13   Committee hearing.

14       Q.      And what was he testifying about?

15       A.      They asked him a wide range of

16   questions pertaining to the company and his role

17   as ██████████

18       Q.      And part of your role at TikTok

19   was to interface and prep high-level executives

20   for testimony, including Congressional

21   testimony; correct?

22       A.      As assigned, it was a relatively

23   small portion of my responsibility, but when

24   asked to participate, I did.

25   ███████████████████████████████████████████████

CONFIDENTIAL

Page 50

22  BY MS. YEATES:

23        Q.        Can we please go to the message

24  Bates ending 4722, on September 24, 2019 with a

25  19:21 time stamp.

Page 51

 1             Can you read what you wrote to
 2  ██████████  there?
 3      A.       Yes.
 4             "Talked to the PTA people again.
 5  They need a few months to plan good events, and
 6  Safer Internet Day is kind of the huge
 7  bellwether in the beginning of next year.  That
 8  makes sense.  If we want, they'd deassociate
 9  some of the regional how-to TikTok events and
10  have them be spaced out later in the year, but
11  they argue against it."
12      Q.       And then you sent another message
13  right after that.
14             Can you read that message as well?
15      A.       Sure.  One second.  Let me just
16  move you on mine.
17             "They'll also do whatever we want
18  going forward in the fall after we're all signed
19  off.  They'll announce things publicly.  Their
20  CEO will do press statements for us.  They'll
21  co-brand Connect Safely's 'How to TikTok Guide.'
22  If we want them involved with a GLAAD project,
23  they'll do that."
24      Q.       Okay.  National PTA; correct?
25      A.       Sorry.  You broke up a little bit.

CONFIDENTIAL

Page 52

1   Can you repeat?

2          Q.      The "they" in this message is

3   National PTA; correct?

4          A.      I believe so, yes.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Golkow Technologies,
A Veritext Division

CONFIDENTIAL

Page 55

```
 1  ████████████████████████████████████████
 2  ████████████████████████████████████████
 3  ████████████████████████████████████████
 4                MS. YEATES:  Can you please
 5         pull up tab 3.1.  Mark this as Exhibit 7.
 6                      (Document marked for
 7         identification as TikTok███████████
 8         Exhibit 7.)
 9                DOCUMENT TECH:  ███████████  7.
10  BY MS. YEATES:
11         Q.        And,███████████, at the bottom,
12  this document states sponsorship agreement
13  National PTA and ByteDance.
14                Do you see that?
15         A.      I do.
16         Q.      And do you recognize this as the
17  signature page for the sponsorship agreement in
18  2019?
19         A.      I do, yes.
20         Q.      And you executed this 2019
21  sponsorship agreement between ByteDance and
22  National PTA; correct?
23         A.      Yes, correct.
24         Q.      And you executed it on October 15,
25  2019; right?
```

CONFIDENTIAL

Page 56

1          A.         That's the date I see there, yes.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 57

1

2

3

4          Q.          And the second bullet under Fall.

5                  "National PTA will provide grants

6      to the field made possible by ByteDance."

7                  Correct?

8          A.          Yes.

9          Q.          And right above that in bullet 1,

10     the scope of work includes:

11                 "National PTA and ByteDance will

12     have a planning meeting with a focus on

13     developing a work plan to meet the obligations

14     of the agreement, to include: discussion of

15     creating, reviewing, and/or co-branding TikTok

16     educational resources; grant process; and a

17     state PTA Reflections pilot."

18                 Correct?

19         A.          Yes.

20         Q.          Will you look at Late Fall/Winter.

21                 "National PTA and ByteDance will

22     collaborate to produce and provide resources to

23     grantees on how to be a TikTok content creator

24     for PTAs who opt-in to Safer Internet Day

25     experiences."

CONFIDENTIAL

Page 58

1              Correct?

2       A.      Yes.

3       Q.      Let's take a look at Schedule B at

4  Bates 78241, and schedule B is titled

5  Promotional Scope of Work (October 2019 through

6  September 2020); right?

7       A.      Yes.

8       Q.      Under General at Section 1.1.

9              "Throughout the Term, PTA will

10 feature ByteDance on the 'sponsors and partners'

11 acknowledgement web page within the PTA website

12 and link back to ByteDance's designated web

13 page."

14              Right?

15      A.      Yes.

16      Q.      Go down to Section 2. PTA

17 Connected, please.

18              The last sentence of Section 2.2

19 states:

20              "No mention may be made of the

21 total financial investment ByteDance is making

22 to support this program."

23              Correct?

24      A.      Yes, that's what it says.

25              MS. YEATES:  Go to tab 5,

CONFIDENTIAL

Page 59

```
 1        please.  Display it, please.
 2                    DOCUMENT TECH:  ███████    8.
 3                    (Document marked for
 4        identification as TikTok-██████
 5        Exhibit 8.)
 6   BY MS. YEATES:
 7        Q.       ████████████, do you recognize
 8   this document?
 9        A.       I need a second to take a look at
10   it, please.
11        Q.       Sure.
12        A.       (Reviews document.)
13                 I don't recognize it, no.
14        Q.       You understand it was produced
15   from your custodial file at TikTok; correct?
16        A.       Yes.
17        Q.       If we look at the top, this is an
18   e-mail from an ████████████ at TikTok to ████
19   ███████ at National PTA, cc'ing you and some
20   others at PTA and TikTok; correct?
21        A.       Yes.
22        Q.       Will you please go to the last
23   page of the document, which is the first e-mail
24   in the chain.
25                 Yes, it starts at the bottom
```

CONFIDENTIAL

Page 60

```
 1    there.  Thank you.
 2                 And this e-mail was written by
 3    ████████████  at National PTA on April 13, 2020;
 4    correct?
 5         A.      That's what it says there, yes.
 6         Q.      ████████████  says:
 7                 "Happy Monday!  I feel like this
 8    is going to be a huge week for PTA and TikTok."
 9                 Right?
10         A.      Yes.
11         Q.      And then she provides a working
12    list with bullets.
13                 Do you see that?
14         A.      I do.
15         Q.      And the first bullet says:
16                 "Is it still the plan to put up
17    the newsroom post tomorrow (Tuesday) on TikTok
18    announcing the COVID-19 relief commitments to
19    National PTA, both the ████████  direct to PTA
20    and the matching donation?"
21                 Is that right?
22         A.      It says that, yes.
23         Q.      And this indicates that TikTok
24    provided ████████ directly to National PTA in
25    2020; is that correct?
```

CONFIDENTIAL

Page 61

1      A.      Yeah.  During COVID, TikTok gave a

2  number of contributions unrestricted to

3  different partners.  I was thrilled that PTA was

4  a recipient of ███████████  of those funds.

5              MS. YEATES:  Can we go to tab

6      13, please.

7              DOCUMENT TECH:  ███████████ 9.

8              (Document marked for

9      identification as TikTok-████████

10     Exhibit 9.)

11             MS. YEATES:  Thank you.

12  BY MS. YEATES:

13     Q.      ███████████, do you recognize

14  this document?

15     A.      I don't, no.

16     Q.      You understand it was produced by

17  TikTok from your custodial file?

18     A.      Yes, I do.

19     Q.      And if you look at the top, this

20  is a June 10, 2020 e-mail from ███████████ at

21  National PTA to you; correct?

22     A.      Yes, it is.

23

24

25

Page 62



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 63

```
 1
 2
 3        Q.        And ▮▮▮▮▮▮▮  writes to ▮▮▮▮
 4  ▮▮▮▮▮▮  at National PTA:
 5                  "Thank you again for your help in
 6  promoting the IL PTA editorial last month
 7  examining the value of TikTok's family pairing
 8  feature and the app's over-rearching 'trust and
 9  safety' priorities."
10                  Right?
11        A.        It says that, yes.
12                  MR. DRAKE:  Objection.  I
13       think it was misread but...
14                  MS. YEATES:  Strike that.
15       I'll do it again.  Thank you.
16                  MR. DRAKE:  Yeah.
17  BY MS. YEATES:
18        Q.        On June 10, 2020 ▮▮▮▮▮▮▮▮  at
19  National PTA and stated:
20                  "Thank you again for your help in
21  promoting the IL PTA editorial last month
22  examining the value of TikTok's family pairing
23  feature and the app's overarching 'trust and
24  safety' priorities."
25                  Correct?
```

CONFIDENTIAL

Page 64

1          A.          It says that, yes.

2          Q.          Okay.  And then ████████████

3     continued:

4                      "████████████████          over at TikTok

5     found that to be of enormous value and has

6     encouraged my team to work on duplicating that

7     effort in some additional states."

8                      Right?

9          A.          It says that, yes.

10    ████████████████████████████████████████████

11    ████████████████████████████████████████████

12    ████████████████████████████████████████████

13    ████████████████████████████████████████████

14    ████████████████████████████████████████████

15    ████████████████████████████████████████████

16    ████████████████████████████████████████████

17    ████████████████████████████████████████████

18    ████████████████████████████████████████████

19    ████████████████████████████████████████████

20    ████████████████████████████████████████████

21    ████████████████████████████████████████████

22    ████████████████████████████████████████████

23    ████████████████████████████████████████████

24    ████████████████████████████████████████████

25    ████████████████████████████████████████████

CONFIDENTIAL

Page 90

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11                    MS. YEATES:  Can you pull up
12        tab 29.1 and mark it as Exhibit 15,
13        please.
14                    (Document marked for
15        identification as TikTok-
16        Exhibit 15.)
17                    DOCUMENT TECH:            15.
18  BY MS. YEATES:
19        Q.        And,              , Exhibit 15 was
20  linked as an attachment to that Lark chat we
21  were just looking at in Exhibit 14.
22                  Do you understand that?
23        A.        If you say so, sure.
24        Q.        Do you recognize this document?
25        A.        I don't.
```

CONFIDENTIAL

Page 91

1      Q.        Do you understand that it was
2   produced as part of your custodial file and
3   attached to the Lark chat; correct?
4      A.        If you say so, yes.
5      Q.        And the title of this document is
6   2024-2025_TikTok_National PTA Sponsorship
7   Agreement_Draft; correct?
8      A.        Yes.
9      Q.        And it states:
10                "The Sponsorship Renewal Agreement
11   (this Agreement) is effective as of March 1,
12   2024 (the Effective Date) by and between TikTok
13   Inc. (Sponsor or TikTok) and National Congress
14   of Parents and Teachers (Organizer or National
15   PTA)."
16                Correct?
17      A.        Correct.
18      Q.        And if we go to Section 2 at Fee:
19   Invoice it states:
20                "Fee.  As the only consideration
21   due to Organizer related to the Purpose, Sponsor
22   will pay Organizer a total amount equal to ███
23   ███████████████        (the Fee)."
24                Correct?
25      A.        Yes.

CONFIDENTIAL

Page 92

1          Q.          And so in 2024, TikTok was paying
2     National PTA ██████████; correct?
3                          MR. DRAKE:  Object to form.
4                          THE WITNESS:  I have to look
5              to see what ultimately got executed, but
6              that sounds to be the right ballpark.
7     BY MS. YEATES:
8          Q.          That's definitely more than TikTok
9     had paid to National PTA in previous years;
10    right?
11                         MR. DRAKE:  Object to form.
12                         THE WITNESS:  I don't recall
13             the numbers year-over-year.
14    BY MS. YEATES:
15         Q.          Do you recall there being a
16    substantial increase in the amount that TikTok
17    paid to National PTA in the 2024 year?
18                         MR. DRAKE:  Object to form.
19                         THE WITNESS:  My recollection
20             is that the work that we were doing with
21             PTA was important, effective work, and a
22             higher sponsorship amount could mean more
23             of that type of work, which I was
24             supportive of.
25    BY MS. YEATES:

Page 93

1        Q.        I'll move to strike that as
2    nonresponsive.
3                  Do you recall in 2024 that TikTok
4    substantially increased its funding to National
5    PTA?
6                       MR. DRAKE:  Object to form.
7                       THE WITNESS:    I believe we
8          increased the amount we paid to National
9          PTA, yes.
10   BY MS. YEATES:
11       Q.        Let's turn to Schedule A at Bates
12   624489, and this is titled Schedule A: Scope of
13   Work; correct?
14       A.        Yes.
15       Q.        And at 1.1 this notes that the PTA
16   website will link back to TikTok's website;
17   correct?
18       A.        It says to "TikTok's designated
19   web page."
20       Q.        Turn to Section 8 at 624493,
21   please.
22                  This section is titled TikTok-PTA
23   Events; correct?
24       A.        Yes.
25       Q.        And under A, Community-Level/

CONFIDENTIAL

Page 94

1    Campus Marquee Events, it states:

2                "National PTA will produce up to

3    five marquee community-level/campus events

4    exclusively with TikTok as official sponsor and

5    cohost, to be held in locations within the

6    contiguous United States selected by National

7    PTA with input from TikTok."

8                Correct?

9         A.      Yes.

10        Q.      Can we go to Section 9, please.

11                Section 9 is titled PR/Media and

12   PTA Storytelling; correct?

13        A.      Yes.

14        Q.      And the A under that section, it

15   states:

16                "Organizer will make a National

17   PTA spokesperson available to provide positive

18   but non-endorsing quotes or statements regarding

19   TikTok's sponsorship of PTA, regarding PTA

20   Connected and related activities/educational

21   themes tied to this scope."

22                Right?

23        A.      Yes.

24                MS. YEATES:  Okay.  We can

25        take that down.  Thank you.

Page 114



CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11          MS. YEATES:  Can we pull up

12     tab 65.1, please.

13               DOCUMENT TECH:          23.

14               (Document marked for

15     identification as TikTok-

16     Exhibit 23.)

17  BY MS. YEATES:

18      Q.                   , Exhibit 23 was

19  produced as an attachment to the Lark chat

20  between you and          that we just viewed

21  Exhibit 22.

22               Do you understand that?

23      A.       If you say so, yes.

24      Q.       And this document is titled

25  TikTok Teen Education and Awareness Program and

Page 116

1    dated May 2023; correct?

2         A.      Yes, that's accurate.

3         Q.      Under Objective it states:

4                 "TikTok and Common Sense Networks

5    (CSN) have shared interest in collaborating on

6    the well-being of TikTok's teen users.  The

7    objective is to deliver an education and

8    awareness program designed to educate parents,

9    educators, teens, and the industry on TikTok's

10   teen experience and empower teens to take

11   ownership of their digital lives."

12                Correct?

13        A.      That's what it says, yes.

14        Q.      And TikTok worked with Common

15   Sense Networks to develop materials to be shared

16   with schools, parents and teens; right?

17        A.      I'm sorry.  Could you repeat that

18   question?

19        Q.      TikTok worked with Common Sense

20   Networks to develop materials to be shared with

21   schools, parents and teens; correct?

22        A.      I don't believe so, no.

23        Q.      Under this objective, the

24   objective between TikTok and Common Sense

25   Networks is to deliver an education and

CONFIDENTIAL

Page 117

1    awareness program to educate parents, educators,

2    and teens; correct?

3                    MR. DRAKE:  Object to form.

4                    THE WITNESS:  That's what the

5         line says, yes.

6                    MS. YEATES:  Can you pull up

7         tab 17, please.

8                    DOCUMENT TECH: ███████    24.

9                    (Document marked for

10        identification as TikTok-██████

11        Exhibit 24.)

12   BY MS. YEATES:

13        Q.    ███████████, do you recognize

14   this document?

15        A.        Let me look through it.

16                  (Reviews document.)

17                  No, I don't.

18        Q.        You understand that TikTok

19   produced this document as part of your custodial

20   file; correct?

21        A.        If you say so, yes.

22        Q.        And the metadata shows this

23   document is dated June 10, 2020.

24                  Do you have any reason to dispute

25   that?

CONFIDENTIAL

Page 118

1        A.        If you say so, no.

2        Q.        And the document is titled TikTok

3    Who We Are; right?

4        A.        That's what it says at the top,

5    yes.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 119

1

2

3

4

5      Q.      In the next bullet:

6              "TikTok has a partnership with

7    ConnectSafely, a Silicon Valley,

8    California-based nonprofit organization

9    dedicated to educating users of connected

10   technology about safety, privacy and security.

11   We engaged ConnectSafely to draft and publish a

12   'Parent's Guide to TikTok' as well as to work

13   together on important issues and events such as

14   Safer Internet Day."

15              Correct?

16      A.      That's what it says there, yes.

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 125

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
```

11          MS. YEATES:  Can you pull up

12      118.2, please.

13              DOCUMENT TECH:              27.

14              (Document marked for

15      identification as TikTok-

16      Exhibit 27.)

17  BY MS. YEATES:

18      Q.              , Exhibit 27 is a

19  document that was attached to the Lark chat

20  between you and your colleagues at Exhibit 25.

21              Do you understand that?

22      A.       If you say so, yes, I do.

23      Q.       And the title of the document is

24  CLF - Curriculum Integration Program:

25  Partnership Strategies, with a date of April 28,

CONFIDENTIAL

Page 126

1  2020; is that right?

2      A.      I see that there, yes.

3      Q.      Under Context, at the last

4  sentence it states:

5          "As a mobile app already popular

6  with high school and college students, TikTok is

7  uniquely well-positioned to be an urgently

8  needed solution for teachers and students across

9  the income spectrum, in a variety of school

10  contexts."

11          Correct?

12      A.      That's what it says there, yes.

13      Q.      Okay.  And the next section under

14  Curriculum Integration Program Goals, the goals

15  include:

16          "Make TikTok a meaningful tool for

17  classroom educators during distance learning and

18  beyond.

19          "Create opportunities for teachers

20  to build curricular content on TikTok at scale.

21          "Inform the development of tools

22  and features that make TikTok an essential

23  platform for educators and learners."

24          Did I read that correctly?

25      A.      Yes, you did.

CONFIDENTIAL

Page 157



CONFIDENTIAL

Page 158

1　■■■■■■■■■■■■■■■■■■■■■■■■■

2　■■■■■■■■■■■■■■■■■■■■■■■■■

3　■■■■■■■■■■■■■■■■■■■■■■■■■

4　■■■■■■■■■■■■■■■■■■■■■■■■■

5　■■■■■■■■■■■■■■■■■■■■■■■■■

6　■■■■■■■■■■■■■■■■■■■■■■■■■

7　■■■■■■■■■■■■■■■■■■■■■■■■■

8　■■■■■■■■■■■■■■■■■■■■■■■■■

9　　　　Q.　　　We can go to the first e-mail in

10　the chain at Bates 4317189.

11　　　　　　　At the very bottom, there's an

12　e-mail from you on April 3, 2020 to ■■■■■

13　■■■■■■ at National PTA, and you say:

14　■■■■■■■■■■■■■■■■■■■■■■■■■

15　■■■■■■■■■■■■■■■■■■■■■■■■■

16　■■■■■■■■■■■■■■■■■■■■■■■■■

17　■■■■■■■■■■■■■■■■■■■■■■■■■

18　■■■■■■■■■■■■■■■■■■■■■■■■■

19　　　　　　　Right?

20　　　　A.　　　I see that written there, yes.

21　　　　Q.　　　And ■■■■■■■■ from the National

22　PTA writes back to you that same day and says:

23　■■■■■■■■■■■■■■■■■■■■■■■■■

24　■■■■■■■■■■■■■■■■■■■■■■■■■

25　■■■■■■■■■■■■■■■■■■■■■■■■■

CONFIDENTIAL



Page 159

4             Correct?

5      A.      I do see that, yes.

CONFIDENTIAL

Page 174

16    MS. YEATES:  Can you pull up

17    123.2, please.

18    DOCUMENT TECH:       39.

19    (Document marked for

20    identification as TikTok-

21    Exhibit 39.)

22  BY MS. YEATES:

23    Q.    Do you recognize the document that

24  has been marked as Exhibit 39?

25    A.    I do not.

CONFIDENTIAL

Page 175

1        Q.        You understand that this document
2    was produced by TikTok from your custodial file;
3    correct?
4        A.        If that's what you say, yes, I do.
5        Q.        And it was linked to the previous
6    exhibit as an attachment to the Lark chat that
7    we were just looking at?
8        A.        If that's what you say.
9        Q.        (Audio dysfunction).
10                 Do you understand that?
11       A.        Yes.  Sorry.  If that's what you
12   say, yes, I do.
13       Q.        The document is titled PTA email:
14   monthly challenges; right?
15       A.        Yes, with the challenges in
16   quotation marks.
17       Q.        And it says:
18                 "Dear PTA Leaders:  Some of you
19   may be aware of various lists circulating of
20   offline team dares that are being suggested as
21   future TikTok challenges.  Several PTAs have
22   reached out to National PTA and TikTok to flag
23   these lists, and we wanted to share message from
24   ████████████████ and ███████████, who are PTA's
25   primary contacts at TikTok with these lists."

CONFIDENTIAL

                                                    Page 176

1            Correct?

2       A.        Only to add that, again, TikTok

3   challenges is in quotation marks but, again,

4   correct.

5       Q.        And the message that the National

6   PTA is sharing from you and ████████ at TikTok

7   is posted in the next paragraph; correct?

8       A.        That's the next paragraph of the

9   text is here, yes.

10      Q.        And can you read that, please?

11      A.        Sure.

12                The first not highlighted

13   paragraph?

14      Q.        Correct.

15      A.        Sure.

16                "We are hearing of offline teen

17   dares being suggested as future 'TikTok

18   challenges' and want to be clear - dangerous

19   challenges and illegal behavior are not allowed

20   on our platform and will be removed.  While we

21   do not currently see evidence of these supposed

22   'challenges' on our platform, our safety teams

23   have and will continue to work tirelessly to

24   enforce our Community Guidelines and remove

25   violative content, including content promoted --

CONFIDENTIAL

Page 177

1    promoting 'devious licks.'  We expect teens to

2    use common courtesy whether they are online or

3    offline."

CONFIDENTIAL

Page 184



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 185



CONFIDENTIAL

Page 186



CONFIDENTIAL

Page 187



CONFIDENTIAL

Page 188



Golkow Technologies,
A Veritext Division

CONFIDENTIAL

Page 189

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12       Q.        Before we go back to the first
13   page, can you read the message from TikTok on
14   teen safety that was sent out on the PTA
15   newsblast on October 2nd?
16       A.        This last big paragraph here at
17   the bottom?
18       Q.        Yes.
19       A.        Sure.
20                 "A message from TikTok: Teen
21   Safety:
22                 "We are hearing of offline teen
23   dares being suggested as future 'TikTok
24   challenges' and want to be clear: dangerous
25   challenges and illegal behavior are not allowed
```

CONFIDENTIAL

Page 190

1    on our platform and will be removed.  While we

2    do not currently see evidence of these supposed

3    'challenges' on our platform, our safety teams

4    have and will continue to work tirelessly to

5    enforce our Community Guidelines and remove

6    violative content, including content promoting

7    'devious licks.'  We expect teens to use common

8    courtesy whether they're offline -- sorry --

9    whether they're online or offline.  TikTok is

10   committed to reaching parents and guardians by

11   supporting messages on the importance of ongoing

12   conversations with teens about being good

13   citizens online and offline, as we are doing

14   through our collaboration with National PTA.  We

15   want to make you aware of the TikTok Guide for

16   Parents we created with National PTA, as it

17   contains critical information about the parental

18   controls available to families on TikTok as well

19   as digital safety information."

20        Q.        ███████████████, do you recall that

21   you and ███████████ had provided this statement

22   to National PTA?

23        A.        I don't recall, no.

24        Q.        Can we pull up Exhibit 39, please.

25   ███████████████, we looked at

CONFIDENTIAL

Page 191

1  Exhibit 39 earlier and in the first paragraph it
2  states that the National PTA wanted to share a
3  message from ███████████████ and ████████████ with
4  state PTAs; correct?
5        A.      I see that first paragraph, yes.
6        Q.      And are the next two paragraphs
7  identical to the paragraph that you just read in
8  Exhibit 41 that was sent out with the PTA
9  newsblast on October 2nd?
10       A.      I would need to see them side to
11  side to make sure that they were identical.
12                  MS. YEATES:  TJ, are you able
13        to do that?
14                  DOCUMENT TECH:  Side to side
15        with Exhibit 40?
16                  MS. YEATES:  41.
17                  DOCUMENT TECH:  41.
18                  THE WITNESS:   Is there a way
19        to make it a little -- yeah, thank you --
20        to make it a little bigger.
21                  (Reviews document.)
22                  Much of the substance is the
23        same.  I mean, there's a quote in the
24        first page that I don't see in the body
25        of the second page, and I don't see who

CONFIDENTIAL

Page 192

1           it's sent from the right side, if it's

2           attributed to me or sent from me, as the

3           document on the left side says.

4    BY MS. YEATES:

5           Q.        On October 2nd, the PTA sent out a

6    newsblast with a message from TikTok teen safety

7    in Exhibit 41 that was drafted by you and

8    ███████████    at TikTok; correct?

9           A.        I don't think I wrote this.  I

10   can't see who it was sent from.  So I'm not

11   sure, no.

12          Q.        Do you think Exhibit 37 is

13   incorrect where it says that the National PTA is

14   sharing a message from █████████████████ and ████

15   ██████?

16                    MR. DRAKE:  Object to form.

17                    THE WITNESS:  I don't know

18          who wrote this.  So I can't determine the

19          veracity of it.  I mean, the substantive

20          messaging is great, but I don't know who

21          it came from.

22   BY MS. YEATES:

23          Q.        Were you aware that TikTok drafted

24   information for PTA to send out on TikTok teen

25   safety in a newsblast?

CONFIDENTIAL

Page 193

1        A.        I don't recall when this was.  It
2    was, I think, quite some time ago.  So I'm
3    not -- I don't remember it, no.
4        Q.        Okay.  And if we look at
5    Exhibit 39 that includes the information that
6    was sent out in Exhibit 41 in the eblast,
7    there's a comment to you @███████████  "does
8    this work for you"; right?
9                    MR. DRAKE:  Objection.  Asked
10          and answered.
11                    THE WITNESS:  I see the
12          comment that you're referring to.  You've
13          read it accurately.
14    BY MS. YEATES:
15        Q.        And you responded thumbs up;
16    right?
17                    MR. DRAKE:  Same objection.
18                    THE WITNESS:  That's correct.
19    ████████████████████████████████████████████
20    ████████████████████████████████████████████
21    ████████████████████████████████████████████
22    ████████████████████████████████████████████
23    ████████████████████████████████████████████
24    ████████████████████████████████████████████
25    ████████████████████████████████████████████

CONFIDENTIAL

Page 222

1    of students from 8 to 17; correct?

2         A.        I see that written here yes.

3                   MS. YEATES:  Can we go to tab

4         97, please.

5                   DOCUMENT TECH:  ███████     47.

6                   (Document marked for

7         identification as TikTok-████████

8         Exhibit 47.)

9    BY MS. YEATES:

10        Q.        Mr. ███████, do you recognize

11   Exhibit 47?

12        A.        No, I don't.

13        Q.        You understand that Exhibit 47 was

14   produced by TikTok from your custodial file?

15        A.        If you say so, yes, I do.

16        Q.        And this document is a Lark chat

17   between TikTok employees titled PTA/FOSI Working

18   Group; correct?

19        A.        Yes, it is.

20        Q.        We go to the bottom of 84464,

21   please.

22                  There's a message from ███████

23   on February 26, 2020.

24                  Do you see that?

25        A.        Yes, I see that.

CONFIDENTIAL

Page 223

```
 1        Q.        What is ███████████ title at
 2   TikTok?
 3        A.        She no longer works at TikTok.  I
 4   don't recall her title.
 5        Q.        In 2020, she was a colleague of
 6   yours at TikTok; is that right?
 7        A.        Yes, that's right.
 8        Q.        And on February 26, 2020, ██████████
 9   sends a message that says:
10                  "@████████████████ No other
11   companies or speakers.  Only ████████.  2 parents
12   are facilitating student panel.  Re other
13   companies or safety experts: This is something
14   that the National PTA battles with local PTA on.
15   National PTA said they are considering creating
16   a matrix/rubric for the local leader to use on
17   deciding whether or not someone is a speaker
18   that is relevant and a good fit."
19                  Correct?
20        A.        I see that here, yes.
21        Q.        Can you scroll down to 84466,
22   please.
23                  █████████████ is a colleague of
24   yours at TikTok; correct?
25        A.        Not currently, no.
```

Page 224

```
 1          Q.       In 2020, was ████████████ a
 2     colleague at TikTok?
 3          A.       I don't believe she was in 2022,
 4     no.
 5          Q.       In 2020, was ████████████ a
 6     colleague of yours at TikTok?
 7          A.       Yes, she was.
 8          Q.       And what was her title?
 9          A.       I don't recall.
10          Q.       All right.  Please scroll up to
11     the page before.  There is a message from ██████
12     ███████ on February 28, 2020 and she says "Good
13     looking crowd," and then shares a photo; right?
14          A.       Yes, that's right.
15          Q.       And this is a photo of a PTA
16     event; correct?
17          A.       I don't know what this is a photo
18     of.  I don't recall this at all.
19          Q.       Can you read your response to the
20     photo?
21          A.       Sure.
22                   "Holy crap that's a lotta people."
23          Q.       And then ████████████ writes on
24     February 28, 2020:
25                   "It's packed.  Unfortunately the
```

CONFIDENTIAL

Page 225

```
 1   news crews cancelled because there's some late
 2   breaking news."
 3                   Right?
 4        A.        I see that, yes.
 5        Q.        And she sends another message
 6   thereafter.
 7                   "I'm sort of glad the crews
 8   cancelled.  This student panel is primarily
 9   under 13 and they're all talking about what they
10   post, why they post and how they know they're
11   not supposed to have an account."
12                   Correct?
13        A.        I see that message, yes.
14        Q.        Can you read your response to that
15   message, please?
16        A.        Sure.  I say:
17                   "@            what.  How
18   is PTA letting that happen?"
19        Q.        And after the "what" you have a
20   question mark and two exclamation points;
21   correct?
22        A.        That's correct.
23        Q.        And            responds:
24                   "I don't know.  But seriously
25   dodged a bullet.  That would have been on CBS
```

CONFIDENTIAL

Page 226

```
 1   ABC and KCAL9."
 2                   Right?
 3        A.        I see that's written there, yes.
 4        Q.        And then she sends another message
 5   right thereafter that says:
 6                   "They also showed some of their
 7   videos on the monitor."
 8                   Correct?
 9        A.        I see that, yes.
10        Q.        And then ███████████ writes on that
11   same day:
12                   "@███████████ unfortunately
13   they asked for questions from the crowd and a
14   parent asked 'how old were you when you started
15   using social media.' All of them said between
16   ages 8 through 12 and admitted to lying about
17   their birth date to get around it.  One girl
18   said she's 20 on Instagram."
19                   Is that right?
20        A.        I see that message there.
21        Q.        And that message was to you;
22   correct?
23        A.        Correct.
24        Q.        And then ███████████ responds at
25   ███████████:
```

CONFIDENTIAL

Page 227

1              "They were introduced with their

2    grades and showed their TikTok accounts as part

3    of the intro.  It's learnings for the future."

4              Correct?

5         A.       I see that message, yes.

6         Q.       And what did you respond to that

7    message?

8         A.       "@███████     we need a quick post

9    mortem on this one so I can talk to ███."

10        Q.       And you're referring to ████

11   ███████ at National PTA; correct?

12        A.       Yes.

13        Q.       And then further down on March 4,

14   2020, █████████ sends another message.

15              "@█████████████ I added you

16   to an email with ██████████, the ████████ PTA

17   president.  She needs China talking points to

18   share with concerned parents.  Sharing

19   screenshot here for @█████████████ awareness."

20              Correct?

21        A.       I see that, yes.

22        Q.       And what was your response?

23              Can we go down to the next message

24   from ██████████, please.

25        A.       Thank you.

CONFIDENTIAL

Page 228

1          "@ ████████ let's be sure to

2    connect with her via phone rather than over

3    email.  I'm sure ██████ has what she needs, but

4    feel free to reach out if you want any

5    additional talkers."

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 242



CONFIDENTIAL



Page 243

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 244



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Golkow Technologies,
A Veritext Division

CONFIDENTIAL



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 246

1   ████████████████████████████████████

2   ████████████████████████████████████

3   ████████████████████████████████████

4   ████████████████████████████████████

5   ████████████████████████████████████

6   ████████████████████████████████████

7                       ████████████, can you read the

8   message that you sent to ██████████ on

9   September 19, 2019, please?

10       A.      Sure.

11               "Quick background on ████████ -- he's

12  based in ████████████ and I had also already

13  connected him to ████.  Great minds and all

14  that... he's been through the LA office once

15  before with ████████.  He witnessed some content

16  moderation (something I'm eager to experience as

17  well).  Hoping he can connect with both of you

18  at separate times for in-depth understanding of

19  our business so that he can serve as a public

20  advocate for us in the face of all the criticism

21  we've been taking.  His organization produces

22  those 'how-to' guides, and has made them for all

23  of our competition.  Should be a good shield for

24  us going forward."

25       Q.      And the ████████ you're referring to

CONFIDENTIAL

Page 247

1    there is ████████████ at ConnectSafely; correct?

2          A.      Yes, that's correct.

3          Q.      And ████████ gives you a thumbs up;

4    right?

5          A.      Yes, he does.

6                  MS. YEATES:    Can we go to tab

7          87, please.

8                  DOCUMENT TECH:    ████████ 52.

9                  (Document marked for

10         identification as TikTok-████████

11         Exhibit 52.)

12   BY MS. YEATES:

13   ████████████████████████████████████████████

14   ████████████████████████████████████████████

15   ████████████████████████████████████████████

16   ████████████████████████████████████████████

17   ████████████████████████████████████████████

18   ████████████████████████████████████████████

19   ████████████████████████████████████████████

20   ████████████████████████████████████████████

21   ████████████████████████████████████████████

22   ████████████████████████████████████████████

23   ████████████████████████████████████████████

24   ████████████████████████████████████████████

25   ████████████████████████████████████████████

CONFIDENTIAL



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22        Q.       And the title of this document is
23   Keeping TikTok a safe and supportive place for
24   families and teens; right?
25        A.       I see that language at the top,
```

CONFIDENTIAL

Page 258

1    yes.

2          Q.       The metadata states this document

3    date is May 26, 2021.

4                   Do you have any reason to dispute

5    that?

6          A.       If you say so, no, I do not.

7          Q.       You look at the first section

8    Tools for families, this says:

9                   "Family Pairing lets a parent or

10   guardian link their TikTok account to their

11   teen's - enabling them to manage a variety of

12   content and privacy settings."

13                  Correct?

14         A.       Yes, that's correct.

15         Q.       This does not notify -- strike

16   that.

17                  This does not include information

18   stating that a teen can unlink their account

19   from Family Pairing, does it?

20                  MR. DRAKE:  Object to form.

21                  THE WITNESS:   I don't see

22       anything in there about the language you

23       suggest, no.

24

25

CONFIDENTIAL

Page 259

21    Q.    This does not notify parents or

22  the public that a child can unlink their account

23  from Family Pairing without the parents'

24  consent, does it?

25    A.    I don't see anything in there --

CONFIDENTIAL

Page 260

1              MR. DRAKE:  Object.

2              THE WITNESS:   Sorry.

3              I don't see anything in there

4        about that, no.

CONFIDENTIAL



Page 261

CONFIDENTIAL

Page 262

1
2

3  BY MS. YEATES:

4      Q.       Let's look at the Privacy by

5  default section.

6               This section talks about different

7  privacy features that are associated with

8  different teenage age groups; correct?

9                    MR. DRAKE:  Object to form.

10                   THE WITNESS:   Yeah, this

11        shows some of the different safety

12        settings that teens age up through the

13        platform with.

14  BY MS. YEATES:

15      Q.       This section does not inform

16  parents or the public that young users can

17  circumvent age-gating by lying about their age,

18  does it?

19                   MR. DRAKE:  Object to form.

20                   THE WITNESS:   This section is

21        about the various account safeguards

22        for -- for different aged teenagers on

23        the platform.

24  BY MS. YEATES:

25      Q.       Does this include a disclosure

CONFIDENTIAL

Page 263

1    that young users can circumvent age-gating by

2    lying about their age?

3          A.      This section doesn't say anything

4    about lies.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 280

1

2

3

4

5

6

7

8

9

10              MS. YEATES:  Can we pull up

11        18.1, please.  This is Exhibit 57.

12              DOCUMENT TECH:  █████████ 57.

13              (Document marked for

14        identification as TikTok-███████

15        Exhibit 57.)

16   BY MS. YEATES:

17        Q.        ███████████, do you understand

18   that Exhibit 57 is an attachment to the Teams

19   invitation that was sent to you as Exhibit 56?

20        A.        If you say so, yes.

21        Q.        Do you recognize this document?

22        A.        I recognize the TikTok Guide for

23   Parents, yes.

24        Q.        This is a guide that was a

25   collaboration between TikTok and National PTA;

CONFIDENTIAL

Page 281

1    correct?

2         A.        Yes, that's what that says.

3         Q.        And National PTA distributed this

4    document to PTAs, schools, and parents; is that

5    right?

6         A.        I believe that's what they did,

7    yes.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 282



CONFIDENTIAL

Page 283



CONFIDENTIAL

Page 284

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16          Q.          The next paragraph says:

17                      "In the U.S., we accommodate those

18     under the age of 13 in TikTok for Younger Users,

19     a view-only experience with curated content and

20     additional safety and privacy protections.

21     TikTok partners with Common Sense Networks to

22     help make sure content is both age-appropriate

23     and safe for an audience under 13."

24                      Correct?

25          A.          Yes, that's what's written there.

CONFIDENTIAL

Page 285



CONFIDENTIAL

Page 286



CONFIDENTIAL

Page 287



Page 288



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 289

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18          Q.          Does anything in the TikTok Guide

19     for Parents that TikTok and National PTA created

20     inform parents or schools that schools may be

21     harmed by student TikTok use?

22          A.          I'll need to look through the

23     entire guide.  Give me a minute, please.

24                    (Reviews document.)

25                    I don't see anything reflective of

CONFIDENTIAL

Page 290

1    your question in this guide, no.

2         Q.       Does anything in this TikTok Guide

3    for Parents inform parents or schools that

4    student TikTok use could lead to school

5    disruption?

6                        MR. DRAKE:  Object to form.

7                        THE WITNESS:   I don't believe

8         anything in the guide addressed your

9         question, no.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 291

1

2   BY MS. YEATES:

3        Q.      Does anything in the TikTok Guide

4   for Parents inform parents or schools that

5   students are receiving TikTok notifications

6   during the school day?

7                    MR. DRAKE:  Object to form.

8                    THE WITNESS:   I don't believe

9        there is anything in the guide about what

10       you're asking.

11  BY MS. YEATES:

12       Q.      Does anything in the TikTok Guide

13  for Parents inform parents or schools that

14  students are posting on TikTok during school

15  hours?

16                   MR. DRAKE:  Object to form.

17                   THE WITNESS:   There's nothing

18       in the guide that I'm aware of that's

19       reflective of your question.

20  BY MS. YEATES:

21       Q.      Does anything in the TikTok Guide

22  for Parents inform parents or schools that

23  classrooms could be interrupted by students

24  receiving TikTok notifications?

25                   MR. DRAKE:   Object to form.

Page 292

1                    THE WITNESS:   Nothing in the
2          guide is reflective of your question that
3          I'm aware of.
4    BY MS. YEATES:
5          Q.      Does anything in the TikTok Guide
6    for Parents inform parents or schools that
7    schools may need to divert or increase resources
8    to address youth mental health due to TikTok
9    use?
10                   MR. DRAKE:   Object to form.
11                   THE WITNESS:   Nothing in the
12         guide that is reflective of your
13         question.
14   BY MS. YEATES:
15         Q.      Does anything in the TikTok Guide
16   for Parents tell parents or schools that schools
17   may need to hire additional counselors to
18   address mental health and behavioral issues
19   caused by students' TikTok use?
20                   MR. DRAKE:   Object to form.
21                   THE WITNESS:   Nothing in the
22         guide is reflective of your question.
23   BY MS. YEATES:
24         Q.      Does anything in the TikTok Guide
25   for Parents inform parents or schools that

CONFIDENTIAL

Page 293

1   schools may have to train staff on the harmful

2   effects of social media as a result of student

3   TikTok use?

4                    MR. DRAKE:  Object to form.

5                    THE WITNESS:   Nothing in

6        the -- in the guide is reflective of

7        that.

8   BY MS. YEATES:

9        Q.      Does anything in the TikTok Guide

10  for Parents inform parents or schools that

11  schools may need to create educational materials

12  addressing social media addiction in response to

13  student TikTok use?

14                   MR. DRAKE:  Object to form.

15                   THE WITNESS:   Nothing in the

16       guide handles that area.

17  BY MS. YEATES:

18       Q.      Does anything in the TikTok Guide

19  for Parents inform parents or schools that

20  TikTok use may lead to addiction?

21                   MR. DRAKE:  Object to form.

22                   THE WITNESS:   I'm not aware

23       of anything in the guide responsive to

24       that question.

25  BY MS. YEATES:

CONFIDENTIAL

Page 294

1          Q.        Does anything in the TikTok Guide
2     for Parents inform parents or schools that
3     TikTok use may lead to compulsive use of the
4     platform?
5                         MR. DRAKE:  Object to form.
6                         THE WITNESS:    Nothing in the
7             guide is about that.
8     BY MS. YEATES:
9          Q.        Does anything in the TikTok Guide
10    for Parents inform parents or schools that
11    schools may have to spend time and resources
12    investigating crimes resulting from student
13    TikTok use?
14                        MR. DRAKE:  Object to form.
15                        THE WITNESS:    Nothing in the
16            guide about that.
17    BY MS. YEATES:
18         Q.        Does anything in the TikTok guide
19    inform parents or schools that TikTok use could
20    lead to anorexia?
21                        MR. DRAKE:  Object to form.
22                        THE WITNESS:    Nothing in the
23            guide is about that.
24    BY MS. YEATES:
25         Q.        Does anything in the TikTok Guide

CONFIDENTIAL

Page 295

```
1    for Parents inform parents or schools that
2    TikTok use could lead to depression?
3                    MR. DRAKE:  Object to form.
4                    THE WITNESS:   There's nothing
5        in the guide about that.
6    BY MS. YEATES:
7        Q.       Does anything in the TikTok Guide
8    for Parents inform parents or schools that
9    TikTok use could lead to self-harm or suicide?
10                    MR. DRAKE:  Object to form.
11                    THE WITNESS:   There's nothing
12        in the guide about that.
13   BY MS. YEATES:
14       Q.       Does anything in the TikTok Guide
15   for Parents inform parents or schools that
16   TikTok use could lead to sleep disorders?
17                    MR. DRAKE:  Object to form.
18                    THE WITNESS:   There's nothing
19        in the guide about that.
20   BY MS. YEATES:
21       Q.       Does anything in the TikTok Guide
22   for Parents inform parents or schools that
23   TikTok use could lead to body dysmorphia?
24                    MR. DRAKE:  Object to form.
25                    THE WITNESS:   There's nothing
```

CONFIDENTIAL

Page 296

1        in the guide about that.
2   BY MS. YEATES:
3        Q.        Does anything in the TikTok Guide
4   for Parents inform parents or schools that
5   schools may have to repair property damage
6   resulting from student TikTok use?
7                        MR. DRAKE:  Object to form.
8                        THE WITNESS:    There's nothing
9        in the guide about that.
10  BY MS. YEATES:
11       Q.        Does anything in the TikTok Guide
12  for Parents inform parents or schools that
13  schools may need to spend and divert staff time
14  to confiscate cell phones from students for
15  using TikTok --
16                        MR. DRAKE:  Object to form.
17  BY MS. YEATES:
18       Q.        -- during school hours?
19                        MR. DRAKE:  Sorry.
20                        THE WITNESS:    Nothing in the
21       guide that I'm aware of in that.
22  BY MS. YEATES:
23       Q.        I'm going to repeat that because
24  the objection was in the middle of my question.
25                        Does anything in the TikTok Guide

CONFIDENTIAL

Page 297

1    for Parents inform parents or schools that

2    student TikTok use may cause schools to spend or

3    divert staff time to confiscate cell phones from

4    students who are using TikTok during school

5    hours?

6                    MR. DRAKE:  Object to form.

7                    THE WITNESS:   There's nothing

8         in the guide about that.

9    BY MS. YEATES:

10        Q.       Does anything in the TikTok Guide

11   for Parents inform parents or schools that

12   schools may need to expend or divert resources

13   to respond to threats made against schools and

14   students over the TikTok platform?

15                    MR. DRAKE:  Object to form.

16                    THE WITNESS:   There's nothing

17        in the guide about that.

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 298

1

2

3            Does anything in the TikTok Guide

4   for Parents inform parents or schools that

5   student TikTok use may cause schools to expend,

6   divert or increase technology resources in an

7   attempt to limit students' access to the TikTok

8   platform during school hours?

9                MR. DRAKE:  Object to form.

10               THE WITNESS:   There's nothing

11       in the guide about that.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 323

1               (Document marked for
2          identification as TikTok-███████
3          Exhibit 62.)
4    BY MS. YEATES:
5          Q.     ████████████, do you recognize
6    Exhibit 62?
7          A.      No, I don't.
8          Q.      You understand that this document
9    was produced by TikTok from your custodial file;
10   correct?
11         A.      If you say so, yes, I do.
12         Q.      And you understand that Exhibit 62
13   is an attachment to Exhibit 61, which was the
14   Lark chat between you and your colleagues titled
15   State Dream Team; correct?
16         A.      If you say it was, then yes.
17         Q.      This document is titled Quarterly
18   Review Dashboard, State and Local Policy Team ;
19   right?
20         A.      I see that there, yes.
21         Q.      I will represent to you that the
22   metadata shows this document is dated March 19,
23   2024.
24               Do you have any reason to dispute
25   that?

CONFIDENTIAL

Page 324

1       A.      If you say so, no, I do not.

2       Q.      At the top of the document it says

3  "Lead: ████████████████ "; right?

4       A.      Yes, I see that.

5       Q.      The first page, Quarter 1, 2024

6  Team Highlights.

7               Do you see that section?

8       A.      Yes, I do.

9       Q.      Can you read the first two bullets

10  under that section, please?

11       A.      Sure.

12               First bullet says:  "The team is

13  actively tracking 267 priority bills in 44

14  states across our priority tracker."

15               The second bullet reads:  "The

16  State Team has onboarded 15 additional new

17  firms, expanding our coverage to 36 states."

18       Q.      And bullet number 4 states:

19  "Washington - Successfully defeated an outright

20  TikTok ban"; correct?

21       A.      Yes.

22       Q.      And that was one of your 2024 team

23  highlights?

24       A.      That's what it says in the

25  document here, yes.

Page 330



Golkow Technologies,
A Veritext Division

www.veritext.com

CONFIDENTIAL

Page 335

1                    CERTIFICATE OF REPORTER

2    DISTRICT OF COLUMBIA       )

3              I, Denise Dobner Vickery, a

4    Registered Court Reporter and Notary Public of

5    the District of Columbia, do hereby certify that

6    the witness was first duly sworn by me.

7              I do further certify that the

8    foregoing is a verbatim transcript of the

9    testimony as taken stenographically by me at the

10   time, place and on the date herein set forth, to

11   the best of my ability.

12             I do further certify that I am

13   neither a relative nor employee nor counsel of

14   any of the parties to this action, and that I am

15   neither a relative nor employee of such counsel,

16   and that I am not financially interested in the

17   outcome of this action.

18

19

20                  *Denise D. Vickery*

21                  DENISE DOBNER VICKERY, CRR,RMR

                    Notary Public in and for the

22                  District of Columbia

23

24   My Commission expires:  March 14, 2028

25

**Exhibit** 

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

CONFIDENTIAL

Page 336

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3      -------------------------------

 4      IN RE: SOCIAL MEDIA ADOLESCENT Case No.

 5      ADDICTION/PERSONAL INJURY      4:22-MD-03047-YGR

 6      PRODUCTS LIABILITY LITIGATION  MDL No. 3047

 7      ---------------------------------------------------

 8         SUPERIOR COURT OF THE STATE OF CALIFORNIA

 9                 COUNTY OF LOS ANGELES

10                 UNLIMITED JURISDICTION

11      -------------------------

12      Coordination Proceeding   Judicial Council

13      Special Title(Rule 3.550) Coordination Proceeding

14      SOCIAL MEDIA CASES        No. 5255

15      -------------------------

16      This Document Relates to:

17      ALL ACTIONS

18      ------------------------- VOLUME II

19         CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

20         VIDEO-RECORDED DEPOSITION OF ███████████

21              Wednesday, March 12, 2025

22                  10:00 AM EST

23

24      Reported by:  Denise Dobner Vickery, CRR, RMR

25      JOB NO.: 7101217
```

CONFIDENTIAL

Page 347

12          MS. YEATES:  Can we pull up

13      tab 145, please, and mark that as an

14      exhibit.

15          DOCUMENT TECH:  ▮▮▮▮▮ 63.

16          (Document marked for

17      identification as TikTok-▮▮▮▮

18      Exhibit 63.)

19  BY MS. YEATES:

20      Q.    ▮▮▮▮▮▮▮▮▮, do you recognize

21  Exhibit 63 as a written statement of Mr. Chew's

22  testimony to the Senate Judiciary Committee on

23  January 31, 2024?

24      A.    Let me look through it, please.

25          (Reviews document.)

CONFIDENTIAL

Page 348

1          I can't be certain, but this looks
2    like what it's titled as.
3          Q.      In your role as director of public
4    policy at TikTok, you helped Mr. Chew prepare
5    for the statement to the Senate Judiciary
6    Committee; correct?
7                 MR. DRAKE:  Objection.  Asked
8          and answered.
9                 THE WITNESS:  No.  The work I
10         did was preparing him for the question
11         and answer segment of -- of the hearing.
12         I was not involved in the -- in the
13         written statement.  I don't recall being
14         involved in the written -- written
15         statement.
16   BY MS. YEATES:
17         Q.      Okay.  So in addition to the
18   written statement that we're looking at in
19   Exhibit 63, there was a question and answer
20   session with the Senate Judiciary Committee that
21   you prepared Mr. Chew for; is that right?
22         A.      Yes.
23         Q.      Can we turn to Bates in the same
24   document 7838837.
25                 Do you see there's a section in

CONFIDENTIAL

Page 349

1    Mr. Chew's statement to the Senate Judiciary

2    Committee titled TikTok's Partnerships?

3           A.       Yes, I do.

4           Q.       Can you please read the fourth

5    bullet of that statement relating to TikTok's

6    partnerships?

7           A.       Yes.

8                    "We worked with ConnectSafely - a

9    nonprofit dedicated to educating users of

10   connected technology about safety, privacy, and

11   security - to develop a TikTok-specific guide

12   for parents and teens."

13          Q.       And Mr. Chew describes

14   ConnectSafely as a nonprofit; correct?

15          A.       That's what's written there, yes.

16          Q.       Did Mr. Chew inform the Senate

17   Judiciary Committee that TikTok provided funding

18   to ConnectSafely?

19                   MR. DRAKE:  Object to form.

20       Document speaks for itself.

21                   THE WITNESS:   I don't see

22       anything in this section about that, no.

23   BY MS. YEATES:

24          Q.       Can you please read the fifth

25   bullet under TikTok's Partnerships in Mr. Chew's

CONFIDENTIAL

Page 350

1    statement to the Senate Judiciary Committee?

2         A.        Sure.

3                   "TikTok's Top 10 Tips for Families

4    guide for the Family Online Safety Institute

5    offers information on several tools to help

6    teens manage how they interact with other users

7    and who can see their videos.  It includes

8    information about privacy restrictions, content,

9    comments, and messages."

10        Q.        Did Mr. Chew inform the Senate

11   Judiciary Committee that TikTok provides funding

12   to the Family Online Safety Institute?

13        A.        I don't see anything in that

14   section about that, no.

15

16

17

18

19

20

21

22

23

24

25

Page 351



CONFIDENTIAL

Page 352

BY MS. YEATES:

Q.      And in his testimony before the
Senate Judiciary Committee in January 2024, did
Mr. Chew inform the Judiciary Committee or the
public that TikTok's Family Pairing feature
allows young users to unlink their accounts from
their parents at any time?

                    MR. DRAKE:  Object to form.

                    THE WITNESS:   I don't recall
        what was said in oral testimony, but I
        don't see anything written here.

CONFIDENTIAL

Page 353

BY MS. YEATES:

Q.        Did Mr. Chew inform Senate
Judiciary Committee or the public that a child
can unlink their account from Family Pairing
without obtaining the parent's consent?

MR. DRAKE:  Object to form.

THE WITNESS:   I don't recall
everything discussed in oral testimony,
but I don't see that written here.

CONFIDENTIAL

Page 358

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13  BY MS. YEATES:
14       Q.        Did Mr. Chew inform the Senate
15  Judiciary Committee or the public that TikTok
16  use could lead to disruptions in schools?
17                      MR. DRAKE:  Object to form.
18                      THE WITNESS:   I don't recall
19       if that was discussed in the question and
20       answer period.
21  BY MS. YEATES:
22       Q.        Do you see that in this written
23  statement?
24       A.        Let me take a look back.
25                 (Reviews document.)
```

CONFIDENTIAL

1           Not that language, no.

2      Q.      Did Mr. Chew inform the Senate

3  Judiciary Committee or the public that student

4  TikTok use could lead to damage in schools?

5               MR. DRAKE:  Object to form.

6               THE WITNESS:  I don't recall

7        if that was covered during the question

8        and answer period.

9  BY MS. YEATES:

10      Q.      Is that in this written statement?

11      A.      No.

12      Q.      Did Mr. Chew inform the Senate

13  Judiciary Committee or the public that students

14  were posting on TikTok during school hours?

15               MR. DRAKE:  Object to form.

16               THE WITNESS:  I don't recall

17        if that was discussed during the question

18        and answer period.

19  BY MS. YEATES:

20      Q.      Is that in this written statement?

21      A.      No.

22      Q.      Did Mr. Chew inform the Senate

23  Judiciary Committee or the public that students

24  were receiving TikTok notifications during

25  school day?

CONFIDENTIAL

Page 360

1             MR. DRAKE:  Object to form.
2             THE WITNESS:  I don't know if
3       that was covered during the
4       back-and-forth at the hearing.
5  BY MS. YEATES:
6       Q.     Is that in this written statement?
7       A.     I don't believe so.
8       Q.     Did Mr. Chew inform the Senate
9  Judiciary Committee or the public that
10 classrooms could be interrupted by students
11 receiving TikTok notifications during school
12 hours?
13             MR. DRAKE:  Object to form.
14             THE WITNESS:  I don't recall
15       if that was discussed at the hearing.
16 BY MS. YEATES:
17       Q.     Did Mr. Chew inform the Senate
18 Judiciary Committee or the public that student
19 TikTok use could lead to any harm in schools?
20             MR. DRAKE:  Object to form.
21             THE WITNESS:  I don't recall
22       if that was discussed at the hearing.
23 BY MS. YEATES:
24       Q.     Is it in this written statement?
25       A.     No.

Page 361

1        Q.        Did Mr. Chew inform the Senate

2    Judiciary Committee or the public that student

3    TikTok use may cause schools to divert or

4    increase resources to provide additional mental

5    health resources to students?

6                        MR. DRAKE:  Object to form.

7                        THE WITNESS:   I don't recall

8        if that was discussed at the hearing.

9    BY MS. YEATES:

10        Q.        Is that in this written statement?

11                        MR. DRAKE:  Object to form.

12                        THE WITNESS:   No.

13    BY MS. YEATES:

14        Q.        Did Mr. Chew inform the Senate

15    Judiciary Committee or the public that student

16    TikTok use may cause schools to hire additional

17    counselors in response to increased mental

18    health and behavioral issues?

19                        MR. DRAKE:  Object to form.

20                        THE WITNESS:   I don't recall

21        if that was discussed at the hearing.

22    BY MS. YEATES:

23        Q.        Is that in this written statement?

24                        MR. DRAKE:  Object to form.

25                        THE WITNESS:   No.

Page 362

1   BY MS. YEATES:

2        Q.      Did Mr. Chew inform the Senate

3   Judiciary Committee or the public that schools

4   may have to train staff on the harmful effects

5   of social media as a result of student TikTok

6   use?

7                    MR. DRAKE:  Object to form.

8                    THE WITNESS:   I don't recall

9        if that was discussed at the hearing.

10  BY MS. YEATES:

11       Q.     Is that in this written statement?

12                   MR. DRAKE:  Object to form.

13                   THE WITNESS:  No, it's not.

14  BY MS. YEATES:

15       Q.      Did Mr. Chew inform the Senate

16  Judiciary Committee or the public that schools

17  may have to create an educational material

18  addressing social media addiction as a result of

19  TikTok use?

20                   MR. DRAKE:  Object to form.

21                   THE WITNESS:   I don't recall

22       if that was discussed at the hearing.

23  BY MS. YEATES:

24       Q.     Is it in this written statement?

25                   MR. DRAKE:  Object to form.

CONFIDENTIAL

Page 363

1                      THE WITNESS:   No.
2    BY MS. YEATES:
3         Q.        Did Mr. Chew inform the Senate
4    Judiciary Committee or the public that schools
5    may have to spend time and resources
6    investigating crimes that result from student
7    TikTok use?
8                      MR. DRAKE:  Object to form.
9                      THE WITNESS:  I don't recall
10        if that was discussed at the hearing.
11   BY MS. YEATES:
12        Q.        Is it in this written statement?
13                     MR. DRAKE:  Object to form.
14                     THE WITNESS:   No.
15   BY MS. YEATES:
16        Q.        Did Mr. Chew inform the Senate
17   Judiciary Committee or the public that schools
18   may have to repair property damage resulting
19   from student TikTok use?
20                     MR. DRAKE:  Object to form.
21                     THE WITNESS:   I don't recall
22        if that was discussed at the hearing.
23   BY MS. YEATES:
24        Q.        Is it in this written statement?
25                     MR. DRAKE:  Object to form.

Page 364

1              THE WITNESS:    No.
2     BY MS. YEATES:
3         Q.        Did Mr. Chew inform the Senate
4     Judiciary Committee or the public that schools
5     may need to expend or divert staff time to
6     confiscate cell phone and other devices as a
7     result of student TikTok use during the school
8     day?
9              MR. DRAKE:    Object.
10              THE WITNESS:    I don't recall
11         if that was discussed at the hearing.
12     BY MS. YEATES:
13         Q.      Is that in this written statement?
14              MR. DRAKE:    Object.
15              THE WITNESS:    No.
16     BY MS. YEATES:
17         Q.        Did Mr. Chew inform the Senate
18     Judiciary Committee or the public that schools
19     may need to expend, divert or increase time and
20     resources to communicate with parents and
21     guardians regarding these mental health
22     behavioral and attendance issues as a result of
23     student TikTok use?
24              MR. DRAKE:    Object to form.
25              THE WITNESS:    I don't recall

CONFIDENTIAL

Page 365

1           if that was discussed at the hearing.
2    BY MS. YEATES:
3         Q.       Is that in this written statement?
4                    MR. DRAKE:  Objection.
5                    THE WITNESS:  No.
6    BY MS. YEATES:
7         Q.       Did Mr. Chew inform the Senate
8    Judiciary Committee or the public that schools
9    may need to respond to threats made against
10   schools and students on TikTok?
11                    MR. DRAKE:  Object to form.
12                    THE WITNESS:   I don't recall
13          if that was discussed at the hearing.
14   BY MS. YEATES:
15        Q.       Is that in this written statement?
16                    MR. DRAKE:  Object to form.
17                    THE WITNESS:   No.
18   BY MS. YEATES:
19        Q.       Did Mr. Chew inform the Senate
20   Judiciary Committee or the public that schools
21   may need to expend, divert and increase
22   resources, including technology resources, in an
23   attempt to limit students' TikTok use during
24   school hours?
25                    MR. DRAKE:  Object to form.

Page 366

```
 1                    THE WITNESS:  I don't recall
 2         if that was discussed at the hearing.
 3   BY MS. YEATES:
 4         Q.      Is that in this written statement?
 5                    MR. DRAKE:  Object to form.
 6                    THE WITNESS:  No.
 7   BY MS. YEATES:
 8         Q.      Did Mr. Chew inform the Senate
 9   Judiciary Committee or the public that schools
10   may need to invest in physical barriers, such as
11   magnetic pouches, to keep students from
12   accessing TikTok during school hours?
13                    MR. DRAKE:  Objection.
14                    THE WITNESS:  I don't know if
15         that was discussed at the hearing.
16   BY MS. YEATES:
17         Q.      Is that in this written statement?
18         A.      No.
19         Q.      Did Mr. Chew inform the Senate
20   Judiciary Committee or the public that schools
21   may need to develop new or revised teaching
22   plans to address students' altered learning
23   habits, including reduced attention and
24   inability to communicate effectively, as a
25   result of student TikTok use?
```

CONFIDENTIAL

Page 367

1                    MR. DRAKE:  Object to form.

2                    THE WITNESS:   I don't recall

3        if that was discussed at the hearing.

4   BY MS. YEATES:

5        Q.      Is that in this written statement?

6                    MR. DRAKE:  Object to form.

7                    THE WITNESS:  No.

8   BY MS. YEATES:

9        Q.       Did Mr. Chew inform the Senate

10  Judiciary Committee or the public that schools

11  may need to provide additional learning support

12  to address students' declining achievement as a

13  result of the negative impact of problematic

14  social media use on students' ability and

15  capacity to learn in connection with students'

16  TikTok use?

17                   MR. DRAKE:  Object to form.

18                   THE WITNESS:   I'm sorry.

19       Could you repeat that one again?

20  BY MS. YEATES:

21       Q.       Did Mr. Chew inform the Senate

22  Judiciary Committee or the public that schools

23  may have to provide additional learning support

24  in response to student TikTok use?

25                   MR. DRAKE:  Object to form.

CONFIDENTIAL

Page 368

1                    THE WITNESS:   I don't recall

2        if that was discussed at the hearing.

3   BY MS. YEATES:

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 369

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



CONFIDENTIAL

Page 370



CONFIDENTIAL

Page 371



CONFIDENTIAL

Page 372

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 373



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 374



Golkow Technologies,
A Veritext Division

CONFIDENTIAL



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 376



Golkow Technologies,
A Veritext Division

CONFIDENTIAL

Page 377



Golkow Technologies,
A Veritext Division

CONFIDENTIAL

Page 378



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 379



Page 380



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



CONFIDENTIAL

Page 382



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 383



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 384



CONFIDENTIAL

Page 385



CONFIDENTIAL

Page 386



CONFIDENTIAL

Page 479

1            DOCUMENT TECH: ███████ --

2      sorry. ██████ 82.

3                  (Document marked for

4      identification as TikTok-███████

5      Exhibit 82.)

6                  MR. RYDER:  Thank you, TJ.

7      Too eager.

8  BY MR. RYDER:

9      Q.      ████████, you see a document

10 in front of you saying "TikTok Family Pairing

11 Guide for Parents, A collaboration between

12 TikTok and National PTA"?

13     A.      Yes, I do.

14     Q.      Do you recognize this document?

15     A.      Yes, I do.

16     Q.      What is it?

17     A.      It's a picture of a physical guide

18 that was sent out to parents.

19     Q.      Okay.  And TikTok distributed this

20 via direct mail; right?

21     A.      I don't remember who distributed

22 it, but I do believe it was through direct mail,

23 yes.

24     Q.      Okay.  And you said it was sent

25 out to parents; right?

CONFIDENTIAL

Page 480

1        A.        I believe that was the -- the

2    goal, yes.

3        Q.        Okay.  Be fair to say this was a

4    mass mailer?

5        A.        Yeah, I think that's fair.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 484

1

2

3

4

5

6

7

8

9

10

11

12

13    BY MR. RYDER:

14        Q.        If you learned that an internal

15    study showed that screen time limits do not

16    decrease TikTok's stay duration, is that

17    something you'd want to share with parents and

18    children who use TikTok?

19                    MR. DRAKE:   Object to form.

20        Foundation as well.

21                    THE WITNESS:   If I find

22        out -- found out about a study like that,

23        I'd want to know what we were doing to

24        continue to improve and iterate on the

25        product.

CONFIDENTIAL

```
                                          Page 485
 1                    MR. RYDER:  Okay.  TJ, if you
 2          pull up tab R28 and mark this as the next
 3          exhibit.
 4                    DOCUMENT TECH:  ███████████83.
 5                    (Document marked for
 6          identification as TikTok-████████
 7          Exhibit 83.)
 8                    MR. RYDER:  Thank you.
 9   BY MR. RYDER:
10        Q.        Mr. ████████, you should have a
11   document in front of you titled [A/B Analysis]
12   Screen Time Dashboard & Screen Time Breaks.
13                  You see that?
14        A.        Yes, I see that.
15        Q.        Okay.  I'll represent to you that
16   TikTok produced this document as part of your
17   custodial file.
18                  Do you have any reason to dispute
19   that?
20        A.        If you say so, no.
21        Q.        Okay.  And the metadata TikTok
22   produced says this document was created
23   September 27, 2021.
24                  Do you have any reason to dispute
25   that?
```

CONFIDENTIAL

Page 486

1        A.      No.

2        Q.      Okay.  Do you see the Executive

3   Summary on the first page here?

4        A.      Yes, I see that.

5        Q.      Okay.  And in bold underneath, it

6   says:

7                "We are providing users with a

8   dashboard, opt-in weekly notifications, and

9   opt-in break reminders for users who want to

10  better manage their time spent on TikTok."

11               Right?

12       A.      Yes, I see that.

13       Q.      So these are some of the screen

14  time tools we've been discussing TikTok offered

15  in Family Pairing; right?

16       A.      I believe also offered outside of

17  Family Pairing, but yes.

18       Q.      Okay.  And underneath there's a

19  hypothesis; right?

20       A.      Yes.

21       Q.      Okay.  And the hypothesis is:

22               "By providing these more valuable

23  tools and more broadly notifying users of our

24  screen time management offering, we will see an

25  increase in feature adoption and awareness."

CONFIDENTIAL

Page 487

1              Right?
2      A.         Yes, I see that.
3      Q.         And there's nothing in the
4 hypothesis about users having a decrease in
5 screen time; correct?
6                    MR. DRAKE:  Object to form.
7                    THE WITNESS:  No, the
8      hypothesis references increasing feature
9      adoption and awareness.
10 BY MR. RYDER:
11     Q.         And that would refer to feature
12 adoption and awareness of Family Pairing and,
13 like you, said these other screen tools that
14 might exist outside of Family Pairing; right?
15     A.         That's correct.
16     Q.         Okay.  And then there's a heading
17 underneath that says "Expectations Met" with a
18 checkmark.
19                You see that?
20     A.         Yes, I do.
21     Q.         Okay.  And it notes:
22                "Slight drop in stay duration
23 █████████ as we expected, but no impact to other
24 core metrics (retention, publish, active days)."
25                Did I read that correctly?

CONFIDENTIAL

Page 488

1        A.        Yes, you did.

2        Q.        And then it notes that:

3                  "This aligns with leadership's

4    guidance (1) keep stay duration impact within a

5    reasonable threshold (2) no impact to

6    retention."

7                  Did I read that correctly?

8        A.        Yes, you did.

9        Q.        And are you familiar with these

10   metrics -- strike that.

11                 Are you familiar with the core

12   metrics listed in parentheses?

13       A.        I've heard those terms before.

14   I'm familiar with them, yes.

15       Q.        What does retention mean?

16       A.        Remaining a user of the platform.

17       Q.        What does publish mean?

18       A.        Produce content.

19       Q.        And what does active days mean?

20       A.        Days active on the platform.

21       Q.        Okay.  So it's saying those

22   metrics were not impacted by the rollout of

23   these screen time tools in 2021; right?

24                 MR. DRAKE:  Object.

25                 THE WITNESS:  Correct.

CONFIDENTIAL

Page 489

1    BY MR. RYDER:

2         Q.       Do you know who leadership would

3    be when it refers to this alignment of

4    leadership's guidance?

5         A.       I don't.  I don't know who -- who

6    wrote the doc or which leadership they'd be

7    referring to.  It wasn't me.

8         Q.       Okay.  And then there's a

9    sub-bullet point below that says:

10                 "An explanation for no correlation

11    with L1+2 is that minors do not have executive

12    function to control their screen time, while

13    young adults do (this is supported by our

14    partners at ███████████████)."

15                 Did I read that correctly?

16        A.       Yes, you did.

17        Q.       And based on the chart we looked

18    at in a previous exhibit, L1 refers to kids who

19    are 13 through 15; right?

20        A.       That sounds correct.

21        Q.       And L2 is kids who are 16 through

22    17?

23        A.       I believe so, yes.

24        Q.       So combined, is your understanding

25    this is referring to kids 17 and under -- strike

CONFIDENTIAL

Page 490

1   that -- is it referring to kids 13 through 17?

2        A.        I believe so, yes.

3        Q.        Okay.  Are you aware of whether

4   TikTok ever published these results?

5        A.        I'm not aware, no.

6        Q.        And do you know whether TikTok

7   shared these results with groups like the

8   National PTA or FOSI?

9        A.        Not to my knowledge, no.

10       Q.        Do you know whether TikTok has

11  publicly recognized that minors do not have

12  executive function to control their screen time?

13                 MR. DRAKE:  Object to form.

14                 THE WITNESS:   I'm not aware

15       if that's been discussed publicly.

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 494



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25      Q.      Okay.  Since you started working

CONFIDENTIAL

Page 495

1   for TikTok in ███, can you recall any time when
2   TikTok told the public that TikTok use may be
3   addictive for teens?
4                   MR. DRAKE:  I'll object to
5        form.  Lacks foundation.
6                   THE WITNESS:  I don't recall
7        any communications like that.
8   BY MR. RYDER:
9        Q.      Okay.  Can you recall any time
10  that TikTok told the public that TikTok may be
11  associated with compulsive social media use?
12                  MR. DRAKE:  Object to form and
13       foundation.
14                  THE WITNESS:  I don't recall
15       any communications like that.
16  BY MR. RYDER:
17       Q.      Can you recall any time when
18  TikTok told the public that using TikTok may
19  pose an increased risk of anxiety?
20                  MR. DRAKE:  Object to form and
21       foundation.
22                  THE WITNESS:  I don't recall
23       any communications like that.
24  BY MR. RYDER:
25       Q.      Can you recall any time when

CONFIDENTIAL

Page 496

1   TikTok told the public that using TikTok may

2   pose an increased risk of depression?

3                        MR. DRAKE:  Object to form.

4         Lacks foundation.

5                        THE WITNESS:   I don't recall

6         any communications like that.

7   BY MR. RYDER:

8         Q.      Can you recall any time when

9   TikTok told the public that using TikTok may

10  pose an increased risk of engaging in self-harm?

11                       MR. DRAKE:  Object to form.

12        Lacks foundation.

13                       THE WITNESS:   I don't recall

14        any communications like that.

15  BY MR. RYDER:

16        Q.      Can you recall any time when

17  TikTok told the public that using TikTok may

18  pose an increased risk of a user attempting

19  suicide?

20                       MR. DRAKE:  Object to form.

21        Lacks foundation.

22                       THE WITNESS:   I don't recall

23        any communications like that.

24  BY MR. RYDER:

25        Q.      Can you recall any time when

Golkow Technologies,
A Veritext Division

CONFIDENTIAL

Page 497

1   TikTok told the public that using TikTok may

2   pose an increased risk of obtaining an eating

3   disorder?

4                         MR. DRAKE:  Object to form.

5         Lacks foundation.

6                         THE WITNESS:   I don't recall

7         any communications like that.

8   BY MR. RYDER:

9         Q.       Can you recall any time when

10  TikTok told the public that using TikTok may

11  pose an increased risk of having body

12  dysmorphia?

13                        MR. DRAKE:  Object to form.

14        Lacks foundation.

15                        THE WITNESS:   I don't recall

16        any communications like that.

17  BY MR. RYDER:

18        Q.       Can you recall any time when

19  TikTok told the public that using TikTok may

20  pose a risk that a child will be sexually abused

21  by a third party?

22                        MR. DRAKE:  Object to form.

23        Lacks foundation.

24                        THE WITNESS:   I don't recall

25        any communications like that.

CONFIDENTIAL

Page 498

1    BY MR. RYDER:

2        Q.      Can you recall any time when

3    TikTok told the public that TikTok may be

4    associated with any type of harm to teen users?

5                    MR. DRAKE:   Object to form.

6            Lacks foundation.

7                    THE WITNESS:   I don't recall

8            any communications like that.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 556

1              CERTIFICATE OF REPORTER

2    DISTRICT OF COLUMBIA        )

3              I, Denise Dobner Vickery, a

4    Registered Court Reporter and Notary Public of

5    the District of Columbia, do hereby certify that

6    the witness was first duly sworn by me.

7              I do further certify that the

8    foregoing is a verbatim transcript of the

9    testimony as taken stenographically by me at the

10   time, place and on the date herein set forth, to

11   the best of my ability.

12             I do further certify that I am

13   neither a relative nor employee nor counsel of

14   any of the parties to this action, and that I am

15   neither a relative nor employee of such counsel,

16   and that I am not financially interested in the

17   outcome of this action.

18

19                    _Denise D. Vickery_

20

21             DENISE DOBNER VICKERY, CRR,RMR

                 Notary Public in and for the

22               District of Columbia

23

24

     My Commission expires:  March 14, 2028

25