# AMENDED Exhibit 445

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



Confidential

TIKTOK3047MDL-002-00084719

[redacted] 2019-09-20 14:04:00

I haven't heard anything. I don't even know who to ask about this...

[redacted] 2019-09-20 14:08:00

Yeah no clue either. I'll punt it back to [redacted]

[redacted] *OK 2019-09-20 15:34:59*

[redacted] 2019-09-20 18:33:00

Any thoughts on the PTA/NCMEC contracts?

[redacted] 2019-09-20 20:30:00

I haven't had a chance to review. It's on my to do for today though : )

[redacted] 2019-09-20 20:35:00

Groovy.

[redacted] 2019-09-20 22:10:00

Hey [redacted] Just reviewed the PTA agreement. Everything is based on supporting events for Safer Internet Day. I'd love to include something along the line, of allowing us to provide 'Parents' Guide to TikTok' or some other collateral materials, that the PTA will give out to their local chapters, and the teachers of the schools to give to the kids parents on Parent Teacher days'. I also think we need to see if they are willing to do joint PR, / be a third person spokesperson for us with media.' LAstly, it would be great to have the PTA endorse our parents portal.' Looking at NCMEC now : )

[redacted] 2019-09-20 22:13:00

Does it make sense to loop [REDACTED] in to review the NCMEC SOW? It looks good to me, but they may have specific asks that make sense.

[REDACTED] 2019-09-20 22:14:00

Agree on both. Want to share ncmec with me and write me a quick note about pta concerns? I'll communicate back.

[REDACTED] 2019-09-20 22:15:00

Sure.

[REDACTED] 2019-09-20 22:23:00

done!

[REDACTED] 2019-09-20 22:24:00

Ty!

[REDACTED] 2019-09-24 15:00:00

in case you didn't see this - https://parentology.com/why-is-tiktok-so-popular-and-is-it-safe-for-kids/

[REDACTED] 2019-09-24 15:01:00

I saw it yesterday. Happy to chat through. We need to get out top ten pitch out and we need to do op-Ed's

[REDACTED] 2019-09-24 15:03:00

Just an interesting article. We'll have people to do our soon enough from what it sounds like. I'm talking with PTA this afternoon - there's plenty in there in Appendix A and B about the state and regional meetings, but I want to get a little more clarity and have them possibly structure the contract differently to highlight that. I'll let you know.

THUMBSUP 2019-09-24  15:04:06

2019-09-24   15:03:00

Are all of the VIPs out of your office now?

2019-09-24   15:04:00

I think so. It's hard to know for sure since no one is transparent about what is happening

2019-09-24   19:21:00

Talked to the PTA people again. They need a few months to plan good events, and safer internet day is kind of the huge bellweather in the beginning of next year. that makes sense. if we want, they'd deassociate some of the regional how-to tiktok events and have them be spaced out later in the year, but they argue against it.

2019-09-24   19:22:00

they'll also do whatever we want going forward in the fall after we're all signed off. they'll announce things publicly. their ceo will do press statements for us. they'll co-brand connect safely's how to tik tok guide. if we want them involved with a GLAAD project, they'll do that.

OK 2019-09-24  19:35:20

2019-09-24   19:22:00

they bring a lot of firepower to the table



Confidential    TIKTOK3047MDL-002-00084723



Confidential

TIKTOK3047MDL-002-00084724

Confidential                                                    TIKTOK3047MDL-002-00084725

Confidential TIKTOK3047MDL-002-00084726

Confidential

TIKTOK3047MDL-002-00084727

Confidential	TIKTOK3047MDL-002-00084728



Confidential
TIKTOK3047MDL-002-00084729



Confidential

TIKTOK3047MDL-002-00084731



Confidential

TIKTOK3047MDL-002-00084732





Confidential

TIKTOK3047MDL-002-00084734

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-002-00084718-TIKTOK3047MDL-002-00084734

**BEGATTACH:** TIKTOK3047MDL-002-00084718

**ENDATTACH:** TIKTOK3047MDL-002-00084734

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-002

**Custodian** [REDACTED]_CON

**File Path:** /TIKTOK3047MDL-002-00084718.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 9/18/2019 6:51 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-002-00084718.PDF

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

