# AMENDED Exhibit 446

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Sponsorship Agreement**

This Sponsorship Agreement (this "Agreement"), effective beginning October 1, 2019 ("Effective Date"), is entered into by and between the National Congress of Parents and Teachers ("National PTA" or "PTA"), and ByteDance, Inc. ("ByteDance"). ByteDance and PTA are sometimes referred to collectively as the "Parties" and individually as a "Party."

The Parties agree as follows:

1. <u>Sponsorship.</u>

    1.1.    ByteDance commits a financial contribution to aid PTA in the continuing development and deployment of PTA Connected, a multi-year, multi-phase initiative focused on engaging families together specifically in the areas of online safety, security, literacy, access & equity, and citizenship. PTA aims to share curated resources (to include TikTok educational content regarding online safety, policy, tools and resources), facilitate meaningful dialogue between parents and children as well as at the community level, and generate collective impact.

    1.2.    ByteDance will be recognized both as a Supporting Sponsor of the PTA Connected initiative and as an official Proud National Sponsor of PTA for the duration of the Term (as defined below) and recognized as such on the PTA website, in select printed PTA materials, as provided in this Agreement, and otherwise as mutually agreed.

        1.2.1.    At times, ByteDance may elect to assign and/or pass through public, named sponsor acknowledgment by PTA to its specific brands (e.g., TikTok) and PTA will recognize both ByteDance and the designated brands as requested. ByteDance will be the default entity recognized by PTA throughout the Term unless otherwise instructed.

2. <u>Term and Termination</u>. This Agreement shall be effective as of the Effective Date and shall remain in full force and effect for one year thereafter (the "<u>Term</u>"). However, this Agreement may be terminated earlier by either party upon thirty (30) days written notice in the event of a material breach of this Agreement; "material breach" shall mean that the non-terminating party fails to perform, has made or makes any inaccuracy in, or otherwise materially breaches, any of its obligations, covenants, or representations in this Agreement.

    2.1.    ByteDance will have right of negotiation to renew this Agreement at the conclusion of the Term. This Agreement does not automatically renew.

3. <u>Payment</u> 

    3.1.    ByteDance will submit payments to National PTA, Attention Finance, 1250 North Pitt Street, Alexandria, VA 22314. National PTA will comply with reasonable invoicing protocols and processes as instructed by ByteDance.



*Sponsorship Agreement: PTA & ByteDance / [ PAGE    \* MERGEFORMAT ]*

Confidential



Confidential



*Sponsorship Agreement: PTA & ByteDance / [ PAGE    \* MERGEFORMAT ]*

10.2.    By PTA. PTA further represents and warrants to ByteDance that (a) neither the exercise of the rights granted under this Agreement nor any materials embodied in PTA's Advertising Materials will violate any applicable law or violate or infringe upon the Intellectual Property Right of any person or contain defamatory material, (b), the execution and delivery of this Agreement by PTA and the performance of the its obligations hereunder are not in breach of, and do not conflict with, any contract or commitment binding upon PTA, and (c) the produced content will not violate, misappropriate, or infringe any third party's intellectual property rights or proprietary rights.

10.3.    By ByteDance. ByteDance represents and warrants to PTA that neither the exercise of the rights granted under this Agreement nor any materials embodied in ByteDance's Advertising Materials will violate any applicable law or violate or infringe upon the intellectual property right of any person or contain defamatory material.

10.4.    Disclaimer of Warranties. Except as set forth expressly in this Agreement, neither party makes any representations or warranties of any kind regarding its products, services, or websites, or otherwise in connection with this Agreement, including without limitation, any implied warranties or non-infringement, merchantability, or fitness for a particular purpose.

11. **Agency**. PTA and ByteDance agree that this Agreement is not intended to create any agency relationship of any kind; and both parties agree not to contract any obligations in the name of the other, to use each other's credit in conducting any activities under this Agreement, or to represent that the PTA is in the business of providing the products and/or services provided by ByteDance.



13. **Waiver**. Either party's waiver of, or failure to exercise, any right provided for in this Agreement shall not be deemed a waiver of any further or future right under this Agreement.

14. **Successors and Assigns**. This Agreement shall be binding on the parties, and on their successors and assigns, without regard to whether it is expressly acknowledged in any instrument of succession or assignment.

*Sponsorship Agreement: PTA & ByteDance / [ PAGE   \\* MERGEFORMAT ]*



Confidential

**Schedule A:**
**Programmatic Scope of Work (October 2019 – September 2020)**

Anticipated Timeline
*Subject to adjustment by mutual agreement after strategic planning meeting*
*and during the Term with mutual written consent*

**Fall:**

- National PTA and ByteDance will have a planning meeting with a focus on developing a work plan to meet the obligations of the agreement, to include: discussion of creating, reviewing, and/or co-branding TikTok educational resources; grant process; and a state PTA Reflections pilot.

- National PTA will provide grants to the field made possible by ByteDance.

  o National PTA will devise the processes and protocols to govern awarding grants to the field, made possible by ByteDance, for PTA Connected events to be held in celebration of Safer Internet Day 2020 (February).

  o TikTok may specify some of the eligibility criteria (e.g., geography) that informs the final grant recipient list; however, the ultimate selection will be by PTA to advance PTA Connected initiative goals and strategy for assisting PTAs in advancing digital wellness and online safety.

  o Up to ████ from this agreement shall be set-aside for this effort and used to award as PTA grants to host PTA Connected events in celebration of Safer Internet Day.

  o These grant-supported events will draw upon pre-existing PTA Connected programming and an established Safer Internet Day event toolkit; however, all grantees supported by ByteDance must agree explicitly to integrate and disseminate TikTok educational content/resources as part of their PTA Connected events as a new component to the otherwise-existing program plan.

- National PTA will deploy a communications campaign for PTA Connected which will include promotion of the TikTok grant opportunity.

**Late Fall/Winter:**

- National PTA will publicize the grant recipients with fanfare at mutually determined timing, with an opportunity for a TikTok representative to co-present or otherwise participate in the celebratory reveal.

- National PTA will update, produce, release, and promote use of official PTA Connected Toolkit to host Safer Internet Day events to include resources for families to better understand safe use of TikTok. National PTA and ByteDance will collaborate to produce and provide resources to grantees on how to be a TikTok content creator for PTAs who opt-in to share their Safer Internet Day experiences.

  o National PTA will provide training and technical support for all grantees.

*Sponsorship Agreement: PTA & ByteDance / [ PAGE   \\* MERGEFORMAT ]*



*Sponsorship Agreement: PTA & ByteDance / [ PAGE    \\* MERGEFORMAT ]*

TIKTOK3047MDL-002-00078240

**Schedule B:**
**Promotional Scope of Work (October 2019 – September 2020)**

*Subject to adjustment by mutual agreement after strategic planning meeting*
*and during the Term with mutual written consent*

1. **General**.

    1.1.    Throughout the Term, PTA will feature ByteDance on the "sponsors and partners" acknowledgment web page within the PTA website and link back to ByteDance's designated web page.

    1.2.    ByteDance will be provided the official Proud National PTA Sponsor logo for immediate and ongoing use during the Term. ByteDance will publish the standard disclosure language ("National PTA does not endorse any commercial entity, product, or service. No endorsement is implied.") in any instance in which the PTA logo appears on the same page/material as a sales claim, ad, promotion, inducement to purchase, or any instance deemed required by National PTA to provide clarity of the relationship and avoid implication of endorsement.

    1.3.    National PTA will establish an official TikTok account within the first 30 days of the Term and publish TikTok content periodically in the natural course of promoting its various programs, resources, and information to its audiences during the Term. National PTA will have sole discretion over what is posted to its TikTok account and the frequency of TikTok utilization.

        1.4.    National PTA will share information about TikTok and instructions on how to create a TikTok account with PTA leaders in the field; however, ByteDance acknowledges that National PTA generally cannot mandate adoption of TikTok by the field.

2. **PTA Connected.**

    2.1.    ByteDance to be added to the appropriate section of the PTA website (PTA Connected) with formal supporting sponsor recognition language and a provided ByteDance logo with clickable link to ByteDance designated web page. ByteDance will be able to supply relevant content for inclusion in this section.

    2.2.    At a mutually determined time during the year, PTA and ByteDance will issue a joint press release announcing the alliance and the specific program being support under the PTA Connected initiative. The decision to release subsequent press releases during the term will be made based upon mutual agreement on legitimate newsworthiness. No mention may be made of the total financial investment ByteDance is making to support this program.

        2.2.1.    ByteDance and National PTA will collaborate to assess PR opportunities with the goal of earning media coverage and positive impressions tied to the PTA Connected initiative work being conducted together.

TIKTOK3047MDL-002-00078241



*Sponsorship Agreement: PTA & ByteDance / [ PAGE   \* MERGEFORMAT ]*

Confidential



*Sponsorship Agreement: PTA & ByteDance / [ PAGE    \* MERGEFORMAT ]*

Confidential



*Sponsorship Agreement: PTA & ByteDance / [ PAGE    \* MERGEFORMAT ]*

TIKTOK3047MDL-002-00078244



*Sponsorship Agreement: PTA & ByteDance / [ PAGE   \\* MERGEFORMAT ]*

Confidential



*Sponsorship Agreement: PTA & ByteDance / [ PAGE    \\* MERGEFORMAT ]*

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-002-00078234-TIKTOK3047MDL-002-00078246

**BEGATTACH:** TIKTOK3047MDL-002-00078233

**ENDATTACH:** TIKTOK3047MDL-002-00078246

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-002

**Custodian:** ███████████

**File Path:** /EMAIL███████████████@BYTEDANCE.COM_0.MBOX/[EXTERNAL] FOR SIGNATURE: PTA CONTRACT

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** D53313E0D868738A1CEA11B7DFDEC5D6

**DocType:** E-MAIL ATTACHMENT

**Author:** ███████████████

**Create Date:** 9/12/2019 9:00 PM

**Last Modified Date:** 9/12/2019 9:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** 2019-2020_BYTEDANCE_PTA_ALLIANCE_AGREEMENT_FINAL.DOCX

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

