# AMENDED Exhibit 447

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**From:** ▮@tiktok.com]
**Sent:** 4/14/2020 6:49:23 PM
**To:** ▮@pta.org]
**CC:** ▮@tiktok.com]; ▮@bytedance.com]; ▮@pta.org]; ▮@tiktok.com]
**Subject:** Re: [External] PTA + TikTok / Status and Next Steps
**Attachments:** image001.png

Hi ▮

I'm in back-to-back calls until 5:30 PT ET. I might be able to jump on a call from 3:15 - 3:30 PM ET, otherwise, it may have to be in the evening.

We'll send a draft ASAP this afternoon.

Completely understand the need for a fully signed agreement. Keep us posted!

Thank you!!
▮

▮ TikTok

On Tue, Apr 14, 2020 at 11:42 AM ▮@pta.org> wrote:

> So exciting! ▮ and I are available today from 3 PM Eastern until 4:30 PM Eastern and then probably quite late after the town hall is concluded (7:30 PM Eastern or later, I'm guessing?). ▮ does have two little ones at home as you know, so her evenings understandably can be a bit hectic. But both she and I are very committed to getting all this done, so if you need to speak later in the evening … we can make it work.
>
> Yes, send us the draft *as soon as* you can. ▮ will shepherd it through the approval layers here and drop in a proposed quote.
>
> ▮ and I are working on the amendment but it still isn't signed. We cannot announce without a signature, so fingers crossed on that element falling into place by tomorrow!




EXHIBIT
8 TIKTOK ▮ 03/11/25 dv

Confidential                                                                                          TIKTOK3047MDL-002-00080388

▮@pta.org | www.pta.org

**From:** ▮@tiktok.com>
**Sent:** Tuesday, April 14, 2020 1:53 PM
**To:** ▮@pta.org>
**Cc:** ▮@tiktok.com>; ▮@bytedance.com>; ▮@pta.org>
**Subject:** Re: [External] PTA + TikTok / Status and Next Steps

Hi ▮,

Of course things continue to change on our end! We are still keen on announcing the donation to the PTA tomorrow. We are working to get a draft of the blog post to you all this afternoon. I know you have the teachers town hall today, but if you have some time, I'd love to touch base again.

Thank you,

▮



▮, TikTok

On Mon, Apr 13, 2020 at 2:28 PM ▮@pta.org> wrote:

> Awesome! Tuesday, May 5 is National Teacher Day (which NEA leads) which is during National Teacher Appreciation Week (which PTA leads). Having a livestream and major campaign activation during that week (and especially on that Tuesday) would be a phenomenal tie-in from our perspective.
>
> We're also prepping for the global Giving Tuesday that's being stood up for May 5, and have a ton of ideas for how all these pieces can come together re: PTA, TikTok, and Teacher Appreciation Week.

Having a little more time to pull all the elements together is a relief. Was worried we were still trying to announce tomorrow. Phew!

Let's talk soon on next steps – we're ready to roll. 😊

Warmly,

███

███
National PTA
███

███@pta.org | www.pta.org

**From:** ███@tiktok.com>
**Sent:** Monday, April 13, 2020 5:15 PM
**To:** ███@pta.org>
**Cc:** ███@tiktok.com>; ███@bytedance.com>; ███@pta.org>
**Subject:** Re: [External] PTA + TikTok / Status and Next Steps

Hi ███,

Thanks again for the call last week, and for the list of follow-up items.

Firstly, the announcement timing has shifted and we will NOT be announcing tomorrow. The earliest would be Wednesday, however, we are re-evaluating our announcement strategy for the Community Relief Fund and may even push it back to next week.



On Mon, Apr 13, 2020 at 11:04 AM ███████████████ @pta.org> wrote:

Hi friends,

Happy Monday! I feel like this is going to be a huge week for PTA and TikTok, and my whole team is psyched! So much good is about to happen!

On that note, we have a lot of logistics to tackle, and a lot of unresolved items, questions, and a rather major amendment to get signed. 😊

Here is my "working list" of things that feel time-sensitive today:

- Is it still the plan to put up the newsroom post tomorrow (Tuesday) on TikTok announcing the COVID-19 relief commitments to National PTA, both the ▮▮▮ direct to PTA and the matching donation?



Confidential                                                                      TIKTOK3047MDL-002-00080392

Warmly,



National PTA | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

1250 North Pitt Street, Alexandria, VA 22314

▉▉▉▉@pta.org | www.pta.org

**Tackling COVID-19 Together**
PTA continues to support families during the pandemic.
Learn more and get resources at PTA.org/COVID19.

  

Confidential

TIKTOK3047MDL-002-00080393

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-002-00080388-TIKTOK3047MDL-002-00080393

**BEGATTACH:** TIKTOK3047MDL-002-00080388

**ENDATTACH:** TIKTOK3047MDL-002-00080393

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-002

**Custodian:**

**File Path:** /EMAIL-_____@BYTEDANCE.COM_0.MBOX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 7F8126E2A40FB77D02FA1A4078F800F3

**DocType:** E-MAIL

**Author:**

**Create Date:** 4/14/2020 6:49 PM

**Last Modified Date:** 4/14/2020 6:49 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** RE: [EXTERNAL] PTA + TIKTOK / STATUS AND NEXT STEPS

**Title:**

**DOCEXT:**

**Email From:** _____@TIKTOK.COM>

**Email To:** _____@PTA.ORG>

**Email CC:** _____@TIKTOK.COM>; _____@BYTEDANCE.COM>; _____@PTA.ORG>; _____@TIKTOK.COM>

**Email BCC:**

**Received Date:** 4/14/2020 6:49 PM

**Sent Date:** 4/14/2020 6:49 PM

**TIMEZONE:**

**Subject:** RE: [EXTERNAL] PTA + TIKTOK / STATUS AND NEXT STEPS

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

