**AMENDED** Exhibit 448

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**EXHIBIT**

15  TIKTOK ████  03/11/25 dv

exhibitsticker.com

# 2024-2025_TikTok_National PTA Sponsorship Agreement_Draft

SPONSORSHIP RENEWAL AGREEMENT

This Sponsorship Renewal Agreement (this "Agreement") is effective as of March 1, 2024 (the "Effective Date") by and between TikTok Inc. ("Sponsor" or "TikTok") and National Congress of Parents and Teachers ("Organizer" or "National PTA"). Any Exhibits and Schedules attached to this Agreement are incorporated into this Agreement by this reference.

1.  Sponsorship. Organizer hereby engages Sponsor and Sponsor hereby accepts such engagement, each subject to the terms and conditions set forth in this Agreement, to support Organizer's purpose of promoting a culture of safety, privacy and security online for families (the "Purpose").

2.  Fee; Invoice.

    a.  Fee. As the only consideration due to Organizer related to the Purpose, Sponsor will pay Organizer a total amount equal to ████████████████ (the "Fee").

    b.  General Operations Support. ████████████████ from the total Fee may be recognized and allocated by National PTA as an unrestricted, unconditional contribution for immediate sustaining support and applied to the association's general operations.

    c.  Invoices. Organizer will invoice Sponsor for the total Fee in two equal installments of ████████████████ each. The first installment will be payable immediately upon execution by both parties of this Agreement. The other installment shall be paid by Sponsor to Organizer on January 1, 2025; each installment shall be payable by Sponsor upon receipt of an undisputed invoice accompanied by all required documentation.

3.  Sponsorship Benefits. In consideration of Sponsor's payment of the Fee Organizer will provide Sponsor with the Sponsorship Benefits set forth in Schedule A.



Highly Confidential (Competitor)



Highly Confidential (Competitor)



Highly Confidential (Competitor)



Highly Confidential (Competitor)



Highly Confidential (Competitor)



Highly Confidential (Competitor)



Highly Confidential (Competitor)

TIKTOK3047MDL-055-LARK-00624487



Highly Confidential (Competitor)



Highly Confidential (Competitor)

TIKTOK3047MDL-055-LARK-00624489



Highly Confidential (Competitor)                                                  TIKTOK3047MDL-055-LARK-00624490



Highly Confidential (Competitor)



Highly Confidential (Competitor)                    TIKTOK3047MDL-055-LARK-00624492



8.    **TikTok-PTA Events.**

   a.   Community-Level/Campus Marquee Events (5).

       ·   As special activations associated with the *PTA Connected: Create with Kindness* program, National PTA will produce up to five (5) marquee community-level/campus events exclusively with TikTok as official sponsor and co-host, to be held in locations within the contiguous United States selected by National PTA with input from TikTok.

       ·   The goal of each marquee event is to deepen understanding of digital safety best practices for teens and families generally, and on TikTok specifically; promote use of relevant safety features and tools (e.g., Family Pairing); and provide a moderated forum for two-way dialogue between key stakeholders (PTA audience)

TIKTOK3047MDL-055-LARK-00624493

and TikTok to address challenges and timely concerns.



Highly Confidential (Competitor)



9. **PR/Media and PTA Storytelling.**

a. Organizer will make a National PTA spokesperson available to provide positive but non-endorsing quotes or statements regarding TikTok's sponsorship of PTA, regarding *PTA Connected* and related activities/educational themes tied to this scope.

    · When Sponsor has an update that directly relates to improvements in digital wellbeing and youth safety, Organizer may supply an affirming, non-endorsing quote attributable to a National PTA spokesperson, subject to PTA's guidelines for participating in sponsor or other external collaborator media. At no time shall PTA be the only entity quoted by TikTok in a commercial product/service-related announcement. Organizer requires advance opportunity, under embargo or NDA as needed, to review the entire planned post, release, announcement/statement, etc., to ensure PTA's supplied quote is worded appropriately for the larger context.

    · In instances where Organizer is contacted directly by reporters/media with inquiries relating to Sponsor, Organizer will inform Sponsor of such inquiries and what response, if any, Organizer deems (or deemed) appropriate. Organizer retains its independence and authority in determining its response to direct press inquiries; further, Sponsor acknowledges that Organizer cannot dictate or control the statements of state, regional, or local PTAs in their own responses to direct press inquiries.

b. Organizer will feature the *Create with Kindness* program grant recipients as part of a comprehensive press release announcing all 24-25 program grantees.

> **Commented [9]:** @▮▮▮▮ why not?
>
> **Commented [10]:** This came up last year -- it's a policy they have across all partners, but agree it's not ideal since we don't always have another partner for announcements, esp if it's a PTA specific story
> ▮▮▮▮ : [THUMBSUP] 2024-02-21 01:45:12
>
> **Commented [11]:** Wonder if this changes if their quote is not tied to product/service related announcement (ie. We may have a multi part announcement with product updates + how we're reaching families via PTA work) will they be open to providing comment on the PTA bit?
> ▮▮▮▮ : [THUMBSUP] 2024-02-21 01:45:18

> **Commented [12]:** Any more info on where they'll publish the release / how they'll amplify? Can we review the release in advance?

Highly Confidential (Competitor)



Highly Confidential (Competitor)



Highly Confidential (Competitor)     TIKTOK3047MDL-055-LARK-00624497



Highly Confidential (Competitor)    TIKTOK3047MDL-055-LARK-00624498



Highly Confidential (Competitor)



Highly Confidential (Competitor)

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-055-LARK-00624480-TIKTOK3047MDL-055-LARK-00624500

**BEGATTACH:** TIKTOK3047MDL-021-LARK-00008823

**ENDATTACH:** TIKTOK3047MDL-055-LARK-00624500

**Attachment Count:** 0

**PRODVOL:** MDL-055

**Custodian:** ████████████

**File Path:** /TIKTOK3047MDL-055-LARK-00624480.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:**

**DocType:** LARK CHATS

**Author:**

**Create Date:** 1/1/2024 12:00 AM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-055-LARK-00624480.PDF

**Title:** 2024-2025_TIKTOK_NATIONAL PTA SPONSORSHIP AGREEMENT_DRAFT

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

