**AMENDED** Exhibit 449

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

# TikTok Guide for Parents

## A collaboration between
## TikTok and National PTA



EXHIBIT

57  TIKTOK ███  03/11/25 dv

exhibitsticker.com

TIKTOK3047MDL-063-01196387

TikTok Guide for Parents

# Welcome

Whether you are a parent, guardian, or teacher, you are one of the most important adults in a teen's life. We encourage you to talk regularly with your teens about their digital lives and how they can be responsible and safe in all online activities. We understand every family is different, which is why we offer a range of tools and features to help you take an active role in your teen's TikTok experience.

As with all apps your teen may use, it's helpful to know the options you have to make it right for you and your family. We encourage you to take time to explore the features and resources we offer families to customize your teen's experience. As we continue to nurture our growing and diverse global community, we will continue to launch new tools and initiatives to support a positive and safe app environment.

*For more information on TikTok's safety tools and resources, visit tiktok.com/safety.*

Confidential

# Contents

What is TikTok?                          4
TikTok Terms                            5
Connections                             6
Content                                 10
LIVE Videos & Virtual Gifting           12
Family Pairing                          13
Community                               15
Digital Well-being Checklist            16
Liking TikTok                           19



Confidential                            TIKTOK3047MDL-063-01196389

# What is TikTok?

TikTok is a short-form video platform that offers in-app editing, effects, and sounds to help people develop imaginative videos and creative content. Our mission is to inspire creativity and bring joy. TikTok enables everyone to be a creator and share their passion and creative expression through their videos



TIKTOK3047MDL-063-01196390

TikTok Guide for Parents

# TikTok Terms

### Profile
Everyone on TikTok has a profile that hosts their videos along with a personal photo icon and the numerical counts for Following, Followers, and Likes.

### For You Feed
The For You feed is a central part of the TikTok experience. It is based on new technologies and recommends relevant videos. In this way, people can be inspired by the content of all members of the TikTok community.

### Following Feed
The Following feed shows videos from people you follow. To follow someone new, click on the + button on the video.

### Discover
The Discover page is the central location for all things trending on TikTok. From creators on the rise to hashtag trends and top sounds, this is the place to see what's popular.

### LIVE
TikTok's livestream feature allows people to interact with their favorite creators in real time. You must be at least 16 to host a livestream.

### Duet
Duet is TikTok's collaboration tool. It allows people to create with others through side by side videos.

### Stitch
Stitch is another collaboration tool that allows people to clip and integrate scenes from another person's video into their own.

### Effect
TikTok's digital effects are interactive and advanced features that can add a fun twist to any video.

### Sound
Sound is an essential part of every TikTok video. You can use an original sound or choose from the music library of 20 million+ songs available on TikTok.

### Hearts
Liking a video is the quickest and easiest way to give a little love to a video you see on the For You feed. The more hearts it has, the more likely it is to be seen by other people around the world!



5

# Connections

The full TikTok experience is for people 13 and over, and along with an age-gate, we've given the app a 12+ App Store rating so that you can enable device-level restrictions on your teen's phone.

In the US, we accommodate those under the age of 13 in **TikTok for Younger Users**, a view-only experience with curated content and additional safety and privacy protections. TikTok partners with Common Sense Networks to help make sure content is both age-appropriate and safe for an audience under 13.

We want our community to have the best experience online, which means being able to create and have fun while feeling safe and comfortable. We have built-in app level controls to manage your teen's connections on the platform.



*Visit https://www.commonsensenetworks.com/.*

6

# Private vs Public Accounts



By default, for those 13-15 years old, your account starts as private. A private account means that while others on TikTok can search for you, they must request and be approved as a friend in order to contact or see your content. If you approve the request, that person will be able to view your videos.

For those 16 and older, your account starts as public by default, which means any TikTok community member can view your videos and post comments or reactions to engage with the content you've created and shared — but you can easily change this in your privacy settings. If you switch to a private account, you can approve or deny follower requests, and only people you've approved as followers can see your content.



7

TIKTOK3047MDL-063-01196393

# Blocking an Account



TikTok allows you to keep anyone from interacting with you or your content for any reason. By blocking an account they will not be able to view your content or send you messages.



8

TIKTOK3047MDL-063-01196394

# Reporting Content, Accounts, or Comments

 

If you see something that you believe may violate our Community Guidelines, please report it so our moderation team can review and take appropriate action. You can report a specific video, audio, livestream, account, comment, or hashtag right within the app itself.

To report, simply long press the video. A pop-up will appear. Select Report and follow the steps outlined.



*Visit https://www.tiktok.com/community-guidelines?lang=en.*



TikTok Guide for Parents

# Content

We're building a global community where people can create and share authentically, discover entertaining content, and find community.

## Restricting a Duet or Stitch



A Duet is a video feature on TikTok. Enabling Duets means others on TikTok can use your video content to create split screen video using the same audio. Stitch, another collaboration tool on TikTok, allows people to clip and integrate scenes from another person's video into their own. Like Duet, Stitch is a way to reinterpret and add to another person's content, building on their stories, tutorials, recipes, math lessons, and more. The new video will be owned by the Duet or Stitch creator (not the original creator).

Creating a Duet or Stitch can be a fun way to make videos with another TikTok community member, but you're in control: we give you the option to decide who can Duet or Stitch with your content. You can choose to selectively enable or disable these features for each TikTok video you create. Only those 16 and older can Duet or Stitch.

10

TIKTOK3047MDL-063-01196396

# Comment Restrictions



TikTok helps connect a rich and diverse community, where people express them-selves, but you can control whether and whom you allow comments from. You can choose to allow everyone to comment, friends or followers that you follow back, or no one. Regardless of what or who you choose, we ask everyone to maintain a kind and respectful community environment.

# Comment Filters



In addition to comment controls, we offer a few ways to quickly and easily filter comments you don't want to see. In the privacy section of your app settings, select "Comments." For those 13-15 years old, this is set to Friends by default, which means only people who follow you can and you follow back can see your videos.

From there, you also have the power to manage your comments. You can choose to hide spam and offensive comments, which is turned on by default, or filter specific keywords. You can also filter all comments, which gives you the power to hide or approve all comments on a video. To set manual keyword filters, follow these steps:

1. Tap "Privacy".
2. Tap "Comments".
3. Tap the toggle next the "Filter keywords" to turn on.
4. Add keywords and tap "done".

11

Confidential

## Consider Before You Comment

We also want to encourage our community to treat everyone with kindness and respect, so we rolled out a prompt that asks people to reconsider posting a comment that may be inappropriate or unkind. It also reminds people about our Community Guidelines and allows them to edit their comments before sharing.

# LIVE Videos & Virtual Gifting

## LIVE Videos

TikTok LIVE is a fun feature that creators use to connect with their community in real time. Creators become eligible to host a livestream at 16, and if they have maintained the appropriate number of followers.

## Virtual Gifting

Virtual gifting allows people to send monetary gifts to creators, and it's one way people can show their support for and reward their favorite creators. To help prevent misuse, people must be 18 in order to send or receive a virtual gift.

All virtual gift purchases are facilitated through the App Store or Google Play, and an individual's settings around in-app purchases can be managed and adjusted at any time through the App Store or Google Play directly.

Parents or guardians can prevent App Store or Google Play store purchases directly by enabling device level parental controls.



12

# Family Pairing

TikTok's Family Pairing features help you have digital safety conversations with your teen and decide the best experience for your family.

Family Pairing links a parent or guardian's TikTok account to their teen's and, once enabled, the parent can directly manage a number of safety controls for their teen's account. We encourage families to discuss the Family Pairing features with their teens, and explain why they choose to turn them on.

Family Pairing lets you enable features including:

- Screen time management
- Restricted mode
- Search
- Discoverability
- Suggest your account to others*
- Direct messages*
- Comments

*These are set to 'No One' by default.*

TikTok's parental controls are only available for the TikTok mobile app, and are not available on mobile web or computer browsers. If your teen accesses TikTok via a browser as well as via the mobile app, you may want to use the parental controls available on the browser or on your teen's device. Google's safety center gives advice on how to set screentime for Android and Chrome. Apple's Families page advises how to set controls on iPhones, iPads, Macs, and Safari.



13

TikTok Guide for Parents

# Screen Time Management

Decide how long your teen can spend on TikTok each day. You can set your teen's screen time limit directly from your own account, and if your teen has multiple devices, the set time limit will apply to each device individually.



In addition, TikTok has partnered with top creators to make short videos that that appear right in your For You feed and encourage people to keep tabs on their screen time. These fun videos use the upbeat tone our community loves while offering a suggestion to take a break and do something offline, like read a book.

# Restricted Mode

Limit the appearance of content that may not be appropriate for all audiences. Even without Family Pairing enabled, families can help their teens enable Screen Time Management and Restricted Mode by visiting the app's Digital Well-being controls at any time.

# Direct Messages

Parents and caregivers can control whether their teen has direct messages enabled. Direct messages are automatically turned off for registered accounts under 16 years old.

While the vast majority of direct messages are between friends, both child sexual abuse material (CSAM) and grooming behavior have been linked to image sharing in direct messages. We have taken an industry-leading enhanced safety approach and do not allow the sharing of off-platform videos or images in direct messages.

If you choose to enable direct messages, you may limit them to friends (people you follow, who follow you back) instead of keeping it open to everyone on TikTok.





**14**

# Community

TikTok is an inclusive platform built upon the foundation of creative expression. We encourage people to celebrate what makes them unique, within a community that does the same. We deeply value that our community comes from a huge breadth of nationalities and cultures, and we take into account the cultural norms and local regulations of the countries we operate in.



Our code of conduct is outlined in our Community Guidelines at:
tiktok.com/safety/resources/new-community-guidelines.
To learn more, visit tiktok.com/safety.

15

TikTok Guide for Parents

# Digital Well-being Checklist

As with all apps your teen may use, it's helpful to know the options you have to make it right for you and your family — and we hope you can use the below to set guidelines for their appropriate use of TikTok.

## ☐ Enable device-level parental controls.

The full TikTok experience is intended for people 13 and over, and we've given it a 12+ app store rating. This allows you to use device-based parental controls provided by Google and Apple to block the app from an underage child's phone. For more, see instructions for iOS or Android for more on parental controls (or "restrictions") and how to enable them.

In the US, we accommodate those under the age of 13 in TikTok for Younger Users, a view-only experience with curated content and additional safety and privacy protections. TikTok partners with Common Sense Networks to help make sure content is both age-appropriate and safe for an audience under 13.

## ☐ Set your teen's account to private.

By default, a TikTok account for those 16 and older starts as public — but you can easily enable a private account in your privacy settings. Accounts for those 13-15 years old are set to private by default. A private account means you can approve or deny follower requests, and only people you've approved can see your content.

## ☐ Decide who can follow you.

Even if your teen has a public account, they can manage who follows their account by removing followers or blocking accounts at any time, for any reason. Removing a follower will curtail that person's ability to send your teen a direct message, while blocking someone will also stop them from interacting with or viewing your teen's content at all.

*Visit https://www.commonsenenetworks.com/.*

16

**TikTok Guide for Parents**

# ☐ Limit the content you see.

If your teen comes across a video that doesn't vibe with what they want to watch, they can simply long press on that video and tap "Not Interested" to see less of that sort of video in the future. At the account level, enabling Restricted Mode is an option that limits the appearance of content that may not be appropriate for all audiences. Restricted Mode, which is also available within Family Pairing, can always be adjusted if you'd like to disable it as your teen gets older.

# ☐ Control your comment section.

Whether an account is private or public, your teen has the power to decide whether they want to allow comments on their videos from everyone, followers only – or restrict them altogether. This can be adjusted for each individual video they create. And even with comments on, your teen can set a custom list of keywords that will be automatically blocked from any comments on their videos. Your teen can also filter all comments, which allows them to review all comments before they appear on their content. They can also report and delete comments and block accounts in bulk, up to 100 at a time. We're also prompting our community to reconsider posting unkind comments.

# ☐ Set messaging preferences.

Messaging can be a great way to trade creative ideas with other people, but on TikTok only your teen's followers can send them a direct message. Your teen can unfollow or block an account to curtail an individual's ability to send a direct message, or disable messaging entirely from their privacy settings. Direct messages are disabled for 13-15 year old account holders.

# ☐ Restrict a Duet or Stitch.

A Duet or Stitch can be a fun way to create videos with another TikTok community member, but your teen has the control to decide who can Duet or Stitch with their content. They can choose to selectively enable or disable a Duet or Stitch for each video they create. Only those 16 and older can Duet or Stitch.

17

Confidential                    TIKTOK3047MDL-063-01196403

TikTok Guide for Parents

# ☐ Report anything that you believe may violate our Community Guidelines.

TikTok is a community that embraces creativity and values support and positivity, and that code of conduct is outlined in our Community Guidelines. If your teen sees anything that they believe violates these guidelines, they can report content or a profile directly from the app.

# ☐  Turn on Family Pairing!

This feature links a parent's TikTok account to their teen's and once enabled, a parent can directly manage a number of safety controls safety controls for their teen's account.

# ☐ Put a cap on screen time.

Screen Time Management helps limit the time your teen spends on the app each day. The feature, a part of our Digital Well-being offerings, lives behind a passcode and can be enabled for various time limits up to two hours. At the device level, screen time can also be managed directly through parental controls in Android and iOS device settings.

# ☐ Make videos together!

TikTok is fun and easy to use. Join in on a trend or have fun with everyday moments together. Creating fun content with your teen can be a great way to get involved and learn about their interests.

Confidential

TIKTOK3047MDL-063-01196404

# Talking TikTok

It's easy for parents to feel intimidated or "out of the loop" when it comes to TikTok or any new app but don't worry, you don't have to be a technology expert to know how to help your teen safely use TikTok or any other app. The "rules" for using any site or service are pretty similar. Everyone should be respectful of themselves and others, be mindful of what you post, and understand how to use any privacy settings, security tools, or blocking and reporting mechanisms.

It's important to keep the lines of communication with your teens as open as possible, and to have ongoing conversations about what's appropriate for them in terms of privacy settings, time spent online, and the types of activities they're engaging in.



**TIP:** Keep the conversation going — try downloading the app and making a video with them! Creating and collaborating with your teen can help you understand what they love about the app, and open the door to productive conversation about what it means to use TikTok safely.

19



 

National PTA does not endorse any commercial
entity, product, or service. No endorsement is implied.

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-063-01196387-TIKTOK3047MDL-063-01196406

**BEGATTACH:** TIKTOK3047MDL-063-01196385

**ENDATTACH:** TIKTOK3047MDL-063-01196411

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-063

**Custodian:** █████████████

**File Path:** /GMST01-000019368.EML

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 1C2821A6E24989A50418E674A3C61828

**DocType:** E-MAIL ATTACHMENT

**Author:**

**Create Date:** 8/17/2021 12:00 AM

**Last Modified Date:** 8/17/2021 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK-GUIDE-FOR-PARENTS-AUGUST 2021.PDF

**Title:**

**DOCEXT:** PDF

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** N

**REDACTION TYPE:**

