# AMENDED Exhibit 450

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# TikTok Family Pairing Guide for Parents

**A collaboration between TikTok and National PTA**



# TikTok Family Pairing.

**#tiktokfamilypairing**

# Hello!

Whether you're a parent, guardian or teacher, it's important to talk with your teen about their digital life and how to be responsible and safe online. Every family is different, which is why we offer a range of tools and resources to help you have ongoing conversations with your teen about being safe and responsible on TikTok.

# Manage screen time, search, privacy, and more.

**What is TikTok?**

TikTok is an entertainment platform powered by a diverse global community. Over a billion people create, connect, and watch videos on TikTok each month. Our mission is to inspire creativity and bring joy. TikTok enables everyone to be a creator and share their passion and creative expression through their videos. We want our community to have the best experience online, which means being able to create and have fun while feeling safe and comfortable.

As with all apps your teen may use, it's helpful to know the options you have to make it right for you and your family. We encourage you to take time to explore the features and resources we offer to customize your teen's experience. As we continue to nurture our growing and diverse global community, we will continue to launch new tools and initiatives to support a positive and safe app environment.

1

Confidential

#tiktokfamilypairing

# Features

**Features that help you have digital safety conversations with your teen.**

Family Pairing links a parent or guardian's TikTok account to their teen's and, once enabled, the parent can directly manage a number of safety controls for their teen's account.

We encourage families to discuss the Family Pairing features with their teens, and explain why they choose to turn them on. Family Pairing lets you enable features including:

**1 Screen Time Management**
Set limits on how long your teen can spend on TikTok.

**2 Search**
Decide whether your teen can search for content, people, hashtags, or sounds.

**3 Comments**
Decide who can comment on your teen's videos. Everyone, friends only, or no one.

**4 Discoverability**
Decide whether your teen's account is private or public.

**5 Suggest Your Account to Others***
Decide whether your teen's account can be recommended to others.

**6 Direct Messages***
Restrict who can send messages to your teen, or turn off direct messaging completely. Direct messaging on TikTok is only available to registered account holders aged 16 and older.

*These are set to 'No One' by default.

3

TIKTOK3047MDL-016-00348652

# How to activate Family Pairing in TikTok

#tiktokfamilypairing

This step-by-step guide shows you how to activate Family Pairing once you've downloaded the TikTok app and both you and your teen have created an account. You can also search "TikTok Family Pairing" within the app for a video tutorial.

**Download TikTok and activate Family Pairing!**





**1** Once you've downloaded the app, go to your Profile. You can access it in Settings and Privacy in the top right.

**2** Next, tap on Family Pairing under Content & Display.

**3** Once you get to the overview screen, click 'Continue.'

**4** Here both you and your teen select the appropriate account.

**5** Use your teen's phone to scan the QR code on the parent's phone.

**6** Their account will now show up as being linked. Tap on their account to start setting up features.

**7** Now, you and your teen can have a conversation as you navigate the different settings that are right for your family.

4

5

# Tips to talk about TikTok with your Teens

It's easy for parents to feel intimidated or "out of the loop" when it comes to TikTok or any app. Don't worry, you don't have to be a technology expert to help your teen safely use TikTok.

Everyone should be respectful of themselves and others, be mindful of what they post, and understand how to use any privacy settings, security tools, or blocking and reporting mechanisms. It's important to keep the lines of communication with your teens as open as possible, and to have ongoing conversations about what's appropriate for them in terms of privacy settings, time spent online, and the types of activities they're engaging in.

6

Confidential

#tiktokfamilypairing

## You can use this chart to talk through different settings with your teen.



| Settings | | Parents (pick one) | Teens (pick one) |
|---|---|---|---|
| 1 | **Screen Time Management:** Decide how long your teen can spend on TikTok each day. | 40 mins / 60 mins / 90 mins / 120 mins | 40 mins / 60 mins / 90 mins / 120 mins |
| 2 | **Search:** Decide whether your teen can search for content, people, hashtags, or sounds. | Content Search: On / Off<br>People Search: On / Off<br>Hashtag Search: On / Off<br>Sound Search: On / Off | Content Search: On / Off<br>People Search: On / Off<br>Hashtag Search: On / Off<br>Sound Search: On / Off |
| 3 | **Comments:** Decide who can comment on your teen's videos. Everyone, friends only, or no one. | Everyone / Friends only / No one | Everyone / Friends only / No one |
| 4 | **Discoverability:** Decide whether your teen's account is private or public. | Private / Public | Private / Public |

TIKTOK3047MDL-016-00348654

# Tip!



## Keep the conversation going — try downloading the app and making a video with them!

Creating and collaborating with your teen can help you understand what they love about the app, and open the door to productive conversations about what it means to use TikTok safely.

For more comprehensive guides and tips for families, visit PTA.org

8

#tiktokfamilypairing

# TikTok Family Pairing.
# Find the right settings for your family, together.

9

Confidential

## TikTok Proudly Supports National PTA

Since 2019, TikTok has been a proud National PTA (Parent Teacher Association) sponsor in support of the PTA Connected: Create with Kindness program – as part of National PTA's multi-sponsor initiative to promote digital access, equity, wellbeing, citizenship, security, and safety for families. TikTok provides funding and resources to PTAs across the country to help encourage digital wellbeing and youth safety, and collaborates with National PTA on educational materials like this guide. National PTA does not endorse any commercial entity, product, or service. No endorsement of TikTok is implied. Learn more: PTA.org





♪ TikTok

## Download and try Family Pairing today.

Search #tiktokfamilypairing to learn more about setting it up.

**National PTA**
every child. one voice.®

National PTA does not endorse any commercial entity, product, or service. No endorsement is implied.

10

11

Confidential

TIKTOK3047MDL-016-00348656

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-016-00348650-TIKTOK3047MDL-016-00348656

**BEGATTACH:** TIKTOK3047MDL-016-00348648

**ENDATTACH:** TIKTOK3047MDL-016-00348656

**Attachment Count:** 0

**PRODVOL:** 20241227_TIKTOK3047MDL_CLAWBACK

**Custodian:** ███████████

**File Path:** /TIKTOK-MINORSAFETY-DIGITAL-DM-R1 (1).PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** A7DB7F142C054C4E04D76DC44DFF726F

**DocType:** E-MAIL ATTACHMENT

**Author:**

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK-MINORSAFETY-DIGITAL-DM-R1 (1).PDF

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** SCA

