**AMENDED Exhibit 451**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



Confidential    TIKTOK3047MDL-039-LARK-00194787

Confidential

TIKTOK3047MDL-039-LARK-00194788

Confidential                                                                                   TIKTOK3047MDL-039-LARK-00194789



Confidential

TIKTOK3047MDL-039-LARK-00194791

He could be. It's important to have allies who can speak confidently about our Tools and controls - and who really understands how far ahead we are with protections.



 2020-07-27  18:23:19

(FYI) I'm watching the PTA 2020 virtual conference right now. They said that tons of schools have printed out the TikTok Tips for Parents guidebook and leave it in the Principal's office! Something to think about when updating it.



 2020-07-27  18:31:32

Is there a way we can get this digitally on the individual school's web resources? I don't think schools will be open any time soon. The schools that already had the brochures out may be open to it.

