# AMENDED Exhibit 453

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

PTA / FOSI Working Group

**EXHIBIT**
47 TIKTOK ▮ 3/11/25 dv

2020-02-21  13:45:00

What do you think of having or not having a videographer in LA?

Confidential
TIKTOK3047MDL-002-00084463



Confidential

TIKTOK3047MDL-002-00084464

Confidential

TIKTOK3047MDL-002-00084465



2020-02-28   02:39:00

Holy crap that's a lotta ppl

2020-02-28   03:04:00

It's packed. Unfortunately the news crews cancelled bc there's some late breaking news.

2020-02-28   03:08:00

I'm sort of glad the crews cancelled. This student panel is primarily under 13 and they're all talking about what they post why they post and how they know they're not supposed to have an account.

2020-02-28   03:09:00

@▉▉▉▉▉▉ what?!! How is PTA letting that happen?

2020-02-28   03:10:00

I don't know. But seriously dodged a bullet. That would have been on cbs abc and kcal9.

2020-02-28   03:11:00

They also showed some of their videos on the monitor

2020-02-28   03:12:00

@▉▉▉▉ unfortunately they asked for questions from the crowd and a parent asked "how old were you when you started using social media." All of them said btwn ages 8-12 and admitted to lieing about their birthdate to get around it. One girl said she's 20 on Instagram

2020-02-28   03:13:00

@▉▉▉▉ they were introduced with their grades and showed their TikTok accounts as part of the intro. It's learnings for the future.

▇ 2020-02-28 03:18:00
▇ we need a quick post mortem on this one so I can talk to ▇



Confidential

TIKTOK3047MDL-002-00084468

Confidential

TIKTOK3047MDL-002-00084469

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-002-00084463-TIKTOK3047MDL-002-00084469

**BEGATTACH:** TIKTOK3047MDL-002-00084463

**ENDATTACH:** TIKTOK3047MDL-002-00084469

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-002

**Custodian:** ▮ CON

**File Path:** /TIKTOK3047MDL-002-00084463.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 2/21/2020 1:45 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-002-00084463.PDF

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

