# AMENDED Exhibit 454

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# PR Rollout of TikTok's "Trust & Safety" Priorities in Targeted States

## Campaign Summary Report
## April – June 2020

For: TikTok Washington, DC
Date: 07.07.20

Confidential

TIKTOK3047MDL-016-00347938

# CAMPAIGN REPORT

## TABLE OF CONTENTS

OVERVIEW ..................................................................................................................................3

SECURED DELIVERABLES/PENDING ACTIVITY ...........................................................................5

CONNECTICUT............................................................................................................................5
ILLINOIS ......................................................................................................................................7
MISSISSIPPI.................................................................................................................................9
MISSOURI .................................................................................................................................13
NEW JERSEY..............................................................................................................................15
NEW YORK.................................................................................................................................19
RHODE ISLAND.........................................................................................................................20
SOUTH CAROLINA ....................................................................................................................23
TEXAS .......................................................................................................................................26
UTAH.........................................................................................................................................30
WASHINGTON..........................................................................................................................33
WISCONSIN..............................................................................................................................37
NATIONAL/WASHINGTON, DC ................................................................................................39

ADDENDUM – LAWMAKER LETTERS ......................................................................................44

# CAMPAIGN REPORT



## OVERVIEW

The following campaign summary is a compilation of secured earned media and grassroots activities for TikTok's "trust & safety" and COVID-response messaging rollout (Phase One). The campaign began on April 15th and concluded on July 1st — although Narrative Strategies continues to track pending deliverables with the objective of securing any remaining earned media placements.

Media and local stakeholder engagement occurred in 12 targeted states that were deemed important from a government relations perspective (states where there is overlap of key congressional committee membership):

- Connecticut
- Illinois
- Mississippi
- Missouri
- New Jersey
- New York
- Rhode Island
- South Carolina
- Texas
- Utah
- Washington
- Wisconsin

We leveraged the voices and expertise of ▇▇▇▇▇▇▇▇▇▇ (primary spokesperson), select TikTok leaders for content and programming, as well as local "grassroots" stakeholders who provided third-party validation of the app's new safety features and corporate social responsibility (CSR) investments.

The profiles of grassroots stakeholders were varied and included parental groups, educators, public safety officials and local elected leaders. In addition, we worked with TikTok partners including the National PTA, After School All-Stars (ASAS), and the CDC Foundation to blend CSR messaging with our primary "trust and safety" thrust.

A breakdown of the campaign's deliverables is as follows:

| Deliverable Type | Number of Deliverables |
| --- | --- |
| TV & Radio Broadcast Interviews | 14 Segments Aired |
| Digital & Print Articles | 10 Published / 2 Pending |
| Editorials & LTEs | 15 Published / 7 Pending |
| Blog Posts | 3 Published |
| Social Media Commentary/Promotion | 10 Published |
| Lawmaker Letters | 15 Signed & Sent |

Confidential    TIKTOK3047MDL-016-00347940

# CAMPAIGN REPORT

| State | Breakdown of Deliverables |
|---|---|
| Connecticut | 1 Broadcast Interview / 1 Web Article<br>1 Print Article Pending / 1 Editorial Pending |
| Illinois | 1 Broadcast Interview / 1 Web Article<br>2 Editorials / 3 Social Promotions<br>3 Lawmaker Letters |
| Mississippi | 2 Broadcast Interviews / 1 Web Article<br>1 Social Promotion / 1 Editorial Pending |
| Missouri | 1 Broadcast Interview / 1 Web Article<br>2 Editorials Pending |
| New Jersey | 2 Editorials / 4 Lawmaker Letters<br>1 Editorial Pending |
| New York | 3 Editorials Pending |
| Rhode Island | 3 Broadcast Interviews / 1 Web Article<br>1 Social Promotion |
| South Carolina | 3 Broadcast Interviews / 1 Editorial |
| Texas | 7 Editorials (syndication hits) / 2 Blog Posts<br>2 Social Promotions |
| Utah | 1 Editorial / 1 Web Article<br>1 Web Article Pending |
| Washington | 1 Broadcast Interview / 1 Editorials<br>1 Blog Posts / 3 Social Promotions<br>4 Lawmaker Letters / 1 Web Article Pending |
| Wisconsin | 2 Broadcast Interviews / 1 Web Article<br>4 Lawmaker Letters |
| DC/National | 2 Web Articles |

Confidential

TIKTOK3047MDL-016-00347941