# AMENDED Exhibit 455

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

**From:**         ████████████████ @pta.org]
**Sent:**         6/10/2020 5:13:51 PM
**To:**           ████████████████ @tiktok.com]
**Subject:**      RE: [External] FW: Question: Further Engagement with State PTA Chapters Regarding TikTok's Trust and Safety
                  Features
**Attachments:**  image001.png


If you feel this is a critical moment and these editorials are do-or-die, just tell me and we can pull funds from the
national TikTok budget we have.



703-518-1228 Desk  |  ███████████████
██████ @pta.org | www.pta.org

**From:** ████████████████ @tiktok.com>
**Sent:** Wednesday, June 10, 2020 1:08 PM
**To:** ████████████████ @pta.org>
**Subject:** Re: [External] FW: Question: Further Engagement with State PTA Chapters Regarding TikTok's Trust and Safety
Features

I told him to reach out to you directly. It would be great if you could help him in those target states of key importance to
us by reaching out or connecting him with the state PTA chapters there. Whether or not they go for it or not, at least it's
a direct connection from a trusted source.

If nothing comes of it or they ask for money, so be it - it won't be happening, but so be it.




████████ @tiktok.com


On Wed, Jun 10, 2020 at 12:47 PM ████████████████ @pta.org> wrote:

Just left you a VM on this. Not urgent, but if you want to chat on this, give me a buzz or email me back.




703-518-1228 Desk  |  ███████████████

██████ @pta.org | www.pta.org



EXHIBIT

9  TIKTOK ████ 03/11/25 dv

Confidential

TIKTOK3047MDL-004-00136204

**From:** ████████████████ @narrativedc.com>
**Sent:** Wednesday, June 10, 2020 11:21 AM
**To:** ████████████████ @pta.org>; ████████████████ @pta.org>
**Subject:** Question: Further Engagement with State PTA Chapters Regarding TikTok's Trust and Safety Features

████████     '

Thank you again for your help in promoting the IL PTA editorial last month examining the value of TikTok's family pairing feature and the app's overarching "trust and safety" priorities.

████████████████ over at TikTok found that to be of enormous value and has encouraged my team to work on duplicating that effort in some additional states.



TIKTOK3047MDL-004-00136205



Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-004-00136203-TIKTOK3047MDL-004-00136206

**BEGATTACH:** TIKTOK3047MDL-004-00136203

**ENDATTACH:** TIKTOK3047MDL-004-00136206

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-004

**Custodian:** ███████████

**File Path:** /EMAIL-███████████@BYTEDANCE.COM_0.MBOX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 1B2ED9BCCBEB5B01893FD5A8F2183C8F

**DocType:** E-MAIL

**Author:**

**Create Date:** 6/10/2020 5:13 PM

**Last Modified Date:** 6/10/2020 5:13 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** RE: [EXTERNAL] FW: QUESTION: FURTHER ENGAGEMENT WITH STATE PTA CHAPTERS REGARDING TIKTOK'S TRUST AND SAFETY FEATURES

**Title:**

**DOCEXT:**

**Email From:** ███████████@PTA.ORG>

**Email T**███████████@TIKTOK.COM>

**Email CC:**

**Email BCC:**

**Received Date:** 6/10/2020 5:13 PM

**Sent Date:** 6/10/2020 5:13 PM

**TIMEZONE:**

**Subject:** RE: [EXTERNAL] FW: QUESTION: FURTHER ENGAGEMENT WITH STATE PTA CHAPTERS REGARDING TIKTOK'S TRUST AND SAFETY FEATURES

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

