# AMENDED Exhibit 457

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| From: | [REDACTED]@tiktok.com] |
| Sent: | 2/8/2022 7:08:42 PM |
| To: | [REDACTED]@tiktok.com] |
| CC: | [REDACTED]@tiktok.com] |
| Subject: | TikTok sponsored PTA Grants |

All -

More good news to share with policymakers!

"National PTA is also pleased to announce 40 local PTAs will each receive a $1,000 grant, sponsored by TikTok, to host family-centered conversations within their high school communities," said [REDACTED], CAE, National PTA executive director. "We thank all of our sponsors. Our digital safety week events would not have been possible without the support of National PTA Proud National Sponsors Discord, NortonLifeLock and TikTok. Together, they have consistently shown their dedication and commitment to helping families understand digital wellness, security, access, equity and literacy through our PTA Connected initiative"

**Please check this list to see which school PTAs received grants in your state:**
https://www.pta.org/docs/default-source/files/runyourpta/award-grant-opportunities/2022/create-with-kindness-sponsored-by-tiktok-grantee-list.pdf

Best,

[REDACTED]

Seattle, WA
Tel: 360 791 6407
Email: [REDACTED]@tiktok.com

Follow us on