# AMENDED Exhibit 463

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



EXHIBIT 51 TIKTOK ▇ 3/11/25 dv

Confidential

TIKTOK3047MDL-060-01081103



Confidential                                                                 TIKTOK3047MDL-060-01081104



Confidential    TIKTOK3047MDL-060-01081105



Confidential

TIKTOK3047MDL-060-01081106



Confidential    TIKTOK3047MDL-060-01081107

  2019-08-21   20:43:00

All good! Forgot to check my west coast bias. Will have a more considerate time in the future

  2019-08-21   20:44:00

Ha. I'm the outlier. No worries.

 HEART 2019-08-21  21:28:30

  2019-08-21   22:16:00

Gotta drop. I'll circle back.

  2019-09-03   20:01:00

Hey ▇ Do you have a doc that lists all our current partnerships relating to safety issues? ▇ myself, and ▇ (TikTok4Good) all have similar objectives relating to owning our safety narrative (which includes understanding what partnerships we currently have). Any info you have on our current status will help us organize better and reduce redundancies. Thanks!

  2019-09-03   23:05:00

Hey. I don't but happy to send you some of the ones I'm aware of so we can put one together. Makes a lot of sense.

  2019-09-03   23:05:00

Awesome! If you can send me over the org and any POC/contact you might have, that would be helpful. Happy to put together a doc we can use together

OK 2019-09-03 23:06:14

2019-09-04 08:53:00

NCMEC: ███████ / ███████ FOSI ███████, Connect Safely/Larry Magid, National PTA: ███████. We've yet to pay for any of these, but they've been approved/are in the works so I think they meet the requirements. Eventually, I assume, the OA issues will get worked out. Let me know if you need more/different

THUMBSUP 2019-09-04 17:32:50

2019-09-06 07:38:00

Hi! Who would you like to be the POC on reporting issues to NCMEC? I'd suggest you or someone on your team. Beijing is filling out the form and indicated a preference for an HQ person, but I think someone from the US is advisable. Lemme know.

2019-09-06 20:05:00

Best person is ███████, who will be managing the Law Enforcement Response team. Thanks for reaching out

2019-09-06 20:07:00

Ok. I'll suggest to hq. You want to talk to him? I can do it also

2019-09-06 20:07:00

I just let him know

 2019-09-19  18:30:00

quick background on larry - he's based in palo alto and i had also already connected him to ▌ great minds and all that...he's been through the LA office once before with ▌ He witnessed some content moderation (something I'm eager to experience as well). Hoping he can connect with both of you at separate times for in-depth understanding of our business so that he can serve as a public advocate for us in the face of all the criticism we've been taking. His organization produces those "how-to" guides, and has made them for all of our competition. Should be a good shield for us going forward.

*THUMBSUP 2019-09-19  18:36:41*

 2019-09-19  18:36:00

Good to know! Thanks for the intro :)

2019-09-19  18:37:00

Also, if you're interested in shadowing our team on how content is moderated -- let me know and we can set that up

 2019-09-19  18:38:00

Definitely. Planning to be back in LA next month and hopefully it won't be such a whirlwind. I'll actually reach out to you ahead of time, instead of, you know, nearly running into you in the hallway...

*BLUSH 2019-09-19  18:38:37*





Confidential

TIKTOK3047MDL-060-01081112

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-060-01081102-TIKTOK3047MDL-060-01081112

**BEGATTACH:** TIKTOK3047MDL-060-01081102

**ENDATTACH:** TIKTOK3047MDL-060-01081126

**Attachment Count:** 1

**PRODVOL:** TIKTOK3047MDL-060

**Custodian:** ▮▮▮▮▮▮▮▮_CON

**File Path:** /TIKTOK3047MDL-060-01081102.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:**

**Last Modified Date:**

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-060-01081102.PDF

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** N

**REDACTION TYPE:**

