# AMENDED Exhibit 469

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Product Ideas and Strategy: EduTok v2 (CP)

## Objective

The objective of this document is to provide the product strategy for creation and consumption of educational content on TikTok. Educational content are topics, themes, and facts that promote learning of knowledge, skills, values, beliefs, and habits. As the leading destination for short-form video, TikTok is in a unique position to excite, encourage, and educate users by making education fun and accessible worldwide.

## What are the problems we are solving for?

1. User feedback from surveys: "TikTok content isn't valuable nor does it improve quality of life for users. Spending time on TikTok is wasted and unfulfilling"
2. TikTok is a platform solely for entertainment and without substance
3. Learning and education isn't 'fun'
4. 831M people globally do not have access to education

## What is the solution?

Our solution and vision is to become the #1 short video app for creation and consumption of educational content. The goal is for creators, educators, consumers, and educational organizations to share, learn, and receive value on TikTok to drive positive impact globally.

**Phase 1: User research, testing effects, tagging, and on boarding**

We will test content that inspire learning, simplify creation, and establish a growth flywheel

1. User Research: What makes learning fun? Which teachers in school were memorable? What type of educational content are users looking for? Where are users learning?
2. Test effects: Enable creative effects that promote educational content
3. On board: On board popular educators and everyday teachers

4. Test content: Test and learn types of content/formats that inspire creation and learning
5. Tag content: Partner with content teams to improve tagging of educational categories

**Phase 2: Enable tools to simplify creation and test algo preferences**

1. Creation tools: Reduce the barrier for creation and consumption of educational content
2. Test algo: test providing algo preference to educational content

**Phase 3: Simplify creation, discovery & consumption of educational content**

We will enable an 'education mode' feature within the TikTok that enables learning within all aspects of the app (category selection, search/discover, creation, etc.)

**Phase 4: Develop standalone app(s)**

We will leverage all of our learnings and content to develop standalone educational apps.





Confidential TIKTOK3047MDL-004-00290565



Confidential     TIKTOK3047MDL-004-00290566





Confidential TIKTOK3047MDL-004-00290568



Confidential                                                                                                    TIKTOK3047MDL-004-00290569