# AMENDED Exhibit 470

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

EXHIBIT

27  TIKTOK ▬▬ 3/11/25 dv

# CLF - Curriculum Integration Program: Partnership Strategies

Author: @▬▬▬▬▬                                                         Updated 4/28/20

Ref:   [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnvVdiB0Ngb8FfKQ0LQ6v15d" \h ]

## Context

The School Curriculum Program is a major component of the Creative Learning Fund, and one of our most ambitious strategies to evolve perception of TikTok's utility as a platform. We seek to work with educators to make TikTok a resource for classrooms, both as a host of A13+ learning materials, and to build out the TikTok platform as a place for students and educators to collaborate. The extraordinary circumstances of the COVID-19 pandemic has made the need for digital learning resources more urgent than ever. Knowing teachers face the need to adapt their teaching strategies to distance learning, we seek to make TikTok a tool to engage students, provide valuable material, and support inclusive learning opportunities. As a mobile app already popular with high school and college students, TikTok is uniquely well-positioned to be an urgently needed solution for teachers and students across the income spectrum, in a variety of school contexts.

**Curriculum Integration Program Goals**:

◦      Make TikTok a meaningful tool for classroom educators during distance learning and beyond

◦      Create opportunities for teachers to build curricular content on TikTok at scale

◦      Inform the development of tools and features that make TikTok an essential platform for educators and learners



                                                         TIKTOK3047MDL-047-LARK-00519753



Confidential

TIKTOK3047MDL-047-LARK-00519754



Confidential



Confidential



Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-047-LARK-00519753-TIKTOK3047MDL-047-LARK-00519757

**BEGATTACH:** TIKTOK3047MDL-021-LARK-00009134

**ENDATTACH:** TIKTOK3047MDL-047-LARK-00519762

**Attachment Count:** 0

**PRODVOL:** MDL-047

**Custodian:** ██████████████

**File Path:** /TIKTOK3047MDL-047-LARK-00519753.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 39BF4DFAEB252B401086F6A5326045A9

**DocType:**

**Author:**

**Create Date:** 4/10/2020 12:00 AM

**Last Modified Date:** 4/10/2020 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-047-LARK-00519753.PDF

**Title:** CLF - CURRICULUM INTEGRATION PROGRAM: PARTNERSHIP STRATEGIES

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**<u>Subject:</u>**

**<u>THREADID:</u>**

**<u>REDACTIONS:</u>**

**<u>REDACTION TYPE:</u>**

