# AMENDED Exhibit 471

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# US TikTok Creative Learning Fund

## Objective

The objective of this doc is to review the program strategy for the TikTok Learning Fund and align on next steps. Our goal is for TikTok to become a destination where users can learn and gain value in their daily lives. The EduTok fund initiative is one of many [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnDCBhCjWcScauXLyPbTIA3d" \h ] efforts to bring utility to users and elevate TikTok as a force for making education more accessible and fun worldwide. The EduTok Taskforce was launched to align XFN teams around educational content and product strategy and partnership opportunities to improve utility to our users.

## Executive Summary

We are creating a new funding initiative to 1) **help users transfer their real-world skills onto TikTok** and 2) to support users by **providing funds to encourage creation of educational and useful content.** This program is in line with our [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnejy3Vp6VuLgoyHn3nui2of" \h ] to support creators at each step of the creator life cycle from their first post to a livable income and everywhere in between.

**We are investing ▇▇▇ (cash + ad credits) to activate ▇▇ creators and partners, to create ▇▇ original educational videos, and to drive EduTok VV on TikTok in four ways:**

1. Accelerator program that will bring more useful content to the platform at scale through Creators, Media Publishers, and Public Figures

2. Grant program aimed at helping prospective EduTok creators, many of whom have had their primary livelihoods affected by COVID-19, to build a meaningful content business on TikTok

3. An education portal to up-skill creators and partners with the knowledge of how to make quality content on TikTok, starting with EduTok content.

4. Partnership with schools and classroom educators around the country to integrate TikTok into relevant curriculum and coursework

Through these programs and investments, we will increase the percentage of content on TikTok that is educational by a minimum of ▇▇ of top ▇▇ tagged videos daily. Currently, EduTok content categories comprise (an average) ▇▇ of the daily ▇▇ tagged videos; by adding ▇ new EduTok videos to the daily ▇▇, we'll increase the daily total from ▇▇▇▇.

We will determine ROI based on the incremental increase in contribution to EduTok VV from managed partners, positive user and partner feedback, and improved TikTok brand perception.

## What are the key insights driving this ▅▅▅ initiative?

We define [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnrMxBVQ5GrVY0HHYkitciqb" \h ] on TikTok as any video with instructive narrative that teaches our users something useful or inspires them to seek out more information. From our analysis, the categories with the highest percentage of educational content are **Science & Education, DIY & Life Hacks,** and **Motivation & Advice.**

1. **We are lacking in the supply of educational content.** Although consuming educational content yields higher retention, we don't have enough supply. Managed Partners (Creators, Media Publishers, and Public Figures) only contributed ▅▅▅▅▅▅▅▅ across the three "useful" categories and educational content in total made up only ▅▅▅▅▅▅▅. In order to grow the overall concentration of "useful" content on the platform, and to increase managed partners' percent contribution to these categories, we will accelerate content creation through strategic partner acquisition and development.

2. **Partners need motivation to justify dedicating resources to TikTok.** Within these categories, a small number of accounts drive an outsize portion of views. We have connected with many partners eager to work with us, who need additional incentives to justify dedicating resources to creating for TikTok.

3. **The perception is that TikTok is a platform that only serves an entertainment purpose.** A [ HYPERLINK "https://bytedance.feishu.cn/docs/doccn4bkf1Fr1n3llgdhzbuIhVe" \h ] conducted in Q1 2020 suggests content on TikTok scored lowest on being considered 'useful/valuable' in users' daily lives. This fund will increase the supply of useful and educational content and help improve this perception.

4. **COVID-19 pandemic could result in an est.** [ HYPERLINK "https://www.ilo.org/global/about-the-ilo/newsroom/news/WCMS_738742/lang--en/index.htm" \h ] ([ HYPERLINK "https://www.wsj.com/articles/coronavirus-triggered-downturn-could-cost-5-million-u-s-jobs-11584783001" \h ] **US, 20M RoW) jobs lost globally**. During the COVID-19 pandemic, in-person meetups to learn, exercise, and socialize are extremely limited or no longer available. The US recently had the highest number of initial jobless claims in history reaching [ HYPERLINK "https://www.washingtonpost.com/business/2020/03/26/unemployment-claims-coronavirus-3-million/" \h ]. Our program can help provide financial relief to those who have valuable skills that can be transferred to TikTok videos and livestreams.

---

**Commented [1]:** One of the key insights for India is 1) children in rural areas dont have access to education 2) there are huge drop outs with children in the 13+ age category. Thats maximum impact for India CSR.

**Commented [2]:** Will we have specific "EduTok policies" on what can get promotion or $ credit? Our CGs allow exceptions for "Educational, historical, satirical, artistic, and other content that can be clearly identified as counterspeech or aims to raise awareness of the harm caused by dangerous individuals and/or organizations" - what if EduTok content is tutorial/education videos about how to properly load a gun or exercise reproductive protections? What if educators are partisan/political in their teachings?

▅▅▅: [THUMBSUP] 2020-03-30 22:25:12

**Commented [3]:** @▅▅▅ On the accelerator side of this initiative, the beauty in contractual posting agreements is that we can dictate up front what qualifies as counting against that agreement. We will absolutely put guardrails around what they should and should not post. These policies will also be part of the Education Portal curriculum.

▅▅▅ [THUMBSUP] 2020-03-31 02:29:10

**Commented [4]:** @▅▅▅ @▅▅▅

**Commented [5]:** Cool so I'll resolve that other comment if we're good with this reference

**Commented [6]:** Are we aiming to establish a connection between this investment / programme and the pandemic? I think it's slightly confusing to communicate that externally

▅▅▅: [JIAYI] 2020-03-30 22:43:37

**Commented [7]:** @▅▅▅ We have separate funding/relief initiatives to address COVID pandemic, so didn't want to position this as doing the heavy lifting there. Biggest connective tissue is the Grant Program pillar. Pandemic or no, a Grant Program to identify, onboard and nurture/grow "Real Users" in education on the platform makes a ton of sense as we scale EduTok content on TT. But with the pandemic, a number of these Real Users are facing financial hardship as a result of COVID social distancing displacement. The Grant Program creates opportunity for these folks to transfer their skills/profession to TT and sets them up to build a business here that could supplement their earnings.

▅▅▅: [THUMBSUP] 2020-03-30 23:23:20



Highly Confidential (Competitor)







| Creator Education Portal | Description |
|---|---|
| Investment | ▮ |
| Time period | Launch in 3 months (in time for Phase 2) |
| Product needs | Dedicated in-app and web-based destination to host longer form tutorial content |
| Success metric | # modules completed & videos created |

**School Curriculum:** Curriculum partnerships take a 13+ approach to education through integration with school-delivered curricula, predominantly with a TikTok target age group (17-22). We know that high schools and teachers across the US are [ HYPERLINK "https://docs.google.com/spreadsheets/d/1CiC-3G8rT9bDnKFRl2NfFKtAz4G-Hv3LqUgmreI9cAo/edit" \l "gid=0" \h ] in classroom learning and extracurriculars. We will amplify this existing user behavior, working with schools and educators to use TikTok as a resource to both introduce concepts and test learners' grasp of material in a fun and engaging way. We will build in-app features like private, secure, school-specific Discover Pages that allow educators to host content and assign and collect "homework" from students in the form of TikTok videos. TikTok-led workshops, expert academic consulting, and teacher grants will support the integration.

A two-phased approach begins with assembling advisory councils of school administrators, educators and students to assess their needs and match our product and program to their gaps. The second phase will align with back-to-school timing, in July 2020, rolling out through pilot partnerships with a selection of major school districts and a credible educational organization that can influence adoption with educators and school leaders. Success is achieved when classroom educators are using TikTok to present content to their students (through playlists of existing content, their own original video posts and livestreams), and engaging students to create TikToks that demonstrate their command of curricular subjects.

We reach scale by piloting the program with the largest and most influential school districts in the country, through a credible partner with expertise in linking schools with corporate-sponsored initiatives. As our pilot partners integrate the product features described [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnlGqQtwHnYhvwEv4EAqILFg" \l "7xi0hR" \h ], we will support the dissemination and uptake of these tools through thought leadership/PR, highlighting the success of early adopters, and marketing the curricular tools to school leaders across the country.



Highly Confidential (Competitor)                                   TIKTOK3047MDL-056-00926535



Highly Confidential (Competitor)
TIKTOK3047MDL-056-00926536



Highly Confidential (Competitor)    TIKTOK3047MDL-056-00926537





Highly Confidential (Competitor)    TIKTOK3047MDL-056-00926539



Highly Confidential (Competitor)    TIKTOK3047MDL-056-00926540





Highly Confidential (Competitor)   TIKTOK3047MDL-056-00926542