# AMENDED Exhibit 472

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# UNICEF EAPRO Research Questionnaire

## Background

UNICEF East Asia and Pacific Regional Office is leading a multi country regional research initiative exploring the different avenues, approaches and opportunities to learning and skills development that adolescents and youth have access to and utilize online.

For UNICEF, while supporting governments to advance quality education and skills for all, it is important to understand how young people are learning online, and how such online presence contributes to different forms of skillsbuilding, including how recreational engagement platforms could contribute to young people's increased knowledge, awareness, and empowerment. It is also of relevance to explore whether and how young people are presently engaged in the co-creation of digital learning and skills building content. These research findings will provide policymakers contextual understanding and information on how adolescents' engagement and participation online is being shaped by their access and interactions online – including through the types and content of learning platforms they are accessing – and social media platforms.

All responses will be anonymous and not associated with participants or their affiliated organization. The final report will be made available online.

- Countries of interest: Thailand, Malaysia, Philippines, Vietnam
- Participation format: Key informant interview, English, 1 hour.

## Questions

### Group 1: Overview

1. **How does Tik Tok usage by age group 10-19 differ from usage of other similar platforms like Facebook and Instagram by this age group? What is unique about Tik Tok?**

- [Strategy team may potentially have this data but it does not seem appropriate for us to offer information on minor usage of TikTok and competitor analysis to UNICEF. Suggest that we do not comment.]

  > **Commented [1]:** We're removing this when we send to UNICEF?
  >
  > **Commented [2]:** @▮▮▮▮▮ Yes, I have created the cleaned up copy of the response here, you may want to refer to this instead[ HYPERLINK "https://bytedance.feishu.cn/docs/doccnbKqMoFqKkkQK8Yc73ukQVg" \l "GyLaRV" \h ]

- [Introduce TikTok - extracted from [ HYPERLINK "https://newsroom.tiktok.com/en-us/how-tiktok-recommends-videos-for-you/" \h ]] TikTok's mission is to inspire creativity and bring joy. We're building a global community where users can create and share



Highly Confidential (Competitor)   TIKTOK3047MDL-010-00329070

## Group 2: #LearnOnTikTok / Creative Learning Fund





Highly Confidential (Competitor)   TIKTOK3047MDL-010-00329072



Highly Confidential (Competitor)    TIKTOK3047MDL-010-00329073

- This could provide a useful channel to connect more young audiences to valuable, important educational content for both non-formal learning (such as life skills), as well as content related to the formal education curriculum.
- Other ways in which TikTok has spread educational information include through providing prominent 'in-feed' advertising spaces for NGOs, trusted health sources and local authorities to share important messages, and hosting livestreams with representatives of WHO, IFRC and other popular voices in public health and science.

pushpin

<u>Supplementary info</u> (only if asked?) - for GR/PR/Legal advice if we can share

- 2,400+ creators and partners were engaged to create ~134,000 instructional TikTok videos over a campaign period of 5-6months
- In the US, individuals/organizations engaged were incentivized with cash or ad credits to post 4-5 instructive TikTok videos per week during the campaign period. In SEA, we adopted a competition/giveaway format to encourage participation, rather than through direct incentivization.
- We also had plans for a curriculum integration program to bring TikTok to the classroom (and the classroom to TikTok). However it ran into blockers as initial stakeholder feedback ranged from a high barrier to entry around student privacy and content controls to partnering with classroom teachers. Efforts and resources were redirected to focus on building up the accelerator/grant and creator portal pillars instead.

**Commented [11]:** The posting cadence varies by account type. For example, publishers post 4x weekly in the current program.
▇ : [OK] 2021-08-10 11:46:50

(graph below for internal reference only as well)

Top VV CLF Categories





Highly Confidential (Competitor)                    TIKTOK3047MDL-010-00329075



Highly Confidential (Competitor)   TIKTOK3047MDL-010-00329076



Highly Confidential (Competitor)
TIKTOK3047MDL-010-00329077



Highly Confidential (Competitor)
TIKTOK3047MDL-010-00329078



Highly Confidential (Competitor)    TIKTOK3047MDL-010-00329079