# AMENDED Exhibit 473

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



EXHIBIT
TIKTOK- ___ 24
CT  3/10/25

**QuickTok**

# Make Back-to-School Cool on TikTok

Summer's only just begun, but we're already kicking into gear and preparing for back-to-school content on TikTok. With our audience creating, consuming, and engaging more every day, the platform can expect to see an influx of school supplies and clothing hauls from students and parents alike, tips from teachers on preparing for the new school year, and hilarious content coming straight from the hallways—and there are endless opportunities for brands to join in on the playground fun. So sharpen those pencils and open up your textbooks to learn more about how to earn brag-worthy marks when launching your brand's back-to-school campaign on TikTok.

## On TikTok, Everyone is in Attendance

Over July through September of 2021, weekly views for #BackToSchool skyrocketed by [redacted] in July to [redacted] September[1]. This massive jump in viewership can be attributed to TikTok's diverse audience of Gen-Z students, edu-Creators, and parents of children in grade school.

**Students**   **Teachers**   **Parents**

*Redacted – SCA*

## Class is in Session, and the Topic is Gen-Z Shopping

For students, getting back in the classroom means one thing: an excuse to go shopping. From fresh new fits, to supplies that pass the vibe check, to the essentials for the perfect packed lunch—our Gen-Z users create their #BackToSchoolHauls by tuning into what's trending on TikTok.



**Gen-Z TikTok users are...**

| 1.4x | 1.3x | 1.2x | 1.2x |

more likely than other platform users to discover new brands and products on the platform / more likely than other platform users to have bought something because it was trending / more likely than other platform users to consider to buy a product they saw on a platform / more likely than other platform users to feel excited or impressed about retail purchases[2]

## Teacher's Pet Energy



Views for #FirstYearTeacher, #HighSchoolTeacher, and #ClassroomSetup[3]

With communities like #TeachersOfTikTok—which has amassed over [redacted] views—on the rise, educators get to be the main character of the classroom. From fresh-out-of-college teachers just starting out, to seasoned and beloved veterans of the profession, #TeacherTok is where educators show off their passion for teaching with a creative twist, while providing expert #teachingtips and tricks.

## The Group Project? TikTok.

Part of the fun of making an original TikTok is getting friends to join in! And this is especially true for our Gen-Z users, with [redacted] of those creating original content on TikTok doing so with someone else[4]. Between classes, during lunch, and after that final bell rings, Gen-Z users on TikTok are pulling the squad together to dance, participate in trends, and create on TikTok.



of Gen-Z users who learn dances from TikTok do so with someone else / of Gen-Z users who participate in trends/memes do so with someone else / of Gen-Z users who participate in hashtag challenges do so with someone else

## The TikTok Study Guide

When it comes to creating back-to-school content for TikTok, we have a few A+ study tips that will take your brand above-and-beyond. Follow these pointers, add your own creative flair, and you'll be top-of-TikTok-class in no time.



**Be a Trends Wiz** — Trends on TikTok's unique language, and when brands participate, our community tunes in. Leverage the Trend Discovery tool in TikTok Creative Center to get inspired and start creating your next viral moment.

**Meet Your Classmates** — Niche communities thrive and drive business on TikTok. Tune into #collegelife, #teacherlife, #highschool, and more to understand our unique audiences' interests and behaviors—you'll be the coolest kid in school in no time.

**Show & Tell a Story** — Creative storytelling is the [redacted] of our platform, with [redacted] of daily TikTok users preferring brand content that's fun and entertaining. Show your brand's authentic story to fit organically within the TikTok culture.



**TikTok for Business**

Sources:
1. TikTok Internal Data, Global, July-September 2021
2. TikTok Marketing Science Global Retail Path to Purchase conducted by Material August 2021 (US-12, UK)
3. TikTok Internal Data, Global, June-August 2021
4. TikTok Marketing Science Gen-Z Time Well Spent Open Study (Global) Part conducted by Marketcast March 2021 (Feb 2021)

Confidential                                    TIKTOK3047MDL-018-00364960

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-018-00364960

**BEGATTACH:** TIKTOK3047MDL-018-00364960

**ENDATTACH:** TIKTOK3047MDL-018-00364960

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-018_REPROD

**Custodian:** ███

**File Path:** /QUICKTOK_BACK TO SCHOOL-EDITED_1ZJX5VG4CENAGISW0GP7E2BXUKFJP-R6F.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 7C15496FFE5CC833312CBF6A95636D45

**DocType:**

**Author:**

**Create Date:**

**Last Modified Date:**

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** QUICKTOK_BACK TO SCHOOL-EDITED_1ZJX5VG4CENAGISW0GP7E2BXUKFJP-R6F.PDF

**Title:**

**DOCEXT:** PDF

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:**

