# AMENDED Exhibit 474

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

GBS + PR (N. America)



Confidential

TIKTOK3047MDL-090-LARK-03423471

System Message 2021-04-30 19:26:18

[REDACTED] invited [REDACTED] to this chat. New members can see all chat history.

System Message 2021-04-30 23:16:10

[REDACTED] invited [REDACTED] to this chat. New members can see all chat history.

[REDACTED] 2021-05-03 15:44:29

POST

# Title: Teacher Appreciation Week (May 3-7)

**Text:**

Hi all - Today kicks of Teacher Appreciation Week! We're thrilled to spotlight 10 standout teachers from the TikTok community. These educreators are experimenting with creative new ways to engage their audiences, sharing and learning from other teachers who are making an impact from home, and helping all of us appreciate just how fun learning can truly be. To show our appreciation for these often unsung heroes, we're awarding each standout teacher $5,000 to use towards their virtual or in-person classrooms and students. And we're encouraging all teachers to share their stories with the TikTok community this week using #TeachersOnTikTok.

You can find our announcement and the teachers' stories here: https://newsroom.tiktok.com/en-us/ten-standout-teachers-on-tiktok

[REDACTED]



Confidential TIKTOK3047MDL-090-LARK-03423473

Confidential

TIKTOK3047MDL-090-LARK-03423474

Confidential

TIKTOK3047MDL-090-LARK-03423475

Confidential

TIKTOK3047MDL-090-LARK-03423476

Confidential

TIKTOK3047MDL-090-LARK-03423477



Hans Malzar

Confidential TIKTOK3047MDL-090-LARK-03423478