# AMENDED Exhibit 475

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# [PR] Teacher Appreciation Week (May 3-7)

## Overview

**What's happening?**

During Teacher Appreciation Week, we are highlighting 10 standout teachers on TikTok and awarding them with $5K to spend on their classrooms/students.

**Goals**

* Demonstrate TikTok's support for teachers on the platform

* Showcase how teachers use TikTok to express themselves and find community in creative and meaningful ways

* Raise awareness of our support for teachers among policymakers and NGO/civil society audiences

* Secure coverage in tech/policy, family/parenting, and consumer outlets

**Markets affected**

US

**Announcement timing**

Monday, May 3 at 10am ET

**Top 10 Teachers**

[ HYPERLINK "https://bytedance.feishu.cn/docs/doccnfclXwGv4JjEtiuTXWtGzIg" \h ]

[ HYPERLINK "https://www.feishu.cn/docs/doccnmMvMEYdr1jwm1132CqLDTc" \h ]

| Name | Handle | Profile | Category | Followers | City | State | School | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

TIKTOK3047MDL-002-00116980



Confidential



Confidential



Confidential



Confidential



Confidential



Confidential



## Communication strategy

**What are we trying to accomplish:** Secure coverage in tech/policy, family/parenting, consumer, regional, and local outlets. Raise awareness of our support for teachers among policymakers and NGO/civil society audiences

**In advance**

⚬　　Pre-record interview with one of the creators and the National PTA [ HYPERLINK "https://bytedance.feishu.cn/docs/doccn0GqtLnZA8yATP6oEGUyNyb" \h ]

⚬　　Secure exclusive with national broadcast or print outlet that reaches parents

**Day-of**

⚬　　Pitch blog post to family/parenting, consumer, regional, and local outlets

**Longer term**

⚬　　Include mention in our Hill, civil society, and Families on TikTok newsletters

TIKTOK3047MDL-002-00116987



Confidential



TIKTOK3047MDL-002-00116989



Confidential