# AMENDED Exhibit 476

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Parent/Family Ambassador Program (2021-2022)

## Overview

TikTok is developing a parent and family education campaign focused on promoting the many tools and resources available to parents, families, caregivers, and teens to manage their family's online experience.

## Goals

* Build trust and establish TikTok as a safe and welcoming place for parents, families, and teens to create, share, and watch videos
* Demonstrate TikTok is a responsible and maturing platform that prioritizes youth safety on and off the platform
* Help parents and families feel comfortable knowing their teens are on TikTok - and want to join, too





Highly Confidential (Competitor)                                                  TIKTOK3047MDL-004-00288577



## Calendar of events / programming

| Month | Topics of discussion | Speakers | Safety Partner |
|---|---|---|---|
| June | Overview of the program<br>TikTok's approach to youth safety<br>Best practices for creators<br>Message training | T&S - ███<br>Content partnership - ███<br>Comms - ███ | N/A |
| July | Family Pairing / Digital Wellness / TikTok for Younger Users | TBD - ███ | ConnectSafely |
| August | #LearnOnTikTok<br>#TeachersOnTikTok | TBD - Tools? | National PTA |
| July | Anti-bullying efforts<br>Body positivity and inclusion | TBD | FOSI |
| August | Privacy and security<br>Protecting against exploitative content | TBD | NCMEC |
| September | Suicide prevention<br>Managing teen fame/going viral | TBD | Cyberbullying Research Center |
| October | Digital literacy<br>Developing good | TBD | Tobacco Free Kids |



Highly Confidential (Competitor)   TIKTOK3047MDL-004-00288579





Highly Confidential (Competitor)                                                                            TIKTOK3047MDL-004-00288581



Highly Confidential (Competitor)    TIKTOK3047MDL-004-00288582