# AMENDED Exhibit 537

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# [External] Digital Wellbeing Product Strategy

## What is Digital Wellbeing?

| | |
|---|---|
| **TikTok Mission** | Inspire creativity and bring joy |
| **DW Vision** | TikTok sets an industry-leading standard for promoting users' safety, agency, and belonging. |
| **DW Definition** | Wellness is an active process through which people become aware of, and make choices toward, a more *successful existence. (*[ HYPERLINK "https://nationalwellness.org/resources/six-dimensions-of-wellness/" \h ]) |
| **DW Dimensions** | Physical, Intellectual, Social, Mental, Occupational, Emotional (*[ HYPERLINK "https://nationalwellness.org/resources/six-dimensions-of-wellness/" \h ]) |
| **DW Social Layers** | 1.   **Individual = mental wellness (focus of this document)**<br><br>2.   Relational = how we interact with the world around us<br><br>3.   Collective = health of communities and societies |
| **DW Hierarchy** | 1.   Safety = safety by design; recognizing harms and maintaining safety (core T&S responsibility, *mostly* addressed by other T&S teams)<br><br>2.   **Agency = the capacity of individuals to act independently and to make their own free choices (focus of this document)**<br><br>3.   Belonging = facilitate meaningful interactions and relationships between TikTok users (long term goal) |

*(See Defining section* [ HYPERLINK "https://bytedance.feishu.cn/docs/doccn09Hx6PHq9IL2w7kmlkMipn?ys_keep_tab=true" \l "L7rtL4" \h ] *for more context)*

Confidential

# What does Digital Wellbeing currently look like?

We have built some important foundational features, but there is a lot of room for them to grow. We are also behind our competitors in terms of standard functionality (Appendix A).

**Feature**          **Key Screens**

Screen Time
Management




Restricted Mode



Confidential

Family Pairing



Take a Break Videos

1 of [ HYPERLINK "https://bytedance.feishu.cn/sheets/shtcn6NhzeYld1ADWVx0kDH5tre" \h ] live globally:

[tiktok]([ HYPERLINK "https://www.tiktok.com/embed/v2/6781608404646464774" \h ])

*(See* [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnbVvurKdSL9DYt8pWvMTUlc" \l "ctC0SE" \h ] *for more details)*

# 1. User Problems

## 1.1 Compulsive Usage and Lack of Agency

We have learned from [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnaj12l7T3DFGM7lJpqwmrUg" \h ] that our users' biggest usage deterrent is that they think the platform is addictive. We also see many app store reviews that echo the following sentiment, "Do not download this app unless you're able to spent at least two hours a day on it. It's addicting!" (Appendix D).

This issue is further supported by external research and reveals other more concerning effects as well. According to a study of 1600 8-18 year olds, 8-12 year olds use almost 5 hours of entertainment screen media per day and teens use just over 7 hours per day, with 62% over 4 hours and 29% over 8 hours ([ HYPERLINK "https://www.commonsensemedia.org/sites/default/files/uploads/research/census_researchreport.pdf" \h ]). This compulsive usage correlates with a slew of negative mental effects like loss of analytical skills, memory formation, contextual thinking, conversational depth, empathy, and

increased anxiety ([ HYPERLINK "https://www.pewresearch.org/internet/2018/04/17/the-future-of-well-being-in-a-tech-saturated-world/" \h ]). Various similar studies to Pew's also conclude that compulsive usage interferes with essential personal responsibilities like sufficient sleep, work/school responsibilities, and connecting with loved ones ([ HYPERLINK "https://europepmc.org/article/PMC/5380441" \h ]).

In sum, compulsive usage on TikTok is rampant and our users need better tools to understand their usage, manage it effectively, and ensure being on TikTok is time well spent ([ HYPERLINK "https://bytedance.feishu.cn/docs/doccniFfyAl58bOMNzPrszJj6ig" \h ]).

**Action Plan:** See [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnCrgr1bAudwCMsTR24cWJ7g?ys_keep_tab=true" \l "O1qw7y" \h ] section

## 1.2 Minor Safety and Parental Concerns

User safety is at the [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnCrgr1bAudwCMsTR24cWJ7g?ys_keep_tab=true" \l "JUJbx2" \h ] of wellbeing and this is a core responsibility of the broader TnS organization, yet there are still important opportunities that this initiative is obligated to invest in. A recently conducted [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnIv5yXbiv2j7gXYILywu3AD" \h ] and follow on [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnbVvurKdSL9DYt8pWvMTUlc?from=from_parent_docs" \h ] has provided clear improvements that takes into account different key markets ([ HYPERLINK "https://bytedance.feishu.cn/docs/doccnIv5yXbiv2j7gXYILywu3AD?from=from_parent_docs" \h ], [ HYPERLINK "https://www.ofcom.org.uk/__data/assets/pdf_file/0025/217825/children-and-parents-media-use-and-attitudes-report-2020-21.pdf" \h ]):

| Problem Area | Solution |
|---|---|
| Content: Respondents' primary concerns about TikTok centered on its content. | ◦ Restricted Mode (enhancements planned) <br> ◦ [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnvwXAYleYQDvB8Jn6xtzXFd" \h ] (in progress) |
| Data Privacy: Many respondents were also concerned about the safety of their teens' personal information. | ◦ Family Pairing (enhancements planned) <br> ◦ Privacy by Default:[TikTok_Privacy & Safety Under 18.pdf] |

TIKTOK3047MDL-024-LARK-00043041



Confidential



## Strengths / Opportunities

◦      TikTok is a place to be your authentic self, and is content, rather than network-driven. This may mean that the risk of usage increasing feelings of envy may be lower than for some other platforms

◦      Many people find joy in the TikTok experience, which is a powerful unique aspect of our platform that we should work hard to preserve

◦      Higher levels of active engagement than many other platforms (e.g. as measured by post and comment rates), which is positive given research that suggests passive use of social media is more harmful

     ◦    "On TikTok in Q2, mega influencers had an average Engagement Rate of 11.83%—vs. 0.35% on Instagram, 2.75% on YouTube, 0.01% on Facebook and 0.01% on Twitter" - [ HYPERLINK "https://adage.com/article/datacenter/tiktoks-astronomically-high-engagement-revealed/2361161" \h ]

TIKTOK3047MDL-024-LARK-00043043

- ○ [ HYPERLINK "https://bytedance.feishu.cn/docs/doccn3uc5VrSlQRByKGgM3dpSDe?from=from_parent_docs" \l "KxizlK" \h ]

- We have a relatively blank canvas and more information than our industry did as a second generation tech company, positioning us well to roll out more effective resources and experiences

- Strong executive support

## Weaknesses / Risks

- TikTok's success can largely be attributed to strong out of the box personalization and automation, which limits user agenc

- TikTok is particularly popular with younger users, who are particularly sensitive to reinforcement in the form of social reward and have minimal ability to self-regulate effectively



TIKTOK3047MDL-024-LARK-00043044



Confidential



Confidential



Confidential



TIKTOK3047MDL-024-LARK-00043048



Confidential



Confidential



TIKTOK3047MDL-024-LARK-00043051



Confidential



Confidential



Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-024-LARK-00043038-TIKTOK3047MDL-024-LARK-00043054

**BEGATTACH:** TIKTOK3047MDL-024-LARK-00043038

**ENDATTACH:** TIKTOK3047MDL-024-LARK-00043054

**Attachment Count:** 0

**PRODVOL:** MDL-024

**Custodian** ███████████████

**File Path:** /TIKTOK3047MDL-024-LARK-00043038.PDF

**Confidentiality Designation:**

**HASHVALUE:** 7D623D47D2A724419F5AA1C0E8348BA7

**DocType:**

**Author:**

**Create Date:** 9/23/2021 12:00 AM

**Last Modified Date:** 9/23/2021 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-024-LARK-00043038.PDF

**Title:** [EXTERNAL] DIGITAL WELLBEING PRODUCT STRATEGY

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**<u>Subject:</u>**

**<u>THREADID:</u>**

**<u>REDACTIONS:</u>**

**<u>REDACTION TYPE:</u>**

