# AMENDED Exhibit 701

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# 2018 Strategy Offsite Two Pagers
## **CONFIDENTIAL**
go/ytstrategybook-2018

**SEARCH & DISCOVERY**                                          **3**
    S&D Growth Drivers                      3
    4B Hour Constraints                     6
    Content promotion                       8

**COMMUNITY**                                                   **12**
    Amplify Community                       12
    Social Distribution                     15
    Curation                                18
    Concurrent Experiences                  21

**DAVs // MAIN APP**                                            **23**
    DAV Growth                              23
    Main App Information Architecture        26
    News                                    30

**CREATORS**                                                    **32**
    Growing Creators                        32
    Alternative Monetization                34

**EMEX**                                                        **38**
    Gaming                                  38
    AR                                      41
    Learning                                44

**SUBSCRIPTIONS**                                               **46**
    Music Consumer                          46
    Artists                                 50
    Video SKU                               52
    Red Growth & Ops                        56
    YouTube TV                              59

**SCALE**                                                       **61**
    Margins                                 61
    Quality, Cost & Utility                 64
    Abuse & Classifiers                     66

EXHIBIT 9
WIT: YouTube-Gilbert
DATE: 2-2025
C. Campbell, RDR CRR CSR #13921

2

**ADS**                                                69
    Direct Response Ads                           69
    Brand Ads                                     72

**SPECIAL PROJECTS**                                   75
    Living Room                                   75
    Public Figures                                78
    YT4G                                          81
    Servicing our Creators                        84

GOOG-3047MDL-04461234

# DAVs // MAIN APP

## DAV Growth

*Strategic two-pager: Core DAV Growth go/dav-growth-2018*

*Beyond notifications, what are the best levers we have to drive DAV growth in 2018?  Can we grow DAVs by increasing the frequency (weekly, daily) that users visit YT and if so, what are the use cases that will drive that?  Please consider and advocate for a few solutions across various dimensions ex. Gender, Age, Geo, YT Everywhere, Messaging Apps, Casual viewers, etc.*

*Owners:* ████████████   *Contributors:* ████████████████████

**Opportunity statement**

YouTube DAVs continue to grow, 7DA DAVs are at █████ as of 9/26. We expect DAVs to grow to more than ████ in 2018 (exact OKR TBD). With the efforts described in this paper, we have the opportunity to drive ████ of the DAV growth in 2018 (████ from DAV growth and embed initiatives and ████ from Emerging Market initiatives) beyond our normal course of business growth. This means that the efforts described in this 2-pager aim to contribute about ██% of the target growth in 2018. In order to continue our growth trajectory, we recommend three new efforts for 2018:

- ████████████████████████████

- ████████████████████████████

- ████████████████████████████

████████████████████████████████████

**Proposed solution**



_____

[20] 10+/14 users are users that are active 10 days or more out of 14

GOOG-3047MDL-04461255



GOOG-3047MDL-04461256



**How will we know we have succeeded in 2018**

Metrics: we will continue to focus on DAV (or DAU when available) and DAV lift from experiments but with special attention to some segments, particularly browse DAV and the tracked slices.

**Discussion questions**

- Should our techniques be different to acquire DAU instead of DAV?
- Are there strategic concerns with ███████████████████████████████████?
- How do we feel about growing ████████████████████████████?

GOOG-3047MDL-04461257

## AR

### YouTube Augmented Reality (AR)
(Owners: ███████████████████████Shimrit Ben-Yair, █████████████████████████)

*The camera and advances in computer vision technology unlock new possibilities in mobile content creation and AR. What investment should we make into the camera, to bring the next generation of mobile-first creators onto YouTube and explore new AR based experiences for creators and viewers?*

### Problem statement and Background
### How Augmented Reality differs from Virtual Reality:



**Virtual Reality (VR):** Immerses you in a digital world and requires a specialized viewer (Google cardboard, headset, etc.). Your physical location doesn't matter. VR makes you feel like you are there.

or with glasses/headset. there with you.



**Augmented Reality (AR):** Adds pixels to your real world whether on a phone Your physical location matters. AR makes you feel like the digital object is

### Consumer AR today:
While the mention of AR may conjure images of people wearing head-mounted devices, like most early technologies, the most technically advanced is not the same as the most widely adopted. Smartphones provide the largest addressable market, with the rear camera capturing the real world and the screen showing the pixels added into the scene. The most well-known AR apps are Pokémon Go (which adds Pokémon to the real world scene) and Snapchat (which adds accessories and enhancements to faces and places). Instagram also just released Snapchat-like filters. More pragmatic uses include Google Translate, which overlays translations on top of text in the scene, and Yelp, which overlays ratings over storefronts in the scene. In the advertising world, Layar and ROAR, allow consumers to access more content associated with physical packages and paper ads.



| Pokemon Go | Snapchat | Instagram | Google Translate | Yelp Monocle | Layar | Roar |

Snapchat's recently launched 3D Bitmoji AR shows how AR is currently simply incorporated into video. To see what's could be possible with AR creation, check out this quick video featuring a-ha's "Take on Me"..



| Normal camera view of a real place | Choose a 3D AR person to add | Place the AR person where you want | Record the video of the person's animation |

Big companies (Apple, Facebook, Google, Microsoft) are heavily investing in building AR platforms and devices to bring these scenarios to market, betting that AR will become as big a disruptor as mobile has been. Apple ARKit is now available on 500M+ iOS devices and Google's ARCore will soon launch to 300M+ Android devices. Both Google and YouTube are behind in AR content creation.

While the Daydream team has shifted significant focus from VR to AR, their VR investment is now focusing primarily on VR Video, and depends on continued VR Video investment from YouTube.  The VR team is enabling viewing of YouTube content on millions of devices that would not be possible without our investment. Accelerating investment in AR should be treated as a **separate, concurrent investment**.

YouTube has two core initiatives that are relevant to our overall AR strategy:



**Proposed solution**

**Already planned work for 2018:**

**Areas we think it's too early to invest in 2018–**

GOOG-3047MDL-04461276

45



**Possible areas for new investment for 2018 (in priority order):**



<u>**How will we know we have succeeded in 2018**</u>
- Usage of AR elements as a proportion of videos
- Reels - Upon launching Reels and launching AR effects in Reels, we will be able to measure:
  - % of videos with AR effects applied
  - Retention for creators who use AR effects vs those who do not, as well as viewer viewership metrics for videos with AR effects.

**Discussion questions**
- We are clearly behind Snapchat in the peer-to-peer space and Instagram in the public short form video space. Do we think that AR could be an important enough enhancement to YouTube's strengths in longer, public VOD that we'd want to invest where we already have strength?
- ███████████████████████████████████ Note that Facebook and Snap are already ahead of us now.

CONFIDENTIAL

55

**Strategy Part II :**

**Product**

**Scale**

[49] Netflix and HBO panel data from strategy team

GOOG-3047MDL-04461287