# AMENDED Exhibit 702

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

HIGHLY CONFIDENTIAL

```
                                           Page 1

 1             UNITED STATES DISTRICT COURT

 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3

 4    ----------------------------x

      IN RE: SOCIAL MEDIA ADOLESCENT ) Case No. 4:22-md-

 5    ADDICTION/PERSONAL INJURY       ) 3047-YGR

      PRODUCTS LIABILITY LITIGATION  ) MDL No. 3047

 6    ----------------------------x

 7

 8        SUPERIOR COURT OF THE STATE OF CALIFORNIA

 9            FOR THE COUNTY OF LOS ANGELES

10               UNLIMITED JURISDICTION

11

      COORDINATION PROCEEDING         ) Judicial Council

12    SPECIAL TITLE [RULE 3.550]      ) Coordination

                                      ) No. 5255

13    SOCIAL MEDIA CASES              )

      _____ ) Judge Carolyn Kuhl

14

15

          CONTAINS HIGHLY CONFIDENTIAL INFORMATION

16

17               V O L U M E   I

18        VIDEOTAPED DEPOSITION OF JAMES BESER

19             PALO ALTO, CALIFORNIA

20                 APRIL 2, 2025

21                  9:08 A.M.

22

23    Job No.: 7222033

24    Pages: 1 - 442

25    Reported by: Leslie A. Todd, CSR No. 5129 and RPR
```

HIGHLY CONFIDENTIAL

Page 45

1    do as well for different types of issues.

2          Q.     All right.  If you look at the

3    first entry dated 5/28/2020, there's a bullet

4    point, and the first bullet point is -- it

5    says "Sharon," but I think it's pronounced

6    Sharone (phonetic), "focusing on medical

7    health and mental health."

8                 Do you see that?

9          A.     I do.

10         Q.     That refers to Sharon Stovezky

11   who is a member of your team?

12         A.     No, Sharon does not report to

13   me.

14         Q.     She does not report to you.

15   Okay.

16                Do you have any reason to

17   believe this document is not what it appears

18   to be, a record of the meetings of the

19   responsibility team at YouTube?

20                Going back to 2016, if you look

21   at the end of the document, the entries are

22   in reverse chronological order, so the first

23   entry is November 30th, 2016, and then the

24   most recent entry is May 28th, 2020, on

25   page 1.

HIGHLY CONFIDENTIAL

Page 46

```
 1              MS. WADHWANI:  Objection to
 2       form.
 3              THE WITNESS:  I don't know what
 4       this document was.
 5  BY MR. DRAPER:
 6       Q.     Is there anything that strikes
 7  you as unusual?  You've seen documents in
 8  this format at YouTube?
 9       A.     Nothing particularly unusual.
10  It looks like meeting notes.
11       Q.     Great.
12              So if you could just look at
13  the page that's designated 8601.
14              Sir, 8601 includes a record of
15  the meetings of the responsibility team at
16  YouTube for December 14th, 2018.  Do you see
17  that?
18       A.     At the bottom of the page, yes.
19       Q.     All right.  And then the first
20  bullet point is for launches and milestones.
21  Do you see that?
22       A.     I do.
23       Q.     And then on the second page,
24  which is 8602, there is another bullet point
25  that says "Mailing lists."
```

HIGHLY CONFIDENTIAL

Page 47

1          A.      I see it.

2          Q.      Do you see that?

3          A.      Yes, I see that.

4          Q.      All right.  And you see that it

5     identifies some new mailing lists, correct?

6          A.      That's what it appears to do.

7          Q.      All right.  And then there is

8     the second from the bottom, a hollow bullet

9     point that says:  "Three chat rooms (by

10    default) history off."

11                 Do you see that?

12         A.      I see that.

13         Q.      All right.  So for the youth

14    team, you told me it was best practice to

15    kind of keep history off in the chats.  For

16    this responsibility team, it seems it's also

17    a practice to keep history off in the chat

18    rooms.  Do you agree?

19                 MS. WADHWANI:  Objection to

20          form, foundation, mischaracterizes

21          prior testimony.

22                 THE WITNESS:  Again, this

23          wasn't my team.  I don't know what

24          team norms they had.

25    BY MR. DRAPER:

HIGHLY CONFIDENTIAL

Page 48

1          Q.      But at least in this instance,

2     they are by default keeping history off in

3     their chat rooms?

4                    MS. WADHWANI:  Objection to

5              form.

6                    THE WITNESS:  That's what the

7              document says.

8     BY MR. DRAPER:

9          Q.      All right.  Have you talked

10    with people on other teams outside the youth

11    team and either told them or been told by

12    them to keep history off in the chats?

13         A.      I don't recall.

14         Q.      Would it surprise you that

15    other teams also at YouTube also have a

16    practice of keeping history off in their

17    chats?

18                    MS. WADHWANI:  Objection to

19              form.

20                    THE WITNESS:  Well, I can only

21              speak for my team, which was it led to

22              a lot of confusion for junior folks

23              who would go back in time and take

24              things out of context.  And so it

25              wouldn't surprise me if other teams

Page 49

1        did similar.

2   BY MR. DRAPER:

3        Q.      Did anyone ever tell you that

4   you should have history off on your chats?

5   Anybody senior to you ever tell you that?

6        A.      I don't recall ever being told

7   that.

8        Q.      Do you have an official work

9   phone?

10       A.      I'm not exactly sure what that

11  means.  I have a phone that is not paid for

12  by Google.

13       Q.      Okay.  So I would call that

14  not.

15       A.      Not.  Yeah, I don't know what

16  official means, but I don't think.

17       Q.      All right.  So you use your

18  personal phone occasionally for business

19  purposes?

20       A.      I have my e-mail on there and

21  my chat.

22       Q.      All right.  Do you ever text

23  with other YouTube employees from your

24  personal phone?

25       A.      Very rarely.

Page 50

1      Q.      Ever text about business things
2  or -- you know, I'm not interested if you
3  text about going out to dinner on Tuesday
4  night, but --
5      A.      No, the texts are usually to
6  coordinate, say, like a weekend meeting or
7  something.  It's usually -- I can only recall
8  logistic texts.
9      Q.      Okay.  Mr. Beser, do you agree
10 that a corporation should not release an
11 application designed for teens and younger
12 kids without knowing that the application is
13 safe for them?
14          MS. WADHWANI:  Objection to
15      form.
16          THE WITNESS:  So I take a
17      little bit of issue with the word
18      "safe" because that is a relative
19      term.  So I think that I would find a
20      problem saying it's safe to any given
21      person at any given time.  The word
22      "safe" can mean different things.
23 BY MR. DRAPER:
24      Q.      Sure.  Do you agree that a
25 corporation should not release an application

HIGHLY CONFIDENTIAL

Page 51

1  designed for teens or younger kids without
2  knowing what the safety hazards are for that
3  application?
4              MS. WADHWANI:  Objection to
5         form.
6              THE WITNESS:  I agree that when
7         you are launching a product for youth,
8         it is important to have a high degree
9         of responsibility, which would mean
10        knowing what the risks are.
11  BY MR. DRAPER:
12        Q.    And do you agree that a
13  corporation that wants to release an
14  application designed for teens and younger
15  kids should test the application for safety
16  before releasing it?
17              MS. WADHWANI:  Objection to
18        form.
19              THE WITNESS:  I would agree
20        that you would need to have some
21        information about where the risks are,
22        which could come through testing.
23        Again, that's a bit of a broad term.
24        But yeah.
25  BY MR. DRAPER:

HIGHLY CONFIDENTIAL

Page 154

1          So kids will use YouTube.  It's
2   written in our North Star principles, right.
3   And so if they're going to use YouTube, we
4   want them to use YouTube in the most
5   age-appropriate, safe and high quality way as
6   possible.
7          Q.     One of the goals for YouTube
8   Kids was to create the next generation of
9   YouTube users.  Do you agree?
10         A.     So I'd like to point out that I
11  started on the kids team.  This is probably
12  one of the first things I saw or commented
13  on.
14         Q.     Right.
15         A.     So we were trying -- I was
16  learning and figuring out a lot.  Right.  So
17  I just want that to be noted that a lot of
18  these things might have been hot takes.
19               And again, I don't know what we
20  used this deck for.  It might have been my
21  own scratch pad.  There is actually a slide
22  that says "Scratch pad."  So I might have
23  just been trying to get my thoughts
24  organized.
25         Q.     Okay.  If you will just look at

HIGHLY CONFIDENTIAL

Page 155

1   the -- the second slide here, sir, it -- it
2   is entitled or has a caption that says "YTK
3   Vision."  That of course stands for YouTube
4   Kids.  I'm sorry.
5           A.      I'm ahead of you, sir.  My bad.
6           Q.      Right there, that one.  Right.
7                   You see where it says "YTK
8   Vision."  That of course stands for YouTube
9   Kids vision, correct?
10          A.      Yes.
11          Q.      All right.  And it says:
12  "Create the next generations of YouTube
13  users."  Yes?
14          A.      That's what the slide says.
15          Q.      All right.  The thought was
16  that if you get kids hooked on YouTube Kids
17  at an early age, say four to eight, they
18  stick with YouTube as they get older and
19  remain YouTube users, right?
20                  MS. WADHWANI:  Objection to
21          form.
22                  THE WITNESS:  I mean the slide
23          lists out different age groups and has
24          arrows.  But as I mentioned before, we
25          are sort of assuming everyone uses

HIGHLY CONFIDENTIAL

Page 156

1          YouTube, and so we want to make sure
2          when those users are on YouTube, we
3          have them in the safest and most
4          appropriate place.
5     BY MR. DRAPER:
6          Q.     You say you assume everyone
7     uses YouTube.
8          A.     Mm-hmm.
9          Q.     I've seen it characterized a
10    little bit differently, that the goal is for
11    all kids to use YouTube.  Would you agree
12    with that characterization?
13               MS. WADHWANI:  Objection to
14          form.
15               THE WITNESS:  The -- so again,
16          this slide deck, I don't remember
17          exactly what we used it for.  It was
18          like maybe my first month possibly on
19          the product.  So irrespective of
20          what's said here, I wouldn't say that
21          the goal is for all kids to use
22          YouTube.  I think our goal is to be as
23          valuable as possible.
24               YouTube is used in schools.
25          I've seen statistics like 95 percent

HIGHLY CONFIDENTIAL

Page 157

1          of teachers have used YouTube in the
2          last, you know, month or quarter or
3          year in classrooms.  And, you know,
4          YouTube is an incredible learning
5          device.  We see it as the library, but
6          organized for kids and to actually
7          help them find things that they might
8          want to go deeper on.  It is one of
9          the biggest search engines in the
10         world.
11                 So, yeah, kids are going to use
12         YouTube.
13                 MR. DRAPER:  For the record,
14         sir, I move to strike the
15         nonresponsive portion.
16    BY MR. DRAPER:
17         Q.      So still on this -- this same
18    slide, for kids younger than eight, it has a
19    statistic under it where it says, "Under 8,
20    ███  ████████  addressable users."  Do you see
21    that?  In blue?
22         A.      I see that.
23         Q.      Right.  And then for tweens, it
24    also says ████  ████████  addressable users,
25    correct?

HIGHLY CONFIDENTIAL

Page 158

1          A.        That's what the slide says.

2          Q.        Addressable users, I think you

3    know from your marketing experience, is the

4    total potential market?

5                    MS. WADHWANI:  Objection to

6           form.

7                    THE WITNESS:  It can mean that.

8           I don't recall exactly what was meant

9           here, but -- it can mean that.

10   BY MR. DRAPER:

11         Q.        Okay.  And so this identifies,

12   and it says actually underneath the slide,

13   "██████  ████████  kids under 13."

14                   Is that -- that's more than in

15   the United States, you would agree?

16         A.        Yes.

17         Q.        Right.  That's worldwide.

18         A.        Yes.

19         Q.        All right.  And YouTube wanted

20   to reach every one of them, all ████  ████████,

21   correct?

22                   MS. WADHWANI:  Objection to

23           form.

24                   THE WITNESS:  I don't know what

25           YouTube wanted.  I certainly didn't

HIGHLY CONFIDENTIAL

Page 159

 1          know in Q2 2016 when I had been at the
 2          company for a very short period of
 3          time.
 4                    And as I mentioned before, we
 5          just assumed YouTube is going to get
 6          used by kids.
 7   BY MR. DRAPER:
 8          Q.     By every kid in the world?
 9          A.     If they find --
10                 MS. WADHWANI:  Objection to
11          form.
12                 Go ahead.
13                 THE WITNESS:  If they find it
14          valuable and useful.
15   BY MR. DRAPER:
16          Q.     All right.  Let's look at the
17   next slide, please.
18                 The next slide has a heading.
19   It reads "YouTube Kids growth
20   strategy:  Become a daily tool for all U13
21   kids globally."
22                 Right?  Do you see that?
23          A.     I do see that.
24          Q.     Have you ever heard that goal
25   referred to as every kid, every day?

HIGHLY CONFIDENTIAL

```
                                        Page 160
 1        A.       I don't recall that.
 2        Q.       All right.  And the strategy
 3   you'll see -- you can see on here is twofold,
 4   grow activations, right?  So more kids are on
 5   the platform.  Yes?
 6                 MS. WADHWANI:  Objection to
 7        form.
 8                 THE WITNESS:  It says, "Grow
 9        reach."  So, yeah -- grow people
10        downloading the kids app.
11   BY MR. DRAPER:
12        Q.       Right.  And then on that upward
13   pointed arrow right to the left of it, it
14   says "Activations."
15        A.       Okay.
16        Q.       Right.  So grow activations,
17   grow reach, so more kids are on YouTube.
18   Right?
19                 MS. WADHWANI:  Objection to
20        form.
21                 THE WITNESS:  More users are
22        downloading and onboarding YouTube
23        Kids app is what that would mean, I
24        would guess.
25   BY MR. DRAPER:
```

HIGHLY CONFIDENTIAL

Page 439

1     CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2        The undersigned Certified Shorthand Reporter

3   does hereby certify:

4        That the foregoing proceeding was taken before

5   me at the place and time therein set forth, at

6   which time the witness was duly sworn; That the

7   testimony of the witness and all objections made

8   at the time of the examination were recorded

9   stenographically by me and were thereafter

10  transcribed, said transcript being a true and

11  correct copy of my shorthand notes thereof; That

12  the dismantling of the original transcript will

13  void the reporter's certificate.

14       In witness thereof, I have subscribed my name

15  this date:  April 4, 2025.

16

17       _____

18       LESLIE A. TODD, CSR, RPR

19       Certificate No. 5129

20

21  (The foregoing certification of

22  this transcript does not apply to any

23  reproduction of the same by any means,

24  unless under the direct control and/or

25  supervision of the certifying reporter.)