# AMENDED Exhibit 704

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-00122963



# THE YOUTUBE GENERATION

Shaping Community and Creative Culture Today



- Not only is being on *#trend* important to the YouTube Generation, they like to know - because there is social capital in participation. Being the first to sh something, being able to participate in the conversation around something t



**FAMECHANGERS:**
THE NEW CREATOR CLASS

You cant talk about teens and millennials without getting the stereotypes out of the way -  about the stereoteypes: entitled; self-absorbed; add; etc

# Shaping the future

These creators are shaping the culture and perspective of the YouTube Generation

| | YouTube Creator Subscribers | | |
|---|---|---|---|
| | 13–17 | 18–34 | 35–64 |
| YouTube creators change and shape culture | 71% | 70% | 65% |
| A YouTube video has changed my life and/or how I see the world | 64% | 59% | 47% |
| A YouTube creator has changed my life and/or how I see the world | 63% | 52% | 47% |
| My personal opinions (e.g., politics, lifestyle, beliefs) have been influenced by a YouTube creator I follow | 56% | 53% | 43% |
| I am more likely to follow the advice of a YouTube creator than of a TV/movie personality for my lifestyle choices (e.g., values) | 62% | 56% | 42% |
| I'll drop what I'm doing to watch a new video from my favorite YouTube creator | 53% | 52% | 41% |

© 2014 YouTube, LLC

YouTube Ipsos Study Nov 2015



For Teens, YouTube isn't just a time-filler:

