# AMENDED Exhibit 733

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

| | |
|---|---|
| From: | ███████ ███████ |
| Sent: | 2/7/2023 11:44:57 PM |
| To: | Woojin Kim [███████████████] |
| CC: | James Beser [███████████████████] |
| Subject: | Re: [Time sensitive] Gen Z question for Neal |

Thank you both! Really appreciate your quick help.

On Tue, Feb 7, 2023 at 3:01 PM Woojin Kim <████████████████████> wrote:
> I'd first frame it as:
>
> - Shorts is our big thing for teen appeal.
> - But beyond just Shorts, we've instituted a teen focus across our core experiences, including setting a teen-specific fun, engagement, and responsibility OKRs.
> - To drive that...<include James's bullet points>
>
> -- Woojin
>
> On Tue, Feb 7, 2023 at 2:58 PM James Beser <████████████████████> wrote:
>> quick ideas below that uses the framing in our strategy 2 pager (link):
>>
>> - FOR teens: we are going to boost fun content, make the zero-state (new user) experience better (eg by removing unfun stuff like nitrate promos, excessive ads, etc)
>> - WITH teens: teens want to hang out with their peers (other teens), so we are exploring launches where we boost teen-created comments to teen viewers, etc
>> - BY teens: Teens have the most fun when they create (or so they tell us in UXR). There are a ton of launches across VOD and SHorts to make creation easier, more fun and get more/quicker feedback from their peers
>>
>> Of course, when it comes to youth audiences we have a very high bar on on responsibility and are focused on improving wellbeing through content interventions as well as better Digital well being features to encourage healthy usage (eg more native take a break reminders, etc)
>>
>> On Tue, Feb 7, 2023 at 2:38 PM ████████████ <████████████████████> wrote:
>>> Hi Woojin and James,
>>>
>>> Neal is speaking at a YT Marketing Strategy Summit tomorrow and one of the questions they're going to ask him is about the impact of Gen Z on our product roadmap. Do you have any insights you could share to help me draft some talking points for Neal to use?
>>>
>>> *We have continued to see declining usage across Gen Z. Gen Z still believes that YT strongly delivers on personal relevance, depth and beloved creators, however we are falling behind competitors on fun, creativity and social connection - making other platforms more appealing to GenZ. Given what we know - how is that informing your product vision/roadmap? How will Product contribute to reversing it in 2023?*
>>>
>>> ██

CONFIDENTIAL                                                                                                    GOOG-3047MDL-01738317

--



--

~James

James Beser || Director, Product Management ||

--



GOOG-3047MDL-01738318

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-01738317-GOOG-3047MDL-01738318

**BEGATTACH:** GOOG-3047MDL-01738317

**ENDATTACH:** GOOG-3047MDL-01738318

**PRODVOL:** PROD022

**Custodian:** BESER, JAMES; KIM, WOOJIN

**File Path:** /DA1B873039D4F7E62B104D04D56897283E1F96B83801D9B494704E32083E34B0.EML

**Confidentiality Designation:**

**HASHVALUE:** 42A59A86030D09DF6B89867C73C5C86B

**Document Type:** EMAIL

**Author:**

**Family Date:** 2/7/2023 11:44 PM

**Last Modified Date:** 2/7/2023 11:44 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** DA1B873039D4F7E62B104D04D56897283E1F96B83801D9B494704E32083E34B0.EML

**Title:** RE: [TIME SENSITIVE] GEN Z QUESTION FOR NEAL

**DOCEXT:** EML

**Email From:**

**Email To:** WOOJIN KIM <>

**Email CC:** JAMES BESER <>

**Email BCC:**

**Received Date:** 2/7/2023 11:45 PM

**Sent Date:** 2/7/2023 11:44 PM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:** RE: [TIME SENSITIVE] GEN Z QUESTION FOR NEAL

**REDACTION TYPE:**

**REDACTIONS:** NO