# AMENDED Exhibit 738

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-05255563

**EXHIBIT**

11



But we needed a full understanding of digital video's wellbeing effects, and a vision for YouTube.



Some 1,150 experts responded in this non-scientific canvassing. Some **47%** of these respondents predict that individuals' well-being will be *more helped than harmed* by digital life in the next decade, while **32%** say people's well-being will be more *harmed than helped*.

Recent research and reporting has raised debate about "addictive" technology. There is growing awareness of and concern about the effects of modern tech, smartphones, and social media on individual and collective wellbeing.

World Health Organization
https://www.psychiatry.org/patients-families/internet-gaming

**Royal Society for Public Health Report 2017:**
https://www.rsph.org.uk/uploads/assets/uploaded/62be270a-a55f-4719-ad668c2ec7a74c2a.pdf

**Pew 2018 Study of Teens and Social media:**
http://assets.pewresearch.org/wp-content/uploads/sites/14/2018/05/31102617/PI_2018.05.31_TeensTech_FINAL.pdf

# But negative wellbeing effects can result from user behaviors

**POSITIVE**

From lifting mood, to feeling more connected, to learning information and job skills for free, most users see YouTube as a net positive.

**NEGATIVE**

On reflection about time spent though, many regret time lost when they unintentionally "go down the rabbit hole" or feel like YouTube "distracted" them from work or even getting to bed on time.



# A single behavior may drive in multiple effects

## HABITUAL HEAVY USE

**Physical**
"My eyes get really tired after a long time of not blinking."

**Mental/Social:**
"I don't go out and play with friends like I used to in India. Technology is the only option I have when I'm bored."

**Self-purpose:**
"I guess I could be a lot more productive."

**Tina, 14**



PHYSICAL

Long Sitting Effects
Other ergonomic effects
Sleep Quality/Duration
Eye strain effects

MENTAL

Real Life Boring
Unhealthy Escapism
Over-stimulation
Constant Stimulation
Procrastination
Distraction While Multi-tasking
Losing Track of time
Displacement of Important Activities

**Habitual Heavy Use**

FINANCIAL

EFFECTUAL

SOCIAL

Reduced Social Skills
Eroded IRL Relationships
Isolation

EMOTIONAL

Worsened Mood



## Four video-watching behaviors bring about the majority of negative wellbeing effects.

| Behavior | Behavior | Behavior + Content | Content |
|---|---|---|---|
| **Late night Use** | **Habitual Heavy Use** | **Unintentional Use** | **Problematic Content** |

**HIGH** Scientific Evidence
_ Physical: Sleep Quality / Duration
_ Mental: Stimulation, Mood
_ Effectual: Displacement of obligations

**MED-HIGH** Scientific Evidence
_Physical: Sedentary Cardiometabolic
_Physical: Eye
_Mental: Overstimulation
_Effectual: Productivity
_Social: Isolation, Social skills, Escapism
_Emotional: Mood

**MOST FREQUENT** User Regret
_ Effectual: Productivity
_ Mental: Distraction
_ Financial: Regretted Spending

**HIGH** Expert and Parent Concern
_ Physical: problematic how-tos, misinformation
_ Mental: Body image issues
_ Emotional: Shock, Graphic content
_ Social: Bullying

2hr habit:



Bedtime:

**017**

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-05255563

**BEGATTACH:**

**ENDATTACH:**

**PRODVOL:** PROD027

**Custodian:** WATSON, REID

**File Path:** /NATIVES/NATIVE2750/GOOG-3047MDL-05255563_CONFIDENTIAL.PPTX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 07A3B8BF9EC85444E88395ABDB4E808C

**Document Type:** POWERPOINT

**Author:** ███████████████████

**Family Date:** 5/9/2024 5:30 PM

**Last Modified Date:** 5/9/2024 5:30 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** YES

**Filename:** [MEGA] YT WELLBEING VISION - ATTORNEY-CLIENT PRIVILEGED _ CONFIDENTIAL.PPTX

**Title:** [MEGA] YT WELLBEING VISION - ATTORNEY-CLIENT PRIVILEGED _ CONFIDENTIAL.PPTX

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO