# AMENDED Exhibit 740

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Page 1

1              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
2
    Case No. 4:22-MD-3047-YGR
3
    MDL No. 3047
4
    - - - - - - - - - - - - - - - - - -X
5   IN RE:  SOCIAL MEDIA ADOLESCENT    :
    ADDICTION/PERSONAL INJURY          :
6   PRODUCTS LIABILITY LITIGATION      :
    - - - - - - - - - - - - - - - - - -X
7
8   THIS DOCUMENT RELATES TO:
    ALL ACTIONS
9   - - - - - - - - - - - - - - - - - -X
10
11
12
13       Videotaped deposition of KATHRYN KURTZ taken at
    the offices of Wilson Sonsini Goodrich & Rosati,
14  1301 Avenue of the Americas, New York, New York,
    before Clifford Edwards, Certified Shorthand
15  Reporter and Notary Public, in and for the State of
    New York on March 28, 2025, at 9:30 a.m. ET.
16
17
18
19
20
21
22
23
24
25

Page 2

```
 1   A P P E A R A N C E S:
 2
 3   ON BEHALF OF THE PERSONAL INJURY PLAINTIFFS AND
     SCHOOL DISTRICTS:
 4
        Jennifer Scullion, Esq.
 5      Emma DeGroff
        SEEGER WEISS LLP
 6      55 Challenger Road
        Ridgefield Park, NJ 07660
 7      212-584-0700
        jscullion@seegerweiss.com
 8
        Jade A. Haileselassie, Esq.
 9      MOTLEY RICE LLC
        28 Bridgeside Blvd.
10      Mt. Pleasant, South Carolina  29464
        843.216.9043
11      jhaileselassie@motleyrice.com
12
13   ON BEHALF OF DEFENDANT GOOGLE/YOUTUBE:
14      Ashley W. Hardin, Esq.
        Joseph S. Sandoval-Bushur, Esq.
15      Annie E. Showalter, Esq.
        WILLIAMS & CONNOLLY LLP
16      680 Maine Avenue SW
        Washington DC 20024
17      202-434-5960
        ahardin@wc.com
18      Jsandoval-bushur@wc.com
        Ashowalter@wc.com
19
20
21
22
23
24
25
```

```
 1   A P P E A R A N C E S:
 2   (continued)
 3
 4   ON BEHALF OF THE DEFENDANT TIKTOK INC. AND
     BYTEDANCE INC.:
 5
        Kevin J. White, Esq.  (via Zoom)
 6      GIBSON, DUNN & CRUTCHER LLP
        310 University Avenue
 7      Palo Alto, CA 94301-1744
        650.849.5300
 8      kwhite@gibsondunn.com
 9      Eleanor Klemsz, Esq.  (via Zoom)
        FAEGRE DRINKER BIDDLE & REATH LLP
10      300 N. Meridian Street, Suite 2500
        Indianapolis, Indiana 46204
11      317.237.1446
        eleanor.klemsz@faegredrinker.com
12
13   ON BEHALF OF THE DEFENDANTS META PLATFORMS, INC.;
     FACEBOOK HOLDINGS, LLC; FACEBOOK OPERATIONS, LLC;
14   FACEBOOK PAYMENTS, INC.; FACEBOOK TECHNOLOGIES, LLC;
     INSTAGRAM, LLC; AND SICULUS, INC.:
15
        Eben S. Flaster, Esq.  (via Zoom)
16      SHOOK, HARDY & BACON L.L.P.
        Two Commerce Square
17      2001 Market St., Suite 3000
        Philadelphia, PA 19103
18      215.278.2555
        eflaster@shb.com
19
        Kayla I. Solomon, Esq.  (via Zoom)
20      SHOOK, HARDY & BACON L.L.P.
        The Plaza In Clayton
21      190 Carondelet Plaza, Suite 1350
        St. Louis, MO 63105
22      314.690.0200
        ksolomon@shb.com
23
24
25
```

Page 4

1   A P P E A R A N C E S:

2   (continued)

3

4   ON BEHALF OF THE DEFENDANT SNAP INC.:

5       Garrett Solberg, Esq.  (via Zoom)
        MUNGER, TOLLES & OLSON LLP

6       350 South Grand Avenue
        50th Floor

7       Los Angeles, CA 90071-3426
        (213) 683-9100

8       Garrett.Solberg@mto.com

9

10  ALSO PRESENT:

11      Danny Ortega, Videographer

12      Matt MacMurchy, Document Technician

13      Demarron Berkley, Esq., Google/YouTube

14      Dee Lambert  (via Zoom)

15      Kristina McVay  (via Zoom)

16

17

18

19

20

21

22

23

24

25

Page 9

1                THE VIDEOGRAPHER:  We are now on the

2       record.

3                My name is Danny Ortega and I'm the

4       legal videographer for Golkow Litigation

5       Services.  Today's date is March 28th,

6       2025 and the time is 9:35 a.m.

7                This video deposition is being held

8       at 1301 Avenue of the Americas, New York,

9       New York in the matter of Social -- In

10      Re:  Social Media Adolescence Addiction

11      Personal Injury Products Liability

12      Litigation.

13               The deponent today is Katie Kurtz.

14      All counsel will be noted on the

15      stenographic record.

16               The court reporter today is Cliff

17      Edwards and will now swear in the

18      witness.

19

20

21

22

23

24

25

Page 10

1                     KATHRYN KURTZ

2   having first been duly sworn, deposed and testified

3   as follows:

4

5                   DIRECT EXAMINATION

6

7   BY MS. SCULLION:

8        Q     Good morning, Ms. Kurtz.

9        A     Good morning.

10       Q     My name is Jennifer Scullion and I

11  represent the plaintiffs, school districts, as well

12  as students and families in this litigation.

13             Do you understand that?

14       A     Yes.

15       Q     Okay.  Great.

16             And, Ms. Kurtz, I understand you are

17  appearing here today as a corporate representative

18  on behalf of YouTube LLC; is that correct?

19       A     Yes.

20       Q     As well as on behalf of Google LLC; is

21  that correct?

22       A     Yes.

23       Q     And just to be clear, YouTube is part of

24  Google; is that right?

25       A     Yes.

Page 11

```
 1      Q      Okay.
 2      A      YouTube is owned by Google.
 3                   MS. SCULLION:  Okay.  Can we hand
 4             out Exhibit 97, please?
 5                   Okay.  This is going to be a little
 6             bit tricky getting it over the --
 7                   COURT REPORTER:  Is this a
 8             newly-marked --
 9                   MS. SCULLION:  Yes.
10                   (Whereupon, Exhibit
11                   Google/YouTube-Kurtz 30(b)(6) - 97,
12                   Defendant YouTube and Google's
13                   Objections and Responses to
14                   Plaintiff's Notice of Oral and
15                   Videotaped Deposition, was marked for
16                   identification.)
17                   MS. SCULLION:  So we are marking the
18             exhibits in the order in which we have
19             them.
20     BY MS. SCULLION:
21      Q      So, Ms. Kurtz, you've been handed what's
22     been marked as Exhibit No. 97.
23             Do you recognize this as a copy of the
24     notice -- I'm sorry -- of Defendant YouTube and
25     Google's objections and responses to Plaintiff's
```

Page 12

1    notice of oral and videotaped deposition pursuant to

2    Rule 30(b)(6) for the school districts and students?

3         A    I -- I understand that -- that this is a

4    legal document and I'm not -- I have not seen it

5    before.

6         Q    Okay.

7                   MS. SCULLION:  Let's mark as

8              Exhibit 98, please.

9                    Thank you.

10                   Thanks.

11                   (Whereupon, Exhibit

12                   Google/YouTube-Kurtz 30(b)(6) - 98,

13                   Agreed Topics for March 28, 2025

14                   YouTube 30(b)(6) Deposition, was

15                   marked for identification.)

16   BY MS. SCULLION:

17        Q    Let me hand you what's been marked as

18   Exhibit 98.

19              So just to sort of set the table her,e,

20   do you understand that you are appearing as the

21   corporate representative on certain agreed topics

22   for the deposition today?

23        A    Yes.

24        Q    Okay.  And I understand you say you

25   haven't seen Exhibit 97.

Page 13

1            Have you seen Exhibit 98 before?

2       A    Yes.

3       Q    Okay.  And do you understand that

4   Exhibit 98 is a list of the agreed topics for

5   today's deposition?

6                  MS. HARDIN:  I'll just state for the

7                  record that Exhibit 98 is a list of

8                  agreed topics, but also subject to the

9                  objections that we made in Exhibit 97.

10                  You may answer, Ms. Kurtz.

11                  MS. SCULLION:  Correct.

12      A    Yes.

13   BY MS. SCULLION:

14      Q    Okay.  And are you prepared, in fact, to

15   testify today on behalf of both YouTube and Google

16   on each of the topics identified in Exhibit 98?

17      A    Yes.

18      Q    All right.  And just to, again, give us

19   some -- some -- some background, could you explain

20   what your current position is with Google or

21   YouTube?

22      A    My current position is I work at YouTube

23   as the global lead of youth and learning

24   partnerships.

25      Q    Okay.  And when did you first join

```
                                            Page 14
 1    YouTube?
 2         A     I joined YouTube in January of 2019.
 3         Q     Had you worked for YouTube before that at
 4    any point?
 5         A     No.
 6         Q     Had you worked for Google at any point
 7    before that?
 8         A     No.
 9         Q     All right.  In terms of the agreed topics
10    for today's deposition, do you have some personal
11    knowledge with respect to those topics as a result
12    of your position as global lead of youth and
13    partnerships?
14         A     Yes.
15         Q     Okay.  But do you understand that these
16    topics, in fact, extend back beyond January 2019,
17    some parts?
18         A     Yes.
19         Q     And you are prepared, though, to testify
20    on behalf of YouTube and Google with respect to
21    those topics for the period before January 2019;
22    correct?
23         A     Yes.
24               MS. HARDIN:  Objection to form.  The
25               scope is 2015 forward.
```

Page 15

```
 1                    MS. SCULLION:  I apologize.  I
 2              didn't -- I didn't mean to -- to say
 3              anything different from that.
 4    BY MS. SCULLION:
 5         Q    But I'm just saying, you understand you
 6    are going to testify today about things that
 7    happened before you joined YouTube?
 8         A    Yes.
 9         Q    Okay.  Great.  And did you do anything to
10    prepare yourself in order to testify on today's
11    topics?
12         A    Yes.
13         Q    What did you do?
14         A    I spoke to some of my colleagues at
15    YouTube.  I spoke to some of my colleagues at the
16    Google Workspace for Education team, and I spoke to
17    my attorneys.
18         Q    Okay.  You said your colleagues at
19    YouTube, as well as the Google Workspace for
20    Education team?
21         A    (The witness nods head.)
22         Q    Okay.  Who at --
23                    MS. HARDIN:  I'm sorry, you have to
24              give a verbal answer --
25                    THE WITNESS:  Yes.
```

Page 16

1                    MS. HARDIN:  -- for the court

2            reporter.

3       A    Yes.  Yes.

4  BY MS. SCULLION:

5       Q    Who at YouTube did you speak with?

6       A    I spoke with Cristos Goodrow, VP of

7  engineering.  I spoke with Raj Iyengar, product

8  manager.  I spoke with Tanaya Kasavana in YouTube

9  marketing, and I spoke with Jonathan Katzman,

10  product director.

11       Q    When you say Jonathan Katzman is a

12  product director, for which product?

13       A    For learning.

14       Q    So within YouTube, learning is considered

15  to be a product; is that right?

16       A    Is --

17                    MS. HARDIN:  Objection to form.

18            You may answer.

19       A    Within -- within YouTube, learning is

20  considered a content vertical.

21  BY MS. SCULLION:

22       Q    Okay.  And we'll get back to -- in a

23  minute to what a vertical means.

24            Anyone else within YouTube that you spoke

25  with to prepare for today's deposition?

Page 17

```
 1        A      No.
 2        Q      And from -- for the Google Workspace for
 3    Education team, who did you speak with there?
 4        A      I spoke with ███████████ of -- in
 5    product.  I spoke with ███████████ in
 6    marketing, I spoke with ████████████████
 7    [sic] in the program management team.  I spoke with
 8    ███████████, also in the product management team.
 9        Q      And for -- starting with ██████████, do
10    you know which product she's on the management team
11    for?
12                     MS. HARDIN:  Objection to form.
13        A      Mary Spence works on the Google Workspace
14    for Education team.
15    BY MS. SCULLION:
16        Q      Okay.  Got it.  And, I'm sorry, I -- I
17    went too quickly.
18               Is it ██████████ you also spoke with?
19        A      ████████ --
20        Q      Or do I have the wrong name?  Hold on.
21               ████████
22        A      ████████.
23        Q      She's also part of the Google Workspace
24    for Education product team?
25        A      She works on the -- on the program
```

```
                                          Page 18
```

 1    management team --

 2         Q    Okay.

 3         A    -- not the product management team.

 4         Q    I apologize.  I miswrote.  Okay.

 5              And what -- what is the program

 6    management team?  How is that different from the

 7    product management team?

 8         A    The program management team is working

 9    with the users, the end users, of the Google

10    Workspace for Education team, not -- not defining

11    the product.

12         Q    Okay.  And when it comes to Google

13    Workspace for Education end users, those would

14    include school districts?

15                   MS. HARDIN:  Objection as to form.

16    BY MS. SCULLION:

17         Q    Is that right?

18         A    Yes.

19         Q    Okay.  Do -- are students also end users

20    of the Google Workspace for Education?

21                   MS. HARDIN:  Objection.  Form.

22         A    The Google -- the Google Workspace for

23    Education Suite of tools is -- is a suite of tools

24    that's used by schools, administrators, teachers,

25    and students as a delivery mechanism for educational

Page 19

1    content and productivity tools.

2    BY MS. SCULLION:

3         Q      Got it.

4                But you referred to ████████ working

5    with end users of the Google Workspace for

6    Education.

7                Does that mean that she's working with

8    students in that regard?

9                      MS. HARDIN:  Objection to form.

10        A      No.  That program management team works

11   specifically with the schools and the administrators

12   that are the -- that are the customers of the Google

13   Workspace for Education suite.

14   BY MS. SCULLION:

15        Q      Okay.  Meaning that those are the folks

16   who pay Google for the Google Workspace for

17   Education; right?

18                     MS. HARDIN:  Objection to form.

19        A      Pay, or much of the Google Workspace for

20   Education suite is -- is a free service.

21   BY MS. SCULLION:

22        Q      Okay.  Okay.  Anyone else at Google that

23   you spoke with in order to prepare for today's

24   deposition?

25        A      No.

Page 20

1    Q    All right.  And everyone you spoke with

2    at YouTube is a -- a current YouTube employee; is

3    that right?

4    A    Everyone that I spoke with at YouTube is

5    a current employee, yes.

6    Q    Okay.  And is everyone you spoke with at

7    Google also a current Google employee?

8    A    Yes.

9    Q    All right.  Did you speak with any former

10   YouTube employees to prepare for today's deposition?

11   A    No.

12   Q    Did you speak with any former Google

13   employees to prepare for today's deposition?

14   A    No.

15   Q    Okay.  And just to make absolutely sure,

16   other than counsel, is there anyone else that you

17   spoke with to prepare for today's deposition that

18   you haven't already identified for us?

19   A    No.

20   Q    Okay.  Have you ever testified before in

21   deposition?

22   A    No.

23   Q    Okay.  And I'm sure Ms. Hardin and her

24   colleagues have done a -- a great job in preparing

25   you and explaining what's going to happen today, but

```
 1   do you understand that you are here to testify under
 2   oath in response to my questions?
 3        A    Yes.
 4        Q    Okay.  As we go through the day, I'm sure
 5   there will come times where a question may not be
 6   clear to you or you may not understand it.
 7             If that's the case, will you let me know
 8   that specifically?
 9        A    Yes.
10        Q    Okay.  And do you understand that unless
11   you do that, I will assume that you did understand
12   my question?
13        A    Yes.
14        Q    Fair?
15        A    Yes.
16        Q    Okay.  Great.  And, you know, from time
17   to time we will take breaks.
18             If you think you need a break, would you
19   please let me know and we will try to do that unless
20   a question is -- is -- is pending or the middle --
21   like, a line of questioning, we just want to sort of
22   get that done; is that good?
23        A    Yes.
24        Q    Okay.  Great.  Is there any reason that
25   you can't give your best testimony today?
```

Page 22

1      A      No.

2      Q      Are you taking any medications that, you

3   know, interfere with any of your cognitive

4   abilities?

5      A      No.

6      Q      Okay.  Great.  So one of the topics --

7   the agreed topics for today, looking at Exhibit 98,

8   is on the first page under group A, topic 13, which

9   is "efforts by YouTube to create a

10  school-appropriate experience for using YouTube in

11  the classroom."

12            Do you understand that?

13     A      Yes.

14     Q      All right.  I'd like you to first help us

15  out with some of the basics.

16            In terms of efforts by YouTube to create

17  a school-appropriate experience, is there a team

18  within YouTube that has been responsible for that

19  over the years?

20                MS. HARDIN:  Objection to form.

21     A      No, there has not been a specific team at

22  YouTube that has been tasked with creating a

23  school-specific version of YouTube.

24  BY MS. SCULLION:

25     Q      Are there folks from multiple teams

```
                                              Page 34
 1              YouTube in the classroom.

 2                    I want to ask the witness that

 3              question.

 4    BY MS. SCULLION:

 5       Q     So was YouTube for Schools, as of 2015,

 6    one aspect of -- of efforts by YouTube to create a

 7    school-appropriate experience for using YouTube in

 8    the classroom?

 9                    MS. HARDIN:  Objection to form.

10       A     It is my -- it is my understanding that

11    managed restricted mode launched in 2015 and that

12    prior to 2015, there had been an effort called

13    YouTube for Schools, which was a selection of videos

14    that were chosen that would be appropriate for

15    educators.

16              And managed restricted mode was to -- was

17    the -- was the solution that was to replace that.

18    BY MS. SCULLION:

19       Q     Okay.  And do you know whether YouTube

20    for Schools was deprecated in 2016?

21                    MS. HARDIN:  Objection to form.

22       A     No.

23    BY MS. SCULLION:

24       Q     Okay.  You -- you just don't know either

25    way?
```

Page 42

```
 1              But if you understand that in your
 2         personal capacity, you may answer.
 3  BY MS. SCULLION:
 4     Q    I don't want to ask you in your personal
 5  capacity.
 6              I'm -- I'm -- I'm just asking as far as
 7  background for how students use YouTube to -- to
 8  further their learning journeys, which is topic A2.
 9              MS. SCULLION:  Is it still your
10         position it's outside the topic to ask
11         these questions?
12              MS. HARDIN:  I -- the -- the scope
13         of topic two is -- is how a user might
14         use YouTube to further a learning
15         journey.
16              I don't believe how a particular
17         account is set up or what the exact
18         domain is, is -- is necessarily within
19         the scope of that.
20              MS. SCULLION:  Right.
21  BY MS. SCULLION:
22     Q    So I'm trying -- what I'm trying to
23  understand are the various ways in which students --
24  again, K through 12 students in fact use YouTube,
25  first of all, just in the classroom.
```

```
                                                    Page 43

 1              So for students who are at schools that

 2      do use the Google Workspace for Education, if the

 3      administrator has enabled YouTube as an additional

 4      service for -- for students, are students able to

 5      access YouTube using a -- a school-based account?

 6                    MS. HARDIN:  Objection to form.

 7                    You may answer.

 8         A      If -- when a school adopts the Google

 9      Workspace for Education suite of tools, all of their

10      students within that school network will have a -- a

11      school-specific log-in for that Workspace for

12      Education account.

13              Once they have that log-in, they have

14      access to all of the core services of the Google

15      Workspace for Education suite.  Within that there

16      are, as we, mentioned classroom, slides, docs.

17              There is a video embed player, the Player

18      for Education, which allows teachers to assign

19      videos, single videos, that they want to use within

20      any of those different core services, so within --

21      if they want to assign a video within Google

22      Classroom, if they want to assign it to be watched

23      in -- in their lesson plan or as homework.  That

24      would be one way that a student would be able to

25      access YouTube video.
```

Page 44

1              They can't go further than that video.

2     It's only the video that the teacher assigns.  There

3     are no links back to YouTube and there are no

4     recommendations or no ads, and there are no cookies.

5     If a -- so that is -- that is one way.

6              The additional way would be if the school

7     when they create their Google Workspace for

8     Education suite and accepts the terms of service,

9     they can choose to enable additional services.

10    YouTube is one of those additional services, but

11    it's off by default.

12              If they choose to turn it on, then they

13    would set the level of access that they want

14    students within their network to have, and then

15    students would have access to YouTube based on -- on

16    their determination.

17              Although, if they do set it on, they are

18    required to get parental consent for that -- each

19    student's usage of those additional services, and

20    that's true for all additional services outside of

21    the core suite.

22    BY MS. SCULLION:

23         Q    Okay.  So thanks.  That -- there's a lot

24    there and we'll come back to it.

25              But there also are schools that are not

Page 45

1    using Google Workspace for Education though that

2    still allow teachers and students to use YouTube as

3    part of the classroom experience; correct?

4         A    Yes.

5         Q    Okay.

6              MS. HARDIN:  Objection.

7              MS. SCULLION:  Okay.

8              MS. HARDIN:  Sorry, objection to

9         form.

10             Just give me a second to get my

11        objection in.

12   BY MS. SCULLION:

13        Q    Okay.  And so you started to talk about

14   some of the more granular ways in which YouTube is

15   used in the classroom.  I just want to sort of walk

16   through those.

17             So let's first talk about, sort of, like,

18   physical classroom, which I think we just need to

19   clarify at this point in time; right.

20             So physical classroom, you could have a

21   teacher showing a YouTube video to the class; right?

22             MS. HARDIN:  Objection to form.

23        A    Yes.

24   BY MS. SCULLION:

25        Q    Okay.  And they could be doing that by

Page 51

1    the class a YouTube video; correct?

2         A     Yes.

3         Q     Okay.  Teachers can use a YouTube video

4    as part of a flipped classroom experience; correct?

5                    MS. HARDIN:  Objection to form.

6         A     Yes.

7    BY MS. SCULLION:

8         Q     All right.

9         A     They can assign a video to be watched

10   outside of the classroom.

11        Q     They can also assign a video to be

12   watched inside the classroom; correct?

13        A     Yes.

14        Q     Okay.  And you also mentioned that there

15   can be YouTube videos embedded in, you call it, now

16   Player for Edu- -- using Player for Education;

17   correct?

18        A     Yes.

19        Q     Okay.

20        A     That is how a teacher would assign -- if

21   a teacher were to assign a video as homework in a

22   lesson plan, whether it was inside the classroom or

23   outside the classroom, they would assign it through

24   Google Classroom as an embedded video, which again,

25   through the Player for Education means it is that

Page 52

1   video and that video only, which is a -- which is a
2   cookieless, ads-free experience with no links back
3   to YouTube.  That is the preferred method for
4   teachers to assign videos.
5        Q    And can you remind me, when was Player
6   for Education launched?
7        A    The Player for Education was launched in
8   2020.  And prior to that, there was also a
9   cookieless, ads-free embed player as part of the
10  Google Workspace for Education suite for embedded
11  videos that would be delivered through Google
12  Classroom.  It just was not available broadly
13  outside of the Google Workspace for Education suite.
14            When we saw the demand for video during
15  the pandemic with 1.4 to 1.7 billion children
16  outside of physical classrooms and learning online,
17  we began a project internally to look at how we
18  could create a -- an ads-free, cookieless video
19  embed player that could be used broadly.
20       Q    So I -- I -- I appreciate the answer.
21            Just going to -- if you could just answer
22  just the questions I -- I ask, it's going to be a
23  little easier.  Because I asked just when it was
24  launched.
25            So launched in 2020, that's Player for

```
                                              Page 53
 1   Education.
 2            What the prior embed player -- did that
 3   have a name?
 4                 MS. HARDIN:  Objection to form.
 5        A    We have -- we have referred to it as the
 6   cookieless player.  I think it has had other names,
 7   but none of them were -- none of them were publicly
 8   used, so it has used a number of different names.
 9   BY MS. SCULLION:
10        Q    Okay.  We'll -- we'll refer to that's the
11   cookieless player for today; is that good?
12        A    Cookieless player.
13        Q    Okay.  And the -- the cookieless player,
14   that could be embedded into, for example, Google
15   Slides; right?
16        A    The -- the -- the -- the previous embed
17   player could be used within Google products, yes.
18        Q    Including Google Slides, for example?
19        A    Yes.
20        Q    Okay.  Okay.  And just going back again
21   to looking through the list of the ways in which
22   students can use YouTube as part of the classroom,
23   you mentioned that YouTube videos can also be
24   embedded in third-party platforms; correct?
25                 MS. HARDIN:  Objection to form.
```

Page 54

1      A      Yes.

2   BY MS. SCULLION:

3      Q      All right.  And another way that students

4   can use YouTube in the classroom is by creating

5   YouTube videos; correct?

6                  MS. HARDIN:  Objection to form.

7                  Lack of foundation.

8      A      If an -- if an administrator sets access

9   to YouTube as an additional service within -- within

10  their Google Workspace for Education account, they

11  can set the mode and make that available if that is

12  something that they choose for -- for end users to

13  be able to determine -- teachers, if -- if students

14  can create videos.

15                  But as a -- but that -- that's set at the

16  administrator level.  As part of the default as an

17  under-18 user, no, students can't create and upload

18  videos.

19  BY MS. SCULLION:

20     Q      But they -- but they can if the school

21  gives them the --

22     A      If the school --

23     Q      -- access; correct?

24                  MS. HARDIN:  Go ahead.

25     A      If a -- if a school -- if a school sets

Page 55

1    teachers as -- as administrators to allow approving

2    of videos.

3    BY MS. SCULLION:

4        Q    Okay.  And students can also, or at least

5    could at some point, upload videos and share them on

6    YouTube within the classroom; correct?

7                MS. HARDIN:  Objection to form.

8        A    No, not within the core services of -- of

9    YouTube -- of Google Workspace for Education.

10                If YouTube was enabled as an additional

11    service and the permissions were set that teachers

12    assigned videos for students create -- to create,

13    but that would have been done at -- at a school

14    administrator level.

15                That's not a part of the suite of tools

16    that are available to schools by default.

17    BY MS. SCULLION:

18        Q    And students can also use YouTube in the

19    classroom, again, if -- if given access, by

20    themselves searching on YouTube and watching the

21    videos; right?

22                MS. HARDIN:  Objection to form.

23        A    If a school decides to turn on access to

24    YouTube as an additional service, then they can

25    set -- it's on by default then for accounts that are

Page 56

1    designated as under 18.  With that, there are a

2    number of restrictions that are in place for

3    under-18 accounts.

4              And then the administrator would set the

5    level of access that they wanted those students to

6    have.  And had they done that, made those decisions

7    and then gotten parental consent, a student would

8    have the ability to use YouTube as a supplemental

9    tool to search on their own.

10   BY MS. SCULLION:

11       Q    And for schools that aren't using Google

12   Workspace for Education, those students could just

13   go in and search on YouTube as part of the classroom

14   experience; correct?

15       A    The managed --

16              MS. HARDIN:  Objection to form.

17              Lack of foundation.

18       A    The managed restricted mode controls are

19   available at the -- at the domain level even outside

20   of Google Workspace for Education.

21              So a network -- so a school network

22   administrator could set managed restricted mode at

23   their domain network level regardless of whether

24   they were a Google Workspace for Education user.

25

Page 60

1    "effective."  I don't know how we would measure

2    that.

3            We don't have access to -- we don't have

4    access to who is using the video, how they are using

5    the video, we don't know which students are using

6    videos within the Player for Education, we don't

7    know which teachers are assigning it, and we don't

8    know what their outcomes are afterwards.

9            So -- so I -- I don't have any

10   measurement of -- of efficacy.  I have directional

11   guidance from teachers that they value YouTube in

12   the classroom.

13   BY MS. SCULLION:

14       Q    Okay.  So just make sure I understand

15   what you are saying.

16           Has YouTube done anything to actually

17   measure the effectiveness of YouTube used in the

18   classroom to improve students' learning, actually

19   measured it?

20                   MS. HARDIN:  Objection to form.

21       A    No.

22   BY MS. SCULLION:

23       Q    Okay.  So does YouTube have any data that

24   shows YouTube -- use of YouTube by K through 12

25   students results in better grades?

Page 61

 1                    MS. HARDIN:  Objection to form.

 2        A     No.

 3   BY MS. SCULLION:

 4        Q     Does it have any data to show that use of

 5   YouTube by K through 12 students results in better

 6   test scores?

 7                    MS. HARDIN:  Objection to form.

 8        A     No.

 9   BY MS. SCULLION:

10        Q     Does it have any data to show that the

11   use of YouTube by K through 12 students results in

12   better graduation rates?

13                    MS. HARDIN:  Objection to form.

14        A     No.

15   BY MS. SCULLION:

16        Q     Does it have any data that shows that the

17   use of YouTube by K through 12 students improves

18   their reading skills?

19                    MS. HARDIN:  Objection to form.

20        A     No.

21   BY MS. SCULLION:

22        Q     Does it have any data that shows that the

23   use of YouTube by K through 12 students improves

24   their math skills?

25                    MS. HARDIN:  Objection to form.

Page 63

```
 1              not asking you questions in your personal
 2              capacity.
 3                   And we disagree as to your
 4              interpretation of -- of the topic.
 5                   If we are talking about YouTube's
 6              efforts, it's -- surely, part of that is
 7              looking at or not looking at the
 8              effectiveness of -- of those efforts.  I
 9              mean, I just -- I don't see how that's
10              not fairly part of the efforts.
11                   MS. HARDIN:  I -- I'm not sure
12              how --
13                   MS. SCULLION:  Okay.
14                   MS. HARDIN:  -- we are going to
15              bridge the gap.
16                   MS. SCULLION:  Okay.
17                   MS. HARDIN:  But that's my -- that's
18              my objection.  It's been noted for the
19              record.
20                   We'll take it, as we will the whole
21              day, question by question.
22                   MS. SCULLION:  Okay.
23  BY MS. SCULLION:
24      Q    Ms. Kurtz, are YouTube's efforts with
25  respect to its work on use of YouTube in classrooms,
```

Page 64

1   are they guided in part by YouTube's understanding

2   of the effectiveness of its efforts?

3                    MS. HARDIN:   Objection to form.

4       A      The -- we don't measure -- we don't -- we

5   don't measure the -- we don't measure the

6   effectiveness.

7                    We measure -- we -- what we look for are

8   signals of user intent and desire.  So we know that

9   teachers really value YouTube video.  We've heard

10  that for many, many years.

11                   We saw, particularly in the pandemic, a

12  very significant increase in the usage of learning

13  content, specifically academic content.

14                   We understand that users on the platform

15  are seeking academic content for a number of

16  concepts that would be considered academic concepts

17  within, sort of, core curriculum standards and

18  our -- our entire platform is a user-driven

19  platform.

20                   So what we look at is user intent and

21  satisfaction with the content that we have and then

22  ways to further and make consumption of that content

23  easier and more effective.

24                   So insofar as we are looking at how

25  teachers are engaging with YouTube content, we are

Page 65

```
 1    trying to make it easier for them to do it.
 2              And one of the things that we heard is
 3    that teachers wanted to be able to show YouTube
 4    video even if their school had made the
 5    determination that they wanted to block assess to
 6    YouTube --
 7    BY MS. SCULLION:
 8         Q    Okay.
 9         A    -- which led to the building of a player
10    that would allow teachers to embed videos within
11    learning tools and platforms without having broad
12    access to YouTube.
13         Q    Okay.  And in terms of signals of intent
14    and desire, is actual watch time one of those
15    signals?
16                   MS. HARDIN:  Objection to form.
17         A    Watch time is a signal, as well as search
18    queries is a signal.
19    BY MS. SCULLION:
20         Q    Okay.  Okay.  And can you explain -- I'm
21    sorry, so watch time, this is a phrase used within
22    YouTube to literally indicate number of -- of hours
23    or amount of time spent, I should say, watching
24    YouTube videos; correct?
25                   MS. HARDIN:  Objection to form.
```

Page 126

```
 1                    Thanks.
 2                     There you go.
 3                    (Whereupon, Exhibit
 4                    Google/YouTube-Kurtz 30(b)(6) - 8,
 5                    Document Titled "YouTube Edu
 6                    Opportunities in 2016," Bates-Labeled
 7                    GOOG-3047MDL-04734419 through -4422,
 8                    was marked for identification.)
 9   BY MS. SCULLION:
10        Q    Ms. Kurtz, we've handed you what's been
11   marked as Exhibit Number 8, which is
12   Bates-stamped -- I'm just going to read the -- the
13   final numbers for the Bates stamp -- -04734419
14   through -4422.
15             Do you have that document in front of
16   you?
17        A    Yes.
18        Q    Have you seen Exhibit 8 before?
19        A    No.
20        Q    Let's look at Exhibit Number 8.
21             Do you see Exhibit Number 8 is entitled
22   "YouTube Edu Opportunities in 2016"; correct?
23        A    Yes.
24        Q    And if you look in the upper right-hand
25   corner, you can see that it's dated September 17th,
```

Page 127

1    2015; do you see that?

2         A    Yes.

3         Q    And in the first para- -- so first of

4    all, is the format of Exhibit 8 something you are

5    familiar with within YouTube?

6                   MS. HARDIN:  Objection to form.

7         A    It -- it looks like a -- like a doc, like

8    a Google Doc.

9    BY MS. SCULLION:

10        Q    Okay.  So looking at the first paragraph

11   at the top of the first page, it states, So far,

12   our -- it says -- YT Edu efforts have focused on

13   unblocking the HTTPS rollout and turning down YT4S;

14   do you see that?

15        A    Yes.

16        Q    Do you understand that YT Edu refers to

17   YouTube Edu?

18        A    Yes.

19                   MS. HARDIN:  Objection to form.

20   BY MS. SCULLION:

21        Q    And that the reference to YT4S is a

22   reference to YouTube for Schools?

23        A    I'm -- I'm unfamiliar with that

24   abbreviation.  I -- I will --

25        Q    Are you familiar with the use of the --

```
                                        Page 128
 1    the number four to stand in for the word "for"?
 2                    MS. HARDIN:  Objection to form.
 3         A     Yes.
 4    BY MS. SCULLION:
 5         Q     And in terms of YouTube's education
 6    opportunities, one of the things that had done in
 7    2015 was to deprecate or turn down YouTube for
 8    Schools; correct?
 9                    MS. HARDIN:  Objection to form.
10         A     I -- I -- I'm not familiar with that --
11    with that acronym as it's written, but I -- am I --
12    I am aware of -- of that effort.
13    BY MS. SCULLION:
14         Q     Okay.  And then the next heading on this
15    page says, The opportunity in education.
16                Do you see that?
17         A     Yes.
18         Q     And the document then goes on to describe
19    some stats -- some statistics with respect to Google
20    and education; do you see that?
21         A     Yes.
22         Q     Some statistics with respect to the
23    percentage of schools that were filtering video
24    content; do you see that?
25                    MS. HARDIN:  Objection to form.
```

Page 129

1          A       Yes.

2     BY MS. SCULLION:

3          Q       Third bullet -- yeah, third bullet point

4     discusses a survey done by YouTube with respect to

5     filtering in the classroom; correct?

6          A       Yes.

7          Q       And there's a bullet about the use of, it

8     says, Dasher MRM; do you see that?

9          A       Yes.

10         Q       And "MRM," that stands for managed

11    restricted mode; correct?

12         A       Yes.

13         Q       And do you understand that a dasher

14    refers to a dasher account?

15         A       I do.

16         Q       Okay.  And am I correct that a dasher

17    account is an account through a -- strike that.

18                 What's a -- what's a dasher account?

19         A       A dasher account is an account that is

20    set up as a Google for Workspace -- a Google for

21    Workspace in Education account that would be a user

22    account.

23         Q       You said it much better than I did.

24    Thank you so much.

25                 Okay.  And then the last bullet point

```
                                        Page 130
 1   says, During the school year, there's an 80 million
 2   watch time hour/day difference between Thursday and
 3   Saturday.
 4             Do you see that?
 5        A    Yes.
 6        Q    And it goes on to say, Increasing usage
 7   in schools, it says, M through F -- that's Monday
 8   through Friday; right?
 9        A    Yes.
10        Q    -- could decrease this gap.
11             That's what it says; right?
12        A    Yes.
13        Q    Okay.  So in terms of this 80 million
14   watch time hour/day gap, do you see the chart on the
15   right-hand side of the page?
16        A    Yes.
17        Q    And that's -- if you look in the upper
18   right-hand part of that chart, it's showing the data
19   that illustrates that 80 million hour/day watch time
20   gap; correct?
21                  MS. HARDIN:  Objection to form.
22        A    Yes.
23   BY MS. SCULLION:
24        Q    And so going back to that bullet point
25   discussing the 80 million watch time hour a day
```

```
                                          Page 131
 1    difference, the document is -- is saying that --
 2    right -- that if you look on Saturdays, you see
 3    YouTube usage is much higher than it is Monday
 4    through Friday; correct?
 5                  MS. HARDIN:  Objection to form.
 6        A    Yes.
 7    BY MS. SCULLION:
 8        Q    Okay.  And, again, this document is
 9    referring to this as a, quote, opportunity in
10    education; correct?
11                  MS. HARDIN:  Objection to form.
12                  Foundation.  Mischaracterizes the
13                  document.
14                  You may answer.
15        A    It -- it says, Opportunities in 2016,
16    yes.
17    BY MS. SCULLION:
18        Q    Well, it says -- there's also that
19    heading in the middle of the page --
20        A    Oh, yes.
21        Q    -- before this whole analysis that says,
22    The opportunity in education; right?
23                  MS. HARDIN:  Same objections.
24        A    Yes.
25
```

```
                                      Page 132
 1   BY MS. SCULLION:
 2        Q    Okay.  And then if you go to the next
 3   heading on the page, the proposal, the pitch, right,
 4   is to invest in dasher MRM to meet this hour per day
 5   opportunity; correct?
 6                  MS. HARDIN:  Objection to form.
 7                  Foundation.  Mischaracterizes the
 8                  document.
 9        A    Yes.
10   BY MS. SCULLION:
11        Q    Okay.  And then the document goes -- goes
12   on in that first paragraph under the heading,
13   "Pitch," to explain:  We launched very basic
14   filtering options, but we're not meeting school's
15   needs.
16                  Do you see that?
17        A    Yes.
18        Q    And that's referring to when managed
19   restricted mode was launched in 2015, it was only
20   providing very basic filtering options for schools;
21   correct?
22                  MS. HARDIN:  Objection to form.
23                  Foundation.  Mischaracterizes the
24                  document.
25        A    According to the authors of this
```

Page 133

1  document, they -- they described the filtering

2  options as very basic.

3  BY MS. SCULLION:

4      Q    Okay.  Do you know who ████████████ is

5  with respect to YouTube?

6      A    No.

7      Q    Okay.  So in describing the opportunity

8  for YouTube Edu in 2016, the author is at least in

9  part referring to an opportunity to decrease this

10 80 million watch time hour a day difference between

11 Thursday and Saturday; correct?

12             MS. HARDIN:  Objection to form.  And

13             foundation.

14     A    That -- that is what the document's

15 author is proposing.

16 BY MS. SCULLION:

17     Q    Okay.

18     A    Or putting forward as an opportunity, I

19 should say.

20     Q    Okay.  And if you go to the next page of

21 the exhibit, and there's a heading that says at the

22 top, Build out existing MRM feature set; do you see

23 that?

24     A    Yes.

25     Q    And so just want to understand, there's,

Page 148

1          Q       So move to strike.

2                  So the -- the question is just that

3    YouTube -- you've testified YouTube is part of the

4    Google ecosystem; yes?

5                       MS. HARDIN:  Objection to motion to

6                  strike.

7          A       I mean, actually, I'd -- I'd like to --

8    I'd like to amend that to say that -- that YouTube

9    is a part of the Alphabet ecosystem, as Alphabet is

10   our -- is a -- is the parent company of Google and I

11   understood you were using those interchangeably.

12   BY MS. SCULLION:

13         Q       Okay.  So it's fair to say that if

14   onboarding kids into the Google ecosystem leads to

15   brand trust and loyalty over their lifetime, one way

16   to onboard kids into that ecosystem is through use

17   of YouTube in schools; right?

18                       MS. HARDIN:  Objection to form.  And

19                  foundation.

20         A       One -- one opportunity for users to

21   interact with Google products is through YouTube.

22   BY MS. SCULLION:

23         Q       Okay.  Including using YouTube in -- in

24   the classroom; right?

25                       MS. HARDIN:  Objection to form.  And

Page 149

1                foundation.
2        A        Using YouTube -- using YouTube in a
3    classroom is one of the ways that young people will
4    experience YouTube -- or could experience YouTube, I
5    should say.
6    BY MS. SCULLION:
7        Q        Okay.  And it's one of the ways that they
8    could then interact with the -- the Google
9    ecosystem, through YouTube; right?
10                    MS. HARDIN:  Objection to form.  And
11                foundation.
12        A        It is one of the ways that they could
13    interact with YouTube within the context of a Google
14    product.  And I -- and I -- and I can't characterize
15    the onboarding as it's one of the touch points
16    that -- that one might have.
17    BY MS. SCULLION:
18        Q        Okay.  And, in fact, this document goes
19    on to explain in the first bullet point that
20    investing in schools helps onboard kids into the --
21    into the Google's ecosystem; right?
22                    MS. HARDIN:  Same objection as -- as
23                to the scope based on questions about
24                this document that don't relate to
25                YouTube.

Page 156

1    BY MS. SCULLION:

2        Q    Okay.  So -- so the answer is yes, that

3    kids were using Chromebooks in part to watch YouTube

4    in -- in the classroom; right?

5                    MS. HARDIN:  Objection to form.  And

6                misstates the testimony.

7        A    No.  My -- my testimony -- my testimony

8    is that insofar as YouTube videos are a part of what

9    is assigned and a -- and a student is doing,

10   depending on what device they would be using, that

11   is the device and -- and the method by which they

12   would access YouTube.

13   BY MS. SCULLION:

14       Q    Uh-huh.

15       A    If that school is a school that uses

16   Chromebooks, then when a student has an assignment

17   to interact with YouTube, that would happen through

18   that Chromebook.

19       Q    Right.  They would use the Chromebook --

20   if -- if they had a Chromebook assigned to them and

21   they were assigned to watch a YouTube video, they

22   would use the Chromebook to watch the video; right?

23                    MS. HARDIN:  Objection to form.

24       A    It's not my understanding that the

25   Chromebook is a vehicle to do anything other than

Page 157

1    the delivery of the lesson plan, whatever that

2    lesson plan is.

3    BY MS. SCULLION:

4       Q    I -- I -- I -- I don't understand why

5    this is so hard.

6              One of the things that kids could do in

7    the classroom on Chromebooks is watch a YouTube

8    video if it was assigned to them as part of their

9    classwork; correct?

10                  MS. HARDIN:  Objection to form.  And

11             it's argumentative.

12                  MS. SCULLION:  It is not

13             argumentative.  It's a purely factual

14             question.

15   BY MS. SCULLION:

16      Q    Can you answer the question as YouTube's

17   corporate representative here today?

18                  MS. HARDIN:  The question is vague.

19             And objection to the form.

20                  MS. SCULLION:  It is -- it is -- no.

21   BY MS. SCULLION:

22      Q    You can answer the question.  It's a very

23   simple, factual question.

24      A    I believe I've answered that question.

25      Q    No, respectfully, you have not.

                                        Page 158

1              Are you able to answer the question I've
2    asked?
3                    MS. HARDIN:  Objection to the form.
4      A     I believe that I have answered that
5    question and the framing as the -- I cannot accept
6    the framing of the question as the sole purpose of
7    using YouTube is not what a school's Chromebook --
8    the device is a facilitator of whatever the school
9    is assigning the students to do regardless of the
10   device that it is.
11   BY MS. SCULLION:
12     Q     Right.  Didn't say it was -- it was
13   solely for use for YouTube.
14              But if a student was assigned to watch a
15   YouTube video and they have been given a
16   school-issued Chromebook, one of the things they
17   would be doing on that Chromebook was watching the
18   assigned videos; right?  That's it.
19                    MS. HARDIN:  Objection to form.
20     A     If a teacher assigns their student or
21   their class YouTube videos to watch and the school
22   has given those students Chromebooks, they would
23   watch that YouTube video on the school-issued
24   Chromebook.
25

Page 162

1    that we removed from the Player for Education to

2    remove any -- any possibility of distraction.

3    BY MS. SCULLION:

4         Q    And that wasn't until 2020; is that

5    right?

6         A    The -- the Player for Education launched

7    in 2020.

8         Q    Okay.  Even after the Player for

9    Education launched in -- in 2020 --

10        A    2022, my apologies.

11        Q    Thank you.

12        A    2022.

13        Q    And I'm -- I'm glad you clarified that

14   because I -- I had understood it was 2022.  You said

15   2020, so I went with it.

16             Okay.  So just to be clear, when did

17   Player for Education launch?

18        A    The Player for Education launched

19   publicly in 2022.

20        Q    Okay.  So -- but before Player for

21   Education launched, students watching YouTube videos

22   in class would sometimes see ads; correct?

23                  MS. HARDIN:  Objection to form.

24        A    Students watching YouTube within the

25   Google Workspace for Education suite would have

Page 163

1    experienced ads if YouTube had been turned on as an
2    additional service.
3              There was a cookieless, ads-free embed
4    player within the Google Workspace for Education
5    suite prior to the Player for Education that did not
6    have ads.
7    BY MS. SCULLION:
8        Q    Okay.  But to the extent that they were
9    just watching it outside of the embed before --
10   and -- and outside of Player for Education, they
11   would see ads; right?
12              MS. HARDIN:  Objection to form.
13       A    If a school had -- had chosen to turn on
14   access to YouTube for their students, then those
15   students would have experienced ads.
16   BY MS. SCULLION:
17       Q    Okay.  Another persistent complaint that
18   YouTube received from schools was concern about
19   inappropriate content for kids on YouTube; right?
20              MS. HARDIN:  Objection to form.
21       A    One of the complaints that teachers would
22   have would be around, I would say, level
23   appropriateness of content.
24              And as one of the controls within managed
25   restricted mode, administrators can determine the

```
                                            Page 164
 1    level of access that they want to have based on
 2    content ratings.
 3              So there is strict restricted mode, there
 4    is moderate restricted mode.  Strict restricted mode
 5    would be limited to content that was rated
 6    approximately for ages to nine.  And moderate
 7    restricted would be for content rated approximately
 8    for users up to 13.
 9    BY MS. SCULLION:
10       Q    I'm going to hand you --
11                 MS. SCULLION:  Can we have exhibit
12              27, please?
13                 (Whereupon, Exhibit
14                 Google/YouTube-Kurtz 30(b)(6) - 27,
15                 Slide Deck, Bates-Labeled
16                 GOOG-3047MDL-01614173, was marked for
17                 identification.)
18    BY MS. SCULLION:
19       Q    I'm going to hand you what has been
20    marked as Exhibit Number 27.
21              And you'll see that we have put some tabs
22    on there.  I'm only going to be asking you about
23    the -- the tabbed portions of -- of the document.
24    It is otherwise a lengthy document.
25              So, Ms. Kurtz, looking at Exhibit 27,
```

```
                                        Page 166
 1              need to read every single page, but she
 2              does need to generally familiarize
 3              herself with the document.
 4                   MS. SCULLION:  We can take this one
 5              document at a time, but if it really gets
 6              to be excessive, we are going to have to
 7              do something about this.
 8                   MS. HARDIN:  There's no question
 9              pending.
10                   THE WITNESS:  Huh?
11                   MS. HARDIN:  I don't think there's a
12              question pending.
13                   THE WITNESS:  Okay.  It's just --
14              looks like there ARE multiple documents
15              within this document, but I don't know
16              for sure.
17                   Okay.
18       BY MS. SCULLION:
19          Q    Okay?
20          A    (The witness nods head.)
21          Q    Ms. Kurtz, you've had a chance to look
22       through the document?
23          A    Yes.
24          Q    Okay.  So, again, looking at the second
25       page of the document, which is up here on the screen
```

Page 167

1    entitled "Agenda," do you see the second bullet

2    point says it concerns learning at YouTube?

3         A    Yes.

4         Q    Okay.  If you'll go to the -- what should

5    be the first tab in the document for you, and that's

6    page 13.

7              Do you see this document -- this page

8    describes a snapshot of learning at YouTube today?

9         A    Yes.

10        Q    Okay.  If you go to the next page,

11   please, the document describes the many challenges

12   with using YouTube for learning; do you see that?

13        A    Yes.

14        Q    Okay.  And on the right side, do you see

15   the two boxes -- well, the first at the top says

16   that one of the challenges was hard to discover

17   content.

18             Do you see that?

19        A    Yes.

20        Q    And describes that the -- that was

21   because it was disorganized and unclear video

22   quality/credibility; correct?

23        A    Yes.

24        Q    And -- and as it states here, leaving

25   users with -- with the question which of these will

Page 168

1    best help me learn; right?

2          A     Yes.

3          Q     Okay.  And then the box below that says

4    the -- another major challenge -- another challenge

5    of using YouTube for learning was hard to stay

6    engaged.

7                Do you see that?

8          A     Yes.

9          Q     And explains that, as first, YouTube too

10   good at distraction; right?

11         A     Yes.

12         Q     Okay.  And also weak episodic

13   organization; do you see that?

14         A     Yes.

15         Q     And describes, you know, the experience

16   as, quote, hard to do my homework when I could be

17   watching Will Ferrell; right?

18         A     Yes.

19         Q     Okay.  And -- and that's in reference to

20   on the middle of the screen, you see the snapshot

21   of -- of YouTube right there?

22         A     Yes.

23         Q     And in the main screen, it looks like

24   there's meant to be a video with respect to some

25   multiplication learning; do you see that?

Page 169

1         A       Yes.

2         Q       But on the right side --

3         A       It's a Khan Academy video.

4                 (Whereupon, the court reporter

5                 requests clarification.)

6         A       Sorry, I just said it's a Khan Academy

7    video.

8    BY MS. SCULLION:

9         Q       Okay.  A Khan Academy video describing

10   multiplication; correct?

11        A       Algebra.  Linear equations.

12        Q       Okay.  I apologize, yeah, my -- my brain

13   read "X" as multiplication.  That was -- okay.  Yes,

14   algebra.  Thank you.

15                And the right side next to the video

16   display window, what is that column?  Is that the

17   "watch next" column?

18                MS. HARDIN:  Objection to form.

19        A       Yes.  Those are recommendations.

20   BY MS. SCULLION:

21        Q       Okay.  Those are recommendations that

22   are -- that YouTube is making to the user; right?

23        A       Yes.

24        Q       So in this instance, user watching the

25   Khan Academy video on algebra linear equations is

Page 170

1   getting the recommendations from YouTube on the

2   right side; correct?

3                    MS. HARDIN:  Objection to form.

4            Lacks foundation.

5        A    Yes.

6   BY MS. SCULLION:

7        Q    And one of those recommendations is a

8   video entitled "Will Ferrell Hilarious Acceptance

9   Speech At The... cocksandballs123."

10            Do you see that?

11       A    Yes.

12       Q    And that's what the comment on the right

13   side of the page is referring to in terms of, "hard

14   to do my homework when I could be watching Will

15   Ferrell"; right?

16                    MS. HARDIN:  Objection to form.

17       A    Just to clarify, as I understand it

18   though, this is all the use case of individual users

19   learning on YouTube.

20            And the -- and the feedback that we've

21   gotten from those users learning on YouTube as a

22   platform is not what I thought we were talking about

23   as student complaints or feedback that we had heard

24   about distractions within classroom settings as the

25   default experience of YouTube as an assigned video

Page 171

1    within an embed situation.  And anything above and

2    beyond that would be turned on by the school's

3    choice.

4              This -- this feedback here is

5    specifically feedback that we've gotten from the

6    self-directed learning experience on the platform

7    that is not limited to student feedback, it's just

8    user feedback.

9              We don't -- I don't -- I just wanted to

10   clarify that this is -- this is user feedback on

11   YouTube main outside of the school setting.

12   BY MS. SCULLION:

13        Q    Well, we'll come back to whether this

14   also is experienced in the -- in the school setting;

15   okay?

16              So underneath the -- sorry, in the bottom

17   half of the same page, again there's bullet points

18   describing the various challenges with using YouTube

19   for learning; do you see that?

20        A    Yes.

21        Q    Okay.  And the third bullet point down

22   says, trustworthiness; do you see that?

23        A    Yes.

24        Q    And that's describing an inability to

25   check how legitimate the source is; right?

Page 189

1   complaining because managed restricted mode still
2   let kids upload highly inappropriate content to
3   YouTube; right?
4                   MS. HARDIN:  Objection to the form.
5              Objection to the lawyer testimony.  And
6              objection that that lawyer testimony
7              misstates the document and the witness'
8              prior testimony.
9                   MS. SCULLION:  Well, we'll -- we'll
10             look at the documents that -- that
11             discuss this.
12  BY MS. SCULLION:
13      Q    So when managed restricted mode was
14  launched, if a school administrator chose even
15  strict restricted YouTube access and students were
16  then accessing YouTube, that strict restricted
17  corpus, they still were redeliv- -- were going to be
18  delivered targeted ads to the extent that they
19  weren't watching through the -- through the embedded
20  player; right?
21                  MS. HARDIN:  Objection to form.
22             Lack of foundation.
23      A    YouTube ads for accounts 18 and under are
24  not personalized ads.  So insofar as a student is
25  accessing YouTube as part of an additional service

```
                                        Page 190
 1    that has been turned on, they will have ads and they
 2    will have all of the limitations of an under-18 user
 3    account unless a school --
 4    BY MS. SCULLION:
 5         Q      Okay.
 6         A      -- has changed that status, which is set
 7    to default under 18 to over 18.
 8         Q      Got it.
 9         A      Under-18 accounts do not have
10    personalized ads.
11         Q      So I misspoke by saying targeted, and I
12    apologize for that.  I did not mean to.
13                So to the extent that a school
14    administrator chose even strict restricted mode, the
15    students using YouTube not in the embedded player
16    would still be seeing ads; correct?
17                    MS. HARDIN:  Objection to form.
18         A      If the student was using -- was using the
19    sanctioned use of YouTube within a school setting in
20    a self-directed mode or directed to go to YouTube,
21    they would experience ads if it were not embedded
22    within another service.
23    BY MS. SCULLION:
24         Q      And even in strict restricted mode
25    outside of an embedded player, would students still
```

Page 191

1    be getting recommendations for additional videos

2    from YouTube?

3                    MS. HARDIN:  Objection to form.

4              Excuse me.

5        A     If students are accessing YouTube outside

6    of being assigned a video in an embedded solution or

7    surface, then they would have access to YouTube with

8    the features of YouTube that include

9    recommendations.

10   BY MS. SCULLION:

11       Q     Okay.  And...

12                    (Whereupon, there was a discussion

13                    off the record.)

14                    (Whereupon, Exhibit

15                    Google/YouTube-Kurtz 30(b)(6) - 44,

16                    Slide Deck Titled, "Product: The Case

17                    for YouTube in Schools Via GSuite for

18                    EDU," Bates-Labeled

19                    GOOG-3047MDL-03233306, was marked for

20                    identification.)

21                     MS. SCULLION:  Yeah, okay.  Let me

22              hand you what's been marked as

23              Exhibit 44.

24   BY MS. SCULLION:

25       Q     Ms. Kurtz, we've handed you what's been

Page 192

1   marked as Exhibit No. 44 and the document is
2   Bates-stamped -0323306 in the bottom right-hand
3   corner.
4            And, again, I'm only going to ask you, I
5   can tell you, about three pages in the document.
6            But just to orient you to the document,
7   if you look at the very last page, you should see
8   something that says document slip sheet.
9            Do you see that?
10      A    Yes.
11      Q    Okay.  So I'll represent to you that the
12  document slip sheet is produced and printed out
13  based on the metadata for the document that Google
14  and YouTube provided to us when they produce the
15  document to us.
16           And one of the things that the metadata
17  tells us, if you look in the middle of the slip
18  sheet, is the create date and the last modified date
19  for the document.
20           Do you see those two entries?
21      A    Yes.
22      Q    And I'm just pointing out to you that
23  there is a date on here of September 25th, 2018,
24  both for the create date and for the last modified
25  date, just to orient you to the document; okay?

Page 193

1          A     Yes.

2          Q     Okay.  Great.  So if you go to the second

3     page of the document, you see that the document is

4     entitled "Product:  The Case for YouTube in Schools

5     Via GSuite for EDU."

6                Do you see that?

7          A     Yes.

8          Q     Okay.  And if you go to the fourth page

9     of the document, you'll see a box entitled "Why this

10    matters."

11               Do you see that?

12         A     Yes.

13         Q     And in describing why it matters, first,

14    there's at the top of the page a discussion about,

15    it's the right thing to do for our users and

16    partners; do you see that?

17         A     Yes.

18         Q     Okay.  And the partners that are

19    referenced there are the content creators; correct?

20                     MS. HARDIN:  Objection to form.

21    BY MS. SCULLION:

22         Q     Do you see where it says under

23    "Partners," schools are a top priority for content

24    creators?

25         A     Yes.

Page 194

1          Q     Okay.  And then the second half of the

2     document discussing why this matters is -- discusses

3     the larger business context; right?

4                    MS. HARDIN:  Objection to form.

5          A     Yes.

6     BY MS. SCULLION:

7          Q     And within the larger business context,

8     if you look at the last bullet point, one aspect of

9     that was seeing this as an opportunity.

10                   Do you see that?

11                   MS. HARDIN:  Objection to form.

12                   Mischaracterizes the document.

13         A     Yes.

14    BY MS. SCULLION:

15         Q     And within the opportunity, the

16    opportunities included the first bullet point which

17    says, Robust paid content market for edu content

18    delivery; right?

19                   MS. HARDIN:  Objection to form.

20         A     Yes.

21    BY MS. SCULLION:

22         Q     The second bullet point says, Pipeline of

23    future users; do you see that?

24         A     Yes.

25         Q     Okay.  And remember, we had looked at

Page 195

1    another document that referenced that same idea
2    about introducing folks into the Google ecosystem
3    and building future users; do you recall that?
4                 MS. HARDIN:  Objection to form.  And
5             lack of foundation.
6        A    I do.
7    BY MS. SCULLION:
8        Q    Okay.  And then it also says there's an
9    opportunity here for pipeline of future creators as
10   well; correct?
11       A    Yes.
12       Q    All right.  Now, if you go to the next
13   page of Exhibit 44, it discusses an understanding of
14   the problem in schools.
15            Do you see that?
16       A    Yes.
17       Q    And the problem being addressed here as
18   described in the -- in the first bullet point is
19   with respect to whether students are allowed to
20   use -- whether teachers -- sorry -- and students are
21   allowed to use YouTube in school; right?
22                 MS. HARDIN:  Objection to form.
23       A    That -- that is what this slide says.
24   BY MS. SCULLION:
25       Q    Okay.

Page 249

1    Bates stamp -- is Bates-stamped -05491766.ecm

2    through -05491769.ecm.

3            And -- sorry, strike that.

4            So do you see -- have Exhibit 63 in front

5    of you?

6        A    Yes.

7        Q    Okay.  And have you seen Exhibit 63

8    before?

9        A    Not that I am aware of.

10       Q    Okay.  If you look on the first page of

11   Exhibit 63, you see that it says in the first line,

12   "Update," and it lists the date of July 12th; do you

13   see that?

14       A    I see that, yes.

15       Q    Okay.  And then about halfway down that

16   same first page, do you see that it indicates that

17   the last significant update for this one-pager was

18   July 10th, 2023?

19       A    Yes.

20       Q    Okay.  And, again, if you look at the

21   metadata slip sheet, you can see the create and last

22   modified date are both in July of 2023; do you see

23   that?

24       A    Yes.

25       Q    Okay.  And if you go to the last page of

Page 250

1    Exhibit 63, you see there's a paragraph number two,

2    which begins with, Is it -- is this worth our time

3    to fix?

4              Do you see that?

5        A    Yes.

6        Q    And in that discussion, in the third

7    sentence, the document states, MRN -- MRM tends to

8    be trivially easy for students to bypass if they

9    clear cookies, sign out, open an incognito tab, or

10   switch devices; do you see that?

11       A    Yes, I see that.

12       Q    And, again, MRM, that stands for managed

13   restricted mode; right?

14       A    Yes.

15       Q    So these were known ways that students

16   could bypass managed restricted mode; correct?

17                 MS. HARDIN:  Objection to form.

18              Lacks foundation.

19       A    As -- as I understand -- and I have not

20   read this document closely and have not seen it

21   before -- but as I understand it, this would be

22   referring specifically to MRM when it would be used

23   outside of the Google Workspace for Education suite

24   as a network setting that a network -- that any

25   network administrator would set for their browsers,

Page 251

1    whether they are in a school setting or a workspace
2    setting, there is -- there are network controls; MRM
3    is one of those.
4              So I -- I -- as my understanding of
5    looking at this briefly, this would be referring to
6    MRM at a network level for a user outside of the
7    Google Workspace for Education who had not deployed
8    a third-party website blocker or one of the -- one
9    of the commonly available tools that are called
10   lockdown browser tools.
11   BY MS. SCULLION:
12       Q    Okay.  So if a school was not using
13   Google Workspace for Education but was using managed
14   restricted mode, your understanding is that this
15   document is speaking to that kind of circumstance;
16   correct?
17                   MS. HARDIN:  Objection to form.
18              Misstates the testimony.
19                   MS. SCULLION:  I can -- I can -- I
20              can just withdraw and -- and restate it.
21   BY MS. SCULLION:
22       Q    You testified earlier that schools can
23   use managed restricted mode even if they are not
24   using Google Workspace for Education; correct?
25       A    Yes.

Page 252

1      Q     Okay.  And in terms of the ability to

2   bypass managed restricted mode as discussed on the

3   last page of this document, your understanding is

4   this is speaking to ways that students could bypass

5   managed restricted mode if their school was using

6   managed restricted mode outside of the Google

7   Workspace for Education; is that right?

8                    MS. HARDIN:  Objection to form.

9      A     This is a rather dense document with a

10   lot of very technical things in it.

11             It is my cursory understanding that since

12   it doesn't appear to reference Google Workspace for

13   Education anywhere that I can see, that -- that it

14   may be referring to that -- to that use case.

15   BY MS. SCULLION:

16      Q     Okay.  And according to this document,

17   in -- in that use case it is trivially easy for

18   students to bypass the managed restricted mode

19   restrictions; correct?

20                    MS. HARDIN:  Objection to form.

21             Foundation.  Misstates testimony.

22      A     According to this document in 2023, a

23   loophole and workaround was discovered where managed

24   restricted mode could be signed -- could be bypassed

25   if a network advisor had not deployed any additional

Page 253

1    lockdown browser tools, is what I believe this

2    document is referring to.

3    BY MS. SCULLION:

4        Q    Do you know whether YouTube has taken any

5    steps to inform school administrators of -- I think

6    you used the term "loophole" -- of this loophole in

7    managed restricted mode when it's used outside of

8    Google Workspace for Education?

9                    MS. HARDIN:    Objection to form.

10                   Foundation.    Mischaracterizes the

11                   document.

12       A    I -- I -- I'd like to state that this --

13   that this claimed that students are finding

14   so-called loopholes.

15                   But as I stated before, YouTube doesn't

16   have a -- a promotional path or direct communication

17   with schools broadly and we do have publicly

18   available web pages around directions for network

19   administrators around how to set up and configure

20   their YouTube access.

21                   In addition, there are many third-party

22   browser -- lockdown browser tools that are used

23   within a multitude of settings that can also

24   determine what browsers have access to set at the

25   administrator level.

Page 254

1    BY MS. SCULLION:

2        Q       Right.  So, Ms. Kurtz, but if a school

3    administrator, let's say, in a small school

4    district, doesn't have a lot of resources, deployed

5    managed restricted mode after it was rolled out in

6    2017, they are not using Google Workspace for

7    Education, but they have taken on this managed

8    restricted mode.

9            You are saying it would be up to them to

10   go back and -- and look at updated documentation to

11   see that, oh, there's this loophole and here's how

12   you fix it?  That's what you're saying?

13                   MS. HARDIN:  Objection to form.

14               Foundation.  And misstates the document

15               and the prior testimony.

16       A       Insofar as any school is allowing access

17   to any online materials for their students, it -- it

18   would be the school's network administrator to

19   determine the best way to -- to allow that access to

20   their students.

21           And so publicly available documents are

22   updated routinely and when bugs are found, they are

23   fixed.

24           But any school that is -- that is using

25   online materials and directing their students to

Page 255

1   online materials has a network administrator that

2   decides how best to deliver and set those.

3   BY MS. SCULLION:

4       Q     Does YouTube even put out, like, a press

5   release saying, Hey, school administrators, network

6   administrators, you should be aware that there's

7   this loophole and go look at the documentation to

8   see how to fix it?  Does it even do that?

9                  MS. HARDIN:  Objection to form.

10                 Foundation.  Assumes facts not in

11                 evidence.  Misstates the documents and

12                 the prior testimony.

13      A     Again, if there were -- if there is -- if

14  there is a bug, it is the -- it would be the -- the

15  thing that we would do routinely is to understand

16  bugs and to address bugs and to fix bugs.

17                 And, again, not -- not fully

18  understanding exactly what has happened in this

19  situation, it would be my understanding that a

20  network administrator would be aware of the tools

21  available to them to determine the level of access

22  that they want students on their network to have,

23  given all of the publicly available tools there are,

24  to create lockdown browsers.

25                 In addition to which, we have publicly

Page 256

```
 1    available web pages that are designed specifically
 2    for network administrators to determine how to do
 3    that.
 4    BY MS. SCULLION:
 5         Q    So it's -- it's on them to go -- go find
 6    the fact that there's this loophole and that they
 7    need to fix it; is that right?
 8                   MS. HARDIN:  Objection to form.
 9              Asked and answered.  Argumentative.
10    BY MS. SCULLION:
11         Q    You can answer.
12         A    I -- I -- I believe that I have answered.
13         Q    Okay.
14                   MS. SCULLION:  Let's take a quick
15              break so we can see if we can get close
16              to done.
17                   THE VIDEOGRAPHER:  Time right now is
18              4:20 p.m.  We are off the record.
19                   (Whereupon, there was a recess taken
20                   from 4:20 p.m. to 4:40 p.m.)
21                   THE VIDEOGRAPHER:  Time right now is
22              4:40 p.m.  We are back on the record.
23                   MS. SCULLION:  Welcome back,
24              Ms. Kurtz --
25                   THE VIDEOGRAPHER:  Counsel, your
```

Page 262

```
 1            And if you go to the -- should be the
 2    first tab in your document, which is page -9014, and
 3    you see that this page is entitled "Managed
 4    Restricted Mode (MRM)"; do you see that?
 5        A     Yes.
 6        Q     Okay.  And going to the comments at the
 7    bottom of the slide it says, MRM has been
 8    historically under-resourced.
 9            Do you see that?
10        A     I do.
11        Q     And it explains, in terms of
12    under-resourced it says, ███████████████████████;
13    do you see that?
14        A     I do.
15        Q     And my understanding, that -- is that
16    means about a ████████████████████████████████
17    ████████████████████████; is that right?
18                MS. HARDIN:  Objection to form.
19    BY MS. SCULLION:
20        Q     Workspace for Education, I apologize.
21                MS. HARDIN:  Lack of foundation.
22        A     Yes, that -- that is what that would
23    refer to.
24    BY MS. SCULLION:
25        Q     Okay.  And --
```

```
1       A       ████████████████████████████████████

2   ████████████

3       Q       Thank you.

4               And then it goes on to explain ████████████

5   ████████████████████████; do you see that?

6       A       Yes.

7       Q       And the slide then explains that this

8   historical under-resourcing of MRN [sic] -- I'm

9   looking at the end of the sentence -- has led to

10  increasingly common user issues and emerging

11  business risks; do you see that?

12      A       Yes.

13      Q       All right.  And let's go to the next page

14  of the exhibit where the slide explains at the top,

15  The YouTube experience in G Suite is broken; do you

16  see that?

17              MS. HARDIN:  Objection to form.

18      A       I do.

19  BY MS. SCULLION:

20      Q       Okay.  And, in fact, if you turn to the

21  next page of the exhibit, it continues again with a

22  slide describing the YouTube experience in G Suite

23  is broken.

24              Do you see that?

25              MS. HARDIN:  Objection to form.
```

Page 282

1    BY MS. SCULLION:

2         Q     So the question, again, is factually,

3    when YouTube is providing information to

4    administrators to decide whether to keep YouTube

5    default off or turn it on, to seek parental consent,

6    to not, does YouTube include words in information it

7    provides administrators that says, Please be aware

8    that the use of YouTube by your students may have

9    negative impacts on their health?

10                    MS. HARDIN:  Same objections.

11        A     We do not provide information around

12   harms we don't see.

13                    We see within school settings that

14   teachers and students are finding the YouTube

15   content valuable and we give schools the information

16   that.  They need to decide what they believe is

17   going to be best within their setting, within their

18   school, for individual students.

19                    Because YouTube is not a part of core

20   services, it's an additional service, they have to

21   make that choice.  They have to do so based on what

22   they believe is best for their school and they then

23   have the ability and authority and decision-making

24   to decide how best to do that at the various levels,

25   ensuring that they also get the consent of parents

Page 283

1  along the way.

2  BY MS. SCULLION:

3      Q    Now, do you think that YouTube should

4  have told school administrators that one of the

5  things YouTube aspired to with respect to its app

6  was that the app should be addictive?

7              MS. HARDIN:  Objection to form.

8              Foundation.  And outside the scope of the

9              notice.

10  BY MS. SCULLION:

11      Q    Well, in terms of the scope of the

12  notice, in terms of -- of a warning -- whether

13  YouTube should provide a warning, you've said that

14  YouTube doesn't think it should provide information

15  about harms that don't exist.

16              That was your testimony; right?

17              MS. HARDIN:  Objection to form.

18  BY MS. SCULLION:

19      Q    Right?

20              That was your testimony earlier?

21              MS. HARDIN:  Same objection.

22      A    My -- my -- my testimony -- again, I

23  think this has been asked and answered.

24              My testimony was that within school

25  settings, we understand that YouTube is a valuable

Page 345

1                    MS. HARDIN:  Objection to form.

2                    Hold on one second.

3                    In a school?

4                    MS. SCULLION:  Yeah.

5                    MS. HARDIN:  Objection to form.

6       A     The -- the parental consent is a

7    component of the Google Workspace for Education.

8    I'm not aware of how that works in managed

9    restricted mode --

10   BY MS. SCULLION:

11      Q     Okay.  Thanks.

12      A     -- outside of the Google Workspace for

13   Education suite.

14      Q     You also testified that Google provides a

15   suggested form of disclosure for schools to use when

16   seeking parental consent; is that right?

17      A     Yes.

18      Q     Okay.  And in the suggested form of

19   disclosure that Google provides to schools, does

20   that form say anything one way or the other about

21   what the health literature indicates concerning

22   wellness factors that are effected -- affected,

23   sorry -- that are affected by digital video

24   watching?

25                    MS. HARDIN:  Objection to form.  And

Page 346

 1             foundation.  And assumes facts not in
 2             evidence.
 3      A      The parental consent template form that
 4    is given to schools as a resource for them, should
 5    they decide to use it, is not required.  It also
 6    includes language about what is included based on
 7    what the school has decided to include.
 8             It does not include any information about
 9    any potential harms that we don't believe exist
10    within the appropriate use of YouTube within a
11    school setting.
12    BY MS. SCULLION:
13      Q      Does it include any information about any
14    potential harms with respect to the use of YouTube
15    within a school setting?
16                 MS. HARDIN:  Objection to form.
17             Foundation.  Vague.
18    BY MS. SCULLION:
19      Q      And to be clear, I'm asking because you
20    qualified it as any potential harms that we don't
21    believe exist.
22             And I'm just asking, more completely:
23    Does it include any information about any potential
24    harms within the appropriate -- sorry -- that exist
25    within -- for the use of YouTube within a school

Page 347

1    setting?
2                    MS. HARDIN:  Same objections.
3        A     It doesn't include any information about
4    harms that we don't believe are there.  And we
5    understand YouTube to be valuable to teachers and
6    students.
7    BY MS. SCULLION:
8        Q     Okay.  So just to be super clear, does
9    the suggested disclosure form include any
10   information at all about whether YouTube is or is
11   not potentially addictive to students?
12                   MS. HARDIN:  Objection to form.
13                   Foundation.  Assumes facts not in
14                   evidence.  Asked and answered.
15       A     I -- I do believe that I've answered that
16   question.  And I -- I can't accept the premise of
17   the question.
18                   The -- the parental consent form is about
19   the use of YouTube video as determined by the school
20   at the level that they determine it to be and it is
21   a -- a notification to parents about that use case.
22   BY MS. SCULLION:
23       Q     Okay.  And if I understand correctly,
24   it's YouTube's position that it does not believe
25   that the risk of addiction exists with respect to

Page 348

```
 1   students' use of YouTube in a school setting and,
 2   therefore, does not include any information about
 3   any such risks in its suggested disclosure form; is
 4   that right?
 5                   MS. HARDIN:  One second.
 6                   Objection to the form.
 7                   You may answer the question.
 8       A    We don't provide any warnings about harms
 9   that we don't believe exist.
10   BY MS. SCULLION:
11       Q    Okay.  Do you provide any warnings about
12   harms that you do believe exist?
13                   MS. HARDIN:  Objection to form.
14             Foundation.
15       A    We don't believe that the use of YouTube
16   is in -- by students in classroom settings is
17   inherently harmful.
18   BY MS. SCULLION:
19       Q    Okay.  So there's -- so then there's no
20   disc- -- no -- no disclosure of any risks of -- of
21   harm in the suggested disclosure; correct?
22                   MS. HARDIN:  Objection to form.
23             Foundation.  Asked and answered.
24       A    I want to just clarify that it's not
25   suggested language.  It is -- it is offered language
```

Page 349

1    as a template.

2              Schools are free to use any language that

3    they want and would actually have to customize that

4    template since all of the decisions that they choose

5    to make are -- are blank based on what it is that

6    they've decided to do.

7    BY MS. SCULLION:

8         Q    So I -- so -- so understood.  In this

9    template that's provided for schools to decide what

10   they are going to do or not do with it, are there

11   words in there at all that disclose any risk of harm

12   at all from use -- sorry -- for students using

13   YouTube in school setting?

14                  MS. HARDIN:  Objection to form.

15             Foundation.  Asked and answered.

16        A    I -- I believe that I have answered that

17   question, that the --

18   BY MS. SCULLION:

19        Q    Okay.

20        A    -- that the -- that the language that is

21   offered as a service to the school, should they

22   choose to use it, describes the level of -- of

23   access to YouTube that the school has chosen to

24   enable.

25        Q    Okay.  Does the word "addiction" appear

```
                                        Page 350
 1    in the template that Google provides to schools for
 2    potential use and --- and disclosure?
 3                      MS. HARDIN:  Objection to form.  And
 4              foundation.
 5         A    No.
 6    BY MS. SCULLION:
 7         Q    Okay.  Does reference to sleep
 8    deprivation appear in the template that Google
 9    provides to schools?
10                      MS. HARDIN:  Objection to form.  And
11              foundation.
12         A    No.
13    BY MS. SCULLION:
14         Q    Does social isolation appear in the
15    template that Google provides to schools?
16                      MS. HARDIN:  Objection to form.  And
17              foundation.
18         A    No.
19    BY MS. SCULLION:
20         Q    Is there any discussion of cognitive
21    impairments in the template that Google provides to
22    schools?
23                      MS. HARDIN:  Objection to form.  And
24              foundation.
25         A    No, because it isn't our understanding
```

Page 351

1   that the things that you are referencing that --
2   that YouTube video when used by teachers is an
3   additive experience to students and their -- and
4   their understanding of materials, which is why
5   teachers value it as much as they do.
6                   MS. SCULLION:   Okay.  Can we mark
7            Exhibit 102, please?
8                   (Whereupon, Exhibit
9                   Google/YouTube-Kurtz 30(b)(6) - 102,
10                  Slide Deck Entitled "Literature
11                  Review: Effects of Watching Digital
12                  Videos on Viewer Well-Being," Dated
13                  April 2018, Bates-Labeled
14                  GOOG-3047MDL-00874191, was marked for
15                  identification.)
16  BY MS. SCULLION:
17       Q    Ms. Kurtz, I've handed you what's been
18  marked as Exhibit 102, which is Bates-stamped
19  -874191.
20              And, again, we have placed tabs in here
21  to indicate the pages that we intend to ask you
22  about.
23              Have you seen Exhibit 102 before?
24                  MS. HARDIN:   Ms. Scullion, object.
25           This is outside of the scope of the

Page 358

```
 1              C E R T I F I C A T E
 2          I hereby certify that I am a Notary Public,
 3    in and for the State of New York, duly commissioned
 4    and qualified to administer oaths.
 5          I further certify that the deponent named in
 6    the foregoing deposition was by me duly sworn, and
 7    thereupon testified as appears in the foregoing
 8    deposition; that said deposition was taken by me
 9    stenographically in the presence of counsel and
10    reduced to typewriting under my direction, and the
11    foregoing is a true and accurate transcript of the
12    testimony.
13          I further certify that I am neither of
14    counsel nor attorney to any of the parties to said
15    suit, nor am I an employee of any party to said
16    suit, nor of any counsel in said suit, nor am I
17    interested in the outcome of said cause.
18          Witness my hand and seal as Notary Public
19    this 10th day of April, 2025.
20
21          _____
22                    Clifford Edwards
23    New York Notary ID Number:  01ED6430906
24    Notary commission expires:  3/28/2026
25
```