# AMENDED Exhibit 743

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# YouTube School Access and HTTPS

Last Updated: 9/26/2012



**Background**

With all of the valuable Educational content on YouTube, we have the potential have some real social impact by bringing YouTube into the classroom and providing access to the best teachers from around the world. The main impediment is that most schools block the domain YouTube.com because YouTube is perceived a) distracting (i.e. majority is not educational) and b) contains un-safe content for K-12.

In Q4 2011, we had implemented a solution whereby we allow schools to sign up for [ HYPERLINK "http://support.google.com/youtube/bin/static.py?hl=en&guide=2592683&topic=2592688&page=guide.cs&answer=2695317" \h ].  Because of the inherent complexity of this solution, only 350 tokens have been implemented worldwide (note: a token could represent an individual school, a school district, or potentially a county).  Further, this filtering mechanism relies on the ability to modify the outbound HTTP request and thus is rendered ineffective by SSL.

In order to really get YouTube EDU to scale, <u>the solution needs to be much more scalable</u> to the point that requires minimal configuration by schools, and there are no simple workarounds such as switching urls from HTTP to HTTPS.

**Specifics on current solution and issues**

- **EDU-mode** support has been added to youtube.com at application level, which restricts which videos can play and disables other functionality
- Ask schools to mark outgoing HTTP traffic as **edufilter**, either as HTTP header or URL param
- When youtube.com app server sees edufilter param, **EDU-mode** is forced in the application
- HTTPS came along: students discovered that they could circumvent *EDU-mode* by navigating to [ HYPERLINK "https://www.youtube.com/" \h ]
- **edufilter** approach does not work for HTTPS, cannot modify outbound URL or HTTP headers
- Schools found that the only way to block https://www.youtube.com/ was to black hole DNS for www.youtube.com, blocking all youtube access and disabling the current