# AMENDED Exhibit 744

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# YT Embeds - Web - Domain for "Player for Learning" - Design Doc

**Self:** [ HYPERLINK ▮▮ [ HYPERLINK
**Last update:** 2022-04-24
**Author:**
**Status:** Reviewed
**Design review notes:** [ HYPERLINK

## Overview

More details about these domains in the [ HYPERLINK

Additional context:
- PRD: [ HYPERLINK
- All docs for PFL: [ HYPERLINK

## Requirements

The primary requirements which are leading us consider a new domain:
- Blocking of youtube.com by schools
- "Data minimization"

### Blocking of YouTube

There are assorted techniques used by administrators and school districts to block access to YouTube entirely or apply content-filtering, see [ HYPERLINK
"https
\h ] and [ HYPERLINK

---

**Commented [1]:** I could not find in the linked docs, including the GoGuardian reference, details on how the systems that provide direct support for blocking YouTube work. For example, it seemed like GoGuardian also blocks youtube-nocookie, but can be enabled for particular channels.

What recommendations or documentation we would provide for schools using player for learning on how they would block the rest of YouTube? How will we ensure that playback within the learning player still works, or that the player will not inadvertently request streaming data from a youtube.com domain?

**Commented [2]:** Thanks. I've updated this doc and replaced the reference to GoGuardian with EdPuzzle. Agree that GoGuardian is more focused on fine-grained content control, often at the URL or channel level. Take a look at the EdPuzzle reference, it has a precise guideline for blocking YT Main but allowing youtube-nocookie for schools whose students use EdPuzzle but may be unable to view the content. Combining this info with some of the domains described on https://support.google.com/a/answer/6214622 should be our starting point for an official doc.

**Commented [3]:** There's also an interesting study conducted by the Google Classroom team in 2021 Q4 to better understand how various school admins manage access to YouTube. It doesn't have all of the details you want (the EdPuzzle reference I provided is still the canonical one), but it's an interesting read. Slide #22 is the summary / table:

#### Cons

This is ultimately an unreliable solution that would be inconsistent across browsers. It's also a fragile approach because it assumes browser policy won't change again in the future in a way that could be misaligned with PFL principles.

## Appendix: Prior Art

References for the prior art examples. For each domain, the key resources are listed in approximate chronological order from oldest to newest.

### YouTubeEdu / YouTubeEducation

Circa 2012.

- 2012-06: [ HYPERLINK
  
  - Product review of proposal to create new domain.
- 2012-08:
  - Ticket created for deciding on best name for new domain.
- 2012-09: [ HYPERLINK
  
  - Discussion of moving away from the original "edu filter" solution from 2011 ("YouTube for Schools", aka "YT4S") that was based on url-param / token. This is the beginning of considering a new domain.
- 2012-09: [ HYPERLINK
  
  - Work scope of new domain wiring throughout YT.
- 2012-11-28
  - "www.youtubeedu.com" and "www.youtubeeducation.com" added to GFE mapping by [ HYPERLINK
- 2013-03-25
  - "youtubeedu.com" and "youtubeeducation.com" (without 'www' subdomain) added to GFE mapping by [ HYPERLINK
- 2013:
  - Launch of YouTubeEducation.com domain
- 2013:[ HYPERLINK

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                                                                       GOOG-3047MDL-03759512

- - Exploration of expanding functionality of YouTubeEducation.com beyond just the /embed use-case.
- 2014:[ HYPERLINK
  
  - 
    - Associated Product Review for the proposed change
- 2015 ~ 2018
  - Domains become unused / fall into disrepair, not sure when.
  - April 2018: as part of cleaning-up Web "trusted loaders" logic, YouTubeEducation domains found to be in bad state. DNS still controlled by Google, but mapped to IP address that is owned by Amazon
    "remove legacy trusted loaders"
    - [ HYPERLINK                                       ]: "clean-up youtubeeducation.com"
  - When and why did the domains fall into disrepair?
    - MRM being successful alternative to YT4S?
    - Schools discovered alternative of using youtube-nocookie.com? Could continue to block regular YouTube and allow youtube-nocookie.com instead.

## YouTubeKids

Circa 2018.

- 2018-05 ~ 2018-06: docs that led to the decision to create new domain
  - ZY-diiX7RhHg/edit" \h ]
    - Started the discussion
  - 
    - Design review #1 notes
  - 
    - follow-up doc to discuss risk tradeoffs, including subdomain vs. TLD

- ○ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    - ■ Design review #2 notes
- ○ [ HYPERLINK ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    - ■ 1-pager of resolved discussion points
- ○ [ HYPERLINK ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    - ■ Slides that summarize Product and Technical background, as well as solutions.
- 2018-06: [ HYPERLINK "▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    - ○ Discussion between Kids and SRE regarding new domain setup

## YouTube-NoCookie

Circa 2009.

- 2009-02-10: [ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    - ○ DNS entry configs created. Associated ticket: ▇▇▇▇▇▇▇▇▇▇ ]
- 2009-02-20: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    - ○ Launched in support of the Whitehouse / US elections.
- 2009-03-02: [ HYPERLINK "https://publicpolicy.googleblog.com/2009/03/white-house-videos-on-youtube.html" \h ]
    - ○ Google Public Policy Blog post written to address criticism about whitehouse.gov usage of embedded YouTube videos and the associated cookies that are created.
- 2011-04-10: [ HYPERLINK ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    - ○ Conversation about youtube-nocookie being down, usage by US .gov sites, and who within YT owns the domain.

I wasn't able to find any information or discussions about creation of the new domain and associated pros / cons that were considered.