# AMENDED Exhibit 745

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native



CONFIDENTIAL

GOOG-3047MDL-01614173



MRM is a version of Restricted mode that allows school admins set the corpus
-level restricts for their students based on via labels and whitelisting
These screens are the view a School/district admin sees today.

Case 4:22-md-03047-YGR    Document 2651-18    Filed 01/20/26    Page 6 of 13

## Why hasn't MRM solved this problem?

**(1) Awareness**
- Because MRM is not a school-directed product, can't market to schools
- Most schools (and the filtering companies they employ) don't know about existing MRM solution
- Current naming isn't descriptive enough to market itself (YouTube Settings for G Suite)

**(2) Feature gaps**
- MRM only meets baseline needs
- Schools want to enforce intra-domain sharing (disallow public sharing)
- Doesn't work with other tools they use (Classroom and Chromebooks)

**(3) Compliance**
- YT ToS explicitly prohibits use by <13 users
- Ads and related videos are distracting and problematic





- Discovering content, determining what is 'good' and then staying engaged
- Disorganized
    - Youtube has a lot of great content, but it's a disorganized library
    - Feedback from GAFE admins
        - Broken UI for learning - long videos lack navigation to different steps/sections, leading to lots of scrubbing, feeling inefficient use of time
    - Trustworthiness
        - "inability to check how legitimate the source is"
        - Leads to lots of trial and error on videos, which leads to frustration
- Distracting
    - Learning is a top reason people come to YT, but very easy to get distracted
    - We dont yet have a way to measure the level of distraction (more on that soon)
    - You can see in this example, i started this session with a 'linear equations' query, clicked on a learning video and within 5 videos WN gets to a Will Ferrell hilarious acceptance speach - from CocksandBalls123!