# AMENDED Exhibit 746

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL
GOOG-3047MDL-04853250



**SPEAKER:**

**Player for Learning is YouTube's commitment to learning wherever it happens**






**Distraction free player**

No ads, recommendations or links to YT, COPPA compliant, signed-out only & works in browsers & mobile app WebViews

**Discover learning content more easily**

Search API for Learning content - to allow 3rd parties to search the YT Learning corpus programmatically

**Increase access**

New domain name enables access to learning content through firewalls where YouTube is blocked

**Creator compensation**

Monetization via charge to 3P platforms

Confidential & Proprietary

*NOTE: Finalizing MVP details*

**SPEAKER:**

- Player for Learning: YouTube's commitment to learning, wherever it happens

- Player for Learning: bringing the world's largest library of education content available to learners wherever it happens?