# AMENDED Exhibit 747

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-05993998

# YouTube learning

Architecture & Naming Recommendation



April 19 2022

Proprietary + Confidential

## **Player:** Naming recommendation

# YouTube Player
# for Education

**WHY IT WORKS:**

Aligns with YouTube **naming conventions** for players (e.g., Player for Publishers)

**Telegraphic of sector** to edtech and edu partners, *without* implying the content is limited to learning content aka content with an "intent to teach"

**Avoids collision with YouTube Learning**, and **parallels Google for Education** and clearly distinguishes between "Learning" more broadly and Edu (aka "School")

**Matches URL** owned by Google (youtubeeducation.com), which school leaders/ admins preferred over other options tested

**EXPLORATION:**

Audience+Player

YouTube Player for Learning
YouTube School Player
YouTube In-Class Player
YouTube Classroom Player
YouTube Study-Safe Player
YouTube Scholar Player
YouTube Edu-Player
YouTube Education Player
YouTube Player for School
YouTube Player for Classroom

Benefit+Player

YouTube Productivity Player
YouTube Full-Focus Player
YouTube Zero-Distraction Player
YouTube Distraction-Free Player
YouTube Concentrate Player
YouTube Mindful Player
YouTube Study-Wise Player

Clarifies  Education content vs. Education sector; manages potential for confusion between similar language with YouTube Learning and Education; Player from YouTube vs. YouTube learning (broader content)