# AMENDED Exhibit 749

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:**    Tanaya Kasavana ███████████
**Sent:**    7/19/2023 11:53:03 PM
**To:**    ███████ ███████
**CC:**    ███████
**Subject:**    Re: Landed: Player for Education!
**Attachments:**    image_3.png; image_4.png; image_1.png; image_2.png

Thank you! I saw the launch email the other day. What an accomplishment.

On Wed, Jul 19, 2023 at 4:39 PM ███████ ███████ wrote:
> Hi Tanaya,
> This is good background on Player for Education! Two years in the making...
> <u>Here</u> is the timeline view of the support we've provided so far this year.
> ███

> ---------- Forwarded message ---------
> From: ███ ███████
> Date: Mon, Jul 17, 2023 at 12:43 PM
> Subject: Landed: Player for Education!
> To: ███████
> Cc: ███



GOOG-3047MDL-04612037



**TL;DR**: Player for Education (aka PfEdu), YouTube's purpose-built embedded player for education apps, is now at full rollout in Google Classroom, EdPuzzle, and three other EdTech partners! This enormous xFN/xPA effort required work from >30 teams over 2 years.

**Introducing YouTube Player for Education**, the new way to integrate YouTube into educational experiences & support innovative learning solutions.

CONFIDENTIAL



CONFIDENTIAL

GOOG-3047MDL-04612039





CONFIDENTIAL



**Designed for learners & educators**
Focuses students on learning by showing videos without ads, links, or recommendations. Continues to support safer learning experiences by keeping viewers anonymous to YouTube.

**Compensates creators for their work**
Offers a new way for content creators to get compensated for their work without relying on advertising, fueling the community that makes the videos educators love.

**Expands access with distinct domain**

PfEdu ensures access to videos delivered inside popular educational tools and reduces admin overhead by delivering videos from a distinct domain, youtubeeducation.com.

**Offers control & enhanced privacy options**

GOOG-3047MDL-04612041

Uses three content control settings (based on SupeX) that can be applied to searching and viewing content. Partners with enhanced data privacy needs can use <u>RCATs</u>, which supports cookieless view counting & no watch history.

We are now seeing the following **impact**:

- 

- 

- **7 educational platforms** (including Google Classroom, EdPuzzle, and Quizlet) are using Player for Education, with 22 more active in the pipeline.

**Why was this hard?**

- **Enterprise Business Model & Support**: PfEdu introduced a brand new B2B business for YouTube based on enterprise license fees. Standing up this business involved close alignment with Finance, Strategy, Operations, Legal, Business, and the whole Creator Org.



- **Global Launch**: As 3Ps are in control of distribution of the content, creator & 3P contracts & payments had to be global from day 1. This meant launching both contracts & payments in all languages, which required significant legal diligence.
- **Value Prop**: Selling PfEdu means charging education platforms for content they're already using. To ensure we could pass on value to creators, we needed PfEdu to guarantee continued corpus access (including content typically categorized as music) and deprecate workarounds, like the EDU allowlist.
- **Significant X-Team Coordination**: PfEdu required collaboration on a tight timeline across more than 30 teams for a period of >2 years, including multiple product teams (Search, YTA, YPP, RevEng, Privacy, Rights Management), XFN teams (Strategy, Product/Content Partnerships, Partner Eng, GTM, Marketing, Finance, PCounsel, Contracts Counsel, Music BD/Legal), and PAs (Workspace, Education) to land the Google-level OKR. This meant significant coordination and comms effort, and 15+ VP reviews to keep the teams aligned.

**What's next?**

- Launch PfEdu in other Google Workspace for Education products like Gmail, Forms, and Slides by the back-to-school season this fall
- Expand PfEdu globally, pursuing integrations with EdTechs in non-US regions
- Support PfEdu for new partner segments like content creators (e.g. Khan Academy), curriculum providers, and universities

GOOG-3047MDL-04612042

- Build a long-term support model for enterprise products to ensure continued x-team execution on new features

**Enormous thanks to all the folks who helped us get here!**



- Embeds:
- Ads
- Finance:
- Learning:
- Identity
- Legal:
- Marketing:
- UXR:
- Music:
- Partner Eng:
- Partnerships:
- GTM/S&O:
- Strategy:
- PWG:
- RevTube:
- Search
- Studio/YPP:
- YTA:
- YTData:
- ITCS & RM:
- Youth:
- Classroom:
- Leadership:

--
Tanaya Kasavana
YouTube Core & Responsibility Product Marketing

GOOG-3047MDL-04612043