# AMENDED Exhibit 750

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL
GOOG-3047MDL-03360455



## Problems we're trying to solve

| Challenge | Impact | Ideal Solution | Other options |
|---|---|---|---|
| More than 70% of schools in the US block YouTube | Perception & Watch Time | New Domain | YouTube for Schools |
| Adoption of YouTube for Schools is 4% across 14000 school districts | Perception & Watch Time | New Domain | Work with proxy companies |
| YouTube for Schools can be bypassed using https | Erosion of YT4S -> Perception & Watch Time | New Domain | nossl redirect |
| Site is moving to https for logged in users | Erosion of YT4S -> Perception & Watch Time | New Domain | Redirect to logged out experience for students |
| Khan Academy and MIT use YouTube for hosting, but are blocked as embeds | Threat of moving off YouTube | New Domain | New domain for streaming embeds, rest of site stays as is |

Google Confidential and Proprietary          Google | YouTube

Global solution
Partner w/ DoE