# AMENDED Exhibit 751

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL





# Pent up demand for EDU Content

Quick Informal Poll:
- **OSHEAN:** 10,000-50,000/day
- **Browning Public Schools:** 100-200/day
- **Five-Star Technology:** 50/day
- **Washington County School District:** 1,000-10,000/day
- **Kokomo schools:** 1000-1500/day
- **Corvallis School District**      100/day
- **Farmington Municipal Schools**  1000+/day
- **IES La Laboral:** 100/day
- **Independence Charter School** 500
- **Bulloch County Schools**      50,000

On average: 8300/day per school district * 14000 districts ==> 42B views / year in US alone!

And this is all from schools that they are blocked!!!

Google Confidential and Proprietary

