# AMENDED Exhibit 752

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Produced in Native

CONFIDENTIAL





EDU has opportunity to be key driver of view growth. If everyone ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ agrees, we can skip this section.

## Imagine a world where...

**Parents ask** their children **"Why aren't you watching more YouTube?"**

**Children** from small villages can become **engineers and doctors**

**Teachers** can uplevel their classroom by **curating the best videos** against their syllabus

School Administrators **shift** budgets from **Textbooks to YouTube subscriptions**

Google Confidential and Proprietary



## EDU Funded Channels are some of the most efficient



- SciShow and CrashCourse have amassed **225k** and **250k** subscribers, respectively, putting them in the Top 10 of all funded channels
- In aggregate, these channels have garnered over **3.5M** hours of watch time (that's 400 years!)
- RPMs trending low due to the EDU brand platforms not yet selling through

Data source:



## More EDU content = More watch time per user

Watch Time::
- EDU Watch Time increased ▮ in the last 12 months.

Other stats:
- EDU keywords represents ▮ of all search queries
- Monetizable views have shown similar growth, ▮ ▮

Google Confidential and Proprietary

Google | You Tube

# EDU partners win on the Sybil change
film & animation and gadget and games higher than EDU

## Disruption is occurring across the EDU landscape

### Pre-K/Primary

- Tablets, 'Passback viewing' from parents to children
- Proliferation of kid-focused destinations and offerings, fueled by smartphone / tablet / app explosion

### Secondary

- Flip the classroom
- Adoption of common core standards in US
- Personalization + adaptive learning
- Rising costs, budget cuts

### Higher Ed

- Online learning platforms (MOOCs), incl. assessment
- Increased scrutiny of for-profit unis
- Int'l demand for access to top brands

### Lifelong Learning

- Infinite electives
- Increased demand for skills-based training to increase employability in challenging economy

These disruptive forces are at work in each of the major learning segments.

1. In Pre-K/Primary, the proliferation of tablets and other mobile devices have given rise to behaviors like passback viewing and various kid-focused offerings
2. In the Secondary world, teachers are experimenting w. popular methods like 'flipping the classroom', whereby they assign videos for homework and use lecture time for discussion instead
3. In Higher Ed, online players are holding massive open online courses (aka MOOCs) to go beyond campus and reach students all over the world
4. In LLL, the web has enabled the notion of infinite electives, where anyone can learn anything

# Trends in Edu: K-12
## *The teacher as a facilitator - not a lecturer*

### *"Flip the classroom"*



- Students learn curriculum from teacher created videos out of class
- Class time is used for teachers to interact with students, instead of lecturing
- Allows students time to move at own pace
- Shift from "Teacher to student ratio" to "Teacher Time per student", from monologue to dialogue

*Bill Gates "supports use of flipped classrooms and teachers' use of videos for classroom instruction"*

### *"Bring Your Own Device":* Technology in the classroom



- Devices are sweeping the classroom...*but key is for teachers to integrate it with curriculum*
- Wider options for teachers to draw from:
  - Gaming apps
  - Online videos
  - Data and analytics
- Students make more of their own choices in learning
- Fueled by smartphone / tablet / app explosion

*"Education is deep in Apple's DNA and iPad may be our most exciting education product yet," Phil Schiller, Apple SVP*