# AMENDED Exhibit 753

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# YouTube edu opportunities in 2016

9/17/2015

So far, our YT edu efforts have focused on unblocking the HTTPS rollout and turning down YT4S. We haven't really focused on making an excellent product that schools want to use. This doc outlines an opportunity to change that with 1-5 incremental YouTube headcount in 2016.

## The opportunity in education



- Google in Education
    - 55M k-12 students in US
    - 40M GAFE users
    - 10M Classroom users
- 66% of schools filter video content because they believe it is necessary for CIPA compliance. survey
- Our own survey showed that YT filtering in the classroom affects over 60% of teachers trying to show video in the class. survey
- Dasher MRM usage is only 200k views/day and growth is slowing as the school year starts. Total MRM usage is over 3M views/day.
- During the school year, there's an **80M watch time hour/day** difference between Thursday and Saturday. Increasing usage in schools M-F could decrease this gap! See chart at right.

## Pitch: Invest in Dasher MRM to meet XX M hr/day opportunity

We launched very basic filtering options, but we're not meeting school's needs. YouTube has the content and infrastructure to become the default platform for learning inside and outside the classroom. If we can meet schools' filtering and content needs, we expect to see a huge amount of usage both through our main apps and through other education portals like Khan Academy, Udacity, and code.org.

Here's how we can grow to meet the opportunity in k-12 education:

### Make it about schools

"Come out" as an education product. Make necessary changes to re-brand as YouTube for Edu by complying with CIPA, COPPA and Student Privacy Pledge.

- **School-friendly ads policy**
- **Cookie cleanup**

EXHIBIT
GOOGLE/YOUTUBE
KURTZ   30 of 6
CF
3/28/25

### Build out the existing MRM feature set

We've built a very basic feature set as part of MRM. Here are some features that would help usage in schools:

- **Better content controls outside of Dasher**[J2]
    - Allow students to watch approved videos when signed-out: Teachers could generate a short-lived link to a youtube video and share it with their classroom (like Photos, but with temporary URLs). Our own surveys show that teachers most often share videos through direct links. (survey)
    - Create new VIPs/headers for different content ratings (e.g. one for G, one for PG, one for Teen). Would require YouTube to have public content ratings for this to work.
    - Moonshot: give schools IPv6 addresses! (likely not in 2016) Would allow fine grained controls without GAFE accounts for students.
- **Per-organizational unit feature controls** on YouTube. We know that it is important for teachers and admins to feel in control of what their students are watching (deck)
    - Designate video approvers for specific OUs, or allow approvers to choose which OUs they approve for.
    - Control ability to upload live/VOD video by OU[Z3]
- **Better integration with Google Classroom**
    - Automatically whitelist videos shared by verified teachers: If a verified Classroom teacher shares a video with their class, class is automatically able to watch that video.
    - Class playlists: Whenever a teacher shares a YT video to their class, offer to create a YT playlist for the class.
    - Share metadata on 'assigned' videos: Classroom knows which videos have been assigned by verified teachers, which could be beneficial metadata for YT ranking or EDU whitelisting.

### Connect students and teachers with the content they need  [existing curator examples]

YouTube has a wealth of educational content, but it's too hard for teachers and students to find content that's relevant to what's happening in the classroom. (deck)

- **Discovery platform on top of YouTube aimed at students.**
    - Students often drive technology adoption in schools. Students often have a hard time finding content at the moment they need it. We should meet students where they are (on YouTube!)
- **Discovery platform on top of YouTube aimed at teachers.**
    - Teachers are some of our most engaged Google users, and with easier discovery mechanisms will be able to find content faster
    - Potential to create teacher communities and additional sharing mechanisms
    - Could integrate directly with how teachers share via Classroom
    - Tagging content might looks like Teacher Tags
- Launch **regionalized learning destinations** in partnership with 3rd parties
    - Similar to the work we did with youtube.com/educacao, curate regional learning destinations for teachers, students and governments to reference for great localized regional content.
- **Engage EDU celebrities**
    - To curate content curriculums. Potential for these to be sold as subscription individually to schools and teachers.

## Bonus pitch: what we'd do in an ideal world

### A new product experience for schools

We could build a separate YT vertical site/app for education.
- Limit distractions with a new clean interface
- Also allow for peer to peer learning and engagement
- Could have school specific corpus for signed in GAFE, and different experience for teachers vs students
- Would also support non-GAFE usage
- Use student history to create a guided experience (you just learned x, maybe now you'd like to learn y)
    - original video concept which spun out of YT EDU summit

### Subscription product for schools (no ads)

- Support YouTube Red and convert some of the spend on current edu video subscriptions (usually at district level) to YT

### Video Creation

Similar to the Kids as Creators initiative, launch a Students/Teachers as Creators initiative for feature development
- Templatize Field Trips and Quizzes for teachers + students
- Integrate homework submission via video into Google Classroom

### Preschool integration with YouTube Kids

- Supplement HeadStart program waitlists by developing and showcasing a preschool curriculum in YouTube Kids. ABC Mouse partnered with a school in Portland that gave waitlist students to their platform that led to increases in testing scores.

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-04734419-GOOG-3047MDL-04734422

**BEGATTACH:**

**ENDATTACH:**

**Custodian:** MCMEANS, IAN

**Author:** ███████████████

**Filename:** YT EDU IN 2016.DOCX

**Create Date:** 10/16/2017 7:58 PM

**Last Modified Date:** 10/16/2017 7:58 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /YT EDU IN 2016.DOCX