# AMENDED Exhibit 757

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

# YouTube via G Suite

Q1 2019



CONFIDENTIAL

GOOG-3047MDL-01689011

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

# Managed Restricted Mode (MRM)

Enterprise management tool used by ▮▮▮ users each month ▮▮▮▮▮▮▮



MRM is an admin console within G Suite that allows administrators to manage users and permissions in a domain

Admins are able to control YouTube functionality:

- Enable or fully block (*default setting*)

- Content moderation
  - MRM Moderate (Y+G+PG, i.e., YT RM)
  - MRM Strict (Y+G)
  - Whitelist individual videos/channels

- Feature restrictions: comments, chat, and live

MRM has been historically under-resourced ▮▮▮▮▮▮▮▮▮▮▮ which has led to increasingly common user issues and emerging business risks

CONFIDENTIAL

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

# The YouTube experience in K-12 schools is broken
Example 3: Ads and content appropriateness concerns cause YT to be blocked

Select impacted partners/users:



**Department of Education**

- YouTube via G Suite is ads-supported and brings some content risk

- NYC DoE doesn't consider this an appropriate product for schools



YouTube is blocked from NYC's 1.1M students, precluding them from associating YouTube with 'nutritious' content, and removing a valuable teaching tool from classrooms

GOOG-3047MDL-01689082

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-01689011-GOOG-3047MDL-01689109

**BEGATTACH:** GOOG-3047MDL-01689011

**ENDATTACH:** GOOG-3047MDL-01689109

**Custodian:** BESER, JAMES

**Author:**

**Filename:** YOUTUBE VIA G SUITE -PRIVILEGED AND CON_1YLDF3JXLTSRVF1KJK44Q2DLEYGUK2JJ7XYVGPQDB6Y0.PPTX

**Create Date:** 10/23/2020 7:19 PM

**Last Modified Date:** 10/23/2020 7:19 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /YOUTUBE VIA G SUITE -PRIVILEGED AND CON_1YLDF3JXLTSRVF1KJK44Q2DLEYGUK2JJ7XYVGPQDB6Y0.PPTX