# AMENDED Exhibit 758

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native



CONFIDENTIAL

GOOG-3047MDL-02146255



# G Suite for Education
YouTube Product Review - 12.12.18

ATTORNEY CLIENT PRIVILEGED

Google Cloud

[Original template](#)

# YouTube isn't safe, often blocked in schools



### YouTube isn't safe for students, so it's blocked in schools
No way to block unsafe content, comments, ads. ▇ of US K12 schools block YouTube

*"I don't like my students going to YouTube and seeing all the comments and ads and related videos."*
*"The parents in my very rural school district are upset with student access to YouTube."*



### Efforts to make YouTube safe for schools have yet to work
Restricted Mode doesn't work like it's supposed to, YouTube for Schools deprecated in 2015

*"YouTube's Restricted Mode has blocked a poem I wrote for a gay friend" "Is YouTube anti-LGBT?"*
*"With YouTube for Schools going away, I've had to block YouTube access entirely for my students."*



### YouTube has rich EDU content, but isn't designed for formal learning
Poor discoverability. No options for student interaction, sequencing for progressive learning

*"Watching a video on YouTube is no more active or engaging than reading a textbook. And what happens when a high school student is assigned videos from all six of her classes?"*

Source: GfE call reports & product forums

Google

*From marketing analysis*

Case 4:22-md-03047-YGR   Document 2651-28   Filed 01/20/26   Page 11 of 17