# AMENDED Exhibit 760

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



## 2022-2023 PTA Partnership x YouTube Youth Renewal

**Contract Overview**
**Cost:** ▇▇ for basic renewal
        ▇▇ to add PTA grants & Conference Fees

**Key Benefits (in the base contract aka non-negotiated):**
- Google + YT PTA Connected Landing Pages
- National PTA Spokesperson for PR/Media
- Session on topic of our choice at National Convention
- Promotion Placements (Twitter, Facebook, Weekend Update Email)
- 3 Editorial Pieces of 4 Months of promotional sidebar display ads
- Focus Group Access

**To be Negotiated for 2022-23:**
- *National Convention Activation - DC (June 15th-18th)*
  - Live workshop/session, invite only to PTA presidents + guest
    - ▇▇ on board for presenting checking schedules
    - Will met with ▇▇ next week to discuss Partnerships involvement
    - Marketing + GAPP to support deck creation
    - All attending parties to do PR training with Jess
  - Lanyard branding with YTK + Google Logos
  - State President 1:1 Meetings
    - GAPP interested but working on scheduling
    - GAPP to send a list of their prio states
  - Focus group slot (15 people, parents/state leaders)
    - ▇▇ to determine if someone can attend

- *Upcoming State PTA Conventions*
  - Texas (2000+ PTA leaders) end of july - ▇▇
    - Booth parent discussions
      - PM + Marketing to staff
    - Live workshop/session

**Commented [1]** ▇▇ put your names down for the National Convention for now, once I have date and time finalized we can determine who is attending from PM

**Commented [2]** ▇▇ feel free to read through this for notes and I'll set up time with you on Monday to explain more

**Commented [3]:** ▇▇ We will need your help with some PR training here :)

**Commented [4]:** Is this for our internal team? And will there be press at this event?

**Commented [5]:** For internal team prior to speaking at these events. And no press at the conventions but to be prepared for questions from the audience generally.

**Commented [6]:** Sounds good, let me know who should be on that invite and I'll prepare something!

**Commented [7]:** ▇▇ I know you said this was unlikely but let me know if something changes or if we should look to the Texas & Florida Conventions in July

- - - 
          - Reuse DC deck, PM to present
        - Focus groups
          - ▇▇▇ to work through staffing
    - Florida (1000+ PTA leaders) end of July - ▇
      - Booth parent discussions
        - PM + Marketing to staff
      - Live workshops/discussion
        - Reuse DC deck, PM to present
      - Focus groups
        - ▇▇▇ to work through staffing

    - New Yok (1000+ PTA leaders) November - ▇
      - Live workshops/discussion
      - Focus groups
    - California 2023 (2000+) May - ▇
      - TBD, large sponsorship

- *Digital Wellbeing Family Nights- Grant funded local events*
  - YT manages assets, education, parent materials
  - PTA + PR Profile 3 key market nights with YT in attendance
  - Cost is ▇▇▇ "night", targeting 30 nights

> **Commented [8]:** Love the idea of these and would be happy to do some local press outreach to those markets once identified.
>
> **Commented [9]:** ▇▇▇ is this too many for our first year?
>
> **Commented [10]:** This is PTA's suggested minimum based on demand & return on ROI, the amount shouldn't change our efforts, we pass off the materials to PTA and they manage but from a cost perspective if we wanted to lower we could bring that up with Kris
>
> **Commented [11]:** It was more from our resourcing standpoint - like can we handle that many?
>
> **Commented [12]:** So my understanding is we don't attend all of them. We create the kits and assets and fund the local leaders to run the events on their own with National PTA support. Only the 3-5 nights we would identify as press moments would we have YT attendance. So from a resourcing standpoint, the amount of work doesn't increase past the initial amount if we scale up or down.

**To Discuss:**

GAPP: How can this partnership support our overall Child Safety KOF work?
- 1:1 Meetings with State PTA presidents in areas of interest
- Amplification of Family Wellbeing nights

- PM/Partnerships: Are the PM/Partnerships teams interested in presenting to important parent stakeholders at workshops for National & State conventions?
  - Traveling to conventions for speaking opportunities to leverage top Creators/Creator stories
  - Traveling to conventions for product narrative presentations and demos to important parent audiences

- UXR/Research: Are PTA driven focus groups additive to the research structures we already have in place?

CONFIDENTIAL

GOOG-3047MDL-01746435

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-01746433-GOOG-3047MDL-01746435

**BEGATTACH:** GOOG-3047MDL-01746433

**ENDATTACH:** GOOG-3047MDL-01746435

**PRODVOL:** PROD022

**Custodian:** BESER, JAMES; KASAVANA, TANAYA; TURNER, ERIN

**File Path:** /2022-23 PTA YT YOUTH RENEWAL_1ZTVRY9HHPJPWQYQ80WQQM2EFEPPBVUGSDH7PECZ-91Y.DOCX

**Confidentiality Designation:**

**HASHVALUE:** 948F80F90990D47C8097E76F8ADAF5C6

**Document Type:** PDF

**Author:**

**Family Date:** 5/9/2023 3:04 PM

**Last Modified Date:** 5/9/2023 3:04 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** 2022-23 PTA YT YOUTH RENEWAL_1ZTVRY9HHPJPWQYQ80WQQM2EFEPPBVUGSDH7PECZ-91Y.DOCX

**Title:** 2022-23 PTA YT YOUTH RENEWAL.DOCX

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO