# AMENDED Exhibit 762

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

| | |
|---|---|
| From: | [redacted] |
| Sent: | 7/1/2022 12:38:25 AM |
| To: | ytk-pm [redacted] YTM Kids & Family Global [redacted] ytk-biz [redacted]; yt-pegasus-ux [redacted] YTK-Core [redacted] |
| CC: | Tanaya Kasavana [redacted] |
| Subject: | Re: [Recap] YouTube at the National PTA Convention |

+ UX team & Eng Leads for vis

On Thu, Jun 30, 2022 at 5:14 PM [redacted] wrote:
Hi all,

**tl;dr:** The YT Youth team attended the 125th Annual National PTA convention in Washington, DC: the first in a series of in-person events as part of our year-long renewed partnership with the PTA. We hosted a VIP product and content driven session for 80+ State PTA leaders from all over the country who are parents, grandparents, and local community leaders. We also had a private kickoff meeting with the National PTA President and the executive director. Feedback was overwhelmingly positive, with 100% of attendees rating the workshop as relevant and helpful, and many requests for us to present at state conventions. Top product questions from PTA leaders here.

**Overview:**
This convention served as the first in a series of events as part of our annual partnership renewal with the PTA. This partnership exists to leverage a nationally recognized parent organization to connect with (and educate) key parent community leaders

- **60 min YT Session**: led by [redacted] and Raj Iyengar, the session discussed our efforts for younger kids, tweens, teens and parents since 2019 (the last in-person convention), including key launches like supervised experiences, new quality principles for kids content, award-winning $100M YTO for Kids slate and privacy and digital wellbeing settings for Teens. And we sent all 80+ attendees home with our collateral on YT Kids vs. supervised experiences and our KOF Child Safety 2-pager.
    - Attendees filled out a feedback survey after the event, and the response was overwhelmingly positive:
        - 15+ state leaders asking us to speak at their respective state conventions beyond the additional 4 we've committed to in GAPP P0 states.
        - 100% of the attendees finding the workshop material to be helpful (avg rating of 4.9/5)
        - 100% of the attendees being satisfied with the event (4.9/5)
        - 100% of the attendees said they would recommend this workshop to other community leaders. (4.9/5)
- We also had a private kick-off meeting with the executive director and the National President of the PTA to align on our high level priorities for the upcoming year.

**Top questions from PTA for xfn team:** We've collected the top questions we received from PTA leaders which focused on teen supervision, ads/monetization, content quality here which felt helpful as we head into 2023 planning.
**Looking Ahead:**
First, I want to share that our wonderful partner marketing team will be taking over the management of this partnership and that [redacted] and [redacted] who are cc'd above will be handling day to day operations moving forward.

And next up we have:

- **Florida (7/20 - 7/23) + Texas (7/27 - 7/30) State PTA Conventions**
    - We will be attending both the Florida and Texas State conventions. Activations include hosting a joint VIP leaders workshop with Google and hosting booths for all parent attendees.
    - Staffing for these events is still being confirmed, if you or members of your team would like to attend or participate please let us know; it's a great way to hear feedback directly from our users
    - We have the ability to do both virtual or in person focus groups at these conventions, if you are interested in using these please let me know.
- **PTA Grant Night Workshops**
    - In Fall 2022, we will be developing a digital parenting workshop that will be used in 50 schools across the country to host family learning nights.

Thanks,

████ & Team



--

CONFIDENTIAL

GOOG-3047MDL-00173365


YouTube Kids

--

YouTube Kids

--

You received this message because you are subscribed to the Google Groups "YTK-Core" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▮.
To view this discussion on the web visit ▮
For more options, visit ▮

CONFIDENTIAL
GOOG-3047MDL-00173366