# AMENDED Exhibit 764

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

EXHIBIT 43
Deponent Beser
Date 9/3/25 Rptr [initials]
WWW.DEPOBOOKPRODUCTS.COM

| | |
|---|---|
| From: | [redacted] |
| Sent: | 3/3/2021 8:58:30 PM |
| To: | [redacted] |
| CC: | [redacted]; Unicorn Dogfood Discussion Group [redacted] |
| Subject: | Re: Issue with Bedtime and Bonus Time |

As [redacted] mentioned, while this is technically WAI, we've gotten this feedback before (b/173805377) and other similar confusion around how bonus time works exactly, though I can't find the links to those past discussion threads.

The nuance in the current design mainly comes from the conflict between the two modes of locking (daily limit and bedtime) and parental expectations for how bonus time might affect each differently or the same depending on how far you are away from each limit:

a.
b. Generally, when parents give bonus time well in advance of either limit being met, they want it to apply strictly additively to daily limit, and are surprised if it also applies to bedtime (ie, if an extra hour is given at the beginning of the day as a reward, and the child "saves" it until their bedtime, what's the expected behavior?)
c.
d.
e. When the bonus time is in advance of either but not *well* in advance (say, within 30 minutes or so), of daily limit *and* bedtime, then perhaps they would expect it to apply additively to daily limit, but also keep bedtime unlocked for the same duration so the child can actually make full use of the bonus time
f.
g.
h. And of course, when the device is already locked, then they fully expect it to strictly unlock the device for the period of time given and go back to regular policies afterward

In the b+c cases, there is also the additional question of, what happens if it was locked from bedtime, and daily limit is used up during the bonus time period, after the bedtime unlocks? Should screentime used during the period count toward the daily limit?

So as you can see the 'perfect' behavior is a bit fuzzy and we compromised with the current solution of only allowing bonus time 30 minutes in advance, and having the behavior be "add a strict amount of time during which the device will absolutely be unlocked, after which it will absolutely be locked" to make it perform consistently throughout, though we understand this doesn't fit all user use cases well, as in your cases.

[redacted] FYI.

On Wed, Mar 3, 2021 at 12:53 PM : <[redacted]> wrote([redacted]
   I really hope the Unicron team is looking at revisiting these core parental controls features. Especially during the times we are living through, IMO it would be incredibly useful to have additional "modes" to

distinguish between bedtime, study time and play time, allowing a parent to specify which apps (if any) are allowed for each.

On Wed, Mar 3, 2021 at 12:34 PM ▇▇▇▇▇▇▇▇▇▇ wrote:
I have this same problem: bedtime configured from 6:30pm to 4pm, so when homework is done and I want to open things up 30 minutes early, I have to poke at the Bonus Time button all the way to 3 hours, 5 minutes at a time. (And then when dinner is late and I want to let them stay online until 7:00, I have to poke the Bonus Time button back down to 30 minutes. I spend a lot of time tapping that button one direction or the other.)

- ▇

On Wed, Mar 3, 2021 at 12:20 PM ▇▇▇▇▇▇▇▇▇▇ wrote:

This is technically WAI. I don't remember off the top of my head why we had made that decision, but we spent a lot of time discussing it. ▇▇▇ and ▇▇▇ can give more context, be we are also working on adding multiple time restriction windows, as opposed to just "bedtime", which will hopefully provide a solution to this issue.

On Wed, Mar 3, 2021 at 3:12 PM ▇▇▇▇▇▇▇▇▇▇> wrote:
Hey,

My son was using his phone around 2:30pm and I revised bedtimes to be from 10pm - 3pm during school days. This appropriately locked his phone and when he notified me, I gave him 35min of bonus time to take him to his unlocked timeframe. When that bonus time was up his phone locked and did not switch over to his normal operating hours and I needed to unlock the phone through the app for him.

Best,
▇

- ▇
- PgM, BOPS Continuous Improvements
- ▇
- 111 8th Ave New York, NY 10011

--
You received this message because you are subscribed to the Google Groups "Unicorn Dogfood Discussion Group" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▇▇▇▇▇▇▇▇▇▇.
To view this discussion on the web visit ▇▇▇▇▇▇▇▇▇▇.

--
You received this message because you are subscribed to the Google Groups "Unicorn Dogfood Discussion Group" group.
To unsubscribe from this group and stop receiving emails from it, send an email to unicorn-▇▇▇▇▇▇▇▇▇▇.
To view this discussion on the web visit ▇▇▇▇▇▇▇▇▇▇.

--
You received this message because you are subscribed to the Google Groups "Unicorn Dogfood Discussion Group" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▇▇▇▇▇▇▇▇▇▇.
To view this discussion on the web visit ▇▇▇▇▇▇▇▇▇▇.

--
You received this message because you are subscribed to the Google Groups "Unicorn Dogfood Discussion Group" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▇▇▇▇▇▇▇▇▇▇.
To view this discussion on the web visit ▇▇▇▇▇▇▇▇▇▇.

CONFIDENTIAL
GOOG-3047MDL-00252984

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-00252982-GOOG-3047MDL-00252984

**BEGATTACH:** GOOG-3047MDL-00252982

**ENDATTACH:** GOOG-3047MDL-00252984

**PRODVOL:** PROD016

**Custodian:** BESER, JAMES; ▮

**File Path:** /B68E66B578C8F52C5AA03DC74FFD7081DDBF88E691A787AD76C420AD6B219727.EML

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 4463DCC33F702CACDD26F16A3BE7F8F0

**Document Type:** EMAIL

**Author:** ▮

**Family Date:** 3/3/2021 8:58 PM

**Last Modified Date:** 3/3/2021 8:58 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** B68E66B578C8F52C5AA03DC74FFD7081DDBF88E691A787AD76C420AD6B219727.EML

**Title:** RE: ISSUE WITH BEDTIME AND BONUS TIME

**DOCEXT:** EML

**Email From:** ▮

**Email To:** ▮ (????? ????) ▮

**Email CC:** ▮ M>; UNICORN DOGFOOD DISCUSSION GROUP ▮ >

**Email BCC:**

**Received Date:** 3/3/2021 8:58 PM

**Sent Date:** 3/3/2021 8:58 PM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:** RE: ISSUE WITH BEDTIME AND BONUS TIME

**REDACTION TYPE:**

**REDACTIONS:** NO