# AMENDED Exhibit 766

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

HIGHLY CONFIDENTIAL

Page 462

1    schools if it's accessed by students on their

2    phones.  Is that true?

3                    MS. WADHWANI:  Objection to

4            form.

5                    THE WITNESS:  I am aware that

6            users -- sorry, students can bring up

7            their device and -- and access

8            non-school related material on their

9            device.

10   BY MS. SIEGEL:

11       Q.    Including YouTube?

12       A.    I would assume including

13   YouTube.

14       Q.    Are you aware of any concerns

15   from teachers or school administrators that

16   the use of YouTube by kids before or during

17   school can lead to issues with learning?

18                    MS. WADHWANI:  Objection to

19           form, foundation.

20                    THE WITNESS:  I am aware of

21           some of that feedback.

22                    MS. SIEGEL:  Okay.  Can we mark

23           as the next exhibit, which will be

24           Exhibit 40, Bates number 01640828.

25                    (YouTube Beser Exhibit No. 40 was

HIGHLY CONFIDENTIAL

Page 463

1           marked for identification.)

2                    THE WITNESS:  Thank you.

3    BY MS. SIEGEL:

4           Q.     Okay.  And I will direct you to

5    the first e-mail in time.  And it says:

6    "Dear families:  I just want to touch base

7    about a conversation I had about screen time

8    with kids.  I know I mentioned this at

9    back-to-school night, and it's something my

10   children's TK teacher and K teachers

11   addressed with me.  But if it is at all

12   possible to limit children's screen time

13   before school, that would be beneficial."

14                    Do you see that?

15          A.     I do.

16          Q.     Do you recall this e-mail?

17          A.     I do recall this e-mail.

18          Q.     What was the context of this

19   e-mail?

20          A.     This e-mail was from my, I

21   believe, son's teacher to -- to the class,

22   and I was on that e-mail.

23          Q.     Okay.  And then it says on --

24   in the second paragraph, it says:  "Not in

25   the article - teachers are struggling widely

HIGHLY CONFIDENTIAL

Page 464

```
 1   with an increase of fine motor issues in
 2   their classrooms and children that struggle
 3   with impulse control and instant
 4   gratification, and there's much talk among us
 5   about how the increase with these things is
 6   tied to the increase in iPad/iPhone use."
 7            Do you see that?
 8       A.    Yes.
 9       Q.    Did this concern you that --
10   that your son's principal was concerned about
11   the use of YouTube and screens prior to the
12   start of school?
13            MS. WADHWANI:  Objection to
14       form.
15            THE WITNESS:  Just to correct
16       you quickly, this was my son's
17       kindergarten teacher.
18   BY MS. SIEGEL:
19       Q.    I apologize.
20       A.    That's okay.
21            And, yeah, I thought it was
22   some feedback.  We get lots of feedback from
23   lots of places.  I remember Ms. ██████,
24   she's a delightful woman, and I wanted to
25   take that feedback seriously, as we always do
```

HIGHLY CONFIDENTIAL

Page 465

1    when we hear such things.

2                  As you can see, I forwarded it

3    along to the team, and there's some

4    discussion here about where the proper team

5    to address such an issue might be.  As you

6    can see from ██████  ████████████ , we should

7    check on -- he refers to the Unicorn team

8    here, which is the device level supervision

9    team at Google, not at YouTube, which I

10   agreed at the time was the right place to

11   address some of the concerns raised in the

12   e-mail.

13        Q.    Sure.  So in short, in response

14   to this e-mail, you did ask to see if there

15   was something -- sorry.  Strike that.

16                  Can you -- your response

17   actually says -- when you forward it, it

18   says:  "FYI - we could think about doing

19   something different by day part at some

20   point."  Right?

21        A.      Yeah.  If I put "FYI" in front

22   of it, it's, Here's an initial hot take, and,

23   you know, the team should think more deeply

24   about it.

25        Q.      Sure.  And if you look at Raj

HIGHLY CONFIDENTIAL

Page 466

1    Iyengar's response at the top --

2        A.      Okay.

3        Q.      -- it says:  "I actually

4    discussed this with" -- I can't pronounce

5    that name.

6        A.      ██████████.

7        Q.      "I actually discussed this with

8    ██████████  earlier this week, in the context of

9    potentially revamping the timer."

10              And then it says:  "██  ████████

11   of Unicorn accounts have no time issue

12   schedules set typically for bedtime cutoff."

13              So it looks like ██████  ██████  ██

14   the Unicorn users were using the feature of a

15   time -- time cutoff, and that ███  ████████  had

16   daily usage limits.

17              Do you see that?

18       A.      I do see that.

19       Q.      So it looks like Mr. Iyengar

20   agreed that it might be a good idea to set

21   particular time limits on the use of YouTube.

22   Is that fair?

23              MS. WADHWANI:  Objection to

24       form.

25              And just so the record is clear

HIGHLY CONFIDENTIAL

Page 467

1           for the court reporter, the statement
2           in the question, "So it looks like
3           ████  ████  the Unicorn users were using
4           a feature of a time cutoff" was not in
5           the document itself.  Ms. Siegel was
6           reading it and inserting something.
7                   So I just want to make sure we
8           have the quotes in the right place
9           about what the document says versus
10          your question.
11                  THE WITNESS:  Yeah, let me read
12          that bullet.
13                  "██  ███████  of Unicorn
14          accounts," right.  So Raj is relaying
15          back to the team what he learned from
16          the Unicorn team about the Unicorn
17          timer, which is the right place for
18          such limits to exist, at the device
19          level.
20  BY MS. SIEGEL:
21          Q.      Okay.  Who is ██████
22  ██████████?
23          A.      ██████  ███████  was my eng
24  partner on the YouTube team up until like
25  '22, '23.

HIGHLY CONFIDENTIAL

Page 468

1          Q.        And it looks like that
2     suggestion was to check the usage on Unicorn
3     timers to see if it's worthwhile doing
4     something similar, right?  So the idea
5     being -- well, right.  That's what it says?
6                    MS. WADHWANI:  Objection to
7          form.
8                    THE WITNESS:  The sentence is
9          ambiguous.  We should really check the
10         usage on Unicorn timers to see if it's
11         worthwhile doing something similar.  I
12         actually don't know if he's referring
13         to Unicorn doing more or YouTube.
14         Either way, when we look at this
15         problem and we get feedback like this
16         and we think about it, every time we
17         think about it the proper and most
18         impactful place would be to have a
19         parent control at the device level.
20         Q.        Did you express any -- did you
21     express to anyone on the Unicorn team that
22     you thought it would make sense to create a
23     timer by time of day?
24         A.        So Raj mentions he discussed
25     this with ███████.  I don't know the nature

HIGHLY CONFIDENTIAL

Page 469

```
 1   of that conversation.
 2        Q.      Is ██████ on the Unicorn team?
 3        A.      He was at the time.
 4        Q.      Okay.  And did you -- since
 5   2018, have there been any further discussions
 6   or conversations at YouTube about creating a
 7   time of day parent- -- parental control?
 8        A.      We talk about all kinds of
 9   ideas and, you know, look at all the options
10   available that are reasonable to address
11   feedback and make the product better.  And
12   whenever we come to this issue of timers,
13   it's a tricky thing as just one app on a
14   phone or one website in the web.  Right.
15             So device level continues to be
16   the best use of a parent control for
17   something like this.  Parents are busy,
18   parents have a lot coming at them, and it
19   makes the most sense to give them the choices
20   that are the most meaningful.  And at Google,
21   that would mean in this context a timer --
22   potentially a timer at the device level.
23        Q.      You work with the Unicorn team
24   for other parental control settings, right?
25   Fair to say?
```

HIGHLY CONFIDENTIAL

Page 470

1          A.      Yes.

2          Q.      Okay.  And so in your

3    conversations with the Unicorn team on other

4    parental controls, have you raised the

5    possibility of doing a time-of-day setting?

6          A.      I don't recall exactly if I

7    raised it, but I do know that the Unicorn

8    team has launched a school time feature.  I

9    don't know if -- exactly the details of that

10   feature, but I would assume that they were

11   hearing this feedback from a lot of places.

12         Q.      Okay.  Great.

13                 Is the -- is the school time

14   feature that you just discussed, was that

15   launched at the end of last year in August of

16   2024, on or around?

17         A.      That sounds about right.

18         Q.      Or at least it was announced in

19   August 2024?

20         A.      Sounds about right.

21         Q.      Okay.  I'll mark for you as the

22   next exhibit, Exhibit 41, which is a printout

23   from Google's web page.

24         A.      Okay.

25                 (YouTube Beser Exhibit No. 41 was

Page 471

```
 1        marked for identification.)
 2   BY MS. SIEGEL:
 3        Q.     And if you look on the second
 4   page, it says:  "We regularly engage with
 5   parents when designing products and often
 6   hear from parents who do not want their
 7   children distracted at school, but still want
 8   to be able to get in touch in case of
 9   emergency."
10              Do you see that?
11        A.     I do see that.
12        Q.     Do you have any idea why it was
13   not until recently that that product was
14   launched?
15              MS. WADHWANI:  Objection to
16         form, foundation.
17              THE WITNESS:  I don't know all
18         the inputs to the decision for the
19         Unicorn team on this topic.
20   BY MS. SIEGEL:
21        Q.     Okay.  Are you aware of
22   whether -- or rather, strike that.
23              Have you seen complaints dating
24   back to 2020 for requests for an app control
25   timer in Family Link?
```

HIGHLY CONFIDENTIAL

Page 472

1    A.    That does not ring a bell, but

2   Family Link, I believe since launch, does

3   allow parents to set app level blocks and I

4   believe times -- time usage per day.

5    Q.    And just to be clear, can you

6   explain what Family Link is versus YouTube

7   controls?

8    A.    Of course.  Family Link is the

9   service by Google that is a set of parental

10  controls focused on helping parents manage

11  their child's Android device usage.  So it

12  has rules in place about what apps the kid is

13  able to download.  It has filters for

14  websites, things like that, timers.  You

15  know, the device has a, you know, allowable

16  usage at the device level, right.

17        And then per app, such as

18  YouTube or YouTube Kids, you can go in and

19  set -- they have a pretty sophisticated

20  calendaring feature where you can pick day of

21  week, time of day, sort of allow device time

22  on/off controls.

23        MS. SIEGEL:  Okay.  Let's go

24     ahead and mark as the next exhibit

25     Bates number 01804303, and that's

HIGHLY CONFIDENTIAL

```
                                          Page 476
 1        any of those discussions.
 2               MS. SIEGEL:  Let's go to the
 3        next exhibit, which is going to, be
 4        for the record, 00252982.  And this is
 5        exhibit --
 6               MS. WADHWANI:  Oops, sorry.
 7        Sorry.
 8               MS. SIEGEL:  -- Exhibit 43.
 9               (YouTube Beser Exhibit No. 43 was
10        marked for identification.)
11               THE WITNESS:  Okay.
12  BY MS. SIEGEL:
13        Q.     And this is another document
14  that was produced in your custodial file, it
15  likes like, as part of the Unicorn Dog Food
16  discussion group.  Is that fair?
17        A.     Can I get acquainted with the
18  document, please?
19        Q.     Yeah.
20        A.     (Peruses document.)  Okay.
21        Q.     Okay.  And so here, this is
22  a request -- or this -- if you look at the
23  first e-mail in time, it says:  "My son was
24  using his phone around 2:30 p.m., and I
25  revised bedtimes to be 10:00 p.m. to
```

HIGHLY CONFIDENTIAL

Page 477

1    p.m. during school days."
2           A.      I do see that.
3           Q.      And so basically that -- that
4    is an indication that the bedtime
5    limitation -- strike that -- that individuals
6    are interested in using the bedtime time
7    setting to apply to schools as well.  Is that
8    fair?
9               MS. WADHWANI:  Objection to
10        form, foundation --
11              THE WITNESS:  It sounds --
12              MS. WADHWANI:  -- calls for
13        speculation.
14              Go ahead.
15              THE WITNESS:  Yeah, it sounds
16        like █████ is interested in that.  I
17        don't know if that's a user request
18        that they saw at scale.
19    BY MS. SIEGEL:
20           Q.      Okay.  And then if you look at
21    an e-mail March 3rd, 2021, ████  █████ replies:
22    "I have the same problem.  Bedtime configured
23    from 6:30 to 4:00 p.m., so when homework is
24    done and I want to open things up 30 minutes
25    early, I have to poke at the bonus time

Page 478

1   button" --
2                  I'll stop there.
3        A.        Mm-hmm.
4        Q.        But is that person expressing
5   that they're similarly having to use the
6   bedtime feature in order to lock apps during
7   school hours?
8                  MS. WADHWANI:  Objection to
9        form, foundation.
10                 THE WITNESS:  I mean just
11       reading what ███ wrote, it sounds like
12       she's describing a similar use as
13       ████.
14  BY MS. SIEGEL:
15       Q.        Okay.  And is this -- do you
16  recall in 2021 whether there were any
17  conversations at either YouTube or with the
18  Unicorn team to create a time of day use
19  restriction at this point?
20                 MS. WADHWANI:  Objection to
21       form.
22                 THE WITNESS:  Yeah, I don't
23       recall.
24                 MS. SIEGEL:  Okay.  We'll mark
25       the next exhibit, which is Exhibit 44.

Page 479

 1          And for the record, this is -- this is

 2          Bates numbered 01804655.

 3                    (YouTube Beser Exhibit No. 44 was

 4          marked for identification.)

 5     BY MS. SIEGEL:

 6          Q.     Okay.  And there is another --

 7     this is another e-mail, right, to the Unicorn

 8     Dog Food discussion, and it has a third

 9     person, ███████ █████, who says:  "I am also

10     using bedtime to keep device locked during

11     the day, 7:15 to 4:00 p.m. the next day."

12                    Do you see that?

13          A.     I see that.

14          Q.     And so that's at least three

15     Dog Fooders who mentioned that they were

16     needing to use time control apps awkwardly or

17     inappropriately in order to lock the children

18     from using their devices at school or certain

19     apps at school.  Is that fair?

20                    MS. WADHWANI:  Objection to

21          form, foundation, mischaracterizes the

22          document.

23                    THE WITNESS:  I'm just reading

24          what ██████ wrote.  He's using bedtime

25          to keep device locked during the day

HIGHLY CONFIDENTIAL

Page 480

```
 1          7:15 to 4:00 p.m. the next day.  He
 2          believes that is not the intended use
 3          case.  That's what he wrote.
 4   BY MS. SIEGEL:
 5          Q.     Okay, great.
 6                 MS. SIEGEL:  Let's go to the
 7          next exhibit, which is going to be
 8          01805840.
 9                 (YouTube Beser Exhibit No. 45 was
10          marked for identification.)
11   BY MS. SIEGEL:
12          Q.     And this is another e-mail
13   approximately eight months later, later in
14   November of 2021, that was sent to the Dog
15   Food -- the Unicorn Dog Food discussion
16   group.
17                 And if you go to the second
18   page of the e-mail, which is 5841, the
19   third -- what's marked number 3, it says:
20   "Another idea is location-based controls so
21   can prohibit use of certain apps in places
22   like school or other classes."
23                 Do you see that?
24          A.     I do.
25          Q.     Okay.  And then if you go to
```

HIGHLY CONFIDENTIAL

Page 491

1   of 13, access the user -- the YouTube

2   platform, by using a platform without logging

3   in?

4                MS. WADHWANI:  Objection to

5          form.

6                THE WITNESS:  So, by

7          definition, we don't know much about

8          the user when they're using signed

9          out.

10  BY MS. SIEGEL:

11         Q.    Is that a "yes"?

12               MS. WADHWANI:  Objection to

13         form, asked and answered.

14               THE WITNESS:  I'm saying when a

15         user is signed out, there is less we

16         know about the user.  So we don't

17         know.

18  BY MS. SIEGEL:

19         Q.    And some of those users you

20  believe are under the age of 13?

21               MS. WADHWANI:  Objection to

22         form.

23               THE WITNESS:  So YouTube signed

24         out is very easy to access, and it's

25         very likely that some of those users

HIGHLY CONFIDENTIAL

Page 492

```
 1        are under 13.  Whether they're being
 2        supervised by a parent or not is
 3        discouraged, and when we do learn that
 4        an underage user is accessing YouTube
 5        unsupervised, we take immediate and
 6        appropriate action to terminate.
 7              MS. SIEGEL:  Let's enter the
 8        next exhibit.  Can you get for me
 9        Bates number 01735688.
10  BY MS. SIEGEL:
11        Q.     Before we enter that, you
12  mentioned earlier that when YouTube detects
13  an underage account, that they ask for age
14  verification.  Is that correct?  I may be
15  paraphrasing.
16              MS. WADHWANI:  Objection to
17        form, mischaracterizes the testimony.
18              THE WITNESS:  Would you mind
19        repeating the question?
20  BY MS. SIEGEL:
21        Q.     Sure.  You mentioned earlier
22  that YouTube does have a process for
23  detecting U13 accounts; is that right?
24        A.     We do.  For instance, if we can
25  detect an under 13 or a probably -- or
```

Page 553

1          A.      I'm sorry.  I'm just reading it

2    a little -- I don't really know what he

3    means.  It's a little word salady.

4          Q.      Do you know if one of the

5    reasons that YouTube has avoided using its

6    age inference models to detect users under 13

7    is to avoid potential COPPA penalties?

8                  MS. WADHWANI:  Objection to

9          form, foundation, argumentative.

10                 THE WITNESS:  So that's sort of

11         unrelated to this document, actually.

12   BY MS. SIEGEL:

13         Q.      Sure.

14         A.      Okay.  Age assurance is

15   technically challenging.  Building age

16   inference models accurately is something

17   that's -- that has evolved a lot over time,

18   gotten a lot better.

19                 The -- building that accurately

20   for under 18 is hard.  Building for under 13

21   is thought to be very, very hard, and

22   unproven.  I can't think of a successful

23   signal that has launched in the area of

24   inferring under 13s.

25                 For instance, we know that

HIGHLY CONFIDENTIAL

Page 554

1    parents co-watch with their kids a lot.  And
2    so are you -- you know, just because you
3    watch Peppa Pig doesn't mean that you're an
4    unsupervised child on YouTube.  Right?
5         Q.    Would YouTube know if a user
6    had watched Peppa Pig and a series of
7    other -- strike that.
8              What if a user's history was
9    exclusively Peppa Pig and had no other adult
10   content, would that indicate that the user
11   was more likely to be a child?
12             MS. WADHWANI:  Objection to
13        form.
14             THE WITNESS:  I haven't looked
15        at that problem to know.  It's very
16        hard to know, right, if they're using
17        a parent's device, if the parent just
18        isn't a YouTube user.  There could be
19        lots of reasons that an all Peppa Pig
20        watched stream might still be the
21        parent account and be watched with the
22        parent.
23   BY MS. SIEGEL:
24        Q.    Okay.  Let's -- let's move on.
25   We're going to talk about now digital

HIGHLY CONFIDENTIAL

Page 677

1          time we rolled out many of those
2          changes to global-declared teens as
3          well.
4    BY MS. SIEGEL:
5          Q.      Right.  But for global-declared
6    teens, the defaults were rolled out only for
7    declared 18.  Correct?
8          A.      When we know that it's a teen,
9    we intervene.
10         Q.      And in the EU, those default
11   measures are applied to users who are either
12   declared or inferred 18.  Is that correct?
13         A.      That is correct.  In the EU,
14   they had a specific law that, you know,
15   inferred teen --
16              First, let me talk about that.
17   That is a probabilistic assertion of a user.
18   It is not known that they are a teen.  And it
19   was a law -- obviously, we will be compliant
20   with the law in the regions where we operate,
21   and therefore we made that change.
22              But age assurance was early and
23   the signal quality has improved a lot.  It
24   wasn't something that we felt comfortable
25   rolling out in other markets.  There's a lot

HIGHLY CONFIDENTIAL

Page 678

1    that goes into that.

2              So, you know, there's a lot of

3    downsides to doing age inference.  Again,

4    it's a probabilistic signal.  It gets it

5    wrong a lot.  So it could be very disruptive

6    for, for instance parents, who are

7    co-watching with their kids.  If we get it

8    wrong, it would be very annoying for a parent

9    to suddenly have their Android device

10   disabled because their kid was using their

11   phone.  Right.

12             So there are tradeoffs, and the

13   technology was early, right.  And so, you

14   know, we've been -- it was something we had

15   to do to adhere to the law, but the

16   technology was very early and made a lot of

17   mistakes.  Stuff like that is reasons that

18   went into the decision to restrict to

19   declared teens globally.

20       Q.    When you say that their Android

21   device would be disabled, I thought that the

22   digital wellbeing tools were things like

23   turning off autoplay, turning on digital

24   wellbeing reminders.

25             Is there a part of the AADC

HIGHLY CONFIDENTIAL

Page 679

1    that would automatically turn off or disable

2    an Android phone?

3         A.    Well, it's not a direct -- it's

4    not about the law.  It's about the

5    implementation of inference.  It is a

6    probabilistic signal.  It is not perfect, and

7    it wasn't -- was more imperfect at the time.

8              You can see that in the

9    numbers.  You know, I don't recall exactly

10   what they were, but it made a lot of

11   mistakes, and there's downsides to those

12   mistakes that are very disruptive for users.

13   Of course, you know, it's up to lawmakers to

14   create laws however they see fit for their,

15   you know, constituencies, and if they made it

16   a law, then those downsides for users aren't

17   really our choice.

18        Q.    Have they made it -- strike

19   that.

20             YouTube recently announced that

21   it was expanding its -- strike that.

22             YouTube recently announced that

23   it would use age inference globally,

24   including in the United States, for things

25   like digital wellbeing features being turned

HIGHLY CONFIDENTIAL

Page 816

1      CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2        The undersigned Certified Shorthand Reporter

3   does hereby certify:

4        That the foregoing proceeding was taken before

5   me at the place and time therein set forth, at

6   which time the witness was duly sworn; That the

7   testimony of the witness and all objections made

8   at the time of the examination were recorded

9   stenographically by me and were thereafter

10  transcribed, said transcript being a true and

11  correct copy of my shorthand notes thereof; That

12  the dismantling of the original transcript will

13  void the reporter's certificate.

14        In witness thereof, I have subscribed my name

15  this date:  April 6, 2025.

16

17        _____

18        LESLIE A. TODD, CSR, RPR

19        Certificate No. 5129

20

21  (The foregoing certification of

22  this transcript does not apply to any

23  reproduction of the same by any means,

24  unless under the direct control and/or

25  supervision of the certifying reporter.)