**AMENDED** Exhibit 774


# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-04625648



Digital Wellness Overview - YT Autoplay

User Advocacy, Trust & Safety, February - 2018

## Technology Addiction

Tech addiction is primarily defined as widespread obsession, compulsive and excessive use of technology that interferes with Daily Life.

Research exists that indicates that prevalence of tech addiction is inversely related to quality of life.

Tech Addiction is not new, but it has exploded in the digital age and Google's role in enabling it is being questioned in public discourse.

For stories about tech addiction from across the globe - click here

YOUR HEALTH

### Smartphone Detox: How To Power Down In A Wired World

### Former Facebook and Google workers launch campaign to fight tech addiction

**Campaign to highlights potential harm of digital platforms and social media on young people, alongside a call to regulate tech companies**

**"This compulsive pattern does not reflect a casual interest, but rather consists of a driven pattern of use that can frequently escalate to negatively impact our lives. The key life-areas that seem to be impacted are marriages and relationships, employment, health, and legal/financial status."**

Confidential & Proprietary

Tech addiction and Google's role has been making the news and has gained prominence since "time well spent" movement started.

The above overlap between Google and Tech Addiction is not comprehensive. These overlaps could be new areas of research or lines of enquiry. This deck however, will focus on YT-Autoplay.

## Google & Tech Addiction

**Autoplay** is also cited as encouraging following 2 behaviors

### Being non-neutral to drive engagement



From humanetech.com - YouTube **automates** billions of videos **to play next** for 1.5 billion users. These non-neutral products segregates us into echo chambers, fragmenting our communities.

### Disrupting Sleep Patterns



From humanetech.com - "YouTube **autoplays** the next video within seconds, even if it eats into our **sleep**. These are not neutral products. They are part of a system designed to addict us."

Confidential & Proprietary

Verdict: Autoplay could be potentially disrupting sleep patterns.

Disabling or limiting Autoplay during the night could result in sleep savings