# AMENDED Exhibit 775

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL
GOOG-3047MDL-00874191



# Excessive video watching is related to addiction

- **Watching short videos results in a "quick fix" of dopamine**
    - Dopamine is related to feelings of reward
    - Similar to feelings of reward when using drugs or other addictive substances
- **Researchers feel that YT is built with the intention of being addictive**
    - Designed with tricks to encourage binge-watching (i.e. autoplay, recommendations, etc).
    - These "tricks" have become routine
    - Technology & well-being need to meet



(Howard, 2012; Gunantillake, 2017)

13

# YouTube users control what they want to watch

- YouTube is different from TV because **users can decide what they want to watch.**

- Users will **spend more time on the platform** because they continue to watch things that interest them.

- Studies show the **content people watch correlates with their personality characteristics** (i.e. sensation seeking).

- **Notifications** are a critical part of YouTube and **contribute to addiction.**
    - Users are tempted to watch videos the moment they are uploaded.



(Haridakis & Hansen, 2009; Metro Creative Connection, 2018)

**14**

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-00874191

**BEGATTACH:**

**ENDATTACH:**

**PRODVOL:** PROD021

**Custodian:**

**File Path:** /NATIVES/NATIVE097/GOOG-3047MDL-00874191_CONFIDENTIAL.PPTX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** DDD1FFB6ED0272CF678E99556DA3176E

**Document Type:** POWERPOINT

**Author:** SHARED DRIVE (UNAVAILABLE)

**Family Date:** 5/20/2022 9:45 PM

**Last Modified Date:** 5/20/2022 9:45 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** LITERATURE REVIEW- EFFECTS OF DIGITAL VI_1WLBGZBD6OO97OR84U4WW79IZHFVT4O9E50XUE30VNFY.PPTX

**Title:** LITERATURE REVIEW_ EFFECTS OF DIGITAL VIDEOS ON WELL-BEING.PPTX

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO