# AMENDED Exhibit 931

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



| From: | Google Docs |
| --- | --- |
| Sent: | 1/19/2021 7:30:06 PM |
| To: | |
| Subject: | Youtube access Cr... - I'm trying to repro ... |

[redacted] assigned [redacted] an action item in the following document

Youtube access CrOS: Unicorn + EDU coexistence

If a teacher posts an embedded Youtube video within the class material in Google Classroom. Note that just adding the link within the text or a google Doc won't trigger it, the teacher must embed in a specific way -- see screencapture video.

[redacted] I'm trying to repro this, but keep just getting "An error occurred" message within the YT embed player in Classroom. When was the last time you were able to successfully do this?

*Assigned to* [redacted]

New

around May of last year, when we investigated this.

New

[redacted] are we still expecting this to work? Or was this broken/deprecated since May?

*Reassigned to* [redacted]

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are subscribed to all discussions on Youtube access CrOS: Unicorn + EDU coexistence.Change what Google Docs sends you.You can reply to this email to reply to the discussion.

CONFIDENTIAL

GOOG-3047MDL-03159197