# AMENDED Exhibit 1014

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native



GOOG-3047MDL-00128842





# PTA Vs CSM Exploration

The Point Qualitative Findings – June 8, 2021

Confidential + Proprietary

# Key Insights & Implications

## Insight

 Parents most often look to friends and family—especially those with young kids—to provide guidance on apps and videos for kids. They also do their own research and read unbiased reviews online via google searches.

 The PTA enjoys the highest awareness of resources available for guidance. However, most think of the PTA as being tied to their local school and being for school-aged kids. While most have positive associations, some cite negative experiences.

 While awareness of CSM is low, those who are familiar think of it as a credible, well-established organization with a track-record of providing guidance on the safety of media for kids.

 CSM is seen as the strongest fit for providing recommendations for app and video content. Parents react well to the recommended content due to its green check mark and branding that feels vetted, safe and is eye-catching.

## Implication









# While awareness of CSM is low, parents who are familiar with it view it as a credible resource to provide guidance on the safety of kids' apps, shows, movies

Only some are familiar with Common Sense Media overall – among both parents of 2-6 year olds & Engaged Citizens.

### CSM Gives Guidance for Overall Safety

Parents think of **CSM as a guide** specifically related to video, technology, and media content for kids. CSM's focus is on **assessing the safety of content** with which children interact.

### CSM Role is Limited, But Draws Closer Media Connections

While familiarity is low, those who are familiar rely on it as a resource for **children's safety related to media and technology** usage.

Some have used CSM to **look up reviews and recommendations** before letting their child watch a movie or get a new app; one Engaged Citizen has posted reviews regarding inappropriate content.

Unlike the PTA, parents do not specify using CSM to gauge the **educational value** of content in particular.



"Common Sense Media is a guide to help families make wise choices when they allow children to use technology."

Sarah T.

"Common Sense Media acts as a guide to recommend good content for kids."

Neha P. (Engaged Citizen)

YouTube Marketing Insights & Measurement

Note: Stim images featured selected by parents to indicate role

16

# Based on what parents know, CSM enjoys positive and consistent associations with safety, being unbiased, and providing sound recommendations

CSM is viewed as a **trusted expert** that provides **recommendations and guidance to parents regarding safe technology and media** for kids. Parents believe they are an **unbiased**, non-profit organization. Unlike the PTA, no parents shared negative experience with or perceptions of CSM.

Additional associations with CSM include:

- Safety focused
- Reliable track record
- Facilitates good decision-making

"It is a non-profit organization that provides entertainment and technology related recommendations to the families. It promotes the safe technology and media for children in particular."

Sarah J.

"Safety: Promotes safe use of media with kids. Trusted: They thoroughly review media that is appropriate for kids. Independent: They offer unbiased opinions."

Evan K. (Engaged Citizen)



YouTube Marketing Insights & Measurement          Note: Images from member-generated content in The Point Community          17

# Thinking of content recommendations, CSM is seen as a media safety expert; parents would trust their recommendations for apps and video content for children

## Fit with CSM

Even though familiarity is low, **parents feel that CSM has the expertise and credibility necessary to provide guidance** on apps and video content for kids ages 2-6.

- In fact, this is perfectly **aligned with how familiar parents have been using CSM** as a resource.
- Parents cite **CSM's long history** with providing media recommendations as backing for their expertise.

"The program has been around for almost 20 years and have a lot of knowledge on children tech and education."

Nina M

"Since Common Sense Media specializes in keeping children safe during technology use, I would definitely think they are considered experts in their field."

Sarah T.

## Trustworthy from CSM

Those who are familiar say they would **trust CSM to provide sound recommendations** on apps and video content for their children.

- CSM earns this trust in part because they are viewed as **unbiased and unaffiliated with any content providers**.
- Some would still do their own research or check out the apps/videos after receiving CSM's recommendations.

"Yes, they have been right about all the apps I have searched… they are honest and real."

Candice F.

"I don't know much about this organization so wouldn't mind taking recommendations and checking myself."

Husna K. (Engaged Citizen)

Among options, CSM stands out most visually and feels vetted, safe; while, PTA offers a subtle education angle and "experts" feels too vague to trust

**PTA**

 

**Familiar** name, logo

Feels **education oriented**

Logo **blends in**, does not catch eye

**CSM**

 

Green check mark **feels vetted, safe**

**Green check visually confirms,** pops

A few want the option for **more information** on who CSM is

**Expert**

 

**Expert involvement** in content

Lack of clarity on the expert identity and their **qualifications**

**Unclear** if recommendation is for content quality or for age group

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-00128842

**BEGATTACH:**

**ENDATTACH:**

**PRODVOL:** PROD007

**Custodian:** ECHT, KAT; KASAVANA, TANAYA; TURNER, ERIN

**File Path:** /NATIVES/NATIVE104/GOOG-3047MDL-00128842_CONFIDENTIAL.PPTX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 5DFF1C63DB4D97BEBCB8A22D55042F38

**Document Type:** POWERPOINT

**Author:**

**Family Date:** 7/27/2021 2:53 PM

**Last Modified Date:** 7/27/2021 2:53 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** THE POINT_PTA_VS_CSM_REPORT 6 8
21_1D6FASU4VILPU9I9KVHBKDG2WRJZRNKEZNHIUPG0KY5C.PPTX

**Title:** THE POINT_PTA_VS_CSM_REPORT 6 8 21.PPTX

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO