# AMENDED Exhibit 1033

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation


NEWS AND EVENTS

# Tools to take charge of your digital wellbeing

By Brian Marquardt
Director of Product Management

Aug.27.2018



At Google I/O in May, we introduced new tools that help people better understand their tech usage, focus on what matters most and disconnect when needed. Starting today, you can find all of the YouTube tools in one place, alongside your personal time watched profile. Our goal is to provide a better understanding of time spent on YouTube, so you can make informed decisions about how you want YouTube to best fit into your life.

Here are a few tips and tricks to get you started toward building your own sense of digital wellbeing:

**Know how much you actually watch (new!):** To give you a better understanding of how much you watch, we've built a profile that's available in your account menu rolling out starting today. This profile tells you how long you've watched YouTube videos today, yesterday and over the past 7 days.

blog.youtube uses cookies from Google to deliver and enhance the quality of its services and to analyze traffic. Learn more.

OK, got it


GOOG-3047MDL-00000058



**Remind yourself to take a break:** Once you know how much time you're spending in the app, you may want to set a limit. It's easy to lose track of time when you're having fun, which is why we'll help you set up a reminder to take a break. Just head over to your settings and pick the amount of YouTube time that's right for you. Once you've hit that limit, a friendly reminder will pop up on your screen.

GOOG-3047MDL-00000059



**Keep it to one notification a day:** If you want more control over when you receive notifications from YouTube, you can bundle all of your YouTube push notifications into a single notification each day and set a specific time to receive your digest. Just go to your settings to choose when you'd like to receive your digest, and from then on you'll only receive one notification per day.

GOOG-3047MDL-00000060



**Disable notification sounds and vibrations:** Resisting the urge to check your phone when it buzzes is really difficult, and this can make it hard to fall asleep. So we've recently made a change to send all notifications without sound and vibration between 10pm and 8am. You can enable sounds and vibrations, or customize the start and end time in your settings.

GOOG-3047MDL-00000061



We're dedicated to making sure that you have the information you need to better understand how you use YouTube and develop your own sense of digital wellbeing. We hope these tips are a good start.

## Related Topics

Products and Features

YouTube Official Blog                                    Our Channels                    Twitter

GOOG-3047MDL-00000062

Explore the latest company news, creator and artist profiles, culture and trends analyses, and behind-the-scenes insights on the YouTube Official Blog.

| | |
|---|---|
| YouTube | YouTube |
| YouTube Creators | YouTube Creators |
| Creator Insider | TeamYouTube |
| TeamYouTube [Help] | YouTube Gaming |
| Susan Wojcicki | YouTube TV |
| | YouTube Music |
| | YouTubeInsider |

Connect

## About YouTube

About

Press

Jobs

How YouTube Works

YouTube Culture & Trends

Community Forum

## YouTube Products

YouTube Go

YouTube Kids

YouTube Music

YouTube Originals

YouTube Premium

YouTube Studio

YouTube TV

## For Business

Advertising

Developers

## For Creators

Artists

Creators

Creator Academy

Creating for Kids

Creators Research

Creators Services Directory

YouTube NextUp

YouTube Space

YouTube VR

## Our Commitments

Creators for Change

CSAI Match

Social Impact

Policy & Safety    Copyright    Brand Guidelines    Privacy    Terms

Help    English

GOOG-3047MDL-00000063

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-00000058-GOOG-3047MDL-00000063

**BEGATTACH:**

**ENDATTACH:**

**PRODVOL:** PROD002

**Custodian:** GOOGLE

**File Path:** /TOOLS_TO_TAKE_CHARGE_OF_YOUR_DIGITAL_WELLBEING.PDF

**Confidentiality Designation:**

**HASHVALUE:** 7A79E5DDA1CD3E53D1455EB436E6B8D7

**Document Type:** PDF

**Author:**

**Family Date:** 12/2/2023 12:54 AM

**Last Modified Date:** 12/2/2023 12:54 AM

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TOOLS_TO_TAKE_CHARGE_OF_YOUR_DIGITAL_WELLBEING.PDF

**Title:** TOOLS_TO_TAKE_CHARGE_OF_YOUR_DIGITAL_WELLBEING.PDF

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:**

Case 4:22-md-03047-YGR    Document 2651-45    Filed 01/20/26    Page 9 of 9