# AMENDED Exhibit 1058

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Attorney-client privileged

## Digital Wellbeing
Brian Marquardt, ███   Contributors: ███   Reid Watson

**Problem Statement and Background**

In 2017, excessive screen time and "tech addiction" became a major topic of concern. France recently [ HYPERLINK "https://amp.businessinsider.com/france-bans-children-using-phones-at-school-2018-9" \h ] from school for children < age 15 and China's rising cases of childhood myopia have led to [ HYPERLINK "https://thenextweb.com/asia/2018/08/31/china-eyes-children-video-games/" \h ]. These concerns have led to growing expectations for major tech companies to take more responsibility. Google prioritized wellbeing as a top [ HYPERLINK "███████████████████████████ h ] and looks to YouTube (one of the world's most popular apps) for leadership in supporting wellbeing. Being a leader enhances our brand, reduces business risk, and creates a more sustainable path for growth.

The American Heart Association recently published a [ HYPERLINK "https://www.ahajournals.org/doi/10.1161/CIR.0000000000000591" \h ] based on 185 peer-reviewed studies asserting that screen time > 2 hours / day dramatically increases rates of obesity and cardiometabolic effects among adolescents. There are also growing concerns that excessive screen time is stunting physical, emotional, and social development of teens. A recent Pew Research [ HYPERLINK "http://www.pewinternet.org/2018/08/22/how-teens-and-parents-navigate-screen-time-and-device-distractions/" \h ] reported: the average U.S. teen spends > 6 hours / day on a screen; 54% report spending too much time on their phones; the % of teens who said they are online "almost constantly" has doubled to 45% since 2015; YouTube is the most widely used internet platform by US teens (who watch[1] an average of 1 hour 22 min / day). We developed a [ HYPERLINK ███████████████ ] for wellbeing, focused on 3 concern areas, impacting users 13-24 disproportionately:

- *Habitual heavy use:* ~10% (32MM) of 13-24 year olds on YouTube habitually[2] watch > 2 hours / day (excluding music).[3] ~13% (36MM) of 18-24 year olds reported "I regret how long I stayed on YouTube" in the past week.

- *Late night use:* ~7% of teens on YT watch past midnight on school nights. Teen "night owls" were 88% more likely to have emotional & behavioral problems ([ HYPERLINK "https://www.reuters.com/article/us-health-adolescents-sleep/teen-night-owls-more-prone-to-emotional-and-behavioral-problems-idUSKCN1IH2QO" \h ], [ HYPERLINK "https://www.sleep-journal.com/article/S1389-9457(18)30109-6/fulltext" \h ]). 30% of users 18-24 say YouTube has cut into sleep.

- *Unintentional use:* Among users 18-24 years old, 23% report "losing track of time on YouTube,"[4] 20% report "procrastinating on YouTube," and 20% report YouTube "interfered with work, school, or homework."

**Strategy & Principles**

1. *Empower control, never assume control*
   We want to empower users to achieve their goals. We won't ever assume control (e.g., proactively turn off YouTube) and users should be able to opt in & out of features. We aim to give insight & support, not nag or judge.

2. *Youth first*
   We believe we should focus our efforts on Teens & Young adults, who are in a crucial stage of mental, emotional and social development and are more vulnerable to wellbeing challenges. In addition to focusing our research and product development on this group, we want to target this group with proactive messaging and intros to opt-in tools. Finally, we want to give parents much stronger controls for their teens (via YouTube and / or Family Link).

---

[1] For the purposes of this 2 pager, "Watch" excludes music watch time
[2] Habitual watching defined as >4 days per week ███ derived from logged in user count 13-24: ███
[3] We suspect gaming may be a big driver. ███████ (of all ages) watch gaming related content > 182 hours per month (on average 6 hrs / day)
[4] Currently we only have survey data for users > 18 years old. [ HYPERLINK "███████████████ \h ] Future surveys will assess amount of regret

EXHIBIT 18
WIT: Hardiky
DATE: 3/25/25
Maureen O. Pollard, RDR

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-00632685-GOOG-3047MDL-00632689

**BEGATTACH:** GOOG-3047MDL-00632685

**ENDATTACH:** GOOG-3047MDL-00632689

**PRODVOL:** PROD016

**Custodian:** GILBERT, FRED; HALPRIN, MATT; HARDING, JOHN; KASAVANA, TANAYA; ███████ ███████ STOVEZKY, SHARON

**File Path:** /DIGITAL WELLBEING 2019 PLANNING 2-PAGER_150TFROWP5VODC070_2APLFG9OVW8IW8DOIB1HW-JT0C.DOCX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 7F262AFC7F5205D9637755D8976D1520

**Document Type:** PDF

**Author:**

**Family Date:** 11/19/2019 6:32 PM

**Last Modified Date:** 11/19/2019 6:32 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** DIGITAL WELLBEING 2019 PLANNING 2-PAGER_150TFROWP5VODC070_2APLFG9OVW8IW8DOIB1HW-JT0C.DOCX

**Title:** DIGITAL WELLBEING 2019 PLANNING 2-PAGER.DOCX

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO