# AMENDED Exhibit 1061

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

A. 7 EXHIBIT 62

Deponent Beser

Date 4/3/25 Rptr. lt

WWW.DEPOBOOKPRODUCTS.COM



## Slide 1

| | |
|---|---|
| 1 | FYI ████████████████<br>████████ 9/15/2021 12:34:26 AM |
| 1 | Hi ████ great stuff in here. Are you familiar with / have you seen the work from project Double Rainbow?<br>████████ 9/14/2021 10:14:49 PM |
| 2 | Yes! I was definitely inspired by the double rainbow vision/UXR regarding wellbeing :)<br>████████ 9/14/2021 10:35:48 PM |
| 2 | Cool. Did sleep / late night use come up as an area? I didn't see it / may have missed it in the deck. Maybe iterating on that feature isn't nearly the priority as the other areas. But I think we could do some innovative things such as ██████████████████████<br>████████ 9/14/2021 11:12:13 PM |
| 3 | It was something we looked into (it would fall likely under the empower or protect pillars) but it generally just ████████████████<br>██████████████████████ However, ████████████████████████<br>██████████████████ 9/14/2021 11:54:48 PM |
| 3 | makes sense to cover other unattended areas versus going deeper in one<br>████████ 9/15/2021 12:34:26 AM |

# Prioritized Features

Confidential & proprietary

Empower

# DWB Reminders on Desktop

go/yt-dwb-desktop

Status Quo Take a Break and Bedtime reminders are currently only available on Android/iOS, despite ▮▮▮ of YTT taking place on Web. DWB settings are also device-scoped currently.

Empower ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Note: ▮▮▮▮▮▮▮▮▮▮



16

Slide 1





## Slide 1

21          Unsure if we already do this if unprompted ███████████████████
            ██████ ; 8/3/2021 5:29:43 PM

22          Do people even know we have these tools? How many people
            actually use them?
            ██████ ; 8/4/2021 5:30:52 PM

3           I really like this idea, could be really neat
            ██████ ; 8/5/2021 12:38:45 AM



## Slide 1

23        TODO - reach out to marketing and see if they have any
measurement already and/or if they would be willing to collaborate on
creating a tracker
████████ 8/4/2021 11:17:04 PM

24        TODO verify if this is true
████████ 8/5/2021 12:40:37 AM

4        you got it lol.  It's REALLY hard to measure this.  Take a look at this
horribly formatted sheets walkthrough I did for some interesting /
tangentially related tidbits
:████████████████████████████████████████████
████████████████████████
████████ 8/5/2021 12:40:37 AM

25        What is the status of this? Is it used for anything? (it says no data for
me)
████████ 8/3/2021 7:21:51 PM

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-01714567

**BEGATTACH:** GOOG-3047MDL-01714567

**ENDATTACH:** GOOG-3047MDL-01714567

**PRODVOL:** PROD022

**Custodian:** BESER, JAMES

**File Path:** /NATIVES/NATIVE113/GOOG-3047MDL-01714567_CONFIDENTIAL.PPTX

**Confidentiality Designation:**

**HASHVALUE:** 43DA9E496651944841A3764F22475E10

**Document Type:** POWERPOINT

**Author:** ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Family Date:** 3/17/2022 8:07 PM

**Last Modified Date:** 3/17/2022 8:07 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** AUTOPLAY & DIGITAL WELLBEING H2 2021 RO_1Q0MOACOJVELAZ5WPYO1-MZJP5Z7HXOCTVXO5GH2U950.PPTX

**Title:** AUTOPLAY & DIGITAL WELLBEING H2 2021 ROADMAP (PRIVILEGED & CONFIDENTIAL).PPTX

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO