# AMENDED Exhibit 1062

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** ████████████████
**Sent:** 5/24/2018 6:15:05 PM
**To:** ████ ████ ████████████
**CC:** James Beser ████████████████ ███████

**Subject:** Re: screentime conversation

Privileged

I actually discussed this with ██████ earlier this week, in the context of potentially revamping the timer :)

- ████ of Unicorn accounts have "no use time" schedules set, typically for bedtime cutoff.
- ████ have daily usage limits set.

On Thu, May 24, 2018 at 10:56 AM, ████ ██████ ███████████████ wrote:
We should really check the usage on unicorn timers to see if it is worthwhile doing something similar.
████

On Thu, 24 May 2018 at 10:52, James Beser ██████████████ wrote:
i should say, this is from my Son's Kindergarten teacher...

On Thu, May 24, 2018 at 10:48 AM, James Beser ███████████████ wrote:
FYI - we could think about doing something different by day part at some point...

---------- Forwarded message ----------
From: **James Beser** ████████████████
Date: Thu, May 24, 2018 at 10:46 AM
Subject: Fwd: screentime conversation
To: ████████████████

---------- Forwarded message ----------
From: ████ ██████████
Date: Thu, May 24, 2018 at 9:50 AM
Subject: Fwd: screentime conversation
To: James Beser ███████████

---------- Forwarded message ----------
From: ████████████████████
Date: Tue, May 22, 2018 at 2:27 PM
Subject: screentime conversation

████████████████████████████████████

CONFIDENTIAL



https://www.psychologytoday.com/us/blog/behind-online-behavior/201604/what-screen-time-can-really-do-kids-brains

Dear Families,
I just want to touch base about a conversation I had about screen time with the kids.  I know I mentioned this at back to school night (and it's something my children's TK teacher and K teachers addressed with me) but if it is at all possible to limit children's screen time before school, that would be beneficial.  By no means do I want to make it seem like I'm casting judgement on TV watching or Ipad/Videoplaying.  My children watch TV.  They use ipads when we go on trips. They play mario kart with their dad and I wouldn't want that to NOT happen.  There have been more times that I can count that (especially when they were small) the ipad or phone saved my sanity.  I would never judge that and do not want to come off like I'm completely against technology.  With that said- It is in your child's best interest if they save that for after school hours, though.

 This is an article I pulled up and I am sure there are so many more.  I just want you to have information because we don't get to redo their development. Not in the artlcle- teachers are struggling widely with an increase of fine motor issues in their classrooms and children that struggle with impulse control and instant gratification and there's much talk among us about how the increase with these things is tied to the increase in ipad/iphone use.  I just want to share in case it benefits anyone, the same way my daughter's teacher did and it changed things for me.

https://www.psychologytoday.com/us/blog/behind-online-behavior/201604/what-screen-time-can-really-do-kids-brains

"Dopamine hits in the brain can feel almost addictive, and when a child gets too used to an immediate stimuli response, he will learn to always prefer smartphone-style interaction—that is, immediate gratification and response—over real-world connection."

*** This email was sent from the ▮▮▮▮ School District.  This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author and do not necessarily represent those ▮▮▮▮ School District.  If you are not the intended recipient of this email, you MUST DELETE the email immediately, neither take any action based upon its contents, nor copy or show it to anyone.  Please contact the sender if you believe you have received this email in error.  Thank you.  ***

GOOG-3047MDL-01640829



--

-James

| James Beser | | Director, Product Management | | ██████████████ | | ██████ |

--

-James

| James Beser | | Director, Product Management | | ██████████████ | | ██████ |

--
You received this message because you are subscribed to the Google Groups ████████" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ████

To post to this group, send email to ████████████
To view this discussion on the web visit ████████████

--

Google        Raj Iyengar |        PM, YouTube Kids |        ████████████