# AMENDED Exhibit 1076

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# PRD: YouTube Managed Restricted Mode

Status: Approved, working to resolve open questions

██████ ████████ ███████████████

Last updated 2/5/2014

YT Product Review deck: [ HYPERLINK

████████████████████████████████████████████

█████████ \l ████████ █ ]

Background: [ HYPERLINK

████████████████████████████████████████████

██████████ \h █

Design doc: [ HYPERLINK

████████████████████████████████████ █████

██████ ] ]

Mocks: [ HYPERLINK ████████████████████████████████ █ ]

This proposal was approved at YouTube Product Review on 12/2/14 ([ HYPERLINK

████████████████████████████████████████████

██████████ █ █████████ █ █ ). Notes:

- *Approval granted to move forward with "Edu Mode." This will replace YouTube for Schools by offering a baseline safe experience for schools, with the ability for Google Apps for Education users to whitelist additional content.*
- *██████ team will handle short-term, tactical work for Edu Mode. ███ █ and ██████ will own Edu mode long term.*
- *This plan is a short term fix for a pressing issue. We'll use feedback from Edu Mode to inform future product direction and staffing.*

## Goals

1) Offer **basic YouTube filtering** for schools (including Apps for Education domains) so admins *don't* block YouTube at network level.

2) Launch this ***before* YouTube's rollout of enforced SSL** and [ HYPERLINK "http://en.wikipedia.org/wiki/HTTP_Strict_Transport_Security" \h ] (summer 2015), at which point the existing YouTube filtering tools in use by schools globally (including YT4S) will no longer work.

## Background

Today, a huge number of schools in the US and around the world have network restrictions that **block** YouTube ([ HYPERLINK ██████████████████████████████ \h ] of K12 schools in the US). This filtering prevents tens of millions of students and teachers users from accessing YouTube's huge corpus of educational content.

YT4S has been the answer to this problem since Oct 2011, and now has ~3M 7-day active users -- even with broken signup flow and lots of outages. Using YT4S, schools configure their network to send all traffic to YT with an HTTP header or URL parameter that identifies their school. They then can designate an "admin," and any video on an admin-created playlist becomes watchable by users on the network (caveat: as long as you're watching on a playlist). There's also a global whitelist of 1800 edu channels that is accessible to all users.

When YouTube moves to HTTPS-only in Summer 2015 (hard deadline), YT4S will no longer work (routers will no longer be able to inject headers into HTTP requests), other cleartext filtering tools will no longer work, and the only filtering alternative will rely on device-level certs (a PITA for schools to manage). Even today, YT4S is an unsupported 20% project, and the YouTube team has been seeking alternative, robust solutions to meet the needs of school users.

To address this, the YouTube team has built a Safety Mode VIP ([ HYPERLINK ████████ ██████████████████ ) ]) that identifies requests that are coming from a school and restricts VIP users to only watch PG and less videos. Unfortunately, feedback from pilot schools so far has *not* been positive ([ HYPERLINK ████████████████████████ ████████████████ \h ], [ HYPERLINK ████████████████████████████████ ' \h ]):

- Issue #1: Schools want the ability to whitelist additional educational content.
  - *Without a way to identify which school is making the request, YouTube can't do any school-specific whitelisting, or allow for new videos that don't yet have a content score (eg: a video the teacher just uploaded).*

GOOG-3047MDL-01669257

- Issue #2: Given limited effectiveness of the content ratings -- and different perceptions of appropriateness -- schools are concerned about the availability of inappropriate, non-educational content still surfacing in Safety Mode VIP.
  - *PG content could include video game walkthroughs or music videos, or anything mis-categorized as PG. There is no scalable way to re-categorize today.*

The Search team is also moving towards enforced SSL on all traffic, and has built a VIP that forces users on school networks into SafeSearch mode ([ HYPERLINK "http://googleonlinesecurity.blogspot.com/2014/10/an-update-to-safesearch-options-for.html" \h ]).

## Focus on the user and all else will follow
**Here's what we know school users need…**

School admins need:
- Easy setup! The average school admin should not have do much work at all to get filtering setup. Ideally, it should be easier to set up filtering for YouTube than it is to set up their network configuration to block YouTube.
- Reliable, stable solution. This can't be a 20% project that fails frequently.
- Method to identify trusted educators who can view unfiltered YouTube and contribute to whitelist. Admins should not be responsible for curating the entire whitelist.
- Ability to disable comments (to curtail inappropriate interactions between students and strangers).
- Assurances that pre-approved EDU content is actually educational
- A solution that fits into the Google Apps cPanel (not a separate place to manage YouTube configuration)
- Large districts / power-users:
  - Ability to have different settings / whitelists for different user populations (eg: high school vs elementary school)
  - Ability to delegate administration access

Teachers need:
- Access to unfiltered YouTube so they can find videos to whitelist
- Method to whitelist videos they want to share with their students. Any videos they upload should be auto-whitelisted.

GOOG-3047MDL-01669258