# AMENDED Exhibit 1077

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-02307348

# Educational Engaged Users (EEV) and Educational Classifiers

Jan 2023

PM: █████████

Search: ██████████████

LearnX: ████████████ ████████████████ ███████

Confidential & Proprietary

▶ Learning

## Engaged Educational Users (EEV)

**2023 Annual OKR:** Grow 28-day average Educational Engaged Users from  to ██████████

# Educational = Academic + Skilling

Academic: Videos related to subjects taught in school

Skilling: Videos related to digital skills, plan to expand to professional skills & trade skills

# Engaged = Watch EEV + Active EEV

Watch EEV: ████████████

Active EEV: Users who engaged with an educational feature, such as:
● *Answered a Quiz*
● *Opened MegaTranscript*
● *Left a Comment*

2019 | Confidential and Proprietary

█ : Are Live Viewers being counted?