# AMENDED Exhibit 1078

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-03141338



**Example**

### Corpus descriptions in Google Support are too vague to be applied.

This is frustration for admin because they are unable to answer teachers and staff questions when a video is blocked.

- **Strict Restricted YouTube access**—This setting is the most restrictive. Strict Restricted Mode does *not* block all videos, but works as a *filter* to screen out many videos based on an automated system, while leaving some videos still available for viewing.
- **Moderate Restricted YouTube access**—This setting is similar to Strict Restricted Mode but makes a much larger collection of videos available.
- **Unrestricted YouTube access**—This setting means both Restricted Modes—Strict and Moderate—are off. Only apply this setting if you want to allow users in your organization to have unrestricted YouTube access.

*"This is a definition that I can guess based on its title. This does not give me anything additional. I haven't been given the criteria upon which it's restricting and I don't have an example from which to draw inferences." (P5)*

**10**

**What is YouTube Managed Restricted Mode?**

- YouTube Managed Restricted Mode (MRM) is an *optional* setting that filters out mature videos while leaving a large number of videos still available.
    - MRM is defaulted to the most restrictive state ("strict restricted"), but admin can switch to "moderate restricted" and/or add approvers (e.g. teachers) in their org to access and approve more videos.
    - The YT additional service has to be enabled in the admin console for any user-level MRM settings to be applied.

- To add additional content, G Suite administrators can designate *approvers* ("Can approve videos"). Approvers can then search for and approve additional videos to make them viewable by signed-in users.

- [Manage your schools' YT settings](#)
- [Restrict YT content for EDU](#)
- [Approve YouTube videos and channels](#)

83

## YT MRM Restriction Levels
*From most restrictive to least*

| Level | Restriction Description |
|---|---|
| **Strict Restricted** | Does *not* block all videos, but works as a *filter* to screen out videos based on rating*.<br><br>Strict allows for <=G content from YT main and is enabled by default when you choose the option "restrict content for logged-in users in your organization". |
| **Moderate Restricted** | Similar to Strict Restricted Mode but includes <=PG content from YT main. |
| **Unrestricted** | Both strict and moderate restricted modes are OFF and all users in the org have unrestricted access to YouTube.<br><br>Note: Users with this setting enabled can browse all of YouTube when signed-in even if you've also set <u>network-level restrictions</u>. |
| **Can Approve Videos** | Allows you to designate individuals or organizational units (e.g. "teachers") to approve additional videos so that signed-in users in their org can watch them.<br><br>Individuals who manually approve videos and channels should share those via links, since they won't appear in YT search results, homepages, or recommendations. |

Note: When any version of Restricted Mode is enabled, users can't see comments on the videos they watch or upload videos.

*Ratings is an internal term only, do NOT use it externally

- [Manage your schools' YT settings](#)
- [Restrict YT content for EDU](#)
- [Approve YouTube videos and channels](#)

84

**How does MRM get enabled?**

**Option 1:** Set access restrictions ("mode") for managed Google accounts.
Account-Based

*For this option, Classroom users have a checkbox in the admin console for convenience to enable MRM modes for verified Classroom teachers*

**Option 2:** Admin sets MRM controls at the network-level (e.g. any computer on the school network is categorized as MRM).
Network-Based

**Both options can exist simultaneously**

When account and network settings interact, the stricter setting wins.

Video allowlist ("can approve videos") will override both network and account based defaults, but requires that viewers are signed-in with their G Suite account

85