# AMENDED Exhibit 1136

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-03539659

# North America
# K-12 EDU Sales Team Overview

Google for Education

# EDU North America K-12 Sales Objectives

EDU K-12 is an *indirect** sales team that drives revenue, adoption, branding+trust



**Champion our 1:1 device, collaboration, and communication platforms.** — **Drive growth and renewal of Chrome and G Suite solutions in partnership with our Channel.** (Eg. Chromebook Education Upgrade, G Suite Enterprise for Education)

**Advise and empower customer success.** — **Drive ongoing awareness and adoption of our EDU Programs and Partners.** (eg. Teacher Certifications, School Transformation, Services and PD Partners)

**Foster trust in Google as a holistic partner** — **Provide K-12 with a main POC bridging to all of Google.** (eg. Eng-Edu, Community Affairs, Legal, Youtube, Child Safety, Public Sector, etc.)

Google for Education

* Products are sold by resellers and chromebook manufacturers, not Google directly

# 2021 K-12 Market Segmentation

**LCS**
▉ Field Sellers

▉ Accounts
- **Over 40K Students** (e.g. Chicago Public Schools, LAUSD, NYCDOE, etc.)

**MCS**
▉ Field Sellers

▉ Accounts
- 5-40k Students (e.g. midsized school districts)

**Scale**
▉ Program Managers
▉ TVC

▉ Accounts
- Less than 5K Students (eg. small districts, privates, and charters)

~▉ Customers

▉ Total Googlers and Contractors

Google for Education



# K-12 Sales Execution (by market segment)

