1  GEOFFREY M. DRAKE, *pro hac vice*
   gdrake@kslaw.com
2  KING & SPALDING LLP
   1180 Peachtree Street, NE, Suite 1600
3  Atlanta, Georgia 30309
   Telephone: (404) 572-4600
4  Facsimile: (404) 572-5100

5  DAVID P. MATTERN, *pro hac vice*
   dmattern@kslaw.com
6  KING & SPALDING LLP
   1700 Pennsylvania, NW, Suite 900
7  Washington, DC 20006
   Telephone: (202) 737-0500
8  Facsimile: (202) 626-3737

9  *Attorneys for Defendants*
   *TikTok Inc., ByteDance Inc., TikTok Ltd.,*
10 *ByteDance Ltd., and TikTok LLC*

11 [*Additional parties and counsel listed on signature pages*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No.: 3047<br><br>Case No. 4:22-md-3047-YGR-PHK<br><br>**DEFENDANTS' NOTICE OF SUBMISSION ON THE PAPERS REGARDING NON-PARTY MEDIA ENTITY THE NEW YORK TIMES COMPANY'S MOTION TO INTERVENE AND TO UNSEAL; REQUEST TO TAKE HEARING OFF CALENDAR**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date:      January 26, 2026<br>Time:      8:00 a.m.<br>Judge:     Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 |

PLEASE TAKE NOTICE that in its Reply in support of the Motion to Intervene and to Unseal, non-party media entity The New York Times Company stated that it had "no objection to the Court streamlining its resolution of this motion, including by adjudicating The Times's motion on the papers and adjourning the hearing on January 27, 2026" (that is, the originally noticed hearing date). ECF 2635 at 3-4. Defendants hereby advise the Court that they intend to submit on the papers filed with the Court as to The New York Times Company's Motion to Intervene and to Unseal, without the need for oral argument. In light of this submission, Defendants respectfully request that the Court take the hearing currently scheduled for January 26, 2026 off calendar and issue its ruling based on the written submissions. Defendants believe that the briefing fully addresses the issues presented and that oral argument is unnecessary for the Court's determination of the Motion to Intervene and to Unseal. Defendants thank the Court for its consideration of this request.

1

DEFS' NOTICE OF SUBMISSION ON THE PAPERS RE THE NEW YORK TIMES CO'S MOTION TO INTERVENE AND TO UNSEAL; REQUEST TO TAKE HEARING OFF CALENDAR

1  DATED: January 21, 2026

2                                    By:   /s/ David P. Mattern
3                                          GEOFFREY M. DRAKE, *pro hac vice*
                                           gdrake@kslaw.com
4                                          TACARA D. HARRIS, *pro hac vice*
                                           tharris@kslaw.com
5                                          1180 Peachtree Street, NE, Suite 1600
                                           Atlanta, GA 30309-3521
6                                          Telephone: (404) 572-4600

7
                                           DAVID P. MATTERN, *pro hac vice*
8                                          dmattern@kslaw.com
                                           KING & SPALDING LLP
9                                          1700 Pennsylvania Avenue, NW, Suite 900
                                           Washington, DC 20006-4707
10                                         Telephone: (202) 737-0500

11
                                           BAILEY J. LANGNER (SBN 307753)
12                                         *blangner@kslaw.com*
                                           KING & SPALDING LLP
13                                         50 California Street, Suite 3300
                                           San Francisco, CA 94111
14                                         Telephone: (415) 318-1200
                                           Facsimile: (415) 318-1300
15

16                                         *Attorneys for Defendants TikTok Inc., ByteDance Inc.,*
                                           *TikTok Ltd., ByteDance Ltd., and TikTok LLC*
17

18

19
                                     By:   /s/ Ashley M. Simonsen
20                                         Ashley M. Simonsen (Bar No. 275203)
                                           COVINGTON & BURLING LLP
21                                         1999 Avenue of the Stars
                                           Los Angeles, California 90067
22                                         Telephone: (424) 332-4800
                                           Facsimile: (424) 332-4749
23                                         asimonsen@cov.com

24
                                           Phyllis A. Jones (*pro hac vice*)
25                                         Paul W. Schmidt (*pro hac vice*)
                                           Christian J. Pistilli (*pro hac vice*)
26                                         COVINGTON & BURLING LLP
                                           One City Center
27                                         850 Tenth Street, NW
28                                         Washington, DC 20001-4956

2

DEFS' NOTICE OF SUBMISSION ON THE PAPERS RE THE NEW YORK TIMES CO'S MOTION TO
INTERVENE AND TO UNSEAL; REQUEST TO TAKE HEARING OFF CALENDAR

|   |   |
|---|---|
| 1 | Telephone: (202) 662-6000 |
| 2 | Facsimile: (202) 662-6291 |
|   | pajones@cov.com |
| 3 | pschmidt@cov.com |
|   | cpistilli@cov.com |

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

By:  /s/ Allison Brown
ALLISON BROWN, *pro hac vice*
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON, *pro hac vice*
jessica.davidson@kirkland.com
JOHN J. NOLAN, *pro hac vice*
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: 212-446-4800

JONATHAN H. BLAVIN, SBN 230269
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: 415-512-4000

VICTORIA A. DEGTYAREVA (SBN 284199)
victoria.degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: 213-683-9100

*Attorneys for Defendant Snap Inc.*

3

DEFS' NOTICE OF SUBMISSION ON THE PAPERS RE THE NEW YORK TIMES CO'S MOTION TO INTERVENE AND TO UNSEAL; REQUEST TO TAKE HEARING OFF CALENDAR

|   |   |   |
|---|---|---|
| 1 | By: | */s/ Ashley W. Hardin* |
| | | JOSEPH G. PETROSINELLI, *pro hac vice* |
| | | jpetrosinelli@wc.com |
| | | ASHLEY W. HARDIN, *pro hac vice* |
| | | ahardin@wc.com |
| | | J. ANDREW KEYES, *pro hac vice* |
| | | akeys@wc.com |
| | | NEELUM J. WADHWANI (SBN 247948) |
| | | nwadhwani@wc.com |
| | | 680 Maine Avenue, SW |
| | | Washington, DC 20024 |
| | | Tel.: 202-434-5000 |

*Attorneys for Defendants YouTube, LLC and Google LLC*

4

DEFS' NOTICE OF SUBMISSION ON THE PAPERS RE THE NEW YORK TIMES CO'S MOTION TO INTERVENE AND TO UNSEAL; REQUEST TO TAKE HEARING OFF CALENDAR

**ATTESTATION**

I, David P. Mattern, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: January 21, 2026

　　　　　　　　　　*/s/ David P. Mattern*
　　　　　　　　　　DAVID P. MATTERN