# EXHIBIT 1

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **DISTRICT OF COLUMBIA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **META PLATFORMS, INC.,** <br> **INSTAGRAM, LLC,** <br><br> *Defendants.* | Case No.: 2023-CAB-006550 <br> Judge: Hon. Yvonne M. Williams <br> Next Event: Remote Status Hearing <br> Date of Next Event: December 12, 2025 |

### DECLARATION OF █████████████ IN SUPPORT OF META'S MOTION FOR RECONSIDERATION OF OCTOBER 23, 2025 ORDER

Pursuant to D.C. Superior Court Rule of Civil Procedure 9-I(d), I declare and state as follows:

1.      I am a UX Researcher at Meta Platforms, Inc. ("Meta"). I joined Meta in October 2019. I submit this Declaration in support of Meta's Motion for Reconsideration of the Court's October 23, 2025 Order. I make all statements in this Declaration based on my own personal knowledge. If called upon to do so, I could and would testify competently as follows.

2.      I was part of the November 22, 2022 chat exchanges that appear in METADCAG-008-01392318 and METADCAG-008-01082201, which I understand are two of the documents at issue in the District of Columbia's Opposed Motion for an Order Finding No Privilege Over Clawed-Back Documents and for *In-Camera* Review.

3.      In those chat exchanges, I described legal guidance that was relayed to me by an attorney working in-house at Meta. ███████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████

4.      During my time at Meta, I have interacted with Meta lawyers who have provided

legal advice ████████████████████████████████████████████████████

████████████████████████████ No Meta lawyer has ever advised me to delete, conceal, alter,

or amend research data, results, or conclusions.

5.      It is my experience that Meta's product teams—and not its lawyers or Legal

department—ultimately decide whether and how research efforts will proceed.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.  Executed on October 27, 2025, in Redwood City, California.

████████████████████████████████████