# EXHIBIT 2

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **DISTRICT OF COLUMBIA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **META PLATFORMS, INC.**, **INSTAGRAM, LLC**, <br><br> *Defendants.* | Case No.: 2023-CAB-006550 <br> Judge: Hon. Yvonne M. Williams <br> Next Event: Remote Status Hearing <br> Date of Next Event: December 12, 2025 |

<u>**DECLARATION OF ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ IN SUPPORT OF META'S MOTION FOR RECONSIDERATION OF OCTOBER 23, 2025 ORDER**</u>

Pursuant to D.C. Superior Court Rule of Civil Procedure 9-I(d), I declare and state as follows:

1. I am a Director, Research at Meta Platforms, Inc. ("Meta"). I joined Meta in August 2014. I submit this Declaration in support of Meta's Motion for Reconsideration of the Court's October 23, 2025 Order. I make all statements in this Declaration based on my own personal knowledge. If called upon to do so, I could and would testify competently as follows.

2. I was part of the March 10, 2023 chat exchange that appears in METADCAG-010-00353309, which I understand is one of the documents at issue in the District of Columbia's Opposed Motion for an Order Finding No Privilege Over Clawed-Back Documents and for *In-Camera* Review.

3. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

-1-

4. ██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████

5. ██████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████

6. Throughout my 11 years conducting research at Meta, I have had interactions with attorneys about legal advice ████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████ No Meta lawyer has ever advised me to delete, conceal, alter, or amend research data, results, or conclusions, and I am unaware of anyone else at Meta having received such instruction.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on October 27, 2025, in Sacramento, California.

-2-