# EXHIBIT 3

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **DISTRICT OF COLUMBIA**,<br><br>*Plaintiff,*<br><br>v.<br><br>**META PLATFORMS, INC.**,<br>**INSTAGRAM, LLC**,<br><br>*Defendants.* | Case No.: 2023-CAB-006550<br>Judge: Hon. Yvonne M. Williams<br>Next Event: Remote Status Hearing<br>Date of Next Event: December 12, 2025 |

**DECLARATION OF ▮▮▮▮▮ IN SUPPORT OF META'S MOTION FOR RECONSIDERATION OF OCTOBER 23, 2025 ORDER**

Pursuant to D.C. Superior Court Rule of Civil Procedure 9-I(d), I declare and state as follows:

1. I am Director and Associate General Counsel at Meta Platforms, Inc. ("Meta"). I joined Meta in August 2019. I am a licensed attorney in the State of Texas and the State of Washington, and I am a Registered In-House Counsel in the State of California. I submit this Declaration in support of Meta's Motion for Reconsideration of the Court's October 23, 2025 Order. I make all statements in this Declaration based on my own personal knowledge. If called upon to do so, I could and would testify competently as follows.

2. I am the attorney (▮▮▮▮▮) referenced in the July 7, 2023 chat exchange that appears in METADCAG-022-00471540, which I understand is one of the documents at issue in the District of Columbia's Opposed Motion for an Order Finding No Privilege Over Clawed-Back Documents and for *In-Camera* Review.

3. The July 7, 2023 chat exchange refers to legal advice I provided ▮▮▮▮▮

-1-

-2-

▮

My advice and comments were not directed toward altering, deleting, or concealing any research, ▮

4. ▮

I have never advised—nor would I ever advise—anyone to delete, conceal, alter, or amend research data, results, or conclusions.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on October 27, 2025, in San Francisco, California.

▮

-2-