# Exhibit 2

Page 1

```
 1        UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
 2                  - - -
 3   IN RE: SOCIAL MEDIA       : Case No.
     ADOLESCENT                : 4:22-MD-03047-YGR(PHK)
 4   ADDICTION/PERSONAL        : MDL No. 3047
     INJURY PRODUCTS           :
 5   LIABILITY LITIGATION,     :
                               :
 6   This Document Relates to: 
     People of the State of    :
 7   California, et al., v.    :
     Meta Platforms, Inc,      :
 8   et al.,                   :
     Case No. 4:23-cv-05448    :
 9
10                  - - -
               AUGUST 28, 2025
11                  - - -
12
13           Videotape deposition of
14   SHERIDEN BLACK, taken pursuant to notice,
15   was held at the law offices of The
16   Brandywine Building, 1000 North West
17   Street, Wilmington, Delaware 19801,
18   commencing at 9:18 a.m., on the above
19   date, before Amanda Dee Maslynsky-Miller,
20   a Court Reporter and Certified Realtime
21   Reporter.
22                  - - -
23
24     Job No. MDLG7530939
```

Page 270

1  BY ATTORNEY PATEL:
2       Q.   You don't recall what
3  specifically?
4       A.   What the article
5  specifically says has been positive.
6       Q.   Okay.  I'm just -- to take
7  us back to the original question.
8            There was -- there has not
9  been a study conducted by the State of
10 Delaware that shows that social media
11 causes teen mental health issues?
12              ATTORNEY COSTA:  Object to
13         form.  Scope.
14              THE WITNESS:  Not that I'm
15         aware of.
16 BY ATTORNEY PATEL:
17      Q.   I'm showing you what's been
18 marked as Exhibit-31, which is House
19 Bill 3.
20                   -  -  -
21              (Whereupon, Exhibit
22         Delaware-Black-31,
23         METADEAG-30(b)(6)PUBLICDOC-001-
24         00006721-723, House Bill 3, was

1                    CERTIFICATE

4            I HEREBY CERTIFY that the
5    witness was duly sworn by me and that the
6    deposition is a true record of the
7    testimony given by the witness.

*Amanda Miller*

         Amanda Maslynsky-Miller
11       Certified Realtime Reporter
         Dated:  September 10, 2025

17              (The foregoing certification
18   of this transcript does not apply to any
19   reproduction of the same by any means,
20   unless under the direct control and/or
21   supervision of the certifying reporter.)