# Exhibit 3

CONFIDENTIAL

Page 1

```
 1        UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
 2
          Case No. 4:22-MD-03047-YGR (PHK)
 3                 MDL No. 3047
 4
 5   IN RE:  SOCIAL MEDIA ADOLESCENT
     ADDICTION/PERSONAL INJURY PRODUCTS
 6   LIABILITY LITIGATION
 7   _____
 8   PEOPLE OF THE
     STATE OF CALIFORNIA,
 9
         PLAINTIFFS,
10
     vs.
11
     META PLATFORMS, INC.,
12
         DEFENDANTS.
13   _____
14       DEPOSITION OF: ROBBIE FLETCHER, Ed.D.
       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
15   _____
16   The videotaped deposition of Robbie Fletcher, Ed.D.
17   was taken before Janine N. Leroux, Stenographic
18   Court Reporter and Notary Public in and for the
19   State of Kentucky, at 300 Sower Boulevard,
20   Frankfort, Kentucky, commencing on July 1st, 2025,
21   at the approximate hour of 8:59 a.m.
22
23
24
25   Job No. MDLG7390160-1
```

Page 48

```
 1    what you said.
 2         Q.    And in your role as Commissioner, have
 3    you ever collected any data showing that Facebook
 4    or Instagram caused mental health harms in
 5    adolescents?
 6         A.    I personally have not asked anyone to
 7    collect that type of data.
 8         Q.    Are you aware of any KDE data showing
 9    that Facebook or Instagram caused mental health
10    harms in adolescents?
11         A.    I'm not aware of any data.
12         Q.    Are you aware of any data showing that
13    Facebook or Instagram caused mental health harms
14    in teens?
15         A.    I'm sure there is data, but as far as
16    can I recite a specific report or anything of that
17    nature, I cannot.
18         Q.    And when you say I'm sure that there is
19    data showing that Facebook or Instagram caused
20    mental health harms in teens, what makes you say
21    that?
22         A.    I've seen headlines.
23         Q.    And when you say that you've seen
24    headlines, were those headlines specific to
25    Facebook or Instagram and their impact on mental
```

CONFIDENTIAL

Page 113

1      STATE OF KENTUCKY       )
                               )
2      COUNTY OF MONTGOMERY    )
3              I, JANINE N. LEROUX, Court Reporter and
4      Notary Public in and for the State of Kentucky at
5      Large, certify that the facts stated in the
6      caption hereto are true, and that at the time and
7      place stated in said caption the witness named in
8      the caption hereto personally appeared before me.
9              I further certify that after being duly
10     sworn by me the witness was examined by counsel
11     for the parties, and that said testimony was taken
12     in stenotype by me and later reduced to
13     computer-aided transcription, and that the
14     foregoing is a true record of the testimony given
15     by said witness.
16             The foregoing deposition has been
17     submitted to the witness for reading and signing.
18
19
20
21
22     _____
23     JANINE LEROUX - COURT REPORTER
       NOTARY PUBLIC STATE-AT-LARGE
24     MY COMMISSION EXPIRES: NOVEMBER 26, 2027
       NOTARY ID KYNP1406
25