# Exhibit 4

```
                                                        Page 1
 1            UNITED STATES DISTRICT COURT
 2        FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: SOCIAL MEDIA ADOLESCENT   ) Case No.
     ADDICTION/PERSONAL INJURY        ) 4:22-md-03047-YGR
 5   PRODUCTS LIABILITY LITIGATION    )
     _____ ) MDL No. 3047
 6                                    )
     THIS DOCUMENT RELATES TO:        )
 7                                    )
     People of the State of           )
 8   California, et al. v. Meta       )
     Platforms, Inc., et al.,         )
 9                                    )
     Case No.: 4:23-cv-05448          )
10   _____ )
11
12
13
14        VIDEOTAPED DEPOSITION OF MELANIE BARTON
15                Monday, June 30, 2025
16              Columbia, South Carolina
17                     9:02 a.m.
18
19
20
21
22
23   Reported by:  Christine A. Taylor, RPR
24
25      Job No. MDLG7432662
```

```
                                               Page 55
 1         A.    On South Carolina teens?
 2         Q.    Correct.
 3         A.    No.
 4         Q.    That arose from the Office of the
 5   Governor?
 6         A.    No.
 7         Q.    Have you seen any data from any study
 8   at the Education Oversight Committee concerning
 9   the impact of social media on teens?
10         A.    No.
11         Q.    You just mentioned data from a
12   national study.  Which national study?
13         A.    The -- The Anxious Generation, the
14   PEZA study.
15         Q.    Thank you.  Are you aware of any data
16   showing that Facebook's or Instagram's features
17   caused mental health harms to South Carolina
18   teens?
19         A.    Specific to South Carolina teens, no.
20         Q.    And specific to the features of
21   Facebook and Instagram?
22         A.    Not to South Carolina teens
23   specifically.
24         Q.    You mentioned a moment ago that there
25   are a lot of factors that can impact teen mental
```

```
 1                CERTIFICATE OF REPORTER
 2
           I, Christine A. Taylor, Registered
 3    Professional Reporter and Notary Public for the
      State of South Carolina at Large, do hereby
 4    certify:
 5         That the foregoing deposition was taken
      before me on the date and at the time and location
 6    stated in this transcript; that the deponent was
      duly sworn to testify to the truth, the whole truth
 7    and nothing but the truth; that the testimony of
      the deponent and all objections made at the time of
 8    the examination were recorded stenographically by
      me and were thereafter transcribed; that the
 9    foregoing deposition as typed is a true, accurate
      and complete record of the testimony of the
10    deponent and of all objections made at the time of
      the examination to the best of my ability.
11
           I further certify that I am neither related
12    to nor counsel for any party to the cause pending
      or interested in the events thereof.  Witness my
13    hand, this 14th
14
15
16    _____
17         Christine A. Taylor,
           Registered Professional Reporter
18         Notary Public
           State of South Carolina at Large
19         My Commission expires:
           April 6, 2031
20
21
22
23
24
25
```