Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

*[Additional parties and counsel listed on signature pages]*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Civil Case No. 4:22-md-03047-YGR (PHK)<br><br>**META'S NOTICE OF COMPLIANCE WITH JANUARY 12, 2026, ORDER RESOLVING DISPUTE RE: FOUR META DOCUMENTS AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE (ECF 2633-1)**<br><br>Honorable Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**NOTICE OF COMPLIANCE**

Meta hereby submits this Notice of Compliance with the Court's January 12, 2026 Order Resolving Dispute Re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege (ECF 2633-1) ("Privilege Order"). The "Four Meta Documents" are referred to as "Documents 1-4" in the Privilege Order.

The Privilege Order references three sets of documents that are the subject of the attorney advice reflected in Documents 1-4: (a) a slide deck, (b) seven "MYST study proposal" documents, and (c) "MYST study documents." The Privilege Order directs Meta to produce certain prior versions of the slide deck and seven "MYST study proposal" documents by **January 23, 2026**, and certain prior versions of the "MYST study documents" by **January 30, 2026**. *Id.* at 13, 18, 22. The Privilege Order also directs Meta to produce a privilege redaction log for Documents 1-4 by **January 26, 2026**.

Meta sets forth the status of its compliance with each of these three deadlines below.

**(1) January 23, 2026 Deadline.** On January 18, 2026, Meta identified for Plaintiffs the number of non-duplicative versions of the slide deck and seven MYST study proposal documents that Meta has retained in Google Vault. On January 23, 2026, Meta made a production to Plaintiffs as required by the Privilege Order consisting of those prior versions of the slide deck that predate July 7, 2023, and those prior versions of the MYST study proposal documents that predate November 22, 2022. *See* META3047MDL_VOL301 (production numbers META3047MDL-301-0000001 – META3047MDL-301-00001187).

**(2) January 26, 2026 Deadline.** On January 26, 2026, Meta made a production to Plaintiffs consisting of a privilege redaction log for Documents 1-4. A true and correct copy of that log (with the Confidential information that Meta seeks to seal redacted) is attached hereto as **Exhibit A**.

**(3) January 30, 2026 Deadline.** The Privilege Order directs Meta to produce "all non-duplicative prior versions of all MYST study documents which are Google documents previously produced, where such prior versions pre-date March 10, 2023, including those versions Meta has already confirmed it has retained in Google Vault but not previously produced. … For avoidance of doubt, this Order only applies to Meta's Google documents concerning the MYST study, and does not require

searching for or producing prior MYST study documents which are not collaborative Google documents." Privilege Order at 18.

On January 18, 2026, Meta provided Plaintiffs with a list of the 17 documents that Meta believes meet this description and asked if there are any additional documents that Plaintiffs believe should (or should not) be included, to ensure the Parties are aligned on the of scope Meta's production in compliance with the Privilege Order.  By January 30, 2026, Meta will make a production to Plaintiffs as required by the Privilege Order consisting of all non-duplicative prior versions (predating March 10, 2023) of these 17 documents that Meta has retained in Google Vault.

On January 22, 2026, Plaintiffs identified three additional categories of previously-produced documents for which they requested that Meta produce prior versions.[1]  Meta is investigating and considering Plaintiffs' request and will continue to meet and confer with Plaintiffs about the possibility of producing prior versions of these documents (predating March 10, 2023) that Meta has retained in Google Vault, and on what timeline.

DATED: January 27, 2026                            Respectfully submitted,

**COVINGTON & BURLING LLP**

By:  /s/ Ashley M. Simonsen

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800

---

[1] Plaintiffs also asked Meta to produce documents that had *not* previously been produced in this litigation (along with prior versions of those documents).  However, the Privilege Order expressly limits the MYST study documents for which Meta is required to produce prior versions (predating March 10, 2023) to "Google documents ***previously produced***."  Privilege Order at 18 (emphasis added).  Accordingly, Meta has informed Plaintiffs that it will not produce these documents.  Finally, Plaintiffs asked Meta to confirm whether a specific hyperlinked document had been produced in this litigation.  As a courtesy, Meta agreed to look into whether the referenced document was previously produced or logged, and will follow up with Plaintiffs on this point.

Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Paul W. Schmidt (*pro hac vice*)
Timothy C. Hester (pro hac vice)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pschmidt@cov.com
Email:thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

4

META'S NOTICE OF COMPLIANCE WITH JANUARY 12, 2026, ORDER RESOLVING DISPUTE RE: FOUR META DOCUMENTS AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE (ECF 2633-1)