# EXHIBIT A

Meta Platforms, Inc. Privilege Log

In re: Social Media Adolescent Addiction/Personal Injury Products
Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR

January 26, 2026

| | A | B |
|---|---|---|
| 1 | **PRIV LOG ID** | **LOCATION OF REDACTION** |
| 2 | META3047MDL-PLOG024-000001 | META3047MDL-047-00396577 |
| 3 | META3047MDL-PLOG024-000002 | META3047MDL-047-00706694 |
| 4 | META3047MDL-PLOG024-000003.1 | META3047MDL-050-00353504.a |
| 5 | META3047MDL-PLOG024-000003.2 | META3047MDL-050-00353504.b |

Meta Platforms, Inc. Privilege Log    In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR    January 26, 2026

| | A | B |
|---|---|---|
| 1 | **PRIV LOG ID** | **LOCATION OF REDACTION** |
| 6 | META3047MDL-PLOG024-000003.3 | META3047MDL-050-00353504.c |
| 7 | META3047MDL-PLOG024-000004.1 | META3047MDL-111-00468708 - META3047MDL-111-00468713 |
| 8 | META3047MDL-PLOG024-000004.2 | META3047MDL-111-00468714 |
| 9 | META3047MDL-PLOG024-000004.3 | META3047MDL-111-00468715 |

|   | C | D | E |
|---|---|---|---|
| 1 | **BEGBATES** | **ENDBATES** | **BEGATTACH** |
| 2 | META3047MDL-047-00396577 | META3047MDL-047-00396577 | META3047MDL-047-00396577 |
| 3 | META3047MDL-047-00706694 | META3047MDL-047-00706694 | META3047MDL-047-00706694 |
| 4 | META3047MDL-050-00353504 | META3047MDL-050-00353505 | META3047MDL-050-00353504 |
| 5 | META3047MDL-050-00353504 | META3047MDL-050-00353505 | META3047MDL-050-00353504 |

Meta Platforms, Inc. Privilege Log    In re: Social Media Adolescent Addiction/Personal Injury Products    January 26, 2026
Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR

| | C | D | E |
|---|---|---|---|
| 1 | **BEGBATES** | **ENDBATES** | **BEGATTACH** |
| 6 | META3047MDL-050-00353504 | META3047MDL-050-00353505 | META3047MDL-050-00353504 |
| 7 | META3047MDL-111-00468706 | META3047MDL-111-00468719 | META3047MDL-111-00468706 |
| 8 | META3047MDL-111-00468706 | META3047MDL-111-00468719 | META3047MDL-111-00468706 |
| 9 | META3047MDL-111-00468706 | META3047MDL-111-00468719 | META3047MDL-111-00468706 |

Meta Platforms, Inc. Privilege Log   In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR   January 26, 2026

| | F | G |
|---|---|---|
| 1 | ENDATTACH | ALLCUSTODIANS |
| 2 | META3047MDL-047-00396577 | |
| 3 | META3047MDL-047-00706694 | |
| 4 | META3047MDL-050-00353505 | |
| 5 | META3047MDL-050-00353505 | |

| | F | G |
|---|---|---|
| 1 | **ENDATTACH** | **ALLCUSTODIANS** |
| 6 | META3047MDL-050-00353505 | |
| 7 | META3047MDL-111-00468727 | |
| 8 | META3047MDL-111-00468727 | |
| 9 | META3047MDL-111-00468727 | |

| | H |
|---|---|
| 1 | **FILENAME** |
| 2 | Message summary [{"otherUserFbId":100041723408674,"threadFbId":null}] |
| 3 | Message summary [{"otherUserFbId":100028925479616,"threadFbId":null}] |
| 4 | Message summary [{"otherUserFbId":null,"threadFbId":6149505601759615}] |
| 5 | Message summary [{"otherUserFbId":null,"threadFbId":6149505601759615}] |

Meta Platforms, Inc. Privilege Log    In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR    January 26, 2026

| | H |
|---|---|
| 1 | **FILENAME** |
| 6 | Message summary [{"otherUserFbId":null,"threadFbId":6149505601759615}] |
| 7 | Message summary [{"otherUserFbId":null,"threadFbId":6277237262383547}] |
| 8 | Message summary [{"otherUserFbId":null,"threadFbId":6277237262383547}] |
| 9 | Message summary [{"otherUserFbId":null,"threadFbId":6277237262383547}] |

Meta Platforms, Inc. Privilege Log    In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR    January 26, 2026

| | I | J |
|---|---|---|
| 1 | **EMAILSUBJECT** | **AUTHOR** |
| 2 | Message summary [{"otherUserFbId":100041723408674,"threadFbId":null}] | |
| 3 | Message summary [{"otherUserFbId":100028925479616,"threadFbId":null}] | |
| 4 | Message summary [{"otherUserFbId":null,"threadFbId":6149505601759615}] | |
| 5 | Message summary [{"otherUserFbId":null,"threadFbId":6149505601759615}] | |

Meta Platforms, Inc. Privilege Log     In re: Social Media Adolescent Addiction/Personal Injury Products
Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR     January 26, 2026

|   | I | J |
|---|---|---|
| 1 | **EMAILSUBJECT** | **AUTHOR** |
| 6 | Message summary [{"otherUserFbId":null,"threadFbId":6149505601759615}] | |
| 7 | Message summary [{"otherUserFbId":null,"threadFbId":6277237262383547}] | |
| 8 | Message summary [{"otherUserFbId":null,"threadFbId":6277237262383547}] | |
| 9 | Message summary [{"otherUserFbId":null,"threadFbId":6277237262383547}] | |





Meta Platforms, Inc. Privilege Log    In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR    January 26, 2026

| | N | O | P | Q |
|---|---|---|---|---|
| 1 | BCC | DATETIMESENT | DATETIMERECEIVED | DOCDATE |
| 2 | | 11/22/2022 17:07 | 11/22/2022 17:07 | |
| 3 | | 11/22/2022 20:29 | 11/22/2022 20:29 | |
| 4 | | 3/10/2023 12:56 | 3/10/2023 12:56 | |
| 5 | | 3/10/2023 12:56 | 3/10/2023 12:56 | |

| | N | O | P | Q |
|---|---|---|---|---|
| 1 | **BCC** | **DATETIMESENT** | **DATETIMERECEIVED** | **DOCDATE** |
| 6 | | 3/10/2023 12:56 | 3/10/2023 12:56 | |
| 7 | | 7/7/2023 18:42 | 7/7/2023 18:42 | |
| 8 | | 7/7/2023 18:42 | 7/7/2023 18:42 | |
| 9 | | 7/7/2023 18:42 | 7/7/2023 18:42 | |

Meta Platforms, Inc. Privilege Log     In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR     January 26, 2026

| | R | S |
|---|---|---|
| 1 | **DOCUMENT TYPE** | **HASHVALUE** |
| 2 | E-mail | 864b69d60145aff508d1d04fc8daf154 |
| 3 | E-mail | 5e118f76b16b6dce9e45833b3d076cfe |
| 4 | E-mail | c56ba55a4992fcaeccc81d7cbc014c9d |
| 5 | E-mail | c56ba55a4992fcaeccc81d7cbc014c9d |

Meta Platforms, Inc. Privilege Log    In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR    January 26, 2026

| | R | S |
|---|---|---|
| 1 | **DOCUMENT TYPE** | **HASHVALUE** |
| 6 | E-mail | c56ba55a4992fcaeccc81d7cbc014c9d |
| 7 | E-mail | 582bc06cf9b7c03f23199b8b6944560f |
| 8 | E-mail | 582bc06cf9b7c03f23199b8b6944560f |
| 9 | E-mail | 582bc06cf9b7c03f23199b8b6944560f |





| | V | W |
|---|---|---|
| 1 | **THREADID** | **Privilege Description** |
| 2 | D001450c3 | Redaction of chat messages among employees reflecting legal advice of ▮▮▮▮▮! and Outside Counsel! in anticipation of litigation and in relation to language in the background section of a research plan. |
| 3 | D0018f865 | Redaction of chat messages among employees reflecting legal advice of ▮▮▮▮▮! and Outside Counsel! in anticipation of litigation and in relation to language in the background section of a research plan. |
| 4 | D00026a42 | Redaction of chat messages among employees seeking legal advice of Jen Newstead! in relation to research study. |
| 5 | D00026a42 | Redaction of chat messages among employees seeking and reflecting legal advice of In-house Counsel! in relation to research study. |

| | V | W |
|---|---|---|
| 1 | **THREADID** | **Privilege Description** |
| 6 | D00026a42 | Redaction of chat messages among employees seeking legal advice of ▮▮▮▮▮! in relation to research study efforts. |
| 7 | D00204809 | Redaction of chat messages between employees reflecting and discussing legal advice of ▮▮▮▮▮! in relation to draft slide presentation. |
| 8 | D00204809 | Redaction of chat messages among employees reflecting legal advice of In-house Counsel! in relation to litigation risk. |
| 9 | D00204809 | Redaction of chat messages among employees reflecting legal advice of In-house Counsel! in relation to draft slide presentation. |

Meta Platforms, Inc. Privilege Log    In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR    January 26, 2026

| | X |
|---|---|
| 1 | **PRIV TYPE** |
| 2 | Attorney-Client Privilege; Work Product |
| 3 | Attorney-Client Privilege; Work Product |
| 4 | Attorney-Client Privilege |
| 5 | Attorney-Client Privilege |

Meta Platforms, Inc. Privilege Log

In re: Social Media Adolescent Addiction/Personal Injury Products
Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR

January 26, 2026

| | X |
|---|---|
| 1 | **PRIV TYPE** |
| 6 | Attorney-Client Privilege |
| 7 | Attorney-Client Privilege |
| 8 | Attorney-Client Privilege |
| 9 | Attorney-Client Privilege |