| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**[PROPOSED] ORDER ON MOTION TO SEAL (PRIVILEGE LOG FILED IN RESPONSE TO THE COURT'S JANUARY 12, 2026, ORDER RESOLVING DISPUTE RE: FOUR META DOCUMENTS AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's Order Setting Sealing Procedures (ECF 341), the Court rules as follows on Meta's Motion to Seal regarding the Privilege Log filed as an attachment to Meta's Notice of Compliance pursuant to the Court's January 12, 2026, Order Resolving Dispute Re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege ("ECF 2633-1) ("Final Privilege Order").

| Filing | Portion to be Sealed | Action To Be Taken | Court's Order |
|---|---|---|---|
| Privilege Log filed as an Attachment to Meta's Notice of Compliance | Names of non-executive employees | Redact specified portion | |

**SO ORDERED.**

DATED: _____

                                                              Hon. Peter H. Kang
United States Magistrate Judge