UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 22-md-3047-YGR<br><br>MDL No. 3047<br><br>**CASE MANAGEMENT ORDER NO. 31 (Trial Date, Plaintiff Steering Committee Appointments, Sealing, et al)**<br><br>*Upcoming Case Management Conferences:*<br>February 11, 2026 at 9:00 a.m.<br>March 18, 2026 at 9:00 a.m. |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court held a further case management conference in the above-captioned matter on January 26, 2025. This order memorializes and expands upon the deadlines set and findings made by the Court during that conference.

**I.   APPLICATIONS FOR APPOINTMENT AND REAPPOINTMENT TO PLAINTIFFS' LEADERSHIP**

On January 24, 2025, the Court appointed members of the Plaintiffs' Steering Committee ("PSC") in this MDL, to remain in effect until the last day of January of 2026. (Dkt. No. 1608.) Members of the PSC have now submitted requests for reappointment describing the nature and scope of their work as well as time and resources expended by others from their respective firms.

First, all current plaintiffs' leadership, except for two members, seek reappointment. Paige Boldt and Sin-Ting Mary Liu informed the Court they do not seek reappointment to leadership for 2026. The Court accepts the resignations and deems them withdrawn from plaintiffs' leadership.

Second, two individuals filed applications for appointment to plaintiffs' leadership: Khaldoun Baghdadi (in camera) and Karen Swope (in camera).

Having carefully considered counsel's letters and their diligence and efficiency in advancing the litigation, the Court **GRANTS** all requests for reappointment to the PSC, **GRANTS** Khaldoun Baghdadi's application for appointment, and **DENIES** Karen Swope's application for appointment.

Appointments of the members of the PSC are personal to the named attorney. Appointees cannot be substituted by other attorneys, including members of the appointee's law firm, to perform the PSC's exclusive functions, such as committee meetings and court appearances, except with prior approval of the Court. The Court is regularly concerned with the breadth of the leadership structure generally requested by attorneys in this type of case. Thus, to provide oversight for efficiency and quality, as well for compliance with this Court's orders, all appointments shall be in effect for **one year ending on the last day of January.**

All appointed counsel must submit a request for reappointment by no later than the **last Friday in December.** The requests shall contain references to the nature and scope of their work as Co-Lead Counsel or on the PSC, including the time and resources expended both personally during the prior term and in a supervisory capacity. To the extent others from the appointee's firm have also expended time and resources, that shall be explained as well. Generally, requests for reappointment should be in letter format (not to exceed four pages) attaching a chart with the specifics on time and resources expended. Further, counsel shall explicitly disclose whether they are using litigation funding. The requests and accompanying statements should be made *in camera* and submitted to ygrchambers@cand.uscourts.gov with the subject line entitled "MDL Request for Reappointment."

II.   **FIRST BELLWETHER TRIAL DATE**

The Court provides notice that, if defendants' motions for summary judgment are denied, the first bellwether school district trial date shall begin with opening statements on June 15, 2026 with jury selection to begin on the prior Friday, June 12, 2026.

### III. MOTION TO SEAL DEADLINES

In relation to Dkt. No. 2598 setting forth briefing deadlines for omnibus motions to seal, the parties sought extensions to February 2, February 20, and February 26 respectively for their motions, oppositions, and replies. That request is **DENIED**. The Court provided guidance regarding the outstanding categories of sealing disputes and requests a filing on February 9, 2026 reflecting resolution of those disputes. The parties may also submit an index of documents for which there are outstanding disputes relating to relevance to enable the Court to make sealing determinations.

**IT IS SO ORDERED.**

Dated: January 27, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**