1  [*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **BREATHITT COUNTY BOARD OF EDUCATION'S PROPOSED ADDITIONAL JUROR QUESTIONS** |
| *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* | Judge: Hon. Yvonne Gonzalez Rogers |
| Case No.: 4:23-cv-01804-YGR | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Standing Order re Pretrial Instructions in Civil Cases and Case Management Order No. 30, Breathitt Board of Education submits the proposed additional questions for the juror SurveyMonkey Questionnaire in Exhibit A.

DATED: January 28, 2026

Respectfully submitted,

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

BREATHITT COUNTY BOARD OF EDUCATION'S
PROPOSED ADDITIONAL JUROR QUESTIONS

3426273.1

| | |
|---|---|
| 1 | RON AUSTIN |
| 2 | **RON AUSTIN LAW** |
| | 400 MANHATTAN BLVD. |
| 3 | HARVEY, LA 70058 |
| | Telephone: 504-227–8100 |
| 4 | raustin@ronaustinlaw.com |
| 5 | |
| | KHALDOUN BAGHDADI |
| 6 | **WALKUP, MELODIA KELLY & SCHOENBERGER** |
| 7 | 650 CALIFORNIA STREET, 26th FL |
| | SAN FRANCISCO, CA 94108 |
| 8 | Telephone: 415-981-7210 |
| | kbaghdadi@walkuplawoffice.com |
| 9 | |
| 10 | AELISH M. BAIG |
| | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 11 | 1 MONTGOMERY STREET, #1800 |
| | SAN FRANCISCO, CA 94104 |
| 12 | Telephone: 415-288-4545 |
| | AelishB@rgrd.com |
| 13 | |
| 14 | THOMAS P. CARTMELL |
| | **WAGSTAFF & CARTMELL LLP** |
| 15 | 4740 Grand Avenue, Suite 300 |
| | Kansas City, MO 64112 |
| 16 | Telephone: 816-701-1100 |
| | tcartmell@wcllp.com |
| 17 | |
| 18 | FELICIA CRAICK |
| | **KELLER ROHRBACK LLP** |
| 19 | 1201 THIRD AVENUE, SUITE 3400 |
| | SEATTLE< WA 98101 |
| 20 | Telephone: 206-623-1900 |
| | fcraick@kellerrohrback.com |
| 21 | |
| 22 | SARAH EMERY |
| | **HENDY JOHNSON VAUGHN EMERY PSC** |
| 23 | 600 WEST MAIN STREET, SUITE 100 |
| | LOUISVILLE, KT 40202 |
| 24 | Telephone: 859-600-6725 |
| | semery@justicestartshere.com |
| 25 | |
| 26 | KIRK GOZA |
| | **GOZA HONNOLD** |
| 27 | 9500 NALL AVE. #400 |
| | OVERLAND PARK, KS 66207 |
| 28 | Telephone: 913-412-2964 |

Kgoza@gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777
mlegg@lawbmf.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

3426273.1

BREATHITT COUNTY BOARD OF EDUCATION'S
PROPOSED ADDITIONAL JUROR QUESTIONS

| | |
|---|---|
| 1 | |
| 2 | RUTH THI RIZKALLA<br>**THE CARLSON LAW FIRM, PC**<br>1500 ROSECRANS AVE., STE. 500<br>MANHATTAN BEACH, CA 90266<br>Telephone: 415-308-1915<br>rrizkalla@carlsonattorneys.com |
| 3 | |
| 4 | |
| 5 | |
| 6 | ROLAND TELLIS<br>DAVID FERNANDES<br>**BARON & BUDD, P.C.**<br>15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436<br>Telephone: 818-839-2333<br>rtellis@baronbudd.com<br>dfernandes@baronbudd.com |
| 7 | |
| 8 | |
| 9 | |
| 10 | DIANDRA "FU" DEBROSSE ZIMMERMANN<br>**DICELLO LEVITT**<br>505 20th St North<br>Suite 1500<br>Birmingham, Alabama 35203<br>Telephone: 205-855-5700<br>fu@dicellolevitt.com |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | Plaintiffs' Steering Committee Membership |
| 16 | JOSEPH VANZANDT<br>**BEASLEY ALLEN**<br>234 COMMERCE STREET<br>MONTGOMERY, LA 36103<br>Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen.com |
| 17 | |
| 18 | |
| 19 | |
| 20 | Federal/State Liaison |
| 21 | *Attorneys for Individual Plaintiffs* |