# EXHIBIT A

1.  Do you believe school districts <u>should not</u> be allowed to sue social media companies for any alleged harmful effects social media use has on the learning environment?

    Yes

    No

    If Yes, please explain

2.  Do you think the benefits of social media use by children and teenagers outweigh any alleged risks of social media use.

    Yes

    No

    If Yes, please explain

3.  Do you agree or disagree: There is no such thing as social media addiction.

    Agree

    Disagree

4.  Do you agree or disagree: Social media use is no more harmful to children and teenagers than other forms of media like television, movies, videogames, music or podcasts.

    Agree

    Disagree

5.  Do you agree or disagree: Most lawsuits against large corporations are brought just because they have "deep pockets."

    Agree

    Disagree