# EXHIBIT A

1.  Have you or someone close to you (including a child/teen) ever struggled with mental health issues (e.g., depression, anxiety, issues with body image or eating disorders, suicide, or other mental health issues)?  Check all that apply.

    Yes, I have.
    Yes, my child has.
    Yes, another child has.
    Yes, another adult has.
    No.
    If yes, please explain.

2.  Have you or someone close to you been harmed by or addicted to social media and feel that social media companies are to blame?

    No.
    Yes.  Please explain.

3.  Do you have any strong negative feelings about Meta (Facebook, Instagram), Snap (Snapchat), TikTok (TikTok), or Google (YouTube)?

    No.
    Yes.  Please explain.

4.  Do you believe that social media companies should prohibit teens from using their platforms?

    No.
    Yes.  Please explain.

5.  Do you believe that social media use has led to a youth mental health crisis?

    No.
    Yes.  Please explain.