[*Submitting Counsel on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, <br><br>THIS DOCUMENT RELATES TO: <br><br>*Charleston County School District v. Meta Platforms Inc., et al.* | MDL No. 3047 <br><br> Case No. 4:23-CV-04659-YGR <br><br> **DEFENDANTS' PROPOSAL OF FIVE ADDITIONAL JUROR SURVEY QUESTIONS** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang <br><br> Pretrial Conference: TBD <br> Trial Date: TBD |

Pursuant to the Court's Standing Order re: Pretrial Instructions in Civil Cases (updated March 17, 2025), Case Management Order No. 27 (Doc. 2274), and Case Management Order No. 30 (Doc. 2549), Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., and Instagram, LLC (collectively, "Meta"); Snap, Inc. ("Snap"); TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC (collectively, "TikTok"); YouTube, LLC and Google LLC (collectively, "YouTube"), by and through their attorneys of record (collectively, "Defendants"), hereby submit the five additional juror survey questions in Exhibit A.[1]

---

[1] Defendants understand the Court's case management orders to require the submission of these five additional questions by January 28, 2026. To the extent the Court contemplates a future opportunity to propose juror survey questions for the lawsuit brought by this District, Defendants reserve all rights to amend their submission.

Dated: January 28, 2026

**WILLIAMS & CONNOLLY LLP**

<u>/s/ Ashley W. Hardin</u>
JOSEPH G. PETROSINELLI, *pro hac vice*
jpetrosinelli@wc.com
ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES, *pro hac vice*
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

**COVINGTON & BURLING LLP**

<u>/s/ Christian J. Pistilli</u>
ASHLEY M. SIMONSEN (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

PHYLLIS A. JONES (*pro hac vice*)
PAUL W. SCHMIDT (*pro hac vice*)
CHRISTIAN J. PISTILLI (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: cpistilli@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Instagram, LLC.*

**KING & SPALDING LLP**

<u>/s/ Bailey J. Langner</u>
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, pro hac vice
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

BAILEY J. LANGNER (SBN 307753)
*blangner@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

|   |   |
|---|---|
| 1 | **KIRKLAND & ELLIS LLP** |
| 2 | */s/ Andrew M. Karp* |
| 3 | ALLISON BROWN, *pro hac vice*<br>alli.brown@kirkland.com |
| 4 | KIRKLAND & ELLIS LLP<br>2005 Market Street, Suite 1000 |
| 5 | Philadelphia, PA 19103<br>Tel.: (215) 268-5000 |
| 6 | |
| 7 | JESSICA DAVIDSON, *pro hac vice*<br>jessica.davidson@kirkland.com |
| 8 | JOHN J. NOLAN, *pro hac vice*<br>jack.nolan@kirkland.com |
| 9 | ANDREW M. KARP, *pro hac vice*<br>andrew.karp@kirkland.com |
| 10 | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue |
| 11 | New York, NY 10022<br>Tel.: (212) 446-4800 |
| 12 | |
| 13 | **MUNGER, TOLLES & OLSON LLP** |
| 14 | JONATHAN H. BLAVIN (State Bar No. 230269)<br>Jonathan.Blavin@mto.com |
| 15 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor |
| 16 | San Francisco, CA 94105<br>Tel: (415) 512-4000 |
| 17 | |
| 18 | VICTORIA A. DEGTYAREVA (State Bar No. 284199) |
| 19 | Victoria.Degtyareva@mto.com<br>MUNGER, TOLLES & OLSON LLP |
| 20 | 350 South Grand Avenue, 50th Floor |
| 21 | Los Angeles, CA 90071<br>Tel.: (213) 683-9100 |
| 22 | Facsimile: (213) 687-3702 |
| 23 | *Attorneys for Defendant Snap Inc.* |

**ATTESTATION**

I, Andrew M. Karp, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: January 28, 2026                By:    */s/ Andrew M. Karp*
                                               Andrew M. Karp

                                               *Attorney for Defendant Snap Inc.*