# EXHIBIT B

**1.5 Claims and Defenses**

To help you follow the evidence, I will give you a brief summary of the positions of the parties:

The ~~p~~Plaintiff in this case is Tucson Unified School District, also referred to as "Plaintiff" or the "School District." The Defendants in this case are four groups of social media companies:~~[*name*] asserts that [*plaintiff's claims*]~~.

(1) Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC, referred to collectively as "Meta;"

(2) Snap, Inc., referred to as "Snap."

(3) TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC, referred to collectively as "TikTok;" and

(4) YouTube, LLC and Google LLC, referred to collectively as "YouTube."

Collectively, these social media companies are referred to as "Defendants."

The School District asserts that the Defendants negligently designed, operated, and/or marketed their social media platforms to target students and schools. The School District asserts that the Defendants' actions caused students to experience problematic use, compulsive use, and/or addiction to their platforms, resulting in a deterioration of youth learning, mental health, and overall well-being. The School District also asserts that Defendants' actions disrupted school operations and negatively impacted the school environment. The School District asserts that Defendants' actions harmed the School District by requiring the School District to expend and redirect already limited resources. The School District further asserts that the harms to the School District are ongoing and will continue to cause the School District harm. The School District asserts that the consequences of Defendants' actions were foreseeable, and Defendants failed to warn about those consequences.

~~The plaintiff [*name*]~~Tucson Unified School District brings two legal claims against Defendants: negligence and public nuisance. Tucson Unified School District has the burden of proving ~~these~~ its claim~~s~~. Later, I will explain the legal requirements that the School District must prove for its claim.

~~The defendant [*name*] denies those claims [and also contends that [*defendant's counterclaims and/or affirmative defenses*]]. [The defendant [*name*] has the burden of proof on these [*counterclaims and/or affirmative defenses*].]~~The Defendants deny Tucson Unified School District's claims. Defendants also assert the following affirmative defenses to Tucson Unified School District's claims: (1) comparative fault and (2) assumption of risk. Defendants have the burden of proof on these affirmative defenses.

~~[The plaintiff [*name*] denies [*defendant's counterclaims and/or affirmative defenses*].]~~
Tucson Unified School District denies Defendants' affirmative defenses.

Later I will explain the specific legal requirements that the parties must prove for each claim or defense.

**4.1 ~~Corporations and Partnerships—Fair Treatment~~Companies and Public Entities**

The Defendants in this case are companies. The Plaintiff in this case is a public entity. All parties are equal before the law. ~~and a [corporation] [partnership]~~Companies and public entities ~~is~~ are entitled to the same fair and conscientious consideration by you as any party.

**4.2 ~~Liability of Corporations—Scope of Authority Not in Issue~~**

Under the law, ~~a corporation~~Plaintiff and Defendants ~~is~~ are each considered to be a person. ~~It~~ and can only act through its employees, agents, directors, or officers. Therefore, ~~a corporation is~~Plaintiff and Defendants are each responsible for the acts of its employees, agents, directors, and officers ~~performed within the scope of authority~~.