[*Submitting Counsel on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:23-CV-01467-YGR<br><br>**DEFENDANTS' PROPOSAL OF FIVE ADDITIONAL JUROR SURVEY QUESTIONS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Pretrial Conference:  TBD<br>Trial Date:  TBD |
| This Document Relates to:<br><br>*Irvington Public Schools v. Meta Platforms, Inc. et al.* | |

1    Pursuant to the Court's Standing Order re: Pretrial Instructions in Civil Cases (updated
2 March 17, 2025), Case Management Order No. 27 (Doc. 2274), and Case Management Order No.
3 30 (Doc. 2549), Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., and Instagram, LLC
4 (collectively, "Meta"); Snap, Inc. ("Snap"); TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok
5 Ltd., and TikTok, LLC (collectively, "TikTok"); YouTube, LLC and Google LLC (collectively,
6 "YouTube"), by and through their attorneys of record (collectively, "Defendants"), hereby submit
7 the five additional juror survey questions in Exhibit A.[1]

---

[1] Defendants understand the Court's case management orders to require the submission of these five additional questions by January 28, 2026. To the extent the Court contemplates a future opportunity to propose juror survey questions for the lawsuit brought by this District, Defendants reserve all rights to amend their submission.

DATED: January 28, 2026

**KIRKLAND & ELLIS LLP**

By: */s/ Andrew M. Karp*
ALLISON BROWN, *pro hac vice*
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON, *pro hac vice*
jessica.davidson@kirkland.com
JOHN J. NOLAN, *pro hac vice*
jack.nolan@kirkland.com
ANDREW M. KARP, *pro hac vice*
andrew.karp@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: 212-446-4800

**MUNGER, TOLLES & OLSON LLP**

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: 415-512-4000

VICTORIA A. DEGTYAREVA (SBN 284199)
victoria.degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: 213-683-9100

*Attorneys for Defendant Snap Inc.*

**KING & SPALDING LLP**

By: */s/ Bailey J. Langner*
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, *pro hac vice*
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

BAILEY J. LANGNER (SBN 307753)
blangner@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

**COVINGTON & BURLING LLP**

By: */s/ Christian J. Pistilli*
ASHLEY M. SIMONSEN (Bar No. 275203)
asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

PHYLLIS A. JONES, *pro hac vice*
pajones@cov.com
PAUL W. SCHMIDT, *pro hac vice*
pschmidt@cov.com
CHRISTIAN J. PISTILLI, *pro hac vice*
cpistilli@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; and Instagram, LLC*

**WILLIAMS & CONNOLLY LLP**

By: */s/ Ashley W. Hardin*
JOSEPH G. PETROSINELLI, *pro hac vice*
jpetrosinelli@wc.com
ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES, *pro hac vice*
akeys@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Tel.: 202-434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

# **ATTESTATION**

I, Andrew M. Karp, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: January 28, 2026         By:    */s/ Andrew M. Karp*
                                              Andrew M. Karp

                                              *Attorney for Defendant Snap Inc.*