# EXHIBIT B

**1.5 Claims and Defenses**

To help you follow the evidence, I will give you a brief summary of the positions of the parties:

The [p]Plaintiff in this case is Irvington Public Schools. The Defendants in this case are four groups of social media companies: [name] asserts that [plaintiff's claims].

(1) Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC, referred to collectively as "Meta;"

(2) Snap, Inc., referred to as "Snap."

(3) TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC, referred to collectively as "TikTok;" and

(4) YouTube, LLC and Google LLC, referred to collectively as "YouTube."

Collectively, these social media companies are referred to as "Defendants."

Irvington Public Schools brings a claim of negligence against Defendants. Irvington Public Schools asserts that the Defendants negligently designed, operated, and/or marketed their social media platforms in ways that harmed students and schools. Irvington Public Schools asserts that the Defendants' actions caused students to experience problematic use, compulsive use, and/or addiction to their platforms, resulting in a deterioration of youth learning, mental health, and overall well-being. Irvington Public Schools also asserts that Defendants' actions disrupted school operations and negatively impacted the school environment. Irvington Public Schools asserts that Defendants' actions harmed it by requiring Irvington Public Schools to expend and redirect already limited resources. Irvington Public Schools further asserts that its harms are ongoing and will continue in the future. Irvington Public Schools asserts that the consequences of Defendants' actions were foreseeable, and Defendants failed to warn about those consequences.

The plaintiff [name] Irvington Public Schools has the burden of proving these its negligence claims. Later, I will explain the specific legal requirements for that claim.

The defendant [name] denies those claims [and also contends that [defendant's counterclaims and/or affirmative defenses]]. [The defendant [name] has the burden of proof on these [counterclaims and/or affirmative defenses.]] Defendants deny Irvington Public Schools' claim. Defendants also assert three affirmative defenses: (1) statute of limitations, (2) comparative negligence/fault, and (3) failure to mitigate damages. Defendants have the burden of proof on these affirmative defenses.

[The plaintiff [name] denies [defendant's counterclaims and/or affirmative defenses].] Irvington Public Schools denies Defendants' affirmative defenses.

**4.1 ~~Corporations and Partnerships—Fair Treatment~~Companies and Public Entities**

The Defendants in this case are companies. The Plaintiff in this case is a public entity. All parties are equal before the law[.] ~~and a [corporation] [partnership]~~ Companies and public entities ~~is~~ are entitled to the same fair and conscientious consideration by you as any party.

**4.2 ~~Liability of Corporations—Scope of Authority Not in Issue~~**

Under the law, ~~a corporation~~ Plaintiff and Defendants ~~is~~ are each considered to be a person~~. It~~ and can only act through its employees, agents, directors, or officers. Therefore, ~~a corporation is~~ Plaintiff and Defendants are each responsible for the acts of its employees, agents, directors, and officers ~~performed within the scope of authority~~.