

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS      DOCUMENTS      MAINTENANCE                                          Back to Search            Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-01-23 09:20:11 EST |
| **Mark:** | INSTAGRAM |

# INSTAGRAM

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85426271 | **Application Filing Date:** | Sep. 19, 2011 |
| **US Registration Number:** | 4170675 | **Registration Date:** | Jul. 10, 2012 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |

| | |
|---|---|
| **Status:** | The registration has been renewed. |
| **Status Date:** | Jan. 10, 2023 |
| **Publication Date:** | Apr. 24, 2012 |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback