

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**     **DOCUMENTS**     **MAINTENANCE**                    Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-01-23 09:21:53 EST |
| **Mark:** | INSTA |

# INSTA

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86638028 | **Application Filing Date:** | May 21, 2015 |
| **US Registration Number:** | 5061916 | **Registration Date:** | Oct. 18, 2016 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | A Section 8 declaration has been accepted. | |
| **Status Date:** | Apr. 13, 2023 | |
| **Publication Date:** | Aug. 18, 2015 | |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback

Feedback