

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Generated on: | This page was generated by TSDR on 2026-01-23 09:25:47 EST | |
| Mark: | INSTAGRAM | *Instagram* |
| US Serial Number: | 86725488 | Application Filing Date: Aug. 14, 2015 |
| US Registration Number: | 5019151 | Registration Date: Aug. 09, 2016 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: Yes |
| Register: | Principal | |
| Mark Type: | Service Mark | |
| TM5 Common Status Descriptor: |  | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| Status: | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | |
| Status Date: | Jan. 12, 2023 | |
| Publication Date: | Feb. 23, 2016 | Notice of Allowance Date: Apr. 19, 2016 |

### Mark Information

### Goods and Services

### Basis Information (Case Level)

### Current Owner(s) Information

### Attorney/Correspondence Information

### Prosecution History

### TM Staff and Location Information

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

Feedback