

> **For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-01-23 09:31:21 EST |
| **Mark:** | INSTAGRAM |

# INSTAGRAM

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85426271 | **Application Filing Date:** | Sep. 19, 2011 |
| **US Registration Number:** | 4170675 | **Registration Date:** | Jul. 10, 2012 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Jan. 10, 2023 | | |
| **Publication Date:** | Apr. 24, 2012 | | |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information

**Summary**      **Conveyance Filter**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 3 | **Registrant:** | INSTAGRAM, INC. |

**Assignment 1 of 3**

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | **4710/0689** | **Pages:** | 4 |
| **Date Recorded:** | Feb. 03, 2012 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/4710/0689 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **BURBN, INC.** | **Execution Date:** | Jan. 24, 2012 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | |
|---|---|
| **Name:** | **INSTAGRAM, INC.** |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |
| **Address:** | 181 SOUTH PARK AVENUE<br>SAN FRANCISCO , CALIFORNIA 94107 |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | STACY E. DON |
| **Correspondent Address:** | 2050 MAIN STREET, SUITE 1100<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>IRVINE, CA 92614 |

**Domestic Representative - Not Found**

## Assignment 2 of 3

| | | | |
|---|---|---|---|
| **Conveyance:** | MERGER EFFECTIVE 08/31/2012 | | |
| **Reel/Frame:** | **4883/0974** | **Pages:** | 6 |
| **Date Recorded:** | Oct. 18, 2012 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/4883/0974 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **INSTAGRAM, INC.** | **Execution Date:** | Mar. 13, 2012 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | |
|---|---|
| **Name:** | **IRIS ACQUISITION SUB I, LLC** |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1601 WILLOW ROAD<br>MENLO PARK , CALIFORNIA 94025 |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | AARON FENNIMORE C/O COOLEY LLP |
| **Correspondent Address:** | 777 6TH STREET, NW, SUITE 1100<br>WASHINGTON, DC 20001 |

**Domestic Representative - Not Found**

## Assignment 3 of 3

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | **4900/0369** | **Pages:** | 4 |
| **Date Recorded:** | Nov. 14, 2012 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/4900/0369 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **IRIS ACQUISITION SUB 1, LLC** | **Execution Date:** | Sep. 12, 2012 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | |
|---|---|
| **Name:** | **INSTAGRAM, LLC** |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1601 WILLOW ROAD<br>MENLO PARK , CALIFORNIA 94025 |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | AARON FENNIMORE C/O COOLEY LLP |
| **Correspondent Address:** | 777 6TH STREET, NW, SUITE 1100<br>WASHINGTON, DC 20001 |

**Domestic Representative - Not Found**

**Proceedings - Click to Load**

Feedback



> **For assistance with TSDR,** email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Generated on: | This page was generated by TSDR on 2026-01-23 09:27:07 EST | | | |
| Mark: | INSTAGRAM | | | *INSTAGRAM* |
| US Serial Number: | 85426267 | | Application Filing Date: | Sep. 19, 2011 |
| US Registration Number: | 4146057 | | Registration Date: | May 22, 2012 |
| Filed as TEAS Plus: | Yes | | Currently TEAS Plus: | Yes |
| Register: | Principal | | | |
| Mark Type: | Trademark | | | |
| TM5 Common Status Descriptor: |  | | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| Status: | The registration has been renewed. | | | |
| Status Date: | Nov. 11, 2022 | | | |
| Publication Date: | Mar. 06, 2012 | | | |

### Mark Information

### Related Properties Information

### Goods and Services

### Basis Information (Case Level)

### Current Owner(s) Information

### Attorney/Correspondence Information

### Prosecution History

### TM Staff and Location Information

### Assignment Abstract Of Title Information

| Summary | | | | Conveyance Filter | |
|---|---|---|---|---|---|
| Total Assignments: | 3 | | Registrant: | INSTAGRAM, INC. | |

**Assignment 1 of 3**

| | | | | |
|---|---|---|---|---|
| Conveyance: | CHANGE OF NAME | | | |
| Reel/Frame: | 4710/0689 | | Pages: | 4 |
| Date Recorded: | Feb. 03, 2012 | | | |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/4710/0689 | | | |

**Assignor**

| | | | | |
|---|---|---|---|---|
| Name: | BURBN, INC. | | Execution Date: | Jan. 24, 2012 |

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **INSTAGRAM, INC.** | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 181 SOUTH PARK AVENUE<br>SAN FRANCISCO , CALIFORNIA 94107 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | STACY E. DON |
| **Correspondent Address:** | 2050 MAIN STREET, SUITE 1100<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>IRVINE, CA 92614 |

**Domestic Representative - Not Found**

### Assignment 2 of 3

| | | | |
|---|---|---|---|
| **Conveyance:** | MERGER EFFECTIVE 08/31/2012 | | |
| **Reel/Frame:** | **4883/0974** | **Pages:** | 6 |
| **Date Recorded:** | Oct. 18, 2012 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/4883/0974 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **INSTAGRAM, INC.** | **Execution Date:** | Mar. 13, 2012 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **IRIS ACQUISITION SUB I, LLC** | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1601 WILLOW ROAD<br>MENLO PARK , CALIFORNIA 94025 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | AARON FENNIMORE C/O COOLEY LLP |
| **Correspondent Address:** | 777 6TH STREET, NW, SUITE 1100<br>WASHINGTON, DC 20001 |

**Domestic Representative - Not Found**

### Assignment 3 of 3

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | **4900/0369** | **Pages:** | 4 |
| **Date Recorded:** | Nov. 14, 2012 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/4900/0369 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **IRIS ACQUISITION SUB 1, LLC** | **Execution Date:** | Sep. 12, 2012 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **INSTAGRAM, LLC** | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

Feedback

| | |
|---|---|
| **Address:** | 1601 WILLOW ROAD<br>MENLO PARK , CALIFORNIA 94025 |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | AARON FENNIMORE C/O COOLEY LLP |
| **Correspondent Address:** | 777 6TH STREET, NW, SUITE 1100<br>WASHINGTON, DC 20001 |

**Domestic Representative - Not Found**

**Proceedings - Click to Load**

Feedback