

Subscribe



● LIVE ON BLOOMBERG TV

CC-Transcript

06:42
user generated content? Do you think they're on to something

06:46
there? Well, I think the most important thing

06:50
is there's transparency around which data are being used and then there's

06:54
control. And increasingly there's not a lot of

06:56
transparency. And I think that's an area we all need

06:58
to work on. Yet I don't think there's going to be

07:00
trust in these models to the extent there's not transparency around data.

07:05
I also think, you know, Open our Eyes have been great about this sort of

07:10
publishing where they stand. I think we've also been trying to be

07:13
really outspoken. We honor robots.txt and no air tags.

07:18
So if publishers are indicating they don't want their data used in training,

07:21
we don't. And I think those sorts of very clear,

07:24
simple guardrails for institutions that don't want to be a part of the training

07:28
are important. So that's one area that I think will be

07:32
critical and will need to continue to be refined going forward.

07:35
We've seen reports in Chinese state media that Lama is really widely used by

07:42
the Chinese ecosystem, startup ecosystem.

07:47
What's your sense of how widely used it is there and are you do you have

# Meta's Cox on Building AI Into the Product Suite

**Bloomberg Technology Summit**
May 9th, 2024, 4:13 PM EDT

Chris Cox, Chief Product Officer, Meta shares Meta's plans for AI and what its nearly 4 billion global users across its suite of products should expect wi Bloomberg's Tom Giles and Sarah Frier at Bloomberg Tech in San Francisco. (Source: Bloomberg)

# More From Bloomberg Technology Summit


▶ 12:27


▶ 01:50
Bloomberg Tech SF Highlights


▶ 18:24


▶ 16:51

Figma CEO Field on Growth Opportunities in Design

Vanta & Y Combinator Talk Future of Entrepreneurship

Synchron CEO on What's Next for Brain Chip Implants

ALL EPISODES AND CLIPS

# Bloomberg Technology



The only daily news program focused exclusively on technology, innovation and the future of business from San Francisco. Hosted by Emily Chang.



▶ 22:58

**Powering the AI Boom | Bloomberg Tech: Asia 1/23/2026**



▶ 45:38

**Altman Meets With Investors, OpenAI $830B Valuation | Bloomberg Tech**



▶ 10:52

**Bezos' Blue Origin Tops 90 Space Travelers With NS-38**



▶ 53:04

**Trump Rattles Europe Defense Tech | Bloomberg Tech 1/21/2026**

MORE EPISODES AND CLIPS

# The David Rubenstein Show



"The David Rubenstein Show: Peer-to-Peer Conversations" explores successful leadership through the personal and professional choices of the most influential people in business.

▶ 24:05

**David Rubenstein Show: Jamie Dimon**



▶ 24:05

**The David Rubenstein Show: Bill Browder**



▶ 24:05

**David Rubenstein Show: Ray Dalio**



▶ 24:06

**The David Rubenstein Show: Ynon Kreiz**

MORE EPISODES AND CLIPS

# See all shows

Terms of Service   Do Not Sell or Share My Personal Information   Trademarks   Privacy Policy

Careers   Advertise   Ad Choices ▷   Help

©2026 Bloomberg L.P. All Rights Reserved.