IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> 4:23-cv-05448 | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR <br><br> **DECLARATION OF CATHERINE DIAZ IN SUPPORT OF THE STATE AGS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |

I, CATHERINE DIAZ, hereby declare and state as follows:

1. I have been employed as an investigator at the California Department of Justice for 3 years. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, would competently testify to them.

2. In my role at the California Department of Justice, I routinely work to identify the owner or operator of various websites.

3. WHOIS is an online directory that provides information about the owner of web domain names, including the owner's name, address, phone number, and email address.

1

DECLARATION OF CATHERINE DIAZ IN SUPPORT OF THE STATE AGS' MOTION FOR PARTIAL SUMMARY JUDGMENT (4:22-md-03047-YGR; 4:23-cv-05448-YGR)

4. I routinely rely on WHOIS information to identify the owner of websites, including as the basis for search warrants. WHOIS data is a standard source that investigators use to determine the owner of websites and can be accessed at https://who.is.

5. Instagram's domain name, or string of text associated with the numerical IP address of a website, is www.instagram.com. To find instagram.com's registrar, or the company that manages the reservation of this domain name, on January 26, 2026, I used the "WHOIS" search feature accessed at https://who.is/whois and searched "Instagram.com". WHOIS listed Instagram's registrar as "RegistrarSafe, LLC." Attached as Exhibit A is a screenshot of Who.is showing the information displayed on the page.

6. On January 26, 2026, I visited https://www.registrarsec.com/about/lookup, which is the website for Instagram.com's domain registrar, RegistrarSafe, LLC. I entered Instragram.com in the "Domain Name" field. Attached as Exhibit B is a screenshot showing the RegistrarSafe, LLC page with the information displayed on the page. It shows the following "Registrant Information" for "Instagram.com":

    a. Name: Domain Admin

    b. Email: domain@fb.com

    c. Organization: Instagram LLC

    d. Address: 1601 Willow Rd, Menlo Park, CA, 94025

7. On January 26, 2026, I visited https://rdap.registrarsec.com/rdap/domain/INSTAGRAM.COM, which is the authoritative source of information used by the WHOIS directory to respond to queries concerning Instagram.com. Attached as Exhibit C is a screenshot showing the information displayed at that URL.

8. As shown in Exhibit C, the WHOIS directory for Instagram.com lists the same information for the "registrant" of "Instagram.com" as the domain registrar's lookup tool in Exhibit B, including the following:

    a. Fn: Domain Admin

    b. Org: Instagram LLC

        c.   Email: domain@fb.com

        d.   Address: 1601 Willow Rd, Menlo Park, CA, 94025

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 27, 2026 in San Diego, CA.

                                                       Catherine Diaz

DECLARATION OF CATHERINE DIAZ IN SUPPORT OF THE STATE AGS' MOTION FOR PARTIAL SUMMARY JUDGMENT (4:22-md-03047-YGR; 4:23-cv-05448-YGR)