Captured at: 01/26/2026 02:45 PM    URL: https://who.is/whois/instagram.com

who.is                                                                WHOIS   RDAP   DNS   Uptime   Domain Events   Website Monitoring   Login

# WHOIS Domain Lookup

Look up registration details, contacts, and nameservers for any domain name

[ Enter a domain name... ]   **Search**

## instagram.com
WHOIS Information
IP Address: 157.240.229.174

[ Whois ] [ RDAP ] [ DNS Records ] [ Uptime ] [ Diagnostics ] [ 🔒 Hide Contact Info ]
[ Refresh Data ]

The domain **instagram.com** is registered. You can still try to buy it **here**.

### Registrar Information

**Registrar**
RegistrarSafe, LLC

**WHOIS Server**
whois.registrarsafe.com

**Referral URL**
http://www.registrarsafe.com

### Important Dates

**Created**
6/4/2004

**Updated**
6/25/2025

**Expires**
6/4/2034

### Nameservers

| Hostname | IP Address |
|---|---|
| a.ns.instagram.com | 129.134.30.12 |
| b.ns.instagram.com | 129.134.31.12 |
| c.ns.instagram.com | 185.89.218.12 |
| d.ns.instagram.com | 185.89.219.12 |

### Domain Status

clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited

clientTransferProhibited https://icann.org/epp#clientTransferProhibited

clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

serverDeleteProhibited https://icann.org/epp#serverDeleteProhibited

serverTransferProhibited https://icann.org/epp#serverTransferProhibited

serverUpdateProhibited https://icann.org/epp#serverUpdateProhibited

clientDeleteProhibited https://www.icann.org/epp#clientDeleteProhibited

clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited

clientUpdateProhibited https://www.icann.org/epp#clientUpdateProhibited

serverDeleteProhibited https://www.icann.org/epp#serverDeleteProhibited

serverTransferProhibited https://www.icann.org/epp#serverTransferProhibited

serverUpdateProhibited https://www.icann.org/epp#serverUpdateProhibited

## Contact Information

### Registrant Contact

Name
Domain Admin

Organization
Instagram LLC

Address
Menlo Park, CA
US

Phone
+1.6505434800

Email
domain [at] fb [dot] com

### Admin Contact

Name
Domain Admin

Organization
Instagram LLC

Address
Menlo Park, CA
US

Phone
+1.6505434800

Email
domain [at] fb [dot] com

### Tech Contact

Name
Domain Admin

Organization
Instagram LLC

Address
Menlo Park, CA
US

Phone
+1.6505434800

Email
domain [at] fb [dot] com

## Similar Domains

insta01.uz
insta02.com
insta100.com
insta---112.com
insta118.ir
insta---119k1.com
insta-159.ru
insta1.ch
insta1.cl
insta-1.com

## Raw WHOIS Data

Raw WHOIS responses from registry and registrar servers.

Raw Registry WHOIS Data

Raw Registrar WHOIS Data

**About WHOIS**

WHOIS is a query and response protocol used for querying databases that store registered users of Internet resources, including domain names and IP addresses.

The protocol provides essential information about domain ownership, administrative contacts, and technical details that are invaluable for domain management and security purposes.

Overview    FAQ    Terms    Contact

© 2026 who.is All rights reserved.