**Captured at: 01/26/2026 06:13 PM URL: https://rdap.registrarsec.com/rdap/domain/INSTAGRAM.COM**

Pretty-print ☑


```
{
  "rdapConformance": [
    "rdap_level_0",
    "icann_rdap_response_profile_1",
    "icann_rdap_technical_implementation_guide_1",
    "redacted"
  ],
  "notices": [
    {
      "title": "Status Codes",
      "description": [
        "For more information on domain status codes, please visit https://icann.org/epp"
      ],
      "links": [
        {
          "value": "https://rdap.registrarsec.com/rdap/domain/INSTAGRAM.COM",
          "rel": "glossary",
          "href": "https://icann.org/epp"
        }
      ]
    },
    {
      "title": "RDDS Inaccuracy Complaint Form",
      "description": [
        "URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf"
      ],
      "links": [
        {
          "value": "https://rdap.registrarsec.com/rdap/domain/INSTAGRAM.COM",
          "rel": "help",
          "href": "https://icann.org/wicf"
        }
      ]
    },
    {
      "title": "Terms of Service",
      "description": [
        "Access to RegistrarSafe, LLC RDAP information is provided to assist persons in determining the contents of a domain name registration record in the RegistrarSafe, LLC registry database. The data in this record is provided by RegistrarSafe, LLC for informational purposes only, and RegistrarSafe, LLC does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or RegistrarSafe, LLC except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. RegistrarSafe, LLC reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy"
      ],
      "links": [
        {
          "value": "https://rdap.registrarsec.com/rdap/domain/INSTAGRAM.COM",
          "rel": "terms-of-service",
          "href": "https://registrarsec.com/terms-and-conditions.pdf"
        }
      ]
    }
  ],
  "objectClassName": "domain",
  "ldhName": "instagram.com",
  "links": [
    {
      "value": "https://rdap.registrarsec.com/rdap/domain/INSTAGRAM.COM",
      "rel": "self",
      "href": "https://rdap.registrarsec.com/rdap/domain/INSTAGRAM.COM",
      "type": "application/rdap+json"
    }
  ],
  "events": [
    {
      "eventAction": "registration",
      "eventDate": "2004-06-04T13:37:18Z"
    },
    {
      "eventAction": "expiration",
      "eventDate": "2034-06-04T13:37:18Z"
    },
    {
      "eventAction": "registrar expiration",
      "eventDate": "2034-06-04T13:37:18Z"
    },
    {
      "eventAction": "last update of RDAP database",
      "eventDate": "2026-01-27T02:13:07Z"
    }
  ],
  "status": [
```

```
    "client delete prohibited",
    "client transfer prohibited",
    "client update prohibited",
    "server delete prohibited",
    "server transfer prohibited",
    "server update prohibited"
  ],
  "entities": [
    {
      "objectClassName": "entity",
      "handle": "3237",
      "entities": [
        {
          "objectClassName": "entity",
          "roles": [
            "abuse"
          ],
          "vcardArray": [
            "vcard",
            [
              [
                "version",
                {

                },
                "text",
                "4.0"
              ],
              [
                "fn",
                {

                },
                "text",
                "Abuse Contact"
              ],
              [
                "email",
                {

                },
                "text",
                "abusecomplaints@registrarsafe.com"
              ],
              [
                "tel",
                {
                  "type": "voice"
                },
                "uri",
                "tel:+1.6503087004"
              ]
            ]
          ]
        }
      ],
      "roles": [
        "registrar"
      ],
      "links": [
        {
          "value": "https://rdap.registrarsec.com/rdap/",
          "rel": "about",
          "href": "https://registrarsec.com"
        }
      ],
      "publicIds": [
        {
          "type": "IANA Registrar ID",
          "identifier": "3237"
        }
      ],
      "vcardArray": [
        "vcard",
        [
          [
            "version",
            {

            },
            "text",
            "4.0"
          ],
          [
            "fn",
            {

            },
            "text",
            "RegistrarSafe, LLC"
          ]
```

```
      ]
    ]
  },
  {
    "objectClassName": "entity",
    "roles": [
      "registrant"
    ],
    "vcardArray": [
      "vcard",
      [
        [
          "version",
          {

          },
          "text",
          "4.0"
        ],
        [
          "fn",
          {

          },
          "text",
          "Domain Admin"
        ],
        [
          "org",
          {

          },
          "text",
          "Instagram LLC"
        ],
        [
          "email",
          {

          },
          "text",
          "domain@fb.com"
        ],
        [
          "tel",
          {
            "type": "voice"
          },
          "uri",
          "tel:+1.6505434800"
        ],
        [
          "adr",
          {
            "cc": "US"
          },
          "text",
          [
            "",
            "",
            "1601 Willow Rd",
            "Menlo Park",
            "CA",
            "94025",
            ""
          ]
        ]
      ]
    ]
  },
  {
    "objectClassName": "entity",
    "roles": [
      "technical"
    ],
    "vcardArray": [
      "vcard",
      [
        [
          "version",
          {

          },
          "text",
          "4.0"
        ],
        [
          "fn",
          {
```

```
            },
            "text",
            "Domain Admin"
          ],
          [
            "email",
            {

            },
            "text",
            "domain@fb.com"
          ],
          [
            "tel",
            {
              "type": "voice"
            },
            "uri",
            "tel:+1.6505434800"
          ]
        ]
      ]
    }
  ],
  "nameservers": [
    {
      "objectClassName": "nameserver",
      "ldhName": "a.ns.instagram.com"
    },
    {
      "objectClassName": "nameserver",
      "ldhName": "b.ns.instagram.com"
    },
    {
      "objectClassName": "nameserver",
      "ldhName": "c.ns.instagram.com"
    },
    {
      "objectClassName": "nameserver",
      "ldhName": "d.ns.instagram.com"
    }
  ],
  "secureDNS": {
    "delegationSigned": false
  },
  "redacted": [
    {
      "name": {
        "type": "Registry Domain ID"
      },
      "method": "removal"
    },
    {
      "name": {
        "type": "Registry Registrant ID"
      },
      "method": "removal"
    },
    {
      "name": {
        "type": "Registry Tech ID"
      },
      "method": "removal"
    }
  ]
}
```