James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   rouhandeh@davispolk.com
         antonio.perez@davispolk.com
         caroline.stern@davispolk.com
         corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

*Additional counsel listed on signature pages*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>         4:23-cv-05448-YGR<br><br>**META'S TEMPORARY SEALING MOTION (META'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ADAM ALTER AND RAVI IYER)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") file this Temporary Sealing Motion regarding Meta's Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer (ECF No. 2701). Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2702-1 | Meta's Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2702-2 | Appendix A to Meta's Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2702-3 | Declaration of Antonio J. Perez-Marques in Support of Meta's Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer | Not filed under seal |
| ECF No. 2702-4 | Exhibit 1, Trial Report of Adam Alter (August 1, 2025) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2702-5 | Exhibit 2, Trial Report of Ravi Iyer (August 1, 2025) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2702-6 | Exhibit 3, Excerpts of Adam Alter Deposition Transcript (December 12, 2025) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2702-7 | Exhibit 4, Jan Biermann, John Horton, & Johannes Walter, *Algorithmic Advice as a Credence Good* (ZEW Ctr. for Eur. Econ. Rsch., Discussion Paper No. 22-071, 2022) | Not filed under seal |
| ECF No. 2702-8 | Exhibit 5, Excerpt of Expert Report of Professor Adam Alter, *O'Connor v. Ford*, 1:19-cv-05045 (N.D. Ill. Sept. 8, 2023) | Not filed under seal |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2702-9 | Exhibit 6, Excerpt of Expert Report of Bruce Isaacson (October 17, 2025) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2702-10 | Exhibit 7, Rebuttal Trial Report of Adam Alter (November 21, 2025) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2702-11 | Exhibit 8, Excerpts of Ravi Iyer Deposition Transcript (November 5, 2025) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2702-12 | Proposed Order Granting Meta's Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer | Not filed under seal |

Dated: January 30, 2026                    Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ Antonio J. Perez-Marques*

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

COVINGTON & BURLING LLP
Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing and its attachments will be served electronically on counsel for Plaintiffs to the email addresses that were designated by counsel for that purpose.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: January 30, 2026         /s/ Antonio J. Perez-Marques
                                Antonio J. Perez-Marques