# EXHIBIT 5

# EXHIBIT 1

Privileged and Confidential

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN O'CONNOR, STANISLAW ZIELINSKI, DANIEL FAIR, BRYAN SMITH, JASON STEEN, WILLIAM FIEDLER, MICHAEL BARCELONA, ROBERT MARINO, BRIAN DOUGHERTY, SUSAN HELLER, VICTOR M. ORNDORFF, and MICHAEL MCDONALD on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**FORD MOTOR COMPANY,**<br><br>**Defendant.** | Case No. 1:19-cv-05045 |

**Expert Report of Professor Adam Alter**
March 30, 2023

Privileged and Confidential

beverages will not make him or her ill, be improperly labelled, or contain ingredients that aren't listed on the label. If these passive expectations are met, they remain passive, but, if they are not met (e.g. if the beverage does make the consumer ill), they will become apparent to the consumer.

27. These expectations are driven, to a large extent, by the associations consumers form between brands and certain attributes (i.e., characteristics associated with the brand or a specific product attached to the brand). For example, consumers might associate certain brands with reliability and trustworthiness, and other brands with excitement and risk. These attributes color the expectations those consumers hold about products manufactured by each brand.[9]

28. It is important to distinguish between active and passive expectations because many fundamental product expectations are passive, and so consumers may not volunteer those expectations unprompted when asked to list their expectations about the product. Returning to the example above, a consumer purchasing Coca-Cola might say, "I expect this beverage to taste the way Coca-Cola has always tasted in the past," but is less likely to say, "I expect this beverage not to contain bacteria that will make me ill." This latter expectation is more likely to be passive—an assumption that is fundamental to the customer's decision to purchase and consume the product, but an expectation that the customer may not express. Since these passive expectations are not always volunteered, unprompted, researchers elicit them by asking consumers explicitly

---

[9] Oliver, R. L. (2010). *Satisfaction: A behavioral perspective on the consumer* (2nd ed.), pp. 69–70. London: Routledge.

Privileged and Confidential

whether they hold those expectations. Accordingly, the standard approach when examining product expectations is to ask customers directly, in the form of survey questions, whether they hold a series of expectations.

29. The experience consumers have with products and product categories are important drivers of the formation of expectations.[10] Expectations about the quality of a product are formed and sometimes change over time based on advertising, pricing, experience with the product, and published quality ratings.[11] Consumers form expectations based on both their experience with a particular brand and the perceived average performance across a group of similar brands or product category.[12]

30. Notably, it is a fundamental principle of the expectation literature that, all else being equal, consumers expect higher quality from products that are more expensive—particularly products that maintain their higher price as they continue to sell across a period of time. For example, the Customer Value Map (see Figure 1) depicts products within a market according to how consumers perceive their price and quality. In general, customers expect cheaper products to be of lower quality, and more expensive products to be of higher quality. The so-called "fair value line" illustrates what customers perceive as a "fair" relationship between price and quality, and this line stretches upwards and to the right of the Map to show that customers expect a positive relationship between price and quality. Most products, most of the time, fall close to the fair value line, and so

---

[10] Oliver, R. L. (2010). *Satisfaction: A behavioral perspective on the consumer* (2nd ed.), pp. 69–70. London: Routledge.
[11] Kopalle, P. K., & Lehmann, D. R. (1995). The effects of advertised and observed quality on expectations about new product quality. *Journal of Marketing Research, 32,* 280–90.
[12] Cadotte, E. R., Woodruff, R. B., & Jenkins, R. L. (1987). Expectations and norms in models of consumer satisfaction. *Journal of Marketing Research, 24,* 305–314.

12

Expert Report of Professor Adam Alter

Privileged and Confidential

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: March 30, 2023

_____
ADAM L. ALTER

Expert Report of Professor Adam Alter