1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>　　　　　4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER GRANTING META'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ADAM ALTER AND RAVI IYER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: April 15, 2026<br>Time: 1:00 PM<br>Place: Courtroom 1, 4th Floor |

1  Having considered the parties' submissions, the record, and the applicable law, the Court
2  hereby GRANTS Meta's Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer.
3  Judgment will be entered accordingly.
4  **IT IS SO ORDERED.**

Dated: _____    _____
                                HON. YVONNE GONZALEZ ROGERS
                                UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING META'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ADAM ALTER AND RAVI IYER
Case No. 4:22-MD-03047-YGR, 4:23-CV-05448-YGR