# EXHIBIT A

```
                                                        Page 1

 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2
              Case No. 4:22-MD-03047-YGR (PHK)
 3                     MDL No. 3047
 4
 5    IN RE:  SOCIAL MEDIA ADOLESCENT
      ADDICTION/PERSONAL INJURY PRODUCTS
 6    LIABILITY LITIGATION
 7    _____
 8    PEOPLE OF THE
      STATE OF CALIFORNIA,
 9
           PLAINTIFFS,
10
      vs.
11
      META PLATFORMS, INC.,
12
           DEFENDANTS.
13   _____
14        DEPOSITION OF: ROBBIE FLETCHER, Ed.D.
         CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
15   _____
16    The videotaped deposition of Robbie Fletcher, Ed.D.
17    was taken before Janine N. Leroux, Stenographic
18    Court Reporter and Notary Public in and for the
19    State of Kentucky, at 300 Sower Boulevard,
20    Frankfort, Kentucky, commencing on July 1st, 2025,
21    at the approximate hour of 8:59 a.m.
22
23
24
25    Job No. MDLG7390160-1
```

Page 48

1  what you said.
2       Q.   And in your role as Commissioner, have
3  you ever collected any data showing that Facebook
4  or Instagram caused mental health harms in
5  adolescents?
6       A.   I personally have not asked anyone to
7  collect that type of data.
8       Q.   Are you aware of any KDE data showing
9  that Facebook or Instagram caused mental health
10 harms in adolescents?
11      A.   I'm not aware of any data.
12      Q.   Are you aware of any data showing that
13 Facebook or Instagram caused mental health harms
14 in teens?
15      A.   I'm sure there is data, but as far as
16 can I recite a specific report or anything of that
17 nature, I cannot.
18      Q.   And when you say I'm sure that there is
19 data showing that Facebook or Instagram caused
20 mental health harms in teens, what makes you say
21 that?
22      A.   I've seen headlines.
23      Q.   And when you say that you've seen
24 headlines, were those headlines specific to
25 Facebook or Instagram and their impact on mental

Page 49

1  health and teens?
2      A.   Again, from what I recall, it's been
3  social media in general.  I cannot recall anything
4  that was Facebook or Instagram specific.
5      Q.   And are you aware of any data showing
6  that Facebook or Instagram cause depression in
7  teens?
8      A.   I have not seen that data.
9      Q.   And are you aware of any data showing
10 that Facebook or Instagram cause anxiety in teens?
11     A.   I have not seen data specific to
12 Facebook, Instagram causing that type of -- for
13 teens.
14     Q.   Are you aware of any data showing that
15 Facebook or Instagram cause body dissatisfaction
16 in teens?
17     A.   I have not seen that specific data.
18     Q.   Are you aware of data showing that
19 Facebook or Instagram caused negative social
20 comparison in teens?
21     A.   I'm not aware of specific data with
22 Facebook or Instagram.
23     Q.   Are you aware of any specific data
24 showing that Facebook or Instagram causes eating
25 disorders in teens?

```
                                            Page 50
1          A.    I'm not aware of that specific data.
2          Q.    And are you aware of any data showing
3     that Facebook or Instagram causes sleep
4     disturbances in teens?
5          A.    I have not seen or aware of that data.
6          Q.    Are you aware of any data showing that
7     Facebook or Instagram causes self-harm in teens?
8          A.    I have not seen that specific data.
9          Q.    Are you aware of any data showing that
10    Facebook or Instagram causes suicidal thoughts or
11    actions in teens?
12         A.    I have not seen that specific data.
13         Q.    And just are you aware of any data
14    showing that any specific features of Facebook or
15    Instagram cause mental health harms in teens?
16         A.    I have not seen that specific data.
17         Q.    So have you seen any data discussing
18    Facebook or Instagram's algorithms?
19         A.    I have not seen any data, but I have
20    watched Social Dilemma which talks about that.
21    It's a movie.
22         Q.    And, sorry, I haven't seen Social
23    Dilemma.  Can you --
24         A.    It talks about the algorithm of how it
25    impacts students and things of that nature.  So
```

Page 51

```
 1    again, it is movie but I haven't seen specific
 2    data.
 3         Q.    And, sorry, I didn't get the the name
 4    of it, it's Social Dilemma?
 5         A.    Social Dilemma, yes.
 6         Q.    And when did that movie come out?
 7         A.    I don't know the the exact date.
 8         Q.    And can you just summarize like is
 9    Social Dilemma a documentary or what is it?
10         A.    It's a movie based on supposedly people
11    that have worked for different groups that talk
12    about the algorithm to -- once a student clicks on
13    a certain site, then it keeps on giving that
14    information back on that site and try to pull the
15    student back into -- making sure like one click,
16    is there another -- is there more information
17    instantly fed into that?
18         Q.    And is Social Dilemma a documentary?  I
19    mean, is this fictionalized or is it real?
20         A.    I wouldn't know how to class -- I'm not
21    sure exactly how to classify that.
22         Q.    So other than this movie, are you aware
23    of any data showing that any specific --
24         A.    Have I -- I have not seen specific
25    data.
```

Page 52

1    Q.    Sorry, I just want to make sure the
2    question is complete on the record.
3          So than other than Social Dilemma, are
4    you aware of any data showing that any specific
5    features of Facebook or Instagram, such as the
6    algorithm, cause mental health harms in
7    adolescents?
8    A.    Again, I haven't seen specific data to
9    Facebook or Instagram.
10                    (iPad dings)
11         THE WITNESS:   Is that me?  I'm sorry.
12   I thought it was turned it off.  I had it on
13   silent but...
14   Q.    Are you familiar with the Kentucky
15   Educational Technology Master Plan?
16   A.    I'm familiar with it, but I'm not able
17   to give you specific details.
18   Q.    So what is the Kentucky Educational
19   Technology Master Plan generally?
20   A.    That helps drive the decisions made
21   here at KDE in order to help fund different
22   initiatives, have specific goals.
23   Q.    So just to be clear, it's people within
24   KDE who are under you that put together --
25   A.    Yes.