# EXHIBIT B

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: SOCIAL MEDIA ADOLESCENT  ) Case No.
     ADDICTION/PERSONAL INJURY       ) 4:22-md-03047-YGR
 5   PRODUCTS LIABILITY LITIGATION   )
     _____) MDL No. 3047
 6                                   )
     THIS DOCUMENT RELATES TO:       )
 7                                   )
     People of the State of          )
 8   California, et al. v. Meta      )
     Platforms, Inc., et al.,        )
 9                                   )
     Case No.: 4:23-cv-05448         )
10   _____)
11
12
13
14        VIDEOTAPED DEPOSITION OF MELANIE BARTON
15                Monday, June 30, 2025
16               Columbia, South Carolina
17                     9:02 a.m.
18
19
20
21
22
23   Reported by:  Christine A. Taylor, RPR
24
25      Job No. MDLG7432662
```

Page 13

```
 1          Q.    You're not a psychiatrist?
 2          A.    No.
 3          Q.    Do you have any formal education or
 4    training concerning mental health issues?
 5          A.    No.
 6          Q.    Do you have any formal education or
 7    training concerning teen mental health?
 8          A.    No.
 9          Q.    Okay.  Ms. Barton, when did you
10    become aware of this lawsuit?
11          A.    2023.
12          Q.    And how did you become aware of this
13    lawsuit?
14          A.    Reading Education Week and other news
15    media.  That's what I do as the governor's
16    education advisor.
17          Q.    Were you involved in the decision to
18    file this lawsuit?
19          A.    No.
20          Q.    Did anybody from the South Carolina
21    Attorney General's Office consult with you before
22    they filed this lawsuit?
23          A.    No.
24          Q.    To your knowledge, was the South
25    Carolina Office of the Governor involved in the
```

Page 14

1      decision to file this lawsuit?
2           A.   I have no knowledge of that.
3           Q.   Who at the South Carolina Office of
4      the Governor would be involved in the decision to
5      file this lawsuit?
6           A.   I -- I -- I don't have any knowledge,
7      so I don't know.
8           Q.   To your knowledge, was the South
9      Carolina Education Oversight Committee involved
10     in the decision to file this lawsuit?
11          A.   Not to my knowledge, no.
12          Q.   Are you aware of any -- are you aware
13     of which South Carolina agencies were involved in
14     the decision to file this lawsuit?
15          A.   No, I'm not.
16          Q.   You mentioned that you reviewed part
17     of the complaint that South Carolina filed
18     against Meta, the one that was attached to the
19     deposition subpoena.
20          A.   Uh-huh.
21          Q.   What's your understanding of South
22     Carolina's allegations in this lawsuit?
23          A.   In the lawsuit, over 30 states sued
24     Meta claiming that the algorithms and the product
25     features of the platforms of Instagram and

Page 15

1  Facebook harm the mental health of young users,
2  and they also allege that Meta's -- shares the
3  data of individuals under the age of 13 without
4  parental consent.
5        Q.   And you got that understanding by
6  reading the subpoena?
7        A.   Uh-huh.
8        Q.   Did the attorneys from the Attorney
9  General's Office tell you anything about --
10       A.   No.
11       Q.   -- their allegations?
12       A.   No.
13       Q.   Before being subpoenaed for this
14  deposition, had anyone from the South Carolina
15  Attorney General's Office told you that social
16  media was causing harms --
17       A.   No.
18       Q.   -- to teens?
19       A.   No.
20       Q.   Had anyone from the South Carolina
21  Attorney General's Office told you that teens
22  were becoming addicted to social media?
23       A.   No.
24       Q.   Had anyone from the South Carolina
25  Attorney General's Office told you that there was

Page 51

```
 1    managed and maintained.  In addition, they must
 2    show how metrics, analytics, reporting, and
 3    social media optimization drive business goals
 4    and strategies.
 5              That was a long quote, but did I read
 6    it correctly?
 7         A.   Yes.
 8         Q.   So as part of the certification
 9    process, do the high school students who take
10    this course and take this exam learn about the
11    potential harms of social media use on teen
12    mental health?
13         A.   I don't know what the course entails,
14    so I -- I really can't answer that.
15         Q.   But you're not aware that that's one
16    of its modules; correct?
17         A.   I'm not aware, no.
18         Q.   Do they learn how to reduce the
19    amount of social media use?
20         A.   No.
21         Q.   Do you agree that social media is not
22    causing mental health issues to all teens in
23    South Carolina?
24         A.   I don't have any data to answer that
25    question.
```

Page 52

1  Q. Do you agree that the majority of
2  teen -- teens' mental health issues are caused by
3  reasons unrelated to social media use?
4  A. Again, I -- there are multiple
5  factors, so I don't ...
6  Q. To your knowledge -- and I think you
7  just responded to this -- has the Office of the
8  Governor conducted any studies primarily focused
9  on social media's impact on the well-being of
10 students?
11 A. No.
12 Q. To your knowledge, has the Oversight
13 Education Committee conducted any studies
14 primarily focused on social media's impact on the
15 well-being of teens?
16 A. No.
17 Q. To your knowledge, has the Office of
18 the Governor conducted any analysis on how many
19 South Carolina teens have been harmed by social
20 media?
21 A. Not to my knowledge.
22 Q. Has the Education Oversight Committee
23 conducted any analysis on how many South Carolina
24 teens have been harmed by social media?
25 A. Not to my knowledge.

Page 53

```
1           Q.   Are you aware of any such analysis
2     being done by anyone in the State of South
3     Carolina?
4           A.   An empirical research, not that I'm
5     aware of.  I don't know of anything going on at
6     the universities.  I just know of, you know, the
7     surveys of teachers talking about the
8     distractions in the classroom, but that's all I
9     have.  I don't -- not South Carolina specific,
10    no, sir.
11          Q.   Have you asked the Office of the
12    Governor to conduct an analysis on how many South
13    Carolina teens have been harmed by social media?
14          A.   No.
15          Q.   Have you asked the Education
16    Oversight Committee to conduct an analysis on how
17    many social media teens have been harmed by
18    social media?
19          A.   No.
20          Q.   To your knowledge, has the Office of
21    the Governor conducted any research to determine
22    if social media is addictive to teens?
23          A.   No.
24          Q.   Has the Office of the Governor
25    conducted any research to determine whether
```

```
                                                  Page 54
 1    social media causes depression in teens?
 2          A.    No.
 3          Q.    What about any research on anxiety?
 4          A.    On anxiety, no.
 5          Q.    Eating disorders?
 6          A.    No.
 7          Q.    Sleep disorders?
 8          A.    Not to my knowledge, no.
 9          Q.    Self-harm?
10          A.    No.
11          Q.    Suicidal thoughts or action?
12          A.    No.
13          Q.    Body satisfaction?
14          A.    No.
15          Q.    Negative social comparison?
16          A.    No.
17          Q.    And I think you've answered this
18    before, but have you seen any data from any study
19    of the Office of the Governor concerning the
20    impact of social media on teens?
21          A.    National data and international data,
22    but not South Carolina specific data.
23          Q.    So you haven't seen any data from any
24    study at -- at the Office of the Governor
25    concerning the impact of social media on teens?
```