James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Kathryn S. Benedict, *pro hac vice pending*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          antonio.perez@davispolk.com
          caroline.stern@davispolk.com
          kathryn.benedict@davispolk.com
          corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

*Additional counsel listed on signature pages*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>      4:23-cv-05448-YGR<br><br>**META'S TEMPORARY SEALING MOTION (MOTION FOR SUMMARY JUDGMENT)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") file this Temporary Sealing Motion regarding the Declaration of James P. Rouhandeh. Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2705-1 | Meta's Notice of Motion and Motion for Summary Judgment (Redacted) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-2 | Appendix to Meta's Motion to Summary Judgment (Not under seal) | |
| ECF No. 2705-3 | Declaration of James P. Rouhandeh (Not under seal) | |
| ECF No. 2705-4 | Exhibit 1, Relevant excerpts of the testimony of Antigone Davis before the United States Senate Subcommittee on Consumer Protection, Product Safety, and Data Security on September 30, 2021 (Not under seal) | |
| ECF No. 2705-5 | Exhibit 2, Relevant excerpts of the testimony of Mark Zuckerberg before the United States House of Representatives Subcommittee on Communications and Technology and Subcommittee on Consumer Protection and Commerce on March 25, 2021 (Not under seal) | |
| ECF No. 2705-6 | Exhibit 3, Relevant excerpts of the testimony of Adam Mosseri before the United States Senate Subcommittee on Consumer Protection, Product Safety, and Data Security on December 8, 2021 (Not under seal) | |
| ECF No. 2705-7 | Exhibit 4, Relevant excerpts of the testimony of Mark Zuckerberg before the Senate Judiciary Committee on November 17, 2020 (Not under seal) | |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2705-8 | Exhibit 5, State Attorneys General's Fourth Supplemental Response to Defendant Meta Platforms, Inc.'s First Set of Interrogatories | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-9 | Exhibit 6, *'The bleakest of worlds': how Molly Russell fell into a vortex of despair on social media*, published in The Guardian on September 30, 2022 (Not under seal) | |
| ECF No. 2705-10 | Exhibit 7, META3047MDL-003-00163420 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-11 | Exhibit 8, META3047MDL-006-00000353 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-12 | Exhibit 9, Relevant excerpts of META3047MDL-004-00012792 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-13 | Exhibit 10, META3047MDL-003-00187313 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-14 | Exhibit 11, META3047MDL-003-00122750 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-15 | Exhibit 12, META3047MDL-003-00052162 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2705-16 | Exhibit 13, META3047MDL-004-00007205 and relevant excerpts of one of its attachments, META3047MDL-004-00007207 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-17 | Exhibit 14, META3047MDL-014-00310568 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-18 | Exhibit 15, Relevant excerpts of META3047MDL-014-00394440 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-19 | Exhibit 16, Relevant excerpts of the transcript of Facebook, Inc.'s Fourth Quarter 2019 Results Conference Call on January 29, 2020 (Not under seal) | |
| ECF No. 2705-20 | Exhibit 17, Relevant excerpts of the transcript of Facebook, Inc.'s Third Quarter 2020 Results Conference Call on October 29, 2020 (Not under seal) | |
| ECF No. 2705-21 | Exhibit 18, *Instagram is Building a Team to Stop People from Feeling Bad on Instagram* published on Quartz's website on April 3, 2018 (Not under seal) | |
| ECF No. 2705-22 | Exhibit 19, *Instagram to Test Hiding Like Counts in US, Which Could Hurt Influencers* published on TechCrunch's website on November 8, 2019 (Not under seal) | |
| ECF No. 2705-23 | Exhibit 20, Relevant excerpts of *Raising the Standard for Protecting Teens and Supporting Parents Online* published on Meta's website on December 7, 2021 (Not under seal) | |
| ECF No. 2705-24 | Exhibit 21, Relevant excerpts of Instagram webpage titled *About* (Not under seal) | |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2705-25 | Exhibit 22, Relevant excerpts of *Continuing to Keep Instagram Safe and Secure* published on Instagram's website on December 15, 2019 (Not under seal) | |
| ECF No. 2705-26 | Exhibit 23, Relevant excerpts of *Shedding More Light on How Instagram Works* published on Instagram's website on June 8, 2021 (Not under seal) | |
| ECF No. 2705-27 | Exhibit 24, Relevant excerpts of *Recommendations on Instagram* published on Instagram's Help Center webpage (Not under seal) | |
| ECF No. 2705-28 | Exhibit 25, Facebook post beginning with "We just announced our quarterly results . . ." by Mark Zuckerberg on January 31, 2018 (Not under seal) | |
| ECF No. 2705-29 | Exhibit 26, Facebook post beginning with "I want to share a note I wrote to everyone at our company . . ." by Mark Zuckerberg on October 5, 2021 (Not under seal) | |
| ECF No. 2705-30 | Exhibit 27, Relevant excerpts of *Giving People More Control on Instagram and Facebook* published on Meta's website on May 26, 2021 (Not under seal) | |
| ECF No. 2705-31 | Exhibit 28, Relevant excerpts of *New Time Management Tools on Instagram and Facebook* published on Instagram's website on August 1, 2018 (Not under seal) | |
| ECF No. 2705-32 | Exhibit 29, Relevant excerpts of *Measuring Prevalence of Violating Content on Facebook* published on Meta's website on May 23, 2019 (Not under seal) | |
| ECF No. 2705-33 | Exhibit 30, META3047MDL-003-00079927 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2705-34 | Exhibit 31, *Community Standards Enforcement Report, Fourth Quarter 2020* published on Meta's website on February 11, 2021 (Not under seal) | |
| ECF No. 2705-35 | Exhibit 32, Relevant excerpts of *What Our Research Really Says About Teen Well-Being and Instagram* published on Meta's website on September 26, 2021 (Not under seal) | |
| ECF No. 2705-36 | Exhibit 33, Relevant excerpts of *Continuing to Make Instagram Safer for the Youngest Members of Our Community* published on Meta's website on March 17, 2021 (Not under seal) | |
| ECF No. 2705-37 | Exhibit 34, *Meta's Best Interest of the Child Framework* published on Meta's website (Not under seal) | |
| ECF No. 2705-38 | Exhibit 35, Facebook post beginning "Fifteen years ago today, I launched the first version of the Facebook website. . ." by Mark Zuckerberg on February 4, 2019 (Not under seal) | |
| ECF No. 2705-39 | Exhibit 36, Relevant excerpts of *Our Progress Addressing Challenges and Innovating Responsibly* published on Meta's website on September 21, 2021 (Not under seal) | |
| ECF No. 2705-40 | Exhibit 37, *The WSJ Report Ignores Our Approach to Well-Being Research* published on Meta's website on November 5, 2021 (Not under seal) | |
| ECF No. 2705-41 | Exhibit 38, *Giving Teens and Parents More Ways to Manage Their Time on Our Apps* published on Meta's website on June 27, 2023 (Not under seal) | |
| ECF No. 2705-42 | Exhibit 39, Relevant excerpts of *Community Standards Enforcement Report, November 2019 Edition* published on Meta's website on November 13, 2019 (Not under seal) | |
| ECF No. 2705-43 | Exhibit 40, *Community Standards Enforcement Report, Fourth Quarter 2020* published on Meta's website on February 11, 2021 (Not under seal) | |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2705-44 | Exhibit 41, Relevant excerpts of *Community Standards Enforcement Report, Third Quarter 2021* published on Meta's website on November 9, 2021 (Not under seal) | |
| ECF No. 2705-45 | Exhibit 42, *Working to Keep Facebook Safe* published on Meta's website on July 17, 2018 (Not under seal) | |
| ECF No. 2705-46 | Exhibit 43, Relevant excerpts of *How Do We Know Someone Is Old Enough to Use Our Apps?* published on Meta's website on July 27, 2021 (Not under seal) | |
| ECF No. 2705-47 | Exhibit 44, Relevant excerpts of *Hard Questions: How Do we Measure Our Efforts to Keep Bad Content off Facebook* published on Meta's website on May 15, 2018 (Not under seal) | |
| ECF No. 2705-48 | Exhibit 45, Relevant excerpts of *Our Commitment to Safety* published on Meta's website on August 11, 2020 (Not under seal) | |
| ECF No. 2705-49 | Exhibit 46, *Breadth & Depth: Why I'm Optimistic About Facebook's Responsible Innovation Efforts* published on Meta's website on June 17, 2021 (Not under seal) | |
| ECF No. 2705-50 | Exhibit 47, Relevant excerpts of *How Meta Is Working to Provide Safe, Age-Appropriate Experiences for Teens* published on Meta's website on January 9, 2023 (Not under seal) | |
| ECF No. 2705-51 | Exhibit 48, Relevant excerpts of *New Protections to Give Teens More Age-Appropriate Experiences on Our Apps* published on Meta's website on January 9, 2024 (Not under seal) | |
| ECF No. 2705-52 | Exhibit 49, Relevant excerpts of *Introducing Stricter Message Settings for Teens on Instagram and Facebook* published on Meta's website on January 25, 2024 (Not under seal) | |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2705-53 | Exhibit 50, Relevant excerpts of *Our Work to Help Provide Young People with Safe, Positive Experiences* published on Meta's website on January 31, 2024 (Not under seal) | |
| ECF No. 2705-54 | Exhibit 51, Relevant excerpts of *Preventing Suicide and Self-Harm Content Spreading Online* published on Meta's website on September 12, 2024 (Not under seal) | |
| ECF No. 2705-55 | Exhibit 52, Relevant excerpts of *Introducing Instagram Teen Accounts: Built-In Protections for Teens, Peace of Mind for Parents* published on Meta's website on September 17, 2024 (Not under seal) | |
| ECF No. 2705-56 | Exhibit 53, Relevant excerpts of Meta's 2024 Responsible Business Practices Report (Not under seal) | |
| ECF No. 2705-57 | Exhibit 54, Relevant excerpts of *Reshape Your Instagram With a Recommendations Reset* published on Meta's website on November 19, 2024 (Not under seal) | |
| ECF No. 2705-58 | Exhibit 55, Relevant excerpts of *An Update on How We Are Doing at Enforcing Our Community Standards* published on Meta's website on May 23, 2019 (Not under seal) | |
| ECF No. 2705-59 | Exhibit 56, Relevant excerpts of *Prevalence* published on Meta's website and last updated on March 6, 2025 (Not under seal) | |
| ECF No. 2705-60 | Exhibit 57, Relevant excerpts of Meta's Community Standards Policy on Bullying and Harassment published on Meta's website (Not under seal) | |
| ECF No. 2705-61 | Exhibit 58, *The Facebook Files, Part 2: 'We Make Body Image Issues Worse'* published on The Wall Street Journal's website on September 14, 2021 (Not under seal) | |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2705-62 | Exhibit 59, *You and the Algorithm: It Takes Two to Tango* published on the Medium's website on March 31, 2021 (Not under seal) | |
| ECF No. 2705-63 | Exhibit 60, *Instagram Bans 'Cosmetic Surgery' Filters* published on the BBC's website on October 23, 2019 (Not under seal) | |
| ECF No. 2705-64 | Exhibit 61, *This Is the Guy Who's Taking Away the Likes* published on The New York Times's website on January 17, 2020 (Not under seal) | |
| ECF No. 2705-65 | Exhibit 62, Relevant excerpts of *Instagram Introduces Mandatory 'Teen Accounts' with Built-In Limits, Parental Controls* published on ABC News's website on September 17, 2024 (Not under seal) | |
| ECF No. 2705-66 | Exhibit 63, Relevant excerpts of Instagram's Data Policy on its website (Not under seal) | |
| ECF No. 2705-67 | Exhibit 64, META3047MDL-030-00000058 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-68 | Exhibit 65, Relevant excerpts of the State Attorneys General's Second Supplemental Response to Defendant Meta Platforms, Inc.'s First Set of Interrogatories | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-69 | Exhibit 66, META3047MDL-003-00170183 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-70 | Exhibit 67, *More Than 40 Attorneys General Ask Facebook to Abandon Plans to Build Instagram for Kids* published on CNBC's website on May 10, 2021 (Not under seal) | |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2705-71 | Exhibit 68, Transcript of an interview of Adam Mosseri on CBS on June 26, 2019 (Not under seal) | |
| ECF No. 2705-72 | Exhibit 69, *9 Horrifying Facts From the Facebook Whistleblower's New* 60 Minutes *Interview* published on Gizmodo's website on October 3, 2019 (Not under seal) | |
| ECF No. 2705-73 | Exhibit 70, *Social Media Apps are 'Deliberately' Addictive to Users* published in BBC on July 4, 2018 (Not under seal) | |
| ECF No. 2705-74 | Exhibit 71, Relevant excerpts of the transcript of the deposition of Sayed Otaru on June 29, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-75 | Exhibit 72, Relevant excerpts of META3047MDL-278-00005350 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-76 | Exhibit 73, Trial Rebuttal Report of Sriraman Venkataraman, Ph.D. dated October 17, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-77 | Exhibit 74, Relevant excerpts of Meta's 2024 Form 10-K (Not under seal) | |
| ECF No. 2705-78 | Exhibit 75, Relevant excerpts of the transcript of the deposition of Antigone Davis on March 5, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-79 | Exhibit 76, Relevant excerpts of the transcript of the deposition of Allison L. Hartnett on June 16, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2705-80 | Exhibit 77, Relevant excerpts of the transcript of the deposition of Allison L. Hartnett on June 17, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-81 | Exhibit 78, Relevant excerpts of the Rebuttal Expert Report of Dr. Nasir Memon | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-82 | Exhibit 79, Relevant excerpts of the Trial Report of Patrick McDaniel dated November 21, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-83 | Exhibit 80, Relevant excerpts of META3047MDL-040-00000365 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-84 | Exhibit 81, Relevant excerpts of the Trial Report of Bradley Zicherman, MD dated May 16, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-85 | Exhibit 82, Relevant excerpts of the transcript of the deposition of Amos Hartston on August 7, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-86 | Exhibit 83, Relevant excerpts of the transcript of the deposition of Mark Wolfe on September 25, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-87 | Exhibit 84, Relevant excerpts of the Trial Report of Adam L. Alter, Ph.D. dated August 1, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2705-88 | Exhibit 85, Relevant excerpts of the transcript of the deposition of Adam L. Alter on December 12, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-89 | Exhibit 86, Tolling Agreement by and between Meta Platforms, Inc. and certain State Attorneys General executed beginning on July 18, 2022 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-90 | Exhibit 87, Second Amendment to the Tolling Agreement by and between Meta Platforms, Inc. and certain State Attorneys General executed beginning on June 22, 2023 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-91 | Exhibit 88, Relevant excerpts of *Report a Child Under 13 on Instagram* published on Instagram's Help Center webpage (Not under seal) | |
| ECF No. 2705-92 | Exhibit 89, Relevant excerpts of *Facebook's Effort to Attract Preteens Goes Beyond Instagram Kids, Documents Show* published on The Wall Street Journal's website on September 28, 2021 (Not under seal) | |
| ECF No. 2705-93 | Exhibit 90, Meta's Community Standards Policy on Suicide, Self-Injury, and Eating Disorders published on Meta's website (Not under seal) | |
| ECF No. 2705-94 | Exhibit 91, Relevant excerpts of the Expert Report of Carl S. Saba, MBA, CVA, ASA, ABV dated November 21, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-95 | Exhibit 92, Relevant excerpts of the State Attorneys General's Response to Meta Defendants' First Set of Interrogatories | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2705-96 | Exhibit 93, Relevant excerpts of the State Attorneys General Response to Defendant Meta Platform, Inc.'s Second Set of Interrogatories | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2705-97 | Proposed Order (Not under seal) | |

| | | |
|---|---|---|
| 1 | Dated:  January 30, 2026 | Respectfully submitted, |
| 2 | | DAVIS POLK & WARDWELL LLP |
| 3 | |   /s/ James P. Rouhandeh |
| 4 | | James P. Rouhandeh, *pro hac vice* |
| 5 | | Antonio J. Perez-Marques, *pro hac vice*<br>Caroline Stern, *pro hac vice* |
| 6 | | Kathryn S. Benedict, *pro hac vice pending*<br>Corey M. Meyer, *pro hac vice* |
| 7 | | 450 Lexington Avenue<br>New York, New York 10017 |
| 8 | | Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800 |
| 9 | | rouhandeh@davispolk.com<br>antonio.perez@davispolk.com |
| 10 | | caroline.stern@davispolk.com<br>kathryn.benedict@davispolk.com |
| 11 | | corey.meyer@davispolk.com |
| 12 | | COVINGTON & BURLING LLP |
| 13 | | Ashley M. Simonsen, SBN 275203 |
| 14 | | 1999 Avenue of the Stars<br>Los Angeles, California 90067 |
| 15 | | Telephone: (424) 332-4800<br>Facsimile: (424) 332-2749 |
| 16 | | asimonsen@cov.com |
| 17 | | Paul W. Schmidt, *pro hac vice*<br>Phyllis A. Jones, *pro hac vice* |
| 18 | | One CityCenter<br>850 Tenth Street, NW |
| 19 | | Washington, DC 20001-4956<br>Telephone: (202) 662-6000 |
| 20 | | Facsimile: (202) 662-6291<br>pschmidt@cov.com |
| 21 | | pajones@cov.com |
| 22 | | *Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing and its attachments will be served electronically on counsel for Plaintiffs to the email addresses that were designated by counsel for that purpose.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: January 30, 2026              */s/ James P. Rouhandeh*
                                      James P. Rouhandeh