# EXHIBIT 1

S. Hrg. 117–719

# PROTECTING KIDS ONLINE: FACEBOOK, INSTAGRAM, AND MENTAL HEALTH HARM

# HEARING

BEFORE THE

## SUBCOMMITTEE ON CONSUMER PROTECTION, PRODUCT SAFETY, AND DATA SECURITY

OF THE

## COMMITTEE ON COMMERCE, SCIENCE, AND TRANSPORTATION UNITED STATES SENATE

ONE HUNDRED SEVENTEENTH CONGRESS

FIRST SESSION

———————

SEPTEMBER 30, 2021

———————

Printed for the use of the Committee on Commerce, Science, and Transportation



Available online: http://www.govinfo.gov

———————

U.S. GOVERNMENT PUBLISHING OFFICE

53–125 PDF                     WASHINGTON : 2023

6

Senator BLUMENTHAL. Thank you, Senator Cantwell. Senator Wicker, do you have any opening?

### STATEMENT OF HON. ROGER WICKER,
### U.S. SENATOR FROM MISSISSIPPI

Senator WICKER. Yes. Thank you, Senator Blumenthal. I will—I will be brief, because we need to get to our witness. Facebook is one of a handful of big tech companies wielding immense power over our Internet experiences. Using its market dominance, Facebook maintains unprecedented control over the vast flow of news information and speech on the Internet. To maintain a free, open, safe, and secure Internet, many of us on this committee have long called for more transparency and accountability from Facebook and other social media platforms.

Today, the content moderation and data collection practices of big tech remain largely hidden to consumers. Too often, Americans are left wondering why their online posts have been deleted, demoted, demonetized, or outright censored without a full explanation. Users also remain in the dark about what data is being collected about them, how it is being used, and to whom it is being sold, and for what purpose. Recent reports from the *Wall Street Journal* may have shed new light on why Facebook's platform management practices have been kept from public view.

This month, the *Journal* revealed that Facebook's so-called Crosschecked Program purportedly exempts certain public figures from its terms of service and community standards. The *Journal* also disclosed Facebook's own internal research documenting the harmful mental effects of the platform and its photo sharing site effects on children and teens. Both of these reports are deeply troubling and only amplify concerns about Facebook's inconsistent enforcement of its content moderation policies and its disregard and well-being for children and teens. This morning, I hope Facebook will be forthcoming about its platform management practices and take this opportunity to address the *Wall Street Journal's* report.

I also hope Facebook will outline what it is doing to increase transparency and begin protecting users of all ages on its platforms. Following yesterday's data privacy hearing, what remains clear to me is that Congress must act to address big tech's continued reign to censor contact—content, censor content, suppress certain viewpoints, prioritize favored political speech, stockpile consumer data, and act in other unfair and anti-competitive ways. The time to act is now. And I am the fourth member of this committee this morning to say that.

Addressing these issues is essential to preserving a free and open Internet and a thriving digital economy for generations to come. We are serious about taking action. Thank you, Mr. Chair.

Senator BLUMENTHAL. Thanks, Senator Wicker. We will now turn to our witness, Ms. Antigone Davis, who is the Global Head of Safety at Facebook. She spearheads Facebook's Safety Advisory Board efforts, and she earned her J.D. from the University of Chicago Law School and her B.A. from Columbia University. Ms. Davis, the floor is yours.

7

**STATEMENT OF ANTIGONE DAVIS, GLOBAL HEAD OF SAFETY, FACEBOOK**

Ms. DAVIS. Thank you, Chairman Blumenthal, Ranking Member Blackburn, and distinguished members of the Subcommittee. Thank you for the opportunity to appear before you today. My name is Antigone Davis. I am a parent, a former teacher and the Global Head of Safety at Facebook. Like you, I care deeply about the safety and well-being of young people online, and I have dedicated the better part of my adult life to these issues.

In my current role, I work with internal teams and external stakeholders to ensure that Facebook remains a leader in online safety, including issues of bullying and combating child exploitation. This is some of the most important work that I have done in my career, and I am proud of the work that my team does every day.

At Facebook, we take the privacy, safety, and well-being of all those who use our platform very seriously, especially the youngest people on our services. We work tirelessly to put in place the right policies, products, and precautions so they have a safe and positive experience. We have dedicated teams focused on youth safety and we invest significant resources in protecting teens online. We also know that we can't do this work alone. We work closely with experts and parents to inform the features we develop. We require everyone to be at least 13 years of age on Facebook and Instagram.

When we learn that an underage user has created an account, we remove them from our platform. When it comes to those between 13 and 17, we consult with experts to ensure that our policies properly account for their presence, for example, by age-gating content. We work constantly to improve safety and privacy protections for young people. For example, earlier this year we announced that all users under 16 in the U.S. will now be defaulted into a private account when they join Instagram.

We also think it is critical to give parents and guardians the information, resources, and tools they need to set parameters for their children and help them develop healthy and safe online habits. That is why we publish a variety of guides and portals intended to foster important conversations around online safety. And we are fortunate to do all this work with the help of industry experts, including our youth advisors, a group of experts in privacy, youth development, psychology, parenting, and youth media.

We understand that recent reporting has raised a lot of questions about our internal research, including research we do to better understand young people's experiences on Instagram. We strongly disagree with how this reporting characterized our work, so we want to be clear about what the research shows and what it does not show. The research showed that many teens said that Instagram is helping them with hard issues that are so common to being a teen.

In fact, one of the main slides referenced in the article includes a survey of 12 difficult and serious issues like loneliness, anxiety, sadness, and eating disorders. We asked teens who told us that they were struggling with these issues whether Instagram was making things better, worse, or having no effect. On 11 of the 12 issues, teen girls who said they struggled with those issues were

8

<mark>more likely to say that Instagram was affirmatively helping them, not making it worse.</mark> That was true for teen boys on 12 of 12 issues.

I want to be clear, I am not diminishing the importance of these issues or suggesting that we will ever be satisfied with anyone struggling on our apps. That is why we conduct this research, to make our platform better, to minimize the bad and maximize the good, and to proactively identify where we can improve. And the most important thing about our research is what we have done with it. We have built AI to identify suicide content on our platform and rapidly respond with resources. We have launched tools to help control time spent on our apps.

We have built a dedicated reporting flow for eating disorder related content, and we offer resources when people try to search for it. We have a long track record of using our internal research, external research, and close collaboration with experts to improve our apps and provide resources for people who use them. And our work to respond to this research is ongoing. One idea we think has promise is finding opportunities to jump in if we see people dwelling on certain types of content and point them to content that inspires and uplifts them. Finally, I want to talk—speak to our work on Instagram experience for those under 13.

As every parent knows when it comes to kids and tweens, they are already online. We believe it is better for parents to have the option to give tweens access to a version of Instagram that is designed for them, where parents can supervise and manage their experience than to have them lie about their age to access a platform that wasn't built for them, or rely on an app's ability to verify the age of kids who are too young to have an ID.

That is why we have been working on delivering age-appropriate parent-supervised experiences, something YouTube and TikTok already do. But we recognize how important it is to get this right. And we have heard your concerns, which is why we announced that we are pausing the project to take more time. We will keep listening to parents, keep talking with policies—policymakers and regulators like yourself, keep taking guidance from experts, and we will revisit this project at a later date. There is an important part of what we have been developing for Instagram Kids that we won't be pausing, supervisory tools for parents.

We will continue our work to allow parents to oversee their children's accounts by offering these tools to teen accounts on Instagram. These new features, which parents and teens can opt into, will give parents tools to meaningfully shape their teen's experience. As a parent, this development means a lot to me. I know I would have truly appreciated more insight and tools to help me support my daughter and manage her online experience as she learned how to navigate social media.

I want to thank you for the opportunity to discuss these important issues with you today and answer your questions. <mark>Youth safety and well-being are areas where we are investing heavily, and we welcome productive collaboration with lawmakers and elected officials.</mark> Thank you and I look forward to our discussion.

[The prepared statement of Ms. Davis follows:]

9

PREPARED STATEMENT OF ANTIGONE DAVIS, GLOBAL HEAD OF SAFETY, FACEBOOK

## I. Introduction

Chairman Blumenthal, Ranking Member Blackburn, and distinguished members of the Subcommittee, thank you for the opportunity to appear before you today. My name is Antigone Davis, and I have served as the Global Head of Safety at Facebook for the past seven years.

I have dedicated the better part of my adult life to protecting the safety and well-being of young people. Before coming to Facebook, I worked as a middle school teacher and spent a decade working for the Office of the Maryland Attorney General, helping to establish the office's first online privacy and safety unit. I serve on the boards of the National Center for Missing and Exploited Children (NCMEC) and the Technology Coalition, two organizations dedicated to fighting child sexual exploitation. I previously served on the boards of the National Cybersecurity Alliance, the Family Online Safety Institute, the National Network to End Domestic Violence, the National Center for the Victims of Crime, and the International Advisory Board for WePROTECT, a global alliance working to protect children from sexual exploitation and abuse online.

In my role at Facebook, I lead the global team responsible for ensuring that Facebook remains a leader in online safety. This work is core to our mission of designing and building products that bring people together. We want our platforms to be a place for meaningful interactions with friends and family, and we cannot achieve that goal if people do not feel safe. My team works tirelessly with our colleagues across the company to put in place the right policies, products, and precautions so that the people who use our services have a safe and positive experience. We also know that Facebook can't do this work alone. As part of my role, I coordinate the efforts of Facebook's Safety Advisory Board, a team of leading safety organizations from around the world who provide Facebook with cutting-edge research and advice on best practices, particularly relating to young people and other vulnerable groups. I also lead our work with our Youth Advisors, our advisory group on suicide prevention, and a global safety network of more than 850 organizations around the world.

The work that I do at Facebook is some of the most important of my career, and I am incredibly proud of the work that my team does every day to protect the safety of the people who use our platforms.

## II. Protecting and Supporting Young People On Our Platforms

In my role, I am especially focused on the safety and well-being of the youngest people who use our services. This work includes keeping underage users off our platform, as well as ensuring that we are taking a comprehensive approach to protecting the youngest people allowed on our services. This work also includes partnering with product teams to address serious issues like child exploitation, suicide and self-harm, and bullying; developing programs and resources to support parents, children, and educators; and working with researchers and other experts to help us understand how social media impacts people so we can use that research to improve our products.

### A. Keeping People Under 13 Off Our Platforms

If a child is under the age of 13, they are not allowed on Facebook or Instagram and should not be using those services. When we learn an underage user has created an account, we remove them from the platform. From June to August of this year, in part due to some of the investments described below, we removed over 600,000 accounts on Instagram alone that were unable to meet our minimum age requirement.

Understanding people's age on the Internet is a complex and industry-wide challenge, but we are doing extensive work to understand if people are old enough to use our apps and to create more age-appropriate experiences and safety measures for young people. In addition to asking for people's date of birth when they register and allowing anyone to report a suspected underage account, we have developed technology that allows us to estimate people's ages, for example, whether someone is younger or older than 18, and we're building similar technology to find and remove accounts belonging to people under the age of 13. We train the technology using multiple signals. We look at things like people wishing a user a happy birthday and the age written in those messages—for example, "Happy 21st Bday!" or "Happy Quinceañera." This technology isn't perfect, and we're always working to improve it, but that's why it's important that we use it alongside many other signals to understand people's ages.

10

While not allowed on Facebook and Instagram, children under 13 are allowed on Messenger Kids, a product that we introduced in 2017. We built Messenger Kids because we heard from parents that there was need for a messaging app that let kids connect while ensuring that parents and guardians had control over the experience. And we designed Messenger Kids with input from thousands of parents and experts, and with the Children's Online Privacy Protection Act in mind.

*B. Product Safety Enhancements for Teens*

We are also dedicated to protecting the youngest people on our services. We have put in place multiple protections to create safe and age-appropriate experiences for people between the ages of 13 and 17.

Whenever we can, we want to prevent young people from interacting with adults they don't know or don't want to engage with. We believe private accounts are the best way to do this, and we recently announced that all users under the age of 16 in the U.S. will now be defaulted into a private account when they join Instagram. For young people who already have a public account on Instagram, we are sharing a notification highlighting the benefits of a private account and explaining how to change their privacy settings. On Facebook, we encourage young people to make their accounts private by defaulting their posting audience to "friends" and by providing education before allowing them to post publicly. We've developed these unique education moments in consultation with experts.

In addition to our work on moving teenagers towards private accounts, we have taken additional steps to protect their safety. Earlier this year, we changed Instagram's direct messaging feature to prevent adults from sending messages to people under 18 who don't follow them. We have also begun using prompts, or safety notices, to encourage teens to be cautious in conversations with adults they're already connected to. Safety notices in direct messages will notify young people when an adult who has been exhibiting potentially suspicious behavior is trying to interact with them. On Facebook, we remove certain information when young people appear in a search (such as their school), and we do not allow them to appear in 'People You May Know' for adults who have been exhibiting potentially suspicious behavior. On Instagram, we prevent adults who have exhibited potentially suspicious behavior from interacting with young people's accounts. We won't show young people's accounts in Explore, Reels, or 'Accounts Suggested for You' to these adults. If they find young people's accounts by searching for their usernames, they won't be able to follow them. They also won't be able to see comments from young people on other people's posts, nor will they be able to leave comments on young people's posts.

We also work to create age-appropriate experiences for teenagers on Facebook and Instagram. This includes age-gating certain content, prohibiting certain types of ads from being served to minors, and limiting options for serving any ads to these users. For example, we have long restricted what kinds of ads can be served to minors, and we recently limited options for serving any ads to people under 18. Now, people under 18 can only have ads served to them based on age, gender, and location, but not interests or activity.

We've also introduced new ways to support people on Instagram who may be affected by negative body image or an eating disorder, including surfacing more expert-backed resources when people search for eating disorder-related content, expanding our work with experts to help inform our policies, and collaborating with community leaders to help them create and share positive, inspiring body image content.

*C. Parental Resources and Controls*

We think it is important to help provide parents and guardians the information, resources, and tools they need to set parameters for their teenagers' use of online technologies and to help them develop healthy and safe online habits. We have been working on parental resources for many years, and this week we announced a significant step forward by bringing parental supervision for teens to Instagram in the coming months. This feature, which parents and teens can opt into, will give parents additional tools to help shape their teens' experience.

This latest announcement builds on years of work to provide parents with resources to help them navigate conversations with their teenagers. As part of our Safety Center, we have a Parent Portal (*https://www.facebook.com/safety/parents*), a Youth Portal (*https://www.facebook.com/safety/youth*), and a Child Safety Hub (*https://www.facebook.com/safety/childsafety*), all of which are focused on fostering conversations around online safety, security, and well-being. These portals give parents and young people access to the information and resources they need to make informed decisions about their online technology use. We also worked with The

11

Child Mind Institute and ConnectSafely to publish a new Parents Guide (*https://about.instagram.com/community/parents*) with the latest safety tools and privacy settings and a list of tips and conversation starters to help parents and guardians navigate discussions with their online presence. We also worked with the Digital Wellness Lab team on a Family Digital Wellness Guide to help families learn about the media-related health issues that are top of mind for parents today; it includes tips that are practical, easy, and based in science.

And we don't just focus on our own apps. We've also developed a free digital literacy program called Get Digital. It has research-based lessons and resources that will help young people develop the skills they need to become empowered and discerning digital citizens. Get Digital provides educators, parents, and caregivers with lesson plans and activities designed to help build the core competencies and skills young people need to navigate the digital world in safe ways.

**III. Using Research to Improve People's Experience**

We understand that recent reporting has raised a lot of questions about our internal research, including research we do to better understand young people's experiences on Instagram. We strongly disagree with how this reporting characterized our work, so we want to be clear about what that research shows, and what it does not show.

In addition to putting specific findings in context, it is also critical to make the nature of this research clear. We undertook this work to inform internal conversations about teens' most negative perceptions of Instagram. It did not measure causal relationships between Instagram and real-world issues. The reporting also implied that the results were surprising and that we hid this research. That is also not true. We have talked about the *strengths and weaknesses* of social media and well-being *publicly* for *more than a decade,* and external researchers have, too. For example, *a survey and interviews* from Harvard found that teens viewed social media "predominantly" positively, though they reported both positive and negative impacts on their relationships and self-expression. And a Pew Internet *survey* reported the majority of teens credit social media for positive outcomes—81 percent said it helps them connect—while some also pointed to its negative impacts—43 percent said they felt pressure to post things that make them "look good."

Our research showed that many teens who are struggling say that Instagram helps them deal with many of the hard issues that are so common to being a teen. In fact, one of the main presentations referenced by the *Wall Street Journal* included a survey of twelve issues—difficult and serious issues like loneliness, anxiety, sadness, and eating disorders. If a teenager shared that they were struggling with an issue, we asked whether Instagram was making things better, worse, or having no effect. For eleven of the twelve issues, teen girls who were struggling were more likely to say that Instagram was affirmatively helping them than making things worse. That was true for teen boys on twelve out of twelve issues.

I'd like to highlight a few other details from the research that the *Wall Street Journal* failed to include:

- Among those teenage girls who said they had felt sadness in the past month, 57 percent said Instagram made things better, and 34 percent said Instagram had no impact. 9 percent said Instagram made it worse.

- Among those teenage girls who said they had experienced loneliness in the past month, 51 percent said Instagram made things better, and 36 percent said Instagram had no impact. 13 percent said Instagram made it worse.

- Among those teenage girls who said they had experienced anxiety in the past month, 40 percent said Instagram made things better, and 48 percent said it made no difference. 12 percent said Instagram made things worse.

- 38 percent of teenage girls who said they struggled with suicidal thoughts and self-harm said Instagram made these issues better for them, and 49 percent said it has no impact.

I want to be clear that we are not diminishing the importance of these issues or suggesting that we will ever be satisfied if *anyone* is struggling on our product. It's why we conduct this research: to make our platforms better, to minimize the bad and maximize the good, and to proactively identify where we can improve. And the most important thing about our research is what we've done with it. We have a long track record of using our research—as well as external research and close collaboration with our Safety Advisory Board, Youth Advisors, and additional experts and organizations—to inform changes to our apps and provide resources for the people who use them. We've built AI to identify suicide-related content on our platform and rapidly respond with resources. We've launched tools to help control time spent on

12

our apps. We've built a dedicated reporting option for eating disorder-related content, and we pop up resources when people try to search for it. And our work to respond to this research is ongoing. We are looking into ways to encourage users to consider different content if they are consuming content that correlates with negative appearance comparison. Another idea we are exploring is "take a break," a feature that allows you to set a session time limit to take a moment away from scrolling.

We'll continue to look for ways to be more transparent while respecting the privacy and confidentiality of participants and giving our researchers space to do their work. We will also be looking for more opportunities to work with more partners to publish independent studies while also working through how we can allow external researchers more access to our data in a way that respects people's privacy.

**IV. Stepping Back from Instagram for Tweens and Announcing Parental Supervision**

Finally, I want to speak to our work on an Instagram experience for tweens. As every parent knows, the reality is that kids and tweens are already online. They're getting phones younger and younger, misrepresenting their age, and downloading apps that are meant for those 13 or older.

We believe that it is better for parents to have the option to give tweens access to a version of Instagram that is designed for them—where parents can supervise and control their experience—than to have them lie about their age to access a platform that wasn't built for them.

That's why we have been working on delivering experiences like Instagram for tweens that are age-appropriate and give parents and guardians visibility and control over what their tweens are doing online. Other companies also have recognized these types of issues and built experiences for kids. YouTube and TikTok both have versions of their app for those under 13. The principle is the same: it's much better for kids to use a safer, more age-appropriate version of social media apps than the alternative.

That said, we recognize how important it is to get this right. We have heard your concerns, and that is why we announced that we are pausing the project to take more time. We'll keep listening to parents, keep talking with policymakers and regulators, keep taking guidance from experts and researchers, and we'll revisit this project at a later date. Critics of this project will inevitably see this as an acknowledgement that the project is a bad idea. That's not the case. The reality is that kids are already online, and we believe that developing age-appropriate experiences designed specifically for them is far better for parents than where we are today.

**V. Conclusion**

Facebook is committed to building better products for young people, and to doing everything we can to protect their privacy, safety, and well-being on our platforms. That is why we work to stop people under 13 from accessing ==platforms that are not built for them,== develop features to protect young people on our platforms, build resources and tools for young people and parents, and conduct research and consult with external experts to help ensure that our users have a positive experience. Our goal, through all of these efforts, is to promote meaningful interactions, so that people can use our products to connect and share with the people they care about.

I appreciate the opportunity to discuss these important issues with you today. This is an area where we are investing heavily, and we welcome productive collaboration with lawmakers and elected officials.

Thank you, and I look forward to your questions.

Senator BLUMENTHAL. Thank you, Ms. Davis. You know, we both know—all of us know as parents how vulnerable teens are at this age. How they can succumb to eating disorders, even the suicidal tendencies, and how susceptible they are. So the effects known to Facebook of its site in condoning and even encouraging those tendencies are so deeply repugnant. Facebook knows from its own report disclosed—undisclosed previously that if found in December 2020, a survey of over 50,000 Facebook users that, "teens, women of all ages and people in Western countries experience higher levels of both body image concerns and problems with appearance comparison on Instagram."

13

In an April 2021 report, which also has not been disclosed, it found a quarter of teen girls felt discouraged about their own life and worse about themselves often or very often after using Instagram. Another undisclosed report, March 2020 found, "social comparison is worse on Instagram," in part because its recommendations, "enable never ending rabbit holes" and because it, "perceived as real life." I don't understand, Ms. Davis, how you can deny that Instagram isn't exploiting young users for its own profits.

Ms. DAVIS. Thank you, Senator, for your question. I would like to speak specifically to this as an experienced mom of a teenage daughter, as someone who was a teenage girl herself, and as someone who has taught middle school and teenage girls. I have seen firsthand the troubling intersection between the pressure to be perfect, between body image and finding your identity at that age. And I think what has been lost in this report is that, in fact, with this research, we found that more teen girls actually find Instagram helpful, teen girls who are suffering from these issues, find Instagram helpful than not. Now, that doesn't mean that the ones that aren't, aren't important to us. In fact, that is why we do this research.

Senator BLUMENTHAL. Well, if I may interrupt you, Ms. Davis, these are your own reports. These findings are from your own studies and your own experts. You can speak from your own experience, but will you disclose all of the reports, all the findings? Will you commit to full disclosure?

Ms. DAVIS. Well, I know that we have—Senator, thank you. I know that we have released a number of the reports and we are looking to find ways to release more of this research. I want to be clear that this research is not a bombshell. It is not causal research. It is in fact just directional research that we use for our product——

Senator BLUMENTHAL. Well, I beg to differ with you, Ms. Davis. This research is a bombshell. It is powerful, gripping, riveting evidence that Facebook knows of the harmful effects of its site on children and that it has concealed those facts and findings.

So I ask you to commit that you will make full disclosure all of the thousands of pages of documents that the whistleblower has and more that can be made available. I want to switch to a separate topic, because I think that you have indicated that you are not willing at this point to make a commitment that you will fully disclose everything, unless I am mistaken. I will give you a chance to respond.

Ms. DAVIS. Thank you, Senator. We are looking for ways to release more research. There are privacy considerations that we need to take into place. But I think more importantly, we are actually also looking for ways to give external researchers access to data so that they can do independent research as well.

Senator BLUMENTHAL. Well, I think that is a very important point. You haven't provided that access to researchers. You have refused to make it available to independent experts and researchers. And I will ask you as well for a commitment to do so. And I recognize you are not going to answer this question here. But let me ask you separately, in your remarks, you say, "we think it is important to help provide parents and guardians the information,

14

resources, and tools they need." I want to talk about one major source of concern for parents. They are Finstas.

Finstas, are fake Instagram accounts. Finstas are kids' secret second accounts. Finstas often are intended to avoid parents' oversight. Facebook depends on teens for growth. Facebook knows the teens often are the most tech savvy in the household. That they need or they would like to have critical ways, Facebook would like to have critical ways to acquire new older users.

But Facebook also knows that nearly every teen in the United States has an Instagram account. It can only add more users as fast as there are new 13 year olds. So what Facebook has done is Finstas. In multiple documents, Facebook describes these secret accounts as, "a unique value proposition." It is a growth strategy, a way to boost its monthly active user metric.

And that active user metric is of great interest to your investors, to the markets, and it looks to me like it is another case of prioritizing growth over children's safety. So Facebook claims it is giving tools to parents to help their kids navigate social media and stay safe online, but behind the scenes, your marketers see teens with multiple accounts as "unique value opportunity—propositions," "unique value proposition." And we all know that means Finstas. You are monetizing kids' deceiving their parents. You make money when kids deceive their parents. You make money from these secret accounts. You make money from heightening the metrics that impressed the markets, your investors, raised the stock price. How can parents trust you?

Ms. DAVIS. Respectfully, Senator that is not how I would actually characterize the way we build a product. We build our products to provide the best experience for young people. Interestingly, when you mention Finstas, in my engagement with teens, Finstas are not something that we actually built, they built. They did it to actually provide them with themselves a more private experience, which is one of the things that led us to think about offering them privacy, more privacy.

So that that is actually where Finstas come from. Teens, not us. But I think more importantly, our announcement that we are going to be providing supervisory tools that give parents actual insight into what their children are doing on Instagram is exactly contrary to what you are suggesting.

Senator BLUMENTHAL. Well, with all due respect, these are private, yes, they are secret, they are secreted from parents so that whatever the tools you may have, parents can't apply them, and they are part of the metrics, they are measured so that you can show growth. I will turn to the Ranking Member.

Senator BLACKBURN. Thank you, Mr. Chairman. And Ms. Davis, thank you for your testimony and for being with us today. We appreciate that. And I congratulate you on a perfectly curated background. It looks beautiful coming across the screen. I wish the message that you were giving us were equally as attractive. Let me go to Instagram's CEO, Adam Mosseri, recently saying, and I used his interview in my opening statements, that 13 year olds are not allowed on Instagram. Is that true? Yes or no?

Ms. DAVIS. 13 year olds and above are allowed on Instagram. Under 13 year olds are not.

15

Senator BLACKBURN. But we know that you are doing research on children as young as 8, and are marketing to 8 to 12 year olds, correct?

Ms. DAVIS. We do not market to 8 to 12 year olds because they are not on Instagram. 13 year olds and above—if we find an account of someone who is under 13, we remove them. In fact, in the last 3 months we removed 600,000 accounts of under 13 year olds.

Senator BLACKBURN. OK. So talk to me about how you enforce the policy, that 13 year old—under 13 cannot be on Instagram?

Ms. DAVIS. Yes, I appreciate that question. So there are a number of different things that we do. We have an age screen. When someone tries to join Instagram, if we see someone trying to repeatedly change the date to get past that, we actually will restrict their ability to access the app. We also allow people to report underage accounts, even if you are not on Facebook, and we will remove them. And we are investing and using AI and other signals to remove underage accounts.

Senator BLACKBURN. OK, let me—not to interrupt, but I have got 5 minutes. Then talk to me about what the map is, because I know you have—your research, your research shows that you have looked into using the map for kids under 13. So why don't you explain that to us?

Ms. DAVIS. Map is just a measure of how many people are using the site in the month. It is monthly active people.

Senator BLACKBURN. OK, but you were going to apply that to children under 13. So therefore you were trying to quantify the number of children that were under 13 years of age that were using your site. Correct?

Ms. DAVIS. Respectfully, that doesn't sound accurate to me. In fact, what we are trying to do——

Senator BLACKBURN. OK. Well, then let's have you clarify that for the record, because your research shows that you were using the map on children under 13. I want to move on and talk to you about the information I have seen about the presence of content on Facebook and Instagram that is used to recruit women into domestic servitude. This is a kind of trafficking where people are forced to work against their will for little or no pay. Their passports are often taken away from them. They can be auctioned online and abused. And I have a poster that is behind me. I hope that you can see this.

I have seen information suggesting that Facebook knew this content was on its website but did nothing to delete it until Apple threatened to drop Facebook from the Apple App Store. To quote from a Facebook internal report, "was this issue known to Facebook before the BBC inquiry and Apple escalation? Yes." But, quoting again, "due to the underreporting of this information and absence of proactive detection, domestic servitude content remained on the platform.

Removing our applications from Apple platforms would have had potentially severe consequences to the business." Ms. Davis, did Facebook know about content on its platform used to recruit women into forced slavery? And why did you not remove it until Apple threatened to drop Facebook from the App Store?

16

Ms. DAVIS. Respectfully, Senator, I don't agree with that characterization of what occurred. In fact, we have policies against sex trafficking on our platform.

Senator BLACKBURN. This is your reporting. Ms. Davis, this is your company's reporting. You knew this was there. You knew it was there. But you didn't do anything about it. Is it still there? Are you still allowing sex trafficking on Facebook? Is this something that girls as young as eight who are on your site are exposed to? Let's get a little bit more definition around this. One more question for you. One of the *Wall Street Journal* articles came out Monday and shared Facebook research about the product segments it would like to target in the future. It shows younger and younger kids. This is your poster. I mean, this is your graphic.

I put it on a poster, where we have been and where we are going. In fact, documents I saw showed Facebook doing market research on 8 year olds. And I am quoting from you all now, "tweens and younger teens are very similar in digital behaviors. Even kids as young as eight are interested in similar digital experiences." The documents show survey results into the digital interest of 8 to 10 year olds. So with this categorization in mind, does Facebook conduct market research on tweens, yes or no?

Ms. DAVIS. Thank you, Senator. I would first like to actually clarify that document that you have behind you. That document is actually from an age appropriate design code, something that Senator Markey and others have actually given to tech companies as a way for us to think about how we design for different ages. It is actually a direction on policy——

Senator BLACKBURN. So you are admitting to me that you are designing for 8 to 12 year olds? I think that that is something that is very interesting because you know that is a violation of the Children's Online Privacy Act. And I guess what you are telling us then is that you also are doing market research on children and that you are continuing to collect data on children as you try to figure out what type of digital experience children, children ages 8 to 12 are interested in having. I am over time, Mr. Chairman. I will yield back.

Senator BLUMENTHAL. Thanks, Senator Blackburn. Senator Klobuchar.

## STATEMENT OF HON. AMY KLOBUCHAR,
## U.S. SENATOR FROM MINNESOTA

Senator KLOBUCHAR. Thank you very much. Ms. Davis, we now know that Facebook's own research found that Instagram worsens body image issues for one in three teenage girls. Were you aware of those internal findings before the *Wall Street Journal* articles came out?

Ms. DAVIS. Senator Klobuchar, I would just like to correctly characterize those findings. What those findings are actually of teen girls who already expressed having that issue. One—one is too many——

Senator KLOBUCHAR. OK, I have 5 minutes and I appreciate that, and we will put that on the record, but were you aware of the internal findings before the Wall Street Journal articles came out?

17

Ms. DAVIS. Thank you, Senator Klobuchar. I and my team work on a weekly maybe——

Senator KLOBUCHAR. Could you just answer—I was actually asking a polite question. Were you aware? Could you answer yes or no?

Ms. DAVIS. Yes, I was.

Senator KLOBUCHAR. And what specific steps did you then take in response to your own research and when?

Ms. DAVIS. Senator Klobuchar, I don't know if I could give you exact dates, but what I can tell you is that this research has fueled numerous product changes. So, for example, in the context of eating disorders, we now have a dedicated reporting flow for eating disorder content. We also pop-up resources for individuals if they try to search for this content—numerous changes——

Senator KLOBUCHAR. OK, but could you—OK, well then what I will do is, in writing ask the questions so we can find out the dates from when the research came out and what you did. You were creating, Facebook was creating a version of Instagram that targeted kids under 13. You announced this week that you are pausing that program. What specific criteria will you use to determine whether to unpause the plan and who will make that decision?

Ms. DAVIS. Thank you, Senator Klobuchar. I think what we intend to do at this point in time is to step back to talk with more parents, to engage with more policymakers like yourself, to engage with more experts. What I do know is that parents are—8 out of 10 parents, in fact, for kids under the age of 13 are allowing their children onto sites between the ages of 8 and 12——

Senator KLOBUCHAR. Yes, but I asked who is going to make the decision—I so appreciate if you were answering the question, I would let you go ahead but I was asking who will make the decision about whether to unpause the work on developing that program.

Ms. DAVIS. Well, certainly it will be a collaborative team within the company, but it will be done with the guidance and expertise of our youth advisors, hearing from parents, hearing from policymaker——

Senator KLOBUCHAR. Aright, I know that is guidance, but I was asking the identity of the person who will make the decision. That is all. I will do that in writing again.

Ms. DAVIS. I don't have a single person. I am sorry, Senator Klobuchar.

Senator KLOBUCHAR. OK. Last quarter, Facebook publicly reported that its advertising revenue per user in the U.S. and Canada, this is for a quarter, was $51 per quarter. Didn't even compare with any other industrialized nation or any other country.

They are making so much money off of American users. I asked your colleague Steve Satterfield about that last week in a hearing in my Judiciary Antitrust subcommittee, the hearing we had on big data. In his response, he said he wasn't entirely sure whether the data included Instagram revenue. Does it include Instagram revenue, and specifically, does it include revenue from kids under 18?

Ms. DAVIS. Senator Klobuchar, that is not something I work on, but it is sort of not how we build products, particularly in relation to young people. We actually have always limited ads for young

18

people. And much more recently, we have reduced based on actually guidance from experts that we don't target young people——

Senator KLOBUCHAR. OK, but again, I appreciate that—we are good at filibustering in the Senate too, but I am really concerned about the answer because I think it is specific. And again, I will do this in writing. I will publish the answers. But I am just asking a fact. You guys published these quarterly revenues. We have them on different countries, right, how much money you make. We got that information. And so I am trying to figure out if it includes Instagram.

I am trying to figure out if it includes kids, which I assume it does. And I will keep pursuing it another way. When you estimate the lifetime value of a user, you must do that because I know your profit model and how it works now, after years of taking on this monopoly dominant platform issue. What do you estimate the lifetime value of a user is for kids who start using Facebook products before age 13?

Ms. DAVIS. Respectfully, Senator, that is not how we think about building products for our—for young people. We actually are quite focused on ensuring that parents have the kinds of supervisory tools that they need. That is just—it is just not the way we think about it, certainly not the way I and my team think about it.

Senator KLOBUCHAR. Ms. Davis, that may be true about your team, but are you saying that Facebook in developing products has never considered, and you are under oath, has never considered the profit value of developing products when they make their decisions of how those products look?

Ms. DAVIS. Respectfully, Senator, we are a business. I am fully, fully aware of that, but what we are thinking about is how do we provide the best experience? If we have a very short sighted version of just—without focusing on providing a better experience for people or a good experience, that is just a terrible business model.

Senator KLOBUCHAR. Well, we will follow up in writing. I am out of time, I will try to come back if there is a second round. Thank you very much.

Senator BLUMENTHAL. Thanks, Senator Klobuchar. I am hopeful we will have a second round. I don't know whether Senator Thune is available. If not Senator Moran, or Senator Lee. I will turn to Senator Markey in the absence of a Republican Senator wishing to ask questions. And I am going to vote so you are in charge, Senator Markey.

**STATEMENT OF HON. EDWARD MARKEY,
U.S. SENATOR FROM MASSACHUSETTS**

Senator MARKEY. OK. Thank you, Mr. Chairman, very much. And we will recognize Republican members as they arrive. In April, Senator Blumenthal and I wrote to CEO Mark Zuckerberg ringing the alarm about Facebook's plan to launch a version of Instagram for kids 12 and under. I am pleased that Facebook responded to our concerns and is backing down, at least temporarily, from its plans. But a pause is insufficient. Let's be clear. The problem isn't that Instagram hasn't developed a safe product for kids.

19

The problem is Instagram itself. According to Facebook's own research, teen users consistently blamed Instagram for increases in their anxiety and depression. In fact, 32 percent of teen girls said when they felt bad about their bodies, Instagram made them feel worse. And 6 percent of American teen users trace their desire to kill themselves to Instagram. For teens Instagram is worse than a popularity contest in a high school cafeteria because everyone can immediately see who is the most popular or who is the least popular. Instagram is that first childhood cigarette, meant to get teens hooked early, exploiting the peer pressure of popularity, and ultimately endangering their health.

Facebook is just like big tobacco, pushing a product that they know is harmful to the health of young people, pushing it to them early, all so Facebook can make money. IG stands for Instagram, but it also stands for insta-greed. The last thing we should allow Facebook to do is push young kids to use Instagram. Ms. Davis, will you commit that Facebook will not launch any platforms targeting kids 12 and under that includes features such as like buttons and follow accounts that allow children to quantify popularity. Yes or no?

Ms. DAVIS. Senator Markey, I would like to actually take a second to disagree with your comparison. Our products actually add value and offer—enrich teens' lives. They enable them to connect with their friends, with their family. And actually during COVID, during the pandemic——

Senator MARKEY. I appreciate that. I appreciate that. Senators just have limited time in the question and answer period. I have a question to you. Will you stop launching, will you promise not to launch a site that includes features such as like buttons and follower accounts that allow children to quantify popularity? That is a yes or no.

Ms. DAVIS. Senator Markey, those are the kinds of features that we will be talking about with our experts, trying to understand, in fact, what is most age appropriate and what isn't age appropriate? And we will discuss those features with them, of course.

Senator MARKEY. Well, let me just say this. We are talking about 12 year olds. We are talking about 9 year olds. If you need to do more research on this, you should fire all the people who you are paid to do your research up until now, because this is pretty obvious and it is pretty obvious to every mother and father in our country, because all recent scientific studies by child development experts found that not getting enough likes on social media significantly reduces adolescents' feelings of self-worth. Here is another threat to young people on Instagram.

The app is full of images and videos of popular influencers who peddle products while they flaunt their lavish lifestyles to users. Ms. Davis, will you commit that Facebook will not launch any platforms targeting kids that host influencer marketing, commercial content that children may be incapable of identifying as advertisements? Yes or no?

Ms. DAVIS. Senator that is actually one of the questions that we will be working with, with our experts as well. I do think it is important to point out that our app Messenger Kids, a messaging app for young kids under 13 doesn't show ads at all. And that was

24

heard the term, quote, shadow profile. Ms. Davis, now, in the context of today's discussion, I will ask a slightly different question. Yes or no? Does Facebook or Instagram collect personally identifiable information specific to individual children under the age of 13 without the consent of those children's parents or guardians?

Ms. DAVIS. Senator, children under the age of 13 are not allowed on Instagram or Facebook.

Senator LUJÁN. Does Facebook or Instagram collect personally identifiable information specific to individual children under the age of 13? Is your answer, no?

Ms. DAVIS. Respectfully, Senator, we do not allow children under the age of 13——

Senator LUJÁN. That is not the question that I am asking. The question I am asking, in the same way that I asked Mr. Zuckerberg on April 11th about the collection of this information, does Facebook or Instagram collect personally identifiable information specific to individual children under the age of 13 without the consent of those parents or guardians. If the answer is no that is sufficient.

Ms. DAVIS. Senator, it would be my understanding that we don't since we don't allow them on our apps.

Senator LUJAN. I appreciate that. I understand that the algorithms underpinning content moderation and recommendations on Facebook and Instagram change on a regular basis. Ms. Davis, yes or no, in preparation of changes to existing algorithms, has Facebook ever first tested potential impacts of those changes before they are rolled out broadly?

Ms. DAVIS. So this is not my area of expertise. I know that we do do testing to understand the impact of changes, but I can't speak specifically to this one.

Senator LUJÁN. Publicly, Facebook has said they do that. Yes or no, has Facebook ever tested whether a change in its platform will later increase growth in users or growth in revenue?

Ms. DAVIS. Senator, would you repeat the question? Your voice sped up weirdly.

Senator LUJÁN. Has Facebook ever tested whether a change to its platform would later increase growth in users or growth in revenue?

Ms. DAVIS. Respectfully, Senator, this is not my—not my particular area of expertise. I can certainly take the question back to the team, but I am sure that we think about business issues of this kind.

Senator LUJÁN. Facebook has said publicly they do. Yes or no, has Facebook ever tested whether a change to its platform increases an individual or a group of users' propensity to post violent or hateful language?

Ms. DAVIS. Again, Senator, this is not my area of expertise. But I would be happy to take your questions back to the right team and get you answers.

Senator LUJÁN. And, Mr. Chairman, I think with that last question, we might get more responses to that one next week. Yes or no, has Facebook ever tested whether a change to its platform makes an individual or a group of users more likely to consider self-harm?

25

Ms. DAVIS. Actually, the research that has been released and has been reported on looks at whether a young person thinks that they—that their first thoughts of suicide occurred on our platform. And, you know, while the numbers there show about 0.5 percent, about a half a percent do, that is one too many.

As someone who had a brother who died by suicide as well as a very close college friend, if there is one person on our platform who attributes their suicidal ideation to our platform, that is one too many and we care deeply about it. And we have built product changes to address that. So we have a suicide prevention reporting flow where you can actually connect with a crisis counselor right from that point, reporting flow. Family members who report something can actually connect with the person immediately, because our experts have told us that when they connect with that person that is one of the best ways to prevent suicide.

We take this issue very seriously and we are the industry leader when it comes to preventing—addressing suicide on our platform.

Senator LUJÁN. And my final question, Mr. Chairman. Yes or no, has Facebook ever found a change to its platform would potentially inflict harm on users, but moved forward because the change would also grow users or increase revenue?

Ms. DAVIS. That has not been my experience at all at Facebook. We care deeply about the safety and security of the people on our platform. We have invested $12 billion in it. We have thousands and thousands of people working on this issue. That is just not how we would approach it.

Senator LUJÁN. Mr. Chairman, I hope that the answer to the very first question that I asked will be a profound, yes. The one area that Facebook can make structural changes here is by simply making research public by default, allow real independent oversight, and I look forward to that information being given to the Committee. If not, I look forward to requesting it formally. Thank you, Mr. Chairman.

Senator BLUMENTHAL. Thanks, Senator Luján. And I think you are absolutely right. In that regard, let me just ask Ms. Davis. You have refused to commit that these research and findings will be made public. Who will make that decision at Facebook?

Ms. DAVIS. I don't know that there is any, Senator, that there is any one person who will make that decision. I do know that there are many people looking——

Senator BLUMENTHAL. Well, let me—let me just ask you this. Isn't it a fact that Mark Zuckerberg is the one who will make that decision?

Ms. DAVIS. Respectfully, Senator, this is the kind of decision that would involve many people in the company. We need to look at our privacy obligations and we are looking to be—to provide more transparency.

Senator BLUMENTHAL. Well, with all due respect to you, the word transparency is easy to use, it is hard to do, and so far there is nothing that you have said to indicate that disclosure of these findings, conclusions, recommendations, facts known to Facebook about the harmful effects of its products will be made available. And, in fact, that a decision will be made by any specific time or by any particular individual. Can you tell us more?

26

Ms. DAVIS. Respectfully, Senator, I think that our commitment to transparency in the last few years should be a very good indication of our commitment. We have launched a transparency report regularly. We have set up an oversight board. We have human rights impact assessments. We are doing a tremendous amount to ensure transparency around our platform. And we are looking for ways to give independent researchers access to data so that they can do independent studies as well.

Senator BLUMENTHAL. You know, that is perhaps one of the most discouraging parts of your testimony that you are relying on your past record of transparency for what you will do in the future. The fact of the matter is, there are thousands of documents that we have only because a whistleblower has come forward, documents that show your own findings. That is directly the opposite of transparency, Ms. Davis.

I realize that you are testifying here about the efforts of Facebook to counter those documents, but the only way to counter facts is with real transparency. Let me ask you, while we are waiting for other Senators to arrive, I know that some are on their way.

For years, Instagram did nothing about eating disorders. It began to take some small steps, only when a 14 year old girl, her name is Molly Russell, took her own life. She was getting trapped in that perfect storm that Facebook researchers described. Your own researchers called it a perfect storm. Our research has shown that right now in real time, Instagram's recommendations will still latch onto a person's insecurities, a young woman's vulnerabilities about their bodies and drag them into dark places that glorify eating disorders and self-harm. That is what Instagram does.

In fact, according to documents provided to me as recently as April 2021, that is this year, a Facebook engineer raised concerns that, "no one has decided to dial into eating disorders." They documented the problems we have verified. So, you knew. You knew. How long should it take to fix these problems? What are you going to do to address what we have found just within the past week or so?

Ms. DAVIS. Senator, we have been working with suicide prevention experts since 2006. We also work with eating disorder experts. We don't allow the promotion of either kind of content on our platform. We do allow individuals to talk about their journeys to recovery because our experts have told us that that is really important and helpful to them. We have a dedicated reporting flow when it comes to eating disorder content, and we actually offer resources of support. That is all work that has been generated out of both this research and working with our experts.

Senator BLUMENTHAL. So let me—Ms. Davis, because our time is—our time is limited. And in your answer, in response to my question, what are you going to do to fix the problem? You are essentially saying there is no problem. Is that right?

Ms. DAVIS. Respectfully, Senator, no, in fact, that is not what I am saying. As long as there is one person dealing with the issue on our platform, we consider it a problem. And actually there are additional product changes that we are looking at. So, for example, I think I mentioned earlier that we are looking at nudges toward uplifting content. One of the things that has—teens themselves has

27

identified as helpful to them when they are dealing with certain issues that they are struggling with like eating disorders.

We are also looking at something called take a break, where we would encourage somebody to take a break when we think they may be rabbit holing down certain kinds of content or on the app too long.

Senator BLUMENTHAL. So you are not committing to any specific steps by any specific time, but you do acknowledge there is a problem with eating disorders, with suicidal tendencies that may be fostered or promoted?

Ms. DAVIS. Sure. Certainly, Senator, I think we actually have issues in relation to teens and suicide and eating disorders within our society. And to the extent that those things play out on our platform, we take them extraordinarily seriously. And while you have asked—you mentioned a time commitment and I can't give you a time commitment, but I can tell you that we are working on it. And I can tell you that in addition to all the things that we already do, we would be happy to follow up with you and share with you our progress in that direction. We take the issues very seriously.

Senator BLUMENTHAL. I know you take it seriously. At least that is what you are telling us. But all you are doing is looking at these possible steps. And with all due respect, these steps are baby steps, not even baby steps, in the direction of trying to improve Instagram and meet the very serious problems that have been disclosed. Let me come right to the point. Instagram for kids has been paused. How long will it be paused?

Ms. DAVIS. I don't have a specific date, but I do have a commitment from all of us at Facebook that we will be speaking to parents. We will be talking to policymakers like yourselves. We will be talking to experts. We want to get this right. We also know that young people are online under the age of 12 on apps that aren't designed for them, that we want to get their parents the supervisory tools and insights that they need so that they can manage the amount of time that their child is spending, so they can determine what their child should be seeing or should not be seeing, actually fundamentally to allow them to parent their children.

Senator BLUMENTHAL. Who will make the decision about how long Instagram for Kids is paused? Mark Zuckerberg, right?

Ms. DAVIS. There is no one person who makes a decision like that. We think about that collaboratively, but quite honestly, we will be working with experts to understand and get to feel that people are in a comfortable place before doing so.

Senator BLUMENTHAL. Senator Blackburn.

Senator BLACKBURN. Thank you, Mr. Chairman. Ms. Davis let's go back to this issue of all the data that you all are collecting on kids through your program where you are tracking them, you are doing the digital experience surveys. What do you do with that data and how long do you keep it? And do you have the parents' permission to do that research?

Ms. DAVIS. Whenever we do research, we use the most stringent privacy protections. And whenever we do research with minors, we certainly get parental consent.

28

Senator BLACKBURN. You get parental consent. Why don't you submit to us for the record a screenshot of what you use as a parental consent form? Will you do that?

Ms. DAVIS. Senator, I would be happy to take your request back to the teams that do the research.

Senator BLACKBURN. No, we want a copy of the form. If you get parental consent, there has to be some kind of form that is signed. So even if it is a digital signature. So why don't you submit that to the record? Will you submit the form for the record?

Ms. DAVIS. Senator, I will go back to the teams and bring that request to them.

Senator BLACKBURN. OK. The *Wall Street Journal* articles have had a big impact and have helped to bring some sunlight to your practices. And I am sure that Mr. Zuckerberg was not pleased with this. And in some of the documents we have seen that there is a real lack of governance. It is kind of his way or the highway at Facebook. So how long have you worked at Facebook?

Ms. DAVIS. I have worked there for 7 years.

Senator BLACKBURN. Seven years, OK. And have you all deleted any documents since you learned about the whistleblower in *The Wall Street Journal* reporting?

Ms. DAVIS. Senator, we would not do anything in violation of any law. I really—there are 60,000 employees. I have no idea if any—I would never suggest that I know what e-mails one of our 60,000 employees have deleted.

Senator BLACKBURN. OK, well, how are you restricting access to data internally? Have your policies changed since *The Wall Street Journal* articles?

Ms. DAVIS. Senator, not that I am aware of, certainly.

Senator BLACKBURN. OK, so you don't know if there is a parental consent form, even though you say you have people sign one if you are going to do research on their children. I would be interested to see if it is similar to a medical release form that parents have to sign. And you don't know if you have changed any practices about data handled internally or if you have eliminated data? OK, let me ask you this, will you commit that Facebook will not take revenge, retribution, or retaliation against the whistleblower?

Ms. DAVIS. Senator, we would never take—retaliate against someone coming to speak for speaking to Congress. That is just not who we are.

Senator BLACKBURN. OK, but you are not going to say about the actions? I wasn't asking about speaking in Congress, I was asking about the actions. But we will leave that where it is. Are you aware of Facebook enabling tracking on the Uyghur Muslims in Xinjiang province in China when they would download Messenger? Are you aware that they have put tracking spyware in Messenger in China?

Ms. DAVIS. Senator, in fact, we did not put that tracking spyware, we found that tracking spyware. We removed it. We have briefed the Senate on it.

Senator BLACKBURN. OK. Why did Senator Blumenthal's office so easily access Instagram and set up this account for a 13 year old and then immediately they began to receive information about eating disorders and self-harm content? What kind of artificial intelligence are you using that would direct them that way?

29

Ms. DAVIS. Senator, we do not direct people toward content that promotes eating disorders. That actually violates our policies, and we remove that content when we become aware of it. We actually use AI to find content like that and to remove it.

Senator BLACKBURN. OK, so what you are saying is the experience that Senator Blumenthal's office had is an outlier or an anomaly. Is that correct?

Ms. DAVIS. Senator Blackburn, I haven't seen the particular things. I would take a look, but I can tell you that our policy——

Senator BLACKBURN. I am sure he can send you the digital copy of the poster that he had here. So thank you. And Mr. Chairman, I yield my time.

Senator BLUMENTHAL. Thank you, Senator Blackburn. And we can make available to you, Ms. Davis, all of the information about how easily and readily we put this profile of a 13 year old young woman on and the reactions on eating disorders. I am sure you already have the findings and evidence that supports our conclusions. Senator Lummis is on remotely.

### STATEMENT OF HON. CYNTHIA LUMMIS, U.S. SENATOR FROM WYOMING

Senator LUMMIS. Thank you, Mr. Chairman. Like many members of this committee, I am alarmed by the revelations of the *Wall Street Journal* article demonstrating the disturbing conclusions of Facebook's own research, conclusions which merit repeating. Just under one in three teen girls reported the Instagram app made them feel worse about their body image. Another significant portion of users also reported increased feelings of anxiety, suicidal thoughts, depression, and eating disorders as a result of the app's use.

Unfortunately, this research did nothing more than confirm many of our earlier intuitions and suspicions, social media can be dangerous to your mental health. I look forward to more studies on the impact of social media on mental health. However, I am concerned by the consistent lack of transparency from Facebook. The fact is that this committee would not be here without the brave whistleblower who stepped forward to shed light on this issue, an issue that many of us had previously sought answers to before and that we now seek answers to today. We must remember that despite apps that purport to be free for us to use, there is a very real cost, one that often comes at the price of our youth's mental health.

I was fortunate to grow up without the pressures of social media, but for the first time in today's generation, the children struggle with how to grow up managing a virtual version of themselves, all while the billion dollar industries compete for their time, information, money, and attention.

So I firmly believe that more must be done. I recently signed on to a bill that would update the Children's Online Privacy Protection Act by placing strict restrictions on behavioral advertising directed at children. So my question for you, Ms. Davis, has Facebook conducted research into how children are more easily manipulated by highly personalized advertising?

Ms. DAVIS. Senator, I would not be familiar with that research. What I can tell you is that we have very limited advertising to

37

parents have supervisory control, where under the age of 13 we can actually ensure age appropriate content. We are putting in policies in place on our apps who are 13 over to ensure that kids don't have access to inappropriate content. This is all part of our ongoing work and our commitment to families.

Senator LEE. The term attractive nuisance, the term used in the common law keeps coming to mind. I wish we could talk more about attractive nuisances, but my time has expired. Thank you, Mr. Chairman.

Senator BLUMENTHAL. Thanks, Senator Lee. And we will be inviting other tech companies to testify. And I hope that they will respond to the kinds of questions that you have raised here, Senator Lee. Just a few final questions. You were asked about possible retaliatory action. And you said, I think that it is not who we are, there would be no retaliation against a whistleblower. Will you commit there will be no legal action, based on the disclosure of the whistleblower's documents?

Ms. DAVIS. I am aware that there are rules in terms of the Senate, and we will comply with those rules.

Senator BLUMENTHAL. I am asking you whether there will be any legal action based on the disclosure of the documents, either from the whistleblower or anyone else publicly?

Ms. DAVIS. We have committed to not retaliating for them coming to the Senate.

Senator BLUMENTHAL. So that is a yes, there will be no legal action based on the disclosure of documents, Facebook documents, that is a yes? Correct?

Ms. DAVIS. Senator, we have committed to not retaliating for this individual coming—speaking to the Senate.

Senator BLUMENTHAL. Can you tell me, Ms. Davis, following up on Senator Blackburn's question. Regarding these documents that have been disclosed publicly, all thousands of them, not just the two that Facebook disclosed last night, have you locked down these documents, shutting out other Facebook employees?

Ms. DAVIS. Senator, it is not my understanding that we have done it, but I—no, it is not my understanding that we have done that.

Senator BLUMENTHAL. You have not. That is your testimony?

Ms. DAVIS. I just am not the person, the right person to ask, and I can certainly follow up and get an answer for you, but it is not my understanding of anything like that.

Senator BLUMENTHAL. I would like you to confirm, if you would, that those documents, the research, the findings and recommendations are available to others at Facebook. And I am just going to ask you finally, you have declined to commit that any more of those documents will be made available. Who in the company will get back to us in response to that question?

Ms. DAVIS. We will be sure to follow up with your office. I will take it back to the team to work with your office and come back to you.

Senator BLUMENTHAL. Will you commit to ending Finsta?

Ms. DAVIS. Senator, again, let me explain, we don't actually—we don't actually do Finsta. What Finsta refers to is young people setting up accounts where they may want to have more privacy. You

38

refer to it as privacy from their parents. What—in my interaction with teens, what I found is that they sometimes like to have an account where they can interact just with their—with a smaller group of friends.

Senator BLUMENTHAL. Well, Finsta is one of your products or services. We are not talking about Google or Apple. It is Facebook, correct?

Ms. DAVIS. Finsta is slang for a type of account. It is not——

Senator BLUMENTHAL. OK, will you end that type of account?

Ms. DAVIS. We—I am not sure I understand exactly what you are asking. What I can say is that based on what we have seen in terms of teens using those kinds of accounts, we have actually given them additional privacy options to address those kinds of issues, where they want more privacy so they can have more privacy.

Senator BLUMENTHAL. Well, I don't think that is an answer to my question. I think we have reached the end of our hearing. We have another vote. I don't think any of my colleagues have any other questions. So sorry, Senator Sullivan.

### STATEMENT OF HON. DAN SULLIVAN,
### U.S. SENATOR FROM ALASKA

Senator SULLIVAN. Thank you, Mr. Chairman.

Senator BLUMENTHAL. I am so glad you are here. I am glad I ran into you on the floor.

Senator SULLIVAN. Yes. Thank you for holding this hearing. And I think it is a really important hearing. And I know you care a lot about it. I care a lot about it. So, Ms. Davis, it is probably—well, I want to ask you, but I have three daughters, and when I read the—when I read the *Wall Street Journal* story, I was shocked, but, you know, in some ways, not surprised because I think we have seen a lot of this. So when you are looking at your applications, your services, do you balance the mental health needs of Americans versus the addictive nature of the products that you sell?

Ms. DAVIS. Thank you, Senator. I think you were going to ask me whether if I have children. I do. I have a 23 year old daughter. First of all, I don't agree with the characterization of our product, but in fact, we do think quite seriously and——

Senator SULLIVAN. What don't you—sorry, I am going to interrupt here. What don't you agree with I just said? Addictive nature? I said addictive nature versus mental health. What two phrases did you not agree with?

Ms. DAVIS. So I disagree with calling our product addictive. I also think that is not how we build products. But to your question——

Senator SULLIVAN. No, I mean—sorry, I am going to drill down on that. You don't think you are—you don't think your products are addictive in terms of teenagers constantly wanting to be engaged in social media?

Ms. DAVIS. Senator, as a parent and as someone who talks to parents quite a bit, it is—certainly parents, all parents, I haven't met a parent who doesn't think about the time that their child spends on their phone. And one of the things actually that we have done to actually to try to address that is to make people aware of how much time they are spending. There is a dashboard where

39

they can see it. They can actually set a reminder to let them know that they have been on so they will get off.

In addition, we are looking at something called take a break, which would prompt somebody when they have been on to take a break. So that, I think gets at your questions, but I want to——

Senator SULLIVAN. So is you—let me—I want to—well, I will let you get to mental health, but I want to drill down on this addictive element. But isn't part of your business model to have more eyeballs for a longer amount of time engaged using your services?

Ms. DAVIS. Respectfully, Senator that is not actually how we build our products. In fact, we made changes to our news feed to allow for more meaningful interactions, knowing that that would impact the time spent. In fact, it did impact the time spent by about 50 million hours per day. But we did it anyway because we were trying to build a positive, more positive experience.

Senator SULLIVAN. So can you address the issue of mental health? Were you aware of these mental health challenges for teenage girls? I am sure you have seen the statistics more broadly about suicides for teenage American females. What are you doing to address that? And were you aware of these challenges, according to *The Wall Street Journal* that was in that study?

Ms. DAVIS. Certainly, Senator. I am very aware of the issues that teens face. I used to be a middle school and high school teacher and had a teenage daughter and was a teen myself. And being a teen comes with some—comes with challenges. And that is reflected sometimes in our platform. And what we have done, and why we did this research was to identify where those challenges may be on our platform and how we could potentially change our product to help.

What we saw with that research was that in out of 12 issues, really challenging issues, issues like anxiety, depression, loneliness, sadness, that out of 11 out of 12 teens, more teens said that they thought that their experience on the platform was helpful than harmful. Now, the teens where they found it harmful——

Senator SULLIVAN. But do you believe that? I don't——

Ms. DAVIS. We actually want to make those changes. We want to make changes to actually provide them with a better experience——

Senator SULLIVAN. You—sorry, I am going to interrupt. My time is getting shorter. Do you have evidence that those issues, isolation, mental health, do you have evidence that those challenges and mental health challenges are actually helped by using, for example, Instagram, more or less. Are you telling me that the use of your products, actually limits those challenges? I think it is almost obvious that they increase those challenges. So what is your testimony today? I thought you said that it actually reduces that, is that what you just said? Because I find that quite remarkable.

Ms. DAVIS. Thank you, Senator. Actually, there is a blog post that our Vice President of Research has released on this. I want to be really careful that this research is not causal research, it is what teens said about their experiences on our platform. And the numbers that you are talking to speak specifically to teens who identified as suffering from these particular issues. I think what is really important here, though, is that this research actually is

40

being used to make product changes, to identify places where we can be more supportive of teens.

So, for example, take a break is something I mentioned earlier in some of the questioning. This is something that would surface to a teen who may be online for a long period of time and give them an opportunity to take a break so they don't rabbit hole down a direction that may be not positive. But we are also looking at something called nudging, where we would nudge them toward uplifting or inspiring content because they told us that that content can be helpful.

Our goal here is to really—right now, the research shows that 8 out of 10 teens say that they have a positive to neutral experience. Our goal is for that to actually be 10 out of 10 and for it to be positive. We want to provide a better experience for teens.

Senator SULLIVAN. OK, let me—let me end here. I am going over my time, but I don't see any other Senators waiting for questions, and I know the Chairman is going to come back to wrap this up, but look, I think the issues of mental health, of depression, of isolation, I think the social media engagement, particularly for teenagers, enhances these challenges, and I think we are going to see this more and more studies.

And you mentioned take a break. I am not a big fan of the Chinese Communist Party. As a matter of fact, most things they do, I instinctively disagree with. But you may have seen recently that they have—way they do things, it wasn't a law, I guess it was an edict from on high from the party and Xi Jinping, but they have told Chinese teenagers to take a real break and to limit the amount of time that a teenager in China can spend on social media or gaming or things like this.

Do you think the U.S. Government needs to look at doing something like that, an edict, if you guys won't? I personally believe that we are going to look back like 20 years from now and see the massive social mental health challenges that were created by this era when teenagers had phones in their faces starting in seventh and eighth grade and continue to have them, and we are going to look back and we are going to go, what in the hell were we thinking?

Maybe it might be the one time where we say, why didn't we, like the Chinese Communist Party, say take a break. What do you think about the Chinese new edict on taking a break for over a billion people, and should the U.S. Government think about doing something like that? Not relying on you guys, because I do think your business model in part is eyeballs and time spent online with your services.

I mean, I think that is pretty obvious. If you have less viewers and less time, you are going to get more—you are going to get less revenue. So, can you really on your own help people take a break or do we, the U.S. Government have to help people take a break like the Chinese are doing right now?

Ms. DAVIS. Respectfully, Senator, I think that there is some complexity here. So, for example, during COVID, young people used apps like ours to actually stay connected. It was a lifeline for them. They couldn't go to school. They couldn't go to their colleges. They couldn't do their graduations. Social apps actually provided them

44

*Question 4.* Will Facebook's Board of Directors have any role in making this decision to unpause "Instagram Kids"? If so, describe what role the Board will have.

Answer. Please see the response to your Question 1.

*Question 5.* Please name the individual who has the final authority to "unpause" the "Instagram Kids" program.

Answer. Please see the response to your Question 2.

*Profits.* Last quarter, Facebook publicly reported that its advertising revenue per user in the United States and Canada was $51.58.

*Question 1.* How much of the advertising revenue per user in the United States and Canada came from each of (a) Facebook, (b) Instagram, (c) Snapchat, and (d) all other Facebook services?

Answer. We do not break out this information publicly in this way. We publicly report our Average Revenue per User (ARPU) on Facebook, both for advertising and other revenue, broken out by geographic region. In the U.S. and Canada, Facebook's ARPU from advertising (calculated by dividing Meta's advertising revenue by Facebook's monthly active users) was $51.58 in the second quarter of 2021 and $50.34 in the third quarter of 2021. We also report the Average Revenue per Person (ARPP) across Meta's family of apps, both for advertising and other revenue. Meta's ARPP from advertising across its family of apps was $8.21 in the second quarter of 2021 and $7.98 in the third quarter of 2021. For more information, please see our latest earnings presentation (*https://s21.q4cdn.com/399680738/files/doc_financials/2021/q3/FB-Earnings-Presentation-Q3-2021.pdf*). Snapchat is not a Meta platform.

*Question 2.* How much of the revenue per user came from users under 18?

- Please provide a breakdown by (a) Facebook, (b) Instagram, (c) Snapchat, and (d) all other Facebook services.

- If precise figures are unavailable, explain why and provide estimates.

Answer. We do not break out this information publicly.

*Value of Young Users.* The *Wall Street Journal* reported on a document that quoted internal Facebook research, asking "Why do we care about tweens?" and answering its own question: "They are a valuable but untapped audience."

*Question 1.* Why are children ages 10–12 so valuable to Facebook?

Answer. We require a minimum age of 13 to use Facebook and Instagram in the U.S. It is common for social media companies to try to understand how teens and preteens use technology. Like all technology companies, we want to appeal to the next generation, but to be clear, we do not knowingly attempt to recruit people who aren't old enough to use our apps.

We started our work to build an Instagram experience for tweens (aged 10–12) to address an important problem seen across our industry: kids are getting phones younger and younger, misrepresenting their age, and downloading apps that are meant for those 13 or older. We believe that it is better for parents to have the option to give tweens access to a version of Instagram that is designed for them—where parents can supervise and control their experience—than to have them lie about their age to access a platform that wasn't built for them.

We were working on delivering experiences that are age-appropriate and give parents and guardians visibility and control over what their tweens are doing online, like an Instagram experience for tweens. Other companies also have recognized these types of issues and built experiences for kids. For example, YouTube and TikTok both have versions of their apps for those under 13. The principle is the same: it's much better for parents and guardians to have the option for their kids to use a safer, more age-appropriate version of social media apps than the alternative.

*Question 2.* What is the lifetime value of a user for kids who start using Facebook products before age 13?

Answer. Please see the response to your Question 1. We prohibit users under the age of 13 from using Facebook or Instagram. When we learn when an underage user has created an account, we remove them from the platform. We do not calculate a lifetime value of Messenger Kids users.

*Question 3.* Does Facebook have any analysis that examines the financial value of users to the Company?

- Describe all such analyses involving users in the United States, including but not limited to the expected revenue per user for those who start using its products before age 13.

45

- If any of those analyses have been presented to any officer or director at Facebook in the last 18 months, please identify to whom the analysis was presented and provide a copy of it.

Answer. We publicly report our Average Revenue per User (ARPU) on Facebook, both for advertising and other revenue, broken out by geographic region. In the U.S. and Canada, Facebook's ARPU from advertising was $51.58 in the second quarter of 2021 and $50.34 in the third quarter of 2021. We also report the Average Revenue per Person (ARPP) across Meta's family of apps, both for advertising and other revenue. Meta's ARPP from advertising across its family of apps was $8.21 in the second quarter of 2021 and $7.98 in the third quarter of 2021. For more information, please see our latest earnings presentation (*https://s21.q4cdn.com/3996807 38/files/doc_financials/2021/q3/FB-Earnings-Presentation-Q3-2021.pdf*). We do not break out this information publicly by age.

*Underage Instagram Users.* Ms. Davis testified that between June and August of this year, Facebook removed over 600,000 Instagram accounts of kids under 13.

*Question 1.* In the same time period, how many Facebook accounts did the company remove for kids under 13?

Answer. In the third quarter of 2021, Meta removed more than 2.6 million accounts on Facebook and 850,000 accounts on Instagram because they were unable to meet our minimum age requirement.

Understanding people's age on the Internet is a complex challenge across our industry, and we already have various methods of finding and removing accounts used by people who misrepresent their age. For example, anyone can report an underage account to us. Our content reviewers are also trained to flag reported accounts that appear to be used by people who are underage. If these people are unable to prove they meet our minimum age requirements, we delete their accounts.

In addition, we've developed artificial intelligence technology that allows us to estimate people's ages, like if someone is below or above 18. We train the technology using multiple signals. We look at things like people wishing you a happy birthday and the age written in those messages—for example, "Happy 21st Bday!" or "Happy Quinceañera." We're also building technology to find and remove accounts belonging to people under the age of 13. This technology isn't perfect, and we're always working to improve it, but that's why it's important we use it alongside many other signals to understand people's ages.

We're also in discussions with the wider technology industry on how we can work together to share information in privacy-preserving ways that help apps establish whether people are over a specific age. One area that we believe has real promise is working with operating system (OS) providers, Internet browsers, and other providers so they can share information to help apps establish whether someone is of an appropriate age.

This has the dual benefit of helping developers keep underage people off their apps, while removing the need for people to go through different and potentially cumbersome age verification processes across multiple apps and services. While it's ultimately up to individual apps and websites to enforce their age policies and comply with their legal obligations, collaboration with OS providers, Internet browsers, and others would be a helpful addition to those efforts.

*Question 2.* Does Facebook have any internal estimates within the last 18 months of how many kids under 13 have accounts on any or all of its services, excluding Messenger Kids?

- If so, please provide those internal estimates, broken down by service if available, and identify who made the estimates.

Answer. We have limited applicable information at our disposal to provide this estimate because, per our Terms of Service, people under 13 are not allowed on our platforms. As discussed in the answer to your Question 1, when we learn that someone under 13 years old is on our platform, we remove them.

*Question 3.* Please name the individual at Facebook who has ultimate responsibility for the company's policies and practices about removing accounts associated with kids under 13.

Answer. As discussed in the answers to your previous questions, when we learn that someone under 13 years old is on Facebook or Instagram, we remove them. We develop our policies and products not only to comply with COPPA but also to meet and exceed the high standards of parents and families. Our policies are developed by our policy team in close consultation with our safety teams, compliance teams, community operations teams, and more—and we consult with external stakeholders and experts in fields like child safety, privacy, technology, public safety, and more.

46

In terms of enforcement, we have over 40,000 people working on safety and security, including content reviewers. Our content reviewers are also trained to flag reported accounts that appear to be used by people under 13 years old, and anyone can report an underage account to us.

*Prevalence of Eating Disorder Content.* Ms. Davis testified that Facebook tries to reduce the prevalence of content about disordered eating on its sites.

*Question 1.* There have been reports that accounts registered as belonging to a 13 year old girl with an interest in weight loss and dieting had Instagram's algorithm promote content from accounts titled "I have to be thin," "Eternally starving," and "I want to be perfect." Please explain how the algorithm generates these results.

Answer. We prohibit content that promotes or encourages eating disorders, and we removed the accounts shared with us by the media for breaking these rules. We have also removed the violating accounts identified by Senator Blumenthal and his staff that we were made aware of. We use technology and reports from our community to find and remove this content as quickly as we can, and we're always working to improve. We'll continue to follow expert advice from academics and mental health organizations, like the National Eating Disorder Association (NEDA), to strike the difficult balance between allowing people to share their mental health experiences and protecting them from potentially harmful content.

To be clear, our policies prohibit any content that celebrates, encourages, or promotes self-injury, including eating disorders. In the third quarter of 2021, we removed about 12 million pieces of suicide and self-injury content from Facebook and Instagram; we detected over 96 percent of that content before people reported it to us. Most of the content we remove is material that we find ourselves through automated systems. A significant portion of that is detected and removed when it is uploaded. In some cases, content requires human review to understand the context in which material was posted. We're constantly working, including with global experts, to improve in this important area. For example, on Instagram, we recently created a dedicated option to report eating disorder content to make it easier to report violating content and provide resources to those who may be struggling. While people have always been able to report content related to eating disorders, users will now see a separate dedicated option to do so.

However, we do allow people to share their own experiences and journeys around self-image and body acceptance on our platforms because we know, and experts agree, that these stories can prompt important conversations and provide community support. But we also know such content can be triggering for some. To address this, when someone tries to search for or share self-harm related content on Facebook or Instagram, we blur potentially triggering images and point people to helpful resources. Additionally, if someone tries searching for terms related to eating disorders, we share dedicated resources, including contacts for local eating disorder hotlines in certain countries. In the United States, for example, we surface expert informed resources, including from NEDA. These resources will also be surfaced if someone tries sharing this content. Additionally, for those concerned that a person's post suggests they may need help with these issues, our Help Center provides information about eating disorders and guidance to help start a conversation with someone who may be struggling with eating disorders. We also provide a list of recommended Dos and Don'ts (developed with NEDA) for talking to someone about their eating disorder.

We are also taking steps to protect vulnerable users on Instagram from being exposed to content that is permissible (but possibly triggering) by making it harder to find. We remove such posts from places where people discover new content, including in our Explore page, and we are not recommending accounts identified as posting such content. In addition, when someone starts typing a known hashtag or account related to suicide and self-harm into search, we are also working to restrict results. Additionally, our Help Center provides information about eating disorders and how to support someone who may be struggling with these issues.

*Question 2.* What has Facebook done to remove accounts that promote eating disorders?

Answer. As discussed in the response to your previous question, our policies prohibit any content that celebrates, encourages, or promotes self-injury, including eating disorders. In the third quarter of 2021, we removed about 12 million pieces of suicide and self-injury content from Facebook and Instagram; we detected over 96 percent of that content before people reported it to us. And we're constantly working, including with global experts, to improve in this important area. For example, on Instagram, we recently created a dedicated option to report eating disorder content to make it easier to report violating content and provide resources to those who