# EXHIBIT 3

S. Hrg. 117–819

# PROTECTING KIDS ONLINE: INSTAGRAM AND REFORMS FOR YOUNG USERS

# HEARING

BEFORE THE

SUBCOMMITTEE ON CONSUMER PROTECTION, PRODUCT SAFETY, AND DATA SECURITY

OF THE

COMMITTEE ON COMMERCE, SCIENCE, AND TRANSPORTATION UNITED STATES SENATE

ONE HUNDRED SEVENTEENTH CONGRESS

FIRST SESSION

DECEMBER 8, 2021

Printed for the use of the Committee on Commerce, Science, and Transportation



Available online: http://www.govinfo.gov

U.S. GOVERNMENT PUBLISHING OFFICE

54–588 PDF             WASHINGTON : 2024

6

Meta, and oversees all functions of the Instagram app, including engineering, product management, and operations. Mr. Mosseri, the floor is yours.

### STATEMENT OF ADAM MOSSERI, HEAD OF INSTAGRAM, META PLATFORMS INC.

Mr. MOSSERI. Right. Apologies—oh, my apologies. Thank you, Senator. Chairman Blumenthal, Ranking Member Blackburn, members of the subcommittee, I am Adam Mosseri and I have served as the head of Instagram since 2018. And over the last few months, the subcommittee has held a number of hearings on the safety and well-being of young people online. This is a critically important topic, as you said in your opening Statement, and it is something that we think about and work on every day at Instagram.

The Internet has changed how we all communicate. It has changed how we express ourselves. It has changed how we stay connected to the people that we care about. It has also changed what it's like to be a teenager. Teenagers have always spent time with their friends, developed new interests, and explored their identities. Today, they are doing those things on platforms like Instagram, YouTube, TikTok, and Snapchat.

I firmly believe that Instagram and that the Internet more broadly can be a positive force in young people's lives. I am inspired every day by teens on Instagram, and I am proud that our platform is a place where they can spend time with the people that they care about, where they can start incredible movements, where they can find new interests, or they can even turn a passion into a business. I also know that sometimes young people can come to Instagram dealing with difficult things in their lives. I believe that Instagram can help in those critical moments.

That is one of the things that our research has shown, and to me, this is the most important work that we can do, taking on complex issues like bullying and social comparison and making changes. Now, I recognize that many in this room have deep reservations about our company. But I want to assure you that we do have the same goal. We all want teens to be safe online.

The Internet isn't going away, and I believe there is important work that we can do together, industry and policymakers, to raise the standards across the Internet to better serve and protect young people. But the reality is that keeping people safe is not just about any one company. An external survey just last month suggested that more teens are using TikTok and YouTube than Instagram. This is an industry wide challenge that requires industry wide solutions and industry wide standards. Now, we have a specific proposal.

We believe there should be an industry body that will determine the best practices when it comes to what I think are the three most important questions with regards to youth safety, how to verify age, how to build age appropriate experiences, and how to build parental controls. The body should receive input from civil society, from parents, and from regulators. The standards need to be high and the protections universal. I believe that companies like ours should have to earn some of their Section 230 protections by adher-

7

ing to those standards. And we have been calling for regulation for nearly 3 years now. And from where I sit, there is no area more important than new safety.

That said, I understand that developing policy takes time, so we are going to continue to push forward on the safety and well-being of young people online. An age verification. We are developing new technologies to address this industry wide challenge.

We are creating a menu of options to allow people to verify that they are old enough to use Instagram that extend beyond simply relying on an ID card. And we are building new technology to proactively find and remove accounts belonging to those under the age of 13. We are also using technology to understand if people are above or below the age of 18, so that we can create a more age appropriate version of Instagram for them.

For example, adults can no longer message people under the age of 18 that don't follow them. And as of this week, we announced that people can no longer tag or mention teens that don't follow them as well. We also provide tools for parents. Parents and guardians know what is best for their teens and relaunching Instagram's first set of parental controls in March of next year, allowing them to see how much time their teens spend on Instagram and to set time limits. We will also give teens a new option to notify their parents if they report someone, giving their parents an opportunity to talk about it with them.

As a father of three, I care a great deal about creating an online world that is safe for my children and that allows them to benefit from all the amazing things the Internet has to offer. As the head of Instagram, I recognize the gravity of my role in making this happen not only for my kids, but for generations to come. I am hopeful that we can work together to reach that goal. Thank you.

[The prepared statement of Mr. Mosseri follows:]

PREPARED STATEMENT OF ADAM MOSSERI, HEAD OF INSTAGRAM, META PLATFORMS INC.

**I. Introduction**

Chairman Blumenthal, Ranking Member Blackburn, and members of the Subcommittee, my name is Adam Mosseri, and I have served as the Head of Instagram since 2018. Over the last few months, this Subcommittee has held a number of hearings about the safety and well-being of young people online. This is a critically important topic, and it is something that we think about—and work on—every day at Instagram.

Our mission at Instagram is to bring people closer to the people and things they love. Our platform began a decade ago with a few million users. Today, we proudly serve well over a billion people. While our platform began as a simple photo-sharing app, we have evolved to provide new ways for people to express themselves, including Stories, Reels, and Live. Teens use our app every day to spend time with the people they care about, explore their interests, and express themselves. They are doing incredible things on our platform, and I firmly believe that Instagram can be a force for good in the lives of young people.

Much has been said recently about Instagram and its impact on young people. As a parent and as the Head of Instagram, this is an issue I care deeply about. It's an area our company has been focused on for many years, and I'm proud of our work to help keep young people safe, to support young people who are struggling, and to empower parents with tools to help their teenagers develop healthy and safe online habits.

I hope we can work together—across industry and government—to raise the standards across the Internet and better serve young people. The reality is that keeping young people safe online is not just about one company. An external survey from just last month suggested that more U.S. teens are using TikTok and YouTube

than Instagram.[1] With teens using multiple platforms, it is critical that we address youth online safety as an industry challenge and develop industry-wide solutions and standards.

**II. Keeping Young People Safe on Instagram**

As Head of Instagram, I am especially focused on the safety of the youngest people who use our services. This work includes keeping underage users off our platform, designing age-appropriate experiences for people ages 13 to 18, and building parental controls.

*Age Verification on Instagram*

Instagram is built for people 13 and older. If a child is under the age of 13, they are not permitted on Instagram. When we learn someone underage has created an account, we remove them. In fact, in the third quarter of this year, we removed over 850,000 accounts on Instagram that were unable to demonstrate that they meet our minimum age requirement.

Understanding people's age on the Internet is a complex and industry-wide challenge—especially considering that many young people in the U.S. do not have a driver's license until they are 15 or 16 years old. However, we're building new technology to proactively find and remove accounts belonging to those under 13 and to identify those people who may be under the age of 18.

In addition to requiring people to share their date of birth when they register and allowing anyone to report a suspected underage account, we train our technology to identify if people are above or below 18 using multiple signals. We look at things like wishing people a happy birthday and the age written in those messages—for example, "Happy 21st Bday!" or "Happy Quinceañera." This technology isn't perfect, and we're always working to improve it, but that's why it's important that we use it alongside many other signals to understand people's ages.

There is more that we can do as an industry to ensure that there are clear standards of age verification across apps. For instance, I think it would be much more effective to solve the problem at the phone level so that a young person using a phone has an age-appropriate experience across any of the apps that they use on that device.

*Keeping Instagram Safe*

Understanding age is important so that we can create a more age-appropriate version of Instagram for the youngest people on our platform. We've put in place multiple protections to create safe and age-appropriate experiences for people between the ages of 13 and 18.

Wherever we can, we want to stop young people from hearing from adults they don't know or that they don't want to hear from. We believe accounts that offer people more control about who can see and respond to their content are the best way to prevent this from happening, and we recently announced that everyone who is under 16 years old in the U.S. is defaulted into what is called a private account when they join Instagram. For young people who already have a public account on Instagram, we are sharing a notification highlighting the benefits of a private account and explaining how to change their privacy settings.

Private accounts let people control who sees or responds to their content. If a young person has a private account, people have to follow them to see their posts, Stories, and Reels, unless they choose to allow others to re-share their content. We're also—by default—eliminating the ability for young people to be tagged or mentioned by others or to have their content included in Reels Remixes or Guides. Additionally, people can't comment on their content in those places, and they won't see the young person's content at all in places like Explore or through hashtags.

Encouraging young people to have private accounts is important when it comes to stopping unwanted contact from adults. But we've gone even further to make young people's accounts difficult to find for certain adults. We developed technology that allows us to find accounts that have shown potentially suspicious behavior— for example, an adult account that might already have been blocked by another young person—and to stop those accounts from interacting with young people's accounts. Using this technology, we don't show young people's accounts in Explore, Reels, or 'Accounts Suggested For You' to these adults. If they find young people's accounts by searching for their usernames, they are not able to follow them. They

---

[1] Mike Prouix, Weekly Usage of TikTok Surpasses Instagram Among U.S. Gen Z Youth, FORRESTER (Nov. 18, 2021), *https://www.forrester.com/blogs/weekly-usage-of-tiktok-surpasses-instagram-among-us-gen-z-youth/*.

also are not able to see comments from young people on other people's posts nor are they able to leave comments on young people's posts.

Additionally, we've launched a number of tools to restrict direct messaging between teens and adults and to prompt teens to be more cautious about interactions in direct messaging. To protect teens from unwanted contact from adults, we introduced a new feature that prevents adults from sending messages to people under 18 who don't follow them. For instance, when an adult tries to message a teen who doesn't follow them, they receive a notification that says that sending a Direct Message isn't an option.

In addition to preventing conversations between adults and teens who don't follow one another, we started using prompts—or safety notices—to encourage teens to be cautious in conversations with adults they're already connected to. These safety notices alert young people when an adult who has been exhibiting potentially suspicious behavior is interacting with them. For example, if an adult is sending a large amount of friend or message requests to people under 18, we use this tool to alert the recipients and give them an option to end the conversation, or block, report, or restrict the adult.

Our work to create age-appropriate experiences for teenagers on Facebook and Instagram also includes age gating certain content, prohibiting certain types of ads from being served to minors, and limiting options for serving any ads to these users.

We've always had rules about the kinds of content we suggest to people in places like the Explore tab. These rules apply to everyone, but we're going to go a step further for young people. We're developing a new experience that will raise the bar even higher for what we recommend for them in Search, Explore, hashtags, and suggested accounts. This new experience will make it harder for young people to find potentially sensitive content on Instagram.

We're also optimistic about using nudges to point people towards different topics. External experts have suggested that, if people are dwelling on one topic for a while, it could be helpful to nudge them towards other topics.[2] [3] That's why we're building a new experience that will nudge people towards other topics if they've been spending time on one topic for a while.

When it comes to advertising, we've long restricted certain kinds of ads from being served to minors, and we recently limited advertisers' options for serving ads to people under 18. Now, advertisers can only serve ads to people under 18 based on age, gender, and location but not interests or activity. This means that previously available targeting options, like those based on interests or on their activity on other apps and websites, are no longer available to advertisers.

*Supporting Teens Who May Be Struggling*

In addition to making sure young people are safe on Instagram, we believe it's important to support young people who are struggling with mental health and well-being.

Sometimes young people come to Instagram dealing with hard things in their lives. I believe Instagram can help many of them in those moments. This is something that our research has suggested as well. One of the internal studies that has been the subject of much discussion showed that teen boys and girls who reported struggling with loneliness, anxiety, sadness, and eating disorders were more likely to say that Instagram made those difficult times *better* rather than worse.

We care deeply about the teens on Instagram, which is in part why we research complex issues like bullying and social comparison and make changes. We have a long track record of using research and close collaboration with our Safety Advisory Board, Youth Advisors, and additional experts and organizations to inform changes to our apps and provide resources for the people who use them.

We don't allow people to post graphic suicide and self-harm content, content that depicts methods or materials involved in suicide and self-harm (even if it's not graphic), or fictional content that promotes or encourages suicide or self-harm. In the third quarter of 2021, we removed 96 percent of this content before it was reported to us.

Since 2019, we've taken steps to protect more vulnerable members of our community from being exposed to suicide and self-harm related content that is permissible under our policies, for example, if someone posts about their recovery journey. We

---

[2] Aditya Purohit *et al.*, Designing for Digital Detox: Making Social Media Less Addictive with Digital Nudges, ASSOC. FOR COMPUTING MACHINERY (Apr. 2020), *https://dl.acm.org/doi/10.1145/3334480.3382810*.

[3] Christoph Schneider *et al.*, Digital Nudging: Guiding Online User Choices through Interface Design. Communications of the ACM (July 2018), *https://cacm.acm.org/magazines/2018/7/229029-digital-nudging/fulltext*.

10

remove known suicide-and self-harm-related posts from places where people discover new content, including our Explore page, and we will not recommend accounts we have identified as featuring suicide or self-injury content.

We also remove certain hashtags and accounts from appearing in search. When someone starts typing a known hashtag or account related to suicide and self-harm into search, we restrict these results. We also add sensitivity screens to blur more content that isn't graphic but could have a negative impact on someone searching.

We have a resource center[4] developed with help from mental health partners, and, when a post is identified as being about suicide (either because a friend reported it or our technology detected it), a person at Meta reviews the post. If it's about suicide, we provide resources to the poster such as a one-click link to the Crisis Text Line. Additionally, whomever reported the post also receives resources and information about how to help the person in distress.

Similarly, we don't allow content that promotes or encourages eating disorders on our platforms. We use technology and reports from our community to find and remove this content as quickly as we can, and we're always working to improve. We follow expert advice from academics and mental health organizations, like the National Eating Disorder Association ("NEDA"), to strike the difficult balance between allowing people to share their mental health experiences while protecting them from potentially harmful content.

We've made a number of changes to support those struggling with eating disorders. When someone searches for or posts content related to eating disorders or body image issues, they'll see a pop-up with tips and an easy way to connect to organizations like NEDA in the US.

We also introduced a dedicated reporting option for eating disorder content. People have always been able to report content related to eating disorders, but, until recently, this was combined with the option to report suicide and self-harm-related content, because they are part of one policy—but now people will see a separate dedicated option for eating disorder content.

We also worked with the JED Foundation to create expert-and research-backed educational resources for teens on how to navigate experiences like negative social comparison.[5]

Lastly, we don't allow people to bully or harass other people on Instagram and have rules in place that prohibit this type of content. We've also built tools that help prevent bullying from happening in the first place and empower people to manage their accounts so they never have to see it.

We launched Restrict in 2019, which allows people to protect themselves from bullying without the fear of retaliation.[6] We also created comment warnings when people try to post potentially offensive comments. So far, we've found that, about 50 percent of the time, people edited or deleted their comments based on these warnings.

We recently announced a new tool called 'Limits' that lets people automatically hide comments and direct message requests from people who don't follow them, or who only recently followed them. We developed this feature because we heard that creators and public figures sometimes experience sudden spikes of comments and message requests from people they don't know. In many cases, this is an outpouring of support, but sometimes it can also mean an influx of unwanted comments or messages. Now, if you're going through that—or think you may be about to—you can turn on Limits and protect yourself.

We also recently launched Hidden Words, which automatically filters message requests containing offensive words, phrases, and emojis into a separate inbox so people never have to see them. Because messages are private conversations, we don't proactively look for hate speech or bullying the same way we do elsewhere on Instagram, so Hidden Words allows people to control what they see and receive in messages and protect themselves from abuse. In addition, all accounts on Instagram have the option to switch off messages from people they don't follow. This means people never have to receive a message from anyone they don't know.

These are just a few examples of the tools we developed to protect people from bullying and harassment. We have numerous other tools including comment controls, blocking, and managing who can comment on your posts and who can tag and mention you.

---

[4] Suicide Prevention, *https://www.facebook.com/safety/wellbeing/suicideprevention*.
[5] More information on this work is available here: *https://pressuretobeperfect.jedfoundation.org/*.
[6] Introducing the "Restrict" Feature to Protect Against Bullying, Instagram Blog (Oct. 2, 2019), *https://about.instagram.com/blog/announcements/stand-up-against-bullying-with-restrict*.

11

*Giving Teens Tools to Control their Experience*

We want to give people on our platform—especially teenagers—tools to help them manage their experiences in the ways that they want and need, including the time they spend. We have built time management tools including Daily Limit, which lets people know when they've reached the total amount of time they want to spend on Instagram each day; 'You're All Caught Up,' which notifies people when they've caught up with new content on their feed; and controls to mute notifications.

This week, we launched 'Take A Break' to go even further and empower people to make informed decisions about how they're spending their time on Instagram. We'll show reminders suggesting that people close Instagram if they've been scrolling for a certain amount of time, and we'll show them expert-backed tips to help them reflect and reset. We want to make sure young people are aware of this feature, so we'll show them notifications suggesting they turn the reminders on.

Also this week, we began testing a new activity center, a central place for people to see and manage their information on Instagram. For the first time, people will be able to bulk delete content they've posted like photos and videos as well as their previous likes and comments. While available to everyone, this tool will help young people more fully understand what information they've shared on Instagram and what is visible to others and give them an easy way to manage their digital footprint.

*Prioritizing and Expanding Parental Controls*

We want parents to have the information to help their teens have a safe and positive experience on Instagram. That's why in March we're launching Instagram's first set of controls for parents and guardians, allowing them to see what their teens are up to on Instagram and manage things like the time they spend in our app. These new features, which parents and teens can opt into, will give parents tools to meaningfully shape their teen's experience.

In the US, we've also collaborated with The Child Mind Institute and ConnectSafely to publish a new Parents Guide that includes the latest safety tools and privacy settings as well as a list of tips and conversation starters to help parents navigate discussions with their teens about their online presence.[7]

**III. Using Research to Improve Instagram**

A lot of focus in recent weeks has been about internal research. As our Head of Research Pratiti Raychoudhury has written, the public reporting about our internal research was mischaracterized, so I want to take a moment to address it. Among other things, the research in question actually demonstrated that many teens said that using Instagram helped them when they were struggling with the kinds of hard moments that teenagers have always faced.

In addition to putting specific findings in context, it is also critical to make the nature of this research clear. This research, some of which relied on input from only 40 teens, was designed to inform internal conversations about teens' most negative perceptions of Instagram. It did not measure causal relationships between Instagram and real-world issues.

Our goal with all of the research that we do is to improve the services that we offer. That means our insights often shed light on problems so that we can evaluate possible solutions and work to improve. We believe this work is critical to delivering a better Instagram.

Moving forward, we will continue to collaborate and engage in data-sharing with researchers on issues related to young people. We have been working with external academics and research partners in this space for many years, and we plan to do even more early next year. This is something that we have done in our program with independent academics around the U.S. 2020 elections. We will take the methodology from the U.S. 2020 program and apply it to well-being research over the coming year. This will involve collaborative co-design of studies and peer-reviewed publication of findings.

In addition, we are continuing our investment in external research to better understand how to keep young people safe and to ensure their well-being is protected in the metaverse. For example, we committed to providing $5 million over three years to the Digital Wellness Lab at Boston Children's Hospital for independent research on these important topics.

---

[7] Instagram Teen Safety for Parents, *https://about.instagram.com/community/parents#guide.*

12

**IV. Supporting Industry Regulation to Protect Young People**

The reality is that keeping young people safe online is not just about one company. We've been calling for updated regulations for nearly three years. From where I sit, there is no area more important than youth safety.

Specifically, we believe there should be an industry body that will determine best practices when it comes to at least three questions: how to verify age, how to design age-appropriate experiences, and how to build parental controls. This body should receive input from civil society, parents, and regulators to create standards that are high and protections that are universal. And I believe that companies like ours should have to adhere to these standards to earn some of our Section 230 protections.

In addition, the body could take steps to require each member to publish regular reports on the progress they are making against each standard and to develop a free and accessible information hub for parents and educators.

This proposal is a work in progress, but we hope that it will contribute to the ongoing discussion about how appropriate regulation can help us address these critical issues. In the meantime, we will continue to push forward on safety and well-being for young people online.

**V. Conclusion**

We want young people to enjoy using Instagram while making sure we don't compromise on their privacy and safety. As we work toward that goal, we'll continue listening to them, their parents, lawmakers, and experts to build an Instagram that works for everyone and is trusted by parents.

Senator BLUMENTHAL. Thanks, Mr. Mosseri. I will take the first round of questions. Again, we are going to do 5 minute rounds. Just a short while ago at our last hearing, TikTok, Snapchat, and YouTube sat at that table, and they all committed to making internal research algorithms and datasets about their effect on children and teens available to independent researchers. Will you commit to doing the same?

Mr. MOSSERI. Senator, we believe it is important to be transparent, both about ranking and algorithms and about data for research. I can commit to you today that we will provide meaningful access to data so that third party researchers can design their own studies and make their own conclusions about the effects of well-being on young people and on ranking. I can commit to do all I can to explain how ranking works and to find other ways for us to be transparent about algorithms.

Senator BLUMENTHAL. Will you support a legal requirement that independent overseers and researchers not only have access to the data sets, but also check the way algorithms are driving content and recommend changes that you will adopt?

Mr. MOSSERI. Senator, I would be happy to have my office work with you on that. I believe that direction is an important one. We do a number of things in this area already. We provide information every month on the effects of our algorithms that are removing problematic content from our system.

Senator BLUMENTHAL. Will you commit to a legal requirement that the access be provided and that an independent, separately appointed and separately funded body, not an industry body, as you have suggested, but an independent overseer and researcher, have that access?

Mr. MOSSERI. Senator on the specifics of how the body works, I am not a legal expert, but yes, I think there should be requirements and standards for how companies like ours are transparent about both data and algorithms.

13

Senator BLUMENTHAL. Because an industry body is not Government regulation that Mark Zuckerberg or others at Facebook and elsewhere have called for. An industry body setting standards is not the same as an independent one.

Let me ask you, shouldn't children and parents have the right to report dangerous material and get a response, get some action? Because we have heard harrowing stories from parents who tried to report and have heard no response.

My office made a report and got no response until CNN made the report to press relations. Shouldn't there be an obligation that Instagram will respond?

Mr. MOSSERI. Senator, yes, I believe we try and respond to all reports and if we ever fail to do so, that is a mistake that we should correct.

Senator BLUMENTHAL. Instagram is addictive. That is the view that has been repeated again and again and again by people who are experts in this field. Parents know it. And for teens who see Instagram's algorithms encouraging, for example, eating disorders, they find it almost impossible to stop. The UK code restricts Instagram's use of addictive design, legally restricts its use of addictive design. Shouldn't we have a similar rule in the United States?

Mr. MOSSERI. Senator, respectfully, I don't believe the research suggests that our products are addictive. Research actually shows that on 11 of 12 difficult issues that teens face, teens that are struggling said Instagram helps for their harms. Now we always care about how people feel about their experiences on our platform, and it is my responsibility as Head of Instagram to do everything I can to help keep people safe, and we are going to continue to do so.

Senator BLUMENTHAL. We can debate the meaning of the word addictive, but the fact is that teens who go to the platform, find it difficult, maybe sometimes impossible, to stop. And part of the reason is that more content is driven to them to keep them on the site, to aggravate the emotions that are so seductive and ultimately addictive.

The UK recognized it by imposing that design restriction. The same ought to be done in the United States. Let me ask you, will you commit to make the pause on Instagram Kids permanent? In other words, stop developing a site for, an app for, children under 13?

Mr. MOSSERI. Senator, the idea of building a version of Instagram for 10 to 12 year olds was trying to solve a problem. The Idea being that we know that 10 to 12 year olds are online. They want to use platforms like Instagram, and it is difficult for companies like ours to verify age for those that are so young, they don't yet have an ID.

The hope is to always or the plan was to always make sure that no child between 10 and 12 had access to any version of Instagram, even one that was designed for them, without their parent's consent.

And so what I can commit to today is that no child between the ages of 10 to 12, should we ever manage to build Instagram for 10

14

to 12 year olds, will have access to that without their explicit parental consent.

Senator BLUMENTHAL. I have more questions. My time has expired. I thank you for answering my questions, Mr. Mosseri. Senator Blackburn.

Senator BLACKBURN. Thank you, Mr. Chairman. Staying on Instagram Kids for a moment. I know you were doing research into 8 year olds and pulling together data on 8 year olds, and I assume and that that was in relation to Instagram Kids. So, are you still doing research on children under age 13?

Mr. MOSSERI. Sorry, I am making sure my mic is on. Senator, I don't believe we ever did any research with eight-year olds for Instagram Kids, and neither are we doing that today. I think we entirely paused the project.

Senator BLACKBURN. OK. And then if you were to completely remove that project, who would make that decision?

Mr. MOSSERI. Senator, it was my decision to pause Instagram Kids——

Senator BLACKBURN. OK, so you would—it would be your decision to just do away with it?

Mr. MOSSERI. Senator, I am responsible for Instagram, so yes, it would be my decision.

Senator BLACKBURN. OK, let's talk about Jane Doe v. Facebook.

Mr. MOSSERI. Senator, what?

Senator BLACKBURN. Jane Doe v. Facebook.

Mr. MOSSERI. OK. Apologies.

Senator BLACKBURN. OK. I assume you can't get into the details of that because the Supreme Court is still deciding whether or not to take that case. But the petition, which alleges that Facebook enabled the trafficking of a minor on its platform, really raises some very serious questions and concerns about what we are seeing and how people were using Instagram. So do you prohibit known sex offenders from creating Instagram accounts?

Mr. MOSSERI. Senator, human trafficking and any exploitation of children is abhorrent, and we don't allow it on our platforms.

Senator BLACKBURN. OK, do you require minors to link their accounts to a parent or guardian's account?

Mr. MOSSERI. Senator, no.

Senator BLACKBURN. You don't?

Mr. MOSSERI. If you are over the age of 13, you can sign up for an Instagram account. But we do believe that parental controls are incredibly important, which is why we are launching our first version in March of next year.

Senator BLACKBURN. OK. You know, yes, the controls are going to be vitally important, but an industry group is not going to give the controls that are needed and probably not even an independent group. That is why we will do something with Federal statute.

Also, I think it would be interesting to know how many people that are in human trafficking, sex trafficking, and drug trafficking that have been indicted or convicted that were using Instagram. Could you all provide that number for us?

Mr. MOSSERI. Senator, I would be happy to talk to the team and get back to you.

43

And I must say there is a kind of disconnect here. Senator Sullivan asked you about content relating to suicidal or self-harm. I think I am quoting you almost directly, and you said there isn't any. Well, we have a teen account with all the protections on, the filters. We searched, "slit wrists," and the results, I don't feel I can describe in this hearing room. They are so graphic. That is within the past couple of days. I described to you an account that looked at, in effect, eating disorders and attracted the same deluge of self-harm and anorexia coaches.

So, I just feel that there is a kind of real lack of connection to the reality of what is there in the testimony that you are giving today, which makes it hard for us to have you as a partner and maybe we need to have some kind of compulsory process. You know, Senator Cruz and I don't always agree.

But on this point, on the need for information, I think you have heard here a bipartisan call for a reality check and for action. And the fact that this content continues to exist on the site despite your denials, I think, really is hard to accept. You know, Instagram suggested as a solution here to nudge teens. I don't know whether your kids have reached the teen age yet. It takes more than a nudge to move teens.

I am well beyond the teenage years of my four children, but if you said to a teen who was on Instagram, fixated on eating disorders, why don't you try snorkeling in the Bahamas, that nudge just won't work. And Instagram has a real asymmetric power here. It drives teens in a certain direction and then makes it very difficult for the teen, once in a dark place, to find light again and to get out of it.

So, my question to you is, don't we need enforceable standards set by an independent authority, not an industry body, objective, independent researchers with full access to your algorithms? Will you commit to support full disclosure of your algorithms and a commitment to an independent authority?

Mr. MOSSERI. Senator, we are actually—we are very aligned. We agree on the transparency—the importance of transparency, not only of how ranking works——

Senator BLUMENTHAL. Well, then you would make available all of the studies, like the ones that Frances Haugen presented to us when she was here.

Mr. MOSSERI. Senator, I am confident that we are more transparent than any other tech company in the industry.

Senator BLUMENTHAL. That is a pretty low bar, Mr. Mosseri. That is like you are in the gutter, forgive me, in terms of transparency, because they committed to make available their algorithms, but only after we pressed them to do it, and we still are awaiting full compliance.

Mr. MOSSERI. Senator, we have been publishing research for years. We are going to publish over 100 things this year alone. I believe that there is an immense amount of data in our quarterly reports. I believe that we are going to start having them audited by Ernst & Young starting this quarter. I believe that our ads library provides more transparency in advertising than any other advertising business in any industry, tech or otherwise. Yes, I believe there is more to do.

44

Yes, I believe in Federal legislation. Yes, I believe that policymakers should be actively involved in that, and I am looking forward to having our teams work with yours on shaping exactly what that looks like.

Senator BLUMENTHAL. Will you support the EARN IT Act?

Mr. MOSSERI. Senator, directionally we believe strongly in transparency and accountability. I am unfortunately not familiar with every provision in that Act, but more than happy to have our team work with you on that.

Senator BLUMENTHAL. If you believe what you have testified here, you would say, yes, I support the EARN IT Act.

Mr. MOSSERI. Senator, respectfully, I don't think would be appropriately appropriate for me to commit to something that I haven't read in full. But I really do want our team to work with yours. As I have said, we are calling for industry wide regulation. We believe it is incredibly important. It is why we are having this hearing today. It is why I appreciate these questions, even though they are difficult at times because we believe there is nothing more important than keeping teens safe online. And we believe we need to come together and——

Senator BLUMENTHAL. Do you support prohibitions, bans on advertising and marketing to teens for products that are illegal for them to consume?

Mr. MOSSERI.—Senator, I believe we already prohibit that. So in the case of under 18 year olds, we don't provide—we don't allow ads for—we don't we don't allow ads for tobacco to any age, but we don't allow ads for things like gambling for under 18. We don't allow ads for alcohol for under 21.

Senator BLUMENTHAL. Would you support legally enforceable prohibitions where you can be held liable?

Mr. MOSSERI. Senator, yes, we support industry standards and accountability, and I believe part of those industry standards, as I call out in my testimony, include age appropriate design, which will inevitably include content rules about what is appropriate.

Senator BLUMENTHAL. If you host child sexual abuse material, should the victims be able to sue you?

Mr. MOSSERI. Senator, child exploitation is an incredibly serious issue. I believe an earlier Senator mentioned how we could collaborate with NCMEC on this. I believe that we are going to continue to invest more than anyone else on this space. And I believe that Federal regulation is the best form of accountability with enforcement, to your point before.

Senator BLUMENTHAL. I am going to turn to Senator Blackburn. I have a few more questions if we have time to get to them.

Senator BLACKBURN. Yes, and in the question about NCMEC, I wanted to know if you reported the traffickers. And I think that that is something important to do. You would need to come back to us on that. Also, you mentioned referring children to local authorities. You need to let us know how many are we talking about? Is it in the hundreds or thousands? Give us those numbers so that we have that data. Also, I would like to know how long you hold the data on your research?

You have mentioned you can't give us the data and then you said, "well, you may not have some of this data." We need to know

45

how long you are holding this data on minors, those children that you are data mining. And I was glad to hear you admit that you all are a big advertising business. I thought that that was helpful to our discussion.

You mentioned in response to Senator Lee's question that you hoped you did not sound callous when we were talking about children that take their life or that have lifelong problems because of what they have encountered on Instagram.

And sir, I have to tell you, you did sound callous, because every single life matters, every life matters. And this is why we need this research. I thought it is also interesting you basically give teen girls no recourse if they get into a dark spot using Instagram. But we have got a lot of parents that come to us, this is why we are doing these hearings, and they are concerned about how their children are going to be affected for the rest of their life.

And I asked you yesterday when we talked, if you ever talked to these parents whose children have taken their lives or have they ended up having to have mental health services because of what they have been incurred, and you said, yes, you do.

So I want to give you 1 minute. I speak to parents who are struggling. Their children have attempted suicide, or maybe some of them have taken their life.

So take the next minute and speak directly to these parents. Because as I told you yesterday, I have talked to a lot of parents. They have never heard one word from Instagram or Facebook or Meta, and they are struggling with this. Senator Cantwell brought this up to you. So, sir, the next 60 seconds, the floor is yours.

Senator BLUMENTHAL. You can have longer than a minute, if you would like.

Senator BLACKBURN. Speak to these parents because we are not talking to people that have ever had any kind of response from Instagram. And you have broken these children's lives and you have broken these parents' hearts are flawed. Floor is yours. Have at it.

Mr. MOSSERI. Thank you, Senator. Senator, I am a father of three. To any parent who has lost a child or even had a child hurt themselves, I can't begin to imagine what that would be like for one of my three boys. As the head of Instagram, it is my responsibility to do all I can to keep people safe.

I have been committed to that for years and I am going to continue to do so. Whether or not we invest more than every other company or not doesn't really matter for any individual, and if any individual harms themselves or has a negative experience on our platform that is something that I take incredibly seriously.

Now, I know I have talked a lot about parental controls. As I have said, I really do believe that a parent knows what is best for their child or guardian, but I also know that a lot of parents are busy. I have got three kids and I have a lot of support.

I can't imagine what it would be like to have four kids or three kids and be a single parent working two jobs. And so I don't want to rely on parental controls. I think it is incredibly important that the experience is safe and appropriate for your age, no matter what it is, 13, 15, 17.