# EXHIBIT 21

# Everyone is welcome





in our community

Log in

# It's our responsibility to foster a ==safe and supportive community== for



## Standing up for our community

Together, we fight against bullying. We're commited to protecting our community.

Anti-bullying →

Log in

# Building safe communities

Our safety tools give you control over things like who can see or comment on your content, and help you filter out negative words.

Safety →



Log in