# EXHIBIT 22

Log in 

# Continuing to Keep Instagram Safe and Secure

December 15, 2022

    

We're committed to fostering a safe and supportive community for everyone who uses Instagram. There are some easy things you can do to help keep your account safe, like making sure you have a                         and enabling                              . You can also review and increase security for your account at any time by completing                      .

In addition to these ongoing safety tools, we're excited to highlight several new features designed to help keep people's accounts safe, and offer them more support if they lose account access.

## Additional Account Support

To support accounts that are experiencing access issues or may have been hacked, we created Log in – a new, comprehensive destination people can rely on to report and resolve account access issues.

If you're unable to log in to your account, enter Instagram.com/hacked on your mobile phone or desktop browser. Next, you will be able to select if you think you've been hacked, forgot your password, lost access to two-factor authentication or if your account has been disabled. From there, you will be able to follow a series of steps to help regain access to your account. If you have multiple accounts associated with your information, you will be able to choose which account needs support.



We know losing access to your Instagram account can be stressful, so we want to ensure people have multiple options to get their accounts back if they lose access.

Last year, we started testing a way for people to ask their friends to confirm their identity in order to help regain access to their account, and this option is now available to everyone on Instagram. If you find yourself locked out of your account, you will be able to choose two of your Instagram friends to verify your identity and get back into your account.



# Keeping Your Account Secure

In addition to new account support and recovery methods, we're testing ways to help prevent hacking on Instagram before it happens. First, we remove accounts that our automated systems find to be malicious, including ones that impersonate others, which goes against our . Second, because bad actors often don't immediately use accounts maliciously, we're now testing sending warnings if an account that we suspect may be impersonating someone requests to follow you. In the coming months, we'll also send warnings if an account that may be impersonating a business sends you a Direct Message (DM).

1/15/26, 2:46 PM       Case 4:22-md-03047-YGR       Document 2705-25       Filed 01/30/26       Page 5 of 5
Continuing to Keep Instagram Safe and Secure

Log in



Finally, we're now showing the blue verified badge for                in more places across Instagram. That way, you can quickly determine whether the account you are interacting with is authentic. In addition to Profiles, you can now see verified blue badges in Stories and DMs and coming soon, Feed.



To learn more about Meta's latest safety efforts, visit the Meta                . To learn more about preventing scams on Instagram, visit Instagram's                .