# EXHIBIT 24

# Recommendations on Instagram

**help.instagram.com**/313829416281232

Copy link

We make recommendations to the people who use our services to help them discover new communities and content. Both Facebook and Instagram may recommend content, accounts, and entities that people do not already follow. Some examples of our recommendation experiences include Instagram Explore, Accounts You May Like, and the Reels tab.

Our goal is to make recommendations that are relevant and valuable to each person who sees them. We do this by personalizing recommendations, which means making unique recommendations for each person. For example, if you interact with restaurants and bookstores on Instagram, we may recommend content about food, recipes, books, or reading.

## What baseline standards does Instagram maintain for its recommendations?

==At Instagram, we have guidelines that govern what content we recommend to people. Through those guidelines, we work to avoid making recommendations that could be low-quality, objectionable, or sensitive, and we also avoid making recommendations that may be inappropriate for younger viewers==. Our Recommendations Guidelines are designed to maintain a higher standard than our Community Standards, because recommended content and connections are from accounts you haven't chosen to follow. ==We use technology to detect both content and accounts that don't meet these Recommendations Guidelines and to help us avoid recommending them. As always, content that goes against our Community Standards will be removed from Instagram.==

By publishing these guidelines, we want to provide people with more information about the types of content and accounts that we try to avoid recommending, both to keep our community more informed and to provide guidance for content creators about recommendations.

In developing these guidelines, we sought input from 50 leading experts specializing in recommender systems, expression, safety, and digital rights. Those consultations are part of our constant efforts to improve these guidelines and

provide people with a safe and positive experience when they receive recommendations on our platform.

## Content Recommendations

There are four categories of content that are allowed on our platforms, but that may not be eligible for recommendations. These categories are listed below, as are some illustrative examples of content within each category.

**Content that impedes our ability to foster a safe community, such as:**

1. Content that discusses self-harm, suicide, or eating disorders, as well as content that depicts or trivialises themes around death or depression. (We remove content that [encourages suicide or self-injury, or any graphic imagery](#).) We use technology to try to avoid showing certain types of content that discusses self-harm, suicide and eating disorders to people under 18 years old, even if they follow the account sharing it. We do allow content that provides support, recovery or resources on these topics for everyone.
2. Content that may depict violence, such as people fighting. (We remove [graphically violent](#) content.) We use technology to try to avoid showing certain types of content that may depict violence, such as people fighting to people under 18 years old, even if they follow the account sharing it.
3. Content that may be sexually explicit or suggestive, such as pictures of people in see-through clothing. (We remove content that contains [adult nudity or sexual activity](#).) We use technology to try to avoid showing sexually explicit or suggestive content to people under 16 years old.
4. Content that promotes the use of certain regulated products, such as tobacco or vaping products, adult products and services, or pharmaceutical drugs. (We remove content that attempts to [sell or trade most regulated goods](#).) We use technology to try to avoid showing people under 18 years old content that promotes non-medical drugs and marijuana even if they follow the account sharing it.
5. Content shared by any non-recommendable account.

Note: You may be able to control how much or how little of this content you can see on Instagram using the [Sensitive Content Control](#), or Instagram's [Content setting](#) for Teen Accounts.

**Sensitive or low-quality content about Health or Finance, such as:**

1. Content that promotes or depicts cosmetic procedures.
2. Content containing exaggerated health claims, such as "miracle cures."