# EXHIBIT 27

archive.today
webpage capture
Saved from https://about.instagram.com/blog/announcements/giving-people-more-contro search
no other snapshots from this url
18 Oct 2023 01:28:01 UTC
All snapshots from host about.instagram.com
Webpage Screenshot
share download .zip report bug or abuse Buy me a coffee

# Giving People More Control on Instagram and Facebook

May 26, 2021

You may have noticed that we've been testing hiding like counts on Instagram for a while. Today, we're announcing that everyone on Instagram and Facebook will now have the option to hide their public like counts, so they can decide what works for them.

We tested hiding like counts to see if it might depressurize people's experience on Instagram. What we heard from people and experts was that not seeing like counts was beneficial for some, and annoying to others, particularly because people use like counts to get a sense for what's trending or popular, so we're giving you the choice.

We're looking for more ways to give people control over their experience. That's why we announced new tools to allow people to filter offensive content from their DMs and gave people ways to control what they see and share on Facebook's News Feed – like the Feed Filter Bar, Favorites Feed and Choose Who Can Comment.

# New options to hide public like counts

Starting today, we're giving you the option to hide like counts on all posts in your feed. You'll also have the option to hide like counts on your own posts, so others can't see how many likes your posts get. This way, if you like, you can focus on the photos and videos being shared, instead of how many likes posts get.

You can hide like counts on others' posts by visiting the new Posts section in Settings. This control applies to all the posts in your feed.

## Collaborating with experts and creators

What one person wants from their Instagram experience is different from the next, and people's needs are changing. We've been working closely with third-party experts to better understand how to empower people, build self-awareness and shape a more positive experience on Instagram.

As part of these efforts, we collaborated with The Jed Foundation and creators such as Bunny Michael (@bunnymichael) and Schuyler Bailar (@pinkmantaray) on a new Instagram Guide, which offers advice on how to manage pressure online.

We're also funding more external research about people's experiences on Instagram, and how we can improve our policies and products to support our community. We're currently requesting research proposals from global academics and non-profits. If you're interested you can find more information here on how to submit.

Changing the way people view like counts is a big shift. We'll continue working on new ways to give people more choice, so they feel good about the time they spend on our apps.

RELATED ARTICLES

## Check out more announcements about Instagram

#INSTAGRAM #ANNOUNCEMENTS

Equity updates – what we've been up to and what comes next →

#INSTAGRAM #ANNOUNCEMENTS #SAFETY

Introducing new tools to protect our community from abuse →

#ANNOUNCEMENTS

Shedding More Light on How Instagram Works →

View More →

About Us
Careers
Brand Assets

Features
Reels
Stories
Messenger
Search & Explore
Shopping

Community
Anti-Bullying
Parents
Programs

Business
Advertising
Partners
Success Stories

Safety
Threads
Creators
Blog

Brand
Engineering
Help↗