# EXHIBIT 45

 **Meta**   **Get started**   Advertise   Learn   Support         Start Now

 Announcements · August 11, 2020

# ==Our Commitment to Safety==



ur commitment to giving people a voice remains paramount, and for people to express themselves, they need to know they are safe. That's why we have rules to determine what is and what isn't allowed on our platforms.

==Over the years, we've made a number of changes to help ensure that communities are safe,== civically-engaged, supportive, informed and inclusive. We have a multi-faceted approach to safety that focuses on three key areas:

1. **Create a Safe and Welcoming Community**: Our goal is to protect people from harm and give them more control over their privacy, data and the content they see. We take our role in keeping harmful content off our platforms seriously and our Community Standards outline ==what is and is not allowed on Facebook and Instagram.==

2. **Maintain a High Quality Ecosystem**: We work to maintain a high-quality ecosystem of content, publishers and ads, including by setting standards like our Partner Monetization Policies and Content Monetization Policies. Only publishers that agree to comply with our policies can show ads. Advertisers continually request more controls and transparency into where ads have shown up and will show up. Brand safety controls are available for placements within publisher content, such as in-stream, Instant Articles or Audience Network.

3. **Collaborate Proactively and Collectively with the Industry**: We work with industry bodies and other tech platforms to share knowledge, build consensus and help make all platforms safer for people and advertisers. As an example, we have come together through the Global Alliance for Responsible Media (GARM), a global collaboration with agencies, media companies, platforms and industry associations, to continue to improve digital safety.

## Our Commitments Going Forward

Safety is essential to the advertiser community. We remain committed to auditing and providing more transparency on measurement of violations and those controls

∞ Meta    **Get started**    Advertise    Learn    Support

2021    2020    2019    2018    2017    2016

## 2021

Originally published on May 19, 2021

### 9th Edition of the Community Standards Enforcement Report - Q1 2021

We released our ninth Community Standards Enforcement Report. Read the full post.

Originally published on May 19, 2021

### How We're Proactively Combating Counterfeits and Piracy

We released our Intellectual Property Transparency Report covering the second half of 2020. For the first time, we're sharing how much content we removed proactively for potential counterfeit or copyright infringement, before it was reported to us by a rights holder. Read the full post.

Originally published on May 19, 2021

### Scraping by the Numbers

We provide more details about our efforts to fight unauthorized scraping, and offer a deeper dive into the topic of "phone number enumeration" — a scraping technique that was at the center of recent reports about scraping on our platform. Read the full post.

Originally published on May 13, 2021

### Oversight Board Selects Case on Depiction of Zwarte Piet

Facebook Responds to the Recommendations from the Oversight Board in a Case about Zwarte Piet. Read the full post.