# EXHIBIT 53







2024 RESPONSIBLE BUSINESS PRACTICES REPORT

# Table of contents

03 Leadership message

06 Executive summary
07 About Meta
09 Technologies and programs
11 About this report
18 Approach to responsible business
19 2023 highlights

20 Operate transparently and sustainably
21 Responsible business governance
23 Compliance and ethics
28 Human rights
34 Public policy engagement and advocacy
36 Climate change
41 Data centers
45 Data center operational efficiency
46 Offices
47 Energy
49 Water

51 Build responsibly
52 Responsible AI
53 Generative AI
55 Privacy and security
58 Cybersecurity
61 Content governance
70 Well-being and technology
75 Online child protection
81 Equity and inclusion
84 Building the metaverse

85 Empower our people and partners
87 Our employees
91 Diversity
94 Supply chain management
99 Community investment and engagement

A Data index
B Forward-looking statements
C Priority topics
F GRI
R SASB
T TCFD
V DEI metrics
Y Environmental footprint
AK Environmental methodology

## Family Center

Our goal is to develop programs that help parents and teens have smart dialogues about teens' experiences online, how they build and maintain relationships and how they navigate the unique experience of being a teenager today through our technologies.

Launched in 2022, the Family Center offers a suite of supervision tools that allow parents to oversee their teen's online experiences on our technologies and across the internet.



Initially available to people who use Instagram, we expanded parental supervision tools globally in 2023 to Facebook, Messenger and Meta Horizon Worlds.

Parents can see and manage all the teen accounts they supervise across different technologies — Instagram, Facebook, Messenger and Meta Quest — in one place via Family Center, instead of having to go into each individual technology.




### Education hub

The education hub provides tips, articles and conversation starters to help parents guide teens' online experiences. Specific topics include:

- Digital wellness
- Safety and privacy
- Relationships and communication
- Media literacy and misinformation



## Age-appropriate content

When it comes to young people, our technologies and programs are designed with the following values in mind:

**Responsible connections** We strongly believe in helping young people enjoy the many benefits our technologies provide.

**Age-appropriate safeguards** We know younger people who use our technologies require additional safeguards for their safety, privacy and well-being.

**Innovation** We constantly explore innovative technologies that aim to provide great experiences for young people and solve the defining challenges of our industry.

We regularly consult with experts in adolescent development, psychology and mental health to help make our technologies safe and age-appropriate for young people, including improving our understanding of which types of content may be less appropriate for teens.

Several features foster a safe, positive and supportive environment while protecting teens from unwanted contact with others:

- Teen accounts are automatically set to private when they join Instagram and default into more private settings when they join Facebook. Private accounts require people to request to follow before they can see or comment on content.
- We have developed technology that allows us to find accounts that have shown potentially suspicious behavior and help prevent those accounts from interacting with young people's accounts.
- We limit the amount of potentially sensitive content teens can see in Explore, search and Reels.
- We do not allow content that promotes suicide, self-harm or eating disorders. Of the content we take action on, we identify at least 97% of it before it is reported.

For instance, while a person posting a story about their ongoing struggle with thoughts of self-harm is important to destigmatizing the issue, the topic is not necessarily suitable for all people. Beginning in early 2024, we are removing this type of content from teen experiences on Facebook and Instagram. To ensure everyone can find the support they need, we will continue to share resources from experts when someone posts content related to things like self-harm or eating disorders.




### Fighting the pressure to be perfect

Our Pressure to be Perfect toolkit ↗ helps teens recognize that what they see posted by others is just one part of the story. The tool offers tips and quizzes for decoding what they see online, deciding what to post and evaluating how they interact with others.

The complementary parent's guide to Instagram helps parents support teens in navigating social media. Starting with an understanding of the emotional space their child is operating in can set up more productive conversations around using Instagram and determining the tools and privacy measures that work best for their family.

## Advertising controls for youth

We recognize that teens are not necessarily as equipped as adults to make decisions about how their online data is used for advertising, particularly when it comes to showing them products available to purchase. For that reason, we restrict the options advertisers have to reach teens, as well as the information we use to show ads to teens.

Advertisers are not able to target teens based on interests, activities or gender. Teens' engagement on our technologies — like following certain Facebook pages or Instagram accounts — will not inform the types of ads they see. Teen-specific controls and resources help them understand how ads work and the reasons why they see certain ads on our technologies. These changes reflect research, direct feedback from parents and child developmental experts, UN children's rights principles and global regulation.

# Equity and inclusion

## We consider not only how our systems work for different communities but also whether algorithmic rules are applied fairly and appropriately.

We all have implicit biases that influence our daily judgments and decisions, and there are explicit inequalities in the world in which we live. Recognizing these can help us identify and address learned judgments that appear within AI-driven systems and can perpetuate inequalities and biases.

While there are many exciting and creative use cases for generative AI, it will not always be perfect. The underlying models, for example, have the potential to generate fictional responses or exacerbate stereotypes AI may learn from its training data.

One way we are addressing AI fairness through research is the creation and distribution of more diverse datasets. Datasets that are used to train AI models can reflect biases, which are then passed on to the system. But biases might also be due to what is not in the training data. A lack of data that represents a wide range of people and experiences can lead to AI-enabled outcomes that reflect problematic stereotypes or fail to work equally well for everyone.

