# EXHIBIT 88

 **Help Center**

Staying Safe › Tips for Parents

# Report a child under 13 on Instagram

Instagram requires everyone to be at least 13 years old before they can create an account. Some regions like **Florida, South Korea, Spain or Quebec** have different age requirements. Accounts that represent someone under the age of 13 must clearly state in the account's bio that the account is managed by a parent or manager, and provide identification to prove the account is run by an adult if requested. If your child is younger than 13 and has an account that isn't managed by you or a manager, the account will be deleted.

If you'd like to report an account belonging to someone under 13 or if you believe someone is impersonating your child who's under 13, please **fill out this form**. We will delete the account if we can't verify the account is managed by someone over 13 years old.

We ask for and use age-related information from people using our platform for age verification and other purposes, including to help ensure compliance with our **Terms of Use**. These initiatives are part of our efforts to promote safety, security and integrity. **Learn more** about how we work to keep Meta a safe place for everyone.

---

**Was this helpful?**                                                        ✕

☐ **Yes**                                              ☐ **No**

---

☐ **Related Articles**

Why Instagram has age requirements                                                        ›

Report an image of your child you want removed from Instagram                             ›

Let your parent know you reported something on Instagram                                  ›

About supervision on Instagram                                                            ›

Report convicted sex offenders on Instagram                                               ›

Feedback