# EXHIBIT 90

< Back to Community Standards

# Suicide, Self-Injury, and Eating Disorders

**Policy Details**     **User Experiences**     **Data**

## Policy details

**CHANGE LOG**

| Today | May 14, 2025 | Oct 2, 2024 | Jul 25, 2024 | Jul 2, 2024 | May 1, 2024 | Dec 29, 2023 | Apr 28, 2022 |

### Policy Rationale

==We care deeply about the safety of the people who use our apps. We regularly consult with experts in suicide, self-injury and eating disorders to help inform our policies and enforcement, and we work with organizations around the world to provide assistance to people in distress.==

While we do not allow people to intentionally or unintentionally celebrate or promote suicide, self-injury or eating disorders, we do allow people to discuss these topics because we want our services to be a space where people can share their experiences, raise awareness about these issues, and seek support from one another. We may also limit the ability to view this content to adults aged 18 and older.

We remove any content that encourages suicide, self-injury or eating disorders, including fictional content such as memes or illustrations, and any self-injury content which is graphic, regardless of context. We remove content that contains instructions for

extreme weight loss behaviour. We also remove content that mocks victims or survivors of suicide, self-injury or eating disorders, as well as real time depictions of suicide or self-injury. Content about recovery from suicide, self-injury or eating disorders that is allowed, but may contain imagery that could be upsetting (such as a healed scar) is placed behind a sensitivity screen and we will also limit the ability to view the content to adults aged 18 and older.

When people post or search for suicide, self-injury or eating disorders related content, we will direct them to local organizations that can provide support and if our Community Operations team is concerned about immediate harm we will contact local emergency services to get them help. For more information, visit the [Meta Safety Center.](#)

With respect to live content, experts have told us that if someone is saying they intend to attempt suicide on a livestream, we should leave the content up for as long as possible because the longer someone is talking to a camera, the more opportunity there is for a friend or family member to call emergency services.However, to minimize the risk of others being negatively impacted by viewing this content, we will stop the livestream at the point at which the threat turns into an attempt. As mentioned above, in any case, we will contact emergency services if we identify someone is at immediate risk of harming themselves.



### We do not allow:

- Content that promotes, encourages, coordinates, or provides instructions for suicide, self-injury, or eating disorders.
- Content that depicts graphic suicide, self-injury or eating disorder imagery
- Content depicting a person who engaged in a suicide attempt or death by suicide
- Imagery of people when shared together with terms associated with eating disorders
- Content that focuses on depiction of ribs, collar bones, thigh gaps, hips, concave stomach, protruding spine, scapula, visible bones in arms or legs or hollow cheeks when shared together with terms associated with eating disorders
- Content that contains instructions for extreme weight loss behaviour
- Content admitting to extreme weight loss behaviour when shared together with terms associated with eating disorders
- Content that contains instructions for restrictive dieting when shared together with terms associated with eating disorders

- Content that mocks victims or survivors of suicide, self-injury or eating disorders who are either publicly known or implied to be experiencing or have experienced suicide, self-injury or eating disorders
- Imagery depicting body modification (e.g., tattoo, piercing, scarification, self-flagellation, etc.) when shared in a suicide or self-injury context



For the following content, we include a warning screen so that people are aware the content may be sensitive. We also limit the ability to view the content to adults, ages 18 and older:

- Photos or videos depicting a person who engaged in euthanasia/assisted suicide in a medical setting.
- Content that depicts older instances of self-injury such as healed cuts or other non-graphic self-injury imagery in a self-injury, suicide or recovery context
- Content that depicts ribs, collar bones, thigh gaps, hips, concave stomach, protruding spine, scapula, visible bones in arms or legs or hollow cheeks in a recovery context



For the following content, we provide resources to people and limit the ability to view the content to adults aged 18 and older:

- Written or verbal admission of suicide, self-injury or eating disorders.
- Vague, potentially suicidal statements or references (including memes or stock imagery about sad mood depression, presenting death as an escape, or content from popular culture with emphasis on dark, depressive thoughts) in a suicide or self-injury context.



For the following content, we limit the ability to view the content to adults aged 18 and older:

- Mocking or dismissing the concept of suicide, self-injury or eating disorders
- Narratives that contain a description of suicide with details that go beyond the mere naming or mentioning of the act or the aftermath
- Admitting to extreme weight loss behavior



For the following Community Standards, we require additional information and/or context to enforce:

- We may remove suicide notes when we have confirmation of a suicide or suicide attempt. We try to identify suicide notes using several factors, including but not limited to:

  - Family or legal representative requests,
  - Reports from media, law enforcement, or other third party sources (e.g. government agencies, NGOs), or the [Suicidal Content Contact Form](#) or [Instagram Contact Form](#).

## User experiences

See some examples of what enforcement looks like for people on Facebook, such as: what it looks like to report something you don't think should be on Facebook, to be told you've violated our Community Standards and to see a warning screen over certain content.

**Note:** We're always improving, so what you see here may be slightly outdated compared to what we currently use.

**USER EXPERIENCE**

Reporting

→

**USER EXPERIENCE**

Post-report communication

→

**USER EXPERIENCE**

Takedown experience

→

**USER EXPERIENCE**

Warning screens

→

# Data



☰

**Standards Enforcement Report**

→

> **Enforcement**

We have the same policies around the world, for everyone on Facebook.

> **Review teams**

Our global team of over 15,000 reviewers work every day to keep people on Facebook safe.

> **Stakeholder engagement**

Outside experts, academics, NGOs and policymakers help inform the Facebook Community Standards.

## Get help with suicide, self-injury, and eating disorders

Learn what you can do if you see something on Facebook that goes against our Community Standards.

**Visit our Help Center**

↗

# Meta

- Policies ⌃
  - Community Standards
  - Meta Advertising Standards
  - Other policies
  - How Meta improves
  - Age-Appropriate Content

- Features ⌄

- Research tools ⌄

- Enforcement ⌄

- Governance ⌄

- Security ⌄

- Reports ⌄