1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10                              **OAKLAND DIVISION**
11
12
13  IN RE: SOCIAL MEDIA ADOLESCENT              MDL No. 3047
    ADDICTION/PERSONAL INJURY
14  PRODUCTS LIABILITY LITIGATION               Case Nos. 4:22-md-03047-YGR-PHK
                                                          4:23-cv-05448-YGR
15  THIS DOCUMENT RELATES TO:
                                                **[PROPOSED] ORDER GRANTING
16  *People of the State of California, et al. v.*  **META'S MOTION FOR SUMMARY
    *Meta Platforms, Inc., et al.*              JUDGMENT**
17
                                                Judge: Hon. Yvonne Gonzalez Rogers
18                                              Magistrate Judge: Hon. Peter H. Kang
19
20
21
22
23
24
25
26
27
28

1 | Having considered the parties' submissions, the record, and the applicable law, the Court hereby GRANTS Defendants' Motion for Summary Judgment on all claims by the Plaintiff State Attorneys General against all Defendants. Judgment will be entered accordingly.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE