1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| 11 | IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|---|
| 12 | | Case No. 4:22-md-03047-YGR |
| 13 | THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING THE STATE ATTORNEYS GENERAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 14 | 4:23-cv-05448 | |
| 15 | | Judge: Hon. Yvonne Gonzalez Rogers |
| 16 | | Magistrate Judge: Hon. Peter H. Kang |

17
18
19
20
21
22
23
24
25
26
27
28

1

1
2       Having considered the parties' submissions, the record, and the applicable law, the Court
3  hereby GRANTS the State AGs' Motion for Partial Summary Judgment on portions of their
4  COPPA claims against Meta. Partial summary judgment will be entered accordingly.
5       **IT IS SO ORDERED.**
6
7  Dated: _____         _____
8
                                          HON. YVONNE GONZALEZ ROGERS
9                                         UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING STATE ATTORNEYS GENERAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT
4:22-md-03047-YGR; 4:23-cv-05448-YGR