[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' LETTER BRIEF RE ANTICIPATED RULE 702 MOTIONS IN MULTISTATE AG CASE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

***Patrick McDaniel.*** Meta's arguments for excluding Dr. McDaniel's opinions are without merit and are best suited as cross examination or objections at trial. Meta's main argument is that Dr. McDaniel's opinions are not relevant to the AGs' claims. Consistent with the Court's guidance at the July 2025 CMC, ECF 2153 at 38:7-22, "fit" motions should not be heard at this stage. Dr. McDaniel's opinions are relevant to the State AGs' COPPA and state consumer protection deception and unfairness claims regarding Meta's deficient efforts to prevent, detect, and remove children from its platforms. For example, Dr. McDaniel's opinions on Meta's lengthy retention of children's data and exposure of children's data to unnecessary risk is highly relevant to COPPA's requirement that operators retain children's data only "for as long as reasonably necessary to fulfill" the purpose for which it was collected and must use "reasonable measures" to protect the data from unauthorized use. 16 CFR § 312.10. Dr. McDaniel does not provide an improper narrative. His opinions on Meta's detection system, based on Meta's documents and testimony, form the basis of his opinions about the system's inadequacy. His opinions merely "constitute . . . an application of [his] expertise to the facts in the case. . . ." *In re PFA Ins. Mktg. Litig.*, No. 4:18-CV-03771 YGR, 2022 WL 3146557, at *2 (N.D. Cal. June 15, 2022). Additionally, Dr. McDaniel is qualified to offer his opinions about Meta's efforts to detect and remove unauthorized under 13-year-old users from its systems. Dr. McDaniel's decades of academic and industry experience in cybersecurity and privacy are more than sufficient expertise in the relevant field. Lastly, Meta's arguments about standards are wrong and do not merit exclusion of opinions that will assist the trier of fact to understand the relevant age verification issues.

***Carl Saba.*** Meta argues that Saba's bad encounter and time spent calculations are "untethered" to the State AGs' allegations, rendering these and his disgorgement calculations irrelevant. Again, these "fit" arguments are improper at this stage, ECF 2153 at 38:7-22, and meritless. The calculations relate to the State AGs' allegations and also inform and/or constitute methods for counting consumer protection violations. First, Saba uses Meta's own internal survey results to calculate the number of bad encounters teens experienced on Instagram. These calculations are relevant to, for example, allegations of the harmful nature of Meta's platforms and Meta's deception related to safety and wellbeing on its platforms. Second, in his time spent calculations, Saba calculates instances in which teens' average daily use of the platforms exceeded certain numeric thresholds. The thresholds are not arbitrary; other experts' testimony and record evidence use these thresholds in examining problematic use and other mental health impacts linked to time spent on the platforms. "[I]t is perfectly permissible" for Saba "to assume" this fact, which goes to "liability . . . and simply focus on the issue of damages." *BladeRoom Grp. Ltd. v. Facebook, Inc.*, No. 5:15-CV-01370-EJD, 2018 WL 1611835, at *6 (N.D. Cal. Apr. 3, 2018). Thus, the time spent calculations are relevant to claims related to youths' problematic use of Meta's platforms and Meta's deception regarding that use. Next, Meta challenges Saba's treatment of certain survey data, but his use of the data and his associated calculations are consistent with reliable methods and principles accepted in his field. Finally, Saba's discussion of public information, Meta documents, and testimony is proper, as it provides foundation for his opinions. In this discussion he also "analyze[s]" and "synthesiz[es] information" and applies his expertise to interpret financial information and trends. *See Brown v. Google, LLC*, No. 20-CV-3664-YGR, 2022 WL 17961497, at *12 (N.D. Cal. Dec. 12, 2022).

DATED: 01/30/2026

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Jason Slothouber, CO Reg. No. 43496, *pro hac vice*
Chief Trial Counsel, Consumer Protection
Lauren M. Dickey, CO Reg. No. 45773, *pro hac vice*
First Assistant Attorney General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6000
Krista.Batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109), *pro hac vice*
Philip Heleringer (KY Bar No. 96748), *pro hac vice*
Zachary Richards (KY Bar No. 99209), *pro hac vice*
Daniel I. Keiser (KY Bar No. 100264), *pro hac vice*
Matthew Cocanougher (KY Bar No. 94292), *pro hac vice*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

By: */s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),

| | |
|---|---|
| Assistant Attorneys General<br>1024 Capital Center Drive, Ste. 200<br>Frankfort, KY 40601<br>Christian.Lewis@ky.gov<br>Philip.Heleringer@ky.gov<br>Zach.Richards@ky.gov<br>Daniel.Keiser@ky.gov<br>Matthew.Cocanougher@ky.gov<br>Phone: (502) 696-5300<br>Fax: (502) 564-2698<br><br>*Attorneys for Plaintiff the Commonwealth of Kentucky* | *Pro hac vice*<br>Deputy Attorneys General<br>New Jersey Office of the Attorney General,<br>Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>Kashif.Chand@law.njoag.gov<br>Thomas.Huynh@law.njoag.gov<br>Verna.Pradaxay@law.njoag.gov<br>Mandy.Wang@law.njoag.gov<br><br>*Attorneys for Plaintiffs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs* |
| **KRIS MAYES**<br>Attorney General<br>State of Arizona<br><br>*/s/ Laura Dilweg*<br>Laura Dilweg (AZ No. 036066, CA No. 260663)<br>Chief Counsel - Consumer Protection and Advocacy Section<br>Assistant Attorney General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>Phone: (602) 542-3725<br>Fax: (602) 542-4377<br>Laura.Dilweg@azag.gov<br><br>*Attorneys for Plaintiff State of Arizona* | **WILLIAM TONG**<br>Attorney General<br>State of Connecticut<br><br>*/s/ Rebecca Borné*<br>Rebecca Borné<br>(CT Juris No. 446982), pro hac vice<br>Tess E. Schneider<br>(CT Juris No. 444175), *pro hac vice*<br>Krislyn M. Launer<br>(CT Juris No. 440789), *pro hac vice*<br>Assistant Attorneys General<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, Connecticut 06106<br>Phone: 860-808-5306<br>Fax: 860-808-5593<br>Rebecca.Borne@ct.gov<br>Tess.Schneider@ct.gov<br>Krislyn.Launer@ct.gov<br><br>*Attorneys for Plaintiff State of Connecticut* |
| **KATHLEEN JENNINGS**<br>Attorney General<br>State of Delaware<br><br>*/s/ Ryan Costa*<br>Marion Quirk (DE Bar 4136), *pro hac vice*<br>Director of Consumer Protection<br>Ryan Costa (DE Bar 5325), *pro hac vice* | **ANNE E. LOPEZ**<br>Attorney General<br>State of Hawaiʻi<br><br>*/s/ Douglas S. Chin*<br>Christopher J.I. Leong (HI JD No. 9662), *pro hac vice*<br>Supervising Deputy Attorney General |

| | |
|---|---|
| Deputy Director of Consumer Protection<br>Delaware Department of Justice<br>820 N. French Street, 5th Floor<br>Wilmington, DE 19801<br>Phone: (302) 683-8811<br>Marion.Quirk@delaware.gov<br>Ryan.Costa@delaware.gov<br><br>*Attorneys for Plaintiff State of Delaware* | Kelcie K. Nagata (HI JD No. 10649), *pro hac vice*<br>Deputy Attorney General<br>Department of the Attorney General<br>Commerce and Economic Development Division<br>425 Queen Street<br>Honolulu, Hawai'i 96813<br>Phone: (808) 586-1180<br>Christopher.ji.leong@hawaii.gov<br>Kelcie.k.nagata@hawaii.gov<br>Douglas S. Chin (HI JD No. 6465), *pro hac vice*<br>John W. Kelly (HI JD No. 9907), *pro hac vice*<br>Special Deputy Attorney General<br>Starn O'Toole Marcus & Fisher<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawai'i 96813<br>Phone: (808) 537-6100<br>dchin@starnlaw.com<br>jkelly@starnlaw.com<br><br>*Attorneys for Plaintiff State of Hawai'i* |
| **RAÚL R. LABRADOR**<br>Attorney General<br>State of Idaho<br><br>By: /s/ James Simeri<br>James Simeri (ID Bar No. 12332)<br>Deputy Attorney General<br>Attorney General's Office<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>(208) 334-4114<br>james.simeri@ag.idaho.gov<br><br>*Attorneys for Plaintiff State of Idaho* | **KWAME RAOUL**<br>Attorney General<br>State of Illinois<br><br>/s/ Matthew Davies<br>Susan Ellis, Chief, Consumer Protection Division (IL Bar No. 6256460)<br>Greg Grzeskiewicz, Chief, Consumer Fraud Bureau (IL Bar No. 6272322)<br>Jacob Gilbert, Deputy Chief, Consumer Fraud Bureau (IL Bar No. 6306019)<br>Matthew Davies, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6299608), *pro hac vice*<br>Daniel B. Roth, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6290613)<br>Meera Khan, Assistant Attorney General, Consumer Fraud Bureau (IL Bar No. 6345895)<br>Office of the Illinois Attorney General<br>115 S. LaSalle Street<br>Chicago, Illinois 60603<br>312-814-2218<br>Susan.Ellis@ilag.gov<br>Greg.Grzeskiewicz@ilag.gov |

Jacob.Gilbert@ilag.gov
Matthew.Davies@ilag.gov
Daniel.Roth@ilag.gov
Meera.Khan@ilag.gov

*Attorneys for Plaintiff the People of the State of Illinois*

| | |
|---|---|
| **THEODORE E. ROKITA**<br>Attorney General<br>State of Indiana<br><br>*/s/ Scott L. Barnhart*<br>Scott L. Barnhart (IN Atty No. 25474-82)<br>*pro hac vice*<br>Chief Counsel and Director of Consumer Protection Corinne Gilchrist (IN Atty No. 27115-53)<br>*pro hac vice*<br>Section Chief, Consumer Litigation<br>Mark M. Snodgrass (IN Atty No. 29495-49)<br>*pro hac vice*<br>Deputy Attorney General<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington St., 5th Floor<br>Indianapolis, IN 46203<br>Telephone: (317) 232-6309<br>Scott.Barnhart@atg.in.gov<br>Corinne.Gilchrist@atg.in.gov<br>Mark.Snodgrass@atg.in.gov<br><br>*Attorneys for Plaintiff State of Indiana* | **KRIS W. KOBACH**<br>Attorney General<br>State of Kansas<br>*/s/ Sarah Dietz*<br>Sarah Dietz, Assistant Attorney General (KS Bar No. 27457), *pro hac vice*<br>Office of the Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612<br>Telephone: (785) 296-3751<br>sarah.dietz@ag.ks.gov<br><br>*Attorney for Plaintiff State of Kansas* |
| **LIZ MURRILL**<br>Attorney General<br>State of Louisiana<br><br>*/s/ Asyl Nachabe*<br>Asyl Nachabe (LA Bar No. 38846)<br>*pro hac vice*<br>Assistant Attorney General<br>Louisiana Department of Justice<br>Office of the Attorney General<br>Public Protection Division<br>Complex Litigation Section<br>1885 N 3rd Street, 4th Floor<br>Baton Rouge, LA 70802 | **AARON M. FREY**<br>Attorney General<br>State of Maine<br><br>*/s/ Michael Devine*<br>Michael Devine (Maine Bar No. 5048),<br>*pro hac vice*<br>Assistant Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8829<br>michael.devine@maine.gov<br>*Attorney for Plaintiff State of Maine* |

Tel: (225) 326-6435
NachabeA@ag.louisiana.gov
*Attorney for State of Louisiana*

**ANTHONY G. BROWN**
Attorney General
State of Maryland

/s/ *Elizabeth J. Stern*
Philip D. Ziperman (Maryland CPF No. 9012190379), *pro hac vice*
Deputy Chief, Consumer Protection Division
Elizabeth J. Stern (Maryland CPF No. 1112090003), *pro hac vice*
Assistant Attorney General
Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417 (Mr. Ziperman)
Phone: (410) 576-7226 (Ms. Stern)
Fax: (410) 576-6566
pziperman@oag.state.md.us
estern@oag.state.md.us

*Attorneys for Plaintiff Office of the Attorney General of Maryland*

**MICHAEL T. HILGERS**
Attorney General
State of Nebraska

/s/ Anna M. Anderson
Anna M. Anderson (NE #28080)
Assistant Attorney General
*pro hac vice*
Benjamin J. Swanson (NE #27675)
Assistant Attorney General
Nebraska Attorney General's Office
1445 K Street, Room 2115
Lincoln, NE 68509
(402) 471-6034
anna.anderson@nebraska.gov
benjamin.swanson@nebraska.gov

*Attorneys for Plaintiff State of Nebraska*

**KEITH ELLISON**
Attorney General
State of Minnesota

/s/ Caitlin Micko
Caitlin Micko (MN Bar No. 0395388)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Tel: (651) 724-9180
Caitlin.micko@ag.state.mn.us

*Attorney for State of Minnesota, by its Attorney General, Keith Ellison*

**LETITIA JAMES**
Attorney General
State of New York

/s/ Nathaniel Kosslyn
Nathaniel Kosslyn, Assistant Attorney General
(NY Bar No. 5773676), *pro hac vice*
nathaniel.kosslyn@ag.ny.gov
Alex Finkelstein, Assistant Attorney General
(NY Bar No. 5609623), *pro hac vice*
alex.finkelstein@ag.ny.gov
New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8000

| | |
|---|---|
| **JEFF JACKSON**<br>Attorney General<br>State of North Carolina<br><br>/s/ Charles White<br>Charles G. White (N.C. State Bar No. 57735), *pro hac vice*<br>Assistant Attorney General<br>Kunal Choksi<br>Senior Deputy Attorney General<br>Josh Abram<br>Special Deputy Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, North Carolina 27602<br>Telephone: (919) 716-6006<br>Facsimile: (919) 716-6050<br>E-mail: cwhite@ncdoj.gov<br>*Attorneys for Plaintiff State of North Carolina* | **DAVE YOST**<br>OHIO ATTORNEY GENERAL<br><br>　　　/s/ Kevin R. Walsh　　　<br>Melissa G. Wright (0077843)<br>Section Chief, Consumer Protection Section<br>Melissa.Wright@ohioago.gov<br>Melissa S. Smith (0083551)<br>Asst. Section Chief, Consumer Protection Section<br>Melissa.S.Smith@ohioago.gov<br>Michael S. Ziegler (0042206)<br>Principal Assistant Attorney General<br>Michael.Ziegler@ohioago.gov<br>Kevin R. Walsh (0073999)<br>Senior Assistant Attorney General<br>Kevin.Walsh@ohioago.gov<br>30 East Broad Street, 14th Floor<br>Columbus, Ohio 43215<br>614-466-1031 |
| **DAN RAYFIELD**<br>Attorney General<br>State of Oregon<br><br>/s/ John Dunbar<br>John J. Dunbar (Oregon Bar No. 842100)<br>Assistant Attorney General<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, Oregon 97201<br>Telephone: (971) 673-1880<br>Facsimile:  (971) 673-1884<br>E-mail: john.dunbar@doj.oregon.gov<br><br>*Attorneys for State of Oregon ex rel. Dan Rayfield, Attorney General* | **DAVID W. SUNDAY, JR.**<br>Attorney General<br>Commonwealth of Pennsylvania<br><br>*/s/ Jonathan R. Burns*<br>Jonathan R. Burns<br>Senior Deputy Attorney General<br>(PA Bar No. 315206), *pro hac vice*<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120<br>717.787.3391<br>jburns@attorneygeneral.gov<br><br>*Attorneys for Plaintiff the Commonwealth of Pennsylvania* |
| **PETER F. NERONHA**<br>Attorney General<br>State of Rhode Island<br><br>*/s/ Stephen N. Provazza*　　　<br>Stephen N. Provazza (R.I. Bar No. 10435), *pro hac vice*<br>Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 South Main St. | **ALAN WILSON**<br>Attorney General<br>State of South Carolina<br><br>*/s/ Anna C. Smith*<br>C. Havird Jones, Jr.<br>Senior Assistant Deputy Attorney General<br>Jared Q. Libet (S.C. Bar No. 74975), *pro hac vice*<br>Assistant Deputy Attorney General |

| | |
|---|---|
| Providence, RI 02903<br>Phone: 401-274-4400<br>Email: SProvazza@riag.ri.gov<br><br>*Attorneys for Plaintiff State of Rhode Island* | Anna C. Smith (SC Bar No. 104749),<br>*pro hac vice*<br>Assistant Attorney General<br>Office of the South Carolina Attorney General<br>Post Office Box 11549<br>Columbia, South Carolina 29211<br>jlibet@scag.gov<br>annasmith@scag.gov<br>803-734-0536<br><br>*Attorneys for Plaintiff the State of South Carolina,*<br>*ex rel. Alan M. Wilson, in His Official Capacity as*<br>*Attorney General of the State of South Carolina* |
| **MARTY J. JACKLEY**<br>Attorney General<br>State of South Dakota<br>  /s/  Amanda Miiller<br>By: Amanda Miiller (SD Bar No. 4271)<br>Deputy Attorney General<br>1302 East SD Hwy 1889, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Amanda.Miiller@state.sd.us<br><br>*Attorneys for Plaintiff State of South Dakota* | **JASON S. MIYARES**<br>Attorney General<br>Commonwealth Of Virginia<br><br>*/s/ Joelle E. Gotwals*<br>Steven G. Popps<br>Chief Deputy Attorney General<br>Thomas J. Sanford<br>Deputy Attorney General<br>Richard S. Schweiker, Jr.<br>Senior Assistant Attorney General and Section Chief<br>Joelle E. Gotwals (VSB No. 76779),<br>Senior Assistant Attorney General<br>*pro hac vice*<br>Chandler P. Crenshaw (VSB No. 93452)<br>Assistant Attorney General<br>*pro hac vice*<br>Office of the Attorney General of Virginia<br>Consumer Protection Section<br>202 N. 9th Street<br>Richmond, Virginia 23219<br>Telephone:    (804) 786-8789<br>Facsimile:    (804) 786-0122<br>E-mail: jgotwals@oag.state.va.us<br><br>*Attorneys for the Plaintiff Commonwealth of Virginia*<br>*ex rel. Jason S. Miyares, Attorney General* |

| | |
|---|---|
| **NICHOLAS W. BROWN**<br>Attorney General State of Washington<br><br>*/s/ Claire McNamara*<br>Claire McNamara (WA Bar No. 50097)<br>Gardner Reed (WA Bar No. 55630)<br>Assistant Attorneys General<br>Washington State Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 340-6783<br>claire.mcnamara@atg.wa.gov<br>gardner.reed@atg.wa.gov<br><br>*Attorneys for Plaintiff State of Washington* | **JOHN B. MCCUSKEY**<br>Attorney General<br>State of West Virginia<br><br>*/s/ Laurel K. Lackey*<br><br>Laurel K. Lackey (WVSB No. 10267)<br>Abby G. Cunningham (WVSB No. 13388)<br>Assistant Attorneys General<br>Office of the Attorney General<br>Consumer Protection & Antitrust Division<br>Eastern Panhandle Office<br>269 Aikens Center<br>Martinsburg, West Virginia 25404<br>Telephone: (304) 267-0239<br>Email: laurel.k.lackey@wvago.gov<br>abby.g.cunningham@wvago.gov<br><br>*Attorneys for Plaintiff State of West Virginia,*<br>*ex rel. John B. McCuskey, Attorney General* |

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Brittany Copper*
Brittany A. Copper
Assistant Attorney General
WI State Bar # 1142446
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1795
Brittany.copper@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

## SIGNATURE CERTIFICATION

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: 01/30/2026

*/s/ Krista Batchelder*
Krista Batchelder

*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*