# EXHIBIT B

FILED
Superior Court of California
County of Los Angeles

01/29/2026

David W. Slayton, Executive Officer / Clerk of Court

By: _____ A. Rosas _____ Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# FOR THE COUNTY OF LOS ANGELES

### *Social Media Cases*
### JCCP5255
### (Lead Case: 22STCV21355)
### Case Number 23SMCV03371

**Dept. 12 SSC**
**Hon. Carolyn B. Kuhl**
**January 29, 2026**

## COURT'S RULINGS ON JURY INSTRUCTIONS FOR KGM TRIAL

The court hereby indicates its rulings on the Parties' Proposed Joint Jury Instructions, Plaintiff's Proposed Instructions, and Defendants' Proposed Instructions for the KGM trial. Indices of these sets of instructions with Checklists indicating the court's rulings are appended to this cover sheet.

When the court's ruling is "given as modified," the modified instruction is attached to this cover sheet following the Checklists of rulings.

The court has not yet ruled on instructions concerning YouTube's affirmative defenses.

The court separately will provide brief statements indicating the court's reasons for the final language of the instruction addressing Section 230 and the court's reasons for refusing the Defendant's proposed instruction concerning the First Amendment.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# INDEX OF JOINT INSTRUCTIONS

| Instruction Title | Checklist |
|---|---|
| CACI 100 modified. Preliminary Admonitions | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 102. Taking Notes During Trial | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 103. Multiple Parties | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 106. Evidence | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 107. Witness | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 111. Instructions to Alternate Jurors | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 113. Bias | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 114. Bench Conference and Conferences in Chambers | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |

PARTIES' PROPOSED JURY INSTRUCTIONS

| | |
|---|---|
| CACI 116. Why Electronic Communications and Research Are Prohibited | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 201. Highly Probable—Clear and Convincing Proof | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 202. Direct and Indirect Evidence | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 205 modified. Failure to Explain or Deny Evidence | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 206. Evidence Admitted for Limited Purpose<br><br>*END OF TRIAL ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 207.  Evidence Applicable to One Party<br><br>*END OF TRIAL ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 208. Deposition as Substantive Evidence<br><br>*END OF TRIAL ONLY<br>(OR DURING TRIAL)* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 209. Uses of Interrogatories of a Party<br><br>*END OF TRIAL ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 210.  Requests for Admissions<br><br>*END OF TRIAL ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |

PARTIES' PROPOSED JURY INSTRUCTIONS

| | |
|---|---|
| CACI 212. Statements of a Party Opponent | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 219 modified. Expert Witness Testimony | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 220. Experts—Questions Containing Assumed Facts | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 221. Conflicting Expert Testimony | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 223. Opinion Testimony of Lay Witness<br><br>*END OF TRIAL ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 401. Basic Standard of Care | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 411. Reliance on Good Conduct of Others | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 3933. Damages From Multiple Defendants | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5000 modified. Duties of Judge and Jury<br><br>*END OF TRIAL ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |

PARTIES' PROPOSED JURY INSTRUCTIONS

| | |
|---|---|
| CACI 5002. Evidence<br><br><br>*END OF TRIAL ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5003. Witness<br><br><br>*END OF TRIAL ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5005. Multiple Parties<br><br><br>*END OF TRIAL ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5009. Predeliberation Instructions<br><br><br>*END OF TRIAL ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5010. Taking Notes During the Trial<br><br><br>*END OF TRIAL ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5011. Reading Back of Trial Testimony in Jury Room<br><br><br>*END OF TRIA ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5015. Instruction to Alternate Jurors on Submission of Case to Jury<br><br><br>*END OF TRIA ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5030. Implicit or Unconscious Bias<br><br><br>*END OF TRIAL ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5090. Final Instruction on Discharge of Jury<br><br><br>*END OF TRIAL ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |

PARTIES' PROPOSED JURY INSTRUCTIONS

# INDEX OF PLAINTIFFS' INSTRUCTIONS

| Instruction Title | Checklist |
|---|---|
| CACI 101 modified. Overview of Trial (modified for plural defendants) | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 104. Nonperson Party (modified for multiple defendants) (WITHDRAWN) | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☒ Withdrawn |
| CACI 200. Obligation to Prove—More Likely True Than Not True<br><br>Δ OBJECTION  W/DRAWN | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 203. Party Having Power to Produce Better Evidence<br><br>Δ OBJECTION  W/DRAWN | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 204. Willful Suppression of Evidence<br><br>HELD  FOR  FURTHER<br>REVIEW  AFTER  EVIDENCE | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 400 modified. Negligence—Essential Factual Elements | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 402. Standard of Care for Minors | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 405. Comparative Fault of Plaintiff (WITHDRAWN) | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☒ Withdrawn |

PARTIES' PROPOSED JURY INSTRUCTIONS

| | |
|---|---|
| CACI 406 modified. Apportionment of Responsibility | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 412. Duty of Care Owed Children<br><br>     & OBJECTION W/ DRAWN | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 413 modified. Custom or Practice | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 425 modified. "Gross Negligence" Explained | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 430. Causation: Substantial Factor (without bracketed sentence) | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 431 modified. Causation: Multiple Causes | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 432. Third-Party Conduct as Superseding Cause (WITHDRAWN) | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☒ Withdrawn |
| CACI 434. Alternative Causation (included for preservation purposes) | ☐ Given as proposed<br>☒ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 451 modified. Affirmative Defense—Contractual Assumption of Risk | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |

| | |
|---|---|
| CACI 454 modified. Affirmative Defense—Statute of Limitations (negligence and negligent failure to warn)<br><br>NOT GIVEN AS TO KGM | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 454 modified. Affirmative Defense—Statute of Limitations (fraudulent concealment)<br><br>NOT GIVEN AS TO KGM | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 455 modified. Statute of Limitations—Delayed Discovery (negligence and negligent failure to warn)<br><br>NOT GIVEN AS TO KGM | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 455 modified. Statute of Limitations—Delayed Discovery (fraudulent concealment)<br><br>NOT GIVEN AS TO KGM | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 1320 modified. Intent<br><br>NOT GIVEN AS TO KGM | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 1901 modified. Concealment<br><br>NOT GIVEN AS TO KGM | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 1901 modified. Concealment (third-party content and communications)<br><br>NOT GIVEN AS TO KGM | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 1907 modified. Reliance<br><br>NOT GIVEN AS TO KGM | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 1908. Reasonable Reliance<br><br>NOT GIVEN AS TO KGM | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |

PARTIES' PROPOSED JURY INSTRUCTIONS

| | |
|---|---|
| CACI 3700. Introduction to Vicarious Responsibility—Introduction to Vicarious Responsibility | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 3900 modified. Introduction to Tort Damages—Liability Contested | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 3905. Items of Noneconomic Damage | ☐ Given as proposed<br>☒ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 3905A modified. Physical Pain, Mental Suffering, and Emotional Distress (Noneconomic Damage) | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 3927 modified. Aggravation of Preexisting Condition or Disability | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 3928 modified. Unusually Susceptible Plaintiff | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 3932. Life Expectancy | ☐ Given as proposed<br>☒ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 3942 modified. Punitive Damages—Individual Defendant—Bifurcated Trial (Second Phase) *Held for later CONSIDERATION* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 3946 modified. Punitive Damages—Entity Defendant—Bifurcated Trial (First Phase) | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |

| | |
|---|---|
| CACI 3960. Comparative Fault of Plaintiff—General Verdict(WITHDRAWN) | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☒ Withdrawn |
| CACI 5006. Nonperson Party (WITHDRAWN) | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☒ Withdrawn |
| CACI 5022. Introduction to General Verdict Form<br><br>*Held for later review* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 1. Social Media Use | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| Special Instruction 2. Florida Standard Instruction 403.2 Summary of Claims<br><br>*Not given as to KGM* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 3. Florida Standard Instruction 403.7(b). Strict Liability (Design Defect)<br><br>*Not given as to KGM* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 4. Florida Standard Instruction 403.8. Strict Liability Failure to Warn<br><br>*Not given as to KGM* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 5. Duty to Warn (design)<br><br>*See COURT's REDRAFT* | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| Special Instruction 6. Duty to Warn (third-party content or communications) | ☐ Given as proposed<br>☒ Rejected<br>☐ Given as modified<br>☐ Withdrawn |

| | |
|---|---|
| Special Instruction 7. Special Instruction Regarding Third-Party Content<br>Section 230    *see* "Limitation on DEFENDANTS' LIABILITY FOR CERTAIN ACTIVITIES" | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| Special Instruction 8. Affirmative Defense—First Amendment | ☐ Given as proposed<br>☒ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 9. Affirmative Defense—First Amendment balancing | ☐ Given as proposed<br>☒ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 10. Affirmative Defense—Contractual Assumption of Risk—Clear Language | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 11. Affirmative Defense—Contractual Assumption of Risk— Minor Party to Contract | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 12. Affirmative Defense—Contractual Assumption of Risk— One-Sided Agreement and Lack of Meaningful Choice | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 13. Statute of Limitations—Wrongdoing on or after December 26, 2021 (negligence and negligent failure to warn)<br>*Not given as to K GM* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 14. Statute of Limitations—Continuing Violation (negligence and negligent failure to warn)<br>*Not given as to KGM* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 15. Statute of Limitations—Wrongdoing on or after December 26, 2020 (fraudulent concealment)<br>*Not given as to KGM* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |

| | |
|---|---|
| Special Instruction 16. Statute of Limitations—Continuing Violation (fraudulent concealment) *Not given as to KGM* | □ Given as proposed<br>□ Rejected<br>□ Given as modified<br>□ Withdrawn |
| Special Instruction 17. Florida Standard Instruction 402.14(a). Statute of Limitations *Not given as to KGM* | □ Given as proposed<br>□ Rejected<br>□ Given as modified<br>□ Withdrawn |
| Special Instruction 18. Statute of Limitations—Delayed Discovery *Not given as to KGM* | □ Given as proposed<br>□ Rejected<br>□ Given as modified<br>□ Withdrawn |
| Special Instruction 19. Statute of Limitations—Wrongdoing on or after December 26, 2019 *Not given as to KGM* | □ Given as proposed<br>□ Rejected<br>□ Given as modified<br>□ Withdrawn |
| Special Instruction 20. Statute of Limitations—Continuing Wrongdoing *Not given as to KGM* | □ Given as proposed<br>□ Rejected<br>□ Given as modified<br>□ Withdrawn |

## INDEX OF DEFENDANTS' INSTRUCTIONS

| Instruction Title | Checklist |
|---|---|
| CACI 101 modified. Overview of Trial | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 104. Nonperson Party<br><br>*← T OBJECTION w/ DRAWN* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 117. Wealth of Parties | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 200 modified.  Obligation to Prove—More Likely True Than Not True | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☒ Withdrawn |
| CACI 204. Willful Suppression of Evidence (Applicable to RKC Only)<br><br>*HELD FOR FURTHER REVIEW AFTER EVIDENCE* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 400 modified. Negligence—Essential Factual Elements  (Applicable to KGM and Moore) | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 400 modified. Negligence—Essential Factual Elements  (Applicable to RKC Under Florida Law)<br><br>*HELD    FOR ~~FUR~~ FURTHER REVIEW* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 406 modified. Apportionment of Responsibility | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |

| | |
|---|---|
| CACI 412 modified. Duty of Care Owed Children | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 413 modified. Custom or Practice | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 430 modified. Causation: Substantial Factor (Applicable to KGM and Moore) *As this court previously has stated in ruling on Saigon motions, a person may testify as to their own emotional distress.* | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 431 modified. Causation: Multiple Causes (Applicable to KGM and Moore) | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 454. Affirmative Defense—Statute of Limitations (Applicable to Moore only) *NOT GIVEN AS TO KGM* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 1222 modified. Negligence: Failure to Warn *SEE COURT'S REDRAFT* | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 1901 modified. Concealment (Applicable to Moore Only) *NOT GIVEN AS TO KGM* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 1907 modified. Concealment: Behaved Differently (Applicable to Moore Only) *NOT GIVEN AS TO KGM* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 1908. Concealment: Reasonably Behaved Differently (Applicable to Moore Only) *NOT GIVEN AS TO KGM* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |

PARTIES' PROPOSED JURY INSTRUCTIONS

| | |
|---|---|
| CACI 3900, 3905A modified. Introduction to Tort Damages—Liability Contested | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 3925. Arguments of Counsel Not Evidence of Damages<br><br>π OBJECTION W/DRAWN | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 3934. Damages on Multiple Legal Theories | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 3946. Punitive Damages—Entity Defendant—Bifurcated Trial | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| CACI 3964. Jurors Not to Consider Attorneys Fees and Court Costs<br><br>π OBJECTION W/DRAWN | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5006. Nonperson Party<br><br>π OBJECTION W/DRAWN<br>END OF TRIAL ONLY | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5012. Introduction to Special Verdict Form<br><br>π OBJECTION W/DRAWN<br>END OF TRIAL ONLY | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5016. Judge's Commenting on Evidence<br><br>HELD FOR LATER REVIEW<br>END OF TRIAL ONLY | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5017. Polling the Jury<br><br>π OBJECTION W/DRAWN<br>END OF TRIAL ONLY | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |

| | |
|---|---|
| CACI 5018. Audio or Video Recording and Transcription<br><br>*π OBJECTION W/ DRAWN*<br>*HELD FOR LATER REVIEW* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5020. Demonstrative Evidence<br><br>*END OF TRIAL ONLY* | ☒ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| CACI 5021. Electronic Evidence<br><br>*HELD FOR LATER REVIEW* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 1. Redacted Documents | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| Special Instruction 2. Legal Cause (Applicable to RKC Under Florida Law)<br><br>*Not given as to KGM* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 3. Causation: Multiple Causes (Applicable to RKC Under Florida Law)<br><br>*Not given as to KGM* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 4. Special Instruction Regarding Section 230 | ☐ Given as proposed<br>☐ Rejected<br>☒ Given as modified<br>☐ Withdrawn |
| Special Instruction 5. Protected Free Speech (First Amendment) | ☐ Given as proposed<br>☒ Rejected<br>☐ Given as modified<br>☐ Withdrawn |
| Special Instruction 6. Statute of Limitations (Applicable to RKC under Florida Law)<br><br>*Not given as to KGM* | ☐ Given as proposed<br>☐ Rejected<br>☐ Given as modified<br>☐ Withdrawn |

PARTIES' PROPOSED JURY INSTRUCTIONS

| | |
|---|---|
| Special Instruction 7. Concealment (Applicable to RKC Under Florida Law)<br><br>*Not given as to KGM* | □ Given as proposed<br>□ Rejected<br>□ Given as modified<br>□ Withdrawn |
| Special Instruction 8. Material Fact (Applicable to RKC Under Florida Law)<br><br>*Not given as to KGM* | □ Given as proposed<br>□ Rejected<br>□ Given as modified<br>□ Withdrawn |
| Special Instruction 9. Legal Cause (Applicable to RKC under Florida Law)<br><br>*Not given as to KGM* | □ Given as proposed<br>□ Rejected<br>□ Given as modified<br>□ Withdrawn |
| Special Instruction 10. Punitive Damages (Applicable to RKC Under Florida Law)<br><br>*Not given as to KGM* | □ Given as proposed<br>□ Rejected<br>□ Given as modified<br>□ Withdrawn |

## CACI 101 modified.  Overview of Trial

To assist you in your tasks as jurors, I will now explain how the trial will proceed.  I will begin by identifying the parties to the case.

KGM or Kaley GM is the person bringing this lawsuit.  She is called the Plaintiff.  As I previously told you, Kaley G.M.'s full name is not being disclosed publicly because she was a minor at the time of the events in question.  Minors have extra privacy protections in court.  The court has ordered that her full name will be removed from all documents before they are shown to you.  This does not otherwise affect the evidence that will be presented at trial.

KGM seeks damages from three companies, who are called defendants.  In this trial, the three defendants will be referred to as Meta, YouTube and TikTok.  Sometimes I will refer to them together as defendants.

Meta as used in these instructions refers to Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, Instagram, LLC, and Siculus, LLC.

TikTok as used in these instructions refers to TikTok, Ltd, TikTok, LLC, TikTok, Inc., ByteDance Ltd., and ByteDance, Inc.

YouTube as used in these instructions refers to YouTube, LLC and Google, LLC.

Kaley GM alleges that Defendants acted negligently in designing and operating Instagram, TikTok, and YouTube and in failing to warn about dangers to minors from using those social media and video sharing platforms.  Kaley G.M. claims that she became addicted to the Defendants' social media services and that those services caused or worsened her mental health harms.

Each Defendant denies Kaley G.M.'s claims.  Defendants allege that any mental health harms she experienced were caused by other things, including challenges she faced in her childhood and at home.  YouTube further contends that KGM's claim for damages are barred by the Terms of Service agreement she entered into with YouTube and that independent, intervening, or superseding events occurring after its alleged negligence caused KGM's alleged harms.

First, each side may make an opening statement, but neither side is required to do so. An opening statement is not evidence. It is simply an outline to help you understand what that party expects the evidence will show. Also, because it is often difficult to give you the evidence in the order we would prefer, the opening statement allow you to keep an overview of the case in mind during the presentation of the evidence.

Next the jury will hear the evidence. KGM will present evidence first. When KGM is finished, Meta, TikTok and YouTube will have an opportunity to present evidence.

Each witness will first be questioned by the side that asked the witness to testify. This is called direct examination. Then the other side is permitted to question the witness. This is called cross-examination.

Documents or objects referred to during the trial are called exhibits. Exhibits are given a number so that they may be clearly identified. Exhibits are not evidence until I admit them into evidence. During your deliberations, you will be able to look at all exhibits admitted into evidence.

There are many rules that govern whether something will be admitted into evidence. As one side presents evidence, the other side has the right to object and to ask me to decide if the evidence is permitted by the rules. Usually, I will decide immediately, but sometimes I may have to her arguments outside of your presence.

Some instructions on the law that applies to the case will be given to you in a few minutes. After the evidence has been presented, I will instruct you on all of the law that applies to the case and the attorneys will make closing arguments. What the parties say in closing argument is not evidence. The arguments are offered to help you understand the evidence and how the law applies to it.

## Special Instruction Regarding Juror Duty Not To Investigate Social Media Functionality (modified Plaintiff Special Instruction 1)

As I have already instructed you, jurors may not independently investigate any facts bearing on this case. Many of you use Instagram, TikTok or YouTube or other social media or video sharing platforms. You are not being asked to stop your use of social media during the time of this trial. However, until you are excused as a juror or alternate juror you should not change how you normally use social media and you should not investigate features that you do not normally use. Do not create new accounts or change your settings to attempt to explore the evidence in this case. Do not look up or research any of the parties or witnesses you may hear from in this case. Do not conduct any research, on the internet or otherwise, about the facts of this case or about the claims made by the parties. In deciding this case, you may consider only the evidence presented in this court about how the Defendants' platforms actually operated during the time periods relevant to KGM's use.

*[Handwritten annotation:]* "Redacted" means that a portion of the document has been blacked out

### 30. **Special Instruction 1. Redacted Documents**[129]

During the trial, certain documents were admitted into evidence that are redacted. You should not draw any inferences for or against any party because a document has been redacted and should not speculate as to what was redacted.

---

[129] Evid. Code § 355 ("The court upon request shall restrict the evidence to its proper scope and instruct the jury accordingly.").

### 3. CACI 117. Wealth of Parties[109]

*(in this part of the case)*

In reaching a verdict, you may not consider the wealth or poverty of any party. The parties' wealth or poverty is not relevant to any of the issues that you must decide.

---

[109] CACI 117.

### 6. CACI 400 modified. Negligence—Essential Factual Elements [10]

~~[*Name of plaintiff*]~~ *KGM* claims that [~~he~~/she] was harmed by one or more Defendants' negligence. To establish this claim, [~~*name of plaintiff*~~] *KGM* must prove all of the following:

1. That ~~one or more~~ Defendants ~~was~~ *a* negligent ~~t~~ *was in designing OR operating* ~~their~~ *its platform*

2. That [~~*name of plaintiff*~~] *KGM* was harmed; and

3. That ~~one or more~~ *the* Defendant(s) negligence was a substantial factor in causing [~~*name of plaintiff*~~] *KGM's* harm.

When I REFER TO "DEFENDANTS" IN THIS INSTRUCTION I MEAN META, ~~FACEBOOK~~ AND YouTube.

---

[10] Modified due to multiple Defendants.

## 9. CACI 406 modified. Apportionment of Responsibility[12] [13]

*,META,/*

Defendants ~~TikTok~~ and YouTube claim that the [~~negligence~~/fault] of *third parties* [~~insert name(s) or description(s) of~~ *KGM'S* ~~nonparty tortfeasor(s)~~] [also] contributed to [~~name of plaintiff~~]'s harm. To succeed on this claim,

Defendants must prove both of the following:

1. That [~~insert name(s) or description(s) of nonparty tortfeasor(s)~~] *third parties* [~~was~~/were] [negligent/at fault]; and

2. That the [~~negligence~~/fault] of [~~insert name(s) or description(s) of nonparty tortfeasor(s)~~] *third parties* was a *KGM'S* substantial factor in causing [~~name of plaintiff~~]'s harm.]

*, META, ~~TikTok~~, AND YouTube*

If you find that the [negligence/fault] of more than one person including ~~Defendants~~ [and] [[~~name of~~ *( third parties )* *OR* ~~plaintiff~~/ [and] [~~name(s) or description(s) of nonparty tortfeasor(s)~~] was a substantial factor in causing *KGM* [~~name of plaintiff~~]'s harm, you must then decide how much responsibility each has by assigning

percentages of responsibility to each person listed on the verdict form. The percentages must total 100

percent.

*KGM*

You will make a separate finding of [~~name of plaintiff~~]'s total damages, if any. In determining an

amount of damages, you should not consider any person's assigned percentage of responsibility.

"Person" can mean an individual or a business entity. *DEFENDANTS REFERS TO META, ~~TikTok~~ AND YouTube.*

---

[12] Modified for TikTok and YouTube.

[13] Only read in KGM and RKC.

1
2
3
4
5
## 10. <u>CACI 412. Duty of Care Owed Children</u>
6  An adult must anticipate the ordinary behavior of children. An adult must be more careful when dealing
7  with children than with other adults.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*[handwritten annotation at top right: META, ~~FACEBOOK~~ and YouTUBE]*

## 11. CACI 413 modified. Custom or Practice[14]

You may consider customs or practices in the ~~community~~ *industry* in deciding whether ~~Defendants~~ acted

reasonably. Customs and practices do not necessarily determine what a reasonable person would have

done in ~~Defendants'~~ *META's, ~~FACEBOOK'a AND~~ YouTUBE's* situation. They are only factors for you to consider.

Following a custom or practice does not excuse conduct that is unreasonable. You should consider

whether the custom or practice itself is reasonable.

---

[14] Modified due to multiple Defendants.

1

2

### 13. CACI 430. Causation: Substantial Factor (without bracketed sentence)

3  A substantial factor in causing harm is a factor that a reasonable person would consider to have

4  contributed to the harm. It must be more than a remote or trivial factor. It does not have to be the only

5  cause of the harm.

6  Conduct is not a substantial factor in causing ~~harm~~

7  harm if the same harm would have occurred

8  without that conduct.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PARTIES' PROPOSED JURY INSTRUCTIONS

12. **CACI 431 modified. Causation: Multiple Causes (Applicable to KGM and Moore)**

A person's negligence may combine with another factor to cause harm. If you find that [Meta's, ~~Snap's, TikTok's,~~ or YouTube's] negligence was a substantial factor in causing ~~[Plaintiff]'s Claimed~~ KGM's *harm*, ~~that~~ ~~Defendants the Defendants~~ *harm,* [A DEFENDANT] ~~Harms~~, then ~~[Defendants] are~~ responsible for the ~~Claimed Harms~~. [~~Defendants A Defendant~~] cannot avoid responsibility just because some other person, condition, or event was also a substantial factor in causing ~~[Plaintiff]'s Claimed Harms,~~ KGM's harm. ~~but conduct is not a substantial factor in causing harm if the same harm would have occurred without that conduct.~~

META, ~~TikTok~~ OR YouTube is

## Negligence:  Failure to Warn (CACI 1222 modified)

KGM claims that Meta, TikTok and YouTube were negligent by not using reasonable care to warn about dangers to minors from by the design or operation of their platforms (Facebook, Instagram, TikTok and YouTube) or about facts that made the design or operation of those platforms likely to be dangerous to minors.  To establish this claim, KGM must prove all of the following as to that Defendant:

1. That Defendant knew or reasonably should have known that the design or operation of its platform was dangerous or was likely to be dangerous when used by a minor in a reasonably foreseeable manner;
2. That Defendant knew or reasonably should have known that users would not realize the danger;
3. That Defendant failed to adequately warn of the danger;
4. That a reasonable platform designer or operator under the same or similar circumstances would have warned of the danger or instructed on the safe use of the platform;
5. That KGM was harmed by the design or operation of Defendant's platform; and
6. That Defendant's failure to adequately warn or instruct was a substantial factor in causing KGM's harm.

## Limitation on Defendants' Liability for Certain Activities

The Defendants in this case, Meta and YouTube are considered to be providers of interactive computer services. The law provides certain protections for the Defendants when they make decisions about what third-party content to put on their platforms and about what third-party content to remove from their platforms. "Third-party content" means words, pictures, video, audio, or any other form of communication that is not spoken by, created by or developed by a Defendant.

You may not hold a Defendant liable for any of the following:
  a. Allowing any third-party content to appear on its platform;
  b. Failing to remove any third-party content from its platform;
  c. Recommending any third-party content to the Plaintiff;
  d. Allowing third-party content to be private or to disappear after a period of time; or
  e. Failing to warn users about the potential risks of third-party content on its platform.

A Defendant may be held liable for harm caused by a feature or activity that was part of the design or operation of a Defendant's platform, and that was not one of the protected activities listed in the previous paragraph, if you find that (1) the Defendant was negligent in designing or operating the platform, and (2) the design or operation of the platform was a substantial factor in causing KGM's harm.

**28. CACI 3900 modified. Introduction to Tort Damages—Liability Contested**[43]

If you decide that [~~name of plaintiff~~] has proved [~~his/her~~] claim against any Defendant, you also must decide how much money will reasonably compensate [~~name of plaintiff~~] for the harm. This compensation is called "damages."

The amount of damages must include an award for each item of harm that was caused by a Defendant's wrongful conduct, even if the particular harm could not have been anticipated.

[~~Name of plaintiff~~] does not have to prove the exact amount of damages that will provide reasonable compensation for the harm. However, you must not speculate or guess in awarding damages.

---

[43] Modified for multiple Defendants.

PARTIES' PROPOSED JURY INSTRUCTIONS

1  ~~29. CACI 3905. Items of Noneconomic Damage~~

2  ~~The following are the specific items of noneconomic damages claimed by [*name of plaintiff*]:~~

3  **30. <u>CACI 3905A modified. Physical Pain, Mental Suffering, and Emotional Distress (Noneconomic</u>**

4  *(KGM claims damages for )* **Damage)**

5  Past and future physical pain, mental suffering, loss of enjoyment of life, physical impairment,

6  inconvenience, grief, anxiety, humiliation, emotional distress, [<u>self-harm, sleep deprivation or</u>

7  <u>disturbance, loss of self-esteem, body dysmorphia, depression, and addiction</u>].[44]

8  No fixed standard exists for deciding the amount of these noneconomic damages. You must use your

9  judgment to decide a reasonable amount based on the evidence and your common sense.

10  To recover for future physical pain, mental suffering, loss of enjoyment of life, physical impairment,

11  inconvenience, grief, anxiety, humiliation, emotional distress, [<u>self-harm, sleep deprivation or</u>

12  <u>disturbance, loss of self-esteem, body dysmorphia, depression, and addiction</u>], ~~[*name of plaintiff*]~~ *KGM* must

13  prove that [~~he~~/she] is reasonably certain to suffer that harm.

14  For future physical pain, mental suffering, loss of enjoyment of life, physical impairment,

15  inconvenience, grief, anxiety, humiliation, emotional distress, [<u>self-harm, sleep deprivation or</u>

16  <u>disturbance, loss of self-esteem, body dysmorphia, depression, and addiction</u>], determine the amount in

17  current dollars paid at the time of judgment that will compensate ~~[*name of plaintiff*]~~ *KGM* for future physical

18  pain, mental suffering, loss of enjoyment of life, physical impairment,  inconvenience, grief, anxiety,

19  humiliation, emotional distress, [<u>self-harm, sleep deprivation or disturbance, loss of self-esteem, body</u>

20  <u>dysmorphia, depression, and addiction</u>],

21

22

23

24

25

26

27

28  [44] Replaced brackets and slashes with commas and removed disfigurement.

## 32. <u>CACI 3928 modified. Unusually Susceptible Plaintiff</u>[46]

You must decide the full amount of money that will reasonably and fairly compensate [name of plaintiff] for all damages caused by the wrongful conduct of ~~a Defendant,~~ even if [name of plaintiff] was more susceptible to injury than a normally healthy person would have been, and even if a normally healthy person would not have suffered similar injury.

_[handwritten annotations: KGM, KEM, Meta, ~~Facebook~~ or YouTube]_

---

[46] Modified for multiple Defendants.

91

### 20. <u>CACI 3934. Damages on Multiple Legal Theories</u>[126]

*KGM*

[~~Plaintiff~~] seeks damages from [Meta, ~~Snap,~~ ~~TikTok,~~ and YouTube] under more than one legal theory. However, each item of damages may be awarded only once, regardless of the number of legal theories alleged.

You will be asked to decide whether [Meta, ~~Snap,~~ ~~TikTok,~~ and YouTube] each are liable to

*KGM*

[~~Plaintiff~~] under the following legal theories:

1. Negligent design ~~of their services~~; OR OPERATION OF THEIR PLATFORM;

   THE DESIGN OR OPERATION OF THEIR PLATFORM

2. Negligent failure to warn ~~Plaintiff~~ about the risks of ~~their services.~~ [127]

~~[You will also be asked to decide whether Meta is liable to [Plaintiff] for: Fraudulent concealment of facts about the risks of its services.]~~

DAMAGES FOR PYSICAL PAIN, MENTAL ~~#~~ SUFFERING AND EMOTIONAL DISTRESS

~~The following items of damages are recoverable only once under all of the above legal theories.~~

~~1. Pain and suffering~~

~~2. Mental and emotional distress~~

---

[126] CACI 3934.

[127] The Court granted summary adjudication for YouTube in the RKC case on this claim. As a result, the jury should be instructed that this claim is not asserted against YouTube.

*[handwritten: Meta's, ~~TikTok~~ or YooTube's]*

**35. CACI 3946 modified. Punitive Damages—Entity Defendant—Bifurcated Trial (First Phase)[49]**

If you decide that ~~one or more Defendants'~~ *[handwritten: KGM]* conduct caused [~~name of plaintiff~~] harm, you must decide whether that conduct justifies an award of punitive damages. The amount, if any, of punitive damages will be an issue decided later.

At this time, you must decide whether [~~name of plaintiff~~] *[handwritten: KGM]* has proved that a ~~Defendant~~ *[handwritten: Meta, TikTok or YooTube]* engaged in that conduct with malice, oppression, or fraud. To do this, [~~name of plaintiff~~] *[handwritten: KGM]* must prove one of the following by clear and convincing evidence:

1. That the conduct constituting malice, oppression, or fraud was committed by one or more officers, directors, or managing agents of ~~the Defendant~~ *[handwritten: META, TikTok or YouTube]* who acted on behalf of ~~the Defendant~~ *[handwritten: Meta, TikTok or YouTube]*;

or

2. That the conduct constituting malice, oppression, or fraud was authorized by one or more officers, directors, or managing agents of ~~the Defendant~~ *[handwritten: Meta, TikTok or YouTube]*; or

3. That one or more officers, directors, or managing agents of ~~the Defendant~~ *[handwritten: Meta, TikTok or YouTube]* knew of the conduct constituting malice, oppression, or fraud and adopted or approved that conduct after it occurred. *[handwritten: Meta, TikTok or YouTube]*

"Malice" means that ~~a Defendant~~ *[handwritten: Meta's, TikTok's or YooTube's]* acted with intent to cause injury or that ~~Defendant's~~ conduct was despicable and was done with a willful and knowing disregard of the rights or safety of another. A defendant acts with knowing disregard when the defendant is aware of the probable dangerous consequences of the defendant's conduct and deliberately fails to avoid those consequences.

"Oppression" means that ~~a Defendant's~~ *[handwritten: Meta's TikTok's or YouTube's]* conduct was despicable and subjected [~~name of plaintiff~~] *[handwritten: KGM]* to cruel and unjust hardship in knowing disregard of [~~his/her/nonbinary pronoun~~] rights.

"Despicable conduct" is conduct that is so vile, base, or contemptible that it would be looked down on and despised by reasonable people.

"Fraud" means that a Defendant intentionally misrepresented or concealed a material fact and did so intending to harm [~~name of plaintiff~~] *[handwritten: KGM]*.

---

[49] Modified for multiple Defendants.

Date: 1/29/2026



*[signature: Carolyn B. Kuhl]*

Carolyn B. Kuhl / Judge

**SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES**

***Social Media Cases*
JCCP5255
(Lead Case: 22STCV21355)**

***P.F., et al. v. Meta Platforms, Inc., et al.*
23SMCV03371**

**Dept. 12 SSC
Hon. Carolyn B. Kuhl
February 2, 2026**

**COURT'S RULING ON JURY INSTRUCTIONS FOR KGM TRIAL –
YOUTUBE PROPOSED INSTRUCTIONS**


The court hereby indicates its rulings on YouTube's Additional Proposed Jury Instructions for its Affirmative Defenses.

CACI 432 – Causation:  Third-Party Conduct as Superseding Cause
Ruling:  This instruction has been withdrawn

CACI 451 – Affirmative Defense Contractual Assumption of Risk
Ruling: Not given at this time.
This instruction is materially incomplete even considered together with the other instructions YouTube has offered concerning its affirmative defense of contractual assumption of risk.  YouTube has failed to offer any instructions regarding contract formation.  The affirmative defense of contractual assumption of risk is premised on the existence of an "agree[ment] before the incident that [KGM] would not hold [YouTube] responsible for any damages." (CACI 451.)  The jury is required to find the existence of such an agreement as a prerequisite to finding that a plaintiff has assumed the risk of harm.  The jury, therefore, must be instructed as to the elements of contract formation.  (See CACI 302.)
In order to invoke the defense of contractual assumption of risk, the agreement that the Defendant would not be held responsible for damages

must be formed prior to the "incident" for which Plaintiff seeks to hold Defendant liable.  In Plaintiff's opening statement, it was asserted that KGM began to use YouTube at the age of six.  Under California Civil Code Section 38 a "person entirely without understanding has no power to make a contract of any kind … ."  This court would hold as a matter of law that a six-year-old is a "person entirely without understanding" in relation to a waiver of a right of action for future harm.  Whether KGM disaffirmed the supposed contract to assume the risk of YouTube's conduct by the act of filing suit in light of her continued use of YouTube as an adult is simply irrelevant if no agreement regarding assumption of risk was ever formed.

The court will await the introduction of evidence in the case before determining whether to give instructions on YouTube's affirmative defense of Contractual Assumption of Risk.  Although the court will give some instructions prior to opening statements, the court will advise the jury that the instructions given at that time are not complete and may be supplemented after all evidence is received.

<u>CACI 3930</u>:  Mitigation of Damages (Personal Injury)
<u>Ruling</u>:  Not given at this time.
The court is unaware of the evidence on which YouTube will base its argument that KGM, if found to have suffered harm, should thereafter have taken reasonable steps to avoid additional harm.  After hearing the evidence, the court will provide an appropriate instruction if there is any evidence of failure to mitigate.

<u>YouTube Special Instruction 1</u>: Affirmative Defense - Contractual Assumption of Risk (Disaffirmance)
<u>Ruling</u>:  Not given at this time for the reasons stated in connection with proposed CACI 451.

<u>YouTube Special Instruction 2</u>:  Affirmative Defense - Contractual Assumption of Risk (Unconscionability)
<u>Ruling</u>:  Not given at this time for the reasons stated in connection with proposed CACI 451.  In addition, unconscionability is an issue for the court unless there is a disputed factual bearing on the unconscionability analysis.

<u>YouTube Special Instruction 3</u>: Affirmative Defense – Contractual Assumption of Risk (Clear Language)
<u>Ruling</u>: Not given at this time for the reasons stated in connection with proposed CACI 451.