# EXHIBIT C

1 | GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
2 | KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
3 | Atlanta, Georgia 30309
Telephone: (404) 572-4600
4 | Facsimile: (404) 572-5100

5 | DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
6 | KING & SPALDING LLP
1700 Pennsylvania, NW, Suite 900
7 | Washington, DC 20006
Telephone: (202) 737-0500
8 | Facsimile: (202) 626-3737

9 | *Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
10 | *ByteDance Ltd., and TikTok LLC*

11 | [*Additional Counsel and Parties on Signature Page*]

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.400]<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION (JCCP NO. 5255)<br><br>THIS DOCUMENT RELATES TO:<br><br>*Cristina Arlington Smith, et al., v. TikTok Inc., et al.,* Case No. 22STCV21355<br><br>ALL CASES | JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5255<br><br>For Filing Purposes: 22STCV21355<br>*(Christina Arlington Smith, et al. v. TikTok Inc., et al.)*<br><br>**[PROPOSED] ORDER RESTRICTING JUROR RESEARCH**<br><br>Judge: Hon. Carolyn B. Kuhl<br>Department: SSC-12 |
|---|---|

1

[PROPOSED] ORDER RESTRICTING JUROR RESEARCH

A. The court hereby orders the following limitations on juror research both during jury selection and for the entire trial:

1. The Parties are prohibited from conducting any investigation or research, including utilizing facial recognition technology, concerning any juror, their family members, and any friends connected to them, and their employer.

2. The Parties are prohibited from obtaining the name of any juror.

3. Attorneys for the Parties are prohibited from utilizing the following data and technology to conduct juror research:

    i)  Non-Public Data;

    ii) Artificial intelligence systems that access Non-Public Data, and

    iii) Facial recognition technology.

4. The Parties or their representatives may be present in court during jury selection and may discuss jury selection with their Attorneys, provided that the Party does not obtain any juror's name or address.

5. During jury selection and throughout the entire trial, if an employee of a Defendant learns a juror's name or address, or the name or address of a juror's family member, that employee shall not share that information with anybody or use that information in any way.

6. During jury selection and throughout the entire trial, if the Plaintiff, a family member of the Plaintiff, or another person affiliated with Plaintiff learns a juror's name or address, or the name or address of a juror's family member, that person shall not share that information with anybody or use that information in any way.

B. "Party" or "Parties" means the Plaintiff who brought a claim in the above captioned litigation and each Defendant in the above captioned litigation, including all principals, employees or agents of the Parties (other than Attorneys as defined below).

C. "Attorneys" means each Party's respective attorneys, employees of such Attorneys and agents (including jury consultants) affiliated with this JCCP action (JCCP No. 5255). "Attorneys" expressly excludes in house counsel or any principal or employee of a Party.

D. "Non-Public Data" means data that is not equally available to the Parties.

E. All limitations on juror research set forth in this Order apply equally to research conducted on:

    a. Jurors and potential jurors;

    b. Any other persons known to be associated with or connected to jurors; and,

    c. Any employer of jurors.

F.  The limitations on juror research set forth in this Order shall apply throughout trial and through the completion of any appeal.

G.  To effectuate and enforce the limitations of this Order, the court further orders that no Attorney may obtain the name of any juror without first executing under penalty of perjury a certificate acknowledging and agreeing to be bound by the terms of this Order. Only Attorneys representing a Party in the above captioned litigation may execute a certificate. Such certificates must be lodged with the Court under seal.

H.  Jurors will be referred to by number, only, during oral voir dire.

**IT IS SO ORDERED.**

Dated: _____                           _____

                                                                      Honorable Carolyn B. Kuhl

| | | |
|---|---|---|
| 1 | DATED: January 19, 2026 | **KING & SPALDING LLP** |
| 2 | | By: <u>*/s/ Geoffrey M. Drake*</u> |
| 3 | | Geoffrey M. Drake |
| 4 | | Geoffrey M. Drake, *pro hac vice* |
| | | KING & SPALDING LLP |
| 5 | | 1180 Peachtree Street, NE, Suite 1600 |
| 6 | | Atlanta, GA 30309-3521 |
| | | Telephone: (404) 572-4600 |
| 7 | | Email:   gdrake@kslaw.com |
| 8 | | David P. Mattern, *pro hac vice* |
| | | KING & SPALDING LLP |
| 9 | | 1700 Pennsylvania Avenue, NW, Suite 900 |
| 10 | | Washington, DC 20006-4707 |
| | | Telephone: (202) 737-0500 |
| 11 | | Email:   dmattern@kslaw.com |
| 12 | | Lennette Lee (SBN 263023) |
| 13 | | Rachel Yeung (SBN 317361) |
| | | KING & SPALDING LLP |
| 14 | | 633 West Fifth Street, Suite 1600 |
| | | Los Angeles, CA 90071 |
| 15 | | Telephone: (213) 443-4355 |
| | | Email:   llee@kslaw.co |
| 16 | |             ryeung@kslaw.com |
| 17 | | *Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC* |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: January 19, 2026 | **COVINGTON & BURLING LLP** |
| 2 | | |
| 3 | | |
| 4 | | By:   /s/ *Ashley M. Simonsen*<br>Ashley M. Simonsen |
| 5 | | ASHLEY M. SIMONSEN, SBN 275203 |
| 6 | | asimonsen@cov.com<br>COVINGTON & BURLING LLP |
| 7 | | 1999 Avenue of the Stars<br>Los Angeles, CA 90067 |
| 8 | | Tel.: 424-332-4800 |
| 9 | | EMILY JOHNSON HENN, SBN 269482 |
| 10 | | ehenn@cov.com<br>COVINGTON & BURLING LLP |
| 11 | | 3000 El Camino Real<br>5 Palo Alto Square, 10th Floor |
| 12 | | Palo Alto, CA 94306<br>Tel.: 650-632-4700 |
| 13 | | |
| 14 | | PHYLLIS A. JONES, *pro hac vice*<br>pajones@cov.com |
| 15 | | PAUL W. SCHMIDT, *pro hac vice*<br>pschmidt@cov.com |
| 16 | | MICHAEL X. IMBROSCIO, *pro hac vice*<br>mimbroscio@cov.com |
| 17 | | COVINGTON & BURLING LLP |
| 18 | | One City Center<br>850 Tenth Street, NW |
| 19 | | Washington, DC 20001-4956<br>Tel.: 202-662-6000 |
| 20 | | |
| 21 | | *Attorneys for Defendants Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations,* |
| 22 | | *LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus,* |
| 23 | | *Inc.* |

| | | |
|---|---|---|
| 1 | DATED: January 19, 2026 | **MUNGER, TOLLES & OLSON LLP** |

By:   */s/ Jonathan H. Blavin*
      Jonathan H. Blavin

      JONATHAN H. BLAVIN, SBN 230269
      jonathan.blavin@mto.com
      MUNGER, TOLLES & OLSON LLP
      560 Mission Street, 27th Floor
      San Francisco, CA 94105-3089
      Tel.: 415-512-4000

      ROSE L. EHLER, SBN 29652
      Rose.Ehler@mto.com
      VICTORIA A. DEGTYAREVA, SBN 284199
      Victoria.Degtyareva@mto.com
      ARIEL T. TESHUVA, SBN 324238
      Ariel.Teshuva@mto.com
      MUNGER, TOLLES & OLSON LLP
      350 South Grand Avenue, 50th Floor
      Los Angeles, CA 90071-3426
      Tel.: 213-683-9100

      *Attorneys for Defendant Snap Inc.*

| | | |
|---|---|---|
| 1 | DATED: January 19, 2026 | **WILSON SONSINI GOODRICH & ROSATI LLP** |

By: */s/ Christopher C. Chiou*
Christopher C. Chiou

CHRISTOPHER C. CHIOU, SBN 233587
cchiou@wsgr.com
SAMANTHA MACHOCK, SBN 298852
smachock@wsgr.com
WILSON SONSINI GOODRICH & ROSATI LLP
633 W 5th St, Ste 1550
Los Angeles, CA 90071-3543
Tel.: 323-210-2900

LAUREN WHITE, SBN 309075
lwhite@wsgr.com
WILSON SONSINI GOODRICH & ROSATI LLP
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Tel.: 415-947-2000

BRIAN M. WILLEN, *pro hac vice*
bwillen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI LLP
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: 212-999-5800

*Attorneys for Defendants YouTube, LLC, Google LLC and Alphabet Inc.*

| | | |
|---|---|---|
| 1 | DATED: January 19, 2026 | **WILLIAMS & CONNOLLY LLP** |

By:  */s/ Joseph G. Petrosinelli*
     Joseph G. Petrosinelli

JOSEPH G. PETROSINELLI, *pro hac vice*
jpetrosinelli@wc.com
ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel.: 202-434-5000

*Attorneys for Defendants YouTube, LLC, Google LLC and Alphabet Inc.*

| | | |
|---|---|---|
| 1 | DATED: January 19, 2026 | **KIESEL LAW LLP** |

By:   */s/ Mariana A. McConnell*
     Paul R. Kiesel
     Mariana A. McConnell
     Cherisse H. Cleofe
     KIESEL LAW LLP
     8648 Wilshire Boulevard
     Beverly Hills, CA 90211
     Tel.: 310-854-4444
     Fax: 310-854-0812
     kiesel@kiesel.law
     mcconnell@kiesel.law
     cleofe@kiesel.law

     Joseph G. VanZandt
     Davis Vaughn
     BEASLEY ALLEN CROW METHVIN
     PORTIS & MILES, P.C.
     234 Commerce Street
     Montgomery, AL 36103
     Tel.: 334-269-2343
     Joseph.VanZandt@BeasleyAllen.com
     Davis.Vaughn@ BeasleyAllen.com

     Brian J. Panish
     Rahul Ravipudi
     Jesse Creed
     PANISH | SHEA | RAVIPUDI LLP
     11111 Santa Monica Boulevard, Suite 700
     Los Angeles, CA 90025
     Tel.: 310-477-1700
     Fax: 310-477-1699
     panish@panish.law
     ravipudi@panish.law
     jcreed@panish.law

     Rachel Lanier
     THE LANIER LAW FIRM, P.C.
     2829 Townsgate Road, Suite 100
     Westlake Village, CA 91361
     Tel.: 713-659-5200
     Rachel.Lanier@LanierLawFirm.com

     *Co-Lead and Co-Liaison Counsel for Plaintiffs*

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Santa Clara, State of California. My business address is 245 Lytton Avenue, Suite 150, Palo Alto, CA 94301.

I caused the following document(s) described as below to be served on the interested parties in this action as follows:

**[PROPOSED] ORDER RESTRICTING JUROR RESEARCH**

☒ **(BY ELECTRONIC SERVICE VIA CASE ANYWHERE)** In accordance with the Court's Order Authorizing Electronic Service requiring all documents to be served upon interested parties via the Case Anywhere System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 19, 2026, at Palo Alto, California.

_____
Shaina Butler