# EXHIBIT E

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

[Additional parties and counsel listed on signature pages]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Civil Case No. 4:22-md-03047-YGR (PHK)<br><br>**STIPULATION AND [PROPOSED] ORDER RESOLVING SCOPE AND TIMING OF "MYST STUDY DOCUMENTS" SUBJECT TO PRODUCTION UNDER JANUARY 12, 2026, ORDER RESOLVING DISPUTE RE: FOUR META DOCUMENTS AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE (ECF 2633-1)**<br><br>Honorable Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**STIPULATION**

The Personal Injury and School District ("PI/SD") Plaintiffs and State Attorneys General ("State AGs" and, together with PI/SD Plaintiffs, "Plaintiffs") and Meta hereby stipulate as follows:

On January 12, 2026, the Court entered its Order Resolving Dispute Re: Four Meta Documents and Crime Fraud Exception to Attorney-Client Privilege (ECF 2633-1) ("Privilege Order"). The "Four Meta Documents" are referred to as "Documents 1-4" in the Privilege Order.

The Privilege Order referenced three sets of documents that are the subject of the attorney advice reflected in Documents 1-4: (a) one slide deck, (b) seven "MYST study proposal" documents, and (c) "MYST study documents."

The Privilege Order directed Meta to produce certain prior versions of the slide deck (predating July 7, 2023) and the seven "MYST study proposal" documents (predating November 22, 2022) by **January 23, 2026**. *See* Privilege Order at 22 (slide deck); *id.* at 13 ("MYST study proposal" documents). On January 23, 2026, Meta made a production to Plaintiffs that it represents consisted of all non-duplicative prior versions of the slide deck (predating July 7, 2023) and "MYST study proposal" documents (predating November 22, 2022) that Meta has retained in Google Vault.

The Privilege Order also directed Meta to produce "all non-duplicative prior versions of all MYST study documents which are Google documents previously produced, where such prior versions pre-date March 10, 2023, including those versions Meta has already confirmed it has retained in Google Vault but not previously produced. … For avoidance of doubt, this Order only applies to Meta's Google documents concerning the MYST study, and does not require searching for or producing prior MYST study documents which are not collaborative Google documents." Privilege Order at 18.

On January 18, 2026, Meta provided Plaintiffs with a list of the 17 documents that Meta believes meet this description and asked if there are any additional documents that Plaintiffs believe should (or should not) be included, to ensure the Parties were aligned on the of scope Meta's production in compliance with the Privilege Order. On January 22, 2026, Plaintiffs confirmed that they believe Meta is required under the Privilege Order to produce prior versions of all 17 of these documents (predating

2

March 10, 2023). On January 30, 2026, Meta made a production to Plaintiffs that it represents consisted of all non-duplicative prior versions (predating March 10, 2023) of these 17 documents that Meta has retained in Google Vault.

On January 22, 2026, Plaintiffs also identified additional documents Plaintiffs believed should be included in the scope of previously-produced MYST study documents for which prior versions must be produced: 10 "MYST running team agendas" (including META3047MDL-072-00715370, META3047MDL-050-00066164, META3047MDL-050-00238698, and META3047MDL-294-00126547, identified by Plaintiffs[1]); 1 "Potential MYST survey questions" document (identified by Plaintiffs as META3047MDL-035-00001121); 1 "MYST Study draft" document (identified by Plaintiffs as META3047MDL-294-00013991); and 3 "Youth Social and Emotional Trends" documents (identified by Plaintiffs via a hyperlink to the underlying Google document[2]). Plaintiffs contend these 15 documents are previously-produced "MYST study documents" for which Meta is required under the Privilege Order to produce prior versions (predating March 10, 2023). Meta believes it has met its production obligations under the Privilege Order, and does not agree that these 15 documents constitute "MYST study documents" for which Meta is required to produce any prior versions.

Although Meta disagrees that the 15 documents identified by Plaintiffs are covered by the Privilege Order, in an effort to reach alignment with Plaintiffs, Meta has agreed to produce prior versions of these 15 documents (predating March 10, 2023) that are retained in Google Vault (subject to any agreement reached to reduce the number of versions or documents), subject to Plaintiffs' agreement to the following:

1. Plaintiffs agree that Meta may have until February 3, 2026 to produce such prior versions of the "Potential MYST survey questions," "MYST Study draft," and "Youth Social and Emotional Trends" documents, and until February 5, 2026 to produce such prior versions of the "MYST running

---

[1] Meta subsequently identified in its prior productions 6 additional running meeting agendas/notes that are principally or considerably focused on MYST.

[2] Meta subsequently identified in its prior productions 3 drafts/copies of this document.

team agendas" documents (subject to any agreement reached to reduce the number of versions or documents).

2. Plaintiffs agree that the documents for which Meta has produced or agreed to produce prior versions by January 30, February 3, or February 5 constitute all the "MYST study documents" (previously produced) for which Meta has an obligation to produce prior versions (predating March 10, 2023) under the Privilege Order.

**SO STIPULATED.**

DATED: February 3, 2026

Respectfully submitted,

By:  /s/ Ashley M. Simonsen

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a*

*Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

By: /s/ Lexi J. Hazam
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862

matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058

Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE, WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza@gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777
mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**

316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

**ROB BONTA**
Attorney General
State of California

STIPULATION AND [PROPOSED] ORDER RESOLVING SCOPE AND TIMING OF "MYST STUDY DOCUMENTS" SUBJECT TO PRODUCTION UNDER JANUARY 12, 2026, ORDER RESOLVING DISPUTE RE: FOUR META DOCUMENTS AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE (ECF 2633-1)

       /s/ Megan O'Neill
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Joshua.OlszewskiJubelirer@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado
       /s/ Krista Batchelder
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov

Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),

11

*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**

*/s/ Joseph G. VanZandt*
Joseph G. VanZandt
218 Commerce Street
Montgomery, AL 36104
Tel.: (334) 269-2343
Joseph.VanZandt@BeasleyAllen.com

KIESEL LAW LLP
Paul R. Kiesel
Mariana A. McConnell
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Tel: (310) 854-4444
kiesel@kiesel.law
mcconnell@kiesel.law

PANISH | SHEA | RAVIPUDI LLP
Brian J. Panish
Rahul Ravipudi
Jesse Creed
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025

12

Tel: (310) 477-1700
Fax: (310) 477-1699
panish@panish.law
ravipudi@panish.law
jcreed@panish.law

Rachel Lanier
THE LANIER LAW FIRM, P.C.
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Tel.: 713-659-5200
Rachel.Lanier@LanierLawFirm.com

*Co-Lead, Co-Liaison, and Leadership Counsel for JCCP Plaintiffs*

**SO ORDERED.**

DATED: _____    _____
                                Hon. Peter H. Kang
                                United States Magistrate Judge

## ATTESTATION

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: February 3, 2026    By:  /s/ *Ashley M. Simonsen*
       Ashley M. Simonsen

STIPULATION AND [PROPOSED] ORDER RESOLVING SCOPE AND TIMING OF "MYST STUDY DOCUMENTS" SUBJECT TO PRODUCTION UNDER JANUARY 12, 2026, ORDER RESOLVING DISPUTE RE: FOUR META DOCUMENTS AND CRIME FRAUD EXCEPTION TO ATTORNEY-CLIENT PRIVILEGE (ECF 2633-1)