[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Personal Injury and School District ("PI/SD") Plaintiffs respectfully submit this Administrative Motion for Leave to File Supplemental Authority, *see* Civil L.R. 7-11; 7-3(d), attaching a February 6, 2026 Order in the JCCP *Social Media Cases*. See Ex A.

The February 6 order denies a YouTube motion in limine directed at "Features that are Barred by Section 230 and/or the First Amendment." *Id.* at 1. PI/SD Plaintiffs submit this order in support of their arguments in the pending Motions for Summary Judgment and Rule 702 Motions: the JCCP court held, among other things, that "if the design features made the platform addictive and harmful regardless of the third-party content found on the platforms, then the defendant social media company cannot rely on Section 230 or the First Amendment to avoid liability." *Id.* at 3.

PI/SD Plaintiffs submit this authority via Administrative Motion rather than a Statement of Recent Decision because Civil Local Rule 7-3(d)(2) provides that Statements of Recent

1  Decision must be submitted "before the noticed hearing date." The order subject to this
2  Administrative Motion was issued after the completion of briefing and argument.
3       Defendants oppose the above motion and asked Plaintiffs to include the following
4  statement in this filing:

> Defendants oppose Plaintiffs' submission of Judge Kuhl's motion-in-limine ruling as "supplemental authority." This is an improper use of an administrative motion; and the time for filing a Statement of Recent Decision has already passed. *See* Civil Local Rule 7-3(d)(2) (requiring notices of new opinions to be submitted "before the noticed hearing date").

8  Plaintiffs respectfully note that Defendants have made use of this same process when new
9  authority was issued following a hearing. *See, e.g.*, Dkt. 1712. Plaintiffs have never opposed such
10 a motion. *See, e.g.*, *id.*

11 DATED: February 9, 2026

Respectfully submitted,

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

| | |
|---|---|
| 1 | MELISSA YEATES |
| 2 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| | 280 KING OF PRUSSIA ROAD |
| 3 | RADNOR, PA 19087 |
| | Telephone: 610-667-7706 |
| 4 | myeates@ktmc.com |
| 5 | Plaintiffs' Steering Committee Leadership |
| 6 | RON AUSTIN |
| 7 | **RON AUSTIN LAW** |
| | 400 MANHATTAN BLVD. |
| 8 | HARVEY, LA 70058 |
| | Telephone: 504-227–8100 |
| 9 | raustin@ronaustinlaw.com |
| 10 | KHALDOUN BAGHDADI |
| 11 | **WALKUP, MELODIA KELLY & SCHOENBERGER** |
| 12 | 650 CALIFORNIA STREET, 26th FL |
| | SAN FRANCISCO, CA 94108 |
| 13 | Telephone: 415-981-7210 |
| 14 | kbaghdadi@walkuplawoffice.com |
| 15 | AELISH M. BAIG |
| | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 16 | 1 MONTGOMERY STREET, #1800 |
| | SAN FRANCISCO, CA 94104 |
| 17 | Telephone: 415-288-4545 |
| 18 | AelishB@rgrd.com |
| 19 | THOMAS P. CARTMELL |
| | **WAGSTAFF & CARTMELL LLP** |
| 20 | 4740 Grand Avenue, Suite 300 |
| | Kansas City, MO 64112 |
| 21 | Telephone: 816-701-1100 |
| 22 | tcartmell@wcllp.com |
| 23 | FELICIA CRAICK |
| | **KELLER ROHRBACK LLP** |
| 24 | 1201 THIRD AVENUE, SUITE 3400 |
| | SEATTLE< WA 98101 |
| 25 | Telephone: 206-623-1900 |
| 26 | fcraick@kellerrohrback.com |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | SARAH EMERY |
| 2 | **HENDY JOHNSON VAUGHN EMERY PSC** |
|  | 600 WEST MAIN STREET, SUITE 100 |
| 3 | LOUISVILLE, KT 40202 |
|  | Telephone: 859-600-6725 |
| 4 | semery@justicestartshere.com |
|  | KIRK GOZA |
| 5 | **GOZA HONNOLD** |
|  | 9500 NALL AVE. #400 |
| 6 | OVERLAND PARK, KS 66207 |
|  | Telephone: 913-412-2964 |
| 7 | Kgoza@gohonlaw.com |
| 8 | |
|  | RONALD E. JOHNSON, JR. |
| 9 | **HENDY JOHNSON VAUGHN EMERY PSC** |
|  | 600 WEST MAIN STREET, SUITE 100 |
| 10 | LOUISVILLE, KT 40202 |
|  | Telephone: 859-578-4444 |
| 11 | rjohnson@justicestartshere.com |
| 12 | |
|  | MATTHEW P. LEGG |
| 13 | **BROCKSTEDT MANDALAS FEDERICO, LLC** |
| 14 | 2850 QUARRY LAKE DRIVE, SUITE 220 |
| 15 | BALTIMORE, MD 21209 |
|  | Telephone: 410-421-7777 |
| 16 | mlegg@lawbmf.com |
| 17 | |
|  | JAMES MARSH |
| 18 | **MARSH LAW FIRM PLLC** |
|  | 31 HUDSON YARDS, 11TH FLOOR |
| 19 | NEW YORK, NY 10001-2170 |
|  | Telephone: 212-372-3030 |
| 20 | jamesmarsh@marshlaw.com |
| 21 | |
|  | JOSEPH H. MELTER |
| 22 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
|  | 280 KING OF PRUSSIA ROAD |
| 23 | RADNOR, PA 19087 |
|  | Telephone: 610-667-7706 |
| 24 | jmeltzer@ktmc.com |
| 25 | |
|  | HILLARY NAPPI |
| 26 | **HACH & ROSE LLP** |
|  | 112 Madison Avenue, 10th Floor |
| 27 | New York, New York 10016 |
|  | Telephone: 212-213-8311 |
| 28 | hnappi@hrsclaw.com |

|   |   |
|---|---|
| 1 | EMMIE PAULOS |
| 2 | **LEVIN PAPANTONIO RAFFERTY** |
|   | 316 SOUTH BAYLEN STREET, SUITE 600 |
| 3 | PENSACOLA, FL 32502 |
|   | Telephone: 850-435-7107 |
| 4 | epaulos@levinlaw.com |

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

## **ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: February 9, 2026

By: */s/ Lexi J. Hazam*