IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc. et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR (PHK)<br>         4:23-cv-05448-YGR<br><br>**PRELIMINARY WITNESS LIST FOR THE STATE ATTORNEYS GENERAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**STATE AGS' PRELIMINARY WITNESS LIST**

**February 9, 2026**

Please see the State AGs' revised preliminary witness list. This list is preliminary, and the State AGs reserve the right to amend it. Additionally, this list does not include witnesses whose testimony the State AGs plan to introduce at trial via prerecorded deposition, rebuttal or impeachment witnesses, or witnesses required for authentication of documents. The State AGs reserve all rights under the Federal Rules of Civil Procedure, Federal Rules of Evidence, court orders, and all other governing rules. In particular, the State AGs reserve the right to supplement this witness list in further response to Meta's late production of over 64,000 documents and ongoing disputes relating to the attorney-client privilege, including the crime-fraud exception thereto.

## I. Fact Witnesses

The State AGs may call the below Meta current and former employees to testify live at trial:

- ███
- ███
- ███
- Arturo Bejar
- ███
- ███
- ███
- ███
- Margaret Gould Stewart
- ███
- ███
- ███
- ███
- KX Jin
- ███
- ███
- Adam Mosseri
- ███
- Jason Sattizahn
- ███
- ███
- Mark Zuckerberg

II. **Retained and Unretained Expert Witnesses**

The State AGs may call the below retained and unretained expert witnesses to testify live at trial:

- Dr. Adam Alter
- Arturo Bejar
- Dr. Colin Gray
- Dr. Lauren Hale
- Dr. Ravi Iyer
- Dr. Patrick McDaniel
- Dr. Arvind Narayanan
- Dr. Mitch Prinstein
- Carl Saba
- Dr. Jean Twenge
- Dr. Bradley Zicherman