[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR<br>4:23-cv-05448-YGR<br><br>**TEMPORARY SEALING MOTION RE STATE ATTORNEYS GENERAL'S PRELIMINARY WITNESS LIST**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

    Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the State Attorneys General submit this Temporary Sealing Motion regarding their Preliminary Witness List. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2726 | State AGs' Preliminary Witness List | Temporarily filing under seal because document contains information that Meta may consider to be confidential |

**Dated: February 9, 2026**

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Lauren M. Dickey*
Lauren M. Dickey (CO Reg. No. 45773)
First Assistant Attorney General
Megan Paris Rundlet (CO Reg. No. 27474)
Senior Assistant Solicitor General
Elizabeth Orem (CO Reg. No. 58309)
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
lauren.dickey@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (CA SBN 244395)
Emily Kalanithi (CA SBN 256972)
Supervising Deputy Attorneys General
Megan O'Neill (CA SBN 343535)
Nayha Arora (CA SBN 350467)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
megan.oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

| | |
|---|---|
| **RUSSELL COLEMAN** <br> Attorney General <br> Commonwealth of Kentucky <br><br> /s/ *Matthew Cocanougher* <br> J. Christian Lewis (KY Bar No. 87109), *pro hac vice* <br> Philip Heleringer (KY Bar No. 96748), *pro hac vice* <br> Zachary Richards (KY Bar No. 99209), *pro hac vice app. forthcoming* <br> Daniel I. Keiser (KY Bar No. 100264), *pro hac vice* <br> Matthew Cocanougher (KY Bar No. 94292), *pro hac vice* <br> Assistant Attorneys General <br> 1024 Capital Center Drive, Ste. 200 <br> Frankfort, KY 40601 <br> Christian.Lewis@ky.gov <br> Philip.Heleringer@ky.gov <br> Zach.Richards@ky.gov <br> Daniel.Keiser@ky.gov <br> Matthew.Cocanougher@ky.gov <br> Phone: (502) 696-5300 <br> Fax: (502) 564-2698 <br><br> *Attorneys for Plaintiff the Commonwealth of Kentucky* | **MATTHEW J. PLATKIN** <br> Attorney General <br> State of New Jersey <br><br> By: */s/ Thomas Huynh* <br> Kashif T. Chand (NJ Bar No. 016752008), *pro hac vice* <br> Assistant Attorney General <br> Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice* <br> Assistant Section Chief, Deputy Attorney General <br> Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice* <br> Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice* <br> Deputy Attorneys General <br> New Jersey Office of the Attorney General, Division of Law <br> 124 Halsey Street, 5th Floor <br> Newark, NJ 07101 <br> Tel: (973) 648-2052 <br> Kashif.Chand@law.njoag.gov <br> Thomas.Huynh@law.njoag.gov <br><br> *Attorneys for Plaintiffs Jennifer Davenport, Acting Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs* |

## **ATTESTATION**

I, Mandy K. Wang, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: February 6, 2026                              */s/ Mandy K. Wang*