James P. Rouhandeh (*pro hac vice*)
Antonio J. Perez-Marques (*pro hac vice*)
Caroline Stern (*pro hac vice*)
Corey M. Meyer (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

*Additional counsel listed on signature pages.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**JOINT NOTICE REGARDING SEALING OR PUBLIC DISCLOSURE OF REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 7-11 and 79-5, this Court's Order Setting Sealing Procedures ("Sealing Protocol") (ECF 341), the Parties' Stipulation Regarding Replacement Exhibits to Plaintiffs' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment ("MSJs") (ECF 2598), and Case Management Orders No. 28 (ECF 2336) and 31 (ECF 2676), Plaintiffs and Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc. ("Meta"); TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC ("TikTok"); Snap Inc. ("Snap"); and YouTube, LLC and Google LLC ("YouTube") (each a "Defendant," and collectively the "Defendants") submit this Joint Notice concerning replacement exhibits that Plaintiffs filed in support of their Corrected Omnibus Opposition to Defendants' MSJs on December 17, 2025 as filed at ECF 2554–2555, 2557–2558, 2561–2582.

Defendants request to seal certain exhibits in their entirety because, Defendants contend, the exhibits are not relevant to the issues raised in Defendants' MSJs. Defendants also request to seal certain pages of certain exhibits because, Defendants contend, those pages are irrelevant to the proposition for which Plaintiffs cited the exhibit. Defendants identify in tabular form the exhibits they seek to redact in their entirety or in part as irrelevant in Exhibit 1 (Proposed Order for Relevance Sealing). Plaintiffs assert that these exhibits are relevant and do not warrant sealing on any grounds; as such, Plaintiffs oppose Defendants' request, except where specifically identified.

Defendants also seek to redact from certain exhibits the following, as confidential and sensitive information: (1) names of non-executive current and former employees who have not been deposed in this litigation; (2) other personal identifying information for all current and former employees and certain third parties; (3) competitively sensitive information; and (4) other confidential and proprietary sensitive information. The parties have reached agreement on all such sealing requests from all Defendants. Attached to this stipulation for each Defendant are charts identifying the exhibits for which such proposed redactions are undisputed, as well as the

1

Joint Notice Regarding Sealing or Public Disclosure of Replacement Exhibits to Plaintiffs' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment - 4:22-md-03047-YGR

redactions that remain in dispute.[1]  A joint Proposed Order for Redactions is also attached.  *See* Attachment 6 – Proposed Order for Redactions.

Dated:  February 9, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

*/s/ Antonio J. Perez-Marques*
James P. Rouhandeh (*pro hac vice*)
Antonio J. Perez-Marques (*pro hac vice*)
Caroline Stern (*pro hac vice*)
Corey M. Meyer (*pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

COVINGTON & BURLING LLP

Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, pro hac vice
Phyllis A. Jones, pro hac vice
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

---

[1]  *See* Exhibit 2 – Meta's Redaction Requests; Exhibit 3 – TikTok's Redaction Requests; Exhibit 4 – Snap's Redaction Requests; Exhibit 5 – YouTube's Redaction Requests.

2

JOINT NOTICE REGARDING SEALING OR PUBLIC DISCLOSURE OF REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT - 4:22-md-03047-YGR

WILLIAMS & CONNOLLY LLP

*/s/ Ashley W. Hardin*
Joseph G. Petrosinelli (*pro hac vice*)
Ashley W. Hardin (*pro hac vice*)
J. Andrew Keyes (*pro hac vice*)
Neelum J. Wadhwani (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
jpetrosinelli@wc.com
ahardin@wc.com
akeyes@wc.com
nwadhwani@wc.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

KING & SPALDING LLP

*/s/ Bailey J. Langner*
Geoffrey M. Drake (*pro hac vice*)
Tacara D. Harris (*pro hac vice*)
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
gdrake@kslaw.com
tharris@kslaw.com

David P. Mattern (*pro hac vice*)
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
Telephone: (202) 737-0500
dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
blangner@kslaw.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

|   |   |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
| 2 | */s/ Jonathan H. Blavin* |
| 3 | Jonathan H. Blavin (SBN 230269) |
|   | 560 Mission Street, 27th Floor |
| 4 | San Francisco, CA 94105 |
|   | Telephone: (415) 512-4000 |
| 5 | jonathan.blavin@mto.com |

Victora A. Degtyareva (SBN 284199)
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
victoria.degtyareva@mto.com

KIRKLAND & ELLIS LLP

Allison Brown (*pro hac vice*)
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (*pro hac vice*)
John J. Nolan (*pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
jack.nolan@kirkland.com

*Attorneys for Defendant Snap Inc.*

4

JOINT NOTICE REGARDING SEALING OR PUBLIC DISCLOSURE OF REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT - 4:22-MD-03047-YGR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTLEY RICE LLP

*/s/ Previn Warren*

Previn Warren (*pro hac vice*)
401 9th Street, NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
pwarren@motleyrice.com

LIEFF CABRASER HEIMANN & BERNSTEIN LLP
Lexi J. Hazam (SBN 224457)
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
lhazam@lchb.com

*Co-Lead Counsel for Plaintiffs*

**ATTESTATION**

I, Antonio J. Perez-Marques, hereby attest, pursuant to N.D. Cal. L.R. 5-1, that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: February 9, 2026

By: */s/ Antonio J. Perez-Marques*
         Antonio J. Perez-Marques