EXHIBIT 3

1    **I.    Basis for Sealing**

2        Even where a record is relevant, at summary judgment, material may be sealed if there are

3    "compelling reasons" to seal it.  *Ctr. for Auto Safety v. Chrysler Grp.*, LLC, 809 F.3d 1092, 1096–

4    97 (9th Cir. 2016).  Compelling reasons exist when sealing would protect "individuals' privacy

5    rights" (which includes a parties' non-executive, non-party employees).  *In re Volkswagen "Clean*

6    *Diesel" Mktg., Sales Pracs., & Prods. Liab. Litig.*, 2016 WL 11807130, at *2 (N.D. Cal. Aug. 24,

7    2016); see also see also *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir.

8    2003) (acknowledging privacy interests implicated by PII when discussing sealing).

9        Compelling reasons also exist when sealing concerns: (i) "business information that might

10   harm a litigant's competitive standing," *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569–70 (9th Cir.

11   2008), or (ii) would enable bad actors to evade or exploit online systems, see, e.g., *Connor v.*

12   *Quora, Inc.*, 2020 WL 6700473, at *2 (N.D. Cal. Nov. 13, 2020); *Adtrader, Inc. v. Google LLC*,

13   2020 WL 6387381, at *2 (N.D. Cal. Feb. 24, 2020) (sealing information that "could harm Google

14   by … disclosing to bad actors who would seek to manipulate Google's systems").

15   **II.    Chart in Support of TikTok's Request to Redact Confidential and Sensitive**
     **Information**

16

17       In the table below, references to "Employee PII" encompass the following categories of

18   personal identifying information ("PII") that the parties agree should be sealed: names of

19   nonexecutive employees who have not been deposed in this litigation and all employee emails

20   addresses with the exception of domain names, direct phone numbers, addresses, and similar

21   information. References to "Third Party PII" captures the following categories of PII that the

22   parties agree should be sealed: names, direct phone numbers, personal addresses, photographs,

23   email addresses, social media handles, and other similar information.

24       **A.    Undisputed Redactions**

25

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| ECF 2566-1 Ex. 401 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 6-7, 10-14 | Sealing will protect the privacy and safety interests of employees. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| | | *See* Decl. of Noreen Yeh ¶¶ 11–12. | |
| ECF 2566-2 Ex. 402 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 20-21. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-2 Ex. 402 | Compensation information appearing at PDF p. 58. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-3 Ex. 403 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 14-15, , 29-30, 35, 40, 51, 54, 56-58. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-4 Ex. 404 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 8, 24. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-5 Ex. 405 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 17, 27, 29, 41, 43, 45-46 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-6 Ex. 406 | Internal pointer URLs appearing at PDF pp. 3, 10, 14 | Sealing will prevent bad actors from circumventing TikTok's systems. *See* Decl. of Noreen Yeh ¶¶ 8, 10. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-6 Ex. 406 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-7, 9. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-7 Ex. 407 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-8 Ex. 408 | Internal pointer URLs appearing at PDF pp. 4-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-8 Ex. 408 | Employee PII of non-executive, non-deposed employees appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-9 Ex. 409 | Email identifier of a deposed employee appearing at PDF p. 18. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-11 Ex. 411 | Employee PII of non-executive, non-deposed | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| | employees appearing at PDF pp. 34, 36, 41, 50. | | |
| ECF 2566-11 Ex. 411 | Internal pointer URLs appearing at PDF pp. 5-7, 14, 16-20, 22. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-12 Ex. 412 | Competitively sensitive information describing TikTok's algorithm appearing at PDF pp. 8-16. | Sealing will prevent competitive harm to TikTok and prevent bad actors from circumventing TikTok's detection systems. *See* Decl. of Noreen Yeh ¶¶ 8-10. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-12 Ex. 412 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-3, 16, 18-20. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-13 Ex. 413 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 20, 44, 55, 61, 63, 70, 85. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-14 Ex. 414 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-15 Ex. 415 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-12 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-16 Ex. 416 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-18 Ex. 418 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 12, 26, 50-51, 53-54, 56-57, 59, 65-68, 70, 73. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-20 Ex. 420 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-21 Ex. 421 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| ECF 2566-22 Ex. 422 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 3-5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-23 Ex. 423 | Employee PII of non-executive, non-deposed employees appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-24 Ex. 424 | Internal pointer URLs appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-25 Ex. 425 | Internal pointer URLs appearing at PDF pp. 4-5, 9, 17. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-25 Ex. 425 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-18. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-26 Ex. 426 | Internal pointer URLs appearing at PDF p. 5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-27 Ex. 427 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 27-28, 31, 76-78, 119-120, 124-125. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-28 Ex. 428 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-3, 7-8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-29 Ex. 429 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 3-5, 7-10. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-30 Ex. 430 | Employee PII of non-executive, non-deposed employees and email identifiers of executive and deposed employees appearing at PDF pp. 2-4, 6, 10-11, 13-15, 19-22 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-31 Ex. 431 | Employee PII of non-executive, non-deposed employees and email identifiers of executive and deposed employees appearing at PDF pp. 2-4. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| ECF 2566-32 Ex. 432 | Employee PII of non-executive, non-deposed employee and email identifiers of executive employee appearing at PDF p. 7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-33 Ex. 433 | Employee PII of non-executive, non-deposed employees appearing on PDF pp. 3, 12-13, 21-22. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-33 Ex. 433 | Compensation information appearing at PDF p. 8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-34 Ex. 434 | Internal pointer URLs appearing on PDF pp. 2-6, 8-12, 14-15, 17, 19-21. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-36 Ex. 436 | Internal pointer URLS appearing at PDF pp. 2-15, 18-21. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-36 Ex. 436 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2, 5, 7, 15, 17, 22. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-37 Ex. 437 | Employee PII of non-executive, non-deposed employees and email identifier of deposed employee appearing at PDF pp. 6, 63. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-38 Ex. 438 | Employee PII of non-executive, nondeposed employee appearing at PDF p. 15. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-40 Ex. 440 | Third-party PII for Elite SEM Agency appearing at PDF p. 2. | Sealing will protect the privacy and safety interests of non-employees. *See* Decl. of David P. Mattern ¶¶ 3–4. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-40 Ex. 440 | Employee PII of non-executive, non-deposed employees appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-44 Ex. 444 | Third-party PII for National PTA, ConnectSafely, and FOSI at PDF pp. 15, | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| | 17, 20-25, 40,  49-50, 61, 66-68, 136. | | |
| ECF 2566-44 Ex. 444 | Employee PII of non-executive, non-deposed employees and email identifier of deposed employee appearing at PDF pp. 13-14, 20, 26, 31-32, 39, 42-44. 52-54, 56-60, 64, 67-69, 124-125, 130-131, 133, 135 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-45 Ex. 445 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-19. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-46 Ex. 446 | Third-party PII for National PTA and hyperlink at PDF pp. 6, 15. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-46 Ex. 446 | Email identifier for a deposed employee appearing at PDF pp. 6, 15. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-47 Ex. 447 | Third-party PII for National PTA at PDF pp. 2-5, 7-8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-47 Ex. 447 | Employee PII of non-executive, non-deposed employees and email identifier of deposed employee appearing at PDF pp. 2-5, 7-8 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-48 Ex. 448 | Third-party PII for National PTA at PDF p. 8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2566-48 Ex. 448 | Employee PII of non-executive, non-deposed employees and email identifier of deposed employee appearing at PDF pp.  8, 14-15, 17-18. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-1 Ex. 451 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-2 Ex. 452 | Third-party PII of parents and students appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| ECF 2567-3 Ex. 453 | Employee PII of non-executive, non-deposed employees appearing on PDF pp. 2-9. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-3 Ex. 453 | Third-party PII appearing on PDF pp. 3-5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-5 Ex. 455 | Email identifier of deposed employee appearing at PDF pp. 2, 6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-5 Ex. 455 | Third-party PII for National PTA and Narrative DC appearing at PDF pp. 2-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-6 Ex. 456 | Third-party PII for National PTA at PDF p. 4. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-6 Ex. 456 | Employee PII of non-deposed, non-executive employees and email identifier of deposed employee appearing at PDF pp. 2-4. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-7 Ex. 457 | Email identifers of deposed employees appearing on  PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-7 Ex. 457 | Third-party PII for National PTA appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-8 Ex. 458 | Third-party PII for National PTA appearing at PDF pp. 2-5 and 7-10. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-8 Ex. 458 | Employee PII of non-executive, non-deposed employees; direct contact information and email identifier of deposed employee appearing at PDF pp. 2-3, 5, 7-11. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-9 Ex. 459 | Third-party PII for National PTA  apearing at PDF pp. 2-3. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-9 Ex. 459 | Employee PII of non-executive, non-deposed employees and email identifiers of executive | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| | and deposed employees appearing at PDF p. 2. | | |
| ECF 2567-10 Ex. 460 | Third-party PII for National PTA appearing at PDF pp. 2-4. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-10 Ex. 460 | Employee PII of non-executive, non-deposed employees and email identifier of a deposed employee appearing at PDF pp. 2-3. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-13 Ex. 463 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 3, 6, 8-9, 11-12. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-13 Ex. 463 | Third-party PII for National PTA, ConnectSafely, NCMEC, and FOSI appearing at PDF p. 9. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-15 Ex. 465 | Third-party PII for ConnectSafely at appearing at PDF p. 3. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-15 Ex. 465 | Employee PII of non-deposed, non-executive employee appearing at PDF p. 7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-20 Ex. 470 | Internal pointer URLS appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-20 Ex. 470 | Employee PII of non-deposed, non-executive employee appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-21 Ex. 471 | Internal pointer URL appearing at PDF p. 8-9 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-21 Ex. 471 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 3-6, 11, 12. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-22 Ex. 472 | Internal pointer URLs appearing at PDF pp. 11-12. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-22 Ex. 472 | Employee PII of non-executive, non-deposed | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| | employees appearing at PDF pp. 2, 4 6-7, 12. | | |
| ECF 2567-22 Ex. 472 | Third-party PII for content creators appearing at PDF p. 5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-24 Ex. 474 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-9. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-25 Ex. 475 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 5-6, 11. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-25 Ex. 475 | Third-party PII for content creators appearing at PDF pp. 2-9. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-26 Ex. 476 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-29 Ex. 479 | Internal pointer URLs appearing at PDF pp. 2-3. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-29 Ex. 479 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-30 Ex. 480 | Employee PII of non-deposed, non-executive employees appearing at PDF pp. 2-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-31 Ex. 481 | Internal pointer URL appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-32 Ex. 482 | Employee PII of non-deposed, non-executive employees appearing at PDF pp. 2-5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-33 Ex. 483 | Employee PII of non-deposed, non-executive employee appearing at PDF pp. 2-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-33 Ex. 483 | Internal pointer URL appearing on PDF p. 5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-35 Ex. 485 | Employee PII of non-executive, non-deposed | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| | employees appearing at PDF pp. 2-3, 6, 8-9. | | |
| ECF 2567-35 Ex. 485 | Internal pointer URLs appearing at PDF pp. 4-5, 7-8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-36 Ex. 486 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-36 Ex. 486 | Internal pointer URLs appearing at PDF pp. 2, 4. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-36 Ex. 486 | Experiment percentages at appearing at PDF p. 5. | Sealing would prevent unfair competitive harm and harm to TikTok's ability to negotiate with partners. *See* Decl. of Noreen Yeh ¶¶ 4–5. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-37 Ex. 487 | Internal pointer URLs appearing at PDF pp. 2, 9. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-37 Ex. 487 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2, 6, 13. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-38 Ex. 488 | Internal pointer URLs appearing at PDF pp. 2-4, 6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-38 Ex. 488 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 4, 7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-39 Ex. 489 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-40 Ex. 490 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-40 Ex. 490 | Internal pointer URLs appearing at PDF pp. 2-3, 5-7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-41 Ex. 491 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| ECF 2567-42 Ex. 492 | Employee PII of non-deposed, non-executive employees appearing on PDF pp. 9-14, 20, 22, 24. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-43 Ex. 493 | Internal pointer URL appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-43 Ex. 493 | Employee PII of non-executive, non-deposed employees appearing at PDF p. 6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-44 Ex. 494 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-44 Ex. 494 | Internal pointer URLs appearing at PDF pp. 2-4, 6-7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-45 Ex. 495 | Internal pointer URLs appearing at PDF pp. 4-7, 9-12, 14, 17, 19. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-45 Ex. 495 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-4, 6, 12, 16, 18-19, 24 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-46 Ex. 496 | Internal pointer URLs appearing at PDF pp. 2-8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-46 Ex. 496 | Employee PII of non-executive, non-deposed employees appearing at PDF p. 3. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-47 Ex. 497 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-47 Ex. 497 | Internal pointer URLs appearing at PDF pp. 3-5, 7 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-48 Ex. 498 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-18. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-49 Ex. 499 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-8, 12. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| ECF 2567-49<br>Ex. 499 | Third-party user Employee PII appearing at PDF p. 6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2567-50<br>Ex. 500 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-1<br>Ex. 501 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-2<br>Ex. 502 | Employee PII of non-executive, non-deposed employees appearing at PDF p. 5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-3<br>Ex. 503 | Employee PII of non-executive, non-deposed employees appearing at PDF p. 15. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-4<br>Ex. 504 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 16-17. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-5<br>Ex. 505 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-8<br>Ex. 508 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 12-14, 20-23, 29-34 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-9<br>Ex. 509 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-10<br>Ex. 510 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-6, 9, 16-19 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-10<br>Ex. 510 | Internal pointer URLs appearing at PDF pp. 2-3, 5-18 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-11<br>Ex. 511 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 3, 7-8, 12, 14 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| ECF 2568-12 Ex. 512 | Internal pointer URLs appearing at PDF pp. 2, 5-7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-12 Ex. 512 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-9. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-13 Ex. 513 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-9. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-14 Ex. 514 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2, 7-8 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-14 Ex. 514 | Internal pointer URLs appearing on PDF pp. 3-9 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-14 Ex. 514 | Content and target percentages at PDF pp. 4-5 and last two columns of table at PDF p. 6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-15 Ex. 515 | Internal pointer URLs appearing at PDF pp. 3-4. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-15 Ex. 515 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-16 Ex. 516 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-3, 6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-17 Ex. 517 | Employee PII of non-executive, non-deposed employees appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-18 Ex. 518 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-9 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-19 Ex. 519 | Internal pointer URLs appearing at PDF pp. 3-8, 15-18. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-19 Ex. 519 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-5, 8, 10-11. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| ECF 2568-19 Ex. 519 | Content and target percentages at PDF p. 15. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-21 Ex. 521 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 14-15, 17, 24 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-22 Ex. 522 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-22 Ex. 522 | Content target percentages and figures at: PDF p. 2, section c PDF p. 3, section e(i) PDF p. 4 section 3(a)(i) PDF p. 5 sections c and d PDF p. 6 section 4 PDF p. 7 section (c)(iii) | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-22 Ex. 522 | Sales volume and revenue information appearing at: PDF p. 5 section (e) PDF p. 7 sections 7(b) and (c)(i) | Sealing would prevent unfair competitive harm to TikTok. *See* Decl. of Noreen Yeh ¶¶ 6–7. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-23 Ex. 523 | Advertising metrics and user metrics appearing at PDF pp. 3 and 5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-23 Ex. 523 | Revenue statistics and advertising revenue data appearing at PDF pp. 3, 5, and 7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-26 Ex. 526 | Content engagement metrics appearing at PDF p. 3. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-29 Ex. 529 | Internal pointer URLs appearing at PDF pp. 5, 7-11. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-29 Ex. 529 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 11-12. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-30 Ex. 530 | Employee PII of non-executive, non-deposed employees appearing at PDF p. 2-3. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| ECF 2568-31 Ex. 531 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 6, 12-13, 15-16 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-32 Ex. 532 | Employee PII of non-executive, non-deposed employees and email identifiers of executives and deposed employees appearing at PDF pp. 2-3, 5-7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-33 Ex. 533 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 4, 10, 12-13, 15, 19-20 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-34 Ex. 534 | Employee PII of non-executive, non-deposed employees and email identifiers of executives and deposed employees appearing at PDF pp. 3, 5-12, 14-15, 24. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-34 Ex. 534 | Internal pointer URLs appearing at PDF pp. 2-6, 9-15, 17, 19, 21. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-35 Ex. 535 | Employee PII of non-executive, non-deposed employees and email identifiers of executives and deposed employees appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-35 Ex. 535 | Internal pointer URLs at PDF pp. 2, 5-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-36 Ex. 536 | Internal pointer URLs at PDF pp. 2-5, 8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-36 Ex. 536 | Employee PII of non-executive, non-deposed employees and email identifiers of executives and deposed employees appearing at PDF pp. 2, 5 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-37 Ex. 537 | Employee PII of non-executive, non-deposed employees and email identifiers of executives | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| | and deposed employees appearing at PDF pp. 2, 11. | | |
| ECF 2568-37 Ex. 537 | Internal pointer URLs at PDF pp. 2, 4-5, 7-10, 12, 14-15. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-37 Ex. 537 | Employee PII of users and userEmployee PII of app store reviewers at appearing at PDF pp. 15-18. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-38 Ex. 538 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 16-21, 24, 27 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-40 Ex. 540 | Employee PII of non-executive, non-deposed employees and email identifiers of executives and deposed employees appearing at PDF pp. 2-3, 7, 13, 16-18 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-41 Ex. 541 | Employee PII of non-executive, non-deposed employees and email identifiers of executives and deposed employees appearing at PDF pp. 2, 4,7 10, 13, 25, 30 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-41 Ex. 541 | Internal pointer URLs appearing at PDF pp. 2, 5, 11-28 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-42 Ex. 542 | Internal pointer URLs appearing at PDF p. 6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-42 Ex. 542 | Employee PII of non-executive, non-deposed employees and email identifiers of executives and deposed employees appearing at PDF pp. 2-7 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-44 Ex. 544 | Internal pointer URLs appearing at PDF pp. 4, 6, 10-12, 14-16 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-44 Ex. 544 | Employee PII of non-executive, non-deposed employees and email identifiers of executives | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| | and deposed employees appearing at PDF pp. 5-7, 10, 14, 16 | | |
| ECF 2568-44 Ex. 544 | Content engagement percentages, graphs, and figures appearing at PDF pp. 2, 4. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2568-49 Ex. 549 | Employee PII of non-executive, non-deposed employees and email identifiers of executives and deposed employees appearing at PDF p. 5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-2 Ex. 552 | Employee PII of non-executive, non-deposed employees and email identifiers of executives and deposed employees appearing at PDF pp. 2-4. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-5 Ex. 555 | Internal pointer URLs at appearing at PDF pp. 2, 4, 6-7, 9, 12. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-5 Ex. 555 | Employee PII of non-executive, non-deposed employees and email identifiers of executives and deposed employees appearing at PDF pp. 2-3, 6-8, 12-13 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-6 Ex. 556 | Internal pointer URLs appearing at PDF pp. 2-11, 13-15, 17-20. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-6 Ex. 556 | Employee PII of non-executive, non-deposed employees and email identifiers of executives and deposed employees appearing at PDF pp. 2, 5, 7, 17, 23 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-15 Ex. 565 | Employee PII of non-executive, non-deposed employees and email identifiers of executives and deposed employees appearing at PDF p. 2-13. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| ECF 2569-15 Ex. 565 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-13. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-17 Ex. 567 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-18 Ex. 568 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-22 Ex. 572 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-4, 6-11, 13-14, 21-29, 31, 33-37, 39, 41-71, 73-95 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-22 Ex. 572 | Internal pointer URLs appearing at PDF pp. 4-19 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-23 Ex. 573 | Internal pointer URLs appearing at PDF pp. 2, 5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-23 Ex. 573 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-9. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-30 Ex. 580 | Internal pointer URLs appearing at PDF pp. 3-4, 6-8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-30 Ex. 580 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-10. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-31 Ex. 581 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 5-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-31 Ex. 581 | Third Party PII appearing at PDF pp. 10-12. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-42 Ex. 592 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2, 23. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-43 Ex. 593 | Employee PII of non-executive, non-deposed | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| | employee appearing at PDF p. 23. | | |
| ECF 2569-44 Ex. 594 | Employee PII of non-executive, non-deposed employee appearing at PDF p. 23. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-44 Ex. 594 | Internal pointer URLs appearing at PDF pp. 2, 5-6, 13. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-46 Ex. 596 | Internal pointer URLs appearing at PDF p. 3, 5, 7-10. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-46 Ex. 596 | Employee PII of non-executive, non-deposed employees appearing on PDF pp. 2, 4-5, 7-9, 12-13 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-47 Ex. 597 | Email identifier for an executive employee appearing on PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2569-49 Ex. 599 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 11, 14 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-1 Ex. 601 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-5 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-1 Ex. 601 | Internal pointer URLs appearing at PDF pp. 3-7, 9 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-3 Ex. 603 | Employee PII of non-executive, non-deposed employees appearing at PDF p. 28 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-6 Ex. 606 | Internal pointer URLs appearing at PDF pp. 5-8, 16-18. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-6 Ex. 606 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2, 4-6, 8, 11, 13-16, 19. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-15 Ex. 615 | Employee PII of non-executive, non-deposed employees appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| ECF 2570-16 Ex. 616 | Internal pointer URLSs appearing at PDF pp. 2-4. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-18 Ex. 618 | Third Party PII appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-19 Ex. 619 | Employee PII of non-executive, non-deposed employee appearing at PDF p. 15 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-20 Ex. 620 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2, 4-7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-22 Ex. 622 | Employee PII of non-executive, non-deposed employee appearing at PDF p. 2 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-24 Ex. 624 | Content engagement percentages appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-24 Ex. 624 | Internal pointer URLS appearing at PDF pp. 4, 16. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-24 Ex. 624 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-4, 7-8, 11, 14-16. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-25 Ex. 625 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-25 Ex. 625 | Internal pointer URLs appearing at PDF p. 5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-26 Ex. 626 | Content statistics appearing at PDF p. 3. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-26 Ex. 626 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-32 Ex. 632 | Employee PII of non-executive, non-deposed employees, or personal information of deponent appearing at PDF pp. 4-5, 14, 19, 30, 41-42, | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| | 44-45, 49-51, 54, 90, 129, 133-134, 136, 151, 181, 213, 226-227 | | |
| ECF 2570-33 Ex. 633 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 123, 138 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-34 Ex. 634 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-8. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-35 Ex. 635 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 26, 40, 45-46 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-38 Ex. 638 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-38 Ex. 638 | Internal pointer URLs appearing at PDF p. 6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-41 Ex. 641 | Employee PII and profile pictures of non-executive, non-deposed employees and email identifier of a deposed employee appearing on PDF pp. 2-6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-42 Ex. 642 | Employee PII of non-executive, non-deposed employees appearing on PDF pp. 3-4. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-43 Ex. 643 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 3-4, 6 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-44 Ex. 644 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-3. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2570-44 Ex. 644 | Internal pointer URLs appearing at PDF pp. 2, 5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-9 Ex. 659 | Third Party PII appearing at pp. 5-6 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| ECF 2571-9 Ex. 659 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-4, 6-7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-9 Ex. 659 | Internal pointer URLs appearing at PDF pp. 4, 6. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-20 Ex. 670 | Employee PII of non-executive, non-deposed employee and email identifier of a deposed employee appearing at PDF p. 2-3. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-21 Ex. 671 | Employee PII of non-executive, non-deposed employees appearing on PDF pp. 2-16. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-21 Ex. 671 | Internal pointer URLs appearing on PDF p. 3-8, 10-13, 15. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-26 Ex. 676 | Employee PII of non-executive, non-deposed employees appearing on PDF pp. 2-4. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-27 Ex. 677 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 29-30, 37-43, 45, 47, 64 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-29 Ex. 679 | Internal pointer URL appearing at PDF p. 4. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-29 Ex. 679 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-30 Ex. 680 | Internal pointer URLs appearing on PDF pp. 2-3. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-30 Ex. 680 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 4-5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-31 Ex. 681 | Internal pointer URL appearing at PDF p. 7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-31 Ex. 681 | Employee PII of non-executive, non-deposed employees and personal | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| | contact information of a deposed employee appearing at PDF pp. 2-9. | | |
| ECF 2571-33 Ex. 683 | Employee PII of non-executive, non-deposed employees, or personal information of deponent appearing at PDF pp. 4, 14, 17, 30 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-34 Ex. 684 | Internal pointer URLs appearing at PDF pp. 2, 4. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-34 Ex. 684 | Employee PII of non-executive, non-deposed employee appearing at PDF p. 4. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-35 Ex. 685 | Internal pointer URLs appearing on PDF pp. 3-5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-35 Ex. 685 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-36 Ex. 686 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. 2-7. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-36 Ex. 686 | Internal pointer URLs appearing at PDF pp. 2, 6-7 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-37 Ex. 687 | Internal pointer URLs appearing at PDF pp. 2-11, 13-19. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-41 Ex. 691 | Email identifier for deposed employee at PDF p. 5. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-47 Ex. 697 | Employee PII of non-executive, non-deposed employees, or personal information of deponent appearing at PDF pp. 3, 9-11, 16-18, 35, 42-43 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2571-48 Ex. 698 | Employee PII of non-executive, non-deposed employee appearing at PDF p. 2. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |

| Document | Portion to be Sealed | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|
| ECF 2571-48 Ex. 698 | Internal pointer URLs appearing at PDF pp. 2, 4, 8-10,15-23, 26, 28-31, 34-36, 38-41. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2582-22 Ex. 1172 | Internal pointer URLs appearing at PDF p. 3, 6, 16. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2582-22 Ex. 1172 | Employee PII of non-executive, non deposed employees appearing at PDF pp. 3, 6, 19. | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |
| ECF 2582-37 Ex. 1187 | Employee PII of non-executive, non-deposed employees appearing at PDF pp. PDF pp. 2-6 | See above. | To TikTok's knowledge, no party has previously sought to seal this information. |