# EXHIBIT 7

1  James P. Rouhandeh, *pro hac vice*
2  Antonio J. Perez-Marques, *pro hac vice*
   Caroline Stern, *pro hac vice*
3  Corey M. Meyer, *pro hac vice*
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile: (212) 701-5800
6  Email:    rouhandeh@davispolk.com
7            antonio.perez@davispolk.com
            caroline.stern@davispolk.com
8            corey.meyer@davispolk.com

9  *Attorneys for Defendants Meta Platforms, Inc. f/k/a*
   *Facebook, Inc.; Facebook Holdings, LLC; Facebook*
10 *Operations, LLC; Meta Payments Inc. f/k/a Facebook*
   *Payments Inc.; Meta Platforms Technologies, LLC f/k/a*
11 *Facebook Technologies, LLC; Instagram, LLC; and Siculus*
   *LLC f/k/a Siculus, Inc.*
12

13

14                UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                        OAKLAND DIVISION

17

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR-PHK |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF MAX EULENSTEIN IN SUPPORT OF META'S OMNIBUS MOTION TO SEAL (REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT)** |
| *ALL ACTIONS* | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

**DECLARATION OF MAX EULENSTEIN IN SUPPORT OF META'S MOTION TO SEAL (REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT)**
Case No. 4:22-MD-03047-YGR

1                              **DECLARATION OF MAX EULENSTEIN**

2          I, Max Eulenstein, declare and state as follows:

3          1.      I am Vice President and Co-head of Product of Instagram at Meta Platforms, Inc.

4   ("Meta").  I joined Meta in 2011 and was previously Director of Product Management.  I submit

5   this Declaration in support of Meta's Motion to Seal Replacement Exhibits to Plaintiffs'

6   Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment.  This

7   Declaration is based on my personal knowledge and experience at Meta and in my career.  If

8   called upon to do so, I could and would competently testify as follows.

9          2.      I have reviewed the excerpts listed below that Meta seeks to seal.  These excerpts

10  include confidential and proprietary information, and could cause Meta competitive harm if

11  disclosed publicly for the reasons explained below:

| Document | Portion of Document at Issue |
|---|---|
| Exhibit 3: February 6, 2025 Deposition of Alison Lee | Page 50:16-51:17, answer "in place for product teams. . ." |
| | Page 60:1-24, all text |
| | Page 67:24-25, answer after "greater likelihood of . . ." |
| | Page 69:13-25, answer after "regressing integrity the most." |
| | Page 72:1-6, answer before "But the reason . . ." |
| | Page 72:8-10, answer after "based off of what . . ." |
| | Page 72:16-74:2, answer after "they're all creating content" |
| | Page 74:6-13, answer after "Okay." |
| | Page 76:24-77:2, answer between "to us, and . . ." and "they would not . . ." |
| | Page 77:4-8, answer after "those particular groups." |
| | Page 106:17-107:11, question and answer after "Yes, that's correct." |

| | | |
|---|---|---|
| | Exhibit 7: December 17, 2024 Deposition of Darius Kilstein | Page 240:7-14, question between "about U16 and stated age. . ." and "Did I read that correctly?" |
| | | Page 242:11-15, question between "the next statement he makes is: . . ." and "Did I read that correctly?" |
| | | Page 330:13-14, question between "on the first page that states: . . ." and "Did I read that correctly?" |
| | | Page 334:24-25, numerical statistics in question |
| | | Page 335:23, numerical statistic in answer |
| | | Page 336:24, numerical statistic in answer |
| | | Page 337:2-3, numerical statistics in question |
| | Exhibit 29: META3047MDL-014-00410126 | -0126, content below "Overview" |
| | | -0127, text above "Incrementality"; statistics in paragraphs below "Incrementality," "Overall Production," "Re-sharing" and "Revenue"; text after "For US teens" in paragraph below "Teen Consumption and Production"; chart in middle of page; text between "important for teens . . ." and "Today, more than  . . ." in paragraph below "Re-sharing"; text after "On current trajectory, . . ." in paragraph below "Revenue" |
| | | -0128, statistics in paragraph beginning "Today," bullets beginning "2024" and "2025"; text between "achieve revenue . . ." and "(though we will . . ." in bullet beginning "2023"; all content below "Pursue advanced tools . . ." |
| | | -0129-31, all content |
| | | -0132, statistics in "Product," "Ranking" and "Total" columns of table |
| | Exhibit 33: IG Brand in App Insights presentation, January 2024 | Page 8, content of slide below "service of our brand strategies" and above "Goaling |

| | | |
|---|---|---|
| 1 | | Principles for measurable impact"; text at bottom of slide |
| 2 | | |
| 3 | | Page 11, text following "Core to our brand strategy . . ." below "Why this matters"; text on right-hand column of slide |
| 4 | | |
| 5 | | Page 12, text following "success of Instagram. . ." below "Why this matters"; text following "core research questions include:" below "Big research questions" |
| 6 | | |
| 7 | | |
| 8 | | Page 13, text below "Projects include:" |
| 9 | | Page 14, text below "Potential projects include:" |
| 10 | | |
| 11 | | Page 15, all content below "and accelerate brand accretive products" |
| 12 | Exhibit 40: Project Gryffindor presentation, December 6, 2023 | Page 10, text of answer to "Q2" |
| 13 | | Page 11, text of answer to "Q4" after "school has done so. . ."; text of answer to "Q5" before "We'll remove . . ."; text of answer to "Q6" |
| 14 | | |
| 15 | | |
| 16 | | Page 12, text of answers to "Q7," "Q8," and "Q9" |
| 17 | | |
| 18 | | Page 16, text below "Discovery & connection" |
| 19 | | |
| 20 | | Page 18, text of second bullet after "their graduation date"; text of fourth bullet; all text below fourth bullet; all content on right of slide |
| 21 | | |
| 22 | | |
| 23 | | Page 19, all content on right of slide |
| 24 | | Page 20, all text above "Potential experiences may include celebration . . ."; text at bottom-right of slide |
| 25 | | |
| 26 | | Page 22, text in "Product Summary" table |
| 27 | | Page 23, all text to right of "Discovery & verification are table stakes" |
| 28 | | |

| | |
|---|---|
| | Page 25, text in "Risk category," "Product area," "Functionality note," "Note type," "Flagged by," and "MVP" columns of table |
| Exhibit 42: Project Gryffindor Phase II Vision presentation, March 2024 | Page 5, text of first bullet below "Business objectives & motivations"; text of second bullet below "Business objectives & motivations after "and unattributed acquisition [ref]"; text of first bullet below "Supporting evidence"; text of third bullet below "Supporting evidence" after "social use cases [ref]" <br><br> Page 6, graphics below "MVP"; all text on right of slide <br><br> Page 10, text in "Friend Sharing" and "Direct" rows of table in "Feature" column <br><br> Pages 12-13, all content <br><br> Page 15, all content <br><br> Page 18, text of second bullet under "Conceptual" after "about expanding a . . ."; text of first bullet under "Tactical" after "of the MVP (e.g. . . ." <br><br> Pages 19-20, all content <br><br> Page 31, all content |
| Exhibit 55: META3047MDL-065-00185739 | -5740, text of bullets below "MEASUREMENT" <br><br> -5741, text of table in "Goal," "Measurement," "What we are building," and "Risks" columns <br><br> -5742, text of second bullet below "ARE YOU ALIGNED WITH GROWTH INVESTING IN PHASE 01 IN H12024?"; text of second bullet after "email verification services, . . ." <br><br> -5746, all content below "display in their bios" <br><br> -5747, text below "Phase 02:" |

4
DECLARATION OF MAX EULENSTEIN IN SUPPORT OF META'S MOTION TO SEAL (REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT)
Case No. 4:22-MD-03047-YGR

| | |
|---|---|
| | -5748, all content below "teens are hungry for (details)"<br><br>-5749, text on left of slide after "friends on are IG."; all content on right of slide<br><br>-5752, content of graphic below "H2 2024 & Beyond"<br><br>-5754, text below "Goal: Help students . . ." and above "Summary"; text of sixth bullet below "Summary:"<br><br>-5755, graphic on right of slide<br><br>-5756, text below "UXR: Tailwinds" after "Phase 01 elements: . . ."; text between graphics on right of slide<br><br>-5757, text above "(More Feedback on Phase 01)"; all content on right of slide<br><br>-5760, text below "UXR Summary" after "Phase 02 ideas like . . ."; text between graphics on right of slide<br><br>-5761, all content |
| Exhibit 66: META3047MDL-146-00052282 | -2283, text in table relating to "Insights," "Brand Strategy," "Jobs to be Done," and "Comms Task[s]"<br><br>-2285, text below "Brand Campaign Chapter 3"<br><br>-2289, all content below "The ads resonate with Teens and Parents, showcasing the value of IG and driving re-appraisal."<br><br>-2290, text of table below "SHOW TEENS THE VALUE IG PROVIDES THEM"; text of bullets below "Messages to land:" |
| Exhibit 77: META3047MDL-040-00233670 | -3671, text describing "Strategy and Approach"<br><br>-3672, last sentence of paragraph beginning "Engineering excellence should . . ."; text below "2/XFN support for 'responsible innovation' with broader scope that AI"; text |

| | |
|---|---|
| | of bullets below "What role should SAIL play?" in "Discussion" |
| Exhibit 79: META3047MDL-072-00704205 | -4206-07, graphic on top of page; statistics relating to Instagram usage |
| Exhibit 187: META3047MDL-034-00333402 | -3402, statistics and associated commentary on Instagram usage in Meta employee email |
| Exhibit 201: Meta Defendants' Third Supplemental Responses and Objections to Plaintiffs' Second Interrogatory, November 18, 2024 | Pages 7-11, content relating to Meta's ranking and recommendation processes<br><br>Pages 13-17, content relating to Meta's ranking and recommendation processes<br><br>Page 20, content relating to Meta's ranking and recommendation processes |
| Exhibit 214: META3047MDL-072-00032552 | -2552-53, Meta employee messages from 10/24/2023 at 09:42:24 through 09:52:31<br><br>-2556, Meta employee messages from 10/24/2023 at 14:25:36 through 15:07:00<br><br>-2558-60, source code |
| Exhibit 231: Youth Offsite – Insights Session presentation, October 5, 2021 | Page 6, all content<br><br>Page 10, content of chart,<br><br>Page 18, all content<br><br>Pages 29-31, all content<br><br>Pages 34-37, all content<br><br>Pages 39-40, all content |
| Exhibit 233: META3047MDL-046-00237768 | All content |
| Exhibit 245: Teen Support for SSI & ED presentation, October 31, 2023 | Page 6, graphic to right of "Resource Allocation"<br><br>Page 10, text of bullets below "SSI & ED Interventions"; graphics on right of slide<br><br>Page 17, all content below "Prevalence on platform"<br><br>Page 27, all content below "Measurement Approach"<br><br>Page 28, statistics in Meta employee comments |

| | | Page 31, all content below "What can IG do at this stage?"; all content on right of slide<br><br>Page 33, all content below "What can IG do at this stage?"; all content on right of slide<br><br>Page 36, all content below "What can IG do at this stage?"; all content on right of slide<br><br>Page 38, all content below "What can IG do at this stage?"; all content on right of slide<br><br>Page 42, all content below "Phase 1 product experiences"<br><br>Page 43, rows of table under "Focus Area," "Timing," Key Hypotheses" and "Measurement"<br><br>Page 46, all content below "1) Empty SERP ('search engine results page'); and 2) Deter Results Inform Module."<br><br>Page 47, all content in "User Experience" and "Ex. Trigger Words" rows of table<br><br>Pages 48 and 51, all content<br><br>Page 59, all content in third row of table |
|---|---|---|
| | Exhibit 257: META3047MDL-208-00051296 | -1303, -14 through -19, all content |
| | Exhibit 264: META3047MDL-003-00077196 | -7198, statistics relating to Instagram usage in Meta employee email |
| | Exhibit 270: Meta Defendants' Seventh Supplemental and Amended Responses and Objections to Plaintiffs' Second Set of Interrogatories | Page 4, statistics relating to Instagram usage |
| | Exhibit 282: Excel file with Monthly Active User data by State | All content |
| | Exhibit 283: Meta Defendants' Fourth Supplemental and Amended Responses and Objections to Plaintiffs' Second Set of Interrogatories | Page 3, text in footnote 2 discussing Meta's classifier models |
| | Exhibit 305: IG Mental Well-being presentation, February 2, 2023 | Page 5: statistics relating to Instagram usage; bullets below "Based on this, potential levers to meet this goal are:"<br><br>Page 7: statistics relating to Instagram usage; content of table below "Users included in |

| | | |
|---|---|---|
| | | goal" and "What must be done to meet this goal" |
| | | Page 8: statistics relating to Instagram usage |
| | | Page 11, text of bullet "b." below "To address long sessions . . ." |
| | | Page 12, all content |
| | | Page 13, statistics relating to Instagram usage; text above "Expected Impact to Goal" |
| | | Page 14, statistics relating to Instagram usage |
| | | Page 15, text in paragraph beginning "Supporting data:" after "at night time and . . ."; statistics relating to Instagram usage |
| | | Page 16, all content |
| | | Page 17, statistics relating to Instagram usage |
| | | Page 19, statistics relating to Instagram usage |
| | | Page 21, graphic on right of slide |
| | | Page 22, text of first bullet before "This makes sense . . ."; text of second bullet after "to each other." |
| | | Page 23, graphics on right of slide |
| | | Page 24, statistics relating to Instagram usage |
| | Exhibit 322: Meta Defendants' Sixth Supplemental and Amended Responses and Objections to Plaintiffs' Second Set of Interrogatories, April 4, 2025 | Pages 4-8, statistics relating to Instagram Usage |
| | Exhibit 390: Meta Defendants' Seventh Supplemental and Amended Responses and Objections to Plaintiffs' Second Set of Interrogatories, April 17, 2025 | Page 3, statistics relating to Instagram usage |
| | Exhibit 985: Expert Report of Arvind Narayanan, May 16, 2025 | Pages 27-29, content of paragraphs 74 through 79

Page 30, text of paragraph 81 after "commendable and [are] undesirable. . ."; text of paragraph 82 before "In another . . ."; text |

| | |
|---|---|
| | of paragraph 83 before "is not the only . . ."; quotations in footnotes |
| | Page 32, text of paragraph 89 after "closely tied to revenue. . . ." |
| | Page 33, text of paragraph 90 between "single post and . . ." and "is too diffuse."; text of paragraphs 91 and 92 |
| | Page 34, text of paragraph 93; text of paragraph 94 between "Meta's efforts at . . ." and "subordinated its . . ." |
| | Page 37, statistics relating to Instagram usage and related commentary in paragraph 99 |
| | Page 38, text of paragraphs 102 through 104; text of paragraph 105 before "This does not . . ." |
| | Page 39, text of paragraph 105 after "regardless of context. . . ."; text of paragraph 106 |
| | Page 60, text of paragraph 172 |
| | Page 61, text of paragraph 172 before "YouTube heavily emphasizes . . ."; text of footnote 124 |
| | Page 63, text of paragraph 180 |
| | Page 64, text of paragraph 182 |
| | Page 66, text of paragraph 190 |
| | Page 92, text of paragraph 279 between "internal proposal for . . ." and "This is a step . . ." |
| | Page 93, text of paragraph 279 between "in my opinion . . ." and "is inherently limited . . ."; text of paragraph 279 between "preferences truly are." And "I discuss the . . ." |
| | Page 94, characterization of Meta's algorithms in paragraph 282 |

9
DECLARATION OF MAX EULENSTEIN IN SUPPORT OF META'S MOTION TO SEAL (REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT)
Case No. 4:22-MD-03047-YGR

| | | |
|---|---|---|
| | | Page 96, text of third bullet after "determined by ranking, . . ." |
| | Exhibit 986: Reply Expert Report of Arvind Narayanan, July 30, 2025 | Page 5, text of paragraphs 10 through 16, footnote 6 |
| | | Pages 6-8, all content |
| | | Page 24, text of paragraph 110 after "[Child Sexual Abuse Material], . . ." |
| | | Page 25, text of paragraph 100 before "Ferrara states that . . ."; text of paragraphs 111 and 112 |
| | Exhibit 989: Expert Report of Tim Estes, May 16, 2025 | Page 27, text of paragraph 77 after "public like count. . . ." |
| | | Pages 83-97, all content |
| | Exhibit 991: Expert Report of Dr. John D. Chandler, May 16, 2025 | Page 32, text of paragraph 76 after "the users' attention . . ."; description of Meta document in footnote 39 |
| | | Page 37, statistics relating to usage in graphic |
| | | Page 66, portion of graphic below "Instagram" |
| | | Page 68, Figure 24 |
| | Exhibit 992: Expert Rebuttal Report of John Chandler, July 30, 2025 | Pages 7-9, quotations in footnote 4 |
| | | Page 14, text of paragraphs 25 and 26; graphic below paragraph 26; text in footnote 30 |
| | Exhibit 993: Expert Report of Minette Drumwright, June 13, 2025 | Page 102, text of paragraph 199 after "to optimize engagement: . . ." |
| | | Page 141, statistics in paragraph 291 |
| | Exhibit 1004: Expert Report of Gary Goldfield, May 16, 2025 | Page 169, text of paragraph 382 after "from an early age. . ." |
| | Exhibit 1005: Expert Report of Anna Lembke, May 16, 2025 | Page 27, text of bullet "A." below "Access (How Easy):" |
| | | Page 40, text of bullet "C." after "Meta Well-being described . . ." |
| | Exhibit 1178: META3047MDL-019-00128980 | -8981, all content |
| | | -8984, content relating to "Risks and Safeguards" |

| Exhibit 1179: META3047MDL-050-00067260 | -7262-63, all content |
| --- | --- |
| | -7264, "Fig. 4" graphic; text of bullet below "if one of the following holds:" |
| | -7265-68, all content |

3. Meta does not disclose this information publicly in the ordinary course of business. It is confidential, proprietary, and valuable. Disclosure of this information would provide Meta's competitors with insights about Meta's business that they would not otherwise have.

4. The excerpts at issue in Exhibits 29, 79, 245, and 305 discuss which of Meta's users drive activity on the platforms—specifically, which groups of users drive a significant portion of that activity. Exhibits 29 and 1005 also describe the percentage of activity that these users drive on Meta's platforms. The excerpted portions of Exhibit 29, 305 and 991 further contain descriptions of the features that drive usage on Meta's platforms, and Meta's plans to invest in and develop certain activity-driving features. Competitors can use this information to understand how value is created on Meta's platforms and emulate the behavior leading to that value. They can also use it to position themselves in the market and thereby strategically undercut Meta. For example, competitors could attempt to entice users driving value on Meta's platforms to join their platforms and/or leave Meta's platforms, which would undercut Meta.

5. Exhibit 282 and excerpts from Exhibits 7, 29, 79, 245, 991, and 992 contain and discuss usage statistics relating to Meta's services for varying age groups within the US. Additionally, excerpts from Exhibits 7, 270, 322, and 390 detail the adoption rates of specific features of Meta's platforms within the youth demographic. Competitors can use this information to better understand the demographics of Meta's users and efficacy of Meta's modeling of those demographics.

6. Information on Meta's users and their usage activity would provide competitors with another competitive advantage that they would not otherwise have. Competitors could use this information to test the accuracy of their own internal estimates of usage of Meta's platforms,

which they otherwise would not be able to do.  In other words, if a competitor estimated (but did not know) which users drive value on Meta's platforms, possessing this information would provide them with information to either confirm that their data is accurate or confirm that it is not accurate, requiring them to adjust.  And, with the precise data calculations, they can predict Meta's future development strategies and ultimately try to incorporate Meta's plans into their own plans and undercut the features of Meta's services that set it apart.  In either circumstance, competitors would not be able to do that without this information, just as Meta cannot without those competitors' information.

7. The excerpted portions of Exhibits 40, 42, 55, 79, 231, 257, 264, 305, 986, 991, 992, 1004, and 1005 contain discussion of internal research on usage across Meta's platforms.  Competitors can use this data to inform themselves about Meta's platform roadmap and to influence their own platform strategy.  The statistics and data included in these excerpts explicitly identify which platform surfaces and behaviors are priorities for Facebook and Instagram to develop future interventions and which platforms drive the most engagement.  Competitors could use this information to learn about the platform features that Meta is looking to modify, prioritize their own interventions, or optimize their own platforms.  This information could allow competitors to strategically undercut Meta in the market, by positioning themselves in a manner that is informed by this information.

8. The excerpted portions of Exhibits 187, 283, 985, 993, and 1004 contain detailed discussion of the classifiers that Meta applies, or may apply in the future, to review and categorize content on its applications.  These include classifiers relating to the age of a user of Meta's services, and for content that is graphic or otherwise disturbing, relates to eating disorders or self-harm, bullying or harassing, and may be exploitative of children.  The excerpted portions of Exhibit 245 discuss approaches for filtering some of the same categories of content, while excerpted portions of Exhibits 3, 201, 214, 233, 257, 985, 986, 989, 993 contain detailed discussion of Meta's ranking and recommendations algorithms.  This information has never been disclosed publicly and Meta's teams treat it as strictly confidential.  Public disclosure of this

1  information may influence competitive decision-making and business strategies employed by
2  Meta's competitors. This information is extremely valuable to any competitor seeking to
3  enhance their own platform offerings to compete with Meta's services and attract Meta's users.

4   9.  The excerpts in Exhibits 3, 29, 33, 38, 40, 42, 55, 66, 77, 245, and 986 also reveal
5  Meta's near-term strategic goals and processes relating to the development and promotion of
6  applications and its platforms. Excerpts in Exhibits 40, 42, 55, 1178 and 1179 contain detailed
7  descriptions or mock-ups of potential Meta services or potential features of its services.
8  Competitors can use this information to better understand Meta's business strategies and the
9  efficacy of Meta's execution of those goals. This knowledge can also allow competitors to
10 generate their own counterstrategies to undercut Meta's goals and use Meta's improvement plans
11 and future investments to anticipate Meta's competitive moves and speed up or modify their own
12 research and platform development efforts to stay ahead of Meta.

13  10. Moreover, excerpts in Exhibit 214 reveal source code used by Meta applications
14 or algorithms used by Meta applications in a level of detail which provides insight into how the
15 algorithm is set up, how it operates currently, and how it ranks and recommends content for
16 users. Meta expends significant engineering resources to develop its applications and disclosure
17 of this information to its competitors would give them an unfair competitive advantage.
18 Competitors can use this information to better understand, emulate, or replicate Meta's
19 applications, which would harm Meta's efforts to deliver higher quality and innovative services
20 to its user than competitors.

21  11. Meta keeps the above information confidential and takes steps to maintain its
22 confidentiality, including not sharing it publicly and limiting who can receive it.

23  12. Meta derives value from this information's confidentiality. As explained above,
24 if this information were publicly disclosed, competitors could make use of it to undercut Meta.

25  13. Meta competes with many companies, including companies that facilitate the
26 ability of users to share, communicate, and discover content and information online. Meta faces
27 intense competition in every aspect of its business. As a result, Meta takes great care to protect
28

1  information relating to user statistics, performance metrics, and business strategy.  For the
2  reasons described above, this information could give Meta's competitors an unfair advantage and
3  thereby cause Meta competitive harm.
4      14.    I declare under penalty of perjury under the laws of the State of California that the
5  foregoing is true and correct.
6      Executed on:  February 9, 2026    By:   *Max Eulenstein*
                                                AD65CFBDC12D4E8...
7                                               Max Eulenstein