# EXHIBIT 9

1  James P. Rouhandeh, *pro hac vice*
2  Antonio J. Perez-Marques, *pro hac vice*
   Caroline Stern, *pro hac vice*
3  Corey M. Meyer, *pro hac vice*
   DAVIS POLK & WARDWELL LLP
4  450 Lexington Avenue
   New York, New York 10017
5  Telephone: (212) 450-4000
   Facsimile: (212) 701-5800
6  Email:    rouhandeh@davispolk.com
7            antonio.perez@davispolk.com
             caroline.stern@davispolk.com
8            corey.meyer@davispolk.com

9  *Attorneys for Defendants Meta Platforms, Inc. f/k/a
   Facebook, Inc.; Facebook Holdings, LLC; Facebook
10 Operations, LLC; Meta Payments Inc. f/k/a Facebook
   Payments Inc.; Meta Platforms Technologies, LLC f/k/a
11 Facebook Technologies, LLC; Instagram, LLC; and Siculus
12 LLC f/k/a Siculus, Inc.*

13
14                    **UNITED STATES DISTRICT COURT**
15                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16                              **OAKLAND DIVISION**
17

| 18 | IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|---|
| 19 | | Case No. 4:22-md-03047-YGR |
| 20 | THIS DOCUMENT RELATES TO: | **DECLARATION OF ALEXANDRA HAYMAN IN SUPPORT OF META'S OMNIBUS MOTION TO SEAL (REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT)** |
| 21 | *ALL ACTIONS* | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | Judge: Hon. Yvonne Gonzalez Rogers |
| 26 | | Magistrate Judge: Hon. Peter H. Kang |

27
28

**DECLARATION OF ALEXANDRA HAYMAN**

I, Alexandra Hayman, declare and state as follows:

1. I am a Safety Policy Manager at Meta Platforms, Inc. ("Meta"), serving as a Policy subject matter expert on Child Safety. I have worked on Child Safety matters at Meta for over ten years, during which time I worked on Law Enforcement Outreach and Child Safety Operations, also at Meta. I submit this Declaration in support of Meta's motion to seal replacement exhibits to Plaintiffs' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment. This Declaration is based on my personal knowledge and experience at Meta and in my career. If called upon to do so, I could and would competently testify as follows.

2. I have reviewed the excerpts listed below that Meta seeks to seal. These excerpts contain discussion of information that could enable online predators and other bad actors to avoid detection and/or enforcement on Meta's services for the reasons explained below:

| Document | Portion of Document at Issue |
|---|---|
| Exhibit 3, February 6, 2025 Deposition of Alison Lee | Page 50:16-51:17, answer following "that are in place for product teams. . ." |
| | Page 51:23, text of answer between "in the . . ." and "that is was . . ." |
| | Page 51:24, text of answer between "that it was . . ." and "but it did . . ." |
| | Page 67:24-25, answer following "the greater likelihood of . . ." |
| | Page 72:1-6, answer between "that it's sexually suggestive or not. . ." and "But the reason why . . ." |
| | Page 72:8-10, answer between "off of what . . ." and "So let me . . ." |
| | Page 73:1-4, answer |
| | Page 73:15-74:2, answer before "So that's what . . ." |
| | Page 74:6-13, answer between "Okay. . ." and "So those probability . . ." |

1
**DECLARATION OF ALEXANDRA HAYMAN IN SUPPORT OF META'S MOTION TO SEAL (REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT)**
Case No. 4:22-MD-03047-YGR

| | |
|---|---|
| | Page 76:24-77:2, answer between "to us, and . . ." and "they would not . . ." |
| | Page 77:4-8, answer following "those particular groups. . ." |
| | Page 78:7-10, answer between "a child safety problem. . . " and "But otherwise, . . ." |
| | Page 106:17-107:11, question and answer following "Yes, that's correct." |
| Exhibit 173: META3047MDL-046-00319359 | Page 37, text of bullets to the right of "Social Media + Messaging + Video Calling + Payments"; text of bullets below "Intersection of these 3 = complex risk" |
| | Page 38, all content |
| Exhibit 198: META3047MDL-014-00206538 | -6539, text below "Under 'not read' - move up to 'somewhat ready'" between "unconnected FB adults . . ." and "from being able . . ."; text below "Under 'not ready' - move up to 'ready'" |
| | -6540-42, text in "Additional notes" column of chart, limited to "Rooms," "Block reach of unconnected adults to FB minors," "Messenger Safety Tips," "Tincan and Disappearing Mode carve-out," "Interop: discoverability and reachability," "RTC and Rooms," "FB Live and livestream video," "IIC classifier use on IG," "Upsell reporting for Disappearing Mode," and "Sex trafficking classifier" rows |
| | -6541, text of row below "X-industry video hash sharing"; text of row below "Not ready; work has not been prioritised . . ." |
| Exhibit 199: META3047MDL-034-00037237 | -7238, text of fourth bullet below "CSAM" |
| | -7239, text of first bullet below "Groups"; text of Column B in row 6 |
| | -7240, text of Column B in row 13; text of row 14 |
| | -7241-42, text of row 23 other than "conversation up through Monika to meet with MLT and could use your support. We |

2
DECLARATION OF ALEXANDRA HAYMAN IN SUPPORT OF META'S MOTION TO SEAL (REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT)
Case No. 4:22-MD-03047-YGR

| | |
|---|---|
| | are also getting ready to meet with Jay Sullivan to discuss how best to present"; text of row 28 |
| Exhibit 249: META3047MDL-004-00027423 | -7429, text of row 16 |
| Exhibit 995: May 16, 2025 Expert Report of Brooke Istook | Page 28, text of paragraph 66 |

3. The above-listed information concerns Meta's detection, reporting, and prevention systems, policies, or processes regarding child sexual exploitation, including child sexual abuse material ("CSAM"). The above-listed information is highly sensitive, and Meta does not publicly reveal it.

4. Disclosure of the above-listed information would provide online predators and other bad actors with knowledge of current security vulnerabilities and current efforts to remediate those vulnerabilities. If bad actors become aware of Meta's current security vulnerabilities and efforts to remediate those vulnerabilities, they could use it to more effectively target youth users and evade detection when doing so.

5. The excerpts in Exhibit 3, February 6, 2025 Deposition of Alison Lee contain information that would provide bad actors with knowledge of Meta's policies and processes to ensure that the introduction of new features or products does not result in the introduction of policy-violating content, including CSAM. These excerpts also discuss security vulnerabilities on Instagram relating to the identification of policy-violating content, and Meta's efforts to remediate those vulnerabilities. If bad actors were these policies, processes, vulnerabilities and efforts to remediate them, they could use this information to more effectively target youth users and evade detection when doing so.

6. The excerpts in Exhibit 173: META3047MDL-046-00319359 contain information that would provide bad actors with knowledge of security vulnerabilities on Messenger relating to the targeting and exploitation of youth users. If bad actors were aware of those vulnerabilities, they could use this information to more effectively target youth users and evade detection when doing so.

7. The excerpts in Exhibit 198: META3047MDL-014-00206538 contain information that would provide bad actors with knowledge of current security vulnerabilities relating to the targeting and exploitation of youth users on Meta's platforms, and Meta's efforts to remediate those vulnerabilities. If bad actors were aware of those vulnerabilities and efforts to remediate them, they could use this information to more effectively target youth users and evade detection when doing so.

8. The excerpts in Exhibit 199: META3047MDL-034-00037237 contain information that would provide bad actors with knowledge of current security vulnerabilities in Meta's products relating to the classification of policy-violating content and bad actors' ability to target youth users for exploitation, and Meta's efforts to remediate those vulnerabilities. If bad actors were aware of those vulnerabilities and efforts to remediate them, they could use this information to more effectively target youth users and evade detection when doing so.

9. The excerpts in Exhibit 249: META3047MDL-004-00027423 contain information that would provide bad actors with knowledge of Meta's policies and processes relating to CSAM and associated security vulnerabilities on Meta's platforms, and Meta's efforts to remediate those vulnerabilities. If bad actors were aware of those vulnerabilities and efforts to remediate them, they could use this information to effectively target youth users and evade detection when doing so.

10. The excerpts in Exhibit 995: May 16, 2025 Expert Report of Brooke Istook contain information that would provide bad actors with knowledge of Meta's efforts to identify and combat the presence of CSAM on its platforms. If bad actors were aware of those efforts, they could use this information to more effectively target youth users and evade detection when doing so.

11. Predators and other bad actors can be highly sophisticated, work together, share information with one another, and use constantly evolving tactics to seek to circumvent safety mechanisms. For example, in my experience, groups of predators will create and disseminate

comprehensive guides on how to locate, contact, exploit, and abuse minors and to evade detection.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: February 9, 2026     By: *Alexandra Hayman*
Signed by: FA090540BCA24B3...

Alexandra Hayman