# EXHIBIT 10

|   |   |
|---|---|
| 1 | James P. Rouhandeh, *pro hac vice* |
| 2 | Antonio J. Perez-Marques, *pro hac vice* |
|   | Caroline Stern, *pro hac vice* |
| 3 | Corey M. Meyer, *pro hac vice* |
|   | DAVIS POLK & WARDWELL LLP |
| 4 | 450 Lexington Avenue |
|   | New York, New York 10017 |
| 5 | Telephone: (212) 450-4000 |
|   | Facsimile: (212) 701-5800 |
| 6 | Email:   rouhandeh@davispolk.com |
| 7 |          antonio.perez@davispolk.com |
|   |          caroline.stern@davispolk.com |
| 8 |          corey.meyer@davispolk.com |

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Meta Payments Inc. f/k/a Facebook Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Instagram, LLC; and Siculus LLC f/k/a Siculus, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR-PHK |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF KIRA WONG O'CONNOR IN SUPPORT OF META'S OMNIBUS MOTION TO SEAL (REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT)** |
| ALL CASES | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

**DECLARATION OF KIRA WONG O'CONNOR**

I, Kira Wong O'Connor, declare and state as follows:

1. I am a Youth Safety Policy manager at Meta Platforms, Inc. ("Meta"). I joined Meta in 2018 and was previously Head of Instagram Public Policy Programs, EMEA. I submit this Declaration in support of Meta's Motion to Seal Replacement Exhibits to Plaintiffs' Corrected Opposition to Defendants' Motion for Summary Judgment. This Declaration is based on my personal knowledge and experience at Meta and in my career. If called upon to do so, I could and would competently testify as follows.

2. I have reviewed the excerpts listed below that Meta seeks to seal. These excerpts contain discussion of information that could enable bad actors to avoid detection and/or enforcement on Meta's services for the reasons explained below:

| Document | Portion of Document at Issue |
| --- | --- |
| Exhibit 198: META3047MDL-014-00206538 | -6539, text below "For age assurance . . ." <br><br> -6543, text of "Additional Notes" column of table; text of "Area" column of table below "Age Management" |

3. The above-listed information concerns Meta's policies and processes, and the features of Meta's applications relating to youth wellness issues, which encompass Meta's efforts to support youth users' well-being and mitigate the potential impacts of potential bullying, harassment, and self-harm by users of its platforms. The above-listed information is highly sensitive, and Meta does not publicly reveal it.

4. Disclosure of the above-listed information would provide bad actors with knowledge of vulnerabilities relating to youth wellness and Meta's current efforts to address youth wellness issues on its platforms. If bad actors become aware of these vulnerabilities and Meta's efforts to address them, they could use it to more effectively target youth users with content that may be bullying, harassing, or likely to cause self-injury or self-harm on Meta's platforms.

1
DECLARATION OF KIRA WONG O'CONNOR IN SUPPORT OF META'S MOTION TO SEAL (REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT)
Case No. 4:22-MD-03047-YGR

1  5. The excerpts in Exhibit 198: META3047MDL-014-00206538 contain information that would provide bad actors with knowledge of vulnerabilities in Meta's age verification systems on Instagram, and efforts to remediate those vulnerabilities. If bad actors were aware of those vulnerabilities and efforts to remediate them, they could use this information to more effectively target youth users with bullying, harassing, or other harmful content and evade detection when doing so.

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: February 9, 2026   By: *[signature]*

Kira Wong O'Connor