# EXHIBIT 12

GEOFFREY M. DRAKE (*pro hac vice*)
gdrake@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600

DAVID P. MATTERN (*pro hac vice*)
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 626-2946

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF DAVID P. MATTERN IN SUPPORT OF OMNIBUS STIPULATION TO SEAL REPLACEMENT EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MSJS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |
| This Document Relates to:<br>ALL ACTIONS | |

1

DECLARATION OF DAVID P. MATTERN IN SUPPORT OF DEFENDANTS' OMNIBUS SEALING STIPULATION

**DECLARATION OF DAVID P. MATTERN**

I, David P. Mattern, declare as follows:

1. I am partner of the law firm of King & Spalding LLP, attorney of record for Defendants TikTok Inc., TikTok Ltd., TikTok LLP, ByteDance Inc., and ByteDance Ltd. (together, the "TikTok Defendants") in the above-referenced case. I have personal knowledge of the following facts and, if called as a witness in the above-referenced action, could competently testify to the matters stated herein.

2. I submit this declaration in support of the Omnibus Stipulation to Seal Replacement Exhibits to Plaintiffs' Corrected Omnibus Opposition to Defendants' MSJs.

3. I have reviewed the exhibits listed below, each of which was attached as an Exhibit to Plaintiffs' Corrected Omnibus Opposition Brief. Based on my review and in consultation with TikTok Defendants, several of the exhibits contain personal identifying information ("PII") of non-party, non-employees, such as names, contact information, and other personally identifiable information.

4. The PII of these non-party, non-employee individuals is irrelevant to the issues before the Court. Redacting this PII is necessary to protect the privacy of these individuals from unnecessary intrusion. The proposed redactions, which I have reviewed, are tailored to redact only the confidential information discussed herein.

| ECF/Exhibit No. | Basis for Sealing | Portions to be Sealed |
|---|---|---|
| ECF 2566-40 Ex. 440 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for Elite SEM Agency appearing at PDF p. 2. |
| ECF 2566-44 Ex. 444 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for National PTA, ConnectSafely, and FOSI at PDF pp. 15, 17, 20-25, 40, 49-50, 61, 66-68, 136. |
| ECF 2566-46 Ex. 446 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for National PTA and hyperlink at PDF pp. 6, 15. |
| ECF 2566-47 Ex. 447 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for National PTA at PDF pp. 2-5, 7-8. |
| ECF 2566-48 Ex. 448 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for National PTA at PDF p. 8. |

| ECF 2567-2<br>Ex. 452 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII of parents and students appearing at PDF p. 2. |
|---|---|---|
| ECF 2567-3<br>Ex. 453 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII appearing on PDF pp. 3-5. |
| ECF 2567-5<br>Ex. 455 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for National PTA and Narrative DC appearing at PDF pp. 2-6. |
| ECF 2567-6<br>Ex. 456 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for National PTA at PDF p. 4. |
| ECF 2567-7<br>Ex. 457 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for National PTA appearing at PDF p. 2. |
| ECF 2567-8<br>Ex. 458 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for National PTA appearing at PDF pp. 2-5 and 7-10. |
| ECF 2567-9<br>Ex. 459 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for National PTA appearing at PDF pp. 2-3. |
| ECF 2567-10<br>Ex. 460 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for National PTA appearing at PDF pp. 2-4. |
| ECF 2567-13<br>Ex. 463 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for National PTA, ConnectSafely, NCMEC, and FOSI appearing at PDF p. 9. |
| ECF 2567-15<br>Ex. 465 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for ConnectSafely at appearing at PDF p. 3. |
| ECF 2567-22<br>Ex. 472 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for content creators appearing at PDF p. 5. |
| ECF 2567-25<br>Ex. 475 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party PII for content creators appearing at PDF pp. 2-9. |
| ECF 2567-49<br>Ex. 499 | Non-party, non-employee names, contact information, and other personally identifiable information. | Third-party user PII appearing at PDF p. 6. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 9, 2025, in Washington, D.C.

_David Mattern_
David P. Mattern

3
DECLARATION OF DAVID P. MATTERN IN SUPPORT OF DEFENDANTS' OMNIBUS SEALING STIPULATION