# EXHIBIT 13

JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for SNAP INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>CASE NO.: 4:22-md-03047-YGR-PHK<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF ANDREW HILL IN SUPPORT OF OMNIBUS JOINT SEALING STIPULATION IN CONNECTION WITH PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION BRIEF EXHIBITS** |

I, Andrew Hill, declare and state as follows:

1. I am a Senior Manager, Security Engineering at Snap Inc. ("Snap"). In this role, I am responsible for protecting the security and integrity of Snap's internal systems, including monitoring and mitigating risks related to unauthorized access, misuse of internal tools, and social engineering threats. I have worked at Snap for a total of more than ten years. I make this

Case No. 4:22-md-03047-YGR

DECLARATION OF ANDREW HILL IN SUPPORT OF OMNIBUS JOINT SEALING STIPULATION IN CONNECTION WITH PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION BRIEF EXHIBITS

1  declaration based on personal knowledge. I submit this Declaration in support of Omnibus Joint
2  Sealing Stipulation in Connection with Plaintiffs' Corrected Omnibus Opposition Brief Exhibits to
3  explain why public disclosure of certain hyperlinks—specifically, full links to URLs that exist
4  only within Snap's secure, private systems—could present a risk to the company. If called as a
5  witness, I could and would testify competently to the facts stated herein.

6        2.     Snap maintains numerous internal dashboards that are accessible only to
7  authenticated personnel within its secure environment. These dashboards are named according to
8  internal conventions that convey deep contextual information, including the purpose of the tool,
9  the type of data it surfaces, and, in some cases, the teams or systems with which it interacts. While
10 these naming conventions are efficient and meaningful for internal use, disclosure of the full
11 URLs would reveal patterns and structures that are not otherwise visible to the public. An external
12 actor could use this information to infer internal architecture, identify high-value systems, or craft
13 more credible social engineering or phishing attempts targeting Snap employees by referencing
14 specific internal tools or dashboards.

15       3.     I personally reviewed more than two dozen hyperlinks appearing in exhibits
16 submitted by Plaintiffs. Based on my experience in security engineering and threat modeling, I
17 assessed whether disclosure of each link would meaningfully increase the risk of misuse or
18 exploitation. I determined that the vast majority of the hyperlinks did not pose a material security
19 concern if unsealed, because they exist behind rigorous authentication layers that effectively block
20 unauthorized access even if the specific URL is known to the public and either lacked sensitive
21 naming structure or did not reveal meaningful information about Snap's internal systems.

22       4.     However, I concluded that a narrow subset of nine hyperlinks, identified across the
23 five exhibits listed in the table below, warranted sealing. These specific links, if disclosed, would
24 expose internal dashboard naming conventions in a way that could undermine the confidentiality
25 and integrity of Snap's secure systems.

| ECF No. | Page No. Containing Highlighted Portions to be sealed |
|---|---|
| ECF No. 2574-31 Ex. 831 | SNAP2926190 |
| ECF No. 2575-39 Ex. 889 | SNAP0409331, SNAP0409335 |
| ECF No. 2576-16 Ex. 916 | SNAP5182529 |
| ECF No. 2576-17 Ex. 917 | SNAP5447608 |
| ECF No. 2582-17 Ex. 1167 | SNAP6144988, SNAP6144989 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 26th day of January, 2026, at Chicago, Illinois.

_____
Andrew Hill