# EXHIBIT 15

JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
LAURA M. LOPEZ (State Bar No. 313450)
Laura.Lopez@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for SNAP INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br><br>CASE NO.: 4:22-md-03047-YGR-PHK<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF LAURA M. LOPEZ IN SUPPORT OF OMNIBUS JOINT SEALING STIPULATION IN CONNECTION WITH PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION BRIEF EXHIBITS** |

I, Laura M. Lopez, declare and state as follows:

1. I am an attorney with the law firm Munger, Tolles & Olson LLP and represent Snap Inc. ("Snap") in the above-captioned case. I provide this declaration in support of Omnibus Joint Sealing Stipulation in Connection with Plaintiffs' Corrected Omnibus Opposition Brief

Exhibits. This declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2. I have reviewed the exhibits listed below, each of which was attached as an Exhibit to Plaintiffs' Corrected Omnibus Opposition Brief. Based on my review and in consultation with Snap, I understand there is good cause to redact the personal identifying information ("PII") of non-party, non-employees that appears in these exhibits, such as names, contact information, and other personally identifiable information.

3. The PII of these non-party, non-employee individuals is irrelevant to the issues before the Court. Redacting this PII is necessary to protect the privacy of these individuals from unnecessary intrusion.

| ECF/Exhibit No. | Basis for Sealing | Portions to be sealed |
|---|---|---|
| ECF No. 2574-25 Ex. 825 | Non-party, non-employee names, contact information, and other personally identifiable information | SNAP2324207 |
| ECF No. 2576-22 Ex. 922 | Non-party, non-employee names, contact information, and other personally identifiable information | SNAP2324154 |
| ECF No. 2577-23 Ex. 973 | Non-party, non-employee names, contact information, and other personally identifiable information, including images | SNAP2183245 |
| ECF No. 2577-26 Ex. 976 | Non-party, non-employee names, contact information, and other personally identifiable information | SNAP0229617, SNAP0229618 |
| ECF No. 2577-32 Ex. 982 | Non-party, non-employee names, contact information, and other personally identifiable information | Expert report page 147 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 9th day of February, 2026, at Los Angeles, California.

| | |
|---|---|
| | _/s/ Laura M. Lopez_ |
| | Laura M. Lopez |