# EXHIBIT 17

1  Joseph G. Petrosinelli, *pro hac vice*
   Ashley W. Hardin, *pro hac vice*
2  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue SW
3  Washington, DC 20024
   Telephone: +1 (202) 434-5000
4  jpetrosinelli@wc.com
   ahardin@wc.com
5

6  *Attorney for Defendants YouTube, LLC
   and Google LLC*

7

8  UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  OAKLAND DIVISION

10
   | | |
   |---|---|
   | IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
   | | Case No.: 4:23-cv-04659-YGR |
   | This Document Relates To: | **DECLARATION OF ADI A. JAIN IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S SEALING MOTION REGARDING EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
   | *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* | |
   | *Tucson Unified School District v. Meta Platforms, Inc., et al.* | |
   | *Charleston County School District v. Meta Platforms, Inc., et al.* | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |
   | *Irvington Public Schools v. Meta Platforms, Inc., et al.* | |
   | *Dekalb County School District v. Meta Platforms, Inc., et al.* | |
   | *Board of Education of Harford County v. Meta Platforms, Inc., et al.* | |

**DECLARATION OF ADI A. JAIN**

I, Adi A. Jain, declare as follows:

1. I have served as a Product Manager at YouTube since 2021. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to their truth if called upon to do so.

2. YouTube maintains information about the operation of its age detection systems and underage enforcement mechanisms as confidential trade secret information because, if made public, it would permit bad actors (as well as the users these systems are intended to protect) to circumvent them. YouTube also keeps this information confidential because it could be used to facilitate replication of YouTube's proprietary methods by competitors without incurring the corresponding development costs or risks, depriving YouTube of the economic value and competitive advantage that flows from its investment and innovation and giving those competitors an unfair advantage. This trade secret information includes, for example, specific details regarding how YouTube's age detection systems function and the criteria used by YouTube's systems for age detection. This information is highly valuable to competitors developing their own age detection systems, and the value of this information to YouTube relies on its continued secrecy.

3. I have reviewed the excerpts described herein that YouTube seeks to seal.

4. The sealed portions of **Exhibits 721** (pages 4-6, 8-11, 13, 17, and 21) and **1044** (pages 4-6, 8-11, 13, 17, and 21) describe in detail YouTube's confidential age validation and verification processes and discusses potential additional processes and techniques and their relative strengths and weaknesses. Public disclosure of this information would permit bad actors or minors to devise workarounds to YouTube's age inference processes to potentially make minor

2

DECLARATION OF ADI A. JAIN IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S SEALING MOTION REGARDING EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT
Case No. 4:22-MD-03047-YGR

accounts look like adult accounts. The information provides a road map for how to defeat the age verification system, which could be posted by members of the public to public websites and platforms to help users get around YouTube's age verification systems. Indeed, there currently exists information on "how to defeat age verification" systems of various other platforms on sites such as Reddit, where other users provide step by step instructions. *See, e.g* https://www.reddit.com/r/british/comments/1m0k6qv/how_to_access_reddit_in_uk_without_age/?rdt=42091#:~:text=Out%20of%20nowhere%20Reddit%20has,Age%20Verification%20Using%20a%20VPN (a Reddit page describing "How to Access Reddit in UK Without Age Verification," in contravention of UK laws).

Disclosure would also result in competitive harm to YouTube by providing its competitors with a detailed understanding of its underage inference and enforcement processes, which they could use to develop their own age inference techniques without having to incur the significant investment and resources YouTube expended. The document also reveals potential changes to YouTube's age inference models, some of which are currently in progress and/or not publicly available or known.

5. The redacted portions at pages 3-5, 7-16, and 20-22 of **Exhibit 735** generally explain YouTube's Teen Policies, the principles underlying the development of those policies, and the type of content to which YouTube tries to limit pre-teen, young teen, and teen access. YouTube does not seek to seal the document in full. Rather, it seeks to seal only sensitive, confidential information about the categories of content YouTube tries to make unavailable to teens so that bad actors cannot try to work around YouTube's safety controls and create inappropriate content for children.

3

6. Pages 5-8 of **Exhibit 880** (dated September 2023) contain internal guidance for product teams on compliance with U.S. AADC (Age-Appropriate Design Code) requirements, including detailed discussion of product-specific age-assurance solutions. The sealed portions describe those solutions and related compliance strategy, disclosure of which would reveal competitively sensitive information. Public disclosure would also publicly reveal contemplated changes to YouTube's age-assurance program and related internal implementation details.

7. The sealed portions of pages 2-4 of **Exhibit 932** provide sensitive data relating to YouTube's proprietary technology for identifying and removing potential accounts held by users under 13 (the Athena classifier), including details regarding its status and metrics, as well as the company's internal efforts to identify remaining underage accounts and convert them to supervised accounts. Disclosure of this information would provide bad actors and minors with insight into YouTube's detection methods and enforcement thresholds, facilitating circumvention of age-assurance safeguards and evasion of enforcement.

8. **Exhibit 1032** contains information regarding YouTube's underage account detection classifier (page 6), including the signals it considers, the auto-action threshold, the number of accounts that are auto-actioned each week, among other characteristics. Pages 7, 19-20, 24-25, and 31-32 contain internal information about YouTube's Underage Account policy and enforcement. These pages reveal information that could be used to circumvent YouTube's policies and undermine YouTube's ability to detect underage users by disclosing how YouTube processes underage account reports; the information that is included in reports of potential underage accounts; where underage reports come from; and the characteristics that YouTube utilizes to terminate accounts consistent with its Underage Enforcement Policy.

4

DECLARATION OF ADI A. JAIN IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S SEALING MOTION REGARDING EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT
Case No. 4:22-MD-03047-YGR

9. Page 2 of **Exhibit 1123** contains information regarding the threshold at which flagged accounts are auto-actioned by the Athena classifier. This specific detail regarding how YouTube's Athena classifier functions could be used to facilitate replication of YouTube's proprietary age detection systems by competitors.

10. In the ordinary course of business, YouTube keeps the above information confidential, including by not sharing it publicly and limiting who within the company can receive it.

5

DECLARATION OF ADI A. JAIN IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S SEALING MOTION REGARDING EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT
Case No. 4:22-MD-03047-YGR

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on February 7, 2026, in San Francisco, California.

/s/ *Adi A. Jain*
Adi A. Jain