# EXHIBIT 18

1  Joseph G. Petrosinelli, *pro hac vice*
   Ashley W. Hardin, *pro hac vice*
2  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue SW
3  Washington, DC 20024
   Telephone: +1 (202) 434-5000
4  jpetrosinelli@wc.com
   ahardin@wc.com
5

6  *Attorney for Defendants YouTube, LLC*
   *and Google LLC*
7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11

12  IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
    ADDICTION/PERSONAL INJURY PRODUCTS
13  LIABILITY LITIGATION                    Case No.: 4:23-cv-04659-YGR

14  This Document Relates To:               **DECLARATION OF**
                                            **CHRISTOPHER CHIOU IN**
15  *Breathitt County Board of Education v. Meta*   **SUPPORT OF YOUTUBE, LLC AND**
    *Platforms, Inc., et al.*               **GOOGLE LLC'S SEALING**
16                                          **MOTION REGARDING EXHIBITS**
    *Tucson Unified School District v. Meta Platforms,*   **TO PLAINTIFFS' CORRECTED**
17  *Inc., et al.*                          **OMNIBUS OPPOSITION TO**
                                            **DEFENDANTS' MOTIONS FOR**
18  *Charleston County School District v. Meta*   **SUMMARY JUDGMENT**
    *Platforms, Inc., et al.*
19                                          Judge: Hon. Yvonne Gonzalez Rogers
20  *Irvington Public Schools v. Meta Platforms, Inc., et*   Magistrate Judge: Hon. Peter H. Kang
    *al.*
21

22  *Dekalb County School District v. Meta Platforms,*
    *Inc., et al.*
23
    *Board of Education of Harford County v. Meta*
24  *Platforms, Inc., et al.*

25

26

## DECLARATION OF CHRISTOPHER CHIOU

I, Christopher Chiou, declare as follows:

1.      I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati and attorney of record for Defendants YouTube, LLC and Google LLC (collectively "YouTube") in this matter. I am licensed to practice law in the state of California and am admitted to practice before this Court.  I submit this declaration in support of Defendants' motion to seal certain portions of the documents filed provisionally under seal with the Court as exhibits to Plaintiffs' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to their truth if called upon to do so.

2.      YouTube has requested to seal three categories of highly sensitive and confidential personally-identifying information contained in documents filed conditionally under seal in connection with Plaintiffs' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment: (1) certain lower-level employee names, (2) employee contact information and other personal information, and (3) third-party names, contact information, and other personal information.

### Lower-Level Employee Names

3.      I have reviewed the portions of the documents that YouTube seeks to seal because those portions consist of lower-level employee names, listed in Appendix A.  There are compelling reasons to seal those names.  The limited sections that YouTube seeks to seal identify YouTube employees who are non-parties who have not been deposed in this case and are not executives.  I understand that Google/YouTube employees could be exposed to unwanted attention, solicitation, or harassment, including by individuals who conflate the allegations against the company in this litigation with allegations against specific individuals and that Google/YouTube employees have

in fact previously been harassed — receiving unsolicited contact with threatening messages — because of the public release of their names and titles. If the employees' personal identifying information is shared on the public docket in this case, it could similarly subject them to unwarranted or potentially threatening contact. The documents YouTube seeks to seal include names, including in certain cases full names. This information could be used to search for these employees online and poses the possibility of subjecting them to unwarranted threats and harassment.

**Employee Contact Information and Other Personal Information**

4.      I have reviewed the portions of documents that YouTube seeks to seal because they consist of contact information (including email addresses and unique identifiers) and other personal information of employees, listed in Appendix B. There are compelling reasons to seal that information. The limited sections that YouTube seeks to seal identify contact information for non-parties to this case, including YouTube employees.

5.      For the same reasons described above in paragraph 3, if the designated employees' personal identifying information is shared on the public docket in this case, it could subject them to unwarranted or potentially threatening contact, including physical violence. YouTube employees have been targeted by individuals dissatisfied with YouTube's policies and content moderation practices like those described in the documents for which YouTube seeks to seal lower-level employee names. For example, on April 3, 2018, a shooter opened fire at YouTube's headquarters in San Bruno, California, which resulted in gunshot injuries inflicted on multiple YouTube employees. *See* Aric Jenkins, et. al, *YouTube Shooter Was Angry About Company's 'Policies and Practices': The Latest*, TIME (Apr. 3, 2018, 4:31 PM), https://time.com/5226788/shooter-youtube-headquarters-san-bruno/. It was reported that the

2

shooter was a content creator who objected to YouTube's "policies and practices," including decisions to restrict access to her content on the platform as part of YouTube's content moderation practices. *Id*.

### Third-Party Names, Contact Information, and Other Personal Information

6.    I have reviewed the portions of the documents that YouTube seeks to seal because those portions consist of third-party names, or because they consist of contact information (including email addresses and unique identifiers) or other personal information of third parties, which are listed in Appendix C.  There are compelling reasons to seal this information.  The limited sections that YouTube seeks to seal concern non-parties who have not been deposed in this case. I understand that they could be exposed to unwanted attention, solicitation, or harassment, including by individuals who conflate the allegations against the company in this litigation with allegations against individuals who worked alongside Google/YouTube.   This information implicates the privacy and safety of individuals with no relevance to this case, could be used to search for these third parties online, and poses the possibility of subjecting the third parties to unwarranted threats and harassment, thus warranting sealing.  *See supra* ¶ 5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 9, 2026          */s/ Christopher Chiou*
                                   Christopher Chiou

3

**APPENDIX A:**
**Lower-Level Employee Names**

| |
|---|
| Ex. 539 highlighting at pdf pp. 3, 6. |
| Ex. 545 highlighting at pdf pp. 10, 13. |
| Ex. 546 highlighting at pdf p. 5. |
| Ex. 692 highlighting at pdf pp. 2–5. |
| Ex. 693 highlighting at pdf pp. 8, 9, 16, 19. |
| Ex. 701 highlighting at pdf pp. 4, 7, 10, 13, 15. |
| Ex. 702 at Tr. pp. 38:2–7, 38:14, 38:16, 40:2, 40:6. |
| Ex. 704 highlighting at pdf pp. 10, 22. |
| Ex. 705 highlighting at pdf p. 3. |
| Ex. 710 highlighting at pdf. p. 3. |
| Ex. 711 highlighting at pdf. p. 3. |
| Ex. 713 highlighting at pdf. p. 12. |
| Ex. 714 highlighting at Tr. pp. 27:23, 27:25, 41:13, 41:15, 59:25, 60:4–5, 60:10, 65:25, 66:1–3, 66:9, 73:1, 73:4, 73:24, 74:3, 78:20, 78:22, 78:24, 79:6–7, 79:10, 79:13, 79:15, 85:14, 85:21–23, 86:1, 87:22–24. |
| Ex. 715 highlighting at Tr. p. 381:8–10. |
| Ex. 717 highlighting at pdf p. 10. |
| Ex. 718 highlighting at pdf p. 2. |
| Ex. 720 highlighting at pdf. p. 2. |
| Ex. 721 highlighting at pdf pp. 3, 5, 7, 9, 12, 14, 16–18, 20, 22. |
| Ex. 722 highlighting at pdf p. 5. |
| Ex. 723 (*video exhibit – no highlighting*). |
| Ex. 724 highlighting at pdf p. 6. |
| Ex. 725 highlighting at pdf pp. 13, 15. |
| Ex. 728 highlighting at pdf p. 4. |
| Ex. 731 highlighting at pdf pp. 2, 5, 7, 9, 11, 13, 14. |

4

| |
|---|
| Ex. 732 highlighting at pdf pp. 2–5, 7–9. |
| Ex. 733 highlighting at pdf pp. 2–4. |
| Ex. 734 highlighting at pdf pp. 2, 3. |
| Ex. 735 highlighting at pdf p. 22. |
| Ex. 736 highlighting at pdf p. 33. |
| Ex. 738 highlighting at pdf p. 15. |
| Ex. 740 highlighting at Tr. pp. 17:4–9, 17:18–19, 17:21–22, 19:4, 133:4. |
| Ex. 741 highlighting at pdf pp. 4, 8, 12, 20. |
| Ex. 743 highlighting at pdf pp. 2, 7. |
| Ex. 744 highlighting at pdf pp. 5, 11. |
| Ex. 745 highlighting at pdf pp. 6, 12. |
| Ex. 746 highlighting at pdf pp. 3, 4. |
| Ex. 747 highlighting at pdf pp. 4, 8. |
| Ex. 749 highlighting at pdf pp. 2, 3, 8. |
| Ex. 750 highlighting at pdf pp. 4, 9, 11–13. |
| Ex. 751 highlighting at pdf pp. 10, 16, 22. |
| Ex. 752 highlighting at pdf pp. 3, 5, 7, 9, 10. |
| Ex. 753 highlighting at pdf pp. 2, 4. |
| Ex. 757 highlighting at pdf pp. 3, 8. |
| Ex. 760 highlighting at pdf pp. 2, 3. |
| Ex. 761 highlighting at pdf p. 2. |
| Ex. 762 highlighting at pdf pp. 2–4. |
| Ex. 764 highlighting at pdf pp. 2, 3, 5. |
| Ex. 766 highlighting at Tr. pp. 465:6, 466:6, 466:8, 467:21–23, 468:25, 469:2, 475:1, 477:16, 477:21, 478:11, 478:13, 479:9, 479:24, 552:2–3, 552:14–22. |
| Ex. 767 highlighting at pdf pp. 3–5. |
| Ex. 768 highlighting at pdf pp. 6, 7. |
| Ex. 769 highlighting at pdf pp. 3, 12, 14, 16, 17, 19, 22, 23, 25. |

5

| |
|---|
| Ex. 771 highlighting at pdf pp. 4, 5, 12. |
| Ex. 772 highlighting at pdf pp. 5, 13. |
| Ex. 773 highlighting at pdf pp. 3, 13. |
| Ex. 774 highlighting at pdf pp. 20, 25, 27, 28, 36. |
| Ex. 775 highlighting at pdf p. 3. |
| Ex. 777 highlighting at pdf pp. 2, 3. |
| Ex. 779 highlighting at pdf p. 3, 47. |
| Ex. 781 highlighting at pdf pp. 2, 3, 5. |
| Ex. 782 highlighting at pdf pp. 3–5. |
| Ex. 784 highlighting at pdf p. 2. |
| Ex. 785 highlighting at pdf pp. 3, 5, 8, 11–12. |
| Ex. 786 highlighting at pdf p. 10. |
| Ex. 787 highlighting at pdf p. 11. |
| Ex. 788 highlighting at pdf p. 15. |
| Ex. 789 highlighting at pdf pp. 6, 8, 14, 18, 21, 22, 25, 28–30, 32, 35. |
| Ex. 790 highlighting at pdf pp. 9, 12, 16. |
| Ex. 791 highlighting at pdf pp. 2, 3. |
| Ex. 792 highlighting at pdf p. 4. |
| Ex. 798 highlighting at pdf pp. 2–4. |
| Ex. 844 highlighting at pdf p. 2. |
| Ex. 909 highlighting at Tr. pp. 7:3, 8:6, 9:3, 16:25, 19:13, 25:3, 25:9, 42:16, 42:19–20. |
| Ex. 931 highlighting at pdf p. 2. |
| Ex. 932 highlighting at pdf pp. 2–5. |
| Ex. 982 highlighting at pdf pp. 60, 138, 316. |
| Ex. 991 highlighting at pdf p. 147. |
| Ex. 993 highlighting at pdf pp. 199, 200. |

6

| |
|---|
| Ex. 1001 highlighting at Tr. pp. 29:23–24, 180:22–24, 181:11, 181:15, 182:4–9, 182:14, 182:18–19, 182:24–25, 186:17, 187:25, 188:2, 188:4, 188:6, 189:15, 189:21, 192:23, 273:8, 273:14, 274:2, 275:8, 276:24. |
| Ex. 1002 highlighting at Tr. pp. 318:5, 318:8. |
| Ex. 1003 highlighting at Tr. pp. 194:2–3, 194:7–8, 194:15, 195:16, 196:5, 219:5, 219:15, 219:20, 219:22. |
| Ex. 1005 highlighting at pdf p. 60. |
| Ex. 1007 highlighting at pdf pp. 2, 3. |
| Ex. 1010 highlighting at Tr. pp. 25:18, 25:21, 71:4. |
| Ex. 1011 highlighting at pdf pp. 4, 5. |
| Ex. 1012 highlighting at Tr. pp. 104:15–16, 104:19, 106:7, 106:12, 107:4, 107:14, 109:24, 113:17. |
| Ex. 1013 highlighting at Tr. p. 16:23. |
| Ex. 1016 highlighting at pdf pp. 2–4, 6, 8, 12, 14, 16, 17, 21. |
| Ex. 1017 highlighting at pdf p. 3. |
| Ex. 1021 highlighting at pdf pp. 3–5, 7. |
| Ex. 1022 highlighting at Tr. pp. 26:20–21, 27:4, 82:13, 82:17, 82:21, 82:24, 83:1–2; 83:4, 142:3, 142:10, 142:12, 142:15, 246:18, 248:12, 249:22, 262:18, 264:24–25. |
| Ex. 1023 highlighting at Tr. pp. 26:8, 26:12–13, 26:24, 27:9, 27:11, 147:9, 147:13, 147:18–21, 149:18, 150:1, 150:17, 152:1–2. |
| Ex. 1024 highlighting at Tr. pp. 17:8, 17:14–15, 65:20–21, 66:11, 74:20, 76:3. |
| Ex. 1026 highlighting at pdf pp. 7, 19, 22, 24, 25, 27, 35. |
| Ex. 1029 highlighting at Tr. pp. 12:16–17, 233:21, 233:24, 240:5. |
| Ex. 1032 highlighting at pdf p. 9. |
| Ex. 1037 highlighting at pdf p. 4, 6, 13. |
| Ex. 1041 highlighting at pdf pp. 8, 11, 12. |
| Ex. 1042 highlighting at Tr. pp. 34:14, 35:17, 36:2, 36:6, 37:19, 38:13 42:6, 42:9, 45:2, 45:16, 49:21, 64:19–21. |
| Ex. 1044 highlighting at pdf pp. 3, 5, 7, 9, 12, 14, 16–18, 20, 22. |
| Ex. 1050 highlighting at pdf p. 2. |
| Ex. 1053 highlighting at pdf pp. 2, 3, 5. |
| Ex. 1055 highlighting at pdf pp. 2, 3. |

7

| |
|---|
| Ex. 1057 highlighting at pdf pp. 2, 3, 5, 7, 9, 11, 13, 14. |
| Ex. 1058 highlighting at pdf pp. 2, 7. |
| Ex. 1059 highlighting at pdf pp. 7, 9, 11. |
| Ex. 1061 highlighting at pdf pp. 4, 9, 11, 13, 15, 17, 19, 21, 24, 26. |
| Ex. 1062 highlighting at pdf p. 2. |
| Ex. 1063 highlighting at pdf pp. 6, 9, 10, 16–18. |
| Ex. 1065 highlighting at pdf pp. 6, 15. |
| Ex. 1071 highlighting at pdf p. 5. |
| Ex. 1073 highlighting at pdf p. 3. |
| Ex. 1076 highlighting at pdf pp. 2, 8, 9, 12. |
| Ex. 1077 highlighting at pdf pp. 5, 20, 21. |
| Ex. 1080 purple highlighting at pdf pp. 3, 4. |
| Ex. 1081 highlighting at pdf pp. 8, 12, 15, 19, 22, 27, 28. |
| Ex. 1111 highlighting at pdf pp. 3, 4, 5. |
| Ex. 1116 highlighting at pdf pp. 2–4. |
| Ex. 1122 highlighting at Tr. pp. 77:15, 78:7, 79:8–12, 80:7, 81:9, 82:23, 83:11. |
| Ex. 1136 highlighting at pdf p. 6. |
| Ex. 1137 highlighting at pdf p. 3. |
| Ex. 1142 highlighting at pdf pp. 4, 6–15. |
| Ex. 1143 highlighting at pdf pp. 2–4, 12. |
| Ex. 1173 highlighting at pdf pp. 3, 4. |
| Ex. 1174 highlighting at pdf pp. 3, 4. |

8

1

**APPENDIX B:**
**Employee Contact Information and Other Personal Information**

2

| |
|---|
| Ex. 545 highlighting at pdf pp. 10, 13. |
| Ex. 546 highlighting at pdf. pp. 2, 4, 5. |
| Ex. 692 highlighting at pdf pp. 2–4. |
| Ex. 693 highlighting at pdf pp. 2, 10. |
| Ex. 703 highlighting at pdf p. 3. |
| Ex. 711 highlighting at pdf pp. 3, 12. |
| Ex. 712 highlighting at pdf p. 4. |
| Ex. 713 highlighting at pdf. pp. 2, 12. |
| Ex. 714 highlighting at pdf p. 58:21. |
| Ex. 718 highlighting at pdf p. 2. |
| Ex. 719 highlighting at pdf pp. 2, 4, 5, 7. |
| Ex. 720 highlighting at pdf pp. 2, 3. |
| Ex. 721 highlighting at pdf pp. 5, 7, 9, 16, 18, 22, 24. |
| Ex. 723 (*video exhibit – no highlighting*). |
| Ex. 724 highlighting at pdf pp. 2, 7. |
| Ex. 725 highlighting at pdf p. 3. |
| Ex. 726 highlighting at pdf p. 5. |
| Ex. 727 highlighting at pdf p. 5. |
| Ex. 728 highlighting at pdf pp. 2–8. |
| Ex. 729 highlighting at pdf p. 8. |
| Ex. 731 highlighting at pdf pp. 2–5, 9, 14, 15, 17. |
| Ex. 732 highlighting at pdf pp. 3–7, 11. |
| Ex. 733 highlighting at pdf pp. 2–4. |
| Ex. 734 highlighting at pdf pp. 2, 4, 7. |
| Ex. 738 highlighting at pdf pp. 3, 15, 20. |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

9

| |
|---|
| Ex. 739 highlighting at pdf pp. 3, 18. |
| Ex. 741 highlighting at pdf p. 3. |
| Ex. 744 highlighting at pdf p. 2. |
| Ex. 749 highlighting at pdf pp. 2, 3, 8. |
| Ex. 753 highlighting at pdf p. 6. |
| Ex. 757 highlighting at pdf p. 11. |
| Ex. 760 highlighting at pdf pp. 2–3, 5. |
| Ex. 761 highlighting at pdf pp. 2–4. |
| Ex. 762 highlighting at pdf pp. 2, 4. |
| Ex. 764 highlighting at pdf pp. 2–5. |
| Ex. 766 at Tr. p. 488:8–12. |
| Ex. 768 highlighting at pdf pp. 2–8. |
| Ex. 769 highlighting at pdf pp. 3, 14, 22, 23, 25. |
| Ex. 771 highlighting at pdf p. 12. |
| Ex. 772 highlighting at pdf p. 7. |
| Ex. 773 highlighting at pdf pp. 3, 5, 17, 18. |
| Ex. 774 highlighting at pdf p. 3. |
| Ex. 775 highlighting at pdf p. 3. |
| Ex. 776 highlighting at pdf pp. 2, 6. |
| Ex. 777 highlighting at pdf pp. 2, 3. |
| Ex. 780 highlighting at pdf pp. 2, 10. |
| Ex. 781 highlighting at pdf pp. 2–5. |
| Ex. 782 highlighting at pdf pp. 3, 6–7. |
| Ex. 783 highlighting at pdf. p. 3. |
| Ex. 784 highlighting at pdf pp. 2, 3. |
| Ex. 785 highlighting at pdf pp. 2–9, 11–12. |
| Ex. 786 highlighting at pdf pp. 3, 4, 6–8, 10, 14. |

10

| |
|---|
| Ex. 789 highlighting at pdf pp. 2, 14, 21, 22, 25, 28, 30, 35. |
| Ex. 790 highlighting at pdf pp. 3, 12, 16. |
| Ex. 791 highlighting at pdf pp. 2, 4. |
| Ex. 792 highlighting at pdf pp. 2, 4. |
| Ex. 793 highlighting at pdf pp. 2, 5, 9, 10, 12, 14, 15, 18. |
| Ex. 794 highlighting at pdf pp. 3, 41. |
| Ex. 798 highlighting at pdf pp. 2, 4. |
| Ex. 844 highlighting at pdf pp. 2, 4, 9, 10. |
| Ex. 858 highlighting at pdf p. 3. |
| Ex. 880 highlighting at pdf pp. 2, 6, 7. |
| Ex. 909 highlighting at Tr. pp. 9:9, 13:13–24, 14:7. |
| Ex. 931 highlighting at pdf p. 2. |
| Ex. 932 highlighting at pdf pp. 2–5. |
| Ex. 1001 highlighting at Tr. pp. 46:19–25, 47:1–10. |
| Ex. 1002 highlighting at Tr. p. 315:7. |
| Ex. 1003 highlighting at Tr. pp. 194:2, 224:5–6. |
| Ex. 1006 highlighting at pdf pp. 3, 11. |
| Ex. 1007 highlighting at pdf p. 2. |
| Ex. 1010 highlighting at Tr. p. 242:25. |
| Ex. 1011 highlighting at pdf p. 2–5. |
| Ex. 1012 highlighting at Tr. pp. 20:18, 20:22. |
| Ex. 1015 highlighting at pdf p. 2. |
| Ex. 1016 highlighting at pdf pp. 3, 4, 6, 8, 12, 14, 17, 18, 21, 22. |
| Ex: 1018 highlighting at pdf pp. 2, 4, 6, 9. |
| Ex. 1021 highlighting at pdf pp. 2–8. |
| Ex. 1022 highlighting at Tr. pp. 14:7, 83:10–11. |
| Ex. 1025 highlighting at pdf p. 3. |
| Ex. 1026 highlighting at pdf pp. 2, 19, 24, 35. |

11

| | |
|---|---|
| 1 | Ex. 1028 highlighting at pdf p. 3. |
| 2 | Ex. 1029 highlighting at Tr. pp. 247:18, 247:21. |
| 3 | Ex. 1032 highlighting at pdf p. 19. |
| 4 | Ex. 1034 highlighting at pdf pp. 2, 9, 11, 15, 18. |
| | Ex. 1036 highlighting at pdf pp. 2, 5, 7, 8, 10, 14. |
| 5 | Ex. 1037 highlighting at pdf pp. 4, 6, 9, 13, 20. |
| 6 | Ex. 1041 highlighting at pdf pp. 3, 12. |
| 7 | Ex. 1042 highlighting at Tr. pp. 11:12–14, 36:24, 37:11, 37:13, 37:21, 38:5, 50:16. |
| 8 | Ex. 1044 highlighting at pdf pp. 5, 7, 9, 16, 18, 22, 24. |
| | Ex. 1050 highlighting at pdf p. 2. |
| 9 | Ex. 1053 highlighting at pdf pp. 2, 3, 5. |
| 10 | Ex. 1055 highlighting at pdf p. 2. |
| 11 | Ex. 1057 highlighting at pdf pp. 2, 3, 7, 13. |
| 12 | Ex. 1058 highlighting at pdf pp. 2–6. |
| | Ex. 1059 highlighting at pdf pp. 3, 7, 11. |
| 13 | Ex. 1061 highlighting at pdf pp. 3, 4, 15, 17, 19, 21, 27. |
| 14 | Ex. 1062 highlighting at pdf pp. 2, 4. |
| 15 | Ex. 1063 highlighting at pdf pp. 4, 6–18. |
| 16 | Ex. 1065 highlighting at pdf pp. 2, 4–6, 9, 12, 15. |
| | Ex. 1071 highlighting at pdf p. 3. |
| 17 | Ex. 1072 highlighting at pdf p. 2. |
| 18 | Ex. 1073 highlighting at pdf p. 3. |
| 19 | Ex. 1074 highlighting at pdf p. 3. |
| 20 | Ex. 1075 highlighting at pdf pp. 2, 4. |
| | Ex. 1076 highlighting at pdf pp. 2, 7–10, 12. |
| 21 | Ex. 1077 highlighting at pdf pp. 3, 20–21. |
| 22 | Ex. 1078 highlighting at pdf p. 3. |
| 23 | Ex. 1080 purple highlighting at pdf p. 4. |

12

| |
|---|
| Ex. 1081 highlighting at pdf pp. 8, 19. |
| Ex. 1082 highlighting at pdf p. 2. |
| Ex. 1111 highlighting at pdf p. 6. |
| Ex. 1116 highlighting at pdf pp. 2–4. |
| Ex. 1136 highlighting at pdf p. 6. |
| Ex. 1143 highlighting at pdf pp. 2, 9, 11, 12. |
| Ex. 1173 highlighting at pdf p. 3. |
| Ex. 1174 highlighting at pdf pp. 3, 4. |

13

**APPENDIX C:**
**Third-Party Names, Contact Information, and Other Personal Information**

| |
|---|
| Ex. 721 highlighting at pdf p. 17. |
| Ex. 725 highlighting at pdf pp. 6, 8. |
| Ex. 757 highlighting at pdf p. 9. |
| Ex. 758 highlighting at pdf p. 8. |
| Ex. 766 highlighting at Tr. p. 464:23. |
| Ex. 794 highlighting at pdf p. 4. |
| Ex. 982 highlighting at pdf p. 317. |
| Ex. 1006 highlighting at pdf p. 7. |
| Ex. 1044 highlighting at pdf p. 17. |
| Ex. 1053 highlighting at pdf pp. 3, 4. |
| Ex. 1062 highlighting at pdf pp. 2, 3. |
| Ex. 1063 highlighting at pdf pp. 11, 15. |
| Ex. 1065 highlighting at pdf p. 14. |
| Ex. 1073 highlighting at pdf pp. 5–9, 13, 16, 18, 19, 21. |
| Ex. 1111 highlighting at pdf pp. 5, 6. |
| Ex. 1174 highlighting at pdf p. 4. |