# EXHIBIT 19

1   Joseph G. Petrosinelli, *pro hac vice*
2   Ashley W. Hardin, *pro hac vice*
    WILLIAMS & CONNOLLY LLP
3   680 Maine Avenue SW
    Washington, DC 20024
4   Telephone: +1 (202) 434-5000
    jpetrosinelli@wc.com
5   ahardin@wc.com

6   *Attorney for Defendants YouTube, LLC*
    *and Google LLC*
7

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11

12  IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
    ADDICTION/PERSONAL INJURY PRODUCTS
13  LIABILITY LITIGATION                    Case No.: 4:23-cv-04659-YGR

14  This Document Relates To:               **DECLARATION OF IAN**
                                            **MCMEANS IN SUPPORT OF**
15  *Breathitt County Board of Education v. Meta*   **YOUTUBE, LLC AND GOOGLE**
    *Platforms, Inc., et al.*               **LLC'S SEALING MOTION**
16                                          **REGARDING EXHIBITS TO**
    *Tucson Unified School District v. Meta Platforms,*  **PLAINTIFFS' CORRECTED**
17  *Inc., et al.*                          **OMNIBUS OPPOSITION TO**
                                            **DEFENDANTS' MOTIONS FOR**
18  *Charleston County School District v. Meta*  **SUMMARY JUDGMENT**
    *Platforms, Inc., et al.*
19                                          Judge: Hon. Yvonne Gonzalez Rogers
    *Irvington Public Schools v. Meta Platforms, Inc., et*  Magistrate Judge: Hon. Peter H. Kang
20  *al.*

21
    *Dekalb County School District v. Meta Platforms,*
22  *Inc., et al.*

23  *Board of Education of Harford County v. Meta*
    *Platforms, Inc., et al.*
24

25

26

1

## DECLARATION OF IAN MCMEANS

2       I, Ian McMeans, declare as follows:

3       1.      I am a Software Engineer Manager and I have served as a Software Engineer at

4   YouTube/Google since 2017. In my role, I have worked in various engineering capacities related

5   to privacy and user data infrastructure. Through my role, I have developed an understanding of a

6   variety of types of data, products, and projects at YouTube, the sensitivities (privacy-related and

7   commercial) associated with them, and the efforts YouTube undertakes to maintain confidentiality

8   over them. I have an understanding of the facts set forth in this declaration based on a reasonable,

9   good faith examination of the material it concerns, and I could and would testify competently to

10  the facts set forth herein if called upon to do so.

11          **URLs to Internal and Non-Public Webpages/Documents**

12      2.      YouTube keeps URLs to internal, non-public webpages and documents

13  confidential as trade secret information because, if made public, there is a serious risk that large

14  numbers of unauthorized users could attempt to access these private webpages and documents.

15  This would flood Google's systems designed solely for internal employee traffic, thereby

16  disrupting or disabling business operations. This trade secret information includes direct links to

17  these private pages that the public could attempt to access without additional login credentials.

18  Additionally, making these URLs available to the public would create security risks by providing

19  potential bad actors with information about the internal structure of Google/YouTube's internal

20  systems that those actors could then exploit to attempt to access private webpages and documents.

21          **Internal Databases/User Data**

22      3.      YouTube keeps certain information about how it collects and stores data

23  concerning YouTube users confidential as trade secret information for several reasons, including

24  because making this information public could invite abuse by bad actors trying to manipulate

25

1

YouTube's systems to identify individual users, including for purposes of harassing, threatening, and/or doxxing those users.

4.    YouTube keeps certain information about the specific backend databases used to store YouTube user data confidential as trade secret information because, if made public, it could create security risks from bad actors seeking to target specific categories of user information in YouTube's possession.

5.    This trade secret information includes, for example, the specific names of databases along with the data those databases contain and how those databases store user data.

### Age Detection Systems

6.    YouTube maintains information about the operation of its age detection systems as confidential trade secret information because, if made public, it would permit bad actors (as well as the users these systems are intended to protect) to circumvent them. YouTube also keeps this information confidential because it could be used to facilitate replication of YouTube's proprietary methods by competitors without incurring the corresponding development costs or risks, depriving YouTube of the economic value and competitive advantage that flows from its investment and innovation and giving those competitors an unfair advantage. This trade secret information includes, for example, specific details regarding how YouTube's age detection systems function and the criteria used by YouTube's systems for age detection. This information is highly valuable to competitors developing their own age detection systems, and the value of this information to YouTube relies on its continued secrecy.

### Content Moderation Policies, Procedures, and Classifiers

7.    YouTube maintains information about its content moderation policies, procedures, and classifiers as confidential trade secret information because, if made public, bad actors could circumvent those policies, procedures, and classifiers to evade YouTube's content moderation

2

processes or otherwise exploit YouTube's content moderation systems. Beyond the risk of circumvention, there is also documented evidence that bad actors have engaged in drastic measures based on disagreement with content moderation decisions, including real world violence. YouTube also keeps this information confidential because it reflects proprietary methods developed through significant investment and could be used by competitors to replicate YouTube's proprietary methods without incurring the corresponding development costs, giving those competitors an unfair advantage. This trade secret information includes, for example, detailed internal descriptions of the lines YouTube draws when enforcing its content guidelines, and granular information about specific content criteria/characteristics against which YouTube will or will not enforce a particular content guideline.

### Competitor Analyses

8.      YouTube maintains information regarding its analyses of competitors as confidential trade secret information because that information provides insights into YouTube's competitive strategic decision-making, encompassing the identification and evaluation of competitors, competitive threats, market opportunities and strategic priorities. If available to competitors, this proprietary strategic intelligence would give those competitors an unfair advantage by enabling them to determine how YouTube evaluates competitors' behavior and would allow those competitors to adjust their own strategies to counteract or preempt YouTube's strategic priorities and otherwise undermine YouTube's competitive position. This trade secret information includes, for example, internal analysis of research findings related to usage of competitors' platforms and how those findings compare to YouTube.

### Product and Project Operations

9.      YouTube maintains information regarding ongoing product and project operations as confidential trade secret information because that information reveals insights into YouTube's

3

non-public product and feature launches, competitive priorities, and strategic decision-making and could be used to replicate YouTube's proprietary methods, features, and projects or preempt planned features without incurring the corresponding development costs or risks, depriving YouTube of the economic value that flows from its investment and innovation and giving competitors an unfair advantage if that information were revealed.

10.     YouTube maintains information regarding launched product and project operations as confidential trade secret information because that information reveals insights into YouTube's competitive priorities and strategic decision-making and could be used to replicate YouTube's proprietary methods, features, and projects or preempt planned features without incurring the corresponding development costs or risks, depriving YouTube of the economic value that flows from its investment and innovation and giving competitors an unfair advantage if that information were revealed.

11.     YouTube maintains information regarding past/deprecated product and project operations as confidential trade secret information because that information reveals insights into YouTube's competitive priorities and strategic decision-making and could be used to replicate YouTube's proprietary methods, features, and projects without incurring the corresponding development costs or risks, depriving YouTube of the economic value that flows from its investment and innovation and giving competitors an unfair advantage if that information were revealed.

12.     This category of trade secret information includes, for example, details of YouTube's internal strategy for the development and launch of new features, including descriptions of how those features function at a technical level.

**Financial Planning and Budgeting Information**

13.    YouTube maintains information regarding current/ongoing financial planning and budgeting as confidential trade secret information because that information reveals insights into YouTube's non-public product and feature launches in development, competitive priorities, and strategic decision-making, and could be used to replicate YouTube's proprietary methods, features and projects or preempt planned features, giving competitors an unfair advantage if that information were revealed.

14.    This disclosure of this information has market-moving impacts, and disclosure of such data outside of the context of proper disclosure vehicles (such as SEC filings) could cause confusion, adversely impact investor confidence, and cause unwarranted market reactions. This category of trade secret information includes, for example, non-public budget figures and spend-to-date details for particular projects intended to achieve specific strategic goals.

**Engagement Metrics**

15.    YouTube maintains various engagement metrics as trade secret information:

a.    ***Daily Active Users:*** YouTube maintains both current and historical Daily Active User counts as confidential trade secret information because those figures reveal insights into YouTube's competitive priorities and strategic decision-making, the effectiveness thereof, and YouTube's internal analyses of the same. Access to such information would allow competitors to evaluate the success of particular features, including the impact of launches and other strategic decisions on YouTube's engagement, thereby facilitating replication of YouTube's strategic decisions with the benefit of that confidential information without incurring the same development costs or risks and otherwise exploiting these confidential insights in ways that undermine YouTube's competitive position. This disclosure of this information has

5

market-moving impacts, and disclosure of such data outside of the context of proper disclosure vehicles (such as SEC filings) could cause confusion, adversely impact investor confidence, and cause unwarranted market reactions. This trade secret information consists of specific numbers of Daily Active Users, e.g., in connection with describing the impact of a given feature on the number of Daily Active Users.

b. ***Watch Time:*** YouTube maintains both current and historical Watch Time figures as confidential trade secret information because those figures reveal insights into YouTube's competitive priorities and strategic decision-making, the effectiveness thereof, and YouTube's internal analyses of the same. Access to such information would allow competitors to evaluate the success of particular features, including the impact of historical launches and other strategic decisions on YouTube's engagement, thereby facilitating replication of YouTube's strategic decisions with the benefit of that confidential information without incurring the same development costs or risks and otherwise exploiting these confidential insights in ways that undermine YouTube's competitive position. This trade secret information consists of specific Watch Time figures, e.g., in connection with describing the impact of a given feature on Watch Time.

c. ***Feature-Specific Engagement Metrics:*** YouTube maintains both current and historical user counts specific to the use of particular features as confidential trade secret information because those figures reveal insights into YouTube's competitive priorities and strategic decision-making, the effectiveness thereof, and YouTube's internal analyses of the same. Access to such information would allow competitors to evaluate the success of particular features, including the impact of historical launches and other strategic decisions on YouTube's engagement,

6

thereby facilitating replication of YouTube's strategic decisions already proven successful without incurring the same development costs or risks and otherwise exploiting these confidential insights in ways that undermine YouTube's competitive position. This disclosure of this information has market-moving impacts, and disclosure of such data outside of the context of proper disclosure vehicles (such as SEC filings) could cause confusion, adversely impact investor confidence, and cause unwarranted market reactions. This trade secret information consists of specific metrics associated with a given feature, e.g., in connection with describing trends in the total number of users of a given feature before and after changes to that feature.

d. ***Age-Specific Engagement Metrics:*** YouTube maintains current and historical user counts (and other metrics specific to current and historical use) specific to the use of YouTube and particular features thereof by particular age groups as confidential trade secret information because those figures reveal insights into YouTube's competitive priorities and strategic decision-making, the effectiveness thereof, and YouTube's internal analyses of the same. This information could also be used by competitors to evaluate YouTube's relative market position across particular age demographics at various timepoints. Access to such information would allow competitors to evaluate the success of particular features, including the impact of launches and other strategic decisions on YouTube's engagement across particular age groups, thereby facilitating replication of YouTube's strategic decisions with the benefit of that confidential information without incurring the same development costs or risks and otherwise exploiting these confidential insights in ways that undermine YouTube's competitive position. The disclosure of such information

7

has market-moving impacts, and disclosure of such data outside of the context of proper disclosure vehicles (such as SEC filings) could cause confusion, adversely impact investor confidence, and cause unwarranted market reactions. This trade secret information consists of specific metrics associated with a given age demographic, e.g., total numbers of users in a given age range in connection with describing usage trends across different age groups.

**YouTube's Efforts to Keep the Information at Issue Confidential**

16.     YouTube goes to great lengths to keep the categories of trade secrets outlined in paragraphs 2–15 confidential, including the information to be sealed here. YouTube maintains the confidentiality of such information by, among other things, requiring employees to sign nondisclosure agreements, instructing employees to keep documents with proprietary information about the internal working of our systems only on company servers, and instructing employees to only use Google's secure communications networks to transfer proprietary information. Google's company handbook expressly mandates that employees may not disclose the company's confidential information except on an "only as needed" basis subject to a non-disclosure agreement. YouTube's electronic systems and hard copy documents are maintained in secure facilities with restricted access, protected by multiple layers of access control systems and devices.

17.     This declaration supports the sealing of the following information:

| Item | Information To Be Sealed | Basis for Sealing |
|---|---|---|
| URLs to Internal, Non-Public Webpages/ Documents | All redacted material listed in Appendix A | I have reviewed the redacted portions and have concluded that they contain URLs to non-public webpages/documents that, if filed in the public record, would be likely to harm YouTube for the reasons described in paragraph 2 above. |

| Item | Information To Be Sealed | Basis for Sealing |
|---|---|---|
| Internal Databases/User Data | All redacted material listed in Appendix B | I have reviewed the redacted portions and have concluded that they contain confidential trade secret information related to the identification and operation of internal databases/user data that, if filed in the public record, would be likely to harm YouTube for the reasons described in paragraphs 3–5 above. |
| Age Detection Systems | All redacted material listed in Appendix C | I have reviewed the redacted portions and have concluded that they contain confidential trade secret information related to the design and operation of age detection systems that, if filed in the public record, would be likely to harm YouTube for the reasons described in paragraph 6 above, including enabling potential circumvention and causing competitive harm. |
| Content Moderation Policies, Procedures, and Classifiers | All redacted material listed in Appendix D | I have reviewed the redacted portions and have concluded that they contain confidential trade secret information related to the enforcement of content moderation policies and procedures and the functioning of and criteria used by content moderation classifiers that, if filed in the public record, would be likely to harm YouTube for the reasons described in paragraph 7 above, including enabling potential circumvention and causing competitive harm. |
| Competitor Analyses | All redacted material listed in Appendix E | I have reviewed the redacted portions and have concluded that they contain confidential trade secret information consisting of competitor analyses that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons described in paragraph 8 above. |

9

| Item | Information To Be Sealed | Basis for Sealing |
|---|---|---|
| Ongoing Product and Project Operations | All redacted material listed in Appendix F | I have reviewed the redacted portions and have concluded that they contain confidential trade secret information related to ongoing product and project operations revealing strategy for the development and launch of new features, the technical functioning of those features and/or the development of company projects that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons described in paragraph 9 above. |
| Launched Product and Project Operations | All redacted material listed in Appendix G | I have reviewed the redacted portions and have concluded that they contain confidential trade secret information related to launched product and project operations revealing strategy for the development and launch of new features, the technical functioning of those features and/or the development of company projects that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons described in paragraph 10 above. |
| Past/Deprecated Product and Project Operations | All redacted material listed in Appendix H | I have reviewed the redacted portions and have concluded that they contain confidential trade secret information related to past/deprecated product and project operations revealing strategy for the development and launch of new features, the technical functioning of those features, and/or the development of company projects that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons described in paragraphs 11–12 above. |

| Item | Information To Be Sealed | Basis for Sealing |
|---|---|---|
| Financial/Budget Information (Ongoing/Current) | All redacted material listed in Appendix I | I have reviewed the redacted portions and have concluded that they contain confidential trade secret information consisting of ongoing/current financial/budget information revealing non-public budget figures and/or spend-to-date details that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons described in paragraphs 13–14 above. |
| Engagement Metrics: Daily Active Users (Current) | All redacted material listed in Appendix J | I have reviewed the redacted portions and concluded that they contain confidential trade secret information consisting of specific numbers of current Daily Active Users that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons discussed in paragraph 15(a) above. |
| Engagement Metrics: Daily Active Users (Past) | All redacted material listed in Appendix K | I have reviewed the redacted portions and concluded that they contain confidential trade secret information consisting of specific numbers of past Daily Active Users that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons discussed in paragraph 15(a) above |
| Engagement Metrics: Watch Time (Current) | All redacted material listed in Appendix L | I have reviewed the redacted portions and concluded that they contain confidential trade secret information consisting of current Watch Time metrics that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons discussed in paragraph 15(b) above. |
| Engagement Metrics: Watch Time (Past) | All redacted material listed in Appendix M | I have reviewed the redacted portions and concluded that they contain confidential trade secret information consisting of past Watch Time metrics that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons discussed in paragraph 15(b) above. |

11

| Item | Information To Be Sealed | Basis for Sealing |
|---|---|---|
| Engagement Metrics: Feature-Specific Engagement (Current) | All redacted material listed in Appendix N | I have reviewed the redacted portions and concluded that they contain confidential trade secret information consisting of current feature-specific engagement metrics that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons discussed in paragraph 15(c) above. |
| Engagement Metrics: Feature-Specific Engagement (Past) | All redacted material listed in Appendix O | I have reviewed the redacted portions and concluded that they contain confidential trade secret information consisting of past feature-specific engagement metrics that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons discussed in paragraph 15(c) above. |
| Engagement Metrics: Age-Specific Engagement (Current) | All redacted material listed in Appendix P | I have reviewed the redacted portions and concluded that they contain confidential trade secret information consisting of current age-specific engagement metrics that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons discussed in paragraph 15(d) above. |
| Engagement Metrics: Age-Specific Engagement (Past) | All redacted material listed in Appendix Q | I have reviewed the redacted portions and concluded that they contain confidential trade secret information consisting of past age-specific engagement metrics that, if filed in the public record, would likely be competitively harmful to YouTube for the reasons discussed in paragraph 15(d) above. |

12

Docusign Envelope ID: EE3C9575-577D-4752-ABEE-C2FDE3D9C104

1        I declare under penalty of perjury that the foregoing is true and correct.

2   Executed on February 9, 2026, in Camarillo, California.

3

                             /s/ Ian McMeans

4                              Ian McMeans

**APPENDIX A:**
**URLs to Internal and Non-Public Webpages/Documents**

| |
|---|
| Ex. 545 highlighting at pdf p. 10. |
| Ex. 546 highlighting at pdf pp. 2–8. |
| Ex. 693 highlighting at pdf pp. 2, 5–9, 11–17, 20–22. |
| Ex. 710 highlighting at pdf p. 3. |
| Ex. 712 highlighting at pdf pp. 2, 3. |
| Ex. 713 highlighting at pdf pp. 2–11. |
| Ex. 719 highlighting at pdf pp. 2, 6. |
| Ex. 720 highlighting at pdf pp. 2, 3. |
| Ex. 721 highlighting at pdf pp. 7, 9. |
| Ex. 724 highlighting at pdf p. 6. |
| Ex. 726 highlighting at pdf pp. 2, 3. |
| Ex. 728 highlighting at pdf pp. 3, 4, 7. |
| Ex. 731 highlighting at pdf pp. 2–5, 7–9, 14–16. |
| Ex. 732 highlighting at pdf pp. 3, 7, 8. |
| Ex. 734 highlighting at pdf pp. 2, 3, 6, 7. |
| Ex. 736 highlighting at pdf p. 17. |
| Ex. 738 highlighting at pdf pp. 9, 19. |
| Ex. 741 highlighting at pdf pp. 11, 22, 24. |
| Ex. 742 highlighting at pdf pp. 4–6, 8, 12–18. |
| Ex. 744 highlighting at pdf pp. 2–3, 5–9, 11–20. |
| Ex. 752 highlighting at pdf p. 14. |
| Ex. 755 highlighting at pdf pp. 2, 4. |
| Ex. 761 highlighting at pdf p. 2. |
| Ex. 762 highlighting at pdf p. 4. |
| Ex. 764 highlighting at pdf pp. 3, 4. |
| Ex. 765 highlighting at pdf p. 9. |

i

| |
|---|
| Ex. 768 highlighting at pdf pp. 2–9. |
| Ex. 769 highlighting at pdf pp. 22, 25. |
| Ex. 774 highlighting at pdf p. 27. |
| Ex. 776 highlighting at pdf pp. 2, 3, 6, 7. |
| Ex. 777 highlighting at pdf p. 2. |
| Ex. 778 highlighting at pdf p. 6. |
| Ex. 779 highlighting at pdf pp. 8, 12, 35, 38, 49, 59, 68, 69, 70. |
| Ex. 780 highlighting at pdf pp. 2–4, 6–10. |
| Ex. 781 highlighting at pdf pp. 3, 4. |
| Ex. 784 highlighting at pdf p. 2. |
| Ex. 785 highlighting at pdf pp. 2, 4, 9, 12. |
| Ex. 786 highlighting at pdf pp. 6, 18, 19. |
| Ex. 788 highlighting at pdf p. 3. |
| Ex. 789 highlighting at pdf pp. 10, 25. |
| Ex. 790 highlighting at pdf pp. 8, 19, 21. |
| Ex. 793 highlighting at pdf pp. 2, 4–9, 12–14, 18. |
| Ex. 796 highlighting at pdf p. 4. |
| Ex. 799 highlighting at pdf pp. 2, 3, 6–9. |
| Ex. 844 highlighting at pdf pp. 2, 4, 9. |
| Ex. 880 highlighting at pdf pp. 2–6, 8. |
| Ex. 1006 highlighting at pdf p. 6. |
| Ex. 1011 highlighting at pdf pp. 2–5. |
| Ex. 1015 highlighting at pdf pp. 2, 3, 7, 8, 10, 11. |
| Ex. 1016 highlighting at pdf pp. 3, 4, 14, 17. |
| Ex. 1018 highlighting at pdf pp. 2–4, 6, 7, 9, 10. |
| Ex. 1021 highlighting at pdf pp. 3, 4. |
| Ex. 1025 highlighting at pdf p. 30. |
| Ex. 1026 highlighting at pdf p. 25. |
| Ex. 1028 highlighting at pdf p. 5. |
| Ex. 1032 highlighting at pdf pp. 19, 21. |

ii

1

| |
|---|
| Ex. 1034 highlighting at pdf pp. 3, 10, 11, 13, 15, 16. |
| Ex. 1036 highlighting at pdf pp. 2, 3, 5, 7, 9–11. |
| Ex. 1037 highlighting at pdf pp. 19, 21, 24. |
| Ex. 1040 highlighting at pdf p. 4. |
| Ex. 1044 highlighting at pdf pp. 7, 9. |
| Ex. 1049 highlighting at pdf p. 4. |
| Ex. 1050 highlighting at pdf pp. 2, 4, 11. |
| Ex. 1057 highlighting at pdf pp. 6, 14. |
| Ex. 1058 highlighting at pdf p. 2. |
| Ex. 1061 highlighting at pdf p. 26. |
| Ex. 1062 highlighting at pdf p. 4. |
| Ex. 1065 highlighting at pdf pp. 2–6, 10, 12, 14–15. |
| Ex. 1075 highlighting at pdf pp. 2–5. |
| Ex. 1076 highlighting at pdf pp. 2–3, 5–7, 9–10, 12. |
| Ex. 1072 highlighting at pdf pp. 2, 3. |
| Ex. 1077 highlighting at pdf p. 6. |
| Ex. 1081 highlighting at pdf p. 18. |
| Ex. 1111 highlighting at pdf p. 5. |
| Ex. 1116 highlighting at pdf p. 2. |
| Ex. 1135 highlighting at pdf pp. 10, 13. |
| Ex. 1143 highlighting at pdf pp. 2–4, 9, 10. |
| Ex. 1174 highlighting at pdf p. 3. |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

iii

26

1

**APPENDIX B:**
**Internal Databases/User Data**

2

3  | Ex. 693 highlighting at pdf pp. 6, 20. |
4  | Ex. 713 highlighting at pdf pp. 3–9. |
   | Ex. 716 highlighting at Tr. pp. 33:22, 34:10. |
5  | Ex. 728 highlighting at pdf p. 7. |
6  | Ex. 731 highlighting at pdf p. 4. |
7  | Ex. 786 highlighting at pdf pp. 8, 17–19. |
   | Ex. 1010 highlighting at Tr. pp. 68:25-69:18. |
8  | Ex. 1081 highlighting at pdf p. 18. |
9  | Ex. 1137 highlighting at pdf p. 4. |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

iv

26

1

**APPENDIX C:**
**Age Detection Systems**

2

| |
|---|
| Ex. 716 highlighting at Tr. pp. 32:6–9, 32:11–13, 32:15–17, 32:23–25, 33:1–2, 33:5–7, 33:9–11, 54:5–13, 54:16–55:1, 56:23–57:15. |
| Ex. 721 highlighting at pdf pp. 4–6, 8, 10, 11, 13, 17, 21. |
| Ex. 766 highlighting at Tr. pp. 493:11–13, 493:15–21, 493:23, 493:24, 494:3–6, 494:18, 495:1–2, 495:9. |
| Ex. 781 highlighting at pdf p. 2. |
| Ex. 782 highlighting at pdf pp. 9, 12. |
| Ex. 784 highlighting at pdf pp. 2, 3. |
| Ex. 785 highlighting at pdf pp. 4–12. |
| Ex. 880 highlighting at pdf pp. 4–6. |
| Ex. 932 highlighting at pdf pp. 2–4. |
| Ex. 989 highlighting at pdf pp. 67–68. |
| Ex. 1012 highlighting at Tr. pp. 111:24–112:2, 138:3–14, 210:10, 211:9–13. |
| Ex. 1032 highlighting at pdf pp. 6–7, 19–20, 24–25, 31, 32. |
| Ex. 1044 highlighting at pdf pp. 4–6, 8, 10, 11, 13, 17, 21. |
| Ex. 1122 highlighting at Tr. pp. 70:15–25, 71:6–25, 72:1–10, 73:21–24, 74:3–6, 74:9–25, 75:1–10, 84:1–4, 84:25, 85:5–6. |
| Ex. 1123 highlighting at pdf p. 2. |
| Ex. 1142 highlighting at pdf p. 22. |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

v

1

**APPENDIX D:**
**Content Moderation Policies, Procedures, and Classifiers**

2

3

| Ex. 730 highlighted at pdf pp. 7, 11, 12. |
|---|

4

| Ex. 735 highlighting at pdf pp. 3–5, 7–16, 20–22. |
|---|

| Ex. 1001 highlighting at Tr. pp. 71:11–18, 72:1–25, 73:1–6, 73:9–15, 180:1–14. |
|---|

5

| Ex. 1011 highlighting at pdf pp. 2–5. |
|---|

6

| Ex. 1029 highlighting at Tr. pp. 234:8, 235:21. |
|---|

7

| Ex. 1077 highlighting at pdf pp. 5–18, 20–22. |
|---|

8

| Ex. 1081 highlighting at pdf pp. 16–18, 20, 21, 25, 26. |
|---|

| Ex. 1137 highlighting at pdf p. 4. |
|---|

9

| Ex. 1173 highlighting at pdf pp. 5, 6. |
|---|

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**APPENDIX E:**
**Competitor Analyses**

2

3    | Ex. 844 highlighting at pdf p. 4. |
| --- |
4    | Ex. 1135 highlighting at pdf pp. 7, 8, 16, 18, 20. |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**APPENDIX F:**
**Ongoing Product and Project Operations**

2

3

| |
|---|
| Ex. 545 highlighting at pdf. pp. 5, 9, 12. |
| Ex. 546 highlighting at pdf pp. 2–6, 8, 9. |
| Ex. 716 highlighting at Tr. pp. 55:14, 55:20–22. |
| Ex. 731 highlighting at pdf pp. 5–8, 10–12. |
| Ex. 740 highlighting at Tr. pp. 240:24–25. |
| Ex. 742 highlighting at pdf pp. 10. |
| Ex. 766 highlighting at Tr. pp. 486:12–14, 487:18–20. |
| Ex. 772 highlighting at pdf pp. 6. |
| Ex. 776 highlighting at pdf pp. 6–8. |
| Ex. 786 highlighting at pdf pp. 8–12, 14–19. |
| Ex. 787 highlighting at pdf pp. 3, 7–9, 11–18. |
| Ex. 858 highlighting at pdf pp. 6, 11, 12, 17, 18, 20. |
| Ex. 880 highlighting at pdf pp. 4–8. |
| Ex. 909 highlighting at Tr. pp. 28:6–7, 32:13–21, 36:7–9, 38:12–13, 38:16–17, 38:25, 39:8–9, 39:17–40:5. |
| Ex. 985 highlighting at pdf pp. 46–47. |
| Ex. 1010 highlighting at Tr. pp. 67:10–21, 68:25–69:18, 78:1–6, 81:12, 81:17–22. |
| Ex. 1012 highlighting at Tr. pp. 184:15–16, 184:21–186:7, 186:9–10, 186:12–187:5, 187:7–15, 188:4-16, 188:19–189:7; 189:10–13, 189:15–23, 193:11–20, 194:7–18, 197:22–198:7, 202:10–203:7, 203:9–204:5, 206:22–207:11, 207:13–208:24, 211:15–16, 211:18–23, 212:14–16, 212:19–25, 213:2–6. |
| Ex. 1018 highlighting at pdf pp. 6, 7. |
| Ex. 1025 highlighting at pdf pp. 9–14, 18, 20–23, 25–31. |
| Ex. 1034 highlighting at pdf pp. 11–14. |
| Ex. 1036 highlighting at pdf pp. 13, 14. |
| Ex. 1037 highlighting at pdf pp. 5, 7, 10, 14, 16, 17, 26–30. |
| Ex. 1048 highlighting at pdf p. 3. |
| Ex. 1057 highlighting at pdf pp. 2–4, 6–10, 12–14. |
| Ex. 1061 highlighting at pdf pp. 23. |
| Ex. 1071 highlighting at pdf pp. 3, 6–38, 40. |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

viii

26

| |
|---|
| Ex. 1072 highlighting at pdf p. 2. |
| Ex. 1075 highlighting at pdf pp. 3–5, 7. |
| Ex. 1080 purple highlighting at pdf pp. 3, 4. |
| Ex. 1081 highlighting at pdf pp. 4, 5. |
| Ex. 1135 highlighting at pdf pp. 19, 21, 23. |
| Ex. 1136 highlighting at pdf pp. 5, 7, 9–12. |

ix

1

**APPENDIX G:**
**Launched Product and Project Operations**

2

3    | Ex. 693 highlighting at pdf pp. 8, 11–17, 20–23, 25. |
|---|

4    | Ex. 721 highlighting at pdf pp. 4–6. |
|---|
| Ex. 744 highlighting at pdf pp. 2–3, 5–20. |

5    | Ex. 758 highlighting at pdf p. 16. |
|---|

6    | Ex. 772 highlighting at pdf pp. 4, 6, 9, 10–12. |
|---|

7    | Ex. 1020 highlighting at pdf p. 3. |
|---|

8    | Ex. 1026 highlighting at pdf p. 26. |
|---|
| Ex. 1037 highlighting at pdf p.15. |

9    | Ex. 1044 highlighting at pdf pp. 4–6. |
|---|

10    | Ex. 1112 highlighting at pdf pp. 8–13, 15–16. |
|---|

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                        x

26

1

**APPENDIX H:**
**Past/Deprecated Product and Project Operations**

2

3
| Ex. 693 highlighting at pdf p. 18. |
| --- |

4
| Ex. 766 highlighting at Tr. pp. 483:5–6, 483:11–17, 483:20–23, 486:6–7. |
| --- |

| Ex. 793 highlighting at pdf pp. 12, 13, 18. |

5
| Ex. 1011 highlighting at pdf pp. 3–4. |

6
| Ex. 1059 highlighting at pdf pp. 6, 8, 10, 11. |

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

xi

26

1

**APPENDIX I:**
**Financial Planning and Budgeting Information**

2

| |
|---|
| Ex. 751 highlighting at pdf p. 18. (*The red box on pdf. p.18 is in the original; the red boxes with yellow highlighting reflect the redacted material*). |
| Ex. 758 highlighting at pdf pp. 6, 7. |
| Ex. 760 highlighting at pdf pp. 2, 3. |
| Ex. 772 highlighting at pdf p. 9. |
| Ex. 993 highlighting at pdf pp. 201, 202. |
| Ex. 1012 highlighting at Tr. pp. 24:12–16, 191:1, 191:10–18, 191:21–192:18, 194:25–195:1, 195:5–12, 195:15–196:17, 196:19–197:12, 198:9–15, 198:18–199:11, 199:16–200:7, 200:16–20, 201:2–12, 204:7–10, 204:12–205:10, 205:13–18, 205:20–206:4. |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**APPENDIX J:**
**Engagement Metrics: Daily Active Users (Current)**

2

3

| Ex. 545 highlighting at pdf p. 8. |
|---|
| Ex. 720 highlighting at pdf p. 2. |
| Ex. 731 highlighting at pdf p. 14. |
| Ex. 1173 highlighting at pdf p. 5. |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**APPENDIX K:**
**Engagement Metrics: Daily Active Users (Past)**

2

3

Ex. 701 highlighting at pdf pp. 4, 5.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

xiv

26

1

2

**APPENDIX L:**
**Engagement Metrics: Watch Time (Current)**

3

| Ex. 545 highlighting at pdf p. 8. |
|---|
| Ex. 713 highlighting at pdf p. 6. |
| Ex. 731 highlighting at pdf p. 10. |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF IAN MCMEANS IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S SEALING MOTION REGARDING
EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT
Case No. 4:22-MD-03047-YGR

1

**APPENDIX M:**
**Engagement Metrics: Watch Time (Past)**

2

3

Ex. 751 highlighting at pdf pp. 18, 19. (*The red box on pdf. p.18 is in the original; the red boxes with yellow highlighting reflect the redacted material*).

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

xvi

26

1

**APPENDIX N:**
**Engagement Metrics: Feature-Specific Engagement (Current)**

2

| |
|---|
| Ex. 713 highlighting at pdf p. 6. |
| Ex. 720 highlighting at pdf pp. 2, 3. |
| Ex. 731 highlighting at pdf pp. 3, 4, 12, 15. |
| Ex. 749 highlighting at pdf pp. 3, 6, 7. |
| Ex. 858 highlighting at pdf p. 4. |
| Ex. 985 highlighting at pdf p. 75. |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**APPENDIX O:**
**Engagement Metrics: Feature-Specific Engagement (Past)**

2

3    | Ex. 758 highlighting at pdf pp. 8, 9, 13. |
     |---|

4    | Ex. 1057 highlighting at pdf pp. 4, 6. |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                       xviii

1

**APPENDIX P:**
**Age-Specific Engagement (Current)**

2

| |
|---|
| Ex. 545 highlighting at pdf pp. 8, 12. |
| Ex. 702 highlighting at Tr. pp. 157:20, 157:24, 158:13, 158:20, 162:17–18. |
| Ex. 720 highlighting at pdf pp. 2, 3. |
| Ex. 786 highlighting at pdf pp. 5, 8–9, 14, 18, 19. |
| Ex. 787 highlighting at pdf p. 15. |
| Ex. 1025 highlighting at pdf p. 35. |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**APPENDIX Q:**
**Age-Specific Engagement (Past)**

2

3

Ex. 784 highlighting at pdf pp. 2, 3.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26