# EXHIBIT 20

1  Joseph G. Petrosinelli, *pro hac vice*
   Ashley W. Hardin, *pro hac vice*
2  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue SW
3  Washington, DC 20024
   Telephone: +1 (202) 434-5000
4  jpetrosinelli@wc.com
   ahardin@wc.com
5
6  *Attorney for Defendants YouTube, LLC
   and Google LLC*
7

8              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                      OAKLAND DIVISION

10 | IN RE: SOCIAL MEDIA ADOLESCENT | MDL No. 3047
11 | ADDICTION/PERSONAL INJURY
   | PRODUCTS LIABILITY LITIGATION | Case No.: 4:23-cv-04659-YGR
12
13 | This Document Relates To: | **DECLARATION OF JAMES BESER IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S SEALING MOTION REGARDING EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**
14 | *Breathitt County Board of Education v. Meta Platforms, Inc., et al.*
15 | *Tucson Unified School District v. Meta Platforms, Inc., et al.*
16
17 | *Charleston County School District v. Meta Platforms, Inc., et al.* | Judge: Hon. Yvonne Gonzalez Rogers
18 | | Magistrate Judge: Hon. Peter H. Kang
19 | *Irvington Public Schools v. Meta Platforms, Inc., et al.*
20 | *Dekalb County School District v. Meta Platforms, Inc., et al.*
21
22 | *Board of Education of Harford County v. Meta Platforms, Inc., et al.*
23
24
25
26

## DECLARATION OF JAMES BESER

I, James Beser, declare as follows:

1. I have served as a Senior Director, Product Management - Kids and Family, at YouTube since 2016. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to their truth if called upon to do so.

2. YouTube maintains information regarding ongoing and launched product and project proposals, operations, and planned launches as confidential trade secret information because that information reveals insights into YouTube's non-public product and feature launches, competitive priorities, and strategic decision-making and could be used to replicate YouTube's proprietary methods, features, and projects or preempt planned features without incurring the corresponding development costs or risks, depriving YouTube of the economic value that flows from its investment and innovation and giving competitors an unfair advantage if that information were revealed.

3. This category of trade secret information includes, for example, details of YouTube's brainstorming and consideration of potential new platform design and features, and internal strategy for the development and launch of new features, including the name of the confidential internal testing platform that YouTube uses.

4. I have reviewed the excerpts described herein that YouTube seeks to seal.

5. The redacted portions of pages 5, 9, and 12 of **Exhibit 545** identify specific analyses and processes that YouTube uses when developing, testing, and launching classifiers. Public disclosure of this information would help competitors replicate or borrow from YouTube's classifier-launch processes to improve their own.

6. The redacted portions of pages 2–6 and 8–9 of **Exhibit 546** discuss specific user behavior patterns, metrics, and analyses that YouTube uses or considered to optimize its recommendation system for long-term user utility. Public disclosure of this information would provide competitors with a roadmap to replicate key aspects of YouTube's recommendation algorithm by identifying inputs that YouTube's recommendation system considers and YouTube's internal analysis on what factors drive use.

7. The redacted portions of pages 8, 11–17, 20–23, and 25 of **Exhibit 693** reflect technical information about how YouTube's proprietary tools for creating Shorts videos work. For example, the redacted portions describe specific challenges that YouTube's engineering teams have identified with respect to the Shorts Editor and the backend responsibilities of various internal teams over Shorts Editor. Competitors could use this information to improve their own short-form video platforms and overcome their own engineering obstacles.

8. **Exhibit 731** is a recent document (2023) that concerns specific potential improvements to YouTube's offerings for youth users. The redacted portions on pages 3, 4, 10, 12, and 14–15 reflect internal metrics used to assess and evaluate various aspects of the YouTube platform, such as how many users access the platform through different access points, numbers that show how many users make use of certain features of the platform, and the types and numbers of videos that are accessible on different types of YouTube accounts. The redacted portions of pages 5–8 and 10–12 discuss specific ideas for improving YouTube Kids and SupeX. Competitors could use this information to gain a better understanding of how to attract and retain users, including by developing products and features that are used by YouTube.

9. The redacted portions of pages 10 of **Exhibit 742** reflect financial estimates from 2018 through 2025 concerning investment growth rates and the total market opportunity for

3

1  certain educational technology products, and proposals relating to the future development of
2  YouTube solutions within Google Suite.  This information is recent, non-public, and relates to
3  ongoing projects.  Public disclosure would provide competitors with insight into YouTube's
4  product-related strategies, priorities, and decision-making.  Such disclosure could influence
5  competitors' business strategies in the education market, including whether and how they develop
6  similar educational offerings, resulting in competitive harm to Google.

7    10.    The redacted portions on pages 2, 5–17, and 19 of **Exhibit 744** reflect internal
8  research, analysis, and discussions about potential new and/or enhanced design features for
9  Google's Player for Education tool available to schools for pedagogical purposes.  Competitors
10 can use this information to learn about Google's potentially new and ongoing confidential,
11 proprietary design features for the tool.  This information has never been disclosed publicly and
12 Google treats it as strictly confidential and limits access internally.  Public disclosure of this
13 information may influence the competitive decision-making and business strategies by Google's
14 competitors in both the education and video streaming industries; for example, by influencing
15 whether and how those competitors develop similar educational offerings.  The information is
16 valuable to any competitor looking to enhance their own platform offerings to compete with
17 Google's educational service and client base.

18   11.    The redacted portions of pages 4, 6, and 12 of **Exhibit 772** describe specific future
19 goals for the Search and Discovery teams at YouTube related to YouTube's commitment to
20 provide a platform that users find engaging, satisfying, and safe, including proposals on how to
21 further identify and reduce low quality content posted to the platform by some creators.  These
22 pages also include YouTube's metrics for measuring achievement of those goals.  Although the
23 document was created in 2019, the goals and metrics used by YouTube to achieve and measure

1    these goals, as well as how YouTube identifies and classifies low quality content, remain ongoing

2    and constitute confidential trade secrets.  Making this information public would provide a

3    guidepost to YouTube's competitors on how to build similar classifiers.  It would also allow bad

4    actors to try to evade these classifiers to upload low-quality content.

5         Similarly, pages 10-11 contain visual mock-ups of potential redesigns of the YouTube

6    platform and certain features. These are confidential, internal proposals regarding user interface

7    with the platform—the disclosure of which could undercut YouTube's competitive advantage.

8         12.    **Exhibit 785** is a recent document (March 2023) that outlines each Google-wide

9    workflow on its age inference model that Google/YouTube launched in the U.S. in 2025.  The

10   redacted portions on pages 4–12 reflect workstreams that are ongoing and outline specific goals

11   related to the scope of and potential improvements to the age inference model.  They also outline

12   how Google/YouTube planned to adjust or modify its product design to improve its age inference

13   model.

14        13.    **Exhibit 786** is a recent document (March 2023) that outlines how YouTube uses

15   certain user demographic signals.  The redacted portions explain how Google/YouTube collects

16   certain user demographic signals and which products or models have access to those signals

17   (pages 11–12, 14–15).  It contains ideas and proposals about how to leverage demographic signals

18   for different products or models (pages 8–10, 16–19).

19        14.    The redacted portions on pages 3 and 11–18 of **Exhibit 787** outline YouTube's

20   ongoing effort to implement its age inference model and YouTube's strategy for addressing the

21   business impact of this product launch.  The redacted portions of the document focus on a highly

22   sensitive ongoing project (defined on page 3 and discussed in detail on pages 11 and 13–18).  The

23   document discusses non-public product design changes that YouTube considered in the wake of

24

25                                              5

the age inference launch. Competitors could use this confidential and proprietary insight into YouTube's future development efforts and business strategy to undercut YouTube's competitive advantage.

15. The redacted portions of pages 4, 5–8 of **Exhibit 880** reflect recent expansion and launch plans that are applicable to how YouTube has implemented, and plans to implement, product changes to comply with U.S. AADC (Age Appropriate Design Code) requirements. This information is part of an ongoing compliance initiative. Public disclosure would provide minors with critical information on how YouTube is looking to infer age consistent with AADC requirements, facilitating circumvention of those safeguards, and would also provide competitors with information about YouTube's confidential product roadmap and compliance strategy, causing competitive harm and undermining YouTube's ability to implement these measures effectively.

16. The redacted portions of pages 184–187, 188–189, 191–208, 210–213 of **Exhibit 1012** include quotes from and discussion of the sensitive ongoing project described above in connection with Exhibit 787.

17. The redacted portions of **Exhibit 1025** (pages 9–14, 18, 20–23, 25–31) explain how YouTube designed and tested its VIBE (Volume Impacts Wellbeing) Classifier, the principles underlying the development and design of that classifier, and the type of content that YouTube tries to reduce using this classifier. YouTube does not seek to seal the document in full. Rather, it seeks to seal only sensitive, confidential information about how YouTube designed and trained this classifier so that bad actors cannot try to work around YouTube's safety protections.

18. The redacted portions of pages 11–14 of **Exhibit 1034** reflect discussions and a planned approach to modify certain aspects of YouTube's current teen wellbeing features. This

6

DECLARATION OF JAMES BESER IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S SEALING MOTION REGARDING EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT
Case No. 4:22-MD-03047-YGR

information is a part of a developing project and the redesigned features have not been released to the public. Google treats this information as extremely sensitive and public disclosure of this information now could influence the decision-making and business strategies by Google's competitors by aiding other competitors in redesigning their features in a competitive manner utilizing Google's plans as a framework. As such, this information could be very valuable to Google's competitors to improve or redesign their own platforms.

19. **Exhibit 1057** is a recent document (September 2023) discussing plans relating to GenAI, user-generated content and effects, and goals for growing the platform's base of content creators. The redacted portions discuss ongoing and highly sensitive workstreams and set out specific, non-public strategies for acquiring and retaining creators, including proposed feature development, implementation plans, and related metrics (pages 2–4, 6–10, 12–14). This information is treated by Google as strictly confidential, with access limited internally. Disclosure would provide competitors with insight into YouTube's current and prospective proprietary features and strategic priorities. Competitors could use this information to inform their own product design and business strategies in the video-streaming market, resulting in concrete competitive harm to Google.

20. **Exhibit 1075** is a recent product document (February 2024) that details YouTube's product plans for approaching wellbeing implications of GenAI creation tools. Redacted portions of this document discuss proposed and in-development products relating to GenAI (pages 3–5, 7). Disclosure would provide competitors insight into YouTube's current and prospective proprietary features, and would allow competitors to use this information to inform their own GenAI product design, resulting in concrete competitive harm to Google.

7

21. In the ordinary course of business, YouTube keeps the above information confidential, including by not sharing it publicly and limiting who within the company can receive it.

1     I declare under penalty of perjury that the foregoing is true and correct.

2 Executed on February 9, 2026, in San Francisco, California.

/s/ *[signature]*
James Beser

---

DECLARATION OF JAMES BESER IN SUPPORT OF YOUTUBE, LLC AND GOOGLE LLC'S SEALING MOTION REGARDING EXHIBITS TO PLAINTIFFS' CORRECTED OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT
Case No. 4:22-MD-03047-YGR