[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-3047-YGR |
| This Document Relates to:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br>Case No.: 4:23-CV-1804<br><br>*Tucson Unified School District v. Meta Platforms, Inc., et al.*<br>Case No.: 4:24-cv-1382 | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE (BREATHITT AND TUCSON)** |

The undersigned parties jointly stipulate and agree, subject to the Court's approval, to the pretrial schedule identified herein. In support thereof, the parties state as follows:

**WHEREAS** the parties have been working diligently and in good faith and have agreed to the pretrial schedule.

**NOW THEREFORE** the parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order adopting the pretrial schedule, as set forth below, as may be modified and approved by the Court.

**PRETRIAL SCHEDULE**

| | |
|---|---|
| EXCHANGE LISTS OF EXPERTS (AND/OR SPECIFIC EXPERT OPINIONS) PARTIES WILL WITHDRAW IN BREATHITT & TUCSON CASES | February 23, 2026 |
| EXCHANGE LISTS OF ANTICIPATED RULE 702 MOTIONS[1] | February 25, 2026 |
| FILE REMAINING RULE 702 MOTIONS | March 2, 2026 |
| EXCHANGE LISTS OF PRIORITY MOTIONS IN LIMINE[2] | March 3, 2026 |
| FILE RULE 702 OPPOSITIONS | March 12, 2026 |
| FILE PRIORITY MOTIONS IN LIMINE | March 10, 2026 |
| HEARING ON JURY INSTRUCTIONS AND RULE 702 MOTIONS | March 18, 2026 at 9 a.m. PST |
| EXCHANGE FIRST UPDATED TRIAL WITNESS LISTS[3] | March 18, 2026 |
| EXCHANGE PHASE 1 DEPOSITION DESIGNATIONS[4] | March 24, 2026 |
| EXCHANGE OBJECTIONS TO PHASE 1 DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS | March 31, 2026 |
| FILE PRIORITY MOTION IN LIMINE OPPOSITIONS | March 24, 2026 |

---

[1] The remaining Rule 702 motions shall be limited to experts for whom the Court previously deferred such briefing including those that were disclosed in both the PI/SD cases and in the AG case. The parties shall meet and confer shortly after exchanging lists and before filing any such motions to explore resolution of issues in advance of briefing. For each expert subject to a Rule 702 motion, opening and opposition briefs shall be 15 pages per side (which may be aggregated in a single brief per side).

[2] The parties shall meet and confer shortly after the exchange of lists and prior to filing priority motions to explore the potential resolution of issues in advance of briefing. Each side may file up to 30 pages of priority motions in limine and up to 30 pages of opposition briefing. Each side may file a reply of no more than 5 pages on one priority MIL. There shall be no other replies.

[3] The parties' updated witness list shall indicate which witnesses they intend to call live and which they intend to call by designation.

[4] Plaintiffs may identify up to 2 witnesses per defendant (8 total) from the updated trial witness lists as "priority" witnesses for purposes of deposition designations. Defendants may identify up to 4 witnesses per plaintiff (8 total) from the updated trial witness lists as "priority" witnesses for purposes of deposition designations. The witnesses will be selected from among those who will testify by designation. For the convenience of the parties and the Court, Defendants shall provide Plaintiffs with a single, consolidated set of designations, counter-designations, and objections for each witness; however Defendants may identify the Defendant group presenting each designation (*e.g.,* Meta, TikTok, etc.). The parties shall exchange designations in an agreed-upon format.

| | | |
|---|---|---|
| 1 | FILE PRIORITY MOTION IN LIMINE REPLY | April 3, 2026 |
| 2, 3 | EXCHANGE OBJECTIONS TO PHASE 1 COUNTER-DESIGNATIONS AND COUNTER-COUNTER DESIGNATIONS | April 6, 2026 |
| 4, 5 | EXCHANGE OF SECOND UPDATED TRIAL WITNESS LIST[5] | April 6, 2026 |
| 6 | EXCHANGE OBJECTIONS TO PHASE 1 COUNTER-COUNTER DESIGNATIONS | April 9, 2026 |
| 7, 8 | SUBMIT PRIORITY DEPOSITION DESIGNATION DISPUTES TO THE COURT[6] | April 10, 2026 |
| 9 | EXCHANGE PROPOSED STATEMENTS OF THE CASE AND VERDICT FORMS | April 14, 2026 |
| 10 | HEARING ON PRIORITY MOTIONS AND PRIORITY DEPOSITION DESIGNATIONS | April 17, 2026 at 9 a.m. PST |
| 11 | EXCHANGE EXHIBIT LISTS[7] | April 20, 2026 |
| 12 | EXCHANGE PROPOSED TRIAL STIPULATIONS | April 23, 2026 |
| 13, 14 | EXCHANGE LISTS OF ANTICIPATED IN LIMINE MOTIONS[8] | April 27, 2026 |
| 15 | EXCHANGE INTERROGATORY ANSWER AND RESPONSE TO REQUESTS FOR ADMISSION DESIGNATIONS | April 27, 2026 |
| 16 | EXCHANGE OBJECTIONS TO THOSE DESIGNATIONS | April 30, 2026 |
| 17 | EXCHANGE DRAFT JOINT PRETRIAL CONFERENCE | May 1, 2026 |

---

[5] The parties second updated witness list shall indicate whether a witness is a "will call" or "may call," and it shall provide time estimates for each witness.

[6] The Parties shall submit no more than 30 pages of disputed excerpts. The parties believe that early decisions regarding these priority designations will assist in narrowing later disputes. The Parties shall meet and confer on a process to submit to the Court any disputes regarding further objections to deposition designations for both priority and non-priority witnesses on a rolling basis in advance of the anticipated use of those depositions at trial.

[7] Exhibit lists shall only include documents that a party in good faith believes it may use at trial. A party need not include a document that may be used only for impeachment on its exhibit list. The Parties shall meet and confer on a process to submit to the Court any disputes regarding objections to exhibits prior to the expected introduction of the disputed exhibit.

[8] The parties shall meet and confer shortly after the exchange of lists and prior to filing motions to explore the potential resolution of issues in advance of briefing. Each side may file up to 50 pages of motions in limine and up to 50 pages of opposition briefing. There shall be no replies. The page limits are for Breathitt and Tucson combined.

| | |
|---|---|
| Statement | |
| File Remaining in Limine Motions | May 1, 2026 |
| Compliance Deadline to Meet and Confer re Joint Pretrial Conference statement | May 6, 2026 |
| File Oppositions To Remaining in Limine Motions | May 11, 2026 |
| File Joint Pretrial Conference Statement | May 12, 2026 |
| Deliver Trial Readiness Binders and Motions in Limine Binder | May 13, 2026 by 12 p.m. PST |
| Pretrial Conference | May 27, 2026 at 9 a.m. PST |
| Last Day to Request Use of Electronic Equipment | June 5, 2026 |
| Jury Selection | June 12, 2026 at 8 a.m. PST |
| Provide Final Exhibits to the Court | June 12, 2026 by 5 p.m. PST |
| Start of Trial | June 15, 2026 at 8 a.m. PST |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____                                    _____
                                                                                           Hon. Yvonne Gonzalez Rogers
                                                                                           U.S. District Court Judge


Dated: February 10, 2026                    Respectfully submitted,

/s/ *Michael Weinkowitz*
MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsblaw.com

*Co-chair of School District Committee*
*Plaintiffs Leadership Committee*

4

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel*

KHALDOUN BAGHDADI
**WALKUP, MELODIA, KELLY & SCHOENBERGER, LLP**
650 California Street, 26th Fl.
San Francisco, CA 94108
Telephone: 415-981-7210
kbaghdadi@walkuplawoffice.com

RONALD E. JOHNSON, JR.
SARAH N. EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiffs Breathitt County Board of Education*

THOMAS P. CARTMELL
JONATHAN P. KIEFFER
AUSTIN BRANE
**WAGSTAFF & CARTMELL LLP**

4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

*Attorneys for Plaintiffs Tucson Unified School District*

**COVINGTON & BURLING LLP**

*/s/ Ashley M. Simonsen*
ASHLEY M. SIMONSEN (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

PHYLLIS A. JONES (*pro hac vice*)
PAUL W. SCHMIDT (*pro hac vice*)
CHRISTIAN J. PISTILLI (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: cpistilli@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; and Instagram, LLC*

1 | **WILLIAMS & CONNOLLY LLP**

/s/ *Ashley W. Hardin*
JOSEPH G. PETROSINELLI, *pro hac vice*
jpetrosinelli@wc.com
ASHLEY W. HARDIN, *pro hac vice*
ahardin@wc.com
J. ANDREW KEYES, *pro hac vice*
akeyes@wc.com
NEELUM J. WADHWANI (SBN 247948)
nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000

*Attorneys for Defendants YouTube, LLC and Google LLC*

**KING & SPALDING LLP**

*/s/David P. Mattern*
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, pro hac vice
*tharris@kslaw.com*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
*dmattern@kslaw.com*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

BAILEY J. LANGNER (SBN 307753)
*blangner@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC*

**MUNGER, TOLLES & OLSON LLP**

/s/ *Victoria A. Degtyareva*
JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100
Facsimile: (213) 687-3702


**KIRKLAND & ELLIS LLP**

ALLISON BROWN, *pro hac vice*
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON, *pro hac vice*
jessica.davidson@kirkland.com
JOHN J. NOLAN, *pro hac vice*
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*