# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| **Date:** February 11, 2025 | **Time:** 3 hours 34 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Lexi Hazam (Co-Lead Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Court Reporter:** Andrea Bluedorn; via Zoom

## PROCEEDINGS

Further Case Management Conference – Held.

The Court heard arguments on the School District pretrial schedule, State Attorneys General trial plan, jury instructions, and pre-filing conference for Meta and State Attorneys General experts.

The State AG parties are ordered to submit the preapproval order language to the Court. The SD parties are ordered to refile a proposed pretrial schedule.

The following School District pretrial deadlines are set:
First pretrial conference set on March 18, 2026, at 9:00 a.m.
Second pretrial conference set on April 14, 2026, at 9:00 a.m.
Jury Selection set on June 12, 2026, at 8:00 a.m.
Jury Trial set on June 15, 2026, at 8:00 a.m. (20 days; dark Fridays, June 20, 2026 and June 21, 2026)

The following State AG pretrial deadlines are set:
First pretrial conference set on March 18, 2026, at 9:00 a.m.
Second pretrial conference set on April 14, 2026, at 9:00 a.m.
State AG Motion for Summary Judgment hearing set on April 15, 2026, at 1:00 p.m.
Jury Selection set on August 5, 2026, at 8:00 a.m.
Jury Trial set on August 6, 2026, at 8:00 a.m. (20 days; dark Fridays, August 17, 2026 and August 18, 2026).

Written order to issue.