**SOCIAL MEDIA MDL**
**MONTHLY TIME REPORT**

Firm Name: Ron Austin Law
Date:

Categories: 1. Leadership Case Management Duties 2. Leadership calls/meetings 3. Admin 4. Court appearances 5. Pleadings/Briefing 6. Research 7. Litigation strategy
8. Doc review & analysis 9. Discovery 10. Experts 11. Settlement 12. Trial prep 13. Trial 14. Appeal 15. Miscellaneous

| Last Name, First Name | Professional Level: Partner (PT), Associate (A), Contract (C), Of Counsel (OC), or Paralegal (PR) | Date of Service | Category Code | Detailed Description of Work Performed | Co-Lead Counsel Who Assigned Or Approved Work | Billing Rate | Time Spent (by 0.1 increments) | Fees Total |
|---|---|---|---|---|---|---|---|---|
| Austin, Alanna | Associate (A) | 9/1/2024 | 08. Doc Review & Analysis | Interviewed potential new coder for YT doc review potential | Hazam, Lexi | $ 150.00 | 0.5 | $ 75.00 |
| Austin, Alanna | Associate (A) | 9/2/2024 | 09. Discovery | Reviewed email from Alberto Silva regarding priority deponent deadlines and then made several corrections. | Hazam, Lexi | $ 150.00 | 0.3 | $ 45.00 |
| Silva, Alberto | Associate (A) | 1/9/2024 | 09. Discovery | Weekly Youtube & JCCP Discovery call | Hurd, Ellyn | | 1.0 | |
| Silva, Alberto | Associate (A) | 1/16/2024 | 09. Discovery | Weekly Youtube & JCCP Discovery call | Hurd, Ellyn | | 1.0 | |
| Silva, Alberto | Associate (A) | 1/23/2024 | 09. Discovery | Weekly Youtube & JCCP Discovery call | Hurd, Ellyn | | 1.0 | |
| Silva, Alberto | Associate (A) | 1/30/2024 | 09. Discovery | Weekly Youtube & JCCP Discovery call | Hurd, Ellyn | | 1.0 | |
| Lydia, Dixon | Paralegal (PR) | 1/1/2024 | 09. Discovery | Updated Weekly Conference Call | ? | $ 100.00 | 1.0 | |
| Lydia, Dixon | Paralegal (PR) | 1/8/2024 | 09. Discovery | Updated Weekly Conference Call | ? | $ 100.00 | 1.0 | |
| Lydia, Dixon | Paralegal (PR) | 1/8/2024 | 13. Case Management | Mass Torts Team Meeting A | ? | $ 100.00 | 1.0 | |
| Lydia, Dixon | Paralegal (PR) | 1/15/2024 | 09. Discovery | Updated Weekly Conference Call | ? | $ 100.00 | 1.0 | |
| Lydia, Dixon | Paralegal (PR) | 1/22/2024 | 09. Discovery | Updated Weekly Conference Call | ? | $ 100.00 | 1.0 | |
| Lydia, Dixon | Paralegal (PR) | 1/22/2024 | 13. Case Management | Mass Torts Team Meeting B | ? | $ 100.00 | 1.0 | |
| Lydia, Dixon | Paralegal (PR) | 1/29/2024 | 09. Discovery | Updated Weekly Conference Call | ? | $ 100.00 | 1.0 | |
| Austin, Ron | Partner (PT) | 1/9/2024 | 09. Discovery | Weekly E-Discovery Meeting on Google-YouTube Document Review Progress and Production Coordination | Hazam, Lexi | | 1 | |
| Austin, Ron | Partner (PT) | 1/16/2024 | 09. Discovery | Weekly E-Discovery Meeting on Google-YouTube Document Review Progress and Production Coordination | Hazam, Lexi | | 1 | |
| Austin, Ron | Partner (PT) | 1/23/2024 | 09. Discovery | Weekly E-Discovery Meeting on Google-YouTube Document Review Progress and Production Coordination | Hazam, Lexi | | 1 | |
| Austin, Ron | Partner (PT) | 1/30/2024 | 09. Discovery | Weekly Meeting on Google-YouTube Document Review Progress and Production Coordination | Hazam, Lexi | | 1 | |
| Austin, Ron | Partner (PT) | 1/11/2024 | 09. Discovery | Bi-Weekly Meeting on Google-YouTube Document Review Progress and Production Coordination | Hazam, Lexi | | 1 | |

| Name | Role | Date | Category | Description | Supervisor | Rate | Hours |
|---|---|---|---|---|---|---|---|
| Austin, Ron | Partner (PT) | 1/25/2024 | 09. Discovery | Bi-Weekly Meeting on Google-YouTube Document Review Progress and Production Coordination | Hazam, Lexi | | 1 |
| Hussain, Hanzala | Paralegal (PR) | 1/29/2024 | 08. Doc Review & Analysis | Coded and tagged 19 documents on Disco; 6 emails, 3 texts; 9 PDFs, 1 PowerPoint; 93 tags; Policy Titles Analysis Research | Hazam, Lexi | | 6.5 |
| Austin, Alanna | Associate (A) | 1/15/2024 | 08. Doc Review & Analysis | Analyzed recent docket activity and court orders; Exhibit E Reporter's Transcript of Proceedings from December 7, 2023. | Previn, Warren | $400 | 0.2 |
| Austin, Alanna | Associate (A) | 1/15/2024 | 08. Doc Review & Analysis | Analyzed recent docket activity and court orders; Exhibit D Reporter's Transcript of Proceedings from October 24, 2014. | Previn, Warren | $400 | 0.2 |
| Austin, Alanna | Associate (A) | 1/15/2024 | 08. Doc Review & Analysis | Analyzed recent docket activity and court orders; Exhibit C Notification of Docket Entry | Previn, Warren | $400 | 0.3 |
| Austin, Alanna | Associate (A) | 1/15/2024 | 08. Doc Review & Analysis | Analyzed recent docket activity and court orders; Exhibit B Case Management Order No. 15 on May 1, 2018 Status Conference | Previn, Warren | $400 | 0.3 |
| Austin, Alanna | Associate (A) | 1/15/2024 | 08. Doc Review & Analysis | Analyzed recent docket activity and court orders; Exhibit A Transcript of Proceedings from November 16, 2023 before Judge Gonzalez in the Northern District of California | Previn, Warren | $400 | 0.3 |
| Austin, Alanna | Associate (A) | 1/15/2024 | 08. Doc Review & Analysis | Examined docket activity, evaluated court orders; Plaintiffs' Opposition to Request to "Prioritize" General Causation, filed by Seeger Weiss LLP on January 15, 2024 | Previn, Warren | $400 | 0.3 |
| Hussain, Hanzala | Paralegal (PR) | 1/30/2024 | 08. Doc Review | Coded and tagged 12 documents on Disco; 10 PDFs; 2 emails; 102 tags | Hazam, Lexi | | 4.2 |