**Exhibit 732**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Privileged

**Teen (Unsupervised) Viewer Wellbeing and Safety (DRAFT)**
POC: James Beser Erin Turner Jyoti Ramnath  Contributors: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (if you contributed, *pls add your ldap*)

## Problem Statement and Background

Our northstar principle is that YouTube should be a positive in the lives of teens, that it should be time well spent. The good news: amidst the heated debate about social media's impact on teen wellbeing (i.e. warning labels proposed by the U.S. Surgeon General) with rapidly evolving regulations (SMB bills and KOSPA), YouTube is seen as more positive than competitors by teens[1], parents[2], and even some KOFs[3]. This is largely due to our valuable content where teens can go deeper to explore & learn, as well as the trust we established through early industry leadership on responsibility (e.g first to launch take-a-break reminders, combating misinfo, etc).

However, we still have work to do on the two biggest challenges[4] for teen wellbeing on YouTube:
(1) low quality content recommendations that can convey & normalize unhealthy beliefs or behaviors
(2) prolonged unintentional use displacing valuable activities like time with friends or sleep.
These concerns are loudest on short form content (more popular with teens) due to its lack of depth and infinite feed experience.

While we have made important progress on both in 2023 & 2024, we are playing catch-up to the expectations of teens and parents (and regulators) on these issues. Similar work for MFK took ~5 years to fully come to fruition, which is time we don't have. To make a noticeable improvement in the product experience for unsupervised teens, we need to accelerate & land a cohesive set of solutions (P0s) below in 2025.

## Solution | Current and proposed

| Content issues (problematic, low quality, unsafe) | |
|---|---|
| Teens are at a developmental stage where they are forming their identity and sense of place in the world, so they are more heavily influenced by messages they see repeatedly in content than adults. This can have positive or negative effects on their wellbeing (link to wellbeing framework). We are taking a 'Raise and Reduce' approach in recommendations, applying objective content principles of low and high quality that have been developed with input from teens, parents, and child development experts. | |
| **1. Reduce Teen Low Quality: Progress so far**<br>• 2 categories in 2023 (VIBE classifier), now global in 2024 [add impact]<br>• 4 new categories for VIBE launching Q4 + new teen line for Racy + sVBR expansion | **To make 'Reduce' Teen Low Quality Comprehensive**<br>• Critical refinements:<br>  ○ (P0) Define Very Low Quality / Low Quality buckets to have 2 tiers of treatment severity<br>  ○ (P0) Identify & launch additional coverage gaps from user research (eg 'soft health' misinfo on sleep, fitness, nutrition, skin care)<br>• (P?) User controls to block content types that may be triggering [BE/FE collab]<br>• (P?) Address Comment quality for teens<br>• (P1) Investigate 'rabbit holes': launch a solution to address the concerns of 'too much of one thing' |
| **2. Raise Teen High Quality: Progress so far**<br>• Categories & golden set defined with teen & expert input | **To make 'Raise' Teen High Quality: Comprehensive**<br>• Launch 4 categories iteratively in 2025<br>• Define and expand 'soft health' which is a popular concept among teens<br>• Content intention setting: allow teens to change direction |

---

[1] 65% of teen girls said YouTube has had a "mostly positive" impact on their lives. (source: Common Sense Media report, page 6)
[2] 72% of US parents agree that "YouTube is a positive in my teen's life," significantly higher than competition (source: YouTube parent of teens narrative research 2024)
[3] "No, I can't imagine banning YouTube from kids lives - YouTube is a very very important platform."- *Jonathan Haidt, author of Anxious Generation (on NYTs Hard Fork Podcast)*
[4] Issues identified through our child development experts (OWLs), parents and resident health experts (1).

## Page 1 Comments

**A1** What are we doing for supervised AND unsupervised teens?
8/8/2024 09:36 PM

**J2** @█████ we would need to shorten this paragraph to make the content fit into 2 pages. Lets discuss more today.
Jyoti Ramnath, 8/20/2024 04:33 PM

**E3** @█████ do we have a similar research narrative deck on what teens think?
Erin Turner, 8/20/2024 05:22 AM

**F4** Here's the teen-equivalent (to AK's point, we didn't run the same study with teens): https://docs.google.com█████

Slide 7 has a good data point:

"more than half global teens (53% T2B) agree that 'YouTube is a better use of my time than other video platforms'.
█████, 8/20/2024 05:30 PM

**E5** wrt to valuable content, is it fair to say this is largely long form?
Erin Turner, 8/22/2024 04:26 PM

**F6** I don't think we made the distinction in the research cited above but double-checking with Insights team
█████, 8/22/2024 05:58 PM

**E7** need link that is specific to teens
Erin Turner, 8/22/2024 05:51 PM

**E8** to investigate: is self harm content still a problem for teens on YT?
Erin Turner, 8/22/2024 04:28 PM

**E9** █████ let's discuss. this was a point brought up by █████ at last Owls summit and we should talk to Intel team.
Erin Turner, 8/22/2024 04:29 PM

**E10** @█████ - Jyoti mentioned you have gfeedback from teens on overuse. Connor - can you help wrt to content quality?
Erin Turner, 8/22/2024 05:56 PM

**M11** Yeah, this is Shorts specific: https://docs.google.com█████
█████, 8/22/2024 06:11 PM

**C12** I'm conducting a sample audit of declared teen gFdbk since we just recently launched the ability to tag individual reports with declared age

@█████ - happy to connect more if we want to reconcile with your Shorts report!
Connor Barrett, 8/22/2024 08:15 PM

**M13** Setup time tomorrow
█████, 8/22/2024 10:21 PM

**E14** get link
Erin Turner, 8/20/2024 06:33 AM

**E15** @█████ @█████ either of you have something we could use here to support this assertion? we discussed many times but wondering best place to point to
Erin Turner, 8/22/2024 04:50 AM

**F16** I couldn't find a specific data point from marketing research but we might see some indication from the Parent Pulse (results inbound)
█████, 8/22/2024 04:01 PM

## Page 1 Comments (Continued)

**E17** @▮▮▮ n this is the key point i'm proposing about our solution set -- what will make a meaning full difference in the product experience. let's see how we might reiterate that below.
*Erin Turner, 8/22/2024 04:37 PM*

**E18** Jyoti, I reworded this. PTAL. I think we should put P0s by our top ideas and bold those. Could you take a stab for your solutions section?
*Erin Turner, 8/22/2024 06:28 PM*

**E19** @▮▮▮ this is the key point i'm proposing about our solution set -- what will make a meaning full difference in the product experience. let's see how we might reiterate that below.
*Erin Turner, 8/22/2024 04:37 PM*

**E20** Jyoti, I reworded this. PTAL. I think we should put P0s by our top ideas and bold those. Could you take a stab for your solutions section?
*Erin Turner, 8/22/2024 06:28 PM*

**E21** what do we want to say about BIC? Notes: Personalized recommendations provide the best way to organize content for teens to explore and enjoy by presenting highly relevant choices where higher quality content can be 'raised' and lower quality can be 'reduced.'
*Erin Turner, 8/22/2024 04:40 PM*

**E22** Waiting for info back on Safety. Will likely put a summary in appendix on why we think safety for teens is stable (CR1 sTeen+ performance, SSH/ED treatments, XLQ on dangerous trends)
*Erin Turner, 8/22/2024 06:27 PM*

**E23** @▮▮▮ what would be a good slide or research doc to link to here?
*Erin Turner, 8/22/2024 04:31 PM*

**V24** go/yt-teens provides a good overview
▮▮▮, 8/23/2024 03:54 AM

**E25** @▮▮▮ could you share the two frameworks? (original one by Linda/Renee and updated one by Vani)
_Assigned to ▮▮▮
*Erin Turner, 8/22/2024 04:31 PM*

**E26** possibly add: demotion within existing LQ classifiers at lower thresholds (add list) in 2024 [add impact]
*Erin Turner, 8/22/2024 04:53 PM*

**E27** @▮▮▮ we should size this -- Sharon might have numbers as she mentioned this content vertical is quite large
*Erin Turner, 8/22/2024 06:25 PM*

**E28** @▮▮▮ @▮▮▮ - could we add this into the Teen LQ research to find out how important this is to teens/parents?
_Assigned to ▮▮▮
*Erin Turner, 8/22/2024 06:23 PM*

**E29** ▮▮▮ how does this differ from the work Comments team is doing and/or bullying work?
*Erin Turner, 8/22/2024 04:57 PM*

**Page 2 Comments (Continued)**

J30     ▮▮▮▮▮▮▮▮▮▮ I remember this came up in Owls discussions. Do we have any notes doc where this is reflected?
        *Jyoti Ramnath, 8/16/2024 06:44 PM*

V31     It has definitely come up... but I've looked into the notes but haven't found a doc where this was captured.
        ▮▮▮▮▮▮, *8/21/2024 02:12 AM*

**Page 3 Comments (Continued)**

E32  @███████████████████████ @██████████████████ added a section here for us to put in success metrics
Erin Turner, 8/22/2024 06:29 PM

CONFIDENTIAL
GOOG-3047MDL-05709256

**Page 4 Comments (Continued)**

| | | |
|---|---|---|
| E33 | Are they worried about YouTube? | |
| | Erin Turner, 8/8/2024 09:40 PM | |
| E34 | we're better, but why? what are we doing well? how can we lean into that? | |
| | Erin Turner, 8/8/2024 09:42 PM | |
| E35 | give an update | |
| | Erin Turner, 8/8/2024 10:02 PM | |
| E36 | @▇▇▇▇▇ could you help us assemble a list of teen/tween research with parents, tweens & teens so we can characterize the problems they see and link to it? | |
| | Erin Turner, 8/8/2024 04:16 AM | |
| V37 | This is my WIP data dump right now but has some good resources: https://docs.google.com▇▇▇ | |
| | ▇▇▇, 8/17/2024 05:33 AM | |
| E38 | theme of recs & BIC | |
| | Erin Turner, 8/8/2024 09:43 PM | |
| E39 | it's harder than it should be to tell that story | |
| | Erin Turner, 8/8/2024 09:44 PM | |

CONFIDENTIAL                                                                                                        GOOG-3047MDL-05709257

## Page 5 Comments (Continued)

**L40**   offshoot of this is an overlay in the middle of the feed that serves as a re-direct to more positive content topics. ie, "You've been watch too many beauty videos. Here are 4 other topics you may want to watch instead."
8/5/2024 07:47 PM

**L41**   ^ Vibe, but visible to users.
8/5/2024 07:48 PM

**V42**   Owls have encouraged us to do media literacy efforts
, 8/9/2024 07:38 PM

**L43**   One other area we haven't really thought about more in-detail is Teen Creator Wellbeing. There could be a wealth of ideas here on helping teens responsibly create and participate on YT. Ideas here: 1) Creator away message on their channel, 2) Year-in-review and spring cleaning of old videos,
8/5/2024 08:05 PM

**A44**   Hi Lindsay, this paper focuses largely on Teen Viewer Wellbeing and Safety.

The Teen Creator Wellbeing and Safety paper can be found here https://docs.google.com/

8/8/2024 09:16 PM

**L45**   got it. ty
8/9/2024 04:31 PM

**A46**   quick update - TnS owns the 2-pager for Teen Creator so they will have their own draft that I'm told would be shared out soon.
8/9/2024 06:16 PM

**L47**   Intention setting can be done through quantity of time or types of content or formats. For overuse, wondering if we just start with time-based solutions?
i, 8/5/2024 07:50 PM

**L48**   Tik Tok & Insta have a overall daily time limit, I believe. https://docs.google.com

8/5/2024 07:51 PM

**L49**   Other ideas here are showing time-watched graph in the feed at certain times of the day.
i, 8/5/2024 07:53 PM

**Page 1 Comments (Continued)**

J50  Link to research / gFeedback
     Jyoti Ramnath, 8/14/2024 10:08 PM

M51  Pasted a link I got from ▇▇▇. I think ▇▇▇'s team put it together.
     ▇▇▇, 8/16/2024 09:22 PM

CONFIDENTIAL
GOOG-3047MDL-05709259

Privileged

> **Prolonged unintentional use displacing valuable activities like time with friends or sleep.**
>
> Teens come to YouTube for different reasons - to learn a new hobby, to supplement their school education as well as for entertainment. As per Owls, watching YT for long is not problematic on its own. It becomes a problem when the consumption is "unintentional" and displaces other valuable activities (e.g sports, in person interaction with friends, schoolwork or sleep). We break down the "Problematic Use" into three buckets based on the time of the day. 1) Day time consumption 2) Night time consumption and 3) Very late night consumption.
>
> **Principles**
> As per Youth NSP, Teens will use YT and it should be a positive in their lives. Building on that, the design principles are:
> 1) **Empower Self-Management :** Encourage intentionality and equip teens with tools to control their online behavior. **Goal:** Teens can proactively avoid harmful situations e.g addictive scrolling.
> 2) **Foster Growth:** Enhance teens' understanding of themselves and their online habits. **Goal:** Teens become more self aware and develop healthy online behaviors.
> 3) **Respect individual needs:** Offer choices to personalize the experience to align with individual needs. **Goal:** Teens can enjoy the platform while maintaining positive usage.
>
> **Current Interventions and gaps**
> Our current interventions for U18 are fragmented across interfaces and apps today. YT built an initial set of wellbeing features like break- and bedtime-reminders which are Default ON for all U18 users. We have early success[5] with the latest refresh of the Take-a-break (TAB) reminder which focused on increasing the friction, and are continuing to bring similar updates to the Bedtime reminder Q4 2024. It will be augmented with new interventions to address very late night usage (post 12am) as experts[6] and teens highlight the importance of sleep in Q1, 2025.
>
> The reminder approach is not unique to YouTube and we fall behind popular Social Media Platforms in app level time limits, DWB education, and watch behavior insights. YouTube is a multi interface experience having fragmented wellbeing features: Break and bedtime reminder exist only within the mobile apps while teen YTT on Living Room shows highest growth[7]. MFK Shorts viewers receive a unique 10m break reminder and creator lead break reminders. Families using Android get a more intuitive OS level screen time limit as YouTube and Android can both be managed from Family Link.
>
> **Proposed Solutions**
> **>> Empower Self-Management**
> 1) Intention Setting: Supporting intentionality and self control (thematic and temporal intention setting). Users opt-in to setting thematic and temporal limits for a visit (concepts)
> 2) Unified & expanded wellbeing reminders: Add late night reminder, centralize settings in Time Watched (rebranded to "Wellbeing Hub", expand to Living Room and Web; synchronize settings across interfaces; add parental controls
> **>> Foster Growth**
> 1) Expanded watch insights: Breakdown by day/night, format, top legos and shows trends combined with push notifications and rebranding of "time watched" to "Wellbeing Hub" (concept)
> 2) Combine reminders and insights with gamification elements (i.e. streaks)
> 3) Wellbeing check-up: Card on home appearing in regular intervals, that offers insights on watch behavior and makes recommendations on settings to enable (exploration)
> **>> Respect individual needs**
> 1) Disengagement assistance on Watch Next Employ behavioral economics (ref) and make it easier to stop than to continue (via Owls and sleep experts). Combine night time reminders with friction (blurred thumbnails, disable autoplay at night) to support disengagement while maintaining agency to continue if desired.
> 2) **School time:** Users set thematic restrictions for recommendations during defined hours (e.g. school hours) including disabling recs for search only (building upon prior focus mode explorations). Potential integration w/ Family Link School Time allowing YouTube to be used in a focussed way instead of simply en-/disabling it.

---

[5] -2.96% Visits 60m WT (Android, 13-17) and -3.89% Visits 60m WT (iOS, 13-17) over the previous break reminder while staying neutral on YT launch metrics.
[6] Project Drift Literature Review, Owls on Late Night Usage, UXR
[7] 29.8% y/y, on par with iOS and shows higher WT per DAU

Privileged
**2025 Success Metrics**
[add info here]<sup>E32</sup>
- How will we know we succeeded in 2025?
  - Digital consumer / digital citizen - empowered to think critically
- What will we look at in 2025 to know whether our hypothesis/idea/strategy is succeeding?
- What 2-3 success metrics can we measure?
  - (Time Well Spent) <███████>: My understanding from Felipe is that it's a yearly parent survey, so not suitable. But something in this spirit I think could be helpful
  - Helpfulness Score via HaTS
  - gFeedback Volume ("turn off shorts")
  - Launch and adoption of features

**Discussion Questions**
- How will you start the discussion?
- List of ~3 questions that need xfn alignment and that you'd really like the group's input on

# APPENDIX

## Questions
**Prompt** We have had success with Vibe and are looking to scale it now, but for MFK the substantial benefits took ~5 years to materialize - should we look to accelerate here? We don't know if our break and bedtime reminders 'work' (and haven't looked too deeply). What is YT's responsibility in this area? Should we do more sensitive Research to understand better, especially for Shorts?

| Target User | Day time Use<br>Take a Break<br>(App level - shorts + vod) | Night time Use<br>Bedtime Reminder<br>(App level - shorts + vod) | Very late night use<br>(New, not launched)<br>High friction bedtime reminder<br>(App level - shorts + vod) | Autoplay<br>Continuous play without the need to select the next video |
|---|---|---|---|---|
| 18+ | Default **Off** | Default **Off** | Default **Off** | Default **ON** |
| U18 | Default = ON<br>Default duration = 60min | Default = ON<br>Default trigger time = 10pm | Default = ON<br>Default trigger time = 12:00am | Default = OFF |
| Supervised Teens (New, launching in Sep) | Default = ON<br><br>*Should we add parent control?<br>For e.g Parent can set Always ON and change duration* | Default = ON<br><br>*Should we add parent control?<br>For e.g Parent can set Always ON and change duration* | Default = ON<br><br>*Should we add parent control? For e.g Parent can set Always ON and change trigger time, make it unskippable?* | Default = OFF |
| Supervised users (SupeX) | Default = ON<br><br>*Should we add parent control?<br>For e.g Parent can set Always ON and change duration* | Default = ON<br><br>*Should we add parent control?<br>For e.g Parent can set Always ON and change trigger time* | Default = ON<br><br>*Should we add parent control? For e.g Parent can set Always ON and change trigger time, make it unskippable?* | Default = OFF<br><br>Parents can lock setting to OFF, overrides user setting |

Privileged

| YTK | No TAB today. Only Family Link timers Should we add a YT level TAB? | Should we add a YT level Bedtime reminder? | Not required since YTK usage is mostly parent managed | Default = OFF Parents can lock setting to OFF |

## Problem Statement and Background

- What is the opportunity and our unique ability to solve this challenge?
- What impact does it have on our users, creators, and YouTube?
- If existing initiative: What is the current status? What have you achieved and learned?
- Non goals: If needed, add in non goals in order to scope accurately

- Decline in youth wellbeing (U13 and Teens) as a result of social media usage is one of the big areas of concern called out by external press & KOFs (e.g Anxious Generation, Surgeon General's Warning on Social Media), regulations (SMB bills, KOSPA etc) and legal actions.[E35][E34]
- Parents and teens/tweens themselves cite problems with addiction/overuse, sleep deprivation, problematic content and rabbit holes, all negatively impacting youth wellbeing.[V37]
- Through research with parents, teens, and experts, we've broken down the problem into the following categories and aligned on northstar principles (Q3 2023) to guide our decisions.
1. Safety
    - SSH -- are there uncaught problems with SSH? Circle back with intel deck
    - Safety: harmful trends -- how is this handled at scale?
2. Wellbeing via content quality -- we are launching expansion of dispersing problematic content (VIBE v3) & have approval to pursue objective high quality 'raise' treatments. In both cases, will this go far enough? Should we cap low quality content views per user per session? Should we allow user intention setting to avoid certain topics? What are we doing to teach teens to assess content themselves and proactively change direction?[E39]
3. Overuse: Today we have

For all of these areas, we frequently run into the problem of measurement (how do we know if we are doing enough?) and lack of external expert research to benchmark against. How might we do more here and balance legal constraints?

## Proposed Solution
- Content Quality (4 Rs)
    - Mitigations
        - Finish launching low quality in 2024
    - Opportunities
        - Launching high quality in H1 2025

CONFIDENTIAL

Privileged

- Give users more control on both high quality they want to see (Intention setting) [L41] as well as blocking low quality or triggering content they don't want to see (eg Setting: Content category selection (i.e. I don't want to see content about XXX))
- How to assess the content you're watching [V42]
- Teen "Piggybank" in YPP?
- Giving users more direct control over content they want to consume
- teens to use AI to create their own feed
  - Overuse [A46] - can we put teens in charge? Can we do a better job distinguishing 13 y.o. from 17 y.o.?
    - Mitigations
      - Bottomless feeds (shorts + consumption feeds)
      - How to facilitate intention setting [L47]
      - (insert solution) [L49]
    - Opportunities
      - Daytime vs night-time
        - Sleep intervention / Late-night use
        - What is their late-night use on? (time spent + content)

This should be the bulk of the document and should start on page 1.
- Explain some of the solutions available to you and the pros and cons.
- What does landing look like and what's your best guess of how long it'll take to get there?
  - Be specific about the time horizon you are proposing
  - What does maintenance mode look like?
- End this section with a recommendation
  - It is less important that your recommendation is right and more important that you outline the options and advocate for one approach - this leads to a good discussion, which is our primary goal! Try to be specific and give examples to illustrate your approach.
  - Consider including a table or a diagram or mocks here to help make the proposed solution real to the readers. (If you include pictures/mocks you get some leeway on the length of the document.)

- 

CONFIDENTIAL

GOOG-3047MDL-05709263

Privileged

CONFIDENTIAL

GOOG-3047MDL-05709264

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-05709252-GOOG-3047MDL-05709264

**BEGATTACH:** GOOG-3047MDL-05709252

**ENDATTACH:** GOOG-3047MDL-05709264

**PRODVOL:** PROD046

**Custodian:** BESER, JAMES

**File Path:** /[PRIVILEGED] DRAFT TEEN VIEWER WELLBEING AND SAFETY 2-PAGER.DOCX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 0E5525AC99CA97B55A0651BDB67F4ECA

**Document Type:** PDF

**Author:**

**Family Date:** 8/28/2024 10:40 PM

**Last Modified Date:** 8/28/2024 10:40 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** [PRIVILEGED] DRAFT TEEN VIEWER WELLBEING AND SAFETY 2-PAGER.DOCX

**Title:** [PRIVILEGED] DRAFT TEEN VIEWER WELLBEING AND SAFETY 2-PAGER.DOCX

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**