# AMENDED Exhibit 738

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-05255563

**EXHIBIT**

11



## We responded with some quick wins based on Android insights and introduced features at I/O 2018



NOTIFICATIONS DIGEST          BREAK REMINDERS          QUIET HOURS

# A single behavior may drive in multiple effects

**HABITUAL HEAVY USE**

**Physical**
"My eyes get really tired after a long time of not blinking."

**Mental/Social:**
"I don't go out and play with friends like I used to in India. Technology is the only option I have when I'm bored."

**Self-purpose:**
"I guess I could be a lot more productive."

**Tina, 14**





## Four video-watching behaviors bring about the majority of negative wellbeing effects.

| Behavior | Behavior | Behavior + Content | Content |
|---|---|---|---|
| **Late night Use** | **Habitual Heavy Use** | **Unintentional Use** | **Problematic Content** |

**HIGH** Scientific Evidence
_ Physical: Sleep Quality / Duration
_ Mental: Stimulation, Mood
_ Effectual: Displacement of obligations

**MED-HIGH** Scientific Evidence
_Physical: Sedentary Cardiometabolic
_Physical: Eye
_Mental: Overstimulation
_Effectual: Productivity
_Social: Isolation, Social skills, Escapism
_Emotional: Mood

**MOST FREQUENT** User Regret
_ Effectual: Productivity
_ Mental: Distraction
_ Financial: Regretted Spending

**HIGH** Expert and Parent Concern
_ Physical: problematic how-tos, misinformation
_ Mental: Body image issues
_ Emotional: Shock, Graphic content
_ Social: Bullying

2hr habit:

Bedtime:



behaviors mapped to wellbeing survey responses)

## Interactive technologies keep people alert

" I would go overboard binge watching, especially on school breaks when I knew I didn't have to do as much the next day. I'd stay up later.

" My husband noticed I'd be restless and talkative if I watched until I went to sleep. Now, I shut my computer 30 minutes before bedtime, and I don't even bring it with me into our room.

**Rita, 24,** is a full-time student and mom to a toddler. YouTube is a big part of her day-to-day: she uses YT for everything from trying a new recipe for dinner to educating herself about financial management to passing time while her son is down for a nap. She hadn't realized the impact of some of her video habits until her husband pointed it out.





"In the last week which of the following applied to you?"

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-05255563

**BEGATTACH:**

**ENDATTACH:**

**PRODVOL:** PROD027

**Custodian:** WATSON, REID

**File Path:** /NATIVES/NATIVE2750/GOOG-3047MDL-05255563_CONFIDENTIAL.PPTX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 07A3B8BF9EC85444E88395ABDB4E808C

**Document Type:** POWERPOINT

**Author:** ███████████████████

**Family Date:** 5/9/2024 5:30 PM

**Last Modified Date:** 5/9/2024 5:30 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** YES

**Filename:** [MEGA] YT WELLBEING VISION - ATTORNEY-CLIENT PRIVILEGED _ CONFIDENTIAL.PPTX

**Title:** [MEGA] YT WELLBEING VISION - ATTORNEY-CLIENT PRIVILEGED _ CONFIDENTIAL.PPTX

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO