# AMENDED Exhibit 742

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Produced in Native



CONFIDENTIAL

# Product: The Case for YouTube In Schools via GSuite For EDU

# Why this matters

It's the right thing to do for our users and partners
- Users
  - Teachers seek out YT because video is a critical resource for professional development, teaching aid, and project work
  - Students turn to YT every day to supplement their learning
  - We need a product that works for them
- Partners
  - Schools are a top priority for content creators, aligned with their vision, and they even license their content already to get it into schools

Larger business context
- Internal:
  - One of YouTube's core values is access to information, so we should be useful in one of the most iconic information gathering spaces
  - Google is investing strongly in schools and has made a commitment to education. YT has made learning at top 5 priority but has not invested in schools
  - Google will amplify what we do in schools across product, marketing, and sales (GSuite, EDU marketing, Hardware - chromebooks etc)
- Ecosystem:
  - Our competitors are investing strongly in schools: apple, msft, facebook, amazon
- Policy:
  - YouTube's commitment to Learning must resonate in the place people associate with learning: schools
- Opportunity:
  - Robust paid content market for edu content delivery
  - Pipeline of future users (google edu / cloud) biz model for enterprise
  - Pipeline of future creators (making as a project versus an instagram story) or potential for future innovation [weak]

Confidential & Proprietary

You Tube

\*not for desktop, but interesting container format
https://docs.google.com