# AMENDED Exhibit 755

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

YOUTUBE and LEARNING & EDUCATION

## 2022+ joint skilling vision: Pre-read & pre-work for workshop

Define a shared skilling vision across YouTube and Learning & Education that guides the future product roadmap and required investments

Summary

This doc presents outlines the case for skilling, summarizes our current skilling offering, and highlights questions for reflection and pre-work required in advance of our first workshop

**Status**: Final

**Created**: July 2021

---

I. [ HYPERLINK \l "ddpabj0rhdn" \h ]
   A. [ HYPERLINK \l         [ HYPERLINK
   B. [ HYPERLINK
   C. Lessons from the past
   D. Additional optional reading
   E. Possible future plays
II. [ HYPERLINK

## Pre-Read

### A. Why skilling, why now, why Google

Why skilling

- **Socio-economic outcomes:** The existing system is inefficient and lacks desired outcomes: college completion rates are low and, when graduation happens, it often results in unemployment or underemployment; even short vocational programs yield unemployment rates of up to 40%[1]. The Covid pandemic has further exacerbated the cracks in educational access, outcomes, and equity. MOOCs have failed to demonstrate impact at scale (low completion rates, high overhead)

- **Business potential:** Addressing it offers significant business potential: skilling is the fastest growing edtech market segment, projected to become a $130B[2] TAM by 2025. This is fuelled by the impact of the fourth industrial revolution, with up to 60%[3] of jobs impacted by technology change and/or globalization

- **Value to users:** Too often skilling initiatives are designed with the employer as the key stakeholder. As one of the world's largest D2C platforms, YouTube has the opportunity to

---

[1] Inside Higher Ed: [ HYPERLINK "https://www.insidehighered.com/quicktakes/2020/02/18/41-recent-grads-work-jobs-not-requiring-degree" \h ] from the [ HYPERLINK "https://www.newyorkfed.org/research/college-labor-market/college-labor-market_underemployment_rates.html" \h ]
[2] [ HYPERLINK "https://docs.google.com

[3] BCG, [ HYPERLINK "https://www.bcg.com/publications/2019/decoding-global-trends-upskilling-reskilling" \h ]

However, determining creator credibility proved challenging. Even a pilot credibility review process with a 3P provider (UpWork) struggled to produce applicable outputs (e.g., 3 PhDs agreed only quality only 15% of time).

From August to December 2020 the existing migrating playlists were migrated to "light LPs" and the focus shifted to enhancing core systems and surfaces to facilitate learning journeys. The rationale for this and the key lessons learned were:

- 90% of watch time on Learning Playlist videos happened outside of the playlist context
- Learning Playlists led to longer engagements but less of them, resulting in reduced content watch time
- Creators questioned the extra effort and expected increased ROI; some also challenged the need to launch content upfront vs being able to offer it incrementally

As an open platform, scaling features responsibility is a challenge, particularly around high stakes experiences like learning. The core takeaway from the xfn team was that until guardrails around access and operational process are established, the product strategy should not rely on learning-specific features.

## D. Possible future plays

### Towards a skilling platform

Because skilling often requires a structured experience that can serve as the primary delivery mechanism for learning, a 'course' is often the fundamental unit. Building a skilling platform requires ensuring we have a mechanism to discover, enroll, and complete courses. A typical course includes 150 readings, 200 assessments (quizzes, surveys, hands-on work), 250 videos (3-5m each), 20 vignettes (day in the life, stories of career).

There are 5 table-stakes components required for a successful delivery of an online course:

- **Discoverability:** a clear course catalogue easy to browse and search, with ratings and reviews. For a given course, learners need a clear entry point and an overview of the full course (description, what you'll learn, career vignettes [day in the life, career stories]
  - Strengths: YouTube offers the largest library of learning content and a vibrant community of creators
  - Gaps: Learners struggle to identify high quality content at the right level and entry point for them. They also struggle to stay on track when the predominant user experience is Watch Next but recommendations don't align to a defined learning journey.
- **Course structure:** with clear progress tracking. Should include: syllabus / index, sequential playlist, videos and enhancements (e.g., embedded questions / quizzes, searchable transcripts, video markers), ability to support additional formats, (e.g., text / PDF attachments)
  - Gaps: current learning experience on YouTube is distracting and lacks the structure required to enable deeper learning / learning pathways. Another key gap is the ability to support formats other than video, incl. hands-on practice exercises
- **Payment options:** a two-sided marketplace that allows learners to purchase / subscribe and creators to tap into additional revenue sources

> **Commented [1]:** You can either reach a lot of people with learning videos, or you can keep viewers in a learning context once they are watching a learning video, but not both. If you remove non-learning things from the watch next of learning videos, then those videos will have far less reach.