# AMENDED Exhibit 761

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation


Δπ EXHIBIT 37
Deponent Beser
Date 4/2/25 Rptr. LH
WWW.DEPOBOOKPRODUCTS.COM

PTA Editorial Article: [ HYPERLINK "https://docs.google.com[redacted] \h ]

- Topic: YouTube [ HYPERLINK "https://blog.youtube/inside-youtube/youtubes-principled-approach-children-teenagers/" \h ] → Content sourced directly from [ HYPERLINK "https://blog.youtube/inside-youtube/youtubes-principled-approach-children-teenagers/" \h ]
- Length: 414 (max cap: 400 words)
- Example posts: [ HYPERLINK "https://ptaourchildren.org/get-resources-and-healthy-habits-from-lysol/" \h ], [ HYPERLINK "https://ptaourchildren.org/working-together-to-support-healthy-habits/" \h ], [ HYPERLINK "https://ptaourchildren.org/keeping-student-athletes-safe-on-the-playing-field/" \h ] (student athlete safety)
- YouTube byline → James Beser

"How YouTube's Youth Principles help build a healthy online experience for children and teens"

By James Beser, Senior Director of Product Management, YouTube Kids & Youth

Children and teenagers today can access a world of possibilities online. Whether it's exploring important topics around the world or looking up a video to help with algebra homework, they've never known a reality without this world at their fingertips. And, as they've grown up, so has the internet.

Today, conversations are taking place around dinner tables and at the highest levels of governments about how to help young people to thrive and be safer online. Parents deserve meaningful support as they step up to this challenge.

Here's a refresher on how parents can rely on YouTube resources & tools to keep young users safe:

- YouTube's policies and services protect the YouTube community and [ HYPERLINK "https://blog.youtube/inside-youtube/on-youtubes-recommendation-system/" \h ], from combating the promotion of [ HYPERLINK "https://support.google.com/youtube/answer/2802245?hl=en" \h ] to guarding against [ HYPERLINK "https://support.google.com/youtube/answer/2801964" \h ].

---

**Commented [1]:** [redacted] Marketing is placing this "editorial" article in the National PTA newsletter (a paid partnership), to support the recent Youth Moment announcements.

*Per PR, we need your approval of the proposed byline (James Beser). A byline is required by PTA.* Please reply with a LGTM if you approve.

This is approved by [redacted] (PR) and [redacted] (KOF). Copy is pulled directly from YT blog on Youth Principles:
https://blog.youtube/inside-youtube/youtubes-principled-approach-children-teenagers/.
_Assigned to [redacted]

**Commented [2]:** Thanks, [redacted] I don't see a byline, but this generally LGTM with my comments.

**Commented [3]:** Thanks Matt — your comments are addressed through [redacted]'s edits.

Byline is James Beser.

[redacted] how do you advise we ask/upda[...]

**Commented [4]:** I would email him and ask him to let you guys know if you have any concerns. Please cc his EBP [redacted] who can make sure he sees this one.

**Commented [5]:** [redacted] Pls confirm you are fine with this title. It matches the Youth Principles YT blog.

**Commented [6]:** Can we adjust it so that it's not a copy and paste from the title of the blog post? Sorry if it's already adjusted (don't have the blog post in front of me at the moment)

**Commented [7]:** Updated. Keeping "principled" bc I think it helps explain the body of the copy. Safer helps couch it in terms PTA readers care about.

**Commented [8]:** made a suggestion

**Commented [9]:** This is a nit, but Idk if keeping "principled" but adding safer makes sense? Since "principled" = "safer" + "high-quality". How about something like: [...]

**Commented [10]:** great — update to your recco. I like it.

**Commented [11]:** [redacted] can you pls share more about this change? What was the concern? I'd like to try not to change -- if doable.

**Commented [12]:** Yes, this was PTA's feedback: "I don't love this phrasing for a PTA piece.

Could you live with something like, [...]

**Commented [13]:** [redacted] ee edit. I consolidated and made the sentence about Parent support -- which will stand out more clearly to readers and hopefully meet PTA"s editorial requirements. Ca[...]

- [ HYPERLINK "https://www.youtube.com/kids/" \h ] and [ HYPERLINK "https://support.google.com/youtube/answer/10314940" \h ] for older children – built in partnership with child development experts – offer different libraries of content for different levels of maturity, and give families extensive tools to manage their children's screen time.
- YouTube offers a range of protections for anyone under 18, from [ HYPERLINK "https://support.google.com/youtube/answer/9012523" \h ] and [ HYPERLINK "https://support.google.com/youtube/answer/9884905" \h ] reminders to [ HYPERLINK "https://support.google.com/youtube/answer/2802167?hl=en" \h ] inappropriate for younger viewers.

### YouTube's Youth Principles

YouTube recently announced [ HYPERLINK "https://blog.youtube/inside-youtube/youtubes-principled-approach-children-teenagers/" \h ] that it will adhere to in its continued work to create a safer and more enriching environment for young people, :

- Principle #1: The privacy, physical safety, mental health, and wellbeing of children and teenagers require special protections online.
- Principle #2: Parents and caregivers play an important role in setting the rules for their family's online experiences, particularly for the youngest children.
- Principle #3: All children deserve free access to high-quality and age appropriate content that meets their individual interests and needs.
- Principle #4: The developmental needs of children differ greatly from those of teenagers and should be reflected in their online experiences.
- Principle #5: With appropriate safeguards, innovative technologies can benefit children and teenagers.

Young people are eager to use technology to improve their lives. We hope these principles contribute to the important conversations taking place among families, policy makers, and experts about building an internet that young people deserve. We're proud to be a National PTA sponsor to collaborate with parents, schools, and communities in this effort.

> **Commented [14]:** Consolidated close of this article to shorten to word limit.
>
> **Commented [15]:** lgtm!

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-01790318-GOOG-3047MDL-01790319

**BEGATTACH:** GOOG-3047MDL-01790318

**ENDATTACH:** GOOG-3047MDL-01790319

**PRODVOL:** PROD022

**Custodian:** BESER, JAMES

**File Path:** /[INTERNAL] PTA EDITORIAL ARTICLE_ YOUTH PRINCIPLES .DOCX

**Confidentiality Designation:**

**HASHVALUE:** 62D05D772A24A5442FE3F18D9D0B2C4B

**Document Type:** PDF

**Author:** ███████████

**Family Date:** 3/21/2024 6:37 PM

**Last Modified Date:** 3/21/2024 6:37 PM

**TRACK CHANGES:** YES

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** [INTERNAL] PTA EDITORIAL ARTICLE_ YOUTH PRINCIPLES .DOCX

**Title:** [INTERNAL] PTA EDITORIAL ARTICLE_ YOUTH PRINCIPLES .DOCX

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO