# AMENDED Exhibit 766

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

HIGHLY CONFIDENTIAL

Page 443

1          UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    ------------------------------x

     IN RE: SOCIAL MEDIA ADOLESCENT ) Case No. 4:22-md-

5    ADDICTION/PERSONAL INJURY       ) 3047-YGR

     PRODUCTS LIABILITY LITIGATION  ) MDL No. 3047

6    ------------------------------x

7

         CONTAINS HIGHLY CONFIDENTIAL INFORMATION

8

9              V O L U M E  II

10       VIDEOTAPED DEPOSITION OF JAMES BESER

11            PALO ALTO, CALIFORNIA

12               APRIL 3, 2025

13                9:21 A.M.

14

15

16

17

18

19

20   Job No.: 7224255

21   Pages: 443 - 819

22   Reported by: Leslie A. Todd, CSR No. 5129 and RPR

23

24

25

HIGHLY CONFIDENTIAL

Page 444

1    Videotaped deposition of JAMES BESER, VOLUME

2    II, held at the offices of:

3

4

5            WILSON SONSINI GOODRICH & ROSATI, LLP

6            650 Page Mill Road

7            Palo Alto, California 94304-1001

8

9

10

11

12

13

14

15

16

17

18    Pursuant to notice, before Leslie Anne Todd,

19    California Certified Shorthand Reporter in and for

20    the State of California, who officiated in

21    administering the oath to the witness.

22

23

24

25

HIGHLY CONFIDENTIAL

Page 445

1           A P P E A R A N C E S

2

3   ON BEHALF OF JCCP PLAINTIFFS:

4       GLENN DRAPER, ESQUIRE

5       SOCIAL MEDIA VICTIMS' LAW CENTER

6       Seattle, Washington

7       (800) 687-1855

8

9       AN V. TRUONG, ESQUIRE

10      REILLY DUNNE, ESQUIRE

11      ELLYN HURD, ESQUIRE (via Zoom)

12      SIMMONS HANLY & CONROY

13      112 Madison Avenue, 7th Floor

14      New York, New York 10016-7416

15      (866) 347-4322

16

17  ON BEHALF OF THE MDL PLAINTIFFS:

18      AUDREY SIEGEL, ESQUIRE

19      SEEGER WEISS LLP

20      55 Challenger Road

21      Ridgefield Park, New Jersey 07660

22      (973) 639-9100

23

24

25

HIGHLY CONFIDENTIAL

Page 446

1    APPEARANCES (Continued):

2

3    ON BEHALF OF GOOGLE LLC and YOUTUBE, LLC

4    DEFENDANTS:

5        NEELUM WADHWANI, ESQUIRE

6        LYDIA WEIANT, ESQUIRE (via Zoom)

7        WILLIAMS & CONNOLLY LLC

8        680 Maine Avenue, SW

9        Washington, DC 20024

10       (202) 434-5547

11

12       ANDREW KRAMER, ESQUIRE

13       SAVANNAH GRANT, ESQUIRE

14       CHRIS CHIOU, ESQUIRE

15       SAMANTHA ALEXANDRIA-BOOTH MACHOCK, ESQUIRE

16         (via Zoom)

17       WILSON SONSINI GOODRICH & ROSATI, LLP

18       650 Page Mill Road

19       Palo Alto, California 94304-1001

20       (650) 849-3182

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 447

1    APPEARANCES (Continued):

2

3    ON BEHALF OF THE TIKTOK DEFENDANTS:

4         KEVIN J. WHITE, ESQUIRE (via Zoom)

5         GIBSON DUNN & CRUTCHER, LLP

6         310 University Avenue

7         Palo Alto, California 94301-1744

8         (650) 849-5300

9

10   ON BEHALF OF THE META DEFENDANTS:

11        HANNAH T. SANCHEZ, ESQUIRE (via Zoom)

12        LAURIE HENRY, ESQUIRE (via Zoom)

13        SHOOK HARDY & BACON, LLP

14        2555 Grand Boulevard

15        Kansas City, Missouri 64108

16        (816) 474-6550

17

18   ON BEHALF OF SNAP INC.:

19        KAYSIE GONZALEZ, ESQUIRE (via Zoom)

20        PRISCILA CORONADO, ESQUIRE (via Zoom)

21        MUNGER, TOLLES & OLSON, LLP

22        350 South Grand Avenue, 50th Floor

23        Los Angeles, California 90071-3426

24        (213) 683-9100

25

HIGHLY CONFIDENTIAL

Page 448

1    APPEARANCES (Continued):

2

3    ALSO PRESENT:

4         DENISHA BACCHUS, ESQUIRE (In-house Google)

5         RAVEN NORRIS, ESQUIRE (In-house Google)

6         MARISSA URBAN, ESQUIRE (In-house YouTube)

7           (via Zoom)

8         JEROME MITCHELL (via Zoom)

9         JAMES VONWIEGEN, Videographer

10        JIM LOPEZ, Trial Technician

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 455

1                    P R O C E E D I N G S

2                    - - - - - - - - - - - - - - - - - - -

3                    THE VIDEOGRAPHER:  We are now

4            on the record.  Today's date is

5            April 3rd, 2025.

6                    This is a continuation of James

7            Beser's dep in the Social Media

8            Adolescent Addiction/Personal Injury

9            Products Liability Litigation.  The

10           time is 9:21 a.m.

11                   The court reporter is Leslie

12           Todd, California CSR 5129, who will

13           now swear in the witness.

14                        JAMES BESER,

15           and having been first duly sworn,

16        was examined and testified as follows:

17                        EXAMINATION

18   BY MS. SIEGEL:

19           Q.    Good morning, Mr. Beser.  I

20   hope you had a pleasant evening last night.

21           A.    Good morning.  You too.

22           Q.    Okay.  So we'll go ahead and

23   get started.  First, just sort of as a

24   recordkeeping issue, yesterday my colleague

25   introduced one of your performance reviews

HIGHLY CONFIDENTIAL

Page 456

1    that was produced by counsel as part of your

2    personnel file.

3                    MS. SIEGEL:  I'm going to go

4            ahead and mark as the next exhibit,

5            which is Exhibit 39, the remainder of

6            what was produced.

7                    (YouTube Beser Exhibit No. 39 was

8            marked for identification.)

9                    THE WITNESS:  All right.

10   BY MS. SIEGEL:

11           Q.    If you could just take a look

12   at that and confirm that those look like your

13   performance reviews.

14                   MS. WADHWANI:  There's a

15           document here that does not appear --

16                   MS. SIEGEL:  Yeah, thank you.

17           I agree, this does not look like part

18           of your performance.

19                   MS. WADHWANI:  All right.  So

20           take a moment to look through that

21           carefully, kind of shuffle through

22           each of those documents to make sure

23           that it reflects your performance

24           reviews.

25                   MS. SIEGEL:  We're not going to

HIGHLY CONFIDENTIAL

Page 462

1    schools if it's accessed by students on their

2    phones.  Is that true?

3                   MS. WADHWANI:  Objection to

4          form.

5                   THE WITNESS:  I am aware that

6          users -- sorry, students can bring up

7          their device and -- and access

8          non-school related material on their

9          device.

10   BY MS. SIEGEL:

11        Q.     Including YouTube?

12        A.     I would assume including

13   YouTube.

14        Q.     Are you aware of any concerns

15   from teachers or school administrators that

16   the use of YouTube by kids before or during

17   school can lead to issues with learning?

18                   MS. WADHWANI:  Objection to

19          form, foundation.

20                   THE WITNESS:  I am aware of

21          some of that feedback.

22                   MS. SIEGEL:  Okay.  Can we mark

23          as the next exhibit, which will be

24          Exhibit 40, Bates number 01640828.

25                   (YouTube Beser Exhibit No. 40 was

HIGHLY CONFIDENTIAL

Page 463

1           marked for identification.)

2                    THE WITNESS:   Thank you.

3      BY MS. SIEGEL:

4           Q.    Okay.  And I will direct you to

5      the first e-mail in time.  And it says:

6      "Dear families:  I just want to touch base

7      about a conversation I had about screen time

8      with kids.  I know I mentioned this at

9      back-to-school night, and it's something my

10     children's TK teacher and K teachers

11     addressed with me.  But if it is at all

12     possible to limit children's screen time

13     before school, that would be beneficial."

14                    Do you see that?

15          A.    I do.

16          Q.    Do you recall this e-mail?

17          A.    I do recall this e-mail.

18          Q.    What was the context of this

19     e-mail?

20          A.    This e-mail was from my, I

21     believe, son's teacher to -- to the class,

22     and I was on that e-mail.

23          Q.    Okay.  And then it says on --

24     in the second paragraph, it says:  "Not in

25     the article - teachers are struggling widely

HIGHLY CONFIDENTIAL

                                             Page 464

1   with an increase of fine motor issues in

2   their classrooms and children that struggle

3   with impulse control and instant

4   gratification, and there's much talk among us

5   about how the increase with these things is

6   tied to the increase in iPad/iPhone use."

7              Do you see that?

8        A.    Yes.

9        Q.    Did this concern you that --

10  that your son's principal was concerned about

11  the use of YouTube and screens prior to the

12  start of school?

13             MS. WADHWANI:  Objection to

14        form.

15             THE WITNESS:  Just to correct

16        you quickly, this was my son's

17        kindergarten teacher.

18  BY MS. SIEGEL:

19        Q.    I apologize.

20        A.    That's okay.

21             And, yeah, I thought it was

22  some feedback.  We get lots of feedback from

23  lots of places.  I remember Ms. ████████ ,

24  she's a delightful woman, and I wanted to

25  take that feedback seriously, as we always do

HIGHLY CONFIDENTIAL

Page 465

1    when we hear such things.

2            As you can see, I forwarded it

3    along to the team, and there's some

4    discussion here about where the proper team

5    to address such an issue might be.  As you

6    can see from ▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮, we should

7    check on -- he refers to the Unicorn team

8    here, which is the device level supervision

9    team at Google, not at YouTube, which I

10   agreed at the time was the right place to

11   address some of the concerns raised in the

12   e-mail.

13       Q.    Sure.  So in short, in response

14   to this e-mail, you did ask to see if there

15   was something -- sorry.  Strike that.

16            Can you -- your response

17   actually says -- when you forward it, it

18   says:  "FYI - we could think about doing

19   something different by day part at some

20   point."  Right?

21       A.    Yeah.  If I put "FYI" in front

22   of it, it's, Here's an initial hot take, and,

23   you know, the team should think more deeply

24   about it.

25       Q.    Sure.  And if you look at Raj

HIGHLY CONFIDENTIAL

Page 466

1    Iyengar's response at the top --
2         A.    Okay.
3         Q.    -- it says:  "I actually
4    discussed this with" -- I can't pronounce
5    that name.
6         A.    ███████.
7         Q.    "I actually discussed this with
8    ███████ earlier this week, in the context of
9    potentially revamping the timer."
10              And then it says:  "55 percent
11   of Unicorn accounts have no time issue
12   schedules set typically for bedtime cutoff."
13              So it looks like over half of
14   the Unicorn users were using the feature of a
15   time -- time cutoff, and that 35 percent had
16   daily usage limits.
17              Do you see that?
18        A.    I do see that.
19        Q.    So it looks like Mr. Iyengar
20   agreed that it might be a good idea to set
21   particular time limits on the use of YouTube.
22   Is that fair?
23              MS. WADHWANI:  Objection to
24        form.
25              And just so the record is clear

HIGHLY CONFIDENTIAL

Page 467

```
 1        for the court reporter, the statement
 2        in the question, "So it looks like
 3        over half the Unicorn users were using
 4        a feature of a time cutoff" was not in
 5        the document itself.  Ms. Siegel was
 6        reading it and inserting something.
 7              So I just want to make sure we
 8        have the quotes in the right place
 9        about what the document says versus
10        your question.
11              THE WITNESS:  Yeah, let me read
12        that bullet.
13              "55 percent of Unicorn
14        accounts," right.  So Raj is relaying
15        back to the team what he learned from
16        the Unicorn team about the Unicorn
17        timer, which is the right place for
18        such limits to exist, at the device
19        level.
20   BY MS. SIEGEL:
21        Q.    Okay.  Who is ███████
22   ██████████?
23        A.       ████████ ███████████ was my eng
24   partner on the YouTube team up until like
25   '22, '23.
```

HIGHLY CONFIDENTIAL

Page 468

1          Q.      And it looks like that
2      suggestion was to check the usage on Unicorn
3      timers to see if it's worthwhile doing
4      something similar, right?  So the idea
5      being -- well, right.  That's what it says?
6                  MS. WADHWANI:  Objection to
7          form.
8                  THE WITNESS:  The sentence is
9          ambiguous.  We should really check the
10         usage on Unicorn timers to see if it's
11         worthwhile doing something similar.  I
12         actually don't know if he's referring
13         to Unicorn doing more or YouTube.
14         Either way, when we look at this
15         problem and we get feedback like this
16         and we think about it, every time we
17         think about it the proper and most
18         impactful place would be to have a
19         parent control at the device level.
20         Q.      Did you express any -- did you
21     express to anyone on the Unicorn team that
22     you thought it would make sense to create a
23     timer by time of day?
24         A.      So Raj mentions he discussed
25     this with ███████.  I don't know the nature

HIGHLY CONFIDENTIAL

Page 469

1    of that conversation.

2             Q.        Is ████████ on the Unicorn team?

3             A.        He was at the time.

4             Q.        Okay.  And did you -- since

5    2018, have there been any further discussions

6    or conversations at YouTube about creating a

7    time of day parent- -- parental control?

8             A.        We talk about all kinds of

9    ideas and, you know, look at all the options

10   available that are reasonable to address

11   feedback and make the product better.  And

12   whenever we come to this issue of timers,

13   it's a tricky thing as just one app on a

14   phone or one website in the web.  Right.

15                      So device level continues to be

16   the best use of a parent control for

17   something like this.  Parents are busy,

18   parents have a lot coming at them, and it

19   makes the most sense to give them the choices

20   that are the most meaningful.  And at Google,

21   that would mean in this context a timer --

22   potentially a timer at the device level.

23            Q.        You work with the Unicorn team

24   for other parental control settings, right?

25   Fair to say?

HIGHLY CONFIDENTIAL

Page 470

1        A.      Yes.
2        Q.      Okay.  And so in your
3   conversations with the Unicorn team on other
4   parental controls, have you raised the
5   possibility of doing a time-of-day setting?
6        A.      I don't recall exactly if I
7   raised it, but I do know that the Unicorn
8   team has launched a school time feature.  I
9   don't know if -- exactly the details of that
10  feature, but I would assume that they were
11  hearing this feedback from a lot of places.
12       Q.      Okay.  Great.
13              Is the -- is the school time
14  feature that you just discussed, was that
15  launched at the end of last year in August of
16  2024, on or around?
17       A.      That sounds about right.
18       Q.      Or at least it was announced in
19  August 2024?
20       A.      Sounds about right.
21       Q.      Okay.  I'll mark for you as the
22  next exhibit, Exhibit 41, which is a printout
23  from Google's web page.
24       A.      Okay.
25              (YouTube Beser Exhibit No. 41 was

```
                                        Page 471
1        marked for identification.)
2    BY MS. SIEGEL:
3        Q.    And if you look on the second
4    page, it says:  "We regularly engage with
5    parents when designing products and often
6    hear from parents who do not want their
7    children distracted at school, but still want
8    to be able to get in touch in case of
9    emergency."
10                Do you see that?
11       A.    I do see that.
12       Q.    Do you have any idea why it was
13   not until recently that that product was
14   launched?
15                MS. WADHWANI:  Objection to
16        form, foundation.
17                THE WITNESS:  I don't know all
18        the inputs to the decision for the
19        Unicorn team on this topic.
20   BY MS. SIEGEL:
21       Q.    Okay.  Are you aware of
22   whether -- or rather, strike that.
23                Have you seen complaints dating
24   back to 2020 for requests for an app control
25   timer in Family Link?
```

HIGHLY CONFIDENTIAL

Page 472

1        A.      That does not ring a bell, but

2    Family Link, I believe since launch, does

3    allow parents to set app level blocks and I

4    believe times -- time usage per day.

5        Q.      And just to be clear, can you

6    explain what Family Link is versus YouTube

7    controls?

8        A.      Of course.  Family Link is the

9    service by Google that is a set of parental

10   controls focused on helping parents manage

11   their child's Android device usage.  So it

12   has rules in place about what apps the kid is

13   able to download.  It has filters for

14   websites, things like that, timers.  You

15   know, the device has a, you know, allowable

16   usage at the device level, right.

17              And then per app, such as

18   YouTube or YouTube Kids, you can go in and

19   set -- they have a pretty sophisticated

20   calendaring feature where you can pick day of

21   week, time of day, sort of allow device time

22   on/off controls.

23              MS. SIEGEL:  Okay.  Let's go

24        ahead and mark as the next exhibit

25        Bates number 01804303, and that's

HIGHLY CONFIDENTIAL

Page 476

1          any of those discussions.

2                    MS. SIEGEL:  Let's go to the

3          next exhibit, which is going to, be

4          for the record, 00252982.  And this is

5          exhibit --

6                    MS. WADHWANI:  Oops, sorry.

7          Sorry.

8                    MS. SIEGEL:  -- Exhibit 43.

9                    (YouTube Beser Exhibit No. 43 was

10         marked for identification.)

11                   THE WITNESS:  Okay.

12   BY MS. SIEGEL:

13        Q.     And this is another document

14   that was produced in your custodial file, it

15   likes like, as part of the Unicorn Dog Food

16   discussion group.  Is that fair?

17        A.     Can I get acquainted with the

18   document, please?

19        Q.     Yeah.

20        A.     (Peruses document.)  Okay.

21        Q.     Okay.  And so here, this is

22   a request -- or this -- if you look at the

23   first e-mail in time, it says:  "My son was

24   using his phone around 2:30 p.m., and I

25   revised bedtimes to be 10:00 p.m. to

HIGHLY CONFIDENTIAL

Page 477

1   p.m. during school days."
2          A.      I do see that.
3          Q.      And so basically that -- that
4   is an indication that the bedtime
5   limitation -- strike that -- that individuals
6   are interested in using the bedtime time
7   setting to apply to schools as well.  Is that
8   fair?
9              MS. WADHWANI:  Objection to
10         form, foundation --
11             THE WITNESS:  It sounds --
12             MS. WADHWANI:  -- calls for
13         speculation.
14             Go ahead.
15             THE WITNESS:  Yeah, it sounds
16         like ████ is interested in that.  I
17         don't know if that's a user request
18         that they saw at scale.
19   BY MS. SIEGEL:
20         Q.      Okay.  And then if you look at
21   an e-mail March 3rd, 2021, ████   ████ replies:
22   "I have the same problem.  Bedtime configured
23   from 6:30 to 4:00 p.m., so when homework is
24   done and I want to open things up 30 minutes
25   early, I have to poke at the bonus time

HIGHLY CONFIDENTIAL

Page 478

1    button" --

2                    I'll stop there.

3          A.       Mm-hmm.

4          Q.       But is that person expressing

5    that they're similarly having to use the

6    bedtime feature in order to lock apps during

7    school hours?

8                    MS. WADHWANI:  Objection to

9           form, foundation.

10                   THE WITNESS:  I mean just

11          reading what ███ wrote, it sounds like

12          she's describing a similar use as

13          ████████.

14   BY MS. SIEGEL:

15         Q.       Okay.  And is this -- do you

16   recall in 2021 whether there were any

17   conversations at either YouTube or with the

18   Unicorn team to create a time of day use

19   restriction at this point?

20                   MS. WADHWANI:  Objection to

21          form.

22                   THE WITNESS:  Yeah, I don't

23          recall.

24                   MS. SIEGEL:  Okay.  We'll mark

25          the next exhibit, which is Exhibit 44.

Page 479

1          And for the record, this is -- this is
2          Bates numbered 01804655.
3                    (YouTube Beser Exhibit No. 44 was
4          marked for identification.)
5    BY MS. SIEGEL:
6          Q.    Okay.  And there is another --
7    this is another e-mail, right, to the Unicorn
8    Dog Food discussion, and it has a third
9    person, ████     ████, who says:  "I am also
10   using bedtime to keep device locked during
11   the day, 7:15 to 4:00 p.m. the next day."
12                    Do you see that?
13         A.    I see that.
14         Q.    And so that's at least three
15   Dog Fooders who mentioned that they were
16   needing to use time control apps awkwardly or
17   inappropriately in order to lock the children
18   from using their devices at school or certain
19   apps at school.  Is that fair?
20                    MS. WADHWANI:  Objection to
21         form, foundation, mischaracterizes the
22         document.
23                    THE WITNESS:  I'm just reading
24         what ████ wrote.  He's using bedtime
25         to keep device locked during the day

HIGHLY CONFIDENTIAL

Page 480

1           7:15 to 4:00 p.m. the next day.  He
2           believes that is not the intended use
3           case.  That's what he wrote.
4  BY MS. SIEGEL:
5           Q.     Okay, great.
6                  MS. SIEGEL:  Let's go to the
7           next exhibit, which is going to be
8           01805840.
9                  (YouTube Beser Exhibit No. 45 was
10          marked for identification.)
11 BY MS. SIEGEL:
12          Q.     And this is another e-mail
13 approximately eight months later, later in
14 November of 2021, that was sent to the Dog
15 Food -- the Unicorn Dog Food discussion
16 group.
17                 And if you go to the second
18 page of the e-mail, which is 5841, the
19 third -- what's marked number 3, it says:
20 "Another idea is location-based controls so
21 can prohibit use of certain apps in places
22 like school or other classes."
23                 Do you see that?
24          A.     I do.
25          Q.     Okay.  And then if you go to

HIGHLY CONFIDENTIAL

Page 481

1    the first page -- well, okay.

2                    And if you go about midway

3    down -- or actually, strike that.

4                    So is this a third person --

5    yet another person who's sort of expressing

6    that they would like to be able to limit the

7    use of certain apps at school?

8                    MS. WADHWANI:  Objection to

9           form, foundation, mischaracterizes the

10          document.

11                   THE WITNESS:  Yeah, I mean I

12          would have to familiarize myself with

13          the whole e-mail.  It's quite lengthy.

14                   But the thing you pointed out

15          is, you know, Google or parents musing

16          about different ways to improve Family

17          Link controls.

18   BY MS. SIEGEL:

19          Q.    Okay.  We can -- you can put

20   that aside, and we can move to the -- well,

21   this idea was to use a -- strike that.

22                   This idea that was presented

23   here was to use a location-based setting in

24   order to block the device.  Is that fair?

25                   MS. WADHWANI:  Objection to

HIGHLY CONFIDENTIAL

Page 482

1          form.
2                    THE WITNESS:  That's what the
3          e-mail has suggested.
4  BY MS. SIEGEL:
5          Q.     Right.  And so is YouTube or
6  Google actually either able to determine the
7  location where the app is opened or YouTube
8  is being used?
9                    MS. WADHWANI:  Objection to
10         form, foundation.
11                   THE WITNESS:  So I don't work
12         on location signals.  I can't really
13         speak to what we can and cannot do.  I
14         know that location is a complicated
15         area with lots of privacy concerns and
16         different levels of technical ability,
17         like precise location versus other
18         things.  And that's as much as I
19         really know about that issue.
20                   MS. SIEGEL:  Let's go ahead and
21         mark as the next exhibit, Exhibit 46.
22         And this is an e-mail Bates numbered
23         01641974 and is dated June 22nd, 2018.
24                   (YouTube Beser Exhibit No. 46 was
25         marked for identification.)

HIGHLY CONFIDENTIAL

Page 490

1          an under 13 on YouTube, we take
2          immediate steps to remove that
3          account.
4    BY MS. SIEGEL:
5          Q.     So, yes, YouTube is aware that
6    users under the age of 13 access YouTube main
7    without adult supervision?
8                    MS. WADHWANI:  Objection to
9          form.
10                   THE WITNESS:  I -- I can't know
11         whether the adult is there or not.
12         YouTube cannot know if the adult is
13         there or not.  When we learn of
14         unsupervised under-13 usage on
15         YouTube, we take immediate and
16         appropriate steps to remove that
17         account.
18   BY MS. SIEGEL:
19         Q.     Is your testimony -- strike
20   that.
21                   Do you believe that the
22   majority of under 13 -- let's introduce the
23   next exhibit.
24                   Is one of the ways that -- that
25   underage users, meaning users under the age

HIGHLY CONFIDENTIAL

Page 491

1  of 13, access the user -- the YouTube

2  platform, by using a platform without logging

3  in?

4            MS. WADHWANI:  Objection to

5       form.

6            THE WITNESS:  So, by

7       definition, we don't know much about

8       the user when they're using signed

9       out.

10  BY MS. SIEGEL:

11       Q.    Is that a "yes"?

12            MS. WADHWANI:  Objection to

13       form, asked and answered.

14            THE WITNESS:  I'm saying when a

15       user is signed out, there is less we

16       know about the user.  So we don't

17       know.

18  BY MS. SIEGEL:

19       Q.    And some of those users you

20  believe are under the age of 13?

21            MS. WADHWANI:  Objection to

22       form.

23            THE WITNESS:  So YouTube signed

24       out is very easy to access, and it's

25       very likely that some of those users

HIGHLY CONFIDENTIAL

Page 492

1         are under 13.  Whether they're being

2         supervised by a parent or not is

3         discouraged, and when we do learn that

4         an underage user is accessing YouTube

5         unsupervised, we take immediate and

6         appropriate action to terminate.

7              MS. SIEGEL:  Let's enter the

8         next exhibit.  Can you get for me

9         Bates number 01735688.

10  BY MS. SIEGEL:

11       Q.    Before we enter that, you

12  mentioned earlier that when YouTube detects

13  an underage account, that they ask for age

14  verification.  Is that correct?  I may be

15  paraphrasing.

16              MS. WADHWANI:  Objection to

17         form, mischaracterizes the testimony.

18              THE WITNESS:  Would you mind

19         repeating the question?

20  BY MS. SIEGEL:

21       Q.    Sure.  You mentioned earlier

22  that YouTube does have a process for

23  detecting U13 accounts; is that right?

24       A.    We do.  For instance, if we can

25  detect an under 13 or a probably -- or

HIGHLY CONFIDENTIAL

Page 493

1  probabilistically under 13 user in a video,

2  for instance, and we do not -- and there's

3  policy on this, right -- and we do not detect

4  or believe there is adult supervising, it

5  will go to an age verification flow.

6          Q.      How -- strike that.

7                  How does YouTube detect an

8  under 13 account?  Is that by reviewing

9  videos?

10         A.      So I have only surface level

11  knowledge of the process.  ███ ███ ███

12  ████████ ████ ████ ████ ████ ███ █

13  ████ █ ████ ████ █ ████ █.  I

14  don't know all the things that go into that.

15                 But then I do know that ███ ███

16  ████ █ █ ████ █

17  ████ ████ ████ ████ ███ ███

18  ████ ████ █ █ ████ ████ ███ ███

19  ████ █ █ █ ████ █ █ ████ ████

20  ████ ████ ████ ████ █

21  ████ █ ████ ████

22         Q.      Do you know if those signals

23  are limited to ███ ████; in other words,

24  based on ████ versus what -- the

25  individual watches?

HIGHLY CONFIDENTIAL

Page 550

1    change."

2                    Does that indicate that -- that

3    it was anticipated that under 13 users would

4    be identified and that that would have a

5    negative impact on other products?

6                    MS. WADHWANI:  Objection to

7         form, foundation, mischaracterizes the

8         document.

9                    THE WITNESS:  The document --

10        all I know is what the document says.

11        It doesn't get into those details.

12   BY MS. SIEGEL:

13        Q.    Sure.  No problem.  You can put

14   that aside.

15        A.    Okay.

16        Q.    We'll go to the next exhibit,

17   which is 1608369.

18                    All right.  We'll -- we'll skip

19   that one for now.

20                    All right.  Let's go to the

21   next exhibit which is tab 17, 1607593.

22                    (YouTube Beser Exhibit No. 53 was

23        marked for identification.)

24                    THE WITNESS:  Thank you.

25                    MS. WADHWANI:  Mr. Beser needs

HIGHLY CONFIDENTIAL

Page 551

1           the exhibit copy.

2                    MS. SIEGEL:  Of course.

3      BY MS. SIEGEL:

4           Q.    All right.  This is an e-mail

5      from -- from yourself to a group of

6      individuals.  And you can take a second and

7      read the e-mail.  It's not that long.

8           A.    (Peruses document.)  Okay.

9           Q.    Okay.  And it looks like here

10     we are -- we are -- you guys were -- strike

11     that.

12                    It looks like here there was a

13     discussion about how to promote Red to

14     YouTube Kids users; is that right?

15                    MS. WADHWANI:  Objection to

16          form.

17                    THE WITNESS:  So I didn't read

18          every word, but from what I can tell,

19          it's trying to promote YouTube Red,

20          which is now YouTube Premium, which

21          was launching for the families -- to

22          the parents, who would be the ones to

23          actually purchase a premium

24          subscription.

25     BY MS. SIEGEL:

HIGHLY CONFIDENTIAL

```
                                              Page 552
 1         Q.      Okay.  And about three-quarters
 2    down the page, there's an e-mail from ████████
 3    ██████, who says:  "Why don't we target all
 4    users who consume our kids content on YT?"
 5    Right?
 6         A.      That's what it says.
 7         Q.      And then you respond that:
 8    "Most of the technical capabilities exist."
 9              Do you see that?
10              MS. WADHWANI:  Objection to
11         form, mischaracterizes the document.
12              Go ahead.
13    BY MS. SIEGEL:
14         Q.      Oh, ████  ██████.
15         A.      Yeah, ████ ██████ said that.
16              MS. WADHWANI:  My prior
17         objection stands.
18              THE WITNESS:  So I see ████
19         ██████ says that, yeah.
20    BY MS. SIEGEL:
21         Q.      Okay.  And so do you have
22    any -- any reason to dispute ████  ██████'s
23    statement that most of the technical
24    capabilities exist to target users who
25    consume kids content?
```

HIGHLY CONFIDENTIAL

Page 553

1          A.      I'm sorry.   I'm just reading it
2    a little -- I don't really know what he
3    means.   It's a little word saladly.
4          Q.      Do you know if one of the
5    reasons that YouTube has avoided using its
6    age inference models to detect users under 13
7    is to avoid potential COPPA penalties?
8                  MS. WADHWANI:   Objection to
9          form, foundation, argumentative.
10                 THE WITNESS:   So that's sort of
11         unrelated to this document, actually.
12   BY MS. SIEGEL:
13         Q.      Sure.
14         A.      Okay.   Age assurance is
15   technically challenging.   Building age
16   inference models accurately is something
17   that's -- that has evolved a lot over time,
18   gotten a lot better.
19                 The -- building that accurately
20   for under 18 is hard.   Building for under 13
21   is thought to be very, very hard, and
22   unproven.   I can't think of a successful
23   signal that has launched in the area of
24   inferring under 13s.
25                 For instance, we know that

HIGHLY CONFIDENTIAL

Page 554

1    parents co-watch with their kids a lot.  And

2    so are you -- you know, just because you

3    watch Peppa Pig doesn't mean that you're an

4    unsupervised child on YouTube.  Right?

5         Q.    Would YouTube know if a user

6    had watched Peppa Pig and a series of

7    other -- strike that.

8              What if a user's history was

9    exclusively Peppa Pig and had no other adult

10   content, would that indicate that the user

11   was more likely to be a child?

12              MS. WADHWANI:  Objection to

13         form.

14              THE WITNESS:  I haven't looked

15         at that problem to know.  It's very

16         hard to know, right, if they're using

17         a parent's device, if the parent just

18         isn't a YouTube user.  There could be

19         lots of reasons that an all Peppa Pig

20         watched stream might still be the

21         parent account and be watched with the

22         parent.

23   BY MS. SIEGEL:

24         Q.    Okay.  Let's -- let's move on.

25   We're going to talk about now digital

HIGHLY CONFIDENTIAL

Page 675

1      A.      I'm sorry, which bullet is
2  this?
3      Q.      Number II -- well, it's Roman
4  numeral II.
5      A.      It's number II?  I see.  "Asks
6  that go beyond what is required by U.S. law."
7  Yes.
8      Q.      Does YouTube only respond to --
9  sorry, strike that.
10            Is YouTube's aim to be -- to do
11  no better than what is required by law?
12            MS. WADHWANI:  Objection to
13        form.
14            THE WITNESS:  Absolutely not.
15        We are very user focused in how we
16        approach the area of families, and the
17        YouTube Kids app is obviously under
18        that remit.
19            In fact, if you go to
20        Crosswalk, which we talked about
21        earlier, that was narrowly focused on
22        children's privacy and data usage, but
23        in fact, in our response to that, we
24        went further and not only
25        depersonalized ads for Crosswalk or

HIGHLY CONFIDENTIAL

Page 676

1        "made for kids" videos, but also made
2        a lot of investment, and continue to,
3        in the areas of safety and quality to
4        the recommendations.
5             So we are incredibly and very
6        proudly user first and principled in
7        our approach.  And this is a document
8        specifically addressing a letter from
9        lawmakers, and therefore, I believe
10       that is why they are focused on U.S.
11       law in this document.
12  BY MS. SIEGEL:
13       Q.    Is that why YouTube determined
14  to turn default protective measures on for
15  all -- all 18 users, whether inferred or
16  declared in the U -- in the EU where it was
17  required, but not in the U.S. where it was
18  not required?
19             MS. WADHWANI:  Objection to
20       form, foundation.
21             THE WITNESS:  I do not believe
22       that is accurate.  You're referring to
23       our response to AADC in the European
24       union where we did a number of changes
25       to our default settings.  At the same

HIGHLY CONFIDENTIAL

Page 677

1           time we rolled out many of those
2           changes to global-declared teens as
3           well.
4   BY MS. SIEGEL:
5           Q.      Right.  But for global-declared
6   teens, the defaults were rolled out only for
7   declared 18.  Correct?
8           A.      When we know that it's a teen,
9   we intervene.
10          Q.      And in the EU, those default
11  measures are applied to users who are either
12  declared or inferred 18.  Is that correct?
13          A.      That is correct.  In the EU,
14  they had a specific law that, you know,
15  inferred teen --
16                  First, let me talk about that.
17  That is a probabilistic assertion of a user.
18  It is not known that they are a teen.  And it
19  was a law -- obviously, we will be compliant
20  with the law in the regions where we operate,
21  and therefore we made that change.
22                  But age assurance was early and
23  the signal quality has improved a lot.  It
24  wasn't something that we felt comfortable
25  rolling out in other markets.  There's a lot

HIGHLY CONFIDENTIAL

Page 678

1    that goes into that.

2              So, you know, there's a lot of

3    downsides to doing age inference.  Again,

4    it's a probabilistic signal.  It gets it

5    wrong a lot.  So it could be very disruptive

6    for, for instance parents, who are

7    co-watching with their kids.  If we get it

8    wrong, it would be very annoying for a parent

9    to suddenly have their Android device

10   disabled because their kid was using their

11   phone.  Right.

12             So there are tradeoffs, and the

13   technology was early, right.  And so, you

14   know, we've been -- it was something we had

15   to do to adhere to the law, but the

16   technology was very early and made a lot of

17   mistakes.  Stuff like that is reasons that

18   went into the decision to restrict to

19   declared teens globally.

20        Q.    When you say that their Android

21   device would be disabled, I thought that the

22   digital wellbeing tools were things like

23   turning off autoplay, turning on digital

24   wellbeing reminders.

25             Is there a part of the AADC

HIGHLY CONFIDENTIAL

Page 679

1  that would automatically turn off or disable

2  an Android phone?

3       A.      Well, it's not a direct -- it's

4  not about the law.  It's about the

5  implementation of inference.  It is a

6  probabilistic signal.  It is not perfect, and

7  it wasn't -- was more imperfect at the time.

8            You can see that in the

9  numbers.  You know, I don't recall exactly

10  what they were, but it made a lot of

11  mistakes, and there's downsides to those

12  mistakes that are very disruptive for users.

13  Of course, you know, it's up to lawmakers to

14  create laws however they see fit for their,

15  you know, constituencies, and if they made it

16  a law, then those downsides for users aren't

17  really our choice.

18       Q.      Have they made it -- strike

19  that.

20            YouTube recently announced that

21  it was expanding its -- strike that.

22            YouTube recently announced that

23  it would use age inference globally,

24  including in the United States, for things

25  like digital wellbeing features being turned

HIGHLY CONFIDENTIAL

Page 680

1    on by default.   True?

2         A.      I believe what we said was that

3    we are looking to expand age inference to the

4    U.S.  The technology has improved a lot.

5    Things like ChatGBT, like these machine

6    learning systems have gotten a lot more

7    sophisticated.  Right.  You can do a lot more

8    today.  I think everyone who's used, you

9    know, an LLM can sort of see that in

10   practice.

11              And what we announced was that

12   we believe the -- well, we didn't say it this

13   way.  But, you know, the signal is now ready

14   for rollout in the broader set of places,

15   such as in the U.S.  I do not believe that we

16   have said specifically what we would do once

17   we infer a teen outside of the European

18   Union.

19        Q.      I appreciate that

20   clarification.

21              At the time or recently, has

22   there been legislation proposed in the United

23   States requiring YouTube to use an inferred

24   age?

25                   MS. WADHWANI:  Objection to

HIGHLY CONFIDENTIAL

Page 816

1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2          The undersigned Certified Shorthand Reporter

3    does hereby certify:

4          That the foregoing proceeding was taken before

5    me at the place and time therein set forth, at

6    which time the witness was duly sworn; That the

7    testimony of the witness and all objections made

8    at the time of the examination were recorded

9    stenographically by me and were thereafter

10   transcribed, said transcript being a true and

11   correct copy of my shorthand notes thereof; That

12   the dismantling of the original transcript will

13   void the reporter's certificate.

14          In witness thereof, I have subscribed my name

15   this date:  April 6, 2025.

16                         _Leslie Anne Todd_

17                         _____

18                         LESLIE A. TODD, CSR, RPR

19                         Certificate No. 5129

20

21   (The foregoing certification of

22   this transcript does not apply to any

23   reproduction of the same by any means,

24   unless under the direct control and/or

25   supervision of the certifying reporter.)