# AMENDED Exhibit 774

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL
GOOG-3047MDL-04625648



## Technology Addiction

Tech addiction is primarily defined as widespread obsession, compulsive and excessive use of technology that interferes with Daily Life.

Research exists that indicates that prevalence of tech addiction is inversely related to quality of life.

Tech Addiction is not new, but it has exploded in the digital age and Google's role in enabling it is being questioned in public discourse.

For stories about tech addiction from across the globe - click here

YOUR HEALTH

### Smartphone Detox: How To Power Down In A Wired World

### Former Facebook and Google workers launch campaign to fight tech addiction

Campaign to highlights potential harm of digital platforms and social media on young people, alongside a call to regulate tech companies

"This compulsive pattern does not reflect a casual interest, but rather consists of a driven pattern of use that can frequently escalate to negatively impact our lives. The key life-areas that seem to be impacted are marriages and relationships, employment, health, and legal/financial status."

Confidential & Proprietary

Tech addiction and Google's role has been making the news and has gained prominence since "time well spent" movement started.



Validating the point that tech addiction is not new, we see that interest in Tech addiction has ebbed and flowed through 2016 and 2017. The most recent spike though has been the most prominent.

## Technology Addiction Trends

On an average, the Google Search Index receives ~**4.6K queries** on tech addiction everyday - from the US alone.

The US, Australia, Canada, the UK, India, South Korea, Turkey, Iran, Brazil and the Philippines are countries that lead with respect to interest in technology addiction.

| Search Query | Weekly Queries |
|---|---|
| tech addiction | 4207 |
| technology addiction | 4062 |
| addiction to technology | 598 |
| addicted to technology | 469 |
| tech addiction rehab | 384 |
| katie couric tech addiction | 361 |
| art about technology addiction | 338 |
| technology addiction cartoon | 296 |
| south korea technology addiction | 210 |
| children addicted to technology | 189 |



### Google Products & Tech Addiction

- Compulsive Content Consumption
  - YT Autoplay
  - Google News Feed

- Fear of Missing Out
  - Push notifications

- Immersive Engagement
  - Mobile Gaming and Micropayments

Overarching Goal: This research compendium should aid Google's external messaging on tech addiction and inform Product decisions.

The above overlap between Google and Tech Addiction is not comprehensive. These overlaps could be new areas of research or lines of enquiry. This deck however, will focus on YT-Autoplay.



## Google & Tech Addiction

Autoplay is also cited as encouraging following 2 behaviors

### Being non-neutral to drive engagement



From humanetech.com - YouTube automates billions of videos to play next for 1.5 billion users. These non-neutral products segregates us into echo chambers, fragmenting our communities.

### Disrupting Sleep Patterns



From humanetech.com - "YouTube autoplays the next video within seconds, even if it eats into our sleep. These are not neutral products. They are part of a system designed to addict us."

Confidential & Proprietary

( CRB * (1-CRB ) / VisitorsB)1/2

0.000306

Std. Error of difference

SEdifference = ( SEA2 + SEB2 )1/2

0.000322



~ upto 12% of total watchtime occurs between 12 AM to 6AM

Weak effect Significance:

Conversion Rate Control

Conversions A / Visitors A

19.38%

Conversion Rate B

Conversions B / Visitors B

20.83%

Relative uplift in Conversion Rate

CRB - CRA / CRA

7.49%

Observed Power

100.00%

p value

0.0000

Z-score

( CRB - CRA ) / SEdifference

56.7841

Standard error A

( CRA * (1-CRA ) / VisitorsA)1/2

0.000131

Standard error B

( CRB * (1-CRB ) / VisitorsB)1/2

0.000219

Std. Error of difference

SEdifference = ( SEA2 + SEB2 )1/2

0.000256



How do these stats compare with other countries?





An entire genre of memes that showcase YT and its influence on sleep exist  - "One more video" memes.

Slide 1

1           Is Autoplay really the issue here, since even if Autoplay were off during the night it would account for less than half of the night hours watchtime?
Cristos Goodrow; 3/29/2018 9:01:15 AM

1           Hi Cristos. Thanks for the comment. Autoplay is certainly not the ONLY issue here. In-fact as you rightly stated even at the peak the feature only contributes to 30% - 40% of the watch-time. However given the increased effect of autoplay (uplift of 10-20%) during the night versus the day, it can potentially be *one* of the issues influencing the pattern showcased by the memes.

Through this slide we wanted to indicate the perception that is prevalent in popular culture.
███████████ 3/29/2018 9:01:15 AM

Verdict: Autoplay could be potentially disrupting sleep patterns.

Disabling or limiting Autoplay during the night could result in sleep savings