# AMENDED Exhibit 1011

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# One-Pager: Playability Fallback for PDS Failures

UPDATE (7/12): after discussing with the team, we think this is not worth pursuing further. The proposed fallback is probably too conservative and too much effort for very little benefit to users.

No reviewers/approvers yet. Add them using '#reviewer' (for optional) / '#approver' (for required) in your action items along with +xyz@google.com, and we will auto-populate review/approval status here.

Using [ HYPERLINK " [ HYPERLINK "

**Status:** Draft
**Authors:** [ HYPERLINK "mailto: \h ]
**Contributors:** [ HYPERLINK "mailto: \h ][ HYPERLINK "mailto: \h ][ HYPERLINK "mailto: \h ]
**Team:** YT Identity + Privacy
**Tracking Buganizer ticket/hotlist:** [ HYPERLINK "http://b/288595555" \h ]
**Drafted:** Jul 6, 2023
**Last Significant Update:** Jul 10, 2023

## Background

This doc is a companion to the [ HYPERLINK "https://docs.google.com/ \h ] for [ HYPERLINK \h ] and is meant to address the followup AI in [ HYPERLINK " .

The original issue was fixed within a few weeks by , where it was previously missing. However, the issue raised some questions around the failure modes in our playability policy.

HIGHLY CONFIDENTIAL (COMPETITOR) - EXPORT CONTROL PROTECTED MATERIALS GOOG-3047MDL-05491766.ECM



Page 4 of 4

    b. Update: actually, it looks like when the user is signed out, ▮▮▮▮
       ([ HYPERLINK ▮▮▮▮ .

2. Is this worth our time to fix? I estimate this will take about two SWE-weeks to implement and test, then another SWE-month to roll out safely. MRM tends to be trivially easy for students to bypass if they clear cookies, sign out, open an incognito tab, or switch devices, so generally it's not a high priority to make these blocks completely foolproof. The primary motivation for this fix would be to mitigate major outages or avoid potential complaints from Workspace admins.
    a. ▮▮▮▮
       [ HYPERLINK \h ]▮▮▮▮
    b. Update: see #1 above
    c. Update: Note that actually ▮▮▮▮ ([ HYPERLINK ▮▮▮▮

3. In case ▮▮▮▮ ?
    a. As currently described above, no it should not. ▮▮▮▮ .

**Commented [20]:** This is a fair question. Would falling back to signed out parity make this project easier here? Otherwise, maybe we might consider putting this project on the backlog.
1 total reaction
▮▮▮▮ reacted with +at 2023-07-10 13:43 PM

**Commented [21]:** imho this isn't worth 2 SWE months of work. If Workspace cares deeply about perfect MRM coverage, then they should pass ▮▮▮▮

**Commented [22]:** ▮▮▮▮ As far as ▮▮▮▮ was able to see, the current signed out content policy is simply to block mature content, which may be sufficient for now.

Yeah as I've looked more at this, agree this project probably is pretty low priority.

**Commented [23]:** This only works on Chrome, and only where 3p cookies are enabled, right?

**Commented [24]:** ▮▮▮▮

**Commented [25]:** Workspace should already be setting the expectation that MRM doesn't work in all cases (you call out multiple unsolvable edge cases above). Imo this seems like a negligible risk

**Commented [26]:** ▮▮▮▮ This seems perhaps not ideal? In my view, certainly no reason to have a hard dependency on ▮▮▮▮

**Commented [27]:** Oh sorry this was not clear. You're right, it's actually currently ONLY a hard requirement for Dashers: ▮▮▮▮