# AMENDED Exhibit 1012

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

CONFIDENTIAL

Page 8

1           VIDEOGRAPHER:  Good morning.
2      We are now on the record.  My name is
3      Darnell Brown.  I'm the videographer
4      with Golkow.
5               Today's date is April 24, 2015
6      {sic}, and the time is now 9:05 a.m.
7               This video deposition is being
8      held in Palo Alto, California, in the
9      matter of Social Media Adolescent
10      Addiction, for United States District
11      Court, for the Northern District of
12      California.
13               The deponent is Neal Mohan.
14               Counsel will be noted on the
15      stenographic record.
16               The court reporter is Carrie
17      Campbell, CSR number 13921, and will
18      now swear in the witness.
19
20               NEAL MOHAN,
21   of lawful age, having been first duly sworn
22   to tell the truth, the whole truth and
23   nothing but the truth, deposes and says on
24   behalf of the Plaintiffs, as follows:
25

Page 9

```
 1                  DIRECT EXAMINATION
 2    QUESTIONS BY MS. CONROY:
 3           Q.      Good morning, Mr. Mohan.
 4           A.      Good morning.
 5           Q.      I introduced myself earlier.
 6    My name is Jayne Conroy, and I represent the
 7    plaintiffs in this case.
 8                   We also have some folks that
 9    are on the Zoom screen, and their names are
10    going to be on the record so you'll know
11    who's here.
12                   And we also have a few
13    exhibits, just so that there's warning to
14    everyone, that have a competitor protective
15    order status.  And so when those are coming
16    up, we will take a break or stop the
17    deposition and do something so that we can
18    put others who do not represent YouTube or
19    are not involved directly with YouTube to go
20    into a breakout room.
21                        Okay?
22                   Nothing you need to worry
23    about, just to let that -- so that people
24    don't get nervous online.
25           A.      Thank you.
```

CONFIDENTIAL

Page 10

```
 1        Q.      Have you ever been deposed
 2   before?
 3        A.      I have, yes.
 4        Q.      Okay.  On how many occasions?
 5        A.      I would say about two or three
 6   occasions, yes.
 7        Q.      Okay.  And were they in-person
 8   depositions?
 9        A.      They were -- they were like
10   this.  I think one maybe might have been on
11   video, but they were -- they were generally
12   like this, this type of a room.
13        Q.      Okay.  So you sort -- you know
14   the ground rules pretty much?
15        A.      I do.  I think -- I mean,
16   unless there's anything else specific you'd
17   want to share.
18        Q.      No, Ms. Campbell is going to
19   keep track --
20        A.      Okay.
21        Q.      -- of us when we talk over each
22   other, so that's the worst thing we can do.
23        A.      Okay.
24        Q.      Have you ever testified before
25   Congress before?
```

CONFIDENTIAL

Page 17

1    on LinkedIn.

2        A.    Sure.  Oh, it's right here.

3        Q.    Yes.  You're free to look at it

4    either on the screen or hardcopy, whatever is

5    easiest for you.

6        A.    Okay.

7        Q.    And we'll mark this as

8    Exhibit 1.

9            And this goes through -- did

10   you develop -- did you create this profile?

11       A.    I did, yes.

12       Q.    Okay.  And if we go back to the

13   beginning, it starts with your education and

14   then Accenture, DoubleClick, and then you

15   begin at Google in March of 2008.

16            Do you see that?

17       A.    I do see that, yes.

18       Q.    Okay.  SVP, is that vice

19   president of sales?

20       A.    No, that's senior vice

21   president.  That was my -- what I was

22   ultimately promoted up into during my time at

23   Google.

24       Q.    Okay.  And could you describe

25   for me what display and video ads, what that

                                                    Page 18

1    encompassed or what your responsibilities as

2    senior vice president for display and video

3    ads --

4              A.      Sure.

5              Q.      -- was all about?

6              A.      So display and video ads are

7    basically the image ads and video ads that

8    you would see on, really, websites across the

9    internet.  And so, you know, on the -- on the

10   page of The New York Times or Wall Street

11   Journal or what have you, those were called

12   display ads.

13                     And video ads, of course, are

14   the, you know, kind of video, instream ads

15   that would run on websites like YouTube or

16   CNN or kind of where they have video.

17                     And my job was product

18   management for those, so building the

19   products that our advertiser and publisher

20   clients would use to run their businesses.

21   And so I did that for a number of years.  And

22   that's basically what display and video ads

23   are.

24             Q.      Okay.  And for approximately

25   how long were you senior vice president at

CONFIDENTIAL

Page 19

```
 1   Google?
 2        A.    I was -- oh, let's see.  When
 3   was I -- this is a long time ago now.
 4             So I was promoted to senior
 5   vice president maybe -- I think maybe 2014,
 6   maybe 2015, something like that, and by then
 7   I moved over to YouTube shortly -- shortly
 8   after that.
 9             And I'm technically -- I'll
10   continue to be a senior vice president at
11   Google.
12        Q.    I see.
13             So even though you're CEO of
14   YouTube, you're also a senior vice president
15   at --
16        A.    Yeah --
17        Q.    -- Google?
18        A.    -- YouTube is kind of like a --
19             MR. PETROSINELLI:  Let her
20        finish the question before you answer.
21             THE WITNESS:  Yeah.  Sorry.
22        Yes.
23   QUESTIONS BY MS. CONROY:
24        Q.    There, we just did it.  See?
25   But it wasn't -- it wasn't Ms. Campbell
```

CONFIDENTIAL

Page 20

```
 1   that --
 2          A.      I apologize for that.
 3                  MR. PETROSINELLI:  That was her
 4          fault.  Don't worry about it.
 5                  THE WITNESS:  I'm sorry.  I'm
 6          sorry.  Your question was?
 7   QUESTIONS BY MS. CONROY:
 8          Q.      So let me ask you.  So even
 9   though you are a CEO of YouTube, you are --
10   also remain senior vice president at Google?
11          A.      Correct.
12          Q.      Okay.  And has your e-mail
13   remained the same the entire time you've been
14   at Google?
15          A.      Yes.
16          Q.      And that's -- what is your
17   e-mail?
18          A.      My e-mail is ████████████.
19          Q.      Are there any YouTube e-mails?
20          A.      I do have a YouTube e-mail
21   address.  I guess technically it's
22   ██████████████████.  They all go to the same
23   place.
24          Q.      Okay.  Can you describe for me
25   your move -- I'm going to call it a move.
```

CONFIDENTIAL

Page 21

1    I'm not sure what it really was -- from

2    Google to YouTube?

3         A.    So I moved over from Google to

4    YouTube towards the end of 2015, and I moved

5    in the capacity as chief product officer.  So

6    my responsibility at YouTube was really

7    building our products for our -- for our

8    viewers, our consumers, also for our

9    creators, the content creators, that upload

10   their video content to YouTube.

11              And so that's -- those are the

12   areas that I looked after.  Trust and safety

13   was a part of that as well.

14        Q.    Had you had any

15   responsibilities with respect to YouTube

16   before your move in 2015?

17        A.    Yeah.  So I didn't have formal

18   responsibilities over the products as I

19   described, but in my capacity leading our

20   display and video ads business, I was

21   responsible for the advertising that was on

22   YouTube.

23              So I did work with YouTube in

24   the capacity of building advertiser products

25   that, you know, resulted in the ads that ran

CONFIDENTIAL

Page 104

1          VIDEOGRAPHER:  Yep, looks good.

2     I closed the rooms.

3          (YouTube-Mohan Exhibit 7 marked

4     for identification.)

5  QUESTIONS BY MS. CONROY:

6          Q.    Okay.  We'll mark as the next

7  exhibit, 7, a document with the

8  Bates 04703742 through 46.

9               You're free to look at this.

10 I'm only going to be asking you about -- a

11 little bit about the first page.

12         A.    Okay.

13         Q.    This is a document that says,

14 "Global age inference model 2023, YouTube

15 only."  And the author is ██████ ██████

   ██████████, and it's dated October 21, 2022.

17         A.    Yes, and I will have to read it

18 here because it's also in tiny font.

19         Q.    Do you know ██████  ██████?

20         A.    I do, yes.  She's a product

21 manager.

22         Q.    Okay.  And is she at YouTube?

23         A.    I believe she is still at

24 YouTube.

25         Q.    And if you just take a look at

Page 105

1    the very top, Background, it says, "Youth is

2    a key YouTube initiative in 2023, and

3    responsibly growing the youth segment is a

4    top priority for YouTube across multiple

5    product strategies."

6                   Do you see that on the screen?

7         A.    I do see that, yes.

8         Q.    Okay.  And then I'm going to be

9    looking at number 1, which says, "Youth North

10   Star."

11                  Okay?

12        A.    Okay.

13        Q.    It says, "Declared age has a

14   low recall but high precision for under 18."

15                  Do you see that?

16        A.    "Declared age" -- okay.  Yes.

17        Q.    And helpfully, it goes on to

18   explain exactly what that means.

19                  "Meaning those who say they are

20   under 18 are likely to be under 18, but only

21   a small fraction of those who are actually

22   under 18 are declaring accurately."

23                  Do you see that?

24        A.    I do see that, yes.

25        Q.    "To set a higher bar for

Page 106

1    safety, we'd like to expand our protections,

2    globally, to users that could be minors,

3    independent of their declared age."

4                    Do you see that?

5        A.      Uh-huh, yes.

6        Q.      And is that -- so that's

7    something that ███████████ was working on as a

8    product manager at YouTube?

9                    MR. PETROSINELLI:  Object to

10            the form.

11                    THE WITNESS:  I don't remember

12            exactly what ██████ was working on.  She

13            may have been working on this effort

14            in conjunction with many other people.

15            I'm trying to remember what team she

16            was actually on.

17                    I don't think she was the

18            person solely responsible for that,

19            but she might have been one of the

20            people who was involved.  I think she

21            was on our -- maybe on our identity

22            teams but not on the youth team.

23                    So I don't remember exactly

24            what she was working on.

25

Page 140

1    have to get built, trained on ground truth
2    and usage patterns for each country, language
3    pair.
4                    So -- but I do believe that
5    that -- that dispersion is available in
6    the -- in the UK.
7         Q.     And so under 18 users, whether
8    they have declared themselves to be under 18
9    or not, in the UK would receive -- the
10   classifier would work for them.
11                   Correct?
12                   MR. PETROSINELLI:  Object to
13        the form.
14                   THE WITNESS:  Again, I can't
15        remember exactly when we rolled that
16        out.  In my -- so I'm not sure how
17        many years subsequent to this
18        announcement we rolled it out in the
19        UK.
20                   But I believe -- in fact, I
21        think we did it relatively recently,
22        if I'm not mistaken.  So it might be a
23        brand new thing.
24   QUESTIONS BY MS. CONROY:
25        Q.     So in the UK, you are using the

CONFIDENTIAL

Page 141

1    inferred age for the application of the --
2    I'm going to call it the classifier or the
3    repeat video issue?
4                MR. PETROSINELLI:  Object to
5          the form.
6                THE WITNESS:  Yes, I just -- I
7          can't -- I unfortunately can't tell
8          you exactly when.  I believe it was
9          relatively recent, but -- and again,
10         for those same reasons that I was
11         mentioning, which is, we want to get
12         these classifiers to a -- to a level
13         that we feel comfortable that we can
14         layer on top of our recommendations.
15               Now, of course, just because it
16         wasn't available in the UK at the same
17         time it was available in the US
18         doesn't mean that we didn't have other
19         safeguards in place in all of these
20         other places.  It was of course built
21         on top of our existing recommendation
22         architecture, all of the safety
23         standards that we have in
24         recommendations.
25               You know, the recommendations

CONFIDENTIAL

Page 142

1    feature is ultimately they're

2    recommending content.  And all of the

3    content on YouTube, of course, is

4    subject to all of our community

5    guidelines and how they work in terms

6    of what's allowed, what's not allowed.

7         And so all of that, all of

8    those safeguards, apply globally.  And

9    so that was whether you're a UK user,

10   a US user.

11        Now, this concept of sort of

12   dispersing repeated content is

13   something that we started in the US,

14   but we want to fast-follow now that we

15   feel like we have a -- you know, a

16   product.  And our child development

17   experts speak very highly of this

18   capability, and so I'd like to roll it

19   out globally as quickly as possible.

20   It's a feature that we're very proud

21   of.

22   QUESTIONS BY MS. CONROY:

23        Q.    But it's still not available to

24   under 18 users who are declared as older than

25   18 in the United States?

CONFIDENTIAL

Page 143

1                MR. PETROSINELLI:  Object to

2        the form.

3                THE WITNESS:  Sorry.  So it is

4        available -- it is for under 18 users.

5                In the US, we have this effort

6        now to bring a lot of that inference

7        technology that we've sort of refined

8        and honed after years in Europe to the

9        US, if that's your question.

10               And this capability was started

11       in the US, is not globally everywhere.

12       We'd like for it to be globally

13       everywhere.

14               So it's kind of like these two

15       things are crossing, but of course

16       it's all part of our ultimately

17       getting to a global usage, as I

18       articulated, in terms of our kind of

19       all-children principle.

20    QUESTIONS BY MS. CONROY:

21        Q.     Right.

22               But as of 2023, and as of April

23    of 2025, this is not available to someone

24    under 18 in the United States who has

25    declared their age to be over 18 because the

CONFIDENTIAL

Page 144

1    inference model is not yet active in the US.

2           Correct?

3           MR. PETROSINELLI:  Object to

4       the form.

5           THE WITNESS:  Correct.  We do

6       not have the inference model here in

7       the US for the reasons I highlighted

8       before, which is, you know, we rolled

9       it out in accordance with the law in

10      Europe.

11          It has gotten dramatically

12      better.  I think it has gotten to the

13      point where I -- we feel comfortable,

14      or at least I feel comfortable,

15      stating our intention of rolling it

16      out here in the US.

17          But we have work to do to get

18      it to roll out.  I want it to be a

19      very high quality classifier before we

20      roll it out because of all those costs

21      that I talked about in terms of false

22      positives and false negatives.  So

23      that is work that's underway today.

24   QUESTIONS BY MS. CONROY:

25          Q.    Do you know if any of the

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2
    IN RE: SOCIAL MEDIA              )
 3  ADOLESCENT ADDICTION/PERSONAL    )
    INJURY PRODUCTS LIABILITY        ) MDL No. 3047
 4  LITIGATION                       )
    _____   )
 5  THIS DOCUMENT RELATES TO:        )
    ALL ACTIONS                      )
 6  _____
       SUPERIOR COURT OF THE STATE OF CALIFORNIA
 7              COUNTY OF LOS ANGELES
               UNLIMITED JURISDICTION
 8
    COORDINATION PROCEEDING       ) Lead Case No.
 9  SPECIAL TITLE [RULE 3.550]    ) 22STCV21355
                                  )
10  SOCIAL MEDIA CASES            ) JCCP No. 5225
    _____)
11  THIS DOCUMENT RELATES TO:     ) Judge:
    ALL ACTIONS                   ) Carolyn B.
12                                ) Kuhl, Dept.12
13            THURSDAY, APRIL 24, 2025
14      CONFIDENTIAL - ATTORNEYS' EYES ONLY -
             PURSUANT TO PROTECTIVE ORDER
15
                        - - -
16
17            Videotaped deposition of Neal
    Mohan, held at the offices of Wilson Sonsini
18  Goodrich & Rosati, 650 Page Mill Road, Palo
    Alto, California, commencing at 9:05 a.m.
19  Pacific Time, on the above date, before
    Carrie A. Campbell, Registered Diplomate
20  Reporter, Certified Realtime Reporter,
    Illinois, California & Texas Certified
21  Shorthand Reporter, Missouri, Kansas,
    Louisiana & New Jersey Certified Court
22  Reporter.
                        - - -
23
24
25
```

CONFIDENTIAL

```
                                      Page 164
1              MR. PETROSINELLI:  You got --
2              THE WITNESS:  Sorry.  Yes, I
3        do.
4    QUESTIONS BY MS. CONROY:
5         Q.      And that is active in the
6    United States as well, correct, that
7    teen-supervised account?
8         A.      The teen-supervised account,
9    but I think you're referring to the Family
10   Center here.
11        Q.      Well, I believe in the UK it's
12   called -- or in Europe it's called Family
13   Center, but in the US it's called teen
14   supervision?
15        A.      If -- I believe it's called
16   Family Center in -- they're two separate
17   things.
18        Q.      Okay.
19        A.      There's the supervised
20   experiences, and then there's this Family
21   Center, which, within a couple of taps, if
22   you open up the YouTube app, you can get to,
23   and it basically shows you what it's -- what
24   it's describing here.
25        Q.      It shows you the number of
```

CONFIDENTIAL

Page 165

1    up -- your teen's uploads, subscriptions and

2    comments?

3         A.    Yes.  That's the design.

4         Q.    And is that true in the US as

5    well?

6         A.    Yes.

7         Q.    And it's called Family Center

8    in the US?

9         A.    Yeah.  We spell it differently

10   here, but...

11        Q.    All right.  Just one of those

12   little --

13        A.    Yeah.

14        Q.    -- complicating things.

15             It would not, however, inform a

16   parent of a teenager if the teenager had

17   inaccurately declared their age.

18             Correct?

19        A.    Well, this is -- this is

20   describing something a little bit different.

21   So let me just clarify here, which is, this

22   is a new feature, which is actually being

23   able to link together two accounts.  And so

24   this is really just based on two accounts

25   wanting to be linked together, and I believe

CONFIDENTIAL

Page 166

1    it actually works independent of age.  I'll
2    have to confirm that.
3                   But the idea here is to --
4    again, this is input that we got from our
5    child development experts -- is to really --
6    especially for teenaged users, is to strike
7    the balance between actually giving them some
8    agency and autonomy and freedom and parental
9    control.
10                   So this feature describes
11   basically a parent being able to go into
12   Family Center or -- I think it here also is a
13   link.  It might actually take you to the help
14   center.  I'm not sure where this blog links
15   to.
16                   But then you get an invitation
17   that goes to the account of the child, the
18   teen in this case, and those two accounts can
19   then be linked.  And when those two accounts
20   are linked, then you see all of these types
21   of things.
22                   And so it's not dependent on
23   that sort of criteria that you're describing.
24   It's like back to the point that I was
25   making, which is, in addition to, you know,

Page 167

```
 1    those sort of 10, 12 different other
 2    safeguards that I was describing, including
 3    some of them highlighted here, we built yet
 4    another capability, which is parents and
 5    sitting down with their children, saying,
 6    hey, I'm comfortable with you using YouTube.
 7    I would love to have this type of a link.
 8              As you can see, it gives the
 9    linking account access to some information,
10    particularly the information that child
11    development experts told us that are -- that
12    is most important.  And when there's sort of
13    that voluntarily linking happening, then this
14    is what's made available.
15              So it's a bit of a different
16    feature than sort of, like, something that's
17    turned off or on by default, depending on the
18    age, just to describe it.
19         Q.    Does this -- it says that it
20    shows something, including the number of
21    uploads.
22              Does it identify the uploads?
23         A.    It does not identify the
24    uploads in this case, but it will also -- it
25    does what you -- if you continue to read that
```

CONFIDENTIAL

Page 168

1    paragraph, it does something that at least

2    the experts told us was the more important

3    piece, which is actually the notification at

4    the moment of upload.

5                And this is actually a really

6    good example of what I was describing before,

7    which is, it's important to have multiple

8    safeguards in place as opposed to just

9    anchoring on sort of this 18-plus sort of

10   boundary, what content versus not, because

11   what the -- what child development experts

12   have told us is actually the more important

13   pieces are around the creation and the upload

14   piece and the sharing piece and the

15   commenting piece.

16               And so we wanted to design

17   something that actually addressed that

18   particular use case because it might turn out

19   that parents are very comfortable with using

20   YouTube.  You know, it's a learning

21   application.  You know, 90 percent-plus of

22   teachers use it in the classroom every single

23   day.

24               And so we didn't want to

25   restrict that sort of really positive use

Page 169

1    case of YouTube at the -- but wanted to make

2    it -- make it having a feature that actually

3    addressed the things that some subset of

4    parents may particularly be concerned about,

5    which is uploading content, posting, et

6    cetera.

7              And so that's where this sort

8    of, like, Family Center account linking piece

9    came in.  Because the idea was, give teens

10   the ability to explore, develop new

11   interests, learn new things, but also give

12   parents some insight into behavior that they

13   might deem to be areas that they might want

14   to check in on more.

15             And so as this highlights here,

16   this was something that was done not just in

17   partnership with our advisory council

18   experts, but was also with, you know, pretty

19   well-respected, highly regarded, child

20   development experts like common sense

21   networks, Common Sense Media, et cetera.

22             So, then, you know, this is

23   another feature that, you know, I'm very

24   proud of that we sort of layered on top of

25   it, because it is one of those things that we

CONFIDENTIAL

Page 170

1    were told facilitates that conversation

2    between parents and their teens, just like

3    parents and teens have conversations around,

4    you know, when to get your driver's license

5    and all of those other things that teens, you

6    know, go through as rites of passage.

7         Q.     Do you recall if it was ever

8    discussed whether to add watch time into what

9    is a shared insight?

10        A.     I can't remember exactly what

11   set of features were discussed or not, but I

12   do remember this general concept of actually

13   having the features address those types of

14   things that were most important to parents

15   and what the experts sort of called out and

16   sort of layering on those things from there.

17   Because we had things on the watch time side

18   like the Take a Breaks, et cetera, and this

19   particular thing was trying to get at sort of

20   threading that needle in terms of what -- you

21   know, what we would hear from experts, which

22   is, yes, this broad corpus is important.

23              So if a young person spends

24   three hours on YouTube, you know, learning

25   how to do algebra, that might be okay.  But

```
                                        Page 176
 1          this concept in a global sense.
 2                  Now, as I described in terms of
 3          the recommendation dispersion before,
 4          different technologies are in
 5          different states for different parts
 6          of the world.  As we've talked about
 7          in the case of inference, it was in
 8          different states, just like it was for
 9          the dispersion piece.
10                  But the concept, ideally, is
11          for this under 18 piece.  And the idea
12          behind this paragraph, just to put it
13          into context, is what I was alluding
14          to before, which is, advertising is
15          the means by which content on YouTube
16          and, you know, for that matter, really
17          in other parts of the internet, too,
18          is available to families of all kind
19          of economic situations.  And so that's
20          why the -- the post, I felt like it
21          was important to address that because
22          it takes money to produce this
23          content, of course.
24                  (YouTube-Mohan Exhibit 12
25          marked for identification.)
```

CONFIDENTIAL

Page 177

1    QUESTIONS BY MS. CONROY:

2         Q.    Okay.  Let's take a look at

3    what we're going to mark as Exhibit 12, which

4    is a large document, but I'm going to direct

5    you to -- look through it, but I'm going to

6    direct you to some pages when you're ready.

7         A.    Okay.

8         Q.    And it's GOOGLE 05867998

9    through 8083.  And the title is, "Age

10   Assurance Follow-Up, Global Velocity,

11   January 27, 2025."

12        A.    Okay.

13             MR. PETROSINELLI:  And do you

14        want to say what slides you're going

15        to want him to particularly look at?

16   QUESTIONS BY MS. CONROY:

17        Q.    I will.

18             You may want to -- what I'm

19   going to ask you about, it looks like there's

20   a little bit of discussion at the very

21   beginning about your statement in your

22   February 2025 best -- big bets for the

23   company.

24             And then I'm going to look at

25   slide 9.  I'm going by the -- I'm going by

Page 178

1    the GOOGLE pages now.

2            A.      Okay.

3            Q.      Slide 22.  Slide 24.

4            A.      I'm sorry, do you see the

5    GOOGLE pages?

6                    MR. PETROSINELLI:  Yes, this

7            right here.  She's just reading off --

8            so 9 would be this.

9                    THE WITNESS:  I see.  Okay.

10                   9 -- you said 9 and then 24?

11   QUESTIONS BY MS. CONROY:

12           Q.      Yeah.

13                   And then a couple after that,

14   but that will give you a --

15           A.      Okay.

16           Q.      That will give you a start.

17           A.      All right.  Let me just leaf

18   through this quickly.

19                   Sorry, you said 24.  Right?

20           Q.      Did I?

21                   MR. PETROSINELLI:  22 and 24.

22                   THE WITNESS:  22.  Okay.

23                   Okay.  I've -- I haven't looked

24           at every page, but I have glanced at

25           it.

Page 179

1    QUESTIONS BY MS. CONROY:

2         Q.    I'm going to ask you a

3    question, and you take your time if you want

4    to look at something more.

5         A.    Okay.

6         Q.    Let's just look at page 2,

7    which is a slide that just says, "Age

8    assurance announcement."

9         A.    Uh-huh.  I see that.

10        Q.    Would this -- would this have

11   been something you saw?

12        A.    Would I have seen this deck?

13              I may have seen this deck,

14   yeah.

15        Q.    Okay.

16        A.    I think so.  Again, I don't

17   remember the specifics of it, but this would

18   be logical for me to have seen this deck.

19   Maybe presented to me in a meeting or

20   something.

21        Q.    I will represent to you that

22   there are some earlier versions of this, and

23   I used the most recent one, January 27th of

24   2025, because this was an age assurance

25   follow-up, so -- and I did see some of the

CONFIDENTIAL

Page 190

1          A.      Not that I'm aware of.  It
2     doesn't mean that they haven't, but that's
3     not -- that's not -- I'm not aware of it.
4          Q.      Okay.  Then if you move to
5     slide 22.
6          A.      Okay.  22.
7          Q.      See if there's any kind of a --
8     this is part of the appendix --
9          A.      I --
10         Q.      -- and --
11         A.      This is what I have.
12         Q.      Yeah.
13         A.      Okay.
14         Q.      I was just going to show you
15    that it's part of --
16         A.      Oh, sorry.
17         Q.      If you go back a few, there's
18    an introductory slide that says "appendix."
19         A.      Yeah.
20         Q.      Just so that you'd see it.
21                 And then this slide, 22, says,
22    "Business Impact."
23                 Right?
24         A.      Yes, I see that.
25         Q.      And this would be the business

Page 191

1    impact ██ ███████.

2              Correct?

3        A.    I'm not sure.

4              Do you mind if I just --

5        Q.    Yeah, take a look.

6        A.    -- read this, take a look at

7    what this is?

8              Okay.

9        Q.    Does that help you answer the

10   question of ████████ █████ ██ ██ ████████

██   █████████ ██ ██████

12       A.    ██████ █ █████ ████ ██ ██

██   █████████ ██████ █████ █████ ███ ████████

██   ████████ ██ ████████ ███.

15       Q.    And so was ██████████ ███ █████ █

██   ███████ ██ ███ █████ ████ ██ ██████ ████████

██   █████ ████ ████████ █████ ██████ ███ ████████

██   █████ █████████████ ██ ███ █████

19              MR. PETROSINELLI:  Object to

20       the form.

21              THE WITNESS:  ██ ██ ████ ███

██           ██████ ████████ ███ ████ ██ ████████

██           ██ █████ ████ ██ █████ ██ ████ █████

██           █████ ██████ ███ ████ █████████ ███████

██           ███ ██ ██ ████ ███████ ██ ████████

CONFIDENTIAL

Page 192



19    QUESTIONS BY MS. CONROY:

20         Q.     And so just to be -- to be

21    clear about what we're -- what we're looking

22    at here, there is a movement announced by you

23    on February 11th of 2025, to machine-learn

24    the age of users so that you could determine

25    who was under 18, either inferred or

CONFIDENTIAL

Page 193

1    declared.

2                    Right?

3         A.      (Witness nods head.)

4         Q.      And then that age assurance has

5    a financial component or a business impact.

6                    Correct?

7                    MR. PETROSINELLI:  Object to

8         the form.

9                    THE WITNESS:  Yes.  The --

10        there's, as we've talked about,

11        █████████  ████████    ████████    █████  ████

█    ████████    ██████  █    ██████    ██████  ████████

█    ██  ██████████    ██████    ████  ██████    ██

█    ████████    ████    ██████    ████████    █

█    ████████    ████    ██████    ████    ██████████

█    ██████████  ██    ██████    ████    █  ██████████

█    ████████    ████    ██████    ██████    ██████

█    ██████████    ████████    ██████    ██    ████████

█    ██████  █  ████████    ██████    ████  ██    ████████

█    ████████  ████  ██████    ████████

21                    And I think what this slide

22        sort of teases out is that despite

23        this business impact, it's something

24        that we, you know, declare that we

25        wanted to do at YouTube because the

Page 194

1    models have gotten to the point where

2    we could have a pretty good inference

3    model.  And so we're willing to take

4    that financial hit in this particular

5    case in the interest of rolling out

6    that model.



19         But we're going to -- our plan,

20    at least, is to still continue to move

21    forward despite the business impact.

22    QUESTIONS BY MS. CONROY:

23         Q.    So when I look, I see 1

24    point -- I'm looking right at the top.  It

25    says,

CONFIDENTIAL

Page 198



8    QUESTIONS BY MS. CONROY:

9        Q.

16            MR. PETROSINELLI:    Object to

17    the form.

18            THE WITNESS:

CONFIDENTIAL

Page 199



1

12    users who might be above 18 are now

13    for some reason classified as below

14    18.  And so, therefore, they get a

15    degraded ad experience as well.

16

CONFIDENTIAL

Page 200

1 ███████

███  ████  █████  ██████  █████  ████

██  █  ████  █████  ████  █████  █

██  █████  ███  █████  █████  ███

██  █████  ███  ██████  █████  ███

██  ██████  ███  ███  █████  ██

██  ██████  ███  ██  ██  ███  █████  ██

8    QUESTIONS BY MS. CONROY:

9         Q.      And on the flip side, up until

10   the day that the US implements age inference,

11   personalization does take place with a number

12   of users who are under 18 but have declared

13   themselves to be over 18?

14                MR. PETROSINELLI:  Object to

15        the form.

16                THE WITNESS:   ██  ██  ███  ████  ██

██  █████  ████  █████  █████  █████

██  █  █████████  █████  ███

██  █████  ███  ████  ████  ███  ██

██  ██████  ███  ██  ██  ███  █████

21                But, yes, the inference

22        model -- if your question is, will the

23        inference model include more users as

24        a result of it that get these sort of

25        depersonalized ads, then -- then, yes,

CONFIDENTIAL

Page 205



1      Q.      And when I look at the top, ███

5      A.

7      Q.

11             MR. PETROSINELLI:  Object to

12      the form.

13             THE WITNESS:  ██ ██ ██

19  QUESTIONS BY MS. CONROY:

20      Q.

21      A.

CONFIDENTIAL

Page 206

5        Q.     Conceptually, would you agree
6  with me that if there is a particular amount
7  of money that can be calculated for
8  implementing age inference in the United
9  States, you could also conceptualize money
10  that has been earned in the past years
11  because of the absence of age inference?
12           MR. PETROSINELLI:  Object to
13      the form.
14           THE WITNESS:  Yeah,
15      conceptually I could see that.  And,
16      you know, as I said, the majority of
17      that gets paid out to our creators in
18      the case of YouTube.
19         So -- but in this case, despite
20      this impact, it's something that we've
21      declared that we want to move forward
22      with.

CONFIDENTIAL

Page 207



12    QUESTIONS BY MS. CONROY:

13        Q.

18        A.

CONFIDENTIAL

Page 230

1          2:47.  Going off the record.

2            (Off the record at 2:47 p.m.)

3                    VIDEOGRAPHER:  The time is now

4          2:55.  Back on the record.

5                    CROSS-EXAMINATION

6    QUESTIONS BY MR. PETROSINELLI:

7          Q.      Mr. Mohan, good afternoon.  As

8    you know, I'm Joe Petrosinelli.  I represent

9    Google and YouTube.  Just a few questions.

10                   Can you tell us your

11   educational background?

12         A.      Sure, yes.  I have a bachelor

13   of science in electrical engineering from

14   Stanford University, and I have an MBA from

15   the Stanford Graduate School of Business.

16         Q.      And at some point did you come

17   to work at Google?

18         A.      I did, yes.

19         Q.      What year was that?

20         A.      2008.

21         Q.      And what were your jobs at

22   Google?

23         A.      For a long portion of my career

24   at Google I was responsible for our display

25   and video ads business.  Ultimately I was the

Page 231

```
 1   SVP of that business until about -- towards
 2   the end of 2015.
 3        Q.     And then what happened at the
 4   end of 2015?
 5        A.     The end of 2015, I moved over
 6   to YouTube in the capacity of chief product
 7   officer.
 8        Q.     And what were your
 9   responsibilities as the chief product officer
10   of YouTube?
11        A.     The primary responsibility was
12   oversight of building all of our products for
13   our users, for our creators, and also looking
14   after our content policies and content
15   moderation because those two things go
16   hand-in-hand.
17        Q.     And you're now the CEO of
18   YouTube?
19        A.     Correct.
20        Q.     And when did you become the CEO
21   of YouTube?
22        A.     In February of 2023.
23        Q.     Mr. Mohan, what is YouTube?
24        A.     YouTube is a video-watching,
25   creating and sharing site, application.  It's
```

CONFIDENTIAL

Page 232

1    where users from all over the world come to

2    watch video content, whether it's sports or

3    music or their favorite content creators.

4    And so that's what YouTube is.  It's a

5    streaming service that allows people to

6    consume video content.

7           Q.    Do you consider YouTube to be a

8    social media platform?

9           A.    No, we don't.

10          Q.    Why not?

11          A.    You know, YouTube really is --

12   it's a streaming service.  It's a place where

13   you go and watch video content, just like you

14   do -- most of our consumption happens in the

15   US on television screens now.  And so just

16   like you watch any other video service on TVs

17   and other places, you watch YouTube.

18                So the primary use case on

19   YouTube is the consumption of video versus a

20   place where you go to share content or

21   connect with your social graph or what have

22   you.

23          Q.    Can children use YouTube?

24          A.    Yes, kids can use YouTube.  In

25   fact, one of the applications that we built

CONFIDENTIAL

Page 233

1    at YouTube is called YouTube Kids.  I think

2    it just a few months ago celebrated its

3    ten-year anniversary.  And that's a product

4    that's designed specifically for young kids

5    and their parents.

6                    And, you know, minors also use

7    the main app, and we have a number of

8    features on the main app for them as well.

9          Q.    What is supervised experience?

10         A.    Supervised experiences would be

11   one of those features, which is a feature

12   that parents and their children can use to

13   manage their experience on the main YouTube

14   app.

15                    It has settings for a reduced,

16   more limited corpus of content that parents

17   can set up in discussion with their minor

18   children.

19         Q.    Does YouTube offer any features

20   that are directed toward children using the

21   platform safely?

22         A.    There are a number of features

23   that we've built over the years that are

24   focused on allowing kids to get the rich

25   benefits of YouTube, the learning platform or

Page 234

1    what have you, but to do it in a safe manner,

2    including things like Take a Break reminders,

3    Bedtime reminders, the dispersion of content

4    in our recommendation algorithms that would

5    be problematic if seen together but, if

6    dispersed, not so.  And a number of other

7    features and parental controls.  The ability

8    for parents and teens to be able to link

9    their accounts so that parents have some

10   supervision over them.

11              And so a number of features

12   like are what we've built over the course of

13   the last several years.

14       Q.      And have some of those features

15   been added after 2015 when you first came to

16   YouTube?

17       A.      Yes.

18       Q.      And why did YouTube add those

19   features?

20       A.      You know, we have -- it goes

21   back to our philosophy of living up to

22   responsibility is our primary priority.  And

23   always seeking to continue to improve our

24   products.  It's building multiple layers of

25   defense to make sure that users reap the

CONFIDENTIAL

Page 235

1    rewards and the benefits of a platform like

2    YouTube but do it in a safe manner.

3            Q.      And does YouTube make

4    information about these features and how they

5    work available to parents?

6            A.      Yes, extensively.  Primarily

7    through our help center, which is a part of

8    the product, but also through documentation

9    on our website, through blog posts, through

10   newsletters and a number of different places

11   like that.

12           Q.      From what you've observed in

13   your time working at YouTube, first as the

14   chief product officer and now as the CEO, has

15   YouTube taken seriously the safety of its

16   users?

17           A.      Absolutely.  It's one of our

18   top priorities.

19           Q.      And from what you've observed

20   in your time working at YouTube, first as

21   chief product officer and now as CEO, has

22   YouTube been committed to the safety of

23   children who use its platform?

24           A.      Of course.  Absolutely.  It's a

25   top priority.

Page 236

1      Q.     Just a few more questions,

2   Mr. Mohan.

3               You were asked some questions

4   earlier about Google's ads demographic model.

5               Do you remember that?

6      A.     Yes, I remember that

7   conversation.

8      Q.     Do you know the specifics of

9   how the ads demographics model operates?

10     A.     No, I'm not an expert on that.

11  I haven't -- I haven't been responsible for

12  ads business for quite some time.

13     Q.     And do you know what data or

14  signals that tool uses?

15     A.     The ad -- the ads --

16     Q.     Yeah.

17     A.     -- the ads tool?

18               I couldn't tell you the

19  specific signals.

20     Q.     And do you know how that ads

21  model compares to the -- compares to the data

22  used or modeling for the AADC age inference

23  model?

24     A.     I do not, no.

25     Q.     Okay.  Mr. Mohan, in your time

CONFIDENTIAL

Page 237

1    working at YouTube, first as the chief
2    product officer and now as the CEO, have you
3    ever felt that the company has prioritized
4    profits over user safety?
5          A.      I have never felt that way.
6          Q.      And in your time working at
7    YouTube, first as the chief product officer
8    and now as the CEO, have you ever felt that
9    the company prioritized watch time over user
10   safety?
11         A.      No.
12         Q.      In your time working at
13   YouTube, first as the chief product officer
14   and now as the CEO, have you ever seen the
15   company choose a strategy that put making
16   money ahead of protecting the safety of
17   children who use the platform?
18         A.      I have not.
19         Q.      Would you ever work for a
20   company that you thought was causing harm to
21   children?
22         A.      I personally would never.
23                 MR. PETROSINELLI:  That's it
24        for me.
25                 MS. CONROY:  I have no further

CONFIDENTIAL

Page 238

1          questions.  Thank you.
2                  VIDEOGRAPHER:  Plaintiff's
3          counsel total --
4                  MR. FLASTER:  Excuse me.
5          Before you -- before you go off the
6          record -- I'm sorry, this is Eben
7          Flaster, Shook Hardy.  I don't have
8          any questions for the witness, but I
9          do want to make a statement for the
10         record.
11                 Joe, can I do that?
12                 MR. PETROSINELLI:  Sure.
13                 MR. FLASTER:  Okay.  So, again,
14         Eben Flaster from Shook, Hardy & Bacon
15         on behalf of Meta defendants.
16                 I just want -- I would object
17         to the protocol employed by the
18         plaintiff's counsel for handling the
19         highly confidential competitive
20         documents and information during the
21         deposition.
22                 Specifically, outside counsel
23         for codefendants Meta, TikTok and Snap
24         were essentially forced into a
25         breakout room during the Zoom depo for

Page 239

1       about 30 to 40 minutes with no ability
2       to regain access to the deposition
3       until allowed to do so.
4             So that procedure was
5       inconsistent with the provisions in
6       the protective order governing highly
7       confidential documents.  Those
8       provisions were designed to address a
9       situation involving in-house attorneys
10      for the companies, not outside
11      counsel.
12            Despite plaintiff counsel's
13      representation, we've participated in
14      literally dozens of these company
15      witness depositions, and this has
16      never happened before.
17            So I just wanted to make that
18      statement.
19            I don't know if counsel for
20      TikTok or Snap have any additional
21      comments or if they want to join my
22      objection, but I wanted to make that
23      statement for the record.
24            MS. KUMAR:  This is Poonam
25      Kumar from Gibson Dunn on behalf of

CONFIDENTIAL

Page 240

1      the TikTok defendants.  We join in

2      that as well.

3              MS. KONSTANTINOVSKY:  This is

4      Julia Konstantinovsky from Munger

5      Tolles & Olson on behalf of Snap, and

6      we also join in the objection.

7              MR. FLASTER:  That's all.

8      Thank you.

9              MR. PETROSINELLI:  Thank you.

10             VIDEOGRAPHER:  Okay.

11     Plaintiff's counsel's total time on

12     the record was 4 hours and 1 minute.

13             Defense counsel's total time on

14     the record was 7 minutes and

15     30 seconds.

16             The time is now 3:04.  This

17     concludes the deposition.  We're going

18     off the record.

19      (Off the record at 3:04 p.m.)

20              - - - - - - -

21

22

23

24

25

CONFIDENTIAL

Page 241

```
 1                    CERTIFICATE
 2           I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 3  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 4  of the examination, Neal Mohan, was duly
    sworn by me to testify to the truth, the
 5  whole truth and nothing but the truth.
 6           I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 7  testimony as taken stenographically by and
    before me at the time, place and on the date
 8  hereinbefore set forth, to the best of my
    ability.
 9
             I DO FURTHER CERTIFY that I am
10  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
11  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
12  that I am not financially interested in the
    action
13
14
15
    _____
16  CARRIE A. CAMPBELL,
    NCRA Registered Diplomate Reporter
17  Certified Realtime Reporter
    California Certified Shorthand
18  Reporter #13921
    Missouri Certified Court Reporter #859
19  Illinois Certified Shorthand Reporter
    #084-004229
20  Texas Certified Shorthand Reporter #9328
    Kansas Certified Court Reporter #1715
21  New Jersey Certified Court Reporter
    #30XI00242600
22  Louisiana Certified Court Reporter
    #2021012
23  Notary Public
    Dated:  April 28, 2025
24
25
```