# AMENDED Exhibit 1058

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Attorney-client privileged

## Digital Wellbeing
Brian Marquardt, ▮   Contributors: ▮   Reid Watson

### Problem Statement and Background

In 2017, excessive screen time and "tech addiction" became a major topic of concern. France recently [ HYPERLINK "https://amp.businessinsider.com/france-bans-children-using-phones-at-school-2018-9" \h ] from school for children < age 15 and China's rising cases of childhood myopia have led to [ HYPERLINK "https://thenextweb.com/asia/2018/08/31/china-eyes-children-video-games/" \h ]. These concerns have led to growing expectations for major tech companies to take more responsibility. Google prioritized wellbeing as a top [ HYPERLINK "▮ h ] and looks to YouTube (one of the world's most popular apps) for leadership in supporting wellbeing. Being a leader enhances our brand, reduces business risk, and creates a more sustainable path for growth.

The American Heart Association recently published a [ HYPERLINK "https://www.ahajournals.org/doi/10.1161/CIR.0000000000000591" \h ] based on 185 peer-reviewed studies asserting that screen time > 2 hours / day dramatically increases rates of obesity and cardiometabolic effects among adolescents. There are also growing concerns that excessive screen time is stunting physical, emotional, and social development of teens. A recent Pew Research [ HYPERLINK "http://www.pewinternet.org/2018/08/22/how-teens-and-parents-navigate-screen-time-and-device-distractions/" \h ] reported: the average U.S. teen spends > 6 hours / day on a screen; 54% report spending too much time on their phones; the % of teens who said they are online "almost constantly" has doubled to 45% since 2015; YouTube is the most widely used internet platform by US teens (who watch[1] an average of 1 hour 22 min / day). We developed a [ HYPERLINK ▮ ] for wellbeing, focused on 3 concern areas, impacting users 13-24 disproportionately:

- *Habitual heavy use:* ~10% (32MM) of 13-24 year olds on YouTube habitually[2] watch > 2 hours / day (excluding music).[3] ~13% (36MM) of 18-24 year olds reported "I regret how long I stayed on YouTube" in the past week.

- *Late night use:* ~7% of teens on YT watch past midnight on school nights. Teen "night owls" were 88% more likely to have emotional & behavioral problems ([ HYPERLINK "https://www.reuters.com/article/us-health-adolescents-sleep/teen-night-owls-more-prone-to-emotional-and-behavioral-problems-idUSKCN1IH2QO" \h ], [ HYPERLINK "https://www.sleep-journal.com/article/S1389-9457(18)30109-6/fulltext" \h ]). 30% of users 18-24 say YouTube has cut into sleep.

- *Unintentional use:* Among users 18-24 years old, 23% report "losing track of time on YouTube,"[4] 20% report "procrastinating on YouTube," and 20% report YouTube "interfered with work, school, or homework."

### Strategy & Principles

1. *Empower control, never assume control*
   We want to empower users to achieve their goals. We won't ever assume control (e.g., proactively turn off YouTube) and users should be able to opt in & out of features. We aim to give insight & support, not nag or judge.

2. *Youth first*
   We believe we should focus our efforts on Teens & Young adults, who are in a crucial stage of mental, emotional and social development and are more vulnerable to wellbeing challenges. In addition to focusing our research and product development on this group, we want to target this group with proactive messaging and intros to opt-in tools. Finally, we want to give parents much stronger controls for their teens (via YouTube and / or Family Link).

---

[1] For the purposes of this 2 pager, "Watch" excludes music watch time
[2] Habitual watching defined as >4 days per week / 38M derived from logged in user count 13-24: 318M
[3] We suspect gaming may be a big driver. ~29.6 Million users (of all ages) watch gaming related content > 182 hours per month (on average 6 hrs / day)
[4] Currently we only have survey data for users > 18 years old. [ HYPERLINK "▮ \h ] Future surveys will assess amount of regret

EXHIBIT 18
WIT: Hardilo
DATE: 3/25/25
Maureen O. Pollard, RDR

Attorney-client privileged

3. *Disincentivize growth that doesn't support wellbeing*
We propose developing a methodology to avoid incentivizing growth that detracts from users' wellbeing, e.g., we could adjust top-level watch time goals to exclude Heavy Use, Late night use, and/or Unintentional use.

**Proposed Solutions**

YouTube launched some successful and needed quick wins[5] at I/O. While these efforts garnered positive press, they are mobile-phone-only MVPs, they haven't been iterated on, and they're only a first step in addressing Habitual Heavy Use, Late Night Use, and Unintentional Use. We propose 4 major efforts in 2019.

**1. Habitual Heavy Use**  Build on Time Watched Profile & Take a Break Reminder to help users better manage use.

### Richer data to enable deeper insight

- Intra-day use details
- Number of times the app has been opened
- Late night use
- Time spent on different content types
- Time across devices (phone, desktop, tablet)

*"This would be a wake-up call. Eye-opening. I rarely go into settings so it's good if YouTube could show it to me."*



### Contextual alerts to encourage positive behaviors

- Targeted towards users with habitual heavy use or after periods of heavy use.
- Expert recommendations / education incorporated into messaging, as well as links to controls.
- Could be delivered next-day to catch users at a more neutral state to reflect on their usage. Tone would range from neutral to positive / encouraging and never be negative or judgy.

*"I like how it's a friend suggesting, hey you should probably not do this thing, instead of telling you don't do this thing."*




---

[5] Take a Break reminder, Time Watched Profile & notification controls. As of September 37MM users viewed Time Watched Profile across Android & iOS, 6.7MM users enabled Take a break reminders

Attorney-client privileged

### Daily limits to help users maintain control

- Users can opt-in to set daily limits for YouTube (coordinated with Android & iOS level controls).

- Possible actions: reminders, app gray-scaling, hidden recs, app shutdown (with snooze button). Could be bespoke to YT and incorporate our brand & tone.

- In the future, limits could be set by a parent for teens via a managed account (YouTube or Family Link).

*"Giving people options is the most important thing. Knowing that you're in control of the app. Because it's YOUR app."*



**2. Late Night Use** Build on our recently launched notification controls to more fully support and protect sleep.

### Night Time Nudges

- A Night theme (could be similar to Dark theme) consisting of grey/dark colors & measurable reduction in blue light (enhancing melatonin production).

- Night theme could be turned on automatically by default around sundown (~7pm) for all users.

- Users who show a pattern of late night watch (eg. past 10pm >4 days/ week) could be alerted of time and offered a link to the bedtime settings (see below).

*"This (dark theme) makes you second-guess yourself. But it doesn't make you feel like you're an addict."*



### Bedtime settings

- Users can opt-in to set a desired bedtime for YouTube use.

- Possible actions include reminders, gray-scaling of the app, hidden recommendations, notification silencing, and app shutdown (with snooze option).

- Another action could be a transition into spotlighted audio content on YouTube that supports deep sleep.

*"It's like it's telling me 'Hey, you don't need to stay up another hour, watching videos you don't even really want to watch.'"*



**3. Unintentional Use** Help users (especially students) maintain focus on their original intention of use.

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-00632685-GOOG-3047MDL-00632689

**BEGATTACH:** GOOG-3047MDL-00632685

**ENDATTACH:** GOOG-3047MDL-00632689

**PRODVOL:** PROD016

**Custodian:** GILBERT, FRED; HALPRIN, MATT; HARDING, JOHN; KASAVANA, TANAYA; L[redacted] J[redacted] STOVEZKY, SHARON

**File Path:** /DIGITAL WELLBEING 2019 PLANNING 2-PAGER_150TFROWP5VODC070_2APLFG9OVW8IW8DOIB1HW-JT0C.DOCX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 7F262AFC7F5205D9637755D8976D1520

**Document Type:** PDF

**Author:**

**Family Date:** 11/19/2019 6:32 PM

**Last Modified Date:** 11/19/2019 6:32 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** DIGITAL WELLBEING 2019 PLANNING 2-PAGER_150TFROWP5VODC070_2APLFG9OVW8IW8DOIB1HW-JT0C.DOCX

**Title:** DIGITAL WELLBEING 2019 PLANNING 2-PAGER.DOCX

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO