# AMENDED Exhibit 1059

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL





**DYNAMIC DASHBOARD**
## YT Time Manager

Helps users see their use and access
healthy limit setting resources.
[basic profile launched Aug 2018]

Visualizes:
- Daily time total
- Times checked per day
- Evening use
- Session length averages/peaks
- Content types watched





- Daily total time
- App opens per day
- Weekly content categories of frequent use.