# AMENDED Exhibit 1061

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



Produced in Native

GOOG-3047MDL-01714567



Slide 1

---

1    FYI ███████████████
     9/15/2021 12:34:26 AM

1    Hi ████ great stuff in here. Are you familiar with / have you seen the
     work from project Double Rainbow?
     ████████ 9/14/2021 10:14:49 PM

2    Yes! I was definitely inspired by the double rainbow vision/UXR
     regarding wellbeing :)
     ████████ 9/14/2021 10:35:48 PM

2    Cool. Did sleep / late night use come up as an area? I didn't see it /
     may have missed it in the deck. Maybe iterating on that feature isn't
     nearly the priority as the other areas. But I think we could do some
     innovative things such as helping users fall sleep (surfacing curated
     audio for example).
     ████████ 9/14/2021 11:12:13 PM

3    It was something we looked into (it would fall likely under the
     empower or protect pillars) but it generally just wasn't as high a ROI
     compared to some of the other projects. However, we do intend to
     work on bringing bedtime reminders to platforms other than mobile
     (as covered in the DWB on Desktop section)
     ████████ 9/14/2021 11:54:48 PM

3    makes sense to cover other unattended areas versus going deeper in
     one
     ████████ 9/15/2021 12:34:26 AM

Prioritized
Features

Confidential & proprietary

Empower
## DWB Reminders on Desktop

go/yt-dwb-desktop



**Status Quo** Take a Break and Bedtime reminders are currently only available on Android/iOS, despite ~12% of YTT taking place on Web. DWB settings are also device-scoped currently.

**Empower** We want to bring Desktop closer to parity with mobile and allow for a more consistently strong digital wellbeing experience across our interfaces. Moving to user-scoped DWB reminders also allows us to bring these reminders to all interfaces.



Note: Not coming to LR or mWeb until 2022

Slide 1





Slide 1

21    Unsure if we already do this if unprompted suggestion to take a break
      ███████; 8/3/2021 5:29:43 PM

22    Do people even know we have these tools? How many people
      actually use them?
      ███████; 8/4/2021 5:30:52 PM

3     I really like this idea, could be really neat
      Reid Watson; 8/5/2021 12:38:45 AM



**Slide 1**

| 23 | TODO - reach out to marketing and see if they have any measurement already and/or if they would be willing to collaborate on creating a tracker<br>████ 8/4/2021 11:17:04 PM |
|---|---|
| 24 | TODO verify if this is true<br>████ 8/5/2021 12:40:37 AM |
| 4 | you got it lol.  It's REALLY hard to measure this.  Take a look at this horribly formatted sheets walkthrough I did for some interesting / tangentially related tidbits<br>: https://docs.google.com/████████████<br><br>████████<br>Reid Watson; 8/5/2021 12:40:37 AM |
| 25 | What is the status of this? Is it used for anything? (it says no data for me)<br>████ 8/3/2021 7:21:51 PM |

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-01714567

**BEGATTACH:** GOOG-3047MDL-01714567

**ENDATTACH:** GOOG-3047MDL-01714567

**PRODVOL:** PROD022

**Custodian:** BESER, JAMES

**File Path:** /NATIVES/NATIVE113/GOOG-3047MDL-01714567_CONFIDENTIAL.PPTX

**Confidentiality Designation:**

**HASHVALUE:** 43DA9E496651944841A3764F22475E10

**Document Type:** POWERPOINT

**Author:** ▮▮▮▮▮▮▮▮▮▮▮▮

**Family Date:** 3/17/2022 8:07 PM

**Last Modified Date:** 3/17/2022 8:07 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** AUTOPLAY & DIGITAL WELLBEING H2 2021 RO_1Q0MOACOJVELAZ5WPYO1-MZJP5Z7HXOCTVXO5GH2U950.PPTX

**Title:** AUTOPLAY & DIGITAL WELLBEING H2 2021 ROADMAP (PRIVILEGED & CONFIDENTIAL).PPTX

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO