# AMENDED Exhibit 1174

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**[Privileged & Confidential]**

**Questions to Consider:**

A summary of the situation of YouTube in Schools in top-priority countries within each Region.
Things to consider for schools:
- usage (high, low)
- any concrete efforts or initiatives that can be examined as case studies
- powerful anecdotes of positive usage
- powerful anecdotes of frustration
- any major MOE relationships
- any major XFN relationships (e.g. Google EDU, GR, etc)
- regulatory issues

## APAC

**JAPAN:**
- usage (high, low)
middle
Use case really differ school by school. Some schools actively using YouTube in classroom and encourage students to use YouTube video for the pre-work and homework. On the other hand, some school completely prohibits YouTube access. The main concern for the latter use case is non-educational / not appropriate content students might be surfaced due to the variety of content offering on YouTube.

- powerful anecdotes of positive usage
Teacher create playlist for recommended video, and share it with students
School participating in YouTube video creation workshop through [ HYPERLINK "https://www.google.co.jp/events/webrangers/" \h ].

- powerful anecdotes of frustration
Inappropriate content suggested by algorithm in classroom

- any major MOE relationships
YouTube creator Kan & Aki and MOE collaborated on awareness raising for programming education which will become mandatory subject in 2020. The series of 4 videos have generated 5M views.

- any major XFN relationships (e.g. Google EDU, GR, etc)
Kicked off first-ever cross-functional "Kids Edu JP" team in collaboration with Google for Education, Trust & Safety, CS Eng, GR, Consumer Marketing and Google Earth Education to

promote better alignment of country-wide education initiatives in Japan. Continuing to leverage the opportunities created by XFN teams to showcase YouTube's commitment to education. Also, started build relationship with educators and teachers to gather insights.

(███████ - additional input for Japan)
Now that I'm hearing some real feedback from teachers from the Cloud Next event, i thought I'd share some feedback/wishlist from them I got today.

**1) Google Classroom integration is not perfect:** Especially on apps where we link off of the app and to main YT app. How can we keep students engaged on classroom app?
Also, I got pointed to the fact that Classroom embed player shows related videos. This should be turned off so that Classroom can be a safe environment for students.

**2) Concern on Bandwidth:** Bandwidth not enough to support all the students watching a video at the same time. Can we catch the video somewhere?

**3) Content discoverability:** This is even true for non English countries. They want to show videos to student (like scientific detailed video) but cannot find a good one. One solution we came up here was to search in English which worked well. What is the best way to showcase the contents on YT esp non English.

**KOREA:**
Things to consider for schools*:
- usage (high, low) : **Low**
- powerful anecdotes of positive usage : **We had a PR event promoting YouTube in the classroom. You can refer to** [ HYPERLINK "https://docs.google.com/████████████████████████
████████ \h ]**.
- powerful anecdotes of frustration : N/A
- any major MOE relationships : **GR team has a good relationship with MOE.**
- any major XFN relationships (e.g. Google EDU, GR, etc)
**We have a learning XFN team driving a learning project (Teacher as creator/curator project..)
GR/PR involved**

**AUSTRALIA:**
[From ████████
"We'll need to connect with our Google EDU team on this, as they are closer to schools and MOE's. For AU, I know there is a strong school usage in ACT, while QLD has not signed up for Google EDU, given data privacy issues (they want servers to be based in the state). Unsure what our

---

**Commented [1]:** ███████ Please help us collate info for AU. Thanks!
_Assigned to ███████_

**Commented [2]:** ███████
Hi ███ and ███ we are putting together a global strategy for YouTube in schools. Are you able to identify what the usage of YT is like in schools in ANZ? Just high level would be great.
_Reassigned to ███████_

**Commented [3]:** Youtube is utilized quite heavily in schools in Australia and New Zealand. It is becoming a medium of instruction for classroom teachers trying to provide a different method of student engagement. It is typically the #1 consumer of bandwidth in most schools, which is also a concern in terms of network traffic. Schools have asked for a caching service for YT, so it doesn't consume all of their existing connectivity and potentially lead to increased international traffic costs.

**Commented [4]:** Thank you very much, ███

**Commented [5]:** sorry I can't add anything here, only anecdotal insights that ███ has provided.