# AMENDED Exhibit 407

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

[Guest Mode] Age Gate

---

System Message   2021-05-05   19:59:04

**Wesley Shi** invited **Peisen Jin, Fei Wang, Michael Buzinover, 周柏宇** to this chat.

---

Wesley Shi   2021-05-05   19:59:51

From peisen "Passport will work on some optimization for user registration. They will call TnS's SDK when a user signs up, this SDK will then query the birthday stored on redis. I am imlemting the logic to store birthday on redis." **@Boyu Zhou** wondering if you have a timeline for this

 Peisen Jin

---

Wesley Shi   2021-05-05   20:00:11

Would it be possible to upgrade the SDK by friday?

---

Michael Buzinover   2021-05-05   20:59:38

**@Boyu Zhou** I can provide more context on this. Guest mode is probably one of our most important features in TikTok on business side because we forecast it will have large revenue benefit on DAU in Europe (and possibly rest of world). If there is anything we can do to elevate it importance or priority, please let me know

---

周柏宇   2021-05-06   02:38:27

**@Fei Wang** 这说的是升级sdk的事情是吧，返回生日

---

Fei Wang   2021-05-06   02:39:16

**@周柏宇** 对~

Fei Wang    2021-05-06  02:39:34

**@周柏宇** 他们就想知道你们那面排期~

周柏宇    2021-05-06  02:41:48

还没排呢，周五排。

Michael Buzinover    2021-05-06  02:43:33

**@Boyu Zhou** is it possible to do sooner or prioritize or is this not doable?

周柏宇    2021-05-06  02:47:03

我们的排期都是周五排，这个改造已经定级p1了，这周五能排上。

周柏宇    2021-05-06  02:47:37

这周五排期是否能满足要求？或者有什么特别紧急的情况需要提前支持吗？

Michael Buzinover    2021-05-06  04:47:59

**@Boyu Zhou** I think our original goal was to get it into 19.6 if possible [泣不成声] This will require at minimum integration by end of week from client on friday so QA can have monday and tuesday. Would there need to be strong reason provided to shift to thursday or is reallocation possible?

System Message    2021-05-06  04:49:07

**周柏宇** invited **肖惠冰** to this chat. New members can see all chat history.

周柏宇    2021-05-06  04:50:07

I think this change does not require client involvement

Confidential                                                                    TIKTOK3047MDL-079-LARK-02008120

周柏宇    2021-05-06    04:50:47

So we are not restricted by the release of the client

Michael Buzinover    2021-05-06    05:05:59

@Boyu Zhou @Wesley Shi ^?

周柏宇    2021-05-06    05:13:44

Let's have a meeting to talk about this.

周柏宇    2021-05-06    05:13:51

Demand alignment

Michael Buzinover    2021-05-06    05:15:15

**@Boyu Zhou** sorry, I think a 1 hour meeting might be unnecessary. When you say "我们的排期都是周五排 Our schedule is Friday," does this mean this is expected to be completed by EOD Friday?

Michael Buzinover    2021-05-06    05:15:24

Just confirming the lark translation

周柏宇    2021-05-06    05:16:36

no no , we will do the schedule in friday.

周柏宇    2021-05-06    05:16:52

Confidential

TIKTOK3047MDL-079-LARK-02008121

maybe it will finish in next Monday

周柏宇   2021-05-06   05:18:48

and I think this is a new demand for passport team, and I don't know any background about this...

Michael Buzinover   2021-05-06   05:19:22

**@Wesley Shi** given at minimum 2 extra days needed for client ET fixes, 19.6 isn't doable. This schedule should be fine

 Wesley Shi

周柏宇   2021-05-06   05:19:25

last week, **@Fei Wang** just told me to sync the birthday info into pii

 Fei Wang

Michael Buzinover   2021-05-06   05:20:29

**@Boyu Zhou** for demand alignment meeting, can you coordinate with **@Wesley Shi @Fei Wang** -- I think this time might be inconvenient for US (it's scheduled for 23:05pm tonight)

周柏宇   2021-05-06   05:21:51

who is the owner of this demand ?

Fei Wang   2021-05-06   05:22:27

**@周柏宇** last week, I was told the guest mode age gate, too...

Confidential                                                                                          TIKTOK3047MDL-079-LARK-02008122

Michael Buzinover  2021-05-06  05:22:45

Myself and **@Foster Xu**, but I am not fully aware of the relationship to UCenter team

System Message  2021-05-06  05:22:45

徐凡甲, you @mentioned isn't in this group. **Invite now**

Confidential
TIKTOK3047MDL-079-LARK-02008123