# AMENDED Exhibit 415

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Yin: [介绍会议agenda]

Option 1: Keep "trendy and fashion" attitude
Option 2: funny + lifestyle content -- 我们倾向这个

Stefan: Tik Tok和抖音的message是什么？

Yin：稍后介绍

Shape youth culture: 影响青年文化
Powered by positivity:

Jinglu: 我们的用户对我们的品牌怎么看？

Yin：TikTok在SEA & 日本，类似于抖音2017年的情况。是一个"酷"、"停不下来"、funny、trending、adorable.

primary user 12-24
ordinary user: young generations in city

Douyin - 更多生活方式类的品牌，"记录美好生活"，更多多样性内容。产品定位在生活方式，给用户赋能，尊重每一个个体

show more lifestyle
recording the wonderful life is the slogan,
primary user <40 people with young mind

Stefan：不清楚Tik Tok vs 抖音？三个词讲Tik Tok三个词讲抖音

Yin: 抖音是TT的下一个阶段

Alex：TT三个词：年轻young、潮流fasion、酷cool 跟M比较像 对嘴型没有M那么多

DOUYIN三个词：beautiful life美好生活、discovery 发现

slogan：record the beauty in life

支颖：发TVC给Kevin\Stefan，2017年初抖音版本，类似现在Tik Tok的情况。再发一个上个月抖音的版本，可以比较一下。

竞争环境：

今天的竞争情况竞争口号和价值观

我们和ins更像。分享生活美好的一面

核心价值观是这图里的。

core value:
self express
need of respect
need of 社会需求？？？？？？

Self-express: Google (don't do evil), Mango TV (see the beautiful time), Tencent Video (don't waste great time).

Musical.ly + Tik Tok: Fun, vivid, share, community, involvement

所以我们觉得我们的核心价值观也应该是自我实现和归属需求。我们是有趣 积极生动 分享+社区的产品。我们希望能有社区和参与感。我们把这些正向词汇放在一起，总结如下

潮流有趣 积极生动生活 视频分享社区

三个主张的slogan

如果MT看成一个产品，升级成2018年的抖音。我们需要以下

we are rebranding to:
- age-up - 13 ~ 18 age as the heavy user; 13 ~ 24 as the light user
- diversity: musica and #
- globalization
- friendly (close to average people and life)
- fun/positive

大家觉得这三个核心价值观怎么样？是否跟我们MT预想的方向一样？

Kevin: 第二个部分（positive & vivid life) 是讲表演吗？

aLEX:不是 更多的是关于生活 而不是表演。是关于用积极的心态去生活

Stefan：第一个是酷，第二个是觉得更大，像snapchat，希望面向大众。

Alex: 找个T与D的中点，我们觉得如果直接升级到D的品牌形象，可能跟现阶段不是特别匹配。

张楠：抖音不像Snapchat

TT：TT像snapchat，还是年轻 但是希望变的大众化。

Alex: 抖音的品牌还是流行、年轻，虽然已经是全年龄段的产品

Stefan: 我们age-up在内容上做了很多工作，但是品牌上没有做品牌变成"trendy"工作 世界杯对我们来说太远了，我们不太可能从13岁小孩直接一步跳到世界杯的受众人群，需要一步步来，可能先到18-20岁左右的女生。

Highly Confidential (Competitor)

TIKTOK3047MDL-001-00000205

Alex：我们现在总说age-up 性别也是一个很大的问题，James朋友觉得内容不低龄，但是非常女性向（很多女生）。James的朋友觉得都是女的，太女性化

Stefan：我们要考虑竞争，TT如果跟snapchat定位想象，是否还有机会？市场是否需要两个相似的产品？目标用户是相似的

Alex：不一样 用户不一样，使用方法(场景 use-case)也不一样。可能在

"best moment in life" -- Instagram；从竞争的角度讲... [听漏了]

Patrick: 如果担心creativity的问题，短视频产品已经在creativity角度在用户心理根深蒂固了。所以在messaging里不放creativity也可以。

Jinglu：张楠说Tik Tok在品牌上类似于Snap，抖音类似于Ins。现在的问题是我们要一步到位去抖音，还是分阶段的。我觉得一步到位比较难，Ins当时通过FB的帮助达到现在的阶段（倒量）。option 2需要更大的资源，也需要更长时间达到。

Kelly: I have the same concern. When we made "douyin", we are very familiar with the Chinese market. So we use "music short-video" as an entry point. However, now "UGC short-video" can also work, but we have Kwai as a "low class" brand image. I don't understand the U.S. market. I want to understand what's a good middle ground for short-form video if we choose to go with option

Lifeng: Use case for Instagram is different in many countries (social, camera app). If the country has a strong social network, ins will be a camera app(editing tool). If Facebook is strong in that country, ins is often a strong social network. we researched the use-case of INS in following countries:
Japan: privacy is important, only use ins to share with close friends.
Korean: Has Kakao as a social network, people use Ins an album. It's about the content instead of the friend graph.
Indonesia: Looks like Whatsapp moments
Thailand Vietnam: Ins has a small user group. Cool and trendy people are using it. It's a small community.
US n LATAM: you guys should know the market. :P
Middle East: more video and live-streaming. It's about video content.

For countries, we may have to branch out different brand messaging.
Fiona: TT在不同国家也不同，我们发现在印尼和东南亚国家，低龄化也很严重。但是在其他国家，比如日本，情况就比东南亚好很多。所以TT其实在各个国家也有一些轻微的差别。就像卷卷说的，Ins在不同国家有自己不同的定位。Musical.ly在不同的国家也有可能有类似的情况。我们现在是要谈一个general的message，还是分国家谈具体的？

Highly Confidential (Competitor)                                                TIKTOK3047MDL-001-00000206

Jinglu：Ins & 短视频产品不同，短视频产品受文化影响很大，比如美国青少年不会想看韩国的内容。Ins的图片与视频不同，对文化更包容，不在乎到底是日本人还是韩国人照的。所以Ins更容易变成全球社区，而短视频产品更难。

Leah：音乐在这个产品里是什么位置？
Alex：是一个组成社区重要元素，比如一些搞笑的 好玩的音乐，大家会用来跳舞、对嘴型。抖音现在有一些音乐会快速的流行起来，即使你在其他平台上听到一些音乐，第一反应会是这是抖音里头的音乐。
Stefan：我们做了任何关于未被满足的娱乐需求的调研吗？
Alex：没有
Fiona：有做关于娱乐需求的调研，但是可以分享一下。
Kevin：Ins和Snap 啥？？？Virtue帮忙做了一些工作，觉得有空白市场。ins和snap会让人觉得太过于draining，和别人攀比生活
Filling content -- making you feel happy and satisfied
Leah：Snapchat是一个两极分化的app，里边既有金卡戴珊那种超级网红，也有私密的朋友之间的分享内容。


Joy帮我说：
张楠：我觉得全球各个国家，应该在产品的不同阶段，根据不同国家的竞争环境，定制不同的市场策略，有针对性的做市场，我们在产品、运营方面都会根据不同的情况不同国家做分析，然后选择不同的产品运营策略，那在市场上，也应该更关注不同市场的情况和数据反馈，精细化的市场营销。
在中国，抖音渗透率已经比较高了的情况，我们也开始调整市场策略，2018年跟2017年采用的市场策略也完全不一样了，这块支颖可以介绍一下。
我觉得我们应该关注在M在美国这个主要的国家，它的产品状态和国家竞争状态，讨论改名和市场的定位，我们应该传递怎样的市场信息


Fiona：不要太多讨论各个国家的区别，因为是general和长期的东西 不是在讨论市场策略 实际上是品牌信息 不要太讨论小差别

Fiona：Let's don't discuss too much about differences in countries. The brand messaging is general and long-term, rather than the marketing strategy. It's about the brand.

Kelly: But I think the slogan might also differ in countries where the stage of the product is different

Alex: 先基于美国想品牌messaging，想未来12个月M要做什么。

应该focus在美国市场，
大家同意不？

Adam：we will come up with the brand message through US mkt

卷卷：我说下我对美国单独的思考
美国现在最重要的工作是age up，既然是这样的定位，那我们在获取大龄用户的同时，很难一步到位构建很好的关系链，这两件事不同兼得
如果是这样的设定，那么M的品牌升级，很难往 记录生活，分享给朋友的方向转型，因为在大龄用户社交关系链构建上，阶段性会很弱
所以是不是考虑还是以内容型的分享社区为侧重，以及说创作工具上是不是不强调用自己的平台产出，我们更包容和鼓励用户上传自己相册，或者其他创作工具拍摄的内容（只要没水印即可），极大的降低内容产出门槛，先把内容更大范围的承载到平台上来
当然这个设定方向，不是说我们不重视拍摄工具了，而是不那么侧重强调 "创作" 这个词？而是"分享"这个词？
一些思考，不成熟，大家讨论

过多强调创作，回为其他平台做嫁衣。把MT做创作工具。

Kelly thinks M is different. people currently are sharing to each other through M, and their perception of m ->a sharing platform. share with friends, share with fans.

Lifeng: when we age up, is this still the case?

Kelly: Age-up users won't post because they saw too many kids there.

Alex:觉得社交并不是重点，现在抖音也还是强调美好生活，不是直接强调社交属性。今天抖音在中国更多的是鼓励你记录自己生活中最好的时刻，并且让世界发现，而不是在朋友间分享。回到美国市场。我们看看我们该做什么样的决定。

Kelly：answer juanjuan ：its not priority for M to acquire aged-up users' social networks at this stage.

1. life 生活化内容 vs creativity 创意性
2.

Kevin：M一开始成功是因为门槛低。如果讲的故事太多，可能会提高这个门槛。所以我们不想过分强调creative 创作。

Alex：几个需要决定的地方
1. 创意 和酷 vs 美好生活 创意和酷太窄了
2. 创作视频 vs 消费/发现 vs 社区
3. 15秒视频 vs 视频
4. 正能量，激发 vs 其他？

Alex:第一个tvc像ins & snap，第二个更像真实世界的life

sTEFAN:美国市场 虽然没有调研 大概是：年轻用户群竞品比较多 但是大众用户群有很多机会，视频类只有ytb，但是我们可以用社交属性跟YTB区分开来。FB和YTB都没有工具属性。bytedance很有野心，我们需要动作很快。但是我们现在的增长速度依赖于UG，为了迅速的跟竞争对手比。现在我们需要再mkting方向做更多。酷和潮流就意味着不能是everywhere，如果大家都在用，都在看的话，大家就觉得不酷了。所以我们觉得 还是直接做抖音那个方向更容易。直接面向大众群体。

Alex: 如果有东西是everywhere，大家会觉得酷。UG广告不会让我们酷，但是就算是触及面及广，也不代表就不酷了。我也看到很多snapchat的很激进的广告。我们先别急着下这个定论。

Highly Confidential (Competitor)

TIKTOK3047MDL-001-00000209

Stefan：举例证明：为什么大家去用Ins了 因为所有人都在用FB。年轻人总是在寻找新东西，当一个平台 所有人都在用的时候 他们就开始找其他平台。

Alex：反例：YTB， 大家都在用YTB，没有离开平台阿。

S：YTB都是自然增长。我们必需动作很快

Kevin：更多的担心是 如果我们直接升级到抖音 是不是会改变大家的使用习惯。

抖音现在的状态在美国是什么？美国有什么

Alex在翻译你的话，我们的竞争对手是什么 抖音在美国是什么

抖音现在是记录美好生活，如果再美国市场看，那还是记录美好生活。当人们听到这个消息的时候，想到的第一个平台是什么？

- Ins

如果我们直接用抖音的这个slogan，就意味着我们直接和ins竞争所以我们必须找到差异化的东西，同事还能触及大众的。像我们早前讨论的 ，如果我们找一个中间点，我觉得不是创意和酷，太窄了。应该是这两个中间的一个。

s:根据创作属性。general =15-35的人群

需要中间态 在美国生态变化 渗透率高 进入下一个状态

Alx：想想中间态


in 2017, all the TV commercial and integrations are convey the idea that we are different, you have to use our product. the TV integration is highly close to the TV shows, and give the impression that every young and cool guy is using Douyin, you have to download and use it if you want to follow the trend. We didnt emphasize any slogan during that time, just increase our exposure rate to the mkt, the more exposure we get, the more conversion rate we have. Today, every one has Douyin in their phone, so we have to position ourslves, we have the slogan, we tell people who we are. "Recording wonderful life" actually is our first slogan. Also, the slogan is closely connect to the "policy" of China, so press report our platform.


我现在就是中间群体，我觉得我想到的就是 现在的生活就很好，不管你的生活怎样，你都可以记录。我觉得如果slogan是记录美好生活，什么是美好生活呢？我觉得应该是你自己定义你自己的美好生活。

对 就像ins 美好生活=假

Highly Confidential (Competitor)                                    TIKTOK3047MDL-001-00000210

我觉得比起告诉大家美好生活的概念，不如告诉大家 生活很赞，你自己去定义和寻找你自己的美好

我同意，但是记录美好生活，我们也要考虑 生活 是不是我们希望在美国市场传递的词，太广泛了

我觉得moments 瞬间 比起生活更好

你找到了新工作，你毕业了 这些都是moments

moments 是wonderful life的具象化。

FB那一代，本来觉得没什么好玩的了，突然ins出来了，告诉他们要share

定位一个产品，和在做市场工作的时候是有差异的。抖音在2017年没有准确传递过差异，但是一直强调产品，没有强调slogan。市场是放大器，我们只要定义M是什么，在市场的过程中转换成针对不同人群。

the uncertainty now is the content that we want. before, its creative and cool, on douyin , its wonderful life. first one  is to narrow, second one is too INS, too broad. you say wonderful life, who defines wonderful.

Kelly, yes I understand. But its hard to decide at the moment. If we set the brand message, and user come to our platform but doesnt feel the same way, what would we do? the reason users stay is not features and tools, but the experience when he/she watching feeds.

except the content experience our definition of the platform is also important bcuz it;s gonna be everywhere when we start mkting our brands.

Douyin changed the copy all the time to attract people on board. but the copies align with the content ecosystem.

我们要么找到一个新的定义

要么就不找了

我们先看2 不应该太强调创作。 那选择是消费还是社区

M通过短视频连接世界，感觉是消费+社区。在M上我们的社区属性是有限的，我觉得消费是我们能保证的，社区是无法保证的。

年轻人社区属性强，我觉得应该是偏消费属性

Highly Confidential (Competitor)                                                      TIKTOK3047MDL-001-00000211

community的问题：小孩子会carecommunity 找到相同的人，高龄用户不怎么需要社区 而且我们产品也没有社区属性

算法也偏消费

3 是短视频 还是 视频？

K：我觉得是选择 15秒和短视频 和 视频 因为手机上1min是短视频

不觉得应该过分强调，产品自己自然会说

我们想要的空间是ytb的空间，能找到你感兴趣的内容，但是YTB不短，这个在手机上的体验最明显。

我们如果结合2和3 会是 消费视频 那就跟YTB完全一样了。

不认为应该说15秒 应该是短视频 或者 手机视频

或者说 垂直视频？

最大的挑战是内容生态 是不是创作 能让我们跟YTB区分开，我们的创作门槛比YTB低多了。

可能这个属性天然就会让我们跟他们区分开来。

同意，YTB要解决的东西跟我们的也不一样。过去，创作是一个区分我们的属性。未来我们如果想吸引高龄用户，肯定不能用创作。

手机视频跟用手机看YTB没啥差别。

总结：我们在每个方向选一个，然后就能找到定位了。不一定要决定一致。如果我们想强调短视频，可能得到的结果是 发现短视频 或者 发现能激发你的短视频

我们是希望 正向、激发 还是 未知？

如果你来平台是想消费内容，那不一定要有激发，你只是想看各种各样的内容

我觉得词是 joy energy passion 喜悦、能量、热情

这些是其他平台没有的。如果我要选，我觉得通过四定位我们最好，产品能激发用户的一种感觉。对我来说是正能量、高兴、喜悦、快乐。

或者你可以先不定，看用户的感觉？

2+3=手机短视频消费平台。但是我们的空间就不大了

A：我的选择是激发、激发灵感

就算是人们处在低谷，但还是心怀正能量，他们还是能通过平台激发别人。

S：发现 和 激发 是最好的

Alex：inspire

看到内容受到激发 创建内容

inspire同意，inspring不一定是从产品本身来的。这个词不是你日常生活中会使用的一个词，让我觉得太超脱了。discover life 我觉得是最适合的。你在平台上discover life 可能过程中就会受到激发。

第四个维度，就算是我们决定inspire，也不代表我们要在slogan里展现，我们还是要combine所有的想法。

现在两个信息
discover short-form videos 发现短视频 ->这个是否包括life？还是只局限在short-form videos。不一定要是美好生活，但是就是life。life is life。
发现什么 发现酷？发现生活？发现美好生活？

video that inspiring

卷卷：抱歉，我要去参加一个面试了，候选人到现场等我了

卷卷：年轻、潮流、炫酷，是不是要突出"年轻"（18～25岁）。或者年轻第一，流行第二（而不是潮流的概念），最不强调的就是炫酷

运恢：年轻、积极、有趣在设计视觉上是没有冲突的，但是"炫酷潮流"会跟其他关键词有些冲突。如果我们的结论"炫酷"比较重要，也需要传达给用户，那我们的品牌KV可能要某种程度上延续2017年抖音的具有穿透力的视觉语言（碎片、错位、故障艺术）。如果"潮流炫酷"不是重点，那最终的品牌视觉KV可能会比较美好柔和，类似2018年抖音的品牌视觉调性。

支颖：因为Tik Tok在日本也有，所以美国的message也会影响，不能偏离太大。（Kelly
卷卷：没特别担心日本迷失自己的方向，会对美国的message来adopt

京潞: 内容气质明显的时候，整个产品就是一个社区空间，比如musical.ly 用户就会有很强的社区认同感，内容多样化的话，社区就也会多样化，但是需要给用户找到同类认同的渠道，不然很难有社区的感觉。抖音里最有社区感的是评论区，也许视频从创作开始，但共同的消费趋

Highly Confidential (Competitor)
TIKTOK3047MDL-001-00000213

好形成了一个个微社区,比如一群人对同一个视频很喜欢,有认同,就形成了一个瞬间的小社区。只是这个社区不持久也不太能scale。

在线闲聊区～～～～～～～～～～～～～～～～～～～～～～～～～～～～～～～～～～～

wow,我能听懂80%：) by kelly

一会Adam可以给大家直接zoom播放一下TVC吗？Adam：可以！

我们有最新的那个抖音美好生活的TVC演示版本吗？就是上次"疯猴子"提案过来的那个概念版 @支颖帮我一下！

Slogan: Record the beauty in life

你给卷卷地址了吗？小恢也在？都在 卷卷在看 嗯

他们能看见？ OK

嗯嗯,在看,我是卷卷 好哒！

Highly Confidential (Competitor)

TIKTOK3047MDL-001-00000214