**AMENDED Exhibit 420**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



Exhibit 7    2.5.25 mlr

# Underage Detection + Appeals Questions

## Underage user metrics

| | How many underage users do we have on the platform? | How many moderators would it take to review all of these underage users? | What percent of underage users do we think would appeal? | How many moderators would it take to review all of these appeals? | Can we take any automated action on these accounts? |
|---|---|---|---|---|---|
| <13/14 users who are accessing the platform (highest priority): | @Sitong Yang<br>Global: 37,674,162<br>US: 4,758,841 | 500 FTE in 11 weeks<br>675 FTE in 8 weeks | ~4% | 32 FTE 8 weeks<br>21 FTE 12 weeks<br>11 FTE 24 weeks | @David<br>@刘开一 |
| <16 users who are accessing Livestream (lower priority): | 24,294,463 | @李杨<br>@Natalie Medoff | ~20% | @Sitong Yang | @David<br>@刘开一 |
| <18 users | @林佚择 | @李杨 | / | @Sitong | @David |

**Commented [4]:** @Natalie Medoff for global, based on current age appeal queues' data, 1 agent can cover ~6000 per week, if appeal rate is 4% then it's estimated ~32 agents in 8 weeks; ~21 agents in 12 weeks; ~11 agents in 24 weeks

**Commented [1]:** @Yang Liare you able to help determine this column?

**Commented [2]:** @许天行

**Commented [3]:** Based on data from existing underage moderation Qs, 1 FTE can cover ~7,000 underage account review per week. So we expect ~5400 man*week (global) or ~680 (US).  or  - 500 FTE in 11 weeks  - 675 FTE in 8 weeks

**Commented [5]:** [ HYPERLINK "https://bytedance.feishu.cn/sheets/shtcnxpNVjmwCLEbvEpG6mDbuUd" \h ]@Natalie Medoff@Amy ClassenThis should help

**Commented [6]:** @Yize LinBased on[ HYPERLINK "https://bytedance.feishu.cn/docs/doccnLVPFLcqiKE0UH3Zp2Osg8i" \h ]we have this data?
林佚择：[Yes] 2021-09-02 11:22:14

**Commented [7]:** @Sitong Yangsince I don't have edit permission, just put the number here: Based on last 30 days data, there are  24,294,463 <16 users (level range) accessing livestream, which is 5.3% of all users
Sitong Yang：[THANKS] 2021-09-17 01:01:38
Sitong Yang：[THUMBSUP] 2021-09-17 01:03:15

**Commented [8]:** @Yize LinThanks so much! Also give you the edit access

| who accessing Gifting (lower priority): | @Natalie Medoff | Yang | @刘开一 |
|---|---|---|---|

<16/14 users who are accessing the platform (highest priority)@Sitong Yang

[ HYPERLINK "https://bytedance.feishu.cn/sheets/shtcnxpNVjmwCLEbvEpG6mDbuUd" \h ]

- Based on Daily Users with video vv/DAU ratio in account badness sampling countries, it could be inferred that there might have around 37M underage accounts globally. Currently, our underage ban is around 150k/day, so roughly speaking, it might take around 250 days to clean all existing potential underage accounts.
- But we shall also consider the daily increase new underage users. Based on the estimation, this number is around 370k (1% of current existing underage user. The ratio is inferred from DNU/DAU)
- For details, please refer to the above analysis docs.

**Commented [9]:** @Yize Linas above asked, do we have this data?

**Commented [10]:** @Sitong Yangyes, I think we can get this information

**Commented [11]:** Hi@Yize Linare you able to populate this data? Thank you!

**Commented [12]:** @Natalie MedoffHi Natalie, since I cannot edit the doc, just put the numbers here: Based on past 30 days livestream data, 8364 users have sent gifts/diamond globally, which is 0.31% of all users
Sitong Yang：[THUMBSUP] 2021-09-17 01:03:11

<16 users who are accessing Livestream (lower priority):

- How many underage users do we have on the platform?
  - Based on last 30 days data, there are 24,294,463 <16 users (level range) accessing livestream, which is 5.3% of all users

**Commented [13]:** @Yize LinCould you please help to get this data if it's included in livestream badness or other else? Thanks~
林佚择：[DONE] 2021-09-15 11:22:03

**Commented [14]:** @Sitong Yangsure! Will discuss with you offline
Sitong Yang：[THANKS] 2021-09-04 00:51:24

<18 users who accessing Gifting (lower priority):

- How many underage users do we have on the platform?

# How can we increase underage detection?

**Lower model thresholds and action on more underage users**

How many users can we detect with our models and how accurate are our models?
[sheet-shtcnGifET4C9Yb9EzGVBjwyqGe_hA14Vw]

### Launch new reporting and enqueue logic

How many more underage users could we detect if we built out the following?

- Launch Livestream reporting for underage users
  - <13/14 (highest priority):

  - <16 (Livestream) (lower priority):

- Launch Video reporting for underage users
  - <13/14 (highest priority):

- Launch Livestream enqueue changes to enable moderators to ban suspected <13s
  - <13/14 (highest priority):


If we can't review all of these users at once, what should our account badness goal be?
@David @刘开一 @Sitong Yang

- Account badness goal for <13/14 users accessing the platform: @David @刘开一
- What methodology should we use for starting this review? @David @刘开一

Should we consider building out a global Kid's Mode instead of banning these users? @Julie Gram + stakeholders

- What research do we need to do to determine this?

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-042-LARK-00237491-TIKTOK3047MDL-042-LARK-00237493

**BEGATTACH:** TIKTOK3047MDL-042-LARK-00237491

**ENDATTACH:** TIKTOK3047MDL-042-LARK-00237493

**Attachment Count:** 0

**PRODVOL:** MDL-042

**Custodian:** CLASSEN, AMY

**File Path:** /TIKTOK3047MDL-042-LARK-00237491.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** F8261FA60F8EBD94B955831A33742775

**DocType:**

**Author:**

**Create Date:** 8/31/2021 12:00 AM

**Last Modified Date:** 8/31/2021 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-042-LARK-00237491.PDF

**Title:** UNDERAGE DETECTION + APPEALS QUESTIONS

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

