# AMENDED Exhibit 421

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**James Cummings和Matthew Tenenbaum的单聊**



Matthew Tenenbaum   2023-05-08   23:48:58

Yep exactly.



Matthew Tenenbaum   2023-05-08   23:49:26

The weird data point is that 85% of "teen" users are age gated 18+ [捂脸]

James Cummings   2023-05-08   23:49:43

LMAOOOOOOO

James Cummings   2023-05-08   23:50:01

cuz we are idiots to think a kid these days will not cheat the system

Matthew Tenenbaum   2023-05-08   23:50:48

Yep, and that's precisely why we don't want to age restrict the FP roles.

Matthew Tenenbaum   2023-05-08   23:51:14

If you want to laugh (or cry), here's that analysis doc:
https://bytedance.us.feishu.cn/docx/PgEQdFtuSoyyRLx8yX5u3HxHsKc

Highly Confidential (Competitor)

James Cummings    2023-05-08    23:52:41

yea - quite the complicated problem lol

💯 Matthew Tenenbaum

---

James Cummings    2023-06-05    18:38:21

it's a P1 - so it's not like anything is on fire

---

James Cummings    2023-06-05    18:38:25

immediately triggered thi

---

James Cummings    2023-06-05    18:38:28

```
sourcekey: ; attachment_id:
<aW1nX3YyXzNlNGQ0ODkzLTBkNTAtNGRlMy04ZmQ5LTczOTAxMjBlNWRiaEBb5Zu-
54mHXUA3MzQxNTAyMDQxMjgzNjI0OTY0QDcxMjE2MTUyNzU3NDg4NTE3MTZANzI0MTI3MzIzNDEyOD
EwOTU3NEAwQGV1X25j>
```

---

Matthew Tenenbaum    2023-06-05    18:39:42

Hahaha

---

Matthew Tenenbaum    2023-06-05    18:40:01

It's sad to say that this is my life. It's either P1 and doesn't get built for months

---

Matthew Tenenbaum    2023-06-05    18:40:17

of P0 and if we don't fix it there's a lawsuit coming [泪奔]

Highly Confidential (Competitor)

James Cummings    2023-06-05    18:56:17

Lmaooooo

James Cummings    2023-06-05    18:56:56

That's cuz we don't have really strong product leaders and systems that spend a lot of time triaging



Matthew Tenenbaum    2023-06-05    20:26:49

Random q. Is USDS still hiring or is frozen too?

Matthew Tenenbaum    2023-06-05    20:29:45

I have a friend who got laid off (recruiter). She's curious about a gig with USDS.

James Cummings    2023-06-05    20:53:26

oh nice

James Cummings    2023-06-05    20:53:34

wonder what role cuz i would say no to usds lol



Matthew Tenenbaum    2023-06-05    21:05:20

Just caught up with her and ironically that role has been taken down lol

Highly Confidential (Competitor)                                TIKTOK3047MDL-067-LARK-01022643

Matthew Tenenbaum  2023-06-05  21:05:37

But any tech recruiting gig or related she's interested in.

James Cummings  2023-06-05  21:05:44

oh recruiting. nice

Matthew Tenenbaum  2023-06-05  21:05:57

I did warn her about USDS but in this economy a gig's a gig she says.

James Cummings  2023-06-05  21:06:24

LOL

James Cummings  2023-06-05  21:06:28

haha true true

James Cummings  2023-06-12  23:54:53

so i bought a sprinter van

James Cummings  2023-06-12  23:55:10

so life is complete and debt feels good

Matthew Tenenbaum  2023-06-12  23:57:07

Hell yeah! Reject housing and embrace vanlife [钱]

Highly Confidential (Competitor)     TIKTOK3047MDL-067-LARK-01022644

James Cummings   2023-06-12   23:57:42

haha totally

James Cummings   2023-06-12   23:58:05

well my fiance and i were saving for a house and the way the interest rates and local economy look we opted to spoil ourselves

♥ Matthew Tenenbaum

Highly Confidential (Competitor)
TIKTOK3047MDL-067-LARK-01022645

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-067-LARK-01022641-TIKTOK3047MDL-067-LARK-01022645

**BEGATTACH:** TIKTOK3047MDL-067-LARK-01022641

**ENDATTACH:** TIKTOK3047MDL-067-LARK-01022646

**Attachment Count:** 1

**PRODVOL:** MDL-067

**Custodian:** TENENBAUM, MATTHEW

**File Path:** /TIKTOK3047MDL-067-LARK-01022641.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 5/8/2023 12:00 AM

**Last Modified Date:** 5/8/2023 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-067-LARK-01022641.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

- **Subject:**
- **THREADID:**
- **REDACTIONS:**
- **REDACTION TYPE:**

