# AMENDED Exhibit 447

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| **From:** | ███████████████@tiktok.com] |
| **Sent:** | 4/14/2020 6:49:23 PM |
| **To:** | ███████████████@pta.org] |
| **CC:** | Eric Ebenstein ███████@tiktok.com]; ███████████████@bytedance.com]; ███████ ███████@pta.org]; ███████████@tiktok.com] |
| **Subject:** | Re: [External] PTA + TikTok / Status and Next Steps |
| **Attachments:** | image001.png |

Hi ███,

I'm in back-to-back calls until 5:30 PT ET. I might be able to jump on a call from 3:15 - 3:30 PM ET, otherwise, it may have to be in the evening.

We'll send a draft ASAP this afternoon.

Completely understand the need for a fully signed agreement. Keep us posted!

Thank you!!
████

████████████
Communications, TikTok

On Tue, Apr 14, 2020 at 11:42 AM ███████████████@pta.org> wrote:

> So exciting! Heidi and I are available today from 3 PM Eastern until 4:30 PM Eastern and then probably quite late after the town hall is concluded (7:30 PM Eastern or later, I'm guessing?). Heidi does have two little ones at home as you know, so her evenings understandably can be a bit hectic. But both she and I are very committed to getting all this done, so if you need to speak later in the evening … we can make it work.
>
> Yes, send us the draft *as soon as* you can. Heidi will shepherd it through the approval layers here and drop in a proposed quote.
>
> Eric, ████ and I are working on the amendment but it still isn't signed. We cannot announce without a signature, so fingers crossed on that element falling into place by tomorrow!
>
> ████████████
>
> National PTA | Associate Director, Corporate Alliances
>
> 703-518-1228 Desk | ████████ Mobile

**EXHIBIT**

8  TIKTOK EBENSTEIN  03/11/25 dv

▮▮▮@pta.org | www.pta.org

**From:** ▮▮▮@tiktok.com>
**Sent:** Tuesday, April 14, 2020 1:53 PM
**To:** ▮▮▮@pta.org>
**Cc:** Eric Ebenstein <▮▮▮@tiktok.com>; ▮▮▮@bytedance.com>; ▮▮▮@pta.org>
**Subject:** Re: [External] PTA + TikTok / Status and Next Steps


Hi ▮▮,


Of course things continue to change on our end! We are still keen on announcing the donation to the PTA tomorrow. We are working to get a draft of the blog post to you all this afternoon. I know you have the teachers town hall today, but if you have some time, I'd love to touch base again.


Thank you,

▮▮▮




▮▮▮

Communications, TikTok




On Mon, Apr 13, 2020 at 2:28 PM ▮▮▮@pta.org> wrote:

> Awesome! Tuesday, May 5 is National Teacher Day (which NEA leads) which is during National Teacher Appreciation Week (which PTA leads). Having a livestream and major campaign activation during that week (and especially on that Tuesday) would be a phenomenal tie-in from our perspective.
>
> We're also prepping for the global Giving Tuesday that's being stood up for May 5, and have a ton of ideas for how all these pieces can come together re: PTA, TikTok, and Teacher Appreciation Week.

Having a little more time to pull all the elements together is a relief. Was worried we were still trying to announce tomorrow. Phew!

Let's talk soon on next steps – we're ready to roll. 😊

Warmly,

█

███████████

National PTA | Associate Director, Corporate Alliances

703-518-1228 Desk | ███████ Mobile

█████@pta.org | www.pta.org

**From:** ████████████████████@tiktok.com>
**Sent:** Monday, April 13, 2020 5:15 PM
**To:** ██████████████████@pta.org>
**Cc:** Eric Ebenstein <████████@tiktok.com>; ████████████████████████@bytedance.com>; ██████████████@pta.org>
**Subject:** Re: [External] PTA + TikTok / Status and Next Steps

Hi █ and █,

Thanks again for the call last week, and for the list of follow-up items.

Firstly, the announcement timing has shifted and we will NOT be announcing tomorrow. The earliest would be Wednesday, however, we are re-evaluating our announcement strategy for the Community Relief Fund and may even push it back to next week.

As for social content collaboration, we would love to coordinate with your team on this. The TikTok channels largely amplify user and partner content so it would be great to understand what your social channels plan to

push out and then we can determine how to amplify. We can check with our team about creating content together. Note, we'll have a unified Community Relief Fund graphic that you'll be able to use.

As for the donate match program, details are still being ironed out. We are planning a Community Relief livestream programming week (aiming at week of 5/5). Currently, the plan is to dedicate each night to a different cause (PTA is the only organization featured in the "education" night thus far) and we will be booking talent for the night, who will encourage users to donate (and TikTok will match 1:1).

PTA is the only education sector group. Just for your knowledge, the other organizations under "family" are Meals on Wheels and No Kid Hungry.

I hope this information is helpful for now. I'm sorry we don't have more to share at the moment and things are changing rapidly! Thank you for bearing with us, we're looking forward to moving ahead soon!

Best,

████

████████████

Communications, TikTok

On Mon, Apr 13, 2020 at 11:04 AM ████████████████████ @pta.org> wrote:

> Hi friends,
>
> Happy Monday! I feel like this is going to be a huge week for PTA and TikTok, and my whole team is psyched! So much good is about to happen!

Confidential            TIKTOK3047MDL-002-00080391

On that note, we have a lot of logistics to tackle, and a lot of unresolved items, questions, and a rather major amendment to get signed. 😊

Here is my "working list" of things that feel time-sensitive today:

- Is it still the plan to put up the newsroom post tomorrow (Tuesday) on TikTok announcing the COVID-19 relief commitments to National PTA, both the $2M direct to PTA and the matching donation?

    o Is there a draft of the post? Can we see it on the sooner side?

      ▪ ▨▨▨ (cc'd) will be the lead for PTA on this and all the external comms
      ▪ ▨▨▨ is working on a quote from our President that can be integrated into the newsroom post

    o Along with the newsroom post, can we collaborate on social content that supports this newsroom post for PTA to publish? A Facebook post? A tweet? A TikTok video?
    o We still don't understand the terms of the matching donation. How will it work? When does it start and how long does it last?

      ▪ We are up with Tiltify but still working through a few of the ancillary services. Our finance team is moving as fast as possible, but we're held up by the onboarding processes on the services' sides.
      ▪ What are the other nonprofits being supported within the $10M pledge? There are six groups in total, right? Can we know who they are? Are we the only education sector and/or family engagement group?

- Is it still the plan to put up the age-based newsroom post on Weds, April 15?

    o (National PTA believes the ideal order, from our perspective, is that the relief funding post comes out before the age-based changes platform post.)
    o We are waiting to receive an embargoed draft of the newsroom post so that our leadership can sign off on the inclusion of our name and provided quote.

- Nothing can go public without a signed amendment to our existing agreement. We're ready to sign the current version as soon as today; is there a status update on that document on the TikTok side?

I'm sure there is more. What action items and specific deliverables have I missed?

The National PTA team is ready to put significant staff time and resources into making sure this campaign is a success. We await further instruction and clarification on these items, and we'll move swiftly. This is a TOP priority at PTA for the days and weeks ahead.

Warmly,

▌

▌

National PTA | Associate Director, Corporate Alliances

703-518-1228 Desk  | ▌ Mobile

1250 North Pitt Street, Alexandria, VA 22314

▌@pta.org | www.pta.org





Confidential

TIKTOK3047MDL-002-00080393

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-002-00080388-TIKTOK3047MDL-002-00080393

**BEGATTACH:** TIKTOK3047MDL-002-00080388

**ENDATTACH:** TIKTOK3047MDL-002-00080393

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-002

**Custodian:** ERIC EBENSTEIN

**File Path:** /EMAIL-████████████████@BYTEDANCE.COM_0.MBOX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 7F8126E2A40FB77D02FA1A4078F800F3

**DocType:** E-MAIL

**Author:**

**Create Date:** 4/14/2020 6:49 PM

**Last Modified Date:** 4/14/2020 6:49 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** RE: [EXTERNAL] PTA + TIKTOK / STATUS AND NEXT STEPS

**Title:**

**DOCEXT:**

**Email From:** ████████████████████████@TIKTOK.COM>

**Email To:** ████████████████████████@PTA.ORG>

**Email CC:** ERIC EBENSTEIN ████████████@TIKTOK.COM>; ████████████@BYTEDANCE.COM>; ████████████████████@PTA.ORG>; ████████ <TINAPANT@TIKTOK.COM>

**Email BCC:**

**Received Date:** 4/14/2020 6:49 PM

**Sent Date:** 4/14/2020 6:49 PM

**TIMEZONE:**

**Subject:** RE: [EXTERNAL] PTA + TIKTOK / STATUS AND NEXT STEPS

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

