# AMENDED Exhibit 452

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# TikTok & National PTA Event - Austin, Texas

## Overview

On November 15, 2022, TikTok's US State Public Policy team held an event at Westwood High School in partnership with the National PTA. The event was the second of three events as part of our PTA sponsorship agreement. The objective was to provide parents with information on TikTok's tools and resources for their teen's safe engagement on the app, and encourage an open dialogue to determine the appropriate rules for engagement within each family. The event was supported by local school district administrators and teachers.

Approximately three hundred parents, students and administrators gathered inside Westwood's cafeteria for an evening that kicked off with student entertainment, followed by dinner and a presentation by TikTok's @Eric Ebenstein, titled "TikTok Runs in the Family." The night ended with raffle prizes and TikTok branded items for each guest.



From left: PTA President, school district administrators/teachers, and TikTok's @Eric Ebenstein

## Presentation and Panel Discussion

The TikTok presentation focused on sharing tools available to parents and teens like "family pairing" along with safety settings designed to protect teens under the age of 16. Full slide

deck presentation [ HYPERLINK ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ].


TikTok presentation


Audience


Q&A session

The TikTok team stayed to answer all additional questions from parents about what the platform is doing to protect minors while using the app.



## Student / Parent Breakout Sessions

Following the presentation, students broke off to discuss ways they would like to see their parents support their social media use, while parents discussed what keeps them up at night when it comes to their teen's digital wellbeing and tech use. Parents also shared tips, tricks, and "hacks" to solve their tech concerns.


Students have open discussion


Students share their feelings for


Parents discuss their teens' use of social media in


Parents share out with the larger

| on how parents can better engage with them. | parents to read later. | small groups. | group. |

## TokTok Booth and Materials

The TikTok team was available before and after the presentation at a designated booth to answer questions from parents and guests.



Materials were available for parents in English and Spanish.



TikTok branded water cups, t-shirts, stickers and pins were provided for guests.

Confidential　　　　　　　　　　　　　　　　　　　　　　　　TIKTOK3047MDL-120-LARK-06103746