**AMENDED Exhibit 456**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**From:** Eric Ebenstein [▓▓▓▓@bytedance.com]
**Sent:** 11/12/2019 4:02:52 PM
**To:** ▓▓▓▓@bytedance.com
**CC:** ▓▓▓▓@bytedance.com
**Subject:** Re: [External] Potential PTA Grantee Locations

Only if we can schedule the event during the east coast winter. I'm in.

▓▓▓ - please let PTA know our suggestions/preferences.

Eric Ebenstein
Corporate Affairs, Washington DC

▓▓▓▓@bytedance.com



On Tue, Nov 12, 2019 at 11:00 AM ▓▓▓▓@bytedance.com> wrote:
Lets do Tampa.

▓▓▓▓
Sent with love from my iPhone

> On Nov 12, 2019, at 7:28 AM, Eric Ebenstein <▓▓▓▓@bytedance.com> wrote:

5 choices, only from that list. Rockville is a DC suburb, so I think we should probably include it even though it's boring. LA, Dallas and St. Louis I think also all make sense. So that leaves one to choose from. Tampa gets us both Senators Rubio and Scott, which is something. Or Little Rock which gets us Cotton. We can ask PTA to choose for us, unless there's a strong preference for one or the other.

Eric Ebenstein
Corporate Affairs, Washington DC

Confidential
TIKTOK3047MDL-002-00079201

▮▮▮▮@bytedance.com



On Mon, Nov 11, 2019 at 6:20 PM ▮▮▮▮@bytedance.com> wrote:
Thx ▮▮!

How many locations can we choose? It'd be great if we could include major market media centers. Their list doesn't include many though. If they're open to a few different locations, we could be a bit more strategic and target media DMAs and sensitive political districts. For media, it'd be great to have Chicago, New York, Washington DC?

Of the list they sent, I agree with @▮▮ on most of these, but suggest the following:

-LA, CA
-Augusta (relatively close to Atlanta)
-Dallas, TX
-St. Louis, MO (Sen. Hawley constituents)
-Little Rock, AR (Sen Cotton constituents)
-Tampa, FL (largest DMA in FL)
-Pullayup, WA (close-ish to Seattle-Tacoma DMA)

▮▮▮▮
Communications, TikTok
▮▮▮▮@TikTok.com
M: ▮▮▮▮

On Nov 11, 2019, at 2:13 PM, ▮▮▮▮@bytedance.com> wrote:

(-PTA)

Hi Eric/▮▮, thoughts on below?

• LA (other SoCal options are Downey or Cerritos)
• Tampa

- Rockville, MD (proximity to DC)
- Dallas or Plano, TX
- St Louis (Hawley's state) or Little Rock (Cotton's state)

The only Northern CA town is Visalia, outside SF.

> On Nov 7, 2019, at 8:35 PM, ▮▮▮▮▮▮▮@pta.org> wrote:
>
> Hi TikTok Team,
>
> It was wonderful to spend some time getting to know everyone yesterday!
>
> These are the locations of the 39 PTAs who are qualified to host a great digital safety event night. We are in contact with them to see if they are able to schedule an event during the month of February to join us in celebrating Safer Internet Day. Please let me know up to 5 locations that are of high importance to you and we will work to make sure that we can align events at those locations as best we can.
>
> Please let us know the locations by Wed. 11/13.
>
> Best,
> ▮▮▮
>
> ▮▮▮▮▮▮▮, Manager, Programs & Partnerships
> ▮▮▮▮▮▮▮ | ▮▮▮@pta.org | www.pta.org
>
> Connect with National PTA on: Twitter | Facebook | YouTube | Flickr | Pinterest | One Voice Blog
>
> <TikTok Cities_States.xlsx>

Confidential

TIKTOK3047MDL-002-00079203