# AMENDED Exhibit 459

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| **From:** | [REDACTED]@pta.org] |
| **Sent:** | 8/3/2020 6:02:55 PM |
| **To:** | [REDACTED]@tiktok.com] |
| **CC:** | [REDACTED]@tiktok.com]; Jamie Favazza [REDACTED]@tiktok.com]; Eric Ebenstein [REDACTED]@tiktok.com]; [REDACTED]@tiktok.com]; [REDACTED]@pta.org]; [REDACTED]@pta.org]; [REDACTED]@pta.org] |
| **Subject:** | RE: [External] Talking Points, re: current TikTok headlines? |

Thanks for this prompt response, Tina! Much appreciated. We will share this with our internal staff leadership to start.

[REDACTED]
National PTA | Associate Director, Corporate Alliances
703-518-1228 Desk  |  [REDACTED] Mobile
[REDACTED]@pta.org  |  www.pta.org

[My pronouns: She/Her]

**From:** [REDACTED]@tiktok.com>
**Sent:** Monday, August 3, 2020 2:01 PM
**To:** [REDACTED]@pta.org>
**Cc:** [REDACTED]@tiktok.com>; Jamie Favazza <[REDACTED]@tiktok.com>; Eric Ebenstein <[REDACTED]@tiktok.com>; [REDACTED]@tiktok.com>; [REDACTED]@pta.org>; [REDACTED]@pta.org>; [REDACTED]@pta.org>
**Subject:** Re: [External] Talking Points, re: current TikTok headlines?

Hi [REDACTED] + team,

Thanks for checking with us — we come bearing statements! It was certainly a whirlwind of a weekend, and we appreciate that you are welcoming the conversation with PTA leaders on these matters.

<u>Talking points:</u>

- We recognize there has been a lot circulating in the press. TikTok has heard the outpouring of support these past few days from our community and we've been incredibly inspired by their extraordinary spirit and resilience over the course of this challenging year. TikTok is here for the long haul.
- We are continuing to do what we have always done: stay true to our mission, serve our community, and protect the safety and privacy of our users. These are the facts: 100M Americans come to TikTok for entertainment and connection, especially during the pandemic.
- TikTok's biggest investors come from the US.
- **On supporting & building our US presence:** TikTok has hired nearly 1,000 people to our US team this year alone, and is proud to be hiring another 10,000 employees into great paying jobs across the US. TikTok's $1B creator fund supports US creators who are building livelihoods on our platform.
- **On data & security:** TikTok US user data is stored in the US with strict controls on employee access. We are committed to protecting our users' privacy and safety as **we continue working to bring joy to families** and meaningful careers to those who create on our platform.

In addition, please share the link to Vanessa Pappas' reassuring message to the TikTok community. Vanessa is TikTok's US General Manager: https://www.tiktok.com/@tiktok/video/6856014780440874245

If there are any specific questions that come up that you don't have the answers to, just shoot us a note.

Warm regards,

Confidential

On Mon, Aug 3, 2020 at 11:33 AM ███████████████ @pta.org> wrote:
>
> TikTok team,
>
>
>
> Hope you all are doing okay and weathering the latest media cycle!
>
>
>
> We are looking for brief talking points and/or a simple statement that we can share with our board and the field about the current chatter around TikTok.
>
>
>
> PTA's leadership is asking me to touch base with you about the current headlines including the president's statement about possibly banning TikTok in the United States, along with the Times assertion that Microsoft is looking to buy TikTok.
>
>
>
> We are awarding the next round of PTA COVID relief grants later this month, most of which are funded by TikTok, and so there is a lot of energy and chatter about our relationship with TikTok now more than ever, so of course these headlines are causing a lot of questions and concerns in the field.
>
>
>
> I think our leaders recognize that these tough headlines are going to come and go with all our sponsors, especially in tech, so we're not especially panicked at National PTA by the current chatter. That said, we would appreciate being given clear talking points when the headlines are this volatile so we can be aligned on message when our field asks questions (which is starting to happen; several board members have emailed our executive director to ask if we are "clear on message").
>
>
>
> Please advise and thanks!
>
> ███
>
>
>
> ███████████
>
> National PTA | Associate Director, Corporate Alliances
>
> 703-518-1228 Desk   | ███████████ Mobile
>
> 1250 North Pitt Street, Alexandria, VA 22314
>
> ███████@pta.org | www.pta.org
>
>
>

Confidential
TIKTOK3047MDL-002-00082230

>
> [My pronouns: She/Her]
>
>
>
>
>
>

Confidential                                                                                                       TIKTOK3047MDL-002-00082231