# AMENDED Exhibit 460

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**From:** Eric Ebenstein [▮▮▮@tiktok.com]
**Sent:** 5/16/2020 1:46:08 PM
**To:** ▮▮▮@tiktok.com]
**Subject:** Fwd: [External] Requested PTA Statement

Begin forwarded message:

**From:** ▮▮▮@pta.org>
**Date:** May 16, 2020 at 8:37:30 AM EDT
**To:** Eric Ebenstein <▮▮▮@tiktok.com>
**Cc:** ▮▮▮@pta.org>, ▮▮▮@pta.org>, ▮▮▮<▮▮▮@pta.org>, ▮▮▮@pta.org>
**Subject:** [External] Requested PTA Statement

Good morning, Eric –

Here is the statement that will be supplied by Heidi to reporters in response to direct inquiries about PTA's relationship with TikTok.

> "National PTA has been a partner to parents on digital parenting topics for over 5 years, exploring in-depth the issues that are on the minds of today's families, and connecting parents with tools, research and supports to make the best decisions for their children. Through our association's PTA Connected initiative, over 700 events have occurred across the country, reaching more than 25,000 families.
>
> Every technology has safety concerns, and as our world becomes increasingly digital, it is our job to help educate families and encourage parents and teens to have open, ongoing conversations to ensure they are using devices and social media productively and responsibly. PTA recommends that families sit down together and talk about their own comfort level and ground rules for using TikTok as well as other apps. We know every family is different when it comes to digital parenting, and we believe that having open and ongoing conversations together is a critical way to help teens, and adults, be responsible and safe creators.
>
> TikTok is one of the most popular apps among teens today, and the app parents ask the most questions about at our PTA Connected events. Our association's collaboration with TikTok is an important way to raise the needs and concerns of families to the company to ensure these issues are top of mind and ensure the safety of young users on the app. TikTok's support of our PTA Connected initiative also helps us help parents understand the safety and security features of the app and have the best information possible to keep their children safe.
>
> We appreciate TikTok's collaboration and support to help foster safe, positive use of digital devices and social media among youth as well as provide families with practical

tools to help their children be successful online. We also appreciate TikTok's commitment to and willingness to work with our association to address parents' concerns.

National PTA does not endorse any commercial entity, product or service, and our association will always be an advocate for enhanced safety and privacy features in the digital world, while supporting families as they leverage all the safeguards available on the platforms they choose to participate on."

— *Leslie Boggs, president of National PTA*

Please direct reporters to Heidi (per the protocol outlined below). Thanks so much. Have a good weekend!

Warmly,

National PTA | Associate Director, Corporate Alliances
703-518-1228 Desk  |                    Mobile
              @pta.org | www.pta.org

**From:** Eric Ebenstein <              @tiktok.com>
**Sent:** Friday, May 15, 2020 11:14 AM
**To:**                              @pta.org>
**Cc:**                         @pta.org>;                @pta.org>;
<         @pta.org>;                    @pta.org>
**Subject:** Re: [External] Status, Protocol on Requested PTA Statement

Thanks all. Much appreciated. Standing by.


Eric Ebenstein
Corporate Affairs, Washington DC


              @tiktok.com


On Fri, May 15, 2020 at 11:03 AM                         @pta.org> wrote:

> Hi Eric,
>
>
> Our team has drafted a non-endorsing statement that speaks positively to PTA's relationship with TikTok and commends TikTok for your positive steps toward improving safety and security within the app. That statement is going through the approval rounds on our side and we do anticipate having the statement ready later today.

I wanted to give you a heads up on the protocol that we'd like to follow in this situation.

Because the article is already published and does not mention PTA, here is how we plan to proceed:

- We will provide PTA's prepared statement to TikTok as a heads-up; however, TikTok should not share that statement out with any external entities.

- Instead, we ask that TikTok direct any reporters or inquiries directly to ▇▇▇ at National PTA (▇▇▇@pta.org / ▇▇▇ mobile).
    - ▇▇▇ will respond to such inquiries and provide the prepared statement as appropriate.

- ▇▇▇ will let you know who we share the statement with, and if any reporter or media outlet requests additional commentary or interviews from PTA
    - PTA will not participate in any media interviews related to TikTok without first having a planning session with our spokesperson and your media folks

More soon. Wanted you to have this update so you can manage the expectations of your team and to reassure you that the wheels are continuing to move on our side.

Warmly,

▇▇▇

▇▇▇▇▇▇▇▇

National PTA | Associate Director, Corporate Alliances

703-518-1228 Desk  | ▇▇▇▇▇▇ Mobile

1250 North Pitt Street, Alexandria, VA 22314

▇▇▇@pta.org | www.pta.org

Confidential
TIKTOK3047MDL-002-00081997