# AMENDED Exhibit 491

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

严路帆   2021-08-31   02:43:54

legal team is all the time saturated and short-handed by endless features to review, so they prioritize the features according to the priority you choose on Meego, and it always makes sense to push up a little bit, or else, your feature will be forgotten[捂脸]



**TikTok-Furlong**

**97**

4/12/2025 - MOP

Jordan Furlong   2021-08-31   03:06:24

That's good to know. And that intro is separate than all the info we provide in the legal ticket?

严路帆   2021-08-31   03:30:29

Nope, it's not mandatory, it's just according to the previous experience, info provide in the ticket is often insufficient for legal team to understand the full picture, therefore a quick intro would help them quickly grasp the essence.



Jordan Furlong   2021-08-31   03:32:28

Do you usually do that just by messaging the compliance POC directly? Or setting up a meeting

严路帆   2021-08-31   04:04:26

Yep, I sometimes will open a lark group via legal system, rest of the time, I will wait till the legal poc reaching out to me and then initiate conversation



Jordan Furlong  2021-09-01  02:12:28

I have heard about an FP bug where the teen can easily bypass or disable FP. I haven't tested so I don't know the specifics, but wondering if you know what I'm talking about? Sounds worth fixing this bimonth..

严路帆  2021-09-01  02:12:51

it's not a bug, I suppose...

严路帆  2021-09-01  02:17:07

the current logic is we provide an 'unlink' option (though hidden) to the paired teens, and once they did, their parental settings will stay for an extra 48 hours as a sort of 'punishment'.

严路帆  2021-09-01  02:19:19

The reason why we provide this unlink for teens is 1. for them to escape from malicious pairing 2. respect their autonomy (given Family Pairing is available for users theoretically above 13)

严路帆  2021-09-01  02:19:38

But I understand this suggestion

Jordan Furlong  2021-09-01  02:20:12

Gotcha. Where is it "hidden"?

严路帆  2021-09-01  02:20:52

POST

**Title:**

Text:

Confidential                                                                                                                TIKTOK3047MDL-066-LARK-00956724



严路帆  2021-09-01  02:21:08

Three dots on top right

Jordan Furlong  2021-09-01  02:21:53

Isn't that the parent's view?

严路帆  2021-09-01  02:22:06

It's the teen's view

严路帆  2021-09-01  02:22:30

POST

Title:

Confidential                                                                              TIKTOK3047MDL-066-LARK-00956725

Text:



---

严路帆  2021-09-01  02:22:35

This is for the paretn

 Jordan Furlong

---

严路帆  2021-09-01  02:22:43

parent*

---

严路帆  2021-09-01  02:23:37

What we can do is to level up the punishment if the teen unpairs - for example, freeze the teen's account for 48 hours (and suggest the teen communicating with the parent upon this decision)

Confidential                                                                                              TIKTOK3047MDL-066-LARK-00956726

Jordan Furlong   2021-09-01   02:24:02

What do you think of removing that? I understand the tradeoff but think that we should remove it given that this renders the feature kinda useless

Jordan Furlong   2021-09-01   02:25:50

Other option: teen can send a request to parent to unlink, which they can approve from their device

严路帆   2021-09-01   02:35:02

Yep, this could be explored.

严路帆   2021-09-01   02:52:32

oh, forgot to say, the unpairing data of both sides (the volume of unpairing initiated by teen and parent) are similar, we do not see particular high volume from teen's side for now

严路帆   2021-09-01   02:52:56

are you suggesting to add this to 9-10 bi-month OKR?

Jordan Furlong   2021-09-01   03:11:48

Oh do you know what the unpair volume is?

Jordan Furlong   2021-09-01   03:12:03

Probably. It seems pretty important to me

严路帆   2021-09-01   03:24:16

Yep, we have event tracking in place

严路帆  2021-09-01  03:25:04

Unpairing from both sides are around 250 on average daily

Jordan Furlong  2021-09-01  04:29:01

Sounds like a fair amount. What do you think of prioritizing it this bimonth?

严路帆  2021-09-01  06:44:46

Probably not this bi-month: 1. Timeline wise: we have mid-autumn festival and national holiday during September - October bimonth, and considering the top priority is first content classification and then copyright stay down, not much time left for other projects. 2. Complexity and cost-efficiency wise: during November-Decemeber, I'll be working on content classification settings in Family Pairing, when I can optimize this issue at the same time. Any thoughts?

Confidential

TIKTOK3047MDL-066-LARK-00956728

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-066-LARK-00956723-TIKTOK3047MDL-066-LARK-00956728

**BEGATTACH:** TIKTOK3047MDL-066-LARK-00956723

**ENDATTACH:** TIKTOK3047MDL-096-LARK-04185356

**Attachment Count:** 2

**PRODVOL:** MDL-066

**Custodian:** FURLONG, JORDAN

**File Path:** /TIKTOK3047MDL-066-LARK-00956723.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 8/31/2021 12:00 AM

**Last Modified Date:** 8/31/2021 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-066-LARK-00956723.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

