# AMENDED Exhibit 500

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**System Message   2022-12-15   19:58:45**

**Jordan Furlong** invited **Ratnaditya Jonnalagadda, Josh Stickler, Han Yin, Isha Shah, Kevin Yuan, 徐凡甲** to this chat.

Jordan Furlong   2022-12-15   20:00:51

POST

**Title:**

**Text:**

Hi @All, after discussing this with Josh, hoping we can quickly pull together an impact analysis of more aggressively curbing minors' screen time on TikTok. I quickly jotted down some simple ideas of how we could do this for us to consider, but wanted to suggest we at first evaluate the impact of turning on the daily screen time limit

- Hard lined restrictions

- Hard cap on amount of time minors can spend on TikTok

- Hard cap on amount of time minors can spend on TikTok at night

- Hard capped bedtime for minors, after which they cannot access the app

- Configuration changes

- Daily screen time limit on by default for minors (60, 90, 120 minutes?)

- Screen time breaks on by default for minors

- Night screen time management on by default for minors (A/B testing now)

- Enable weekly screen time notifications for minors (A/B testing now)

@Isha Shah @Han Yin - Not sure what your bandwidth is like which is why I added both of you, but could really use your help in particular here. We'd like to estimate the total decrease in stay time if we were to turn on daily screen by default for minors, based on age gate data. Can you help us with a data picture based on the below inputs?

1. How many users on the platform are age 13-17?

2. How many of those users spend more than 60, 90, or 120 minutes on the platform per day (evaluating the impact of different daily limit options)?

3. For users age 13-17 on the platform who have enabled the daily screen time limit feature, how much has their average daily screen time decreased since enabling the feature?

**TikTok-Furlong**

**58**

4/11/2025 - MOP

4. What is the total expected decrease in time spent on TikTok based on 2 & 3?

Case 4:22-md-03047-YGR    Document 2755-17    Filed 02/20/26    Page 3 of 9

Isha Shah    2022-12-15    20:04:21

Hi **@Jordan Furlong** Can you please give more context as to why we want to aggresively curb minors ' screen time? Any thoughts on how this will impact user experience for minors?

Josh Stickler    2022-12-15    20:06:55

Context: there is intensifying criticism at the highest levels of US and EU politicians about addiction-related harm among teens on TikTok

 Isha Shah, Jordan Furlong

Josh Stickler    2022-12-15    20:07:39

In January, the Republican Party will gain a majority in the US House of Representatives and are likely to more aggressively push for limitations on TikTok

Josh Stickler    2022-12-15    20:07:42

https://www.tiktok.com/@60minutes/video/7163362662066212142?_r=1&_t=8XWLFljPxWQ&is_from_webapp=v1&item_id=7163362662066212142

Josh Stickler    2022-12-15    20:08:06

https://gallagher.house.gov/media/press-releases/gallagher-tiktok-digital-fentanyl-addicting-our-kids

Josh Stickler    2022-12-15    20:08:58

Hence, GR has urgently asked what kinds of significant, noteworthy, industry-leading changes we might be able to announce quickly in the hope of reducing or redirecting some of this pressure

Han Yin    2022-12-15    20:15:02

**@Jordan Furlong** I suppose we would need US data for this analysis. Shall we invite a DS from the US team to grab data from TTP as well?



Josh Stickler    2022-12-15    20:16:28

**@Mike Baik** ?

Isha Shah    2022-12-15    20:17:22

I'll add a US DS team to this chat group for US data.

System Message    2022-12-15    20:17:44

**Isha Shah** invited **Sandeep Singh, Jack Nicastro** to this group. New members can see all chat history.

Josh Stickler    2022-12-15    20:19:14

[消息已撤回，无法查看内容]

Josh Stickler    2022-12-15    20:24:51

I'll rephrase Jordan's #1 as "what % of DAU have declared 13-17 ages OR no declared age (sliced by US, EU, and a global superset (inclusive of all non-China, including US/EU))? How does the stay duration of this group compare to that of other age groups?"

Sandeep Singh    2022-12-15    20:25:12

**@Josh Stickler** Just so that I am understanding the request completely. We first need to identify the US population percentage who have gone through age gate process of verifying their age and are 13-17 in age ?

Isha Shah   2022-12-15   20:30:14

**@Sandeep Singh** - All our digital wellbeing related queries are in gitlab - https://code.byted.org/tns/ds/tree/master/bay/Digital%20Wellbeing If you have any questions, feel free to reach out to **@Han Yin**

Isha Shah   2022-12-15   20:31:10

Han will start the analysis today and share it here once it's completed by EOD or early tomorrow morning.



Han Yin   2022-12-15   20:32:15

**@Sandeep Singh @Jack Nicastro** I will work on the query and create a new folder to share query via gitlab for this project.



Jordan Furlong   2022-12-15   20:33:18

**@Josh Stickler** as an FYI if we did go forward with that plan we'd have to make changes to the daily screen time limit pin code functionality. Current state is that a user needs to provide a pin code to enable the feature so we can't actually just auto-enable it right now

Josh Stickler   2022-12-15   20:33:24

[消息已撤回，无法查看内容]

Josh Stickler   2022-12-15   20:34:09

**@Sandeep Singh** No; anyone who provided age via the "age gate" (shown to all new users during sign-up; some legacy users were not shown the age gate, but we are retroactively collecting age from them)

**Josh Stickler**  2022-12-15  20:34:33

[消息已撤回，无法查看内容]

**Josh Stickler**  2022-12-15  20:34:43

And who, in doing so, provided a birthdate that now corresponds to an age between 13-17

**System Message**  2022-12-15  20:35:02

**Josh Stickler** invited **Brian Yee** to this group. New members can see all chat history.

**System Message**  2022-12-15  20:35:17

**Josh Stickler** invited **Mike Baik** to this group. New members can see all chat history.

**Han Yin**  2022-12-15  20:39:36

Hi **@Josh Stickler** and **@Jordan Furlong** , any suggested time range for this data? I want to explore the data from 11/01 to 12/14. Please let me know if you want a longer time range.

**Jordan Furlong**  2022-12-15  20:49:30

**@Han Yin** could we expand the range to mid September so we're looking at 3 months? We might not be able to observe behavior change from daily limit in such a short range

👍 Han Yin

**徐凡甲**  2022-12-15  20:52:41

POST

Confidential                                                                 TIKTOK3047MDL-066-LARK-00905809

Text:

1. Noticed there a 40 mins option in Screen Time also, probably we should have the % of >=40 mins also (will regulator ask us to implement the strictest option?)?

Additionally, do we know why it's 40 -> 60 -> 90 -> 120, not 30 -> 60 -> 90 -> 120?

2. And want to confirm the Screen Time logic:

a. it's controlling the whole app, not just video pages, right? For example, if users only want to send DM, they will not be able to use it.

b. When Screen Time restriction triggered, will users be able to log out the account? Or Even they can, the Screen Time is based on DID?

Josh Stickler   2022-12-15   22:25:39

Here is the specific ask from GR: "- Setting default screen time limits for teens during the week. EU GR suggests a daily limit of 120 minutes, AMS GR suggests a daily limit 90 minutes. (Teens can turn off this default limitation, but we should send more aggressive prompts/reminders to turn off TT if a teen watches more than the default.)"

System Message   2022-12-16   00:25:05

**Isha Shah** invited **Michael Chen** to this group. New members can see all chat history.

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-066-LARK-00905805-TIKTOK3047MDL-066-LARK-00905810

**BEGATTACH:** TIKTOK3047MDL-066-LARK-00905805

**ENDATTACH:** TIKTOK3047MDL-066-LARK-00905810

**Attachment Count:** 0

**PRODVOL:** MDL-066

**Custodian:** CRIMMINS, CHRISTINA

**File Path:** /TIKTOK3047MDL-066-LARK-00905805.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 12/15/2022 12:00 AM

**Last Modified Date:** 12/15/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-066-LARK-00905805.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

