# AMENDED Exhibit 502

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# [For internal comms] Algo FAQ

**How does TikTok's For You feed work? How do you "make" the For You feed?**

⊛     There's no one For You feed - every user's feed is unique. Our recommendation system takes into account various interactions and preferences that are expressed through the app. These are things like a user's likes, follows, hashtags, and other interactions with videos on TikTok.

⊛     The system recommends content by ranking videos based on a combination of factors – starting from interests users express as a new user and adjusting for things you indicate you're *not* interested in, too – to form your personalized For You feed.

**What about filter bubbles? Are we making sure users don't see only the same content over and over again?**

⊛     Our recommendation system works to intersperse diverse types of content along with those you already know you love.

⊛     Diversity brings the many corners of TikTok closer together. That's why sometimes you may come across a video in your feed that doesn't appear to be relevant to your interests or have amassed a huge number of likes.

⊛     This is an intentional part of our approach to recommendation: bringing a diversity of videos into your For You feed gives you opportunities to stumble upon new content categories, discover new creators, and experience new perspectives and ideas as you scroll.

**How are we making sure the feed is safe?**

⊛     Our recommendation system is designed with safety in mind.

⊛     Reviewed content found to depict things like graphic medical procedures or legal consumption of regulated goods, for example – which may be shocking if surfaced as a recommended video to a general audience that hasn't opted in to that kind of content – may not be eligible for recommendation.

⊛     Similarly, videos that have just been uploaded or are under review, and spam content such as videos seeking to artificially increase traffic, also may be ineligible for recommendation into anyone's For You feed.

**What about shadow bans?**

It's simply not something we do. But I understand there's a lot of confusion, here's how to think about views...

**How can creators get more views?**

It all comes down to having fun and enjoying the experience of making and sharing videos. Great content stands out, and audiences on TikTok will appreciate content that's authentic, creative, and true to the creator.

**What makes TikTok different from other platforms? What makes the algorithm different?**

On TikTok, our For You feed reflects preferences that are unique to each user. The feed recommends content by ranking videos based on a combination of factors – starting from interests you express as a new user and adjusting for things you indicate you're *not* interested in – to form your personalized For You feed.

What's special about TikTok is that you don't need millions of followers to build a community around your content. Sure, videos may receive more views if posted by an account that has more followers, because that account's built up a larger follower base, but a user's follower counts or other high-performing videos don't directly factor into recommendations.

**Can TikTok share any information on the metrics the For You page is designed to optimize? For example, former YouTube employees have said in the past that their recommendation algorithm was designed to optimize time spent.**

*   Our recommendation system is designed to optimize for many kinds of engagements (not only time spent), and the combination is a sign that users have found content that resonates with them.

**Is the date a video was published taken into any consideration? In other words, is newer content more heavily weighted than older content?**

*   For You recommendations generally pull from videos posted within the last 90 days, and videos that have just been uploaded will generally see a peak in engagement soon after they've been published.

Highly Confidential (Competitor)

* If users continue to find the content interesting, as shown through video engagements, the content will continue to be recommended.

**Censorship?**

* TikTok is a place for everyone to express themselves freely and channel their creativity. We take important steps to make sure the feed is fair and void of bias... (explain what we do to keep recommendations fair and free of bias, giving users an equal chance to succeed, etc.).

* We also have Community Guidelines that keep users safe while using the app.

Highly Confidential (Competitor)

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-002-00119724-TIKTOK3047MDL-002-00119726

**BEGATTACH:** TIKTOK3047MDL-002-00119716

**ENDATTACH:** TIKTOK3047MDL-002-00119726

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-002

**Custodian:** URL LINKED LARK DOCS_CON

**File Path:** /FILES

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** 3236967444DADAD6C1DC725D43376346

**DocType:** E-DOC

**Author:** ALEXA YOUSSEFIAN

**Create Date:** 12/15/2020 5:22 PM

**Last Modified Date:** 12/16/2020 5:37 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** [FOR INTERNAL COMMS] ALGO FAQ -DOCCN8UIH8O11ENJBHNF1TQJQMD.DOCX

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

