# AMENDED Exhibit 511

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Document Produced As Native





# Outline



**Problem Statement and Methodology**

**Dispersion Principles**

**Proposed SOP**

**Metrics**

**Next Steps**

CONFIDENTIAL & PROPRIETARY

2



First Article: July
Latest Article: December

How to address?



US launch for negative affect - today!



Cheryl, Faith, Ryn to summarize - lean on data



Cheryl, Faith, Ryn to summarize - lean on data



| Proposed Use Case [Highest to lowest priority] |
|---|
| Does not pose severe enough harm or risk when presented individually to control with policy, but does demonstrate an increased level of harm or risk when presented in an aggregated or repetitive manner |
| Poses sufficient harm to decrease visibility on FYF (including content that is popular or culturally normative, yet demonstrably harmful). |
| Shows evidence of trapping individual users in "filter bubbles" limiting the diversity of content recommended to an individual user to repeated themes |
| Beneficial to rate-limit for other business reasons or editorial considerations |
| [Features] limits non-relevant search results or content aggregation, or potential for search results to increase harm |

**(e.g., trust in product, media escalations, community experience) - note that for this circumstance, special attention and care MUST be given to ensure that there is no disparate impact on historically marginalized populations or protected groups.**

Main Q - does this feel right for prioritization and alignment?



- Product and Policy should be aligned on the proposal objectives and metrics [Step 3]
- For each issue, what is the density that we define as a bubble? 20-30%, and thereafter define how many filter bubbles in system. [Step 3]
- Filter bubble DAU in system should be lower than X% (proportion can be discussed). Once it hits that X%, then we can move the project/model to maintenance. [Step 8 and 11]
- Negative affect - did internal then external accounts (leadership request). Product suggests both steps work in parallel instead, with policy support on training and reviewing filter bubble acct.
- Filter bubble needs to be identified in step 1 before proceeding
- Product propose for step 3, product can take lead to draft with policy input; sign offs, policy does policy sign offs and Product does legal sign off

## SOP - Discussion Questions

**Proposed RACI**

1. Is the proposed RACI in previous slide in line with Issue Policy priorities?

2. Is there alignment with Product and Algo on the proposed RACI?

**Sign-offs**

1. How can we ensure the sign off requirements and processes are streamlined?

| Document | Proposed sign offs |
|---|---|
| Dispersion proposal<br>- *Objectives*<br>- *Approach*<br>- *Metrics*<br>- *Project Plan* | • Issue Policy: GIPL of relevant issue vertical(s), relevant Issue Family Head(s), Global Issue Policy Lead<br>• Feature Policy (if applicable): Global Feature Policy Lead<br>• Country Policy: Global Country Policy Lead*<br>• Feed Quality: Product Feed Quality Lead<br>• <u>Final sign-off</u>: Global Product Policy Lead<br><br>*Relevant CPM Regional Lead(s) for regional proposals |
| Labelling guidelines | • Issue Policy: Relevant Issue Family Head and GIPL<br>• Country Policy: Relevant CPM Regional Lead(s)<br>• Legal |
| Launch plan | Sign off from Issue Policy and Product Feed Quality leadership <u>only if</u> there are changes from what was signed off in the initial dispersion proposal |

Specific questions:
1. Whether product and issue policy should co-drive drafting the proposal and obtaining leadership sign-offs on the proposal
2. Who should sign-off on the proposal at each stage - i.e. proposal, labelling guidelines, launch plan - is what we proposed ok?
3. Who should monitor post-launch performance? Product Feed Quality Manager?

How does T&S policy overall value dispersion projects, is it a priority for issue policy, based on the harms? If DAU penetration is low, then relevant teams need to value the overall project scope and the long-term value.

Case review for drafting the labelling guidelines -requires resources, more communication with product and algo.
Edge cases clarifications - requires policy bandwidth. Product will lead, but responses for policy edge cases would need policy input.
Weekly basis for labelling stage; Monthly basis for monitoring stage



# Metrics and Measurement

Proposed Key Metrics to Track / Launch

**Goal:** To reduce WW the % of users that are exposed to <YY issue> filter bubble (XX% density), from XX% to XX% (i.e. decrease of XX%).

*E.g. To reduce WW the % of users that are exposed to Borderline Toxicity filter bubble (25% density), from 7% to 4% (a decrease of 3 percentage points).*

**Harm metrics**
1. **Bubble density:** Density of a content type, for it to be considered risky
2. **Prevalence:** # users exposed to filter bubble

**Performance metrics**
1. Model quality (recall, vv impact, precision)
2. Labeling quality/efficiency (# hours, accuracy)
3. Stay duration loss (%)
4. Overall badness (i.e. whether the replaced content is also risky)

10

CONFIDENTIAL & PROPRIETARY

Titus update



Will send out documents after this meeting for review, including proposed templates to work through



RYN TO UPDATE



# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-028-00830053

**BEGATTACH:** TIKTOK3047MDL-028-00830053

**ENDATTACH:** TIKTOK3047MDL-028-00830065

**Attachment Count:** 12

**PRODVOL:** TIKTOK3047MDL-028

**Custodian:** RYN LINTHICUM

**File Path:** /NATIVES/NATIVE051/TIKTOK3047MDL-028-00830053.PPTX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 9C75CAB5ACBAA0C7886ED93E6F2AACC2

**DocType:** E-DOC

**Author:**

**Create Date:** 5/8/2024 12:00 AM

**Last Modified Date:** 2/17/2024 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** 000011627.PPTX

**Title:**

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** N

**REDACTION TYPE:**

