# AMENDED Exhibit 513

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**[P&C] WSJ articles on TikTok algorithm**

**Shou Chew**   2021-12-07   12:58:00

@Cormac Keenan @Hilary McQuaide i think we have our new CGs coming out soon. the new CGs talk about eating disorders as well. may want to sync up on timing of that.

*Cormac Keenan   THUMBSUP  2021-12-07   13:26:21*
*Hilary McQuaide   THUMBSUP  2021-12-07   13:41:13*

**System Message**   2021-12-07   15:47:00

**Tara Wadhwa** invited **Justin Erlich** to this chat. New members can see all chat history.

**Hilary McQuaide**   2021-12-08   21:24:00

POST

Title:

Text:

A few updates:

- This is not going to be a good story.

- Unlike the WSJ's previous bot-focused piece, these findings are interspersed with stories of teen girls sucked into eating disorder / dieting rabbit holes who attest that the content accelerated their descent, triggered an ED, or triggered a relapse. The reporter recognizes there's nuance to this topic but is clearly on their side and has been affected by the extended research; the stories of teen girls will likely hit hard with readers.

- We prodded on whether these teens experienced similar paths on other platforms… the take is that the ED content is inescapable on TT (because they didn't proactively seek it out).

- Expected attacks include that this is similar to the September article (Q: did we not change anything since then?) and relate to the Instagram effect-on-teen-girls fear (while we aren't hiding research/impact, this is girls saying they felt this issue far more / more acutely on TT).

- WSJ will also be doing a podcast, interviewing 3 teen girls who say TT played a role in their eating disorder. They are inviting us to join, which we would like to do to show care and commitment to the topic but are evaluating closely.

- Timing sounds like mid-next week for the article, and both article/podcast before EOY.

Tracy Elizabeth    THUMBSUP  2021-12-08   22:38:42

Hilary McQuaide    2021-12-08   21:27:00

POST

## Title:

Text:

Next steps:

1. We have given the reporter a lot of background, public resources, and stats (on CGs, partnerships, in-app resources, content removals, etc) and will follow up with more based on our final conversation.

2. We are finalizing statements which we will recommend index heavily on empathy, as well as on alluding to our commitments and progress. Tagging some of you in those next.

3. ***We also suggest publishing a blog post that previews our work on dispersion – ideally before this article publishes. Reasons include a) there is going to be pressure on how we've changed/learned from September, b) this approach to testing our systems is likely to continue, c) we can differentiate from Instagram's reaction (fighting back against the research) by showing our care for people and improving. There are risks to talking about dispersion of course and we are outlining a list of tough topics we're likely to face if we begin to talk about this. We've been working with algo team on a draft in tandem, and will share with many of you soon so people have something to react to in deciding whether we feel comfortable taking this step.

Vanessa Pappas    THUMBSUP  2021-12-08   22:02:03
Michael Beckerman    THUMBSUP  2021-12-08   22:02:38

Confidential
TIKTOK3047MDL-015-00340825

**Shou Chew**  2021-12-08  21:38:00

on 3. **@Cormac Keenan @Wenjia Zhu** , let's discuss if we can support this?

*Cormac Keenan   THUMBSUP  2021-12-09  07:50:57*

---

**System Message**  2021-12-09  09:14:00

**朱文佳** invited **王率丁** to this chat. New members can see all chat history.

---

**朱文佳**  2021-12-09  09:15:00

**@周受资** sure, of course **@王率丁** let's prepare a draft with TNS for Hilary, to describe the effort we have been doing

---

**王率丁**  2021-12-09  09:16:00

**@Wenjia Zhu** Yes, I am in a group with **@Hilary McQuaide** and **@Jamie Favazza** and we can discuss the details there

*朱文佳   THUMBSUP  2021-12-09  09:17:38*
*Hilary McQuaide   THUMBSUP  2021-12-09  09:18:15*

---

**System Message**  2021-12-09  18:31:00

**Michael Beckerman** invited **Aruna Sharma** to this chat. New members can see all chat history.

---

**Hilary McQuaide**  2021-12-16  11:47:00

POST

**Title:**

Text:

Updates:

— Axios coverage on the dispersion work: https://www.axios.com/tiktok-algorithm-changes-filter-bubble-f7cf5e87-5228-41d9-9d1f-93be76ffcfe6.html

— based on our blog post: https://newsroom.tiktok.com/en-us/an-update-on-our-work-to-safeguard-and-diversify-recommendations

— WSJ story has been pushed to next week (still in editing), though this is also in part because they are pushing for a front page slot

*Cormac Keenan    THUMBSUP  2021-12-16   12:01:45*
*Josh Gartner    THUMBSUP  2021-12-16   12:48:11*
*Erich Andersen    THUMBSUP  2021-12-16   12:56:48*
*Shou Chew    THUMBSUP  2021-12-16   14:33:13*
*Tracy Elizabeth    THUMBSUP  2021-12-16   15:11:16*
*Nicole Iacopetti    THUMBSUP  2021-12-16   15:27:50*
*Julie de Bailliencourt    THUMBSUP  2021-12-17   08:18:45*
*Aruna Sharma    THUMBSUP  2021-12-17   15:00:33*
*Marco Brizzolara    THUMBSUP  2021-12-17   16:04:07*

Shou Chew    2021-12-17    14:30:00

https://www.wsj.com/articles/tiktok-to-adjust-its-algorithm-to-avoid-negative-reinforcement-11639661801?mod=tech_lead_pos3

*王率丁    THUMBSUP  2021-12-17   14:36:01*
*Cormac Keenan    FINGERHEART  2021-12-17   14:35:27*
*Nicole Iacopetti    FINGERHEART  2021-12-17   14:54:41*
*Eric Han    FINGERHEART  2021-12-17   15:12:35*

Shou Chew    2021-12-17    14:31:00

@Hilary McQuaide [赞]

Confidential
TIKTOK3047MDL-015-00340827

*Erich Andersen     JIAYI  2021-12-17   14:31:18*

*王率丁    JIAYI  2021-12-17   14:36:43*

*Aruna Sharma    JIAYI  2021-12-17   15:00:45*

*Eric Han    JIAYI  2021-12-17   15:12:36*

Hilary McQuaide     2021-12-17    16:52:00

Today is certainly quite a news cycle [流泪] Here's the WSJ's eating disorder piece: https://www.wsj.com/articles/how-tiktok-inundates-teens-with-eating-disorder-videos-11639754848 which includes our algo dispersion work showing we're working to improve here (alongside the personal stories and stats which make this topic quite tough). Reactive messaging being distributed across GR, GBS, and others who weren't on the proactive outreach front.

*Eric Han    THUMBSUP  2021-12-17   16:53:00*

*Aruna Sharma    THUMBSUP  2021-12-17   16:53:11*

*Cormac Keenan    THUMBSUP  2021-12-17   16:54:26*

*Erich Andersen    THUMBSUP  2021-12-17   16:56:15*

*王率丁    THUMBSUP  2021-12-17   16:59:04*

*Vanessa Pappas    THUMBSUP  2021-12-17   17:09:53*

Shou Chew     2021-12-17    17:08:00

@Hilary McQuaide was this front page?

Hilary McQuaide     2021-12-17    17:23:00

@Shou not today, but it is front/center on website. Likely to be in print over weekend and expect a push notification later

*Shou Chew    OK  2021-12-17   17:23:36*

*Vanessa Pappas    THUMBSUP  2021-12-17   17:25:33*

Hilary McQuaide     2022-03-25    16:04:00

As a heads up - Julie Jargon, WSJ parenting columnist, is following up on her article from last October about teens developing tics after watching TikTok videos. Her initial article received a good deal of pickup despite the questionable research, and she's produced additional columns, podcast, broadcast appearances on this topic since. She's now doing a 6-month-later take on the article which we expect to look at the continued rise of teen girls with tics. It examines reports from doctors who've seen improvements in patients over a 6-month period as well as patients who have gone on to develop other disorders, suggesting that underlying mental health issues, which made them susceptible to developing tics after watching videos, have not been adequately addressed. She pulls from CDC research on tics and social media (as a whole) but also research that may focus on just TikTok study, so we can expect to continue to be a focus for her coverage. We've provided a statement, shared contact info for Dr. Michael Rich at Digital Wellness Lab, and expect this to run in the next few days.

*Cormac Keenan   OK  2022-03-25   16:14:21*

*Shou Chew   OK  2022-03-26   02:54:39*

*Eric Han   THUMBSUP  2022-03-25   16:12:59*

*Vanessa Pappas   THUMBSUP  2022-03-25   16:35:02*

*王率丁   THUMBSUP  2022-03-25   16:39:13*

*Rebecca Pober   THUMBSUP  2022-03-25   17:29:02*

*Julie de Bailliencourt   THUMBSUP  2022-03-25   17:53:43*

*Tracy Elizabeth   THUMBSUP  2022-03-25   18:29:22*

Hilary McQuaide    2022-05-13   14:38:00

https://www.insider.com/tiktok-tics-what-actually-happened-blaming-social-media-is-misleading-2022-5 Jon Stone, University of Edinburgh neurology professor: "The assumption that everyone's been making — that it's all social media and TikTok — is really much too simplistic and has caused a lot of damage, actually. It's encouraging people not to take this problem seriously and say, 'oh, you've just been watching too much TikTok.'" Melanie Firestone, CDC: Melanie Firestone, the Centers for Disease Control and Prevention "disease detective" who investigated the Minnesota cluster, said "we didn't have any evidence in this particular investigation that social media was directly related to the symptoms that these students were experiencing." (Besides, the girls were on Snapchat more than TikTok.) What linked the girls together more so than anything they did on their smartphones was how they felt. Stressed, anxious, depressed, lonely.

*Shou Chew   THUMBSUP  2022-05-13   14:39:34*

*Erich Andersen   THUMBSUP  2022-05-13   14:40:49*

*Cormac Keenan   THUMBSUP  2022-05-13   14:42:22*

*Michael Beckerman   THUMBSUP  2022-05-13   15:00:32*

*Vanessa Pappas   THUMBSUP  2022-05-13   15:17:43*

*Rebecca Pober   THUMBSUP  2022-05-13   16:33:42*

*Julie de Bailliencourt    THUMBSUP  2022-05-16   06:30:23*

*Tracy Elizabeth    FINGERHEART  2022-05-13   14:43:19*

*Suzy Loftus    FINGERHEART  2022-05-13   16:11:11*

*Julie de Bailliencourt    THUMBSUP  2022-05-16   06:30:23*

*Tracy Elizabeth    FINGERHEART  2022-05-13   14:43:19*

*Suzy Loftus    FINGERHEART  2022-05-13   16:11:11*

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-015-00340824-TIKTOK3047MDL-015-00340830

**BEGATTACH:** TIKTOK3047MDL-015-00340824

**ENDATTACH:** TIKTOK3047MDL-015-00340830

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-015

**Custodian:** TRACY ELIZABETH

**File Path:** /TIKTOK3047MDL-015-00340824.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:**

**Last Modified Date:**

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-015-00340824.PDF

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**    

**THREADID:**

**REDACTIONS:** N

**REDACTION TYPE:**

