**AMENDED Exhibit 515**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Global Policy Huddle



**Justin Erlich**   2021-10-07   19:36:55

right exactly. I ask b/c VE, Hate, misinfo etc have been giving some thought to de platforming but i don't think anyone globally have been thinking about de-monetization. Which I know became a massive effective tool at YT

 Tara Wadhwa

**Tara Wadhwa**   2021-12-14   16:09:50

I don't have concerns but perhaps we can try to preview it with folks on Thursday

 Julie de Bailliencourt

**Justin Erlich**   2021-12-15   01:44:28

Hey there - when is it kosher to read in Victoria to Texas? She just asked me if there was a plan to completely separate US safety from global T&S...

**Tara Wadhwa**   2021-12-15   01:48:27

i think we just need to get approval via a spreadsheet - i can make the ask on your behalf if that's cool?

**Justin Erlich**   2021-12-15   02:32:13

Yes please!

 Tara Wadhwa

**Justin Erlich**   2021-12-15   02:32:24

I think that would be very helpful to open that dialogue up

Tara Wadhwa    2021-12-15   02:39:10

done, all good to go for it1

Justin Erlich    2021-12-15   02:39:44

Thansk!

Tara Wadhwa    2021-12-16   04:21:52

https://bytedance.feishu.cn/docx/doxcnwNuF1TijqW3awajgb3YD2g# Hi everyone, the Inv team has completed an in-depth RCA. We reviewed 1166 videos and did this report (we dropped everything else).

Tara Wadhwa    2021-12-16   04:23:04

sobering analysis around eating disorder content. especially heartbreaking: Out of 1166 videos reviewed, 88% of them have been viewed by L1 and L2 minor users. Majority of vv viewed by L1 and L2 users comes from FYP (88%). Aish has this and I've asked Siyu/Mabel to see how they can use this analysis to expedite filtering and bursting bubbles for L1 and L2 users


Julie de Bailliencourt

Tara Wadhwa    2021-12-16   20:35:48

Regarding the school threats, here is our public statement, the public link we can share with clients and additional talking points. Statement: "We handle even rumored threats with utmost seriousness, which is why we're working with law enforcement to look into warnings about potential violence at schools even though we have not found evidence of such threats originating or spreading via TikTok." Public Link: https://twitter.com/TikTokComms/status/1471572096111239175?s=20
https://bytedance.feishu.cn/docs/doccnn3ks9DTntH80Y42QuAqM6e#


Julie de Bailliencourt

Confidential

Tara Wadhwa    2021-12-16    20:58:49

hey both - there is quite a bit of content asserting that there are threats being made about school shootings occurring on dec. 17. we haven't uncovered anything to legitimize this and cautiously believe it to be a hoax. It is similar to assertions of "national rape day". The questio at hand is if we can justify removing warning content because it is promoting an unsubstantiated claim that is causing public panic, we did this with national rape day **@Justin Erlich**

Tara Wadhwa    2021-12-16    21:25:06

https://bytedance.feishu.cn/docx/doxcnyQSvJdY83yeSndnakwo2Ee

Justin Erlich    2021-12-17    00:43:28

**@Tara Wadhwa** we inserted language in the CG rewrite to get ahead of things like this right?

Tara Wadhwa    2021-12-17    00:44:42

yeah, i believe so! look at that

Justin Erlich    2021-12-17    00:44:44

what was policy we used to take down the national rape day warning content?

Justin Erlich    2021-12-17    00:45:18

This sounds like it could hit the misinfo that may cause panic policy?

Tara Wadhwa    2021-12-17    00:47:55

https://bytedance.feishu.cn/docs/doccndlX9kuEI5GRk4F6L4TZiEh promotion of sexual violence - this is promotion of credible threat to violence but given it's also raising public panic dangerous mis makes sense also

Tara Wadhwa    2021-12-21  01:56:44

Here's a fun one. Alex is posting his art on TikTok, and one of his videos was taken down for ANSA:
https://www.tiktok.com/@temporality2022/video/7043775868811922689



Tara Wadhwa    2021-12-21  02:13:17

Alex is upset that our appeal SLA took 6 hours ....

Justin Erlich    2021-12-21  09:52:23

shall will spin up a dedicated ANSA review team to ensure we aren't unncessarily censoring ANSA content? [呲牙]



Tara Wadhwa    2021-12-21  16:39:24

given ryn's excellent assessment we're likey to launch the dispersion for negative affect in USA
https://bytedance.feishu.cn/docx/doxcn1e5zXslQgc3NilxLmx0eAc



Tara Wadhwa    2021-12-22  16:11:28

Hey Tara! hope you are doing well and so sorry to bother you when you are OOO. a headsup but I think it's critical for project - if legal (from @Erich Andersen and @Aruna Sharma ) require us to filter drug/ ANSA(unapproved /borderline ) for U18 - (not U16- filter, U16-17) in US. Is it acceptable from US perspective? (We are still pushing back but it's a hard debate[流泪])

Tara Wadhwa    2021-12-22  16:11:28

We would want much more information and context on this ask but our initial reaction would be that this would not be an advisable course of action

Tara Wadhwa    2021-12-22   16:11:28

Morning Tara! yeah, we are still waiting @Jonny Lin for final confirmation from @Erich Andersen tonight! Will create a work group for all stakeholders to discuss after that

Tara Wadhwa    2021-12-22   16:12:36

Got the above from Siyu - have either of you gotten wind of this?

Julie de Bailliencourt    2021-12-23   14:25:36

flagging a hot potato (dating apps for teens!)
https://bytedance.feishu.cn/docs/doccnVB1RKK874FYAE6L1DKLjrd

Julie de Bailliencourt    2021-12-23   14:26:21

**@Tara Wadhwa** i got a ping from jonny lin for a call tonight on thresholds


Tara Wadhwa

Tara Wadhwa    2022-01-03   17:36:16

As you may have seen in the red phone channel, joshua has escalated the whoosh bottle experiment. I understand he's not aligned to our policy decision (he believes the content should all come down based on the new reported injuries and use of fire). Worked with global policy and have maintained the policy position on this, that when done safely we will apply the appropriate tag which includes a warning label and NR result while removing any content not performed safely. One area we could have done better was on discoverability + keywords when the escalation began last week. that is being addressed since last night at aish's lead.

Julie de Bailliencourt    2022-01-03   18:16:59

i think he was confused about NR (which includes discoverability limitations), versus NFF

Confidential  TIKTOK3047MDL-084-LARK-03151710

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-084-LARK-03151705-TIKTOK3047MDL-084-LARK-03151710

**BEGATTACH:** TIKTOK3047MDL-084-LARK-03151705

**ENDATTACH:** TIKTOK3047MDL-084-LARK-03151710

**Attachment Count:** 0

**PRODVOL:** MDL-084

**Custodian:** WADHWA, TARA

**File Path:** /TIKTOK3047MDL-084-LARK-03151705.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 10/7/2021 12:00 AM

**Last Modified Date:** 10/7/2021 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-084-LARK-03151705.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

