# AMENDED Exhibit 517

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# [T&S][INV] Project Argus - US Filter Bubble on SSH/ED

**Global Investigations**

**Document Security Level 3**

**Editor:** @Glady Fabiola Tanusaputra

**Reviewer:** @Nicholas Chng

**Date :** 7 March 2023

## 1. Executive Summary

This report is part of [ HYPERLINK "https://bytedance.sg.feishu.cn/docx/X2todBql7ow9ogxHTNVlSNVqg0f" \h ], a proactive effort to **identify risks before it is made known to users or to the public via news channels, so as to eventually reduce escalations.** This report will focus on the result of test account created for the US market with the aim of surfacing SSHDA content. Results:

1. Ease of discoverability of SSHDA content in US: HIGH
2. Ease of entering a filter bubble of SSHDA content in US: HIGH
3. Density of a filter bubble of SSHDA content in US: HIGH
4. Virality of SSHDA content in US: MEDIUM-HIGH

## 2. Methodology

This methodology is created by @李莹婷 as work flow for Project Argus and is also being adopted in this activity. To learn more about Project Argus, please visit it [ HYPERLINK "https://bytedance.sg.feishu.cn/docx/X2todBql7ow9ogxHTNVlSNVqg0f" \h ].



1. **Test Account Profile Details (created using inhouse app TikTok M)**

a. Profile: 16-year-old male

b. Phone number: 12342067669 (+1)

c. Username: JamesPatrick111607

d. PW: unitedstates16!

e. Birthday: 10 November 2007

f. Issue: SSHDA

2. **Time spent** until the filter bubble created on fyp: **1.5 hours** of constant scrolling, searching, and liking videos.

3. Account is a US account and we have the real time US FYP instead of simulated FYP.

4. List of search term: [ HYPERLINK "https://bytedance.sg.feishu.cn/sheets/shtlg9H0jz4H3YefUVhW7eQO1Ed?sheet=88a06a" \h ]

5. Search terms used come from basic keywords related to SSHDA and ED activities (eg. th1nsp0) and expanded by:

    a. Using analyst's personal knowledge and trying different spelling modifications.

b. Hashtag and captions from SSHDA/ED contents.

# 3. Findings (TW: SSHDA triggers)

[file-Lark20230307-152432_boxlgDohGebsy1VKGe86kQBHZBf.mp4]

*This is a video file to show what's on my FYP after the filter bubble is created. Full watch was performed to create the filter bubble

1. Start liking and searching videos on 7 March 2023 (1.30 PM SGT).

2. Within one hour (2.30 PM), SSHDA and ED contents start showing on FYP.

3. Filter bubble is fully created by 3 PM (total searching and liking length: 1.5 hours)

4. **Search Suggestions** and **you may like sections** to start following the SSHDA theme and ED theme, inline with the liked videos and search terms. Examples:

a. (borderline search suggestion) I'm hurt inside, sad relatable tiktoks, Feeling unlovable.

b. (SSHDA search suggestion) Venting Mental Health, Maybe I am Just Not Enough, I Don't care Anymore

5. We also discover new slangs/ search terms for SSHDA contents such as **m34msp0** (meanspo), **sellllfffharmmmmm, secretsociety123** (community of people who engage in NSSH, or non-suicidal self-harm), **sewercidle** (suicide) **and offing myself** (suicide). [refer to [ HYPERLINK "https://bytedance.sg.feishu.cn/sheets/shtlg9H0jz4H3YefUVhW7eQO1Ed?sheet=88a06a" \h ] for complete list]

Highly Confidential (Competitor)                                                              TIKTOK3047MDL-078-LARK-01818488

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-078-LARK-01818485-TIKTOK3047MDL-078-LARK-01818488

**BEGATTACH:** TIKTOK3047MDL-066-LARK-00962957

**ENDATTACH:** TIKTOK3047MDL-110-LARK-05683927

**Attachment Count:** 0

**PRODVOL:** MDL-078

**Custodian:** LINTHICUM, RYN

**File Path:** /TIKTOK3047MDL-078-LARK-01818485.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** A397982C79D0E3CB767B669ABC8583D9

**DocType:**

**Author:**

**Create Date:** 2/13/2023 12:00 AM

**Last Modified Date:** 2/13/2023 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-078-LARK-01818485.PDF

**Title:** [T&S][INV] PROJECT ARGUS - US FILTER BUBBLE ON SSH/ED

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

