**AMENDED Exhibit 532**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| From: | 谈斯奇 [tansiqi@bytedance.com] |
| Sent: | 3/17/2019 4:16:53 AM |
| To: | 刘作涛 [michael.liu@bytedance.com]; jun guo [guojun@bytedance.com] |
| CC: | 刘权月Louis [liuquanyue@bytedance.com]; 朱文佳 [zhuwenjia@bytedance.com]; Yuyi.f [yuyi.f@bytedance.com]; Alex Zhu [alex.zhu@bytedance.com]; itika Bhatia N [nitika.whig@bytedance.com]; 陈中岳 [jonny.chen1@bytedance.com]; nnikrishnan R U [unnikrishnan.r@bytedance.com]; ambika.k@bytedance.com; prithviraj.singh@bytedance.com; 徐孟知 [matt.xu@bytedance.com]; 刘彧 [yoyo.liu@bytedance.com]; vikash.kumar@bytedance.com; balli.vikas@bytedance.com; Sumedhas Rajgopal [sumedhas.rajgopal@bytedance.com]; frazer.fernandes@bytedance.com; 陈翔 [chenxiang.kyle@bytedance.com]; 郑钶 [ke.zheng@bytedance.com]; Karan Nair [karan.nair@bytedance.com]; tiktokpm [tiktokpm@bytedance.com]; Vanessa Pappas [vanessa.pappas@bytedance.com]; gregory.justice@bytedance.com; Kelly Chen [kelly.chen@bytedance.com] |
| Subject: | Re: Product Experience Report for new Bytedancers |

Hi Nitika,

Your experience report is much appreciated.
I would like to update you on related product changes that we have been planning. Per the cons you brought up, pls see comments inline.

> 1. **Comment Moderation is needed** – A look at all the comments on popular videos (especially of Fashion creators) can scare off anyone (who is new to Tiktok) from the platform
>
> 2. **Two Factor Authentication** – A lot of creators have had their accounts hacked already, maybe because its not yet mandatory or advised to link their accounts with phone number which should be promoted more.

We are introducing such functionalities around account safety, data safety and payment safety in upcoming 2-4 month.

> 3. **Can become too addictive** – A common concern among parents is that their kids have become addicted to TikTok and keep making videos all day long, while this is a good thing for the platform but concerning as young minds can get affected seeing various kind of videos that should need parental advise.
>
> 4. **Low Diversification** – The content diversification needs to be more, plus the focus should also be put on the same by dividing the Discover/For You page into categories like Fashion, Beauty, Food etc. (similar to Instagram) so that a user can search for videos in their preferred category.

We are working on a new discovery page (v 3.0), which is designed to better convey the content diversity.

> 5. **Lack of Analytics Data** – As a creator who wants to make TikTok as one of their preferred social media channels, detailed analysis is a key to create relevant content, the lack of the same is making TikTok look like just a fun/hobby app but not a serious social media channel like Instagram/FB which influencers prefer.

Insight v 2.0 is now under development. Currently it's only rolled out to selected (whitelisted from ops) creators, and we are planning to open it up to everyone who switch to business profile.

### 谈斯奇 | 互娱社区 - 抖音TikTok - 产品经理

手机：15901606979

邮箱：tansiqi@bytedance.com

地址：北京市海淀区中国卫星通信大厦A座

### Siqi Tan | IES - Douyin.TikTok - Product Manager

Tel：15901606979

Email：tansiqi@bytedance.com

Address: Building A, China Satellite Communications Tower, No.63, Zhichun Road, Haidian District, Beijing, China

刘作涛 <michael.liu@bytedance.com> 于2019年3月16日周六 下午11:55写道：
> forward to more

> 刘权月Louis <liuquanyue@bytedance.com> 于2019年3月16日周六 下午4:48写道：
> +zuotao

>> On Sat, Mar 16, 2019 at 3:19 PM itika Bhatia N <nitika.whig@bytedance.com> wrote:
>> Hi Jonny!
>>
>> Hope you're doing well!
>> PFB my Product Experience report :
>>
>> **Basic Info：**
>> - Product：TikTok-M
>> - Version：10.4.0
>> - Phone model : iPhone 8
>> - System version：12.1.4 (16D57)
>>
>> **Your impression of TikTok before joining the team：**
>> A short video app focused on teenagers or middle aged men/women who can pass their time making funny videos mainly using the lip-sync mode.
>>
>> **Pros & Cons：**
>>
>> Pro：(at least 5 points)
>>     1. **A Creative outlet for Young Minds** – It has come out as a really good outlet for teenagers/students to make videos showing their creativity or even acting skills

2. **Haven for Bollywood Lovers** – Finally this Bollywood crazy generation has an app where they can not only lip-sync or dance on their favorite movie dialogues/songs, but also have fun with their family & friends together

3. **Algorithm so far is good** – It's good to see many meaningful and good videos from less famous creators also get higher engagement, which shows that algorithm actually works as per the users' likes/views

4. **Bringing people together** – Creators from different regions in India are making amazing videos on Tiktok and are appreciating each other's content too. I have not seen any other social media channel in the recent times that has created such influencer among the folks.

5. **Easy to Use** – The best part of the app is its Recorder and in-built filters/features that allow even a basic user with zero to minimum skills to record and upload videos with barely no additional investment.

Con : (at least 5 points)

1. **Comment Moderation is needed** – A look at all the comments on popular videos (especially of Fashion creators) can scare off anyone (who is new to Tiktok) from the platform

2. **Two Factor Authentication** – A lot of creators have had their accounts hacked already, maybe because its not yet mandatory or advised to link their accounts with phone number which should be promoted more.

3. **Can become too addictive** – A common concern among parents is that their kids have become addicted to TikTok and keep making videos all day long, while this is a good thing for the platform but concerning as young minds can get affected seeing various kind of videos that should need parental advise.

4. **Low Diversification** – The content diversification needs to be more, plus the focus should also be put on the same by dividing the Discover/For You page into categories like Fashion, Beauty, Food etc. (similar to Instagram) so that a user can search for videos in their preferred category.

5. **Lack of Analytics Data** – As a creator who wants to make TikTok as one of their preferred social media channels, detailed analysis is a key to create relevant content, the lack of the same is making TikTok look like just a fun/hobby app but not a serious social media channel like Instagram/FB which influencers prefer.

**What do you think of other APPs :**

1. <u>Douyin</u> – Loved the creative ways people are making their videos on Douyin, also their video quality and skills are impressive.

2. <u>Instagram</u> – One of the first apps that made 'Being an Influencer' an alternative occupation. While their algorithm keeps changing every month, it still is a very attractive platform to showcase one's content and find useful content from all over the world in basically any category possible. Their insights are also quite helpful to understand one's audience and to make changes in one's content and feed accordingly.
Also, its one of the most preferred channels by brands to reach out to influencers and showcase their products and services through the Instagram influencers who are reaching out to a lot of people.

3. VigoVideo – Found a lot of creators who are on TikTok also producing content on VigoVideo, the user interface is good.

4. LIKE – Editing a video is quite easy and many filters available

5. ToGetU – I found mainly lip-sync videos in the feed, but the content is quite localised
6. Kwai – The content is really of poor quality and looks like mostly audience is of Tier 2 and Tier 3 cities.
7. Vmate – Didn't really like the content quality

**Suggestion:**
**Content wise** – Focus on diversified content should be also visible through our social media handles, and the app should have a category wise diversification so that users can find their favorite creators/content easily.

**Product wise** – I think there should be a Q&A in the app that pops up the first thing after a new user downloads the app, to understand his likes and interests, so that the first For You videos he sees are of his interest. Otherwise, if a new user sees some random videos that he might not enjoy, he might simply delete the app.

**Creator wise** – A basic module should be provided on our website or a creator dashboard should be created where one can see the data/analytics, best practices, guidelines and the Trending Hashtags (that right now we send manually) at one place.

**My Thoughts about TikTok :**
TikTok is a fun app, which is on its way to become one of the most important social media channels, especially for an online influencer. The current approach to find the best creators and guide them further is really good, but we should have more activities like Meet & Greets, Creator Dashboard etc to motivate and encourage these creators to create unique and meaningful content and also get rewarded along the way.

Before joining TikTok, I really thought it was a non-serious app for mainly teenagers but now I see the scope of all creators to engage with masses and to become famous. I think it also has made people confident and broke the notion that Indians are not comfortable showing themselves online, let alone in videos (talking about the Tier 2, Tier 3 population). TikTok has set a benchmark for many other companies as it has become one of the most preferred social media channels with almost every Indian family having one or two members actively present on the app.

Thanks for this opportunity where I am not only able to engage with our community but also learning about one of the best social media channels that has come out in the recent times.

On Wed, Feb 27, 2019 at 11:17 AM 陈中岳 <jonny.chen1@bytedance.com> wrote:
Hi Unni, Nitika, Ambika and Prithviraj
Glad to have you onboard and joining as Bytedancers/TikTokers. So for each new member, we definitely want to hear more from you regarding our app, how's your impression of TikTok, your thoughts, your suggestion, anything you want to share after fully experience of our app, feel free to write them down in this report and share with everyone else.

**The Due date for this report is March 15th.**
-----------------------------------
**Product Experience Report**

**Basic Info :**
- Product : TikTok-M
- Version :
- Phone model
- System version :

**Your impression of TikTok before joining the team :**


**Pros & Cons :**
Pro : (at least 5 points)

Con : (at least 5 points)

**What do you think of other APPs :**
1. Douyin
2. Instagram
3. VigoVideo
4. LIKE
5. ToGetU
6. Kwai
7. Vmate

**Suggestion:**
Content wise
Product wise
Creator wise
Other

**My Thoughts about TikTok :**
(Could be "How you think the future of TikTok will be", could be "Why TikTok is so popular, and how to become more popular", any thoughts you have about TikTok.)


--
Nitika Bhatia Whig
Community Manager (TikTok)
Ph : +91 99675 93748

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-071-01207593-TIKTOK3047MDL-071-01207597

**BEGATTACH:** TIKTOK3047MDL-071-01207593

**ENDATTACH:** TIKTOK3047MDL-071-01207597

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-071

**Custodian:** ALEX ZHU; VANESSA PAPPAS; WENJIA ZHU; YUYI F

**File Path:** /SELONIA-GMAIL004-000071520.EML

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 0C1F9F9707E0A189B2575721629A0665

**DocType:**

**Author:**

**Create Date:** 5/8/2024 12:00 AM

**Last Modified Date:** 5/7/2024 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** SELONIA-GMAIL004-000071520.EML

**Title:**

**DOCEXT:** EML

**Email From:** <TANSIQI@BYTEDANCE.COM>

**Email To:** <MICHAEL.LIU@BYTEDANCE.COM>; JUN GUO <GUOJUN@BYTEDANCE.COM>

**Email CC:** LOUIS <LIUQUANYUE@BYTEDANCE.COM>; <ZHUWENJIA@BYTEDANCE.COM>; YUYI.F <YUYI.F@BYTEDANCE.COM>; ALEX ZHU <ALEX.ZHU@BYTEDANCE.COM>; ITIKA BHATIA N <NITIKA.WHIG@BYTEDANCE.COM>; <JONNY.CHEN1@BYTEDANCE.COM>; NNIKRISHNAN R U <UNNIKRISHNAN.R@BYTEDANCE.COM>; <AMBIKA.K@BYTEDANCE.COM>; <PRITHVIRAJ.SINGH@BYTEDANCE.COM>; <MATT.XU@BYTEDANCE.COM>; <YOYO.LIU@BYTEDANCE.COM>; <VIKASH.KUMAR@BYTEDANCE.COM>; <BALLI.VIKAS@BYTEDANCE.COM>; SUMEDHAS RAJGOPAL <SUMEDHAS.RAJGOPAL@BYTEDANCE.COM>; <FRAZER.FERNANDES@BYTEDANCE.COM>; <CHENXIANG.KYLE@BYTEDANCE.COM>; <KE.ZHENG@BYTEDANCE.COM>; KARAN NAIR <KARAN.NAIR@BYTEDANCE.COM>; TIKTOKPM <TIKTOKPM@BYTEDANCE.COM>; VANESSA

PAPPAS <VANESSA.PAPPAS@BYTEDANCE.COM>; <GREGORY.JUSTICE@BYTEDANCE.COM>; KELLY CHEN <KELLY.CHEN@BYTEDANCE.COM>

**Email BCC:**

**Received Date:** 3/17/2019 4:16 AM

**Sent Date:** 3/17/2019 4:16 AM

**TIMEZONE:**

**Subject:** RE: PRODUCT EXPERIENCE REPORT FOR NEW BYTEDANCERS

**THREADID:**

**REDACTIONS:** N

**REDACTION TYPE:**

