# AMENDED Exhibit 534

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**TikTok-Furlong**

**41**

4/11/2025 - MOP

# TikTok for Good 2021 Business Plan & Vision

bulb

Hi! Thank you for taking the time to read today. Feedback is a gift, please feel free to leave comments & questions on anything.

| Last Modified | POC |
|---|---|
| 12/21 | PM: @Ananth Devarajan |
| 2/9 | Updated |

Disclaimer: The following information is being shared in order to outline our current product plans, but like everything else in life, even the best laid plans get put to rest. We are hopeful that the following can shed some light on our roadmap, but it is important to understand that it is being shared for INFORMATIONAL PURPOSES ONLY, and not as a binding commitment. Please remember that ultimately, the development, release, and timing of any products, features or functionality is subject to change. Thanks Buz.

## What is our TikTok for Good (TTfG) Product Vision?

Our vision is:

To inspire and encourage a new generation to have a positive impact on the planet and those around them.

If we are successful in this vision it will mean TikTok brings real positive change into world.

There are several TikTok for Good core values in which we can make impact, these include: Education, Diversity & Inclusion, Digital Wellbeing, Environment and Digital Economy. (More detail in [ HYPERLINK "https://bytedance.feishu.cn/docs/doccntCSSTfAldWMNusflD2IxAH" \h ]) below we have briefly touched on the rationale and vision for each theme:

**Commented [1]:** What does it mean to be successful and how will we measure it? I know sean said it may not be practical to have specifics now, but I still think we should move forward with some idea of how this will move the needle for tikotk

**Commented [2]:** If it's below, just skip this comment

**Commented [3]:** I imagine that success will be measured differently within each core value

**Commented [4]:** Yeah this is a great question - measuring positive change in the world is such a vague and "warm fuzzy" thing. I try to break it down in each product pillar and the "Why invest & What do we get" sections below. In the FAQ I also try to tackle why are all these product initiatives on one doc question.

**Commented [5]:** Yes, I think even within the pillars there could be something. For example companies will do diversity reports

**Commented [6]:** Social good is a bit harder, but it becomes hard to prioritize if we don't know how much good it'll do

**Commented [7]:** Measurement will be difficult

TIKTOK3047MDL-125-LARK-06301683

| **TikTok Mission** | Inspire Creativity and Bring Joy | | | | |
|---|---|---|---|---|---|
| **TTFG Vision** *Long term* | TikTok wants to inspire and encourage a new generation to have a positive impact on the planet and those around them | | | | |
| **TTFG3.0 Core Values** | 1) Digital Economy | 2) Education | 3) Diversity & Inclusion | 4) Digital Wellbeing | 5) Environment |
| **TTFG Core Vision** | Become the leading platform for people to raise charitable donations and earn new revenue streams | Our vision is to become the #1 short video app for educational content | TikTok is the most inclusive and accessible platform for creators from any background | Creators on TikTok feels the platform enriches their life not distract from it. TikTok is the leader in being responsible for users wellbeing. | TikTok empowers creators to make real change on environmental issues on and off the platform |
| **Rationales** | TikTok should help its community to get economic relief impacted by COVID-19 or others. | TikTok should offer its community with all kinds of educational contents as needed. | TikTok should create a diversified and inclusive environment for its community to express themselves. | TikTok should bring more digital wellbeing for its community, including but not limit to safety and security. | TikTok should encourage and empower the youth who are increasingly stepping up to address the most urgent environmental issues. |
| **Links** | [ HYPERLINK | [ HYPERLINK | [ HYPERLINK | [ HYPERLINK "https://byteda | |

**Commented [10]:** Note: This is definitely a core area T&S has begun work on before but it is also a TikTok for Good core value area. Because it is listed here doesn't necessarily mean this is something we have to work on but should be an ally/supporter of

**Commented [11]:** Why don't you work on it with TnS or align on roadmap? Especially if it falls under umbrella

**Commented [8]:** I really like each of these 5 pillars, great way to divide and conquer!
Ananth Devarajan：[THUMBSUP] 2021-02-12 03:12:01
Wesley Shi：[THUMBSUP] 2021-02-12 03:38:38

**Commented [9]:** Thanks - I can't take credit though, this is the core values of TikTok for Good overall - you can see the master plan here: <at t[ HYPERLINK "https://bytedance.feishu.cn/docs/doccntCSSTfAldWMNusflD2IxAH" \h ]e doc here is focused on giving product initiatives which match back to the overall values
Dan Noskin：[FINGERHEART] 2021-02-12 03:28:51

**Commented [12]:** Just creators?

**Commented [13]:** "background to be successful" or what is the goal to aspire to for D&I creators

**Commented [14]:** I think thats about it. The goal here is that when people hear talk or see TikTok they feel it is accessible and inclusive to people from all walks of life
Dan Noskin：[THUMBSUP] 2021-02-12 03:12:11

| | | | |
|---|---|---|---|
| "https://byt edance.feis hu.cn/docs/ doccnNk3w Ojv7oKd7c6 cm45mmKd " \h ] | "https://byt edance.feis hu.cn/docs/ doccnKEyH AuarWlwW FoW13Yr1s h" \h ] [ HYPERLINK "https://byt edance.feis hu.cn/docs/ doccnlGqQt wHnYhvwE v4EAqILFg" \h \h ] [ HYPERLINK "https://byt edance.feis hu.cn/docs/ doccnHKWj GfyEg9ISftI7 RPLTug" \h ] | "https://byt edance.feis hu.cn/docs/ doccnb6FrE OFuPyWvPL wb0jm6qc" \h ] [ HYPERLINK "https://byt edance.feis hu.cn/docs/ doccnILOSYi YAzXpCZyxe Xua2hc" \h ] [ HYPERLINK "https://byt edance.feis hu.cn/docs/ doccnF1SD Awok3T12g tZER1B3Bf" \h ] | nce.feishu.cn/d ocs/doccnE1cRT WjTflMpPDGkM Q1Urf" \h ] |
| **Sub theme exampl es** *each market can select themes that are relevant to local context* | ◦ Su pport creative industries ◦ Skil ls education on employme nt/entrepre neurship/le adership ◦ Acc ess to job ◦ Ins pire | ◦ Cul ture & Arts ◦ Mu sic ◦ To urism ◦ He alth ◦ Sci ence ◦ Agr iculture ◦ Dig ital literacy | ◦ LG BTQ+ ◦ Ge nder equality ◦ Ant i-racism, anti- semitism, anti-hate speech ◦ Dis abled people ◦ Mig | ◦ Online safety ◦ Mental health ◦ Child protection ◦ Anti- bully ◦ Misinfo rmation & disinformation ◦ Suicide prevention ◦ Others | ◦ Prote ct the planet e.g. oceans, forests, etc. ◦ Biodi versity enhancemen t ◦ Prom ote recycling and a zero- waste lifestyle ◦ Prom ote energy- saving and |

Commented [15]: People with disabilities
Michael Buzinover：[JIAYI] 2021-02-12 04:01:33

Commented [16]: Good resource: https://adata.org/factsheet/ADANN-writing

| innovative business ideas | ⬧ Oth ers | rants/Refu gees | sufficiency |
| ⬧ SM Es exposure | | ⬧ Inh abitants | ⬧ Susta inability |
| ⬧ E- commerce | | ⬧ Ma rginalized groups | ⬧ Clima te Change |

## What are the user problems we are solving?

Commented [17]: @Ananth Devarajan I think you're missing the environment one

Commented [18]: Let me add a note on this. To be honest I haven't yet thought of a product led initiative that can help enviornment. I think things like what Ant Forest has done w/ Alipay are really interesting but have yet to find a way to tie it back to our platform. It might be something with effects and awareness of global warming.
Dan Noskin：[THUMBSUP] 2021-02-12 03:15:07

Commented [19]: Happy to brainstorm ideas offline for this - really interesting pillar to solve for as well

Commented [20]: This accessible from the donations dashboard? Can you link to it plz?

Commented [21]: Yup here you go https://aeolus-va.bytedance.net/#/dashboard/72007?appId=1233&sheetId=69849. I have a calculation in the donation data section in the appendix as well

Commented [22]: We started with ~12 I think - amazing progress!

Commented [23]: WOW!! I didn't know that. I am really excited to get many more onboard

Commented [24]: If a user donates to an NGO, do we encourage them to follow the NGO on TikTok? If they follow, do we show more donation videos related to that NGO? Flywheel

| TTfG Value | User problem | Supporting evidence | Macro Problems/Social Issues |
|---|---|---|---|
| Digital Economy | As a TikTok Creator I want to raise awareness and donations for a cause I believe in | To date creators across 17 countries have created more than 374,153 videos using the donation sticker | **NGOs are receiving less support:** A [ HYPERLINK "https://www.fidelitycharitable.org/insights/the-role-of-volunteering-in-philanthropy.html" \h ], a nonprofit organization created by Fidelity Investments, found that two-thirds of all volunteers had either decreased or stopped their volunteering because of the pandemic. |
| | As a NPO organization on TikTok I want to raise awareness and funds for my cause | We currently have just under [ HYPERLINK "https://bytedance.feishu.cn/sheets/shtcnMzxxDP00SHyVA4Ncr7w5Ed?sheet=2tzJ3w" \h ] onboarded to our donations product with many more requests coming in from TTfG global teams and our partner Tiltify.

Of the NGOs on our platform we have raised $1,510,989 USD (April 2020 - Jan 2021 [ HYPERLINK "https://bytedance.feishu.cn/docs/doccn2QIRXV5Dp | |

TIKTOK3047MDL-125-LARK-06301686

VaEKe3R3Ul9Uc" \h ])

| Edu catio n | As a user I find the content on TikTok is wasted and unfulfilling.<br><br>I don't find the content on TikTok helpful or valuable to my day to day goals. | **There isn't an easy way for users to find and view educational/useful content.** TikTok scored high as a place to be creative, but low for 1) being useful in our users daily lives and 2) supporting their daily goals. Easy access and awareness of educational/useful content will help address this user problem. [ HYPERLINK "https://bytedance.feishu.cn/docs/doccn4bkf1Fr1n3l lgdhzbulhVe" \h ]<br><br>**There is user appetite for this content:** [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnxzjkKdJiRi4Z 92BfHzt1Vd" \h ] | COVID-19 has resulted in schools shut all across the world. Globally, over 1.2 billion children are out of the classroom. ([ HYPERLINK "https://www.weforum.org/agenda/2020/04/coronavirus-education-global-covid19-online-digital-learning/" \h ])<br><br>As a result, education has changed dramatically, with the distinctive rise of e-learning, whereby teaching is undertaken remotely and on digital platforms. |
| Dive rsity & Inclu sion | As a TikTok user with disabilities I find TikTok not easy to use, I feel other platforms have a much more accessible user experience. ([ HYPERLINK "https://www.tiktok.com/@deafblindpotter/video/69196502870115808262?lang=en&is_copy_url=1&is_from_webapp=v1" \h ]) | We have a thriving community of creators with different types of disabilities (vision, hearing, mobility, cognitive) that have been very vocal about lack of features on the platform ([ HYPERLINK "https://www.tiktok.com/tag/captionsfortiktok" \h ]1.5 Million Views) as well large internal feedback about lack of | There are around 7 million people with a visual disability in the United States, according to the National Federation of the Blind.<br><br>Tools like VoiceOver/TalkBalk screenreader are essential in order to navigate TikTok. ([ HYPERLINK |

Commented [25]: Dont' find the content on tiktok helpful or not helpful?
Ananth Devarajan：[SPITBLOOD] 2021-02-12 03:45:11

Commented [26]: Thank you

Commented [27]: In the project WHO there was a great overview about the conneusier (sp?) who is the main audience that looked for specific content to improve their daily life

Commented [28]: Cool - I didn't get a chance to attend this morning but will watch the recording. Sounds like the personas are helpful

Commented [29]: Maybe the problem is not so much compared to other platforms, but more about what they want to get out of better a11y. ex) as a person with a visual impairment, I want to feel included in the TikTok's popular trends
Ananth Devarajan：[THUMBSUP] 2021-02-12 03:14:47

Commented [30]: Yeah I think you are absolutely right. One huge area or persona missing here is how creators can be better a11ys. We've done good content marketing around this (See Chrissy here telling creators how to manually add captions https://vm.tiktok.com/ZMeRqgoLY/) but it could be more built into the product experience for inclusiveness. It does take awareness in order to foster inclusiveness
Dan Noskin：[FINGERHEART] 2021-02-12 03:29:13

Highly Confidential (Competitor)

|  |  | other accessibility related features ([ HYPERLINK "https://bytedance.feishu.cn/sheets/shtcnnwcaWFdb7ECQA8QjxgvVvd?sheet=meI2cS&table=tbliLrWVyMYosTVz&view=vewTWjsQC8" \h ]) | "https://www.tiktok.com/@theblindwoodsman/video/6813373565111422214?is_copy_url=1&is_from_webapp=v1&lang=en" \h ]) |
|---|---|---|---|
| Digit al Well bein g | As a user I find TikTok to be "Too Addictive" the app is just too hard to put down.

"I even find myself obsessive, very very obsessive. The app is just too hard to get off of, it's addicting!" | Numerous app store reviews mention the "too addictive" nature of TikTok:

Google and Apple app store reviews (see *Research & Brainstorming* for screenshots)

❖  "Even if it's just scrolling and watching videos, it's still very addictive. I also recommend you only let teenagers on this app and not little kids."

❖  "Do not download this app unless you're able to spent at least two hours a day on it. It's addicting!"

❖  "I highly recommend that you don't get TikTok because I've been addicted every since I started posting!" | Numerous studies have also found that as hours per day increase on smartphones, laptops and other "screens," rates of happiness, life satisfaction and self-esteem fall. Excessive screen time also seems to be eroding teens' ability to get good sleep, which might also have negative mental health effects, according to the researchers. ([ HYPERLINK "https://scholars.unh.edu/cgi/viewcontent.cgi?article=1521&context=honors" \h ] || [ HYPERLINK "https://www.amity.edu/gwalior/jccc/pdf/jccc-12-19-19.pdf" \h ]) |

**Commented [31]:** This is why we launched the Take A Break videos, and we are looking to refine what those look like for users
Lalit Sharma : [THUMBSUP] 2021-02-12 03:37:10
Kathy Wang : [THUMBSUP] 2021-02-12 03:41:50

**Commented [32]:** Exactly! I think the take a break videos got a lot of press and media praise but I wonder if they actually caused enough intervention to help curve addiction. I mention below this might be a job for T&S but digital wellbeing is a core value in ttfg that we can ally with them on
Josh Ogundu : [FISTBUMP] 2021-02-12 03:38:34

**Commented [33]:** Nir Eyal has written some good stuff around building products that are habit-forming vs addictive. I also think this could be an interesting area to partner w/platform monetization as they explore other business models beyond ads.

**Commented [34]:** @Kathy WangHi there! Do any specific pieces of writing come to mind? I'd love to take a look

**Commented [35]:** @Jordan FurlongHe has a lot of good stuff on his blog! E.g., https://www.nirandfar.com/addictive-world/ or some of the podcasts he's been on, e.g., https://www.vox.com/podcasts/2019/8/7/20750214/nir-eyal-tech-addiction-ezra-klein-smartphones-hooked-indistractable
Jordan Furlong : [THANKS] 2021-07-09 22:40:30

**Commented [36]:** @Kathy Wangthanks a bunch!
Kathy Wang : [FISTBUMP] 2021-07-10 02:43:10

Highly Confidential (Competitor)

# What are the investment areas and why?

## Expand Learn Feed & user choice

The learn feed has now been tested in both Canada and the UK, as well as just beginning in the US and smoke testing in DE. The conclusion of our experiments for both CA and GB has resulted in no significant impact on core metrics positive nor negative ([ HYPERLINK "https://bytedance.feishu.cn/docs/doccnFdNHT3rEW7t9n2E0ETMWqc" \l "bx6d1B" \h ]). Through this process we have seen two interesting observations: 1) Although CA has had the Learn Feed Icon treatment rolled out to 95% DAU for several months when we launched the learn feed bottom bar we did get 14% incremental new users accessing the learn feed for the first time 2) When analyzing variations in VV swings we did discover there is a group of users who do go on Learn Feed Binges ([ HYPERLINK "https://bytedance.feishu.cn/docs/doccnW4Itlyg8D5Gy5qn7QpIi8e" \h ] )

> A related statistic that shows super active users are very much not the same group day by day, if you look at the November 14th users that watched over 100 learn videos that day, 60% of them for the next 6 days do not hit 100 videos on any day in the learn page.

Taking these learnings into account we realize the learn feed and the fyp serve very different but complementary roles. When users have intent to learn the learn feed might be very good place to visit but it is by no means as addictive as the for you page. The easiest way to understand it is the Learn Feed is the salad bar and the For You Page is the buffet.

*Investment Areas:*

- **Contextual entry points & User control:** We believe continuing to give users contextual access points to learn (similar to learn feed bottom bar which only appears on Instructional labeled content) will allow them easy ways to find learn content when they want to "dig-in". Additionally we hypothesize by giving users more differentiated value within the Learn Feed video player they would find more value in it than just "another video feed". As an example if we give control over sub-categories within the learn feed users would have easier ways of finding content relevant to them (Examples below):

| LF Overlay v1 | LF Overlay v2 | LF Overlay v3 |
|---|---|---|
| Category Tabs | Official Account covers | Top Learn Creators + Official Accounts |

**Commented [37]:** Is there qualitative data on 'perceived usefulness' before and after learn feed in these locales?

**Commented [38]:** Yes - this is something i'm still tackling. We had a survey done in CA <at t[ HYPERLINK "https://bytedance.feishu.cn/wiki/wikcnfU91psocAqROBGx 95X1g3e" \h ]have had a product usefullness survey done for GB. But have yet to do the followup survey with users. In addition they way we are surveying via push notifications is yielding small results so we have been investigating the in-feed survey feature

**Commented [39]:** Long story short we can do way better on measuring qualitative and quantitative results of usefullness
Reagan Fry：[THUMBSUP] 2021-02-12 03:52:50

**Commented [40]:** Curious, how long do we expect the 5% hold out to last? Indefinitely?

**Commented [41]:** @Kevin Shenhelped to run an analysis on this here:[ HYPERLINK "https://bytedance.feishu.cn/docs/doccnapjNzW51jdkbHNv DFS31Te" \h ]. There was one interesting observation which was a decline in L5 user retention. The followup on this was to investigate that further. Once we "sunset" the FYP Learn Icon and roll out a stable entry we shall migrate users over to that

**Commented [42]:** From bottom bar banner?

**Commented [43]:** yes

**Commented [44]:** @Daniel Romotskyfeel free to correct me if I am mistaken here

**Commented [45]:** Last i checked we were seeing about a 14% increase in Learn entries from the bottom bar.

**Commented [46]:** So neutral for icon, but increase from bottom bar, then shall we kill icon and only have a unified entry point?

**Commented [47]:** I think of FYF is mall and you're windowing shopping at each video. Then you see something that is interesting and want more...the learn feed is the store you walk in to get more of what you want.
Ananth Devarajan：[THUMBSUP] 2021-02-12 03:46:05

# Redacted - SCA

- **Give users ability to mark videos as useful:** One hypothesis and area we would like to experiment on is surfacing the ability to save a video or mark a video as "useful" directly within the learn feed player. Our rationale is that users would save videos that are "useful" and adding value to their lives. We saw this behavior in the CA experiment ("favorite/au" increased significantly（v2 +2.81%/9.51-->9.77）) however it was not replicated in the GB experiment. If we did surface an option for users to mark a video as "Useful" or "Not useful" it could not only help us create new measurable value but also help us create another way for users to engage other than just "Liking" a video. Alternatively we can integrate existing In-Feed Survey tools from FYP within the learn feed to give us a better ability to collect user qualitative feedback ([ HYPERLINK "https://bytedance.feishu.cn/docs/doccnHYnyP0l8a5E6dzTuxVbI3b" \h ])

**Commented [48]:** What if users could search tiktoks instead of google? Ex. How tos
Wenbin Zhang（张文彬）: [JIAYI] 2021-02-12 03:47:31
Arham Akbar : [JIAYI] 2021-02-12 03:55:03

**Commented [49]:** I find myself search on Youtube more about "How to". Would love to do that on TikTok.
Ananth Devarajan : [THUMBSUP] 2021-02-12 03:50:28
Arham Akbar : [THUMBSUP] 2021-02-12 03:55:06

**Commented [50]:** Love this - yes search has specific intent. I invision search driven intent on tiktok like the matrix.

**Commented [51]:** +1 - another option is useful/not useful in notifications a la google
Ananth Devarajan : [THUMBSUP] 2021-02-12 03:44:53

# Redacted - SCA

* **Better Tools for Creators to Teach:** There are several features that have been in testing that once validated we should highlight to instructional creators to make more engaging content. These are:

  ◦ [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnXNvVimi83PDBEYyzqvdJld" \h ]- Allow creators to make multi-part video playlists

  ◦ [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnYPbaG3J1gcNWCbQYmuRDid" \h ]- Quizlet anchor videos should have already started populating within the learn feed content pool but we can identify and try boosting them to see if it has additional value within the learn feed

  ◦ [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnERrt6TxkQMMon9ZHpXsXfh" \h ] - The Q&A feature allows for inquisitive viewers in the learn feed to follow up with a question. In our video player we expose the "Add a comment" but could experiment with directly asking a question

*Why invest? What outcomes do we get?*

* **Increased User value and usefulness** - Learning content helps users transfer their real-world skills onto TikTok, and support users by providing funds to encourage creation of educational and useful content - a category that has not been as prevalent on TikTok to date. This helps drive address one of our OKRs of content and user diversification, in efforts to improve overall value and usefulness of TikTok.

**Commented [52]:** Really interested in how TT4G can integrate anchors like this to help users 'dig in' - wikipedia, whisk, sports info, etc. How are we thinking about these types of anchors holistically as part of learn?

**Commented [53]:** We have had conversations about this but have not done any experiments yet. We could try seeing in the learn content pool today how many anchor videos there are an experiment boosting them or trying to identify high quality ones (based on VV or likes). We should have a roadmap of anchor requests specific to learn -@Aaron Sekhrii know we have talked about udemy before but we should revisit this

**Commented [54]:** I'm super down. Many of the ones we're looking at are educational in nature. Take a look at Jumprope for instance: https://www.jumprope.com/. Talking to them next week. Very random example. The useful thing for me would be for you to talk to educational creators, or creators within your general world, and then ask them what extensions they would want. I can use that to amp up my Anchor pipeline. But yes, I'm very keen.

**Commented [55]:** Here are some user interviews the Quizlet team helped with for this integration if it is helpful: https://docs.google.com/presentation/d/1aqJqWV2gYljrwId kPWxtC9jifUqE6Ikq47ITZIUqAG8/edit#slide=id.g35f391192_00

**Commented [56]:** Oh great - yeah gotta dive into this one

**Commented [57]:** Didn't we also test removing learn videos which lead to drop in retention (esp for L4S)?

**Commented [58]:** I believe this was when we removed all instructive content. I remember the experiment you are talking about i'll check with <at t@Kevin Shen

TIKTOK3047MDL-125-LARK-06301691

- **Brand-Building and CSR**- Help TikTok to build a more positive and mainstream brand image, it will also help relieve the pressure on public affairs in the long run. By actively engaging in educational content - especially during the pandemic - TikTok can positively impact society, as well as contribute to the global efforts to provide relief to those who were adversely economically impacted by COVID-19.

- **Increase Instructional VV & Playtime/user** - We hypothesize by providing more user controls we should see an increase in user playtime within the learn feed and overall increase in instructional content VV.

## Make Donations global and connected

*Investment Areas:*

- **Globally rollout features/tools:** Allow infrastructure for global rollout of features and NGOs. Donations are currently only limited to 17 countries but we can rollout to many more. We have received inbound requests from teams in Philippines, Korea, Spain and others where we can launch the feature but it does require additional ops and legal work to review. By investing in this area we will be able to have creators globally raise money for causes they believe in.

- **Lower threshold to support a cause:** We were quite impressed that since we've launched the cause link in profile feature in December over 3.49 Million users added it to their profile however only 451,917 have netted out keeping it in their profile. Via the profiles there have been 16,374 donations given. We want to make it much easier who sees a cause link in profile on a creators profile to easily add one to their own profile in two taps (Similar to the EOY Campaign profile widget which ended up driving an avg of 8.4% traffic organically). The more signals we can get from users and creators will eventually help us better link the notion of "Causes" across the platform (NGOs, Creators, Users, videos, LIVEs)

- **Experiment other entry points:** Now that donations has already been integrated into profile, LIVE and Videos we do think there are other areas in the TikTok experience that can help gain awareness for our donation platform and result in increasing overall donations. One of those areas is effects, we have begun to explore with the effects team creating effects for a cause starting with animal effects. In this case we could subsidize a donation on behalf of a user if they publish a video with a specific "cause linked" effect ([ HYPERLINK "https://bytedance.feishu.cn/docs/doccnI9iqFKUiwsOBOHORrU652c" \h ]). This type of mechanism could increase awareness, drive incremental donations and increase publish rates of new effects.

- **Give creators the tools to fundraise for charities together:** Our hypothesis is once creators start seeing other creators with a common cause they will want to coordinate and raise funds together. We have seen this behavior on other platforms such as Facebook, Twitch and Youtube, as well as on TikTok with creators like JT Laybourne who led a campaign with other creators to raise over $270,000 + for American Heart Association.

**Commented [59]:** We may also be unable to use the current product - eg. Donation through Tiltify, and in many countries payments to charitable donations is very difficult if going through another payment provider eg stripe.

**Commented [60]:** So the interesting thing here is stripe limits the amont of NGOs that can onboard, but legally nothing blocks any user from anywhere raising money (ex: adding a cause link in their profile) or donating money. It is more of a GR/PR issue. So although stripe is a blocker it is more a blocker on us being able to get more local NGOs on board and I think it shoud't limit us from expanding the capability to more users.

**Commented [61]:** Can we partner with companies like LinkTree by giving them the donations link? For a user, now they don't have to limit to 1 link and can still include donations

**Commented [62]:** That's an interesting idea. We've definitely seen a lot of people "playing around with it" and i've seen some creators take it down and just put up their linktree or link aggregator instead.
Dan Noskin： [JIAYI] 2021-02-12 03:29:54

**Commented [63]:** @Dan NoskinThis could be a good solution for all the different links and features people could add to their homepage (donation, Q&A, shoutouts, personal homepage link, etc.)
Dan Noskin： [JIAYI] 2021-02-12 03:48:34

**Commented [64]:** Do we have hypothesis as to why?

**Commented [65]:** Not metrics driven, but I feel that it's just another link for many peole. It could be nice to have a

**Commented [66]:** Maybe a video icon with a link to a tiktok? But i'm not sure most folks will do it

**Commented [67]:** Lets just ask creators directly why they removed it

**Commented [68]:** I misread, thought it was only 450k tapped it

**Commented [69]:** Yeah I think some user interviews would definitely help. Im sure we will find some nuggets [

**Commented [70]:** It takes up a ton of real estate on the page

**Commented [71]:** Super awesome!! Great work team on being proactive and thinking about this

**Commented [72]:** The one idea we have had with the business teams is to get a brand sponsor to subsidize this and they would get a lot of organic posts for a cause.

**Commented [73]:** Yes, thats a good idea, but also the tradeoff is that it takes us longer to ship when working wi

**Commented [74]:** This would be great to do, wider reach when creators collab and can make it a more enjoyable experience for users

**Commented [75]:** Yup - the tradeoff is this would definitely require some investments in a deeper intregration with tiltify for "campaigns". There might be ways we can

*Why invest? What outcomes do we get?*

∘ **Increased cause awareness on TikTok**

⬦ Measured by: Cause Link in Profile [Show, Click, Add UVs] + LIVEs [Viewer UVs] + Videos w/ Sticker [VVs] + Quality NGO partners onboarded

∘ **Increased charitable donations**

⬦ Measured by: Amount of donations by channel per NGO

# Fix Accessibility gaps and deliver design for all

*Investment Areas:*

∘ **Accessibility Basics**: Auditing and understanding the user experience of users with Visual, Audio, Cognitive and Mobility disabilities ([ HYPERLINK "https://bytedance.feishu.cn/docs/doccnDXO3uiLDG6TAQvR1536Fdg" \h ]). Our goal here is to make sure all "tablestake" features our users expect from a top tier internet company are available within TikTok across mobile, web and TV. We will be working with [ HYPERLINK "https://www.levelaccess.com/" \h ] to conduct an audit of our creation and consumption flows using assistive technologies.

∘ **Design for All**: Invest in unique product areas that are native to TikTok not only to better serve our community of creators with disabilities but also for everyone to enjoy and use. Examples of this would be "[ HYPERLINK "https://bytedance.feishu.cn/docs/doccn5qdaMXG7GddB8H6CkidGKh" \h ]" an audio-focused feed which prioritizes content that is primarily sound based, this could be enjoyed by users with visual disabilities as well as by those who are driving and have to keep their eyes on the road.

> **Commented [76]:** :)
> Ananth Devarajan：[HEADSET] 2021-02-12 03:56:37

*Why invest? What outcomes do we get?*

∘ **Increased positive (or decreased negative) mentions of TikTok from creators/users with disabilities**

∘ **Increased app retention** - One billion people, or 15% of the world's population, experience some form of disability [ HYPERLINK "https://www.worldbank.org/en/topic/disability" \l ":~:text=Results-,One%20billion%20people%2C%20or%2015%25%20of%20the%20world's%20population%2C,million%20people%2C%20experience%20significant%20disabilities." \h ]

> **Commented [77]:** I feel like we should be able to measure change in sentiment as it relates to how accessible we are
> Wesley Shi：[JIAYI] 2021-02-12 03:50:58

> **Commented [78]:** We should be able to, I think we need to find our baseline today.

> **Commented [79]:** Maybe another metric is disability user penetration to target against this number of 15% of the world. Not sure how easy it is to measure

> **Commented [80]:** This is tricky. There are laws in place where we are not supposed to be measuring users with disabilities since it could be used to discriminate. I should talk w/ legal and T&S about this

> **Commented [81]:** Ahh good call

# Get ahead of Digital Wellbeing (TBD)

*This area needs additional alignment with T&S. Both TTfG and T&S both recognize this is an important area to invest in.*

TIKTOK3047MDL-125-LARK-06301693

*Investment Areas:*

◦ **User** : Addiction to technology is a ubiquitous problem that TikTok and most other platforms deal with today. Addiction takes many forms such as overall time spent on an app, de-prioritizing other important areas of life, and generating self-worth based on number of likes; all of which and countless others have made us realize the consequences of optimizing for engagement and retention metrics.

*Why invest? What outcomes do we get?*

◦ **Develop metric definition of addiction**

◦ **Reduce users in extreme daily consumption or extreme frequency to stave off hitting addiction**

> **Commented [82]:** Really interesting read and while I agree, isn't addiction in this sense considered a very positive metric in our field?

# What is the 2021 roadmap?

[ HYPERLINK "https://bytedance.feishu.cn/sheets/shtcn9F82eoVjc3zSLM4KFI2Oie?sheet=8sCKKH" \h ]

Submit your own TTfG or suggestion here: https://tinyurl.com/ttfgidea ||[ HYPERLINK "https://bytedance.feishu.cn/wiki/wikcnQEn4lF8Vd8sCTVykfP5pMc" \h ]

> **Commented [83]:** Love this!

# Expand Learn Feed & user choice

[sheet-shtcnWjSASwAii6Nhi4wBDW6xzd_uba4ih]

> **Commented [84]:** I don't think LF is driving metrics, and so my preference is to try to launch in SEA, but other than that focus on other Learn projects that may add some value

> **Commented [85]:** This is a really good point - I wrote a FAQ in the questions below. I think we should use the time on the call to discuss this one

# Make Donations global and connected

[sheet-shtcnWjSASwAii6Nhi4wBDW6xzd_vvXQ6R]

> **Commented [86]:** I wonder if we can make the current donations more successful before investigating a lot of resources here. Some of these projects are non-trivial

# Fix Accessibility gaps and deliver design for all

[sheet-shtcnWjSASwAii6Nhi4wBDW6xzd_EdZ0FV]

> **Commented [87]:** How will accessibility projects be prioritized? I was looking into adding some to Discover.

> **Commented [88]:** Is there/ will there be accessibility eng standards documents, So implemementation is uniform?
> Michael Buzinover：[ THUMBSUP] 2021-02-12 04:14:42

# Get ahead of Digital Wellbeing (TBD)

◦ Bedtime / Downtime - in Screen Time Management, add a setting that allows people to set timeframes that they want to be off of TikTok so people are not distracted during sleep, work, school, etc. Can have a forced intervention with content partners that have relaxing zen/sleep focused content.

> **Commented [89]:** We have the existing "time for bed" videos. You mentioned they don't do their job very well (I think swipe through is high). Can we improve this existing real estate to make it more useful to the user (i.e. Show them how long they've been watching, ask them if they want to add screen time management, show them the time, etc)

> **Commented [90]:** Also, integrate breathwork, other stuff

TIKTOK3047MDL-125-LARK-06301694

# FAQ

## Q1: All these areas could be separate product lines why group them together?

A: Great question, when writing this document I went back and forth but concluded it does make sense to group these areas together for one vision. Overall each should be contributing to the overall TikTok for Good mission of making positive impact on the planet and those around them and given our finite resources should be looked together for prioritization or allocate more teams/resources to move forward the initiatives. Thinking forward as more PMs from TT-PM Core, T&S or other teams onboard they can also help move these pillars forward.

## Q2: If Learn Feed isn't contributing to core metrics then why should we continue to invest in it?

A: The goals of the learn feed as mentioned in the [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnc1o4krXMEtaxLKkuTJhk9e" \l "XFKTSN" \h ]are to help 1) add usefulness & value to users day to day lives 2) Help with our brand positioning and CSR objectives to move away from a "dancing and comedy app" 3) Increase avg playtime/user. I think we do need a better way of measuring point 1 and identifying users or cohorts for 3. (Example: From our previous user analysis of VV variation in CA we did notice a cohort of super users that did cause variation in our product [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnW4ltlyg8D5Gy5qn7QpIi8e" \h ]:

> A related statistic that shows super active users are very much not the same group day by day, if you look at the November 14th users that watched over 100 learn videos that day, **60% of them for the next 6 days do not hit 100 videos on any day in the learn page.**
> .

## Q3: We have already invested so much resources into Donations, do we really need to think of investing more?

A: I do think given the ROI on Cause Link in Profile and LIVE for donations ([ HYPERLINK "https://bytedance.feishu.cn/docs/doccn2QIRXV5DpVaEKe3R3UI9Uc" \h ]) we still have some easy wins on the table. I do think for 2021 it is necessary that we launch donation features in all countries that have stripe support and give each market the tools necessary in MinT to manage it. I do think depending on the market needs we can evaluate how much we need to invest in refactoring or making our donation features extensible to platforms other than Tiltify

Commented [91]: The answer to this question is answering why learn content is good to invest in not why the learn content in this current learn feed format.

Commented [92]: Don't necessarily believe that the randomness of the learn feed works. Users likely want a little bit more timely content. ie makeup tutorials when they're getting ready to go out, finding vegetarian meals vs plain cooking/food, plants when I'm thinking about getting about plants, travel tips while I'm planning a trip etc

Commented [93]: This is part of core metrics right?

Commented [94]: Aren't videos in learn feed generally longer than average videos?

Commented [95]: Yes they are longer, instructional content also has lower engagment with the music reel icon given the nature of the videos

Commented [96]: Super interesting. Maybe intention-based viewers? E.g., today I want to learn how to make tacos so I watch 100 videos on making tacos, but I won't come back to watch learn videos until I have another specific intentional goal I want to hit. Any insights into how Learn superusers are using the platform today?

Commented [97]: I think we should also show how we compare against other products (YT, FB) - we've barely scratched the surface of what is possible
Jacqueline Craig：[JIAYI] 2021-02-12 04:13:48
Josh Ogundu：[JIAYI] 2021-02-12 04:14:44

Commented [98]: Reagan Notes: A lot of successes we have right now are "Event driven" so we have to invest ops resources in order to have the wins. How do scale so creators themselves or ops can self-service this.

Commented [99]: Disaster response - and quickly using this to raise funds.

TIKTOK3047MDL-125-LARK-06301695

and/or bringing in other features like "Multi-Creator" or "Single-Creator" campaigns onto the platform. There are existing features (Like [ HYPERLINK "https://bytedance.feishu.cn/docs/doccn4wga8SfB6BeoXYbhLgmfkg" \h ]) that might be easy ways for us to test if there is appetite for deeper features before investing more.

## Q4: Accessibility is such a large product area it doesn't make sense for it to be under TT4G and how can you make an impact on this?

A: Agreed - our team is focused on picking up product areas we see as accessibility specific (Control Font Size, Voiceover Screen Reader etc) and working as an ally with other product teams (Creation, LIVE, T&S etc) if they have accessibility related initiatives. We hope that once we establish some foundations we will be able to add accessibility compliance nodes in our SDLC (PRDs, Design & Eng nodes). In the roadmap above I have not included Accessibility items that will be developed by other teams, a more comprehensive view of accessibility features including captions, LIVE and more can be found here ([ HYPERLINK "https://bytedance.feishu.cn/docs/doccnILOSYiYAzXpCZyxeXua2hc" \h ])

## Thank you for reading

Please click below when you are done reading:

[该类型的内容暂不支持下载]

> **Commented [100]:** What is this wizardry!

> **Commented [101]:** LarkMagic
> Kathy Wang：[OBSESSED] 2021-02-12 03:53:19

> **Commented [102]:** Ananth was a PM on Lark
> Dan Noskin：[BULL] 2021-02-12 04:03:28
> Xiaobin Wu：[CALF] 2021-02-12 04:11:05

> **Commented [103]:** Wow...now everyone in the company will know when I don't actually read the doc
> Dan Noskin：[BEAR] 2021-02-12 04:24:58

# Appendix

## Appendix A: TikTok for Good in a Nutshell

| TikTok Mission | Inspire Creativity and Bring Joy |
|---|---|
| TTfG Definition | Using TikTok to do good (TTfG is the "Social" component of the E (Environment), S (Social) and G (Governance) framework, which the company is fostering a strategy on.) |
| TTFG Vision | Building TikTok as a global responsible company with one consolidated brand - TikTok for Good, through product, corporate and |

TIKTOK3047MDL-125-LARK-06301696

| | 1) Digital Economy | 2) Education | 3) Diversity & Inclusion | 4) Digital Wellbeing | 5) Environment |
|---|---|---|---|---|---|
| *Long term* | staff efforts | | | | |
| **TTFG3.0 Objective for 2021** | 1. **To bring positive social and economic impact to TikTok community and our planet**<br><br>2. **To build "TikTok for Good" as a global well-know and reputable brand among our users, stakeholders and staff.** | | | | |
| **TTFG3.0 Principles** | 1. User first; 2. Impact driven; 3. Unique contribution; 4. Local relevancy;<br><br>5. Credibility of partners; 6. Win-Win; 7. Realistic; 8. Transparent & Neutral | | | | |
| **TTFG3.0 Core Values** | 1) Digital Economy | 2) Education | 3) Diversity & Inclusion | 4) Digital Wellbeing | 5) Environment |
| **Sub theme examples**<br><br>*each market can select themes that are relevant to local context* | ⁕ Support creative industries<br>⁕ Skills education on employment/ entrepreneurship/leadership<br>⁕ Access to job<br>⁕ Inspire innovative business ideas<br>⁕ SMEs exposure<br>⁕ E-commerce | ⁕ Culture & Arts<br>⁕ Music<br>⁕ Tourism<br>⁕ Health<br>⁕ Science<br>⁕ Agri culture<br>⁕ Digital literacy<br>⁕ Others | ⁕ LGBTQ+<br>⁕ Gender equality<br>⁕ Anti-racism, anti-semitism, anti-hate speech<br>⁕ Disabled people<br>⁕ Migrants/Refugees<br>⁕ Inhabitants<br>⁕ Marginalized groups | ⁕ Online safety<br>⁕ Mental health<br>⁕ Child protection<br>⁕ Anti-bully<br>⁕ Mis information & disinformation<br>⁕ Suicide prevention<br>⁕ Others | ⁕ Protect the planet e.g. oceans, forests, etc.<br>⁕ Biodiversity enhancement<br>⁕ Promote recycling and a zero-waste lifestyle<br>⁕ Promote energy-saving and sufficiency<br>⁕ Sustainability<br>⁕ Climate Change |
| **Rationa** | TikTok | TikTok | TikTok | TikTok | TikTok |

Highly Confidential (Competitor)

| les | should help its community to get economic relief impacted by COVID-19 or others. | should offer its community with all kinds of educational contents as needed. | should create a diversified and inclusive environment for its community to express themselves. | should bring more digital wellbeing for its community, including but not limit to safety and security. | should encourage and empower the youth who are increasingly stepping up to address the most urgent environmental issues. |
|---|---|---|---|---|---|
| **Product Features** [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnz5APRQs0QmO7DaGjaCTZqh" \h ] | ◇ Donation sticker ◇ e-Commerce | ◇ Learn feed | ◇ Accessibility ◇ [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnF1SDAwok3T12gtZER1B3Bf?from=message&source_type=message" \| "xuc72S" \h ] | ◇ [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnsgb8C7JCxhboT9ytl5iD8b" \h ] | ◇ In-app educational assets about climate change |
| **Flagship Programs** *to be developed* | ◇ "Shining on TikTok" e.g. branding for SMEs + e-Commerce; Support creative individuals/platforms to gain exposure & income | ◇ "TikTok +" e.g. TikTok Culture, TikTok Arts, TikTok Health, TikTok Science | ◇ "TikTok for You" e.g. TikTok for Women, TikTok Humanitarian, TikTok | ◇ "Safe & Well" e.g. product development, partnerships, policy update | ◇ "TikTok Sustainability" e.g. User education, in-house energy saving, offline events |

Highly Confidential (Competitor)

| e, TikTok Agriculture etc. | for Accessibility, TikTok for Migrants, TikTok for Farmers etc. | es, user education, Transparency Reports etc. |
|---|---|---|

## Appendix B: TTfG Guiding Principles

The principles for TikTok for Good will allow us to identify what social and economic issues TikTok will address, who we should partner with and the nature of our relationship with partners, as well as the work style of TikTok for Good teams.

Based on the principles developed in the TTfG 2.0 and proposed by Alex in his TTfG overview, and coupled with our TikTok mission, below are the principles for TTfG 3.0 that determines product development, partnerships and programs:

a. **User First & Empathy:** User is always our first priorities, no matter developing products or engaging with stakeholders. We always need to think from the perspective of users with empathy and look for the benefit for our user's community.

b. **Impact-driven:** Focus on ensuring tangible impact. In general the program should be impact-driven instead of perception-driven. But we also don't exclude possibilities to have perception-driven initiatives as quick-wins. We should focus more on driving scalable impact, by leveraging the unique power/nature of our platform.

c. **Unique contribution:** If it's something we can do much better than other platforms/companies, we should do it. If it's something that everybody can do, it's less of a priority (but we also don't exclude it).

d. **Local relevance**: TTfG values and content must be relevant to the local context and open for customization by local teams.

e. **Credibility of Partners**: TTfG partners must have a good reputation and credibility, and have the capacity to make long term contributions to the platform.

f. **Win-Win:** Ensure win-win situations. Partnerships and initiatives should support partners to advance their work and help TikTok to achieve its business priorities.

g. **Realistic:** Build better orgization workflows and amend scopes of programs based on resources available. Do not over promise/invest with no ROI calculation. But we could look for long-term ROI and align with CSR/ESG strategy of the company.

h. **Transparent & neutral:** TikTok does not follow one political agenda or another. TikTok will only work on the projects that are highly aligned with our established core values (please see below). DO NOT involve in/advocate for stakeholders' political stances.

## Appendix C: Donation Data

https://aeolus-va.bytedance.net/#/dashboard/72007?appId=1233&sheetId=54464

[sheet-shtcnWjSASwAii6Nhi4wBDW6xzd_k5OU4Q]

## Appendix D: Learn Feed Data

https://libra-va.bytedance.net/libra/flight/50001800/report/main?combine=0&date=2021-02-11&end_date=2021-01-13&merge_type=sum&mult_cmp_corr=0&not_choose_date=false&period_type=d&start_date=2020-12-30



## Appendix E: Accessibility Reports/Articles

https://nkarizat.medium.com/improving-tiktoks-accessibility-d914c254a350

https://outline.com/AHDpHF

Redacted - SCA

Redacted - SCA

## Notes/Resources

What is the 2021 Strategy?

Short Term (Q1 2021)

1.    **Continue to expand Learn Feed into other countries and regions.** The learn feed has now been rolled out in Canada with an ongoing experiment in the UK. User Operations teams have helped us label over 500,000 instructive videos across the US, SEA, EU and more but we have only launched the learn feed in three countries. In Q1 2021 we should have a more aggressive and scalable plan on how to roll out the learn feed in more

territories. We should also experiment the quality of the learn feed with varying degrees of instructive labelling resources.

2.  **Optimize Donations creation entry points and expand to more countries** . In 11-12, we made a big push to add Charitable Donations back into LIVE (which has helped us get phenomenal traction by non-planned creators: $250,000+ by JT_Laybourne and his friends [ HYPERLINK "https://bytedance.feishu.cn/docs/doccn2347fLD7AaWQT6lncHGPvg" \h ]).

3.  **Begin to make an impact on Accessibility.** Now that we have a Accessibility partner ([ HYPERLINK "https://www.levelaccess.com/" \h ]) and have begun making momentum on Accessibility related features we aim for Q1 to finish TikTok's comprehensive audit by beginning of February while also fixing our key ScreenReader flows.

Long Term (Q2-Q4 2021)

4.  **Learn Feed partner content and user-selected interests** - Longer-term after Learn Feed has launched in multiple different regions and we have solidified our dedicated entry within the Discover Tab we hope to explore new Learn Feed content partnerships as well as a better way for users to filter interests within the learn feed. Directionally this will allow users more control over finding instructional content as well as provide more professional content within the learn feed.

5.  **Donation Campaigns, Milestones, Effects and more** - Directionally we have already seen some great examples of creators mentioning on LIVEs about donation campaigns they are running and milestones they will do if they reach a certain goal. These types of engagements have been proven out on other platforms such as Youtube and Facebook and believe they would also help us drive bigger donation amounts given how creative our community is. We also believe a shared  time-bound campaign could rally groups of creators to create videos and LIVEs together to support a specific nonprofit. In addition we are in early talks with the effects team to explore creation-linked donation campaigns (Ex: For every animal effect video that is created our corporate sponsor Petsmart will donate $1 to Best Friends Animal Society).

6.  **Scalable Accessibility and new opportunities** - The results from our audit will only be the beginning of our accessibility journey for TikTok, in order to not only be Accessibility compliant but continue to be we will have to make changes to our Software Development Lifecycle to add steps in product, design and engineering to check for accessibility. This is just getting us to the status-quo. In addition we believe there are some new opportunities which will bring immense value to all of our users such as the proposal made here: [ HYPERLINK "https://bytedance.feishu.cn/docs/doccn6lK4trc27xtVrQRdCEsYee" \h ]  - I believe there is a way for this idea to land in TikTok called "AudioTok" where we give a category feed focused on audio first TikTok videos.

7.  **TT4G TikTok World/Karma an ecosystem of "Good"** - Thinking more long-term about TikTok for Good we realize that there are not enough dedicated entry points as well as

incentives for users to "see good and do good" on our platform. Karma is our project codename for a platform which encourages users to watch more TikTok for Good content by rewarding them with opportunities for charitable donations and also encourages creators by giving them a new space to showcase content related to "Good" initiatives. This project is still under ideation.

[ HYPERLINK "https://bytedance.feishu.cn/sheets/shtcnnwcaWFdb7ECQA8QjxgvVvd" \h ]

[ HYPERLINK "https://www.productboard.com/blog/write-product-vision/" \h ]

Regardless of which direction you go with your vision, there are five pieces that every product vision statement needs to have. All of these help focus your product vision, ensuring its clarity.

All product visions should:

**Be customer-focused:** Your customers are the whole reason for your product. If you don't reference them in your product vision, you need to rework it.

**Be a bit of a stretch, but not unrealistic:** Your vision needs to be attainable. If it's too much of a stretch, you'll have a hard time rallying your team around the vision. And don't say "be the best." That's lame. Get to the root of what you mean when you say that you want to be "the best."

**Show differentiation**: Something in your vision should explain why your product is different from your competitors.

**Look X years down the road**: In five years, you want people to say ____ about your product.

Your product vision doesn't need to state each one of these parts explicitly, but it should imply them to some degree.

[ HYPERLINK "https://www.christianstrunk.com/blog/product-vision" \h ]

1. The reason every company exists is because of its customers. Whether they're end-customers (B2C) or businesses (B2B). That's why the most important characteristic of a product vision is that it's focused on the customer!

2. It's looking into the future and outlining a clear state of the product/goal that the company and team(s) want to achieve. I recommend setting a **big** and **bold** goal! As I mentioned in [ HYPERLINK "https://www.christianstrunk.com/blog/5-okr-best-practices" \h ]:

> *"We don't fail because we aim too high and miss. We fail because we aim too low and hit."* -- Les Brown

3. This goal should be underlined with the motivation behind it. This motivation should answer the "why" (not how!).

TIKTOK3047MDL-125-LARK-06301703

4. The art of defining a great product vision that people want to follow is to make it catchy. Something that makes you want to pitch it to other people no matter if you're the founder or an employee.

5. (optional) A product vision can have a time constraint, although, it's better to define it as "timeless."





Highly Confidential (Competitor)

**全文点赞列表**

@程远

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-125-LARK-06301683-TIKTOK3047MDL-125-LARK-06301705

**BEGATTACH:** TIKTOK3047MDL-072-LARK-01140061

**ENDATTACH:** TIKTOK3047MDL-125-LARK-06301705

**Attachment Count:** 0

**PRODVOL:** MDL-125

**Custodian:** FURLONG, JORDAN

**File Path:** /DOCCNC1O4KRXMETAXLKKUTJHK9E.DOCX

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** 9A0C7DC89A342E5B477C598B39309EEF

**DocType:** URL LINK DOCUMENT

**Author:**

**Create Date:** 5/18/2021 12:00 AM

**Last Modified Date:** 5/18/2021 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** DOCCNC1O4KRXMETAXLKKUTJHK9E.DOCX

**Title:** TIKTOK FOR GOOD 2021 BUSINESS PLAN & VISION

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** SCA

