# AMENDED Exhibit 536

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Re-Install User Behavior Research

Author @田乃文

## Background

A recent review has shown that a large number of users would re-install TikTok within days of deleting the app with more than 70% of installs have an active date within the last seven days. This research is designed to examine the motives behind frequent un-/re-install behaviors.

## Methodology

| | In-App Survey | |
|---|---|---|
| Timeline | [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnSFQVoue2avKZBCYaGxAggd" \h ] | |
| Country | Brazil | U.S. |
| Time | Sep 27th 11AM | Sep 27th 10AM |
| Amount | 150K | 150K |
| User Selection | • Users who installed TikTok on Sep 23rd and were identified through TikTok's own data to have deleted it within 10 days<br>• Registered with valid UID & DID | |
| Collection Rate | 746 (0.50%)<br>Successful samples/ total distribution | 1882 (1.25%)<br>Successful samples/ total distribution |
| Data Processing | Sig.95 Statistical Significance<br>Data weighed with gender and age level by country<br>Cleaned through removing those who failed to pass the screener | |
| Link to | [ HYPERLINK "https://bytedance.feishu.cn/sheets/shtcnVOzP92RbHwSANWvijKp7gc" ] | |

| | |
|---|---|
| Survey | [ \h ] |
| Link to Data | [ HYPERLINK "https://bytedance.feishu.cn/sheets/shtcnRast37UX5Ye5NyLWwJdvGd?sheet=rDPdH8" \h ] |

Note: This survey was designed based on a preliminary study regarding DID impact [ HYPERLINK "https://bytedance.feishu.cn/docs/doccn6lwhfO78AAJGoVIQigRrqx" \h ]

## Key Findings

1. There is a difference in user profile for those who tend to un-/re-install TikTok between the U.S. and Brazil, where most BR users are android and more U.S. are iOS. This difference leads to varying behaviors and motives

    a. The main motives for U.S. users to delete TikTok are **parental controls, fear of getting addicted and technical issues.** For Brazil respondents, the top drivers are **limited phone storage, technical issues, and inability to monetize**. U.S. users have a higher chance of deleting TikTok again in the future.

        i. U.S. L3 users are more likely to delete TikTok to avoid spending too much time, and they tend to uninstall it in the future as well for the same reason.

        ii. L5 users from both countries would delete and re-download TikTok as an approach to fix their bugs.

2. Users for both countries reportedly would re-install the app to be entertained/ create videos. Compared to U.S. respondents, Brazil users are more likely to re-download when they have more space on their devices.

**Commented [1]:** 我以前会周期性打开/关闭微信朋友圈入口，防止自己花太多时间刷。打开，是为了集中一个时间，了解朋友的近况，回复一下表示自己的关心。但在我看来，朋友圈里大部分的内容对于我，其实都没有太大大意义或价值，所以快速刷完后就关了。

**Commented [2]:** 好真实

**Commented [3]:** 很多人就是有个什么卡住了，就原地删除重装，我觉得可能老点的用户不会杀后台...

**Commented [4]:** 依旧是大盘弱机，低存储的问题

## Implication to TikTok

1. Promoting TikTok Lite in countries like Brazil could be potentially beneficial, since phone storage is a key reason for people to frequently delete and re-download the app.

2. Adding parental control/ screentime settings within TikTok might offer a new option for users to control the time they spend on the app without having to do so through general settings, which may prevent them from constantly deleting and re-installing it.

## User Analysis

### Behavior

Half of all the users who re-installed TikTok on Sep 23rd and un-installed within the previous 10 days are roughly L1 users for both countries (42% BR, 55% U.S.). However, since they are not allowed to answer surveys due to legal concerns, their behaviors are not further

Highly Confidential (Competitor)

TIKTOK3047MDL-056-00963102

analyzed in this research. In terms of gender, around 70% of users who engage in this behavior are female.

**Device types vary greatly for Brazil and the U.S.**, which explains the different motives and behaviors among these two different populations (93% Android in BR, 61% iOS in U.S.).

[sheet-shtcnEZ3mlSYpLmf2oe3uKceTfd_v1nz1h]

Over 50% of respondents from both countries have deleted and re-installed TikTok only 1-2 times but there is still **more than 10% (17.6% for U.S.) who have engaged in un-/re-install over 6 times.**

Respondent's self reporting of the interval between delete and re-install align with data from our backend, with most people installing TikTok back onto their mobile devices **the same day** as deleting it. The short interval of re-install can be explained through the users' motives in the next section.

However, it's worth mentioning that **only around 30% of respondents** have identified themselves to have un-/re-installed TikTok within the last two weeks, though our data indicate the percentage should be close to 100%, since the survey is sent to re-install users only.

Comments:
- Commented [5]: 跟这些国家大盘的性别比例相比，差不多还是更高？
- Commented [6]: 下图有这两个国家的大盘性别比例，70%稍微高出一点~
- Commented [7]: 哦，那还好，差别不大
- Commented [8]: 女孩子可能更"乖"一些，怕被爸妈骂。男孩子就放飞自我。而且爸妈管教也不会那么严格。（至少我小时候我妈老要看我手机）





*(Interval = user self-reported delete date - user self-reported install date)*

[sheet-shtcnEZ3mlSYpLmf2oe3uKceTfd_puDOoC]

## Un-/Re-Install Motives

"Other, please specify" is roughly the highest ranking reason for uninstall for both countries, and all the self-filled answers can be categorized as below. (Comprehensive answers here:[ HYPERLINK "https://bytedance.feishu.cn/sheets/shtcnrN6UscWepIryexp01F70p9?sheet=0175c9" \h ])

Compared to Brazil users, U.S. users care more about getting addicted or having to hide the app from their parents. **Technical reasons** (bugs or limited storage space, over ~22%) are also a key factor for both countries, and users do tend to delete and re-install the app as a simple fix to solve certain issues, such as malfunctioning audio and etc.

Breaking down the [ HYPERLINK "https://bytedance.feishu.cn/docs/doccn0aFpepraFdAq52lFiUk9Sg" \l "jv7NJW" \h ], in the U.S., L3 users care more about getting addicted than other age groups and L5 users are more likely to un-/re-install to fix simple issues. Similarly, in Brazil, L5 users would also delete the app to fix bugs, but L2 users are more likely to uninstall TikTok because of limited storage space.

> Commented [9]: 我们是不是没有半开放题，了解这里的答案呀？（忧伤
>
> Commented [10]: 有！因为选的最多，都单独写成了一个文档，然后下面整理出来了
> 林晓悦：[THUMBSUP] 2020-10-13 22:49:55

| | | Categories ranked by level of frequency |
|---|---|---|
| US | ▸ Family or personal reasons | • "Wanted to take a break" |
| | | • "Need to focus on school" |
| | | • "I had to hide it from my parents" |
| | | • "My parents are super nosey" |
| | ▸ Technical reasons | • "Duets dont work audio disappears cant go live and both accounts run different different features per account" |
| | | • "Every time I exit the app. By choice or mistake it will tell me there is no internet and I cannot do anything. So I have to constantly delete and reinstall the application to ever use it. " |
| | | • "No mic for duet Samsung phone" |
| | ▸ Miscellaneous | • "I had a hacked TikTok, and I deleted it and reinstalled the non hacked one" |
| | | • "You guy shadow banned me and I can't get on the fyp" |
| | | • "Thought it was going to be banned" |
| | ▸ Update app or device | • "I just deleted and reinstalled for like to see if there was any updates" |

|  |  |  |
|---|---|---|
|  |  | ⁃ "Changed Apple ID" |
|  |  | ⁃ "Had to hard update the app" |
|  | ▸ Content | ⁃ "A gruesome video came on my fyp" |
|  |  | ⁃ "Some content is like porn and not conducive for me to watch, as I myself are trying to cut (or limit) the amount of pornography I watch." |
| BR | ▸ Technical reasons | ⁃ "I had an error in the app because I couldn't send more videos, so I uninstalled and installed it again and I can send videos now." |
|  |  | ⁃ "in my application the live option does not appear" |
|  | ▸ Can't monetize | ⁃ "I wasn't earning daily bonuses" |
|  |  | ⁃ "I didn't make any money, I really need it" |
|  | ▸ Update app or device | ⁃ "I formatted my phone" |
|  | ▸ Miscellaneous | ⁃ "My. Videos are not being delivered to anyone, I'm in shadowban Personal problems" |



Un-install Motives

| Reason | US | BR |
|---|---|---|
| Other, please specify | 28.1% | 28.3% |
| Spending too much time on the app | 25.4% | 5.1% |
| Technical issues with the app (e.g., crashing, overheating,...) | 22.2% | 22.6% |
| Accidentally deleted the app | 17.6% | 14.7% |
| Limited storage space on my phone | 15.4% | 39.5% |
| Limited cellular data | 5.2% | 11.2% |
| Changed my mobile phone, which deleted all my apps | 4.9% | 9.7% |
| Privacy or safety concerns | 6.8% | 2.6% |
| Too many in-app advertisements | 5.0% | 0.4% |
| Too many notifications | 3.9% | 1.7% |
| Saw something inappropriate | 4.6% | 1.2% |
| Content was boring | 2.5% | 2.5% |
| Content not useful | 2.1% | 0.2% |
| Content felt repetitive | 5.8% | 1.9% |
| Content is for someone younger than me | 2.0% | 1.4% |
| Content not relevant | 1.3% | 1.3% |
| My friends and/or family stopped using the app | 2.0% | 0.7% |
| Difficulty learning how to use TikTok | 0.5% | 1.3% |

Wanting to be entertained is the top reason to re-install TikTok for both countries, and the desire to create videos is also a key driver for respondents to download the app again, which

resonates with the fact that over 50% of respondents have created videos in the past two weeks. Compared to the U.S., Brazil users would also re-download TikTok once they have more storage on their mobile devices.

For "Other, please specify", the dominant factor for people to re-install the app is to see if their bugs have been fixed. According to some responses, **having the app deleted and re-installed is the only way to fix their bugs**, which could potentially explain the high un-/re-install rate. U.S. respondents would also have TikTok back on their devices once **they find ways to get around their parents.**

"The app freezes a lot, so I have to constantly reinstall it."  --- U.S. survey respondent



## Future Un-Install Likelihood

Compared to Brazil users, respondents from the U.S. are more likely to engage in future un-/re-install behaviors, and the **tendency is** [ HYPERLINK "https://bytedance.feishu.cn/docs/doccn0aFpepraFdAq52lFiUk9Sg" \l "7o53wl" \h ]**for L3 users**, which might be caused by their fear of getting addicted. The likelihood to delete and download TikTok is not related to the users' satisfaction level of the product or the operating system.

Highly Confidential (Competitor)
TIKTOK3047MDL-056-00963106



# Appendix

## Delete and Re-Install Motives

[sheet-shtcnEZ3mlSYpLmf2oe3uKceTfd_QAT5PS]

## Motives Broken Down by Age

[sheet-shtcnEZ3mlSYpLmf2oe3uKceTfd_3FtyvG]

[sheet-shtcnEZ3mlSYpLmf2oe3uKceTfd_iYhLj9]

[sheet-shtcnEZ3mlSYpLmf2oe3uKceTfd_ybJHJ3]

## Likelihood Broken Down by Age

[sheet-shtcnEZ3mlSYpLmf2oe3uKceTfd_lt6Bj2]

[sheet-shtcnEZ3mlSYpLmf2oe3uKceTfd_iCdIJG]


[ HYPERLINK "https://bytedance.feishu.cn/sheets/shtcnrN6UscWepIryexp01F70p9?sheet=0175c9" \h ]

[ HYPERLINK "https://bytedance.feishu.cn/sheets/shtcngaZEZcR3yppCKM8gx7Bard" \h ]