# AMENDED Exhibit 552

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

TikTok-Furlong
**67**
4/12/2025 - MOP

# Douyin DW Notes + Questions

[ HYPERLINK "https://bytedance.feishu.cn/docs/doccnvRu7XDuA6sdLUTCb9GZY2d" \l "line-49" \h ]
= strategy brainstorm and alignment document, using different user segregation approaches (by age/by absolute time use per day) to design intervention strategies.



[ HYPERLINK "https://bytedance.feishu.cn/docs/doccnZcYn2E265MD3DSFWkMrz2e" \h ]
= Collection of the product designs they have tried or are trying, together with experiment result
- Time management tools: dashboard, controls
- Reminder video = Take a Break
- Toast reminder
- Mask reminder - clickthrough
- Mask reminder - mandatory 15 min break
- Mask reminder - can't be scratched away?

## Questions
### Strategy
- Key distinction in our work is Douyin's focus on addiction, while ours is on agency. Was agency/choice as the optimization function considered at the beginning of the Douyin project?

**Commented [1]:** Answers from Lan Liu: [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnEDGYgCZDIZJCvISWRqlfmb" \h ]

**Commented [2]:** Answers below are translated

- Our original intention is that Douyin, as a large short video platform, **should shoulder social responsibilities**, so as early as 2018, Douyin launched a time management tool to guide users to "allocate time rationally and use Douyin healthily". With the promulgation and implementation of the new "Law on the Protection of Minors" in June this year, Douyin began to vigorously promote the landing of more anti-addiction measures. Although the key point of supervision is to strictly limit the time for enterprises to provide game services to minors, and the anti-addiction requirements for online audio and video are only macro advocacy, Douyin hopes to take the initiative to do things and make statements to better serve users and advocate their moderate use.

- In addition to actively expressing attitudes and positions, we have been trying to use friendly and respectful reminders to guide users to correctly realize the time actually used Douyin, actively and reasonably allocate time, and use Douyin healthily, hoping to truly care for users and make users feel more in control.

* What are your success metrics aside from compliance?

- Douyin anti-addiction has two goals, the first is aimed at the whole population, hoping to enhance the user's sense of control, enhance the public's positive perception of Douyin's efforts to make users not indulge in short videos, while conveying Douyin's ideas and practices on social responsibility, and enhance public recognition and goodwill. The second is aimed at special groups, including teenagers and middle-aged and elderly people, to truly and effectively control the extreme length of time and try their best to help them avoid the problems brought about by long-term brush Douyin.

- Therefore, the **core index of measurement is to measure users' perception of Douyin's efforts to prevent addiction for the whole population**, and will cooperate with research and measurement. For special groups, it is to reduce the proportion of users who use Douyin for a long time.

* Are all features built in response to regulation? Was anything built proactively? Why?

- The relevant means for teenagers are mainly for regulation and supervision, such as users under the age of 14 with real name authentication will be forced into the youth mode. Most of the other means are for active construction, hoping to enhance users' positive perception of Douyin. The functions can be seen in this document~[ HYPERLINK "https://bytedance.feishu.cn/docs/doccnZcYn2E265MD3DSFWkMrz2e" \h ]

* What compliance requirements did they receive? Any thoughts on these expanding to other markets?

- As mentioned above, the main means for laws and regulations and supervision is the anti-addiction strategy for teenagers.

### Execution

* What are the time management tools? Results?

**Commented [3]:** @Lan LiuBelow you mention the cohorts in age groups, but I am curious what the effects are on the groups as you laid them out here
[image]

- For teenagers (18-), the methods are 1) real-name authentication guidance for users who may be teenagers, and enter the youth mode after real-name authentication. In the youth mode, it can only be used for 40 minutes a day; 2) For users with real-name authentication of 14-18, after using it for more than a period of time, a blocking layer appears (users need to continue to use Douyin after a period of forced rest)

- For the middle-aged and elderly (50 +), the method is to let users who use Douyin for a long time have a reminder mask (users can manually turn off) and a block mask (users need to continue to use Douyin after a period of forced rest)

- For all users, the main means are reminder video, top reminder push, time management tools, reminder mask layer, all of which are filled with exquisite, interesting and meaningful content and styles, while cooperating with the dissemination and publicity inside and outside Douyin Station.

  **Commented [4]:** @Lan LiuCan you share which of these have been effective and which have not?

  **Commented [5]:** @Lan LiuCan we assume that this is the most impactful investment area since it applies to all users?

- The above methods have certain effects on improving perception and reducing the extreme duration of special groups. We are also continuously exploring more and better methods and strategies.

* Mask reminder - can't be scratched away?

  - Are you asking about the blocking layer here? The blocking layer cannot be crossed away, and users need to take a break before they can continue to use Douyin. The blocking layer is mainly used for teenagers, and middle-aged and elderly people who use Douyin for a long time.

* What is the logic of showing the different product capabilities so that they don't overlap?

  - There is a logic of avoidance between different methods. When they conflict with each other, one of the strategies will appear again after a period of time

* What are the key insights learned from these interventions now that we have experiment data? What advice would you give yourself looking back? We are in that position now with very few interventions

  - According to the experimental results, several experiences can be obtained: 1) For the 18-50 crowd, too intensive reminding at night will make users dislike it; 2) For special groups, the means of answering question 1 in Execution have a great effect on reducing extreme duration.

  - We are still doing continuous experiments and user research, hoping to find the most effective means to improve user perception and reduce the duration of special users.

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-091-LARK-03958102-TIKTOK3047MDL-091-LARK-03958104

**BEGATTACH:** TIKTOK3047MDL-046-LARK-00491254

**ENDATTACH:** TIKTOK3047MDL-125-LARK-06254333

**Attachment Count:** 0

**PRODVOL:** MDL-091

**Custodian:** CRIMMINS, CHRISTINA; FURLONG, JORDAN; ZHU, WENJIA

**File Path:** /DOCCNKT1UWAEUEKH6R8SV2VTI5B.DOCX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** D04496BECA332C012045DCA9A4D72447

**DocType:**

**Author:**

**Create Date:** 9/29/2021 12:00 AM

**Last Modified Date:** 9/29/2021 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** DOCCNKT1UWAEUEKH6R8SV2VTI5B.DOCX

**Title:** DOUYIN DW NOTES + QUESTIONS

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

