# AMENDED Exhibit 580

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Global News Updates 国际新闻动态**

系统消息  2021-10-22  02:51:28

**俞晓牧** joined the group via an invitation card shared by **谈斯奇**. New members can see all chat history.

系统消息  2021-10-22  05:13:45

**单捷** joined the group via an invitation card shared by **张紫昕**. New members can see all chat history.

系统消息  2021-10-22  06:00:24

**张剑波** joined the group via an invitation card shared by **谈斯奇**. New members can see all chat history.

系统消息  2021-10-22  06:01:05

**何广顺** joined the group via an invitation card shared by **谈斯奇**. New members can see all chat history.

系统消息  2021-10-22  06:01:58

**许丁一** joined the group via an invitation card shared by **谈斯奇**. New members can see all chat history.

系统消息  2021-10-22  06:02:11

**许阳** joined the group via an invitation card shared by **谈斯奇**. New members can see all chat history.

系统消息  2021-10-22  06:02:44

**颜铭贤** joined the group via an invitation card shared by **谈斯奇**. New members can see all chat history.

TIKTOK3047MDL-183-LARK-08035398

系统消息  2021-10-22  06:03:50

郑颖 joined the group via an invitation card shared by 谈斯奇. New members can see all chat history.

系统消息  2021-10-22  06:05:29

林豪 joined the group via an invitation card shared by 谈斯奇. New members can see all chat history.

系统消息  2021-10-22  06:05:38

何文荟 joined the group via an invitation card shared by 谈斯奇. New members can see all chat history.

系统消息  2021-10-22  06:10:53

刘律 joined the group via an invitation card shared by 谈斯奇. New members can see all chat history.

系统消息  2021-10-22  07:01:17

袁帅 joined the group via an invitation card shared by 谈斯奇. New members can see all chat history.

系统消息  2021-10-22  07:09:47

陶雅 joined the group via an invitation card shared by 张紫昕. New members can see all chat history.

翟莹莹  2021-10-22  08:01:32

POST

# Title:

**Text:**

https://bytedance.feishu.cn/docs/doccnsSOWPqDi8sIUQWZJqDeoGb

1. 【美国/中国】【中立】字节跳动重要投资方将考虑出售5亿美元的股份

2. 【泰国】【页面】泰国知名Facebook主页称TikTok直播上有大量赌博内容

3. 【全球】【中立】260万被抓取的TikTok和Instagram用户资料遭泄漏

4. 【俄罗斯】俄罗斯法院派出法警，强制执行对Facebook的罚款

5. 【法国】Facebook与部分法国报社达成协议，为用户页面上出现的新闻付费

6. 【全球】苹果隐私政策变化冲击广告业务，Snapchat股价暴跌25%

👍 刘若曦, 邱道隆, 王嘉硕, 王家玉, 扒雨曦, 谢嘉韵

---

**翟莹莹**　2021-10-22　08:02:43

POST

# Title:

**Text:**

https://bytedance.feishu.cn/docs/doccnfCX6iT6Th7XdVDyxv5eMrf

1. [United States/China] [Neutral] Top ByteDance investor to weigh $500 million stake sale

2. [Thailand] [Negative] Famous Thai Facebook page said that there is a lot of gambling content on TikTok

3. [Global] [Neutral] Data Scrapers expose 2.6 million TikTok and Instagram users

4. [Russia] Russian court sends bailiffs to enforce collection of more unpaid Facebook fines

5. [France] France hails victory as Facebook agrees to pay newspapers for content

6. [Global] Snapchat shares plunge 25% as Apple privacy changes hit ads business

👍 王嘉硕, 邱道隆, 刘若曦, 郝悦然, 扒雨曦, 谢嘉韵

---

**系统消息**　2021-10-22　08:14:53

**刘梦璐** invited **Pavel Demidov（欧阳巴沙）** to this chat. New members can see all chat history.

---

**翟莹莹**　2021-10-22　10:36:58

CARD

# Title: 2021年全球重点舆情周报-第40期/2021 Global Key Coverage Weekly-Issue 40

**Text:**



👍 王家玉, 刘语曦, 卢光中, 邱道隆, 谢嘉鲍, 林霖西

---

**系统消息** 2021-10-22 12:30:02

**Jian Tang** joined the group via an invitation card shared by **谈斯奇**. New members can see all chat history.

---

**系统消息** 2021-10-22 20:17:18

**Gailyn Portelance** invited **Ruoyan Zhang** to this chat. New members can see all chat history.

---

**系统消息** 2021-10-22 21:17:08

**Esther Starr** joined the group via an invitation card shared by **张紫昕**. New members can see all chat history.

---

翟莹莹 2021-10-23 08:04:59

POST

# Title:

**Text:**

https://bytedance.feishu.cn/docs/doccnEtA8AFBZuNY9HsW6FW6OUg

1.【全球】【负面】事实证明饮食失调离不开社交媒体的影响

2.【美国】【正面】关于飞机座椅安全带不合理设计的TikTok视频引发对身材包容性的讨论

3.【中国】【中立】抖音将在视频浏览中插入五秒强制暂停以抑制网络成瘾

---

Confidential

4. 【日本】【日本】对恶意网络侮辱的法律处罚

5. 【美国】Facebook新吹哨人指责公司高层未能就严重问题提醒投资人

6. 【全球】Twitter的研究表明其算法偏向放大保守观点

👍 刘若瑶 谢嘉歆 孙雨晴 杜婧瑶 邱道嘉

---

**翟莹莹**  2021-10-23  08:06:53

POST

# Title:

**Text:**

https://bytedance.feishu.cn/docs/doccnOk6x3WiBFftNR2NvYJneKe

1. [Global] [Negative] Eating disorders and social media prove difficult to untangle

2. [United States] [Positive] Viral TikTok on flight incident ignites conversation on size inclusivity

3.[China] [Neutral] Douyin launches mandatory five-second pauses in video feed to curb user addiction

4.[Japan] Japan seeks to use jail time as punishment for online insults

5.[United States] New Facebook whistleblower blames top leadership for failing to warn investors about serious problems at the company

6.[Global] Twitter's research shows that its algorithm favors conservative views

👍 刘若瑶 谢嘉歆 孙雨晴 杜婧瑶 邱道嘉

---

**张紫昕**  2021-10-24  07:48:44

POST

# Title:

**Text:**

https://bytedance.feishu.cn/docs/doccnJf6Pzz2zgkGGWXESAVozpd#

1. 【挪威】【负面】斯瓦尔巴群岛州长：有报道称当地年轻人试图进行危险的TikTok窒息挑战；家长和学校收到警告

TIKTOK3047MDL-183-LARK-08035402

2.【全球】【负面】为什么TikTok要删除性教育视频?

3.【尼泊尔】【负面】外国的视频片段被打上尼泊尔洪灾的标签在TikTok上流传

4.【以色列】以色列部长和联合国秘书长同意打击网络中的反犹太主义

5.【美国】更多的Facebook内部文件被公开

王嘉琪, 王家玉, 袁禹, 翟堃莹, 谢嘉韵, 刘若曦, 孙雨晴, 邱道隆

---

张紫昕   2021-10-24   07:51:04

POST

# Title:

Text:

https://bytedance.feishu.cn/docs/doccnB29VCSfGdGxnwOkBF4ipeh#

1. [Norway] [Negative] Svalbard Governor says local youths reportedly attempting dangerous TikTok suffocation challenge; parents and school warned

2. [Global] [Negative] Why is TikTok removing sex education videos?

3. [Nepal] [Negative] Foreign video clips circulating on TikTok as Nepal floods

4. [Israel] Israeli minister, UN chief agree to combat antisemitism online

5. [United States] More Facebook internal documents were made public

OK 孙雨晴   袁禹, 翟堃莹, 谢嘉韵, 刘若曦, 邱道隆

---

系统消息   2021-10-24   10:05:35

**Vinti Bole** joined the group via an invitation card shared by **Neda Cassia**. New members can see all chat history.

---

系统消息   2021-10-25   02:09:34

**刘宇望** invited **许家尧, 周任航, 赵晗荻, 朱亦辉** to this chat. New members can see all chat history.

---

TIKTOK3047MDL-183-LARK-08035403

系统消息　2021-10-25　06:07:47

**苏荷** invited **王岳晨** to this chat. New members can see all chat history.

---

**王家玉**　2021-10-25　07:45:24

POST

# Title:

**Text:**

https://bytedance.feishu.cn/docs/doccnLdXutJnqCngNX9eBrZncXc

1.【英国】【负面】报道称赫尔市青少年帮派在TikTok上炫耀偷来的摩托车

2.【美国】【负面】《周六夜现场》提及TikTok的"扇老师耳光"挑战

3.【全球】【负面】专家对可能导致宠物狗攻击主人的TikTok趋势发出警告

4.【澳大利亚】澳大利亚拟要求未成年人未经父母同意不得使用社交网络

5.【澳大利亚】澳大利亚监管官员就Facebook对《新闻媒体议价法令》的态度表示"担忧"

温雪莹，孙雨晴，邱雨晴，张紫妍

---

**王家玉**　2021-10-25　07:46:18

POST

# Title:

**Text:**

https://bytedance.feishu.cn/docs/doccnuowC5BvFkWi9x4MgYw3DCb

1.[UK] [Negative] The teenage Hull gangs flaunt stolen motorbikes on TikTok to their victims

2.[United States] [Negative] 'Saturday Night Live' referenced the 'slap a teacher' TikTok challenge hoax

3.[Global] [Negative] Dog experts warn a TikTok trend may lead dogs to attack owners

4.[Australia] Australia plans to force parental consent for minors on social media

5.[Australia] Australia regulator says 'concerned' about Facebook approach to media licensing law

TIKTOK3047MDL-183-LARK-08035404

徐笙宝 孙雨晴 邱道施 张紫昕 顾悦然 嚴婧韵

**系统消息**  2021-10-25  07:47:14

**朱琳Virginia** invited **曾瑞文** to this chat. New members can see all chat history.

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-183-LARK-08035398-TIKTOK3047MDL-183-LARK-08035405

**BEGATTACH:** TIKTOK3047MDL-183-LARK-08035398

**ENDATTACH:** TIKTOK3047MDL-183-LARK-08035405

**Attachment Count:** 0

**PRODVOL:** MDL-183

**Custodian:** HAN, ERIC; LOFTUS, SUZY; POBER, REBECCA; VALLIANT, BETSY; YEH, MARK

**File Path:** /TIKTOK3047MDL-183-LARK-08035398.PDF

**Confidentiality Designation:**

**HASHVALUE:** 30BCAE94B5DD3B28E98F2477CF5BF65D

**DocType:** LARK RENDERING

**Author:**

**Create Date:** 10/22/2021 12:00 AM

**Last Modified Date:** 10/22/2021 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-183-LARK-08035398.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

