# AMENDED Exhibit 597

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| From: | Yiming ▮▮▮@bytedance.com] |
| Sent: | 8/5/2021 11:20:14 AM |
| To: | Redacted - PII |
| CC: | ▮▮▮@bytedance.com |
| Subject: | What are the dangers of Tik Tok for children and teens |

But let's see in more detail what are the dangers that children and adolescents actually run on a platform like Tik Tok.

Among the worst pitfalls we find the challenges.

These are dangerous challenges, launched and made viral by Tik Tok, in which the person who joins them is called to act in an extreme way, all recorded by a video, not so much to challenge their limits, but more to get likes, consents and followers.

Among the most dangerous we can include the Blackout Challenge, according to which users should have self-procured temporary asphyxiation or the Bright Eye Challenge, in which the individual was challenged to wet the eye with a mixture of bleach, hand sanitizer. and shaving foam so as to temporarily alter the color of the iris, both gestures that can cause even lethal damage.

Often these are real incitements to suicide or murder whose risks, albeit objectively high, are absolutely underestimated by children and young people, still too young and immature to recognize the danger and avoid it.

Furthermore, a social network like TikTok, in which a potential fame is within everyone's reach, can be destabilizing for the psyche of the little ones, unable to manage a popularity of this magnitude.

Without considering dangers such as depression and addiction, two conditions often linked to the use of apps and social networks, and exposure to a drama like that of cyberbullying, for which more and more users over the years have suffered and only rarely reported reception of highly offensive messages and comments.

Therefore, given the extent of all these risks, it is clear why adults, and not just parents, have great apprehension and skepticism about the use of the Internet in general and of Tik Tok in particular by their children, especially if they are age under 18.

Highly Confidential (Competitor)                                    TIKTOK3047MDL-202-04847728