# AMENDED Exhibit 615

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# PTA email: monthly 'challenges'

> **Commented [1]:** @Eric Ebenstein does this work for you? I think you could take parts of it and repurpose for santa clara if you plan to respond directly
> Eric Ebenstein : [THUMBSUP] 2021-10-01 05:14:23
>
> **Commented [2]:** Cc@▌

Dear PTA Leaders:

Some of you may be aware of various lists circulating of offline teen dares that are being suggested as future 'TikTok challenges.' Several PTAs have reached out to National PTA and TikTok to flag these lists, and we wanted to share a message from Eric Ebenstein and ▬▬▬▬▬, who are PTA's primary contacts at TikTok, about these lists.

*We are hearing of offline teen dares being suggested as future 'TikTok challenges' and want to be clear: dangerous challenges and illegal behavior are not allowed on our platform and will be removed. While we do not currently see evidence of these supposed 'challenges' on our platform, our safety teams have and will continue to work tirelessly to enforce our Community Guidelines and remove violative content, including content promoting 'devious licks'. We expect teens to use common courtesy whether they're online or offline.*

*TikTok is committed to reaching parents and guardians by supporting messages on the importance of ongoing conversations with teens about being good citizens online and offline, as we are doing through our collaboration with National PTA. We want to make you aware of the TikTok Guide for Parents we created with* [ HYPERLINK "https://www.pta.org/docs/default-source/files/programs/pta-connected/tiktok-toolkit-2019-2020/tiktok-guide-for-parents-revised.pdf" \h ], *as it contains critical information about the parental controls available to families on TikTok as well as digital safety information.*

*We also want to remind you how to report content you believe may violate TikTok's* [ HYPERLINK "https://www.tiktok.com/community-guidelines?lang=en" \h ] *so that our safety team can review your report and take the appropriate action. To report a video:*

1. *Long-press (also known as press-and-hold) on the video;*
2. *Look for the pop-up and select 'report';*
3. *Choose the appropriate policy;*
4. *Tap 'submit.'*

*You can visit TikTok's* [ HYPERLINK "https://support.tiktok.com/en/safety-hc/report-a-problem" \h ] *to learn more about reporting. Please know that we remain vigilant in our commitment to*

*the safety of our community and will remove any content - including videos, audio, comments, and hashtags - as well as accounts that violate our Community Guidelines.*

As we have been doing throughout the collaboration between National PTA and TikTok in our PTA Connected work, we also urge families to have [ HYPERLINK "https://newsroom.tiktok.com/en-us/new-family-pairing-resources-offer-digital-safety-advice-from-teens" \h ] about digital safety and etiquette to ensure they are using technology responsibly.

Thank you for all the ways you are supporting PTAs in your communities.

Confidential
TIKTOK3047MDL-141-LARK-07144016

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-141-LARK-07144015-TIKTOK3047MDL-141-LARK-07144016

**BEGATTACH:** TIKTOK3047MDL-087-LARK-03236093

**ENDATTACH:** TIKTOK3047MDL-141-LARK-07144016

**Attachment Count:** 0

**PRODVOL:** MDL-141

**Custodian:** EBENSTEIN, ERIC

**File Path:** /DOCCNTXLRVZ5RVSMTALCC9ZAVZE.DOCX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:** URL LINK DOCUMENT

**Author:**

**Create Date:** 9/28/2021 12:00 AM

**Last Modified Date:** 9/28/2021 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** DOCCNTXLRVZ5RVSMTALCC9ZAVZE.DOCX

**Title:** PTA EMAIL: MONTHLY 'CHALLENGES'

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

