# AMENDED Exhibit 617

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

## TikTok - North America

Michael Buzinover   2018-07-18   17:16:41

@Orli An @Siqi Tan

---

谈斯奇   2018-07-18   17:40:01

Shared Group Chat: Creative Tools - US

---

Michael Buzinover   2018-07-18   20:23:59

Attachment file:
MmI5NDdhMWUtNjZjMS00ZjFiLWExODQtMGFmMTk0NDA2YmMxQFvmlofku7ZdQDczNDg4MDQzNDk5NDI2Nzc1MDdANjUxOTY1OTI2NTMyNDQ4MjgyMEA2NTc5NjU1NTYyMTY0Njk5Mzk2QDBAZXVfbmM=.mov

---

Michael Buzinover   2018-07-18   20:24:49

**@Siqi Tan** video from musical.ly when shared redirect to another platform (huoshan) AND links to wrong video

---

Michael Buzinover   2018-07-18   20:25:56

this is on musical.ly (not an in-house version)

---

Kayla Miguel   2018-07-18   20:29:47

**@Michael Buzinover** + displays vigo video logo

---

yuyi   2018-07-18   20:38:17

yuyi   2018-07-18   20:54:27

@谈斯奇 The not loading-issue - is it because I do not have US sim card?

yuyi   2018-07-18   22:21:11



yuyi   2018-07-18   22:22:42

Leah just put this in the user-feedback group but think this is more a product decision. @谈斯奇 do we know for real time how many videos are created using this tool?

yuyi   2018-07-18   23:42:03

**@Michael Buzinover** And in the inhouse version, the link goes wrong too: #musical.ly: Global Video Community#OMG! Check out @dtay.known's video! #musical.ly > http://t.zijieimg.com/S7y3j/ @谈斯奇

yuyi   2018-07-18   23:42:25

@吴子熠

yuyi   2018-07-18   23:53:06

Chinese version: Musical,ly的链接，有一部分变成火山的分享链接了... 麻烦siqi和Zoe起来赶紧看一下

张楠Kelly   2018-07-18   23:56:03

Confidential                                                           TIKTOK3047MDL-036-LARK-00150905

**@yuyi** 加个急



---

刘作涛    2018-07-18    23:59:13

直接找研发吧

---

yuyi    2018-07-18    23:59:18

[消息已撤回，无法查看内容]

---

yuyi    2018-07-18    23:59:48

**@刘作涛** 感恩！

---

yuyi    2018-07-19    00:00:19

可以麻烦作涛加急一下研发大大吗

---

Michael Buzinover    2018-07-19    00:09:22

Can we get an English summary of the conversation **@Yuyi** [呲牙] Like I mentioned, skinny/long filters were removed yesterday and PR-risk is very limited (on social and in-app). Can reassess moving forward? 我们能得到会话的英文摘要**@Yuyi** [呲牙]就像我提到的那样，昨天删除了瘦/长过滤器，PR风险非常有限（在社交和应用内）。 可以重新评估前进吗？

---

吴子熠    2018-07-19    00:17:43

**@Yuyi** 我来

---

yuyi    2018-07-19    00:19:01

@吴子熠 感恩Zoe。在内部 User Feedback那个群里有比较详细的说明，作涛也在那个群里@研发大大们了（虽然没人接电话，哈哈哈）。可以在那个群里一起追查。麻烦了，辛苦！

---

yuyi    2018-07-19    00:26:09

@Michael Buzinover maybe after Siqi is up and can provide us more insights on how popular the tool is? And I wonder if we have shorten your leg sticker too so we can defend that it is just for fun but not pushing for stereotypical thinking about beauty? (I recall china had similar conversation too when push the tool online...) 关于是否恢复长腿视频，我们是不是等一下siqi给我们更多的关于工具使用情况的分析，然后和我们一起做决定？我也在想是不是有短腿工具可以对冲一下未来的舆论风险，当有人说我们做长腿工具是推广单一审美的时候我们可以说"你看也有短腿我们是为了有趣"？ （我记得中国也有过类似讨论）

---

Michael Buzinover    2018-07-19    00:29:24

@Yuyi it's a very difficult line to tread. Would definitely recommend getting PR-assessment (@Leah), especially because body-image is such a hot-button issue on musical.ly. Even providing the opposite effect (short/fat) might not negate the issue but propogate it. But agree, we should reassess based on data and PR thoughts! Sorry if my translation is bad. @Yuyi 这是一条非常艰难的路线。 肯定会建议进行公关评估（@Leah），特别是因为身体形象在music.ly上是如此热门的问题。 即使提供相反的效果（短/胖）也不能否定这个问题，但可以传播它。 但同意，我们应该根据数据和公关思想重新评估！ 对不起，如果我的翻译不好。

---

yuyi    2018-07-19    00:40:10

你的翻译很好！ I wonder how you make this maic happen! I agree, lets involve Leah and have a sense on the benefit as well:)

---

yuyi    2018-07-19    00:40:20

magic

---

谈斯奇    2018-07-19    01:41:02

I wonder why Leah is not in this group?

---

谈斯奇    2018-07-19    01:42:23

Confidential
TIKTOK3047MDL-036-LARK-00150907

@Yuyi we got several feedback like this the day before yesterday and pulled off the sticker. @Michael Buzinover @Kelly Chen @Tiffany Matloob @Kayla Miguel do you mind providing more info to Leah?

谈斯奇  2018-07-19  01:43:42

Creative Tools - US

*Forwarded*

曹曼 2018-07-17 07:02:06

POST

**Title: 想问一下关于滤镜的反馈，哪位童鞋可以看一下?**

Text:



曹曼 2018-07-17 07:03:13

@All Guys, here's user feedback, and that's the reason why we didn't launch the skinny or taller filters on musical.ly

曹曼 2018-07-17 07:03:34

*before

曹曼 2018-07-17 07:05:24

Do you guys think it really matters? skinnier or taller filters will make some of users uncomfortable.

谈斯奇 2018-07-17 07:38:55

1st of all, it's glad to know that ppl do care stickers [鼓掌]

谈斯奇 2018-07-17 07:39:12

Confidential
TIKTOK3047MDL-036-LARK-00150908

*It's great

谈斯奇 2018-07-17 08:02:09

As a platform, we don't wanna promote any value proposition in terms of body shape. Users might mistake this given that we are only providing skinny filters for now. A better diversity in tools will help a lot. @林志利 @曹曼 we do have stickers that make ppl fatter / shorter, right?

李琰 2018-07-17 08:33:05

About the sticker, we now have a sticker on douyin, it can make people who use it fatter or shorter, all we want to show is that the sticker can change your body shape to something looks very funny.

李琰 2018-07-17 08:36:05

Do you have interest in it?  We can show the demo for you.

谈斯奇 2018-07-17 08:36:39

@李琰 Great to know. Let's wait for @Siqi Chen @Michael Buzinover @Tiffany Matloob @Kayla Miguel to wake up and decide how to react on this.

Michael Buzinover 2018-07-17 13:53:00

@Siqi Tan @Kayla Cao first, I noted the "body image" risk of applying skinny / tall filters but @Kayla Miguel @Tiffany Matloob decided it was acceptable risk to take. @Kayla Cao can you keep us informed on how many complaints we get (and if this is normal or more than usual)? Don't want to create any negative PR here

Michael Buzinover 2018-07-17 13:53:57

Second, think it will be good to launch the fat / short filter as soon as possible (can we make sure the thumbnail is next to the skinny / tall stickers so they look like a coherent set)

Michael Buzinover 2018-07-17 13:56:51

Third, Kayla and Tiffany, can we think about changing the #IAmSoFab hashtag to something that doesn't necessarily link beauty to using a thin or tall filter. Will let you make final call here but let's double check with Leah since body image is a very sensitive topic on the platform

Michael Buzinover 2018-07-17 13:57:48

Confidential                                                                                                                        TIKTOK3047MDL-036-LARK-00150909

I'll also flag the filters and complaints with Leah this morning. @Kayla Cao can you get me some stats on how many people have written in as soon as possible? And when can we launch the fat / short filter?

曹曼 2018-07-17 14:06:39

@Michael Buzinover We just got these two messages from users so far.

曹曼 2018-07-17 14:07:18

@Michael Buzinover for other body shape filters, I need to check with the team first.

曹曼 2018-07-17 14:07:59

Will let everyone here posted once I confirmed.

谈斯奇 2018-07-17 14:10:50

Thank you @曹曼！

李琰 2018-07-17 14:21:44

> Attachment file: NTgwYTNiOTQtODhlNy00NGVlLTg3NDItMzg4Y2Q0N2U5OGVmQFvmlofku7ZdQDczNDg4MDQzNDk5NDl2Nzc1MDdAMEA2NTc5MTkxMTI3NjIwOTc2OTAwQDBAZXVfbmM=.mov

李琰 2018-07-17 14:22:15

This is the demo of fat / short filter

**Kelly Solomero** 2018-07-17 15:33:25

For future effects that involve body image change, I'd suggest we check with Leah first just to make sure we are clear on the PR side.

**Tiffany Matloob** 2018-07-17 16:58:01

We arent promoting people making theselves skinnier or taller, it's just a new way to create interesting content, similar to big nose and big face.

**Kayla Miguel** 2018-07-17 21:52:19

Confidential                                                                                                                         TIKTOK3047MDL-036-LARK-00150910

@Kayla Cao @Siqi Tan let's please take down the skinny filter. thanks!

曹曼 2018-07-18 04:38:34

1. Hello musically, I am sending this because the new filter is making people insecure about their body's. The filter could also cause anorexia, it would be amazing if you could remove it.)   2. everyone is super mad at you all for the skinny filter and I kind of am too because it is kind of rude to a lot of people. 3. The new two filters are really rude. Y'all are basically telling people that they need to be skinnier and taller, I have always been a skinny and little person, I have been bullied about how skinny I am and that I way under 100 lbs. I know you are trying to make people feel better about there insecurity's but it just made them worse by making those filters and basically saying they need to be skinnier and taller and look like a perfect person, well guess what everyone is their own person and they are perfect just the way they are and don't need to be changed. Musically supports lesbian and gay people so why can't you support there body. We should be making them feel good about there insecurity's and not trying to change them to someone that they aren't. So please take the two new filter that make people look "skinnier and taller" filter off.

Tiffany Matloob 2018-07-18 04:39:23

Let's just remove

曹曼 2018-07-18 04:39:26

just took down skinnier and taller filter. @All

金泽茜  2018-07-19  02:02:20

Hi **@All**，**@Siqi Tan** & @Zhili Lin and me reviewed the TT very popular content in the early stage，and it still looks very interesting and amazing！ we'd like to share it with team，you will find there are many creative ideas that we can try in US market... Such as #classical art character vs me. it's very popular content in the early stage of Douyin, which is classical art characters alive in Douyin！ TT—South Asian Team used this idea as reference, and launched a new challenge #whoisthemoneyhunter，which is duet with the world's most famous arts in TT, and the performance of it's better than expected both In-App and SNS. So let's try to view these contents，and I believe that you'll love it very much！ 【Tik Tok Popular Content with Sticker】(Thanks to **@Holly Song** for helping to translate~)
https://docs.google.com/spreadsheets/d/1wdwOCV54dH93xpzL9cyieQwijOUTYbmx0HBy3AlNVFE/edit?usp=sharing

Joyce Chun, 周秉俊, 谈斯奇

金泽茜  2018-07-19  02:03:49

Hi **@All** @tansiqi & @linzhili 和我一起整理了TT早起利用产品的工具属性打造的非常热门的内容，今天看起来依然非常有趣！我非常乐意分享给大家，你们会发现很多创意其实可以在美国市场尝试。比如抖音最早期的爆款#与世界名画PK，你可以感受到世界名画在抖音上活起来了！这是非常不可思议的！TT—东南亚团队借鉴了抖音的创意，上线了#whoisthemoneyhunter的活动，你可以通过TT平台，与世界名画Duet，这个活动在站内or站外都非常成功。我们一起看看这些内容，我相信你们会非常喜欢这些内容！
【TT-爆款工具类内容】感谢@holly帮忙翻译~
https://docs.google.com/spreadsheets/d/1wdwOCV54dH93xpzL9cyieQwijOUTYbmx0HBy3AlNVFE/edit?usp=sharing