# AMENDED Exhibit 618

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**[M-PR]**   

 9:50 AM (5 hours ago)  

to pr

Hey i think you should take away the new filters because it's very disappointing to see that you wanna give filters for people that shod be confident about there bodies not give them filters

Confidential                                                                                                                                    TIKTOK3047MDL-036-LARK-00150914