# AMENDED Exhibit 624

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

# Camera "Beauty Retouching" panel effects launch - TnS Mental Health recommendations [May 2023]

bulb

This document summarizes TnS concerns with the testing and launch of an updated "beauty effects" retouching panel for users. We propose next steps to resolve concerns regarding the change's impact on user safety and brand trust in the body image, mental health, and minor wellbeing issue space.

Teams signed-off and aligned with recommended mitigation strategies proposed in this document:

☑ Global Mental Health Issue Policy @Ryn Linthicum (they/them)

☑ North America Regional Mental Health Policy @Valerie Douglas (they/them)

☑ TnS Global Safety Communications @Paul Wyatt

☑ Global Effects Feature Policy @Hannah Olaniyan

☑ Global Mental Health Outreach and Partnerships Manager @Erika Crowell

☑ Global Youth Safety and Wellbeing Policy @Claire Gartland

☑ North America Youth Safety and Wellbeing Policy Manager @Kristelle Lavallee Collins

☑ Minor Safety Product Management @Sofia Alvarado

☑ USDS Product Policy (interim)@Mikaela Schiller

☑ USDS Issue Policy@Terry Trieu

**Commented [1]:** Thank you all for putting this together, I also support. Recommend you add@Terry Trieu+@Mikaela Schillergiven potential massive negative ramifications on US market/USDS.
Terry Trieu：[THANKS] 2023-05-26 00:22:01
Valerie Douglas (they/them)：[THANKS] 2023-05-26 01:55:59

**Commented [2]:** @Natasha LatzmanThank you, done!

**Commented [3]:** Thank you! Signed off. cc@Mikaela Schiller
Mikaela Schiller：[JIAYI] 2023-05-27 03:54:50
Ryn Linthicum (they/them)：[THANKS] 2023-05-27 03:56:44

# Background

The Mental Health issue policy team became aware of a product change to TikTok effects on May 23, 2023 through a viral video criticizing the change on platform (https://www.tiktok.com/t/ZTRE9bAJH/). These changes are currently fully launched in ROW and undergoing a 90% traffic A/B test (4 groups) in US, CA, AU, and NZ regions. The change expands retouching effects available in the TikTok app to include:

- **Makeup options** (foundation, contour, lipstick, shadow, blush)

**EXHIBIT**

**6**

TIKTOK-LINTHICUM

○ **Structural reshaping of the face** (face roundness, eyes, nose, lips, brows)

○ **Effects of minimally-invasive cosmetic procedure** (skin smoothing and retexturing, teeth whitening, undereye lightening)

*(note: not all groups in A/B test have access to all features described above)*

> **Commented [4]:** Do we have link to PRD
>
> **Commented [5]:** [ HYPERLINK "https://bytedance.feishu.cn/docx/doxcnXat054CtMZwDngJ Y2qGHHe" \h ]he latest version we've been sent.

**Retouch settings are presented to users as follows:**

pushpin

1. Retouching effects are turned ON by default for all users (including minors).

2. Users are NOT notified that their face has been retouched - they must click into the "retouch" panel themselves to find what effects have been applied.

3. Pre-set, default filter settings are applied to user's faces when they open the camera; the default pre-sets are customized in value according to region and A/B test group status.

   a. For example, all users in the US region A/B test group may have a default value of "20" applied to teeth whitening.

4. If users alter the values of the retouching effects, these customized settings are preserved and applied for the user's future sessions.

5. Adjusting the retouching effects is accomplished by moving a slider that displays associated numerical values (for example, setting "nose-slimming" to 19); for retouching effects that have been applied by default, users are shown the numerical values the setting is at.

6. Users are NOT notified when viewing others' videos that a retouching effect has been applied.

PR teams had reviewed the original update proposal, and warned that it was medium-to-high risk to launch. The proposal also passed global legal compliance review. To our knowledge, no TnS product policy team members were contacted for review or informed of the planned changes at any time. Had we been consulted earlier in the process, we would have welcomed the opportunity to work together across teams to resolve the portions of the proposal that conflict with global expert recommendations and best practices, and keep our users from severe risk of harm while maximizing benefits to users and the company. We still want to work together to address concerns, and outline our perspective and key recommendations below from a TnS mental health and well-being perspective.

> **Commented [6]:** Note that the proposal has significantly changed since the first review. For example, at that stage it was not default on. If it was, the risk would've been even higher.
>
> Ryn Linthicum (they/them)：[THANKS] 2023-05-26 02:46:38
>
> Lisa Hayes：[JIAYI] 2023-05-30 23:25:05

# Key Concerns and Recommendations

Several of the changes increase risk to our users (especially minors), and directly contradict external expert recommendations we received regarding beautifying effects. They cross several policy "red-lines" that the Mental Health issue vertical holds with regards to features

TIKTOK3047MDL-054-LARK-00552310

that may impact body image and individuals suffering from eating disorders. **As currently implemented, the changes have high potential to lead to negative body image and increase body dysmophia symptoms, especially among teenage girls.** The changes go against past public statements made by our safety communication teams to defend company reputation, and recommendations produced by GR colleagues across multiple regions ([ HYPERLINK "https://bytedance.sg.feishu.cn/docx/YkoQdLaSnofFWExpKfhlaKQHgXc" \h ]). Finally, the changes directly contradict expert recommendations (which are among the most unanimous set of recommendations the Mental Health issue vertical has ever received from external consultations; more experts agree on how we should approach effects than on how we should approach restricting explicit suicide and eating disorder content), in a topic area that is currently subject to high scrutiny and legal inquiries in multiple P0 regions (with potential to ban TikTok).

> **Commented [7]:** Requested access but if not done so already@Terry Trieuand I can solicit US GR feedback
>
> **Commented [8]:** @Mikaela SchillerUS/CA GR already provided input and signed off on the document (Lisa and Steve)

| Launch Feature | Risk / Harm Severity | Key Concerns | Suggested Changes to Mitigate Risk | Benefits of implementing proposed change | Suggested Timeframe |
|---|---|---|---|---|---|
| Retouching effects are turned ON by default and available for all users (including minors) | High | ◦ High risk of causing severe psychological harm to TikTok users:<br><br>▫ For users who are posting: May increase risk for user feelings of body disatisfaction, body dysmorphia, desire for cosmetic surgery, drive for thinness, | ◦ Default all retouching effects to OFF for all users (set all values to 0)<br><br>◦ Require users to set retouching effects levels themselves<br><br>◦ Allow users to change settings as to whether | ◦ Limits risk of psychological harm to users<br><br>◦ May decrease negative social comparison experienced by TikTok users<br><br>◦ Increases user agency and external defensibility; users are taking an active step to | ◦ Immediate rollback of default ON setting, especially across sensitive markets (US, CA, GB, AU, NZ, EU+, BR, LATAM, SSA) |

and eating disorder symptoms

◦ Increases quantity of posts in users FYF that have been retouched, increasing risk to users who are viewing content for feelings of body disatisfaction, body dysmorphia, desire for cosmetic surgery, drive for thinness, and eating disorder symptoms

◦ Sends implicit message to users that they are not "beautiful enough" to post to TikTok with unaltered features

◦ Reduces user agency and autonomy, which are core

retouch option is shown in camera mode at all (optional, long-term goal)

alter their image when they do so

◦ Aligns with TikTok branding strategy, which encourages user authenticity and people to "come as they are"

◦ Aligns with expert recommendations for best practices to minimize harms of effects

**Commented [9]:** Love this!

| | | | | | |
|---|---|---|---|---|---|
| | | pillars of well-being.<br>* Dispropo rtionately increases risk for vulnerable users who are already suffering from mental illnesses (e.g., eating disorders) | | | |
| Retouching panel available to users of all ages | Medium | * Experts warn that effects that are appearance-focused and change facial structures may have disproportionate negative impact on minors<br>  ○ Minors are generally more focused on peer acceptance, undergoing body development changes, and show increased self-concern at this stage of life | * Short-term: Restrict access to some retouching features for minor users (U16 or U18),<br>  ○ Specifically, we recommend allowing access to makeup retouching options (and potentially skin-smoothing, blemish removing options), but no other | * Demonstrates our dedication to protecting minors and their well-being on TikTok<br>* Limits unique risks that retouching panel poses to minors<br>* Aligns with expert recommendations for best practices to minimize harms of effects | * Immediate, if age-gating possibilities are already in place, with age limits set in consultation with Mental Health, Feature Policy, Minor Safety, and Youth Safety and Wellbeing teams |

TIKTOK3047MDL-054-LARK-00552313

retouching features (i.e., those that change underlying facial structures)

○ Additionally, suggest discussing resetting parameters to "0" each time retouching panel is open for minor users (instead of retaining beauty settings) - to be discussed / confirmed with Mental Health and YSW teams.

○ Long-term: Revisit

> **Commented [10]:** @Ryn Linthicum (they/them)ned with this. Adding additional friction and just-in-time awareness messaging is a great way to strike this balance.
> Ryn Linthicum (they/them)：[THUMBSUP] 2023-05-26 05:50:19
> Ryn Linthicum (they/them)：[THANKS] 2023-05-26 05:50:23
> Kristelle Lavallee Collins：[JIAYI] 2023-05-27 00:45:40

> **Commented [11]:** You both might be aware, we pushed hard for this and the core product team did a test on this exact feature for the EU and the results significantly impacted negatively key growth metrics.   Just FYI as we might get pushback

> **Commented [12]:** @Sofia AlvaradoYes, I've seen some of the data and am aware of the impact to growth metrics (and anticipating pushback) - regardless I think it's a recommendation that is worth discussing in this space given impacts to user (especially minor) health.
> Sofia Alvarado：[Yes] 2023-05-26 22:04:48
> Kristelle Lavallee Collins：[JIAYI] 2023-05-27 00:45:36
> Lisa Hayes：[JIAYI] 2023-05-30 23:31:18

TIKTOK3047MDL-054-LARK-00552314

age-gating parameters after Project Forward is launched and transparency is increased across when retouch is applied to videos; add friction and/or education to flow when teen users first access this retouching features

| Structural reshaping of the face available (face roundness, eyes, nose, lips, brows) | High | High risk of causing severe psychological harm to TikTok users:<br><br>○ For users who are posting: May increase risk for user feelings of body dissatisfaction, body dysmorphia, desire for cosmetic surgery, drive for | Defau It all retouching effects to OFF for all users (set all values to 0)<br><br>⁎ Move position of structural reshaping tools to end of options menu (increases user friction to access these riskier retouching tools by requiring | Limits risk of psychological harm to users<br><br>⁎ Aligns with TikTok branding strategy, which encourages user authenticity and people to "come as they are" | Im mediate: default zero, halt on roll-out of further structural reshaping effects, restrict access for minors<br><br>⁎ Me dium-term: Move position, align across teams on developme nt |
|---|---|---|---|---|---|

Commented [13]: @Claire Gartland@Kristelle Lavallee Collinsfor your input- we had received recommendations to age-gate effects during our external consultations, but want to align with your team as well on exact parameters and implementation suggestions.

Commented [14]: Hello@Ryn Linthicum (they/them)e been involved for a while now from MS side to propose safer effects. Re: restricting for U18s, may I suggest a wider discussion around this recommendation? Understand the expert and evidence around the harms related to teens but I want to also highlight how this may also provide positive opportunities for identity exploration and is a source of confidence for teens as well. We are leaning into giving teens the choice and apply protections such as transparency, or for this case specifically I think we can discuss different protections such as capping the numeric

Commented [15]: Thanks so much for sharing the project plan@Sofia AlvaradoI've read through all docs I currently have access to and am excited by the research and expert driven user education plan. That said, until Project Forwar

Commented [16]: I have a few concerns about complete age gate of this feature. First, as per usual with age gate, restricting popular features encourages age lying. Second, I worry about the effect on teens of seeing adults, some of

Commented [17]: @Cjersti JensenJust to clarify, are you stating that from your perspective teens of all ages should have access to all features contained within this beauty panel (e.g., allowing for facial restructuring and reshaping

Commented [18]: I'd be open to limited features! Just not a fan of a full age gate.

Commented [19]: @Sofia AlvaradoThank you for sharing this document! We would love to be involved as a team with this initiative as well, given the significant overlap with Mental Health issues that the topic has - happy to provide

Commented [20]: @Cjersti JensenThanks! I've tried to update the recommendations block to reflect a more nuanced approach to age gating - mind letting me know if

Commented [21]: @Ryn Linthicum (they/them)ks for making these updates. I am aligned with the recommendation here to allow access only to makeup retouching features and to age gate structural reshaping

Commented [24]: @Ryn Linthicum (they/them)I want to highlight how thinning the nose etc especially can be seen as racist/forcing White beauty standards

Commented [25]: @Valerie Douglas (they/them)ink that given the global scope of this concerns section, we can likely exclude this here - but happy to have you add it in as a point in the NA specific section of the doc! (we have the opposi

Commented [22]: @Hannah Olaniyan@Ryn Linthicum (they/them)ought that this wasn't allowed at all under effects policies? I may have missed something here so apologies if this has already been discussed elsewhere!

Commented [23]: I'm on the same page as <at t@Claire Gartlandas this is just a different label for surgical beautifying effects. Very aligned with mitigation strategy under bullet 4 in particular (and all strategies here)

TIKTOK3047MDL-054-LARK-00552315

| | | |
|---|---|---|
| thinness, and eating disorder symptoms | scrolling) | principles, clear labeling |
| ○ Increases quantity of posts in users FYF that have been retouched, increasing risk to users who are viewing content for feelings of body dissatisfaction, body dysmorphia, desire for cosmetic surgery, drive for thinness, and eating disorder symptoms | ○ Halt development and roll-out of further retouching effects that reshape body structure | |
| | ○ Align with feature policy teams to develop and implement guidance on future retouching effects development standards | |
| ○ Sends implicit message to users that they are not "beautiful enough" to post to TikTok with unaltered features | ○ Restrict access to these retouching features for minors | |
| ○ Does not align with expert | ○ Clearly label when structural reshaping has occurred in videos | |

| | | recommendations that we have received from SAC members, external researchers, and clinicians, which state that best practices are to clearly label when an effect has been applied to content. | | | |
|---|---|---|---|---|---|
| Users recording with the camera are NOT notified on main screen that their face has been retouched | High | ⊛ Reduces user agency and autonomy, which are core pillars of well-being.<br><br>⊛ Does not align with expert recommendations that we have received from SAC members, external researchers, and clinicians, which state that best practices are to clearly label when an effect has been applied to content.<br><br>⊛ Already | ⊛ Provide an obvious visual indicator on the camera screen when users images are being impacted by retouching<br><br>▫ Perhaps a symbol on the main "retouch" button, instead of buried in the retouch menu? | ⊛ Aligns with expert recommendations for best practices to minimize harms of effects<br><br>⊛ Increases user agency and external defensibility; users are taking an active step to alter their image when they do so | ⊛ Medium-term; we recognize this may take more extensive development time to implement |

TIKTOK3047MDL-054-LARK-00552317

|  |  |  |  |  |
|---|---|---|---|---|
| | | receiving negative backlash from high-profile users in specific markets (e.g., US) | | |
| Users viewing content recorded by others are NOT notified when retouching has been applied | High | ⁕ May increase risk of psychological harm to users, including feelings of body dissatisfaction, body dysmorphia, desire for cosmetic surgery, drive for thinness, and eating disorder symptoms<br><br>⁕ Does not align with expert recommendations that we have received from SAC members, external researchers, and clinicians, which state that best practices are to clearly label when an effect has been applied to content. | ⁕ Add visible tag on videos or photos that have retouching effects set to non-zero<br><br>⁕ Long-term: Explore dispersion approaches to rate-limit retouched images presented in Minor (U18) feeds | ⁕ Aligns with expert recommendations for best practices to minimize harms of effects | ⁕ Medium-term; we recognize this may take more extensive development time to implement |
| Retouching effects show numerical slider | Medium/ High | ⁕ Enables easier social comparison among users compared to | ⁕ Remove numerical/quantitative markers from | ⁕ Preserved user settings minimize the need for | ⁕ Medium-term; this is lower priority |

**Commented [26]:** @Ryn Linthicum (they/them)her suggestion - disperse videos that use structural reshaping in u18 feeds. cc <at t@Kristelle Lavallee Collinst@Cjersti Jensen

Ryn Linthicum (they/them)：[WITTY] 2023-05-26 23:50:30

Kristelle Lavallee Collins：[Yes] 2023-05-27 00:49:55

TIKTOK3047MDL-054-LARK-00552318

| | | | | | |
|---|---|---|---|---|---|
| positions | gh | qualitative slider positions<br><br>⁎ Vulnerable individuals (e.g., those struggling with disordered eating) are likely to be more adversely impacted by the ease of quantitative comparison and metrics to be applied to the face | slider positions, and rely on qualitative adjustment settings instead | numerical slider positions, as users will not be resetting their sliders as frequently | compared to other changes we are requesting |
| Effects of minimally-invasive cosmetic procedure available (skin smoothing and retexturing, teeth whitening, undereye lightening) | Me diu m/ Hi gh | ⁎ May increase risk of psychological harm to users, including feelings of body dissatisfaction, body dysmorphia, desire to engage in low-risk cosmetic procedures<br><br>⁎ May encourage development of unrealistic expectations for beauty standards in offline settings (e.g., how smooth normal skin is) | ⁎ Defau lt all retouching effects to OFF for all users (set all values to 0)<br><br>⁎ Consi der access restrictions for minor users based on individual procedure (based on consultation with YSW, Mental Health, and Minor Safety teams) | ⁎ Limits risk of psychologica l harm to users<br><br>⁎ May decrease negative social comparison experienced by TikTok users<br><br>⁎ Incre ases user agency and external defensibility; users are taking an active step to alter their image when they do so | ⁎ (Se e Row 1 and 2) |
| Pre-set, | Me | ⁎ Potential | ⁎ Defau | ⁎ Limits | ⁎ (Se |

TIKTOK3047MDL-054-LARK-00552319

| | | | | | |
|---|---|---|---|---|---|
| default filter settings are applied to user's faces when they open the retouch menu | dium | for psychological harm and negative body image for users<br><br>◦ Sends message that there is a "correct" amount their face should change to align with beauty standards<br><br>◦ Relies on regional stereotypes and enforces cultural standards for beauty, that may not apply to all users | It <u>all</u> retouching effects to OFF for all users (set all values to 0)<br><br>◦ Optional compromise: could still allow for an "optimize" button to provide quick settings in the retouch menu if a user desires it (similar to reset button currently in place), ideally paired with user education regarding the non-tailored nature of the "default" | risk of psychological harm to users<br><br>◦ May decrease negative social comparison experienced by TikTok users<br><br>◦ Increases user agency and external defensibility; users are taking an active step to alter their image when they do so | e Row 1) |

TIKTOK3047MDL-054-LARK-00552320

| | | | setting | | |
|---|---|---|---|---|---|
| Makeup options available (foundation, contour, lipstick, shadow, blush) | Low/ Medium | ◦ May increase feelings of negative social comparison<br><br>◦ Entrenches social beauty standards<br><br>◦ Need to have confirmation of equitable impact on different racial and ethnic groups as well as individuals with disabilities | ◦ Default all retouching effects to OFF for all users (set all values to 0)<br><br>◦ Consider access restrictions for minor users<br><br>◦ Move position of makeup options retouching effects from end of list to start of list (decrease friction to access these options once entered into the effects menu, as they are relatively less risky compared to other retouching effects offered currently) | ◦ Retains adult user access to these retouching effects, which is desired by users and (relatively) lower risk | (See Row 1 and 2) |
| Customized settings are preserved and | Low | ◦ Lowers friction for users to apply retouching to their own image, | ◦ None; overall, this seems like a positive change in | ◦ n/a | ◦ n/a |

Commented [27]: @Ryn Linthicum (they/them)the discussion above, recommend a more nuanced approach for u18s here rather than fully restricting. Cc <at t@Kristelle Lavallee Collinst@Cjersti Jensen

Ryn Linthicum (they/them) : [THUMBSUP] 2023-05-27 00:34:27

TIKTOK3047MDL-054-LARK-00552321

| applied for the user's future sessions | which may lead to increased feelings of body disatisfaction | the user experience with low risk |

## North American Market Concerns

*In addition* to the concerns highlighted above, this beauty retouching panel is especially concerning in the US and CA markets due to the following:

- **The beauty retouching panel is incompatible with the North American TnS approach for effects.**

  - Effects are assessed against the Community Guidelines and the regionalized policies behind the Guidelines.

  - Many of the effects housed within the beauty retouching panel, especially those which mimic restructuring of the face, are against North American TnS policies and would not be allowed in North American markets.

- **North America is under intense scrutiny by the public, media, and government for affects on mental health.**

  - "Beautifying" filters have been an area of harsh judgement in particular.

    · Recently, in North America there was [ HYPERLINK "https://www.npr.org/2023/03/10/1162286785/does-the-bold-glamour-filter-push-unrealistic-beauty-standards-tiktokkers-think-" \h ], which mimicked many of the makeup effects used in the beauty retouching panel. It was called out for being unrealistic and making people feel that their own face was "ugly".

    · In North America, filters that change the structure of a person's face, such as thinning the nose or raising the cheekbones, are[ HYPERLINK "https://www.technologyreview.com/2021/08/15/1031804/digital-beauty-filters-photoshop-photo-editing-colorism-racism/" \h ] and [ HYPERLINK "https://www.mediamatters.org/tiktok/tiktok-allowing-filter-simulates-starvation" \h ].

  - The spotlight on the effects of the platform on mental health is especially intense in a market which is being targeted for banning. For example:

    · In the recent [ HYPERLINK "https://bytedance.us.feishu.cn/docx/BXOGdAWOIofAOyxamfqui4osslx" \h ] of the TikTok CEO, mental health related topics were mentioned 53 times and eating disorders, dieting, and body image were mentioned 17 times.

    · This displays how concerned society is overall, and how concerned politicians are in particular, during the sensitive time the company is currently in. Eating, dieting, and body image are top of mind.

> **Commented [28]:** @Mikaela Schiller@Ryn Linthicum (they/them)t@Kristelle Lavallee Collinsse feel free to edit this section. Had a hard time thinking of the best ways to phrase given we can't explicitly state policies in this doc

> **Commented [29]:** Hi@Valerie Douglas (they/them)is is excellent and I'm thrilled you've highlighted this!
> Valerie Douglas (they/them)：[THANKS] 2023-05-31 00:36:09

> **Commented [30]:** Potential footnote to this section: https://www.bbc.com/future/article/20230301-the-problems-with-tiktoks-controversial-beauty-filters. - highlights that this is a shared concern (globally/UK)

> **Commented [31]:** The recent US surgeon Gen's report is likely worth recruiting: https://www.hhs.gov/sites/default/files/sg-youth-mental-health-social-media-advisory.pdf (directly calls out body image issues and eating disorders)

> **Commented [32]:** White house notice also speaks to intense scrutiny, although not a direct callout to beauty filters/body image

TIKTOK3047MDL-054-LARK-00552322

# Appendix

* Summary of expert consultations and recommendations regarding Effects provided by TnS Outreach and Partnerships Management team:[ HYPERLINK "https://bytedance.sg.feishu.cn/docx/YkoQdLaSnofFWExpKfhlaKQHgXc" \h ]

**Commented [33]:** @Valerie Douglas (they/them)t@Hannah Olaniyanadding in research summary or other docs that include impact assessment, if possible.

Valerie Douglas (they/them)：[OnIt] 2023-05-26 03:20:15

Valerie Douglas (they/them)：[DONE] 2023-05-26 06:49:13

**Commented [34]:** @Cjersti Jensencan you please add in sources from the YSW lit review you had prepared too? Thx!

## Research Summary

| Research | Main Points | Take-Aways |
|---|---|---|
| [ HYPERLINK "https://security.feishu.cn/link/safety?target=https%3A%2F%2Fwww.researchgate.net%2Fprofile%2FSimon-Dunne-2%2Fpublication%2F365295374_Title_The_Associations_Between_Photo-editing_and_Body_Concerns_Among_Females_A_Systematic_Review%2Flinks%2F636d700f54eb5f547cbf60be%2FTitle-The-Associations-Between-Photo-editing-and-Body-Concerns-Among-Females-A-Systematic-Review.pdf&scene=ccm&logParams=%7B%22location%22%3A%22ccm_default%22%7D&lang=en-US" \h ] | * Based on 22 research studies (Global) of females<br>* Photo-editing was associated with:<br>  ○ Body shame & dissatisfaction<br>  ○ Dissatisfaction with one's face<br>  ○ Viewing oneself as an object, rather than as a person<br>  ○ Basing self-worth on weight and appearance<br>  ○ Believing one should be thin<br>  ○ Want to undergo cosmetic surgery<br>  ○ Increased acceptance of cosmetic surgery<br>  ○ Disordered eating behaviors<br>* Associations were weaker in certain areas of APAC | * Engaging in photo-editing and viewing photo-edited images of people likely negatively impacts female individuals' mental health |

TIKTOK3047MDL-054-LARK-00552323

| | | |
|---|---|---|
| [ HYPERLINK "https://scholarw orks.lib.csusb.edu /etd/1101/" \h ] | ○ Qualitative (interview-based) study (US) of female college students<br><br>○ Participants reported they liked how the filters made them look BUT:<br><br>　▫ It increased dissatisfaction with their actual face<br><br>　▫ It decreased their self-esteem<br><br>　▫ It increased the feeling that they needed to meet specific beauty standards<br><br>　▫ It increased perceived pressure to lose weight and undergo cosmetic surgery<br><br>○ Participants reported they used filters mostly to hide acne and smooth their skin | ○ Beautifying filter use likely negatively impacts female individuals' mental health |
| [ HYPERLINK "https://journals.s agepub.com/doi/a bs/10.1177/07488 06820985751" \l ":~:text=The%20u se%20of%20face %2Daltering,desir e%20to%20pursu e%20such%20pro cedures." \h ] | ○ Survey study (US) of college students<br><br>○ Use of face-enhancing filters was associated with desire to undergo facial cosmetic surgery | ○ Beautifying filter use likely influences the desire to undergo cosmetic surgery |
| [ HYPERLINK "https://link.sprin ger.com/chapter/ 10.1007/978-3-031-26438-2_19" \h ] | ○ Qualitative (interview-based) study (UK) of adult women, men, and non-binary individuals<br><br>○ When using filters, participants reported feeling:<br><br>　▫ Increased disconnection, alienation, & anxiety | ○ Beautifying filter use likely negatively impacts men, women, and non-binary individuals' mental health |

TIKTOK3047MDL-054-LARK-00552324

&#9702; That it pushed racist beauty standards

&#8258; After using filters, participants reported feeling:

&#9702; Unattractive, flawed, anxious, and disappointed

&#9702; Some participants felt they look better without the filter, but more endorsed focusing on "flaws" after and feeling "worse"

| [ HYPERLINK "http://papers.iaf or.org/wp-content/uploads/papers/ecah2021/ECAH2021_60204.pdf" \h ] | &#8258; Qualitative (interview-based) study (Saudi Arabia) of adult women professors<br><br>&#8258; When comparing their unaltered image to their altered image, participants felt:<br><br>&#9702; Unsatisfied with their real appearance<br><br>&#9702; "Old" or "ugly"<br><br>&#9702; Less confident<br><br>&#9702; Like they need to undergo non-invasive beauty procedures (e.g., lip filler)<br><br>&#9702; Promotes existing and new beauty standards | &#8258; Beautifying filter use likely negatively impacts older women's mental health |
| [ HYPERLINK "https://www.tan dfonline.com/doi/full/10.1080/1521 3269.2016.12573 92" \h ] | &#8258; Experimental study (Netherlands) of girls aged 14-18<br><br>&#8258; Exposure to manipulated photos was associated with lower body satisfaction<br><br>&#9702; This was exacerbated for girls who engage in comparing their bodies to other girls<br><br>&#8258; Participants reported thinking the manipulated photos were representative of reality and | &#8258; Beautifying filter use likely negatively impacts girls' mental health<br><br>&#8258; Adolescent girls may not be able to accurately assess if beautifying editing of images has occured |

TIKTOK3047MDL-054-LARK-00552325

did not reliably notice photo
manipulation

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-054-LARK-00552309-TIKTOK3047MDL-054-LARK-00552326

**BEGATTACH:** TIKTOK3047MDL-029-LARK-00070261

**ENDATTACH:** TIKTOK3047MDL-055-LARK-00658826

**Attachment Count:** 0

**PRODVOL:** MDL-054

**Custodian:** LINTHICUM, RYN

**File Path:** /TIKTOK3047MDL-054-LARK-00552309.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 01A2130289182373BE5E591CC09EA34D

**DocType:** LARK CHATS

**Author:**

**Create Date:** 11/24/2021 12:00 AM

**Last Modified Date:** 11/24/2021 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-054-LARK-00552309.PDF

**Title:** CAMERA "BEAUTY RETOUCHING" PANEL EFFECTS LAUNCH - TNS MENTAL HEALTH RECOMMENDATIONS [MAY 2023]

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** NO

**REDACTION TYPE:**

