# AMENDED Exhibit 640

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Tracy Elizabeth**   2022-05-08   15:56:48

Tracy Elizabeth和Carolina Cai的会话记录

*Forwarded*

> **Tracy Elizabeth** 2022-05-08 15:14:14
>
> [Event transfer]
>
> **Tracy Elizabeth** 2022-05-08 15:14:14
>
> Hi Sandeep! I look forward to meeting you. Many apologies for declining, but I am out sick with Covid and will take a few days to rest and recover. Hopefully others in the group can offer helpful context.

**Tracy Elizabeth**   2022-05-08   15:56:49

WELCOME! Forwarding this message on to you. Unfortunately, I willbe out sick for a few days, but look forward to properly meeting you soon.

**Sandeep Grover**   2022-05-08   16:41:43

oh no. pls take care. of course we can catch up later.

**Sandeep Grover**   2022-05-08   16:42:39

looking for an emoji for get well soon. cant find it.. but best wishes for a speedy recovery

♥ Tracy Elizabeth

**EXHIBIT 10**
TIKTOK-GROVER 2/27/25

**Tracy Elizabeth**   2022-06-22   19:45:42

Hey Sandeep! Just checking in to say hello. Hope all is going well as you transition into the new role. Please let me know if my teams or I can assist with any efforts you have in flight.

Tracy Elizabeth    2022-07-21    13:28:10

Hi Sandeep! I hear you have questions about CC alignment. I've put time for you and I to talk on Monday, and look forward to learning more.

Tracy Elizabeth    2022-07-21    13:28:31

Also, are we fully cancelling the CC portion of the Weekly Focus meeting today?

Sandeep Grover    2022-07-21    13:29:43

sounds good . lets talk Monday or next week.. will find time if Monday doesnt work.

 *Tracy Elizabeth*

Sandeep Grover    2022-07-21    13:29:56

Just the deep dive section on the roadmap. we should do regular updates

 *Tracy Elizabeth*

Tracy Elizabeth    2022-07-21    13:32:20

Where are you located? I'll be in mtv M-F, if you want to meet in person instead?

Sandeep Grover    2022-07-21    13:39:07

I am in singpore this and next week

 *Tracy Elizabeth*

**Tracy Elizabeth** 2022-07-31 20:50:38

Hi there! I hope you and your travels are doing well. Unfortunately, I encountered flight cancelations today and need to fly out to MTV tomorrow. I rescheduled our 1:1, and we need to rebook the CC deep dive curently scheduled for Monday morning. My attendance at that CC meeting is important, so I thank you in advance for finding time to keep me included.

 Sandeep Grover

---

**Tracy Elizabeth** 2022-07-31 20:50:38

Tracy Elizabeth和Carolina Cai的会话记录

*Forwarded*

> **Tracy Elizabeth** 2022-07-31 19:12:50
>
> [Event transfer]
>
> **Tracy Elizabeth** 2022-07-31 20:45:48
>
> Unfortunately, due to travel delays and a rebooking, I will be on a flight at this time and can no longer make the meeting. My attendance is important at this meeting, so please reschedule for a time that I can attend. (I will be in MTV Tues - Thursday, and can make myself available Friday if needed. Thank you for your understanding!

---

**Sandeep Grover** 2022-07-31 21:14:20

safe travels.

---

**Tracy Elizabeth** 2022-07-31 21:18:03

Thank you! And again, I realize this is a hassle. I look forward to connecting with you this week! [微笑]

 Sandeep Grover

---

**Sandeep Grover** 2022-08-02 20:22:06

hey Tracy, are you in person today in MTV?

Tracy Elizabeth   2022-08-02   20:55:32

Hi -- yes I am, are you also?

Sandeep Grover   2022-08-02   20:57:44

yes. I am here too

Tracy Elizabeth   2022-08-02   20:59:47

Great-- there is a MTV room booked for us in F3/CastroValley, unless you want to take a walking meeting and get fresh air.

Sandeep Grover   2022-08-02   21:01:36

lets use the room so we can whiteboard if needed



Tracy Elizabeth   2022-08-02   21:10:59

Sounds perfect- yes!

Tracy Elizabeth   2022-08-03   14:01:01

Hi Sandeep- Thank you for the good conversation yesterday. Was lovely to finally meet you! I'm looking forward to working with you to find strategies to help CC be successful.

Tracy Elizabeth   2022-08-03   14:04:15

[消息已撤回，无法查看内容]

**Tracy Elizabeth**   2022-08-03   14:05:23

Differently, I'd like to talk with you more in the future about re-imagining a policy system that introduces low-inference policy options instead of our current complicated policies. Would like to introduce something to allow the backend to pull together different logic sentences that more acutely assess rock while also greatly improving moderate ease and accuracy. This is something **@Mattia Ferrari** have been discuss quite a bit, and invite you to innovate with us on it.

**Tracy Elizabeth**   2022-08-05   16:01:59

sourcekey: ; attachment_id: <aW1nX3YyXzg0MmFlODFhLTBiN2ItNDdhNS04MDAxLWQ4YjQyOGUwZjViaEBb5Zu-54mHXUA3MzQ3NjIxMDAyMDAxMDIyOTgwQDcwODgxMTA2MTg5OTI5ODQwNjhANzEyODQyMzAxNTE3OTYzMjY0NkAwQGV1X25j>

 Sandeep Grover

**Tracy Elizabeth**   2022-08-05   16:02:30

Our strategic spaghetti. 🍝✅

**Tracy Elizabeth**   2022-08-10   17:38:37

Hi -- thank you for the comment on the other thread. Is Alex aware of the tradeoff this product is making for safety to youth? Historically he has been a strong advocate for prioritizing minor safety. I am very concerned that, with this product and with TikTok Now, that the business is very suddenly detaching from a strong commitent to minor safety. It is very surprising and something that will weaken us from an external trust perspective AND will diminish our ability to keep teens safe. These choices are the dividing line between places like Meta with (earned) terrible reputations and ByteDance....

**Tracy Elizabeth**   2022-08-10   17:38:37

[TnS internal][MS - age requirement] TTN - RT

*Forwarded*

**Sandeep Grover** 2022-08-10 17:30:16

Hi all. Appreciate all the rigor on this project. I met with @Gill Tan yesterday to understand the urgency of this project. Per her, she has been asked to pause all her existing projects and move resources into this project and this project is overseen by Alex Zhu and Yiming himself and they want to launch by end of the month. This definitely puts pressure on us to move fast along with all the other teams. Of course we should not tradeoff our quality of decision but let's find the right balance. I will be heavily involved on this project as well .

Tracy Elizabeth   2022-08-10   17:43:11

TT has had a great reputation so far in the Minor Safety space. I've always been able to standby the product in the face of scholars and child advocates. We are walking away from that luxury.

Sandeep Grover   2022-08-10   17:44:13

we should decide as a team on our recommendation and we should push the product teams on what we want . btw I am aligned that 13+ is high risk. so I will start socializing this right away even while we get our formal recommendation out. we will make everyone aware of our recommendation .. and that could lead to few outcomes still. ppl may override T&S, ppl may slow down or they take our recommendation.



Confidential

TIKTOK3047MDL-090-LARK-03496144

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-090-LARK-03496139-TIKTOK3047MDL-090-LARK-03496144

**BEGATTACH:** TIKTOK3047MDL-090-LARK-03496139

**ENDATTACH:** TIKTOK3047MDL-090-LARK-03496144

**Attachment Count:** 0

**PRODVOL:** MDL-090

**Custodian:** ELIZABETH, TRACY; GROVER, SANDEEP

**File Path:** /TIKTOK3047MDL-090-LARK-03496139.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** B4D254C88C4F89F92DF12466395E7ECE

**DocType:** LARK RENDERING

**Author:**

**Create Date:** 5/8/2022 12:00 AM

**Last Modified Date:** 5/8/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-090-LARK-03496139.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

