# AMENDED Exhibit 678

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



## Key Findings

- **Signups Via Google/Meta Automatically Grant Users an 18+ Experience: 112k L1-Hosted Lives in January.** We suspect many L1 hosts signed up for TikTok via Google/Meta, surpassing the age gate and getting an 18+ experience. The lack of an age gate does not prohibit age-gated features, including hosting lives, sending/receiving gifts, & DMs.
- **Significant Revenue from Gifting: 1 million gifts sent to violating Livestreams in January.** Live's primary line of business is Live gifting. According to our policy, users must be 18+ to send and receive gifts. Roughly 1 million gifts were sent to livestreams that were closed as a result of a violation in January 2022, presenting a PR risk that TikTok is profiting off violations.

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-068-LARK-01048273

**BEGATTACH:** TIKTOK3047MDL-045-LARK-00476009

**ENDATTACH:** TIKTOK3047MDL-068-LARK-01048275

**Attachment Count:** 0

**PRODVOL:** MDL-068

**Custodian:** MAHER, REAGAN

**File Path:** /TIKTOK3047MDL-068-LARK-01048273.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** 6330C2F66AC2BE8FD05DF1C2602A0D40

**DocType:**

**Author:**

**Create Date:** 11/9/2022 12:00 AM

**Last Modified Date:** 11/9/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-068-LARK-01048273.PDF

**Title:**

**DOCEXT:** PNG

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

