# AMENDED Exhibit 680

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**Reagan Maher    2022-04-21    06:14:06**

https://bytedance.feishu.cn/docx/doxcnb2yJfVByaJF5jJFrHIDDMh?from=auth_notice

**Reagan Maher    2022-04-21    06:18:17**

hey Jamie, I just shared my P&C livestream investigation doc with you. We did this in Jan/Feb and everything this Forbes article is addressing are things we already knew - at least on my team (& that are absolutely true). It was elevated to Vanessa the first week of March and then to Shou, Wenjia, & Adam a couple weeks after that. Let me know if there's anything else I can help with on this front - I've been on a crusade to fix this problem for months now and honestly I'm frustrated to not have succeeded before this article. We have a codebook project in the works to identify this type of livestream in order to inform a potential policy decision on it.



**Reagan Maher    2022-04-21    06:20:12**

put simply - senior leaders know about this issue, there are some ongoing projects to fix parts of it, and frankly, I'm hopeful this article puts a fire behind other potential solutions I've been advocating for (like not allowing hosts whose livestreams are closed to cash out the gifts received during the livestream - you'll recall me saying that during the Ukraine scam problem)

**Jamie Favazza    2022-04-21    14:09:36**

Thank you so much! The only silver lining in press like this is that they do tend to spark a fire, so hopefully we can get things fixed sooner. ANd yes I do remember that... sighhh. Thank you again for your comments in the doc as well. Can I ask what types of things i should loop you into going forward since sometimes I'm not quite sure who to go to?

**Reagan Maher    2022-04-21    14:28:09**

anything product/feature related. For example, stories on the new effects feature, new audio trends, the way content is shared across markets

Reagan Maher    2022-04-21    16:53:43

also - this doc has much of the same info in a different format with suggested solutions/status of projects https://bytedance.feishu.cn/docx/doxcnnh1L5720FyPqON9yrui7kd

 Jamie Favazza

Jamie Favazza    2022-04-21    17:15:16

when accounts are removed for having access to features they should not, do we give them a way to appeal?

Jamie Favazza    2022-04-21    17:15:42

ie should we use delete the account or ban the account?

Reagan Maher    2022-04-21    17:16:56

I'm not sure we are deleting or banning any accounts that we learn have features they should not.

Jamie Favazza    2022-04-21    17:17:50

i thought that's what was said in the doc? let me reopen the comment

Reagan Maher    2022-04-21    17:18:08

I think I remember asking a question on that one

Reagan Maher    2022-04-21    17:19:52

I think Rebecca probably can better confirm what's happening there when we find teens are in the wrong experience

 Jamie Favazza

---

Reagan Maher   2022-04-21   20:15:33

[消息已撤回,无法查看内容]

---

Reagan Maher   2022-04-21   20:16:03

[消息已撤回,无法查看内容]

---

Jamie Favazza   2022-04-21   20:20:26

?

---

Reagan Maher   2022-04-21   20:21:31

:) I messaged you about thinking DMs were for 18+ but I confirmed with my own documentation they are indeed 16+

 Jamie Favazza

---

Reagan Maher   2022-04-21   20:22:07

fwiw, we are doing some data investigations on livestream eligibility criteria

---

Reagan Maher   2022-04-21   20:22:13

exploring whether it should be changed

Confidential
TIKTOK3047MDL-146-LARK-07261511

Jamie Favazza   2022-04-21   20:22:44

our content advisory council has strongly encouraged we raise the barriers

Reagan Maher   2022-04-21   20:23:13

I'm aware, that's why we're doing the data analysis - to support Casey's team in determining this



Jamie Favazza   2022-04-21   20:25:12

amazing

Reagan Maher   2022-04-21   22:47:02

by the way , Jamie - is there a lark group around this piece?

Jamie Favazza   2022-04-21   22:47:34

not on this one specifically, no. have been working 1:1 with folks.

Jamie Favazza   2022-04-21   22:47:38

oh

Jamie Favazza   2022-04-21   22:47:55

well i guess we have our US child safety PR one i flagged in (but it's not unique to this issue). should i add you there?

Reagan Maher   2022-04-21   22:48:30

sure, if you don't mind.



Reagan Maher   2022-04-21   22:49:37

I'm not sure that's the right avenue but I'd like to ensure people are aware we could have avoided a lot of this



Reagan Maher   2022-04-21   22:50:11

something I need to think about [无辜笑]

Reagan Maher   2022-09-08   19:36:58

hi Jamie! I recently submitted a speaking request and wanted to follow up to see if it's been approved - not sure who to reach out to so started with you!

Jamie Favazza   2022-09-08   23:48:08

hello! hmm it has not come to me yet - what was it for?

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-146-LARK-07261509-TIKTOK3047MDL-146-LARK-07261513

**BEGATTACH:** TIKTOK3047MDL-146-LARK-07261509

**ENDATTACH:** TIKTOK3047MDL-146-LARK-07261513

**Attachment Count:** 0

**PRODVOL:** MDL-146

**Custodian:** MAHER, REAGAN

**File Path:** /TIKTOK3047MDL-146-LARK-07261509.PDF

**Confidentiality Designation:**

**HASHVALUE:** 3F319E9130800AA0F824A4B6BDCDA237

**DocType:** LARK RENDERING

**Author:**

**Create Date:** 4/21/2022 12:00 AM

**Last Modified Date:** 4/21/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-146-LARK-07261509.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

