# AMENDED Exhibit 684

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# [Minor Safety/Bay Hub] Safety Center Feedback Template

Feedback collection regarding the [ HYPERLINK "https://www.tiktok.com/safety" \h ] redesign

## Overview

- The T&S team will redesign the [ HYPERLINK "https://www.tiktok.com/safety" \h ]. The goal of the redesign is to provide easily accessible **tools** and **resources** to keep our user safe in the TikTok community.

- This redesign will be for global users and families.

- The current Safety Center is not sufficient to meet the needs of our users for several reasons 1) content is not organized in a structured or digestible way that provides real value to the user 2) the information architecture is not scaleable to accommodate our growing Safety offerings 3) the tone, design, and in-app placement does not resonate with our key demographics and related parties (re: parents).

- This will be launched in phases beginning with 1) a global version in English, 2) followed by A+ markets with key pages localized, 3) and finally expanding to all markets.

- For more background: [ HYPERLINK "https://bytedance.feishu.cn/docs/doccnrQCBk280lt8kdcgbmbogA7" \h ]

## Request

- This bi-month (May-June) will be focused on collecting stakeholder feedback (that's YOU!) and finalizing the information architecture (aka how we organize the content).

- We need your team to submit feedback regarding the Safety Center.

- **Deadline to submit feedback is May 20th.**

- We are aware that each team and/or hub has various needs and expertise which we would like to leverage and incorporate into the Safety Center 2.0 in order to make it the best possible resource for our users.

- Please include a POC regarding each piece of feedback in order for the team to follow up accordingly :)

- FYI: A competitive analysis among industry peers has already been completed.

## Feedback

- Here are some suggestions for areas of feedback:
  - What demographics/user groups are most important for your team to reach? What issues are most important to each of these user groups? (i.e. User group: Parents, Important issues for them: Anti-Bullying, Data privacy, etc) Does Tiktok adequately address these topics?
    - We should remember that users are unlikely to read these pages (but I hope we can push them to) but our prime audience here is parents and the media.
    - Safety videos should be imbedded into relevant articles, not a standalone section
  - What information/topics/issues do you wish were present in the Safety Center that are not?
    - We need a very strong landing page that specifically calls out Data Privacy, Minor Safety, Resources for Parents, and Resources for Law Enforcement.
      - A landing page like this will make it clear that we understand the numerous issues across the platform and are addressing them
    - I think this needs to be a lot more 'branded' in terms of the narrative we want to control here.
    - We should create a section for partnerships and updates from PR on Safety Initiatives we're launching. The partnerships section is just logos now and it's really a prime place for us to shine.
      - It feels like the 'Online Safety' section is actually the main hub of information but it is so buried, I thought we just didn't have any of this information after 10 minutes of searching around.
    - I think pointing users to non-profits groups in harassment and bullying is inappropriate. It really isn't a 16 year old's responsibility to reach out to a non-profit to learn more. We have an obligation to be a lot more on top of this and own *our* end of the bargain.
  - What local needs and/or resources are important to incorporate for your team or hub? Are these already present in the Safety Center or do they need to be added?
    - The additional steps to link to our 'other' help center is awkward and really buries information.
    - I would love if we really explored authentic ways to communicate with Minors and help them understand when behavior is inappropriate and should be avoided or reported.
  - Is there anything confusing (content or organization) that should be improved? What's the most frustrating part?
    - There's no hierarchy, as you know. I'd love top-level sections here that different people can click in to:

Confidential
TIKTOK3047MDL-024-LARK-00026666

- Data Privacy
- Parents
- Minors
- Law enforcement

○ What do you wish you could do with the Safety Center that you can't do today? How would your day/job/task be different if you had this?

- No company can reasonably expect minors to read through Help Centers. In my dream world, we would bake important nudges into the product.

○ Does your team currently use the Safety Center for any reason? Please provide examples (i.e. Direct media to Safety Center, etc).

- @Gina Hernandez Here you go :) :)
- [ HYPERLINK "https://docs.google.com/document/d/1SLcaLie8weuJhJMcJXSAaixU7B9zZOZYAY9giYQOarg/edit?usp=sharing" \h ]
- How much of our safety center resources (i.e. Videos and tips) are embedded into the app experience?

○ Particularly important for youth who may not choose to access these tools until something bad happens

○ Could this be part of our onboarding or an "education" series for the best TT experience?

# Thank you!

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-024-LARK-00026665-TIKTOK3047MDL-024-LARK-00026667

**BEGATTACH:** TIKTOK3047MDL-024-LARK-00026665

**ENDATTACH:** TIKTOK3047MDL-024-LARK-00026667

**Attachment Count:** 0

**PRODVOL:** MDL-024

**Custodian:** CLASSEN, AMY

**File Path:** /TIKTOK3047MDL-024-LARK-00026665.PDF

**Confidentiality Designation:**

**HASHVALUE:** AB10D3038499D4485C016FF277CC19AD

**DocType:**

**Author:**

**Create Date:** 5/14/2020 12:00 AM

**Last Modified Date:** 5/14/2020 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-024-LARK-00026665.PDF

**Title:** [MINOR SAFETY/BAY HUB] SAFETY CENTER FEEDBACK TEMPLATE

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

