# AMENDED Exhibit 685

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Reagan Maher和Lennon Duggan的单聊



Reagan Maher    2022-03-21    21:13:41

hello welcome to the team!!! I've had your start date on my calendar for weeks! hahaha

Reagan Maher    2022-03-21    21:14:01

first of all, I am so pumped to hear more about your background - we have a lot in common

Reagan Maher    2022-03-21    21:14:40

I was a Bush appointee [可爱] but don't worry I've turned my political tune QUITE a bit since those 2005 days

Reagan Maher    2022-03-21    21:16:19

anyway, all of that aside, I lead the product exploitation team & I've started building out our monetization data strategy recently. Really excited to have a policy counterpart on board

Lennon Duggan    2022-03-21    21:20:43

Hey! Thanks for reaching out! Looking forward to hear about your background as well.

Lennon Duggan    2022-03-21    21:20:56

What did you do in the Bush admin?

Lennon Duggan    2022-03-21    21:22:13

excited to be here and to jump in to start figuring things out

Reagan Maher   2022-03-21   21:25:21

I was a WH intern first in 2005 and then appointee in the Policy Planning Staff office at State from 2006-2007. Then I transferred to a 3161 role to go to Baghdad as a public affairs officer

Lennon Duggan   2022-03-21   21:25:52

very cool

Reagan Maher   2022-03-21   21:28:23

I'll grab some time w/you later this week!

Lennon Duggan   2022-03-21   21:28:36

awesome

Reagan Maher   2022-03-21   21:31:03

Lennon / Reagan Intro

Reagan Maher   2022-03-29   21:52:21

&lt;p&gt;https://bytedance.feishu.cn/sheets/shtcnX0OlEfXNSqfK5AJ8q4RzLd?from=auth_notice&lt;/p&gt;

Reagan Maher   2022-03-29   21:54:48

US 2022 Election Taskforce

*Forwarded*

> **Reagan Maher** 2022-03-28 18:51:45
>
> POST

Highly Confidential (Competitor)     TIKTOK3047MDL-068-LARK-01048268

# Title: Twitter users blasted emerging TikTok livestream grift

**Text:**

[Country/Region]: Global

[Sentiment]: Negative

[Risk Level]: P2

Livestreams that pit political leaders against each other and watchers vote by writing their names in the chat or by sending coin value gifts to the streamer. It's basically a pay-to-vote popularity contest.

[Risk Alert]: Some users believe that this kind of livestream is a gift bait scam, and similar sentiments might lead to a terrible impression on the content quality of TikTok Livestream.



[Link]:

twitter.com: [Twitter users blasted emerging TikTok livestream grift] (https://twitter.com/abbieasr/status/1507415018647998464)

[For More Information](https://owls.byteintl.net/recorddetails/623ff45a29b6027fadbef25a?project=tns)

sourcekey: ; attachment_id: <aW1nX3YyXzU0MGVlZDBhLTViY2UtNDEzZi04MzdlLTE4Njg5ODM0MDc4Z0Bb5Zu-54mHXUA3MzU2ODgxNTcwMTgxNTc4NzU0QDcwNzA3MjA0NTk4MDA3MjM0NjBANzA4MDIyNTY5MzYwMjE1MjQ3NkAwQGV1X25j>

sourcekey: ; attachment_id: <aW1nX3YyXzU1Yzc5NzkwLWIwZTAtNDc4My1iNDIxLTAzNjVmZWQzNDVlZ0Bb5Zu-54mHXUA3MzU2ODgxNTcwMTgxNTc4NzU0QDcwNzA3MjA0NTk4MDA3MjM0NjBANzA4MDIyNTY5MzYwMjE1MjQ3NkAwQGV1X25j>

**Reagan Maher** 2022-03-28 18:51:46

Happy Monday everyone. Sharing fysa as we think through our election strategies. We are looking into this.

Lennon Duggan   2022-04-11   22:48:03

https://bytedance.feishu.cn/docs/doccn5zEpHJCk29m7mLCwadCbJg

Highly Confidential (Competitor)

Lennon Duggan   2022-04-11   22:54:48

In order for us to help lower tier creators reach meaningful income on TikTok, we would need to create drastic changes in user behavior (e.g. massive adoption of livestreaming or introduction of new products). Even then, Chinese livestream creators likely benefit from scale in their viewership given the much larger population in China, something that US creators may not be able to achieve. To further illustrate this point, we can look at Twitch, which is considered the most advanced in the livestreaming market with gaming. S2 creators on Twitch can expect to earn only $23.91 per month from live gifts (Appendix D), which is also not anywhere near what would be meaningful income for a US creator. Therefore, while Douyin is able to offer meaningful income to its long-tail creators, TikTok may not be able to do so and should perhaps adopt a different creator monetization strategy.

Reagan Maher   2022-04-27   15:51:32

https://www.forbes.com/sites/alexandralevine/2022/04/27/how-tiktok-live-became-a-strip-club-filled-with-15-year-olds/?sh=6970b99062d7

Lennon Duggan   2022-04-27   16:14:44

Ugh

Lennon Duggan   2022-04-27   16:15:05

Has leadership said anything about it?

Reagan Maher   2022-04-27   17:18:52

oh yes, it's as if they can't remember reading our Project Meramec doc

Reagan Maher   2022-04-27   17:19:09

<p>https://bytedance.feishu.cn/docx/doxcnsxXCfNu5MMJjaHRLGLQDvh?from=auth_notice&hash=dbacc6972dfb3e5cf53d3ec44310675b</p>

Lennon Duggan   2022-04-27   17:29:15

That or if they've spent more than 30sec on live

Highly Confidential (Competitor)                                TIKTOK3047MDL-068-LARK-01048270

Reagan Maher   2022-04-27   17:29:32

that's what blows my mind the most

Reagan Maher   2022-04-27   17:29:41

the people working on live apparently don't actually spend anytime on platform

Reagan Maher   2022-04-27   17:32:56

Key Findings

- **Signups Via Google/Meta Automatically Grant Users an 18+ Experience: 112k Lt-Hosted Lives in January.** We suspect many L1 hosts signed up for TikTok via Google/Meta, surpassing the age gate and getting an 18+ experience. The lack of an age gate does not prohibit age-gated features, including hosting lives, sending/receiving gifts, & DMs.
- **Significant Revenue from Gifting: 1 million gifts sent to violating Livestreams in January.** Live's primary line of business is Live gifting. According to our policy, users must be 18+ to send and receive gifts. Roughly 1 million gifts were sent to livestreams that were closed as a result of a violation in January 2022, presenting a PR risk that TikTok is profiting off violations.

Reagan Maher   2022-04-27   17:32:56

honestly though, this was RIGHT UP FRONT for Shou, Wenjia, Adam - in late February

Reagan Maher   2022-04-27   17:33:33

and I've been fighting about fixing this for months with people who didn't think the harms are severe enough [翻白眼]

Lennon Duggan   2022-04-27   17:37:46

right, you mentioned this to me on like day 1 of my being here

Reagan Maher

Highly Confidential (Competitor)                                                                                       TIKTOK3047MDL-068-LARK-01048271

Lennon Duggan   2022-04-27   17:38:01

can't say you didn't tell them

Lennon Duggan   2022-04-27   21:32:19

TIL about #swingtok

Highly Confidential (Competitor)　　　　TIKTOK3047MDL-068-LARK-01048272

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-068-LARK-01048267-TIKTOK3047MDL-068-LARK-01048272

**BEGATTACH:** TIKTOK3047MDL-045-LARK-00476009

**ENDATTACH:** TIKTOK3047MDL-068-LARK-01048275

**Attachment Count:** 0

**PRODVOL:** MDL-068

**Custodian:** MAHER, REAGAN

**File Path:** /TIKTOK3047MDL-068-LARK-01048267.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** 7000463A297CE7DC691F04CFD07B3408

**DocType:**

**Author:**

**Create Date:** 3/21/2022 12:00 AM

**Last Modified Date:** 3/21/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-068-LARK-01048267.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

