# AMENDED Exhibit 689

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



yuyi和Rosie King的单聊

Rosie King   2019-08-23   05:07:18

Yuyi, I have seen you on a number of occasions talk about planning for future safety operations and the optimization of processes. I've been involved in moderation for many years and have always taken a deep interest in understanding why things are done in certain ways and how to improve them. I've previously helped other companies including YouTube with issues relating to user generated content and policy, primarily focusing on safety matters. I joined the company on the 14th of May 2019 and was encouraged to maintain an outsider perspective on issues by Wei Jiang, who had a desire to tackle challenges we are facing. Attempting to understand the approach better, I found myself often discussing existing policies with colleagues and, for a brief amount of time, even going as far as drafting a new-approach framework, which later was discouraged following business changes. I am writing to you primarily to raise some concerns, from both an outside and inside perspective, as I feel that we could be tackling some things better; I ultimately do not have a full overview of existing processes due to the confidentiality surrounding most of them, so may lack data on relevant topics. The root concern is that there is very little to no flow of information within the department, and to other departments. It is difficult to open conversation about concerns as a result, even when regarding a large risk to TikTok as a product and consequently ByteDance as a whole. Escalation of concerns, both process and policy wise, as well as safety in general, currently lead to a lot of dead-ends or non-answers. We do not receive information as to why certain things are happening and it makes understanding current objectives unnecessarily difficult, whilst also stunting ability to further contribute to the company. It is absolutely essential that we collaborate as one, united anti-abuse team, rather than as isolated units - and just as important that we harness the knowledge of our colleagues, both in our department and outside of it, to achieve the most effective outcomes. An example of previously raised, non-addressed issues include concerns about minors appearing in videos; it is the law in all EU countries for users to be age 13-16 depending on the jurisdiction but we currently do not action videos uploaded by obvious minors (as indicated by factors such as behaviour, body development such as hands, and voice) if their face or a large portion of their body is absent from the video; nor do we have permission to action users who proactively state in their user profile that they are under the age required to own an account. Previously in the United States, TikTok/Musical.ly encountered a very similar issue in regards to the collection of minors' data. As a result, a 5.7 million USD fine was issued. In the United Kingdom, the government are introducing new laws to regulate social media with a focus on duty of care to users - with an estimated launch date of September 2020 as per the Online Harms paper. Another example is in direct reference to user safety; upon discovery of an account exhibiting predatory activity, I escalated it to the predator reporting group. The account was banned, however despite the user having saved many inappropriate videos of children, and commenting inappropriately on minors' videos, the user was not escalated to law enforcement or any other group following the message that was given as feedback. In contrast to common practice, YouTube report all content relating to predatory activity (including comments) directly to NCMEC. A different escalation to a content reporting group was in reference to potential forced labour, which wasn't escalated to law enforcement despite signs of distress due to a lack of violence in the footage and the same type of shoes being worn by the abusers and the victim. Despite pursuing this case multiple times following the initial escalation, no further action has been taken. There is no system to take cases further after rejection, which is worrying. A few weeks ago, Wei Jiang routed a suggestion of mine to another team in regards to the visibility of the reporting button. The reporting button is currently within the sharing options, which is unusual as sharing content has positive connotations, rather than the negative idea surrounding reporting something for being abusive. The reporting option was listed on the far right

of the sharing options which meant it had to be scrolled-to in order to be found; moving the reporting button to the furthest left position even within the sharing options increased reporting volume by 39%. I feel that we as a department could advocate for improvements that put safety first, such as making the share arrow a 'dot menu' to indicate 'more options' rather than just sharing, or alternatively advocating for the reporting option to be visible to users at a 'top level', similarly to sharing and liking. Safety focused updates such as this have the knock on effect of increasing reporting volume by showing users that the reporting option exists, and also helping improve public relations by showing we are taking safety more seriously. Due to there being little communication between people within and outside of the department, things like this wouldn't have been possible within usual means. If we want to make more positive changes like this with users in mind, communication and collaboration are key. Ultimately, the platform has a negative reputation in regards to user safety, especially involving minors, which is something that we could help improve with a more proactive approach. Achieving this requires good communication, which we as a team are more than capable of - if we are encouraged to do so. Thank you for your consideration and time. Rosie King

---

**yuyi**   2019-08-23   05:14:38

Thank you Rosie for your feedback. Please allow me some time to read thru and get back to you. Appreciate your message.



---

**Rosie King**   2019-08-23   15:42:43

Thank you. Apologies for any confusion that may come with this.

---

**Rosie King**   2019-08-23   15:43:29

I do not feel that anyone is doing anything wrong, just that there are ways that we could tackle certain challenges more effectively.

---

**yuyi**   2019-08-23   15:51:42

I appreciate feedbacks, from inside or outside of the team. I will get back to you early next week and see if we can get on the same page.



yuyi    2019-08-29  15:06:14

Hi Rosie, sry for my belated reply. First of all, I want to thank you again for writing this message. Second, lemme address some of your concerns. 1) We do remove accounts when we find solid evidence of underage users. The identification process is heavily relying on a number of specific measures and is not necessarily relying on CCM moderation. We have a team in scaled operation to action on users that claim to be underage, and we are actively work with our legal team to study the law and regulations in UK to be compliant and to provide care to our users. I think indeed that we can do it better by allowing you to forward accounts that you encountered in CCM moderation to the scales operations. 2) We work with NCMEC for a long while and also with other law enforcement. If you have concerns regarding a specific type of case, please feel free to contact Zhangchi and Huashanshan with cases for them to evaluate whether those should be reported to any authorities - they will work with the legal team to find out. 3) The reporting is under redesigning and safety team is working on optimizing it. Last but not least, I do hope to understand concerns from people that care. That's how we can be better. It is unfortunate but necessary, however, that teams might have different priorities regarding the specific tasks to together achieve the same goal of assuring the safety of our community. And I hope you are ok if I share some of your comments with the teams that are working on relevant specific issues. Lemme know.

 Rosie King

Rosie King    2019-08-27  15:04:55

Thank you. I would appreciate that. It's difficult to understand how things piece together without insight into what is happening elsewhere. I understand that I don't have a full picture; the reason I approached you is because both I and another colleague believed you would be the most appropriate person to talk to. I will get in touch with Zhangchi and Huashanshan soon about the examples. Thank you for helping with this, as it has been rather difficult to seek any further investigation around.

 yuyi

Rosie King    2019-11-11  16:51:03

I would like to request a meeting with you if possible.

Rosie King    2019-11-11  16:52:15

[消息已撤回，无法查看内容]

Rosie King  2019-11-11  16:55:54

[消息已撤回,无法查看内容]

yuyi  2019-11-11  17:16:18

Hi Rosie, thanks for reaching out. My stay in London is pretty much booked by meetings but happy to catch up. Can I understand you proposed agenda so I can find the best time to fit it? Thanks

Rosie King  2019-11-11  17:20:50

I have safety concerns still. Just a little over 24 hours ago for example a 13-14 year old had her nudes leaked. I 'reported' using the option and escalated it to predator + sexual reporting group, 23 hours later nothing was done still so I just had to get a colleague to VTS it whilst waiting for them to do something. There are accounts reuploading it and saving it. There are people requesting it in comments. The ban one of the uploaders got, as far as I am aware, is 1 week. And then I still have concerns about child safety procedures in general and emergency response, as things usually take a long time or result in ineffective action. A predator I reported and had banned several months ago for example appears to have made more accounts. I was also told at some point not to escalate allegations of predatory activity from social media to the relevant teams for investigation.

Rosie King  2019-11-11  17:21:16

I feel that in this area we are severely lacking and it concerns me greatly.

Rosie King  2019-11-11  17:22:16

I attempted to ask about procedure at some point and I was told that for "complicated reasons" it cannot be explained. I would also like to request insight into this.

yuyi  2019-11-11  17:40:27

Can I have the VID of the child naked video that you reported in the group? So That I can track what happened?

Confidential                                                                                                          TIKTOK3047MDL-066-LARK-00942351

**Rosie King**  2019-11-11  17:40:34

I've been told by a colleague that this has now been passed to the US team, however the concern remains as it shouldn't have happened initially and the spread should have never gotten so large, nor should intentional harassment of a minor using illegal material ever be met without maximum action

---

**Rosie King**  2019-11-11  17:40:37

yeah one moment.

---

**Rosie King**  2019-11-11  17:41:00

TikTok Predators & Sexual Reporting

*Forwarded*

> **Rosie King** 2019-11-10 15:52:32
>
> uids: [REDACTED - SCA] Please check for others, as it appears these are bullying accounts targeting user [REDACTED - SCA] Would suggest *banning the device*, as they are distributing the nude(s)? of the targeted user (minor) in a frame of uploaded videos; see [REDACTED - SCA] and others for examples.

> **Rosie King** 2019-11-10 15:55:05
>
> additional [REDACTED - SCA] - one of the accounts that also has uploaded the video, handle appears in the corner of one of the reposts

> **陈荣** 2019-11-11 02:02:33
>
> @Rosie King uids: [REDACTED - SCA] is clearly a bully account, already ban permanently. @Rolando Vega Could you take a look at those US user? UID [REDACTED - SCA] UID [REDACTED - SCA]

---

**yuyi**  2019-11-11  17:42:12

Let me follow up on what happened

Rosie King 2019-11-11 17:42:48

Rosie King和Michael McGehee的会话记录

*Forwarded*

**Rosie King** 2019-11-11 13:50:06

mike

**Rosie King** 2019-11-11 13:50:52

sorry to bother and yes I'm at home but the response speed of CST is just not working. nudes of a minor have got thousands of shares

**Michael McGehee** 2019-11-11 13:52:23

on TikTok?

**Rosie King** 2019-11-11 13:52:36

yes

**Michael McGehee** 2019-11-11 13:52:42

do you have a handle or something

**Rosie King** 2019-11-11 13:52:56

> **REDACTED - SCA**

**Michael McGehee** 2019-11-11 13:55:54

I VTS'd the video

**Michael McGehee** 2019-11-11 16:53:30

Thanks for raising this Abeer is bringing it to the attention of the US safety team, we've collected the VIDs and UID's of those involved, I'll let you know if I hear anything back about it

**Rosie King** 2019-11-11 17:44:46

My main concern here is that in every situation so far where an escalation with some urgency has occurred, the response time has been minimum several hours; we don't have a way of dealing with content like this or with a risk to life urgently in certain times.

**Rosie King** 2019-11-11 17:46:09

I have similar concerns to the procedures relating to the reporting of predatory activity as it seems only very severe cases are ever sent to NCMEC and those would tend to warrant direct escalation to law enforcement in the relevant region. As far as I am aware the standard procedure with NCMEC and the IWF is to send all predatory content even if a single comment to them, so they can piece things together if it isn't enough for an immediate report.

**Rosie King** 2019-11-11 17:46:34

At least that is my understanding from past interactions with YouTube Trust and Safety + CST before coming here

**Rosie King** 2019-11-11 17:50:03

as the video had handles in the corner from reposting it had been shared in multiple places. I don't have the ability to search user IDs from handles or anything of that matter, so there are undoubtedly more accounts involved than those just listed.

**yuyi** 2019-11-11 17:57:38

1) for NCMEC and law enforcement practice, i am not sure if every comment will be sent to them - we have worked them closely and we can reconfirm but thats not our understanding; 2) for repeatedly uploaded child sexual content, we should use hash to stop reposting - i will talk to the engineering team. Pls allow me some time to follow up on the specific case you reported in the group

**Rosie King** 2019-11-11 17:58:00

Thank you

Rosie King    2019-11-11   17:58:23

I asked Mike about if there's hashing earlier but I don't think he's aware of such methods, it's good to know that we have it

Rosie King    2019-11-11   17:59:29

I am concerned about the situations in which things are escalated to them because in the past they were reluctant to do so, as they have always said when they have reported something so it seemed a bit inconsistent if it were

Rosie King    2019-11-11   18:01:39

with obvious cases in regions other than the US I feel that direct escalation to law enforcement in addition to sending to ncmec may be faster as it would save time on their end processing. Not sure how long it takes them to deal with content but some things will almost always need reporting to the police and with duty of care legislation coming in the UK for September 2020 it would be beneficial to get a direct relationship with law enforcement

Rosie King    2019-11-11   18:02:26

I'm sure there are reasons for why things are done the way they are and I would like the opportunity to hear and understand them if possible in the future.

Confidential

TIKTOK3047MDL-066-LARK-00942355

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-066-LARK-00942348-TIKTOK3047MDL-066-LARK-00942355

**BEGATTACH:** TIKTOK3047MDL-066-LARK-00942348

**ENDATTACH:** TIKTOK3047MDL-066-LARK-00942355

**Attachment Count:** 0

**PRODVOL:** MDL-066

**Custodian:** FU, YUYI

**File Path:** /TIKTOK3047MDL-066-LARK-00942348.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 8/23/2019 12:00 AM

**Last Modified Date:** 8/23/2019 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-066-LARK-00942348.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** SCA

