# AMENDED Exhibit 690

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Exhibit 24 2.5.25 mlr

exhibitsticker.com

# Document Produced As Native

Confidential TIKTOK3047MDL-028-00807135

TikTok Trust & Safety
Product Features
A Competitive Analysis
Make Your Day
TikTok
Make Your Day
Make Your Day
Thing 1
Thing 2
Thing 3
Thing 4
Thing 5
Thing 6
Make Your Day
Line Chart
02
Make Your Day
Make Your Day
Key Features
An endless stream of customized videos.
Personalized
Make Your Day
Our Personality
Thanks
China
Flow



# Competitor platforms offer varying online tools and educational resources.



# Competitor platforms offer varying tools and educational resources.



## Slide 1

1 Maybe we can compare several different areas, each with a slide: 1) reporting and tools; 2) in-app educational efforts. For that category, we should look at the efficacy of what is offered. TT's safety videos are superb but never shown. Other platforms may not have education efforts that resonate with users. 3) External programs that support online safety goals
JEFFREY COLLINS; 5/10/2020 11:55:49 PM

2 I'd start with an in-app comparison of tools and things companies do. Easy/intuitive reporting button/ability? TT's is horrible. Not sure others are much better. If we want to be serious about safety and give our words some credence, we need to allow people to easily report problems. We also should select other key things to compare across platforms, such as: family pairing; age-unlocked features; easily customizable/intuitive safety tools (maybe there is a grade for each platform and the utility of their various safety tools; I'm not so sure our laundry list of options is effective). I'd also include here nudge/rethink features.
JEFFREY COLLINS; 5/13/2020 6:37:49 PM

1 Hi team, there's been so good work on this done by Strategy that can be found here and perhaps better synthesized in a chart for this deck:

https://bytedance.feishu.cn/docs/doccniXqtQENFgwSmk2Sa3va2Be#BpPx2g
Amy Classen; 5/13/2020 6:37:49 PM

# Competitor platforms offer varying tools and educational resources.

1

| | TIKTOK | SNAPCHAT | YOUTUBE | INSTAGRAM |
|---|---|---|---|---|
| DIGITAL CITIZENSHIP | Safety Videos | Mental health, all in platform awareness, blog posts, in feed campaigns | Be Internet Awesome - online curriculum for K-3<br>CS First<br>Used to have a Road Show in schools (expensive, didn't scale) | Own Department - Online learning resources developed with Berkman Klein Center<br>It's a small part of Berkman Klein's recommended skills |
| MEDIA LITERACY | Partnering with NAMLE and Poynter - launching video campaigns in May/June | | Added a media literacy strand to Be Internet Awesome<br>Funded Mediawise (one time)<br>Helped launch this curriculum out of Stanford<br>YouTube Series | Journalism Project<br>Provided 2 million to support the project at Pen America, the digital literacy library (shared above), and News Collab - mostly targets adults.<br><br>Funding Mediawise |
| ONLINE SAFETY | Family Pairing (new) | Support in SF<br>A big focus on Mental Health | Be Internet Awesome<br>Google Roadshow (elementary) | Short term initiative with InspirED (Yale Center for Emotional Intelligence) - three year commitment and now Yale runs this program.<br>Also, point people to Digital literacy center |
| IN-APP SAFETY | Reporting tools and safety center guidance on privacy, reporting, blocking, & community guidelines | Reporting tools and safety center guidance on privacy, reporting, blocking, & community guidelines | Reporting tools and safety center guidance on privacy, reporting, blocking, & community guidelines | Reporting tools and safety center guidance on privacy, reporting, blocking, & community guidelines |

## Slide 1

| | |
|---|---|
| 1 | If these all have the same findings, we may be able to find a different way to communicate that and delete from the table...<br>Tracy Elizabeth; 5/11/2020 11:56:26 PM |



1. Facebook and Google's 2 million funding to media literacy is industry leading.

2. Most of the funding goes to groups composed of journalists, free speech advocates, and policy writers (not much to educators or education groups).

3. Twitter and Instagram have done very basic research on nudge technology. It has not been far reaching or impactful and no public data has been shared on their actions.

4. There are a lot of groups in the US that are building curriculum, regionally, to educate and empower youth to use media to find their voice and tell their story. This is also happening in India, EU, Africa and many other countries.



# Action

“

**Rather than create another Media Literacy Curriculum, TikTok can support regional groups who are teaching young people how to create content and tell stories.**

“

**This approach is echos recent research on the perception of relationships, exploitation, bullying, and harassment through media literacy.**

“

TikTok can then **showcase our users’ creations, as outcomes** of our Media Literacy efforts, on the platform and on our website.

Support Creativity. Spread Joy.

Thanks



# Appendix

Extra documents and info.

ary (For TikTok Only)

eps

oderation Efforts Analysis

alysis

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-028-00807135

**BEGATTACH:** TIKTOK3047MDL-028-00807135

**ENDATTACH:** TIKTOK3047MDL-028-00807135

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-028

**Custodian:** AMY CLASSEN

**File Path:** /NATIVES/NATIVE003/TIKTOK3047MDL-028-00807135.PPTX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 68A72F3D16ADBD4557A46DB2A7EBCC3E

**DocType:**

**Author:** TRACY.ELIZABETH@BYTEDANCE.COM

**Create Date:** 5/10/2020 12:00 AM

**Last Modified Date:** 5/13/2020 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** COMPETITIVE ANALYSIS - T&S PRODUCT FE_1GKLXPOAYVPZ31HAYDDC_NXPW0SWOKNBHDEQ9NZ8T0Q0.PPTX

**Title:**

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** N

**REDACTION TYPE:**

