**AMENDED Exhibit 6**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

CONFIDENTIAL

Page 22

```
 1                  ------------
 2              ADAM S. MOSSERI,
 3           having been duly sworn,
 4           testified as follows:
 5                  ------------
 6                  EXAMINATION
 7                  ------------
 8   BY MR. RAVIPUDI:
 9        Q.     Good morning.
10        A.     Good morning.
11        Q.     Please state your full name for
12   the record.
13        A.     Adam Solomon Mosseri.
14        Q.     And you're the head of
15   Instagram?
16        A.     I am.
17        Q.     And as the head of Instagram,
18   you're in charge of all of the operations?
19        A.     Yes.  I'm in charge of the
20   product teams, the design teams, some of the
21   business teams, which is a word we use to
22   describe partnerships, comms and marketing.
23   But some of the work that we do is built on
24   the foundations of core teams at Meta.
25        Q.     And so you're in charge of
```

CONFIDENTIAL

Page 23

1    deciding issues relating to products?

2          A.     Primarily, yes.

3          Q.     Okay.  And we're here taking a

4    deposition today as part of a lawsuit against

5    Meta.

6                 You understand that?

7          A.     I do.

8          Q.     And you understand you're under

9    oath?

10         A.     I do.

11         Q.     That oath is under penalty of

12   perjury?

13         A.     I understand.

14         Q.     Have you ever given your

15   deposition before?

16         A.     I've given depositions before,

17   but not around this specific set of issues.

18         Q.     When is the last time you sat

19   for a deposition?

20         A.     It was -- so it was about two

21   years ago.  What is it, 2025 now, so I'd say

22   roughly two years ago.

23         Q.     Okay.  Do you understand the

24   rules of the deposition?

25         A.     I believe so.

CONFIDENTIAL

Page 30

1          A.      I try my best to be.

2          Q.      So that's a yes?

3          A.      It's I try my best.  I'm sure

4    I've made mistakes at times, but I also try

5    to correct my mistakes when I make them.

6          Q.      Okay.  Instagram is a social

7    media platform?

8          A.      You could call it that, yes.

9          Q.      Is that what you call it?

10         A.      We talk about it as a platform.

11   We talk about it as a place where people can

12   connect with friends and explore their

13   interests.

14         Q.      Do you call it a social media

15   platform or is it some other moniker?

16         A.      We don't usually refer to it as

17   any specific moniker, but I don't take issue

18   with calling it a social media platform.

19         Q.      Okay.  Do you call it an app?

20         A.      Often.

21         Q.      Is Instagram typically accessed

22   through smartphones?

23         A.      Most of how Instagram is

24   accessed is through smartphones, yes.

25         Q.      Same with Facebook.  That's

CONFIDENTIAL

Page 31

1    another social media app?

2         A.      Yes, most of how people access

3    Facebook is via smartphones, but they also

4    access it through what we call feature

5    phones, so less sophisticated phones, and

6    through the web.

7         Q.      So it's a social media

8    platform?

9         A.      Yes.

10        Q.      Instagram is an advertising

11   business?

12        A.      The primary way we make money

13   is through advertising, so yes.

14        Q.      Instagram has competitors?

15        A.      Yes.

16        Q.      YouTube?

17        A.      One of them.

18        Q.      TikTok?

19        A.      Certainly.

20        Q.      Snapchat?

21        A.      Yes.

22        Q.      Any others?

23        A.      Yeah, we compete with messaging

24   apps.  Actually, the primary way people share

25   on Instagram is through messaging, so even if

CONFIDENTIAL

Page 109

1           Go ahead.
2       A.      I'm not an expert in
3   well-being, but it's not our goal for
4   business reasons.
5   BY MR. RAVIPUDI:
6       Q.      Just for business reasons,
7   focusing on teen time spent is not a good
8   goal?
9       A.      I don't think focusing -- I
10  don't think goaling on teen time spent is
11  good for the business for a variety of
12  reasons.
13          MR. RAVIPUDI:  Okay.  Let's put
14      next -- Exhibit 8 is 1728.
15          (Whereupon, Meta-Mosseri-8,
16      E-mail(s) re: Teens Strategic Focus H1
17      2017, META3047MDL-003-00172008 -
18      META3047MDL-003-00172040, was marked
19      for identification.)
20          THE WITNESS:  Thank you.
21          (Document review.)
22  BY MR. RAVIPUDI:
23      Q.      So if you look at page 1, you
24  see this was an e-mail sent to you?
25      A.      It looks like ████  ██████

CONFIDENTIAL

Page 110

1    forwarded an e-mail to me that he had sent to

2    a number of other leads across the country.

3        Q.      Right.  So this is an e-mail

4    that was sent to you on November 9th, 2016?

5        A.      The forward, yes.

6        Q.      Yeah.

7                And then what it forwards is an

8    e-mail sent to others within Meta?

9        A.      Yes.

10        Q.      And you see on the Tuesday,

11    November 8th, 2016 forward, second sentence:

12    Mark has decided that the top priority for

13    the company is -- in 2017 is teens.

14                Do you see that?

15        A.      I do.

16        Q.      And has asked the teens team to

17    coordinate planning and execution of a

18    strategic focus on teens in H1.

19                Do you see that?

20        A.      I do.

21        Q.      H1 means?

22        A.      The first half of the year.  We

23    divide the year into two halves, Half 1 and

24    Half 2.

25        Q.      And then attached here is a

Page 111

1    slide deck.

2              Do you see that on page 4?

3         A.    Yes.

4         Q.    And just going back to the

5    e-mail on page 2 -- sorry about that.

6         A.    No problem.

7         Q.    Do you see the bold and

8    underlined:  How the H12017 Teens Strategic

9    Focus will work.

10              Do you see that?

11        A.    Sorry, is that on page 1?  Are

12   you sure?

13        Q.    Page 2, I'm sorry.

14        A.    Okay.  I was just going to say,

15   I was -- I thought something was wrong with

16   me.

17              How the H12017 Teens Strategic

18   Focus will work.  I see that, yes.

19        Q.    Then can you read the second

20   sentence?

21        A.    The Teens team has a pool of --

22        Q.    No, the second sentence in

23   line 1, sorry.

24        A.    Sorry.  I went to the second

25   bullet.  Apologies.

Page 112

1            Our overall company goal is

2    total teen time spent, which is MAP times MAP

3    over -- so monthlies over dailies times time

4    spent over dailies.  Sub-goal -- sorry I

5    should stop.

6        Q.    So MAP is?

7        A.    Monthly active people.

8        Q.    And DAP?

9        A.    Daily active people.

10       Q.    TS?

11       A.    Time spent.

12       Q.    And then you see -- so you saw

13   there where it says the company's overall

14   goal is total teen time spent?

15       A.    I see that.

16       Q.    And then if you go on and you

17   go to the slide deck now on page 4, it says

18   it's a Teens Strategic Focus?

19       A.    Sorry, I'm struggling with the

20   numbers.  Can you give me the slide number?

21   It might be easier.

22       Q.    It's the cover page of the

23   slide.

24       A.    Oh, sorry.

25             MS. JONES:  Are you referring

CONFIDENTIAL

Page 113

```
 1          to the thing -- at the top.  He's
 2          looking at the numbers at the top.
 3          A.      Oh, I was going to say I'm
 4  looking at two different page numbers that
 5  are different.  Apologies.
 6  BY MR. RAVIPUDI:
 7          Q.      Yeah, so in the upper right,
 8  the .4?
 9          A.      I'm happy to go with whatever
10  number you like as long as -- so we'll do
11  upper right.
12          Q.      Fair.
13          A.      Yes, you asked if I saw that it
14  says 2017 Teens Strategic Focus.
15          Q.      And there's a team within Meta
16  called the Teens team?
17          A.      I believe so.
18          Q.      And that Teens team is focused
19  on teen growth?
20          A.      I believe that team was within
21  the Facebook app, and they were focused on
22  what we would call product market fit, so
23  making sure that we're creating something
24  that resonates with teens.  Growth would be
25  one way they measure that.
```

CONFIDENTIAL

Page 114

1         Q.    And the 2017 -- what's a
2    top-line goal?
3         A.    An important goal.
4         Q.    Okay.  If you go to .8.
5         A.    I'm there.
6         Q.    Do you see the 2017 Top-Line
7    Goal?
8         A.    That's the name of the slide,
9    yes.
10        Q.    Yep.  The strategic goal is
11   time spent share, right?
12        A.    Yes.
13        Q.    And aggregate total time spent
14   is the operational metric?
15        A.    Yes.
16        Q.    So would you agree, in 2016,
17   Meta's overall goal was teen time spent?
18             MS. JONES:  I'm going to object
19        to form and to characterization of the
20        document.
21             You can answer.
22        A.    I believe -- did you mean to
23   ask for 2017?
24   BY MR. RAVIPUDI:
25        Q.    Yes.

Page 115

1              MS. JONES:  Same objection.

2        A.       Yes, Mark is suggesting that

3    teen time spent be our top goal in 2017.

4    BY MR. RAVIPUDI:

5        Q.       You're not here to dispute that

6    that was the top-line goal in 2017?

7        A.       I don't know that we ever had

8    one top-line goal, but it's certainly

9    something that we cared about, as I said

10   before, an important goal in 2017.

11             MR. RAVIPUDI:  Can we have

12        1190.

13             THE WITNESS:  Is that another

14        exhibit?

15             MR. RAVIPUDI:  Yeah.

16             THE WITNESS:  Going on to

17        number 9?

18             MR. RAVIPUDI:  Exhibit 8 -- or

19        9.

20             MS. JONES:  9.

21             MR. RAVIPUDI:  Thank you.

22             (Whereupon, Meta-Mosseri-9,

23        E-mail(s) re: Teens and News Feed

24        Alignment, META3047MDL-003-00134794 -

25        META3047MDL-003-00134796, was marked

Page 123

1      A.      Well-being is too complicated a
2  thing to be quantified as one metric.
3      Q.      Is problematic use a metric at
4  Instagram?
5      A.      I don't know of a specific
6  problematic use metric.  I do think -- no, I
7  don't know of a specific way to quantify
8  problematic use as one metric.
9      Q.      Is social media addiction a
10 metric at Instagram?
11     A.      I don't think social media is
12 addictive.  I don't think it's possible to
13 quantify addiction in a metric.
14             MR. RAVIPUDI:  Okay.  Let's go
15        to P-155.
16             (Whereupon, Meta-Mosseri-11, IG
17        Growth Onboarding - █████ ███████ ,
18        META3047MDL-019-00120925 -
19        META3047MDL-019-00120937, was marked
20        for identification.)
21             THE WITNESS:  Thank you.
22 BY MR. RAVIPUDI:
23     Q.      Do you know who ██████ ████████
24 is?
25     A.      I don't remember ███████ name

CONFIDENTIAL

Page 124

1    off the top of my head, I'm sorry.

2          Q.      IG is Instagram?

3          A.      Yes.

4          Q.      Growth, is that a team within

5    Instagram?

6          A.      There's a team in Instagram

7    that focuses on growing Instagram.

8          Q.      And here you see on this

9    document, it's an August 2021 document?

10         A.      Where does it say that, by the

11   way?

12         Q.      That's based on the information

13   provided by your counsel to us.

14         A.      So sorry, say again, August of

15   '21?

16         Q.      Yes.

17         A.      Thank you, sir.

18                 MS. JONES:  Counsel, could I

19           just ask you, do you have a basis for

20           saying that Mr. Mosseri would have

21           received this document just in light

22           of the parties' stipulation with

23           respect to highly confidential

24           documents being used with witnesses

25           who have not otherwise received them?

Page 125

1          MR. RAVIPUDI:  Apex deposition,
2      the agreement was we could use any
3      documents with this witness.
4          MS. JONES:  With notice three
5      days in advance.  Were we given notice
6      of this document?  If not, we object
7      to the use of the document because
8      it's not consistent with the
9      stipulation that we have.
10         MR. RAVIPUDI:  We can talk
11     about that off the record or do we
12     need to talk about that on the record?
13         MS. JONES:  We're going to
14     object to questioning on the document
15     until we clarify that point.  So maybe
16     you can come back to it once we've
17     talked about it.
18  BY MR. RAVIPUDI:
19     Q.    In -- you can put the document
20  down.  That's fine.
21     A.    Sure.
22     Q.    In 2021, was Instagram
23  concerned about US teen growth?
24     A.    We care about growth in the US
25  of teens in 2021, as we do care about growth

CONFIDENTIAL

Page 126

1    of teens in the broader population in every

2    country.

3            Q.      Teen growth in the US is a

4    metric at Instagram?

5            A.      Yes, we can measure

6    approximately how many teens use Instagram,

7    and we do keep -- we do look at that metric.

8            Q.      Total teen time spent is a

9    metric at Instagram?

10           A.      It's not a metric that we goal

11   on, but I'm sure it's a metric -- it's a

12   piece of data that we can look up.

13           Q.      DAP of teens is a metric at

14   Instagram?

15           A.      DAP would be how many -- teen

16   DAP would be how many teens use Instagram in

17   a given day, and that is another piece of

18   data that we can look at.

19           Q.      And MAP of teens is a metric at

20   Instagram?

21           A.      It is another piece of data

22   that we can look at.

23           Q.      And would the decline of US

24   teen growth constitute an existential threat

25   for Instagram?

CONFIDENTIAL

Page 127

1         A.       I think if US teens were using
2     Instagram less, that would be a big concern
3     for Instagram because it would be a signal
4     that other people will probably use Instagram
5     less over time.
6         Q.       So it would be an existential
7     threat?
8                  MS. JONES:  Objection, asked
9         and answered.
10        A.       It would be a big risk.
11    BY MR. RAVIPUDI:
12        Q.       And that's something that
13    Instagram does not want, is to lose -- have a
14    reduction in teen growth?
15        A.       We believe that how many people
16    use Instagram is a signal of how much value
17    we're creating, so we do not want to see
18    people using the platform less over time.  Or
19    I should say less people -- you said growth.
20    So people using Instagram less over time.
21                 MR. RAVIPUDI:  610.
22                 (Whereupon, Meta-Mosseri-12,
23        E-mail(s) re: Instagram Update -
24        9/11/23, META3047MDL-031-00078723 -
25        META3047MDL-031-00078725, was marked

CONFIDENTIAL

Page 229

1    of Direct Messaging on Instagram.

2                    MR. RAVIPUDI:  Let's look at

3           1576.  Exhibit 20.

4                    (Whereupon, Meta-Mosseri-20,

5           E-mail(s) re: Message scanning,

6           META3047MDL-040-00215891 -

7           META3047MDL-040-00215895, was marked

8           for identification.)

9                    THE WITNESS:  Thank you.

10                   (Document review.)

11   BY MR. RAVIPUDI:

12         Q.     This is an e-mail chain started

13   on August 15th, 2018 by you with Guy Rosen,

14   ███████████  and then it goes through

15   August 30th, 2018?

16         A.     August 15th to 30th, 2018, yes.

17         Q.     It's talking about Instagram

18   Direct Messaging and the bad things that can

19   happen on it?

20         A.     I think it's specifically

21   about -- I'm ramping up on Instagram, so I'm

22   still new.  I'm not the head of Instagram

23   yet.  It starts with me asking about two

24   things, message scanning, which integrity

25   problems do we use it for, and two, do we

Page 230

1    have yet a list of policies for messaging for
2    integrity problems.
3            Q.    So as you're getting up to
4    speed, you look at page 1 here, and Guy Rosen
5    explains to you how Instagram Direct
6    Messaging can work.
7                Do you see that?
8            A.    I don't think he's explaining
9    how Direct Messaging can work, no.  Are
10   you -- is that what you meant to ask?
11           Q.    Yeah.  He's talking about an
12   example of how the messaging can work?
13               MS. JONES:  I'm sorry, Counsel.
14       Was that just a question?
15               MR. RAVIPUDI:  Yes.
16               MS. JONES:  Okay.
17           A.    I'm just reading.
18               MS. JONES:  Let me object to
19       the form and asked and answered.
20           A.    I think he's talking about not
21   how DMs work in general or how messaging
22   works in general, but he's talking about how
23   a negative experience can happen in
24   messaging.
25               ///

CONFIDENTIAL

Page 231

1    BY MR. RAVIPUDI:

2         Q.     In messaging?

3         A.     Yes.

4         Q.     Right.

5                And that would be Instagram

6    Direct Messaging would be one of those,

7    correct?

8         A.     Yes.  My whole question that I

9    kicked off this e-mail for was trying to

10   understand the state of our safety tooling in

11   the context of Instagram messaging.

12        Q.     And so the example he gives is

13   someone looks me up on Instagram/Facebook,

14   because I'm a cute girl, sends me a message,

15   or even a friend request, and we start

16   messaging.

17               Do you see that?

18        A.     I do.

19        Q.     And then he says:  That is

20   where all the bad stuff happens.

21               Do you see that?

22        A.     I do.

23        Q.     From less bad, Tier 2 sexual

24   harassment, like dudes sending dick pics to

25   everyone.

Page 232

1                    Do you see that?
2          A.        I do.
3          Q.        That's bad stuff?
4          A.        Yes.
5          Q.        To Tier 1 cases where they end
6     up doing horrible damage.
7                    Do you see that?
8          A.        I do.
9          Q.        Tier 1 cases, what are those?
10         A.        I don't have specific examples,
11    but it sounds pretty horrific.
12         Q.        And he uses the word "horrible"
13    in there?
14         A.        He does.
15         Q.        But dudes sending dick pics to
16    cute teen girls, is that horrible too?
17         A.        It is.
18         Q.        And that would all be the bad
19    stuff that he's talking about that happens?
20         A.        He -- these would be different
21    types of bad things that could happen in
22    messaging.
23         Q.        And that's not something
24    that -- strike that.
25                    MR. RAVIPUDI:  Let's go to clip

CONFIDENTIAL

Page 233

1          34.

2                    MS. JONES:  Is this Exhibit 21,

3          just for the record?

4                    MS. HUDNALL:  Yeah.

5                    MS. JONES:  Okay.  Got it.

6          Thank you.

7                    (Whereupon, Meta-Mosseri-21,

8          Media File, Armchair Expert Podcast

9          Excerpt, was marked for

10         identification.)

11   BY MR. RAVIPUDI:

12         Q.     Exhibit 21, this is from that

13   March 13th, 2020 Armchair Expert podcast.

14         A.     What was that?

15         Q.     Have you seen this podcast?

16   You remember this?

17         A.     I remember this, yes.

18                    MR. RAVIPUDI:  You can play it.

19                    (Whereupon, the media was

20         played in the deposition room.)

21   BY MR. RAVIPUDI:

22         Q.     That's an accurate statement?

23         A.     Yes.

24         Q.     And so these -- what's

25   reflected here as an example by Guy Rosen on

CONFIDENTIAL

Page 234

1    Exhibit 20 is something that's not monitored?

2          A.      Not necessarily.  So we do

3    actually scan direct messages for known

4    instances of child exploitative imagery, but

5    we do not scan direct messages or private

6    direct messages for everything.  We're trying

7    to balance people's interest in privacy and

8    not wanting us to scan everything with our

9    interests in safety.

10         Q.      And so the example of a teen

11   getting transmitted a dick pic from an adult

12   is not something that would be monitored by

13   Instagram?

14         A.      I think now we have nudity

15   control where I believe we use a client-side

16   classifier to try to understand and block --

17   or block out something like that.  So that

18   would be a form of monitoring, or you could

19   call it a form of monitoring.

20               I don't remember exactly what

21   year we implemented that.

22         Q.      As of February of 2020, that

23   was not in existence?

24         A.      I don't know.

25         Q.      In August of 2018, that was not

CONFIDENTIAL

Page 235

1    in existence?

2          A.      I don't believe so, but as you

3    can see from this e-mail, I was ramping up on

4    what was in existence.

5          Q.      In August of 2020 -- sorry.

6    In -- strike that.

7                  In February of 2020, did

8    Instagram notify the public or parents that

9    Direct Messaging where adults can send dick

10   pics to their minor children is not something

11   that's being monitored?

12                 MS. JONES:  I'm going to object

13        to the form and the characterization.

14                 You can answer.

15         A.      I don't remember when we

16   implemented the nudity filter.  That was

17   client side.  Client side just means on the

18   phone.  It might have been around that year

19   or it might have been after that year.

20                 Certainly when we announced

21   that feature, which we did very publicly, it

22   would have been implied or clear that it

23   didn't exist before we announced it and did

24   exist after.

25                 ///

CONFIDENTIAL

```
                                              Page 236
 1    BY MR. RAVIPUDI:
 2         Q.      So prior to this filter getting
 3    implemented, did Instagram notify parents or
 4    the public that Direct Messaging on Instagram
 5    was not being monitored and adults could send
 6    dick pics or other horrible things to minor
 7    children?
 8                 MS. JONES:  Same objection.
 9                 You can answer.
10         A.      I don't agree with the
11    qualification that they could.  We certainly
12    were trying to minimize this.  But I think
13    that it's pretty clear that you can message
14    problematic content in any messaging app,
15    whether it's Instagram or otherwise.
16    BY MR. RAVIPUDI:
17         Q.      The nudity filter you're
18    talking about was implemented April 11th,
19    2024?
20         A.      I don't remember the year.
21         Q.      You don't remember last year?
22         A.      We implement a lot of safety
23    features.  I remember last year.  I don't
24    remember what year that filter launched.
25         Q.      I mean, so you're talking about
```

CONFIDENTIAL

Page 237

1    a ramp-up in 2018 that ramped up for six

2    years?

3              MS. JONES:  Hold on.

4              Objection to the form and to

5         the characterization of his testimony.

6              You can answer.

7         A.    So a ramp-up was me learning

8    about what was happening on Instagram.  We've

9    implemented a number of safety features

10   specifically around teens and messaging over

11   the years.  That is one of many.

12             There's levels of defense.

13   Adults aren't allowed to message teens unless

14   they're connected to them.  We proactively

15   try to assess adults who might be

16   participating in risky behavior, and for

17   them, we try to take further precautions to

18   prevent them from discovering teens.

19             So this specific feature sounds

20   like it launched in 2024, but there are many

21   other messaging safety features that launched

22   between 2018 and 2024.

23   BY MR. RAVIPUDI:

24        Q.    I mean, earlier you were trying

25   to make it sound like you were getting ramped

CONFIDENTIAL

Page 238

1   up to protect kids from getting dick pics on

2   Instagram Direct Messaging, but it didn't

3   happen until April of 2024?

4               MS. JONES:  Objection to the

5         form, and to the characterization of

6         his testimony.

7               You can answer.

8         A.    I think we did a number of

9   things between 2018 and 2024 to reduce

10  negative interactions or inappropriate

11  interactions with children, which include

12  your example between 2018 and 2024.

13  BY MR. RAVIPUDI:

14        Q.    It's not my example.  Guy Rosen

15  gave it to you in August of 2018.

16        A.    And we did a number of things

17  to try to adjust that between 2018 and 2024.

18        Q.    But only in 2024 were parents

19  notified of a potential reduction in nudity

20  and inappropriate interactions with children

21  on Instagram Direct Messaging?

22        A.    I'm sure we talk about risks

23  that exist in messaging in general, but to be

24  super clear, you're asking if we proactively

25  messaged parents that someone could send

CONFIDENTIAL

Page 239

1    something inappropriate in a message.  That

2    is something that I think is clear given that

3    the most popular messaging apps that exist

4    today are fully encrypted.

5          Q.    So Instagram, in its efforts of

6    transparency -- I can't go to the website in

7    2023, 2022, 2021, 2020 and have an express

8    and clear disclosure that your kids on

9    Instagram could have inappropriate

10   interactions leading to DICK pics, grooming

11   by pedophiles, things like that?

12                MS. JONES:  Hold on.

13                Objection to the form, asked

14        and answered.

15                Go ahead.

16        A.    We certainly have talked

17   publicly about inappropriate interaction with

18   children before 2024.  The website might not

19   have any mentions of it, but it's by far the

20   least important communication channel we

21   have.

22                MR. RAVIPUDI:  Move to strike

23        everything after the website wouldn't

24        have any mentions of it.

25                Okay.  Let's go with 1814.

Page 364

1    BY MR. RAVIPUDI:

2         Q.      Now, when, as the head of

3    Instagram, with these once-a-week,

4    twice-a-week, multiple-time-a-week postings

5    that you do, in any of them, did you say,

6    hey, community, Instagram community, just

7    want to let you know there's around 200,000

8    child victims a day of inappropriate

9    interactions with children, Tier 2?

10                   MS. JONES:  Objection to the

11            form.

12                   You can answer.

13         A.      No, I never made a post that

14    named this statistic, which is in a document

15    that I don't know that I ever received.

16                   MR. RAVIPUDI:  Move to strike

17            everything after the answer "no."

18            Okay.

19                   Let's go with Exhibit P-1585.

20                   (Whereupon, Meta-Mosseri-36,

21            Mosseri Performance Review,

22            META3047MDL-074-00105340 -

23            META3047MDL-074-00105360, was marked

24            for identification.)

25                   THE WITNESS:  Thank you.

Page 365

1    BY MR. RAVIPUDI:

2          Q.      Do you recognize this document?

3          A.      This looks like my

4    self-review -- sorry.  This is multiple

5    things.  This is -- we have a process called

6    a performance cycle, and this is feedback

7    that a number of people wrote about me in

8    what looks like 2023.

9                It looks like it's mostly

10   people who reported to me directly.

11         Q.      So it also includes your

12   self-review?

13         A.      I -- it should.  Let me

14   double-check.  Yes, here it is.

15         Q.      So this is a self-review of

16   your 2022 year or your 2023 year or what time

17   period?

18         A.      If this was written on July 3rd

19   of 2023, then it would have been for the

20   first half of 2023, because we -- at this

21   point, I think we're primarily organizing our

22   performance cycle on halves, half years.

23         Q.      So in this self-review, if you

24   look at what impact have you achieved.

25                Do you see that?

Page 366

1         A.      It says:  What impact have you
2    achieved so far?
3         Q.      And then the first paragraph
4    talks about your metrics, right?
5         A.      It talks about sharing,
6    messaging, engagement, growth and revenue.
7         Q.      Revenue are at all-time highs?
8         A.      That's what it says.
9         Q.      Despite cutting the team by
10   13%?
11        A.      Yes.
12        Q.      Anywhere in here does it talk
13   about teen well-being?
14        A.      No.  In general, the Well-Being
15   team, as we've talked about before, is
16   primarily centralized.  So I would have been
17   focusing more on the work that's done
18   primarily on my teams, not the central teams.
19        Q.      So as the head of Instagram, as
20   you're doing your self-review, you're
21   focusing on revenue and things of that
22   nature?
23        A.      Actually not revenue either.
24   Revenue is also primarily centralized.
25        Q.      It's written right here?

CONFIDENTIAL

Page 367

1          A.     It is, but it's not the focus,
2     if you read the whole self-review.
3               I think we would primarily be
4     focused on is Instagram valuable to people,
5     teens and adults, would be primarily what I
6     would focus my self-review on, because that's
7     the work that my team uniquely does.
8          Q.     Less focus on Instagram's
9     value.
10              Instagram is valuable to Meta.
11    Would you agree?
12         A.     I would agree that Instagram is
13    valuable to Meta.
14         Q.     Instagram generates a
15    significant amount of revenue for Meta.
16    Would you agree?
17         A.     Yes.
18         Q.     Instagram generates a
19    significant amount of net profits for Meta.
20    Would you agree?
21         A.     Instagram delivers a
22    significant amount of net profits.
23         Q.     Yes?
24         A.     Yes.
25         Q.     And when you're talking about

CONFIDENTIAL

Page 368

1    net profits as the head of Instagram, 2023,

2    what were -- what were your net profits?

3         A.    I don't believe I talk about

4    net profits in this self-review.

5         Q.    I'm asking you:  What were your

6    net profits as the head of Instagram in 2023?

7         A.    For Meta?

8              MS. JONES:  Let me just object

9         to the form, please.

10   BY MR. RAVIPUDI:

11        Q.    For Instagram.

12             MS. JONES:  Excuse me.

13        A.    In the billions of dollars.  I

14   don't have an exact number for the first half

15   of 2023.

16   BY MR. RAVIPUDI:

17        Q.    Nonetheless, teams were cut by

18   13%, correct?

19        A.    Yes.  We are looking for ways

20   to be more efficient.

21        Q.    The trajectory of Instagram, if

22   you're going year over year, 2021, 2022,

23   2023, the DAP was going up?

24        A.    The number of users that use

25   Instagram over those years has gone up, yes.

CONFIDENTIAL

Page 369

1    Q.    And it's now getting to the
2    point where it's close to matching Facebook?
3    A.    I think there's a ways to go to
4    catch up with Facebook, but there's, like we
5    talked about earlier, over 2 billion people
6    on Instagram.
7    Q.    And with the DAPs and monthly
8    active users continuing to go up, so does the
9    revenue, correct?
10    A.    In general, yes.
11    Q.    And then, so does the net
12    profits, correct?
13    A.    Usually, yes.
14    Q.    Nonetheless, there's cuttings
15    of the teams by 13%, correct?
16    A.    I don't know actually that the
17    team was shrunk overall by 13%.  We did a 13%
18    cut, as is mentioned here, but we also grew
19    the team in other areas.  So this actually
20    happens every year now where teams both
21    receive new resources and budget for things
22    like hiring as well as proactively make
23    efficiency cuts and try to reduce investments
24    in certain areas.
25    Q.    I'm sorry, I'm just reading

Page 370

1    what you wrote here on page 3.

2            All of this happened despite

3    cutting the team by 13%.

4            Do you see that?

5        A.    I see that.

6        Q.    Which is double the size of the

7    cuts we made in H2 of 2022.

8            Do you see that?

9        A.    I do see that.

10       Q.    So even the year before there

11   were cuts, right?

12       A.    There have been cuts, I think

13   in every year since 2022.  That doesn't mean

14   that the team actually got smaller, because

15   there was also additions.

16           MR. RAVIPUDI:  Okay.  Let's go

17       to 1590.

18           (Whereupon, Meta-Mosseri-37,

19       Adam Mosseri 2022 PSC Feedback,

20       META3047MDL-014-00080549 -

21       META3047MDL-014-00080555, was marked

22       for identification.)

23           MR. RAVIPUDI:  And then let's

24       get 1589.

25           (Whereupon, Meta-Mosseri-38,

CONFIDENTIAL



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL



CONFIDENTIAL



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL



CONFIDENTIAL



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



Page 388

1    certainly care about.

2                    MR. RAVIPUDI:  Exhibit 1721.

3                    (Whereupon, Meta-Mosseri-41,

4            E-mail(s) re: Time to chat this

5            summer, META3047MDL-050-00010878 -

6            META3047MDL-050-00010879, was marked

7            for identification.)

8    BY MR. RAVIPUDI:

9            Q.    So this Exhibit 42, was that?

10           A.    That was 40.

11           Q.    Exhibit 40 is April 4th, 2017,

12   and let's get to Exhibit 41.  This is a

13   July 2017 e-mail.

14                  Do you see that?

15           A.    Yes.

16           Q.    And if you look on page 2,

17   June 27th, 2017, this is an e-mail to you,

18   right?

19           A.    On Tuesday, July [sic] 27th?

20           Q.    Yes.

21           A.    It's an e-mail -- it doesn't

22   say who it's from, but it says it's to me.

23   At the bottom it says Will.

24           Q.    Yeah, it's at the very top of

25   page -- or very bottom of page 1.

Page 389

1          A.        Oh, sorry, ████████ ████ -- I
2     apologize, ████████.
3          Q.        So he reached out to you on
4     June 27th, 2017 and he said:  I'm a current
5     data science intern working for the News Feed
6     analytics group, working to try and
7     potentially find addicted Facebook users and
8     figure out if there's ways to help them.
9                    Do you see that?
10         A.        I do.
11         Q.        And he wanted to meet with you
12    for 15 to 30 minutes to talk about that and
13    see what he can do to find addicted users and
14    figure out a solution to help them.
15                   Do you see that?
16         A.        He says he wants to find 15 to
17    30 minutes to talk about the work you do in
18    your current role and some of your
19    perspectives about managing the experience
20    behind Facebook's most important product.
21         Q.        And, of course, he would love
22    any feedback the head of -- the head of
23    Instagram, or soon-to-be head of Instagram
24    would have, right?
25         A.        I assume he would appreciate my

CONFIDENTIAL

Page 390

1   feedback.

2        Q.     And that's pretty cool.  Would

3   you agree?

4               MS. JONES:  Objection to the

5        form.

6               You can answer.

7        A.     That he reached out?  I think

8   it shows initiative.

9   BY MR. RAVIPUDI:

10       Q.     Yeah.

11       A.     I get a lot of e-mails like

12  this.  A lot of people ask for time.  I think

13  it's a healthy thing.

14       Q.     And, you know, his endeavor of

15  trying to potentially find addicted Facebook

16  users and figure out a way to help them, that

17  is something, just a couple of months ago,

18  you were very interested in, right?

19       A.     Sorry.  You're saying I was

20  very interested in -- a few months ago, if

21  you're referring to the previous exhibit, I

22  was certainly interested in understanding one

23  of the industry expert's definition of

24  addiction and take on social media.  This is

25  pretty different.  This is an intern who is

CONFIDENTIAL

Page 391

1   asking for time to chat.
2       Q.      To try and potentially find
3   addicted Facebook users and figure out if
4   there's a way to help them.
5       A.      I think he asks to talk about
6   my current role and some of my perspectives
7   about managing the experience.  He says he's
8   working on finding addicted -- potentially
9   addicted Facebook users and figure out if
10  there are ways to help them.
11      Q.      And did you ever meet with him?
12      A.      I don't remember.  I don't
13  think so.
14      Q.      Yeah.
15              It's your testimony still that
16  you care about addicted users on your
17  platform?
18              MS. JONES:  Objection to the
19          characterization.
20      A.      I care about understanding
21  addiction.  I can't meet with every intern
22  that reaches out.  There's just,
23  unfortunately, not enough time.  I'd love to.
24              But yes, my testimony is it's
25  an issue I care about.

Page 503

1    things, and it was sexual and not nudity.

2    BY MR. RAVIPUDI:

3         Q.      13- to 15-year-olds, 19.2%,

4    unwanted nudity, in the metric on the right.

5              Where, in any of your

6    transparency documents, did you share that

7    with the public or parents?

8              MS. JONES:  I'm going to object

9         again to form, asked and answered and

10        to the characterization of these

11        documents.

12              You can answer again.

13         A.    It's not unwanted nudity.

14   Nudity is short for what you can see on

15   page 5 of your document.  It's:  Did you say

16   yes to the question have you ever seen nudity

17   or sexual images on Instagram that you didn't

18   want to see?

19              MR. RAVIPUDI:  And then if we

20        go to -- why don't we mark as what's

21        1729.2.

22              THE WITNESS:  So are we going

23        to another document?

24              MR. RAVIPUDI:  Yes, Exhibit 60.

25              (Whereupon, Meta-Mosseri-60,

CONFIDENTIAL

Page 504

1           Instagram Transparency Center, How
2           prevalent were child endangerment
3           violations, was marked for
4           identification.)
5    BY MR. RAVIPUDI:
6           Q.    So you see on the left-hand
7    side, we're just going down the bold to
8    different categories.  The prior, Exhibit 57,
9    identified adult nudity and sexual activity.
10                Do you see that?
11          A.    I do.
12          Q.    Child endangerment, nudity and
13   physical abuse and sexual exploitation.
14                Do you see that?
15          A.    I do.
16          Q.    Can you read at the bottom what
17   information in transparency is provided to
18   the community?
19          A.    It says:  We are working on
20   estimating prevalence for child endangerment
21   violations.  We will continue to expand
22   prevalence measurement to more areas as we
23   confirm accuracy and meaningful data.
24          Q.    So no information, correct?
25          A.    The challenge here is most of

CONFIDENTIAL

Page 505

1    this problem manifests in messaging where

2    there are strict laws about our ability to

3    look at messages, and in certain cases, also

4    encryption issues to deal with.

5         Q.    So no information to the public

6    on that important piece of data, correct?

7              MS. JONES:  Objection to the

8         form and to the characterization.

9              You can answer.

10        A.    The challenge is messaging has

11   a bunch of rules.  There's privacy concerns.

12   A lot of people don't want us reading their

13   messages, and so this is an area where we

14   don't have yet a metric that is -- that we

15   can share, but we would like to come up with

16   something.

17             MR. RAVIPUDI:  Okay.  Let's go

18        to 1730.

19             THE WITNESS:  Just so I know,

20        do you want me to move these back or

21        are we still in the same zone?

22             MR. RAVIPUDI:  We're still in

23        the same zone.  Exhibit 61.

24             (Whereupon, Meta-Mosseri-61,

25        Instagram Transparency Center, How

CONFIDENTIAL

Page 506

1          prevalent were suicide, self-injury,

2          and eating disorder violations, was

3          marked for identification.)

4               THE WITNESS:  Okay.  Thank you.

5    BY MR. RAVIPUDI:

6          Q.    This is the prevalence of SSI

7    information.

8               Do you see that?

9          A.    I do.

10         Q.    And the information that is

11   provided on the Transparency Center is?

12         A.    That in Q4 2024 the upper limit

13   was 0.05% for violations of our policy for

14   suicide, self-injury and eating disorders on

15   Instagram.  This means that out of every

16   10,000 views of content on Instagram, we

17   estimate no more than five of those views

18   contained content that violated the policy.

19         Q.    And here it says that the

20   content -- the violating content is very

21   infrequent.

22               Do you see that on the first

23   page?

24         A.    It says:  Views of violating

25   content that contain suicide, self-injury and

CONFIDENTIAL

Page 507

1     eating disorders are very infrequent.
2              MR. RAVIPUDI:  Let's go to
3          Exhibit 59, if you can put that to the
4          side -- side by side, and that page 20
5          again.
6     BY MR. RAVIPUDI:
7          Q.     If you go down to self-harm.
8                 Do you see that?
9          A.     I do.
10         Q.     For overall, it's 6.7%.
11                Do you see that?
12         A.     I'm looking for the question
13     for self-harm.
14         Q.     Fourth from the bottom.
15         A.     No, I'm looking for the survey
16     questions.
17                (Document review.)
18         A.     Yes.  So this question, where
19     it says, overall, 6.7% is the percentage of
20     people in a given week who said that -- hang
21     on just a second.  I apologize.
22         Q.     What page are you reading from?
23         A.     Have you ever seen someone harm
24     themselves or threaten to do so on Instagram?
25                MS. JONES:  What page are you

CONFIDENTIAL

Page 508

1           on, Mr. Mosseri?
2                   THE WITNESS:  I'm looking at
3           what it refers to.  So self-harm on
4           the right is shorthand for the
5           self-harm question.  I'm looking --
6                   MS. JONES:  Just what's the
7           page on the upper right-hand corner?
8                   THE WITNESS:  5.
9                   MS. JONES:  Okay.  Thank you.
10                  THE WITNESS:  Sorry, P0063.5.
11                  MR. RAVIPUDI:  Thank you.
12      BY MR. RAVIPUDI:
13          Q.    And 6.7% for overall and 8.4%
14      for 13- to 15-year-olds?
15          A.      8.4% of 13- to 15-year-olds
16      said yes to the question:  Have you ever
17      found out that an Instagram -- sorry.  Have
18      you ever seen someone harm themselves or
19      threaten to do so on Instagram?
20          Q.      Right.  Over the last seven
21      days, right?  All of this data is for in the
22      last seven days?
23          A.      I believe so, though the
24      question implies otherwise.  So I'd have
25      to -- that is something odd about how they're

CONFIDENTIAL

Page 509

1   wording the question.

2          Q.      Right.  And you can look on

3   actually slide -- or page 20, and it says

4   it's over the last seven days.

5          A.      It could be when they asked the

6   question over the last seven days as opposed

7   to they changed the text in the question.

8                  Either way, it's -- either way,

9   it's about the percentage of people who saw

10  even one thing where someone threatened to

11  hurt themselves, which is a different thing

12  than actually seeing suicide-related content.

13         Q.      Seeing someone harm themselves

14  or threaten to do so?

15         A.      Yes.

16         Q.      Okay.  And that's not good,

17  that type of exposure, right?

18                 MS. JONES:  Objection to the

19         form, compound.

20         A.      No.  We certainly don't want

21  people to threaten to harm themselves or to

22  connect people with content like that.  We

23  take suicide, self-injury and the broader

24  space of self-harm very seriously.  We talked

25  already, but I can go into more details on

CONFIDENTIAL

Page 510

1   how we categorize it and try to balance

2   protecting individuals and protecting those

3   who might be vulnerable.

4   BY MR. RAVIPUDI:

5        Q.    Where did you, in any Instagram

6   platform or messaging to the public or

7   parents, inform them of these self-harm

8   findings?

9              MS. JONES:  Let me object to

10        the form and to the characterization

11        of these documents.

12        A.    This is one survey of many.  We

13   don't release survey results in general.

14   Self-reported surveys are notoriously

15   problematic for a bunch of reasons that

16   survey scientists can speak to.

17              We focus primarily on

18   prevalence because we think it is the -- not

19   perfect, but the best measure of the actual

20   violating content on the platform.

21              MR. RAVIPUDI:  Move to strike

22        everything after "we keep our surveys

23        confidential."

24   BY MR. RAVIPUDI:

25        Q.    Why do you keep these surveys

```
                                        Page 618
 1        12:31 p.m. PDT)
 2              THE VIDEOGRAPHER:  The time is
 3        12:31.  We're back on the record.
 4              ------------
 5              EXAMINATION
 6              ------------
 7   BY MS. CHAN:
 8        Q.    Good afternoon, Mr. Mosseri.
 9   My name is Christina Chan.  I'm a senior
10   trial counsel with the Massachusetts Attorney
11   General's Office.  Thank you for being here
12   today.
13        A.    Good to meet you.
14        Q.    Mr. Mosseri, are you familiar
15   with an initiative within the company called
16   Project Daisy?
17        A.    There was a project called --
18   code named Daisy that was about potentially
19   hiding like counts.
20        Q.    Just to be clear, it was an
21   initiative at Instagram to test hiding like
22   counts on posts; is that correct?
23        A.    That's correct.
24        Q.    And the intent of Project Daisy
25   was to see if hiding like counts on posts on
```

CONFIDENTIAL

Page 619

1    Instagram could improve social comparison and
2    overall well-being for users; is that
3    correct?
4              MS. JONES:  Let me just object
5         to the form and to the
6         characterization.
7              You can answer.
8         A.      There were a couple ideas
9    behind it.  The main one, though, is that it
10   would hopefully depressurize the experience.
11   We hear sometimes that people feel that
12   Instagram can feel like a pressurized
13   environment, and we thought maybe having like
14   counts would allow people to focus a little
15   bit less on how many likes they're getting
16   and a little bit more on the content itself.
17   BY MS. CHAN:
18        Q.      And the pressurized experience
19   has to do with comparing themselves to
20   others, i.e., social comparison; is that
21   fair?
22              MS. JONES:  I'm sorry.
23        Objection to the form.
24              Go ahead.
25        A.      I think that is one way.  So I

CONFIDENTIAL

Page 620

1    think what -- you could compare how many

2    likes you were getting to somebody else, but

3    even without comparing, you might just be

4    thinking about how many likes you got or what

5    other people saw.  So it wasn't necessarily

6    just about social comparison.

7    BY MS. CHAN:

8         Q.    Okay.  And was it a tool that

9    Instagram was exploring to potentially try to

10   minimize negative experience that users were

11   having on the platform?

12        A.    It was not trying to minimize

13   specifically one negative experience.  It was

14   more just trying to make the experience more

15   pleasant in general.  I was personally pretty

16   excited about it.  I talked about it a lot

17   publicly.

18              It turned out that it was very

19   polarizing.  Some people really liked it;

20   some people really didn't.  And it didn't

21   move any measures of well-being, which we

22   tried to measure, so we ended up making it

23   opt-in.

24        Q.    Okay.  And when you said it was

25   an attempt to improve the experience for

CONFIDENTIAL

Page 967

```
 1                    CERTIFICATE
 2             I, MICHAEL E. MILLER, Fellow of
     the Academy of Professional Reporters,
 3   Registered Diplomate Reporter, Certified
     Realtime Reporter, Certified Court Reporter
 4   and Notary Public, do hereby certify that
     prior to the commencement of the examination,
 5   ADAM S. MOSSERI was duly sworn by me to
     testify to the truth, the whole truth and
 6   nothing but the truth.
 7             I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
              I DO FURTHER CERTIFY that pursuant
11   to FRCP Rule 30, signature of the witness was
     not requested by the witness or other party
12   before the conclusion of the deposition.
13             I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor attorney
14   nor counsel of any of the parties to this
     action, and that I am neither a relative nor
15   employee of such attorney or counsel, and
     that I am not financially interested in the
16   a
17
18   _____
     MICHAEL E. MILLER, FAPR, RDR, CRR
19   Fellow of the Academy of Professional Reporters
     NCRA Registered Diplomate Reporter
20   NCRA Certified Realtime Reporter
     California CSR #13649
21
22   Dated: March 31, 2025
23
24
25
```