# AMENDED Exhibit 9

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

CONFIDENTIAL

Page 1

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
2
3   IN RE: SOCIAL MEDIA ADOLESCENT      )  MDL Number:
    ADDICTION/PERSONAL INJURY PRODUCTS  )  4:22-MD-C047-YGR
4   LIABILITY LITIGATION                )
    _____)
5
           SUPERIOR COURT OF THE STATE OF CALIFORNIA
6               FOR THE COUNTY OF LOS ANGELES
                  SPRING STREET COURTHOUSE
7
    COORDINATION PROCEEDING             )
8   SPECIAL TITLE [RULE 3.400]          )
    SOCIAL MEDIA CASES                  ) Lead Case No. for
9                                       ) Filing Purposes
    _____) 22STCV21355
10                                      )
    This Document Relates to:           )
11                                      )
    STATE OF TENNESSEE,                 )
12  ex rel. JONATHAN SKRMETTI,          )
    ATTORNEY GENERAL and REPORTER,      )
13  v.                                  )
    META PLATFORMS, INC., and           )
14  INSTAGRAM, LLC,                     )
    Case No. 23-1364-IV                 )
15  _____)
16
17       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
18     VIDEOTAPED DEPOSITION of KANG-XING JIN VOLUME I
19                Palo Alto, California
20                 October 24, 2024
21
22  Job No. 6933402
23  Pages 1 - 328
24  Stenographically reported by:
    JENNY L. GRIFFIN, RMR, CSR, CRR, CCRR, CRC
25  CSR No. 3969

CONFIDENTIAL

1          Does that make sense?

2     A.   Yes.

3     Q.   Any questions about anything we've just

4   gone through?

5     A.   No.

6     Q.   Mr. Jin, you're here testifying in this

7   case because you were employed at Facebook, which

8   later became Meta, for approximately 17 years?

9          MR. SCHMIDT:  Objection.  Form.

10  BY MR. PHELPS:

11    Q.   Is that right?

12    A.   Yes.

13    Q.   And is it true that you started as an

14  engineer for the company?

15    A.   Yes.

16    Q.   You were one of the first hundred or 200

17  employees of Meta; is that right?

18    A.   I believe so.  I'm not exactly sure how

19  many employees were at the company when I joined;

20  but I believe it was around, you know, less than

21  200.

22         MR. SCHMIDT:  Brian, I don't want to make a

23  speech.  Can I have a standing objection just on the

24  Meta? because I think it's important the distinction

25  between Facebook and Instagram in this case, and I

CONFIDENTIAL

1   think it's getting blurred in your questions.  If I

2   can just have a running objection on that, that will

3   keep me from having to jump in.  But that will be

4   our objection, just so you know.

5           MR. PHELPS:  Can you say more about -- and

6   that's fine; but just so I understand, can you say

7   more about the lack of clarity you're thinking of?

8           MR. SCHMIDT:  Of course.  Like, I don't

9   mind if you just use "Meta" on a shorthand.  But

10  like on a question like that, he never worked for

11  Instagram; he worked for Facebook.  And then

12  Facebook became Meta.  And that's just imprecise in

13  terms of what that implication is.  That's the

14  reason for my objection.

15          Thank you.

16  BY MR. PHELPS:

17      Q.   You were in the ballpark of one of the

18  first hundred employees or so of the company now

19  known as Meta?

20      A.   Yeah, I believe so.  As I mentioned, I

21  don't know exactly what number it was.

22      Q.   Relative to the size of Meta today, when

23  you started, it was a pretty small company?

24      A.   Yeah.

25      Q.   You have a degree in computer science; is

CONFIDENTIAL

Page 34

1    that right?

2         A.    Yes.

3         Q.    And over the years -- well, you started as

4    an engineer.  You rose up the ranks all the way to a

5    vice president at the company; isn't that true?

6         A.    Yes.

7         Q.    Is it fair to say that you were one of the

8    employees that interacted fairly regularly with the

9    CEO of the company, Mark Zuckerberg?

10        A.    I think it depends on, like, what context

11   or time period I was working.

12              I definitely had interactions with Mark;

13   but, you know, how regularly, I think, varied fairly

14   dramatically based on what I was working on.

15        Q.    Okay.  And so you had various roles within

16   the company over your 17-year tenure?

17        A.    Yes.

18        Q.    And in the end, your role at least

19   partially involved wordings to protect kids' mental

20   health and well-being on Meta's products.  Isn't

21   that true?

22        A.    So at the last part of my work, one of the

23   areas I was working on included some of the

24   well-being work as well as some of the work related

25   to infrastructure for parental supervision tools.

Page 35

1   So that was the scope of -- the relevant scope, I
2   think.
3       Q.   We'll try to understand that story over our
4   time together.  And to do that, let's start at the
5   beginning.
6            So you enrolled in Harvard University in
7   the fall of 2002?
8       A.   Yes.
9       Q.   What do you recall about your first day of
10  class?
11      A.   I mean, it was a long time ago; so I
12  honestly don't recall that much.  Is there anything
13  specific you're looking for here?
14      Q.   Did you meet anybody notable on your first
15  day of class?
16      A.   Yeah.  I mean, I guess specifically for
17  this context, I think I met Mark -- again, I'm not
18  sure if it was the first day of class; but it was
19  certainly, like, in one of the classes I took
20  freshman year.  And we would have met early in that
21  time.
22      Q.   In the fall of your freshman year?
23      A.   Yeah.
24           MR. PHELPS:  Jim, can you play Clip 3.
25           MR. SCHMIDT:  Do you guys have a transcript

CONFIDENTIAL

Page 36

1   that I can look at of what's -- what are we playing
2   here?
3           MR. PHELPS:  We'll go ahead and --
4           THE WITNESS:  Oh, is this Mark's
5   commencement speech?
6           MR. SCHMIDT:  Well, I need to know if I
7   need to object to it.  I don't know what this is.
8   Is there a -- I've got a URL that I've never seen
9   before.
10          Do you have a transcript of what you're
11  playing?
12          MR. PHELPS:  I don't have a transcript.
13  We'll play it, and then you can object if you'd
14  like.
15          MR. SCHMIDT:  Okay.
16          (Exhibit 1 was marked for
17          identification and is attached to the
18          transcript.)
19          (Whereupon, a video was played.)
20  BY MR. PHELPS:
21     Q.   Mr. Jin, do you recognize that video?
22          MR. SCHMIDT:  Just -- hold on.  Do that
23  again, please.
24          MR. PHELPS:  You want me to do it again?
25          MR. SCHMIDT:  Start over.

CONFIDENTIAL

Page 37

1    BY MR. PHELPS:

2        Q.    Mr. Jin, do you recognize that video?

3            MR. SCHMIDT:  I'll object.  Just a sec.

4    I'm sorry to interrupt.

5            I'll object.  I think if you're going to

6    play a video, you've got to give us what you're

7    playing.  It's not reasonable to come in with a

8    video that we don't have, we can't access in the

9    middle of a deposition, we don't have a transcript

10   for.

11           But that one seems pretty benign, but I

12   just want to put that marker down in the event we

13   have other video.

14           MR. PHELPS:  We do, and your objection is

15   noted.

16           MR. SCHMIDT:  I know it is.

17           THE WITNESS:  Sorry.  Could you repeat the

18   question?

19   BY MR. PHELPS:

20       Q.    Mr. Jin, do you recognize that video?

21           MR. SCHMIDT:  Same objection.

22           THE WITNESS:  Yeah, I do.

23   BY MR. PHELPS:

24       Q.    Do you know who the speaker is?

25       A.    Yes.

CONFIDENTIAL

Page 38

1     Q.   Who is the speaker?

2     A.   It's Mark.

3     Q.   Mark who?

4     A.   Mark Zuckerberg.

5     Q.   And who is Mark Zuckerberg?

6     A.   He's the CEO of Meta.

7     Q.   And does he discuss you in that video?

8     A.   He does.

9          MR. SCHMIDT:   Same objection.

10   BY MR. PHELPS:

11     Q.   So you met Mark, or Mr. Zuckerberg, on one

12   of your early days at Harvard in the fall of 2002?

13     A.   Yes.

14     Q.   Did you two become friends?

15     A.   We did.

16     Q.   How did you guys spend your time together?

17     A.   Well, we had several classes together.

18   Again, it's been a while; but I think we had -- I

19   think he was referencing CS121, which was one of the

20   computer science classes we had together.

21          I believe we also had some math classes

22   together as well.  So we spent time in class

23   together, and I think we also spent some time

24   outside of class as well.

25     Q.   Mr. Zuckerberg would go on to found the

CONFIDENTIAL

Page 39

1   company that was, for many years, known as Facebook
2   and is now called Meta.  Is that right?
3        A.   Yes.
4        Q.   But you met him before he did that; right?
5        A.   Yes.
6        Q.   Okay.
7             MR. SCHMIDT:  Can I say one thing?
8             I will put a request.  It might facilitate
9   my objection on the video if you let us know on the
10  break what other video you're going to use.  So I'll
11  put a request in for that.
12  BY MR. PHELPS:
13       Q.   I'd like to spend some time having you
14  explain to the jury what you know about the story of
15  Meta's founding, its early days, and its business
16  model.
17            You and Mr. Zuckerberg were sophomores in
18  college when Mr. Zuckerberg first built the website
19  that would become known as Facebook.  Is that true?
20       A.   I believe that's right, yes.
21       Q.   That was February 2004?
22       A.   So I think Facebook launched at Harvard in
23  early February of 2004.  I believe he was working on
24  it ahead of February 2004.  Again, it's been a
25  while; so I might not be perfectly correct on the

CONFIDENTIAL

Page 40

1    dates.

2        Q.    Understood.

3              And you were one of Facebook's first

4    hundred users; is that right?

5        A.    I think that's about right, yes.

6        Q.    Do you know roughly what number Facebook

7    user you were?

8        A.    So my user ID is -- or -- it still is --

9    34.

10             So I think definitely one of the first 34.

11   There were a lot of testing accounts; so it would

12   probably be less than -- or earlier than 34.

13       Q.    And now there are billions of people who

14   use Meta's products; right?

15       A.    I believe so, yes.

16       Q.    Did Facebook become popular on campus?

17       A.    It did, yes.

18       Q.    Tell me about that.

19       A.    It -- I think -- so as I remember it --

20   and, again, this was a very long time ago -- Mark

21   launched the site.  He invited a bunch of his

22   friends to join.  And then pretty quickly it spread

23   through campus, where I think -- I don't know exact

24   timelines, but it definitely felt like, probably by

25   the end of the first year of it being live, almost

CONFIDENTIAL

Page 41

1    everyone on campus was using it.  So from that

2    perspective, it certainly got a lot of adoption.

3        Q.   Can you describe, to the best of your

4    recollection, Facebook's functionality in those

5    early days.

6        A.   Yeah.  And for clarification, you're

7    talking 2004, like, when it launched?

8        Q.   Yeah.  That's correct.

9        A.   Right.  So, again, very long time ago.  And

10   so some of these features may have happened later.

11   I don't precisely remember.

12            But, initially, I think it was pretty

13   simple.  You would create your own profile, and that

14   was really where things were centered.  And in your

15   profile you could probably upload photos at some

16   point as well as -- I think there were modules

17   around what classes you were taking.  And so it was

18   really meant to be a essentially enhanced version of

19   the college facebooks that had existed previously.

20   So I believe that was the initial functionality or

21   the functionality in its first year.

22       Q.   And so the product was initially geared

23   towards college students; is that right?

24       A.   Yes.

25       Q.   And, typically, college students, by and

CONFIDENTIAL

Page 71

1          MR. SCHMIDT:  Sure.

2          THE VIDEOGRAPHER:  Going off the record at

3     10:41 a.m.

4          (Recess taken.)

5          THE VIDEOGRAPHER:  We're back on the record

6     at 10:56 a.m.

7     BY MR. PHELPS:

8     Q.   Mr. Jin, just a couple more questions about

9     age, and then we can move on.

10          Just to kind of sum up, you became aware at

11    some point, based on internal Meta research, that

12    there was an issue with reported age; isn't that

13    right?

14          MR. SCHMIDT:  Objection.  Form.

15          THE WITNESS:  Yes.

16    BY MR. PHELPS:

17    Q.   And the implication of that is folks who

18    are under 13 years old may be accessing Facebook or

19    Instagram or other Meta products; right?

20          MR. SCHMIDT:  Same objection.

21          THE WITNESS:  That's right.  So if, when

22    people signed up, they're giving a false age, then

23    there's probably some subset of those people who are

24    under the required age.

25    ///

CONFIDENTIAL

Page 72

1    BY MR. PHELPS:

2        Q.    And appreciating it wasn't your area of

3    focus, I'm wondering, when you became aware of that

4    issue, did that concern you?

5        A.    I think somewhat, but it wasn't my major

6    area of focus; so I don't think I spent a huge

7    amount of time on it.

8        Q.    Right.  I'm not asking how much time you

9    spent on addressing the issue; but just as a

10   personal matter, when you learned that there were

11   folks under 13 on Facebook and Instagram, what was

12   your reaction?

13            MR. SCHMIDT:  Object to characterization.

14            THE WITNESS:  So I honestly don't remember

15   that much because, as I mentioned, it wasn't my main

16   area of focus.

17            I would -- I probably wasn't too surprised,

18   because it's pretty straightforward for people to

19   enter a different age, and I don't think I had a

20   really good handle on the size of the problem.

21   BY MR. PHELPS:

22       Q.    When you say it was "pretty straightforward

23   for people to enter a misleading age," that would

24   include kids under 13 who wanted access to products

25   like Facebook and Instagram?

Page 73

1           MR. SCHMIDT:  Objection.  Form.

2           THE WITNESS:  That's right.  Again, I

3    haven't actually gone through the sign-up flows in a

4    long time; but my understanding is, at least at one

5    point, you just needed to enter your, you know,

6    maybe name and email and then date of birth.  But

7    there wasn't, like, additional verification on that

8    date of birth.

9           So as I, like -- given that it's pretty

10   straightforward to do that, I, you know, would not

11   be surprised if people were entering inaccurate

12   ages.

13   BY MR. PHELPS:

14      Q.   Including people who are 9, 10, 11, 12

15   years old who wanted access to Instagram and

16   Facebook?

17           MR. SCHMIDT:  Objection.  Form.

18           THE WITNESS:  So it's hard for me to know,

19   like, the exact ages of the people.  If I had to

20   guess, it would probably be more on the, like, 12,

21   you know, 13 threshold based on just the popularity

22   of the services and the age ranges.  But that's,

23   again, not really grounded in a lot of data because

24   it's not something I was directly working on.

25   ///

Page 94

1   as a very high-level simplification, that was why I

2   highlighted those three drivers, of which data is

3   one of them.

4   BY MR. PHELPS:

5       Q.   And the same thing is true for time spent;

6   right?  As a general matter, the more eyeballs are

7   on a platform screen, holding everything else equal,

8   the more profits that ad platform would be able to

9   generate; right?

10           MR. SCHMIDT:  Objection.  Form.

11           THE WITNESS:  Again, I think it depends on

12   the specific audiences you're talking about.  But,

13   you know, in general, with the assumption that the

14   audience is monetizable and the rate at monetization

15   doesn't decrease as time, you know, and reach goes

16   up, then yes.

17   BY MR. PHELPS:

18       Q.   We talked a little bit about time spent --

19   daily active users in the context of time spent.

20   What I want to talk about -- I want to do that

21   exercise again in the context of data.  Right?

22           And so if we have two daily active

23   Instagram users, Kid 1 and Kid 2.  Okay?  And Kid 1

24   uses Instagram for five minutes a day and Kid 2 uses

25   Instagram for five hours a day -- are you with me so

Page 190

1          (Lunch recess taken.)

2          (Mr. Ward entered the deposition room.)

3          THE VIDEOGRAPHER:  We're back on the record

4    at 2:27 p.m.

5    BY MR. PHELPS:

6      Q.   Hello again, Mr. Jin.

7      A.   Hi.

8      Q.   We spent some time talking about your work

9    on the ads team.  I want to transition the

10   conversation to your work as -- your work for the

11   company between roughly 2012, 2013 through 2018.

12          Does that sound okay to you?

13     A.   Yes.

14     Q.   What roles did you have between

15   transitioning off of the ads team until you adopted

16   the role of head of health in 2018?

17     A.   Yeah.  I had a few roles.  So when I first

18   moved off of ads, I joined the Facebook app team; so

19   it was the team that was responsible for the

20   Facebook product.  And I joined on the engineering

21   side.

22          So I moved from managing the ads

23   engineering group to managing the engineering group

24   associated with the Facebook app.  I'm not sure if I

25   was managing the whole group or part of it, but it

CONFIDENTIAL

Page 191

1    was a meaningful part of the group.

2            So that was the first role I had.  I think

3    that was probably 2013 to 2014 or thereabouts.

4            And then at some later point the

5    organization did a restructuring where they

6    transitioned to be more product group-oriented.  So

7    it used to be, like, you know, all of engineering

8    for Facebook app reported in to one person, all of

9    product reported in to another.  They transitioned

10   to more of a, like, individual product group leads

11   who had product and engineering for a part of the

12   group reporting in to them.  I don't know exactly

13   when that happened, but I think it was probably

14   around 2015, you know, or 2016.

15           And so then I transitioned to be one of the

16   product group leads still within Facebook app,

17   although there were a couple of other things that I

18   can talk about that were outside of the scope of

19   Facebook that I rolled into my organization.

20           So I did that for several years.  There

21   were, again, a few reorganizations through that.

22   So, you know, at various times I worked on things

23   likes Facebook groups, some of the Messenger Kids

24   work, and some of the teens work, which I'm guessing

25   we'll talk about.  But those were some of the things

CONFIDENTIAL

Page 192

1    I worked on in that latter half of my time on
2    Facebook app.
3        Q.   Okay.  Tell me about the teens work you
4    did.
5        A.   Yeah.  I don't remember the exact time
6    period here.  I think it was probably 2016 to 2018.
7    And so for clarity, this wasn't the only thing I was
8    working on.  It was kind of a portfolio; so it was
9    one of the things within my team that there was a
10   more full-time person on.
11           But I think at a high level, Mark -- that's
12   Mark Zuckerberg -- had some concerns that our
13   products were losing relevance to teens, both
14   relative to, you know, where we were before as well
15   as, like, other competitive entrants to the market.
16   And I think he, as a result, organized a response to
17   that, of which some of the work on my team was one
18   part of.
19       Q.   Were there strategies that the company
20   considered to address issues it was having with the
21   teen audience between 2016 and 2018 that you recall?
22       A.   Yeah, there were some.  And I think there's
23   probably some in the documents you're about to
24   reference.
25           But, for example, there was an investment

CONFIDENTIAL

Page 193

1  on stories as a format.  And that was something

2  that, you know, Facebook app worked on and Instagram

3  worked on.

4          And there were, you know, other efforts

5  that were really product-focused to try to get our

6  products to be more useful for teens.

7      Q.  Tell me about stories for a second.  Can

8  you explain what stories are to the jury in the

9  context of Facebook and Instagram?

10          MR. SCHMIDT:  Objection.  Foundation.

11          THE WITNESS:  Yeah.  So stories are

12  essentially a format where people can share photos

13  or videos of, you know, what's going on in their day

14  on Facebook or Instagram.  They're maybe

15  differentiated from the previous more feed-oriented

16  format because they're full screen and also have

17  some ephemerality component, ephemerality meaning

18  they don't stick around forever and they usually

19  expire after some time period.

20          So that's the concept of stories.  I think

21  probably Snapchat was the first to popularize the

22  format, and then later other apps adopted it.

23  BY MR. PHELPS:

24      Q.  So to unpack the concept of ephemerality a

25  bit, can you just help me understand -- or help the

Page 194

1    jury understand what it means for a story to be

2    ephemeral in terms of the user experience?

3        A.   Sure.  So, essentially, if you post a video

4    to your story, it stays -- it only stays visible to

5    your friends or followers for a set amount of time;

6    so like, for example, 24 hours.

7             And so if anyone logs in and wants to see

8    your story, they can see it for 24 hours.  If they

9    log in after 24 hours has passed, there's just

10   nothing for them to see.  That's kind of the basic

11   premise.

12       Q.   And I think you said that stories were an

13   idea that the company considered and ultimately

14   shipped to help address concerns about its

15   performance with the teen audience; is that right?

16       A.   Yeah.  And I think, for clarity, several of

17   these things weren't shipped only for teens.  I

18   think a lot of these were tied to more general

19   concerns the company had around just its -- the

20   relevance of its products.

21            In some ways, I think it was similar to in

22   the 2012 period, where there was a big shift to

23   mobile and the company needing to adapt to changes

24   in technology and the market.

25            Stories was one kind of adaptation.  So I

Page 195

1    think some of the impetus was definitely related to

2    teen usage; but some of it, I think was a more

3    general challenge and -- for example, for a product

4    like stories, that was shipped to everyone; right?

5    It was not, you know, an only-teens product.

6         Q.   Do you remember other strategies that you

7    worked on to help address the concern relating to

8    the company's performance among kids between 2016

9    and 2018?

10             MR. SCHMIDT:  Objection.  Form.

11             THE WITNESS:  Yeah.  There were a few

12   others, I think.  And when I say "worked on," I was

13   often one degree removed from these.  It was part of

14   a portfolio.  But one of the things some people on

15   my team worked on included Messenger Kids as another

16   example.

17   BY MR. PHELPS:

18        Q.   What about the live feature?  Was that

19   another feature you worked on that could address the

20   company's perceived issues with teens between 2016

21   and 2018?

22        A.   So with live, I definitely worked on it.  I

23   don't remember the exact capacity I worked on it.

24   It might have been more as a peer to Fidji.  Fidji

25   is another leader who I think maybe had that as more

CONFIDENTIAL

Page 196

1    directly in her portfolio.

2           It definitely was a major initiative within

3    the company in that time frame.  I honestly don't

4    recall how much of that was specific for teens,

5    though.  My impression is the live work was meant to

6    be, again, more crosscutting and as part of a

7    portfolio of things that were related to adapting to

8    some of the technological changes we were seeing.

9        Q.   What about the issue of audience controls?

10   Was -- are you familiar with that term?

11       A.   Yes.

12       Q.   What are audience controls?

13       A.   So I think the way that I'm familiar with

14   it, audience controls are essentially controls that

15   you give to people that let them specify who they

16   share with.

17          So, you know, if I make a post, maybe I

18   only want to send it to my friends or maybe I only

19   want to send it to my coworkers or I want to have

20   different groups of people be able to see my

21   content.  And that's kind of the high-level

22   definition of an audience control.

23       Q.   Okay.  What about the camera?  Was the

24   camera something you worked on between 2016 and 2018

25   that, at least in part, was aimed at addressing a

Page 197

1    perceived issue in terms of Meta's popularity with
2    teens?
3        A.   Yeah.  I think another -- the camera was
4    one of the things my team worked on.  Again, one
5    degree removed.
6            And on that one, I think it was a little
7    bit of a collaborative effort.  So the stuff that my
8    team worked on was more, I think, on the technical
9    infrastructure side as well as a few of them were
10   Facebook app-specific things.
11           And I believe the technical infrastructure
12   was also, you know, later used in Instagram and in
13   other places.  But I was much less involved on that
14   side.
15       Q.   So we've talked about camera; we've talked
16   about live.  We've talked about ephemeral stories;
17   we've talked about audience controls.
18           Do you remember anything else you worked on
19   between 2016 and 2018 that was intended to help Meta
20   address concerns that it was losing market share
21   with teens?
22       A.   Yeah.
23           MR. SCHMIDT:  Object to the preamble.
24           THE WITNESS:  Specific questions, you
25   mentioned camera, live, stories.  What were the

CONFIDENTIAL

Page 198

1    other ones?  Sorry.

2    BY MR. PHELPS:

3        Q.    I think you've got to answer the question.

4        A.    Okay.  Nothing that jumps out.  But I think

5    there's a couple documents that may have other

6    things that, if you showed them to me, I might be

7    able to recall a few more.

8        Q.    Understood.

9        A.    And then I also -- sorry -- I also

10   mentioned Messenger Kids, which, I think, was a

11   separate product named for kids as well.

12       Q.    Any way you put it, there's a lot of

13   investment by the company between 2016 and 2018 into

14   addressing this perceived issue with the teen

15   market.  Isn't that right?

16           MR. SCHMIDT:  Object to characterization.

17           THE WITNESS:  I would say it was definitely

18   one of Mark's priorities and concerns during this

19   period.  And, you know, as part of that, I think he

20   also supported investment in this area.

21   BY MR. PHELPS:

22       Q.    It was one of the top priorities in the

23   company between 2016 and 2018 to address its

24   perceived loss of market share with teens; isn't

25   that true?

Page 199

1      A.   I don't remember the exact time frame.  So,

2   like, I'm not sure -- I can definitively say it was

3   the top priority in 2016 or 2017 or 2018, but I

4   think somewhere in that time period it was one of

5   the top priorities.  And I think in some of the

6   documents there might be more specific dates there.

7            MR. PHELPS:  And that's totally fair.  I

8   just wanted to set the stage.  Why don't we get into

9   some documents.  So I'm going to show you what will

10  be marked as Exhibit 12.

11           (Exhibit 12 was marked for

12           identification and is attached to the

13           transcript.)

14  BY MR. PHELPS:

15      Q.   Let me know when you've had a chance to

16  look at that document.

17      A.   Okay.

18           MR. PHELPS:  Jim, do you know what document

19  I'm referring to?

20           THE WITNESS:  I don't think I've seen this

21  before; so I might need a little bit of time if you

22  want me to go through all the slides.

23           MR. PHELPS:  Yeah.  And I'll focus you on

24  the slides that I'm interested in, but take your

25  time and let me know when you're ready to speak

CONFIDENTIAL

Page 200

1    about this.

2            THE WITNESS:  Okay.

3    BY MR. PHELPS:

4        Q.    Cool.

5            Just while you're getting oriented, I'll

6    say for the record this is an email from yourself to

7    ████████████, Connor Hayes, ████████████ in

8    February -- on February 1st, 2016, titled "Re: Teens

9    Deck" with an attachment "m team offsite teens kx

10   edit 2.1."

11           Does that look right to you?

12       A.    Yes.  Yeah, I think it does.  Just give me

13   a few minutes to read.

14       Q.    Yeah.  Take all the time you need.

15       A.    Okay.  I have skimmed it.  I may need to

16   refer back.

17       Q.    Understood.  And I'm going to focus on the

18   attachment, by and large.  I just want you to verify

19   that the title of the attachment is -- at least the

20   file name that we see in the first email -- is

21   "m teams -- m team offsite teens kx edit 2.1.pptx."

22           Do you see that?

23       A.    Yeah.  That is the title.

24       Q.    And so is it reasonable to infer that these

25   are your edits on a document that are going to be

Page 201

 1    used in connection with the M Team off-site that was

 2    forthcoming?

 3        A.   Yes.  I think it's reasonable to infer

 4    that.  So I don't have, like, a direct memory of

 5    this thread; but on reading it, I think my

 6    interpretation now is there was an M Team review.

 7            I don't think it was specifically for

 8    teens.  If I had to guess, I think it was probably

 9    just part of a regular M Team review.  As part of

10    that, it looks like Chris Cox, who was my manager,

11    had asked me to take point in synthesizing some of

12    the data.  And I was working with a few of the

13    people who actually were more hands on and had the

14    data to do that.

15        Q.   And the idea is that this would be a

16    presentation that would ultimately go to a team

17    of -- a team of individuals who helped manage the

18    company?

19        A.   So I think -- assuming it went to M Team,

20    then yes, it would go to the M Team group.  As I

21    mentioned earlier, my impression of M Team was it

22    was less of a decision-making body and more of a

23    context-sharing body.

24            So I think the characterization of, like,

25    is M Team working collectively together as a group

CONFIDENTIAL

Page 202

1    to manage the company maybe is a little nuanced.
2    But, you know, it definitely was a group where
3    several senior leaders in the company were
4    represented.
5         Q.   Okay.  Let's go to the first substantive
6    page of the slide.  It's got a pagination of "1" and
7    "Teens" at the top.  Let me know when you're there.
8         A.   I'm there.
9         Q.   And so this document is describing the
10   situation and how the company is doing with respect
11   to teens and sort of call it the first quarter of
12   2016.  Is that the context we gain from this slide?
13        A.   I think it's meant to overview the deck;
14   right?  And so I think the first slide is, I think,
15   teeing up a set of things summarizing the overall
16   situation.  And then, you know, what the company or
17   the product teams are doing in response.
18        Q.   Okay.  And what's the next slide say?
19        A.   "The Situation."
20        Q.   And can you read the situation as it's
21   reflected on page 3 of the slide.
22        A.   Yes.  It says:
23                  "We have a significant DAP and
24             engagement problem with teens and young
25             adult people in the US.  This is worse

CONFIDENTIAL

Page 203

1           than we previously thought and getting

2           worse over time.  We know this is true

3           in other markets" -- so outside of the

4           US -- "and are in the process of

5           getting analogous data."

6      Q.   Could you explain to the jury just in

7  layman's terms what those first two sentences mean?

8      A.   Yeah.  So, again, this is more me

9  interpreting this rather than remembering it

10 directly.

11          So significant DAP -- DAP stands for daily

12 active people.  So I think we talked about some of

13 these measures previously, both monthlies and

14 dailies; so I think in this case we're using

15 dailies, but I think you could easily use monthlies

16 as well.

17          What that is saying is essentially -- I

18 guess I'm inferring here -- and it's probably in

19 later slides -- showing that the number of active --

20 daily active teens and the number of daily active

21 young adults in the United States is probably

22 declining in some way.  And so that's probably what

23 that problem refers to.

24          And then separately, the engagement

25 sentence here -- so TS over DAP, I believe TS here

CONFIDENTIAL

Page 204

1  probably means time spent.  And so, essentially, at

2  least in this deck, engagement was defined as time

3  spent over DAP, which is the amount of time each

4  daily user was spending.

5        And so it sounds like that was also

6  probably declining or at least not looking

7  incredibly healthy from a business perspective.

8     Q.   And do you know what the impact of this

9  situation would be on Meta's business if this

10  problem wasn't addressed?

11     A.   So I think -- I guess it probably would

12  depend on the time horizon.  From a short-term,

13  like, advertising perspective, I actually don't

14  think this would have been that big of a problem

15  because my understanding is just, like, teens as a

16  segment are a relatively small percentage of the

17  overall advertising market.

18        On the other hand, I think from a, like,

19  core product perspective, right, in the long term,

20  if this segment is not finding the products

21  relevant, my understanding was there was a fair

22  amount of concern around that; right?

23        So if new, like, teens -- I think we're

24  talking about teens and young adults are, like, no

25  longer signing up to begin with, then, you know, as

Page 205

1    they get older, they're presumably also not, you

2    know, going to stay engaged.

3            So I think there was a fair amount of

4    concern around the products losing relevance for an

5    increasingly large set of people and that being

6    maybe the main near-term sense of urgency around

7    this problem.

8        Q.    Do you know if teens are also important as

9    a population group for Meta because they have the

10   ability to influence cultural trends?

11       A.    It's possible.  I mean, I think I may have

12   heard that being one of the reasons articulated.  I

13   don't think it was, like, the primary one, as I

14   remember it.

15       Q.    Okay.  I want to go to a slide that says

16   "Why didn't we realize this sooner?"  I think it's

17   page 13.  Let me know when you've reached it.

18       A.    I am at page 13.

19       Q.    On this slide there's a series of reasons

20   why the company didn't sooner appreciate that it was

21   having a problem with the teen cohort.  Isn't that

22   right?

23       A.    Yes.  I think it's talking about some of

24   the data and analytics issues that are contributing

25   to the lack of that understanding.

CONFIDENTIAL

Page 463

1    Mr. Zuckerberg relating to this email in September

2    of 2021?

3        A.   I do not think I heard anything from Mark

4    directly, no.

5        Q.   What about in October 2021?

6        A.   Again, I think not directly from Mark to

7    me, no.

8             MR. PHELPS:  Okay.  Let's go to the next

9    exhibit.

10            Jim, this is P0352 on our own internal

11   schematic.

12            And, Mr. Jin, can you please keep this

13   exhibit handy because we'll be coming back to this.

14   But we're going to talk about Exhibit 40 here for a

15   minute.

16            (Exhibit 40 was marked for

17            identification and is attached to the

18            transcript.)

19   BY MR. PHELPS:

20       Q.   And, Mr. Jin, I'm happy for you to review

21   as much of this as you need.  I'll let you know I'm

22   going to be focusing, really, on the first half of

23   the first page of this exchange.

24       A.   I've skimmed it, yeah.

25       Q.   This is a workplace chat between yourself

Page 464

1    and Emily Dalton Smith; correct?

2        A.    Yes.

3        Q.    Okay.  Ms. Dalton Smith says:

4                  "Hey, just checking in.  You doing

5              okay?  The leak situation is tough."

6              Do you see that?

7        A.    Yes.

8        Q.    Did you understand that to be a reference

9    to a set of leaked materials obtained from Meta's

10   internal repositories that were disclosed to the

11   Wall Street Journal during the second half of 2021?

12       A.    Yeah, I believe so.  I think you might be

13   referencing the Jeff Horwitz/Frances Haugen leak.

14   So I believe -- I believe this is probably in

15   reference to that, yeah.

16       Q.    Okay.  And that -- we don't need to dive

17   into the specifics, but is it your basic

18   understanding that that reporting that you just

19   described raised questions about the Instagram

20   platform's potential negative impacts on young

21   people's mental health and well-being?

22       A.    So --

23              MR. SCHMIDT:  Object to the

24   characterization.

25              THE WITNESS:  So I think there were, as you

Page 465

1  know, a lot of documents leaked and a lot of

2  different stories written.

3          So I don't know if this chat thread is in

4  reference to a specific one or not.  It may have

5  been in reference to the general situation.  I think

6  a lot of folks were kind of shaken up by it because

7  this had been one of their coworkers who had taken a

8  lot of, you know, documents.

9          And I would say some folks, even if they

10  agreed with the intent or the overall goals of that

11  individual, had maybe mixed feelings on the specific

12  method they took.

13          So it's -- again, reading it now, it's hard

14  for me to know whether it was in reference to

15  specifically some of the well-being-related leaks

16  versus other things.

17  BY MR. PHELPS:

18      Q.   Okay.  Let's dig in further.

19           And you say at 14:55:

20               "I'd like for us to focus on

21           understanding the substance of the

22           criticisms, e.g., which ones are both

23           valid and important to address.  And

24           for those, how do we want to change?

25               "I feel like too much of the focus

Page 466

1          has been around just pushing back on

2          everything, even though I agree some is

3          poorly contextualized."

4          Did I read that correctly?

5     A.   You said 14:55.  Oh.  Where it says,

6     "Number 1, I'd like for us to focus."

7          Yes.

8     Q.   And then at 14:52, you say:

9               "For example, still haven't heard

10         back about central ownership and

11         staffing for well-being.  It really

12         seems like, if we don't do this, we're

13         explicitly choosing not to invest in

14         these areas, even though the initial

15         ask is so small relative to what we're

16         funneling into metaverse or other

17         product development."

18         Did I read that right?

19    A.   Yes, you did.

20    Q.   Mr. Jin, were you frustrated that, by

21    October -- early October 2021, you had not heard

22    back about your recommendations relating to central

23    ownership and staffing for well-being?

24    A.   I'm trying to remember how I felt.

25         I'm not sure -- I was certainly concerned

Page 467

1    that we hadn't heard back, and -- because I

2    obviously believed in the recommendation that we put

3    forward.  So I was concerned about that.

4        Q.    And what did you mean when you wrote:

5                "Even though the ask is so small

6                relative to what we're funneling into

7                metaverse and other product

8                developments"?

9        A.    So I believe this was based on my

10   understanding of the total headcount both already

11   allocated to some of these areas or that maybe may

12   be additionally allocated in future years.

13            And I don't have the exact numbers in my

14   head now, but I probably had some sense that, you

15   know, the number of people working on AR/VR, for

16   example -- in total; right -- probably greatly

17   exceeded the number of people that were currently

18   working on some of the issues that had been outlined

19   in the document.

20            So I believe that's probably what I was

21   referencing there.

22       Q.    Did that concern you?

23       A.    It did, yes.

24       Q.    Why?

25       A.    I thought -- and, again, based on the

Page 468

1  context that I have, which may be different from

2  other people -- that the ask we had put together was

3  well thought through and a pretty reasonable ask.

4  And I thought it was important that the company

5  prioritize it.

6      Q.   And because that ask would enable the

7  company to better support users experiencing things

8  like problematic use, bullying and harassment, and

9  SSI on its platforms; right?

10     A.   I think that following the recommendations

11 in that ask would have allowed the company to make

12 faster progress on top of what it was currently

13 doing for those issues.

14     Q.   Let's go back to Exhibit 39, which is the

15 Nick Clegg email.

16         So we spent a lot of time talking about

17 Mr. Clegg's August 2021 email.  Do you see that the

18 next email in this string is a November 10th, 2021,

19 email from Mr. Clegg also to Mr. Zuckerberg and

20 others?

21     A.   Yes.  The 1:53 a.m. email?

22     Q.   Yes.

23         So Mr. Clegg says:

24             "Circling back re: investment

25          needed to strengthen Meta's position on

Page 469

1          well-being.  See original email from

2          Aug below."

3          Did I read that correctly?

4     A.   You did, yes.

5     Q.   Okay.

6              "This investment is important to

7          ensure we have the product road maps

8          necessary to stand behind our external

9          narrative of well-being on our apps,

10         and soon in the metaverse."

11         Did I read that correctly?

12    A.   You did, yes.

13    Q.   Okay.

14             "This work and narrative has, of

15         course, become a more critical focal

16         point for policymakers, regulators, et

17         al., in recent weeks.  This is not

18         likely to diminish going forward."

19         Did I read that correctly?

20    A.   Yes.

21    Q.   And it looks like we can summarize it -- I

22    won't read the whole thing into the record -- that

23    Mr. Clegg offers a scaled-down proposal.

24         Do you see that?

25    A.   Yes.

CONFIDENTIAL

Page 470

1      Q.   Okay.  And so this is a scaling down of

2  what had been proposed in August 2021.  Is that your

3  understanding at a high level?

4      A.   Yes.

5      Q.   Mr. Clegg concludes:

6              "Given the increased urgency of

7           all this since the initial escalation

8           in August, are you supportive of

9           funding this scaled-back proposal?"

10          Did I read that correctly?

11     A.   Yes.

12     Q.   Naomi Gleit responds:

13             "Mark, FWIW, this is my number one

14          below-the-line project to fund on

15          social impact, i.e., before climate.

16          We've also scaled this request back to

17          ask for XFN only and 0 ENG, given that

18          there are none.  Smiley face."

19          Did I read that correctly?

20     A.   Yes.

21          (Whereupon, Mr. Ward entered the

22          deposition room.)

23  BY MR. PHELPS:

24     Q.   And then there's an email back from Susan

25  Li, who I think we established is the company's CFO?

Page 471

1    A.    That's right.  I believe she was the CFO by

2    this time.

3    Q.    Okay.  Ms. Li says:

4            "I'll defer to Mark on the

5            decision here, and we have a budget

6            meeting on Monday.  But unfortunately

7            XFN heads are running even more

8            constrained than ENG."

9            Do you see that?

10    A.    Yes.

11            And just one revision.  I'm actually not

12    sure when Susan formally became the CFO; so it's

13    possible she wasn't CFO at the time of this email,

14    but she was a senior leader in finance who was

15    involved in the headcount process.

16            You probably can confirm the actual date

17    she became CFO.

18    Q.    Okay.  In any event --

19    A.    But yes, your reading is correct.

20    Q.    Let me just read it one more time to get a

21    clear record.

22            That's okay.

23            Did you ever hear from Mr. Zuckerberg a

24    response to the proposal conveyed by Mr. Clegg in

25    August of 2021?

Page 472

1     A.    I did not hear anything directly from Mark

2  to me, no.

3     Q.    Do you have an understanding of whether the

4  recommendation made in August of 2021 was adopted?

5     A.    I do.

6     Q.    What is that understanding?

7     A.    It was not fully adopted.  I think, if you

8  go back to the recommendation, there was essentially

9  a two-part ask; right?

10          The first is around establishing a central

11 team, and the second is around accelerating work on

12 problematic use.

13          I believe the decision was essentially it

14 makes sense to establish some centralization here.

15 So that was, I guess, partial agreement.  However,

16 no incremental headcount would be forthcoming for

17 the work, and the ask would be to reprioritize as

18 much as possible both within the current team as

19 well as partner teams to see what was possible

20 within the recommendation.

21          So it's, you know, status quo, Option 1,

22 Option 2 if you go back to that original table.

23 This is probably -- would be something like

24 Option 0.5, if that makes sense, where, in part, it

25 was aligned.  But the lack of headcount certainly

Page 734

1                          ---oOo---

2

3          I, JENNY L. GRIFFIN, hereby certify:

4          That I am a certified shorthand reporter in and for

5     the County of Alameda, State of California;

6          Prior to being examined, KANG-XING JIN, the witness

7     named in the foregoing deposition, was by me duly sworn

8     to testify to the truth, the whole truth, and nothing

9     but the truth; that said deposition was taken pursuant

10    to notice at the time and place therein set forth, and

11    was taken down by me in stenotype and thereafter

12    transcribed by means of computer-aided transcription,

13    and that said deposition is a true record of the

14    testimony given by the witness.

15         I further certify that I am neither counsel for nor

16    related in any way to any party to said action, nor

17    otherwise interested in the outcome thereof.

18         In witness whereof, I have hereunto subscribed my

19    name November 5, 2024.

20

21

22    _____

23         JENNY L. GRIFFIN, CSR #3969

24         Certified Shorthand Reporter

25