**AMENDED** Exhibit 15

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Document Provided in Native Format

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00649343

Final deck here:
https://docs.google.com/presentation/d/1Hw7xH8eDdieY5NowQnK0VGc
T9yOk9ki7ZCZDzaESWHQ/edit#slide=id.g8ecc8d538b_2_627

# 2022H2 Facebook Goals and Expectations

*H2 2022: DAU, MAU, Sessions, Time Spent, Feed VPVs, MUV, Product Quality (Crash Rate, Startup, Product Performance), SWOP, Reels Producer DAU, Reels Total Watch Time, OBP PR*

2022H1 deck for reference:
https://docs.google.com/presentation/d/1o6LBzfpP934bhtuA8Eh
M-tQu7nqNHjdMAQEGW8uhPLI/edit#slide=id.g8ecc8d538b_2_627

## Facebook Goal Setting Process

**How we forecast goals:**

While specific forecasting methods differ per metric, we develop FB goals each half by projecting underlying trends driven by organic factors (inc. seasonality) and then baking in incremental impact driven by product teams.

- **Organic trend and seasonality:** This first component allows us to set a baseline for where we expect to land at the end of the half, and reflects longer term factors (e.g. Feed sharing declines). It also includes all product impact from prior halves.
- **Product impact:** This second component allows us to make progress towards our strategy by operationalizing expectations from product teams for the coming half.

**How we reflect our FB Strategy within goaling:**

- Top-line app goal metrics:
  - **Daily Active Users (DAU)**: as measured by Young Adult US/CA/WE DAU and overall US/CA/WE DAU
  - **Monetizable User Value (MUV)**
  - **Product Quality**: as measured by Startup, Crash Rate, Product Performance
  - **Integrity**: as measured by Severity Weighted Overall Prevalence (SWOP)
- Strategic focus areas:
  - **Reels**: as measured by the health of production (US/CA Producer DAU) and consumption (US/CA Total Reels Watch Time), as well as incrementality to the overall app (Core Sessions Cap 15).
  - **Original Content Production**: as measured by Original Broadcast Post Participation Rate



