# AMENDED Exhibit 26

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

# METAMAAG-001-00085676

## Metadata

| | | |
|---|---|---|
| **All Custodians** | ████████; | SEMANTIC |
| **Begin Family** | METAMAAG-001-00085676 | SEMANTIC |
| **End Family** | METAMAAG-001-00085707 | SEMANTIC |
| **Filename** | Re: Rob's Youth Update - Sep 7 | SEMANTIC |
| **From** | Robert Chen <robertchen@fb.com> | SEMANTIC |
| **MDL Bates** | META3047MDL-003-00084997 | ALIAS |
| **MDL BEGBATES** | META3047MDL-003-00084997 | SEMANTIC |
| **MDL ENDBATES** | META3047MDL-003-00085028 | SEMANTIC |
| **Subject** | Re: Rob's Youth Update - Sep 7 | SEMANTIC |
| **To** | Eden Litt <eel@fb.com> | SEMANTIC |



EXHIBIT

8

depobook.com

Message

| | |
|---|---|
| **From:** | Robert Chen [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=█████████████████████████████B] |
| **Sent:** | 9/10/2018 6:31:49 PM |
| **To:** | █████████████ |
| **Subject:** | Re: Rob's Youth Update - Sep 7 |

I'm trying to compile the existing literature on what Facebook's value prop is. And the same for IG. And preferably for teens but I'll take adults if I can't find stuff for teens. This is part of work around thinking through how IG can help FB with teens. Lmk if you'd like more context!

If you have any applicable materials...that'd help out a ton!! ☺

**From:** ███████████████████
**Date:** Sunday, September 9, 2018 at 9:35 PM
**To:** Robert Chen ████████████████
**Subject:** Re: Rob's Youth Update - Sep 7

Hiya – what's the "(Rob) Complete IG and FB value prop lit review"?

**From:** Robert Chen ████████████████
**Date:** Friday, September 7, 2018 at 3:45 PM
**Subject:** FW: Rob's Youth Update - Sep 7

FYI – Please let me know about questions/comments/etc.

Thanks,
Rob

**From:** Robert Chen ████████████████
**Date:** Friday, September 7, 2018 at 3:42 PM
**To:** █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████
**Subject:** Rob's Youth Update - Sep 7

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-003-00084997
METAMAAG-001-00085676

In our last All Hands, Mark said that if we were building FB all over again, we would start with messaging. So what's stopping us from making FB more messaging-centric? What would our **Facebook App** look like if we **reintegrated messaging back into the UI**? (something like FB Lite probably hah!)

As an added benefit, if messaging were integrated into the FB app, it would help us **beat iMessage** by **increasing the reach and frequency of messaging** on Facebook. Our ultimate goal should be to "win messaging," not necessarily just "Messenger the app wins."

The main FB App tab could still be news feed...we'd just have another tab for messaging. Within FB app, just simple messaging. In Messenger, have that plus more (e.g., RTC). And messaging within FB would integrate with our other products like Marketplace, Events, Groups, etc.

For the people who have installed Messenger...they have, and we have pushability there. And for the people who haven't, now they have messaging on mobile. And if Messenger provides compelling value, then the app will continue to be used. But if integrated messaging is actually superior, then that's great to know too.

**Progress**

- **Teen Opportunity Cost and Lifetime Value.** Caveat: There are lots of assumptions going into the below numbers. Consider them **ballpark estimations.**
  - Just in the US, we have an opportunity cost of $150 million a year in 2019...this rises to $1.8 billion per year in 2030
  - The total present value loss is ~$12 billion
  - By 2030, Facebook will have 30 million fewer users than we could have otherwise if we do not solve the teen problem
  - The lifetime value of a 13 y/o teen is roughly $270 per teen
    - Spending above that should result in much more scrutiny
- **Youth Market Strategy Roadmap.** ▮▮▮▮ = 1 FTE on Youth. We are splitting our time between:
  - 30% Big Bets
  - 30% Key Questions
  - 30% M&A
  - 10% Messenger Kids
- **M&A tracker** – Drafted and reviewed with ▮ and ▮
- **Age Up –** ▮▮▮ and I had an initial discussion with ▮▮▮

**Plans**

- (Rob) Complete IG and FB value prop lit review
- ▮▮▮) Focusing on iMessage / messaging primacy work with the Messenger team
- (▮▮ and Rob) Meeting with:
  - Research team to expand collaboration opportunities
  - Teens PM team to discuss how we engage with each other regarding Big Bets
- (Rob and ▮ Fill out M&A tracker with previous companies
- (Rob) Continue collaborating with ▮▮ on various types of long term retention analyses (e.g., Instagram, FB time spent)

**On Hold**
- "1-pager" for M&A

**From:** Robert Chen
**Date:** Friday, August 24, 2018 at 9:43 AM
**To:**

**Cc:**

**Subject:** Rob's Youth Update - Aug 24

In a meeting earlier this week, somebody asked me why it was important to do the **long-term retention** and **lifetime value** work. I figure it would be helpful to explain.

**Lifetime Value (LTV)**
This number is core to making decisions about your business. Lifetime value is the cumulative total "value" (usually expressed as "profit") you expect from a customer/user. With this number, we can make better decisions regarding how much to spend on each user. Generally, you do not want to spend more than the LTV of the user.

Here are some sample questions that we can answer:
- How much should I spend on acquiring content (e.g., shows, funny short videos)?
- How much should I pay for a "traction" M&A target on a per DAP basis?
- Generally, how much should I spend on acquiring users for Bell, our high school product?
- What's a reasonable level of funding for a teen ambassador program?

Basically, any time you need to make a decision regarding spending to acquire users, LTV is useful. Otherwise, you're just shooting in the dark.

**Long-term Retention**
This is a measure for how active users are after years of time.

Why it matters:
- Without this, you cannot calculate LTV
- It helps us understand a foundational aspect of Facebook usage...
  - Which users are most active after a long tenure?
  - How does joining Facebook at a different age impact your usage? And the follow-up...at what age should Facebook try to acquire users?
  - How does Facebook long-term retention differ over time? What does this tell us about our new users? About the Facebook service itself? About the competition?

Hope this helps—let me know about questions.

Onto the update...

**Progress**
- Shared initial findings on long-term retention. Short summary is the "the young ones are the best ones." You want to bring people to your service young and early. This is the most fascinating work I have done recently. Look for more from me and Santosh
- Shared the latest on Snapchat's growth, engagement, product, and business. Big picture wise, it had negative DAP q/q (this is terrible) and decent ARPU. SC is showing strong declines among <18 in the US. If this continues, this is very bad for SC. I would attribute the trigger to the SC redesign. But also props to the competitors (IG, iMessage) for being there to step in
- Sharmistha and I shared with ▇ and ▇ the:
  - **M&A "tuck-in" approach.** We'll need support from research and analytics and will reach out separately
  - **Market Strategy's Youth Roadmap.** We are making edits, finalizing, and will share more broadly by next week
- ▇ and I set the timeline for our IG → FB onramp work (this is the work Sadi referred to in his response to my last update)
- ▇ shared an updated sizing for YouTube Kids on both tablets and smartphones in the United States

**Plans**
- (Rob) Complete Phase I of LTV and long-term retention analysis
- (Rob & ▇) Publish Market Strategy's Youth Roadmap
- (Rob & ▇) Build "tuck-in" tracker and data "1-pager"
- (▇) Kick-off "age-up" project
- (Rob) Chase down value propositions and collaborate on sizing for IG → FB onramp

---

**From:** Robert Chen ▇
**Date:** Monday, August 6, 2018 at 12:02 PM
**To:** ▇
▇
**Cc:** ▇

**Subject:** Rob's Weekly Youth Update - Aug 6

About that last All Hands:

- Glad that Mark articulated our principles. My impression is that these principles have for the most part guided our company for a long time. The challenge comes in the tradeoffs between the principles, which is less clear. Also missing is "what's the point of all this?" What is the end state that we are striving towards? When we are successful, what does the world look like?
- The following statement on Family strategy is huge, if Mark is truly committed to it. There are potentially major implications for the Youth team, depending on how the statement is interpreted
  - o  "Increasingly, we are going to focus on making sure each of our apps will do what it's uniquely best at and positioned to do. There will be overlap. All of these apps are focused on connecting with friends. And while the friends may be different in each app. That will be the core they have in common. Beyond that, we are going to have a more proactive effort that each of our apps will cover a distinct utility for people going forward."
- It continues to baffle me why we ignore events. When Will Cathcart was talking about "utility features...which are best when you have the full graph," he talked about groups, marketplace, and dating but did not mention events at all
  - o  I used to think that this was mostly we had to arbitrarily draw lines because the product would be hard to manage all under the FB App Org
  - o  But now I think that perhaps this stems from more deeply held beliefs. I hypothesize the beliefs below:
    - ▪  Events are primarily a vector for monetization, like Ads (which is why Events was part of Ads & Business Platform and now part of Core Product Services)
    - ▪  Our company values bits over atoms. In-person and physical world interaction is hard and not where we have historically excelled. And thus it is not part of our core consumer value proposition

## Progress
- ███████ and I shared **music** research and analysis
- **M&A** analysis continues to hum along
- Thanks to Santosh's tireless efforts, we have **retention by year of birth and by year of registration**! I'm analyzing and hope to share findings soon

## Plans
- New **Snapchat Update** because **Snap** announces earnings this Tuesday. I'm guessing it's not going to look good, but we'll see. User growth will not be good. ARPU is where they can exceed expectations...but...
- **Long-term retention analysis** using Santosh's data
- **Lifetime Value** estimate based on long-term retention analysis

## On Hold
- Youth Facebook SWOT
- Age Up

---

**From:** Robert Chen ████████████████
**Date:** Friday, July 20, 2018 at 10:39 AM
**To:** ████████████████████████████████████████████████████████
████████████████████████ ████████@fb.com█ ██████████████████

**Cc:** ██████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████

**Subject:** Rob's Weekly Youth Update - July 20

I'm back from Spain! Stuffed myself with endless plates of delicious pintxos in San Sebastián!

**Progress**

- Additional **M&A** analysis with ██ via 1-pagers for traction targets
- Increased our team's understanding of potential **music products** by connecting ████ ████ ████ ██ and ██ with the Music rights team
  - Initiated brainstorming with ████
- Continued to collaborate with Santosh to develop **churn analyses** by YOB and confirmation cohort. The data are gnarly, but we're getting close!
- Collaborated with ❨█████████ to provide a different and **improved DAP estimate for Family Locator and Sweatcoin**

**Plans**

- **M&A**
- **Churn analyses + lifetime value**
- **Music –** Immediate next step is to brainstorm more product ideas

**On Hold**

- Youth Facebook SWOT
- Age Up
- Fantasy Sports

**From:** Robert Chen ██████████████
**Date:** Friday, June 29, 2018 at 1:50 PM
**To:** ███████████████████████████████████████████
██████████ ████████████████████
**Cc:** ████████████████████████████████ tiffanyk@fb.com ██████████
████████████████████████████████████████
████████████ ████████████ ██████████████

**Subject:** Rob's Weekly Youth Update - June 29

Last update of the half! It's been thoroughly satisfying supporting our Big Bets, building our knowledge of the youth market landscape and competitors, and developing our foundational understanding of youth & social media. Looking forward to moving the needle with our big moves in H2. #YOUTHSTRONG

**Progress**

- **M&A:** ▆ and I shared our approach and initial findings on Thursday. This built upon our work from earlier in H1. Gained alignment with leads. Next up: #1 Deep dives into traction candidates and #2 developing an investment approach.

- **Lifetime Value:** Resurrected this workstream to inform M&A. Santosh is leading the analysis here. Kevin will also be helping out while I'm on PTO.

**Plans**

- I am going on PTO from June 30 (tomorrow) to July 10. I'll be back on Wednesday, July 11!

**For when I'm back:**

- **M&A:** My initial focus will be on traction candidates
- **LTV**
    - Will inform how much to pay
    - Will also inform foundational understanding of what's happening with different teen cohorts
        - E.g., Is it true that people who start to actively use Facebook later in life (as young adults versus teens) have lower retention compared to those who joined younger. If this is not true, then maybe we should be investing more in young adults
- **Music** (pushing till July b/c M&A moving up in priority)**:**
    - Identify major players and market size
    - How can music companies and their services plug into Facebook?
    - Set up a "What FB is doing with music?" meeting for Youth Leads
- **Youth SWOT:** What are our unique strengths as Facebook? Is there anything that we can do that Instagram can't fast follow and do better?
- **Fantasy Sports:** On Hold
- **Age Up Question:** On Hold

**Me**

I'll be vacationing in Barcelona, San Sebastian, Bilbao, Valencia, and Benicassim!

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL_RVOL003

META3047MDL-003-00085003
METAMAAG-001-00085682

**From:** Robert Chen
**Sent:** Friday, June 22, 2018 4:34 PM
**To:** ██████████████████████████████████████
**Cc:** ██████████████████████
████████████████

**Subject:** Rob's Weekly Youth Update - June 22

Excited for our move to MPK 21! The space looks beautiful. Onto the update...

## Progress

- **Anonymous Apps:** Summarized retention patterns for anonymous apps that we have data for
  - It is possible for anonymous apps to have high retention, but for whatever reason, they drop off in retention over time (tbh is a great example of this)
- **Liftetime Value:** Resurrected this workstream to inform M&A. Shared interim calculations with ██ ██ and ██ Collaborating with Santosh, Youth DE, to put together retention data for a more detailed LTV calculation which will include churn
- **Snapchat Actions:** Oded, MINT DE, updated and bias-corrected the dashboard on Snapchat in-app actions
  - Group stories do not have high usage in the panel. <5% use, closer to 0%
  - Suggests that SC has not "solved" the audience problem
- **VidCon:** Attended part of VidCon with our team! Good times hearing from industry people, chatting with teens, and getting to know Youth peeps better!

## Plans

- **M&A:**
  - LTV work #1 priority
  - Collaborating with ██ on upcoming work
- **Music** (pushing till July b/c M&A moving up in priority):
  - Identify major players and market size
  - Set up a "What FB is doing with music?" meeting for Youth Leads

- **Fantasy Sports:** On Hold
- **Age Up Question:** Punting till July
- **Youth SWOT:** Will advance this coming week if M&A/LTV does not take up full week. Otherwise, will push till July

## Me

I am going on PTO from June 30 to July 10.

**From:** Robert Chen
**Sent:** Friday, June 15, 2018 10:02 AM
**To:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Cc:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Subject:** Rob's Weekly Youth Update - June 15

Thank you to the leads for the engaged and productive discussion we had yesterday at the Competitive Landscape Review.

Our main output from the meeting yesterday was agreeing on the wording and prioritization of "Youth Key Questions." They are:

1. For separate apps, how do we age up people into the FB service?
2. What are unique Facebook strengths? Can we put together a SWOT for FB, IG, and WA?
3. What combinations of Brand + Hooks + Ongoing Engagement do we need? Is it possible to improve one area (e.g., Brand) without the others?
4. If we fail to succeed at bringing back young teens, what is our backup plan? How do we pursue young adults?
5. We are at risk for losing teens in the rest of the world. Is a different strategy necessary for those teens?

I will work on #1 and #2 in the upcoming weeks and hope to collaborate with research, analytics, and marketing for a more complete perspective.

## Progress

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-003-00085005
METAMAAG-001-00085684

- **Music**
  - o Developed high level framing here and here
  - o Met with ▮▮▮▮▮▮ (partnerships) and ▮▮▮▮▮▮ (PMM) from the Music team
- **Anonymous Apps**
  - o Compiled stats for a variety of anonymous apps (Blind, Amino, Sarahah, tbh, Whisper, Yik Yak, and After School)
  - o Perspective is that this could be a compelling "hook" for some of our efforts, like Bell
- **Close Friends Big Bet**
  - o Could not find MINT/Onavo data on LiveText but was able to find App Annie data. It made a blip at launch but then quickly faded
- **Youth Key Questions**: See above
- **Competitive Landscape Review:** The focus was on Youth Key Questions. Minor remainder of time on Music + Anonymous Apps
- **Snapchat Actions:** Waiting to hear from MINT DE on whether we can selectively pull out data for Group Stories only (this will help us understand whether SC has "solved" the audience problem)
- **Constrained Video:** ▮▮▮▮▮ and ▮▮▮▮▮ from Market Strategy provided feedback to CE. Thank you!

**Plans**

- **Anonymous Apps**: Retention curves for all the apps we have data for
- **Music:**
  - o Identify major players and market size
  - o Set up a "What FB is doing with music?" meeting for Youth Leads
- **VidCon:** Attending part of it—will meet up with CE team + try to meet Music people
- **Snapchat Actions**: Following-up
- **Fantasy Sports**: On Hold
- **LTV**: On Hold
- **Age Up Question:** Punting till July
- **Youth SWOT:** Punting till last week of June

**Me**

I am going on PTO from June 30 to July 10.

**From:** Robert Chen
**Date:** Friday, June 8, 2018 at 4:54 PM
**To:**

**Cc:**

**Subject:** Rob's Weekly Youth Update - June 8

**Code Conference: Interim Takeaways Part I**

- **SNAPCHAT –** Evan Spiegel, CEO of Snap
    - "It [Snapchat] really has an underlying philosophy that runs directly counter to traditional social media."
        - **Dimensions of Social Media** (previous Market Strategy work)
            - "The way that we have set up Facebook is not the only way that social media can be constructed. We have looked to Snapchat for inspiration, but how can we, in a structured manner, understand how Snapchat is radically different from Facebook and most previous social media? And even beyond Snapchat, what are other configurations which are possible?"
    - The redesign attempted to solve for several things at once:
        - Put friends first
        - Create unlimited content disconnected from friend count
            - "I think I should clarify a little bit about what we did with the redesign because it is actually really closely tied to Stories and about opening up more inventory."
        - Increase consumption/time spent
        - Increase monetization opportunities
        - Decrease audience problem
    - What went wrong with the redesign
        - Combining communication (more active) with stories (more passive). Getting in the way of communication. This was as bad or worse than putting ads in Messenger threads.
            - "One of the mistakes that we had made was combining your communications with the Stories that you wanted to watch."

- **My take:** Spiegel wanted to move very aggressively towards monetization and completely miscalculated. DAP has dropped.
  - o Too heavily relying on data = Iterating
    - "One of the things that I've noticed with our team is that if we lean too heavily on data, we just wait and wait and wait and can get stuck in very small iterations, rather than looking more broadly at new solutions, and so for us to just continually push forward as a company I think is really important, as long as that underlying philosophy is sound."
    - This resonates with what we're doing as the Youth Team—moving to Big Bets versus iterating
  - o Would you sell the company?
    - "I think as a fiduciary we're always required to consider it."
- **MEDIA + Telco** – James Murdoch, CEO of 21st Century Fox and Randall Stephenson, CEO of AT&T
  - o Media + Telco companies say they are merging because of the competitive threat from technology companies such as Google/YouTube, Netflix, and Facebook
    - See more in: How Media Companies Thrive, or just Survive, in the Shadow of Big Tech
  - o Why do companies (pure media or telco or otherwise) think they need to be successful in this space?
    - Direct relationship with end customer
    - Superior customer experience
      - Including lower ad load
    - Premium content
    - Scale
    - Randall Stephenson: "Can you pair a very formidable ad inventory with a very formidable amount of data, information on the customer, viewership data and all other kinds of information, and can you create something unique just from the straight advertising platform and change how you're monetizing content?"
  - o Why buy versus build?
    - James Murdoch: "Going piece by piece, one by one, show by show, et cetera, is gonna take a long time to really move the dial and having something mega"


**Progress**

- **Music**
  - o With ▮ and ▮ met with and are evaluating a music technology company
  - o Reached out to FB Music team to learn what's possible based on our music rights
  - o Began putting together a framework around music
  - o Will schedule brainstorm session sometime in next 2 weeks
- **Detailed Demographics and Devices from Pew Teen Internet Study**
  - o Teens have or have access to desktops/laptops at comparable rates to smartphones! (except at the lowest income level <$30k)

- $75k and up: 96% have desktop vs 97% smartphone
- $30k to $74k: 89% have desktop vs 93% smartphone
- o The higher the income, the less Instagram, Snapchat, and Facebook are used. However, the drop-off is steepest for Facebook
  - We already knew this, but great to have additional validation
- o While younger teens tend to use social media (e.g., IG, SC, FB) less than older teens, YouTube usage is about the same for both younger and older teens
  - This suggests that YouTube's passive and non-social use cases span a wider age range
  - This is consistent with our internal research that social use cases are more so for older teens
- **Code Conference Writeup:** See initial takeaways above.
- **Anonymous Apps:** Started compling data and should have something to share next week
- **LOL:** Facilitated connection between Neta Barkay and LOL team to build on our incrementality understanding of Project LOL

**Plans**

- **Music:** 1st draft of framework + meet with somebody from FB Music team
- **Close Friends Big Bet:** Livetext investigation
- **Anonymous Apps:** Simple data + perspective quip
- **Youth Key Questions:** Have draft, just need to clean up before sharing for feedback
- **Snapchat Actions:** More remapping than anticipated is necessary. TBD on timing

- **Fantasy Sports:** On hold
- **LTV:** On hold



**From:** Robert Chen
**Date:** Friday, June 1, 2018 at 8:00 PM
**To:**

**Cc:**

**Subject:** Rob's Weekly Youth Update - June 1

Because I was OOO Monday to Thursday, this week was a light week.

**Progress**

- Attended Code Conference. Will share a writeup next week
- ⬛⬛⬛ and ⬛⬛⬛ did a great walkthrough and overview of **Tik Tok**
- **Group Video Calling**
  - ○ Houseparty has been declining since Snapchat launched group video
  - ○ Houseparty peaked at 3.5 million US teen MAP and 1 million US teen DAP prior to Snapchat's launch, **demonstrating a need for group video calling**
  - ○ However, with SC already have launched group video and IG about to launch group video at the end of this month, in the US, **there is probably not major opportunity for a new app or for Facebook**
- **Mappen**, an app for meeting up with close friends
  - ○ While the app has been criticized for being spammy with SMS invites, there are **positive signs**
    - ▪ Steady growth up the app charts from rank 1000 last month to rank 70 today
    - ▪ Approximately 20% daily retention at 30 days (this is quite good)
    - ▪ iOS app store rating of 4.4/5.0
    - ▪ Apple promoted the app in its "Today" section of the App Store
    - ▪ Anja had heard about the app via primary research
    - ▪ More commentary here: https://fb.facebook.com/groups/1644399852491730/permalink/1977762519155460/
  - ○ **Recommendation**: Conduct qual research to understand whether Mappen:
    - ▪ Has staying power
    - ▪ Has growth tactics from which we can learn
    - ▪ Fulfils a teen need which we may be able to better fulfill through our own solution

**Plans** (most are repeats from last week because I was gone almost all of this week)

- **Group Video Calling:** Follow-up as needed
- **Code Conference:** Do a write-up
- **Music Big Bet:** Next step is to frame up music more broadly, beyond SoundCloud / Spotify and set up brainstorm session
- **Anonymous Apps:** What's the story behind teens and anonymous apps?
- **Fantasy Sports:** What's the story behind teens and fantasy sports?
- **Youth Key Questions:** Have draft, just need to clean up before sharing for feedback
- **Snapchat Actions:** Have not heard back from Oded (was hoping to hear back today). Will follow-up

- **LTV:** On hold



**From:** Robert Chen

**Date:** Friday, May 25, 2018 at 3:42 PM

**To:**

**Cc:**

**Subject:** Rob's Weekly Youth Update - May 25

**Progress**

- **Music Big Bet:** Put together a quick take on **SoundCloud**
    - For US teens, SoundCloud is about 50% of Spotify US Teen DAP
    - SoundCloud, at ~47%, is higher % teen DAP than Spotify, at 38%
    - SoundCloud is growing steadily with US teens, but Spotify is growing faster
    - SoundCloud has relatively high L-ness of 13/28 compared to Spotify of 15/28
    - Only about 25% of SoundCloud teen DAP is on Spotify as well
    - SoundCloud's stated strategy is to focus on the creator community and mid to long tier content that is exclusive to SoundCloud and not available on other music streaming services such as Spotify and Apple Music
    - **Music Next Step: Frame up music more broadly, beyond SoundCloud / Spotify**
- **Snapchat Actions:**
    - Sent details of Group Story event to Oded, MINT DE
    - Connected with Michael Shore on whether to install software in his qual/quant panel. TBD if we can whitelabel and waiting for panel to be built
    - Connected with Kat Li, IG PM, on information which may be helpful in making the case for a French panel, which IG may fund
- **Competitive Review Follow-Ups:**
    - **SoundCloud** quip above
    - **FB + FBM Incremental Analysis** largely leads to the same results as FB only since most of FBM is a subset of FB
    - **FB + FBM + IG Incremental Analysis** largely leads to all the incremental numbers becoming very small because IG has such as US teen reach

- o **IG Generational Analysis:** Hoping ▇▇▇ ☺ is able to help with this!
  - o Other follow-ups TBD
- **Tik Tok Walkthrough:** ▇▇ and ▇ from the Market Strategy have generously offered their time for a walkthrough of the Tik Tok app. It's scheduled for next Thursday
- **Churchill Club Top 10 Tech Trends 2018:** Attended panel with Market Strategy teammates Sharmistha and Oliver. Write-up is in progress

**Plans**

- **Code Conference:** Spending most of next week at Code Conference. I will be back in the office next Friday
- **Music Big Bet:** Next step is to frame up music more broadly, beyond SoundCloud / Spotify
- **Anonymous Apps:** What's the story behind teens and anonymous apps?
- **Fantasy Sports:** What's the story behind teens and fantasy sports?
- **Youth Key Questions:** Have draft, just need to clean up before sharing for feedback
- **Snapchat Actions:** Should hear back from Oded (data eng) by Friday of next week
- **LTV:** On hold

---

**From:** Robert Chen ▇▇▇▇▇▇▇
**Date:** Friday, May 18, 2018 at 11:20 AM
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Cc:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇

**Subject:** Rob's Weekly Youth Update - May 18

**Progress**

- **Competitive Landscape Review:**
  - o **Winning Teens = Winning Generations.** Facebook, if it is to win with teens, will win with teens (13-18 y/o's) on a generation by generation basis
  - o Music is a major opportunity for Facebook that we should dig deeper into
  - o Of all the US teen apps, Instagram is in the top 3 in terms of "incremental" MAP and DAP. **If we don't know how IG can help FB, then we should think hard about how any other app can help FB**
  - o Special thanks to Neta Barkay from Core Data Science for our collaboration in the incremental teens analysis

- **Snapchat Actions:** Determined the event name ("GROUP_MISCHIEF") for group stories. Will continue collaborating with MINT to understand this action.
- **Snapchat Spectacles v2:**
  - o  Incremental improvements such as allowing you to take photos, making the sunglasses look more normal, and light waterproofing will increase the L-ness of the Spectacles (L-ness was reportedly very low for v1)
  - o  **At a business level, Spectacles continue to be a way for Snapchat to "go deep" with the users it already has.** Advertising is a numbers game--you need extremely wide reach in order to do well. While SC works on increasing its active users, it has an opportunity to monetize existing users better with expensive toys such as Spectacles while also building its muscle for hardware products.
- **Lifetime Value of Teens:**
  - o  Connected with Carolyn Dolnick to understand what Growth Marketing has here. While they have what they are willing to spend (Cost per Acquisition/CPA) on a **country level**, a similar sort of exercise has not been undertaken at a teen versus adults level
  - o  I'll have to make the LTV calculation myself since neither Growth Marketing nor Finance has done it yet

**Plans**

- **Competitive Landscape Review Follow-ups.** There are a series of follow up's here. Will **prioritize** and then action against.
  - o  Prefer that we see FB and Messenger together in the incremental/overlap analysis (all)
  - o  IG Incremental analysis (███████████████)
  - o  Prefer that we use DAP instead of MAP (███ ████████)
  - o  In addition to look at large apps, how can we pick up on smaller apps faster? (███)
  - o  Can we build a stronger perspective on how these smaller apps would integrate into the FB ecosystem? (███)
  - o  Would like to see deep dives into Pinterest and SoundCloud (█████████)
  - o  Do further analysis on IG young teen data to further support generational thesis (███)
  - o  Connect with ████████████ on research questions
- **Youth M&A:** Much of this work overlaps with the above
- **Strategic Youth Questions:**
  - o  I think much of this, from my end, will be driven by the generational thesis
  - o  On the data and research end, will work to get those questions all in the same place
- **Snapchat Actions:** Will continue working with MINT to put this together. Will likely start with a subset of important actions.

**From:** Robert Chen ▮▮▮▮▮▮▮▮▮
**Date:** Friday, May 11, 2018 at 3:30 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮@fb▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮@fb▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮@fb▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮@fb▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Subject:** Winning Teens = Winning Generations (& Rob's Weekly Youth Update - May 11)

**Winning Teens = Winning Generations**

- **Thesis:** Facebook, if it is to win with teens, will win with teens (13-18 y/o's) on a generation by generation basis.
- **Logic:**
  - Social media use is sticky. While possible, it is very difficult to dislodge a well-established social app.
    - Because of this, it's hard to get 16 y/o's to switch from IG and SC to Facebook
  - Thus, we cannot hope to convert **current** 13-18 y/o's to Facebook if they already have a different set of primary social apps (in the US these are SC and IG)
  - We will, instead, **need to capture people before they are set in their social media use**
  - This can only occur on a generation by generation basis. Generation is "**year of birth" / grade level in school**
- **Implications:**
  - We are seeing this play out already.
    - **For Facebook**, we see that with each successive year of birth, our penetration is lower
    - **For Instagram**, we see **that younger teens have different behaviors than older teens**. The youngest teens have been exposed to Instagram as always having Stories. For older teens, they look at IG Stories with disdain. IG Stories are a copycat of Snapchat to them. But for young teens, there isn't this sentiment (research should validate). And thus, when we see IG Stories pick up among US teens, it is among young teens. It is not that existing teens are changing their behavior. **It's primarily because young teens who are new social media users start with a different set of behaviors.** Cc: @▮▮▮▮▮▮▮
      ▮▮▮▮
- For our insight generating functions of research, analytics, and market strategy, framing user behavior in terms of very specific generational cohorts, defined as "a cohort defined by time of birth, geographic location, and primary social app use," will be a productive framing
  - How can we ask and answer questions that:
    - #1 Further validate this thesis
    - #2 Frame new questions that expand on this thesis
  - How can we build products with this in mind?
    - What can we build for 9th graders? 8th graders? 7th graders? 6th graders?

- What can we build for when people join a new school? How can we build products that make it so that when you start Middle School, Facebook is the best product to use and the way you connect with your peers?

**Progress**

- **Youth M&A:** Put together a flat file which identifies the apps with the highest proportion of teens, their growth rate, and their absolute teen DAP. It's pretty nifty. Will share more broadly next week. Two initial takeaways:
  - o <mark>VSCO.</mark> Wow 75% of its US DAP are US teens. Insanely high %.
  - o <mark>Music. Music. Music.</mark> Teens are crazy about music. There are so many teen-overweight apps that have to do with music. Let's start thinking about how we can incorporate music creatively into our products!
- **Lifetime Value of Teens:** Still plugging away with Finance about this. Will also work with Growth Marketing on this since apparently this is in their wheelhouse.
- **Snapchat Actions:** It's harder than I expected to remap actions given the Snapchat redesign. But they also just launched the redesign of their redesign so in a way it's a plus that I didn't waste effort mapping v1 of the redesign...

**Plans**

- **Strategic Youth Questions**: We can do a much better job of homing in on the most important questions to answer. I think the M&A and Lifetime Value work will be good inputs into this
- **Youth M&A:** Collaborating with Core Data Science on getting "non-overlap US teen DAP" for each app. Basically, this will help us understand which apps could potentially bring the most incremental US teens to Facebook!
- **Snapchat Actions:** Hope to get this remapped ASAP

**Upcoming:**

- Got the new Snapchat Spectacles. Will share initial thoughts after I use them this weekend
- Code Conference. No questions for Evan Spiegel huh? I'm thinking about asking "Do you think hubris has impacted Snap in any way?" ☺ jkjk

**From:** Robert Chen
**Date:** Friday, May 4, 2018 at 10:42 AM
**To:**

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-003-00085016
METAMAAG-001-00085695

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL_RVOL003

META3047MDL-003-00085017
METAMAAG-001-00085696



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-003-00085018
METAMAAG-001-00085697

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL_RVOL003

META3047MDL-003-00085019
METAMAAG-001-00085698

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-003-00085020
METAMAAG-001-00085699



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-003-00085021
METAMAAG-001-00085700

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-003-00085022
METAMAAG-001-00085701



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-003-00085023
METAMAAG-001-00085702

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-003-00085024
METAMAAG-001-00085703

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-003-00085025
METAMAAG-001-00085704



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-003-00085026
METAMAAG-001-00085705



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-003-00085027
METAMAAG-001-00085706

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL_RVOL003

META3047MDL-003-00085028
METAMAAG-001-00085707