**AMENDED** Exhibit 28

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT





METATNAG-009-00278285

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266889
METATNAG-009-00278285



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266890
METATNAG-009-00278286

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266892
METATNAG-009-00278288

METATNAG-009-00278288

METATNAG-009-00278289

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266893
METATNAG-009-00278289



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266894
METATNAG-009-00278290

METATNAG-009-00278290

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266895
METATNAG-009-00278291

METATNAG-009-00278291

METATNAG-009-00278292

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266896
METATNAG-009-00278292

METATNAG-009-00278293

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266897
METATNAG-009-00278293

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266898
METATNAG-009-00278294

METATNAG-009-00278294

METATNAG-009-00278295

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266899
METATNAG-009-00278295

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266900
METATNAG-009-00278296

METATNAG-009-00278296



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266901
METATNAG-009-00278297

METATNAG-009-00278297



METATNAG-009-00278298

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266902
METATNAG-009-00278298

## EXPLORE MISSION

### Our mission is to strengthen relationships to and through interests.

We do this by giving people instant access to engaging content about their existing interests, while helping them discover new interests through friends and what's

METATNAG-009-00278299

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266903
METATNAG-009-00278299



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266904
METATNAG-009-00278300

METATNAG-009-00278300



METATNAG-009-00278301

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266905
METATNAG-009-00278301

# H2 THEMES

1. Place a big bet on video, re-inventing Explore (30%)
2. Make post recommendations awesome, especially for new users (30%)
3. Introduce post-chaining, letting people dive deep (25%)
4. Help people keep up with "what's happening" through multi-author stories (15%)

METATNAG-009-00278302

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266906
METATNAG-009-00278302

## FEEDBACK & ASKS FROM ENGAGEMENT LEADS

- **Be bold:** Don't be incremental. Success is re-inventing ourselves, specifically through video.
- Invest in US Teens: US Teen DAP is the most important goal for IG this half. Explore is uniquely positioned to help, through video products and sourcing / ranking.
- Don't feel pressured to build for everyone: On that note, we are too big to build products that work for everyone, everywhere. We won't advance if we try to, so we must build for a cohort (teens) and define alternative "fallbacks" for others.
- Fix the new user experience: Leverage Explore as a

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266907
METATNAG-009-00278303

METATNAG-009-00278303



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY





METATNAG-009-00278305

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266909
METATNAG-009-00278305

# 2. MAKE POSTS RELIABLY REFLECT EACH USER'S EXISTING, DIVERSE

## PROBLEMS TO SOLVE

- "Explore takes a long time to learn all my interests."
- "Bad balance of short and long term interests."
- "Can't say what I want to see."
- "I don't 'like' Posts."

## SOLUTIONS

- NUX (follows, topic selector)
- Encourage feedback (posts in feed, tune up, social context)
- Sourcing & ranking for interests, new users, teens, video



METATNAG-009-00278306

# 3. INTRODUCE POST-

## PROBLEMS TO SOLVE
- "I have to hunt and peck to find the topic I'm in the mood for."
- "It shows too much from one topic."

## SOLUTIONS
- Post chaining, including video only chains
- New nav
- ISFY



METATNAG-009-00278307

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266911
METATNAG-009-00278307

# 4. HELP PEOPLE KEEP UP

## PROBLEMS TO SOLVE

- "It's hard for me to see what's happening on IG; I have to piece it together"

## SOLUTIONS

- Trending MAS
- Personalized (Friends' location)
- Cross-ranking & media ranking
- Support Stories Home
- Push notifications
- Performance



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

METATNAG-009-00278308

META3047MDL-031-00266912
METATNAG-009-00278308



METATNAG-009-00278309

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266913
METATNAG-009-00278309

# 3 THINGS TO REMEMBER FOR H2

- **Video**: Let's re-invent Explore as the home for video on IG
- **New Users**: Let's finally fix their experience once and for all
- **Teens**: Let's always build and prioritize with them in mind

26

METATNAG-009-00278310

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

META3047MDL-031-00266914
METATNAG-009-00278310