# AMENDED Exhibit 38

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

# HIGH SCHOOL COMMUNITIES

APRIL 23, 2018



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008035

# Strategy review

1.  **High School communication is important to teens and important for us to win.**

2.  **The right people problem for us to focus on is class, club and community communication.**

3.  **The right way for us to solve this problem is in a new app.**

4.  **Facebook helps us solve the cold start and growth problems that would stymie other independent apps.**

5.  **When this independent app is successful, it will be valuable for Blue and Messenger.**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008036

# Strategy review

1.  **High School communication is important to teens and important for us to win.**

2.  The right people problem for us to focus on is class, club and community communication.

3.  The right way for us to solve this problem is in a new app.

4.  Facebook helps us solve the cold start and growth problems that would stymie other independent apps.

5.  When this independent app is successful, it will be valuable for Blue and Messenger.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008037

# Why does high school matter?

## Almost all of an American[1] teen's most important "jobs to be done" happen at school.

- The typical American teen spends 35 hours per week in classes and an additional 5-15 hours per week doing homework while 57-76%[2] of US children participate in at least one extra-curricular activity..

- American teens meet their friends and romantic interests at school, get to know them through classes or clubs, and gradually become close outside of school.

## Winning teens requires tipping local school networks.

- Teen engagement is more sensitive to local network effects than other age groups.  Schools with higher penetration have 20% higher L28, 81% more post-sessions / map  and 70% more comments / map.

- Adding their high school to their profile causes small, statistically significant increases in visitation, time spent and message sends.

1. This is true only of Western Teens. We will only focus on US Teens for this year, but we believe our learnings will be generalizable as teens meet and grow closer to friends in other real world communities (religious, neighborhood, sports team) in other markets
2. https://www.census.gov/newsroom/press-releases/2014/cb14-224.html  |  https://nlts2.sri.com/reports/2003_04-2/nlts2_report_2003_04-2_ch4.pdf

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008038

# High school is a wedge into social

**Teens meet and get to know new friends and crushes at school. So in building for school, we will mirror teens' real world relationship development and have a shot at winning core social interactions.**

|  | Meeting new people | Becoming Friends | Deepening a Relationship |
|---|---|---|---|
| **At School** | Meet people in classes or clubs at school. | Hang out repeatedly with your shared group. | Hang out 1:1. |
| **Online** | Discover people in your community and club groups. | Interact repeatedly in club, class or social groups. | Direct messaging. |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008039

# Our opportunity

## By End of 2018:  Product Market Fit

- We have a retentive and engaging product that is used an average of 3x a week by 50%+ of a high school student body.
- In our qual research, people in this school love how it helps them feel part of the community. We hear about people starting to use and love it for communicating with clubs and classes.

## By End of 2019: US Growth

- 8.4 MAP, 2.8M Incremental US Teen MAP (+19% relative to projected 2019 MAP)
  - Achieved by reaching 50% MAP/enrollment penetration in 60% of US high schools

## By End of 2020: US Saturation and Global Testing

- 14M MAP, 4.2M incremental US Teen MAP (+37% relative to projected 2020 MAP)
  - Achieved by reaching 70% MAP/enrollment penetration in 80% of US high schools
- Pilot launches in next batch of focus markets (with similar school systems to the US): France, Germany, UK, Ireland, Norway, Sweden, Finland, Canada, Australia, New Zealand.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008040

# Strategy review

1.  High School communication is important to teens and important for us to win.

2.  **The right people problem for us to focus on is class, club and community communication.**

3.  The right way for us to solve this problem is in a new app.

4.  Facebook helps us solve the cold start and growth problems that would stymie other independent apps.

5.  When this independent app is successful, it will be valuable for Blue and Messenger.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008041

# We considered many people problems



HIGH SCHOOL USE CASES – FREQUENCY. How often do you typically use an app for each of the following activities?
HIGH SCHOOL USE CASES – IMPORTANCE. Finally, thinking again about the description High School Features, which of the following features do you feel are a "Must have,"
"Nice to have," or "Do not need" in an app?
Base: All Respondents (n=506)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008042

# People problem

## I need one place to communicate with classmates and see what my school community is talking about.

- Two separate surveys of high school students revealed communicating with classmates, sharing media with their school and finding events and activities as the top unmet needs.

- A study of model Facebook high schools suggests that this is the school activity that happens in Groups and Messenger threads.

HIGHLY CONFIDENTIAL (COMPETITOR)

# Strategy review

1.  **High School communication is important to teens and important for us to win.**

2.  **The right people problem for us to focus on is class, club and community communication.**

3.  **The right way for us to solve this problem is in a new app.**

4.  **Facebook helps us solve the cold start and growth problems that would stymie other independent apps.**

5.  **When this independent app is successful, it will be valuable for Blue and Messenger.**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008044

# Product strategy

## Our solution to this people problem will work if and only if:

1. Teens believe the audience of the app is only people at their high school.

2. Teens can quickly discover and join the right channels for their classes, clubs and communities.

3. Teens believe that recipients will quickly see the content that they send because:

   - The product is messaging first;
   - The product has reliable push
   - The product can send messages to classmates using other apps (Google Classroom, Remind);

4. Teens can interact with anyone who goes to their high school — not just "friends".

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008045

# Can we realize this strategy in Blue or Messenger?

| Need | Blue | Messenger | New App |
|---|---|---|---|
| Audience is High School Only | | | ✓ |
| Messaging First | | ✓ | ✓ |
| Push Reliability | | ~ [1] | ✓ |
| Integrations with School Apps | | | ✓ |
| Community (Rather than Friending) Graph | ✓ | ~ | ✓ |
| Joinable Channels | | ~ | ✓ |
| Have the App Installed | ✓ | ✓ | |
| Existing Content on the App | ✓ | ✓ | ~ |

1. Messenger has push for ~63% of US Teen FB users.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008046



A New App by Facebook

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008047

# People problem

## I need one place to communicate with classmates and see what my school community is talking about.

- Two separate surveys of high school students revealed communicating with classmates, sharing media with their school and finding events and activities as the top unmet needs.

- A study of model Facebook high schools suggests that this is the school activity that happens in Groups and Messenger threads.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008048

# Competitive gaps

## Problems with current solutions

- **No Standard.** Different clubs, classes and community groups use different technologies for sharing about school.
- **Incomplete Graph.** People do not have phone numbers, emails or social media connections with everyone in a group so communication is confined to cliques within a team/club/class.
- **Noisiness.** Messaging and Snap are not optimized for recalling important content and students report being overwhelmed with low signal messages.

## Barriers to Switching to a New Solution

- **No one else will use it.** Teens are afraid of associating themselves with an uncool product and that if no one else switches, they will feel rejected for using the uncool product.

HIGHLY CONFIDENTIAL (COMPETITOR)

# Design principles

## 🏛️ Be the online representation of my student life, both work and play.

This app should mirror my social life at school, from the people I see in the halls to the closed campus environment – rather than another app that has some people from school within a public space.

## 🔥 Keep things fun and social.

The app needs to feel social and have something exciting so I know other people will use it – rather than being just a homework app no one talks on.

## 🤓 Help me feel organized and on top of it.

I miss things at school because the info is scattered. Give me a go-to place to get caught up on school – rather than just providing lots of updates, help me focus on what's important.

HIGHLY CONFIDENTIAL (COMPETITOR)



# Be the online representation of my student life

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008051

# One app for high school

School communication is fragmented, with everyone using something different.

Bell gathers everyone at school into one closed campus. It integrates with your other apps so you can reach classmates anywhere.



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008052

# Club & class channels

Collaborate with your clubs and classes in one place.

While inspired by Slack and Discord, Channels are designed just for school, with file sharing and threaded messaging.



HIGHLY CONFIDENTIAL (COMPETITOR)

# Bell's audience is your school

No need to friend anyone or sift through non-students.

Message anyone you need to talk to at school, whether it's for a group project or getting to know a new friend.





# Keep things fun and social.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008055

# Schoolwide social channels

See what everyone at school is talking about and join in on community discussions.

Bell comes set up with forums for your school like Memes@, Overheard@, and Confessions@.



META3047MDL-044-00008056

# #Events

No more being the person who finds out about fun things after they happen.

Bell helps you stay on top of everything going on at school with easy to create #events and a school calendar.



META3047MDL-044-00008057



# Help me feel organized and on top of it.

HIGHLY CONFIDENTIAL (COMPETITOR)

# Focus mode

Group messaging today is noisy and distracting.

Bell helps you stay focused when you're in class or studying, and catches you up when you're done.



# What teens had to say

"I'm looking forward to having the whole high school experience, you know, both the school stuff and a social life."

"It's like a Snapchat mixed with Google Classroom... You can stay up on events, check your classes, find out what you're missing."

"It's not only where you're looking at all the drama, you can turn it off and concentrate... so you have a balance, a little bit of the both of them."

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008060

# Strategy review

1.  High School communication is important to teens and important for us to win.

2.  The right people problem for us to focus on is class, club and community communication.

3.  The right way for us to solve this problem is in a new app.

4.  **Facebook helps us solve the cold start and growth problems that would stymie other independent apps.**

5.  When this independent app is successful, it will be valuable for Blue and Messenger.

HIGHLY CONFIDENTIAL (COMPETITOR)                                    META3047MDL-044-00008061

# Traction and growth

**97% of US teens live in an area saturated by Facebook or Instagram. We can use their complementary reach to attract initial users and saturate school networks.**



- FB-Only Saturated
- FB+IG Saturated
- FB+Msg Saturated
- IG-Only Saturated
- Non-Saturated

Ferstad 2016

- We will attract initial users to download Bell by using ads and QPs across both platforms.

- We will solve cold start in Bell's channels by importing school content from both platforms.

- We will drive growth by building integrations that enable the sharing of content and sending of messages from Bell to Facebook, Messenger and Instagram.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008062

# Facebook's Community Integrity teams will be essential to our success

## Facebook can keep out bad actors.

• Teens tell us that other high school social spaces become unsafe as adults, scammers and predators invade the space.

• Facebook's real identity, coupled with our age affinity, location and friend graph allow us to have a high degree of confidence when students go to a school.

## Facebook CI can police bad content.

• Teens also warn us that student-only spaces become rife with bullying and drama causing other students to flee.

• We have the know-how and resources to enforce high community standards to keep the space feeling safe and positive.



HIGHLY CONFIDENTIAL (COMPETITOR)

# Strategy review

1. High School communication is important to teens and important for us to win.

2. The right people problem for us to focus on is class, club and community communication.

3. The right way for us to solve this problem is in a new app.

4. Facebook helps us solve the cold start and growth problems that would stymie other independent apps.

5. **When this independent app is successful, it will be valuable for Blue and Messenger.**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008064

# The Opportunity for Bell

## By End of 2019: US Growth

- 8.4 MAP, 2.8M Incremental US Teen MAP (+19% relative to projected 2019 MAP)
  - Achieved by reaching 50% MAP/enrollment penetration in 60% of US high schools

## By End of 2020: US Saturation and Global Testing

- 14M MAP, 4.2M incremental US Teen MAP (+37% relative to projected 2020 MAP)
  - Achieved by reaching 70% MAP/enrollment penetration in 80% of US high schools
- Pilot launches in next batch of focus markets (with similar school systems to the US): France, Germany, UK, Ireland, Norway, Sweden, Finland, Canada, Australia, New Zealand.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008065

# The Opportunity for Facebook

## As Bell grows, it will be a valuable on-ramp to Blue and Messenger.

### Account growth
Bell will require a Facebook account, and enable teens to create accounts directly in the app.

### Data sharing
Bell interaction data can be used to power Facebook ranking like PYMK, Coefficient, Feed Rankings and Groups You Should Join.

### Graduation path
As Bell users graduate High School, we will provide a smooth on-ramp to Facebook by enabling users to ingest Bell information to their Facebook and setting them up for a great College community experience on Facebook.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008066

# Appendix

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008067

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008068

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008070

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008072

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008073

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008074

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008075

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008076

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008077

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008078

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008080

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008113

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008114

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008116

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008118

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008120

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008122

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008123

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008126

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008130

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008131

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008132

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008133

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008134

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008138

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008139

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008141

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00008142