# AMENDED Exhibit 40

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:23-cv-01804-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Document Provided in Native Format**

CONFIDENTIAL

META3047MDL-111-00364132



# Agenda

| | |
|---|---|
| **01** | Goals |
| **02** | Background |
| **03** | Design |
| **04** | Timeline |

# Design review goals

**Purpose**

Share designs for new school communities experience

**Feedback**

✅ Alignment on design direction for this concept

✅ Opportunities we may have missed

⛔ Policy risks, database ops, supervision, and age verification/reconciliation*

*We're engaging privacy, policy, legal and several other xMeta teams on these concerns

# Background

**Background**

What

We want to build a schools experience on Instagram that will help teens make and sustain connections with the people they know and care about IRL

**Background**

Why

Research shows that teens want to <span style="color:#ff0066">discover & connect</span> with people from school and build community with friends in ways that feel <span style="color:#ff0066">safe, authentic & interest-based</span>

1

# MVP proposal

A flow for high school and college students to add their school to their profile

A confirmation process to ensure users are current students and to keep bad actors out

A profile banner that's optional and only visible to other students in the same school

Management and reporting experiences to update school info and report bad actors

 Experiences that help connect students including a school directory and suggested user netegos

**Background**

# FAQs

**Q1. How are you sourcing schools for this experience?**
**A.** We're currently evaluating 3rd party vendors that maintain databases of US high schools, including public, private, and charter. We're aware that some high schools also serve middle grades (i.e. grades 6-12 or 7-12).

**Q2. How are you age gating this experience?**
**A.** ███████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

**Q3. How will you verify that schools users are real students?**
**A.** We're currently evaluating 3rd party vendors that provide verification services. We intend to use school email domains as the method of verification. This may exclude schools that don't have dedicated email domains, as well as schools that filter messages from external senders.

**Background**

# FAQs

### Q4. Who can see this experience?
**A.** Only students who've successfully completed the verification process can add a school and see who else at their school has done so. ██████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████.

### Q5. Will someone's school always be part of their profile?
**A.** ████████████████████████████████████████████████████████████████████████
██████████ We'll remove people from their school upon graduation and/or when their student email deactivates for any reason. Students can manually remove or update their school anytime. On the backend, the school contact point will be saved in Accounts Center until the user manually removes it.

### Q6. What if a physical school entity doesn't want this experience?
**A.** ████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

**Background**

# FAQs

### Q7. Who manages or moderates individual school communities?

A. ████████████████████████████████████████████████████████
████████████████████████████████

### Q8. What if a bad actor manages to get into the experience?

A. ███████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

### Q9. Can bad actors game the reporting experience?

A. ████████████████████████████████████████████████████████
██████████████████████████████████████████