# AMENDED Exhibit 42

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Document Provided in Native Format

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-132-00000150

# Project Gryffindor Phase II Vision

UXR Project Plan



**█████████**

**IG Growth, Acquisition**

March 2024

Internal Use Only | Do Not Distribute

# Table of Contents

Click to jump to section ➔

**01** Background

**02** Research Questions

**03** Study Design

➔ Sample & Methods

➔ Markets

**04** Timeline

**05** Key Stakeholders & Socialization Plan

**06** Relevant Links/Docs

➔ One-pager

➔ Research Plan/SRT

➔ Discussion Guide

➔ References

2

School communities is an ideal entry point into our networking connections strategy given the teen desire to build relationships with classmates and our differentiator in connecting acquaintances.

## Business objectives & motivations

-  [ref].

- We believe network connections fuel organic and unattributed acquisition [ref] 

## Supporting evidence

- [ref], [ref].

- Teens want to deepen, sustain and make new connections with classmates, but need assurance their connections are legitimate and interactions can occur within a safe space [ref].

- Competitors are exploring school social use cases [ref] [ref, ref].

3

Project Gryffindor is the school communities MVP, which includes a school banner on Profile with email verification and a school directory with the ability to sort by class year.

**MVP**



**The MVP is scheduled to launch in the US & UK in late summer to get buzz going before the start of the school year**

Source: Project Gryffindor MVP, Feb 2024

4

This study will provide an in-depth examination of teen needs for school communities, how they see this fitting into their overall IG experience, and how we can make it exciting, useful and safe

## Key Research Questions

**8 13 16** | What are teens' needs for school communities?

**9** | How do they see this fitting into their IG experience?

How can we provide a space that helps teens build community in a way that is exciting, useful and also safe?

**6**
- What do they **want/expect**?
- How can we incorporate recent learnings about things that **appeal specifically to teens** into the offerings and design (e.g. silly content, aesthetic; lessons from Flipside, Events)?
- What is table stakes vs. **differentiating**?
- How might **early vs. late teens** differ in their social networking needs? **College** students?
- How core do teens feel school is to their **identity**?

**10 15 17**
- What should a school community **look like on IG** (e.g. a surface, separate account)?
- How do they envision this fitting in with their **overall IG experience**? How well should it be integrated?
- What **specific IG features** would they want?
- What do they want the **visibility/discoverability model** to look like?

**2 11**
- What features would be most **fun and exciting** and what would be most **useful**?
  - How might **games** play a role?
  - What are the **transition periods** where this experience would be most useful/exciting?
- What is the right **balance** between utility & fun/ excitement?
- What **concerns** might teens have and what aspects make them feel most **safe**?
- How might we facilitate **reporting of B&H**?

**12 14** | What do teens think about competitor school communities products?

For more info, please see full [project plan](project plan)

5

A qualitative approach will be leveraged to explore teen needs across age groups and educational stages of life in the US and UK.

**Recruitment criteria**

- n = 38 participants
  - 34 high school students (13-18)
  - 4 college students (18-22)
- Mix across ages:
  - 13-15 year olds: n = 18
  - 16-18 year olds: n = 16
  - 18-22 year olds: n = 4
- Mix of gender
- Mix of urban, suburban and rural
- Mix of IG users (power & marginal) and non-users (churned & never)
  - Mix of user types in friendship groups and dyads
- Some with experience using school products on competitor apps (Snapchat, Discord, Saturn)

| Market | Sample Breakdown |
|---|---|
| UK (in-person) n = 26 | x 3 friendship groups* (13-15) x 3 friendship groups (16-18) x 2 1:1 IDIs (college students) |
| US (remote) n = 12 | x 3 dyads (13-15) x 1 dyad (16-18) X 2 1:1 IDIs (16-18) x 2 1:1 IDIs (college students) |

¹Friendship groups are 4 teens. We will spread the sessions across a weekend and provide streaming options for stakeholders who cannot attend in-person.

²Markets were chosen based on MVP launch. Although it would be advantageous to also field in JP or SK, budget constraints do not permit additional markets at this time.

6

## Project timeline

| | March | | | | April | | | | | May | | | | June | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 11 | 18 | 25 | 1 | 8 | 15 | 22 | 29 | 6 | 13 | 20 | 27 | 3 | 10 | 17 | 24 |
| Project scoping & guided buying | ■ | ■ | ■ | ■ | | | | | | | | | | | | | |
| Project kickoff | | | | | ■ | | | | | | | | | | | | |
| Research design | | | | | ■ | ■ | | | | | | | | | | | |
| Insights audit | | | | | | ■ | | | | | | | | | | | |
| Recruitment | | | | | ■ | ■ | ■ | | | | | | | | | | |
| US remote fieldwork | | | | | | | | ■ | | | | | | | | | |
| In-person UK fieldwork | | | | | | | | | | ■ | | | | | | | |
| Data analysis | | | | | | | | | ■ | ■ | ■ | | | | | | |
| Report building | | | | | | | | | | | ■ | ■ | ■ | | | | |
| Final report | | | | | | | | | | | | | | ■ | | | |
| Socialization | | | | | | | | | | | | | | ■ | ■ | ■ | ■ |

# Potential team ownership of Phase II product features

| Team | Feature | POCs | Notes |
|---|---|---|---|
| Friend Sharing | ███████████ | PM: <br> UXR: ████████ (Notes), ████ <br> ████ Stories), ████████ (Labs) | ████████ |
| Direct | ██████ | PM: ██████ (IGD Groups), ████████ (group chats) <br> UXR: <br> DS: ██████ | |
| Acquisition (AWE), Graph | Friending / SUs, Invites | PM: ██████ <br> UXR: ████████████ | |
| Search | Friend search | PM: <br> UXR: ████████████ | |
| Profile | School banner on profile | PM: ██████ <br> UXR: ████████████ | |
| Bullying & Harassment | B&H reporting | PM: <br> UXR: ████████ | |
| | | | |

# Key stakeholders & socialization plan

| Stakeholders | Venue | Date | Notes |
|---|---|---|---|
| Growth UXR ICs | Growth UXR method mingle | 3/12/2024 | ✅ Feedback notes |
| Communities UXR managers & director | Separate meeting | 3/18/2024 | ✅ Feedback notes |
| Growth Leads | Growth Leads office hours | 3/19/2024 | ✅ Feedback notes |
| Gryffindor MVP leads | Live review | 4/2/2024 | |
| ███████████ | Offline review | 3/22/2024 | ✅ Both left feedback |
| ████████████████ | Offline review | 3/27/2024 | |
| █████████████████, ██████████████ i | Offline review | 3/25/2024 | ✅ Received feedback from ████████ ████████████████ |
| ████████████████, ████████████ | Offline review | 3/25/2024 | ✅ Received feedback from ████████████ ███████ |
| ██████████████ (group chats), ██████████ (IGD Groups) | Offline review | 3/25/2024 | ✅ |
| ████████ | Offline review | 4/2/2024 | |



# Appendix

## Discussion questions

**Conceptual**

1.  What do we want school communities to look like in 5 years? What value do we think it will bring to teens?

2.  What concerns do you have about expanding a ███████████████████████████

**Tactical**

1.  What will the working model look like after completion of the MVP (e.g. ████████████████████ ████████████████████████████████████████████ )?

2.  What are your thoughts on research markets?

3.  What other stakeholders should be part of this socialization plan?

## Why schools, why now?

- Teens want to establish & deepen connections with classmates, but require **legitimate connections** and interactions within a **safe space** [ref].

- **Competitors** are exploring school social use cases [ref] but **IG may be better positioned** for school connections thanks to our differentiator of meeting new people and building relationships with acquaintances [ref, ref].

- Schools are already a **top attribute** that teens like to display in their Profile bios, but many don't know bios can be seen by anyone, regardless of whether their profile is private [ref, ref].

  - 58% of teens are confident their bio is NOT visible for private accounts, when in fact it **IS visible to everyone**, even non-followers and non-logged in users without an IG account [ref].

  - There's no mention of bio or other profile elements being public when your account is private [ref], yet 54% of teens are **uncomfortable** with their bio being public [ref]. Wellbeing is currently testing an educational megaphone to combat this [ref, ref].

- **Product strategy** is also recommending school communities as one of the pillars of our broader IG teen strategy [ref].