# AMENDED Exhibit 51

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**From:** Kris Carey Prevatte [kprevatte@pta.org]
**Sent:** 4/6/2017 10:04:17 PM
**To:** senglinATwearerally.com [senglin@wearerally.com]; Antigone Davis [ ]
**CC:** Amy Sheldon [asheldon@pta.org]
**Subject:** RE: Facebook/PTA next steps

Sent you both a meeting request with a call-in number. Thanks! Talk then!

**Kris Carey Prevatte**
National PTA | Associate Director, Corporate Alliances
703-518-1228 Desk | 202-735-7787 Mobile
kprevatte@pta.org | www.pta.org

**From:** Shayna Englin [mailto:senglin@wearerally.com]
**Sent:** Thursday, April 6, 2017 1:03 AM
**To:** Antigone Davis < >
**Cc:** Kris Carey Prevatte <kprevatte@pta.org>; Amy Sheldon <asheldon@pta.org>
**Subject:** Re: Facebook/PTA next steps

Works for me!

Sent from my phone. Please excuse excessive brevity and typos.

On Apr 5, 2017, at 6:19 PM, Antigone Davis                   wrote:

> Let's go with Wednesday at 11:30 am? Shayna, does that work for you?
>
> **From:** Kris Carey Prevatte <kprevatte@pta.org>
> **Date:** Wednesday, April 5, 2017 at 10:33 PM
> **To:** Antigone Davis            , Amy Sheldon <asheldon@pta.org>, "senglinATwearerally.com" <senglin@wearerally.com>
> **Subject:** RE: Facebook/PTA next steps
>
> Antigone – any luck finding a window in your schedule?
>
> **Kris Carey Prevatte**
> National PTA | Associate Director, Corporate Alliances
> 703-518-1228 Desk | 202-735-7787 Mobile
> kprevatte@pta.org | www.pta.org
>
> **From:** Kris Carey Prevatte
> **Sent:** Monday, April 3, 2017 10:45 PM
> **To:** 'Antigone Davis'            ; Amy Sheldon <asheldon@pta.org>; senglinATwearerally.com <senglin@wearerally.com>
> **Subject:** RE: Facebook/PTA next steps
>
> Sure!
>
> • Monday, 4/10, I can do 11 AM Eastern or later.

CONFIDENTIAL                                                                                           META3047MDL-014-00117465

- Tuesday, 4/11, I can do 2-3 PM Eastern or 4-6 PM Eastern
- Wednesday, 4/12, I can do 11 AM – 2 PM Eastern
- Thursday, 4/13, I can do 2 PM – 3:30 PM Eastern

Let me know what time works for you and Shayna, and I will set us up an Outlook appointment and provide a dial-in line.


**Kris Carey Prevatte**
National PTA | Associate Director, Corporate Alliances
703-518-1228 Desk  | 202-735-7787 Mobile
kprevatte@pta.org | www.pta.org

---

**From:** Antigone Davis
**Sent:** Monday, April 3, 2017 10:33 PM
**To:** Kris Carey Prevatte <kprevatte@pta.org>; Amy Sheldon <asheldon@pta.org>; senglinATwearerally.com <senglin@wearerally.com>
**Subject:** Re: Facebook/PTA next steps

Awesome, sorry for the delay in responding. I am traveling right now and back on Friday. Would it work to set up a call for Monday or early next week?

---

**From:** Kris Carey Prevatte <kprevatte@pta.org>
**Date:** Thursday, March 30, 2017 at 10:24 PM
**To:** Amy Sheldon <asheldon@pta.org>, Antigone Davis
"senglinATwearerally.com" <senglin@wearerally.com>
**Subject:** RE: Facebook/PTA next steps

**Shayna** – Thanks for bringing us together! (Side note: I'll be in LA at least once between now and our conference in June. Let's have a cake date.)

**Antigone** – I am happy to reconnect, and luckily we both are here in the DC area so it is easy to meet. The scope of work described by Shayna sounds like a perfect fit for what PTA does best—engage families on important issues to create real dialogue, change mindsets, and ultimately create better outcomes for kids (we hope).

Whether it's a series of calls or face-to-face meetings, I'm your gal on the PTA side. Let me know how best to support you both and the cadence for how you want to move this forward.

Warmly,
Kris

**Kris Carey Prevatte**
National PTA | Associate Director, Corporate Alliances
703-518-1228 Desk  | 202-735-7787 Mobile
kprevatte@pta.org | www.pta.org

---

**From:** Amy Sheldon
**Sent:** Thursday, March 30, 2017 9:31 AM
**To:** Antigone Davis                           ; senglinATwearerally.com <senglin@wearerally.com>
**Cc:** Kris Carey Prevatte <kprevatte@pta.org>
**Subject:** RE: Facebook/PTA next steps

Shayna,

Thank you again for the very kind introduction!

Antigone, nice to meet you by email! We look forward to talking with you more about your digital safety work, and engaging more families in the important conversations you are leading focused on younger children online.

I'm looping in my colleague, Kris Carey Prevatte, who leads PTA's corporate alliances for our team, and a familiar name and face for Antigone! I know about this time last year the two of you connected about potential collaborations – glad to be continuing this discussion and exploring how our collective work can benefit more families.

Kris will take it from here and set up a follow-up conversation. We are excited to reconnect!

Best,
Amy

---

**From:** Antigone Davis
**Sent:** Thursday, March 30, 2017 7:29 AM
**To:** senglinATwearerally.com <senglin@wearerally.com>; Amy Sheldon <asheldon@pta.org>
**Subject:** Re: Facebook/PTA next steps

Thanks Shayna. Hi Amy, I look forward to connecting on this!

---

**From:** Shayna Englin <senglin@wearerally.com>
**Date:** Tuesday, March 28, 2017 at 11:54 AM
**To:** Amy Sheldon <asheldon@pta.org>, Antigone Davis
**Subject:** Facebook/PTA next steps

Amy, Antigone – delighted to bring you two together.

I've known Amy Sheldon for a million years – she's wonderful - and had the initial conversation with her about partnering with PTA around kids and families online. Antigone Davis is the amazing woman I get to work with at Facebook, and I've brought her up to speed on our conversation, Amy.

Next steps here are a direct conversation between PTA and FB around the specific sponsorship amount and deliverables/projects for collaboration. I think we're landing on: parent roundtables, national conference participation, and joint research. We'd also like to include PTA in the process we're working on to develop a set of guiding principles for the younger set online, as part of a broad set of groups we're collaborating with in that work.

Amy, I think there was someone on your team that the next set of conversations needed to happen with? Can you connect Antigone and me?

Thanks to you both. Excited about this.

-Shayna

CONFIDENTIAL                                                                                                              META3047MDL-014-00117467

--

SHAYNA ENGLIN // RALLY

- 323-892-2080
- 323-217-3565

6565 Sunset Blvd. Suite 400
Los Angeles, CA 90028

www.WeAreRALLY.com

CONFIDENTIAL

META3047MDL-014-00117468