# AMENDED Exhibit 53

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT



CONFIDENTIAL

META3047MDL-047-00067096



**Goals of presentation**

| Objective | Early steer on concepts before H2 prioritization |
| --- | --- |
| | Higher level steer on longer term spotlight opportunities & gauge early conviction |
| Discussion | Concepts you have early conviction in or want us to dig into more? |
| | Can leads help open up channels with marketing, partnerships (important figures & 3p apps) teams by aligning with the right POC leads? |
| | Due to time sensitive nature of teen decline (FB saw 50% loss of teens within 2 years) are growth leads aligned that we can move fast on angle changing areas without proven ROI yet? Should we consider XFN structural changes, test fast and pivot early approaches...? |

META3047MDL-047-00067097



CONFIDENTIAL



Controlling the narrative
Strategy overview
Spotlight key opportunities

CONFIDENTIAL

META3047MDL-047-00067099

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

META3047MDL-047-00067102

CONFIDENTIAL

META3047MDL-047-00067103

CONFIDENTIAL

META3047MDL-047-00067104

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

META3047MDL-047-00067107

CONFIDENTIAL

CONFIDENTIAL

META3047MDL-047-00067109

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

META3047MDL-047-00067112

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

META3047MDL-047-00067121

CONFIDENTIAL

CONFIDENTIAL

META3047MDL-047-00067123

CONFIDENTIAL

META3047MDL-047-00067125

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

META3047MDL-047-00067129

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

META3047MDL-047-00067134

CONFIDENTIAL



CONFIDENTIAL

META3047MDL-047-00067144

**Leverage school networks**

Our competitors in social connection are leveraging school integrations as a way to keep in touch with their community.

Can we take this a step further and use school networks as a lever for acquisition?




Attaching your college email to your snapchat grants you access to campus specific features



At its Snap Partner Summit today in Santa Monica, Snapchat unveiled a series of new features coming to its app. The company is rolling out new Stories features, adding updates to the Snap Map, enhancing Bitmoji, introducing new ways to virtually interact with friends and more.

Snapchat is launching two new shared Story modes, starting with "Communities," which is a shared Story for interacting with people in the same school. With this new Story mode, users from the same school can see what other people on campus are up to, build new friendships and share their point of view. Snapchat has tested the new Story mode in certain schools, and plans to roll out Communities to additional colleges and high schools this month.

In April 2023, Snapchat has started to partner with several high schools to test new community story features

50

CONFIDENTIAL

META3047MDL-047-00067145

How can we position Instagram as integral to navigating school relationships, especially during transition periods?



CONFIDENTIAL

How can we position Instagram as integral to navigating school relationships, especially during transition periods?



CONFIDENTIAL

How can we position Instagram as integral to navigating school relationships, especially during transition periods?



CONFIDENTIAL

In addition to acquisition,



Signals we can use:

CONFIDENTIAL

META3047MDL-047-00067149

CONFIDENTIAL