# AMENDED Exhibit 54

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Everyone on Facebook HS edition

## Goal
Learn whether school blasts can tip schools from inactive to active via network effects and incrementally increase teen MAP in those schools.

## Approach

### What does success look like?

- Inactive school becomes active school where TKTK (use ▒▒▒▒▒ definition of healthy school)
- We expect to see an increase in visitation during and immediately after the blasts (MAP, DAP, L30).
    - Note: This, in and of itself, is not "success." For example, if we see a school become temporarily active, but a month later all of these people churn away, then we would say that the blasts were not successful.
- Since the goal is to see if we can tip a school from inactive to active and drive its teen MAP, we will have to wait one month after the blasts to compare the different test versions and see what the activation rate and MAP lift is.
- We will be successful if we are able to look at these results and make a definitive conclusion.

### How will we measure success?
- School trend - a step level change in engagement at a targeted school

### Test variants
- EF campaign only (to production)
- EF campaign && presence && privacy change && T2T PYMK && parent demotion (or other feed test?)

### Sizing
- #todo

### Schools
- Finding engaged schools using school data https://fb.quip.com/NnoJAjYFoARd

- How many schools?

CONFIDENTIAL

META3047MDL-047-00579228

CONFIDENTIAL

META3047MDL-047-00579229

CONFIDENTIAL

META3047MDL-047-00579230

CONFIDENTIAL   META3047MDL-047-00579231

CONFIDENTIAL

META3047MDL-047-00579232