**AMENDED** Exhibit 55

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

IG Growth     Update     November, 2023

# Unlocking new networks through school communities

CONFIDENTIAL

TL;DR

# Context Summary

**OBJECTIVE**

- Unlock the ability for high school and college students to discover and connect with people from school (Phase 01) and provide a safe space to be authentic and build community with schoolmates (Phase 02), to give teens a new reason to join/find more value with IG.

**STRATEGY**

- Allow high school and college students to add their school to their IG profile and find classmates in Suggested Users units, Discover People pages, and Search (Phase 01). Eventually, users can create school communities where classmates/friends can share and connect (via Stories, Direct messages, etc) (Phase 02).

**MEASUREMENT**

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



TL;DR

# Product Summary



| Phase | Eng Effort | Staffing | Timeline | Goal | Measurement | What we are building | Risks |
|---|---|---|---|---|---|---|---|
| PHASE 01<br>Add Your School, Find Friends | 8 weeks iOS<br>8 weeks Android<br>16 weeks server | 1 Android,<br>1 iOS,<br>2 Server | H124 Test | ██████ | ██████ | - A collection flow from a profile QP (P0) and a permanent entrypoint (TBD), which stores structured, verified data about a user's school when they choose to enter it.<br>- A profile badge that shows to others at the same school.<br>- SU, Search, and Discover People labels for those in your school. | ██████ |
| *Blocked By Phase 1 Results*<br>PHASE 02<br>School Communities (Content Sharing, Chats) | TBD | TBD | H22024+ | ██████ | ██████ | Create a way to share content together (ex: collaborative or exclusive Stories), chat with classmates, and connect with new friends from school | ██████ |

META3047MDL-065-00185741

TL;DR

## Discussion

**ARE YOU ALIGNED WITH GROWTH INVESTING IN PHASE 01 IN H12024?**

- [FYI] Right now, we only want to commit to validating Phase 01 (Phase 02 is a WIP vision).
- ██████████████████████ ████████████ ████ ██████████ ███ █
- [FYI] Budget needed for school email verification, done through a potential partnership with UNiDAYS (email verification service, ██████ █████████ ████████ █ ██████.
- [FYI] Design, content, and eng have proven feasibility with several reviews and even tackled a prototype at a recent hackathon (check it out!).

META3047MDL-065-00185742



Context

CONFIDENTIAL

Why should we do it

Our current strategy of relying on power user teens to get less active friends on to IG may not be effective if **there are full communities of teens that have not yet joined IG.**

— Why US Teen DAU is declining while Session & Time are growing

CONFIDENTIAL

META3047MDL-065-00185744

Positioning

## Our competitors are exploring school communities.

Snapchat has alluded to continued investment in communities and traction with high schools and colleges [link].

"We recently launched Communities, a product for private groups in which members can add friends and post to a shared Campus Story. We started with colleges and high schools and will be rolling it out to more communities over time. We've now onboarded 1,400 colleges in the US, and will continue expanding to more universities around the world."

-VP of Product, Snapchat



Snapchat's communities stories shares content to your high school's graduating year

Discord allows users at a school to create chat servers around freeform topics

META3047MDL-065-00185745

Why should we do it

**Schools are already a top attribute about themselves that teens like to display in their profile bios**



META3047MDL-065-00185746

In 2024, we need to **unlock these new school communities** that will kickstart network connections in two phases

**Phase 01:**

**Add Your School to Find Friends**
Unlock discovering and connecting with people from your school

**Phase 02:**



META3047MDL-065-00185747



META3047MDL-065-00185748

**Why should we do it**



Teens get an app when they hear about it from friends, but they don't think their friends on are IG.

████████ ██ ████████
███ ██ ██████ ████ ████
████ ███ ████ ████ █.

(Open Questions for the Phase 02 Product)

CONFIDENTIAL

META3047MDL-065-00185749



Positioning

## User problems:

**1)** teens want to sustain or make new connections with classmates

**2)** ...but they need assurance their connections are legitimate (i.e. others are who they claim to be)

**3)** teens want to connect easily with looser acquaintances at school for a sense of community

Source: See Building school communities for teens: insights from the past (July 2023) for a summary of research and Marginal Teens analysis

CONFIDENTIAL

META3047MDL-065-00185751



Plans for H124+

H1 2024

H2 2024 & Beyond

## 1. Discover & Connect

Add your school to your
profile and see school
badges on others' profiles

→ School Profile Badge
→ Existing Users Can Add School
→ SU, Search, Discover People Labels

CONFIDENTIAL

**Phase 01**

H2 2023: Scoping Begins
H1 2024: Test & Validation

CONFIDENTIAL

META3047MDL-065-00185753

CONFIDENTIAL

CONFIDENTIAL

META3047MDL-065-00185755

CONFIDENTIAL

META3047MDL-065-00185756

CONFIDENTIAL

META3047MDL-065-00185758

CONFIDENTIAL

META3047MDL-065-00185759

CONFIDENTIAL

CONFIDENTIAL

META3047MDL-065-00185761