**AMENDED Exhibit 57**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| **From:** | ▓▓▓▓▓ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▓▓▓▓▓] |
| **Sent:** | 3/6/2015 7:42:33 PM |
| **To:** | Antigone Davis ▓▓▓▓▓ ]; ▓▓▓▓▓ |
| **CC:** | ▓▓▓▓▓ |
| **Subject:** | Re: Lisa Hardy shared "Safety Talk Students 2015AD ppt V4.pptx" with you |
| **Attachments:** | Evergreen High School-Presentation-Final.pptx |

Sorry folks, I forgot to reply all. See below.

Hi ▓

Thanks for this. This is the presentation I've been using. ▓ gave me the impression that the presentation was also going to focus on parent audiences. My presentation next week will be primarily to a parent audience. Should I just move forward with the slide deck I've been using?

---

**From:** Antigone Davis ▓▓▓▓▓
**Date:** Friday, March 6, 2015 at 11:40 AM
**To:** ▓▓▓▓▓ >
**Cc:** ▓▓▓▓▓
**Subject:** Re: Lisa Hardy shared "Safety Talk Students 2015AD ppt V4.pptx" with you

Actually, ▓ is going to add the needed text before Monday. And got sign off on moving the IG slides. It will be okay to go forward with it for that presentation as long as we can purchase the images. In fact, we want to use the feedback from ▓ presentation and ▓ to perfect the presentation content.

---

**From:** ▓▓▓▓▓
**Date:** Friday, March 6, 2015 at 2:18 PM
**To:** ▓▓▓▓▓
**Cc:** Antigone Davis ▓▓▓▓▓
**Subject:** FW: Lisa Hardy shared "Safety Talk Students 2015AD ppt V4.pptx" with you

▓ – see dropbox and comments below.
Likely not ready in time for your presentation next week.
What have you been using for your presentations in the past???

---

**From:** Antigone Davis
**Date:** Friday, March 6, 2015 at 8:05 AM
**To:** ▓▓▓▓▓
**Cc:** ▓▓▓▓▓
**Subject:** Re: Lisa Hardy shared "Safety Talk Students 2015AD ppt V4.pptx" with you

Hey all, I have attached my edits.
▓ can you please add the needed content requested in all caps under the slides by **Monday** so you can present to some policy leads for review. What times work for you?
▓ I moved the one instagram slide back. Can you, ▓ and I connect on this today sometime. My bad, I raised the issue with ▓ and thought she was okay with it but I may not have been clear and should have chatted with you too. If after we talk, you all are strongly against the move, can move it back.
▓ what time works for you on Monday for ▓ to present? Per our discussion with ▓, once I have your availability and ▓, I will send an invite to the Hill Team and states team.

CONFIDENTIAL                                                                                                                                      META3047MDL-014-00083852

██ can you connect with EMEA policy leads and find a time for you to do the same kind of a presentation to them. Don't need to do it for everybody, just a representative sample that can give us any helpful feedback.

**From:** Lisa Foster ██
**Date:** Thursday, March 5, 2015 at 4:18 PM
**To:** Antigone Davis ██
**Cc:** ██
**Subject:** Re: Lisa Hardy shared "Safety Talk Students 2015AD ppt V4.pptx" with you

Yes.  This is the revised version back — ready for your content/other edits.

**From:** Antigone Davis ██
**Date:** Thursday, March 5, 2015 at 10:27 AM
**To:** ██
**Cc:** ██
**Subject:** Re: Lisa Hardy shared "Safety Talk Students 2015AD ppt V4.pptx" with you

Is this the deck currently with marketing for a few slide revisions/additions?


On Mar 5, 2015, at 1:19 PM, Lisa Foster ██ wrote:

> ██
> Following up on work ██ had started to help you guys update the safety roadshow deck. ██ – I think you have a presentation in 2 weeks?
>
> See latest version for your revisions/edits.
> Recommend you download the deck so you see the proper visuals (highly "pixelized" if you review in dropbox).
> Understand there are still a number of edits required.
>
> ██ worked with Lisa to separate out the Instagram slides – ██ is fine with how this flows.
> Rosa – have copied you as FYI.
>
> NOTE:  For any design changes, note that Lisa has been able to squeeze this project in but she'll need a heads up if we need to go back to her.
>
> Hope this is what you need.
>
> Thanks all,
> ██
>
> ---
> **From:** Lisa via Dropbox <no-reply@dropbox.com>
> **Reply-To:** "lisa@glowgraphics.com" <lisa@glowgraphics.com>
> **Date:** Thursday, March 5, 2015 at 9:45 AM
> **To:** ██
> **Subject:** Lisa Hardy shared "Safety Talk Students 2015AD ppt V4.pptx" with you

CONFIDENTIAL
META3047MDL-014-00083853



From Lisa:

"Lisa, sorry about that. Yes, ▇ and I connected and decided it might be best to put all the Instagram images together with a divider slide. I'm not sure what order you want the slides, but we think keeping Instagram separate in terms of a divider page and a very different look is necessary. Please let me know what your team thinks and please tell me that you received this link.

Thanks!"

Click here to view

(Lisa shared these files using Dropbox. Enjoy!)

© 2015 Dropbox

CONFIDENTIAL

META3047MDL-014-00083854