# AMENDED Exhibit 59

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| **From:** | Antigone Davis [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▓▓▓▓▓▓▓] |
| **Sent:** | 6/27/2016 2:32:39 AM |
| **To:** | ▓▓▓▓▓▓▓; Angela Christophe [Angela@publiccharters.org]; ▓▓▓▓▓▓▓; Gabi Mahn (gmahn@eventplanningconcepts.com) [gmahn@eventplanningconcepts.com] |
| **CC:** | Kimberly Lane [Kimberly@publiccharters.org] |
| **Subject:** | Re: Antigone Speaker Logistics |
| **Attachments:** | MB Introduction.docx; image001.jpg; image002.jpg; image003.jpg |

Hi all, I don't think I ever sent these on Friday. Attached you will find my remarks. Thank you again for including me in this event.

---

**From:** ▓▓▓▓▓▓▓
**Date:** Thursday, June 23, 2016 at 6:21 PM
**To:** Angela Christophe <Angela@publiccharters.org>, ▓▓▓▓▓▓▓ "Gabi Mahn (gmahn@eventplanningconcepts.com)" <gmahn@eventplanningconcepts.com>
**Cc:** Kimberly Lane <Kimberly@publiccharters.org>
**Subject:** Re: Antigone Speaker Logistics

Hi Angela,

Here is the song selection: Brave - Sara Bareilles. Antigone will require her remarks to scroll in the big screen teleprompter and a podium. She is on the road today and will send her remarks first thing tomorrow (sorry we're late on this!).

Best,
▓▓▓▓


▓▓▓▓▓▓▓
Global Safety Policy Programs Manager
Facebook
Mobile: ▓▓▓▓▓▓▓



**From:** Angela Christophe <Angela@publiccharters.org>
**Date:** Thursday, June 23, 2016 at 12:58 PM
**To:** ▓▓▓▓▓▓▓ "Gabi Mahn (gmahn@eventplanningconcepts.com)" <gmahn@eventplanningconcepts.com>
**Cc:** Kimberly Lane <Kimberly@publiccharters.org>
**Subject:** RE: Antigone Speaker Logistics

It's just for Antigone. It plays very briefly as she walks out. Marc's song is "Can't Stop The Feeling" by Justin Timberlake.

Thanks!

A

Angela Christophe

CONFIDENTIAL                                                                                                                             META3047MDL-014-00104304

Senior Director, Programs
**National Alliance for Public Charter Schools**
T. 202.289.5886
F. 202.289.4009
**www.publiccharters.org**



Join me at the 2016 National Charter Schools Conference
June 26-29, 2016 | Nashville, TN
**www.publiccharters.org/conference**

---

**From:** ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, June 23, 2016 3:56 PM
**To:** Angela Christophe <Angela@publiccharters.org>; ▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮; Gabi Mahn (gmahn@eventplanningconcepts.com) <gmahn@eventplanningconcepts.com>
**Cc:** Kimberly Lane <Kimberly@publiccharters.org>
**Subject:** Re: Antigone Speaker Logistics

Hi Angela,

Thank you for your email and we'll look out for the information from Gabi. I am working with Antigone to get the remaining information across to you today – we just had one quick clarification on the song: will that be just for Antigone or for Antigone and Marc Brackett.

Thank you again,

▮▮▮▮

▮▮▮▮▮▮
Global Safety Policy Programs Manager
Facebook
Mobile: ▮▮▮▮▮▮▮▮▮

---

**From:** Angela Christophe <Angela@publiccharters.org>
**Date:** Thursday, June 23, 2016 at 12:34 PM
**To:** ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ "Gabi Mahn (gmahn@eventplanningconcepts.com)" <gmahn@eventplanningconcepts.com>
**Cc:** Kimberly Lane <Kimberly@publiccharters.org>
**Subject:** RE: Antigone Speaker Logistics

Hi ▮▮▮▮▮,

I understand we have a room for Antigone at the Omni, but the person coordinating the rooms is on a flight and will send the details. Her name is Gabi and she will send the information.

Please send me the song selection, speaker logistics and speech as early as possible tomorrow.

I look forward to meeting Antigone and see ▓▓▓▓. Pelase let me know if you have any questions.

Thank You,

Angie

**Angela Christophe**
Senior Director, Programs
**National Alliance for Public Charter Schools**
T. 202.289.5886
F. 202.289.4009
www.publiccharters.org



Join me at the 2016 National Charter Schools Conference
June 26-29, 2016 | Nashville, TN
www.publiccharters.org/conference

---

**From:** ▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, June 22, 2016 9:17 PM
**To:** Angela Christophe <Angela@publiccharters.org>; ▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** Kimberly Lane <Kimberly@publiccharters.org>
**Subject:** Re: Antigone Speaker Logistics

Hi Angela,

Thank you for your email and all the help coordinating Antigone's logistics.

If there is a room available at the Omni Nashville Hotel, can you please let me know. Antigone will only require it for one night (check-in June 28th/ check out 29th). She will require her remarks to scroll in the big screen teleprompter and a podium. I will get back with her remarks, the walk-on-song and confirmation on her availability for media interviews by tomorrow.

Thank you,

▓▓▓▓

---

**From:** Angela Christophe <Angela@publiccharters.org>
**Date:** Thursday, June 16, 2016 at 6:38 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Kimberly Lane <Kimberly@publiccharters.org>
**Subject:** Antigone Speaker Logistics

Hello ▓▓▓▓,

Well, the National Charter Schools Conference is less than two weeks away. So we are excited to see you all in Nashville. I have attached the speaker logistics for Antigone. It provides all of the relevant details and includes information about sessions related to Facebook or to Dr. Brackett.

Antigone's staff contact, Kimberly Lane is cc'ed. Kimberly will email you before the conference and arrange to meet Antigone to walk her backstage. Please let me know, if there is anyone else who will serve as Antione's point of contact.

I've included several items below that we need feedback about no later than June 22nd.

Hotel:
Please let us know immediately if a hotel room is needed. We may still have one available at the Omni Hotel Nashville.

Walk-on-Song - We ask each speaker to select a song that reflects them personally or professionally, as their walk-on-song for the general session. It will play briefly as they walk on stage. Can you get me her song (title and artist) **by Wednesday, June 22nd?** We encourage speakers to have fun with it. My favorite selections have been Secretary Margaret Spelling's song "Brick House" by the Commodores and Superintendent Joel Klein's selection of "My Way" by Frank Sinatra.

Speaker Requirements:
Please let us know of Antigone's speaking preferences **by Wednesday, June 22nd**, if possible. Does she want to rehearse? If so, the times currently available (in 15 min. segments) are: Sunday 3:00pm – 4:30 pm, Monday 7:30am – 8:00am, or noon – 2:30pm. Does she want her remarks to scroll in a big screen teleprompter, hanging in the middle of the hall? If so, we need them **by June 22nd**. Does she want to speak from behind a podium or have a lavalier mic?

Cell Phone Number- Please provide the name and cell phone number of the staffer who will be accompanying her, or Antigone's cell phone number.

Media Interviews:
Please let us know if Antigone's is willing to have us pitch media for an interview.

VIP Reception:
You all are invited to the VIP Reception, which will be held Monday, June 27th. Please RSVP through the link in the attached invitation.

Reach out to me any time with any questions. I hope to get to connect, possibly at the VIP reception. Thank you Jamie for all of your help.

Regards,

Angie


**Angela Christophe**
Senior Director, Programs
**National Alliance for Public Charter Schools**
T. 202.289.5886
F. 202.289.4009
www.publiccharters.org



Join me at the 2016 National Charter Schools Conference
June 26-29, 2016 | Nashville, TN
**www.publiccharters.org/conference**

CONFIDENTIAL
META3047MDL-014-00104308