# AMENDED Exhibit 63

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| **From**: | ▮▮▮▮▮▮ [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮▮▮] |
| **Sent**: | 7/29/2016 9:31:08 PM |
| **To**: | ▮▮▮▮▮▮ ; ▮▮▮▮▮▮ Antigone Davis ▮▮▮ |
| **CC**: | Andrea Saul ▮▮▮▮▮▮ |
| **Subject**: | Re: Lifestage- Questions from Comms and Policy |

I'll check the list—we're going to announce a new set of partner schools on 8/9. More soon.

Thanks!

▮


▮▮▮▮▮ | Facebook | ▮▮▮▮▮

---

**From:** ▮▮▮▮▮▮
**Date:** Friday, July 29, 2016 at 2:17 PM
**To:** ▮▮▮▮▮▮ Antigone Davis ▮▮▮
**Cc:** Andrea Saul ▮▮▮▮▮▮
**Subject:** Re: Lifestage- Questions from Comms and Policy

Hi ▮▮▮-

All very valid and fair points- I don't think the product team has thought about these implications, and I don't know if it's been escalated to leadership, but I think it will be important as ▮▮▮ and others escalate the issues around Lifestage up the chain.

I do have the list of schools they're planning on launching in. The model is that they will "unlock" these schools initially, but then technically any school who has 20 or more students request to join can be added, so we can't predict which schools exactly would be on the app after it launches. But there are the schools we'd talk about publicly if we were asked where the app was testing initially.

Is there a list anywhere of the Summit Basecamp schools? I looked on the website but didn't see it. Happy to cross check if you have a list handy, but you also might be able to look at this and quickly ID any overlap.

Thanks!

▮

~~

**New York School List**



| Name of School | Number of Students |
|---|---|

| Name of School | Number of Students |
|---|---|
| Brooklyn Technical High School, Brooklyn, NY | 5,457 |
| Fort Hamilton High School, Brooklyn, NY | 4,294 |
| Francis Lewis High School, Queens, NY | 4,031 |
| Edward R. Murrow High School, Brooklyn, NY | 4,017 |
| Brentwood High School, Brentwood, NY | 4,012 |
| Tottenville High School, Staten Island, NY | 3,931 |
| Midwood High School at Brooklyn College, Brooklyn, NY | 3,872 |
| Forest Hills High School, Queens, NY | 3,793 |
| John Bowne High School, Queens, NY | 3,694 |
| Benjamin N. Cardozo High School, Queens, NY | 3,633 |
| TOTAL NYC STUDENTS | 40,734 |

**Miami School List**

| Name of School | Number of Students |
|---|---|
| Cypress Bay High School, Weston, FL | 4,403 |
| John A. Ferguson Senior High School, Kendale Lakes-Tamiami Township, FL | 4,234 |
| G. Holmes Braddock Senior High School, Kendale Lakes-Tamiami Township, FL | 3,443 |
| Coral Gables Senior High School, Coral Gables, FL | 3,339 |
| South Dade Senior High Academy Magnet School, Homestead Township, FL | 3,281 |
| Coral Reef Senior High School, Richmond Heights, FL | 3,229 |
| Felix Varela Senior High School, The Hammocks, FL | 3,169 |
| Southwest Miami Senior High School, Olympia Heights, FL | 3,151 |
| Boca Raton Community High School, Boca Raton, FL | 3,083 |
| Western High School, Davie, FL | 3,080 |
| TOTAL MIAMI STUDENTS | 34,412 |



**From:** [redacted]
**Date:** Friday, July 29, 2016 at 11:18 AM
**To:** [redacted], Antigone Davis [redacted]
**Cc:** [redacted], Andrea Saul [redacted]
**Subject:** Re: Lifestage- Questions from Comms and Policy

Thanks, ███.

By way of background, I support the Summit Public Schools/Facebook partnership where we're building software that helps bring personalized learning to more classrooms. A few thoughts on the below through that lens:

- From the very beginning, we've been *incredibly* careful and deliberate about how we position Facebook's involvement in this project. While Summit plays a lead role, we're very transparent about how Facebook is supporting this effort with an emphasis on the privacy protections we have in place.
- One of our key messages is how we're building collaboratively with educators; it's important that we're seen as empowering teachers. We know that school leaders and teachers hate it when they feel like technology "happens" to them vs. being meaningfully engaged and informed.
- We've done lots of message testing with both teachers and parents—from that research, we know that Facebook's involvement can be concerning unless there's transparency about how/why we're involved and the steps we're taking to help keep student data private and secure.

With all this in mind, I'm worried that schools being surprised by the emergence of Lifestage and then realizing Facebook is behind the app could have severely negative reputational consequences, both in terms of the work I support as well as CZI's remit.

At a bare minimum, we should scrub the list of launch schools to ensure there's no crossover with the Summit Basecamp Program (how we're piloting the software we're building).

I know a bunch of middle and high school principals at Summit; happy to get gut reactions from them if that would be helpful in making our case.

Hope this helps. Let me know question or if you need any additional information.

My best,

███

███ | Facebook | ███

---

**From:** ███ ███
**Date:** Thursday, July 28, 2016 at 1:45 PM
**To:** Antigone Davis ███
**Cc:** ███ Andrea Saul ███, ███
**Subject:** Re: Lifestage- Questions from Comms and Policy

+███ for the education comms angle

---

**From:** Antigone Davis ███
**Date:** Thursday, July 28, 2016 at 1:09 PM
**To:** ███
**Cc:** ███ Andrea Saul ███

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                                                          META3047MDL-014-00105480



**Subject:** Re: Lifestage- Questions from Comms and Policy

Thanks ▇ for pushing this point. We have raised it a bunch of times and it hasn't seemed to resonate.

On Jul 28, 2016, at 2:09 PM, ▇ wrote:

> Thanks for helping with all of this, ▇.
>
> We just huddled on the policy comms side, and ▇ is going to take the lead for us and will loop the rest of us in as needed.
>
> One more thing to add to the FAQ and to discuss…. Based on your update, we now know they are rejecting the "viral" strategy and instead just picking the 10 largest schools in NYC and Miami. So this will still beg the question of why we picked those schools and those cities. We can have good comms answers for those that will be fine. But it could raise an issue with the schools themselves- - so it begs the question again if we are doing any outreach to them beforehand. I know the PMM said we wouldn't, because that could tarnish the "cool" factor for the studies if the administrators buy in. But the flip side of that is that we could have some angry public educators wondering what we're doing. This could also lead to some angry commentary directed at Mark, given that education is such a big part of what he cares about and that CZI is heavily invested in this. So they need to weigh all those risks.
>
> **From:** ▇
> **Date:** Thursday, July 28, 2016 at 7:48 AM
> **To:** Andrea Saul ▇
> **Cc:** ▇ Antigone Davis ▇
> **Subject:** Re: Lifestage- Questions from Comms and Policy
>
> Thanks ▇ - I will suggest that to the PM and PMM and ask for the context on why they don't think a security review is necessary if they push back again.
>
> And thank you Andrea- I agree that that could be an issue. I'll add it to the potential negative headlines/ issues I have going in the doc and add it to our FAQ.
>
> 
> facebook
>
> **From:** Andrea Saul ▇
> **Date:** Thursday, July 28, 2016 at 6:17 AM
> **To:** ▇

**Cc:** ▮▮▮ Antigone Davis ▮▮
**Subject:** Re: Lifestage- Questions from Comms and Policy

While not as big as the safety piece etc., I think another comms issue we'll get dinged on is the disconnect between Facebook refusing to add a "dislike" emotion, yet this entire app is based around like/dislike.

On Jul 27, 2016, at 10:33 PM, ▮▮▮ wrote:

> ▮▮, I would recommend connecting ▮ with ▮▮ on the Product Security team. He can get the team set up for a security review. I don't know why they would have suggested that they didn't need one, but Product Security should make that decision.
>
> Thanks!
>
> **From:** ▮▮▮
> **Date:** Wednesday, July 27, 2016 at 9:46 PM
> **To:** ▮▮▮ Andrea Saul ▮▮ Antigone Davis ▮▮
> **Subject:** Re: Lifestage- Questions from Comms and Policy
>
> Thanks, ▮▮. I raised the point about evaluating reports in our meeting earlier this week for exactly those reasons. Thanks for staying on them about that.
>
> I will check with the Product Security team about the security review.
>
> ▮
>
> **From:** ▮▮▮
> **Date:** Wednesday, July 27, 2016 at 9:37 PM
> **To:** ▮▮▮ Andrea Saul ▮▮, Antigone Davis ▮▮
> **Subject:** Re: Lifestage- Questions from Comms and Policy
>
> + Antigone
>
> **From:** ▮▮▮
> **Date:** Wednesday, July 27, 2016 at 6:18 PM
> **To:** ▮▮▮

HIGHLY CONFIDENTIAL (COMPETITOR)  META3047MDL-014-00105482

Andrea Saul

**Subject:** Re: Lifestage- Questions from Comms and Policy

I totally agree- their relying on others reporting won't be effective if we can't evaluate authenticity. Someone could create a profile to snoop on teens, but never post anything themselves (or posts videos that don't reveal anything about them) and essentially remain anonymous.

**From:**
**Date:** Wednesday, July 27, 2016 at 6:13 PM
**To:**

Andrea Saul

**Subject:** Re: Lifestage- Questions from Comms and Policy

Yes, happy to be part of that meeting. The authenticity piece seems really tricky — we can't enforce against impersonation/predators/press if we don't have a way to verify accounts. Thanks ▬!

**From:**
**Date:** Wednesday, July 27, 2016 at 5:56 PM
**To:**

Andrea Saul

**Subject:** Re: Lifestage- Questions from Comms and Policy

Hi all-

I was able to get answers to most of the questions that came up in our meeting and got an update on the latest launch plan that ▬ worked on following our feedback. TLDR is that they're relying on existing CO analysts and processes but it's still unclear how they'll be evaluating reported content, there is no age cap (they are relying on people reporting non-students, impersonators), there are no nudity or porn filters in the app, they have not thought about burner phones, and this has not gone through security review but the team doesn't think it has to.

Below is more detailed info- the text in blue is directly from ▬ ▬, the PMM who was in the meeting yesterday.

On the CO side, ▬ is the product specialist assigned to Lifestage. He's available next week and I'm happy to set the meeting with him. ▬ ▬, assume you'd like to be part of that meeting and let me know if any others should also be added.

Based on what we now know, I think that our main comms concerns remain the same: bullying, predatory activity and grooming, inappropriate content/nudity, Snapchat comparisons and our perceived "teen problem" but let me know if I'm missing anything.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                                    META3047MDL-014-00105483

There's another Privacy XFN tomorrow where we'll get more updates on where they are with incorporating feedback. I'll report back after that with any major changes or updates as well that changes anything.

I'll be working to incorporate this all into our FAQ and messaging doc which is here: https://fb.quip.com/up4IAOD7DuCh

~~

**Launch Strategy Update**

- ? The team has rejected the idea to let the app spread exclusively through organic/ viral adoption. They feel that they need to start with a base of unlocked schools in order to have any success and don't think relying on viral-only adoption will work.
- ? The new plan is to launch to the **10 largest high schools in New York and Miami based on publicly available enrollment data** (~70k students in total).
- ? This plan is not necessarily final- will be reviewed by policy, and please shout if you have major concerns from a comms standpoint.

**Questions from Comms (from meeting yesterday)**

1. How is CO going to monitor and review reports? Will it be exactly the same process and standards that are used for FB content?
    - ? Rely on existing FB CO analysts that specialize in reviewing content. Once eng side is fully built out, we will do a run through with CO folks and make sure the reporting and actions are followed through. Most likely few reports to start, will handle more as ad hoc basis initially and monitor for volume increases.
    - ? The person we need to ask about this is ▇▇▇▇ the product specialist assigned to this product.
    - ? The product team's intent is to follow the same reporting/blocking process that FB uses.
2. How will we be deciding who is a fraudulent account when people report specific users? Since we don't have a real name policy and have no way or verifying whether a student actually attends a school, how will those calls to remove people from the app be made?
    - ? Did not get an answer on this, would probably come from our meeting with ▇▇▇.
3. Are we using nudity or porn filters?
    - ? No, the app doesn't have these.
4. Will there be an age cap? I saw that this was discussed in the privacy XFN last week but wasn't sure where it netted out.
    - ? No, there is not an age cap. The way they are solving for this is that the user must choose "don't go to school" if you don't currently attend a program.
    - ? If a person picks a school then they will be identified as attending that school. If they are lying about attending that school then they likely will get reported by others as not attending.
5. Lastly, has Lifestage been through a product security review? If not, ▇ ▇▇▇▇ suggested that one can be set up and can help us get that done.

? No – it hasn't gone through this; don't think it has to.



**From:**
**Date:** Wednesday, July 27, 2016 at 5:12 PM
**To:**
Andrea Saul

**Subject:** Re: Lifestage- Questions from Comms and Policy

**Lifestage Questions**
1. How is CO going to monitor and review reports? Will it be exactly the same process and standards that are used for FB content?
2. How will we be deciding who is a fraudulent account when people report specific users? Since we don't have a real name policy and have no way or verifying whether a student actually attends a school, how will those calls to remove people from the app be made?
3. Are we using nudity or porn filters?
4. Will there be an age cap? I saw that this was discussed in the privacy XFN last week but wasn't sure where it netted out.
5. Lastly, has Lifestage been through a product security review? If not, ▮ suggested that one can be set up and can help us get that done.