**AMENDED** Exhibit 75

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT



**META3047MDL-003-00091414-META3047MDL-003-00091504**



# TEEN MENTAL HEALTH

Creatures of Habit - Aug/Sep 2019

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091414

# Contents

1  Research approach

2  Topline headlines

3  Wellbeing in context

4  Defining mental un-wellness

5  Mental health on Instagram

6  Support and coping strategies

7  What Instagram should do

2



# RESEARCH APPROACH

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091416

# Methodology

## Field sites: L.A. USA / London UK

### • Stage 1) Mini- groups - Creative exercises

• Using creative techniques to create an environment where four strangers could share insights about their mental health. The research was designed to build rapport, and used projective techniques (Lego) to get young people to describe mental health in a 'safe' and detached way.

• Focus groups lasted 2 hours; covering representations of self, depictions of mental wellness & unwellness, the impact of social media on MH and what IG should do to support wellbeing online.

### • Stage 2) Follow up phone calls with 8x participants

• Were designed to  play back some of the findings with participants and gauge response after the sessions had ended. Sense-checking findings and pushing the insight further.

4

# Sample

- 5x groups in each territory, split across gender, age and 'theme.
- 2x M 13-15 across markets, 2x M 16-18 across markets
- 2x F 13-15 across markets, 2x F 16-18 across markets
- Plus, 1x extra group in each market for no mental health issue (1x younger male in US, 1x older female in UK)
- Themes:
  - Body image, self-esteem, social pressure to be perfect, weight issues.
  - Negative mood, anxiety, feeling down, or a bit depressed.
  - Loneliness, isolation, unpopularity

**Secondary criteria:**
- Currently use at least one social media application
- Have used IG in the past month
- None to reject IG
- Screened for creative thinking and articulacy.

5

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003                    META3047MDL-003-00091418



# TOPLINE HEADLINES

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091419

- Instagram is an inevitable and unavoidable component of teens lives. Teens can't switch off from Instagram even if they want to.

- Instagram has become the ID card of this generation. It is the go-to tool for both measuring and gathering social prestige.

- Instagram sets the standards not only for how teens should look and act but also for how they should think and feel.

- Teens feel themselves to be at the forefront of new social behaviours to which there is no consensus on how to behave or cope. They sorely lack empathetic voices to whom they can turn for support.

- Teens talk of Instagram in terms of an 'addicts narrative' spending too much time indulging in a compulsive behaviour that they know is negative but feel powerless to resist.

- The pressure to 'be present and perfect' is a defining characteristic of the anxiety teens face around Instagram. This restricts both their ability to be emotionally honest and also to create space for themselves to switch off.

- Anxiety around what to post and the potential cost involved in posting the wrong thing means teens are switching from proactive to passive engagement with the platform.

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                              META3047MDL-003-00091420



# WELLBEING IN CONTEXT

What role does Instagram play in shaping emotional wellbeing
and state of mind of young people more broadly?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091421

# In many ways, IG plays a positive role on MH.

**Young people were quick to point out the positive role that IG plays in their personal and social lives.**

*'There are some great things about social media. Mostly that you can keep in touch and see things where you think "oh I'd like to try that' - UK Female*

**There are many aspects of the platform that make young people feel good:**

- Getting social validation from likes, comments and followers
- Seeing 'trending' content that helps them be part of the crowd
- Watching or viewing content that expands their horizons, or arrests boredom
- Connecting with friends and family members
- Having an open record of the best parts of their lives
- Providing inspiration or stimulus to motivate them to be their best selves
- Source of role models and people to look up to
- Relatable content that helps them feel like they are not alone
- Memes and funny posts that lighten the mood
- Keeping up with news or issues around the world
- Being able to be nosey into other peoples lives

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091422

- IG is the ultimate connector; acting as a platform to connect young people to their social circles and to trends within popular culture.

- By being connected, young people can seek out people and information that help them feel less alone and more part of a collective.

- This points to why memes are so popular, as they allow political or real life struggles to be turned into resonant, yet light-hearted in-jokes.

**Without Instagram, teens would miss out on the key to their social world; the vital network to connect with each other.**

# IG is the connector & key to the social world.

**Instagram is a central figure in the way that young people connect and relate to each other.**

'We're all feeling so much like we have to fit in, that as soon as someone mentions an influencer, you're on Instagram looking them up and following them. If you didn't keep up with what's going on, you'd 1000% feel like you were missing out. It's just not possible.' - Female, UK

# Young people aren't using the platform constructively.

**Constructive uses of the platform for mental wellbeing were hypothetical rather than practical.**

*'You end up scrolling through the explore page for hours. Like you get stuck down a rabbit hole. And then you think - what have I been doing with my time? It seems so wasteful' - UK, Female*

- Young people were open to how IG could help them constructively explore and enrich their lives; but it's not something they necessarily immediately connect to IG themselves.

- But in reality, despite this potential, the content they consume is fairly standard

- For all the talk of communities of interest, everyone still follows Kylie Jenner and gets excited about the same trainers.

- Support for MH was mostly conceived of as having 'positive quotes' to lift the mood for the day. But, the positive role that IG could play in helping provide social purpose and expand interests was harder to draw out from conversations.

**Helping young people understand and focus on the constructive role that Instagram can play in their lives is the key to helping them build resilience.**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091424

- Instagram plays a significant role in how a young person feels about their day.

  - It could be a day where all your mates are liking your posts, leaving comments about how great you are, or a day where your supposed 'friends' are going out of their way to put you down and make you feel like crap.

- The boundary between social media and real life is blurred - and feelings and behaviours cross over between the two.

- Young peoples' sensitivity to content on Instagram creates a relationship between the platform and their daily state of mind - a mental connection that frames the platform in a positive or negative light.

**Young people are aware that their daily experiences on IG plays a central role in their state of mind. Their feelings on that day dictate whether they view the platform and brand in a positive or negative light.**

# IG has the power to make or break your day.

IG plays a central role in teens' lives, and dictates how they feel about their day.

*'I've had to stop myself looking at Instagram in the morning, because it has so much power to shape how I feel. So I just try to give myself the time to set my own day' - US, Female*

HIGHLY CONFIDENTIAL (COMPETITOR)

# Feelings in the moment dictate how well you cope.

**In-the-moment feelings determines resilience to cope with content they see online.**

*'When you're miserable you look at every comment on your profile and think that they comments are bad. You're feeling bad and so you think that people are giving you fake support, because you know your spotty and feeling fat' - UK Female*

- Underlying emotional states play a key role in a young person's ability to deal with the content they see. If they are having a bad day, they know they are more vulnerable to what they see online.

- This was particularly true for social comparison. The more a young person is feeling bad, the more vulnerable they are to negatively comparing themselves to others.

- Some young people were able to recognise the impact of looking at IG on their feelings for the day, and had tried to stop themselves looking at their feed in order to protect themselves.

- Others' recognised that they were still compelled to look at Instagram, even if they knew it would make them feel bad.

**Young people need help in seeing the value of creating balance in their use of social media. Knowing when you need to take a break, and what steps make you feel better is important.**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091426

- As they vie for positions in the social hierarchy, young people are sensitively attuned to the words and actions of others; and relatively minor things (such as not getting a comment) can trigger off friendship ending processes.

- To deal with these social processes, teenagers have become the master scrutinisers of online behaviours.

- Things that adults would ordinarily overlook - such as not getting as many likes, or a seemingly unrelated comment - can kick off a whole set of reactions within the teen social world.

- Young people don't self harm or become anorexic over night; there is a build up of smaller things that can ladder up to more serious conditions.

**This presents a challenge because the majority of harmful behaviours are not things that would be flagged.**

# Small things are just as bad as the big ones.

**When thinking of mental health, it's easy to jump to big things. But it's small stuff that builds up on a daily basis that has the most harm.**

*'It builds up and there is a point where every person breaks. If you don't get help, you're going to have a mewl down' - UK female*

# Teens are hooked despite how it makes them feel

**Instagram is addictive, and time-spend on platform is having a negative impact on mental health**

*'Part of it [worst thing about IG] is just that it's just so addictive. Every time I pick up my phone it's the first thing I look at. At night when I should sleep, I just scroll through Explore' - UK, Male*

- They have an addicts' narrative about their Instagram use - it can make them feel good, it can make them feel bad, they wish they could spend less time caring about it, but they can't help themselves.

- They recognise that without even thinking every time they pick up their phone, they automatically go to Instagram. They know they stay up later than they should and miss out on sleep to stay plugged in.

- But they also know that this isn't good for them or their mental health.

- At exam time, they recognise their lack of willpower and use apps to control their screen time and get away from social media.

Time-spend was one of the 'worst' aspects of teens' relationship to the platform. They were open to help reducing screen time, or making their experience more constructive.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091428

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091429

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091430

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091431

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091432

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091433

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091434

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091436

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091437

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091438

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091439

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091440

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00091441

Young people are acutely aware that Instagram is bad for their mental health, yet are compelled to spend time on the app for fear of missing out on cultural and social trends.

**They associate IG with:**

- Intense pressure to conform to social stereotypes

- Pressure to match the money and body shapes of famous influencers

- Need for validation and likes from others

- Bullying, hate speech and friendship conflict

- Over-sexualisation of girls' bodies

- Inappropriate adverts that sell weight loss products.

# Instagram is the worst platform for mental health.

Instagram is called out for being the most problematic social media platform for mental health. But it's also the most popular.

*'Depression and anxiety are so much worse than before, and the only thing that's changed is social media.' - UK Female*

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003                    META3047MDL-003-00091442

# Teens blame generational MH issues on Instagram.

**Constant comparison on IG is 'the reason' why there are higher levels of anxiety & depression in young people.**

- Social comparison and perfectionism are nothing new, but young people are dealing with this on an unprecedented scale.

- The proliferation of new and different ways to compare themselves to others, combined with constant access to means that there is no way to escape social comparison on IG.

- This was called out as being the number one reason why IG is worse than other platforms for MH. And, young people openly attribute their increased level of anxiety and depression to Instagram.

*'The reason why our generation is so messed up and has higher anxiety and depression than our parents is because we have to deal with social media. Everyone feels like they have to be perfect' - UK, Female*

**If young people are already calling this out, it won't take long before others' pick up on this too.**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091443

**In the UK Bullying and social comparison were cited as being the worst for MH.**

- Examples of bullying, trolling and being 'toxic' were extreme in the UK.

- Teens wished that people would be nicer on the platform, and felt that this single element would greatly improve their experience on IG.

**In the US, competition, and social pressure were cited as being the worst for MH.**

- Young people in the US were much more keenly aware of the competition of Instagram; understanding that they needed to play a game or lose.

- This comes with it a pressure to put up a facade, hide emotion and present a 'happy' face.

# Small differences exist between UK/US.

**The descriptions of the harm that IG can have on mental wellbeing were fairly similar in the UK and US.**

Young people in the US and UK report similar struggles with IG. However, there were certain trends that were much more pronounced in different territories

# Harm on IG falls into three categories



The categories of harm operate as a negative feedback loop - creating a spiralling effect where the worse you feel, the more impacted you are my interaction with the platform, and the more other peoples' behaviours impact on you.

NB: bullying not covered in this report, see previous report.

32

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091445

# Teens are their own worst enemy.

**Although others' behaviours online can really hurt, the self-scrutiny and anxiety associated with personal consumption patterns is arguably more damaging to MH overall.**



Lack of resilience or low sense of self exacerbates the impact that personal consumption patterns have on mental wellbeing.

Young people know that their own personal consumption patterns have a harmful impact on their self-esteem, but they don't adopt different patterns of behaviour.

In some cases, they can get addicted to things that make them feel bad. Obsessively looking at content of thin, gorgeous celebrities as a form of self-harm.

These habitual consumption patterns are much more insidious, but also highly damaging to self-esteem.

In the long term, constant self-critique and scrutiny will permanently shape the way a person views themselves in relation to others - heightening anxiety and likelihood of developing mental health conditions.

**Triggers are much more personal and internal, and as such, much harder to track and monitor.**

33

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091446

# Bullying is intense but time-limited.

**Although others' behaviours online can really hurt in the moment, aside from in extreme cases friendship conflict tends to be short-lived and is time-bound to the teen years.**



The way other peoples' behaviour affects me

Bullying & Friendship conflict

- Bullying and friendship conflict is the most overt and acutely painful thing that teens' can experience.

- It determines whether you feel included or excluded - which to teens is everything.

- Social media offers a treasure trove of ways that young people can be made to feel bad, and when in the midst of conflict, young people feel this very intensely.

- Though issues might be solved relatively quickly, shifting allegiances and shaky trust can damage young people's self-esteem if they feel their social position is being continually challenged.

- This type of harm is much more in line with patterns of behaviour known to most adults, but the extension of bullying and friendship conflict into every part of life is new. It's now in your bedroom as well as the school yard.

- Ultimately though, bullying and friendship conflict is time-limited. It's rare that dramas last forever, and young people quickly grow out of these behaviours as friendships become more firmly established.

**The problem is that in the moment, there are very few mechanisms that young people can draw on when they face bullying online.**

34

HIGHLY CONFIDENTIAL (COMPETITOR)

# Types of behaviour associated with categories of harm.

**Social comparison hurts YPs self-esteem, heightening anxiety and insecurity**

- Feeling you have to look a certain way, or comparing yourself to others
- Comparisons of followers and likes
- Having to match influencer level - i.e. professionalism of photos, body image & personality
- The popularity competition
- Perception & understanding that you're constantly scrutinised and judged

**Social pressure stops ability to be open with support networks, and encourages the adoption of unhealthy habits**

- Pressure to always be happy and not show 'weaknesses'
- Taking inspiration from posts as motivation to 'be a better self' - i.e. losing weight
- Pressure to be public about everything - e.g. pressure to have public account and show your life to strangers
- Intense scrutiny and pressure on posting relevant content

**Bullying & Friendship conflict is consuming and makes YPs feel vulnerable, alone and hated**

- People calling you names, being rude or disrespecting you
- Fomo and feeling left out; unfollows and not enough likes
- Public judgement and criticism
- 'Indirecting' & Exposure of confidential information to wider social group. E.g. secrets or drunk photos
- Gossip, and spreading drama

35

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091448

The way other peoples' behaviour affects me

Bullying & Friendship conflict

'You can be playing a game online and everyone is being toxic. And sometimes that ok, but it can cross the line. Sometimes I get anonymous messages from people attacking me. I know it's a guy in my group who I don't quite get on with. But it can feel upsetting. That's why I prefer to spend time alone'

- Male, UK

36

## Bullying and friendship conflict are a constant dramatic back-drop to teen life. But for some, it leaves lasting wounds that impact on relationships

Particularly amongst young girls and boys in the UK, bullying can often be more extreme or prolonged.

This means young people become used to slightly abusive patterns of behaviour from their friends; distorting their sense of trust and safety in the people around them.

This erosion of trust, impacts on self confidence and increases incidences of depression and isolationism.



HIGHLY CONFIDENTIAL (COMPETITOR)

*'You can't ever win on social media.*

*If you're Curvy- you're too busty. If you're skinny- you're too skinny. If you're bigger- you're too fat.*

*But it's clear you need boobs, a booty, to be thin, to be pretty.*

*It's endless, and you just end up feeling worthless and shitty about yourself.*

*I'm never going to have that body without surgery'*

**- Female, UK**

The way I feel about myself

Social comparison

38

## Social comparison creates a negative feed-back loop.

As young people increasingly compare themselves to others, their feelings of self-doubt grow.

This doubt and feeling of worthlessness heightens the degree of attention they give to these feeling.

In turn this over-focus on negative self-aspects leads to low mood.

Being in a low or vulnerable state of mind then means the young person is more vulnerable to the content they see online.

*'It's a vicious cycle. You see content that encourages you to criticise yourself. But I rush to judge people as well. Standards are totally based on looks'-US female*

Constant critique & comparison

Self doubt, insecurity & worthlessness

The way I feel about myself

Social comparison

Depression, anxiety and low self-esteem

Over-focus on self; particularly negative aspects

Heightened narcissistic tendencies

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091452



# The game of IG is what makes it worth playing.



Social comparison

**The size of your graph and number of likes encourages comparison as they are key metrics that display your popularity.**

- IG become the ID card of this generation.

- It's how young people judge and criticise each other

- Your likes and followers determine how popular you are, and with that popularity how much you can get away with.

- Yet, despite how popular you might be within your immediate social sphere, there is always someone at the next level of influence who has more likes or followers than you. You can never win the game.

- Young people recognise that having likes and follower counts visible encourages them to seek to improve their ratio of followers, and post things explicitly because they will be liked.

- This encourages young people to post things that might not necessarily be for them, but for attention.

HIGHLY CONFIDENTIAL (COMPETITOR)

# Blurring celeb & teen content heightens anxiety

**Social comparison**

**Blurring professional and personal content dissolves the boundary between unreachable influencer and everyday teen content - increasing the pressure to reach unattainable standards.**

- Young people scroll through their feed and look at a picture of Kylie Jenner in her bikini, and then a picture of their friend and judge them in comparison - they know it's not fair, but it's just human nature to make that comparison.

- This increases the pressure young people feel at having to compete with people and lifestyles that are simply out of their reach.

- Some of the young men in L.A had turned their accounts into business accounts just to get analytics about their 'performance' on IG, and had begun to see themselves as their own personal brand. They directly attributed this to 'performance anxiety'.

- In the UK, young girls were acutely aware of 'skin for likes' and felt extremely pressured to post semi-nude photos on IG simply to get likes.

**Instagram is a game of likes/followers and everyday teens are struggling to live up the performance of the influencers around them - adding to their sense of deficiency.**



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091454

'You're scrolling through and you see Kylie Jenner and her perfect body, and then someone scrolls through and they see me. I'm always going to be shit in comparison to that...boys in our year think that we should all look like that.'- Female, UK.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091455



# Teens are fighting a losing battle

## Teens recognise that influencer content is staged, but they can't help but hold themselves to unrealistic standards.

- Young people understand that everyone 'puts on a front' on IG - carefully curating the imagery of their lives, and photoshopping images to enhance aesthetic effect.

- Yet, while they know this and accept it; they are also still impacted by the content that they are seeing. They cannot live up to or match the beauty, body shapes or amazing lives of those they follow on IG.
- But this doesn't stop them from trying to compete, in a battle they know they won't win.

*'Everyone knows the score. The more you show the more you get likes... Skin for likes. I know girls at school who take pictures of themselves in their underwear. It's like, OK. It should be empowering, but it's not.. it makes me feel like that should be me. But I just don't have the confidence with my body' - Female, UK*

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091456

# Constant comparison is eroding teens' self-worth



## Young people directly attribute anxiety and low self-worth to the constant comparison to others' on social media.

- The sheer volume of points of comparison that young people are being exposed to, at a time in their lives when their sense of self is at its most fragile - is a new dimension to being a young person.

- More avenues than ever before have become open to social comparison: not only about you and your personality, but your body, your clothes, your lifestyle, your captions, your likes, your followers.

- They know other people are judging and criticising them, because they do it to other people.

- It means that they become tightly controlling over what they will and will not post online - expecting standards of themselves that are unrealistic.

**Instagram brings the whole world to your fingertips and with it, the vectors for comparison become infinite and consuming. This is having a damaging effect on how young people view themselves.**

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00091457

'Scrolling through Instagram just always makes me feel like I'm not worthy.
You can just never match up to other people.
It makes you feel unwanted and lonely. Lonely in your view of yourself' - Female, US

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL_RVOL003     META3047MDL-003-00091458

# Social comparison is not gendered

**Although girls seem more obviously impacted by social comparison, boys just communicate comparison in a different language**

Social comparison appears to be more closely related to body image and therefore naturally aligned to female anxieties. However, boys were just as likely to be affected by body image - particularly around having the right clothes, body shape or look as girls.

This is still much more of a taboo subject for men to talk about, so the language they tend to use is around having the right garb or enough money to buy things to fit in, rather than explicitly about body shape.

*'Social comparison it brings your confidence down, guys who are built on the explore page. It's all about this image you're trying to create for yourself on social media…But you end up comparing yourself to people who have millions of pounds and are just totally out of reach. You think, I don't want to put my body up for judgement against that!' - Male, UK*

*'Yeah, you see everyone with these clothes that cost hundreds of dollars. And like, you do feel a pressure… you can't help but compare yourself… and like I try, I try to look my best, but who has that kind of money?' - Male, US.*



*'One of the main pressures is the pressure to be present. To share things so publicly about your life constantly or feeling pressured to have a public account. It forces you into feeling like you have to look or behave a certain way. It's tiring.'* **- Female, UK.**

*'You can see weight loss images of influencers and ads about how you can lose weight, and you take it as motivation to go work on your body. It pushes you to be your best self.'* **- Female, US.**



Social Pressure

The way I feel I need to act

47

HIGHLY CONFIDENTIAL (COMPETITOR)



## Social pressure creates an environment where young people act upon unrealistic standards they set for themselves.

All participants vocalised the pressure to look or act a certain way on Instagram as directly leading to hyper-scrutiny of their own actions.

The more they worry about trying to live up to unrealistic standards, the more they fear being honest or authentic about who they are and how they are feeling.

Not only does this lead to them hiding or bottling up their emotions, but it also means that they put up a facade to protect themselves online.

This leads to obsessive control of what goes on social media, and often leads to negative attention seeking to get validation.

And increases the likelihood that young people display characteristics of social perfectionism, or, become isolated from their support networks.



# IG sets an emotional aesthetic that has to be met

**Young people respond to visual stimulus on IG and play out behaviours they think are 'right' - even if it hides their true emotional self.**

- Teens are being provided with visual cues about how they should feel and behave, and feel like they are failing and alone when they don't meet these standards.

- And this stops them from speaking to others about what is going on.

- In the US, all depictions of mental unwellness had happiness built into it, pointing to the pressure that young people feel to be happy.

- In the UK, young people felt that they actively had to cut out their colourful friends when in a bad place because they didn't want to reveal their inner emotional turmoil.

*'I feel like the pressure to look a certain way is the worst. You end up dressing a certain way to please other people. But you end up faking who you are, or like trying to be something you're not. It just feels fake. It makes you feel like you can just be real with how you're feeling' - US Female*

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003                    META3047MDL-003-00091462

# Pressure to be perfect changes behaviours online

**Following behavioural cues online, young people act out feelings, opinions and behaviours they think are acceptable.**

- This is more than just looking and comparing yourself to others.

- It's changing the way you behave, think and feel you fit in.

- Making young people highly vulnerable to prompts within their environment about how they should behave.

- Girls concerned with body image, all turned to cosmetic treatments or  working out to 'make them feel better'.

**Anxiety created through interaction with IG doesn't stay in their minds; it affects the practices and opinions of the young people.**

*'man, I just feel on the edge alot of the time. It's like you can be called out for anything you do. One wrong move. One wrong step. It's like you can buy a pair of sneakers you love, but the next day someone will burn you for it, and then you feel like you can't wear them again' - US male*



Social Pressure

· Follow

Can you tell cut creases are my fav
e just appreciate how beautiful her natur
lways remember makeup can only look a

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00091463



Here what's up from the past 5 years
experienced living in a range of
es. The funny thing is, ALL of... more

its



HIGHLY CONFIDENTIAL (COMPETITOR)

# Ads target insecurity & feeds unhealthy habits

## Multiple teenagers called out ad targeting on Instagram for showing them weight loss products.

- Young people called out Instagram for targeting them with adverts on weight loss and body image- whether this is weight loss lollypops, juices, weight trainers or teeth whitening.

- This directly lead to some teens purchasing products such as detox teas, weight trainers, weight loss lollipops, or not eating properly to lose weight.

- Others took these adverts as 'inspiration' to lose weight and exercise more, they take away the message that they should be doing things differently to match the standards they see on images daily.

- This is highly damaging, and likely to tip vulnerable young people into disordered eating habits.

**Targeting teens with weight-loss adverts should be prohibited. Advertising standards accept that young people are unable to critically appraise messages that sell them products.**

META3047MDL_RVOL003                META3047MDL-003-00091464

'Self-esteem on IG is a problem. Flat stomach, bigger boobs, bigger bum. My friends started working out & not eating. A load of people tried out weight loss teas or waist trainers. Even teeth whitening. It all causes pressure' - UK female

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091465

# The pressure to be present is hard

**The pressure to be present online, and public with their lives was an underlying narrative around mental health.**

- Young people are forced to live their online lives more publicly than they might otherwise choose to in order to play the popularity game and get as many likes / followers as possible.

- This encourages a degree of openness and vulnerability about who they are as people - which leaves them open to censure and attack - particularly as they leave their accounts open to be followed by strangers.

- This makes the effort of having to think about what you are going to post, how much time you spend ruminating or obsessing over that post, super exhausting.

- The pressure to be constantly 'present' also means that young people today lack the space to switch off and shut down when they need to.

- In a lot of the descriptions of mental unwellness, young people spoke about having to pretend to be ok even when they are not.





HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003

META3047MDL-003-00091466



# Pressure leads to attention seeking

**Social pressure and need for validation increases problematic attention seeking which has the potential to change the way young people interact with others.**

- Instagram creates an appetite for attention, which is never quite satisfied. Creating a pressure to find new ways to get the likes or validation they have become accustomed to.

- For some, this pressure leads to problematic attention seeking behaviours.

- Posting things on line, or being fake in order to gain popularity or get the attention they feel they are not getting.

- Some participants called out people they know for faking injury or illness to get attention. Or, being accused of being attention seeking when they felt that they had a valid 'excuse'.

> *'One girl said she broke her leg and a dick from her class kicked her cast and accused her of faking it' - UK female*

# As the pressure increases, activity decreases.

## This risks recreating the content collapse that occurred on Facebook.

• Teens are beginning to self-censor and are posting less frequently. They directly attribute this behaviour to the pressure they feel when posting on Instagram

• The less they contribute to their own platforms, the more they are exposed to influencer and celebrity content-increasing rather than decreasing the volume of content that is most harmful to their sense of self-esteem.

• It's a spiral whereby inactivity increases the amount of curated content that makes you feel worst, which then reduces likelihood of posting.

**Teens are already reporting reducing the amount they post from daily to monthly, and directly attributing this to the pressure they feel.**



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091468

'I only post the perfect stuff, which isn't my real life... I want my posts to be at the same level as the influencers. If it doesn't match theirs, I just feel shit. So until it is, I'm not going to post. I used to post all the time, now it's barely once a month. '
- UK Female

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091469

As humans we have underlying traits which social media exacerbates. Instagram doesn't cause these, but it enhances them. Growing up immersed in the social media world, young people are increasingly developing personality traits which are harmful to their wellbeing.

**Narcissism -** the increase of obsessive interest in, and admiration of the self.

**Social perfectionism -** heightening of unrealistic beliefs about expectation from others; increasing fear of failure or vulnerability. Reduced capacity to try and fail.

**Negative attention seeking -** increases need for validation from others through whatever means; increasing manipulative behaviours or heightened victimhood

**Emotional shut down -** Fearing that emotional disclosures are risky, bottling things up and not processing emotions.

# IG is exacerbating negative social traits

On an everyday level, Instagram is a recipe for low level mental anxiety that unchecked can ladder up to something more serious

'It kind of makes you obsess over what you post… you want everything to be perfect. Its like, everything you've ever said or done in real life is there, and people see it forever' - US, male

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091471

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091472

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091473

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003                    META3047MDL-003-00091474

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091475

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091476

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091477

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091478

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091488

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091489

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091490

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00091492

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091493

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091494

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091495

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091496

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091497

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091498

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091499

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091500

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00091502

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00091503