# AMENDED Exhibit 111

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



EXHIBIT
6
META-GROSS

META3047MDL-014-00255333-META3047MDL-014-00255333

**Document Provided in Native Format**

HIGHLY CONFIDENTIAL (COMPETITOR)

# INSTAGRAM TEEN WELL-BEING STUDY: US TOPLINE FINDINGS

February, 2019



# NEGATIVE EXPERIENCES ON INSTAGRAM

# NEGATIVE EXPERIENCES ON INSTAGRAM: SUMMARY OF KEY FINDINGS



**1** Teens that feel pressure to look perfect, spending too much time, and fear of missing out often on IG are less likely to be satisfied with various dimensions of their well-being

**2** These issues are also most prevalent on IG than any other social app
- Specifically, the pressure to look perfect is significantly more common on Instagram than all other apps

**3** While the general messaging of "Connecting me to my friends" is the most preferred, "Discovering new things to try" may be another effective messaging to address various issues



Frequency of Negative Experiences on Instagram
% Often + Very Often Among Teen IG MAP

| | |
|---|---|
| Feeling like I have to look perfect | 32% |
| Feeling like I waste too much time | 23% |
| Feeling like I'm missing out on life | 19% |
| Seeing too much inappropriate content | 17% |
| Worrying about how my content will be used | 17% |
| Being contacted by strangers | 17% |
| Seeing my friends / followers argue too much | 16% |

Q12. How often have you done or experienced each of the following on Instagram?
US: n=1,000

32

# MISSING OUT AND SPENDING TOO MUCH TIME ON IG ARE LIKELY TO "GO TOGETHER"



### Overlap of Negative Experiences on Instagram
Among Teen IG MAP

| Issues Experienced Often + Very Often<br>Column % | Feeling like I have to look perfect (a) | Feeling like I waste too much time on social media (b) | Feeling like I'm missing out on real life (c) | Seeing too much inappropriate content (d) | Worrying about how my posts or photos will be used (e) | Being contacted by strangers (f) | Seeing my friends or followers argue too much (g) |
|---|---|---|---|---|---|---|---|
| Feeling like I have to look perfect | - | 65% | 72% d | 63% | 73% d | 67% | 71% |
| Feeling like I waste too much time on social media | 48% | - | 67% adef | 54% | 53% | 53% | 59% a |
| Feeling like I'm missing out on real life | 43% | 55% a | - | 50% | 53% a | 51% | 59% a |
| Seeing too much inappropriate content | 34% | 40% | 45% a | - | 47% a | 44% a | 52% ab |
| Worrying about how my posts or photos will be used | 40% | 39% | 48% | 47% | - | 51% ab | 54% ab |
| Being contacted by strangers | 36% | 39% | 46% a | 44% | 50% ab | - | 46% a |
| Seeing my friends or followers argue too much | 36% | 40% | 49% a | 48% a | 50% ab | 43% | - |
| n-size | 315 | 231 | 189 | 171 | 171 | 169 | 158 |

Q12. How often have you done or experienced each of the following on Instagram?
US: n=1,000

33

# TOO MUCH TIME ON INSTAGRAM ARE CORRELATED WITH ONE ANOTHER



## Correlation of Negative Experiences on Instagram
### Among Teen IG MAP

| Issues Experienced<br>Bivariate Correlation Scores | Feeling like I have to look perfect | Feeling like I waste too much time on social media | Feeling like I'm missing out on real life | Seeing too much inappropriate content | Worrying about how my posts or photos will be used | Being contacted by strangers | Seeing my friends or followers argue too much |
|---|---|---|---|---|---|---|---|
| Feeling like I have to look perfect | | 0.465 | 0.539 | 0.380 | 0.496 | 0.404 | 0.426 |
| Feeling like I waste too much time on social media | 0.465 | | 0.623 | 0.467 | 0.470 | 0.390 | 0.450 |
| Feeling like I'm missing out on real life | 0.539 | 0.623 | | 0.460 | 0.518 | 0.451 | 0.513 |
| Seeing too much inappropriate content | 0.380 | 0.467 | 0.460 | | 0.460 | 0.439 | 0.515 |
| Worrying about how my posts or photos will be used | 0.496 | 0.470 | 0.518 | 0.460 | | 0.424 | 0.531 |
| Being contacted by strangers | 0.404 | 0.390 | 0.451 | 0.439 | 0.424 | | 0.464 |
| Seeing my friends or followers argue too much | 0.426 | 0.450 | 0.513 | 0.515 | 0.531 | 0.464 | |

Q12. How often have you done or experienced each of the following on Instagram?
US: n=1,000

34

# IN GENERAL, "INSTAGRAM HELPS ME BY CONNECTING ME WITH MY FRIENDS" IS THE CLEAR WINNING MESSAGE AMONG THOSE EVALUATED

About 4 in 10 ranked this message as their top message (41%)





**Key Metrics Across Instagram Messaging**
Among Teen IG MAP

▇ = Top Message for Each Metric

| Key Metrics | Instagram helps me feel good by connecting me to my friends (a) | Instagram helps me feel good by connecting me with people who support me (b) | Instagram helps me feel good by letting me show people who I really am (c) | Instagram helps me feel good by helping me discover new things to try (d) | Instagram helps me feel good by encouraging people to be kind to each other on its app (e) |
|---|---|---|---|---|---|
| Appeal (% Very + Extremely) | 64% cde | 63% cde | 44% | 43% | 52% |
| Is Believable (% Describes Very + Extremely Well) | 52% de | 50% e | 44% | 40% | 39% |
| Makes me more Likely to use IG (% Describes Very + Extremely Well) | 52% cd | 52% cd | 42% | 36% | 47% d |
| Fits Well with my Perceptions of IG (% Describes Very + Extremely Well) | 53% d | 49% d | 44% | 39% | 45% |
| Rank #1 | 41% bcde | 17% e | 14% | 18% ce | 11% |

Q16: How appealing is this statement about Instagram? | Q17. How well does each of the following describe this statement about Instagram? | Q18: Which statement do you prefer the most?
US: Base size varies depending on app assignment (n=199-201)

# TEENS FEEL PRESSURE TO LOOK PERFECT ON INSTAGRAM MORE THAN ANY OTHER APP



Older teen girls in particular are most likely to experience this often on IG
They are also less likely to be satisfied with various dimensions of well-being
While "Connecting me to my friends" is less a preferable messaging, there is no clear alternative

## Feeling Pressure to Look Perfect

### Satisfaction of Well-Being Dimensions
Among Teens who Often Feel Pressure to Look Perfect on IG

| Well-Being Dimension | % Very + Somewhat Satisfied |
|---|---|
| My relationship with family | 80% |
| My social media life | 79% |
| My relationship with friends | 79% ▼ |
| My performance at school | 73% |
| My social life | 71% ▼ |
| My overall health and fitness | 70% ▼ |
| My relationship with classmates | 70% ▼ |
| My extracurricular activities | 68% |
| My eating habits | 66% ▼ |
| My energy levels | 63% ▼ |
| My overall level of confidence | 62% ▼ |

### Age and Gender Distribution
Among Teens who Often Feel Pressure to Look Perfect on IG



| Male 13-15 | Male 16-18 | Female 13-15 | Female 16-18 |
|---|---|---|---|
| ▼ 21% | ▼ 19% | 27% | ▲ 33% |

### Messaging Rank
Among Teens who Often Feel Pressure to Look Perfect on IG

| Instagram helps me feel good by… | Rank #1 |
|---|---|
| Connecting me to my friends | 34% ▼ |
| Connecting me with people who support me | 18% |
| Letting me show people who I really am | 16% |
| Helping me discover new things to try | 18% |
| Encouraging people to be kind to each other on its app | 13% |

### Apps Where this Issue Occurs Often + Very Often
Among Teen IG MAP who use each site monthly or more



| App | Value |
|---|---|
| Instagram | 32% |
| TikTok | 21% ▽ |
| Facebook | 18% ▽ |
| WhatsApp | 18% ▽ |
| Snapchat | 17% ▽ |
| Twitter | 13% ▽ |
| Messenger | 12% ▽ |
| YouTube | 10% ▽ |

△▽ Arrows indicate values significantly higher/lower than IG

▲▼ Arrows indicate values significantly higher/lower than teens who do not experience this issue at 95% confidence

Q2. T2B - How satisfied are you with each of the following areas of your life? | Q12 T2B – How often have you experienced each of the following on Instagram? | Q18: Which statement do you prefer the most? | Q12/19. Have you ever experienced any of the following while using [pipe: App]? US: n=315
*Base sizes vary depending on the app (n=140-1,000)

36

# WHILE APP ADDICTION IS COMMON ON IG, IT ALSO OCCURS ON MANY OTHER APPS

Older teens girls are most likely to experience this issue and also have lower well-being scores in general
Beyond "Connecting me to my friends" "Helping me discover new things to try" and "Connecting me with people who support me" are preferable messaging



## Feeling Like I Waste too Much Time on Social Media

### Satisfaction of Well-Being Dimensions
Among Teens who Often Feel Like They Waste Time on IG

| Well-Being Dimension | % Very + Somewhat Satisfied |
|---|---|
| My relationship with friends | 81% ▼ |
| My social media life | 77% |
| My relationship with family | 77% ▼ |
| My relationship with classmates | 74% |
| My performance at school | 74% |
| My social life | 73% |
| My overall health and fitness | 69% ▼ |
| My extracurricular activities | 65% ▼ |
| My overall level of confidence | 65% ▼ |
| My eating habits | 63% ▼ |
| My energy levels | 61% ▼ |

### Age and Gender Distribution
Among Teens who Often Feel Like They Waste Time on IG



- Male 13-15: ▼ 19%
- Male 16-18: ▼ 19%
- Female 13-15: 26%
- Female 16-18: ▲ 36%

### Messaging Rank
Among Teens who Often Feel Like They Waste Time on IG

| Instagram helps me feel good by… | Rank #1 |
|---|---|
| Connecting me to my friends | 36% |
| Helping me discover new things to try | 19% |
| Connecting me with people who support me | 18% |
| Encouraging people to be kind to each other on its app | 13% |
| Letting me show people who I really am | 13% |

### Apps Where this Issue Occurs Often
Among Teen IG MAP who use each site monthly or more

| App | % |
|---|---|
| Instagram | 23% |
| WhatsApp | 20% |
| Twitter | 20% |
| TikTok | 18% |
| Snapchat | 17% |
| YouTube | 16% |
| Facebook | 14% ▽ |
| Messenger | 13% ▽ |

 Arrows indicate values significantly higher/lower than IG

 Arrows indicate values significantly higher/lower than teens who do not experience this issue at 95% confidence

Q2. T2B - How satisfied are you with each of the following areas of your life? | Q12 T2B – How often have you experienced each of the following on Instagram? | Q18: Which statement do you prefer the most? | Q12/19. Have you ever experienced any of the following while using [pipe: App]? US: n=231
*Base sizes vary depending on the app (n=140-1,000)

# RESONATE WITH THE MESSAGING OF "INSTAGRAM HELPS ME DISCOVER NEW THINGS TO TRY"

This issue is most likely to be experienced among older girls (16-18) followed by younger boys (13-15)
These teens are also less satisfied across various dimensions of well-being



## Feeling Like I'm Missing out on Life

### Satisfaction of Well-Being Dimensions
Among Teens who Often Feel FOMO on IG

| Well-Being Dimension | % Very + Somewhat Satisfied |
|---|---|
| My relationship with friends | 78% ▼ |
| My relationship with family | 77% ▼ |
| My social media life | 76% ▼ |
| My performance at school | 75% |
| My relationship with classmates | 72% |
| My social life | 71% ▼ |
| My overall health and fitness | 68% ▼ |
| My extracurricular activities | 65% ▼ |
| My eating habits | 65% ▼ |
| My overall level of confidence | 63% ▼ |
| My energy levels | 62% ▼ |

### Age and Gender Distribution
Among Teens who Often Feel FOMO on IG



### Messaging Rank
Among Teens who Often Feel FOMO on IG

| Instagram helps me feel good by… | Rank #1 |
|---|---|
| Connecting me to my friends | 34% ▼ |
| Helping me discover new things to try | 24% ▲ |
| Connecting me with people who support me | 14% |
| Encouraging people to be kind to each other on its app | 14% |
| Letting me show people who I really am | 13% |

### Apps Where this Issue Occurs Often
Among Teen IG MAP who use each site monthly or more



Q2. T2B - How satisfied are you with each of the following areas of your life? | Q12 T2B – How often have you experienced each of the following on Instagram? | Q18: Which statement do you prefer the most? | Q12/19. Have you ever experienced any of the following while using [pipe: App]? US: n=189
*Base sizes vary depending on the app (n=140-1,000)

38

# THOSE WHO EXPERIENCE THIS ISSUE DO NOT REPORT LOWER WELL-BEING



Likely due to their age, younger teens (13-15) are the most likely to experience this issue
Beyond "Connecting me to my friends", "Helping me discover new things to try" is the next most preferred messaging

## Seeing too Much Inappropriate Content

### Satisfaction of Well-Being Dimensions
Among Teens who Often See Inappropriate Content on IG

| Well-Being Dimension | % Very + Somewhat Satisfied |
|---|---|
| My relationship with friends | 86% |
| My relationship with family | 84% |
| My social media life | 81% |
| My social life | 78% |
| My performance at school | 75% |
| My relationship with classmates | 75% |
| My overall health and fitness | 75% |
| My overall level of confidence | 73% |
| My eating habits | 73% |
| My extracurricular activities | 70% |
| My energy levels | 70% |

### Age and Gender Distribution
Among Teens who Often See Inappropriate Content on IG



### Messaging Rank
Among Teens who Often See Inappropriate Content on IG

| Instagram helps me feel good by… | Rank #1 |
|---|---|
| Connecting me to my friends | 39% |
| Helping me discover new things to try | 22% |
| Letting me show people who I really am | 14% |
| Encouraging people to be kind to each other on its app | 13% |
| Connecting me with people who support me | 12% |

### Apps Where this Issue Occurs Often
Among Teen IG MAP who use each site monthly or more



△▽ Arrows indicate values significantly higher/lower than IG

▲▼ Arrows indicate values significantly higher/lower than teens who do not experience this issue at 95% confidence

Q2. T2B - How satisfied are you with each of the following areas of your life? | Q12 T2B – How often have you experienced each of the following on Instagram? | Q18: Which statement do you prefer the most? | Q12/19. Have you ever experienced any of the following while using [pipe: App]? US: n=171
*Base sizes vary depending on the app (n=140-1,000)

# ABOUT HOW THEIR CONTENT WILL BE USED DO NOT EXHIBIT LOWER LEVELS OF WELL-BEING

## Younger teens (13-15) are more likely to experience this issue



## Worrying about how Posts or Photos will be Used

### Satisfaction of Well-Being Dimensions
Among Teens who Often Worry about how Posts will be used on IG

| Well-Being Dimension | % Very + Somewhat Satisfied |
|---|---|
| My relationship with friends | 84% |
| My relationship with family | 82% |
| My social media life | 82% |
| My social life | 78% |
| My relationship with classmates | 78% |
| My performance at school | 77% |
| My extracurricular activities | 75% |
| My overall health and fitness | 74% |
| My energy levels | 72% |
| My overall level of confidence | 71% |
| My eating habits | 71% |

### Age and Gender Distribution
Among Teens who Often Worry about how Posts will be used on IG



| Male 13-15 | Male 16-18 | Female 13-15 | Female 16-18 |
|---|---|---|---|
| 27% | 21% | 27% | 25% |

### Messaging Rank
Among Teens who Often Worry about how Posts will be used on IG

| Instagram helps me feel good by... | Rank #1 |
|---|---|
| Connecting me to my friends | 33% ▼ |
| Helping me discover new things to try | 20% |
| Connecting me with people who support me | 17% |
| Letting me show people who I really am | 16% |
| Encouraging people to be kind to each other on its app | 13% |

### Apps Where this Issue Occurs Often
Among Teen IG MAP who use each site monthly or more



| TikTok | 21% |
| WhatsApp | 19% |
| Instagram | 17% |
| Facebook | 15% |
| Snapchat | 13% |
| Twitter | 12% |
| YouTube | 9% ▽ |
| Messenger | 7% ▽ |



△▽ Arrows indicate values significantly higher/lower than IG

▲▼ Arrows indicate values significantly higher/lower than teens who do not experience this issue at 95% confidence

Q2. T2B - How satisfied are you with each of the following areas of your life? | Q12 T2B – How often have you experienced each of the following on Instagram? | Q18: Which statement do you prefer the most? | Q12/19. Have you ever experienced any of the following while using [pipe: App]? US: n=171
*Base sizes vary depending on the app (n=140-1,000)

40

# WHILE BEING CONTACTED BY STRANGERS IS AN ISSUE, IT IS NOT ALSO ASSOCIATED WITH LOWER LEVELS OF WELL-BEING



While "Connecting me to my friends" is the most preferred messaging, it is less preferred than for other issues; "Helping me discover new thins to try" is the next most preferred messaging

## Being Contacted by Strangers

### Satisfaction of Well-Being Dimensions
Among Teens who are Often Contacted by Strangers on IG

| Well-Being Dimension | % Very + Somewhat Satisfied |
|---|---|
| My relationship with friends | 85% |
| My relationship with family | 81% |
| My social media life | 81% |
| My social life | 79% |
| My relationship with classmates | 75% |
| My extracurricular activities | 75% |
| My performance at school | 73% |
| My overall level of confidence | 73% |
| My overall health and fitness | 73% |
| My eating habits | 67% |
| My energy levels | 66% |

### Age and Gender Distribution
Among Teens who are Often Contacted by Strangers on IG



26% Male 13-15
21% Male 16-18
24% Female 13-15
28% Female 16-18

### Messaging Rank
Among Teens who are Often Contacted by Strangers on IG

| Instagram helps me feel good by… | Rank #1 |
|---|---|
| Connecting me to my friends | 32% ▼ |
| Helping me discover new things to try | 22% |
| Connecting me with people who support me | 18% |
| Letting me show people who I really am | 15% |
| Encouraging people to be kind to each other on its app | 13% |

### Apps Where this Issue Occurs Often
Among Teen IG MAP who use each site monthly or more



| App | |
|---|---|
| TikTok | 19% |
| Instagram | 17% |
| WhatsApp | 14% |
| Facebook | 13% |
| Twitter | 13% |
| Messenger | 12% |
| Snapchat | 10% ▽ |
| YouTube | 7% ▽ |

△▽ Arrows indicate values significantly higher/lower than IG

▲▼ Arrows indicate values significantly higher/lower than teens who do not experience this issue at 95% confidence

Q2. T2B - How satisfied are you with each of the following areas of your life? | Q12 T2B – How often have you experienced each of the following on Instagram? | Q18: Which statement do you prefer the most? | Q12/19. Have you ever experienced any of the following while using [pipe: App]? US: n=169
*Base sizes vary depending on the app (n=140-1,000)

41

# TO RESONATE WITH MESSAGING SURROUNDING BEING KINDER TO EACH OTHER ON THE APP



**Older girls are least likely to experience this issue**
**This issue is also not likely to be associated with lower well-being scores**
**Seeing friends argue is most common on Facebook and Twitter**

## Seeing Friends / Followers Argue too Much

### Satisfaction of Well-Being Dimensions
Among Teens who Often See Followers Argue on IG

| Well-Being Dimension | % Very + Somewhat Satisfied |
|---|---|
| My relationship with friends | 84% |
| My relationship with family | 84% |
| My social media life | 83% |
| My social life | 81% |
| My relationship with classmates | 81% |
| My extracurricular activities | 78% ▲ |
| My performance at school | 78% |
| My overall health and fitness | 77% |
| My overall level of confidence | 75% |
| My eating habits | 73% |
| My energy levels | 69% |

### Age and Gender Distribution
Among Teens who Often See Followers Argue on IG



28% — Male 13-15
25% — Male 16-18
27% — Female 13-15
20% — Female 16-18

### Messaging Rank
Among Teens who Often See Followers Argue on IG

| Instagram helps me feel good by… | Rank #1 |
|---|---|
| Connecting me to my friends | 36% |
| Helping me discover new things to try | 20% |
| Encouraging people to be kind to each other on its app | 16% ▲ |
| Connecting me with people who support me | 16% |
| Letting me show people who I really am | 12% |

### Apps Where this Issue Occurs Often
Among Teen IG MAP who use each site monthly or more



| | |
|---|---|
| Facebook | 19% |
| Twitter | 18% |
| Instagram | 16% |
| WhatsApp | 14% |
| TikTok | 13% |
| Snapchat | 11% |
| YouTube | 11% |
| Messenger | 8% ▽ |

△▽ Arrows indicate values significantly higher/lower than IG

▲▼ Arrows indicate values significantly higher/lower than teens who do not experience this issue at 95% confidence

Q2. T2B - How satisfied are you with each of the following areas of your life? | Q12 T2B – How often have you experienced each of the following on Instagram? | Q18: Which statement do you prefer the most? | Q12/19. Have you ever experienced any of the following while using [pipe: App]? US: n=158
*Base sizes vary depending on the app (n=140-1,000)

42