**AMENDED** Exhibit 116

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

EXHIBIT 6
WIT: _Mita Valechulen_
DATE: 12-16-34
C. Campbell, RDR CRR CSR #13921



# Late Night Use

IG Mental Well-being, Problematic Use • Strategy and Design

[A/C Priv]  •  Communities Review • Aug 4 2022





**Executive summary**

1. **Teens Problematic Use (PU) is the Mental Well-being team's priority based on IG and CWB leadership guidance**

   ▮ of WAU IG teens (over one week) exhibit behaviors associated with problematic use overall [ref]

   PU and self-perceived PU is a **driver of churn** ▮ of resurrected users select "Too much time on IG" as one of the main reasons (#3) for leaving the app

1. **Our first focus area for H2 is late night use (a PU sub-behavior)**

   IG **lags on teens late-night investments** compared to other apps – we can change the tide and lead in this space if addressed now

1. **This review focuses on the overall strategy for PU, and specific H2 interventions to address teens late-night use**

   Quiet mode: A controls-based bundle that helps teens manage their relationship with IG at night – fewer engagement triggers to pull them into the app, and a less stimulating experience when browsing the app

3





Success statement overall is "People have the tools that they need and are empowered to control their time and experiences on our platforms"





Slide 1

1       Can you help me understand the difference between 1 and 2?
        ▮▮▮▮▮▮▮▮▮; 8/17/2022 3:06:44 AM

1       @▮▮▮▮▮▮h@fb.com sure - #1 is the north star, which will be
        measured via survey whereas #2 is a reduction in proxy behaviors
        based on logged data (to be used as a proxy for #1)
        ▮▮▮▮▮   8/17/2022 3:06:44 AM

1       have we defined metrics and countermetrics we'll track this half?
        ▮▮▮▮▮▮; 8/18/2022 4:45:43 AM

2       @▮▮▮▮▮@fb.com is working on the detailed success criteria but yes
        we will track adoption (enabling QM) with CTR from the upsell and
        organic, retention (keeping QM enabled) and counter metrics will be
        IG critical metrics and surface specific guardrails for notifs, IGD,
        active presence etc.
        ▮▮▮▮▮   8/18/2022 4:45:43 AM





Considerations

- Severity: Based on an external literature review, is there causal empirical evidence that this behavior is associated with a negative outcome (e.g., depression)?
- Product coverage + parity: Based on product audits (1, 2), are there products that exist today that aim to address the sub-area of PU and is there parity across IG<>FB?
- Competitors: Based on competitor audits (1, 2), is IG at par with peer companies?
- Likelihood to impact external narrative:  Based on the last three months of comms reports, how often is the sub-area mentioned in the external narrative about Meta and problematic use?



**Late Night PU metrics identified as behavioral proxies (thresholds derived from p95)**

This is a large proportion of teens, however reducing late night time spent for teens is seen as non-controversial net positive, therefore we should look at different thresholds to understand the overall sizing of teens with any kind of time spent late at night.

Slide 1

2          should we look at a longer window given that teens need 9+ hours of
           sleep per night?
           ████████████, 8/18/2022 4:38:23 AM

3          ████s@fb.com We started with a conservative window purely to get a
           read on sizing so the #s here are merely a starting point. For the
           actual in product default hours for teens, we are planning 10pm - 7
           am based on research done by the Youth Platform team.
           █████, 8/18/2022 4:38:23 AM

# Gaps & Opportunities

Based on teens and young adult research across US & IN

**Teens feel pressure to be available at all times**

- Teens feel they are expected to respond to messages quickly and are concerned about offending friends, hurting relationships, and/or missing out on opportunities to connect if they do not

**Social norms are powerful levers**

- Teens want to be able to close the app without feeling guilty; auto-replies and statuses enable them to set boundaries with friends and encourage others to do the same

**Teens use IG to wind down at night**

- Teens are looking for ways to minimize distractions as part of their wind down routine while using Instagram at night

**OS and IG existing tools are not sufficient**

- IG supervision and parental controls are blocking experiences that don't empower teens to build habits over time

- OS tools don't help foster norms with the community on IG



## Guiding Principles

**Principles**

1. **Empower through controls**
   We build solutions that create contextual awareness for teens and give them tools to take action.

1. **Ensure intentional use**
   Preventing late night use altogether isn't a realistic or viable goal. Instead, we want to increase intentionality and feelings of control for teens.

1. **Foster healthy norms**
   Enable people to set norms around usage habits and influence their communities.

1. **Support strong external narrative**
   Prioritize visible products that serve as the strongest proof-points externally for press, regulators and guardians.

**Add'l internal/cross-org consideration**

1. **Empower teens vs escalate to parents**
   Encourage teens to form healthy habits and inform Parental Controls so guardians can protect the most vulnerable cohorts.







Notifs are a key driver of late-night app opens/use for teen WAU with PU behaviors ▢ ▢):

- ▢ of these teens start a session from a notification, or an app badge, between 12am-4am
- ▢ of these teens start a session from a notification that was sent and clicked between 12am and 4am

**Presence indicators drive messaging activity**

- Active indicator (green dot) ▢ and ▢ message sends for iOS and Android respectively
- 'Active Now tray' ▢ reciprocal conversations among teens; ▢ joint sessions overall

**Based on the above, we identified a two-pronged approach**

- [Off-app] Reduce app opens by muting notifications during night time and experiences that might interrupt sleep
- [In-app] Reduce late night use via in-app cues & norm setting interventions

**Why Quiet Mode to address PU?**

▉ of the sessions between 12 am and 4 am are caused by ▉

See surface analysis **here**

Users who start a session organically have a ▉
▉

Slide 1

2          of what? Sorry, it's hard for me to rightsize this. If ▮▮▮▮ is out of the
           100% that have problematic use, it doesn't seem like ▮▮▮▮ are most
           impactful...
           ▮▮▮▮▮▮▮; 8/17/2022 3:08:42 AM

4          To clarify, ▮▮▮▮ of teens exhibit proxy PU behaviors. ▮▮▮ of these
           open the app at night ▮▮▮▮▮▮▮▮
           ▮▮▮▮▮; 8/17/2022 3:08:42 AM



Slide 1

3            I love this in terms of "Fostering Healthy Norms". It places this as a
             subtle but overt norming reminder.
             █████████████ n; 8/4/2022 5:46:45 PM







IG Amber Alerts are in feed QPs only. Users are not push notified about, even if quiet mode is off.

## Slide 1

| | |
|---|---|
| 1 | Love the notion of morning digest<br>█████████ 8/4/2022 6:09:51 PM |
| 1 | I can see this becoming overwhelming as well. Would there be an option to switch it off and just resume normal notifications in the morning?<br>█████t; 8/6/2022 12:14:24 AM |
| 5 | ████████@fb.com can you say more on why it might be overwhelming? This would be a single digest that would land on activity feed, so similar to what you might do when you open the app. Resume normal notifs might lead to missing those from the night or getting too many in the morning ..<br>8/4/2022 5:12:32 PM |
| 2 | My thinking was that it would trigger FOMO for the following night (I missed all these notifications last night). I was alluding to skip the night notifications and go back to normal for any new notifications. However, I see your point on consolidating these in one digest so we don't miss them.<br>█████████ 8/6/2022 12:14:24 AM |



## Slide 1

| | |
|---|---|
| 3 | is quiet mode only 12-4 or can teens set it for any length of time?<br>█████████; 8/18/2022 4:39:39 AM |
| 6 | We suggest a default of 10pm - 7 am for Quiet Mode and teens can adjust it to a time of their choosing to customize as well. We are planning to limit the delta to 8-9 hours max to avoid unintended ecosystem impact by muting for longer than that.<br>████████; 8/18/2022 4:39:39 AM |
| 1 | Curious if we have thought about setting different times depending on day of week (ie 10pm-6am M-F, 10pm-7am S-S, etc)<br>████████; 8/4/2022 5:13:38 PM |
| 7 | ████████@fb.com<br>██████ 8/4/2022 5:13:38 PM |



## Slide 1

4         v cool
          ▮; 8/17/2022 5:03:27 AM

2         Design feedback: the feature control doesn't belong in drop down that
          is a filter.
          ▮; 8/4/2022 6:11:15 PM

3         love this idea
          ▮; 8/4/2022 12:34:22 AM





## Slide 1

| | |
|---|---|
| 1 | The team outlined a goal of 3 tests. Should this be considered as 1 of 3 tests? What are other tests that the team planning on running?<br>█████████; 8/4/2022 6:25:34 PM |
| 8 | We wanted to flag this as well - given Quiet Mode is large in scope, we are planning two tests for it -<br><br>1. Muting notifs, suppressing active indicator, morning digits<br><br>2. IGD auto reply and Quiet Mode indicators.<br><br>Are leads aligned that this could be considered as two separate tests? We are finalizing a third idea in the next few weeks.<br><br>cC: @████@fb.com<br>█████████ 8/4/2022 5:14:52 PM |
| 4 | Does the "less stimulating experience" (auto-mute, screen brightness) fit into either 1 or 2 above?<br>█████████ 8/4/2022 5:56:13 PM |
| 9 | █████████ attitudinal questions so we have both behavior signal and motivational signal<br>█████████ 8/4/2022 6:22:36 PM · |
| 10 | Can indicators test be separate?<br><br>1. notif + digest<br>2. Indicator test only<br>3. IGD test (start plannin for this now)<br>█████████; 8/4/2022 6:24:01 PM |
| 11 | █████████ Daisy had a lot of variants but that created thrash and work later to unwind. Risk if we have too many variants - especially opt in. Suggestion to test the full mode first, see if there are ecosystem regressions.<br>█████████; 8/4/2022 6:25:34 PM |
| 1 | What is the settings hierarchy when considering Take-a-Break and Limits already exists? Can this be packaged and/or positioned as additive to existing settings/flow, vs creating more paths in our settings menus, or is the Time Dashboard the common entry point for PU/WB settings? Trying to think of a drumbeat destination for ALL the great work.<br>█████████; 8/18/2022 4:40:43 AM |
| 12 | █████████@fb.com Yes, Time Spent is the primary surface for all time related settings (currently also WB settings).<br>█████████ 8/18/2022 4:40:43 AM |



The team has considered how this impacts our product portfolio and how to invest further in PU. We landed on some principles to help us proceed -

1. Our preference is to build products that solve a real user need and are distinct from anything OS/competitors offer
2. We may build similar products where there is a strong user need. This helps us address IG-specific problems, have more control over the solution and and avoid relying on teens adopting OS features
1. We use OS features to our advantage and build on top of them to offer robust solutions (e.g. Focus API)

## Slide 1

| | |
|---|---|
| 1 | There's differentiation from a feature-set/capability standpoint, but what is less clear to me is overlap of the expected usage between OS level features vs. app specific quiet mode. do we have any forecasts on this?<br><br>I assume we dont have OS level data on usage of native features like DND/sleep mode/ etc, right?<br>▮▮▮▮ 8/4/2022 6:23:03 PM |
| 2 | But in general this proposed quiet mode seems like a much richer set of experiences/interventions than existing OS level controls/features , so there's definitely differentiation<br>▮▮▮▮; 8/4/2022 6:23:03 PM |
| 2 | Is there an OS API for us to trigger some of these in-app features (e.g. status, auto-reply) when iOS/Android users set there phones to DND/night/focus modes? Might be an interesting approach vs going completely native in V1.<br>▮▮▮▮; 9/2/2022 2:27:35 AM |
| 13 | ▮▮▮@fb.com can share the current state of the OS API, my understanding is its still very new.<br><br>But we are planning to integrate with it post MVP as a way to signal that the user might want to be in Quiet Mode.<br>▮▮▮▮ 8/18/2022 4:41:26 AM |
| 1 | Yes there is an API on iOS where we can trigger these in response to OS focus mode, although it requires the user to first enable the trigger. You can see an overview of what's possible here: https://fb.workplace.com/notes/733084574568400<br>▮▮▮▮ 9/2/2022 2:27:35 AM |

DISCUSSION TOPIC #3

**Teen vs parent controls**

Feedback needed

1. Family Center offers Blocking Hours/Scheduled Breaks to guardians only (details below). Are there any concerns with Quiet Mode and Blocking Hours coexisting?

Considerations summary

1. A scheduled break is a blocking experience that prevents the teen from accessing IG altogether. Quiet Mode is not designed to be a blocking, instead it empowers the teen to mindfully use the app at night, but with fewer distractions/stimulations as part of their wind down routine.

2. Blocking Hours is a private experience only between the teen and parent. Quiet Mode is a public experience, designed to help the community set norms around night usage and help develop healthy habits.

   a. If blocking hours overlap with quiet mode hours, the teen account will have all the QM features (no push, no activity indicator, QM indicators on direct and profile) but they won't be able to access IG, until blocking hours expire.

   b. In the future, we can explore giving parents visibility into this control, but continue letting the teen manage it.

TBD:
1. When teen is enabling QM after Scheduled Breaks is set up: Communicating to the teen when their parent has already set up blocking hours and clarifying they will not be able to use the app during overlapping QM.
2. Let parents know that QM has been enabled by the teen.
1. Ensure we are communicating what features are part of QM clearly to the teen.

Slide 1

5          love this
                         ; 8/17/2022 5:06:48 AM

5          I don't see an issue, but could see teens getting confused about the
           difference. Do we have any messaging in mind to teens using QM
           when blocking hours are already in place or get implemented?
                                    8/18/2022 4:43:24 AM

6          it would be good to allow teens to choose what is communicated
           when both blocking and quiet mode are enabled. blocking risks
           appearing as punitive, with high potential for embarrassment -- can
           both be enabled and the moon show?
                         ; 8/17/2022 5:09:21 AM

14              @fb.com When both modes are enabled, the teen will be
           blocked from using the app due to "Blocking Hours" but their friends
           will see Quiet Mode features like the moon sign and IGD auto reply as
           a way to set norms.

                         @fb.com we are working through the messaging now
           for teens
                    ; 8/18/2022 4:43:24 AM











## Rationale for existing controls targeting

- **Long Sessions:** Take a Break upsell trigger was set at    min, as opposed to    min, because it was a more conservative option that showed very similar adoption/dismissal and overall reach wasn't that much lower. Source

- **Passive Use: For** Alternative Topic Nudge we picked a chain length of because it is the 95th percentile of Explore chain lengths. Source

31



**OS offerings X IG integration**

| Feature | IG's Quiet Mode | iOS (Focus, DnD, Sleep) | Android (Focus, DnD, Bedtime) |
|---|---|---|---|
| Push notifs muted | Yes | Yes | Yes |
| App badge counter muted | Yes | Yes (opt-in only) | Yes (opt-in only) |
| Catch up digest | Yes (IG specific) | Yes (scheduled summary) | Yes |
| Dark mode | Tentative | Yes | Yes |
| In app active indicator suppressed | Yes | No | No |
| In app status/night icons | Yes | No | No |
| Auto reply in IGD | Yes | No | No |
| Daily schedule | Tentative | Yes (also supports other triggers like location) | Yes |
| Dim screen | Post MVP | Yes | Yes (can also set grayscale) |
| Audio off | Post MVP | No | No |

Have in app toggle
Integrate with OS - instead of us switching it on on IG, but enable based on OS status



## User feedback on Quiet Mode

**Quiet Mode performed well in early concept testing with US teens and young adults.***

Quiet Mode was the most appealing concept (of 4 tested) and was appreciated for its versatility and ability to customize one's IG experience

Participants saw value in using QM for nighttime and daytime use

Participants felt that QM MVP features would help them:

- Reduce distractions from IG when they are trying to sleep, wind down before bed, or otherwise focus on something else
- Set expectations about their availability to engage with friends
- Reduce FOMO associated with taking a break from the app

*N=10 US daily and weekly IG users who report difficulty managing late night use. Report forthcoming

34

# Why is 12AM-4AM late night?

- Previous research which linked problematic Facebook use to late-night use, has been associated with both later bedtimes and rising times and with insomnia. Because of the association between PU and lack of sleep, the fraction of sessions that occur late at night (12AM - 4AM) was used for this paper.

- 12AM-4AM is the approximate time period associated with higher negative affect in Golder & Macy 2011.

- On TikTok all teens do not receive notifications at night by default:

    13-15 yrs old - notif muted starting at 9PM

    6-17 yrs old - notif muted starting at 10PM

- Apple defaults Focus Mode/Do Not Disturb to 10PM - 7AM daily

- In Youth Platform research, most parents felt 10pm-7am were appropriate hours for a 'sleep mode' (i.e., blocking hours)

35



**PU Behavioral Proxies**

We are currently collaborating with CWB on a "ground truth" measurement survey of problematic use on Instagram, and expect to have a PU prevalence estimate by end of H2 (see understand plan).

In the meantime, we can leverage behavioral proxies identified in a Facebook study to estimate PU on Instagram. That study found that ____ of FB app users worldwide experience PU based on user self-report (ref) and identified the following metrics as PU proxies:

1. No-engagement late night sessions
2. Late night high volume product switching
3. No-engagement repeat sessions (Less than 10 min from end of prior session)
4. High volume of short sessions (<15 sec)
5. High Frequency notifications checking

Using these signals, plus late night long sessions (since displacing sleep is one of the negative life impacts of PU), we estimate that ____ of IG teen users exhibit behaviors associated with PU.

Slide 1

| | |
|---|---|
| 2 | Are all of these behaviors during late night hours? This isn't clear for 3, 4, and 5.<br>████████ 8/4/2022 5:10:05 PM |
| 1 | No, 3-5 are not related to late night use. Also pointing out that these were derived from FB data and we have recently shown that on IG these behaviors are largely driven by IG Direct usage. So we shouldn't necessarily take these at face value.<br>George Volichenko; 8/4/2022 5:10:05 PM |



## Late night use x teens (13-17)

### Late Night Problematic Behavioral Proxies

**1. Late night sessions**

| Stated teen/non-teen | Avg total sessions late night | P50 total sessions late night | P75 total sessions late night | P80 total sessions late night | P95 total sessions late night |
|---|---|---|---|---|---|
| non-teen | | | | | |
| teen | | | | | |

**1. Late night high volume product switching**

| Stated teen/non-teen | Avg product switches late night | P50 product switches late night | P75 product switches late night | P80 product switches late night | P95 product switches late night |
|---|---|---|---|---|---|
| non-teen | | | | | |
| teen | | | | | |

**1. Late night long sessions (since displacing sleep is one of the negative life impacts of PU)**

| Stated teen/non-teen | Avg Late night time spent (min) | P50 Late night time spent (min) | P75 Late night time spent (min) | P80 Late night time spent (min) | P95 Late night time spent (min) |
|---|---|---|---|---|---|
| non-teen | | | | | |
| teen | | | | | |

VO: This is a large proportion of teens, however reducing late night time spent for teens is seen as non-controversial net positive, therefore we should look at different thresholds to understand the overall sizing of teens with any kind of time spent late at night.

37

Late Night Problematic Behavioral Proxies by FCI Countries:

With p95 set by the global average this is the % of WAU by Country(FCI):

| FCI Country | % of total WAU teens with at least 1 PU behavior | # WAU Teens with at least 1 PU behavior |
|---|---|---|
| US | | |
| Australia | | |
| Brazil | | |
| France | | |
| Germany | | |
| India | | |
| Japan | | |
| Korea | | |
| UK | | |

This could indicate that there are key differences in markets in terms of either norms or problematic use, which remains to be seen by further research.
If we were to set thresholds based on the market it would like this:

| FCI Country | Late Night Total Sessions (Teens) p95 | Late Night Minutes spent (Teens) p95 | Late Night Product Switches (Teens) p95 | % of Total WAU teens with at least 1 PU behavior |
|---|---|---|---|---|
| Global | | | | |
| US | | | | |
| Australia | | | | |
| Brazil | | | | |
| France | | | | |
| Germany | | | | |
| India | | | | |
| Japan | | | | |
| Korea | | | | |
| UK | | | | |

**Late night use x teens (13-17)**

- ▓▓▓▓▓▓ of WAU teens have at least 1 late night session* L7

- WAU teens L7 with at least 1 session:
  - >10 min: ▓▓▓▓▓▓
  - >30 min: ▓▓▓▓▓
  - >1 hr: ▓▓▓▓▓

- ▓▓ Sessions ▓▓▓ of total teen sessions) >10 min late night L7 for teens

- ▓▓▓ of WAU teens have 1 or more sessions every night L7

- ▓▓▓ of teen sessions between 12 am and 4 am start due to a notif ▓▓▓ ▓▓▓▓▓▓▓▓▓

38

For Users with Late Night PU Behaviors:
- An average of          of teen's sessions, start from a notification or an app badge.
-          of dau start a session from a notification that was sent and clicked within 12 am and 4 am
  -          ire direct text notifications
-

## Sizing/Severity
## Late Night Use

| Session start attribution is organic | | | | | | | |
|---|---|---|---|---|---|---|---|
| Surface | Daily avg minutes | Daily mean minutes | Daily p95 minutes | | | | |
| reels | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |