# AMENDED Exhibit 117

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# TIME SPENT MVP

May 22, 2018

More people are using Instagram longer, and more frequently, than ever before.

MORE PEOPLE ARE USING INSTAGRAM LONGER, AND MORE FREQUENTLY, THAN EVER BEFORE.

MAP + 37% YoY
DAP + 36% YoY

Avg daily time spent + 16% YoY
Avg daily sessions/DAP + 9% YoY
Avg time spent/session +8.1% YoY

# RESEARCH IS INCONCLUSIVE ON THE RELATIONSHIP BETWEEN TS AND WB

**EXTERNAL**
Social media use can increase feelings of loneliness and risk of depression, suicide.

**INSTAGRAM RESEARCH**
Preliminary studies do not show a negative relationship with time.

Content type, relationships, interaction mechanisms relate to well-being.

External: Fardouly & Vartanian, 2016, Holland & Tiggemann, 2016, Frost & Rickwood, 2017, Luxton, June, & Fairail, 2012
Internal: Q1 Research Summary

5

# PRESS, PUBLIC HEALTH AUTHORITIES EXPRESSING INCREASING CONCERN

Hyperbolic and sometimes inaccurate headlines, recommendations not rooted in science.

1   Multiple public sources suggest that time spent on social media may not be **time well spent** and that **Instagram** is bad for teens.

2   Some articles also suggest that social media companies intentionally **create addictive platforms** that are in their best financial/growth interests but not necessarily their users' well-being interests.

3   Public health authorities in some areas are beginning to offer mitigation recommendations (e.g. **Status of Mind**).

6

# SOME USERS (TEENS AND PARENTS) WANT USAGE CONTROLS

### TEENS

"This would be good and help me to not get distracted. I could use this when Im at home spending time with my family."

### PARENTS

"I would love this for kids if it could be a part of parental controls. It might force them to have a conversation with me."

Time Spent Rolling Research Study (incl. mocks of a "focus mode" feature including muting notifications)

7

# WHEN USAGE IS NOT WELL-MANAGED, IT CAN

**Interrupted sleep**

Because when you're **asleep**, you don't want anybody texting you or trying to message you. And, if you are **trying to study** for your midterms, you would want to focus.

US Teen

When I'm **sleeping**, I get a lot of Instagram **notifications**.

US Teen

I'm in the middle of an **important writing assignment**. I decided **I wasn't going to use Instagram until I was fully finished with it**. So I didn't use it all day. It was really difficult. I noticed my thumb automatically clicks on the icon on my phone, and I thought 'this is sick. **how addicted am I** to this app?

US Adult

**Impacted focus**

If somebody needs to **stay focused while they're studying or at work**, that's a good thing to have. Because I mean, most people will have their phone off to the side, so if it's **constantly lighting up**, and you see things, that gets **really distracting**.

US Teen

**Guilty usage**

April rolling research, March rolling research, Jan rolling research

8