**AMENDED Exhibit 129**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

EXHIBIT

20

depobook.com

# Social comparison on Instagram

Results from a 100k-person survey + behavioral data

Justin Cheng & Moira Burke, Core Data Science
with support from Shruti Bhutada, ███████████, Shilpa Mody, and ██████████



We'll share our method, then walk through most relevant results, including who experiences social comparison, what topics people see . . .

01        METHOD

## Survey of 100k people, March & April 2020
Countries: Australia, US, Brazil, Korea, Japan, India, Germany, France, Great Britain
(full survey text)

## Joined responses with behavioral data
Time spent by surface, like counts seen, keywords in caption text, celebrities seen, use of filters . . . (code listing all features)



Collected data longitudinally from same people; about 100k took first wave and 15k returned for a second wave. For the most part we'll report cross-sectional results from Wave 1 unless otherwise noted.

This is a method that Justin and I use a lot -- survey a large # of people, and then pull thousands of pieces of data from behavioral logs to understand what kinds of experiences on IG are associated with people's feelings.

We're sharing the results of our social comparison survey today, and we're currently running a survey specifically about body image and appearance-based comparison and working on the same kind of analysis...



Most of what we'll share today is based on these two sets of questions. There were other questions that I'll share briefly when I go over initial survey results.



HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00001894





These bars are the 9 countries where we surveyed people. Focusing just on negative comparison: You can see that on average, it's higher in Great Britain, Australia, US, and lower in Korea, Brazil, and India, though these gross averages don't vary that much by country.

What's more interesting are the gender dynamics: The orange dots are women and the green dots are men, and you can see that the line of orange dots is almost always farther to the right -- women it experience it more than men in most of the countries we surveyed. However, if you look at India, you see the dots switch places. In India, men experience social comparison more than women.  Justin and I traveled to India in 2019 along with ██████████ to interview people and better understand social comparison there. Because women are a smaller prop of the workforce, they have fewer dimensions to compare themselves to others -- social circles rather than ALSO financial and professional. (On average, individuals vary a lot.)



These bars are the 9 countries where we surveyed people. Focusing just on negative comparison: You can see that on average, it's higher in Great Britain, Australia, US, and lower in Korea, Brazil, and India, though these gross averages don't vary that much by country.

What's more interesting are the gender dynamics: The orange dots are women and the green dots are men, and you can see that the line of orange dots is almost always farther to the right -- women it experience it more than men in most of the countries we surveyed. However, if you look at India, you see the dots switch places. In India, men experience social comparison more than women. Justin and I traveled to India in 2019 along with ███████████ to interview people and better understand social comparison there. Because women are a smaller prop of the workforce, they have fewer dimensions to compare themselves to others -- social circles rather than ALSO financial and professional. (On average, individuals vary a lot.)

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00001901

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00001903

06          SEEING AND USING FILTERS

## Sharing or viewing filtered selfies in Stories made people feel worse

- In Stories, **sharing or viewing more filtered selfies** (i.e., that had a color filter or a camera AR effect) was associated with increased negative comparison. The effects of filters are weaker for Feed, likely because Feed camera filters are less selfie-centric.

- More generally, **sharing selfies** (both filtered or not; and to Feed or Stories) is also associated with increased negative comparison, but this effect is weaker.

Method: We measured how social comparison differed based on proportion of either viewed or shared photos that were taken using the front-facing camera and/or had a filter applied in a regression controlling for gender, teen/non-teen, follower count, following count, whether account is private, and country.

Source: Selfies, filters, and social comparison on Instagram (Aug 2020)



06        SEEING AND USING FILTERS

### Seeing these camera effects can lead to more negative comparison:

Why? These may focus on beautification; heart eyes may be interpreted as showing off a relationship.



### Seeing these camera effects can lead to more positive comparison:

Why? These tend to be more "fun", focusing on additional objects or taking part in a challenge.



Source: Selfies, filters, and social comparison on Instagram (Aug 2020)

Some possible reasons:
More negative;
Heart eyes may indicate being in love, and we know from qual research that seeing others in relationships makes people envious
The other two also seem to be more of the skin-smoothing/beautifying-type
More positive:
These filters are more "fun" - adding a halo, sunglasses, or doing a challenge

HIGHLY CONFIDENTIAL (COMPETITOR)        META3047MDL_RVOL003        META3047MDL-003-00001909

HIGHLY CONFIDENTIAL (COMPETITOR)