# AMENDED Exhibit 148

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

STO:

**Communications Plan: Back to School 2020**

*What's Happening?*
Aug - Sept is typically the time frame when students of all ages return to school. But it's fair to say this school year won't look like anything we've ever seen before. By leveraging both consumer and on platform data, we will spotlight activations that showcase how Facebook uses technology to bring learning communities together and further connect parents, students and teachers to each other as well as to virtual learning programming.

*Anticipated Headlines:*
- *For Facebook, The ABCs of back to school start with building community*
- *Facebook launches Educator hub that delivers wellness resources for teachers who are navigating this new school season.*
- *Facebook connects teachers to learning communities during an unusual back-to-school season*

*Goals:*
- Prioritize announcements to ensure clear and succinct consumer message
- Showcase how Facebook's resources are part of the solution for the angst parents, students and educators are feeling

*Messaging:*
- Back to school season looks significantly different this year as teachers and parents are seeking support, access and community while they navigate remote learning, hybrid teaching models or returning to the classroom amidst a global pandemic.

- Mental health, wellness and supporting each other is also more important than ever as people navigate an unprecedented back-to-school season -- this is why Facebook is focusing on the importance of well-being, community and connection with the launch of the Educator Hub.

  - Taking care of our teachers and helping them transition to new learning environments has never been more important, which is why Facebook's back to school resources are designed to build and empower educators and connect them to learning and support communities during this time.

- The community and conversation on Facebook is often a reflection of the larger societal conversations taking place and we see Back to School as being one of the tougher issues people are facing today. We hope these resources and our community can provide support to parents, teachers and educators this fall

STO: 

- **CTA: To be included in all outreach:** *Facebook's Educator Hub [insert link]  an online destination that aims to help educators build community, discover resources for teaching tolerance and racial equity, and access tools and wellness guides as they prepare for this challenging school year. Go to education.fb.com to learn more.*

*Educator Hub*
- The [ HYPERLINK "https://docs.google.com/document/d/1z1TngnxcDkaUbIGaWBNYH1WSnwKGB5NVTkwdF9dMbPI/edit" \l "heading=h.tfhb0doerqb5" \h ], launching today [Aug. 18th] aims to help educators build community, discover anti-racism and wellness resources, and learn about tools to support the start of a new school year during this unprecedented time.
- The hub will feature resources from Greater Good Science Center, Teaching Tolerance, and Facing History.
- The education team at Facebook, made up of former teachers, school leaders, and education non-profit staff, created the hub to help teachers connect to each other and the resources they may need most.

*Instagram "Pressure to be Perfect" Toolkit and Wellness Guides*
- In addition to Facebook's Back-to-School Hub, teachers and parents seeking mental health resources can also turn to Instagram's Pressure to be Perfect Toolkit and Mental Health Guides
- *Pressure to be Perfect*
  - Pressure to be Perfect, developed in collaboration between the JED Foundation and Instagram, is a free online resource to support positive and intentional teen expression on social media.
  - With guides for both teens and their parents, Pressure to be Perfect is about recognizing that what you see posted by others is just one part of their story.
  - These resources help you decode not just images, but the emotions around you—how you may feel when you're on Instagram, how you feel about the content and people you come across, how you feel about what you share—and even what it feels like not to share.
  - With that self-awareness, you can use these tools and suggestions to make informed decisions about how you use the platform.
- *Guides*
  - Instagram's Mental Health Guide offers resources for teachers and students to help manage the stress that comes with this new schooling experience in addition to offering tips for how to promote positive mental health practices in the classroom and beyond.
  - We collaborated with credible organizations, publishers and creators to launch Guides, a new way for people to discover curated, reliable recommendations from people they trust/admire/follow.
    - Existing Guides focus on wellness and mental health content to help support people during Covid-19.



**Commented [1]:** + ▮▮▮ Is this separate? Thought the IG guides, pressure to be perf, HHF and more (and messenger guides) are linked from the Educator Hub?
_Assigned to ▮▮▮_

**Commented [2]:** There are guides from insta on the hub but not all of them are featured.  Pressure to be prefect is not one of the ones on the hub however it's a really compelling consumer angle.
@▮▮▮ - Keep me honest.
_Reassigned to ▮▮▮_

**Commented [3]:** Ok - it looks like it is part of the content from this doc - https://docs.google.com/document/d/1z1TngnxcDkaUbIGaWBNYH1WSnwKGB5NVTkwdF9dMbPI/edit#heading=h.hvbtdh9kelp
But is this not the most updated content plan for the hub?
Are messenger guides included in the hub?

**Commented [4]:** Pressure to be Perfect is part of the hub! +▮▮▮

STO: 

- Throughout the pandemic, we've connected people with health information from credible sources and experts, and we'll continue to do so with the content curated in Guides.
  - In the U.S., we're working with organizations including American Foundation for Suicide Prevention, Boys and Girls Club of America, Hispanic Heritage Foundation, JED, and more.

- **Quotes from CLs:**
  - "Black Teachers Rock lends itself for a support of Black teachers through its authentic community or 'teacher tribe,' its innumerable resources for both learning and teaching across all grade levels and content areas, and through its fun disposition." - Ivory Bennett, Black Teachers Rock

  - "I am a 3rd year teacher and the Clear The List groups have become an oasis where I can not only vent and collaborate with other teachers but a place where I have come to truly admire and respect a fine collection of educators." - Sarah Carpenter, ClearTheList

  - "When I came across the Support a Teacher – Clear The List group, it opened my eyes to how unified teachers can (and should) be. Supporting each other, sharing ideas and what works." - Katie Orgill, Support A Teacher - #clearthelist Global Community

- *Stats:*
  - When Shelter in Place took effect across the world, we saw the largest spike in homeschooling groups on FB with more than 2000 new homeschooling groups created in March alone, 8x more than the month prior.

  - These groups continue to grow as the uncertainty of the new school year lingers. The number of groups related to homeschooling and distanced/digital/virtual learning has doubled just in the past month.

  - More than 1.5M people on FB are part of at least one of these homeschooling groups.

**Additional docs:**
[ HYPERLINK "https://docs.google.com/presentation/d/1YruhkeF9iwo250oGgi2RmBjIF3_5hZ06kkPoZpVfAUk/edit" \l "slide=id.p" \h ]

[ HYPERLINK "https://docs.google.com/presentation/d/1YruhkeF9iwo250oGgi2RmBjIF3_5hZ06kkPoZpVfAUk/edit" \l "slide=id.p" \h ]
**Communications Priority, Tiering** - Tier 2, Social Impact

*How?*

- ***Phase 1: Resources for Teachers and Classrooms - August 17th***

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                              META3047MDL-034-00140831

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00140832

HIGHLY CONFIDENTIAL (COMPETITOR)                                         META3047MDL-034-00140833

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-034-00140834

HIGHLY CONFIDENTIAL (COMPETITOR)                                                   META3047MDL-034-00140835

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00140836

HIGHLY CONFIDENTIAL (COMPETITOR)                                   META3047MDL-034-00140837