# AMENDED Exhibit 155

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Message

| | |
|---|---|
| **From**: | ███████████████ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=███████████████F] |
| **Sent**: | 6/15/2017 4:53:06 AM |
| **To**: | Mark Zuckerberg ████████] |
| **CC**: | Andrea Besmehn [████████]; ████████ ████████] |
| **Subject**: | Tomorrow -- 11am start @ MPK, Building 15 |
| **Attachments**: | image001.png; 17_H2 2017 Instagram Strategy.pdf; 18_WhatsApp H1 2017.pdf; 19_Messenger H1H217 Review.pdf; 20_Marketplace-H1-H2-2017.pdf; 21_Platform H1-H2 Update.pdf; 22_Local H2 Review 2017.6.pdf; 23_Ads H2 Review 2017 (1).pdf; 24_FINAL Core Growth 2017-H1-H2 review.pdf; 25_social_good_h1_h2_in_person.pdf; 26_goodwill_h1_h2_review_in_person.pdf; 27_2017.06.15 - SC & WEM H1H2 Review (Final).pdf |

**Pre-reads attached:**

- H1 / H2 Product Reviews



(Meta) Zuckerberg Exhibit 26    3.27.25 mlr

**Things to flag:**

- 7:30pm Dinner w/ Nestor, Edgewood
- 9:30pm Haircut w/ William, Edgewood

**Reminder:**

- Check on Kauai progress (as needed)

META3047MDL-014-00382301

# H2 2017 Instagram Strategy

## H1 Summary

### GOALS

|   | A | B | C | D |
|---|---|---|---|---|
| 1 |   |   | Projected Finish | Goal |
| 2 | Growth | MAP | 757M | 745M |
| 3 |   | DAP | 472M | 462M |
| 4 |   | US Teen DAP Accounts | 11.4M | 12.1M |
| 5 | Engagement | Broadcast Media/DAP | 0.56 | 0.63 |
| 6 |   | Feed Media/DAP | 0.31 | 0.31 |
| 7 |   | Stories Media/DAP | 0.24 | 0.32 |
| 8 |   | Private Media/DAP | 0.06 | 0.09 |
| 9 |   | Live Broadcasts/Day | 6.2M | 3.5M |
| 10 |   | Time Spent | 28.2 mins | 28 mins |
| 11 | Monetization | Revenue | $1.69B | $1.65B |
| 12 |   | Monthly Active Businesses | 13.5M | 10.5M |
| 13 |   | Monthly Active Advertisers | 1.8M | 2.1M |

### HIGHLIGHTS

- We're growing faster than ever (+218M Y/Y) and our DAP/MAP ratio is near the highest it's ever been (62.5%).
- 260M consume stories and 42M produce.
- People share 60% more broadcast media and 101% more private media while spending 16% more time in the app compared to last year.
- We are on track to make $4.1B in 2017. FB teams (Ads & Business Platform and GMS) have been amazing partners!
- We have a highly functioning first remote office (NYC) that has grown to 85 engineers.

**LOWLIGHTS**

- We have not turned around US Teen DAP. In fact, we learned that the trend is even worse per person (vs. per account).

- SEVs slowed down growth. To avoid this in H2, we will invest heavily in Data Engineering and cross-team collaboration, in particular between growth and PAC.

- Stories growth is slower because we've saturated markets and WhatsApp has grown quickly in South America.

**LEARNINGS**

- Post-capture creative tools like drawing and stickers did not increase stories production. However, pre-capture creative tools like face filters and new video formats did.

- Multi-account switching and Finstas have introduced a gap between accounts and people. People growth is 5-10% lower than account growth. On the other hand, people engagement (time spent, sharing, etc) is higher.

- Setting true 50/50 goals unsettled teams but inspired urgency and overall performance.

- Our scale dictates that we have to plan our features well in advance with the Infrastructure team. We didn't do this last half and left the Infra team scrambling to help.

- Our recruiting process is additive to the Facebook hiring pipeline. 90% of candidates we engaged with had not responded to FB recruiters. This half, we hired 49 engineers through this outreach; 18 have completed bootcamp. Of those, 12 have selected Facebook teams and 6 have selected Instagram.

## Our Strategy

1. **Reverse the US teen decline**
2. **Maximize visual sharing across formats**
3. **Grow time spent through interests**
4. **Aim for 1B MAP**
5. **Deliver $4.1B in 2017**

## Reverse the US Teen Decline

|   | A | B | C | D |
|---|---|---|---|---|
| 1 |   | **H1 Projection** | **H1 Goal** | **H2 Goal** |
| 2 | **US Teen DAP** | 11.4M accounts | 12.1M accounts | 11.7M people (flat Y/Y) |

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-014-00382308

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-014-00382309

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-014-00382311

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-014-00382312

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-014-00382313

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-014-00382314

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-014-00382315

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-014-00382316

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-014-00382317