**AMENDED** Exhibit 157

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
(Meta) Zuckerberg Exhibit 28   3.27.25 mlr

| | |
|---|---|
| **From**: | Maxine Williams [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN= ███████████████████████ |
| **Sent**: | 12/13/2022 12:49:10 AM |
| **To**: | Mike Schroepfer [████████████]; Andrea Besmehn [███████████]; Naomi Gleit [███████████]; John Hegeman [███████████]; Jennifer Newstead [███████████]; Maxine Williams [███████████]; ████████]; Chris Cox [███████████]; █████]; [███████████]; Marne Levine [███████████]; ████████]; [███████]; ████████h]; Dan Levy [███████████]; [███████████]; Adam Mosseri [███████████]; Alex Schultz [███████████h]; Andrew Bosworth [███████████h]; Michel Protti [███████████]; Will Cathcart [███████████]; Nick Clegg [███████████n]; Joel Kaplan [███████████]; Guy Rosen [███████████]; Susan Li [███████████]; [███████████]; David Wehner [███████████]; Javier Olivan [███████████]; David Ginsberg [███████████]; Mark Zuckerberg [███████████]; Tom Alison [███████████n] |
| **Subject**: | Message summary [{"otherUserFbId":null,"threadFbId":4189461347745878}] |
| **Attachments**: | 1a_CompanyMilestones_Dec22_ACPRIV.pdf; 1b_CompetitiveLandscape_Dec22_ACPRIV.pdf; 2_ReelsDE_Dec22.pdf; 4a_Monetization_Intro_Dec22.pdf; 3_CommunityMessaging_Dec22.pdf; 4c_Monetization_BizMessaging_Dec22.pdf; 4d_Monetization_CommerceMFT_Dec22.pdf; 4b_Monetization_Ads_Dec22.pdf; 4e_Monetization_NME_Dec22.pdf; 5_Infra_Dec22.pdf; 319562288_727540901794551_1255092125651034609_n.png; 319403920_477823260927097_5707296273970299080_n.png; 318158109_841660507116954_7248490922905887241_n.png; 319326176_1170205126929560_5919631895446516443_n.png; 319198050_440679268106206_557322396352849295_n.png |

Andrea Besmehn (12/12/2022 11:22:42 PST):
>Bumping this thread and the pre-read materials for today's reviews so they are top / easy to access.

Andrea Besmehn (12/12/2022 11:22:53 PST):

shared: 1a_CompanyMilestones_Dec22_ACPRIV.pdf

Andrea Besmehn (12/12/2022 11:22:54 PST):

shared: 1b_CompetitiveLandscape_Dec22_ACPRIV.pdf

Andrea Besmehn (12/12/2022 11:22:55 PST):

shared: 2_ReelsDE_Dec22.pdf

Andrea Besmehn (12/12/2022 11:22:56 PST):

shared: 4a_Monetization_Intro_Dec22.pdf

Andrea Besmehn (12/12/2022 11:22:57 PST):

shared: 3_CommunityMessaging_Dec22.pdf

Andrea Besmehn (12/12/2022 11:22:58 PST):

shared: 4c_Monetization_BizMessaging_Dec22.pdf

Andrea Besmehn (12/12/2022 11:22:58 PST):

shared: 4d_Monetization_CommerceMFT_Dec22.pdf

Andrea Besmehn (12/12/2022 11:22:59 PST):

shared: 4b_Monetization_Ads_Dec22.pdf

Andrea Besmehn (12/12/2022 11:23:00 PST):

shared: 4e_Monetization_NME_Dec22.pdf

Andrea Besmehn (12/12/2022 11:23:01 PST):

shared: 5_Infra_Dec22.pdf

Andrea Besmehn (12/12/2022 11:23:14 PST):
>We'll be on the same dial in throughout the day here:
>
>https://fb.zoom.us/j/93363990072?pwd=OU1pRWxnMFVtVWJpeStCc3JoRmZ2UT09

Andrea Besmehn (12/12/2022 11:23:34 PST):
>Schedule as follows

Andrea Besmehn (12/12/2022 11:23:36 PST):

shared: 319562288_727540901794551_1255092125651034609_n.png

Andrea Besmehn (12/12/2022 11:24:32 PST):
>And our debrief doc will be here, I'll run the process to take notes / outcomes and get an audit from
STOs ahead of tomorrow's debrief.

Andrea Besmehn (12/12/2022 11:24:35 PST):
>https://fburl.com/gdoc/ickmd5v4

Andrea Besmehn (12/12/2022 11:24:36 PST):
>#shareadoc

███████████ (12/12/2022 12:59:46 PST):
>To Adam's point, IG's Active Last Minute has been doing really well. We hit a new high on Sunday.

███████████ (12/12/2022 13:01:24 PST):

shared: 319403920_477823260927097_5707296273970299080_n.png

Susan Li (12/12/2022 13:54:31 PST):

shared: 318158109_841660507116954_7248490922905887241_n.png

███████████ (12/12/2022 14:31:39 PST):
>Would it help if we told the team that they can ██████████████████████ ████████████
██████████████████████████ which would drive more creation and thus more
engagement?

Andrea Besmehn (12/12/2022 15:47:46 PST):
>Last one for today....

████ ███ (12/12/2022 15:51:22 PST):
>dialing back. couldn't hear you. brb.

Susan Li (12/12/2022 15:57:37 PST):

shared: 319326176_1170205126929560_5919631895446516443_n.png

Andrea Besmehn (12/12/2022 16:45:27 PST):
>To set expectations on timelines for discussions:
>
>January offsite: north star, financial model + Move Fast / Efficiency (including Dev efficiency). We
might also cover Brand / Comms here too.
>
>Paid verification and customer support: we're planning to discuss on Jan 17, if we can resolve
scheduling conflicts.
>
>AI content gen: ██████ and I had discussed Jan. 19th... I need to extend the time / make more time in the
schedule for a longer discussion and will include all the right folks here.

Andrea Besmehn (12/12/2022 16:45:49 PST):
>Thanks to those that have dropped into the debrief doc so far to edit your actions (and notes).
>
>https://fburl.com/gdoc/ickmd5v4

Andrew Bosworth (12/12/2022 16:47:57 PST):
>I wonder if we want to try to do some of the AI convo at the offsite also. Just a hunch it will come up
if recent history is my guide

Andrea Besmehn (12/12/2022 16:48:27 PST):
>Oh, I have this in the intro... yes.

Andrea Besmehn (12/12/2022 16:48:29 PST):
>Good idea.

Andrea Besmehn (12/12/2022 16:49:09 PST):

>Mark is still reviewing this so the timing and topics might shift around a little.

Andrea Besmehn (12/12/2022 16:49:10 PST):

shared: 319198050_440679268106206_557322396352849295_n.png

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-050-00343518-META3047MDL-050-00343520

**Custodian:** BOSWORTH_ANDREW; CLEGG_NICK; COX_CHRIS; GINSBERG_DAVID; GLEIT_NAOMI; HEGEMAN_JOHN; KAPLAN_JOEL; LI_SUSAN; MOSSERI_ADAM; OLIVAN_JAVIER; PROTTI_MICHAEL; ROSEN_GUY; SCHROEPFER_MIKE; SCHULTZ_ALEX; ZUCKERBERG_MARK

**Author:**

**Filename:** MESSAGE SUMMARY [{"OTHERUSERFBID":NULL,"THREADFBID":4189461347745878}]

**Create Date:** 12/12/2022 4:49 PM

**Last Modified Date:** 12/12/2022 4:49 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /GLEIT_NAOMI/TOP OF PERSONAL FOLDERS/INBOX; /PROTTI_MICHAEL/TOP OF PERSONAL FOLDERS/INBOX; /ROSEN_GUY/TOP OF PERSONAL FOLDERS/INBOX; /GINSBERG_DAVID/TOP OF PERSONAL FOLDERS/INBOX; /MOSSERI_ADAM/TOP OF PERSONAL FOLDERS/INBOX; /ZUCKERBERG_MARK/TOP OF PERSONAL FOLDERS/INBOX; /LI_SUSAN/TOP OF PERSONAL FOLDERS/INBOX; /BOSWORTH_ANDREW/TOP OF PERSONAL FOLDERS/INBOX; /HEGEMAN_JOHN/TOP OF PERSONAL FOLDERS/INBOX; /OLIVAN_JAVIER/TOP OF PERSONAL FOLDERS/INBOX; /KAPLAN_JOEL/TOP OF PERSONAL FOLDERS/INBOX; /SCHROEPFER_MIKE/TOP OF PERSONAL FOLDERS/INBOX; /CLEGG_NICK/TOP OF PERSONAL FOLDERS/INBOX; /COX_CHRIS/TOP OF PERSONAL FOLDERS/INBOX; /SCHULTZ_ALEX/TOP OF PERSONAL FOLDERS/INBOX

**Confidentiality Designation:** CONFIDENTIAL

**META_Pointee:**

**META_Pointer:**

# Company Milestones



A/C PRIV

CONFIDENTIAL

META3047MDL-050-00343521

# Context

In October, we aligned that Company Milestones represent "what winning looks like." Company Milestones are how we measure progress on Company Priorities.

The audience for Company Milestones is the Board and Small Group who will hold us accountable:

- Review with Board quarterly
- Review in H1/H2 reviews with Small Group

Beyond that, Company Milestones will inform:

- 3/5/10 year Roadmap
- External Narrative (i.e. celebrating Milestones when we hit them)

To discuss:

- For 2022 Milestones
    - For things in green, do we agree we met them?
    - For things in yellow, did we meet them?
    - For things in red, what does this mean in 2023?
- For 2023 Milestones, do these look right?

A/C PRIV

CONFIDENTIAL                    META3047MDL-050-00343522

CONFIDENTIAL

META3047MDL-050-00343523

# Family of Apps Milestones

**Confidence Levels**
- 80% chance of hitting milestone
- 50% chance of hitting milestone
- 20% chance of hitting milestone
- 5% chance of hitting milestone

| | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|
| **1. Reels** | | • Reels becomes net positive revenue tailwind for both FB and IG | ▬▬▬ ▬▬▬ | | ▬▬▬ ▬▬▬ |
| **2. Discovery Engine** | | • ▬▬▬▬ • A growing percent of people are participating in the ▬▬ • FB starts seeing interesting sparks of unique creator activity • Begin to ship more AI creation tools | ▬▬▬ ▬▬▬ ▬▬ ▬ ▬▬ | ▬▬▬ ▬▬▬ ▬ | |
| **3. Facebook** | | • US/CA/WE MAU & DAU flat or better • Global MAU and DAU Y/Y accelerating, with India, Brazil, and Indonesia each on a healthy track • YA on path to stop decline, then grow | ▬▬▬ ▬▬▬ ▬ | | |
| **4. Instagram** | | • Stabilize teens MAU in the US and globally • 40 minutes per DAU * 1.5B DAU | ▬▬▬ ▬▬ | ▬ ▬▬ | ▬▬▬ ▬▬ ▬ |
| **5. WhatsApp** | • Continued primacy (>90% MAU reach of internet connected population) in top existing countries. | • 150M DAU in active Communities • Business Messaging Milestone: $1B+ run-rate in paid messaging (non Ads) | ▬▬▬ ▬ | ▬▬▬ ▬ | ▬▬▬ |
| **6. Messenger** | | • CM at scale (e.g. Discord; 70M Communities DAU) • Messenger is multi-network (FB, IG, Horizon) • FB network is default E2EE | ▬▬▬ ▬▬ ▬ | | |

** IG at 20% confidence (assumes app VPVs, including Stories); FB at 50% confidence

A/C PRIV

CONFIDENTIAL

4

META3047MDL-050-00343524

CONFIDENTIAL

META3047MDL-050-00343525

CONFIDENTIAL

META3047MDL-050-00343526

CONFIDENTIAL

META3047MDL-050-00343527

CONFIDENTIAL    META3047MDL-050-00343528

CONFIDENTIAL

META3047MDL-050-00343529

CONFIDENTIAL

META3047MDL-050-00343530

CONFIDENTIAL                                                                                                                    META3047MDL-050-00343531

CONFIDENTIAL

META3047MDL-050-00343532

CONFIDENTIAL

META3047MDL-050-00343533