# AMENDED Exhibit 172

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

# SSI Data

This document is a compilation of all the SSI data for IG Harmful Content.

Additional Documentation requests:

- Files (immediately below): Daiquery queries that generated these files
- Results/Time series (Time Series): Publish Jupyter notebook to ANP

## Files

- SSI Demographics: ssi_all_demographics_v2.xlsx
- Co-occurence (people from group X are also in group Y): co-occurrence_matrix.xlsx
- SSI producers of admissions in California (last 90 days): California-ssi_self-harm_admissions-last90days.xlsx
- All desired demographics: Demo Summary Table

# Strategy deck

## 1. POLICY: Should high volume admission producers be treated as promoters?

**SSI admissions - Among SSI Admissions, what % of their media are admissions?**

- 15% of accounts (4892 / 32920) with at least 1 SSI admission in the last 28 days have >30% of their 28d content as SSI admissions.
- These

**Distribution of SSI Admissions as a Fraction of a User's 28d Content Production**
All users who had an SSI admission in 28 days, how many admissions did they have in this period?

|   | bucket | cnt | percent |
|---|--------|-----|---------|
| 1 | 1: 0 - 0.05 | 21773 | 66% |
| 2 | 2: 0.05 - 0.10 | 3008 | 9% |
| 3 | 3: 0.10 - 0.15 | 1580 | 5% |
| 4 | 4: 0.15 - 0.20 | 606 | 2% |
| 5 | 5: 0.20 - 0.25 | 532 | 2% |
| 6 | 6: 0.25 - 0.30 | 529 | 2% |
| 7 | 7: >0.3 | 4892 | 15% |
| 8 |  | 32920 | 100% |



META3047MDL-143-00000002

[query]

**Distribution of SSI Promotions as a Fraction of User's 28d Content Production**
All users who had an SSI promotion in 28 days, how many promotions did they have in this period?

|   | bucket | cnt | percent |
|---|--------|-----|---------|
| 1 | 1: 0 - 0.05 | 6356 | 75% |
| 2 | 2: 0.05 - 0.10 | 642 | 8% |
| 3 | 3: 0.10 - 0.15 | 261 | 3% |
| 4 | 4: 0.15 - 0.20 | 96 | 1% |
| 5 | 5: 0.20 - 0.25 | 108 | 1% |
| 6 | 6: 0.25 - 0.30 | 80 | 1% |
| 7 | 7: >0.3 | 930 | 11% |
| 8 | TOTAL | 8473 | 100% |



[query]

Additional query for more information: [source]

## Are admits the same group of people as promoters?

6.7% of people who had a SSI admission OR promotion had both.

30% of people who had an SSI promotion also had an admission

|   | A | B | C | D |
|---|---|---|---|---|
|   | admit | promotion | cnt | fraction |
| 1 |  |  |  |  |
| 2 | 1 | 0 | 32112 | 0.77912 |
| 3 | 1 | 1 | 2775 | 0.06733 |
| 4 | 0 | 1 | 6329 | 0.15356 |
| 5 |  |  | 41216 |  |

HIGHLY CONFIDENTIAL (COMPETITOR)



**Venn Diagram of Admissions and Promotions**

[query source]

### Is there a distinction between high and low producers (of admissions)?

Those who get had at least 1 admission and 1 promotion had 337% more admissions than those who only had at least one admission.

|   | admit | promotion | sum_admit_a vg | sum_admit_p 50 | sum_promotion_ avg | sum_promotion_ p50 |
|---|-------|-----------|----------------|----------------|--------------------|--------------------|
| 1 | 0 | 1 | 0 | 0 | 1.26734 | 1 |
| 2 | 1 | 1 | 12.87207 | 3 | 2.49586 | 1 |
| 3 | 1 | 0 | 2.94102 | 1 | 0 | 0 |

## 2. PRODUCT: Which people need help?

### Supportive Hashtags

13 hashtags were identified as potential support communities where people search for help or post supportive media. I looked at: 1) the total number of media with the hashtag, 2) the number of followers of each hashtag, 3) the number of followers who are DAP, and 4) the ratio of media to unique followers.

These individuals represent our current best estimate of people who would be interested in receiving or giving help.

An additional analysis may be to conduct a fanout from these hashtags to additional related hashtags to see how large of a community we could detect.

|   | hashtag_name | media with this hashtag | unique users following hashtag | unique DAP following hashtag | media with hashtag / unique users following hashtag |
|---|--------------|-------------------------|--------------------------------|------------------------------|-----------------------------------------------------|
| 1 | recoveryisworthit | 800600 | 2035 | 1442 | 393.41523 |
| 2 | itsokaytotalk | 16631 | 54 | 45 | 307.98148 |
| 3 | selfloveclub | 186869 | 893 | 738 | 209.2598 |

| 4 | anxietywarrior | 64961 | 281 | 224 | 231.17794 |
| 5 | mentalhealthwarrior | 136483 | 1085 | 798 | 125.79078 |
| 6 | mentalhealthmatters | 536261 | 3313 | 2573 | 161.86568 |
| 7 | endthestigma | 420133 | 1847 | 1436 | 227.46779 |
| 8 | edwarrior | 1317708 | 1276 | 940 | 1032.68652 |
| 9 | ptsdwarrior | 23489 | 114 | 91 | 206.04386 |
| 10 | sadgirlsclub | 107053 | 604 | 449 | 177.24007 |
| 11 | itsokaynottobeokay | 118299 | 792 | 627 | 149.36742 |
| 12 | anxiousbutcourageous | 937 | 10 | 8 | 93.7 |
| 13 | recoveryispossible | 584280 | 1639 | 1153 | 356.48566 |
| 14 | TOTAL | | 13943 | 10524 | |

[query]
[query source]

# Reach: DAP Exposed to SSI Content

How many DAP were exposed to known Suicide and Self-injury media?
**NOTE**: all data in this Reach section is ONLY for Suicide and Self-Injury (ED is excluded).

D10500775: all queries on SSI content

### Topline

- **5.1M** DAP are exposed to suicide or self-harm admission or promotion content. That's 0.75% of DAP. That's using data from October so far. https://fburl.com/daiquery/xr2woe99

### Daily Rates



····· dap_exposed

**Figure | DAP Exposed to SSI Content.** Daily rate over time. There are some pronounced daily spikes. Most of these spikes are from very viral content (meme-like in quality) that have SSI content. https://fburl.com/daiquery/425nnxi5

### By Content Type

- Most of the exposures and impressions are on Admission content. Admissions account for ~3/4 of impressions.

| category | DAP Exposed | Impressions /d | Percent of Impressions |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | admission | 4,061,145 | 9,775,978 | 73.59% |
| 2 | other | 1,600,881 | 1,712,147 | 12.89% |
| 3 | promotion | 1,679,647 | 1,795,867 | 13.52% |
| 4 | TOTAL | | 13,283,993 | 100.00% |

**Table | DAP Exposed and Impressions by Type of Suicide and Self-injury Content (promotion, admission, other = suicide videos).** https://fburl.com/daiquery/yp2py738

## By Content Type

- Viewers of SSI content are mostly seeing admission content for suicide (60%) and self-harm (13%).

| | category | grp | DAP Exposed | Impressions /d | (%) |
|---|---|---|---|---|---|
| 1 | admission | suicide_admission | 3,140,403 | 8,027,328 | 60.43% |
| 2 | admission | self_harm_admission | 1,015,394 | 1,748,650 | 13.16% |
| 3 | other | other | 988,609 | 1,033,166 | 7.78% |
| 4 | promotion | self_harm_promotion | 897,018 | 945,178 | 7.12% |
| 5 | promotion | suicide_promotion | 801,893 | 850,689 | 6.40% |
| 6 | other | suicide_video | 619,113 | 678,982 | 5.11% |
| 7 | TOTAL | | | 13,283,993 | 100.00% |

https://fburl.com/daiquery/zzmg9zr5

## By Surface and Content Type

- most of the impressions are happening on Home and Explore (not surprising), and most of these are SSI admissions.
- On Home, we would have to do more to understand if this is content coming from a connected person (the viewer is following that user) vs. from a connected hashtag (the viewer is following a hashtag that spreads this content to Home).

| | surface_tag | category | DAP Exposed | Impressions/d |
|---|---|---|---|---|
| 1 | home | admission | 1,872,009 | 4,480,932 |
| 2 | explore | admission | 1,009,828 | 1,744,696 |
| 3 | home | other | 920,546 | 989,215 |
| 4 | home | promotion | 756,991 | 879,765 |
| 5 | explore | promotion | 403,464 | 420,275 |
| 6 | explore | other | 279,776 | 302,502 |
| 7 | profile | admission | 152,561 | 381,049 |
| 8 | hashtags | admission | 101,769 | 362,220 |
| 9 | profile | other | 59,437 | 63,920 |
| 10 | profile | promotion | 56,414 | 62,006 |
| 11 | hashtags | promotion | 28,785 | 34,358 |
| 12 | | admission | 17,182 | 35,265 |
| 13 | saved | admission | 11,961 | 23,114 |
| 14 | hashtags | other | 10,886 | 11,935 |

# CO Actioned/Labelled Content

## BY Admission/Promotion and by SSI Type (S, S-I, ED)

- Most content is self-harm admission (44.5%) or suicide admission (28%), and most of the responsible users are for this same type of content (37.7% and 29.2%, respectively).
- Table below is the 28d totals CO labelled content for SSI (from Oct 1 - Oct 28).
- This content is DISTINCT (meaning duplicates are only counted 1 time)

| | violation_type | Group | Distinct Content | (%) | Distinct Responsible Users | (%) |
|---|---|---|---|---|---|---|
| 1 | SELFINJURY | self_harm_admission | 38,159 | 44.50% | 18,630 | 37.72% |
| 2 | SUICIDE | suicide_admission | 24,027 | 28.02% | 14,431 | 29.22% |

META3047MDL-143-00000006

| 3 | SELFINJURY | suicide_promotion | 6,109 | 7.12% | 5,151 | 10.43% |
| 4 | EATINGDISORDER | eating_disorder_admission | 5,118 | 5.97% | 923 | 1.87% |
| 5 | SUICIDE | suicide_video | 4,786 | 5.58% | 4,106 | 8.31% |
| 6 | SELFINJURY | self_harm_promotion | 4,746 | 5.53% | 3,735 | 7.56% |
| 7 | EATINGDISORDER | | 1,606 | 1.87% | 1,606 | 3.25% |
| 8 | EATINGDISORDER | eating_disorder_promotion | 1,175 | 1.37% | 778 | 1.58% |
| 9 | SUICIDE | | 22 | 0.03% | 21 | 0.04% |
| 10 | SELFINJURY | | 3 | 0.00% | 3 | 0.01% |
| 11 | TOTAL | | 85,751 | 100.00% | 49,384 | 100.00% |

**Table | Content Labelled by CO for SSI (28-d total)**

query: https://fburl.com/daiquery/vdp58xk7

# Escalations

There are 2 tiers of escalations (OS --> HYD (2 review queues) --> LERT).

SSI Data Primer ████████████

# Demographics

## Groups

The demographics come from users who fall into each group in the **last 30 days**. The only exception to this is 1) Hashtag Follower: 13 Support Hashtags (these are user who followed the hashtag at ANY time); 2) DAP (1-day); and 3) MAP (1-day).

| | CATEGORY | GROUP | DEFINITION |
|---|---|---|---|
| 1 | PRODUCERS | Producer: ED Disabled Profile | Produced ED content that led CO to remove the user's profile |
| 2 | | Admission: ED | Produced ED content that CO marked as an admission (and left on the sit |
| 3 | | Promotion: ED | Produced ED content that CO marked as promotion (and deleted from th |
| 4 | | Admission: Self-Harm | Produced self-harm content that CO marked as an admission (and left on |
| 5 | | Promotion: Self-Harm | Produced self-harm content that CO marked as promotion (and deleted fr |
| 6 | | Admission: Suicide | Produced suicide content that CO marked as an admission (and left on th |
| 7 | | Promotion: Suicide | Produced suicide content that CO marked as promotion (and deleted fro |
| 8 | | Video: Suicide | Produced a suicide video that CO deleted |
| 9 | | Bullying Producer | Produced Bullying content that CO deleted |
| 10 | | Harassment Producer | Produced Harassment content that CO deleted |
| 11 | | | |
| 12 | CHECKPOINT | Admission Checkpoint for ED | Placed in the ED Admission Checkpoing |
| 13 | | Admission Checkpoint for Self-Harm | Placed in the Self-Harm Admission Checkpoing |
| 14 | | Admission Checkpoint for Suicide | Placed in the Suicide Admission Checkpoing |
| 15 | | | |
| 16 | SUPPORT HASHTAGS | Hashtag Follower: 13 Support Hashtags | Follows 1 of the 13 hashtags identified as a support community (this follo happened at any time; this group is NOT filtered by the 30-d rule listed ab |
| 17 | | Hashtag Visited 13 Support Hashtags | Visited 1 of the 13 hashtags identified as a support community |
| 18 | | | |
| 19 | SENSITIVE HASHTAGS | Hashtag Interstitial for ED | Visited one of the Sensitive ED Hashtags that have an Interstitial page |
| 20 | | Hashtag Interstitial for SSI | Visited one of the Sensitive SSI Hashtags that have an Interstitial page |
| 21 | | | |
| 22 | HELP PAGE | Help Page for ED | Visited the Help Page for ED |
| 23 | | Help Page for Suicide | Visited the Help Page for Suicide |
| 24 | | | |
| 25 | REPORTERS OF SSI AND | | |

|  | ED | Reporter (Successful) ED Disabled Profile | Successfully reported a user that led CO to remove the user's profile |
|---|---|---|---|
| 26 | | Reporter (Successful) Admission ED | Successfully reported a user that led CO to mark as an ED admission |
| 27 | | Reporter (Successful) Promotion ED | Successfully reported a user that led CO to mark as an ED promition |
| 28 | | Reporter (Successful) Admission Self-Harm | Successfully reported a user that led CO to mark as a self-harm admission |
| 29 | | Reporter (Successful) Promotion Self-Harm | Successfully reported a user that led CO to mark as a self-harm promotio |
| 30 | | Reporter (Successful) Admission Suicide | Successfully reported a user that led CO to mark as a suicide admission |
| 31 | | Reporter (Successful) Promotion Suicide | Successfully reported a user that led CO to mark as a suicide promotion |
| 32 | | Reporter (Successful) Video Suicide | Successfully reported a user that led CO delete a suicide video |
| 33 | | Reporter SelfHarm | Reported a user for Self-Harm (includes both successful and unsuccessful |
| 34 | | | |
| 35 | REPORTERS OF BULLYING AND HARASSMENT | Reporter (Successful) Bullying | Successfully reported a user that CO actioned for bullying |
| 36 | | Reporter (Successful) Harassment | Successfully reported a user that CO actioned for harassment |
| 37 | | Reporter CyberBullying | Reported a user for CyberBullying (includes both successful and unsucces |
| 38 | | | |
| 39 | REFERENCE | CO Actioned Any HC | Produced content that CO actioned for any HC violation (30 days) |
| 40 | | CO Actioned Any OC | Produced content that CO actioned for any OC violation (30 days) |
| 41 | | DAP (1-day) | DAP on 1 day |
| 42 | | MAP (1-day) | MAP on 1 day |

## Population Overview

- There are 30% as many users responsible for HC as compared to OC in a month (30 days).
- There are 26% as many Reporters of SelfHarm as there are of Cyberbullying in a month (30 days).
- There are 20% as many users implicated in any production of SSI + ED content versus those implicated in Cyberbullying production.
- 279K unique users interact with the interstitial for SSI Hashtag pages in a month (30 days), and 181K interact with the interstitial for ED pages.
- More people have Admissions than Promotions
  - Admissions for Suicide are 2.8 X higher than Promotions for Suicide
  - Admissions for Self-Injury are 5.8 X higher than Promotions for Self-Injury
  - ED admissions and promotions are very similar in size; there are actually more promotion users (703) than admissions (613).

META3047MDL-143-00000008





## SSI by Age

**Main takeaways**

- While teens only make up 18% of DAP, the vast majority of users who admit and promote self-harm and suicide are teens (45%-60%).
- The visitors to the SSI Help Page are similar: only 46% are teens.
- Reporters of self-harm and suicide are also disproportionately represented by teens (52%-56%)
- The visitors and followers of the 13 supportive hashtag pages looked more like DAP and MAP users: 18% of the visitors to these pages and 15% of the hashtag followers were teens. This suggests that this list of hashtags may be skewing toward older people, though it may also indicate that older people are best able to seek out support communities online.

META3047MDL-143-00000010





## Gender

**Main takeaways (All results should consider that there are a large number of people with unknown genders)**

- SH and suicide admission, and suicide promotion is more common among females; however, suicide promotion is more common among males.

- Proportionally more females, compared to males, seek help for SSI (41% versus 16%).

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-143-00000020



## Account Reach

- Account reach is the number of distinct accounts that a user reach in 7 days. We take the max over 90 days to determine their maximum reach over this time period. NOTE: the y-axis is on the log scale, so subtle differences in this chart can mean A LOT.

- Suicide Video Producers and Suicide Promoters have some very high reach accounts: the 95th percentile has a maximum reach of more than 780K and 344K, respectively.
  - this is significantly higher than the 95th percentile for Bullying (17k) and Harassment (14k).

- There are more **high reach accounts** (defined as having a max 7d reach of >= 30K) than DAP among Suicide Admissions (40% higher vs. DAP) and Suicide Videos (20% higher vs. DAP).
  - Promotion accounts (for Suicide and Self-Harm) are in line with DAP in terms of the number of high reach accounts
  - there are very few high-reach ED accounts (promotion, admission, disable profile)

- Reporters have higher reach than DAP, but the median is not substantively different (a 2X difference, but only a difference of ~100 users reached).

-



Having a maximum 7d reach of more than 30K users (over a 90d period) qualifies someone as a *high reach account* (Election Integrity uses this definition b/c it corresponds to the p9995).



This chart scales the number of high reach accounts by the number of people in each group.

- As a fraction of group size, the producers have many more high reach accounts as compared to DAP.
  - 24% of Video Suicide accounts are high reach accounts
  - 13% of Suicide Promotion accounts are high reach



## FB Connected

- Those involved with SSI are about 1/4 to 1/2 as likely to be FB connected vs. IG DAP
- Visitors and Followers of the 13 Support Hashtags are again in line with DAP and MAP
- Among producers, ED producers are the least likely to be FB connected

META3047MDL-143-00000024

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

involves taking down all the associated media with an account. Our actions actually affect more unique users for self-injury and suicide (each, separately) than eating disorder.

- Entities actioned: 13 ED :: 2 self-injury :: 1 suicide
- Unique users: 4 self-injury :: 2 suicide :: 1 ED

Daily average - data from last 30 days

| | violation_type | entity_type_name | entities_actioned_avg | unique_users_avg |
|---|---|---|---|---|
| 1 | EATINGDISORDER | IG_LIVE_VIDEO_BROADCAST | 2.5 | 1 |
| 2 | EATINGDISORDER | INSTAGRAM_COMMENT_V2 | 3.9 | 3.2 |
| 3 | EATINGDISORDER | INSTAGRAM_MEDIA_V2 | 3789.6 | 82.1 |
| 4 | EATINGDISORDER | INSTAGRAM_USER_V2 | 53.3 | 53.3 |
| 5 | SELFINJURY | IG_LIVE_VIDEO_BROADCAST | 2 | 1 |
| 6 | SELFINJURY | INSTAGRAM_COMMENT_V2 | 34.2 | 32.2 |
| 7 | SELFINJURY | INSTAGRAM_MEDIA_V2 | 615 | 344.8 |
| 8 | SELFINJURY | INSTAGRAM_USER_V2 | 2 | 2 |
| 9 | SUICIDE | IG_LIVE_VIDEO_BROADCAST | 1.4 | 1.4 |
| 10 | SUICIDE | INSTAGRAM_COMMENT_V2 | 1 | 1 |
| 11 | SUICIDE | INSTAGRAM_MEDIA_V2 | 275 | 181.3 |

## People

All in the last 30 days (except for DAP AND MAP, which are in the last day)

- Producers are less likely to have private accounts than reporters, DAP, MAP, users checkpointed for SSI or eating disorders, sensitive hashtag page visitors, and help page visitors.
- Everyone involved with SSI and eating disorders (producers, reporters, help page, hashtag, checkpoint) are more likely to be in early high school or late high school than DAP, MAP, and producers of other OC/HC
- Producers of suicide content are more male; producers of ED much less likely to be male
- Reporters of suicide, selfinjury, and ED are more female than DAP, MAP
- Visitors to sensitive hashtags and help pages are more female than DAP, MAP
- the US or DE are good places to start b/c of the ratio of those involved with SSI and ED vs. DAP/MAP

| | A | B | C | D | E | F | G | |
|---|---|---|---|---|---|---|---|---|
| 1 | violation_type | STATUS | cnt | is_private | is_business_profile | is_employee | early_high_school | late ol |
| 2 | eating_disorder | checkpoint | 2023 | 42% | 11% | 0% | 17% | 29 |
| 3 | self_harm | checkpoint | 18118 | 33% | 24% | 0% | 25% | 28 |
| 4 | suicide | checkpoint | 47652 | 39% | 18% | 0% | 27% | 31 |
| 5 | eating_disorder | hashtag_page | 171441 | 46% | 10% | 0% | 14% | 18 |
| 6 | ssi | hashtag_page | 282137 | 51% | 13% | 0% | 25% | 24 |
| 7 | eating_disorders_visitor | help_page | 9592 | 46% | 14% | 0% | 18% | 22 |
| 8 | suicide_prevention_visitor | help_page | 57878 | 47% | 14% | 0% | 24% | 25 |
| 9 | EATINGDISORDER | producer | 2461 | 25% | 8% | 0% | 15% | 20 |
| 10 | SELFINJURY | producer | 10202 | 33% | 26% | 0% | 26% | 28 |
| 11 | SUICIDE | producer | 5127 | 28% | 28% | 0% | 17% | 23 |
| 12 | EATINGDISORDER | reporter | 2695 | 51% | 13% | 0% | 19% | 25 |
| 13 | SELFINJURY | reporter | 47394 | 48% | 19% | 0% | 28% | 27 |
| 14 | SUICIDE | reporter | 31082 | 53% | 16% | 0% | 28% | 27 |
| 15 | REFERENCE | any_actioned | 6482349 | 21% | 5% | 0% | 4% | 7% |
| 16 | REFERENCE | dap | 640313 | 50% | 6% | 0% | 7% | 11 |
| 17 | REFERENCE | map | 1030421 | 41% | 5% | 0% | 7% | 11 |

## 1. Producers

META3047MDL-143-00000030

## 2. Viewers

## 3. Reporters

2 kinds of reporters: all reports vs. actioned reports
@

## Interstitial:

The interstitial appears as a pop-up over top of hashtags that have been marked as violating from 2 separate sources:

> hard-coded list of hashtags from CO: https://admin.instagram.com/admin/tags/safety/, and into the "overwritten list" option, choose the "sensitive" tier and it would be all tags under ssi and eating disorders
> daily-changing list of hashtags: https://fburl.com/jldvzjt8 NEED TO GET THIS

Note: the interstitial does not prevent users from visiting the hashtag page; it simply prompts them to be redirected to a separate help page for suicide, self-injury, or eating disorders (NEED TO GET INTERSTITIAL FOR EACH OF THESE 3 HELP PAGES)

- e.g., search for #suicide

Link: and then click "Overwritten List" and select "sensitive" from the tier dropdown



## 4. Impressions on Hashtag Page

Number of unique people who hit interstitials for each category on 1 day (https://fburl.com/daiquery/0ovxr2v7)

|   | A | B |
|---|---|---|
| 1 | **Row Labels** | **average distinct users/d** |
| 2 | eating_disorder | 8413.92857 |
| 3 | ssi | 13498 |

daiquery_258190988295729

Number of hashtags that re-route to the interstitial (https://fburl.com/daiquery/qld624io):

|   | category | hashtags |
|---|---|---|
| 1 | regulated_firearms | 14 |
| 2 | eating_disorder | 162 |
| 4 | ssi | 2 |

|   | A | B |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

META3047MDL-143-00000031

| 4 | | | |
|---|---|---|---|

## 5. Interstitial Interaction

NOT LOGGED: the actual interstitial is not logged (pending ▮▮▮ creating logger config) BLOCK; Meeting with ▮▮▮ on Th 7/11

## 6. Visits to the Help Center

The interstitial is actually logged in two places:

- "Can we help?": ▮▮▮ needs to set up a logger config - T31145197
- help.instagram.com ▮▮▮▮▮▮▮ -
    - compassion_resource_events
    - need to make sure that ig_source is set, then since that param probably isn't whitelisted, need to join datr_cookies from first query to all other events from the rest of the table

https://help.instagram.com/resources/63617265/viewer



Visits to Help Page / d
— suicide prevention Help Pg
— 1st visit
— eating disorder Help Pg
— 1st visit

In the last month (2018-06-11 through 2018-07-10):

| | resource_type | num_visitors | first_visit | percent 1st visit |
|---|---|---|---|---|
| 1 | eating_disorders_visitor | 411 | 308 | 75 |
| 2 | suicide_prevention_visitor | 2491 | 1831 | 73 |

1st visit = we didn't see a visit to the Help Page for this person and for this particular Help Pg (within eating disorder or suicide) in the last 90 days.

### Repeat Visits

How many users had a repeat visit to the Help Page in 30 days? (2018-08-06 through DS-30)

[query]

| | num_visits | number | num_visit*number |
|---|---|---|---|
| 1 | 1 | 2464 | 2464 |
| 2 | 2 | 192 | 384 |
| 3 | 3 | 17 | 51 |
| 4 | 4 | 9 | 36 |
| 5 | 5 | 2 | 10 |
| 6 | 6 | 2 | 12 |
| 7 | 8 | 3 | 24 |

HIGHLY CONFIDENTIAL (COMPETITOR)

| 8  | 10    | 3    | 30   |
|----|-------|------|------|
| 9  | 15    | 1    | 15   |
| 10 | Total | 2693 | 3026 |

## Help Page Funnel

query for sensitive hashtag visits: just count the number of impressions on the 219 sensitive screen hashtag pages. That query is listed above.

query for Help Page Visits: https://fburl.com/daiquery/pfi5ycl4



## Checkpoints:

suicide checkpoint (does not come from user reports)

deleted content checkpoint (relies on user reports)

DATA SOURCE: instagram_checkpoint

## Admission Checkpoint

This is distinct users.

|   | checkpoint_type | median_enr olled_peopl e | mean_enroll ed_people | median_clea red_people | mean_clear ed_people |
|---|-----------------|--------------------------|-----------------------|------------------------|----------------------|
| 1 | eating_disorder | 81                       | 83.96429              | 80                     | 78.82143             |
| 2 | suicide         | 2157                     | 2184.32143            | 2107                   | 2122.14286           |
| 3 | self_harm       | 665                      | 681.57143             | 649                    | 655.32143            |

https://fburl.com/daiquery/3t3volmu

For checkpoints, there are more enrollments for suicide than for self-harm and eating disorders.



----- self_harm enrolled_people        ----- eating_disorder enrolled_people        ----- suicide enrolled_people

https://our.intern.facebook.com/intern/datainsights/1877389722562853/
https://fburl.com/daiquery/w5x6vgbv

**Stages of Checkpoint**

https://fburl.com/daiquery/n4krsdio

This is NOT distinct users.

| | ACTION | step_name | checkpoint_type | avg_cnt |
|---|---|---|---|---|
| 1 | enroll | | eating_disorder | 93.78571 |
| 2 | clear | eating_disorder_get_tips | eating_disorder | 2.27273 |
| 3 | proceed | eating_disorder_get_tips | eating_disorder | 2.36364 |
| 4 | reset | eating_disorder_get_tips | eating_disorder | 1.35714 |
| 5 | clear | eating_disorder_offer_help | eating_disorder | 76.78571 |
| 6 | proceed | eating_disorder_offer_help | eating_disorder | 103.03571 |
| 7 | select | eating_disorder_offer_help | eating_disorder | 98 |
| 8 | start | eating_disorder_offer_help | eating_disorder | 98 |
| 9 | clear | eating_disorder_select_help_method | eating_disorder | 7.60714 |
| 10 | proceed | eating_disorder_select_help_method | eating_disorder | 13.25 |
| 11 | reset | eating_disorder_select_help_method | eating_disorder | 1.82609 |
| 12 | clear | eating_disorder_talk_with_friend | eating_disorder | 1.47059 |
| 13 | proceed | eating_disorder_talk_with_friend | eating_disorder | 1.47059 |
| 14 | reset | eating_disorder_talk_with_friend | eating_disorder | 1.18182 |
| 15 | clear | eating_disorder_talk_with_volunteer | eating_disorder | 1.7 |
| 16 | proceed | eating_disorder_talk_with_volunteer | eating_disorder | 1.9 |
| 17 | reset | eating_disorder_talk_with_volunteer | eating_disorder | 1.27273 |
| 18 | enroll | | self_harm | 735.39286 |
| 19 | clear | self_harm_get_tips | self_harm | 9.39286 |
| 20 | proceed | self_harm_get_tips | self_harm | 9.42857 |
| 21 | reset | self_harm_get_tips | self_harm | 6.78571 |
| 22 | clear | self_harm_offer_help | self_harm | 560.28571 |
| 23 | proceed | self_harm_offer_help | self_harm | 1026.96429 |
| 24 | reset | self_harm_offer_help | self_harm | 1.5 |
| 25 | select | self_harm_offer_help | self_harm | 835.53571 |
| 26 | start | self_harm_offer_help | self_harm | 835.53571 |
| 27 | clear | self_harm_select_help_method | self_harm | 111.92857 |
| 28 | proceed | self_harm_select_help_method | self_harm | 197.03571 |

META3047MDL-143-00000034

| 29 | reset | self_harm_select_help_method | self_harm | 23.5 |
|----|-------|------------------------------|-----------|------|
| 30 | clear | self_harm_talk_with_friend | self_harm | 13.46429 |
| 31 | proceed | self_harm_talk_with_friend | self_harm | 13.57143 |
| 32 | reset | self_harm_talk_with_friend | self_harm | 4.96429 |
| 33 | clear | self_harm_talk_with_volunteer | self_harm | 13.25 |
| 34 | proceed | self_harm_talk_with_volunteer | self_harm | 13.39286 |
| 35 | reset | self_harm_talk_with_volunteer | self_harm | 7.85714 |
| 36 | enroll | | suicide | 2689.46429 |
| 37 | clear | suicide_get_tips | suicide | 44.89286 |
| 38 | proceed | suicide_get_tips | suicide | 45.75 |
| 39 | reset | suicide_get_tips | suicide | 35.39286 |
| 40 | clear | suicide_offer_help | suicide | 2160.82143 |
| 41 | proceed | suicide_offer_help | suicide | 3512.42857 |
| 42 | reset | suicide_offer_help | suicide | 3.41667 |
| 43 | select | suicide_offer_help | suicide | 3281.03571 |
| 44 | start | suicide_offer_help | suicide | 3281.03571 |
| 45 | clear | suicide_select_help_method | suicide | 307.78571 |
| 46 | proceed | suicide_select_help_method | suicide | 633.60714 |
| 47 | reset | suicide_select_help_method | suicide | 58.35714 |
| 48 | clear | suicide_talk_with_friend | suicide | 58.71429 |
| 49 | proceed | suicide_talk_with_friend | suicide | 59.39286 |
| 50 | reset | suicide_talk_with_friend | suicide | 29.35714 |
| 51 | clear | suicide_talk_with_volunteer | suicide | 46.5 |
| 52 | proceed | suicide_talk_with_volunteer | suicide | 48 |
| 53 | reset | suicide_talk_with_volunteer | suicide | 35.64286 |

## Promotion Checkpoint

This is the deleted content checkpoint and should be no different than the number of actioned media (distinct by user_id) from above.
SKIP FOR NOW B/C SHOULD NOT PROVIDE NEW INFORMATION.

## Finstas and Rinstas

Finstas are fake Instagram accounts and Rinstas are real Instagram accounts.

# To Do

distribution of SSI admission (histogram of number of SSI admissions vs. users)

for users marked as SSI admission, what % of their content is SSI admission?

    look for 30% threshold of admissions to make policy argument

    is the account dedicated to SSI? or regular person going through some stuff?

for high volume SSI admits, do they visit the Help Page? vs. other users?

for high volume SSI admits, what is their pattern over time?

    time until second repeat (among those with 2+ SSI admissions, what is the time until second SSI admission post?)

    are they more likely to be actioned for other bad content? (e.g., bullying)

finstas vs. rinstas

    shared device ID

    is the finsta promoting or does it need help?

XX% of people marked as having a Self Injury admission also have a Self Injury Promotion.

XX% with a Self-Injury admission also have a Suicide Admission

PRODUCT: Should low volume producers to be supported? (targets for help and a new product)

    finsta vs. rinsta

low volume producers also viewing this content?

distributional argument

what does the population of low volume producers look like?

are they mixed topics account?

do they get engagement on their admission content?

what's their DM behavior?

profile and activity and time spent information

engaging with posts

is bullying the real problem?

growth over time

are there helpers?

"DM me for support" in the bio

consumers

are there high volume consumers vs. low volume?

are they commenting and helping?

are they reporting? are they posting anew?

are they also abusers (admission, promotion)?

consume posts of followers (friend) vs. active searching for content
am I helping? reporting?

connected vs. not

actions once they see the content

reporting

viewing more

posting

are there candidates for helping in this pool of users?

Post about a trigger warning (Jess)

Building a community

Tools / Ops

time spent reviewing content

number who are repeat offenders

volume , action rate, time to resolution

all compared to other areas

can we use the FF dashboard for this?

## Definition of Finsta vs. Rinsta

device ID (use as the first crack for directional)

shared FB login

shared cookie pool

## defintion of high volume

power users: people responsible for most deletions (number of deletions/reviews)

number of reviews vs. number of actions

wasting review time

impressions on their content

reach of these accounts

high searchers—are they also high volume producers?

do they DM with posters?

# Leftovers

If the goal is to help people, xxx affects the most.

If the goal is to remove bad content and minimize harmful impressions, then xxx affects the most

# Ideas

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)