# AMENDED Exhibit 173


# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT


Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Document Provided in Native Format

# Child Safety on Messenger



Messenger Academy





R



# Safety & Wellbeing Overview

Messenger Academy

S

# Physical and mental safety & wellbeing behaviors



S

Fills a spectrum of behaviors



## Social Media + Messaging + Video Calling + Payments:

**Can become tools for bad actors**

Messenger Academy

Ravi  - LEGAL OBLIGATIONS, ASK EINAT

Intersection of these 3 = complex risk

