**AMENDED Exhibit 182**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

# Suicide & Self-Injury on Instagram

Proactive Risk Investigation



April 26, 2019

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068864

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068867

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-003-00068869

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068870

# IG User Reporting Flow



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068871

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068873

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068874

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068880

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068883

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068886

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068888

# Exposure to Self Injury (SSI) by Surface & Product

- Most views occur on Home Feed and Explore grid, followed by Profile and Hashtags.

| Select a Surface | | | |
|---|---|---|---|
| surface | Violation | DAP Exposed (28d avg) | Impressions (28d avg) |
| home | Suicide & Self-Injury | 339,300.00 | 348,278.00 |
| explore | Suicide & Self-Injury | 315,629.00 | 357,723.00 |
| profile | Suicide & Self-Injury | 22,390.00 | 20,713.00 |
| hashtags | Suicide & Self-Injury | 7,146.00 | 8,712.00 |
| unknown | Suicide & Self-Injury | 6,501.00 | 6,711.00 |
| other | Suicide & Self-Injury | 5,269.00 | 5,793.00 |
| saved | Suicide & Self-Injury | 1,164.00 | 1,174.00 |
| igtv | Suicide & Self-Injury | 666.00 | 667.00 |
| activity | Suicide & Self-Injury | 475.00 | 478.00 |
| direct | Suicide & Self-Injury | 336.00 | 353.00 |



27

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068889

# Problem Summary

## Problem

Leading users to distressing content

## Resulting Risk

Encountering similar incidents like Molly Russell

## Work in Progress

➢ Automated Hashtag Tiering to expand to SSI
➢ Seeking external opinion of sad content

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068890

# Risk Areas



Are we preventing harmful suicide and self Injury related content from reaching the users?

SSI Personas Test



Are we removing harmful suicide and self Injury related content that can lead others to engage in similar behavior?

Detection Test



Are we providing resources to those admitting to engage in suicide/self-injury?

Graphic Admission

29

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068891

# Detection Test

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068892

30

# Detection Test



- We sourced suicide and self-injury admission content from an external partner

- We observed reporting systems - user reports and the interaction of our suicide and self-injury admission classifier on the content

- Hypothesis: We would not provide resources to any users or delete violating content as we expected neither user nor proactive reports on them

31

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068893

# Suicide & Self–Injury Admission Classifier



Content Upload (EN_US only) → Classifier score = .945 and higher → Enqueued for rep review → Actioned or Ignored by Rep

32

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068894

# Problem #1 – Detection Test



| Problem | Proximate | Intermediate | Root Cause |
|---------|-----------|--------------|------------|

Pending scores on suicide classifier

We did not provide resources to users who posted suicide or self-injury admission content or resources were provided late

Content was neither user reported nor proactively enqueued

We had to rely on user reports as content was not proactively enqueued

Content was neither user reported nor proactively enqueued

Violating content scored significantly lower than the established threshold **Enforcement 4.b.ii (Unintended issue)**

Currently, we are keeping thresholds high to keep volumes low due to the resource constraints on the number of reviewers we have to review proactively reported content **Enforcement 4.b.i (tradeoff)**

35

HIGHLY CONFIDENTIAL (COMPETITOR)

# Problem #3 & #4 – Detection Test



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068896

# Problem Summary

## Problem

Not providing resources to users at all or on time

## Resulting Risk

Increased risk of imminent harm

## Work in Progress

➢ Classifier work expanding to cover markets in Q2
➢ Resource expansion for NA being discussed

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068897

# Risk Areas



Are we preventing harmful suicide and self Injury related content from reaching the users?

SSI Personas Test



Are we removing harmful suicide and self Injury related content that can lead others to engage in similar behavior?

Detection Test



Are we providing resources to those admitting to engage in suicide/self-injury?

Graphic Admission

38

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068898

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068900

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068903

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00068904

HIGHLY CONFIDENTIAL (COMPETITOR)