# AMENDED Exhibit 219

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Document Provided in Native Format**

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-020-00542046

# The Feed Transparency Effect: A Comparison of Objective Ranking and Ranking Perceptions

An investigation comparing perceptions of fairness and equity of chronological feed to ranked feed.

## The Team (Alphabetically)



## Methods: A brief description

Below provides a brief description of the methodologies used as part of this effort's investigation into perceptions of feed ranking. **A high-level understanding of these methods will help to frame the tl;dr that are detailed the following slides.**





## Key Observations

The data from this study found that feed ranking provides an overall experience.

However, when people were explicitly told they were being moved into chronological feed it significant positive impacts on their perceptions of feed.

**1** Chronological feed alone does not result in a better experience than ranking.

**2** However, telling people they were being moved into chronological feed did have a positive impact on perceptions of fairness and equity.

**3** Ranking results in more meaningful engagement and connects people with more friends and family content while increasing the number of sessions and time spent when compared to chronological feed.

6