# AMENDED Exhibit 221

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT



**Agency Relationship Manager | ANZ**

META3047MDL-205-00009630

# 2017 PILLARS

1. Metrics That Matter

2. Insights

3. Creative

4. People & Culture

5. Client Engagement

6. Leadership Offsite

7. Client Resource

2

META3047MDL-205-00009631

CONFIDENTIAL

META3047MDL-205-00009632

CONFIDENTIAL

META3047MDL-205-00009633

CONFIDENTIAL

META3047MDL-205-00009634

CONFIDENTIAL

CONFIDENTIAL

META3047MDL-205-00009636



# 2. Insights

CONFIDENTIAL

# Facebook Australia Insights





Each Half Year, Marketing Science can present a summary of relevant studies and key findings to agencies, detailing studies relevant to their clients. We can also discuss up-coming vertical studies, and opportunities test hypotheses based on agency feedback.

- Each quarter Marketing Science works with our vertical teams and Facebook Creative Shop to provide insights into conversations and behaviour among Australians on Facebook and Instagram.

- We answer questions on a vertical or category level, including:

  - Trending Facebook 'moments' within audience groups and concerning specific topic areas (see example);

  - Audience insights into specific clusters of users on the platform (e.g. descriptive insights into audience clusters based on Facebook signals);

  - Behavioural trends within and between audience groups (for example, behavioural differences between grocery-buying mums vs. independent SINKs & DINKs);

  - How audiences are representing emotion and communicating visually (for example, using image recognition tools, we can see how people visually represent food on our platforms)

| Purchase Signals | Grocery Buyers vs. Grocery Disrupters | Home Office Insights | Financial Services Conversations |

This content is based on internal Facebook data, is shareable under NDA only, and is not publicly available.

9

CONFIDENTIAL

META3047MDL-205-00009638

CONFIDENTIAL: INTERNAL ONLY

# Example: Moments when young people need a confidence boost
## JUNE 2016

Posts about confidence are associated with four categories of emotions, in relation to their valence, and proximity to the 'moment' they refer to



Young Australians & New Zealanders on Facebook
AUDIENCE OVERVIEW



Anticipatory emotions are more likely to be expressed early in the week, while reflective emotions increase on the weekend



Moments associated with conquering fears



META3047MDL-205-00009639

CONFIDENTIAL

CONFIDENTIAL

META3047MDL-205-00009641

CONFIDENTIAL

META3047MDL-205-00009642

CONFIDENTIAL

META3047MDL-205-00009643

CONFIDENTIAL

META3047MDL-205-00009644

CONFIDENTIAL

META3047MDL-205-00009645

CONFIDENTIAL

META3047MDL-205-00009646

CONFIDENTIAL

META3047MDL-205-00009647

CONFIDENTIAL

CONFIDENTIAL

META3047MDL-205-00009649

CONFIDENTIAL

META3047MDL-205-00009650

CONFIDENTIAL

META3047MDL-205-00009651

CONFIDENTIAL

META3047MDL-205-00009652