# AMENDED Exhibit 227

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**RESEARCH STRATEGY**
A. BACKGROUND AND SIGNIFICANCE

Adolescence and early adulthood are characterized by unique sensitivities to rewarding stimuli, which manifest at the behavioral and neural level. Sensation seeking is elevated during the teen years and into the mid-twenties (e.g., Steinberg et al., 2008), and neural responses to rewards, including money and the presence of peers, are typically heightened in adolescence compared to adulthood (e.g. Galvan, 2010; Chein et al., 2011). While these sensitivities are not in themselves problematic, they are thought to contribute to the prevalence of risky behaviors during this developmental epoch, including the initiation of drug and alcohol use (Steinberg, 2004). Indeed, over half of new users of illicit drugs are under the age of 18, and drug use is highest among individuals in their late teens and twenties (Substance Abuse and Mental Health Services Administration, 2014). Furthermore, early initiation of drug use may have long-term effects on the functioning of neural circuitry implicated in reward (Squeglia, Jacobus, & Tapert, 2009). The present study proposes to investigate a phenomenon of modern society that also recruits the brain's reward circuitry and is likely to moderate risk for substance initiation: digital technology and social media.

**Drug use and the brain's mesolimbic reward pathway.** While experiences of reward and reinforcement engage regions across the brain, several dopaminergic pathways are especially implicated in reinforcement, motivation, and addiction. These include the mesolimbic pathway connecting the ventral tegmental area (VTA) of the midbrain to the nucleus accumbens (NAcc) of the ventral striatum. The NAcc appears to play a crucial role in the acute reinforcing effects of a variety of drugs, as well as subsequent cravings (for a review, see Koob & Volkow 2010), and some drugs, such as cocaine, have been shown to affect dopamine receptor availability (Volkow et al., 1993). Recent findings suggest that brain activation during reward processing and the size of the NAcc are both predictive of risk for drug abuse in adolescence (Squeglia & Cservenka, 2017). Given the substantial development of this system during and subsequent to pubertal onset, it is also likely that drug use in adolescence has unique implications for long-term development. Indeed, early initiation of substance use is associated with higher risk for several adverse outcomes, including drug dependence (King & Chassin, 2007), psychiatric disorders (Brook et al., 2002), and suicide (Cho, Hallfors, & Irritani, 2007). While functioning of the brain's reward system in adolescence may be adaptive under many circumstances, e.g., in the context of social learning, it may also confer vulnerability for long-term impacts of drug use.

**Neural correlates of social media use.** Sensitivity to reward may also in part explain why adolescents and young adults are such avid users of digital media. Time and again, young people are the first to flock to new media, including chat rooms, weblogs, social networking sites, and social media apps (e.g., Lenhart et al., 2007; Madden et al., 2013). Many features of social media, including sharing information about the self and receiving positive feedback from peers, are hypothesized to recruit the ventral striatum and other regions along the mesolimbic reward pathway (Meshi, Tamir, & Heekeren, 2015). Moreover, specific features of smartphone use tap into reward learning; for example, smartphone notifications adhere to a variable-interval reinforcement schedule, which may encourage compulsive phone-checking (Wilmer & Chein, 2016). App developers also rely on explicit "gamification" techniques to enhance user engagement through presentation of intermittent rewards (Deterding, et al., 2011). Until recently, however, no empirical investigation of the specific neural correlates of social media or smartphone use had been conducted at any age. My own recent research (see *Preliminary Studies*, below) examined the neural correlates of using social media in adolescence and early adulthood: we found that viewing images on social media that had supposedly received many likes from peers, especially one's own photos, recruited the ventral striatum and ventral tegmental area (Sherman et al., 2016; 2017a).

**Smartphone and social media use: addiction risk or normative functioning of reward circuitry?** The appetitive, rewarding features of social media have led many to wonder if people, particularly young people, can become addicted to their devices. Indeed, the word "addiction" is used frequently in the popular press to characterize excessive or compulsive phone use (e.g., Wallace, 2016). Given that social media recruit the same circuitry implicated in addiction, it is possible that smartphones could confer addiction risk. On the other hand, the mere connection between social media and the brain's reward pathway is insufficient evidence to suggest that smartphones are addictive or dangerous; after all, these brain regions are implicated in a host of normative, adaptive functions, including social learning and cooperation (Bhanji & Delgado, 2014). Undoubtedly, more research is needed before concluding that smartphones represent a danger to adolescents. A recent open letter signed by over 50 developmental psychologists and developmental cognitive neuroscientists (Etchells et al., 2017) drives this point home: researchers called for more high-quality research on the effects of digital technology and cautioned against "moral panic" regarding the effects of screens.

The potential connection between smartphones and addiction is complicated by a recent finding from the national Monitoring the Future survey (Johnston et al., 2017): in a time when smartphones are more

HIGHLY CONFIDENTIAL (COMPETITOR)

popular than ever, nearly every measure of drug use in adolescence is at an historic low. Some researchers have hypothesized that these trends may be causally related (NIDA, 2016), and that smartphones and social media may serve as an "alternative reinforcer" to drugs (Volkow, as quoted in Richtel, 2017). This provocative hypothesis would be supported by the notion that similar neural mechanisms underlie smartphone use and drug use. On the other hand, if smartphones and drug use fulfill similar drives in adolescence, it might also be the case that individuals at heightened risk for drug abuse and addiction may also be at risk for excessive smartphone use. Furthermore, it is unknown if smartphones *affect* reward circuit functioning - might heavy use lead to changes in reward circuit functioning even before exposure to drugs and alcohol? The present proposal lays the foundation for understanding the connection between smartphone use and substance use. We will investigate how these behaviors are related in adolescence and early adulthood, two periods characterized by heightened risk for the onset of dangerous substance use as well as a particular affinity for smartphones and social media. We will test whether these behaviors have common neural underpinnings and if individuals at heightened risk for problematic smartphone use and substance use show pre-existing neural differences.

**A nuanced approach to quantifying technology use.** In order to understand the role of smartphones and social media in substance use risk, it is essential to take a nuanced approach to measuring and quantifying technology use. Screen use does not have a linear relationship with well-being (Przybylski & Weinstein, 2017), the effects of digital communication depend on the nature of the medium (Sherman et al., 2013), and social network structure - often measured by social media connections - is related in myriad ways to individual differences in personality and behavior (Burt, Killduff, & Tasselli, 2013). We therefore hypothesize that certain *types* of smartphone use, such as compulsive phone-checking and proportionally more smartphone time devoted to social media use and gaming (what we call "reward-driven smartphone use"), will correlate - either positively or negatively- with substance use. Study 1 (K99) will explore this relationship in young adults. Study 2 will consider the connection in adolescents, and will analyze the composition of participants' online social networks to characterize the ways that peer influence may connect social media use and substance use.

**Characterizing individual differences through neuroimaging.** Methods used to index individual differences in brain activity and their relation to behavior have been the subject of considerable scrutiny during the past decade (e.g. Dubois & Adolphs, 2016; Yarkoni, 2009; Vul, et al., 2009). This concern is relevant to the topic of adolescent risk-taking. Members of this study team recently conducted a review highlighting the limitations of univariate approaches, such as correlations with individual brain regions, in identifying adolescents at heightened risk for substance use (Sherman, Steinberg, & Chein, 2017). In this review, we pointed out the apparent advantages of applying multivariate, machine-learning approaches to predict substance use outcomes in adolescence. These methods have also been used with considerable success by the co-mentor (Fair) to characterize psychiatric disorders and developmental trajectories (e.g., Dosenbach et al., 2010; Rudolph et al., 2017). Machine-learning approaches to neuroimaging, combined with a nuanced definition of smartphone use, will allow us to test several hypotheses about individual differences in our sample.

**Competing hypotheses on the relationship between smartphone use and substance use.** A hypothesis of the proposed work is that the underlying neural phenotype that places an individual at heightened risk for substance use and abuse may also make one more responsive to certain appetitive features of smartphones. The ubiquity of frequent, quantifiable social rewards (e.g. "likes") on social media, the variable reinforcement schedule of push notifications, and the "gamification" of apps may all contribute to compulsive relationships with one's smartphone device, particularly for certain individuals. If indeed the underlying neural mechanisms of compulsive smartphone use and desire to use drugs are similar, two potential outcomes could occur. We have dubbed these two possibilities the <u>replacement hypothesis</u> and the <u>reward phenotype hypothesis.</u>

- Replacement hypothesis: If playing games and using apps on smartphones fulfills the same sensation-seeking drive as drug use, it may be the case that adolescents are *replacing* drug use with smartphone use. This hypothesis, recently articulated by Dr. Nora Volkow and others (NIDA, 2016; Richtel, 2017) could explain historic lows in drug use among adolescents. By this notion, smartphones could potentially be harnessed as a prevention measure in the fight against adolescent drug use.
- Reward phenotype hypothesis: It is also possible that use of smartphones enhances appetitive drive, leading to greater reward-seeking behavior which could be satisfied through devices or through other means, including drug use. By this hypothesis, smartphone use and substance use would be positively correlated - and furthermore, experiences with smartphones early in adolescence may predispose individuals to engage in riskier behavior once the opportunity to use drugs or alcohol arises.

Clearly, the implications for prevention and intervention are quite different depending on the connection between smartphone use and substance use. Several other relationships are possible as well. For example, smartphone use and substance use may both be reinforcing stimuli, but with different underlying neural

META3047MDL-020-00208022

circuitry - in this case, we would expect behaviors to correlate more weakly, or not at all. Another possibility concerns the role of peer influence: smartphone use may be linked to substance use only insofar as youth see their friends posting about drugs and alcohol on social media. In this case, smartphone use would relate positively to substance use *only* for youth whose friends broadcast these behaviors on social media. The multitude of hypotheses concerning the connection between substance use and technology use highlights the limitations of the available empirical research and, therefore, our limited ability as researchers to make recommendations for prevention or intervention. The present project is thus the first step in understanding the connection between substance use and technology use, with the goal of informing targeted prevention and/or intervention strategies.

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00208024

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00208025

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-020-00208026