**AMENDED Exhibit 229**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Document Provided in Native Format**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-01030576



# How Engagement Signals Often Fail to Identify Valuable Sensitive Content

| FB App Integrity

October 2021

1

# Ranking
# &
# Human Psychology

4

## Too Brief, Simple Description of Ranking

- Feed (and comment threads) are ranked, generally, to show users what we think they will find most valuable
- Based on research, we try to predict what content users will find valuable
- Much of this is based on user engagement with content, where different types of engagement confer different amounts of value
- If content gets lots of engagement, our models generally assume that is because users like, want, and value it

[1] "The algorithm" and how it works
[2] Table from Lada, Mocanu, & Bower, 2020

| Component | Weight for 2020H1 |
|---|---|
| Likes | 1 |
| Reaction | 1.5 |
| Reshares | 1.5 |
| RSVP maybe | 4 |
| Sticker Comment | 12 |
| Non-significant Comment / Message / Avatar Sticker | 15 |
| Significant Comment / Message | 20 |
| RSVP going | 20 |



5

## Generally, engagement signals value, but on sensitive topics it may mislead

- In some domains, like civic, politics, and even in some health domains (e.g., vaccines, COVID-19) people tend to form social networks comprised of people who disproportionately share their beliefs and do not fact-check their personal beliefs



- In these echo chambers, people polarize, and are more likely to embrace conspiracy theories, hate speech, and false news (Del Vicario et al., 2016; Ramchandani et al., 2020)
    - This stems, in part, because highly similar people love and support ideas that they believe, which may be hateful of a minority group or political party, or may be skeptical of vaccine science
- Consistent with this, we see that user agreement with the beliefs stated in comments predicts their perception of that comment being "high quality"

https://arxiv.org/abs/2007.08078

http://www.cs.toronto.edu/~ashton/pubs/alg-effects-spotify-www2020.pdf