# AMENDED Exhibit 231

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

**Document Provided in Native Format**

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-035-00002761



# Youth Offsite - Insights Session

October 5, 2021

A/C Privileged

**Agenda**

Our Audiences

Age Continuum

Landscape Overview

Teen Decline on IG

Teen Safety and Wellbeing

Discussion


THAT'S VERY INSIGHTFUL.









Age-appropriate parent/guardian monitoring is important.

It correlates with better parent-child relationships, protection against tween/teen harassment, higher academic achievement, and lower delinquency and risk taking for the child.*

June 2021

Parents/guardians want to monitor child app usage well into the teen years.



Parents/guardians also expect their child to be open to a supervised IG account well into the teen years.



Oldest Age Parents Expect Child Would Use IGY
(█████, October 2021)

## Designing for Parental/Guardian Digital Support

A combination of all three elements are important when designing for support.



Support to help parents/guardians interpret and take action on information about child's app usage such as insights and in-context education.

Broader education and communication features to help parents/guardians advise, learn with, and care for teens as well as foster mutual trust.

In-app or on-device features that parents/guardians can control.

Settings, Notifications, and Consent

Broader Support

App Monitoring and Supervision

# Tween to Teen: Ages and Stages

      

|  | Tween (9-12) | Early Teen (13-15) | Late Teen (16-17) |
|---|---|---|---|
| **Biological** | Mostly prepubescent (puberty M = girls 11, boys 12) | Pubescence, rapid biological changes | Slowing physical growth (esp. girls) |
| **Socioemotional** | Straddle both child and teen worlds (e.g., teen aspirational but some child interests) Same-sex friendships | Exploration of identity Emerging interest in romantic/sexual relationships Heavy influence of peers | Stabilizing of identity Increased individualization More intimate, egalitarian relationships |
| **Cognitive** | Black-white, concrete thinking | Emerging abstract/hypothetical thought | Future thinking/planning |
| **Parent/Child Relationship** | More accepting of parental oversight and rules | Increased desire for independence (with more family conflict) | Parent more as advisor (reduced family conflict) More independence |

## Parent/guardian monitoring and support changes as child matures.*

| | Feature | 10-12 Yr Olds (Tween - US) | 13-15 Yr Olds (Early Teen - US) | 16-17 Yr Olds (Late Teen - US) |
|---|---|---|---|---|
| **Discussing** | Regular discussion about what child does online | 69% | 66% | 61% |
| **Using Tools and Settings** | Use tools or features on device and/or app | 64% | 56% | 32% |
| **Connecting** | Follow child on apps they use | 38% | 40% | 31% |
| | Be child's friend or connection on apps | 34% | 37% | 35% |
| **Setting Rules** | Set boundaries around device access | 48% | 42% | 30% |
| **Monitoring - Less Invasive** | Listen to/watch what child is up to online | 54% | 48% | 34% |
| | Check child's device in front of them | 51% | 41% | 35% |
| **Monitoring - More Invasive** | Check device history | 54% | 43% | 33% |
| | Check device without child's knowledge | 34% | 28% | 18% |
| | Use child's username/password to access child's account | 26% | 23% | 16% |
| | Have copies of child's apps on phone | 19% | 17% | 11% |

*Adapted from ▮▮▮▮, June 2021.  Green > 50%, yellow 33%-50%, red <33% of parents.

## Desired parental settings also change over time.*

| Parent/Guardian as Gatekeeper | Parent/Guardian as Coach | Parent /Guardian as Trusted Advisor |
|---|---|---|
| **Tween Years (9-12) - U.S.** | **Early Teen Years (13-15) - U.S.** | **Late Teen Years (16-17) - U.S.** |
| • Gatekeeper for many things, including followers, kinds of content, and device access | • Gatekeeper role reduced to purchasing and high stake actions | • Gatekeeper role may be further reduced |
| • Immediate notifications for people followed, with possible mediation | • Immediate notifications for contacts, people interact with, and shared content, with possible mediation | • Minimize or end passive monitoring; mediation is teen lead or by invitation only |
| • Guardian access to at least recent direct messaging content | • High level summary of direct messaging without access to full content | • Notifications largely aimed at teens |

*Adapted from ▮▮▮▮, June 2021

## Parental monitoring during late tween/early teen years becomes about coaching them to become independent adults, NOT CONTROL.



*"Messenger Kids is an app through Facebook Messenger, and you have FULL CONTROL OVER EVERYTHING that they see and do and who they're talking to because you set it up to where they can't request a friend without a parent's permission."*

*- Mom of 6 yr old -*



*"I feel like once they hit their high school, they've hit that maturity level and they've kind of figured out who they are as a person and understand things a lot better... those middle school years, I feel like those years they're still trying to figure out who they are as a person and they don't quite understand how the whole world works. So I would keep (IGY) until she starts high school in ninth grade... IT'S BONDING, FORMING RELATIONS, AND TALKING AND TEACHING OUR KIDS HOW TO COMMUNICATE AND TALK WITH US INSTEAD OF CLICKING A BUTTON.*

*I don't just want to throw them into some kind of adult usage, and I like to be able to monitor NOT BECAUSE I'M NOSEY AND STALKING MY CHILD BUT JUST BECAUSE I LOVE TO TEACH MY KIDS AND I DON'T KNOW WHAT EXACTLY TO TEACH THEM IF I DON'T SEE WHAT THEY'RE DOING.*

*- Mom of tween and teens -*

Quotes from ▮▮▮▮▮r (April 2021) and ▮▮▮▮▮ (October 2021)

Teens' path to adulthood, autonomy, and parental trust is not linear.
Setbacks and parental/self-adjustments are common.



*"I once lied to my dad. I told him I wasn't talking to guy, but then he checked my phone... It was a mistake."* - Girl, 15, India

*"I felt grown-up when I put my phone in a drawer for a month to focus better at boarding school… knowing I could put it away also felt good"* - Girl, 17, US -

Teens make mistakes and encounter trouble as they adopt new apps, identities, and networks

Mistakes can offer valuable learning moments and opportunities for parental guidance and self-reflection.  In some cases, parents may need to offer more oversight and guidance.

*I guess...thinking about responsibility, there were moments I thought I was ready but I wasn't. But I dealt with the consequences in a constructive way, I've learned from it.*
                        -    *Girl, 16, Brazil -*

Adapted from ████, October 2021

## Importance of Group and Individual Differences

Bronfenbrenner's Ecological Systems Theory
(illustration from █████████, November 2020)



Complex influences on child's development produce important group and individual differences.

Influence is bidirectional (e.g., child-parent) so even siblings of same age may have different experiences/needs.

**Families may be in position to best assess their situation and needs,** even if we cannot rely on them.







# References

███████  (2021, September)  Key insights on teen transitions:  Aging-up and the roles that parents/guardians can play.
https://docs.google.com/presentation/d/1IPvxzmuc43Luj6x2GHOvgomIQu0DMMefAj99ISPUGjI/edit?usp=sharing

███████  (020, November).  Bronfenbrenner's ecological systems theory.  Simply Psychology.
https://www.simplypsychology.org/Bronfenbrenner.html

███████  (2021, April).  Parent safety concerns and mitigations with messaging apps children use:  Part I of integrity interviews with parents of 6-12  year olds (MK users).
https://docs.google.com/presentation/d/1hox1iUKI7euR0RGqvE_UuRvZASkPchcXYSlYMa0TC_s/edit?usp=sharing

███████  (2021, June).  Parent monitoring of 6-17 year-olds' digital experiences and desires for Messenger Kids age up:  UXR retrospective (extended view).  https://docs.google.com/presentation/d/1Bym7QtaCUR6A77zMBIllnvOST-mALTGSMVsjvKNCDBU/edit?usp=sharing

███████  (2021, October).  Parent/guardian impressions of the IGY concept for tweens.  Unreleased report.

███████  (June 2021).  Tweens and teens transition app preferences.
https://fb.workplace.com/work/file_viewer/128500565968186/?surface=POST_ATTACHMENT



# Teens experience harm at higher levels than non-teens

**TLDR**

1. Teens experience a small percent (0.42%) of impressions that are violating current policies but **this is ~1.8x higher than for adults** and **2-4x higher** when weighted by severity across certain violation types*.

2. **~12%** of content potentially may be "age inappropriate"** for teens but not covered by current policies.

3. **We estimate 1 in 10 pieces of content (~9%**) may be "nutritious"**, but the definition of nutritious is subjective and not yet policy aligned and we don't have a clear quantitative definition to understand this yet.



~9% Potentially Nutritious**

~12% Potentially Age Inappropriate**

0.42% Policy Violating*

\* Policy Violating Prevalence is estimated via Severity Weighted Overall Prevalence (SWOP): see Slide 9 for SWOP intro.
\*\*Estimated via ad hoc, subjective, low N labeling exercise. These should be treated as rough directional estimates until further validated and further aligned with policy. See slide 13 for details.

# Severity Weighted Overall Prevalence: a primer

## SWOP = Prevalence * Severity



**Integrity Violations**

SWOP focuses on these violations

For more details see https://fburl.com/swop_intro (and see slide in appendix)

SWOP =
Prevalence of CSE * Severity +
Prevalence of N&P * Severity +
….
Prevalence of VNI * Severity

(Severity is based on Policy input and Research surveys)

**What does it cover?**

It is a view-based measurement, including 23 Violation type (excluding Misinfo, Spam, and Account problems), 18 Markets (~70% coverage) and 9 IG surfaces (~95% coverage)

# Teens see much higher Harm Prevalence Across Most Markets



- Teens see **2-4x SWOP** in every country we have enough samples to measure except India.
- The biggest deltas between Teens and the average user is in US, GB

# Teens see >2x prevalence for B&H, VNI, and SSI.



**Instagram Prevalence: by Viewer Age Bucket (August 2021)**
Prevalence in BPS. Color based on comparison to Topline Harm Prevalence

|  | Topline | Viewer Age Bucket | | |
|---|---|---|---|---|
| VNI | 1.8 [1.5-2.2] | 1.8 [1.3-2.5] | 1.5 [1.2-1.8] | 3.6 [2.6-4.8] |
| SSPx | 5.8 [5.3-6.5] | 7.3 [6.3-8.4] | 4.2 [3.7-4.8] | 6.2 [4.9-7.8] |
| SSI | 1.2 [0.92-1.5] | 1.2 [0.84-1.7] | 0.82 [0.54-1.1] | 3 [1.9-4.2] |
| Sexual Solicitation | 4.6 [4.2-5.2] | 5.7 [4.9-6.7] | 3.4 [2.9-3.9] | 5.1 [3.8-6.5] |
| Nudity | 2.8 [2.3-3.4] | 3.1 [2.3-4] | 2.4 [1.7-3.3] | 4.1 [2.8-5.6] |
| Hate | 2.5 [1.9-3.2] | 3.3 [2.3-4.6] | 1.3 [0.94-1.6] | 3.3 [2.1-4.6] |
| Graphic Violence | 1.3 [0.91-1.8] | 1.4 [0.8-2.2] | 1.3 [0.84-2] | 0.82 [0.37-1.4] |
| Fraud & Deception | 1.6 [1.2-2] | 2.1 [1.5-2.9] | 1.1 [0.64-1.7] | 1 [0.33-2] |
| Firearms | 0.39 [0.22-0.67] | 0.43 [0.13-0.95] | 0.43 [0.27-0.63] | 0.07 [0-0.16] |
| Drugs | 0.99 [0.68-1.4] | 0.64 [0.39-1] | 1.5 [0.88-2.5] | 0.92 [0.44-1.6] |
| DOI | 1.4 [0.92-1.9] | 1.6 [0.89-2.5] | 1.1 [0.63-2] | 1.2 [0.71-1.9] |
| Child Sexual Exploitation | 0.49 [0.22-0.88] | 0.52 [0.22-1.1] | 0.18 [0.06-0.34] | 1.9 [0.26-5.1] |
| Bullying & Harassment | 5.5 [4.8-6.3] | 5.2 [4.1-6.6] | 4.6 [3.8-5.6] | 13 [11-15] |
| 1 Severity Weighted Prevalence | 130 [130-140] | 150 [140-160] | 98 [93-100] | 210 [190-220] |
| 1 Combined Topline | 32 [30-34] | 38 [34-41] | 24 [22-27] | 42 [37-47] |
|  | ALL | Unknown (13%) | non_teen (79%) | teen (8%) |

Dark Green: 1/5 Topline,   Yellow: Stat-Sig above Topline,   Red: >2x Topline,   Dark Red: >5x Topline

The drivers of higher SWOP are **Bullying and Harassment (B&H)**, **Suicide and Self Injury (SSI)**, and **Violence and Incitement (V&I)**, which are all **>2x higher** prevalence for teens than the average user.

Source: ANP

# Hashtags, Comments, and Home all see High Levels of Harm.



- Teens see **~9x SWOP in Hashtags** compared to the average User; particularly across SSPx, Sexual Solicitation, and Nudity
- **Comments see high rates of Bullying and Harassment** for Teens
- Teens also see **higher prevalence of harms on Home, particularly B+H, SSI, and VNI**

Source: ANP

While 0.42% of content is policy violating, we have reason to believe that ~12% of content* is potentially inappropriate for early teens.

And after viewing or engaging with inappropriate content, it starts to show up more and more on recommendation surfaces throughout the app.



Explore Grid          Explore Chaining          Reels          Feed Recs

*We conducted a labeling exercise where we manually labeled a random sample of media that teens see. The approach we took is subjective, but provides directional evidence that there is far more age-inappropriate content on our recommendation surfaces than our prevalence numbers may suggest. This link provides a sample of media that teens saw on Explore.

We took an early teen lens here. It is likely that as teens get older, there is far less content that we may believe is inappropriate for them.

# And of the ~88% of content that we believe may be appropriate for teens, only ~1 in 10 of them may be 'nutritious' for teens.

While this sizing exercise is subjective, we see this as directional evidence that further policy development (and especially differentiating by age band) is likely foundational to our ability to effectively promote 'nutritious' content and protect teens from potentially inappropriate content.



Gaming          Animals          Dance Videos

*We conducted a labeling exercise where we manually labeled a random sample of media that teens see. The approach we took is subjective and therefore the definition of nutritious can vary from person to person.

We took an early teen lens here. 'Nutritious' content can also look different for early teens and older teens.

## Recommendations

1. Evaluate and address gaps in existing safety policy and enforcement for Harms that disproportionately impact teens.
   a. Especially **Bullying and Harassment**, **Suicide and Self Injury**, and **Violence and Incitement**.

2. Stand up teen specific safety policy to address the estimated ~12% of the teen ecosystem that contains borderline or developmental stage-specific harms.

3. Stand up developmental stage-specific 'nutritious' content policy to ensure a sufficient levels of age appropriate content are served to our users.

4. Safety and PMF objectives will sometimes be zero-sum or in tension with each other; in setting goals we should also clarify tradeoffs (if any) that will be acceptable.

Questions:

1. What water levels of Harm/Nutritious are 'good enough?'
   a. **Existing Policy Violating**
      i.  Currently ~1 in 240 (0.42%) -> 1 in ??? impressions?
   b. **Age Appropriate**
      i.  ~12% -> ???%
   c. **Nutritious**
      i.  ~9% -> ???%
   d. **Other Metrics?** (Such as TRIPS or Interaction based metrics such as IIC)

2. What level of engagement losses are we willing to take in exchange for hitting Harm/Nutritious targets?