# AMENDED Exhibit 245

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Teen Support for SSI & ED

Moving towards an industry leading position · IG Well-being

A/C Priv  •  IG Leads Review  •  October 31, 2023



Note that this work contains sensitive (*potentially triggering) content materials. For internal use only, please do not distribute.

A/C Priv · 2

# Executive Summary

- Over the past few years, we've made **significant progress in reducing teen's exposure** to harmful content.

- Given user behaviors, risks and expectations, we recommend evolving our approach to teen support for SSI & ED in the following ways: 1) recalibrate the balancing of **support and safety**; 2) move from **content-level moderation to also account and "community" level** enforcement and 3) expand the focus from explicit manifestations of the problem(s) to **related and adjacent** expressions.

- To realize this, our strategic framework is focused on **preventing** teens from being exposed to potentially harmful or "triggering" content, **protecting** them from accessing problematic content and profiles, and **intervening** when we detect high engagement levels.

- Our **goals for this discussion** are to: 1) determine whether leads are aligned with the overarching strategy, specifically as it relates to Phase 1; 2) gather feedback on the initial measurement framework and 3) get a directional steer for our Digital Refresh proposal.



Resource Allocation

01 Background

# What is SSI and ED?

## Relationship Amongst Key Concepts

- **Suicide and Self-Injury**

  Suicide and self-injury are different constructs, but sometimes overlap and co-occur, and are often discussed together. Just because someone engages in self-injury, does not mean they want to die; and just because someone died by suicide does not mean they had a history of self-injury.[1]

- **SSI and Eating Disorders**

  Mental health disorders, including eating disorders, are a major risk factor associated with suicidal thoughts and behaviors and self-injury.[1]

[1] Suicide & Self-Injury Among Youth: A Review
[2] Body Image: Strategy One-Pager
[3] https://www.verywellmind.com/what-does-it-mean-to-be-triggered-4175432
[4] https://www.healthline.com/health/triggered
[5] https://psychcentral.com/lib/what-is-a-trigger

## Key Terms

- **Prevalence**. Measures the percentage of total VPVs that violate our policies and standards.

- **High CoB**. Users who consume **high concentrations of bad content**, including content violating any of our borderline or violating content policies

- **Trigger**. A situation or experience that elicits emotional distress and that may awaken or worsen the symptoms of trauma or a mental health condition.[3-5]

- **"Blunt" Controls**. Teen and parent or guardian opt-in controls that limit discovery of, recommendations for, and engagement with content and accounts adjacent to sensitive topics.

- **Body Image**. Body image is a person's perceptions and feelings about their body or physical appearance. It includes three orthogonal, but related, dimensions: body dissatisfaction, body appreciation, body concern.[2]

- **Adjacent topics\***. Content topics that do not explicitly reference SSI or ED, and are thus not classified as violating or borderline, but which may be triggering to someone experiencing SSI (i.e., mental-health related, depressive) or ED (i.e., body-focused, weight loss, dieting, health-related). \*\*

\* We have a preliminary understanding of adjacent topics, informed by expert guidance. We will conduct further research to formalize a definition and identify the relevant content categories.
\*\*We are **not** proposing that we address Appearance Comparison, which is upstream in the body image causal pathway.

**BACKGROUND**

# Current approach

Landscape of our current SSI/ED enforcements on Instagram.

**SSI & ED Interventions**



Full list is here

BACKGROUND

While we have made significant progress in reducing teens' exposure to harmful content, the ever-evolving nature of these issues means there is no finish line.



A/C Priv · 10

BACKGROUND

# Why evolving how we approach SSI & ED matters

## 1 Teens' behavior on IG suggests a need for more support.

We know that SSI and ED have a significantly disproportionate large teen audience. SSI and ED SWOP among teens is 2.5x higher than among adults on IG (query). When examining consumption patterns among high consumers (>= 8 pieces of violating content) of SSI and ED violating content, teens are approximately 50% more  likely to be high consumers than adults.

## Parents and guardians are asking for more control.

Parents can play a key role in the safety and well-being of their teens. We know that they do not always feel comfortable with their teens using IG, in part, because they do not have the ability to take direct action to protect their teens from potential harm; >65% of parents say they want an increased sense of control. In Q1'23, Instagram Product and Policy leads engaged in direct conversations to better understand the POV of parents of teens experiencing issues related to SSI and ED. This resulted in leads' recommendation for "blunt controls" as a means to reduce exposure to potentially triggering content.

## The media, policy and legal landscape is demanding more action.

SSI & ED are among the top issues that draw intense scrutiny and criticism from both the media and policymakers – particularly in the context of rising teen suicide rates. Failing to meet the risk of users being exposed to SSI & ED content could lead to significant litigation and cost as well as an increase in ill-informed regulation. The UK's Online Safety Bill was born out of SSI concerns and content encouraging SSI (as yet undefined) will soon become illegal.

## Competitors are seen as offering more safety measures.

In a bid to keep teens safe, our peers are refreshing their playbooks. TikTok, in particular, has made progress in improving safety by offering a range of user-facing interventions. These interventions provide support for individuals dealing with high-severity problem areas, ranging from extensive support on discovery surfaces (e.g., Search) and user and parent-facing content controls. Despite TikTok's launch of several teen safety features, it's worth noting the platform may be amplifying  sensitive content to users who show an interest in it, as highlighted in a recent study.

# SSI & ED Content Consumption Framework

Based on in-depth feedback sessions with external SSI & ED advisors in Aug-Sep 2023
SSI labeled content consumption ecosystem Q2 2023
IG - SSI-ED discovery vs. repeat exposure and navigation paths to profile consumption

| User group | No / Low Intent | Medium Intent | High Intent |
| --- | --- | --- | --- |
| | All teens, and those in recovery from SSI/ED | May be "at risk" of experiencing SSI/ED | May be actively struggling with SSI/ED |
| **Content consumption patterns** | **Discovery** <br><br> No or low intention to consume SSI/ED related content. User exposed to in-feed / recommended content that they personally find triggering or harmful to their WB | **Search & Selection** <br><br> User searches for non-policy-violating keywords/ topics that may harm their WB or user "chains" content adjacent to harmful topics | **Repeat consumption** <br><br> User repeatedly and intentionally consumes SSI/ED content |
| **Thoughts & feelings** | **Typical teen self & social orientation** <br><br> Identity exploration, fluctuating emotions & impulsivity, greater importance of peers & social acceptance, increased self-consciousness about all aspects of self (including body/appearance) | **At-risk thoughts & feelings** <br><br> Low mood, lack of coping skills, increased & intense negative appearance comparison & body image (for ED) | **"Stuck Brain"** <br><br> Highly problematic and socially reinforced patterns of interaction and content consumption that are very difficult for teens to break by themselves, including preoccupation with harmful topics and rigid thinking |
| **Key platform behaviors & experiences** | Exposure to SSI/ED related content on unconnected surfaces or on connected surfaces <br><br> Initial exposure to SSI-ED content primarily on: <br> • Explore <br> • Profile <br> • Reels tab (for older teens) <br><br> Users in recovery may proactively change online environment by e.g., blocking, muting, unfollowing | Searching for and viewing SSI/ED adjacent topics <br><br> Initial and repeat exposure to SSI/ED content via Profiles accessed on Explore, Search, & Home <br><br> Following accounts that post SSI/ED content, viewing and responding to Stories from these accounts | Repeat viewing (primarily from Home, Profile, and Explore), longer dwell time, or longer time spent viewing SSI/ED related content <br><br> Saving SSI/ED related content for future viewing. Saved content contributes to repeat exposures particularly for youth. <br><br> Engaging with online SSI/ED communities via non-friends & family accounts <br><br> Accessing potentially harmful accounts by navigating to Profile from Explore & Search |

NOTE: User intent is a concept that describes how someone might interact with content on our platform according to expert feedback and DS analysis. It is not a diagnosis or a representation of their real-world behavior, and it is not linear, causal, or applicable to all users.

# On-Platform "High Intent" Patterns

*Based on exploratory content analyses with limited samples: The State of ED on Facebook and Instagram (analyses conducted by academic advisor); SSI/ED Primary Research (limited distribution)

What are some potentially problematic SSI-ED related patterns observed on IG?







### "Gated" Communities

Some users are involved in SSI-ED closed "communities" on IG; content production is targeted at people already in a user's follower network. These users may feature SSI-ED related terms in profile, possibly to find and signal a non-judgmental space where SSI-ED behavior is acceptable.

### "Vent" Accounts

Accounts dedicated to discussing SSI-ED issues can serve as secretive, secondary "vent accounts" that may provide a nonjudgmental space for people to share their experiences and feelings. These accounts may also normalize problematic SSI-ED related behavior, especially for younger users.

### Account & Content Recommendations

After connecting with accounts that include or create SSI-ED related content (e.g., "vent" accounts), recommendations for suggested accounts related to SSI-ED may be shown to users across surfaces. Persistent recommendations for SSI-ED adjacent topics, such as body image, weight loss, fitness and sad memes may be shown on unconnected surfaces.

03 Evolving Our Stance

EVOLVING OUR STANCE

# Our current position

### Negotiating a balance between enabling recovery support and enforcing promotion

While we do not allow people to intentionally or unintentionally celebrate or promote suicide or self-injury, we do allow people to discuss these topics because we want Meta to be a space where people can share their experiences, raise awareness about these issues, and seek support from one another (ref).

### Focusing on content-level enforcement and mitigations

We have implemented both proactive and reactive methods for detecting content that violates SSI (CS) related to SSI and ED issues. Enforcement actions include escalating credible suicide intent, removing content that violates CS policies, providing users with resources (such as checkpoints) when necessary, implementing a MAS screen on content, and reducing the visibility of SSI and ED content. In the case of borderline content, we enforce measures through content demotions and filtering. We also age-gate borderline SSI & ED content for teens.

### Emphasis on explicit expressions of SSI & ED behavior

We action on content that encourages suicide or self-injury, including fictional content such as memes or illustrations and any self-injury content which is graphic, regardless of context. We also remove content that identifies and negatively targets victims or survivors of suicide or self-injury seriously, humorously or rhetorically, as well as real time depictions of suicide or self-injury. Eating disorder content that includes focused depiction of drastic or unhealthy weight loss with at least one eating disorder signal is considered violating.

**EVOLVING OUR STANCE**

# How we should evolve our stance

## Recalibrate the balancing of support and drive a harder line on teen safety

Historically, we have tried to balance enabling users to find supportive communities with enforcing content that "glorifies" or "promotes" SSI & ED behavior.  However, seemingly "pro" SSI & ED profiles are easily discoverable because there is no way to definitively know which accounts are "pro" and which are recovery-based. Additionally, recovery is a nonlinear journey.  We've also heard from experts that teens who are experiencing SSI & ED may be involved in problematic patterns of interaction and content consumption that can be very difficult to break (i.e., "stuck brain"). This can be true even when they are interacting with others in recovery. This calls into question the value of making it easy to find recovery-based content, particularly as the prevalence of SSI & ED among teens on IG is 2.5 times higher than among adults, and young people are 50% more likely to be heavy consumers of high CoB content. This requires us to continue to evolve our approach and take bolder action to limit the discoverability of profiles that produce SSI & ED content.

## Expand the focus from explicit manifestations of the problem(s) to related and adjacent expressions

Our current approach focuses on explicit expressions of SSI & ED content. However, expert interviews revealed that these issues exist across a spectrum, and engagement patterns in related areas may serve as early risk indicators that a teen is starting to struggle. For example, in the context of self-harm, we would want to look for expressions of low mood, depression, or anxiety. In the case of eating disorders, we may want to look for negative appearance comparison and body dissatisfaction. Developing more durable solutions will require us to move upstream and intervene across adjacent areas.

A/C Priv · 20

# 04 Strategic Framework

STRATEGY

# Guiding Principles

01  **Establish stronger baseline safety protections; enable personalized control**
We'll implement a robust set of safety measures to ensure that teens, especially those at risk or in recovery, can navigate Instagram without exposure to potentially harmful or triggering content.

02  **Empower parents to play an active role in promoting safety.**
We'll build resources for parents to support their teen's safety and well-being as their teen learns effective coping skills.

03  **Match the level of support to the weight of the signal.**
We'll tailor solutions to reflect the intentionality or frequency of a teen's actions, instead of creating one-size-fits-all solutions. We'll focus on teens' behaviors without trying to infer the motivations behind them.

04  **Tackle the root cause(s), rather than just the symptoms.**
Whenever possible, we'll aim to go upstream to develop more durable solutions.

STRATEGY

Teen Support for SSI & ED

## Strategic Framework

*Note: We will partner with Supervision to involve parents at each of the 3 stages (when necessary and applicable), but it is not the main initiative of this deck.



**Prevent**

Proactively prevent teen exposure to potentially harmful SSI/ED content.

**Protect & Support**

Protect teens when accessing harmful SSI/ED related profiles and content, while also offering support.

**No / Low Intent**

All teens, including those in recovery

**Medium Intent**

Teens displaying experimental tendencies

**High Intent**

Teens in critical chronic stage

**Intervene**

Safeguard teens from harmful content and interactions upon detecting elevated engagement levels

A/C Priv · 23

**STRATEGY**

# Measurement  Approach

1 **North Star**: All teens are empowered to navigate Instagram safely and responsibly, <u>free from</u> exposure to SSI & ED concentrated  harm. **Metric:** High CoB

**Near-Term Target**: Our 2-year goal is to bring teen high SSI & ED concentrated exposure below adult levels.





Spectrum of Directions

# Digital Reset/Refresh

1 **Deep dive for refreshing suggested content and ads**







**1. Full reset of Recs, with curated cold start (akin to DSA non-profiling work on Explore)**

Allow people to fully reset their recommendations and Ads across surfaces (Feed, Explore, Reels)

**2. Refresh via bulk management**

Allow people to bulk tune their recommendations and Ads across surfaces (Feed, Explore, Reels). Given feasibility issues with North Star topical systems, we recommend this as the MVP.

**3. Full reset of Recs, with topical onboarding**

Allow people to fully reset their recommendations and ads, AND select new topics they want to see and avoid as well.

**Slide 48**

---

**3**  Also, +1 on Adam's steer on #2 being really rough (and this might not have come up in UXR sessions because of relatively lower prevalence of this content, which we know has really intense severity). Plus we know people don't have a lot of understanding on see more / see less type of tuning and tend to expect immediate changes based on what they select. Happy to chat more on this.
Kristin Hendrix, 10/31/2023

**2**  Would we want to launch both suggested/rec content and Ads at the same time? Or would we want to take a step-wise approach? Or do we *have* to launch simultaneously?
Kristin Hendrix, 11/1/2023

**1**  ███████████  Agreed - that was a really helpful steer. Also knowing that there is a desire to invest here opens up the solution space. We'll spend the next few weeks working with recs leads on an updated proposal.
███████, 11/1/2023

# Options for Digital Refresh

| | Option #1<br>Full Reset of Recs, with curated cold start (akin to DSA non-profiling work on Explore) | Option #2<br>Refresh via Bulk I/NI<br>(via I/NI infra) | Option #3<br>Full Reset of Recs, with Topical Onboarding |
|---|---|---|---|
| **User Experience**<br>*How easy is it for users to navigate the experience?* | 🔴 Experience would require users to tailor recommendations on a per-surface basis and may result in a significant UX degradation | 🟡 Tuning recs via a bulk I/NI experience to make it optimal will require some effort; may also expose teens in recovery to potential triggers | 🟢 Presents the most ideal experience for users looking to minimize exposure to triggers; requires users to know what topics they're looking to restrict in advance |
| **Feasibility**<br>*Can the product be realistically implemented and developed using the available technology within a reasonable timeframe?* | 🔴 The DSA experience is intended to be a completely siloed and non-personalized experience. Unclear whether we can use the DSA non-profiling experience as a starting point and gradually personalize results over time | 🟢 Ability to leverage existing I/NI infra that work across all Rec surfaces and Ads | 🔴 Topic-based predictions are difficult to get right (e.g., topic granularity, precision and recall) and require significant long-term investment |
| **Effectiveness**<br>*How well does this solution reduce teens' exposure to triggering and/or problematic content?* | 🟢 Most effective solution for minimizing exposure to triggers, but comes at the cost of an irrelevant recs experience | 🟡 Although imperfect and requires work, this approach augments I/NI by collecting many signals at once. Approach also aligns with user expectation that a "refresh" would tune rather than reset their recs. | 🔴 Low-quality topic classification for SSI/ED-related topics (e.g., depression). Currently lack labeling policy & sufficient training data to populate related topic classifications. |
| **Business Risk**<br>*What risks does this solution introduce to the business?* | 🔴 Assuming meaningful adoption, solution may result in negative ecosystem impact | 🟡 Risk of overpromising and underdelivering on the expectation of a fully "tuned" experience | 🔴 Risk of over-investing in this approach and finding that it does not align with the user need. |

## APRIL 2023 | YWBIPs & INSTAGRAM (3 of 3)

| Youth Industry Practice for Well-being (YWBIP) | Product Translation<br>→ *Translation of how this Industry Practice applies to Instagram's products* | Status<br>*NOTE: Updating at EOM* | Next Steps / Recommendations |
|---|---|---|---|
| **SSI-1. Notice and surface support when teens search for SSI content** | → *Detect when users search for topics related to certain health crises or emotional distress.After users search, surface on that screen regional suicide prevention hotline numbers and additional links to resources that can help.*<br><br>→ *If search results are not all restricted, add a link to continue to search results, but add a content warning language*<br><br>→ *Add sensitivity screens to search results with graphic but not policy violating content*<br><br>→ *Surface support resources on all search results page tabs*<br><br>→ *Do not autofill search term text for a user (Type Ahead suggestions).* | **MEETING**<br>via <u>Inform Module</u> | **Recommendation**: Ratify as "meeting industry practices" |
| **SSI-2. Youth are less likely to see violating and non-recommendable SSI content than adults (Feed-based platforms only)** | → *Ensure that all youth (13-17 inclusive) are less likely than adults to see violating and non-rec SSI content* | **PARTIALLY MEETING**<br>via <u>Age Gating for Borderline SSI</u> | **Next steps**: Pursue currently WIP product work to proactively downrank probable violating (including admission) content<br><br>**Recommendations**:<br>- Need new policies for this: Better understand and downrank content that romanticizes SSI content<br>- IGWB+xMWB to partner to develop "Beyond YIP/Industry Leading" POV on how developing SSI content controls for problematic content can advance teen WB |
| | | | |
| **ED-1. Notice and surface immediate support when teens search for concerning terms related to eating disorders or body image.** | → *Detect when users search for topics related to eating disorders.*<br><br>*After users tap search, surface regional eating disorder hotlines, including.multi-modal options (call & text or message).*<br><br>→ *Surface support resources on all search results page tabs*<br><br>→ *Do not autofill search term text for a user (Type Ahead suggestions).* | **MEETING**<br>via <u>Inform Module</u> | **Next Step**: Ratify as "meeting industry practices"<br><br>**Recommendation**: IGWB+xMWB to partner to develop "Beyond YIP/Industry Leading" POV on how developing ED content controls for problematic content can advance teen WB |
| **ED-2. Youth are less likely to see violating ED content than adults (Feed-based platforms only)** | → *Ensure that all youth (13-17 inclusive) are less likely than adults to see violating and non-rec ED content* | **PARTIALLY MEETING**<br>Meeting for remove, partially for downrank | Already launched for Borderline SSI<br><br>**Next steps**: Test and launch for Borderline ED |
| **ED-3. Provide teens with the ability to report ED content or accounts** | → *Teens can report posts, Reels, and Stories for ED* | **MEETING** via IG reporting flows | **Recommendation**: Ratify as "meeting industry practices" |