# AMENDED Exhibit 246

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

 **Let's Fix Meta**
Open Group · 12.6K members · WHAT IS THE INTENT OF T... **See more**    Join

Posts    Files    Topics    More     Search group...

 shared a **post**.
November 9, 2016

I've slowly been souring on our uber metrics driven culture and I think tonight may have been the straw that broke the camel's back.

is 😔 feeling drained.
November 9, 2016 · Palo Alto, CA ·

This is obviously a knee jerk reaction based, in large part, on disgust, fear, and disappointment--so take it with a grain of salt ...

I can't help but feel that we, Facebook, bare a large brunt of responsibility for what happened today. Many of you may think I'm referring to the stance we took on Trump's posts (i.e. not labeling them hate speech), but I feel there's a bigger problem than that: metrics.

A little over 2 years ago I was one of the people that built the in-app browser on Android. Up until a couple weeks ago I was the tech lead for Instant Articles on Android. Whenever either of these 2 products were talked about we only cared about things like time spent, open links, etc. That's what we optimized for. That's what we used to define success and failure. And that's the problem.

Never did we ask ourselves anything about the content itself. Or, more specifically, how that content affected readers.

Did we care if the content that we sped up was blatant misinformation? Nope.

Did we care whether it stroked the rage of the reader? Nope.

Did we care if, in our quest to connect the world, the content we were optimizing actually made us more divided? A resounding no.

What I'm coming to grips with is that we, Facebook, are no less populist than Trump himself. He tells people what they want to hear and it disgusts many of us. But guess what? We tell them what they want to hear too.

That needs to stop. — 😔 feeling drained.

👍😢❤ 319          122 Comments  2 Shares

👍 Like          💬 Comment          ➤ Share

---

### About

#### Description
WHAT IS THE INTENT OF THIS GROUP?
To help you find a solution to a company-wide problem and to empower you to help fix i... See more

#### Members (12,561)

### Topics in this group

**#UnfollowBias**
5 mentions

**#FreeSpeech**
2 mentions

**#socialmedia**
2 mentions

**#faceworldproblems**
2 mentions

**#disinformation**
2 mentions

### Shared

Files

📄 "better engineering" is broken
Dragos Stefan Dudau · November 11, 2020

📄 Notes product going away this Oct :-(
Akila Kesavasamy · October 14, 2020

📄 2020-06-13-10h38m41s_QuickScan.pdf
Bria Hunter · June 11, 2020

Media





META3047MDL-207-00027495



Thank you for posting this, i've been ruminating on very similar things since i joined. It feels terrible.

Like   Reply   5y   Edited          👍 10

I wish there is a down vote button

Like   Reply   5y          👍 10

Remember those joke posters, "is this a technology company?" I think we need posters that say "is this a media company?"

Like   Reply   5y          👍 16

I'm glad you shared this. I've had this thought all evening.

Like   Reply   5y          👍 5

I'm not sure we want to be in the business of arbitrating fact.

Like   Reply   5y          👍 52

We're currently in the business of disseminating lies.

Like   Reply   5y          👍 20

Whose lies?

Like   Reply   5y

These lies
http://www.abc.net.au/.../the-surge-of-pro-trump.../8003094

ABC.NET.AU
The surge of pro-Trump fa...

Like   Reply   5y          👍 2

Are those the only lies in existence?

Like   Reply   5y          👍 4

No, but these are highly optimized to be spread on our platform.

Like   Reply   5y          👍 23

META3047MDL-207-00027496



Not to say that we should try to arbitrate more, but to give an example, I found the following story to be one of the highest ranked ones in our Elections 2016 center:
https://www.facebook.com/Alexan.../videos/10154714375008459/

Like    Reply    5y    Edited

We absolutely are in the business of arbitrating content based on harm, law, popularity, content policy, copyright, hate speech. I don't see how truth is any different.

Like    Reply    5y    Edited    👍 3

Press Enter to post.

Yeah yeah, I know something similar, that's called Great Firewall.
https://en.wikipedia.org/wiki/Great_Firewall

Like    Reply    5y    Edited    👍 42

I like this about FB, we're a blind medium for the world's opinions (in most cases). We may not personally like these opinions, but it's not our responsibility to project our biases on the world.

Like    Reply    5y    👍 52

Hide 18 Replies

I don't think this is true - our ranking algorithms prevent us from truly being a blind medium. Sure, people can post and share whatever they want, but we are far more likely to show people only content they will agree with (in the pursuit of metrics), creating an echo chamber. We are incredibly biased in what we present to people - not partisan bias, but biased towards metrics which ensures people's beliefs, whatever they may be, are validated and reinforced.

Like    Reply    5y    👍 40

META3047MDL-207-00027497

We need to figure out how to balance informedness and metrics

Like  Reply  5y     👍 4

Well, this is what people inherently want, this is called confirmation bias. If instead of appealing to them we would try to shape their opinion in any way, we will lose our competitive advantage.

Like  Reply  5y

Although not good for the company, that would probably be better for humanity. I guess the open question is whether there's a way to achieve both, and if not, where do our priorities lie.

Like  Reply  5y

so do we as a company say that this is not something we're interested in caring about?

Like  Reply  5y

"If people want to build a platform based on spreading false information, that's their perogative"?

Like  Reply  5y

Why should we as a company take upon ourselves to decide what is good for humanity? 🙂

Like  Reply  5y     👍 1

we as individuals should try to do good by humanity, and the company is our tool and responsibility.

Like  Reply  5y     👍 1

We as individuals can do whatever we want to promote the values we believe in our spare time. However, in our work time we should be concentrating to help our company to reach its goals. And most certainly, we should not view the company as a "tool" in our disposal.

Like  Reply  5y     👍 1

                                          META3047MDL-207-00027498



if we're building something harmful, i would like to change that

Like   Reply   5y   👍 2

if our company doesn't factor that into their goals that is a huge problem

Like   Reply   5y   👍 1

How do we determine if something is harmful for the society?

Like   Reply   5y   👍 1

we start researching into how much false information we're spreading and start thinking about this problem instead of saying we're not a media company

Like   Reply   5y   👍 1

Companies are not unseeing unfeeling things - they are conglomerates of people. It's up to the individuals who make up the company to make sure the company's goals are in line with their goals. If the majority of the people at the company disagree, or if management disagrees, then it's entirely reasonable for those dissenting individuals to leave the company.

Like   Reply   5y   👍 1

facebook is here and a part of our lives. i hope that we can actually change this instead of the good people just leaving, though i'm finding it very hard.

Like   Reply   5y

Sorry but this is an argument for majoritarianism, █████ ████. To truly preserve diversity, we have to hear the voices of the minority as well.

Like   Reply   5y   👍 1

**Noah Cantor**
I don't follow, ██████ - I'm not suggesting we ignore the voices of the minority. Happy to take this discussion offline if you want to chat further.

👍 1

META3047MDL-207-00027499



Like    Reply    5y

Also, I'm not suggesting leaving the company should be a person's first action. I'm just saying that if a company's goals are not in line with a person's beliefs, it's an entirely valid form of protest to leave. There's more chance of changing a company from within, but if change doesn't occur, leaving is still an option.

Like    Reply    5y    👍 2

C  Reply to ___...

Press Enter to post.

After interviewing some of my family and friends from my home state of Alabama, I heard a lot of "I just read Facebook headlines" and very few facts, research, detailed reasons to back up their beliefs

Like    Reply    5y    👍 13

"That needs to stop." -- How? In particular, what do you plan to do about it?

Like    Reply    5y    👍 1

I don't know yet, but the first step in fixing it is admitting that we have a problem.

Like    Reply    5y    👍 19

yes mostly i get upset when the conversation is shut down with "Well we don't want to arbitrate facts". It's a conversation we need to start having internally, as there's obviously no easy solutions.

Like    Reply    5y    👍 11

META3047MDL-207-00027500

META3047MDL-207-00027501

META3047MDL-207-00027502

META3047MDL-207-00027503

META3047MDL-207-00027504

CONFIDENTIAL

META3047MDL-207-00027506

META3047MDL-207-00027507

CONFIDENTIAL

META3047MDL-207-00027509

META3047MDL-207-00027510

META3047MDL-207-00027511

META3047MDL-207-00027512

META3047MDL-207-00027513

META3047MDL-207-00027514

CONFIDENTIAL

META3047MDL-207-00027516

META3047MDL-207-00027517

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL