**AMENDED Exhibit 248**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**IG WELL-BEING**

META3047MDL-020-00695288

# Preference Amplification & Concentration of Harm

**Goals**

1    **Align on people problems & prioritization**

2    **Align on success metrics**

3    **Discussion questions**

2

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00695289



**People Problems**
Problem Prioritization
Success metrics
Discussion

Product Strategy [not in scope]

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00695290



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00695291



PEOPLE PROBLEMS

## Preference Amplification = a user experiencing an increase in [harmful] content over time

**Harm =**
- **Prevalence:** e.g Going from seeing 1 violating content today to 10 in the near future
- **Severity:** e.g Going from Hunting (does not violate any policies) -> Guns (non-rec) -> Violence (community violating). CIPCO severity framework
- **Reach**: e.g Connected to 1 bad actor today to 10 bad actors in the near future

Preference Amplification is the *process* by which a user 'rabbit-holes' into a certain type of content. The process may or may not be driven by intentful user actions. PA can happen for any content, but we're focused on *harmful* content. PA is mostly associated with Unconnected/Recommendation surfaces.

5

HIGHLY CONFIDENTIAL (COMPETITOR)



PEOPLE PROBLEMS

**Concentration of Harm = a user with a high prevalence of harmful content vs the average Instagram user**

Concentration of harm is the *situation* when a user is already facing a significantly higher prevalence of harmful content in their Instagram experience, either with or without intent. It does not matter whether this harm is increasing over time. CH can happen on Connected or Unconnected surfaces

6

HIGHLY CONFIDENTIAL (COMPETITOR)



PEOPLE PROBLEMS

**Mission & Vision:**

**Instagram needs to <u>prevent</u> users from preference amplification and <u>remediate</u> users who are experiencing concentration of harm, while respecting their *<u>intent</u>* and giving them the *<u>agency</u>* to control their experience.**

7

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00695294

PROBLEM PRIORITIZATION

# Who are our target users & how do we classify them?

|  | **Low intent**<br>*(more likely to not want to see bad content)*<br><br>**Includes 'Cold-start'** | **High intent**<br>*(more likely to seek out and welcome exposure to bad content)* |
|---|---|---|
| **Teens**<br><br>**(& parents/ regulators)** | *I might have engaged with a few influencer modeling pictures and now my IG is full of lingerie models*<br><br>*Parents/Regulators: It is IG's responsibility to protect teens from harmful content* | *I actively seek out pornographic/drug related content and have my IG experience catered to my needs*<br><br>*Parents/Regulators: It is IG's responsibility to protect teens from harmful content* |
| **Genpop** | *I might have engaged with a couple of influencer modeling pictures and now my IG is full of lingerie models.*<br><br>*IG can help by preventing me from this situation OR helping me 'clean up' my experience* | *I actively seek out "alternative" news and have my Instagram experience catered to my needs.*<br><br>*I do not want IG to actively interfere with my experience.* |

Note: Why do we care about intent? See Appendix

9

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00695296

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00695297

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00695298

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00695300

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00695301

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00695303