# AMENDED Exhibit 251

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

METAMAAG-008-00791941

## Metadata

| All Custodians | Cheng_Justin | SEMANTIC |
|---|---|---|
| Author |  | SEMANTIC |
| Confidentiality | HIGHLY CONFIDENTIAL | SEMANTIC |
| Date | 2020/08/10 | SEMANTIC |
| Filename | Conviction for Daisy H2 2020 Testing on IG | SEMANTIC |
| MDL BEGBATES | META3047MDL-020-00661789 | SEMANTIC |

EXHIBIT 55
depobook.com

# Conviction for Daisy H2 2020 Testing on IG

8/10 IG Leads Daisy Review Summary

Daisy will not ship on IG without convincing FB to also ship a version of it. Since Daisy has been touted publicly as a well being play, we can't only ship it on one app. There may be some wiggle room if there's a strong case that this pain point is specific to teens, who spend more time on IG than FB.

Instagram will need stronger evidence than it had for the February Mark review that Daisy is an important feature for users to convince Facebook to pick Daisy back up.
At the Feb Mark review, it was decided that to be shipped, Daisy must include more popular context than Pure Daisy. The Abbreviated Like Count variant (display like counts for content with over 1k likes) is the strongest candidate for moving forward. IG has tested this variant in Daisy countries (BR/JP/AU/CA/NZ/IE/IT) against other Daisy variants, but never in a well-powered global test or against production, and we've never surveyed users on the experience. Abbreviated Like Count recovers ~50% of Pure Daisy's likes regression.

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-020-00661789
METAMAAG-008-00791941

 Liked by **gregmar** and **others**

Pure Daisy

 Liked by **gregmar** and **thousands of others**

"Spelled out" Popular Content

 Liked by **gregmar** and **10K others**

"Abbreviated" Popular Content
(not in global network test or survey)

Next step: Do we (DS & Research) believe it's possible to gather enough net new info this half to convince FB to invest in Daisy again?

What net new info could we learn this half with another Daisy test?

- Data:
    - Additional power: In the most recent Daisy tests, we chose to test two variants using a cluster network test. Both the decision to run a cluster test and the decision to run two variants came at the tradeoff of wider error bars. Since the cluster results were fairly similar to the user A/B test, this half, we could A/B test. And now that we've narrowed on a single variant, we can concentrate all exposures to one variant instead of two.
    - Revenue:
        - Abbreviated Like Count may recover some of the losses, given that we know it recovers many likes.
        - The wide error bars around Pure Daisy's revenue regression (- %±0.9%) could be reduced through another test, described above. With a test exposed to 2% of users, we could reach a MDE of 1% Feed EBR. With a 10% test, 0.5% MDE.

- US teen model: The new and improved US teen model may improve our ability to understand teen's behavior on Daisy among the 22M Teen DAP in the US. In particular, we may be able to assess with more certainty if Daisy impacts teen creation (6.8% PR) and deletion (1.9% PR).
- Research:
    - Highly active teens (HAT) meaningful time spent: HAT may find their Daisy time on IG more meaningful if there is additional popular context for media with over 1k likes.
    - Positive validation vs negative social comparison: Previous Daisy surveys did not differentiate between positive and negative social comparison.
    - US teen model: Increased model precision may allow for gathering more teen responses with less noise.
    - IG brand sentiment: This hasn't been measured in previous tests.
    - Popular content detection: The biggest user pain point in Pure Daisy is the inability to detect popular content. The Abbreviated Like Count variant should somewhat address this.
- Ecosystem changes:
    - Reels:
        - Launching Daisy may have long term design implications for where we display metrics on Reels and how users interact with it.
        - Early Deltoid results for Reels + Daisy
            - Since Daisy reduces Explore time spent by -0.6%±0.3%, it also reduces Reels thumbnail impressions by -0.8% ±0.3%.
            - Surprisingly, Daisy increases likes on Reels by 1.4%±0.6%, perhaps because the Reels viewer is one of the few places that Daisy users see like counts.
    - Feed Recs: The lack of popular context in Pure Daisy regresses DAP by -0.015% with Feed Recs.
    - Shopping Tab: Identifying popular content will likely be important for Shopping's success.

Contact Support

# Conversation History

Quipbot#01 left the thread Aug 8 at 10:42 am

---

Quipbot#01 locked edits on the document Aug 8 at 10:36 am

---

Quipbot#01 Aug 8 at 10:36 am

=====IMPORTANT=====

This Quip file has been copied to Google Workspace (https://docs.google.com/document...) as part of the Quip2Google migration efforts. Quip is moving to Read-Only. Please work in the new Google file moving forward.

Learn more

https://fb.workplace.com/groups...

Questions?

Visit the Quip2Google Migration Feedback Group (https://fb.workplace.com/groups...).

Note

New edits in this Quip file will NOT be automatically synced to Google Workspace.

---

Quipbot#01 added Quipbot#01 to the thread Aug 8 at 10:41 am

---



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-020-00661792
METAMAAG-008-00791944

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-020-00661793
METAMAAG-008-00791945



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-020-00661794
METAMAAG-008-00791946



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-020-00661795
METAMAAG-008-00791947



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00661796



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-020-00661797
METAMAAG-008-00791949



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL
META3047MDL-020-00661798
METAMAAG-008-00791950