# AMENDED Exhibit 255

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Central Well-being

## Goals of the product audit

1. **Familiarize the team** with the product space and latest best practices

2. **Highlight gaps** in our existing **product solutions**, to suggest reasonable areas of opportunity

3. Shine light on **how we might approach People Problems** and the problem space. Ex:

   a. For PU, the audit demonstrated the need for boundaries around the space and a success statement.

   b. For SSI, the audit surfaced areas where we lack consistency across our existing interventions.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-01167629

Central Well-being

# Problematic Use

Ideation Session | CWB x IGWB

HIGHLY CONFIDENTIAL (COMPETITOR)

## Agenda

1. Team introductions

2. Problematic Use: Problem Space Context

3. Specific Areas of focus

4. Brainstorm

5. Next steps / (TBD) Discussion

HIGHLY CONFIDENTIAL (COMPETITOR)

Central Well-being

## This does not address:

1. **Maturity** of the solutions presented, which will come from our success definitions and frameworks

2. Very early-stage Meta **concepts still in the ideation** phase

HIGHLY CONFIDENTIAL (COMPETITOR)

Well-being

## Context

## Problematic use is a perceived lack of control over technology use with negative life impact. [1]

(e.g. sleep, parenting, social relationships, or productivity).

META3047MDL-047-01167633

Well-being

## What success looks like (updated)

People have the tools that they need and are empowered to control their time and experiences on our platforms. [2]

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-01167634

Well-being

## What success looks like

People feel their time on the platform is worthwhile and are empowered to manage their experiences.[2]

HIGHLY CONFIDENTIAL (COMPETITOR)

Well-being

## Common narratives [3]

1. Social media is addictive

2. Facebook disconnects people from real social interaction

3. Time spent on social media has negative implications on behavior and health



Well-being

## Examples of criticized product mechanics

- Endless feeds
- 'Slot machine' pull-to-refresh
- Auto-play mechanisms
- Notifications & actions that happen 'to you'
- "The Algorithm"

SCA

META3047MDL-047-01167638

Well-being

## Challenges

- Problematic Use is difficult to measure, in part because there's no widely-shared definition

- Many of these experiences overlap with other well-being pillars, like Bullying & Harassment, or Meta initiatives, like integrity.

- Current measurement relies heavily on self-reporting and recall

- ~~We're not aligned on a definition of success~~

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-01167639

Well-being

## A proposal: How we get to product opportunities

1. Define what the problem(s) look like for Problematic Use
   a. Start with our definition
   b. Identify existing solutions and the actions/behaviors they support, reverse-engineer problem themes

2. Assess: Are current solutions enough? If yes, ensure parity of existing solutions in relevant spaces. If no, create novel solutions to fill gaps

3. Ask: Are there entirely unaddressed themes?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-01167640

Well-being

## Based on this approach and the following audit, People Problems:

1. I don't have control over the amount of time I spend on [Meta products].
   a. I spend more time than I'd like to (rabbit-holing, doom scrolling)
   b. I'm afraid I'm missing out on something I'd want to see (Content FOMO, checking, refreshing).
2. I feel pressure to respond to other people interacting on the platform (Ex. Anxiety to address notifications)
3. I don't have control over the content I see [on Meta products]
4. Meta problem: People are not aware of the tools available to set necessary boundaries.

HIGHLY CONFIDENTIAL (COMPETITOR)

Well-being

## Based on this approach and the following audit, proposed themes / people problems:

1. **Problematic time spent:** I spend more time than I'd like to on [Meta products].

2. **I feel pressure to respond** to other people interacting on the platform (Anxiety to address notifications)

3. I'm afraid **I'm missing out** on something I'd want to see (Content FOMO).

4. **Meta problem:** People are not aware of the tools available to set necessary boundaries.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-01167642

Well-being

## Solutions Gaps

**Existence of product work, not maturity of the product solution

| | Facebook App | Instagram | Messenger | Oculus / RL | WhatsApp | Necessary Parity | Company-level Solution Opportunity? |
|---|---|---|---|---|---|---|---|
| Features: Tools, Resources & Interventions | | | | | | | |
| **Endless Scrolling** | Tested | Tested | N/A | N/A | N/A? | Probably not achieved | No? |
| **Time Spent: Pull** | Yes | Yes | N/A? | No | N/A? | No | Yes |
| **Time Spent: Push** | No | No | N/A | No | N/A? | ? | TBD |
| **Tools for focus/time away** | Limited | No | No | No | N/A | No | Yes |
| **Content FOMO** | Limited | Limited | N/A? | N/A? | No? | ? | TBD |
| **Auto-play options** | Limited | No | N/A | N/A? | N/A | ? | TBD |
| Amplification | | | | | | | |
| **Achieved X awareness success** | Some | No | No? | No | No | N/A | N/A |

META3047MDL-047-01167643

Well-being

# Internal

## Product Audit

The stance we have historically taken is to give people control, but not in a way that hurts metrics.*

- Tools to help people set and maintain boundaries
- Nudges, interjections, and reminders to use tools
- Tools for stepping away
- End endless scrolling

*Of note, a significant milestone was introducing the MSI metric to change how we think about success

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-01167644

Well-being

## FB Control Panel

**What:** FB Agency & Control built the control panel to help people see the content they want in their FB feed, and will continue to iterate in H1 2022

**Theme:** Centralized Agency & Controls

**FACEBOOK**

**Status: Shipped**

Influencer vids
https://www.instagram.com/reel/CXMW9gEpa8E/



Influencer vids
https://www.instagram.com/reel/CXMW9gEpa8E/

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL-047-01167646



Influencer vids
https://www.instagram.com/reel/CXMW9gEpa8E/

META3047MDL-047-01167647



We're exploring expanding the "Limit Even More" state beyond Explore for teens. This will make it more difficult for teens to come across potentially harmful or sensitive content or accounts in Search, Explore, Hashtags, Reels and Suggested Accounts. We're in the early stages of this idea and will have more to share in time.

Dec 7 2021, https://about.instagram.com/blog/announcements/raising-the-standard-for-protecting-teens-and-supporting-parents-online



Developing new features to make Instagram safer for teens

We'll stop people from tagging or mentioning teens that don't follow them

We'll be stricter about what we recommend to teens in Search, Explore, Hashtags and Suggested Accounts

We'll start nudging teens towards different topics if they've been dwelling on one topic for a while

Earlier this year, we began defaulting teens into private accounts when they signed up for Instagram, and we stopped adults from being able to DM teens who don't follow them.

Now, we'll also switch off the ability for people to tag or mention teens who don't follow them, or to include their content in Reels Remixes or Guides by default when they first join Instagram. We're testing these changes to further minimize the possibility that teens will hear from those they don't know, or don't want to hear from, and plan to make them available to everyone early next year.

Dec 7 2021, https://about.instagram.com/blog/announcements/raising-the-standard-for-protecting-teens-and-supporting-parents-online

META3047MDL-047-01167649



META3047MDL-047-01167650

Well-being

## Your Time on Facebook

**What:** A place to review time spent, set daily limits, and schedule quiet mode time

**Theme:** Tools for time spent

**FACEBOOK**

**Status: Shipped**



Well-being

## FB Quiet Mode

**What:** A surface for setting quiet mode' which silences notifications for a determined time and supports focus.

**Theme:** Tools for focus

**FACEBOOK**
**Status: Shipped**



Well-being

## FB "Finding Balance" QP

**What:** A top of feed QP that reminds people about the time well spent tools like quiet time and time spent

**Theme:** Nudges & reminders

**FACEBOOK**

**Status:** Shipped





Well-being

## FB Feed New Control Reminders

**What:** FB Agency & Controls is exploring more campaigns to remind people about the new Control Panel and feed options

**Theme:** Nudges & reminders

**FACEBOOK**

**Status:** In planning

Influencer vids
https://www.instagram.com/reel/CXMW9gEpa8E/



Influencer vids
https://www.instagram.com/reel/CXMW9gEpa8E/

META3047MDL-047-01167655



https://fb.workplace.com/groups/igwellbeing/posts/3133910513507316/

Take a Break is now publicly launched on iOS in six countries. Our roadmap for H1 includes expanding on this initial Take a Break launch and launching Topic Nudges. And we have new clarity on our strategy for the space and how we're talking about the work externally. Pavni and Miki have also posted about broader work for teens this fits into. These are all important steps and there are more to come.

THE TAKE A BREAK LAUNCH

Last week we launched Take a Break to iOS users in English languages for 6 countries: US, CA, AU, NZ, IE and UK. The control is available to all users as part of our Time Spent dashboard (via the profile menu from "Your Activity" or "Activity Center"). We also have a contextual upsell for teens based on stated age.



Influencer vids
https://www.instagram.com/reel/CXMW9gEpa8E/

HIGHLY CONFIDENTIAL (COMPETITOR)



Lastly, our research shows — and external experts agree1,2 — that if people are dwelling on one topic for a while, it could be helpful to nudge them towards other topics at the right moment. That's why we're building a new experience that will nudge people towards other topics if they've been dwelling on one topic for a while. We'll have more to share on this, and changes we're making when it comes to content and accounts we recommend to teens, soon.

Launch in H1 plan
Dec 7 2021, https://about.instagram.com/blog/announcements/raising-the-standard-for-protecting-teens-and-supporting-parents-online



We're also developing a new educational hub for parents and guardians that will include additional resources, like product tutorials and tips from experts, to help them discuss social media use with their teens.

Dec 7 2021, https://about.instagram.com/blog/announcements/raising-the-standard-for-protecting-teens-and-supporting-parents-online

Well-being

## Horizon Safety Center

**What:** Horizon is building a Safety Zone for users who are having a negative experience and need recourse. Early focus is on B&H, but "quiet time" is planned.

**Theme:** Tools

**RL**
**Status: In development**



Influencer vids
https://www.instagram.com/reel/CXMW9gEpa8E/



Influencer vids
https://www.instagram.com/reel/CXMW9gEpa8E/

    META3047MDL-047-01167661



Well-being

## Facebook App's Meaningful Social Interactions

**What:** In 2018, we announced a new metric for Facebook to focus our experiences on connections with people you care about.

**Theme:** Metrics

**FACEBOOK**
**Status:** Shipped

Influencer vids
https://www.instagram.com/reel/CXMW9gEpa8E/

HIGHLY CONFIDENTIAL (COMPETITOR)

Well-being

# External
**Product Audit**

HIGHLY CONFIDENTIAL (COMPETITOR)
META3047MDL-047-01167663



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-01167669



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



META3047MDL-047-01167673



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-01167682

HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-01167691



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-01167695