**AMENDED** Exhibit 257


# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

# LIGE-WPR: Listwise Generator and Evaluator for Reranking and Blending Optimization on FBR

August 14th, 2023 (Mon)

∞ Meta



HIGHLY CONFIDENTIAL (COMPETITOR)

## Agenda

- Why do we explore listwise optimization
- Why do we explore Listwise Generator and Evaluator Framework
- Detailed System Design
- Discuss on new opportunities and system complexities
- Initial results and our understanding of wins
- Future work

HIGHLY CONFIDENTIAL (COMPETITOR)

# Why Listwise optimization

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-208-00051298

# Pointwise Optimization vs. Listwise Optimization

**Pointwise optimization:** aim at optimizing or predicting user's consumption on a single item. Commonly seen cases include

- ranking model
- prospector model
- retrieval model



**Listwise optimization:** aim at optimizing user's consumption over a list of contents (combinatorial effects of multiple items).
In other words, listwise optimization has a better potential to optimize user experiences in a relatively long run.



HIGHLY CONFIDENTIAL (COMPETITOR)

# Pointwise Optimization and its Problems

*Pointwise estimates each single item, such as c1 has a better ctr than c2, and rank those items greedly (c1, c2).*

- **Does not optimize the overall consumption experience**
  - **Diversity:** feeds may become less diversified; and introduce nessnearsy rules to trade-off between diversity and consumption at each position.
    - like cats => all cat content are ranked higher => my feed is full of cats
  - **Overall Relevance:** feed becomes less and less relevant as they scroll down if results are purely ranked by relevance
    - A highlight of messi at beginning may increase the probability of viewing soccer shoes
- **Trade-off between multiple objectives when blending different types of content**
  - Compromised relevance from unnecessary tradeoff between consumption and social sharing at every impression (sharing is a rare event)

HIGHLY CONFIDENTIAL (COMPETITOR)

# Listwise Optimization and its Advantages

*Listwise optimization optimize combinatorial effects for the generated lists, e.g., the overall watchtime for C2, C3, C1 C4 is better C1,C2,C3,C4*

- **Listwise (contextual) Features:** Listwise introduce contextual features (e.g.,such as what videos has been shown above) to predict item/list 's consumption.
- **Listwise Objectives:** listwise based approach can directly optimize listwise/even session level objectives of a list instead of human rule to tune,
  - The total watchtime of a list,
  - Total vpvs of a list,
  - The diversity of a list,
  - Introduce at least one share?
- **Efficient Trade-off :** With clear listwise objective, we can make clear trade-off and personalized list recommendations

HIGHLY CONFIDENTIAL (COMPETITOR)

# Realize Listwise Optimization:
# Generator and Evaluator Framework

# Industry successfully built Listwise Optimization using Generator and Evaluator Framework

Listwise optimization has received successes in Baidu, Alibaba, Kuaishou, etc.

- o **Baidu first introduces** Sequential Evaluation and Generation Framework for Combinatorial Recommender System (Paper), which gets the **highest Baidu tech award**.
- o **Alibaba** adopts a similar approach in e-commerce and received similar wins
  - GRN: Generative Rerank Network for Context-wise Recommendation (paper). Based on the paper, its 5.2% for PV and 6.1% for IPV
  - Revisit Recommender System in the Permutation Prospective (paper) "Totally, the PRS framework takes only 7.3 milliseconds to obtain the significant 11.0% lift on PV metric and 8.7% improvement on IPV metric".
- o **Kuai/Douyin:** Kauai and Douyin adopts the same approach for doing listwise optimization. (tech sharing in Chinese)

HIGHLY CONFIDENTIAL (COMPETITOR)

# Challenges in Listwise Optimization - Huge Search Space

Imagine we have N items in the inventory and we want to optimize user's experiences over 10 items. The number of options is approximately

$K(K-1)...(K-9) \sim K^{10}$ (much larger than the search space of item-wise optimization); K can be 50/400.

**Key challenge:** How to get rid of such a huge search space?

**Key idea:** adopt the strategy used in retrieval and ranking (pointwise optimization)



# Challenges in Listwise Optimization – Business Logic

In most recommendations system, we have multiple business logics to saify for the returned lists, such as gap rules, and producer values

**Key challenge**: How to satisfy the business rules while enable ML optimization ?

**Key idea:** adopt the the business rules in the list generation approach, every sequence we generate will satisfy the required business rules and evaluator will pick the best of them.



META3047MDL-208-00051310

# We are aware other alternatives:

One Stage Reranking: Directly generating the list from a model using beam search
- It can capture contextual features
- It fails to respect the business rules
- It may not capture overall listwise objectives at each beam step
- Further, it can be integrated with our two-stage approach as model based generator

HIGHLY CONFIDENTIAL (COMPETITOR)

Discuss on new opportunities and system complexities

HIGHLY CONFIDENTIAL (COMPETITOR)

# System Complexity

- Relationship to existing components (retrieval, ranking)
  - In general, we believe the LIGE framework explore gains from combinatorial, which is orthogonal to ranking and retrieval stage.
    - Our gain keeps the same with different ranking launches.
  - We will do experiments to further validate (working with ███ team)

HIGHLY CONFIDENTIAL (COMPETITOR)

Initial results and our understanding of wins

# Key Observations

- Listwise information is useful
- Novel Listwise objectives bring additional values
- Increasing the number of sequences generators we choose from improves our ability to personalize
- We can make efficient trade off with listwie objectives

# This is just the beginning and look for collaboration

We iterative the framework from the following perspectives

- [Generator] Design more and more diversified and efficient generators
- [Evaluator] Capture new contextual information in the models for watchtime, session length, diversity.
- [Listwise VM] Define novel/more effective listwise objectives

We are looking for close collaboration from Product team to iterative the framework from the above perspective.

HIGHLY CONFIDENTIAL (COMPETITOR)

## Ongoing Work



| Task | POC | ETA | MVP |
|------|-----|-----|-----|
| Migrate all models to MVAI | ██████ | P20: 8/25<br>P80: 9/8 | X |
| ███████████████████ | ██ | (Below) | |
| ███████████████████ | ████ | 09/14 | |
| ███████████████████ | ████ | blocked | |
| ███████████████████ | ██ | blocked | |
| ███████████████████ | ██ | 09/8 | X |
| Infra readiness | ████ | 09/8 | X |
| Developer guideline for FBR | ██ | Done | X |
| Monitoring and oncall | Team | 9/8 | X |
| Address FBR feedback/concerns | Team | TBD | X |

META3047MDL-208-00051336

# Acknowledgement

MRS-LIGE and MRS-Infra appreciate the consultation and support from FBR partners



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-208-00051341

# Why Single Generator Is Not Enough? (1/2)

**Q**: One commonly asked question: is it possible that a single sequential generator (or a few generators) can defeat all other generators, such that the evaluator can be thrown out away.

Sequential generator is in the form of $f(c_{t+1} \mid c_t, c_{t-1}, ..., c_0$, user features, other features) .

**A**: No. It can be explained from the following aspects

- **[Theoretical angle]** This sequential generator is essentially a "greed" generator (only look ahead one step or optimize one step). From the perspective of reinforcement learning, it is a greedy policy (only look ahead one step). It cannot be the optimum if we target to optimize the experiences on the whole list.
- **[Practical angle]** Let us consider the same problem in the itemwise optimization. Even in this simpler (search space is much smaller), it is impossible only use one generator to replace all other generators (at least for now). As I know, Alibaba made such a try in retrieval before, but it was not successful.
- **[Industrial practices]** All successful cases in industry (Alibaba, Baidu, Kuaishou) used hundreds of generators.

HIGHLY CONFIDENTIAL (COMPETITOR)

# Why Single Generator Is Not Enough? (2/2)

**Q:** (Follow-up question) What if this sequential generator is a policy learned from RL?

Sequential generator is in the form of $f(c_{t+1} \mid c_t, c_{t-1}, ..., c_0,$ **user features, other features**) .

**A:** In theory, it is possible if the RL problem is solved perfectly, an optimal policy in such form above can be obtained. In practice, it is impossible – imagine AlphaGo, it has learned a policy in such form above, but it just uses it to generate tons of options and let an evaluator (value model if use RL language) to pick up the best one. The fundamental reason lies that the evaluator is much easier to learn than the generator. Another practical factor is that this type of generators are hard to respect the business rules (for example, in CL).

HIGHLY CONFIDENTIAL (COMPETITOR)