# AMENDED Exhibit 258

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT



CONFIDENTIAL

META3047MDL-047-00067096

**Goals of presentation**

| | |
|---|---|
| **Objective** | Early steer on concepts before H2 prioritization |
| | Higher level steer on longer term spotlight opportunities & gauge early conviction |
| **Discussion** | Concepts you have early conviction in or want us to dig into more? |
| | Can leads help open up channels with marketing, partnerships (important figures & 3p apps) teams by aligning with the right POC leads? |
| | Due to time sensitive nature of teen decline (FB saw 50% loss of teens within 2 years) are growth leads aligned that we can move fast on angle changing areas without proven ROI yet? Should we consider XFN structural changes, test fast and pivot early approaches...? |

META3047MDL-047-00067097



CONFIDENTIAL



Controlling the narrative
Strategy overview
Spotlight key opportunities

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



META3047MDL-047-00067102



META3047MDL-047-00067103



CONFIDENTIAL



CONFIDENTIAL



Controlling the narrative
Strategy overview
Spotlight key opportunities

CONFIDENTIAL

META3047MDL-047-00067106



CONFIDENTIAL



CONFIDENTIAL



META3047MDL-047-00067109



META3047MDL-047-00067110



CONFIDENTIAL



CONFIDENTIAL

META3047MDL-047-00067112



CONFIDENTIAL



CONFIDENTIAL

META3047MDL-047-00067114



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

META3047MDL-047-00067118



META3047MDL-047-00067119



CONFIDENTIAL



CONFIDENTIAL



META3047MDL-047-00067122



CONFIDENTIAL



CONFIDENTIAL



META3047MDL-047-00067125



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



META3047MDL-047-00067130



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



META3047MDL-047-00067134



CONFIDENTIAL



CONFIDENTIAL



META3047MDL-047-00067137



META3047MDL-047-00067138



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

META3047MDL-047-00067141



META3047MDL-047-00067142



CONFIDENTIAL

META3047MDL-047-00067143



CONFIDENTIAL

**Leverage school networks**

Our competitors in social connection are leveraging school integrations as a way to keep in touch with their community.

Can we take this a step further and use school networks as a lever for acquisition?



Attaching your college email to your snapchat grants you access to campus specific features



In April 2023, Snapchat has started to partner with several high schools to test new community story features

META3047MDL-047-00067145

How can we position Instagram as integral to navigating school relationships, especially during transition periods?



**Use group profiles for graduating middle schools classes to keep in touch**



**Preview content on logged out and encourage students to join**

CONFIDENTIAL

How can we position Instagram as integral to navigating
school relationships, especially during transition periods?




Use group profiles for
graduating middle schools
classes to keep in touch



Preview content on
logged out and
encourage students to
join

META3047MDL-047-00067147

How can we position Instagram as integral to navigating school relationships, especially during transition periods?



Use group profiles for graduating middle schools classes to keep in touch

Preview content on logged out and encourage students to join

Transition to high school

**Encourage incoming students to connect on their new graduating class profile**

CONFIDENTIAL

META3047MDL-047-00067148

In addition to acquisition, we can leverage school networks for **graph building** after signing up...



Signals we can use:

- **Reverse CI**: using reverse signals from connections that have imported contacts

  ex: If ▮▮▮▮ has imported her contacts and ▮▮▮▮ hasn't but they're determined to be "BFFs" or "close friends" on IG, we can use CI signals from Jess to recommend accounts to Angie.

- **Activity & Engagement**: using a connections activity and engagement (likes, comments, reshares) on IG to populate higher quality rec's.

  ex: If we have no signal on Angie yet, and we've determined Angie and Jess are BFF or CF > we can use Jess's activity to suggest recommendations for content (on Explore and Reels) and account rec's (on any friending surface, Search).

- **Follow / Following data**: We can use the classmates  F/F signals to populate better account recommendations and help new users discover friends and creators faster.

  ex: We can use F/F data from all class members to help with account discoverability in Search. Suggest higher quality rec's in Discover people, SU's, etc. We can also use F/F data to help recommend better content in Reels, Explore, etc.

META3047MDL-047-00067149



CONFIDENTIAL

META3047MDL-047-00067150



CONFIDENTIAL

META3047MDL-047-00067151



META3047MDL-047-00067152