# AMENDED Exhibit 259

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT



# We have to ask users what they think is bad

There are only two ways to determine the relative harm of different types of badness: either Facebook prescribes it or we ask users. That's the premise I am debating in my head right now. We

**EXHIBIT**

**32**

HAUGEN - 9/25/25

Haugen_00012711

Haugen_00012712

Haugen_00012713

Haugen_00012714

Haugen_00012715

Haugen_00012716

Haugen_00012717

Haugen_00012718

Haugen_00012719



Haugen_00012720



Haugen_00012721

Haugen_00012722

Haugen_00012723

Haugen_00012724

Haugen_00012725

Haugen_00012726



Haugen_00012727

Haugen_00012728

Haugen_00012729

Haugen_00012730

Haugen_00012731

Haugen_00012732

Haugen_00012733

Haugen_00012734

Haugen_00012733

Haugen_00012736

Haugen_00012737

Haugen_00012738

Haugen_00012739

Haugen_00012740

Haugen_00012741

Haugen_00012742

Haugen_00012743