# AMENDED Exhibit 263

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

EXHIBIT 3
WIT: Mike Valchenko
DATE: 12-16-24
C. Campbell, RDR CRR CSR #13921

# [IGWB Email Review][Mental Well-being] H1 2022 Goal Methodology Update V2

Thanks for the feedback! Team will keep meaningful adoption and leave as a % but does not believe we have a path to hitting that goal so would like to request we reduce from 0.6% to 0.25% given the tactics we have aligned and prioritized for this half. I have reflected these changes in V2 proposal below:

Revised Summary of recommended H122 Numerical goal changes for IG Mental Well-being:
Original goal: 0.6% weekly active teens with meaningful adoption of mental well-being features (0.843M/
V1 Proposal: ~~4.45M weekly active teens adopting mental well-being features~~
V2 Proposal: 0.26% weekly active teens meaningfully adopting Take a Break or Alt Topic Nudge (0.58M/225M)

Revised Context:

- Team was unable to test Take a Break opt-out by default for new teens due to 'one-way door' principle, but it was used as a high confidence bet in goal planning contributing >80% of teams expected impact for the half

Revised Details:

Numerator: Leave TaB 'meaningful adoption' definition as is (teens sees break reminder and within 1 minute takes a 10 min+ break), Alt Topic nudge adoption = clicked on nudge, or left explore chain after seeing nudge.

Interventions included in goal: TaB and Alt Topic Nudge only

0.26% weekly active teens meaningfully adopting TaB or Alt Topic is seen as a hittable goal, but this will still push the team given the time left in the quarter and other goals the team is working to hit outside of adoption.

How we set the goal, where we are now, and what we predict we'll achieve:

| Product | Estimates used to set 0.6% goal | Current 'Meaningful Adoption' Status | Predicted End of H1 Adoption based on Q2 roadmap + current | % WAU Teens (225M predicted + stated) |
|---|---|---|---|---|
| Take a Break | 790,000 | 226,736 | 408,582 | 0.18% |
| Alt Topic Nudge | 13,000 | 0 | 162,345 | 0.07% |
| Producer hiding likes | 40,000 | 0 | 0 | 0.00% |
| Total | 843,000 | 226,736 | 570,927 | 0.25% |

By roadmap project (disclaimer: predictions are just that):

| Project | Meaningful Weekly Active Teen Meaningful Adoption | % WAU Teens (225M predicted + stated) | Notes |
|---|---|---|---|
| Current TaB | 226,736 | 0.10% | |
| Add predicted teens (world wide, where available) | 73,698 | 0.03% | 1. Also increases denominator, net 0 impact using % 2. We may not be approved for all countries right away, we need to work with the prediction team, but doesn't matter when using % |
| Profile QP (targeted to Teens with at least 1 20min session in last week) | 46,989 | 0.02% | Will need approval from QP platform team and Adam given scale and audience, but has preliminary buy-in from Miki. |
| One-click adoption from upsell | 42,461 | 0.02% | Approved for testing, not necessarily for launch. |
| Break Design Refresh | 17,215 | 0.01% | Possible predictions are too aggressive, we haven't proven we can influence break adherence with creative. |

HIGHLY CONFIDENTIAL (COMPETITOR)

| | | | |
|---|---|---|---|
| Reels Upsell (6EN) | 1,484 | 0.00% | Will need approval for ads regression trade-off. We don't believe we have time to ship beyond 6EN this half. |
| Alt Topic Nudge | 162,345 | 0.07% | Approved for test, could be blocked if tradeoffs are more significant than anticipated or value is lower than hoped. |
| Total | 570,927 | 0.25% | |

TaB

| | A | B | C | D | E | F | G | s |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | Incremental Intervention | Confidence in shipping | % Confidence | Timeline in shipping | Eng Lift | Topline Teen WAU | |
| 3 | Ranked | Explore upsell + Global expansion (Current state through 3/15)) | Complete | | | - | 153,200,000 | |
| 4 | 1 | Sessionization - 3 min (grouping sessions with 3 min gap together) | low | | | low | 153,200,000 | |
| 5 | 2 | Sessionization - 1 min (grouping sessions with 1 min gap together) | med | | | low | 153,200,000 | 6 |
| 6 | 3 | Add predicted teens (world wide) | high | | 4/20/2022 US | low | 153,200,000 | 6 |
| 7 | 4 | One-click adoption from upsell (20min default) | high | 50% | 5/31/2022 | med | 153,200,000 | 3 |
| 8 | 5 | Profile QP (targeted to Teens with at least 1 20min session in last week) | high | 70% | 5/31/2022 | med | 153,200,000 | 6 |
| 9 | 6 | Organic growth + requiring stated age | High | | daily, through H1 | na | 153200000 | 5 |
| 10 | 7 | End of Feed upsell | low | | | high | 153,200,000 | |
| 11 | 8 | Break design refresh | high | | 5/31/2022 | med | 153,200,000 | |
| 12 | 9 | Reels upsell (6EN) | High | | 5/31/2022 | high | 153,200,000 | 5 |
| 13 | | Potential incremental (high confidence bets only) | | | | | 153,200,000 | |
| 14 | | Total Take a break | | | | | 153,200,000 | |
| 15 | | Total Take a Break + Alt Topic Nudge | | | | | 153,200,000 | |

Note: these optimizations can work together (i.e. one-click upsell is better with more upsells) but they are also not 100% incremental as users may see more than one upsell.

Alt Topic

| Intervention | Confidence in shipping | Eng Lift | Predicted Teen WAU (US, CA, NZ, AU) | Projected WAU to See Alt Topic Nudge | Clicked Alt Topic | unique CTR | Abandoned chain | estim aban |
|---|---|---|---|---|---|---|---|---|
| | | | | 4,329,200 | 151,522 | 3.50% | 10,823 | 0.25% |
| Alt Topic Nudge | high | high | 31,600,000 | | | | | |

HIGHLY CONFIDENTIAL (COMPETITOR)

Daisy (Hide Likes)

We will not towards our H1 adoption goal.

| Intervention | Confidence in shipping | Topline Teen WAU | Weekly Active Teens turning off likes | rate | using 225m superset | minus panavision rollout |
|---|---|---|---|---|---|---|
| Producers turning off likes | med (exist, but will decrease with panavision rollout) | 153,200,000 | 960,000 | 0.63% | 1,409,922 | 1,127,937 |
| Viewers with likes off | low (exist) | 153,200,000 | 4,840,000 | 3.16% | | |

Appendix

- Reels upsell sizing: https://docs.google.com/document/d/1Ef93py8dk5iZ2_9ZLOWzlTW4el6-gm2kJOPTs4-B5w4/edit
- Topic Nudge sizing: https://docs.google.com/document/d/1kDo4SYVjT7-ou9gifQWpjuxw1pVE0dC8HtLJMHD-Jwl/edit

| Product | End of H1 Adoption numbers used to set 0.6% goal | Current 'Meaningful Adoption' Status | End of H1 Predicted Adoption | predicted % to original number goal at End of H1 |
|---|---|---|---|---|
| Take a Break | 790,000 | 226,736 | 408,582 | 48.47% |
| Alt Topic Nudge | 13,000 | 0 | 162,345 | 19.26% |
| Producer hiding likes | 40,000 | 0 | 0 | 0.00% |
| Total | 843,000 | 226,736 | 570,927 | 67.73% |

Prior goaling docs:

- TaB https://docs.google.com/spreadsheets/d/1rkP66npil4i-lhfO7HB_U7NfVkyFoElbDwik5aD8ExA/edit#gid=0
- Alt Topic nudge: https://docs.google.com/spreadsheets/d/1oOxpfcO-F9n9l9sFoMl4a1h2r1Kk9f0GnVCc3EJcE0s/edit#gid=0&range=A4

Contact Support

# Conversation History

Quipbot#18 left the thread Oct 14 at 7:58 pm

———

Quipbot#18 Oct 14 at 7:53 pm

=====IMPORTANT=====

This Quip file has been copied to Google Workspace (https://docs.google.com/document...) as part of the Quip2Google migration efforts. Quip is moving to Read-Only. Please work in the new Google file moving forward.

Learn more

https://fb.workplace.com/groups...

Questions?

Visit the Quip2Google Migration Feedback Group (https://fb.workplace.com/groups...).

Note

New edits in this Quip file will NOT be automatically synced to Google Workspace.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00399809



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00399812



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00399813