# AMENDED Exhibit 277

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**From:** ▮▮▮▮▮▮▮▮ [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮▮▮▮▮
**Sent:** 9/5/2017 8:27:13 PM
**To:** ▮▮▮▮; ▮▮▮▮; ▮▮▮▮]; ▮▮▮▮▮▮▮▮]; Antigone Davis ▮▮▮▮]
**CC:** ▮▮▮▮@fb.com]
**Subject:** Re: Next Steps, re: PTA & Facebook (Product Demo/Test)

Great!! Removing ▮▮▮ and ▮▮▮ this thread to save inboxes while we plan in the weeds for next week.

▮▮▮ ▮ ▮▮▮
facebook | communications
▮▮▮▮ | +1 516 729 6528

---

**From:** ▮▮▮▮▮▮▮▮ >
**Date:** Tuesday, September 5, 2017 at 1:22 PM
**To:** ▮▮▮▮ >, ▮▮▮▮, ▮▮▮▮ >, ▮▮▮▮ >, Antigone Davis <▮▮▮▮ >
**Cc:** ▮▮▮▮ >, ▮▮▮▮ >, ▮▮▮▮ >
**Subject:** Re: Next Steps, re: PTA & Facebook (Product Demo/Test)

Hi all! I have an update for you all on test devices. Just wanted to inform you all that 10 iPads and 10 iPhones have arrived at my desk!

Let me know if you need help with the logistics of getting these devices into the hands of PTA folks for the demo/test.

Thanks.

---

**From:** ▮▮▮▮▮▮▮▮ >
**Date:** Wednesday, August 23, 2017 at 1:31 PM
**To:** ▮▮▮▮ >, ▮▮▮▮, ▮▮▮▮ >, ▮▮▮▮ >, Antigone Davis ▮▮▮▮
**Cc:** ▮▮▮▮
**Subject:** RE: Next Steps, re: PTA & Facebook (Product Demo/Test)

Hi ▮▮▮

Excellent, it's on my calendar! I need to reach out to ▮▮▮ to coordinate what we want to do with parents and testing, and am happy to include logistics etc for that as well. Will sync with you offline to see what the easiest path is.

Thank you so much,
▮▮▮

---

**From:** ▮▮▮ ▮▮▮
**Sent:** Wednesday, August 23, 2017 1:15 PM
**To:** ▮▮▮▮ >; ▮▮▮▮ >; ▮▮▮▮; ▮▮▮▮ >; Antigone Davis ▮▮▮▮

**Cc:** ███ ███ ███████████ >; ██████████ ██████████ >; ████ ████ ██████████ >
**Subject:** Re: Next Steps, re: PTA & Facebook (Product Demo/Test)

Hey ███

Yes. Dates are firm and we'd love to have you and ███ attend and help facilitate. Do you want me to reach out to ███ or do you prefer to manage that?

September 12th – PTA in Raleigh, NC. Round Table conversation is at 12:30, Product test in the evening (exact time TBD). Address to follow.
September 13th – Blue Star Families in Virginia Beach. Roundtable is at 12:30, product test at 5:30

We're still working out details. Will send a quip with all logistics shortly. Also setting up a meeting to go through the marketing objectives of the shoot and brainstorm how we could structure the product test to get the footage we're looking for.

Thanks!
███

---

**From:** ███ ██████████ ███ >
**Date:** Wednesday, August 23, 2017 at 9:00 AM
**To:** ██████████████████████████████████████████████████████████████████████, Antigone Davis ██████████████████████████
**Cc:** ████████████████████████████████████████ > ████ ████ ██████████
**Subject:** RE: Next Steps, re: PTA & Facebook (Product Demo/Test)

H██████ and ███

Just wanted to follow-up -- Are the dates firm? If so, I'll work with Barb on developing the moderator guide and book my travels.

So excited,
███

---

**From:** ██████ █████
**Sent:** Friday, August 18, 2017 11:29 AM
**To:** ████████████████████ >; ██████████████████ > ██████████████████████, Antigone Davis <█████████
**Cc:** ██████████████████████████████████████████; █████████████████████████
**Subject:** Re: Next Steps, re: PTA & Facebook (Product Demo/Test)

Following up re: ███ We chatted yesterday and agree it'd be good to have Barb there to moderate. Shouldn't be an issue for filming purposes and her strong 3rd party support would be a good sentiment to have among the attendees. Thanks for checking

CONFIDENTIAL                                                                                                              META3047MDL-014-00125127

**From:** ▮▮▮
**Date:** Thursday, August 17, 2017 at 8:54 AM
▮▮▮ >, Antigone Davis
**Cc:** ▮▮▮
**Subject:** Re: Next Steps, re: PTA & Facebook (Product Demo/Test)

We are still working out details with the PTA- they are on vacation this week so we're hoping to get more clarity on details like the number of attendees in the next couple of weeks. How much lead time would you need to have final attendee numbers (or at minimum a confident estimate)?

I'm not totally sure if we'd want to have ▮ there to moderate- would it be easier if she could come or just a nice to have? The reason is that we are trying to demonstrate that we tested with a diverse number of orgs and groups of kids, and we'll also be taping so I'm not sure if it would be odd to have Barb in this footage as well. ▮ and ▮ what do you think?

Lastly, I wanted to let everyone know that we might have another day of testing in Virginia Beach the next day (September 13) with Blue Star Families. This one is less solidified and we haven't been able to connect with them just yet, but wanted to put it on your radar that we may be doing a two-state tour that week if it fits with everyone's schedules.

Thanks all!

▮

---

**From:** ▮▮▮
**Date:** Thursday, August 17, 2017 at 8:36 AM
**To:** ▮▮▮, Antigone Davis <▮▮▮
**Subject:** RE: Next Steps, re: PTA & Facebook (Product Demo/Test)

Hi all,

For test devices, how many kids and how many parents? @▮ – it would be best to call them Parent 1, Parent 2, … and Child 1, Child 2 etc so they don't get confused with the names.

@▮ – do you want me to reach out to Barb to see if she can attend? I am happy to moderate. Let's get together so I can figure out what would be most useful to you!

▮

---

**From:** ▮▮▮
**Sent:** Wednesday, August 16, 2017 5:52 PM
**To:** ▮▮▮ >; ▮▮▮ >; ▮▮▮ >; ▮▮▮ ; Antigone Davis <▮▮▮
**Cc:** ▮▮▮
**Subject:** Re: Next Steps, re: PTA & Facebook (Product Demo/Test)

We proposed that we'd have from 10-15 families at the event trying out the app. So I'd say if we could get 15 devices that would be enough, but if it's not possible we could work around it and have the families try out the app in a staggered way. @Antigone Davis and @███ ███ let me know if that's how you were thinking about it as well.

To your point below Loren, this is more for demo purposes, so test user accounts should be fine. We don't want to spend too much time on the signup process, as I think we'd want to get them actually playing around with the app rather than spending time setting up accounts etc. More of the style of what we did in the lab in New Mexico.

Let us know what you think would be possible to source and if you need any other info from us.

**From:** ███████████████████
**Date:** Wednesday, August 16, 2017 at 2:02 PM
**To:** ███████████████, ████████ ███████████, ███ ███ █████████████
**Cc:** Antigone Davis ███████████, ██ ██ █████████
**Subject:** Re: Next Steps, re: PTA & Facebook (Product Demo/Test)

Yes, I can help out with supplying test devices, @████ How many attendees do you estimate will need devices?

I will need Research's help with installing Talk on multiple devices ahead of the session ☺

**From:** ████ ███████████
**Date:** Wednesday, August 16, 2017 at 1:24 PM
**Cc:** Antigone Davis ███████████
**Subject:** RE: Next Steps, re: PTA & Facebook (Product Demo/Test)

1. Would love to attend. Karla, we'll work together on this?
2. We can bring devices. ████, can you help out with this? I'm assuming that we'd want to pre-load these devices with Talk and TEST USERS because we're having the parents actually enter in information and play with them? This is more for demo?

...████

**From:** ████████████
**Sent:** Tuesday, August 15, 2017 9:09 AM
**To:** ████ ████ ███████████ >; ████ ███████████████ ; ███ █████████████
**Cc:** Antigone Davis <██████
**Subject:** Re: Next Steps, re: PTA & Facebook (Product Demo/Test)

████ and ████

Wanted to follow up on this and bump it to the top of inboxes. Will something like this be possible for September 12?

**From:** ████ ██████ █████████████
**Date:** Thursday, August 10, 2017 at 9:39 AM
**To:** ████ ███████████████, ████ █████████████
**Cc:** ███████████████████████████, Antigone Davis █████████
**Subject:** FW: Next Steps, re: PTA & Facebook (Product Demo/Test)

Hey guys,

We'd like to do a test day "workshop" with PTA families and film on September 12 in North Carolina. We're working out the exact plan but **would love to know if you want to attend and also if we have devices that we can bring for the families to play with and test.** Wondering if maybe we bring Barb in to do a workshop with these families? ▇ – we'd love for you to facilitate it as well.

Objectives:
- Build trust with parents and with press: get additional proof points that we've tested the app with parents/kids to get feedback. Hear what they have to say.
- Capture footage of PTA families trying out the app and offering testimonials that could be used as press b-roll.

Because they won't have the ability to call friends and family outside of the meeting – thinking we frame this as a workshop.
- Kids could call their parents from across the room and we could walk them through "missions" like ▇ did in usability testing. Would love your help in framing missions as we get closer.
    - Mission: "Take a photo in the room, decorate it especially for your parent, and send it back" Parent will do the same. What creative tools would be fun to add in the future?
    - Mission: "Video call your mom/dad and try out the masks." We'll vote on the funniest mask, the coolest mask, and come up with new mask ideas.
    - Mission: "Use the app to make your kid laugh." "Use the app to send some love". What does that look like? What can we add to the app to help you express how you feel and start conversations?

▇ and I will be putting together a more extensive program concept but wanted to get the green light on devices and if you want to participate.

---

**From:** Kris Carey Prevatte <kprevatte@pta.org>
**Date:** Tuesday, August 8, 2017 at 4:23 PM
**To:** Antigone Davis ▇
**Cc:** ▇ Heather Parker <hparker@pta.org>, ▇
"senglinATwearerally.com" <senglin@wearerally.com>
**Subject:** Next Steps, re: PTA & Facebook (Product Demo/Test)

Antigone, ▇ ▇ –

Glad we could talk yesterday and learn more about your specific plans to support families of young children.

Given that the anticipated new Facebook product will be free and useful to families, PTA is enthusiastic about this opportunity to expand on the original scope of work to put on a *family* round table (demo/test) event.

Logistically, it makes good sense to tack this on to our existing engagement with North Carolina PTA in September. We feel confident in our ability to convene PTA-affiliated families with age-appropriate children for such an event.

Ideally, we think it would be best to have the Family Round Table event on the same day as the Parent Round Table (September 12), scheduled for after school/evening.

While a weekend day can be considered (such the afternoon of either Saturday, September 9, or Sunday, September 10), it poses some logistical hurdles; mainly that PTA, Rally, and FB staff either would need to make multiple trips to Raleigh within a short period, or come in early and stay in Raleigh Sat/Sun-Tues to cover both events.

We'd like to propose a simple one-page amendment to the existing contract for the expanded scope with a supplemental expense line of $10,000 to support this new activity on PTA's side. The supplemental expense will cover:
- PTA staff to liaise with NC PTA and ensure logistics for the Family Round Table event are handled such as venue and room setup per FB specifications, obtaining signed nondisclosures and media releases as needed, refreshments/meal, recruitment of 10-15 eligible parent-child duos (is this the target number or should we adjust?), and modest incentives/swag ("prizes/giveaways").
- Two PTA staff (1 Resource Development, 1 Programs) for onsite support

Do you need this family round table event to be filmed by PTA's contracted film crew or is this an event warranting FB to bring in your own film crew and photographer?

As you know, filming is a rather significant expense, so we are hoping this might be where FB steps in with your own crew and photographer. But if not, we can renegotiate the contract with the film crew we've already hired for the Parent Round Table. Just let us know one way or the other!

Let me know your thoughts, and we'll draft an amendment as a next step.

We are glad to be working with FB and Rally on a project that is ultimately going to help many parents! Thanks for including us.

Warmly,
Kris

**Kris Carey Prevatte**
National PTA | Associate Director, Corporate Alliances
703-518-1228 Desk  | 202-735-7787 Mobile
kprevatte@pta.org | www.pta.org

---

**From:** Antigone Davis
**Sent:** Monday, August 7, 2017 3:00 PM
**To:** Kris Carey Prevatte <kprevatte@pta.org>
**Cc:** [redacted]          Heather Parker <hparker@pta.org> [redacted]; [redacted]; senglinATwearerally.com <senglin@wearerally.com>
**Subject:** Re: Call: PTA & Facebook, re: Product Demo/Test

Thank you.

On Aug 7, 2017, at 1:35 PM, Kris Carey Prevatte <kprevatte@pta.org> wrote:

> Antigone and FB Team,
>
> I have a spotty connection at my current location, so I'm not confident about video streaming. I'll certainly dial in by phone (safest bet here) and do my best to see anything on screen being shared, too.
>
> Warmly,
> Kris
>
> **Kris Carey Prevatte**
> National PTA | Associate Director, Corporate Alliances
> 703-518-1228 Desk  | 202-735-7787 Mobile
> kprevatte@pta.org | www.pta.org

**From:** Antigone Davis <██████████████████>
**Sent:** Monday, August 7, 2017 2:07 PM
**To:** Kris Carey Prevatte <kprevatte@pta.org>; ██████████████ Heather Parker <hparker@pta.org>; ██████████████ >; ████ ██████████████ >██
████ ██████████ >; senglinATwearerally.com <senglin@wearerally.com>
**Subject:** Re: Call: PTA & Facebook, re: Product Demo/Test
**Importance:** High

Hi all,

The team has a deck they want to share with you. Would it be possible to join by videoconference. Here is the dial in information. You should be able to access via your laptops. You might need a few extra minutes to set up access.

Meeting ID: 8371132014
One-touch: (888) 240-2560,,,8371132014#,,,#
To join the Meeting:
https://bluejeans.com/8371132014
To join via Browser:
https://bluejeans.com/8371132014/browser

To join via Phone:
1) Dial:
+1.408.740.7256
+1.888.240.2560(US Toll Free)
+1.408.317.9253(Alternate number)
(see all numbers - http://bluejeans.com/premium-numbers
2) Enter Conference ID: 8371132014

---

**From:** kprevatte@pta.org
**When:** 2:00 PM - 2:30 PM August 7, 2017
**Subject:** Call: PTA & Facebook, re: Product Demo/Test
**Location:** Dial In: 888-585-9008 / Conference Room 697-216-791# / Host ID (Kris): 2494054#

FB/Rally – Note that my Programs colleague Heather Parker who oversees Health & Safety initiatives at PTA is anticipated to join the call as well.

---

**From:** ████████████████████████████
**Sent:** Thursday, August 3, 2017 1:51 PM
**To:** Kris Carey Prevatte <kprevatte@pta.org>; Antigone Davis ██████████████
**Cc:** ██████████████ >; ████ ██████████ ;██████
████████████ ; senglinATwearerally.com <senglin@wearerally.com>
**Subject:** RE: Product Demo/Test
Hi, Kris. If you can send, that would be great. Thanks!

**From:** Kris Carey Prevatte [mailto:kprevatte@pta.org]
**Sent:** Thursday, August 3, 2017 1:40 PM
**To:** ██████████████████ ; Antigone Davis ██████████
**Cc:** ██████████████ ;██████████████
████████████ ; senglinATwearerally.com <senglin@wearerally.com>
**Subject:** RE: Product Demo/Test

3 PM eastern is great. Simone – will you send a call-in number and outlook appointment, or should I do that?

**Kris Carey Prevatte**
National PTA | Associate Director, Corporate Alliances
703-518-1228 Desk | 202-735-7787 Mobile
kprevatte@pta.org | www.pta.org

**From:** ███████████ ███████████
**Sent:** Thursday, August 3, 2017 1:26 PM
**To:** Antigone Davis ███████████; Kris Carey Prevatte <kprevatte@pta.org>
**Cc:** ███████████████████████████████████████>; senglinATwearerally.com <senglin@wearerally.com>
**Subject:** RE: Product Demo/Test

Antigone is available on Monday at 3pm ET for a call. She's booked the other times listed.

**From:** Antigone Davis
**Sent:** Thursday, August 3, 2017 7:25 AM
**To:** Kris Carey Prevatte <kprevatte@pta.org>; ███████████████████████
**Cc:** ███████████████████████████████████████>; senglinATwearerally.com <senglin@wearerally.com>
**Subject:** Re: Product Demo/Test

Excellent, we'll work on getting something set up and send out a calendar invite within those options.

On Aug 3, 2017, at 7:18 AM, Kris Carey Prevatte <kprevatte@pta.org> wrote:

> Hi Antigone,
> Eager to chat about this! Unfortunately I am completely out of pocket tomorrow.
> Pretty flexible next week, though. Some initial options:
> Monday - any time
> Tuesday - 4 pm eastern
> Wednesday - 1-3 pm eastern
> Let me know what can work. Talk soon!
> Kris
>
> Sent from my iPhone
>
> On Aug 3, 2017, at 7:03 AM, Antigone Davis ███████████> wrote:
>
>> Hi Kris,
>> It was so great to see you the other day. Hope you made it home without getting soaked. I am following up on our conversation about potentially having some families test a product. I followed up with the team I had in mind and they are super interested in setting something up. I also think this is something really fun and that families would enjoy. I have copied ███ and ███ on this email and would love to find time for a call to introduce you all and see what we can arrange. Do you have any open time tomorrow?
>> All the best,
>> Antigone

CONFIDENTIAL                                                                                                   META3047MDL-014-00125133