# AMENDED Exhibit 299

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
___

**From:** ████████ [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=████████

**Sent:** 5/5/2017 6:27:12 AM

**To:**



**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":1154204024676135}]

**Attachments:** 17813930_621512224716392_1395838050_n.gif; 18280719_290397174739627_1842920057_n.jpg; 18302338_448922155445198_71683689_n.png; 18309058_10209281884549537_1614334909_n.png; 17619043_1866676073621545_1368338266_n.gif; 13705258_954188831373226_132644590_n.gif; 17813875_1519198301438397_856267973_n.gif; 18337333_1811963605789611_331243226_n.jpg; 18280959_1811999265786045_1045826690_n.png; 18336951_1812025795783392_1046918186_n.jpg; 18302435_1812028989116406_1307730024_n.jpg; 18302188_1812029039116401_40650608_n.jpg; 18302234_1812030699116235_523548721_n.jpg

████████ (5/04/2017 05:40:52 PDT):
>I added the FBAnon question to the Q&A poll again

████████ (5/04/2017 05:41:00 PDT):
>iunno if it was answered yet, I missed a few Q&As

████████ (5/04/2017 05:48:25 PDT):
>it was decided that we weren't going to ask it. What was the reason?

████████ (5/04/2017 05:54:18 PDT):
>People being too scared to ask it live?

████████ (5/04/2017 05:54:40 PDT):
>Iunno I'm not in MPK

██ ██ (5/04/2017 07:27:59 PDT):
>Management will never bring back FBAnon.

████████ (5/04/2017 08:17:44 PDT):
>it's too bad

████████ (5/04/2017 08:17:46 PDT):
>it was a magical place

██ ██ ██ (5/04/2017 08:41:29 PDT):
>Welcome Joel to the last remnants of what used to be fbanon.

██ ██ (5/04/2017 08:41:53 PDT):
>Others can add you to the political chat if that's your cup of tea

██ █ ██ (5/04/2017 08:41:54 PDT):
>\o/

███████████████ (5/04/2017 08:42:13 PDT):
>If it's US-centric I'll stay away, otherwise sure

██████████████████ (5/04/2017 08:55:00 PDT):
>Welcome Joel!

██████ ████ (5/04/2017 09:35:58 PDT):
>Jays post about Referrals pivoted to people complaining about the referral process being a negative
experience for candidates and employees :O

████████████████ (5/04/2017 09:36:30 PDT):
>hi welcome

████████████████ (5/04/2017 09:46:25 PDT):
>Gabriel That is true tho

██████ ████████████ (5/04/2017 09:46:27 PDT):
>link?

████████████████ (5/04/2017 09:46:37 PDT):
>It sometimes takes forever

████████████████ (5/04/2017 09:46:49 PDT):
>Statuses don't update

██████████████████ (5/04/2017 09:47:14 PDT):
>last time I had to straight up relay messages from the recruiter to my friend because nothing was
happening

████████████████ (5/04/2017 09:47:54 PDT):
>and then he never showed up in the tool because reasons, not even sure if i would have gotten the euro
euro bills if he was hired

████████████████ (5/04/2017 09:58:21 PDT):
>Almost every time I've referred somebody, something has gone wrong

████████████████ (5/04/2017 09:58:38 PDT):
>And every time, the recruiter acts like this is a special case and it never happens

████████████████ (5/04/2017 09:58:55 PDT):
>Same here! It's so frustrating

████████████████████ (5/04/2017 09:59:23 PDT):
>I've almost given up unless it's a really strong candidate and now I sell the hiring manager on it first
before putting in the referral. So they end up pushing for it too

██████████████ (5/04/2017 09:59:26 PDT):
>(In Seattle) fuck it's hot today! It might even be above 60!

██████████████ (5/04/2017 09:59:36 PDT):
>I reconsidered wearing my sweater

████████████ (5/04/2017 09:59:51 PDT):
>lol

████████████ (5/04/2017 09:59:54 PDT):
>it was almost 80 yesterday

██████████████ (5/04/2017 10:00:07 PDT):
>Like I'd really commit such a fashion disaster as showing people my forearms

████████████████ (5/04/2017 10:00:10 PDT):
>i could actually feel my skin burn for the first time in many many months

██████████████ (5/04/2017 10:00:27 PDT):
>I'd get an HR writeup for making an arousing work environment

██████ ███ (5/04/2017 10:01:11 PDT):
>I referred an Eng manager. The recruiter suggested that she interview as a high IC and transition to
manager once she got here. Then she failed the phone screen because she didn't know PHP well enough for a
high IC position :-P

██████████████ (5/04/2017 10:01:29 PDT):
>Guh

██████ ██████ (5/04/2017 10:01:35 PDT):
>Left hand, meet right hand

███████ (5/04/2017 10:02:14 PDT):
>I referred my phd scientist friend who does stat analysis on populations and how stuff psychologically effects them.

███████ (5/04/2017 10:02:22 PDT):
>Was told we don't hire people like that

█████████████ (5/04/2017 10:02:56 PDT):
>We damn well should

███████ (5/04/2017 10:03:01 PDT):
>I escalated three times

█████████████ (5/04/2017 10:03:09 PDT):
>Well, I guess I'm not that sure we need that

███████ (5/04/2017 10:03:13 PDT):
>people who think about psychological effects?

███████ (5/04/2017 10:03:16 PDT):
>nah

██████████ (5/04/2017 10:03:19 PDT):
>But I'm surprised we don't have sociologists

█████████████ (5/04/2017 10:03:30 PDT):
>Assuming that's the kind of person you mean

████ ████ (5/04/2017 10:03:46 PDT):
>Also surprising that we don't have a chief economist

█████████████ (5/04/2017 10:03:46 PDT):
>I do know of one psych PhD who works here

████████ (5/04/2017 10:04:03 PDT):
>Social psych I think. Not my field so that might make as much sense as "data bash rust engineer"

███████ (5/04/2017 10:04:29 PDT):
>i wish we had someone who could say "bombarding women with a message on how to become pretty multiple times per day is bad for their mental health"

███████ (5/04/2017 10:04:38 PDT):
>not good for the company though

████████ (5/04/2017 10:05:08 PDT):
>But it's good for our financial health. That's proven over a century.

███████ (5/04/2017 10:05:08 PDT):
>Showing car ads is bad for the earth.

███████ (5/04/2017 10:05:11 PDT):
>"making these messages about how to become pretty look like they're supported from your friends is even worse"

████████ (5/04/2017 10:05:19 PDT):
>Allowing republicans to show ads is bad for liberals

████████████████ (5/04/2017 10:05:26 PDT):
>Referrals are horrible here. I've had problems with every referral, including a guy with his Masters in CS, way more accomplishments than me, published papers (I have zero), worked as a PE for years, but he's not technically competent enough for an initial phone screen.

████████ (5/04/2017 10:05:42 PDT):
>Lots of things would be different if the majority of the company gave a shit about their values and not just here to get those stacks bruh

███████ (5/04/2017 10:05:52 PDT):
>yep

████ ████ ██████ (5/04/2017 10:06:01 PDT):
>Aye

████████████████ (5/04/2017 10:06:05 PDT):
>Indeed

████ ████ ████ (5/04/2017 10:06:59 PDT):
>The conclusion of such an investigation may be to shut the site down

████████████ (5/04/2017 10:07:13 PDT):
>

████████ (5/04/2017 10:07:19 PDT):
>Last night I was watching a show on craftsmen in Kyoto and it made me realize I haven't been proud of any of the work I've done here.

████████████ (5/04/2017 10:07:23 PDT):
>let me reach my cliff first

████████ (5/04/2017 10:07:28 PDT):
>I was proud of the things I made at Apple.

████ ████ (5/04/2017 10:07:31 PDT):
>99% of posts are people talking about how beautiful they are and their vacations

████████ (5/04/2017 10:07:34 PDT):
>i was proud of things i did at google for sure

████████████ (5/04/2017 10:07:49 PDT):
>coming in to the "lets try to copy snapchat as hard as possible" team definitely didn't help

████████ (5/04/2017 10:08:08 PDT):
>I'm proud of some things I've done technically

████████████ (5/04/2017 10:08:22 PDT):
>And the fact that I've kept my job here for four years

████████████ (5/04/2017 10:08:42 PDT):
>The consequences of fb, I'm not so sure about

████████ (5/04/2017 10:08:46 PDT):
>im kind of worried how people are going to look at me when i look for my next job when they see i worked at facebook tbh

████████████ (5/04/2017 10:08:50 PDT):
>I still think it's a good for the world in general

████ ████ (5/04/2017 10:09:01 PDT):
>I think FB is a net positive for the world

████████████ (5/04/2017 10:09:10 PDT):
>But there is truth to what people on hn say

████████████ (5/04/2017 10:09:21 PDT):
>Connectedness is a good thing

████████ (5/04/2017 10:09:36 PDT):
>what does that even mean though

████████████ (5/04/2017 10:09:40 PDT):
>But having it centralized and ad supported might not be

████████████ (5/04/2017 10:09:44 PDT):
>any other company by the time they reach our size has very real questions about their effect

████████████ (5/04/2017 10:09:54 PDT):
>not that we shouldn't keep thinking about it

████ ████ (5/04/2017 10:10:24 PDT):
>Facebook as a diary that uses psychological triggers to keep me as a author is a positive force

████████████ (5/04/2017 10:10:26 PDT):
>If only the incentives and network effects were in place for things like diaspora to take hold

████████ (5/04/2017 10:10:28 PDT):
>i spent 5 years at google and had my questions about privacy and surveillance but i never felt i was making people's mental health deteriorate slowly and over time

████ ████ (5/04/2017 10:10:45 PDT):
>I have almost zero pictures or notes of my life pre-Facebook

████████████ (5/04/2017 10:11:03 PDT):
>all my pictures are on google photos, you know, a place where i can store my photos privately

████████ (5/04/2017 10:11:19 PDT):
>and doesn't try to trick me int sharing them publically every day

HIGHLY CONFIDENTIAL (COMPETITOR)

████████ (5/04/2017 10:11:31 PDT):
>pre-facebook was pre-cameraphone

███ ███ (5/04/2017 10:11:54 PDT):
>Google photos has "X years ago today" and other features that were borrowed from Facebook.

████████ (5/04/2017 10:12:17 PDT):
>But yeah there is a lot of overlap now

████████ (5/04/2017 10:12:19 PDT):
>wait did you just say facebook invented x years ago today?

████ (5/04/2017 10:12:36 PDT):
>No, we probably borrowed it from someone else

████████ (5/04/2017 10:12:38 PDT):
>timehop

████████ (5/04/2017 10:13:19 PDT):
>just saying you can't attribute having digital artifacts to facebook rather than having a camera in your pocket every day

████ (5/04/2017 10:14:06 PDT):
>I wouldn't caption the photos and discuss them without FB though

███ ███ (5/04/2017 10:14:18 PDT):
>They would be a collection of pictures that I never looked at again

███ ███ (5/04/2017 10:14:36 PDT):
>I bet 99.99% of google photos can go in cold storage

████████ (5/04/2017 10:15:10 PDT):
>99% of all photos can

████████ (5/04/2017 10:15:30 PDT):
>the one thing i wish they would do is dedupe

███ ███ (5/04/2017 10:15:36 PDT):
>The other 1% are in Facebook

███ ███ (5/04/2017 10:15:41 PDT):
>At least that's the product goal

████████ (5/04/2017 10:15:55 PDT):
>how often do you scroll back in fb?  probably as much as i scroll back in gp

████████ (5/04/2017 10:16:02 PDT):
>like 2-3 times a year

███ ███ (5/04/2017 10:17:08 PDT):
>I get the "X years ago today" almost daily

█████████ (5/04/2017 10:17:48 PDT):
>I never understood why we backed off so hard on scientific psychology and sociology research after the social contagion study. I think we have an unprecedented opportunity to contribute to research in both fields which is arguably a million times more important than making the world more connected.

████████ (5/04/2017 10:19:41 PDT):
>It's scary for a Comp yang to have that power and it may lead to "regulatory risk"

████████ (5/04/2017 10:20:50 PDT):
>oh good, we're going after <13 year olds now?

███ ███ (5/04/2017 10:21:12 PDT):
>zuck has been talking about that for a while

████████ (5/04/2017 10:21:37 PDT):
>yeah it was gross the last time he mentioned it

████████ (5/04/2017 10:21:38 PDT):
>I'm not streaming the all hands (missed the first 20 mins, and now I figure I should just watch the recording). worth watching then it seems?

████████ (5/04/2017 10:21:49 PDT):
>i just tuned in too

████████ (5/04/2017 10:21:58 PDT):
>but my friends are... less than excited about the ideas

META3047MDL-072-00304289

████████ ████████ (5/04/2017 10:22:28 PDT):
>@Mike someone commented in the Lori's gender bias post if we could explore getting high school teenage
girls as interns

████████ ████████ (5/04/2017 10:22:38 PDT):
>:|

████████████████ (5/04/2017 10:22:41 PDT):
>hahaha. link?

████████████ (5/04/2017 10:23:02 PDT):
>im ok with hiring people, but targetting 11 year olds feels like tobacco companies a couple decades ago
(and today)

████████████ (5/04/2017 10:23:16 PDT):
>like we're seriously saying "we have to hook them young" here

████████████ (5/04/2017 10:23:58 PDT):
>https://fb.facebook.com/groups/e/permalink/1466622773393901/?comment_id=1468740833182095 I'm sure it was
a harmless comment, just thought it was funny
shared: http://www.facebook.com/449949138693181

████████████ (5/04/2017 10:23:59 PDT):
>well, to be fair, a lot of other services trying to compete with facebook explicitly target under-13's
and create plausible deniability for knowing their age

████████████ (5/04/2017 10:24:25 PDT):
>yep, doesn't make it any better

████████████ (5/04/2017 10:24:27 PDT):
>he has a point anyway... I think he meant like, are we looking into ways to get more women interested in
STEM from earlier in the pipe than college, which is a valid question to ask

████████████████ (5/04/2017 10:24:42 PDT):
>won't we get sued due to COPPA or whatever?

████████████ (5/04/2017 10:24:57 PDT):
>explicitly called out

████████████████ (5/04/2017 10:25:10 PDT):
>as being a challenge for regulatory reasons related to age verification and parental consent

████████████ (5/04/2017 10:25:53 PDT):
>that intern program is not a bad idea at all.  theres a big diffference between trying to bring other
demographics into good jobs vs trying to get a billion 11 year olds sharing selfies

████████████ (5/04/2017 10:26:13 PDT):
>can't wait to see the leaks on this one

████████ ████████ (5/04/2017 10:26:35 PDT):
>pssh that post already leaked days ago

████████████ (5/04/2017 10:26:38 PDT):
>yeah this will be bad

████████████████ (5/04/2017 10:26:43 PDT):

shared: 17813930_621512224716392_1395838050_n.gif

████████████ (5/04/2017 10:27:14 PDT):
>i thought i couldn't be less inspired than "lets copy snapchat" but they've managed to really outdo
themselves here

████████████ (5/04/2017 10:27:57 PDT):
>i meant the leaks on this all-hands not the post

████████████ (5/04/2017 10:28:07 PDT):
>"Facebook wants to hook 10 year olds" thanks guardian

████████████ (5/04/2017 10:29:16 PDT):
>did he just accidentally say "recrap" instead of "recap"

████████████ (5/04/2017 10:30:49 PDT):

shared: 18280719_290397174739627_1842920057_n.jpg

████████████ (5/04/2017 10:30:50 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-072-00304291

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-072-00304292



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-072-00304295



HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-072-00304297



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-072-00304298



HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-072-00304300

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-072-00304301

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-072-00304303



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-072-00304305