**AMENDED Exhibit 307**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# METAMAAG-008-00016249

## Metadata

| All Custodians | Andrews_Kyle;████████;██████;Hendrix_Kristin;Jimenez_Shayli;████████;Snyder_Kenzie; | SEMANTIC |
|---|---|---|
| Author | ████████ | SEMANTIC |
| Date | 2019/07/25 | SEMANTIC |
| Filename | Instagram Notifications Integrity Settings Research Summary - 7/25/2019 | SEMANTIC |
| MDL BEGBATES | META3047MDL-019-00016249 | SEMANTIC |
| MDL ENDBATES | META3047MDL-019-00016261 | SEMANTIC |

Kenzie Snyder, PhD
2/27/2025
Exhibit 7

# Instagram Notifications Integrity Settings Research Summary - 7/25/2019

The following is an Express Research Summary from Instagram Community Ad-Hoc Research, conducted remotely on July 22nd and 23rd, with six teen participants. Each carried out a mini deprivation and turned off their IG notifications for 24 hours before their interview. Each session was 60 minutes.

---

Objectives:

- To understand which notifications have the highest value
- To inform the development of products that help people feel more in control of their phone use
- To understand comprehension of current notifications settings and options
- To gather feedback on new concepts:
    - Pause All But DM
    - Scheduled

## Relationship with notifications

- All the participants wanted to reduce their smartphone use, and specifically social media, so they could have more time for value activities that they perceived as more productive, such as reading, being outside, and spending time with friends.
- Resolutions to reduce smartphone use were triggered by remarks of parents or friends, combined with noticing how many hours they spent on social media via Apple's Screen Time feature.
- Some participants were sensitive not only to the impact of notifications on them, but on others' perceptions of their notifications, since their parents, friends or coworkers may see their phone screen.
- Most didn't want notifications to appear during certain periods of time, such as during school, during a work shift, while driving, while sleeping, or while they were at social events.

> I feel like I do use [my phone] a lot, but I recognize that I do that, and I'm trying to stay away from it a little bit. I'm trying to spend some time without it. - P1

> I probably used it a little too much, last year, I probably shouldn't have used it as much in class...it was kind of a distraction...the teachers complained. -P2

> I guess I use it a lot, every day, I probably should cut back. I used to read a lot, a lot. Now I'm not reading as much...this summer I've been cutting back a lot, I've been reading.... -P3

> I wish I were on it less, but I do enjoy my phone...I wish that it wasn't an impulse to pick it up mindlessly....I used to do more, read, have other hobbies, my phone has replaced a lot of them...I just want to be on a more regular schedule. I feel like my body suffers because I don't get up and go to sleep at regular times...I can tell, I'm exhausted...I can easily accidentally stay up til 1am on my phone. And not even realize it.. -P5

> Right when Screen Usage came out, I was definitely up in the 8 hours...it kind of made me more aware, even though [cutting] an hour and a half is not that much, I've been trying to cut back...I know I'm making progress, but I know I can do better. I'm not okay with it yet. I spend a lot of unnecessary time whether it's just when I'm bored, scrolling through IG, Snapchatting people, when I could call them or spending my time doing something actually productive....[My relationship with my phone] I wouldn't say toxic but it's kind of a love hate relationship. . -P6

## Instagram notifications

- Participants managed their Instagram notifications via (from least restrictive to most restrictive):
    - Customizing notifications within Instagram - only half were aware of this option
    - Turning off notifications at the device level
    - Silencing their phone, switching it to Do Not Disturb mode, or placing their phone in an inaccessible location
    - Deleting the app to take a break

> I have them on, because if I don't have them on a lot of things would go unnoticed, but most of the time I feel annoyed by them. I recently went through my Instagram specifically and turned off a whole bunch of them. I like when it notifies me about messages, but it kept on notifying me about people I should follow, and it really got on my nerves, because it wasn't even on the account that I use primarily, it was on my side accounts, and I got very frustrated because it was the same exact accounts they were recommending every time, and they were like really random weird accounts too…It's kind of a pain to have to go into each individual account and have to customize each account's preferences. -P5

- Most participants were currently receiving some form of push notifications, and one received only badges. Three had customized their push notifications via Instagram settings, and one had only customized them via specific account pages.
    - A few participants had set up notifications for when a close or best friend posted new content, so they could react and support it right away.
    - Two participants were active users of multiple accounts on Instagram, and although they found customizing settings for each individual account laborious, they did want to be notified differently across their accounts, since they used their finsta/spam accounts differently from their more public-facing account.
- Participants had experienced their "phone blowing up" from Instagram notifications, which was often the trigger to change their notification settings. Some examples included:
    - Getting notified for every interaction with a post by someone with many followers in which they were tagged
    - Getting notified for every Like when posting a photo that many people were interacting with
- Several participants mentioned a connection between desire for notifications and content production activity.
    - For a few, there was a desire for reduced notifications after they had produced content, so the wouldn't be continually alerted about new Likes and drawn into obsessive thinking about metrics and others' response to their content.
    - A few were excited to see notifications after they had produced content, so they could keep track of how people were responding.

> When I'm more active on there, like posting, or like Stories [I turn notifications on]..when I post on my Story, or post Post…just to see if people liked my post, or seeing if I'm getting comments, DMs, interest. -P2

> I think I turned them off because I didn't want to be notified every single time someone liked my post, because if I'd posted, I'd get like hundreds of notifications that I got liked, and I am like, well, I can just check it when I go on Instagram next.. -P6

- A few mentioned taking social media breaks ("cleanse" or "detox") during which time they would delete the Instagram app, for instance. Sometimes, when taking a break, participants did not have a concrete plan as to when they would "return," but sometimes it was for a day to a week.

> I've deleted the app for a few days, a week, just to prove to myself that I could do it, and that I would survive without it. It's not as hard for me as I thought when I just don't have the app." -P5

- When exploring the Instagram notification pausing options, most said they would like to see a broader range of timeframes, including 24 hours and "indefinitely" to meet their occasional needs for time away from Instagram.

> I definitely would want an 'indefinitely' option…maybe like 24 hours or 12 hours…24 hours just like you're doing something for the next day, or you just want a break and not think about it, and not be like, sometimes I see 24 hours and it's like a trial period, and you can see if you like [having it off]…I would call it a notification detox…[I know people] who will delete the entire app or the entire account for a period of time or indefinitely…I know I've gone and said I'm going to do a week of deleting the app but not deleting the account…this may sound weird but after breakups, I know my friends and me, I've gone on a whole detox because I don't want to be reminded and spend my time scrolling through it… -P6

> Um, maybe just add a new option that says pause all notifications until turned off, like indefinitely, until you want it off. -P1

> I wish there was an indefinitely option…and I feel like the hours don't go high enough, maybe it should go 2 4hours, at least up to 24 hours. -P5

### high value notifications

- Overall, notifications were higher value when related to people very close to them, for events that happened more rarely.
- DMs were reported as the highest value notifications across the sample, with some caveats:
    - DMs from group chats were seen as lower value and less important, and potentially annoying and unnecessary, unless a group was coordinating an activity
    - DMs that were just memes or videos shared from the Explore page were seen as less important, especially if they were not accompanied with text that their friend had written to them.

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-019-00016250
METAMAAG-008-00016250

- - - Several teens said that DMs on Instagram did not require a fast response.

> I feel like if someone's messaging me, 'Are you able to hang out today?' or 'What are you doing today?' then they actually want to engage me in a conversation, but if they send me a post I kind of feel like they think it makes me laugh, which it usually does, but it isn't really a conversation starter and is usually a little bit of a waste of time. -P1

> I'm in a group chat, and people are sending all kinds of texts, and I don't like that, I mute it, or leave the group chat...Or if someone's just texting me a lot or just blow me up and I don't want to talk to them, I just mute their conversation too, or I just try to tell them to stop, it's annoying. -P4

> The content that we send is not time pressing, so they understand if you respond twelve hours later, five hours later, anything like that -P6

- Many participants wanted to find out right away when people of interest to them posted something, such as very close or best friends (especially those who posted very rarely), and sometimes influencers or interest accounts such as sports.

> I would say my close friends if they don't post often..with the people who rarely post, I like being sure I see it and I can acknowledge it...social media is an important part of relationships, so showing attention to someone's post or commenting or liking, it does mean something...even if you haven't talked to someone, if you've liked their photo...it means something. -P5

> Usually I would go to my friends accounts and I would change notifications from there. -P1

> [I would] probably [want to get a notification from] my best friend because she doesn't post very often...I want to see what she posted, and if I can comment on it, or something...I like posting comments on people things, positive stuff... probably because I haven't seen her all summer...it makes people feel good when they see a positive comment. -P3

> Just to get notified when my friend posts so I can be the first to like it. -P4

- Comments one one's own post and Tags, were seen as consistently high value. Mentions in Bio were seen as very important and relatively rare, and for this reason they did not object to be notified of these.
- Lower value notifications included: Recommendations, First Posts and Stories, Comment Likes, and most Lives. They didn't want to see Comments and Likes on posts they were tagged in, especially if the person who created the post had hundreds of followers, and unless it was a very close friend's post.
- Participants were mixed on the value of Likes. It seems that those with larger graphs value these individual Likes less.
- The value of being notified of Follow Requests, Accepted Follow Requests, and Friends on Instagram depended strongly on the purpose of their account (e.g. public, private, spam).

### Pause all but dm

- Almost everyone understood how the feature worked. Most were neutral about the having the option, but a few liked it, especially those who received fewer DMs or communicated more with friends on IG.
- Teens found DMs of mixed importance and relevance, and some did not find them urgent at all. Half could not imagine a use case in which they would feel it was important to continue to receive DMs but not other notifications.
- As mentioned, some DMs on Instagram were not important enough for a notification, like memes and brief replies to group chats.

> Probably if I wanted to take a break from social media, and if someone sends me something, I want to be able to look at it, respond, and get off. Because I feel like whenever I do or would want to take cleanses from social media, I would have to tell everyone, 'just so you know, I'm taking a break, not going to be on there,' and if I had that notification, 'Pause all but DM,' I wouldn't really need to do because I wouldn't be as tempted to go on there all the time. I would only see when they sent me something, and that's it." -P5

### scheduled

- Everyone understood that this feature would enable them to set up specific times when they received, or didn't receive, notifications, but participants weren't consistently clear which they were setting.
- Most expected to be able to set up recurring time frames that would be activated on weekdays, and possibly different ones for weekends, so that their notifications would sync with their daily and weekly rhythms.
- Participants understood "Quiet Mode" as defining a time interval during which they would not be receiving notifications.
- Participants expected that when the time interval was over, they would receive one collective push notification summarizing activity while notifications were off.

HIGHLY CONFIDENTIAL (COMPETITOR)                                     META3047MDL-019-00016251
HIGHLY CONFIDENTIAL                                                  METAMAAG-008-00016251

You'd set a starting date and an ending date and then you can have personalized settings from then on. -P1

That's helpful, like for maybe Sundays and Saturdays if I didn't work those days, I probably wouldn't need it on... -P2

I like to kind of chill in the car. I don't want the notifications popping in every second. -P3

This is overall better...you get more control, out of the notifications, and all your notifications that you want to see, and what time you want to see them. -P4

Maybe you don't want to get notifications overnight, or in the morning, I think choosing the slot of time when you DO want to get notifications would be the best. I would probably choose a timeslot in the evening, maybe from 5 to 10 o'clock...I probably wouldn't bother to set up new ones, I would probably want it to be recurring, it would be really cool if you could turn it off for certain days of the week. Maybe weekends are the time when you let yourself spend as much time on social media as you want. -P5

### Recommendations

- Explore ways to make the entry point to Notification Settings more discoverable, and consider additional entry points, such as from account-specific notifications management screens.
- Consider connecting notifications options and settings to production activity, so users can opt in or out of notifications immediately after posting.
- Explore ways to facilitate turning on notifications for content posted by those in one's Close Friends list. Incorporate a pathway to customize account-specific notifications within the Notifications Settings area.
- Consider changing default notification settings to more closely mirror what users consider high value, for instance turning off Recommendations, First Posts and Stories, Comment Likes, and Lives.
- Research Pause All but DMs with adults to understand whether their anticipated use is different from teens'.
- Continue to develop the Scheduled concept:
  - Use a name for the Scheduled concept that clarifies that users are turning notifications off during this timeframe, such as Quiet Mode. Consider testing a variation that allows users to instead set up intervals when notifications are on.
  - Develop and test concept variations that allow users to set up recurring patterns regarding their notifications, and concepts that allow people to pause notifications for multiple days.
- Explore offering a broader range of time-frame options for pausing notifications.
- Consider the value of creating an in-app method of enabling people to suspend notifications indefinitely, since this is a need they have which they currently do through other means, such as deleting the app or changing notifications at the device level. Explore concepts that suspend notifications for longer timeframes, and then provide one notification reminder that this setting has been turned on.
- Do further research with multiple account holders to understand their notifications settings needs.

Contact Support

## Conversation History



████████ opened your conversation with ████████, ████████, ████████,
████████, ████████, ████████,
████████,
████████,
████████ Kristin Hendrix, ████████,
████████ Shayli Jimenez, ████████
████████,
████████, Kenzie Snyder, Kyle Andrews, ████████,
████ Jesse
████████ May 15, 2020 at 8:06 pm

———



HIGHLY CONFIDENTIAL (COMPETITOR)                                           META3047MDL-019-00016253
HIGHLY CONFIDENTIAL                                                        METAMAAG-008-00016253



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-019-00016254
METAMAAG-008-00016254

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-019-00016255
METAMAAG-008-00016255

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-019-00016256
METAMAAG-008-00016256



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL
META3047MDL-019-00016257
METAMAAG-008-00016257

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-019-00016258
METAMAAG-008-00016258



HIGHLY CONFIDENTIAL (COMPETITOR)  
HIGHLY CONFIDENTIAL

META3047MDL-019-00016259  
METAMAAG-008-00016259

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL
META3047MDL-019-00016260
METAMAAG-008-00016260



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-019-00016261
METAMAAG-008-00016261