**AMENDED Exhibit 312**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Notifications' Impact to Sessions and Engagement (WIP)

## TLDR

1 Push notifications impacts *50% of Android DAP and 1/3 of iPhone DAP.* (i.e. 50% of Android DAP and 1/3 of iPhone DAP open FB Blue app via clicking on a push notif or open the app soon after receiving a push notif) [1a]
2 Push notifications contribute to *17% of Android Sessions and 9% of iPhone Sessions* [1b] (sessions here, unless otherwise specified, are foreground sessions)
3 Push sessions are shorter than average, but these sessions:

- have 8 - 29% higher likes and 110% to 170% more Comments in each session [1c]
- do not disproportionally drive the sub-5-sec micro-sessions [2b]
- lead to shorter time-spent in Feed [2d]

    These characteristics are likely related to the fact that most popular push notifications are about feedback and comment, so they are very action-driven and less passive
4 15-20% of sessions(foreground) are shorter than 5-sec, but they only contribute to less than 1% of time [2b]
5 40 - 45% of time-spent are from the 5-6% of sessions lasting longer than 10-min [2c]
6 1/3 of the micro-sessions(<=5sec) have startup status as "CANCEL" or "FAIL", whereas sessions longer than 5-sec only have 20% of cancel or failure rate. [3a]

## Background

A month ago, we identified several issues with App Sessions that made us pivot back to App-Foreground Sessions. The key differences between the former and the latter is that, the former will bridge any background activities shorter than 60-sec, and merge 2 foreground sessions into 1 continuous app session, to accommodate app switching during multitasking. But what we found is that this bridging(sessionization) logic runs into issues when server and client side time-stamps misalign, therefore creating strange logging data artifacts not representative of actual user behavior (this post detailed the issue of added events inflating sessions and impacting DAP up to 1.8M). Besides, the new visitation tracking framework built on Foreground Sessions has given us more reason to pivot back to foreground sessions for better alignment.

Since then, I've been working closely with our DE, ▇, on implementing and testing the notifications logic flowing into the new fct_user_foreground_sessions table (check out ▇'s awesome Release Note for more detail!). This note is divided into 3 parts:

- Part 1 covers high-level Dap, Time-Spent, MSI metrics in the context of Foreground Sessions and attribute the differences to sessions' Push Notifications sources.
- Part 2 digs deeper into the relationship between time-spent and sessions, with a keen focus on looking for drivers of the head-scratching-ly short sessions (<5s)
- Part 3 explores app(Fb4a) startup performance and found convincing evidence that these short sessions are likely performance related.

### Notes , Links, and Acknowledgement

#### Note

1 Most of Part 1 and some from Part 2 will be included in the coming "Notification Ecosystem Analysis – Part 2" that ▮▮▮▮▮▮ is leading, I will link it here once it is released. In the meantime, go check out Part 1 of the series!

# Part 1: Notifications to DAP & Sessions and Engagement

## 1a Push notifications impacts 50% of Android DAP and 1/3 of iPhone DAP

There are broadly 2 ways a user typically interacts with push notifications:
a) Push Click: Clicking on a notification which takes user directly to the destination in app.
b) Push View: Seeing the notification, unlock the phone and open the app manually(a 5-min time window between push sent to session start is applied to capture this behavior).



## 1b Push Notifications Contribute to 17% of Android Sessions and 9% of iPhone Sessions

One key difference between push notification UI on iPhone vs Android is that on Android, notifications not acted on or dismissed stay the lock screen, but on iPhone, once you re-lock the phone, all notifications are cleared from the lock screen. We believe this is a key driver making push notifications much more effective on Android.

HIGHLY CONFIDENTIAL (COMPETITOR)                                    META3047MDL-047-00990651



### 1c Push Sessions are shorter than average but have 8 - 29% higher likes and 110% to 170% more Comments.

The most comment push notifications are *comment and feedback related,* therefore it is unsurprising that these sessions enjoy disproportionally *higher rates of engagement*. Push notifications navigate users directly to their destinations so these visits are more goal and action-oriented. Besides, when a push is sent is also important. This launch post shows that by better optimizing SmartScheduler, we see a 7% lift in conversion.

HIGHLY CONFIDENTIAL (COMPETITOR)                                             META3047MDL-047-00990652

# Part 2: Session Length vs Notif Source

## 2a 25% of sessions are shorter than 10-sec w/ or w/o Push

Looking at sessions length by their notif source(push-click vs push-view), we see that 20% of sessions are shorter than 8 to 11 seconds, regardless of whether the session from push notifications.

## 2b Session length between 6-30 seconds have the highest share from Push

Comparing sessions bucketed by duration and further segmented by session notification sources, we see:
1) sub-5-sec sessions do not have higher % of sessions from push
2) sessions longer than 10-min have the lest % of sessions from push
3) #1 & #2 could be explained by the fact that push sessions tend to be more goal & action-oriented and less passive consumption

## 2c  The 5% of sessions are longer than 10+ min, and they contribute to 40 - 45% of overall time-spent overall, whereas the 12-16% sessions are shorter than 30-Sec but only account for < 8% time-spent.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                          META3047MDL-047-00990653



**2d Push Sessions have substantially less time-spent on Feed**

# Part 3: If push notifications don't explain the micro-sessions (<5-sec), then what does?

### 3a 1/3 of the micro-sessions have startup status as CANCEL or FAIL, whereas sessions longer than 5-sec only have 20% of CANCEL or FAIL rate.

Looking at sessions bucketed by their time-spent, and within each bucket, further segment by sessions' startup status, we see that *sessions lasting 0-5-sec has 28% cancel rate*, much higher than the ~15% for sessions longer than 5-second. What does "cancel" mean here? In short, it's when not all conditions on a surface are allowed time to complete before navigating away from a surface. (more detail can be found [here](#))

▮▮▮▮▮▮▮▮▮▮ astutely points out short sessions could be short because user closed the app before it can load, so this is simply correlational evidence. But she kindly shared this [post](#) that shows faster startups means 0.3% more sessions and 0.15% more time-spent.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                           META3047MDL-047-00990654



## 3b Sessions <= 5-sec have the highest cancel rate, but lower success & fail rate, reflecting the survival bias.

- The graphs below look at session length by 1-sec interval, and segment each interval by startup status.
- *What does the startup statuses mean?* According to this wiki, we track startup by checking to see if all checks/ criteria on a given surface are successful, if any criteria fails, then it is counted as FAIL. If any condition are not yet completed before user navigates away or background the app, then it is logged as CANCEL. (Fail takes precedence over cancel).
- Sessions shorter than 5-sec have the highest CENCEL rate, but have much lower success and fail rate. The biggest drivers of these, according to ▇▇▇▇ ▇▇▇▇▇▇, could be
   - changing his/her mind about launching the app, or fat fingers
- bad performance - app was too slow launch
- user wanted to do something else. maybe they wanted to scroll through feed, but stories wasn't done loading yet, so we recorded a cancel because they started looking at feed and scrolled stories off the page
   - We believe this is related to multiple factors such as low user-intend app-checking behavior, survival bias for high-intend visits, and app performance.
- One learning from ▇▇▇ on Growth Notif is that perf metrics reflect strong survival bias. For example, if we do a better job at notifying you when your best friend commented on your post, you are more willing to wait for the app to load in order to see the comments, so improved notif ranking might results in regression in perf metrics.
- One fascinating idea to understand whether user-intent is a big factor that ▇ proposed is to dig into the relationship between push conversion rate, relationship(coefficient) between notif sender and receiver, session length and startup time.

## 3c Abnormally high cancel rate for sessions length close to startup time, especially for HOT_START_WITH_NETWORK & NON_FIRST_FOREGROUND_WARM_START

After reaching out to ▮▮ and ▮▮▮▮, we learned that, in theory, the start time of a session should be the time stamp when the first foreground event happened, but we will confirm with logging experts.


## 3e Session <= 2-sec from HOT_START_WITH_NETWORK and NON_FIRST_FOREGROUND_WARM_START have <50% success rate and >40% of cancel rate

HIGHLY CONFIDENTIAL (COMPETITOR)                                             META3047MDL-047-00990656

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00990657

HIGHLY CONFIDENTIAL (COMPETITOR)                                              META3047MDL-047-00990658



HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)                                    META3047MDL-047-00990660

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-047-00990661

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00990662

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                META3047MDL-047-00990663

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL-047-00990664

# 1c Push Sessions are shorter than average, but have 8 - 29% higher likes and 110% to 170% more Comments.

The most comment push notifications are *comment and feedback related,* therefore it is unsurprising that these sessions enjoy disproportionally *higher rate rates of engagement*. Push notifications navigate users directly to their destinations so these visits are more goal and action oriented action-oriented. Besides, when a push is sent is also important. This launch post shows that by better optimizing SmartScheduler, we see a 7% lift in conversion.

1) sub-5-sec sessions does do not have higher % of sessions from push

2) sessions longer than 10-min have the lest % of session sessions from push

# 2c The 5% o of sessions are longer than 10+ min contributes , and they contribute to 40 - 45% of overall time-spent overall, whereas the 12-16% sessions <= 30 Seconds are shorter than 30-Sec but only account for < 8% time-spent.

# 3a 1/3 of the micro-sessions are either canceled or failed, whereas sessions longer than 5-sec only have 20% of cancel CANCEL or fail FAIL rate.

Looking at sessions bucketed by time their time-spent, and within each bucket, further segment by sessions' startup status, we see that *sessions lasting 0-5-sec has 28% cancel rate*, much higher than the ~15% for sessions longer than 5-second. What does "cancel" mean here? In short, it's when not all the conditions on a surface is are allowed time to complete before navigating away from a surface. (more detail can be found here)

# 3c Abnormally high Cancel Rate cancel rate for Sessions Length sessions length close to Startup Time startup time, especially for HOT_START_WITH_NETWORK & NON_FIRST_FOREGROUND_WARM_START

After reaching out to ▮▮▮ and ▮▮▮▮, we learned that, in theory, the start time of a session should be the time stamp when the first foreground event happened, need to follow up with ▮▮▮▮ on Startup Time logging

---

▮▮▮▮▮▮ renamed Notifications' Impact to Sessions and Engagement to Notifications' Impact to Sessions and Engagement *Nov 15, 2018 at 1:06 am*

▮▮▮▮▮▮ edited *Nov 15, 2018 at 2:47 am*

# TLDR

HIGHLY CONFIDENTIAL (COMPETITOR)

1 Push notifications impacts *50% of Android DAP and 1/3 of iPhone DAP* [1a]

2 Push notifications contribute to *17% of Android Sessions and 9% of iPhone Sessions* [1b] (sessions here, unless otherwise specified, are foreground sessions)

3 Push sessions are shorter than average, but these sessions:

- have 8 - 29% higher likes and 110% to 170% more Comments in each session [1c]
- do not disproportionally drive the sub-5-sec micro-sessions [2b]
- shorter time-spent in Feed [2d]

These characteristics are likely related to the fact that most popular push notifications are about feedback and comment, so they are very action driven and less passive

4 15-20% of sessions(foreground) are shorter than 5-sec, but they only contribute to less than 1% of time [2b]

5 40 - 45% of time-spent are from the 5-6% of sessions lasting longer than 10-min [2c]

6 Even though push sessions tend to be shorter, they do not disproportionally drive the sub-5-sec micro-sessions [2b]

7 1/3 of the micro-sessions(<=5sec) are either canceled or failed, whereas sessions longer than 5-sec only have 20% of cancel or fail rate. [3a]

## 1b Push Notifications Contributions Contribute to 17% of Android Sessions and 9% of iPhone Sessions

The most comment push notifications are *comment and feedback related,* therefore it is unsurprising that they have these sessions enjoy disproportionally *higher rate of engagement*. Push notifications navigate users directly to their destinations so these visits are more goal and action oriented. Besides, push tends to be sent when a notif push is generated, not when a user sent is most available also important. This launch post from Growth Notifications team shows that adding time-of-day increase engagement by better optimizing SmartScheduler, we see a 7% lift in conversion.

Looking at sessions length by their notif source(push click source(push-click vs view) push-view), we see that 20% of sessions are shorter than 8 to 11 seconds, regardless of whether the session from push notifications.

## 3a 1/3 of the micro-sessions are either canceled or failed, whereas sessions longer than 5-sec only have 20% of canceled cancel or failed sessions fail rate.

Looking at sessions bucketed by time, and within each bucket, further segment by sessions' startup status, we see that sessions lasting 0-5-sec has 28% cancel rate, much higher than the ~15% for sessions longer than 5-second. What does "cancel" mean here? In short, it's when not all the conditions on a surface is

allowed time to complete before navigating away from a surface. (more detail can be found here)

Case 4:22-md-03047-YGR    Document 2758-18    Filed 02/20/26    Page 20 of 20

## 3d 3b Sessions <= 5-sec have the highest cancel rate, but lower success & fail rate, reflecting the survival bias.

The graphs below looks sessions look at session length by 1-sec length time interval, and segment each interval by startup status. Session Sessions shorter than 5-sec has the highest cancel rate, but much lower success and fail rate, which is likely explained by survival bias - i.e. users with stronger intent to visit are more willing to wait. (double check with ▮)

Interactive ANP

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-00990667