# AMENDED Exhibit 314

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

**Document Provided in Native Format**

HIGHLY CONFIDENTIAL (COMPETITOR)

# EARLY TEEN ILLUMINATION QUALITATIVE RESEARCH

- Full Summary
- December 4, 2017

# TABLE OF CONTENTS
# EARLY TEENS

1 Executive Summary

2 Early Teen Lifestyle

3 Early Teens and Instagram

4 Territories

5 2018 Recommendations



# EXECUTIVE SUMMARY

3

# EXECUTIVE SUMMARY

- It's a small world - activity and thinking are school and home-life centric
- Early teens progress thru three phases: 11-12yo are humor-hungry, 13yo indulge in the paradox and drama of life, and 14-15yo are on an identity quest.
- Two major shifts at age 13:  1) The door to the external world opens;  2) Self-led curiosity and discovery become driving forces
- Top struggles:  1) Developing confidence & feeling secure;  2) Non-familial relationships;  3) Creating self-identity; 4) Scheduling imbalance (11-12yo bored; 13-15-year-olds over-programmed)

4

# EXECUTIVE SUMMARY CONT'D

• Social media and IRL moments are equal sources for understanding what's new/on-trend

• NOW= two things, both of which matter and IG only supports one. 1) NOW= external news and trends (IG owns);  2) NOW= what my friends/peers are doing at this moment (SC/WA owns).

    Friend/peer now-ness is IG Achilles' heel - IG significantly weakened by early teen judgment and unwritten rule of "less    is more".  IG now-ness propped up by top accounts

• #1 IG barrier, caused by #1 Teen tension— Confidence.  Fighting thru hormones, peer judgment, a need to fit in and pressure to impress boys/girls— all while identity questing.

• IG opportunities:  1) Keep the Attention— interactivity + relevance;  2) Be a Place of comfort/acceptance— more teen stuff & less judgy comments;  3) YouTube product parity— relevant auto-video/content experience trends.

# BACKGROUND AND METHODOLOGY

| | |
|---|---|
| **OBJECTIVE** | Understand early teens and create illumination foundation. Foundation that will inspire high impact marketing messages and campaigns that drive Instagram platform production and engagement and bring in new users |
| **TARGET** | Early teens ages 11-15, mix of gender and IG usage or interest |
| **METHODOLOGY** | • Ethnographies, in-home friends parties, focus groups, pre-session homework including deprivation exercise<br>• Markets: US (LA and Chicago), UK (London), Brazil (Porto Alegre, Recife)<br>• Total of 220 early teens<br><br>*Learnings apply to all countries unless noted<br>*No IG-specific questions asked among A11-12 |



# EARLY TEEN LIFESTYLE

7



DAILY HIGHS AND WHAT'S COOL

8

# HIGHS OF THE DAY



**SLEEP**
- Going to bed late, sleeping in late

**ANIMALS**
- Puppies, dogs, cats anything cute

**ESCAPES – SPORTS AND MUSIC**
- Sports such as baseball, soccer, football, scooters, BMX/biking, etc.
- Reading for a sub-segment
- Relaxing
- Listening to music
- Social media exploration and discovery

**CLOSE FRIENDS AND SOCIALIZING**
- Lunchtime at school – we are free to connect with friends and socialize
- Parties, proms, school dances
- After-school at friends house or local hot spot

**MINI-BREAKS FROM SCHOOL**
- Fridays, the weekends
- When homework is 100% finished
- No homework
- Coming home from school and… hanging with friends, video games, getting on social media with friends

**FOOD WITH FRIENDS**
- Fast food
- Yogurt shops
- New foods

**ENTERTAINMENT**
- Netflix
- YouTube
- Watching TV
- Videogames

# WHAT'S COOL

**10 'HOT TOPIC' AREAS:**



**INFORMATION SOURCES: SURROUNDED BY SOURCES (360°)**

**Social Media Apps**
• Instagram, Snapchat, YouTube (posts, comments, celebs)

**IRL school and friends' houses**
• Peer talk, observing in the halls

**Other apps**
• Sky sports, BuzzFeed, CNN, Daily Mail, BBC News, ABC, TMZ

"

"

"The plug! The someone knows everything the person you go to the person that has connections, hooks you up with everything, knows what's going on - what's new, those guys are called the plug."

- ██████ 13, Chicago

Memes are the love of our generation.

- ██ friend party, 15, Chicago



BRINGING 3 EARLY TEEN GENERATIONS TO LIFE

11



# MEET ▮▮▮▮▮ (11-12 YEARS OLD)



| DAILY ACTIVITIES | School + home centric |
|---|---|
| DEFINING CHARACTERISTICS | Fun + Humor |
| SOCIAL AUDIENCE | 1-2 BFFs in neighborhood |
| SOCIAL MEDIA BEHAVIOR | **One way entertainment** such as Netflix, You Tube<br>**Sharing/messaging** with BFF<br>**Boredom Busters** - playing games, filters, memes |
| ROLE MODEL | Older Sibling |

13



# MEET ███ (13 YEARS OLD)



| | |
|---|---|
| **DAILY ACTIVITIES** | Yogurt shop or mall after school |
| **DEFINING CHARACTERISTICS** | Paradoxes + drama<br>Freedom vs. responsibility, Insecurity vs. confidence |
| **SOCIAL AUDIENCE** | Friend circle<br>Soccer buddies or dance friends I feel comfortable around |
| **SOCIAL MEDIA BEHAVIOR** | Group and video chat<br><br>Spam "dear diary" sharing<br><br>**Escape** into exploration and discovery |
| **ROLE MODEL** | YouTuber or Celebrity |

15



– 14 TO 15 YEAR OLDS

# MEET ████ (14-15 YEARS OLD)



| | |
|---|---|
| **DAILY ACTIVITIES** | Weekend day trips in nearby cities without parents |
| **DEFINING CHARACTERISTICS** | Self discovery + individuality |
| **SOCIAL AUDIENCE** | Finding my tribe<br>Many friend circles IRL and common interest friends to find what feels right |
| **SOCIAL MEDIA BEHAVIOR** | Exploration and discovery to escape<br><br>Exploration and discovery for self identity<br><br>Networking connections + new friends with common interests |
| **ROLE MODEL** | Expert in interest area |

17

# 3 GENERATIONS OF EARLY TEEN – ONE PAGER

| Name | Full of Fun-sense (11-12 year olds) | Licensed to Socialize (13 year olds) | Identity Quest (14-15 year olds) |
|---|---|---|---|
| Analogy | Cocoon | Turtle peeking head out | Butterfly spreading wings |
| Daily activities | School + home centric | Yogurt shop or mall after school | Weekend day trips in nearby cities without parents |
| Defining characteristics | Fun + Humor | Paradoxes + Drama<br>Freedom vs. responsibility<br>Insecurity vs. confidence | Self discovery + individuality |
| Social Audience | 1-2 BFFs in neighborhood | Friends circle<br>(Soccer buddies or dance friends) I feel comfortable around | Finding my tribe<br>Many friend circles IRL and common interest friends to find what feels right |
| Social Media Behavior | One way entertainment such as Netflix, You Tube<br><br>Sharing/messaging with BFF<br>Boredom Busters - playing games, filters, memes | Group and video chat<br><br>Spam "dear diary" sharing<br><br>Escape into exploration and discovery | Exploration and discovery to escape<br><br>Exploration and discovery for self identity<br><br>Networking connections + new friends with common interests |
| Role model | Older Sibling | YouTuber or Celebrity | Expert/professional in interest area |

# REMINDER : OVERLAP EXISTS

There are many things that all age groups enjoy, the difference is time dedicated to each



AGE 11-12
AGE 13
AGE 14-15

HUMOUR
(gaming, movies, memes)

SOCIAL GROUPS
(checking feed, discovery)

INDEPENDENCE
(discovering new people, places, experiences)

| ☺ MEMES |
|---|
| ▶ YOUTUBE |
| NETFLIX  NETFLIX |
| ♫ MUSIC |
| 👻 SNAPCHAT |
| 📷 INSTAGRAM – CONSUMPTION |

19



SOCIAL MEDIA LIFESTYLE

# SOCIAL MEDIA JOURNEY

Legend: ■ High   ■ Medium   □ Low

| | | | | 11-12 YEAR OLDS **HUMOR** | 13 YEAR OLDS **DRAMA** | 14-15 YEAR OLDS **IDENTITY** |
|---|---|---|---|---|---|---|
| **ALONE, 1:1** | | WATCHING/ GAMING | Netflix, PlayStation, YouTube — MOVIES \| FUNNY VIDEOS \| GAMING WITH FRIENDS | High | Medium | Low |
| | | CHECKING FEED | Instagram — CHECKING FEED \| TRACKING CELEBS/YOUTUBERS | High | High | High |
| **INNER CIRCLE** | | MESSAGING | Snapchat, Instagram, FINSTA — TEXTING \| MEMES \| BFF CHAT FILTERS \| FINSTA | High | High | High |
| | | GROUPS / GROUP CHAT | Snapchat, Houseparty — COORDINATING MEET-UPS \| GROUP SHARING \| GROUP CHAT \| GROUP VIDEO CALLS | Low | High | Medium |
| **BROAD-CASTING** | | DISCOVERING PASSIONS / INTERESTS EXPLORING / NETWORKING | Instagram — EXPLORER TAB \| HASHTAG \| FINDING NEW/INTERESTING PEOPLE | Low | High | High |
| | | POSTING | Instagram — STORIES \| LIVE \| FILTERS \| PICTURES \| MEMES \| *POSTING* | Low | Medium | Low |

21

# COUNTRY DIFFERENCES



## US

YOUNGER FOR LONGER
NO DOWNTIME
MORE TRAVEL
STARBUCKS HANGS
THE TBH EFFECT
NEIGHBORHOOD NEST



## BRAZIL

EXTENDED FAMILY = NUCLEAR FAMILY
MORALISTIC
KINDNESS CULTURE
MORE DOWNTIME
HIGHER BEAUTY STANDARDS
SCHOOL RELAXED
TOLERANT / WORLDLY
STREET NEST



## UK

URBAN VIBE
MCDONALDS HANGS
PARTIES + VAPING
TOWN NEST

22



DEVELOPMENTAL SHIFTS AT AGE 13    23

# AGE 13 SHIFT SUMMARY
TWO SHIFTS AT AGE 13:





- In the US, the shift occurs 2 years after entry to 6th grade and middle school (middle school + first phone at 11, shift at 13)
- In the UK, the shift also occurs 2 years after they enter secondary school at age at 13. Interestingly, teens in the UK take the GCSE exam at age 13 (a marker of maturity and independence from parents) which also coincides with these shifts
- In Brazil, the shift occurs much earlier (2 years earlier+). Elementary school in Brazil includes ages 7-14

# EARLY TEENS AND INSTAGRAM

26

# JOINING INSTAGRAM

## INSTAGRAM SELLS ITSELF:

In 6th grade, age 11-12, teens get first phone and are "invited" in one of two ways…



 

### BFF

"My friend just got it and told me to download it."

– ▉, 12, LA

### TOP ACCOUNTS

"I want to see what my favorite YouTubers and soccer players are doing in real-life (off the screen… off the field)!"

– ▉ friend group, 14, S. Brazil

28

# INSTAGRAM DRIVERS



|  | LIFELINE | DISCOVERY AS ENTERTAINMENT |
|---|---|---|
| **EMOTIONAL BENEFITS** | **IN CONTROL OF LIFE**<br>• I'm not alone<br>• FOMO – not missing out<br>• On trend | • Developmental need – scan word to find self<br>• Curiosity peaked at age 13<br>• Rewarding treasure hunt. Each layer leads to another<br>• Escape after homework and before bed<br>• I am more interesting "I have more to talk to friends about" |
| **DRIVING BEHAVIORS** | **My lifeline  – Constant feed checking**<br><br>❝  Couldn't survive – need to see what everyone's up to -  feel I am not missing out. I see what other 7th graders are doing that I should try.<br><br>- ▮▮▮▮▮, 12, Chicago | **Endless Treasure Hunt**<br><br>❝<br>I go to bed at 9:30.  I look at my clock and it's 1am!<br><br>- ▮▮▮▮▮ 13, Chicago |

27

# INSTAGRAM DRAWBACKS



 

| | PRODUCTION | | CONSUMPTION | | |
|---|---|---|---|---|---|
| **UNDERLYING EMOTIONS** | **EMOTIONAL BARRIER: CONFIDENCE "PERFECT STORM"** <br>• Who am I? <br>• Hormones, drama, judgement <br>• Need to impress boy/girl crush <br>• Need to be cool and fit in | | **UNDERLYING TEEN NEEDS:** <br><br> **RELEVANT** (show me stuff I love) | **EASY** (serve it up to me, fewer clicks) | **INTERACTIVE** (make it fun) |
| **DRAWBACKS** | **Looking, not producing** <br><br> ❝ I am a professional stalker. <br><br> - ▮ 13, Chicago | **"Less is more" unwritten rule** <br><br> ❝ Not cool to post any more than once a week and need to keep caption short and sweet. <br><br> - ▮ party, 14, LA | **Teen relevant content needed in explorer tab** <br><br> ❝ Stuff for parents or kids not teens, and there's porn that's really weird. <br><br> - ▮, 13, Chicago | **YouTube Product Parity** <br><br> ❝ FB and YT play videos I like streamlined, I don't press a button, <br><br> ▮, 14, UK | **Explorer content + tab awareness** <br><br> ❝ I didn't even know Instagram had all this stuff! I only use explorer tab to find people. <br><br> ▮ 14, S. Brazil | **Feed check-in is necessity** <br><br> ❝ I check my feed all day long, but it only takes 8 minutes, and I wish it were more interactive and fun. <br><br> - ▮ party, 15, UK |

28





























