**AMENDED Exhibit 316**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# METAMAAG-017-01041541

## Metadata

| All Custodians | ███████████ | SEMANTIC |
|---|---|---|
| Begin Family | METAMAAG-017-01041540 | SEMANTIC |
| End Family | METAMAAG-017-01041541 | SEMANTIC |
| Filename | M&A and Market Landscape Review 2018-12-11 vPreread.pptx | SEMANTIC |
| MDL BEGBATES | META3047MDL-047-00544632 | SEMANTIC |
| MDL ENDBATES | META3047MDL-047-00544632 | SEMANTIC |
| Primary Date | 2018/05/30 | DOC_TYPE_ALIAS |



EXHIBIT 13

**Document Provided in Native Format**

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-047-00544632
METAMAAG-017-01041541

CONFIDENTIAL

# M&A and Market Landscape Review: Long Term Retention and its Implications

## December 13, 2018

Rob Chen

**MARKET STRATEGY**

fburl.com/ms





# Agenda

- Long Term Retention Conclusions
- Implications for Youth Strategy
- Implications for M&A



# We have definitively established tweens as the highest retention age group in the United States



*Source: Market Strategy A*

4

# To give you a sense of scale, people who joined Facebook at 11 years old have almost <u>4X</u> the LTR of those who joined as 20 year-olds



*Source: Market Strategy Analysis*

5



# Implications for Youth Strategy

# If we want to win big with teens, we must bring them in as tweens

*Source: Market Strategy Analysis*

7

# Logic Chain

1. **People stick with the apps they start with**
   - People who join Facebook as tweens continue on Facebook for years and years
     - Loss of teens on Facebook is primarily a generational shift
   - People who join Snapchat as teens continue on into adulthood
2. **People spend most of their time with their #1 social app—we want to be #1 for as many people as possible**



*Source: Market Strategy Analysis*

8













