# AMENDED Exhibit 319

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Inappropriate Interactions with Children on Instagram

## Proactive Risk Investigation



June 20, 2019

HIGHLY CONFIDENTIAL (COMPETITOR)

# Thank you

## Instagram

Karina Newton

(Messenger)

(Search)

IG Well-being



## Problem Process

(Graph Integrity)



## Content Policy

## Safety Policy

Antigone Davis

## External Metrics CP Platforms

## Core Data Science

## CI

## CI RES

## Imminent Risk

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246164



HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



6

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246168



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

# Testing & Cause Analysis

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246174

# PRI Focus Areas



1. Discoverability



2. Inappropriate DMs



3. Inappropriate Comments

13

# 1. Discoverability - Test

## Hypothesis

We may be facilitating possible groomers finding young people through following, hashtags, explore, and search.

## Test

- Created **two test users**
  - One followed teen hashtags
  - One followed sexy teen accounts

## Results





**13rftc**



Test User 1



**gogo1980atx**

Test User 2

15

META3047MDL-031-00246177

# 1. Discoverability – Test User 1

**Test user 1:**

**Followed teen related hashtags.**

#teenmodel

#sugardaddy

#sexyteens

#gayboyssex

#sexyteengirls

#gayteen

#sexychicas

#teendm



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246178

# 1. Discoverability – Test User 2

Test user 2:

Followed public "sexy teen" accounts.



Top Suggested    Search: Teen Account
Suggested Accounts



HIGHLY CONFIDENTIAL (COMPETITOR)

17

META3047MDL-031-00246179

# 1. Discoverability - Test

**Hypothesis**

We may be facilitating possible groomers finding young people through following, hashtags, explore, and search.

**Test**

- Created two test users
  - One followed teen hashtags
  - One followed sexy teen accounts

**Results**

- Following hashtags with minors did not result in content being served to us.
- IG recommended a minor through top suggested to an account engaged in groomer-esque behavior.



13rftc

Test User 1



gogo1980atx

Test User 2

18

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246180

# 1. Discoverability



HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL-031-00246181

# 1. Discoverability - Recommendations for Groomers



**Overall IG:** 7% of all follow recommendations to adults were minors

**Groomers:** 27% of all follow recommendations to groomers were minors

- We are recommending **nearly 4X as many minors to groomers** (nearly 2 million minors in the last 3 months)

- 22% of those recommendations resulted in a follow request

20

HIGHLY CONFIDENTIAL (COMPETITOR)

# 1. Discoverability – Sexy Teen Recommendations





HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246183

# 1. Discoverability



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246184

# 1. Discoverability



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246185



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246192

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246193



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246194

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246195



34

HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)                                    META3047MDL-031-00246197



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246200



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246202



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246207



HIGHLY CONFIDENTIAL (COMPETITOR)



47

HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



50

HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246214



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246215



HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246218



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00246219

HIGHLY CONFIDENTIAL (COMPETITOR)