# AMENDED Exhibit 320

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| **From:** | Nick Clegg [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=████████S/CN=████████ |
| **Sent:** | 12/26/2022 2:31:49 PM |
| **To:** | ████████ ████████████████]; ████████████████████ |
| **CC:** | Joel Kaplan ████████████████; |
| **Subject:** | FW: Internal Audit Report: IG Youth Well-being Assurance Audit - Phase 1 |
| **Attachments:** | image001.png; Instagram Youth Well-being Phase 1 Assurance Audit Report.pdf |

████

# PRIV

**PRIV** on Legal's radar screen?

N

---

**From:** Internal Audit Reports <InternalAuditReports@fb.com>
**Date:** Tuesday, December 20, 2022 at 6:46 PM
**To:** ████████ ████████████████
**Cc:** ████████ ████████████████, ████████████████████, ████
████████████████████████████████
**Subject:** Internal Audit Report: IG Youth Well-being Assurance Audit - Phase 1

*Note: The audit report contains confidential company information and is for intended recipients only.*
*BCC: Report recipients are listed on the Communication Channel [slide 16 & 17]*

All,

The Internal Audit (IA) team has completed the **IG Youth Well-being Assurance Audit - Phase 1**. This report is rated as "**Significant Improvements Needed**" with **3** High, and **14** Medium risk observations.

Key observation themes are summarized below:
- Inconsistent filtering on potential Inappropriate Interaction with Children (IIC) accounts and content.
- Incomplete coverage of recommendation filtering on Minor-Restricted Regulated Goods and Services (RGS) content (e.g., diet products) for teens.
- Lack of documented rationale for exemption of verified accounts and Suicide & Self Injury (SSI) signal retention period.
- Missing comprehensive monitoring and alert of filtering volume, leakage, and machine learning performance.

Please find attached the final audit report with further details on scope, audit observations and management action plans to address these findings, including definitions for the audit ratings. Thank you to everyone who participated in this audit for their support. We appreciate the time and effort spent to help us better understand your organization's processes. Please let us know if you have any questions or feedback.

Thank you,

████

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)

META3047MDL-050-00352024
METANMAG-007-00351829

# Instagram Youth Well-being Assurance Audit – Phase 1 Audit Report

*Company confidential - for intended recipients only*



December, 2022

*Assurance Audit provides an objective and independent evaluation of the design and operating effectiveness of internal controls.*

∞ Meta

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)

META3047MDL-050-00352025
METANMAG-007-00351830

# TABLE OF CONTENTS

1.  Executive Summary

2.  Detailed Results

3.  Appendix
    ◦ Communication Channels
    ◦ Audit Report Rating Guidelines
    ◦ Observation Remediation Guidelines

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)

META3047MDL-050-00352026
METANMAG-007-00351831

# EXECUTIVE SUMMARY

## Objective:

Instagram (IG) leadership has publicly committed to raising the industry standards for helping protect youth well-being and safety online. As part of this work, in 2021 and 2022, IG announced a stricter approach to cater recommendations and implement additional processes for youth. The implementations focused on further reducing the teens' exposure to potential violating or sensitive content or accounts in recommendation surfaces (e.g., Reels, Explore), which extends the basic protection provided by the Cross-Meta Integrity (XI) enforcement that takes down violating content and accounts.

Internal Audit (IA) assessed the design and operating effectiveness of the key controls for the IG processes (based on internal guidelines) implemented to further reduce youths' exposure to potential violating or sensitive content and accounts.

## Scope:

IA independently assessed the key controls of IG Youth Well-being in the following 3 areas:
- **Age-based Gating, Filtering & Demotion**: Reduce the visibility of potential violating content on connected and unconnected surfaces, e.g., graphic violence, and restricted goods & services.
- **Limiting Interactions**: Protect teens from negative interactions with potential violators, including the disabled 'follow' action.
- **Sensitive Content Control**: Limit exposure of users to sensitive content and accounts in recommendation surfaces, e.g., posts that may be sexually suggestive.

## Results Summary: Significant Improvements Needed*

While the potential violating or sensitive content and accounts recommended were notably reduced after the above processes were implemented and the age-based content gating framework was established, based on the testing completed as of 11/30/2022, IA identified 3 High risk and 14 Medium risk observations during the audit. Based on the overall effectiveness of controls for in-scope areas, an "Orange" rating is assigned to this report. The results and observation ratings in this report are based on the design and operating effectiveness of internal controls only. Key observation themes are summarized below:
- Inconsistent filtering on potential Inappropriate Interaction with Children (IIC) accounts and content.
- Incomplete coverage of recommendation filtering on Minor-Restricted Regulated Goods and Services (RGS) content (e.g., diet products) for teens.
- Lack of documented rationale for exemption of verified accounts and Suicide & Self Injury (SSI) signal retention period.
- Missing comprehensive monitoring and alert of filtering volume, leakage, and machine learning performance.

\* This rating is assigned in accordance with the IA's report rating guidelines in Slide 18

*Company confidential - for intended recipients only*

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)

META3047MDL-050-00352027
METANMAG-007-00351832

# DETAILED RESULTS AND MANAGEMENT ACTION PLANS

| Business Area | Observation/Risk Description | Rating | Management Action Plan | Due Date | Owner |
|---|---|---|---|---|---|
| Limiting Interactions | **Inconsistent filtering of IIC account recommendation**<br><br>*The IG Well-being Teen Safety team does not always limit teen accounts from being recommended to the IIC potential violators\* and vice versa. As a result, teens' accounts may be recommended to potential violators and vice versa via account recommendation surfaces.*<br><br>*For example, on a sampled day tested, on the Accounts You May Follow (AYMF) surface, IA identified:*<br>*1) 7.2% (~1.4M out of ~19M) of potential violator accounts in AYMF were recommended to at least one teen.*<br>*2) 4.0% (~3.4M out of ~85M) of AYMF recommendations to potential violators were recommending teen accounts.*<br><br>*\* This control applies to IIC Medium potential violators, defined by the product team as users above 18 without verified tag, having 1 or more Child Sexual Exploitation (CSE) violation in past 90 days or a Community Integrity (CI) classifier for IIC score score greater than or equal to 0.3.* | HIGH | *1. Perform validation testing upon MaCSA migration and investigate any recommendation leakage of IIC potential violator accounts to teen accounts and vice versa.*<br><br>*2. Investigate any potential delays in the propagation of predicted age information from Core Dimensions and mitigate discrepancy, if needed.*<br><br>*3. Implement remediation to further limit exposure between teens and potential violators through AYMF recommendations.* | 1&2. 2/28/2023<br>3. 3/31/2023† | ▮▮▮▮▮▮<br>*(Software Engineer, IG Well-being Teen Safety)*<br><br>▮▮▮▮▮▮<br>*(Software Engineer, IG Well-being Teen Safety)* |

*† Due to complexity of identifying the root cause of the leakage and the migration from the original IIC classifier to the new MaCSA encryption resilient detection method, the IGWB Teen Safety team has requested a 30-day extension to IA's standard 60-day remediation guideline for High risk observations.*

HIGHLY CONFIDENTIAL (COMPETITOR)<br>HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)

META3047MDL-050-00352028<br>METANMAG-007-00351833

# DETAILED RESULTS AND MANAGEMENT ACTION PLANS

| Business Area | Observation/Risk Description | Rating | Management Action Plan | Due Date | Owner |
|---|---|---|---|---|---|
| Limiting Interactions | **Inconsistent follow list hiding**<br><br>*The IG Well-being Teen Safety team does not always hide teen accounts from IIC potential violators\* and vice versa on the "followers and following" surface. As a result, teen accounts may be displayed to potential violators and vice versa via the follow lists.*<br><br>*For example, on 2022-11-25, IA observed that out of ~2.5M IIC potential violators who viewed the follow list surface, 37% ( 924K) were shown at least one unconnected teen account.*<br><br>*\* This control applies to IIC Medium potential violators* | HIGH | *1. Perform validation testing upon MaCSA migration and investigate teen accessibility to discover IIC potential violators via follower and following lists of other accounts and vice versa.*<br><br>*2. Investigate any potential delays in the propagation of predicted age information from Core Dimensions and mitigate discrepancy, if needed.*<br><br>*3. Implement remediation to further limit teens' exposure to IIC potential violator accounts via follow list and vice versa.* | 1&2. 2/28/2023<br>3. 3/31/2023† | ▮▮▮▮<br>*(Software Engineer, IG Well-being Teen Safety)*<br><br>▮▮▮▮<br>*(Software Engineer, IG Well-being Teen Safety)* |

*† Due to complexity of identifying the root cause of the leakage and the migration from the original IIC classifier to the new MaCSA encryption resilient detection method, the IGWB Teen Safety team has requested a 30-day extension to IA's standard 60-day remediation guideline for High risk observations.*

*Company confidential - for intended recipients only*    5

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-050-00352029
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)    METANMAG-007-00351834

# DETAILED RESULTS AND MANAGEMENT ACTION PLANS

| Business Area | Observation/Risk Description | Rating | Management Action Plan | Due Date | Owner |
|---|---|---|---|---|---|
| Age-based Gating, Filtering and Demotion | **Incomplete coverage of recommendation filtering on Minor-Restricted (RGS) content\***<br><br>*The IG Well-being Teen Safety team has not completely incorporated Minor-Restricted RGS signals into age-based content recommendation filtering enforcement. As a result, age inappropriate content (e.g., alcohol) may get recommended to teens.*<br><br>*\* Minor-restricted RGS content includes diet products, alcohol and tobacco.* | HIGH | *Complete QE testing and re-launch classifiers for age-based filtering on Minor-Restricted RGS content on Reels, Explore and Feed Recs.* | *12/16/2022*<br><br>*Pending Validation* | ▮▮▮▮▮▮▮▮<br>*(Software Engineer, IG Well-being Teen Safety)* |

*Company confidential - for intended recipients only*

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)

META3047MDL-050-00352030
METANMAG-007-00351835

# DETAILED RESULTS AND MANAGEMENT ACTION PLANS

| Business Area | Observation/Risk Description | Rating | Management Action Plan | Due Date | Owner |
|---|---|---|---|---|---|
| *Limiting Interactions* | **Inconsistent effectiveness of IIC content recommendation filtering**<br><br>*The IG Well-being Teen Safety team does not always limit recommendations of teen created content to the IIC potential violators\* and vice versa. As a result, teens' content may be recommended to IIC potential violators via content recommendation surfaces and vice versa.*<br><br>*For a sampled week tested:*<br>*1) 2.2% (~27K out of ~1.2M) of IIC potential violator created content on the Explore surface was recommended to at least one teen, accumulating ~466K teen impressions.*<br>*2) 1.6% (~83K out of ~5.2M) of contents recommended to IIC potential violators on the Explore surface were created by teens, accumulating ~200K potential violator impressions.*<br><br>*\* This control applies to IIC Medium potential violators* | MEDIUM | *1. Perform validation testing upon Malicious Child Safety Actor (MaCSA) model migration and investigate any leakage of IIC potential violator created content to teens on the recommendation surfaces, and vice versa.*<br><br>*2. Implement remediation to further limit teens' exposure to IIC potential violator created content, and vice versa.* | 1. 2/28/2023<br>2. 3/31/2023 | ███████<br>*(Software Engineer, IG Well-being Teen Safety)*<br><br>███████<br>*(Software Engineer, IG Well-being Teen Safety)* |

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)

META3047MDL-050-00352031
METANMAG-007-00351836

# DETAILED RESULTS AND MANAGEMENT ACTION PLANS

| Business Area | Observation/Risk Description | Rating | Management Action Plan | Due Date | Owner |
|---|---|---|---|---|---|
| *Limiting Interactions* | **Undocumented exemption of accounts**<br><br>*The IG Well-being Teen Safety team exempted verified accounts from being classified as IIC potential violators without documented assessment of the risk or rationale. As a result, potential violating verified accounts may not be classified as IIC potential violators.* | MEDIUM | *1. Reassess the blanket exemption on verified accounts and document the decision and rationale.*<br><br>*2. Implement MaCSA model for potential violator identification based on the reassessment decision.* | *3/31/2023* | ███████ *(Software Engineer, IG Well-being Teen Safety)*<br><br>███████ *(Software Engineer, IG Well-being Teen Safety)*<br><br>███████ *(Product Policy Manager, IG Product Policy)* |

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)

META3047MDL-050-00352032
METANMAG-007-00351837



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)

META3047MDL-050-00352038
METANMAG-007-00351843



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)

META3047MDL-050-00352039
METANMAG-007-00351844





HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)

META3047MDL-050-00352040
METANMAG-007-00351845



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (ATTORNEY'S EYES ONLY)