# AMENDED Exhibit 324

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

# TEENS

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278293
METATNAG-015-00278347

METATNAG-015-00278347



October 24, 2024
EXHIBIT
Meta-Jin-16

# today: at the starting line

## THE TEAM



 **TBD Amazing People**
Engineering Team

## THE STATE OF THE PROBLEM

**All teens join, but usage dips noticeably during early high school and late high school years.**

– Teen DAP is neutral to declining in many countries.

– In our most mature market (US), we're seeing some stabilization after a serious drop over the past year.

– We often see teen DAP start to dip in markets where adult penetration reaches around 40%.

– Content production is down for the recent cohorts compared to older teen cohorts

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278294
METATNAG-015-00278348

METATNAG-015-00278348

# " FACEBOOK IS A PLACE FOR ME AND MY FRIENDS. "



CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278295
METATNAG-015-00278349

METATNAG-015-00278349

# plan of action

 **FOUNDATIONS**

{ make facebook work for teens }

 **EXPLORATIONS**

{ build for emerging teen needs }

 **ADVOCACY**

{ be the voice for teens }







CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278296
METATNAG-015-00278350

METATNAG-015-00278350

# plan of action

 **FOUNDATIONS**
{ make facebook work for teens }

- **Separating teens from adults:** create a world where teens have their own space during important life stages.

- **Connecting teens to interests:** helping teens consume content relevant to their interests.

- **Making it fun:** support fun forms of sharing such as memes and GIFs.

- **Emphasizing utility:** highlight groups, events and other utility-oriented features to teens.

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278297
METATNAG-015-00278351

METATNAG-015-00278351

# plan of action



## ① FOUNDATIONS

{ make facebook work for teens }

–   **Separating teens from adults:** create a world where teens have their own space during important life stages.

## SHORT-TERM ROADMAP

**Encourage teen-to-teen friendships.**

–   Improve school graph by generalizing school fields *
–   "Friends from your school" unit that helps you to find people from school
–   Improve profile snippets (e.g. school schedule, Instagram handle) *
–   Highlighting a high school / middle school friends unit under Friends tab
–   "Best Friends" unit in Timeline

**Encourage teen-to-teen content.**

–   Suggested News Feed stories from your school or your area *
–   Suggested News Feed from faraway teens with high similarity
–   Allowing people to hide comments
–   Emphasize wall-to-wall / directed forms of sharing *
–   Trending topics for your age

**Visually reinforcing a separate space.**

–   Audience selection of "School Friends" or "Friends Your Age"
–   Inline composer for suggested News Feed stories from your school *

* projects we would like to start in 2014.

 **DRIVE TEEN-TO-TEEN FRIENDSHIPS AND INTERACTIONS.**

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278298
METATNAG-015-00278352

METATNAG-015-00278352

# plan of action

 **EXPLORATIONS**

{ build for emerging teen needs }

– **Landscape:** teens have a lot of sharing needs and we're just a slice of what they do.

– **New ideas:** we've been thinking about how to build for the next wave of sharing needs.

| TEENS WANT TO... | THEY USE... | BECAUSE... |
|---|---|---|
| Hang out in person | | Shows you what people are doing right now + lets you check if they're available |
| Chat | | Unlike Messenger, seen as fastest way to contact people you really know (they'll check it) |
| Play games | PS4 | FIFA |
| Livestream | | iPad integration makes it convenient for while you're on console/desktop/phone |
| See funny videos & photos | | YouTube best for discovery, but FB consumption is good; Vine content is good, discovery hard |
| See interest-related videos & photos (including celebs) | | That's where the producers are; discovery is easy |
| Geek out about their obsessions | | Pseudonymous identity lets you experiment in safety; easy to try out lots of stuff with little effort |

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278299
METATNAG-015-00278353

METATNAG-015-00278353

# plan of action



## ② EXPLORATIONS
{ build for emerging teen needs }

– **Landscape:** teens have a lot of sharing needs and we're just a slice of what they do.

– **New ideas:** we've been thinking about how to build for the next wave of sharing needs.

**REAL-TIME STATUS UPDATES**



CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278300
METATNAG-015-00278354

METATNAG-015-002783354

# plan of action



## ② EXPLORATIONS

{ build for emerging teen needs }

– **Landscape:** teens have a lot of sharing needs and we're just a slice of what they do.

– **New ideas:** we've been thinking about how to build for the next wave of sharing needs.

SEAL MY RECORDS
FOR OLDER CONTENT



CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278301
METATNAG-015-00278355

METATNAG-015-00278355

# goals and milestones



## FOUNDATIONS
{ make facebook work for teens }

**The teens ecosystem is strong & sustainable.**



## EXPLORATIONS
{ build for emerging teen needs }

**We understand what teens need and we're able to build it.**



## ADVOCACY
{ be the voice for teens }

**Facebook has empathy for teens.**

CONFIDENTIAL
CONFIDENTIAL

METATNAG-015-00278358

META3047MDL-040-00278304
METATNAG-015-00278358

# APPENDIX

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278305
METATNAG-015-00278359

METATNAG-015-00278359

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278306
METATNAG-015-00278360

METATNAG-015-00278360

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278307
METATNAG-015-00278361

METATNAG-015-002783361



CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278308
METATNAG-015-00278362

METATNAG-015-002783362

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278309
METATNAG-015-00278363

METATNAG-015-002783363

CONFIDENTIAL
CONFIDENTIAL

METATNAG-015-00278364

CONFIDENTIAL
CONFIDENTIAL

METATNAG-015-00278365

META3047MDL-040-00278311
METATNAG-015-00278365

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278312
METATNAG-015-00278366

METATNAG-015-002783366

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278313
METATNAG-015-00278367

METATNAG-015-002783367

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278314
METATNAG-015-00278368

METATNAG-015-002783368

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278315
METATNAG-015-00278369

METATNAG-015-002783369

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278316
METATNAG-015-00278370

METATNAG-015-00278370

# what is going on with teens content production?

**Teens content production recover over time,
but each cohort starts off lower.**

– The turning point seems to be between late HS and college.

– We have little data on this front, so we will need to monitor.







CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278317
METATNAG-015-00278371

METATNAG-015-00278371

# why is this happening?

**PARENTS ARE A KILLJOY**



– **Context collapse:** teens' posts go to friends and parents, which creates awkwardness.

– **Not fun or cool:** our brand is aimed at utility, unlike other lightweight products, which are full of whimsy.

– **Less utility:** teens' use cases are different than the ones that we currently support.

– **Competition:** teens are more willing to try other things.

**INSTAGRAM, TOO!**

| | L28 | Photos |
|---|---|---|
| Parent joined | +0.4% | -10.46% |
| No Parent joined | +5.4% | +14.87% |

CONFIDENTIAL
CONFIDENTIAL

METATNAG-015-00278372

META3047MDL-040-00278318
METATNAG-015-00278372

# why is this happening?

**DRAWINGS OF SOCIAL NETWORKS**

  

– **Context collapse:** teens' posts go to friends and parents, which creates awkwardness.

– **Not fun or cool:** our brand is aimed at utility, unlike other lightweight products, which are full of whimsy.

– **Less utility:** teens' use cases are different than the ones that we currently support.

– **Competition:** teens are more willing to try other things.

**BRAND REPRESENTATION**

 **VS** 

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278319
METATNAG-015-00278373

METATNAG-015-00278373

# why is this happening?

– **Context collapse:** teens' posts go to friends and parents, which creates awkwardness.

– **Not fun or cool:** our brand is aimed at utility, unlike other lightweight products, which are full of whimsy.

– **Less utility:** teens' use cases are different than the ones that we currently support.

– **Competition:** teens are more willing to try other things.

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278320
METATNAG-015-00278374

METATNAG-015-00278374

# why is this happening?

– **Context collapse:** teens' posts go to friends and parents, which creates awkwardness.

– **Not fun or cool:** our brand is aimed at utility, unlike other lightweight products, which are full of whimsy.

– **Less utility:** teens' use cases are different than the ones that we currently support.

– **Competition:** teens are more willing to try other things.



**Trended 1-Day Reach – Teens (13-17 y.o.)**

- Instagram commands 1-Day Reach with teens
- Facebook and Snapchat hover in the 40-50% range

CONFIDENTIAL
CONFIDENTIAL

META3047MDL-040-00278321
METATNAG-015-00278375

METATNAG-015-00278375