# AMENDED Exhibit 325

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

████████████ 🔗 uploaded a file.

June 16, 2020 · ⊕                                                                                                                    •••

## IG Test User: Minor Sexualization/CEI Discoverability

As part of the Discoverability work in the Child Safety space, we created an Instagram test user to simulate the seeking behavior of a bad actor.

Our findings are documented on this deck: https://fburl.com/2ybkl2gl

**TL;DR:**

In less than 24 hours, we followed 70 accounts, which resulted in:

- Our Feed, Explore and Recommended Accounts sections being filled almost exclusively with Minor Sexualization content/accounts
- Receiving over 20 follow requests from such accounts (including ones we did not follow)
- CEI being recommended as the top result in the Explore section (it has been actioned and reported to NCMEC)

It is also worth noting that the Recommendations when searching for certain key terms are problematic.

Examples have been included on the deck.

CC ████████████████████



> ☁ **Enable preview**
> **Connect your account**

😀😯😢 28                                                                        21 comments   5 shares   Seen by 264

| 👍 Like | 💬 Comment | ➤ Share |
|---|---|---|

⚫ ████████ 🔗
   ████
   4y   Like   Reply   😊

⚫ ████████ 🔗⊛
   #sharebot CO Investigations FYI (formerly Project Gumshoe)
   4y   Like   Reply

   └ ⚫ **Move Bot**
      Alrighty 🔗 ████████ ████████, I shared this post to CO Investigations FYI (formerly Project Gumshoe).
      Here is the shared post: **https://fb.workplace.com/.../permalink/2811929872252426/**
      4y   Like   Reply

   └ ⚫                                                          Reply to ████ ████████...    🔲 🗨 😊 ⟨⟩ 📎 🎁 😊

⚫ ████ ████

HIGHLY CONFIDENTIAL (COMPETITOR)                                        META3047MDL-144-00000324



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-144-00000325

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-144-00000326

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-144-00000327

