# AMENDED Exhibit 326

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Document Provided in Native Format**

HIGHLY CONFIDENTIAL (COMPETITOR)



# WELL-BEING: PARENTS FOUNDATIONAL RESEARCH US, UK, DE, FR

- Marketing Research
- 

- March 2018

# AGENDA

1 Background & Objectives

2 Caregiver Mindset: setting the context for how caregivers guide teens on social media today

3 Social Media Deep Dive: caregivers' usage, perceptions of teens' usage, and role in guiding teens

3 Instagram Focus: Instagram's credibility, magnetism of safety features and guidance on messaging

2

# TL;DR

**Technology is opening doors for teens, but caregivers feel that dependence on tech is unhealthy**

**Articulate benefits and a clear role for social media and Instagram to assure caregivers that tech is not derailing the balance they want for their teens**

- Caregivers already see benefits social media delivers to their teens, but do not strongly differentiate different apps – helping provide differentiation for Instagram can help them focus on benefits over drawbacks

**Caregivers are not familiar with apps their teens use; it's hard for them to provide credible guidance**

**Raise awareness of safety features to bridge caregiver knowledge gap**

- Highlight Instagram's safety features that align with caregiver concerns – features that protect from stranger interactions & mitigate exposure to inappropriate content and bullying

- Education on safety tools can provide a clearer jumping off point to engage teens in conversation (e.g. ensuring teens are aware of features, and have them enabled), particularly during the pre-teen to early teen stages

**Caregivers want support and education from Instagram on features and tools that can help them keep their teens safe**

**Position Instagram as a supporter of caregivers – making tools available for them to protect their teen's experience on our platform**

- Caregivers want Instagram to communicate directly to them, providing education on safety tools through advertising on Facebook or partnered programs with schools

- Tonally, presenting Instagram as a supporter of caregivers, empathetic to their needs, resonates the most strongly. Instagram provides tools that parents can use to help their teens navigate social media safely.

- Instagram has to be cautious on overstepping its role in providing safety – it provides tools, but it cannot promise safety

3

# EXECUTIVE SUMMARY

**Parents & grandparents know technology and social media are integral to their teens' lives but do not feel equipped to help teens form healthy relationships with tech**

- Caregivers acknowledge the expanded access their kids have to the world because of social media, but worry about the increasing dependence on tech devices and social media

- Parents and grandparents know teens are more tech savvy than they are, so they feel ill-equipped to offer credible guidance on how to build a healthier relationship with technology and social media

  - Compared to European markets, grandparents in the US play a more hands-on role in influencing children/teens device behavior

**They see benefits of social media for their teens but see strong reasons for concern**

- Parents and grandparents use social media in a highly utilitarian way and do not strongly differentiate social media apps or know how their teens hire which apps to use and when

- **Benefits**: Across US, UK, DE, and FR, communication with friends & family is seen as the clearest benefit of social media for teens; entertainment and exploring interests were also seen as strong benefits

  - In the US & France, self-expression was also considered a benefit for teens

- **Drawbacks:** Fear of stranger interactions, exposure to inappropriate content, bullying, and spending too much time were consistently seen as drawbacks of social media

  - In the DE, exposure of personal information was a differentiated drawback

4

# EXECUTIVE SUMMARY CONTINUED

### Caregivers feel the window to influence and protect against social media's biggest drawbacks is narrow and diminishes as teens age

- To manage their children/teen's app usage, caregivers start by developing rules to limit screen time and when/how teens can interact with social media, but ultimately, all watch their role shift from guide, to influencer, and finally bystander

  - o In the DE, caregiver transition from manager to bystander occurs with less resistance compared to the US

### Communication directly from Instagram on safety features is welcomed

- With exception of Private Account and Blocking, awareness of Instagram safety features is low

  - o In the UK, DE, and FR, roughly a third of caregivers were unaware of any IG safety feature

- Instagram's safety features clearly aligned with top concerns were most compelling for parents

  - o **Protecting Privacy/Preventing Stranger Interactions:** Private Account, Blocking

  - o **Protecting from Inappropriate Content and Bullying:** Comment Filters, Reporting

- Instagram communication on safety feature education was considered credible as it is the platform that the teens are using to engage today, and caregivers are eager for help that empowers them to engage with teens in a more informed way

  - o Messaging that speaks to caregivers' role as partners to their teens resonated most strongly among this audience

- Communication through channels they use – Facebook, school programs – is most appealing

5

# BACKGROUND & OBJECTIVES



























