# AMENDED Exhibit 347

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



Meta-Kilstein-57
12/17/2024
Jenny L. Griffin, CSR

**Meeting Goals**

1. Review results and answer any questions on the impact of defaulting teens to private

1. Make go/no-go decision for the global teen private-by-default launch



Discussion Question
Are we comfortable launching private-by-default for teens with the identified retention and engagement drops?

HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00136979



Agenda
1.Problem Review
1.Default Teens to Private Test Results
1.Launch Options & Risks
1.Launch Decision

## Private-by-default - Executive Summary

**Context**

The goal for defaulting teens to private is to create a safer space for teens that is both in-line with teen, parental, safety experts, and regulator expectations. As a result of testing private-by-default for teens in October 2019, the Growth team projected a 1.5M teen MAP drop (-4% new teen MAP) per year, of which the Growth Graph team set out to mitigate as much of the drop as possible to "responsibly" launch.

**Original Estimation Was High**

From our holdout, we see the original estimates of MAP overstated the impact by 600k, and the actual MAP drop was only 900k (-1.7% new teen MAP) per year vs. 1.5M for primary accounts.

**Mitigations**

From 12 tests the Graph team ran in H1, we have launched 7 and mitigated 22% of the new teen MAP drop (200k MAP for primary accounts) led by key product launches like adding the contact join notification for new private accounts, bringing new follow requests to the Activity Feed, adding a follow request reminder notification, and personalized PageRank based candidate sourcing.

**The Launch Tradeoff**

- **We want to make Instagram a safer space for teens.** Instagram is behind the industry on keeping our platform safe for minors. Other platforms, including TikTok, have taken bold moves to reduce interactions by strangers. We previously announced private-by-default for minors as part of our December age collection moment which helped us land a favorable announcement. This is an area of high scrutiny by regulators and would be better for Instagram to address affirmatively, than forced by regulation.
- **Doing so will result in -2.2% teen DAP (-0.3% overall DAP), -1.9% teen TS (-0.3% overall), -2.3% teen feed impressions (-0.3% overall), -1.7% teen story impressions (-0.2% overall), -4.4% teen feed creation (-0.6% overall), -2.6% teen story creation (-0.4% overall) in 5 years**, even after the Graph teams' mitigation work in H1. While small on top-line today, this will accrue over time as teens continue to join IG.

**Launch Decision**

With a clear view that the total new teen MAP impact will be -831k per year (-700k from primary accounts and -131k from secondary) and the fact that we believe we have run the highest-impact tests possible SCA SCA Policy/Legal/Comms/Privac SCA SCA

Review

Final MAP drop (primary+secondary): These are estimates based on global MAP numbers and teen population in the countries vs. global.
FCI teens: 308K per year
US teens: 57K per year

## Launch Options & Recommendations

### Decision 1 - Do we believe there's more meaningful work we can do to mitigate the teen MAP drop?

**No More Mitigations**

Growth Team Recommendation
(limited room for further mitigation and not worth US DAU work tradeoff)

**Retention:**
- **DAP:** -0.3% topline in 5 years (-0.02% today)
- **Teen DAP:** -2.2% topline teen DAP in 5 years

**Engagement:**
- **Overall TS:** -0.3% topline in 5 years (-0.02% today)
- **Feed impressions:** -0.3% topline in 5 years (-0.01% today)
- **Story impressions:** -0.2% topline in 5 years (-0.01% today)
- **Feed creation:** -0.6% topline in 5 years (-0.05% today)
- **Story creation:** -0.4% topline in 5 years (-0.03% today)

**Invest Further In Mitigations**

- New notif to uprank PBD teens to existing users
- Uprank PBD teens in models
- Improve in-feed follow request unit

**Retention (compared with no more mitigations):**
- **DAP:** +0.05% topline in 5 years
- **Teen DAP:** +0.27% topline teen DAP in 5 years

**Engagement (compared with no more mitigations):**
- **Overall TS:** +0.03% topline in 5 years
- **Feed impressions:** +0.04% topline in 5 years
- **Story impressions:** +0.03% topline in 5 years
- **Feed creation:** +0.08% topline in 5 years
- **Story creation:** +0.04% topline in 5 years

### Decision 2 - Given the tradeoffs, do we launch private-by-default for teens?

**Launch Now**

Policy/Legal/Comms/ Privacy/Well-being Teams Recommendation

**Don't Launch (Now)**

Growth Team Recommendation

## Why should we default teens to private accounts?

1. **Will Increase Teen Safety:** Defaulting teens to private will help prevent high severity actions such as child grooming and inappropriate contact with minors. As a result of defaulting to private, private account adoption increases by 5.5x for teens, making it harder for bad actors to discover and message them.
2. **In-line With Teen User Expectations:** Parents and teachers often warn teens to avoid "creepy older people on the internet." Because of that, most teens prefer private accounts and wish to see privacy controls during onboarding." (First 14-days research from Yuqian)
3. **In-line With Parent Expectations:** Parents are worried about the security and privacy of information and who can contact them/their teens. While parent usage of Instagram is relatively low, they are aware of private accounts and said it limits the number of strangers that can reach out (Talking about Safety Research from Wendy).
4. **In-line With Regulator Expectations:** Providing additional resources and protections—such as private-by-default—for teens will strengthen many of our legal and policy positions across multiple jurisdictions as they relate to the processing of the data of minors, and may soon be required in some countries.
5. **In-line With Safety Experts' Expectations:** Safety partners and civil society groups regularly flag for us that defaulting teens to private accounts is necessary to give them a safe onboarding experience to our platform.
6. **Previously Announced Externally:** We announced this as part of our age collection moment in December 2019. The inclusion of the safety rationale for collecting age helped us land this favorable in press and avoid criticism that this was a move solely intended to help with ads targeting. We've also discussed with third-party policy partners (e.g., Anti-Bullying Association in UK, Unilever 5Rights Foundation)
7. **Decreased Follows from Growth Hackers:** By defaulting teens to private, we decreased # teens with inbound follows from Growth Hackers by 24% and # growth hacker follows by 25% during their first 7 days on the platform.

Review

## Why aren't tags, mentions, and DM reachability a part of defaulting teens to private?

1. **Well-being and Community made the decision to treat visibility, discoverability, and interactions are separate constructs for teen safety.**
   a. **Visibility** relates to private accounts
   b. **Discoverability** relates to the account being discoverable by others
   c. **Interactions** relate to how an unconnected account can tag, mention, or DM you.

1. **Tag and mention opt-in settings were shipped in H1 to help prevent bullying and DM reachability settings are launched in certain markets.**

1. **After considering default strategies for interaction settings, ultimately Well-being and Community decided to leave as opt-in because of analysis showing significant value with current defaults.**
   a. Approximately 50% of 1:1 DM requests sent to new users in their first fourteen days on Instagram lead to the sender following the recipient at the end of the first 4 weeks.
   b. This means DMs from unconnected accounts are an important way that new users make connections Note on DM reachability insights.

Skip in discussion



**When we default teens to private accounts, we are successful at nudging new teen users into the safer private accounts on Day 1.** By making the selection more obvious/defaulted and seeing a spike in adoption, this also aligns with our research finding that most teens prefer private accounts to prevent strangers seeing their personal info and content.
+5.5x
More teen users are private vs. control by end of Day 1 overall (Android & IOS)
61%
of overall new teen accounts in test choose to be PRIVATE in NUX
63%
Primary Accounts
52%
Secondary Accounts
9:41
Account Privacy
Private
Public
Public vs. Private choice in NUX in our test "Private" is defaulted

We are successful at dramatically increasing the number of private accounts on Day 1 for teens.

Query: https://fburl.com/daiquery/p202ava6

HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00136985

**As a result of defaulting teens to private, we see decrease in retention and engagement which will compound over 5 years.**

1. **Teen MAP drop due to inbound follow drop:** With mitigations shipped by Graph Product and Graph Ranking, we estimated that the total teen MAP impact will be -831k per year (-700k from primary accounts and -131k from secondary) from defaulting teens to private.
   - -1.6% New Teen MAU
   - FCI teen MAP: ~308K per year
   - US teen MAP: ~57K per year

1. **Engagement Drop:** We also saw negative impact in engagement metrics as a result of defaulting teens to private. However, the overall engagement impact was from drop in DAP, NOT in events per DAP (except production).

| Metric (Test vs. Control) | Topline Today | Topline in 1 Year | Topline in 5 Years | Topline Teen Impact in 5 years |
|---|---|---|---|---|
| Overall DAP | -0.02% | -0.06% | -0.3% | -2.2% |
| Overall Time Spent | -0.02% | -0.05% | -0.3% | -1.9% |
| Overall Feed Impressions | -0.01% | -0.06% | -0.3% | -2.3% |
| Overall Story Impressions | -0.01% | -0.05% | -0.2% | -1.7% |
| Overall Feed Creation | -0.05% | -0.12% | -0.6% | -4.4% |
| Overall Story Creation | -0.03% | -0.07% | -0.4% | -2.6% |

1. Currently, teens are 14% of DAP. As new teens continue to join and grow as a percentage of users, we expect these numbers to grow over time.

[REDACTED] to cover - However, that comes with serious growth and engagement decreases, even after a half of launching 7 tests to mitigate loss.



The main cause of the 1.7% new teen MAP drop is due to a -20% D7 inbound follows driven by account discoverability and request visibility issues.
Private Account Graph Funnel
Account Discoverability
Follow Consideration
Request Visibility
Follow Acceptance
Is Paul's private account less likely to show up in Mary's SU units?
Because Paul's private profile offers less information (no posts, no details on Paul's existing graph) is Mary less likely to request to follow Paul?
Does Paul know that he has pending follow requests?
When Paul sees Mary's follow request, what is the likelihood that Paul will accept it?
52%
of inbound follow drop reason: -18% in D7 target SU impressions
45%
of inbound follow drop reason: -31% in %follow requests seen in first 7 days
81%
of pending requests with impressions get accepted
Considering we cannot influence a user decision to accept/decline, this represents the upper bound of how much we can reasonably mitigate
Paul - New Private Users
Mary - Existing Users

[REDACTED] - The loss is mainly a result of a loss in H7 inbound follows, which is a result of account discoverability, these new PBD teens not showing up in others' SU unites, as well as request visibility, these new teens not being aware of their follow requests.

The 81% follow acceptance rate also represents an upper bound of how much we can realistically mitigate because these are follows that if private, would be inbounds, but as a result of being private, don't get accepted.



**Overall 22% of the new teen MAP drop was mitigated** (est. based on D7 inbound follow mitigation*). The most impactful mitigation launches are:
11:59
SCA
SCA
SCA
SCA
SCA
Follow request reminder (+4.7% D7 inbound follows)
Contact Join Notifications (+4.5% D7 inbound follows)
Adding inline follow requests on Activity Feed (+3.2% D7 inbound follows)
Follow request entry-point update on iOS (+4% HVF)
Ranking: Personalized PageRank Based Candidate Source to Boost Private Teens Inbound follow (+0.4% D7 inbound)
* The drop in inbound follows decreased from -20.3% to -15.8% for primary accounts

█████ - I won't go into depth here but the team ran 12 tests and launched 7 across graph and notification teams, resulting in a 22% MAP mitigation.

No ib follow gain for PBD teens in the follow request entrypoint QE:
since we are testing on all private users, we get very little exposure to new private users to see any stat sig movement during testing phase
from a recent finding, < 10% of new teens are on iOS, so we don't expect to see stat sig movement for this target group in our tests

**However, we were able to drive some positive engagement impact for PBD teens (primary accounts) via our efforts.**

Teen story media imp from reciprocal follows in 5 years

**+10.4%**

-11.4% (Original Impact) -> -1.3% (After Mitigation)

Teen media imp from friends & family in 5 years

**+9.2%**

-13.7% (Original Impact) -> -4.5% (After Mitigation)

Teen feed time spent in 5 years

**+1.1%**

-2.8% (Original Impact) -> -1.7% (After Mitigation)

skip



Skip

Sizing document: https://fb.quip.com/ex5LAtf2IP6s
Potential reasons for the initial MAP drop difference:
User ID based test vs. Device ID based test
Size based on MAP directly vs. transfer function
Original understanding was based on ~1 mo of data vs. new sizing based on more than 2 mo of data



skip

Overall, launching PBD for teens will lead to -831k drop in teen MAP and on the following slide, you'll see the drop in overall enagement as well.

Sizing document: https://fb.quip.com/ex5LAtf2IP6s
Potential reasons for the initial MAP drop difference:
User ID based test vs. Device ID based test
Size based on MAP directly vs. transfer function
Original understanding was based on ~1 mo of data vs. new sizing based on more than 2 mo of data

**If we were to invest further in mitigating the effects of defaulting teens to private, we'd recommend iterating on notification, ranking, and product work over the course of H2, which could have +12% more new teen MAP mitigation impact.**

Test new user graph notification to highlight teen accounts (to be tested in H2 from Ranking Services)

Force upranking PBD teens

More aggressive feed ranking of in-feed follow requests

█ - There is more that we could do, but we don't believe there's much more juice left to squeeze here.



Legal
Considerations
Legal is
PRIV
PRIV

[redacted] to review

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00136993

## Comms Considerations

**We have previously announced this update in December as part of our age collection announcement and have discussed since then - reversing course will harm our credibility with press and external stakeholders.**

Additionally, we're seen as being 'behind' our competitors - especially TikTok - in youth safety. For example, they do not allow anyone under 16 to receive direct messages. As we advance our commitment in Reels, this may become even more apparent in external narratives.

As part of our Age Collection announcement (December 2019), we said, "in the coming months, we will use the birthday information you share with us to create more tailored experiences, such as education around account controls and recommended privacy settings for young people."

- This announcement resulted in 40+ press articles that noted this commitment as well.
- Including this in the announcement helped us land Age Collection favorably and avoid press characterizing it as a move solely directed at improving ads targeting.

[redacted] to review

## Safety Partner Considerations

**We have repeatedly heard from safety stakeholders that moving to private by default for teen accounts is the safest experience we can offer.**

"On Instagram, user profiles are set to public by default, meaning anyone can see the users' profile and posts.. If a child's profile is set to public on Instagram, they are at an increased risk of being identified and contacted by other users, who may wish them harm... By default, a child's profile and photos should only be viewable to their friends."

*– Baroness Beeban Kidron OBE, Founder & Chair, 5Rights Foundation*

"Really support this move. . this opens up the possibility of enabling additional protections for young users. For example... we would strongly recommend default private settings for all users... this is the only way to ensure that all children using the service are aware and in control of their privacy setting, and we know from our work in schools that currently children are not always clear about this."

*– Will Gardner, CEO, Childnet International*

**Well-being recommends this as a meaningful launch with 3 types of positive impact for Well-being:**

1. Reducing bad experiences and harm in aggregate (ie. improving WB metrics)
2. Preventing or mitigating portions of high-severity incidents (ex. YesJuliet)
3. Legitimacy with people and stakeholders (regulators)

This recommendation is based on Well-being considerations, including people's expectations (#3).

**Well-being metrics for bad experiences -5% for new teen accounts in the test (caveat: -2.2% DAP drop should decrease WB metrics)**

| Category | Metric | % Change | Confidence Interval | Definition |
|---|---|---|---|---|
| Self-Remediation | Block | -5.11% | ±0.52% | |
| Self-Remediation | Restrict | -4.16% | ±1.2% | |
| Self-Remediation | FRX Flow Start | -2.49% | ±2.13% | Feedback and Reporting Experience: Feedback Starts |
| Self-Remediation | Reports | -5.80% | ±5.43% | |
| Direct | Direct Requests | -10.80% | ±0.97% | Pending inbox messages from unconnected accounts. |
| Direct | Allows | -10.06% | ±0.95% | Allow sends a Direct Request into the inbox. |
| Direct | Declines | -3.70% | ±7.59% | Decline a Direct Request. |
| Direct | Direct FRX Flow Starts | -5.75% | ±1.90% | Feedback and Reporting Experience: Feedback Starts in Direct |
| Comments | Media Owner Deletes | -3.73% | ±3.35% | When media owner deletes comments on their media. |

Analysis details: https://fb.quip.com/b55CAqTBnkbl#LBFACAeMW5v

## Launch Options & Recommendations

**Decision 1 - Do we believe there's more meaningful work we can do to mitigate the teen MAP drop?**

**No More Mitigations**

Growth Team Recommendation
(limited room for further mitigation and not worth US DAU work tradeoff)

**Retention:**
- **DAP:** -0.3% topline in 5 years (-0.02% today)
- **Teen DAP:** -2.2% topline teen DAP in 5 years

**Engagement:**
- **Overall TS:** -0.3% topline in 5 years (-0.02% today)
- **Feed impressions:** -0.3% topline in 5 years (-0.01% today)
- **Story impressions:** -0.2% topline in 5 years (-0.01% today)
- **Feed creation:** -0.6% topline in 5 years (-0.06% today)
- **Story creation:** -0.4% topline in 5 years (-0.03% today)

**Invest Further In Mitigations**

- New notif to uprank PBD teens to existing users
- Uprank PBD teens in models
- Improve in-feed follow request unit

**Retention (compared with no more mitigations):**
- **DAP:** +0.05% topline in 5 years
- **Teen DAP:** +0.27% topline teen DAP in 5 years

**Engagement (compared with no more mitigations):**
- **Overall TS:** +0.03% topline in 5 years
- **Feed impressions:** +0.04% topline in 5 years
- **Story impressions:** +0.03% topline in 5 years
- **Feed creation:** +0.08% topline in 5 years
- **Story creation:** +0.04% topline in 5 years

**Decision 2 - Given the tradeoffs, do we launch private-by-default for teens?**

**Launch Now**

Policy/Legal/Comms/Privacy/Well-being Teams Recommendation

**Don't Launch (Now)**

Growth Team Recommendation

**What happened to including tag, mention, and DM reachability as a part of defaulting teens to private?**

- Well-being made the decision to treat **visibility**, **discoverability**, and **interactions** are separate constructs for teen safety.
  - **Visibility** relates to private accounts
  - **Discoverability** relates to the account being discoverable by others
  - **Interactions** relate to how an unconnected account can tag, mention, or DM you.
- Ultimately, tags and mentions opt-in settings were shipped in H1 as opt-in to prevent bullying and DM reachability is reaching code complete for testing from the Direct team.
- **DM reachability was ultimately decided to be opt-in for teens because data shows (amongst other reasons) that approximately 50% of 1:1 DM requests sent to new users in their first fourteen days on Instagram lead to the sender following the recipient at the end of the first 4 weeks.** This means DMs from unconnected accounts are an important way that new users make connections.

Note on DM reachability insights.



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00137001

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00137002

HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00137003



HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00137004



HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00137005



HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00137006



HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00137007



HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00137008



HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00137009



HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00137010

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00137011





HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00137013



HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00137014



HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00137015



HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00137016



HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-031-00137017



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-031-00137018



skip

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00137019

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-031-00137020



HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL-031-00137021