# AMENDED Exhibit 355

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Why do people use Facebook according to academic literature?

We explored more than 130 academic articles from 2005-2018 written by the academic community that explored why people use Facebook, here we summarized what we found.

tl;dr
Academic research suggests the primary use for Facebook started off as social, and to this day remains social -- however, social has declined over time as other use cases have taken up more of the pie, particularly entertainment and information purposes.

Our current research project exploring why people use FB from an ethnographic lens in multiple countries is highly warranted given that much of the research done in this space used surveys on U.S. college students.

Basic facts:

- Nearly all research (96%) focused on the overarching reason for why people use FB (in contrast to the session-level reason)
- Most researchers (~70%) used cross-sectional surveys to assess this question
- More than half of the articles focused only on the US and the majority (~80%) were English-speaking
- The majority (~70%) of the articles focused on college students (36% were about adults) (Note: the results below don't change drastically whether you look at colleges or adults)
- Nearly all studies focused on both men and women
- Many articles exploring this topic came between 2008-2011
- Nearly 1 in 3 used the theoretical framework "Uses and Gratifications"

We identified the following reasons for why people used Facebook:

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Theme | Description | Percent Overall | College Overall | Adult Overall |
| 2 | Social | Uses FB to keep up with their social network and to interact and strengthen their exisiting relationships with friends, family, and acquaintances. | 35% | 36% | 34% |
| 3 | Entertainment | Uses FB to feel entertained, to relax, and to distract themselves. | 14% | 13% | 16% |
| 4 | Information | Uses FB to share and keep up with news, interests, and events. | 12% | 11% | 14% |
| 5 | Impression Management | Uses FB to manage their identity and record their diary. | 12% | 13% | 11% |
| 6 | School/Work | Uses FB to keep up with professional/school network, and help advance their professional/student career. | 6% | 6% | 5% |
| 7 | Community | Uses FB to engage with a community or group (e.g., their country, values) | 5% | 5% | 5% |
| 8 | Tech Affordances | Uses FB for design, ease of use, new features, or trustworthiness of platform. | 4% | 4% | 4% |
| 9 | Romance | Uses FB to date and/or strengthen a relationship with a romantic partner/interest. | 3% | 3% | 1% |
| 10 | Habit | Uses FB out of habit or convenience. | 2% | 1% | 2% |
| 11 | Political Engagement | Uses FB to keep up with politics and be politically involved. | 1% | 1% | 0% |
| 12 | Other | Uses FB for other reasons like out of social pressure, FOMO, boost their self-esteem, argue, and check notifications. | 7% | 6% | 7% |

Here's how these reasons have changed over time:

tl;dr: Academic research suggests the primary use for FB is social -- however, social has declined over time as other use cases have taken up more of the pie, particularly entertainment and information purposes.





#### What does this all mean?

It's hard to speculate and understand if these are actual shifts taking place? If it's something internal versus external? But there are a couple things worth thinking about further.

Nearly all of the reasons on why people used FB existed from the start of FB (e.g., it's not like entertainment didn't exist from the start, it just grew in size over time). And nearly all of the reasons actually decline/stay stagnant between the start of FB and present day FB – the only really places you start to see "growth" is on the dimensions of entertainment and information.

Could this be a reflection on where we've invested more heavily into some of these spaces so people shifted their focus on social to entertainment/information? Could be! For instance, you start to see the downward shift of social around 2010ish in the academic literature – and because it takes about 1-2 years to publish, it's helpful to think about where FB was 2008-2009. I'll list some of the major milestones below, but the biggest shift was that businesses started to pay attention to FB and started to join the community. For instance, GM started its Page on May 21, 2009. Nike created their Page on May 21, 2008, etc.

Key milestones between 2007 and 2009 on FB:

- 2006 News Feed is launched

- 2007 Facebook Platform opens up so people/businesses can build apps on top of FB
- 2007 FB goes mobile
- 2007-2009 FB Beacon is launched and then shut down
- 2007 FB launches Pages (I worked with GM in 2008/2009 when we got pretty aggressive with building FB pages, apps, widgets, etc. during this time period)
- 2008 FB launches Credits/Gifts (and brands and businesses can create personalized ones)
- 2009 FB launches the Like button
- Facebook is in the news a lot for stocks, becoming cash positive, potential acquisitions, etc.

For more of the behind-the-scenes on this project, keep reading:

Method:
We identified several articles that "reviewed" research that focused on Facebook and social network sites [such as Gadekar and Krishnatray (2017), Nadkarni and Hofmann (2012), and Caers et al. (2013)]. We ONLY looked at and reported on research that was Facebook-specific. We also did google scholar searches for terms such as "Facebook motivations", "Facebook use", and "Facebook uses and gratifications." We did NOT do deep dives into specific areas, and instead focused on articles that were broadly scoped in trying to answer this question. Articles that did not provide a reason for why people used Facebook and only studied correlations between general Facebook use and other outcomes (e.g. depression) were not included. To make sure we covered a range of the most recent articles that may not have had a lot of citations yet, we did similar searches mentioned above, but restricted the date range from 2015 to present. We then categorized each article that we read. Each row in our data set is a reason identified in the literature for why people use Facebook (so 1 article may contain several rows). Once we had the data compiled, we collapsed some years so that each year grouping had at least 100 nuanced reasons associated with it.

Note: Academic research takes a long time to publish (sometimes years!) so stuff that was published in 2010 might actually be reflective of what was happening in 2008 or 2009.

Limitations:

- The research is highly biased towards all the things mentioned above: country, language, age, etc.
- This is cross-sectional in nature, with different people each time – so these may not actually be trends, but reflections on how different cohorts perceive FB
- Because most of the research was based on survey data, people were limited in what they could express (e.g., a person could have used FB for entertainment purposes, but the academic only listed social reasons for them to choose from). While academics' goal was to capture the "truth" at the time the study was done, this report may in the end be a reflection on what the academic community thought of as the reasons for using FB, and not what people would have articulated on their own.
- This does NOT take into account how many people resonated with each reason or which was most strongly felt vs. another, it only accounts for the fact that the reason was identified at all.

For the full data set, see here: Why do people use Facebook Literature Review [ALL]
For a link to the full PDFs, see here: https://www.dropbox.com/sh/empunp9jk1slmpk/AAAwIR5kz8gGAiiPGZqMoE-Aa?dl=0
For a link to our higher level codebook structure, see here: Why People Use FB Categories (and for a link to our more detailed codebook, see here)
Contact Support

# Conversation History

Quipbot#01 left the thread Aug 30 at 2:11 pm

---

Quipbot#01 Aug 30 at 2:05 pm

=====IMPORTANT=====

This Quip file has been copied to Google Workspace (https://docs.google.com/document...) as part of the Quip2Google migration efforts. Quip is moving to Read-Only. Please work in the new Google file moving forward.

Learn more

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00200963



HIGHLY CONFIDENTIAL (COMPETITOR)
META3047MDL-046-00200964

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00200965

HIGHLY CONFIDENTIAL (COMPETITOR) META3047MDL-046-00200966



HIGHLY CONFIDENTIAL (COMPETITOR)