# AMENDED Exhibit 384

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

**Winning Negative Social Comparison at Instagram**

  and **Shruti Bhutada** · Last edited September 7, 2021 · 11 minute read

[ Save ]   [ ... ]

# Winning Negative Social Comparison at Instagram

- with **Shruti Bhutada**

**Tl;dr**

- A lot of NSC has been attributed to celebrities and influencers, and we've currently been looking at controls and ranking to solve this.

- However, it's not an influencer problem, it's a culture problem. Those influencers might be *responding* to Instagram's culture and norms by filling their Instagram profiles with

NSC triggering content *in a way that doesn't seem to be happening on TikTok or other platforms*.

- Thus, controls and ranking are a starting point but not a final solution. Ultimately, winning requires IG to reshape its culture and norms.

- How do we win by reshaping culture and norms?

  - Have a stronger public voice about what Instagram wants the culture and norms to be, especially for teens.

  - Partner with celebrities and influencers to change the norms so they can bring their fun, entertaining, authentic selves to Instagram.

  - Pursue big bets that facilitate new norms. We need to change what is *produced*, not just what is *hidden*.

  - Start iterating on voice, partnerships, and bets *in H2*, because getting alignment on these will require hard conversations, a lot of conviction, and a lot of time.

## Motivation



Negative social comparison (NSC, defined in our people problems) is a significant problem on Instagram, with 68% of teen girls experiencing negative social comparison on Instagram and users saying that Instagram exacerbates the problem more than any other mental health problem. Media, policy partners, and governments have also been vocal about Instagram's role in encouraging social comparison that can lead to anxiety, stress, and depression.

While NSC is not unique to Instagram, users feel that NSC is more common on IG (also see the quant results) than any competitors or the Facebook app. In an early 2020 IG Mental Health user study, 15 participants ranked IG in its own separate tier for most NSC (see graph above).

The effect of NSC on people's mental health could also have a cost on growth, and could prompt users to leave Instagram. Over half of users are replacing time on Instagram with other social media apps, and one of the main drivers is that teens feel pressure to post polished content (also see this study about why TikTok is being hired over Instagram, which mentions pressure to be perfect). In a study on user churn, social comparison was the top selected reason for users who left Instagram due to negative experiences (arguably the "nothing to post" reason also may be affected by NSC and pressure to be perfect).

What might cause NSC?

### "Triggering" Celebrities and Influencers

Although we do not yet have a top level metric for measuring NSC, content from celebrities and influencers around topics like body, fitness, appearance, travel, lifestyle tend to be highly correlated with NSC. This CDS note found: "Content from top accounts and non-friends about fashion/beauty/romance is likely problematic, while content from friends about these topics is not." In some user studies, participants even directly called out specific celebrities as causing a lot of NSC. Additionally, there's some research that the closeness of a connection is correlated with how much NSC people experience from that connection.



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00048547



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00048549



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-003-00048552