# AMENDED Exhibit 396

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message



**From**:        [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=        ]

**Sent**: 9/2/2020 12:58:54 AM

**To**:    Justin Cheng        Alex Dow        Kyle Andrews
Kristin Hendrix

**CC**:

**Subject**: Re: Daisy Update 8.17.20

Thanks for the added clarity on Purple Daisy vs. Pure Daisy.

I connected with ▇▇▇ & ▇▇▇ today, and we're in agreement of the following:

1. We do not believe that another Daisy test nor additional Daisy Research will help the burden of proof.
2. Research still advocates for shipping Pure Daisy, which was our original proposal. Variants of Popular Daisy did not reduce social comparison in the same way as Pure Daisy *(caveat: CDS work here still being fully vetted)*.
3. Pure Daisy was proposed as a shipping candidate in February, and FB Leads pushed back and requested an investment in Purple Daisy.

At this time, the running product assumption is that Pure Daisy is not a viable shipping candidate, and thus **we are recommending a roll-back.**

Our next step is to set up an **IG Leads Review the week of Sep 14th** for Research, Data & Product to review this recommendation and discuss plans for roll-back. I'll keep everyone posted on the date / time.

Best,





**From:**
**Date:** Monday, August 31, 2020 at 9:24 PM
**To:**    Justin Cheng        Alex Dow        Kyle Andrews
Kristin Hendrix
**Cc:**

**Subject:** Re: Daisy Update 8.17.20

Thanks for the question ▇▇▇ .

It does not seem that Purple Daisy will be enough, at least not if we proceed with bringing back Like Counts in any form. We don't believe further research will bring clarity here.

Pure Daisy has statistically significant support.

Thanks,

████████



**From:** ████████ ████████
**Date:** Monday, August 31, 2020 at 8:06 PM
**To:** ████████
                Justin Cheng                                                                    Kyle Andrews
                                                                      Alex Dow
                Kristin Hendrix

**Cc:**

**Subject:** Re: Daisy Update 8.17.20

Thanks    & ████████.  It sounds like there is alignment in that testing another variant of Daisy will not strengthen
our narrative.

One clarifying question for the Research team – in your recommendation, you support shipping Pure Daisy.  In a world
where that isn't an option, would shipping Purple Daisy be enough?  Or is your recommendation that Pure Daisy is the
only variant where we can achieve social comparison wins?

Best,





**From:** ████████
**Date:** Monday, August 31, 2020 at 7:42 PM
**To:** ████████                                                          Justin Cheng
                                                                                              Kyle Andrews
                                                                      Alex Dow
                , Kristin Hendrix

**Cc:**

**Subject:** Re: Daisy Update 8.17.20

Hi Everyone,

The Product Analytics DS viewpoint has not changed:

**We do not believe another Daisy test or another half of work on Daisy will strengthen the narrative enough to ship
Daisy. The bar for well being (and social comparison) wins has been set too high to be achievable.** Updates like the
Abbreviated Like Count (at a thousand likes) Threshold variant of Daisy, Feed Recs, Shopping tab, and Reels may make
the case for Daisy weaker than it was last winter. **Therefore, the DS recommendation is to develop a comms plan to roll
back Daisy.**

Separately, on the CDS side, Justin and Alex have been developing a narrative around Daisy's impact on social

comparison. While we think it's unlikely to change the ultimate decision at the leads level, we're eager to evaluate all the data at our disposable, so we're still working with them to better understand their findings.

Best,





**From:**
**Date:** Monday, August 31, 2020 at 1:28 PM
**To:**                                    Justin Cheng                                               Kyle Andrews
                                                                    Alex Dow
                    Kristin Hendrix

**Cc:**

**Subject:** Re: Daisy Update 8.17.20

Hey everyone,

The research team has spent the past week diving deep into all the survey data (new and old), and wanted to share our perspective on Daisy.

**tl;dr:** IG Research believes that there is positive signal from all of the research to date, but we don't know that it is enough to justify other business costs and ecosystem effects. If the decision were ours, based on the research to date, we would recommend shipping.

### Should we do further testing?
Though we can always learn more from additional research, Research believes that we have sufficient data to address the primary hypotheses of Daisy. As a result, we do not recommend further testing at this time.

Pure Daisy is associated with lower negative social comparison, especially for teen girls, but the effect size is small. We do not expect to find a larger effect with more research--reasons include like counts being only one of many signals in Instagram that might trigger negative social comparison, and the complexity of measuring well-being.

### Should we ship Daisy or roll it back?
If the choice were to ship or to roll-back, we support shipping **Pure Daisy**.

Based on the previous quant work by Kyle Andrews, and the more recent March 2020 survey conducted by Justin Cheng, Moira Burke, and Shruti Bhutada, we recommend shipping Pure Daisy.

Why we support shipping:

- From the IG research team's V3 survey, we learned that people in the Daisy conditions felt that hiding like counts would make IG better both for themselves and for others, at rates that were statistically significantly higher than the control condition. At pretest, the control group and two Daisy groups had similar ratings, but after living with Daisy for a few weeks people in the test conditions were significantly more favorable toward the concept of hiding likes than control participants (indicating the change wasn't just the result of positive press coverage).
- Core Data Science and the IG Well-being team partnered to do an additional survey, and found evidence that Daisy **does lower negative social comparison** (using a different measure of negative social comparison than

previous surveys: whether people feel unsuccessful, bad, or discouraged in comparison to others on IG) in the US:

- o People with **pure** Daisy reported -0.079 ± 0.078 points less negative comparison on a 5-point scale (p < 0.05). Teen girls appeared to benefit the most from Pure Daisy (-0.25 ± 0.21, p < 0.05). There is no effect for popular Daisy.

Why Pure Daisy over Popular?

- o Research indicates that the most harmful comparison is between your posts and posts with large like counts. This positive effect is erased in the Popular condition, which reintroduces like counts on those posts.
  - ▪ The lowered negative social comparison effect of pure Daisy is significantly related to the number of posts you see with > 1M likes. (There is also a relationship between negative social comparison and seeing posts with other, lower, like thresholds, but only the control vs 1M comparison is statistically significant). *\*\*this research is still under review, and hot off the presses\*\**
  - ▪ In the control condition, a 1 percentage point increase (e.g., 3% → 4%) in the amount of content with 1M+ likes seen leads to a 0.08 point increase in negative social comparison, while in pure Daisy, a 1 percentage point increase only leads to a 0.03 point increase in negative social comparison (a drop of 62% ± 57% (p = 0.03).

We look forward to everyone's thoughts.

Warm regards from ████ █ Kristin and█



**From:** ████████ ███████
**Date:** Tuesday, August 25, 2020 at 11:12 PM
**To:** Justin Cheng█

**Subject:** Re: Daisy Update 8.17.20

Thank you @Justin, really appreciate your answer!

R



**From:** Justin Cheng█
**Sent:** Tuesday, August 25, 2020 18:36
**To:** █ █
**Cc:** █

**Subject:** Re: Daisy Update 8.17.20

As a quick response to the question of whether there's a link between social comparison and changes in "well-being":

- The survey questions measuring negative social comparison ask about "feeling unsuccessful/discouraged/bad in comparison to others", so implicitly this is something that we'd want to reduce.
- Internally, we experimentally shown that increasing comparison can lead to increased loneliness.
- Prior experimental research has also shown that people who compare themselves to others more feel worse about their bodies after viewing fitspiration images on Instagram; exposure to "successful" social media profiles also decreased self esteem.

Justin



**Subject:** Re: Daisy Update 8.17.20

It'd be really helpful for the DS and Research teams individually to come back with a perspective on:

1. Based on what we learned prior or in new information since have we met the burden of proof to ship?
2. What else could be learned from further testing?
3. Would those learnings be sufficient to clear the burden of proof line if we currently haven't met it?
4. What's the recommendation based on the above? [Further testing, ship, unship]

This can then form the basis for the broader recommendation and the discussion. Is end of week reasonable for that outcome?

Thanks everyone, I know it's been a journey, but we're close.



**Subject:** Re: Daisy Update 8.17.20

HIGHLY CONFIDENTIAL (COMPETITOR)       META3047MDL_RVOL003       META3047MDL-003-00071464

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003                    META3047MDL-003-00071465



HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00071467



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00071468



HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003                    META3047MDL-003-00071470

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00071471