# AMENDED Exhibit 1115

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT



**META3047MDL-003-00110240-META3047MDL-003-00110276**



# TEEN WELL-BEING FOUNDATIONAL RESEARCH:
# US, UK, DE, FR, JP

Marketing Insights
March 2019

Wendy Gross, Marketing Insights
████████ Product Marketing

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003                    META3047MDL-003-00110240

# EXECUTIVE SUMMARY

## "Well-being" is not in the teen lexicon. However, teens who use Instagram at least monthly report being generally satisfied with their lives.

- Teens don't use the phrase "well-being" and confuse it with wellness and mindfulness.

- In general, teens report being satisfied with their lives and various dimensions of well-being, specifically social dimensions, although they struggle to find balance in their busy lives and often feel stress or tired.

- Positive experiences happen more frequently and contribute more to overall well-being than negative experiences.

- Strong predictors of well-being include satisfaction with social connections (friends, family, classmates), performance in school and extracurriculars, and physical health (energy levels, eating habits, overall health and fitness).

2

# EXECUTIVE SUMMARY (CONT.)

Teen-age Instagram users report experiencing benefits of social media more often than drawbacks. The top benefit is connecting with friends, while the largest drawback is the pressure to look perfect.

- Most teens feel social media in general has had a positive impact on their lives, specifically their relationship with their friends and their overall social lives.

- The most commonly expressed benefits of social media are connecting with friends and something to do during downtime.

- Negative experiences on social media happen less often than positive experiences; the most common are the pressure to look perfect and feeling that they spend too much time online.

3

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00110242

# EXECUTIVE SUMMARY (CONT.)

## The positive and negative effects of Instagram on teens' well-being are interconnected.

- Inspiration, connection, and entertainment are heavily associated with Instagram. However, they can simultaneously contribute to and detract from teens' overall well-being.

- Feed, Profile, and Direct are common surfaces to encountering negative experiences on Instagram.

- Although awareness of safety features is not uniformly high, teens report using self-remediation tools when they run into problems.
  - Specifically, teens block individuals from following them or commenting on posts, make their accounts private, and delete content (comments or posts).

4

# EXECUTIVE SUMMARY (CONT.)

## Teens are receptive to communication about well-being from Instagram, but communications need to center on the connection with friends to resonate.

- Teens see Instagram as uniquely posed to address overall well-being, since community standards are higher than other platforms. Communication should be realistic without overstating Instagram's role in promoting overall well-being.

- "**Instagram helps me feel good by connecting me to my friends**" was the strongest performing positioning territory in all markets, followed by "**Instagram helps me feel good by connecting me with people who support me**".

- Since teens don't use the phrase "well-being", language should describe the mindset of feeling positive, happy, and fulfilled.

5

HIGHLY CONFIDENTIAL (COMPETITOR)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110245

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110246



8

HIGHLY CONFIDENTIAL (COMPETITOR)            META3047MDL_RVOL003                              META3047MDL-003-00110247

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00110248

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL_RVOL003     META3047MDL-003-00110249

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00110250



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110251

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00110252

14

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00110253



HIGHLY CONFIDENTIAL (COMPETITOR)       META3047MDL-003-00110254



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110255

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110256

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110257



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00110258



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110259



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110260



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110261

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110262

# INSTAGRAM FOCUS

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110263

# THE BENEFITS AND DRAWBACKS FOR INSTAGRAM ARE CLOSELY LINKED

Instagram a part of their lives, and they love it as a destination for inspiration, connection, and entertainment. At the same time, those, these key **benefits** can become key **drawbacks**.

at worst                                                                                          at best

| Everything is 'perfect,' highlighting a false perception of reality; leading to feelings of insecurity and inferiority |  Inspiration | Access to a wider world view, providing motivation and inspiration to pursue passions, reach goals, or engage in new ventures |

*" I love looking at geotags on IG, and search out different places I want to go on vacation, but its also really annoying when I can see my friends are out having fun abroad, and I'm stuck at work." 16-18 boys, US*

| Convenience of liking, sending messages, and commenting can enable unwanted attention, or result in hurt feelings with too little validation |  Connection | Everyone is on IG – friends, celebrities, influencers. It is fun to follow, share and keep up with what everyone is doing |

*" On Instagram, you can view lots of different accounts, and search people by name, unlike Snap, but that also means that people you don't know can message you." 13-15 girls, US*

| The endless content is addicting, wasting time that could be spent doing something more productive |  Entertainment | Endless breadth and variety of content to enjoy – always something new and entertaining to watch |

*" There is so much to look at it... It is great when I'm bored, but not good when I stay up late and then have trouble getting up the next morning." 16-18 boys, FR*

25

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003                                          META3047MDL-003-00110264

# TEENS SAY THEY EXPERIENCE THE POSITIVES OF INSTAGRAM MORE OFTEN THAN ITS NEGATIVES

**However, negative experiences occur almost as often as positive ones for teens in Japan**



Frequency of Experiences on Instagram
% Often + Very Often Among Teen IG MAP

| | US | GB | DE | FR | JP |
|---|---|---|---|---|---|
| Any positive | 87% | 85% | 72% | 83% | 60% |
| Connecting with my friends | 68% | 67% | 57% | 63% | 34% |
| Giving something to do during my downtime | 66% | 62% | 57% | 59% | 42% |
| Keeping my friends up-to-date with what I do / think | 59% | 54% | 48% | 51% | 33% |
| Sharing my best moments | 58% | 56% | 46% | 56% | 33% |
| Expressing myself | 58% | 52% | 39% | 54% | 30% |
| Feeling comfortable sharing | 57% | 54% | 33% | 56% | 32% |
| Feeling closer to the things I care about | 54% | 52% | 44% | 55% | 35% |
| Any negative | 52% | 58% | 57% | 56% | 42% |
| Feeling like I have to look perfect | 32% | 37% | 30% | 32% | 16% |
| Feeling like I waste too much time on social media | 23% | 28% | 27% | 25% | 27% |
| Feeling like I'm missing out on real life | 19% | 23% | 21% | 21% | 15% |
| Seeing too much inappropriate content | 17% | 18% | 21% | 20% | 12% |
| Being contacted by strangers | 17% | 18% | 24% | 19% | 13% |
| Worrying about how my posts or photos will be used | 17% | 23% | 22% | 27% | 19% |
| Seeing my friends or followers argue too much | 16% | 22% | 16% | 17% | 11% |

Q12. How often have you done or experienced each of the following on Instagram?
Base: Monthly Instagram users
US: n=1,000 GB: n=1,000; DE: n=1000; FR: n=1,000; JP: n=1,002

26

HIGHLY CONFIDENTIAL (COMPETITOR)                META3047MDL_RVOL003                META3047MDL-003-00110265

# WHERE NEGATIVE EXPERIENCES OCCUR IN THE APP DEPENDS ON THE TYPE OF ISSUE

**Pressure to be perfect and worrying about how your content will be used are most common on teens' profiles**
**Other issues including FOMO, arguments, inappropriate content, and wasting time are most common on feed**



IG Features Where Negative Experiences Occur
Correspondence Map Among Teen IG MAP who have a Negative Experience at Least Occasionally

Q13. Where on the Instagram app have these instances occurred?
Base: Monthly Instagram users who have a negative experience at least occasionally
Data weighted to overall distribution of countries in teen monthly users. Each country produces similar correspondence map.

27

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110266

# AWARENESS OF SAFETY FEATURES IS LIMITED

<span style="color:maroon">They are well versed on core IG features, but their knowledge of safety features is limited</span>

- All aware of private account*, and blocking accounts
- And some understanding of reporting, but mostly limited to reporting offensive or inappropriate content (versus SSI reporting)

<span style="color:maroon">But, few aware of more advanced tools for reporting, managing comments, or tracking activity on the app</span>

- Few taking time to explore 'your activity' or go deeper into 'report' setting to learn more

<span style="color:maroon">Teens report that they aren't always aware when Instagram makes new features available</span>

- By comparison, teens feel SnapChat which keeps them informed about each new update

*From Feature Awareness Tracker, at least 80% of teens are aware of private accounts in each market



*"When Snapchat has a new feature, they tell you about it. I don't think I've ever heard from IG about a safety feature."*
*13-15 boys, US*

# THREE WELL KNOWN FEATURES ARE SEEN AS USEFUL FOR MANAGING THE MAJORITY OF NEGATIVE INTERACTIONS ON IG

| Private account | Blocking accounts | Reporting |
|---|---|---|
| The most effective feature to maintain a positive and controlled IG experience | Helpful to shut down unwanted contact or attention | Useful, a tool to flag fake or upsetting content and have it removed<br><br>But, some question effectiveness |
| *"If you have a private account, you can prevent a lot of weird and negative stuff from happening." 16-18 boys, FR* | *"If I get an unwanted message from a creepy older man, I just block him and it's done." 13-15 girls, US* | *"I have reported stuff on Instagram. I think a lot of people need to report before they take it down." 13-15 boys, US* |

### Top drawbacks addressed

| | | |
|---|---|---|
| • Stranger Danger / Privacy Concerns<br>• Spam accounts/fake accounts<br>• Bullying | • Stranger Danger / Privacy Concerns<br>• Unwanted attention<br>• Spam accounts/Catfishing<br>• Bullying* | • Spam accounts/fake accounts<br>• Exposure to unwanted content<br>• Bullying* |

* It is important to note, however, that teens who have been bullied on Instagram report that blocking accounts and reporting are not always effective tools to combat this issue (Teen Bullying Deep Dive 2019)

29

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00110268

# WHILE TEENS COPE WITH THE PERCEIVED NEGATIVITY ON IG, THEY OFTEN DO NOTHING IN RESPONSE TO MORE COMMON ANNOYANCES

Less common but more severe ⟶ More common but more benign

| Privacy & Stranger danger | Bullying | Exposure to fake or inappropriate content | False Reality & Social Comparison | Distraction/ Time Waste |
|---|---|---|---|---|
| • Private accounts<br>• Block accounts<br>• Talk to friends about shared experiences<br>• In extreme cases, report to parents or trusted adults | • **Nothing**<br>• Private accounts<br>• Block accounts<br>• Report to IG but not adult<br>• Respond ironically to show it doesn't affect you<br>• Share positive comments to those bullied | • Private accounts<br>• Block fake accounts<br>• Report to IG<br>• Share offensive videos with friends (that they might find interesting) | • Usually **nothing**<br>• Remind themselves that not everything on IG is real<br>• Turn to Snap for casual sharing<br>• Use filters / photo apps to enhance pictures | • **Nothing**<br>• Some take a break from social media<br>• Some try to turn off phone for a bit |
| *"It can freak you out a little when you get a message, but then you block them, and it goes away." 13-15 girls, FR* | *"I see it happening, but there is little you can do." 13-15 boys, US* | *"I saw this one video that was really violent, so I shared it with my friend... I knew he would like it." 13-15 boys, FR* | *"You can't really do anything about it... Everyone posts perfect moments on IG." 16-18 boys, US* | *"I will try and put my phone away when I'm at dinner with my family." 13-15 girls, US* |

30

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110269

# HOW TEENS RESPOND TO NEGATIVE EXPERIENCES ON INSTAGRAM DIFFERS BY THE EXPERIENCE

## Many teens do nothing in response to the problems they face on Instagram, especially in Japan

Most Common Action Taken in Response to Issues on IG
% Selected Among Teen IG MAP who have a Negative Experience at Least Occasionally

| More common → Less common | 🇺🇸 | 🇬🇧 | 🇩🇪 | 🇫🇷 | 🇯🇵 |
|---|---|---|---|---|---|
| Feeling like I have to look perfect | Nothing/Made my account private | Nothing/Deleted my post(s) | Nothing/Made my account private | Nothing | Nothing |
| Feeling like I waste too much time on social media | Nothing | Nothing | Nothing | Nothing | Nothing |
| Feeling like I'm missing out on real life | Nothing | Nothing | Nothing | Nothing | Nothing |
| Seeing too much inappropriate content | Blocked individuals from following me | Nothing/Reported it to Instagram | Blocked individuals from following me | Blocked individuals from following me | Nothing |
| Being contacted by strangers | Blocked individuals from following me | Blocked individuals from following me | Account private/Blocked individuals | Blocked individuals from following me | Nothing |
| Worrying about how my posts or photos will be used | Made my account private | Made my account private | Made my account private | Account private/Blocked individuals | Nothing |
| Seeing my friends or followers argue too much | Nothing/Deleted comments | Nothing/Turned off my comments | Deleted comments | Nothing/Turned off my comments | Nothing |

Q14. Which of the following have you done in response to these instances?
Base: Monthly Instagram users who have a negative experience at least occasionally
US: n=322-484; UK: n = 384-593; DE: n=385-553; JP: n = 237-510

31

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110270

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00110271

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00110272



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110273



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00110274



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00110275



HIGHLY CONFIDENTIAL (COMPETITOR)