**AMENDED Exhibit 1176**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**METAMAAG-001-00195871**

## Metadata

| All Custodians | Meta Platforms; | SEMANTIC |
|---|---|---|
| Confidentiality | HIGHLY CONFIDENTIAL | SEMANTIC |
| Date | 2022/08/03 | SEMANTIC |
| Filename | Daisy Controls Default Comparison - Preliminary Results _ Workplace.pdf | SEMANTIC |
| MDL BEGBATES | META3047MDL-004-00003255 | SEMANTIC |
| MDL ENDBATES | META3047MDL-004-00003264 | SEMANTIC |


EXHIBIT 22
meta-
3.14.25

**Daisy Controls Default Comparison - ...**

· Last edited August 3, 2021

· 11 minute read

Save



# Daisy Controls Default Comparison - Preliminary Results

## Background

- During the initial testing of Daisy controls there were two approaches to the default setting. While some teens had the choice to hide their like counts (opt-in condition), others had their like counts hidden for a period of time and then were given the option to opt-out of Daisy controls (opt-out condition).

- We are interested in how the default setting of Daisy controls impacts negative social comparison experiences for teens on IG. To do this we are comparing population levels of negative social comparison between teens who were in the opt-in condition to teens who were in the opt-out condition.

- We anticipate there may be a difference between opt-in and and opt-out conditions because the rates of having like counts hidden is very different in the two conditions: when daisy controls are opt-in, only 0.72% of people choose to hide like counts, but when they're opt-out, 35% leave their like counts hidden.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                          META3047MDL-004-00003255
HIGHLY CONFIDENTIAL                                                                       METAMAAG-001-00195871

- For our initial analysis we did not distinguish between teens who actually took action to opt-in or opt-out of Daisy controls, rather we are just comparing overall population levels of negative social comparison between these two conditions. In this approach, known as an intent-to-treat analysis, all participants are included in the statistical analysis and analyzed according to the group they were originally assigned, regardless of their adherence to the treatment (in our case the option to opt-in or opt-out of Daisy). This method allows us to draw unbiased conclusions regarding the effectiveness of a condition and inform what the default setting for Daisy controls should be.

## Population

- We surveyed 19,275 teens (9,648 opt-out, 9,627 out-in) in the United States, India, and Great Britain.

- 55% of participants finished the full survey.

- On average, participant completed 64% of the survey questions.

- There were not large differences in response metrics or demographics between the opt-in and opt-out conditions.

## Initial Takeaways

- In the opt-out condition, 69% of teens were aware of Daisy controls as a product. This was significantly higher than the 49% of teens in the opt-in condition who were aware of Daisy. Though, this is not a surprising result, it confirms that Daisy controls as a default does bring this product to the attention of teens.

- Teens in the opt-out condition were significantly less likely to feel worse about themselves because of the number of likes other people received on their Instagram posts. This is one of our most relevant indicators of negative social comparison and demonstrates the impact default Daisy controls can have on experiences of comparison on the platform.

- There were no other significant differences in social comparison question responses between our two conditions. This indicates that although having default Daisy controls reduced comparison of likes, it didn't reduce overall comparison or appearance comparison.

HIGHLY CONFIDENTIAL (COMPETITOR)                            META3047MDL-004-00003256
HIGHLY CONFIDENTIAL                                         METAMAAG-001-00195872

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-004-00003257
METAMAAG-001-00195873

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-004-00003258
METAMAAG-001-00195874

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-004-00003259
METAMAAG-001-00195875

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-004-00003260
METAMAAG-001-00195876

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-004-00003261
METAMAAG-001-00195877

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-004-00003262
METAMAAG-001-00195878

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-004-00003263
METAMAAG-001-00195879

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL

META3047MDL-004-00003264
METAMAAG-001-00195880