# AMENDED Exhibit 1179

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# 2018-02-08 - Schoooools Review

CDS contributors: ▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇ (Managers - ▇▇ ▇▇▇▇▇▇▇ ▇▇▇▇▇▇)

Other relevant parties: ▇▇▇▇ (Research Scientist on Youth Team), ▇▇▇▇▇▇▇ (Data Scientist on Youth Team), ▇▇▇▇▇▇▇▇ (EM on Youth Team)

Review date: 2018-02-08

## Overview

The teen population on Facebook is decreasing and so one of the key goals of the Youth Growth team is to get teens onto Facebook and to stay there. To do so, the Youth Growth team is building products centered around High School Communities. Our assumption is that teens' lives and social network revolve around their school, and so building products that center around their school network and improving the high school experience for them on Facebook will increase their engagement on Facebook.



Fig 1: Ratio of I30>0 US teens given their number of friends.
The more friends you have, the more likely you are to use FB.
However, the quality of your friends also matters -
if they come from your own school, you are more likely to be engaged.

Thus, to build a High School Community, it is essential that we correctly identify the school a given teen is attending. This is reflected by the youth's team goal for this half - increase the number of teen self-proclaimed school associations by a factor of two. This in turn will allow us to build products such as school-sharing and school-based PYMK (see: [ HYPERLINK "https://fb.quip.com/DGaGA4YTjys4" \h ])



Fig 2: School based sharing mock

In addition to the youth team, Messenger and Instagram are looking into similar school related products ([ HYPERLINK "https://fburl.com/mwxnm6p7" \h ]), with goals to release products this half. This is an opportunity for us to achieve a cross-company impact.


### Setting Up the Problem
Currently, only 9.3M out of 18.7M active (i.e. I30>0/MAP) US teens on FB put a school on their profile.  And of these self-identified schools, "home school" is the most popular school.  Teens also write many fake schools, such as Hogwarts, Justin Bieber High School, and Spongebob Squarepants High School. 6.3M out of the 9.3M put a school that can be linked to a school in the US registry, and thus can be, in some sense, "trusted".

Hence, the problem space was historically broken into two main challenges:
1. improving the teen-HS predictions
2. improving "schooliness", or identification of what are real schools

These challenges are related in that if we can get a better idea of what are real schools, we can improve our teen-HS predictions, and if we can improve our teen-HS predictions, it will give us a better idea of what are real schools based on the network of teens that are predicted to go to that school.

There are a few data issues that complicate things further:
1. Not all teens picked the right school. Some teens mistakenly picked a school having a similar name to their owns, that is located in another city. (see [



*Fig 4: School acronym on Instagram vs. school name at Facebook*

We take as a validated teen-HS pair if one of the following holds:
██████  ██████  ████████████████████████  ██████