# AMENDED Exhibit 826

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

| | |
|---|---|
| From: | Evan Spiegel |
| Sent: | 3/29/2017 8:55:38 AM |
| To: | Imran Khan |
| Subject: | Re: MoffettNathanson | SNAP: A Middle School Crush? |

do you have full article ? i can't access

On Wed, Mar 29, 2017 at 4:03 AM, Imran Khan wrote:

**From:** Michael Nathanson <michael@moffettnathanson.com>
**Date:** March 29, 2017 at 7:01:06 AM EDT
**To:**
**Subject: MoffettNathanson | SNAP: A Middle School Crush?**
**Reply-To:** Michael Nathanson <michael@moffettnathanson.com>

Senior Analyst: Michael Nathanson
(212) 519-0010   michael@moffettnathanson.com
Analyst: Perry Gold
(212) 519-0014   perry@moffettnathanson.com

## SNAP: A Middle School Crush?

*Over the past month, investors have heard from Snapchat's management and the analyst community, but they haven't really heard from Snapchat's most ardent users. Last week, we hosted three one-hour focus groups in New York with three distinct cohorts of users – middle school students, high school students, and young post-college graduates.*

*Despite the rules that don't allow those under the age of 13 to be on Snapchat, our focus group clearly showed that the middle school set was a rabid – almost exclusively – user of Snapchat. It is hard to imagine that DAU and time spent can grow much higher here. Thus, we see little odds of incremental growth and the potential over-reliance on this demo for core usage. While many bulls have talked about the valuable demos served by Snapchat, the last time we looked, we don't think a middle schooler buys cars, houses, or insurance.*

*We also discovered that this fanatic devotion to Snapchat waned as we went up in age and participants had less disposable time and more ways to connect with friends. We drew several conclusions from the panels which helped to confirm a few of our theses while also calling into question others. Our key takeaways were…*

*To continue reading, click here...*
*RE:TELL Focus Group Presentation*



CONFIDENTIAL                                                                                                                                               SNAP2347064

*Kind Regards,*
*Michael Nathanson*
*Senior Analyst*

*This communication may contain confidential and/or privileged information. If you are not the intended recipient (or have received this communication in error) please notify the sender immediately and destroy this communication. Any unauthorized copying, disclosure or distribution of the material in this communication is strictly forbidden.*

*Nothing contained in this communication or any distribution by MoffettNathanson LLC constitutes an offer to sell, or a solicitation of an offer to buy, any security or investment. The information set forth should not be construed as financial, legal, tax or any other advice. MoffettNathanson LLC makes no warranty, express or implied, concerning the accuracy or reliability of the content herein.*

*For additional information about MoffettNathanson LLC, please visit our website at **www.moffettnathanson.com**. Our documents are protected against forwarding or saving without any plug-ins or additional software. All you need is a Web browser. If you have any issues opening this document, please contact **support@moffettnathanson.com** or call **(212) 519-0023**. This research is not available through any third parties. If you no longer wish to receive e-mail messages from **michael@moffettnathanson.com**, please select the following link: **Remove**.*

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP2347064-SNAP2347065

**BEGATTACH:** SNAP2347064

**ENDATTACH:** SNAP2347065

**Custodian:** SPIEGEL_EVAN

**Author:** EVAN SPIEGEL

**Filename:** 122E0C855ACDB6CA3C857DD801EE659BB9A450C63E5F76B347947862953829A3.EML

**Create Date:** 3/29/2017 8:55 AM

**Last Modified Date:** 3/29/2017 8:55 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /122E0C855ACDB6CA3C857DD801EE659BB9A450C63E5F76B347947862953829A3.EML