# AMENDED Exhibit 845

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



## At school and work

"I use Snapchat at school to show different things I am doing, or if something is going on."

Source: 2017 Greenberg Strategy study commissioned by Snap Inc.
Q17: Where have you used Snapchat?
Q20: Describe how you use Snapchat on an average day (Open-end)

HIGHLY CONFIDENTIAL (COMPETITOR)

### Where

**64%** Snapchatters age 13-21 use Snapchat during school

**34%** Snapchatters age 22+ use Snapchat at the office

SNAP7403471