# AMENDED Exhibit 849

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Social Media - Wellness Perception Research
Product Research x Clearworks
March 2023

CONFIDENTIAL – INTERNAL USE ONLY



HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                             SNAP3157225

## Overview

- Research Overview
- Top Takeaways & Opportunities for Snapchat
- Day in the Life of Teens and Young Adults
- Positive Perception Themes
- Negative Perception Themes
- App Perceptions
- Parent Perspectives
- Wellness Experts' Guidance
- Top General Ideas to Improve Social Media from All Cohorts

CONFIDENTIAL – INTERNAL USE ONLY  2

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3157226

# RESEARCH OVERVIEW


### BACKGROUND

We aimed to understand the perceptions of social media from Users, Parents, and Wellness Experts in order to identify new opportunities to foster positive interactions on and perceptions of Snapchat. This research was in collaboration with Clearworks.


### PARTICIPANTS

Teenage (13-17) Snapchat Power Users

Young Adult (18-24) Snapchat Power Users

Parents of Teens (13-17) that use Snapchat frequently – mix of Teen ages & genders

Wellness Experts who counsel Teens (13-17) about issues related to social media

Have neutral to positive regard for Snapchat (no detractors)

Mix of gender, ethnicity, income and geographies


### OBJECTIVES

To understand perceptions of social media from Users, parents, and Wellness Experts

- Understand a typical day for Teens & Young Adults on social media – what apps they're using, why, when, with who
- Understand what each cohort perceives as positive & negative interactions on social media
- Understand what Wellness Experts are hearing from Teens about social media
- Understand how Parents view their Teens' use of social media – what they wish they knew, what they'd change, concerns
- Understand opportunities for Snapchat to foster positive and safe interactions


### METHODOLOGY

- (30) 60-minute in-depth interviews – 10 Wellness Experts, 12 Young Adults and 8 Teens
- (3) 1.5-hour focus groups with Teens – girls 13-14, girls 15-17, boys 15-17
- (2) 2-hour focus groups with Parents of Teens
- All sessions conducted via Zoom


### RESEARCH DATES

- November 2022 – January 2023

Please reach out to ▮▮▮▮▮ for any questions

CONFIDENTIAL – INTERNAL USE ONLY  3

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP3157227

Cohorts:



Social media, communication, and entertainment platforms probed:

    ] Main apps that were brought up by cohorts

    

CONFIDENTIAL – INTERNAL USE ONLY  4

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                     SNAP3157228

# NEGATIVE PERCEPTIONS OPPORTUNITIES
FOR SNAPCHAT

Top negatives about general social media:
Comparative, Negativity and Cyberbullying, and Time Consuming

| TAKEAWAY | OPPORTUNITY |
|---|---|
| Generally, when cyberbullying happens, the proof disappears - and Teens don't want to be seen as a "narc" by screenshotting | Consider educating on future features like reporting messages and retaining reported messages for proof purposes (consider shake to report with blind screenshot for proof purposes) |
| Instagram is the main app where comparison happens due to the highly curated content by influencers and celebrities | Consider prioritizing positive content and creators who are "going natural" or promoting positive messages around body image, mental health, being yourself, etc. |
| Generally for Teens and Young Adults, they are on social media "all the time" | Consider giving Users the power to turn off notifications during school hours or when they should be working or studying<br><br>Consider giving Users the ability to set their own time limits within the app |

CONFIDENTIAL – INTERNAL USE ONLY   7

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                              SNAP3157231



HIGHLY CONFIDENTIAL (COMPETITOR)  SNAP3157235