**AMENDED Exhibit 853**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

1            UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    ----------------------------x
     IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No. 4:22-md-
4    ADDITION/PERSONAL INJURY       ) 3047-YGR
     PRODUCTS LIABILITY LITIGATION  )
5    ----------------------------x

6

7       SUPERIOR COURT OF THE STATE OF CALIFORNIA

8          FOR THE COUNTY OF LOS ANGELES

9            SPRING STREET COURTHOUSE

10   COORDINATION PROCEEDING        )
     SPECIAL TITLE [RULE 3,400]     ) Lead Case No. for
11                                  ) Filing Purposes
     SOCIAL MEDIA CASES             ) 22STCV21355
12   _____ )
                                     )
13   This Document Relates to:      )
     STATE OF TENNESSEE, et al.,    )
14       vs.                        )
     META PLATFORMS, INC., and      ) CONTAINS HIGHLY
15   INSTAGRAM, LLC, Case No.       ) CONFIDENTIAL
     23-1364-IV                     ) INFORMATION
16   ----------------------------x

17

18

19       VIDEOTAPED DEPOSITION OF NONA YADEGAR

20            LOS ANGELES, CALIFORNIA

21           MONDAY, DECEMBER 16, 2024

22                 9:35 A.M.

23   Job No.: 7040317

24   Pages: 1 - 418

25   Reported by: Leslie A. Todd, CSR No. 5129 and RPR

1    agree that Snap believes children age 13 to 17

2    are a vulnerable population?

3                    MS. TELLER:  Objection.

4          Argumentative, vague.

5                    THE WITNESS:  What I would say

6          is that users 13 to 17 deserve a -- an

7          experience that is tailored to their

8          ages.

9                    MR. BILSBORROW:  Okay.  We'll

10         mark as Exhibit 6 tab 7.

11                   (Exhibit No. 6 was marked for

12                   identification.)

13   BY MR. BILSBORROW:

14         Q.    Ms. Yadegar, I've handed you what's

15   been marked as Exhibit 6.  It's a lengthy

16   document.  I can point you in the direction of

17   what I'm going to ask you about, but you're free

18   to look at anything you want.

19         A.    I'll ask for breaks to read once we

20   get to relevant questions.

21         Q.    Sure.  And we can go off the record

22   and you can review as much as you'd like.

23                So this is a document called "Trust

24   and Safety, December 2019 Board Meeting."

25                Do you see that?

1          A.      I see that, yes.

2          Q.      And at this time, December 2019,

3     you were director of platform policy.  True?

4          A.      I might not have been promoted to

5     director yet, but I held that general role of

6     head of platform policy.

7          Q.      And you testified that head of

8     platform policy functionally was the same as

9     director of platform policy.  Right?

10         A.      Yes.

11         Q.      Either way, in December 2019, you

12    were in the platform policy role, correct?

13         A.      Mm-hmm.  Yes.

14         Q.      In that role, did you participate

15    in board meetings?

16         A.      Sometimes.

17         Q.      And I'll represent to you that this

18    document was in your custodial file, which is how

19    we found it.

20                 In your experience participating in

21    board meetings, who from Snap participates in

22    board meetings?

23                 MS. TELLER:  Objection.

24         Foundation, calls for speculation.

25                 THE WITNESS:  I don't know how

1           the board meetings are exactly run, but

2           it is my understanding that depending on

3           the topics on the agenda, the relevant

4           team members are brought in to speak to

5           whatever is on the agenda.

6     BY MR. BILSBORROW:

7           Q.     So when you had relevant knowledge

8     about something on the agenda, you were brought

9     in to speak to that as head or director of

10    platform policy, correct?

11          A.     Correct.

12                 MS. TELLER:   Objection.

13          Speculation.

14    BY MR. BILSBORROW:

15          Q.     I think you testified that you did

16    participate at board meetings, correct?

17          A.     Sometimes.

18          Q.     If you turn over to the page ending

19    in 469.  It's page 10 of the document.

20                 And what I'm going to ask you about

21    is the top of the page, which is titled "Issues

22    Affecting Minors on Snap."

23          A.     (Peruses document.)  I read the

24    section just between 2.0 and 2.1.

25          Q.     Okay.  So if you take a look at the

1    first sentence there, it says:  "The safety of

2    minors on Snap is our highest priority."  Right?

3         A.      Yes.

4         Q.      And you agree with that?

5         A.      Yes.

6         Q.      "Ages 13 to 17 years are a large

7    Snap demographic, and given their age, are also a

8    vulnerable population."

9              Do you see that?

10        A.      Yes.

11        Q.      So when we talk about a vulnerable

12   population, that's -- that's phrasing that was

13   used in these board minutes.  True?

14              MS. TELLER:  Objection.

15        Foundation.

16              THE WITNESS:  As I said before,

17        when you were using that word, I said I

18        didn't know if it was a word we were

19        using in our documentation, but I see

20        that it is a word we have used in our

21        documentation.

22   BY MR. BILSBORROW:

23        Q.      Not only are children age 13 to 17

24   a vulnerable population, but Snap believes those

25   users require a heightened standard of care.

1    True?

2         A.    Yes.

3               MS. TELLER:  Objection.

4         Foundation, calls for a legal

5         conclusion.

6               THE WITNESS:  Oh, yeah, I --

7         like to the extent that I was using the

8         words "unique population,"

9         "age-appropriate design codes," I think

10        this speaks to this concept that ages 13

11        to 15, 15 to 17, under 13, all require

12        age-appropriate experiences on the app.

13   BY MR. BILSBORROW:

14        Q.    Well, in fact, Snap believes that

15   ages 13 to 17 require a heightened standard of

16   care, correct?

17               MS. TELLER:  Objection.

18        Foundation, calls for a legal

19        conclusion, asked and answered.

20               THE WITNESS:  To the extent that

21        "heightened standard of care" is a legal

22        term of art, I cannot speak to that, but

23        certainly, as I spoke to, just this

24        unique age demographic that requires

25        specific protections, yes.

1   BY MR. BILSBORROW:

2        Q.    How about this:  If Snap knows that

3   part of its platform is posing a risk to minor

4   safety -- minor user safety, Snap should warn

5   minor users of that risk.  Do you agree?

6               MS. TELLER:  Objection.  Vague,

7         incomplete hypothetical, asked and

8         answered.

9               THE WITNESS:  I think we have a

10        responsibility to educate our community

11        about the risks that can -- they can

12        experience using Snapchat.  One of the

13        ways to do that could be to warn them,

14        yes.

15  BY MR. BILSBORROW:

16        Q.    And that would be Ethics by Design,

17  right?

18               MS. TELLER:  Objection.  Vague.

19               THE WITNESS:  I have no idea

20        what Ethics by Design is.

21  BY MR. BILSBORROW:

22        Q.    Well, take a look at point number 2

23  on slide 464.  It says:  "We want to empower our

24  community with the tools and knowledge to control

25  their experiences when using our products,

1    including related to their privacy, safety, and

2    well-being."

3                    Do you see that?

4         A.      I see that.

5         Q.      You would agree that empowering the

6    community means warning users if Snap knows about

7    a risk to minors' safety that exists on Snapchat.

8                    MS. TELLER:  Objection.

9         Foundation, speculation.

10                   I think we should wrap up the

11        questions on this soon, since the

12        witness said she doesn't know what that

13        document is.

14   BY MR. BILSBORROW:

15        Q.      You can answer, Ms. Yadegar.

16        A.      Can you ask that question again?

17        Q.      Sure.  You would agree with me that

18   empowering the community, as is referenced in

19   this slide on Ethics by Design, empowering the

20   community means warning users if Snap knows about

21   risks to minor safety that exists on Snapchat.

22   Agree?

23                   MS. TELLER:  Same objections.

24                   THE WITNESS:  I agree that

25        empowering the community is giving them

```
1          tools and knowledge and education.  I
2          can't speak broadly to what you're
3          specifically asking with respect to a
4          warning, but certainly in some cases a
5          warning would be a good tool or
6          knowledge.
7     BY MR. BILSBORROW:
8          Q.     Sure.  If Snap knows about a risk,
9     they should warn users of that risk.  Fair?
10              MS. TELLER:  Objection.  Vague,
11         incomplete hypothetical, asked and
12         answered.
13              THE WITNESS:  It feels like
14         you're trying to ask me to repeat
15         myself, if that's what you'd like.  I
16         don't want to say yes or no to how
17         you're mischaracterizing my words.
18    BY MR. BILSBORROW:
19         Q.     I was asking -- I was asking you a
20    different question.  I'm just asking, if Snap
21    knows about a risk, it should tell users about
22    the risk.  Fair?
23              MS. TELLER:  Objection.
24         Incomplete hypothetical, asked and
25         answered, vague.
```

1          THE WITNESS:  If Snap is aware

2      of a safety issue, I believe it is our

3      obligation to make sure we educate our

4      community in a number of ways or give

5      them tools in order to have knowledge or

6      control over that experience.

7  BY MR. BILSBORROW:

8      Q.      And educating the community could

9  consist of a warning.  Fair?

10     A.      Educating our community can

11 absolutely consist of a warning.

12          MR. BILSBORROW:  Okay.  We can

13     take a break.

14          THE WITNESS:  Thank you so much.

15          THE VIDEOGRAPHER:  We're now

16     going off the record, and the time is

17     12:02 p.m.

18          (Lunch recess.)

19          THE VIDEOGRAPHER:  We are now

20     going back on the record, and the time

21     is 12:35 p.m.

22 BY MR. BILSBORROW:

23     Q.      Ms. Yadegar, before the break, we

24 were talking about warnings.  Do you recall that?

25     A.      Yes.

1        A.       I don't know what it -- there's
2    never -- there's not a class of accounts that we
3    would not let people follow that we would have to
4    delete those accounts.
5              I think what I'm saying here is I'm
6    asking this person what their focus is -- focus
7    is because it's problematic the extent of porn
8    accounts and the traffic they represent, and they
9    are undisturbed unless reported to us.
10       Q.       Okay.  This is in 2017.  How --
11       A.       Yes.
12       Q.       How long did Snap leave porn
13   accounts almost undisturbed unless reported to
14   them?
15              MS. TELLER:  Objection.
16          Mischaracterizes prior testimony and the
17          document.
18              THE WITNESS:  Proactive scanning
19          of -- we would have to look into the
20          timeline of when we built nudity
21          classifiers and deployed them on the
22          platform.
23   BY MR. BILSBORROW:
24       Q.       Did that happen when you were head
25   of trust and safety?

1          A.        Maybe towards the end.  I can't

2    recall.  This was just like a period of time

3    where basically classifiers could only work on

4    texts, I believe, back in those days, and then

5    folks started building, not only in our company

6    but in the industry, sophisticated image

7    detection tools to start being able to catch

8    things like this with high precision.

9          Q.        So we discussed that you left trust

10   and safety in July of 2018.  Right?

11         A.        Yeah, but in reality, in December

12   of 2018.

13         Q.        Okay.  And you think maybe toward

14   the end of your tenure at trust and safety, Snap

15   developed nudity classifiers.

16         A.        Maybe.  I -- I shouldn't have even

17   guessed that.  I'm not sure -- I know that we

18   have -- now have nudity classifiers.  I can't

19   tell you exactly when they were built and when

20   they came online.

21         Q.        So until nudity classifiers came

22   online, Snap knowingly left porn almost

23   undisturbed unless it was reported.

24              MS. TELLER:  Objection.

25         Mischaracterizes prior testimony.

```
1              THE WITNESS:  Until we had
2         nudity classifiers, there was no way to
3         like catch porn unless somebody reported
4         it to us on the platform.
5    BY MR. BILSBORROW:
6         Q.    Okay.  So pornographic accounts
7    would continue to persist on the -- on Snapchat
8    unless they were reported.  True?
9         A.    Yes, true.  Or unless we found them
10   in some other way.
11        Q.    Are pornographic accounts still a
12   problem on Snapchat in 2024?
13             MS. TELLER:  Objection.
14        Foundation.
15             THE WITNESS:  I'm not sure,
16        again the scope and scale, but I know
17        that our nudity detection models have
18        vastly improved and are able to detect
19        problematic content like this much more
20        quickly, if not instantly.
21             MR. BILSBORROW:  Let's look at
22        tab 21.  And this will be Exhibit 20.
23             (Exhibit No. 20 was marked for
24             identification.)
25             THE WITNESS:  Thank you.
```

```
1    BY MR. BILSBORROW:
2         Q.      Ms. Yadegar, I've handed you what's
3    been marked as Exhibit 21.  This is an e-mail
4    chain.  On the first page, you can see that
5    there's a forwarded message from Techno Sapiens.
6                 Do you see that?
7         A.      I do see that.
8         Q.      And that looks like it's a Substack
9    page.
10                MS. TELLER:  Objection.
11        Foundation.
12                THE WITNESS:  Yeah.
13   BY MR. BILSBORROW:
14        Q.      Well, the e-mail is @Substack,
15   right?
16        A.      Yeah, yeah.
17        Q.      And the subject of the Techno
18   Sapiens e-mail is "New Study on Girls Social
19   Media Use."
20                Do you see that?
21        A.      Yes.
22        Q.      And that's dated April 3rd of 2023.
23   Correct?
24        A.      Yes.
25        Q.      Okay.  And this article from Techno
```

1    Sapiens, or this study, is ultimately sent to

2    you, right?

3            A.    Yes.

4            Q.    From Rachel Racusen?

5            A.    Yes.

6            Q.    And you see your name in the "to"

7    line of Ms. Racusen's e-mail, correct?

8            A.    Yes.

9            Q.    And Ms. Racusen provides a summary

10   of -- of the study, correct?

11           A.    Yes.

12           Q.    She says in the second bullet

13   point:  "The majority of girls who use Instagram,

14   58 percent, and Snapchat, 57 percent, say they've

15   been contacted by a stranger on these platforms

16   in ways that make them uncomfortable."

17                 Do you see that?

18           A.    Yes.

19           Q.    And then if you drop down a couple

20   of bullets, it says:  "Of Snapchat, a 13-year-old

21   suggested the platform make it so," quote,

22   "adults can't add us kids," end quote.

23                 Do you see that?

24           A.    Yes.

25           Q.    Did you review this study when it

1    was sent to you?

2         A.    I probably either reviewed the

3    summary or read the study more carefully.

4         Q.    And did you investigate how it was

5    that 57 percent of girls on Snapchat are in a

6    position where they say they've been contacted by

7    a stranger?

8                   MS. TELLER:  Objection.

9              Argumentative.

10                  THE WITNESS:  I think in any

11             instance of hearing of this type of

12             thing, and as you have asked me, I'm

13             aware that people have been contacted by

14             strangers, we're constantly working on

15             different solutions to address this

16             problem.

17                  So in this -- I might not have

18             followed up in this exact moment as it

19             relates to this 57 percent, but it's an

20             issue that I'm familiar with, and that

21             would have come up again and again in

22             our safety conversations to try to

23             mitigate this issue.

24    BY MR. BILSBORROW:

25         Q.    So to your knowledge, what

```
1              MS. TELLER:  Objection.  Vague

2        as to time, foundation.

3              THE WITNESS:  In the tool.  Not

4        on the platform.

5   BY MR. BILSBORROW:

6        Q.     In the tool --

7        A.     There is a policy that governs the

8   retention of reported content.  It's documented

9   clearly somewhere, just not in my head right now.

10       Q.     And that's a policy that you either

11  wrote initially or advised.

12       A.     That's a policy I would have

13  advised on with our safety legal team.

14       Q.     Ms. Yadegar, I just want to ask you

15  a couple of questions about the use of Snapchat

16  at schools.  Okay?

17       A.     Okay.

18       Q.     You're aware that teenagers use

19  Snapchat when they're at school, right?

20       A.     Yes.

21       Q.     Teenagers spend seven, eight hours

22  a day during the school year at school.  Correct?

23       A.     Yes.

24       Q.     And they will snap pictures of

25  events taking place at school, correct?
```

1        A.      Yes.

2                MS. TELLER:  Objection.

3        Foundation.

4   BY MR. BILSBORROW:

5        Q.      And Snap actually has created --

6   sorry, strike that.

7                Snap encourages teenagers to use

8   Snapchat in the school setting, correct?

9        A.      No.

10       Q.      It's your testimony that Snap

11  doesn't encourage students to use Snapchat in the

12  school setting?

13       A.      I don't know what your definition

14  of "school setting" is, but, no, I don't believe

15  we do.

16       Q.      Well, at school or school related

17  functions.

18       A.      I don't believe we encourage usage

19  in terms of a specific type of school or event.

20       Q.      Are there tags on Snapchat that

21  allow teenagers to tag themselves at school?

22               MS. TELLER:  Objection.

23       Foundation.

24               THE WITNESS:  You mean location,

25       the location of a school?

 1          Q.      And if you just flip through the

 2    first slide, on the page ending 583, there's some

 3    fun facts about school, right?

 4                  MS. TELLER:  Objection.

 5          Foundation.

 6                  THE WITNESS:  Wow.  Sorry.  I

 7          was surprised by how many more days

 8          students go to school in China.  I just

 9          wanted to qualify my "wow."

10                  Those are all really interesting

11          facts.

12    BY MR. BILSBORROW:

13          Q.      And one of those, Ms. Yadegar, is

14    in the U.S., the average school day is

15    approximately seven hours, right?

16          A.      Yes.

17                  MS. TELLER:  Objection.

18          Foundation.

19    BY MR. BILSBORROW:

20          Q.      To your knowledge, does Snap

21    restrict the ability of teenagers to use Snapchat

22    during the seven hours they're likely to be at

23    school?

24          A.      No.

25          Q.      Has it ever looked in -- has Snap

1    ever looked into that?

2         A.     No.

3         Q.     And school administrators have

4    complained or reached out to Snapchat -- or to

5    Snap from time to time asking for help in

6    controlling their students' Snapchat use.  True?

7                   MS. TELLER:  Objection.

8         Foundation.

9                   THE WITNESS:  There may be

10        instances of administrators reaching

11        out.

12   BY MR. BILSBORROW:

13        Q.     If you look at the next slide

14   ending 584, it's titled "Points to Remember:

15   Spotlight/UGC."

16                Do you see that?

17        A.     I do.

18        Q.     And UGC is user-generated content,

19   right?

20        A.     Yes.

21        Q.     There's a few bullet points there.

22   Do you see?

23        A.     Yes.

24        Q.     The first bullet point says:  "Be

25   aware that there's a high possibility to see

1                    (Exhibit No. 30 was marked for

2                    identification.)

3    BY MR. BILSBORROW:

4         Q.    Ready.  Ms. Yadegar, I've shown you

5    what's been marked as Exhibit 30.  This is an

6    e-mail chain from 2017, and this is when you were

7    head of trust and safety, right?

8         A.    Yes.

9         Q.    We talked previously about school

10   administrators reaching out to Snap asking for

11   help.  Right?

12                    MS. TELLER:  Objection.  Vague.

13                    THE WITNESS:  Yes.  In this case

14        the administrator is asking for IT help

15        specifically, but they do want to get

16        help with respect to Snapchat.

17   BY MR. BILSBORROW:

18        Q.    Well, if you turn over to the third

19   page of the document, it's the Bates ending 7542.

20   This individual writes:  "I'm a teacher within

21   the Huron Superior Catholic School" -- School

22   District -- sorry, let me start over.

23                    "I'm a teacher within the Huron

24   Superior Catholic District School Board, and I

25   would like to have the Snapchat app blocked from

1    our router, as unrestricted use of this app has

2    raised some concerns with harassment, et cetera,

3    in our schools.  It's easy to block websites but

4    not so much mobile applications.  Can you provide

5    me with the information I need to ensure that

6    Snapchat is blocked from our school's router?"

7              Did I read that correctly?

8        A.    I see that.

9        Q.    And so this individual is asking

10   for Snapchat to be blocked, right?

11       A.    Yes.

12       Q.    And the reason for that is, as they

13   state, is there's some concerns with harassment,

14   correct?

15       A.    Yes.

16             MS. TELLER:  Objection.

17   Speculation, foundation.

18   BY MR. BILSBORROW:

19       Q.    That's what stated in the e-mail,

20   right?

21       A.    Yes.

22       Q.    If you flip over to the first page

23   in the document, someone named █████████ --

24       A.    Mm-hmm.

25       Q.    -- is that how you say it?

1            A.      I think so.

2            Q.      She writes and copies in a

3    follow-up that was received from the teacher,

4    right?

5            A.      Yes.

6            Q.      She says:  "Students in the school

7    are sending inappropriate messages to other

8    students in the school using Snapchat over our

9    school wireless network."  Correct?

10           A.      Correct.

11           Q.      And the response, which is directly

12   above is:  "Unfortunately, I'm able -- unable to

13   provide assistance related to technologies

14   outside of Snapchat."  Correct?

15           A.      Correct.

16           Q.      And to your knowledge, has Snap

17   ever blocked the use of Snap or Snapchat in a

18   school setting?

19                   MS. TELLER:  Objection.

20           Foundation.

21                   THE WITNESS:  I don't even know

22           how we would do that.

23   BY MR. BILSBORROW:

24           Q.      Has Snap ever used geofencing

25   technology to inhibit the use of Snapchat in

1    school settings?

2          A.      Not that I know of.

3                  MS. TELLER:  Objection.

4          Foundation.

5    BY MR. BILSBORROW:

6          Q.      Does Snap restrict push

7    notifications to teenagers during the time when

8    those users are likely to be in school?

9          A.      Not that I know of.

10                 MS. TELLER:  Objection.

11         Foundation.

12   BY MR. BILSBORROW:

13         Q.      Has Snap ever considered enacting a

14   policy to restrict push notifications to students

15   during the time they are likely to be in school?

16                 MS. TELLER:  Objection.

17         Foundation.

18                 THE WITNESS:  Not that I know

19         of.

20   BY MR. BILSBORROW:

21         Q.      And you were director of platform

22   policy for four years, right?

23         A.      Yes.  Those aren't necessarily

24   solutions I think would make the most sense.

25                 MR. BILSBORROW:  Okay.  Let's

1          defendants online have questions?

2                    (No response.)

3                    MS. TELLER:  I guess that's no.

4                    MR. BILSBORROW:  Okay.

5     BY MR. BILSBORROW:

6          Q.    Ms. Yadegar, during the questioning

7     with your attorney, you talked about the fact

8     that you feel a deep responsibility to

9     Snapchatters and to protect and to keep -- help

10    keep Snapchatters safe.  Is that fair?

11         A.    I do.

12         Q.    And that was part of the reason you

13    wanted to participate in the creation of Family

14    Center.  Right?

15         A.    I think it was my job to

16    participate in Family Center.  But part of the

17    reason that I have been at Snap for so long and

18    that I have stayed in these roles is because I

19    believe in that deep commitment to the safety of

20    our users.

21         Q.    You've been at Snap since 2016?

22         A.    Yes.

23         Q.    Snap didn't have Family Center in

24    2016?

25         A.    No.

```
1          Q.     Snap didn't have family center in

2    2017?

3          A.     No.

4          Q.     Snap didn't have Family Center in

5    2018?

6          A.     No.

7          Q.     Snap didn't have Family Center in

8    2019?

9          A.     No.

10         Q.     Snap didn't have Family Center in

11   2020?

12         A.     No.

13         Q.     Snap didn't have Family Center in

14   2021?

15         A.     I -- did we -- I just wanted to

16   like confirm the launch date, but I assume you're

17   speaking accurately.

18         Q.     Family Center launched in 2022.

19         A.     Okay.

20         Q.     True?

21                And when Snap finally introduced

22   Family Center in 2022, it was the only major

23   social media platform that didn't have any

24   parental controls.  True?

25                MS. TELLER:  Objection.
```

1    Foundation.

2              THE WITNESS:  I take your word

3    for it.

4  BY MR. BILSBORROW:

5    Q.    Do you know that, or no?

6    A.    I don't know that.

7    Q.    Okay.  Let's show you a document.

8              (Exhibit No. 34 was marked for

9              identification.)

10              THE WITNESS:  (Peruses

11    document.)  Okay, I see this.

12  BY MR. BILSBORROW:

13    Q.    So, Ms. Yadegar, I've shown you

14  what's been marked as Exhibit 34.  This is an

15  e-mail chain that you're a part of.  True?

16    A.    Yes.

17    Q.    And this e-mail chain is forwarding

18  an article from the Wall Street Journal from

19  April 16th, 2022, correct?

20    A.    Correct.

21    Q.    And the title of that article is

22  "How to Use Parental Controls on YouTube, TikTok,

23  Instagram, and Snapchat."  True?

24    A.    Yes.

25    Q.    And Rachel Racusen sends that

1   article to the ███████████████████ e-mail,

2   right?

3         A.      Yes.

4         Q.      And you were part of that Listserv,

5   right?

6         A.      Yes.

7         Q.      And Ms. Racusen summarizes or

8   highlights portions of the article, correct?

9         A.      Yes.

10        Q.      If you take a look at the second

11  bullet point, she says:  "For Snapchat, as we had

12  expected, she mentions we are the only major

13  platform that does not yet have parental

14  controls.  Outlines are default safety and

15  private setting -- privacy settings, especially

16  with respect to younger users, our map settings,

17  and notes that our first parental tools will be

18  coming this summer."

19              Do you -- did I read that

20  correctly?

21        A.      Yes.

22        Q.      Do you disagree with that, that in

23  2022 Snap did not have parental controls?

24        A.      I do not disagree with that.

25        Q.      And even after Snap launched Family

1    Center in 2022, you wouldn't consider that

2    parental controls, right?

3                    MS. TELLER:  Objection.  Vague.

4                    THE WITNESS:  There are some

5          parental controls, but a lot of it was

6          focused on insights.

7    BY MR. BILSBORROW:

8          Q.     Well, there are parental controls

9    now, right, but when Family Center launched,

10   there was no parental controls, were there?

11                   MS. TELLER:  Objection.  Vague.

12                   THE WITNESS:  I can't recall

13         about the content settings, but -- I

14         would have to look at something

15         specifically, but there may have been

16         content controls.

17   BY MR. BILSBORROW:

18         Q.     You think there were content

19   controls when Family Center launched?

20         A.     I would -- I can't recall.

21         Q.     Okay.

22                   MR. BILSBORROW:  I have no

23         further questions.

24                   THE VIDEOGRAPHER:  Okay.

25                   MS. TELLER:  Off the record.

```
1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2         The undersigned Certified Shorthand Reporter

3    does hereby certify:

4         That the foregoing proceeding was taken before

5    me at the place and time therein set forth, at

6    which time the witness was duly sworn; That the

7    testimony of the witness and all objections made

8    at the time of the examination were recorded

9    stenographically by me and were thereafter

10   transcribed, said transcript being a true and

11   correct copy of my shorthand notes thereof; That

12   the dismantling of the original transcript will

13   void the reporter's certificate.

14        In witness thereof, I have subscribed my name

15   this date:  January 6, 2025.

16

17
                    <%14542,Signature%>
18                  LESLIE A. TODD, CSR, RPR

19                  Certificate No. 5129

20

21   (The foregoing certification of

22   this transcript does not apply to any

23   reproduction of the same by any means,

24   unless under the direct control and/or

25   supervision of the certifying reporter.)
```