# AMENDED Exhibit 855

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

HIGH SCHOOL ENGAGEMENT PROGRAM

## 1. Our Hypothesis

In its early days, Snapchat gained popularity at one of the influential high schools in Southern California. Within a few weeks, Snapchat went viral in almost every high schools in the region. This laid a solid foundation for Snapchat's growth in the subsequent months and years. We hypothesize that high-school students still represent our core target audience and will be instrumental in accelerating Snapchat's growth in emerging markets like India.

## 2. The Initiative

Our goal is to engage high school students by helping them learn and unleash their creativity. The criteria for selecting the high schools for the program will include:

- **Reputation**: We will target the top schools whose faculty and students enjoy a certain level of influence over the other schools in the region/country. Eg. Top residential schools like the Dhirubhai International School, and the various International Baccalaureate and IGCSE schools.
- Smartphone and internet penetration: Schools in India have a varying degree of comfort when it comes to allowing their students to use smart-phones or access internet for non-academic activities. We will select the schools that are the least restrictive in this area.
- Current activity levels around the school: Leverage our internal data.
- Location: The schools will be based in the four target regions.

We will engage students through programs focused on teaching students the basics of the Lens Studio and Snapchat filters, and AR based fun activities.

## 3. Cross-functional collaboration and dependencies

| Content | Creative & Lens team | UA & Localization | Marketing Campaign | Communications Campaign | Partnerships |
|---|---|---|---|---|---|
| Content for high school students | Geo-filters for school | Mass Snaps to encourage participation in "best of high school" stories | Targeted campaigns around high schools | Promoting the AR education initiative through media | Snapkit integrations with companies targeting high school students eg. Byjus, Toppr etc. |
| Creators popular among high school students | Lens Studio workshops | Geo-filter to invite submissions for geo-filters | Engaging influencers popular with students | Positioning Snap as a platform safe for young students | Partnerships with device makers targeting the young Indians |
| "Best of High Schools" stories | Judging lens creation competitions | Localizing of the product and UX for target regions | | | |

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP1355097

### 4. Methodology for validating our hypothesis

While we will test the impact of the high school program with no marketing campaign in the Hyderabad region, we'll also run a pilot in Mumbai to evaluate the combined impact of the marketing campaign and the student engagement program. In Hyderabad, we'll only be running the college program while Pune will form our control group.



We will observe 3 months pre and post engagement impact on CPV and DAU growth within 50km of 5 schools in 4 cities to assess the impact of the HS program specifically.

### 5. Evaluation Criteria

The key success metrics for this test will be the number and quality of lenses and filters created by the students, and the improvement in CPV metrics among the students over a sustained period of time. We expect at least 2X CPV levels from this program compared to other channels like paid UA.

### 6. Key Learnings

Recommendations for Next Steps: Based on the learnings from this test, we will scale the program to top 100 high schools in our target regions over the next year.

### 7. Measurement Parameters

Start date of activity:
Lat/Long coordinates of activity:
Radius of activity (in km): 5 KM

HIGHLY CONFIDENTIAL (COMPETITOR)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SNAP1355098

> Everything below this line is filled in after the hypothesis is tested.

### 8. Quantitative Results

This section will be filled in by the DIG team based on the given measurement parameters after the testing period has been completed.

### 9. Key Learnings

Upon completion of the campaign in mid-September, the team will evaluate the results and provide a summary of the results upon completion.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP1355099