# AMENDED Exhibit 864

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP1208679-SNAP1208685

**Custodian:** BONIAKOWSKI_JEB; JACKSON_MATTHEW; TUPPER_ALTHEA; WAINSCOTT_KIP

**Author:** ▮▮▮▮▮▮ VIA VERIFIED-COMMUNITIES-INTEREST

**Filename:** 1304A290941E958FC21484E5DB788C8455CEF323BE0CEC213F2DB4DBEA6D287A.EML

**Create Date:** 3/29/2023 10:45 AM

**Last Modified Date:** 3/29/2023 10:45 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /1304A290941E958FC21484E5DB788C8455CEF323BE0CEC213F2DB4DBEA6D287A.EML



EXHIBIT 33
WIT: Snap-Tupper
DATE: 11-14-24
C. Campbell, RDR CRR CSR #13921

| | |
|---|---|
| From: | |
| Sent: | 3/29/2023 10:45:32 AM |
| To: | David Boyle ; Jeremy Voss |
| | Jack Brody |
| BCC: | verified-communities-interest@snapchat.com |
| Subject: | Community Product + Profiles Updates - Feb & Mar |

Bcc:

Hi Everyone,

**Callouts**

- 
- ==We launched **Communities for high schools** in the US this week!== We have **180+** US high schools on the platform and are doing new group creation twice a week to add more schools quickly. In the next two weeks, we are launching a Mass Snap, a Feed Header Prompt campaign, and a Full Screen Takeover campaign to promote this product among 13-17 users. We will share more engagement insights in our next update.
- 
- 
- During user research, we learned that some of the largest public school districts ban external emails, preventing students from receiving the identity verification emails from Snapchat. To grow this product more quickly and enable Snapchatters across the US to join their high school communities, we are working on an **additional identity verification process using Snapchatter's friend graph on our platform**. We have completed initial design and started technical scoping this week, and target to launch this feature in early Q2.
- 
- 
- We also launched two tests that increase Community Story Snap Views and Posts with no negative impact on Friend, Private or Public Story Views or Posts. These results give us confidence that Community Story is incremental to Snapchatters' overall content experience. We will continue to expand viewerships and posting of Community Stories in Q2.
- 
- 
  - 
  - Using the graduation cap icon 🎓 for Community Stories in carousel **+1%** Community Story Snap View and **+0.6%** Friend Story View Time Received.
  - 
  -

- o  Give Community Story a fixed spot below Maps in SendTo page **+14%** Community Story Posts and **+9%** Community Story Post UU.
- 
- 
- **College Bitmoji Fashion** is live! Community users can now unlock their college hoodie from Community Profile and show their school pride. We made a special hoodie for our Snap Inc. community. You can unlock your new fit in the Snap Inc. Community Profile page. If you are not a member yet, go to My Profile > "Add School" (displayed near your username) > "Add College" and enter your @snapchat.com, @snap.com, or @c.snap.com email to join the community today!



- 
- As we wrapped up high school and college fashion, we kicked off scoping **Community Story Replies**, a P0 project for Q2. Today, it is common for users to ask questions (homework, on campus activities, find friends) and engage in a back and forth discussion in Community Story with Snap posts. We want to introduce a new way to interact with your classmates with public Story Replies.
- 
- 
- We have set our 2023 OKRs goals to be **240M Community Story Views** (+1100%), **6M Community Story Viewers** (+900%), and **9.6M View Time Minutes** (+1200%). To achieve these goals, we will focus on growing the user base (grow college and high school community adoption, enter new markets, and launch new community types) and Story engagement with Community Stories. In addition to college and high school communities, we will also work on expanding community types into neighborhoods/local communities, and other community types in 2023. See chart below on how we plan to achieve our 240M Story Snap View goals.



Thanks,
Profiles + Community Tiger Team

## What we're working on

### High school communities [Launched]
Bring the community experience to high school users, with a brand new entry point, onboarding UX, and an improved identity verification mechanism!

Team:



### "Waitlist" milestone 2: Provisioning [Launched]
"Waitlist" milestone 1 allows users to input data about their schools so that we can create a campus community for them. "Waitlist" Milestone 2 will enable us to create these groups automatically.

Team:



### Show additional College Stories to all class years [In Progress, GTM: 12.27 iOS, 12.28 Android]
While freshman users account for 60% of all community members, they create 90% of Story content. This feature will show all content to current students across the campus to increase viewership and interaction. This is also the first step to move towards a unified community experience, where users have access to all content and members regardless of class years.

Team:



### Profile Activity Card & full screen takeover [Complete, GTM: 12.28]
Showing a takeover screen as a one-time campaign for US 18-24 users that have not tried out the Community product yet.

Team:



HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP1208681

### Community Story in Sendto ranking [Launched]
Improve SendTo Ranking to encourage more posting. College Story views are highly correlated to post volumes.

Our first milestone is to test a fixed spot for Community Stories + using last view timestamp for priority ranking (GTM: 12.23). Our second milestone is to implement engagement signals, such as numbers of Snaps viewed and days active with the same Story. (GTM: 12.23)

Team: ███



### College Bitmoji Fashion MVP [In AB]
Introducing College Bitmoji outfits with school branding and primary colors! The goals are to improve adoption and retention of the Community products by enriching features and making it more relevant to our target users. This feature is also our first step towards building a fun and rich "college"/"high school" experience on our platform (school calendars, events, campus maps, etc), making Snapchat the primary app for every student!

Team: ███



### Identity verification using Contact Book and Friend Graph [In Progress, GTM: early Q2]
Some of the largest public school districts ban external emails, preventing students from receiving the identity verification emails from Snapchat. In addition to email verification, we will use Friend Graph on Snapchat as a secondary verification method.

Team: ███



### Community Story Replies [In Progress, GTM: Q2]
The most common engagement pattern in a College Story is to join a back and forth conversation or respond to a previous post. We want to bring public Story Replies to make interacting with fellow classmates more easily and allow a way to interact with text. We believe by providing a feedback loop, we can also inspire more Story posting.

Team: ███

 

| | |
|---|---|
| **Complete DMD and LEO integration [Not Started, GTM: Q2]**<br>Complete DMD and LEO integration to ensure safety and compliance with legal requirements.<br><br>Team: ▮ |  |

### What we shipped

| | |
|---|---|
| *Launched*<br>**High school communities**<br>High school community is launched to 100% the US. In the next two weeks, we will be launching a Mass Snap, a Feed Header Prompt campaign, and a Full Screen Takeover campaign to promote this product among 13-17 users. |  |
| *Launched*<br>**Use a custom Logo for College Stories** [GTM: 12.22]<br>Help College Stories stand out more from Private and Shared Stories by giving it a custom logo. The goal is to drive more Story posting and viewing.<br><br>• <br>• **+1.01%** (RI: +0.646%) Community Story Snap View<br>• <br>• <br>• **+0.55%** (RI: +0.057%) Friend Story View Time Received<br>• <br>• <br>• No negative impact on Friend Story Views.<br><br>Team: ▮ |  |

*Launched*
**Community Group Waitlist Provisioning** [GTM: 12.25]
We rolled out the **"waitlist"** feature in the US, JP, IT, ES, and MX. If a user cannot find their school, they can submit the school info and join a "waitlist". When enough users send us requests for the same school, we validate this information and create the community groups for them.

- 
- 80% of waitlist users completed their school info, showing strong interests to join the community experience.

Team:



*In Progress*
**Community Story in Sendto ranking** [GTM: 12.23]
This feature gives Community Story a fixed spot in the SendTo ranking below Maps.

- 
- **+9%** Community Story Post UU and
- 
- 
- **+14%** Community Story Posts
- 
- 
- No significant impact on Private, Friend, or Shared Story engagement.

Team:



*In Progress*
**Non-Friend Profile upgrade MVP iOS** [GTM: 12.25]
We are adding existing friend contexts into Non-Friend Profile, including "By Quick Add", "By Search", "Mutual Friends", "In My Contacts", and "Recently Joined". This feature is rolled out on Android with positive impact on bi-directional friend adds.

What we are watching:

- 
- Outbound friend requests send
- 
- 
- Bi-directional Communication Friends Made

Team:



**Key Metrics** (dashboard)

| Metric | Current Value | Notes |
|---|---|---|
| Community Users | 1.6M (+6% MoM +33% QoQ) | **+15k** College Community users in the past weekend driven by a Feed Header Prompt campaign.<br><br>Additional in-app campaigns are launching this month, which will continue to grow college adoption (Full Screen Takeover, Profile Activity Card, and March Madness Mass Snap). |
| Community Story Snap View UU | 744K (+4% MoM +31% QoQ) | Community Story Views and View UU has been on a decline trend (from 30M daily to 17M daily) due to Spring Break. As students are returning to campus, we are seeing Story engagement recover.<br><br>We are working on a SendTo ranking test to promote Community Story posting, which will drive more viewing. |
| Community Story Snap Views | 22M (-9% MoM +44% QoQ) | |
| Saved Media Views | 396M (+3% MoM +13% QoQ) | N/A |
| My Profile Views | 470M (-4% MoM -5% QoQ) | My Profile visits started to decline from July. We believe this is related to fewer users post Stories and thus fewer users go to My Profile to manage their Stories. 62% of My Profile activities are related to checking my own Story posts. From mid July to mid November, My Story Snap View UU declined from 32M to 26.5M, which explains about 70% of My Profile user declines. More details of the investigation see here. |
| Friend Profile Views | 562M (+2% MoM +18% QoQ) | N/A |

--
You received this message because you are subscribed to the Google Groups "verified-communities-interest" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.
To view this discussion on the web visit https://groups.google.com/a/snapchat.com/d/msgid/verified-communities-interest/CAJi2qmEFr%2BosH6Aw9gdV52WML0xQhZM-VZDkxmd7xznmYidBjQ%40mail.gmail.com.