**AMENDED Exhibit 867**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

1              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2
     ******************************
3                                        Case No.
     IN RE:  SOCIAL MEDIA ADOLESCENT    4:22-MD-03047-YGR
4    ADDICTION/PERSONAL INJURY
     PRODUCTS LIABILITY LITIGATION
5                                        MDL No. 3047
     ******************************
6
     This Document Relates To:
7
     ALL ACTIONS
8
     ******************************
9

10       SUPERIOR COURT OF THE STATE OF CALIFORNIA
                COUNTY OF LOS ANGELES
11              UNLIMITED JURISDICTION

12   **************************
13   Coordination Proceeding     Judicial Council
     Special Title               Coordination Proceeding
14   (Rule 3.550)                No. 5255

15   SOCIAL MEDIA CASES          Judge:  Carolyn B. Kuhl
     This Document Relates To:   Dept. 12
16   ALL ACTIONS
     **************************
17
              Rule 30(b)(6) VIDEOTAPED DEPOSITION OF
18        CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
                 SNAP INC., BY DAVID L. BOYLE
19

20   Held At:        Skadden Arps Slate Meagher & Flom
                     2000 Avenue of the Stars
21                   Los Angeles, California

22                   February 26th, 2025
                        9:41 a.m.
23

24
     Reported By:
25   MAUREEN O. POLLARD, CSR #14449, RDR

David Boyle                                    88

1              MS. TELLER:  Objection to commentary.

2              Go ahead.

3    BY MR. AYERS:

4         Q.    -- is that fair?

5         A.    I'm really trying to answer as directly

6    as I possibly can without missing out on

7    information.  So again I apologize if it's coming

8    across as evasive.

9              So maybe we can get back to the

10   question and I'll just try to do better at

11   answering.

12        Q.    Sure.  Do you recall the question?

13        A.    I don't anymore, no.

14        Q.    Okay.  The question was, prior to 2024,

15   for the purposes of enforcement of Snap's terms of

16   service related to under 13 users, Snap relied on

17   its age gating self-reported age of the user as well

18   as user and parental reports submitted to Snap,

19   correct?

20             MS. TELLER:  Objection.  Vague.

21             THE WITNESS:  So for the under 13

22        enforcement, the long-standing mechanisms

23        were these are self-reported age and age

24        gating at registration and then reports

25        from other users and parents prior to 2024,

1          so yes.

2     BY MR. AYERS:

3          Q.    And then, so in that -- in that first

4     sentence, going back to Exhibit 2, the sentence goes

5     on, "so any child can create an account simply by

6     providing a fake birthday."

7                 That's a true statement, correct?

8          A.    I mean, I think that's somebody's

9     interpretation of the document writer, and it's

10    maybe a bit glib, because I don't think it's

11    necessarily that simple, and a lot of children as

12    well, you know, their parents are involved in the

13    creation of accounts and access to devices and

14    things of that nature.

15                But it does highlight a problem that we

16    need to continue to invest in additional ways to

17    verify users' ages, so I'll not dispute that there's

18    more we need to do and more that we are doing and

19    more that the industry is doing here.

20         Q.    And so it's true that a user can create

21    an account simply by providing a fake birthday at

22    the account creation?

23         A.    There's -- you know, if there's no

24    parent or someone standing over the shoulder and

25    supervising the creation of these accounts, then we

David Boyle                                    97

1    children and families by promoting digital

2    responsibility, online safety, and appropriate

3    technology use?

4                MS. TELLER:  Objection.  Scope, and to

5           counsel stating facts apparently.

6           Go ahead.

7                THE WITNESS:  Yeah, it doesn't

8           specifically jog my memory, but if there

9           are documents, I'm happy to talk about

10          them.

11   BY MR. AYERS:

12        Q.   And so sitting here today you're not

13   aware of whether Snap has been a member of FOSI

14   since December 2017?

15        A.   I don't specifically know.  I think,

16   you know, some other folks like on our public policy

17   team are more involved in some of the work with

18   third-party groups like this.

19        Q.   Do you know if social media companies

20   like Meta, TikTok, and Google are also members of

21   FOSI?

22                MS. TELLER:  Objection.  Scope,

23          foundation.

24                THE WITNESS:  I don't know.

25                ///

David Boyle                                    98

1    BY MR. AYERS:

2          Q.    Are you aware that Snap, Meta, TikTok,

3    and Google also fund research done by FOSI related

4    to teen online safety?

5                MS. TELLER:   Objection.  Scope,

6          foundation.

7                I will note it seems to me like this

8          goes to the topic on which he's not

9          designated.

10               THE WITNESS:   I'm not specifically

11         aware of that.

12   BY MR. AYERS:

13         Q.    I hand you what's been marked as

14   Exhibit 3 to your deposition.

15               (Whereupon, Exhibit Snap-Boyle

16               30(b)(6) 3 was marked for

17               identification.)

18               MS. TELLER:   You've got a couple extra

19         copies there that I'll take, David.

20         Thanks.

21   BY MR. AYERS:

22         Q.    I will represent that Exhibit 3 is

23   Bates-numbered SNAP0316064.  It is an e-mail from

24   Jacqueline Beauchere dated May 6, 2022, to Gina

25   Woodworth.

David Boyle                                          117

1            THE WITNESS:  There's no way I could
2        really answer that question, because we
3        take action on those users whenever we
4        become aware of them.
5   BY MR. AYERS:
6        Q.    But Snap has not undertaken any
7   research or study to identify the likely percentage
8   of Snapchat users that are under the age of 13?
9        A.    Not that I'm personally aware of, no.
10       Q.    Does Snap understand that COPPA
11  requires companies to take reasonable steps to
12  prevent underage users, those under 13, from
13  accessing the platform?
14            MS. TELLER:  Objection.  Scope.
15            And I'll again caution you, David, here
16        to the extent you feel like you can answer
17        this question in your sort of operational
18        capacity, please do, but don't refer to
19        conversations with counsel.
20  BY MR. AYERS:
21       Q.    I just remind you that you're a Snap
22  designee, so you're a designee on these topics and
23  so you're speaking on behalf of Snap, not your
24  personal capacity.
25       A.    Yeah.

David Boyle                                          143

```
 1              This statement makes clear that because
 2   users self-report their dates of birth, Snap's
 3   "age-demographic data may differ from our users'
 4   actual data."
 5              Right?  That's a true statement?
 6        A.    Yes, but that's because in the external
 7   reporting we use the users' reported and supplied
 8   ages.  And we also have the inferred age, right, to
 9   help supplement that, but our external reporting
10   here in these slides is based on the users'
11   self-reported ages.
12              So I think that's just what is being
13   noted here, is that the age demographic information
14   here is based on reported age rather than inferred
15   age.
16        Q.    And the disclaimer then goes on to say,
17   "And because users who signed up for Snapchat before
18   June 2013 were not asked to supply their date of
19   birth, we may exclude those users from our age
20   demographics or estimate their ages based on a
21   sample of the self-reported ages that we do have."
22              Do you see that there?
23        A.    Yes.
24        Q.    Okay.  Does that refresh your
25   recollection that before June 2013 Snap did not even
```

1    have users self-report their age?
2                    MS. TELLER:  Objection.
3              Mischaracterizes prior testimony.
4                    THE WITNESS:  But, yeah, you know, I
5              think I said it was around that time, and
6              this confirms that the date would have been
7              June 2013.
8    BY MR. AYERS:
9         Q.    And so prior to June 2013 no age was
10   required at account signup, correct?
11                   MS. TELLER:  Objection.  Scope.
12                   THE WITNESS:  Well, you know, I wasn't
13             here at that time, but my understanding is
14             this is accurate as it's written.
15   BY MR. AYERS:
16        Q.    And Snap never asked pre-2013 users to
17   add their dates of birth, correct?
18        A.    That is my understanding.
19                   MS. TELLER:  I think we've been going
20             for 15 since we talked about 10.  Can we
21             take a break now?
22                   THE WITNESS:  If you want to close out
23             on this document, I'm happy to just finish
24             this one up before moving on.
25                   MR. AYERS:  Okay.  Let's just go a

David Boyle                                                    162

1   data for under 13 users, right?

2          A.    It actually could because there's

3   parental accounts that can supervise those accounts

4   in the operating system.

5          Q.    But only if that's set up.  The Snap

6   system allows for users to put in whatever age they

7   want, correct?

8          A.    Well, no, this is in Apple's system

9   where you can set up accounts for your teens and

10  kids and supervise them.  So then we'd be able to

11  know who those supervised accounts are in Apple, and

12  right now we don't know that.  So that would be

13  really helpful information for verifying ages.

14         Q.    You don't know when or if that would

15  ever happen?

16         A.    Not from Apple, no, but we are working

17  directly with Google on some of this.  Again, it's

18  very early stages.

19         Q.    Mr. Boyle, Snap allows users who enter

20  their birthdays under 13 to try again and again to

21  reenter that birthday until an account is created,

22  correct?

23              MS. TELLER:  Objection.  Vague.

24              THE WITNESS:  Well, the challenge is

25        that because at the stage where users enter

David Boyle                                                      163

1              their birthday we haven't collected any

2              unique personal identifiers like their

3              phone number or e-mail that they would use

4              to register, so then it's fairly difficult

5              to know how to, like, exactly block that

6              same user from returning and registering

7              again.

8    BY MR. AYERS:

9         Q.    I mean, you could block them, correct?

10   If a user attempted to create an account and put in

11   an under 13 birthday, Snap could block them from

12   reentering another birthday, a different birthday

13   that's above 13, correct?

14              MS. TELLER:  Objection.  Vague.

15              THE WITNESS:  Well, the thing that

16              would be difficult is to know is it that

17              same person coming back or is it just their

18              parents or their older sibling coming back

19              on the same device.

20              And a lot of younger users do share

21              devices with their family members, so if we

22              permanently blocked anyone from coming back

23              on that same device and reregistering, that

24              also might be blocking their parents'

25              account or that would be blocking other

David Boyle                                                        164

```
1              people in their household's account, and
2              that would, I think, be a problem.
3      BY MR. AYERS:
4          Q.    Well, Snap has ways to be able to tell
5      when a user -- it could require users to log out, it
6      could -- could require a lot of things, but Snap
7      allows users to immediately, immediately retry and
8      enter a different birthday to create an account,
9      correct?
10              MS. TELLER:  Objection.  Compound,
11          vague.
12              THE WITNESS:  Right now we don't have
13          any additional, you know, sticky blocking
14          on the device from reregistering.
15     BY MR. AYERS:
16         Q.    I'm handing you what's been marked as
17     Exhibit 6 to your deposition.
18              (Whereupon, Exhibit Snap-Boyle
19              30(b)(6) 6 was marked for
20              identification.)
21     BY MR. AYERS:
22         Q.    Exhibit 6 is a Business Insider article
23     dated March 19, 2019, and the article is titled
24     "Snapchat admits its age verification safeguards are
25     effectively useless."
```

David Boyle                                                          249

1        Q.    And what specific steps, including

2   documents reviewed, individuals who you met with or

3   spoke to, and other steps that you've taken to

4   prepare for this topic?

5              MS. TELLER:  I'll just object and note

6         that this topic was subject to our

7         objections which state that the witness

8         will be prepared to testify as to a general

9         description of the training, education, or

10        guidelines Snap provides to employees, if

11        any, regarding age verification.

12             You can answer the question, David.

13             THE WITNESS:  So, sorry, what is the

14        question again?

15   BY MR. AYERS:

16        Q.    What steps did you take to prepare for

17   this topic, Employee Training?

18        A.    I spoke with Florence who manages the

19   team that does the specific enforcements.

20        Q.    Anything else?

21        A.    Not specifically.

22        Q.    Okay.  We can put that aside.

23             Sir, does Snap allow parents or other

24   users to report accounts they believe belong to

25   children under the age of 13?

David Boyle                                                    250

1          A.    Yes.

2          Q.    Has Snap considered including in-app

3    reporting option for users and parents to report

4    accounts of kids under 13?

5                MS. TELLER:  Objection.  Vague.

6                THE WITNESS:  So we currently allow

7           reporting through our web forum, and then

8           we are in the process of expanding that in

9           more of our in-application reporting flows,

10          so a fraction of external users are in that

11          experience.

12               One of the challenges with an in-app

13          reporting is that often these support cases

14          require providing more documentation, more

15          information, and so we found that they can

16          be resolved more easily through our web

17          process, but we are expanding the

18          in-application reporting option here to

19          more users over time.

20   BY MR. AYERS:

21          Q.    So currently there's no in-app

22   reporting, correct?

23               MS. TELLER:  Objection.  Vague,

24          misstates prior testimony.

25               THE WITNESS:  A proportion of users

1            have the in-app reporting option, and we're
2            evaluating expanding it to all users as
3            we're also adding more automation that I
4            was speaking about earlier like, you know,
5            using the third-party age verification
6            vendors which would help us automate more
7            of the enforcement and appeals.
8                  So those two things are kind of working
9            in tandem.
10  BY MR. AYERS:
11            Q.    Do you think that allowing in-app
12  reporting of underage accounts would have led to
13  significant increase in reported violations of
14  Snap's terms of service?
15            A.    It's a possibility.  I think that the
16  challenge is that very often these support cases use
17  the exchange of really sensitive information about
18  users that is not as easy through the application
19  itself.  But we are working to expand the in-app
20  reporting for this case.  You know, a percentage of
21  users have it available globally, and so we do
22  expect to expand it this year.
23            Q.    So you do expect to expand in-app
24  reporting to all Snapchat users?
25            A.    We expect that that will happen this

1    year.  And the thing that will be happening

2    concurrently with that is as we're working with some

3    of the external age verification vendors, that will

4    help us automate more of those reports, if that

5    makes sense.  Because we can then have the person

6    who gets reported -- we can take action, and then

7    they can easily, you know, appeal or refute it if

8    they, you know, can provide an ID or other means of

9    proving that they are of the right age.

10             So we are planning to expand the in-app

11    reporting option, and we're also planning to expand

12    the appeals options through other age verification

13    means.

14         Q.    So what was the reason between -- for

15    Snap's decision to expand reporting to in-app?

16         A.    Well, the biggest reason I think is

17    because, as I was mentioning earlier, when we will

18    have a means for people to more easily prove or

19    disprove what their age is through these vendors,

20    then it will be easier to handle a large number of

21    reports on this topic that might include less

22    information than they do on the web where people are

23    able to include more information.

24         Q.    And it's fair to say other than the

25    recent addition of scans for public age declarations

1    that was implemented sometime in 2024, Snap relies

2    on users to identify -- user reports or parent

3    reports to identify under 13 users on Snap, correct?

4          A.    Outside of the registration age gating

5    mechanisms, reports are a significant source of,

6    yeah, the action we take.

7          Q.    Snap has received complaints about the

8    limitation of reports to its website for some time

9    now, so why the sudden change of heart and to start

10   implementing in-app reporting?

11              MS. TELLER:  Objection.  Argumentative,

12        vague.

13              THE WITNESS:  Could you clarify what

14        you mean we've received complaints "for

15        some time now"?

16   BY MR. AYERS:

17         Q.    Sure.

18              I mean, it's true, is it not, sir, that

19   Snap has received complaints about its lack of

20   in-app reporting of under 13 accounts?

21         A.    You know, we receive a lot of customer

22   and parental feedback about a lot of topics.  You

23   know, I'm sure that's something we have received

24   feedback on in some form, but that's not something

25   that we hear about regularly.

David Boyle                                                          254

1          If anything, I'd say a bigger thing
2    that we hear from parents is that they want more and
3    richer reporting options on the web rather than
4    within the application itself, because from the web
5    it is easier for them to access, they don't need to,
6    you know, go through Snapchat and the mobile app and
7    figure out how everything works.
8          So I'm sure, you know, we do receive
9    feedback about that, but we receive a lot of other
10   feedback from parents about reporting in Family
11   Center, and a lot of the feedback is actually that
12   they'd like to see more web functionality.
13        Q.    And you're talking about parents that
14   do not currently have Snapchat accounts that are
15   reporting their kids?
16        A.    Yes.
17        Q.    And what about users on Snapchat using
18   the app that identify under 13 accounts, wouldn't it
19   be easier for them to have in-app reporting?
20        A.    That's a reason why we're working on
21   that, yes, but it's not something I would say we
22   hear significant feedback on that particular topic.
23        Q.    Are you familiar with how to submit
24   user complaints on the web?
25        A.    I am, yes.

David Boyle                                                      255

1          Q.    And you think it's easy?

2          A.    I am -- I am not asserting that, but a

3    lot of parents especially actually do prefer

4    submitting on the web because that's easier for them

5    than installing the Snapchat app, figuring out, you

6    know, how to use the application.

7                So I'm not disagreeing we can make our

8    reporting flows better.  We certainly can, and we're

9    continuing to improve on that.

10         Q.    Isn't it true, sir, that you receive

11   significant complaints related to the inability to

12   figure out how to find the reporting on the website?

13               MS. TELLER:  Objection.  Vague.

14               THE WITNESS:  You know, I don't

15          remember hearing significant complaints

16          about this particular topic, no.  There are

17          a lot of things that we do hear significant

18          volume of complaints and feedback about,

19          and this isn't one of them.

20   BY MR. AYERS:

21         Q.    Handing you what's been marked as

22   Exhibit 13 to your deposition.

23               (Whereupon, Exhibit Snap-Boyle

24               30(b)(6) 13 was marked for

25               identification.)

David Boyle                                            256

1           MR. AYERS:  I'll state for the record

2       that the document is Bates-numbered

3       SNAP6754497.

4           She's having a little difficulty

5       finding it.

6           MS. TELLER:  Do you want to go the next

7       one and come back to this one?  I do see a

8       thick document halfway down through that

9       pile, so I don't know...

10          MS. FIDLER:  No.

11          MS. TELLER:  Okay.  Sorry, Hillary.

12          MR. AYERS:  Can we go off the record

13      for a moment?

14          MS. TELLER:  No, no, no.  Let's not go

15      off the record.  You can do another

16      document --

17          MR. AYERS:  Well, no --

18          MS. TELLER:  -- but you can't ask the

19      witness about a document that I can't see.

20      So we're not going to go off the record for

21      this.

22          MR. AYERS:  Well, you don't have a

23      choice in the thing.

24          We can go off the record.  This is my

25      deposition.

1          MS. TELLER:  I object to that, but I
2     don't want to put Michael in an awkward
3     position, so go ahead.
4          THE VIDEOGRAPHER:  This is the end of
5     media file number 6.  We're now going off
6     the record.  The time is 4:44 p.m.
7              (Whereupon, a recess was taken.)
8          THE VIDEOGRAPHER:  This is the
9     beginning of media file number 7.  We're
10    now going on the record.  The time is
11    4:46 p.m.
12         MS. TELLER:  I'll just state something
13    on the record because Mr. Ayers didn't want
14    me to say it off the record, that I object
15    to having gone off the record there to find
16    a document that we could not, in fact,
17    find, and spent several minutes waiting for
18    that, which I don't know why we didn't just
19    move on at that point and find it on the
20    next break, which is not a good use of the
21    witness's time, and I object to doing that,
22    and I do not think we should be doing it
23    going forward.
24         We also took a 25-minute break most
25    recently even though we asked to come back

```
1              earlier.

2                   MR. AYERS:  We took a break at the

3              witness's request and counsel's request.

4              We were ready to truck along, but that's

5              fine.

6    BY MR. AYERS:

7         Q.   Mr. Boyle, I'd like to -- I'd like for

8    you to explain for the jury how you would submit a

9    report on the website.  So tell me, where would you

10   first go to submit a complaint -- I mean, excuse me,

11   a report of a user being under 13?

12        A.   You go to the Snapchat support site

13   and, you know, find --

14        Q.   So what's that website?

15                  MS. TELLER:  Were you finished with

16             your answer, David?

17                  THE WITNESS:  Well, you would probably

18             Google like "report a safety issue on

19             Snapchat" or "report a problem on

20             Snapchat."

21   BY MR. AYERS:

22        Q.   Okay.  So...

23        A.   Then you click the first result in

24   Google, which is "safety reporting."

25        Q.   And what do you do next?
```

David Boyle                                           259

1      A.    Scroll down, click on the Snapchat

2    support site link there.

3           Q.    And then what do we do next?

4           A.    "I want to report an account," which is

5    preselected.  Click the bottom one.

6           Q.    Which bottom one?

7           A.    "No, I can't report this issue in the

8    Snapchat app."

9           Q.    And that -- and the reason why you

10   click that is because it's not offered in the

11   Snapchat app?

12          A.    Well, yes, but also if I'm planning to

13   report on web, that's just what you would click

14   anyway.

15          Q.    Okay.  So then where do you go from

16   there?

17          A.    Could you scroll down a little bit?

18          Q.    What do you do next?

19          A.    I mean, it obviously says the person is

20   under the age of 13, and that's within the fold of

21   what you're presenting here, so click that.

22          Q.    And then what do you do?

23          A.    You click it.

24          Q.    Okay.  And then what happens next?

25          A.    You fill in the form.

David Boyle                                                        260

1          Q.    Okay.  And then you fill this out, and
2    then what do you do?
3          A.    You submit it, you submit your e-mail
4    address so the support team can correspond with you,
5    and...
6          Q.    And then you submit?
7          A.    Yep.
8          Q.    And then what happens next?
9          A.    Our privacy operations team will review
10   the report and correspond with the reporter.  That's
11   why we collect the e-mail address, that's why we
12   collect more information.
13         Q.    Do you need a user name to submit a
14   request?
15         A.    No, you don't to submit one.  You can
16   just submit with an e-mail.  You need to submit a,
17   you know, report about the account, but to submit it
18   you need an e-mail.
19         Q.    So you need a valid e-mail?
20         A.    If you want to be able to correspond
21   with the support team about this issue, you do need
22   a valid e-mail because they'll provide follow-ups
23   over e-mail.
24         Q.    And then once --
25               MR. AYERS:  We can take this down.

1          Q.    And then once a user report is

2    submitted, those support tickets are then logged in

3    Zendesk, is that correct?

4          A.    Yes, they go to Florence's team.

5          Q.    Did Snap stop investigating under 13

6    reports at some point in time?

7                MS. TELLER:  Objection.  Vague.

8                THE WITNESS:  No, not to my knowledge.

9                  (Whereupon, Exhibit Snap-Boyle

10                 30(b)(6) 14 was marked for

11                 identification.)

12   BY MR. AYERS:

13         Q.    I'm handing you what's been marked as

14   Exhibit 14 to your deposition.  I'll note for the

15   record that the document is Bates-numbered

16   SNAP6068569, and it's titled T&S/LEO Shared

17   Workflow.

18               Do you see that there?

19         A.    Yes.

20         Q.    Are you familiar with this document?

21         A.    I'm not familiar with this specific

22   document, no.

23         Q.    You've not seen it before?

24         A.    No.

25         Q.    It discusses the trust and safety and

```
1              what's kind of a just note in a meeting
2              where a number of other things were
3              discussed.
4    BY MR. AYERS:
5         Q.    And where would you find that
6    information out?  Where would you go get that
7    number?
8         A.    I think we'd work with Florence's team
9    to look at the data I was talking about earlier,
10   which, you know, again as I mentioned, we don't have
11   long-term retention for it, but we could get, you
12   know, data for some limited period of time.
13             MR. AYERS:  Okay.  Go off the record.
14        I need to take a break.
15             THE WITNESS:  Okay.
16             THE VIDEOGRAPHER:  This is the end of
17        media file number 7.  We're now going off
18        the record.  The time is 5:13 p.m.
19                (Whereupon, a recess was taken.)
20             THE VIDEOGRAPHER:  This is the
21        beginning of media file number 8.  We're
22        now going on the record.  The time is
23        5:31 p.m.
24   BY MR. AYERS:
25        Q.    Mr. Boyle, how many age inference
```

1    models does Snap use?

2         A.    So for our -- when we say "age

3    inference" at Snapchat, the primary way that we use

4    that is to refer to a singular model that outputs

5    inferred ages for users, which is then bucketized

6    between, you know, buckets of 13 to 17, 18 to 20, 21

7    to 24, 25 to 34, and 35 plus.

8              That model, I think the document that

9    we shared from ████████, has gone through some

10   iterations over time, but that's a singular model.

11             And then to make a distinction between

12   that and -- we have the separate proactive

13   identification of potential under 13 users, which I

14   wouldn't really characterize that as an age

15   inference model, but it's more a text-based model to

16   understand accounts that are then subsequently

17   reviewed by the team for potentially being under the

18   age of 13.  So I wouldn't characterize the second

19   one as an age inference model.

20             But hopefully that helps answer your

21   question.

22        Q.    Yeah, when you were talking about that

23   second one, is that the screening that's done to --

24   for public accounts or declarations related to age

25   that you're speaking of?

1        A.    Yes.  And I wouldn't quite call that an

2    age inference model.  It's more like proactive

3    detection that then queues up those accounts for

4    further review by the team.

5        Q.    Because as you've testified earlier,

6    there is not an age inference model used by Snap to

7    detect under 13 users, correct?

8        A.    The kind of primary age inference model

9    does not make under 13 predictions, so then it's

10   this public profile model that is specific for that

11   purpose.

12       Q.    Who owns the age inference model?

13       A.    So currently the age inference model is

14   owned by Jeb Boniakowsky's engineering team which is

15   the trust and safety engineering team within

16   Snapchat.

17       Q.    And that what was a recent change,

18   correct?

19       A.    That was in 2024, yes.

20       Q.    Who had the ownership of the age

21   inference model prior to that?

22       A.    Before that it was our monetization

23   engineering organization.

24       Q.    And is it fair to say that the primary

25   purpose of the development of that age inference

David Boyle                                    280

1    model was for ad targeting?

2         A.    So I think if we were to go back in

3    time, you know, many, many years ago when it was

4    originally developed before, you know, my time at

5    Snap, but in its very initial purpose it was to

6    ensure that we were able to comply with very

7    specific regulations around serving ads for

8    regulated goods and to meet advertiser expectations

9    around those products.

10             So, for example, if -- you know, we

11   didn't really want -- to make sure that you wouldn't

12   see an alcoholic beverage or, you know, online

13   sports betting ad if you're a user where you're not

14   eligible to use those products.

15             So that was the initial use of the

16   model, is for ad targeting and relevance and

17   regulation, and then over time we've used it in more

18   and more safety and other scenarios.

19        Q.    I'm handing you what's been marked as

20   Exhibit 15 to your deposition.

21             (Whereupon, Exhibit Snap-Boyle

22             30(b)(6) 15 was marked for

23             identification.)

24   BY MR. AYERS:

25        Q.    I'll represent for the record that it's

David Boyle                                              285

```
1                  (Whereupon, Exhibit Snap-Boyle

2                  30(b)(6) 16 was marked for

3                  identification.)

4     BY MR. AYERS:

5          Q.    I'll represent for the record it's

6     Snap -- Bates number SNAP4648461.  It is titled "Age

7     Inference."

8                  Are you familiar with this document?

9          A.    Yes.

10         Q.    Did you review this in your prep?

11         A.    Yes.

12         Q.    Okay.  And if you look at the Meta

13    slipsheet, it is titled "[February 2019] Inferred

14    Age."

15                 Do you see that there?

16         A.    Yes, that's right.

17         Q.    Is it fair to say that Snap states that

18    it uses age inference to enhance business insights

19    and comply with regulations such as preventing

20    alcohol ads from reaching users under 21?  Correct?

21         A.    I think the uses include but are not

22    fully limited to those, but this was just a brief

23    preamble to a document.

24         Q.    The document acknowledges that based on

25    Snap's signup flow the company was highly confident
```

1    that many stated ages were incorrect, correct?

2          A.    Well, the words in the document say,

3    "based on our existing new user sign-up flow, we've

4    observed scenarios where we're highly confident the

5    inputted age is incorrect."

6          Q.    And one piece of evidence that was a

7    significant -- one piece of evidence was that a

8    significant percentage of users listed the same

9    day/month as their birthday, correct, like 12/12?

10              MS. TELLER:  Objection to the

11          characterization of the document.

12              THE WITNESS:  Yes.

13   BY MR. AYERS:

14         Q.    And another indicator was that Snap

15   observed a default year setting causing -- a default

16   year setting, causing shifts in age distribution,

17   such as a transition from 1993 to 2000.

18              Is that a fair reading?

19              MS. TELLER:  Objection.  Vague.

20              THE WITNESS:  I think the general

21          observation being made here is that if you

22          provide any form of default, that default

23          will have a disproportionate number of

24          selections.  Even if we had a neutral age

25          selection, we'd see a disproportionate

David Boyle                                                    358

```
1              CERTIFICATE OF COURT REPORTER

2

3         I, MAUREEN O'CONNOR POLLARD,

4     Registered Diplomate Reporter, CSR No.

5     14449 for the State of California, the

6     officer before whom the foregoing

7     deposition was taken, do hereby certify

8     that the foregoing transcript is a true

9     and correct record of the testimony

10    given; that said testimony was taken by

11    me stenographically and thereafter

12    reduced to typewriting under my

13    direction; and that I am neither

14    counsel for, related to, nor employed

15    by any of the parties to this case and

16    have no interest, financial or

17    otherwise, in its outcome.

18         Dated this 3rd day of March, 2025.

19

20         _____

21         MAUREEN O'CONNOR POLLARD

22         CSR No. 14449

23

24

25
```