# AMENDED Exhibit 902

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP1368439-SNAP1368524

**Custodian:** ZICAFOOSE_KALE

**Author:**

**Filename:** BTS NARRATIVE_WIP.PPTX

**Create Date:** 3-5-2020 12:00 AM

**Last Modified Date:** 3-5-2020 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /BTS NARRATIVE_WIP.PPTX


EXHIBIT SNAP-ZICAFOOSE 12  12/4/24 gAD  PENGAD 800-631-6989

# BTS Narrative

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1368439




# Back-to-school 2020 on Snapchat

CONFIDENTIAL
HIGHLY CONFIDENTIAL (COMPETITOR)   SNAP1368440

# Table of Contents

1. Snapchat and BTS

2. Back to School Personas

3. Success Stories

HIGHLY CONFIDENTIAL (COMPETITOR)　　　　　SNAP1368441

# 1) Snapchat + BTS

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1368442



# Snapchat is part of the family during back-to-school

| High schoolers | College students | Parents |
|---|---|---|
| ⌐3⌐ Reach 90% of 13-24 year olds in the US | ⌐1⌐ **80%+** Of full-time college students in the US are on Snapchat | **20M+** Parents on Snapchat according to Datalogix |

Data from Snap Ads Manager as of April 19, 2019. Percentages calculated by dividing addressable reach by relevant census figures. Addressable reach and age data are subject to limitations. See https://businesshelp.snapchat.com/en-US/a/audience-size-tool for details.
Latest population estimates from UN Data as of April 19, 2019
Source: Snap Inc. Internal Data. May 2019

CONFIDENTIAL
5
HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP1368443

# High Schoolers on Snapchat influence their parents' purchase decisions

92% of parents say their children influence their purchase decisions

[1] PK TO PUT THE NUMBER OF ITEMS PURCHASED AFTER EXPOSURE TO SNAPCHAT AD/REVENUE for IPSOS STUDY

**+63%**
Incremental sales from households where only purchase influencers (GEN Z) saw advertising

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1368460

## Slide 16 Notes

Households make joint purchase decisions. Some purchase decisions affect everyone in the household and some purchases are made by some on behalf of others. Gen Z has a loud voice in these household purchase decisions. According to Cassandra Research, 87% of Gen Z say they have influence on their family's purchase decisions. This is confirmed by their parents. 92% of parents say their children influence the purchase decisions. When we look at the household purchasing power over which Gen Z has influence, it presents a compelling business opportunity for marketers: a result from exposure to Snap Ads, Story Ads, Lenses, and Filters, 75% of sales driven by Snapchat were from households where a Purchase Influencer had been exposed, and 63% of incremental sales came from households where only Purchase Influencers saw advertising.

Exposing to both purchase influencer and purchaser drove <u>2x likelihood of over-indexing sales contribution</u>

Background on this study:
We analyzed historical US CPG campaigns that an on Snapchat. 32 brand reads. 19 campaigns during 2018 for care, beauty an consumptions brands that used creative tools and snap ads. +17 Snapchat sales lift compared to NCS's average norm for mobile advertising

## Slide 16 Comments

1    +[redacted] i believe you said they were going to come back to us with a specific number
     [redacted]
     Deleted user, 3/2/2020 11:46 AM

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                         SNAP1368461

# Teens Directly Influence their Parents' Purchases





## Slide 17 Notes

We've seen this in a number of studies. Ipsos ran a study to To measure the influence that advertising has on teens and their requests to parents for holiday gift purchasing. They interviewed **300 people among parent/teen pairs in a household**

- ✔ Teens use Snapchat regularly

- ✔ Parent/teen combos have to be planning on purchasing large ticket electronics during the holiday season

As you can see, parents are taking into account what their children are asking for when it comes to the products they are buying.
Units sold over the holidays out of 19.5M Snapchat Users:
9.6M Video Games
8.8M Cellphone/Smartphones
9.4M Phone Accessories
5.5M Computers

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1368463

# The ads they are seeing are driving awareness and interest… directly leading to parents' purchase



- Teen Ad Recall
- What teens asked for during the holiday season
- What parents purchased for their teen

| Category | Tech Ads Seen by Teens | Tech Presents Requested by Teens | Tech Products Purchased by Parents |
|---|---|---|---|
| Video Games | 67% | 56% | 49% |
| Cell Phone/Smartphone | 65% | 48% | 45% |
| Phone Accessories | 50% | 55% | 48% |
| Computer | 49% | 34% | 28% |
| Tablet | 10% | 25% | 32% |
| Smartwatch/Fitness tracker | 10% | 25% | 22% |
| Smart Home Speaker | 9% | 19% | 29% |
| Device to connect your TV to the Internet | 7% | 18% | 31% |
| Smart TV | 6% | 17% | 26% |

Slide 18 Notes

Higher tech category advertising corresponds with higher teen-parent influence.
Teen demand and parental purchases maintain a lower baseline with lower advertising.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1368465

# Specifically, Ads they saw on Snapchat influenced what they asked for and what their parents' purchased



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1368466

## Slide 19 Notes

Teens reported that Snapchat had an influence on their requesting habits for the following categories
1.8M Brand Named Computer Sales
1.6M Brand Named Cellphone/Smartphone Sales
1.4M Brand Named Phone Accessories Sales
1.8M Brand Named Computer Sales

## Slide 19 Comments

1   +█████████ can you check if my headers that I put actually summarize the data correctly. I tried to capture the main idea but lmk
   _Assigned to █████████_
   *Deleted user, 3/2/2020 11:47 AM*

HIGHLY CONFIDENTIAL (COMPETITOR)                                         SNAP1368467

# High Schoolers are using Snapchat for every action leading up to their back to school purchase


Advice in store


Product Discovery


Store Locator

21% look for inspiration in Stories and Shows

33%+ use Snapchat to get advice from friends and family

Nearly 75%+ are interested in 'trying' new products using AR before buying

27%+ take Snaps using in-store Filters

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                              SNAP1368468