# AMENDED Exhibit 903

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation





# Snapchat reaches 2x as many 13–17 year-olds in the US than Facebook, Instagram, and Messenger — combined.

Source: Based on estimated reach data from Snap Ads Manager and Facebook Ads Manager as of December 30, 2019. Snap and Facebook use different definitions and methodologies for estimating advertising reach on their respective platforms. Given the point-in-time data and differing methodologies, this comparison is illustrative and subject to change. Estimated advertising reach, location, and age data are subject to limitations. See https://businesshelp.snapchat.com/en-US/a/audience-size-tool and https://www.facebook.com/business/help/1665333080167380?id=176276233019487 for more details.



# Snapchat rules the halls of high school.



Favorite Social Media Platforms Among Gen Z Teens

- Pinterest: 1%
- Facebook: 6%
- Twitter: 6%
- Instagram: 35%
- Snapchat: 41%

Source: Piper Jaffray & Co., company reports, Piper Jaffray & Co. Member SIPC and NYSE. Apr. 2019. See http://www.pipersandler.com/private/pdf/CM-19-0338%20TSWT%20Infographic%20Spring%202019_11x17.pdf for details.

**CONFIDENTIAL**  Snapchat Goes Back to School



# Awareness 101: How to Reach Teen Snapchatters

Create instant impact and start building a qualified audience.

| Drive reach with full-screen Snap Ads & Collection Ads. | Establish relevance with Commercials in Discover. | Build a high-intent audience with a Filter in the Camera. | Build consideration with an AR Lens in the Camera. |

   

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP2430328-SNAP2430349

**BEGATTACH:** SNAP2430328

**ENDATTACH:** SNAP2430349

**Custodian:** SCHRAEDLY_LAURYL

**Author:**

**Filename:** DSG-BTS 2020-RFP-05.13.20-PDF.PDF

**Create Date:** 5/13/2020 12:00 AM

**Last Modified Date:** 5/13/2020 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /DSG-BTS 2020-RFP-05.13.20-PDF.PDF