# AMENDED Exhibit 974

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Safety | Security | Privacy
# November 7, 2012

# Snapchat





Confidential: For Internal Use Only;
Attorney Client Privileged

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                    SNAP0848654

# Outline

- Product Assessment
- Support Operations
- Law Enforcement Relations
- Public Affairs



Confidential: For Internal Use Only;
Attorney Client Privileged

HIGHLY CONFIDENTIAL (COMPETITOR)　　　　　　　　　　　　　　　　　　　　　　　SNAP0848655

# Goals

- Position Snapchat as a leader in Internet safety
- Create a positive and defendable story about Snapchat and Internet safety, security and privacy
- Establish Snapchat as "friend" of NGOs and government
- Create a consistent, verifiable and persistent safety, security and privacy backbone to Snapchat
  - Front End Changes
  - Back End Changes

Confidential: For Internal Use Only; Attorney Client Privileged



HIGHLY CONFIDENTIAL (COMPETITOR)

3

SNAP0848656

# The Review Process

- Created various accounts
- Navigated the site as typical users
- Determined potential areas of concern in safety, security and privacy
- Met with Snapchat staff
    - Reviewed programs, policies, and processes



Confidential: For Internal Use Only; Attorney Client Privileged

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP0848657

# Technology: Front End Changes

- Account Creation
  - Confirmations
    - Require email address confirmation
    - Require phone number confirmation
  - Incentivize users to enter correct email addresses and phone numbers by reminding them that if they lose their passwords these are the only methods of verification



Confidential: For Internal Use Only; Attorney Client Privileged



HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP0848658

# Technology: Front End Changes

- Privacy Settings
  - Allow users to only accept Snapchats by friends they approve
  - Allow users to keep their mobile number unsearchable on Snapchat so nobody can add or find them
  - Show user how to access and change account settings during account creation
  - "Find Friends": Allow users to require someone to provide an additional piece of information, other than only username, in order to be their friend- such as phone number, email address, or location



Confidential: For Internal Use Only; Attorney Client Privileged



HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP0848659

# Technology: Front End Changes

- Report Abuse
  - Allow users to report other users for TOU violations or harassment
  - After a certain number of reports, warn the user that they are in danger of losing their Snapchat account due to harassment and TOU violations
  - Allow users to report users to NCMEC for child exploitation
- Support Operations
  - Add ability for user to easily contact Snapchat if a phone number has been linked incorrectly (directly from the screen that informs the user that the number has already been linked)



Confidential: For Internal Use Only; Attorney Client Privileged

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                    SNAP0848660

# Technology: Front End Changes

- Safety Pop-Ups: Integrate short safety tips into messaging and pop-ups users already receive during normal use of Snapchat

    - Provide users with safety tips on sending and receiving Snapchats
    - Remind users that Snapchat recipients have the ability to take screenshots of photos that are sent to them
    - Tell users that if they receive harassing or inappropriate Snapchats to take a screen shot and make note of the user name for use by law enforcement
    - Tell users they can find more information by going to www.Snapchat.com and clicking on the safety tab at the bottom of the page





Confidential: For Internal Use Only; Attorney Client Privileged

HIGHLY CONFIDENTIAL (COMPETITOR)                                SNAP0848661

# Technology: Front End Changes

- Safety Pages: Add a safety section to www.Snapchat.com and include the following:
  - Blocking Users
  - Making Friends
  - Sending and Receiving Snapchats
  - Deleting an Account
  - Reporting to Law Enforcement
  - Reporting to NCMEC
  - Parents (insert Parent Safety guide)
  - Schools (insert Schools Safety guide)
  - Law Enforcement



Confidential: For Internal Use Only;
Attorney Client Privileged

HIGHLY CONFIDENTIAL (COMPETITOR)　　　　　　　　　　　　　　　　　　　　　　　SNAP0848662

# Support Operations

- Integrate use of prioritization based email response system to user complaints/issues
- Prioritization recommendations:
  - Law Enforcement
  - Parental Concerns
  - Log-In Issues
  - User Name change requests
- Allow users to report issues to support operations on the website
- Additional documentation to be provided including email responses to:
  - Parent Inquiries
  - "Hacked" Accounts
  - Password Resets
  - Account Verifications Issues: responses for how to handle users who don't have account connected to a phone number or provided the wrong email address



Confidential: For Internal Use Only; Attorney Client Privileged

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP0848663

# Support Operations

- Create short overview/guide for use when support operations is expanded
- Create official warn/delete/ban policy for users who are regularly reported for harassment or TOU violations
- Provide training for Law Enforcement related topics (to be provided by SSP Blue)



Confidential: For Internal Use Only; Attorney Client Privileged

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP0848664

# Conflict for Discussion

- The Terms of Use found on [www.snapchat.com](www.snapchat.com) (last updated on June 26, 2011) does not include any sort of reference to the application being appropriate for a specific age group.
- The Apple App Store has the Snapchat application rated as 12+.
- This discrepancy needs to be addressed.

Confidential: For Internal Use Only;
Attorney Client Privileged



HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP0848665

# Education and Partnerships

- Educate user base on SSP best practices
- Partner with experts
  - PTA
  - NCMEC
  - NetSmartz
  - Connect Safely
  - American Library Association
  - IKeepSafe
  - Enough is Enough










Confidential: For Internal Use Only; Attorney Client Privileged

HIGHLY CONFIDENTIAL (COMPETITOR)　　　　SNAP0848666

   

# Law Enforcement

- Establish positive relationship with Law Enforcement
- Create ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ email address for use by Law Enforcement
- Circulate Law Enforcement guide as needed (document to be provided)
- Identify Law Enforcement outreach opportunities
- Highlight Law Enforcement success stories to media
  - Reach out to Law Enforcement to determine outcome of issues

Confidential: For Internal Use Only; Attorney Client Privileged



HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                           SNAP0848667

# Public Affairs

- Press Audit
  - Findings
  - Next steps
- Documents/Training to be provided
  - Backgrounder
  - Crisis Points and related Talking Points
  - Leadership Strategy Framework
  - Executive Spokesperson Training

Confidential: For Internal Use Only;
Attorney Client Privileged



HIGHLY CONFIDENTIAL (COMPETITOR)　　　　　　　　　　　　　　　　　　　　　　SNAP0848668

# Thank you



Confidential: For Internal Use Only;
Attorney Client Privileged

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP0848669