# AMENDED Exhibit 975

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** Agatha Baldwin
**Sent:** 2/1/2021 11:35:32 AM
**To:** Gina Woodworth
**CC:** Jennifer Stout
**Subject:** Re: Quick recap -- call with Janis and concerned parents

I'm glad it was well received. Thank you!
-Agatha

On Fri, Jan 29, 2021 at 6:00 PM Gina Woodworth wrote:
> Happy to do it -- hopefully forged a new partnership with engaged parents active in the PTA:)
>
>> On Fri, Jan 29, 2021 at 5:58 PM wrote:
>> Thank you Gina!
>>
>> | Deputy General Counsel | Privacy and Product
>>
>>> On Fri, Jan 29, 2021 at 2:57 PM Gina Woodworth wrote:
>>> FYI
>>>
>>> ---------- Forwarded message ---------
>>> From: **Gina Woodworth**
>>> Date: Fri, Jan 29, 2021 at 5:56 PM
>>> Subject: Quick recap -- call with Janis and concerned parents
>>> To: Jerry Hunter
>>> Cc:
>>>
>>> Hi Jerry,
>>>
>>> I just wanted to send you a quick follow up note to let you know that           and I had a productive call with Janis Rabuchin and her friend, Denise Campbell, today. As you may be aware, Janis and Denise are active in the school community, both serving as Booster Club President and PTSA President at the local high school. They were particularly concerned about "Snapchat Plugs" and their recognition among the tween and teen community in Kirkland. Bryan and I explained to them all of the safety features built in Snapchat's architecture as well as our in-app reporting tool, parent's guides, safety center, and other educational materials. Unfortunately, they didn't know about any of these materials -- but, the good news is that they want to help us get the word out and spread awareness to the PTA community (not only in Kirkland, but more nationally).
>>>
>>> Today was a great opportunity to recruit engaged parents in our awareness campaign to make Snapchat a safe community for all of our users. We'll follow up with them to share more information, and have encouraged them to blog about some of our great tools.
>>>
>>> We'll keep you posted on any further developments here, but wanted to make sure you knew that we made it clear to Janis and Denise today that Snapchat has a team of thoughtful people who share their goal of keeping young people safe online.

Have a great weekend!

Gina


--
**Gina G. Woodworth** | Director, US Public Policy | Snap Inc.
(m) ███████████ | ███████████


--
**Gina G. Woodworth** | Director, US Public Policy | Snap Inc.
(m) ███████████ | ███████████


--
**Gina G. Woodworth** | Director, US Public Policy | Snap Inc.
(m) ███████████ | ███████████

CONFIDENTIAL                                                                                                                          SNAP2142265