# AMENDED Exhibit 935

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** [redacted]
**Sent:** 1/27/2017 1:27:55 PM
**To:** Jeremy Voss [redacted]
**CC:** [redacted] Josh Siegel [redacted] Jacob Andreou [redacted]
**Subject:** Re: Snapstreak distribution (streak >= 3)

Yeah we seem to have tapped into some mass psychosis where 17 million people ***must*** keep the streaks going. I'm glad what we are making will make it even more fun to stream

On Fri, Jan 27, 2017 at 1:05 PM, Jeremy Voss <j[redacted]> wrote:

+[redacted]k, Jacob, Josh, [redacted]

[redacted]l, thank you—so great to have this. 35M DAU with 17M US DAU and 17M with a streak >= 32 is pretty astounding.

--
Jeremy Voss
[redacted]

On Jan 27, 2017, at 11:44 AM, [redacted] wrote:

Hi All,

Here is a new update with country distribution and a more concise summary. Documentation is updated accordingly as well.

- 22% (35M) of DAU have at least 1 Snapstreak (value >= 3). This number increases to 23% when expanding the measurement window to 32 hours, instead of 24.
- More than 50% of Snapstreak users have a Snapstreak value >= 32.
- More than 50% of Snapstreak users have 2 or more unique Snapstreaks. This is a proxy for how many friends users have Snapstreaks with.
- Snapstreak users skew younger (13-17), compared to other DAU. 47% Snapstreak users are under 17, while the same demo accounts for about 20% of other DAU. The biggest age groups are 16 (15%), 17 (12%) and 15 (10%).
- The top 5 countries are US (47%), UK (9%), Canada (5%), France (5%) and Australia (4%). Together they account for about 70% of all Snapstreak users.

To the question about why % DAU with Snapstreak does not change much compared to our first update, even after we removed any Snapstreak that is smaller than 3 - this is because I have adjusted the user mapping since the first time I looked at it. The current update is a more accurate estimate.

Country distribution graph -

ΔΠ EXHIBIT 13
Deponent Voss
Date 4/4/25 Rptr. LL
WWW.DEPOBOOKPRODUCTS.COM



Thank you and let me know if you have other questions.

On Fri, Jan 27, 2017 at 9:46 AM > wrote:

Hi All,

Here's an update for Snapstreak distribution. In this update, only users with at least 1 Snapstreak >= 3 are identified as streak users. More details: https://docs.google.com/document/d/1ZnhSspMC6gLakeNfuAJyindLR1_tnC3yvDIBgzsZs2k/edit#

- 22% (35.6M) of DAU have at least 1 Snapstreak increase.
  - 22% is calculated based on a 24 hour Snapstreak refresh window.
  - When expanding the measurement window to 32 hours, it increased to 23%.
- More than 50% of Snapstreak users have a max streak value >= 32 (p50). Overall distribution skews right, with a long tail at high value.
  - Average max streak value per user is 76. The max is 677.
  - P99 Snapstreak value = 474.
- More than 50% of Snapstreak users have 2+ Snapstreak status change (p50). This is a proxy for the number of friends the users have Snapstreaks with.
  - Average Snapstreak increase is 6.18. The max is 281.
  - P99 = 61 Snapstreak increase.
- Snapstreak users are younger (13-17), compared to other DAU.
  - 47% Snapstreak users are in the 13-17 age bucket, while the same age group accounts for about 20% of other DAU.
  - The biggest age groups for streak users are 16 (15%), 17 (12%) and 15 (10%).

**Distribution Details (based on a 1% sample):**

| | max_streak | streak_item_count |
|---|---|---|
| **count** | 360,000 (1% sample) | 360,000 (1% sample) |
| **mean** | 76.14 | 6.18 |
| **std** | 101.20 | 10.76 |

| | | |
|---|---|---|
| **min** | 3 | 1 |
| **25%** | 8 | 1 |
| **50%** | 32 | 2 |
| **75%** | 106 | 6 |
| **max** | 677 | 281 |

**Max streak value distribution:**

Max Streak Value Distribution (Streak Value >= 3)
% Streak 3+ Users
7%
6%
5%
4%
3%
2%
1%
0%
0
100
200
300
400
500
600
700
Max Streak Value

Max Streak Value Distribution (Streak Value >= 3, First 20 Records)
% Streak 3+ Users
7%
6%
5%
4%
3%
2%
1%
0%
0
5
10
15
20
25
Max Streak Value

**Age distribution:**

HIGHLY CONFIDENTIAL (COMPETITOR) SNAP6759346





Daily Active User Age Distribution (by Snapstreak 3+ and Others)
16%
14%
12%
10%
8%
6%
4%
2%
0%
% Users
Age 16
Others
Snapstreak 3+
20
30
40
50
60
Age

Daily Active User Age Distribution (by Snapstreak 3+ and Others)
50%
45%
40%
35%
30%
25%
20%
15%
10%
5%
0%
% Users
20%
47%
41%
37%
26%
11%
13%
4%
13-17
18-24
25-34
35+
others
streak_3_plus

Let me know if you have other questions!

Thanks,

HIGHLY CONFIDENTIAL (COMPETITOR) SNAP6759347

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP6759344-SNAP6759347

**Custodian:** ANDREOU_JACOB; SIEGEL_JOSH; VOSS_JEREMY

**Author:** [redacted]

**Filename:** 4C6E5CBD81B3D35CCA7124806B7F7DAD50FBB3EA78A6B8E1BB9E6C4C8A81A40A.EML

**Create Date:** 1/27/2017 1:27 PM

**Last Modified Date:** 1/27/2017 1:27 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /4C6E5CBD81B3D35CCA7124806B7F7DAD50FBB3EA78A6B8E1BB9E6C4C8A81A40A.EML