BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: SOCIAL MEDIA ADOLESCENT         MDL No. 3047
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

NOTICE OF DEVELOPMENT AS TO POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Snap Inc. writes to notify the Clerk of the Panel of the dismissal of *Emily Sluiter et al. v. Snap Inc. et al.*, Case No. 2:26-cv-01232, U.S. District Court for the Central District of California, which was one of the cases previously conditionally transferred to *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047, pursuant to Conditional Transfer Order 71 (CTO-71), Dkt. 682. The Notice of Voluntary Dismissal is attached hereto as Exhibit A.

Dated: February 24, 2026                Respectfully submitted,

                                        */s/ Jonathan H. Blavin*

                                        Jonathan H. Blavin
                                        MUNGER TOLLES & OLSON LLP
                                        560 Mission Street, 27th Floor
                                        San Francisco, CA 94105
                                        Telephone: (415) 512-4000
                                        Email: jonathan.blavin@mto.com

                                        *Attorney for Defendant Snap Inc.*