# EXHIBIT A

**DICELLO LEVITT LLP**
Doug Rochen (SBN 217231)
drochen@dicellolevitt.com
4747 Executive Drive, Suite 240
San Diego, California 92121
Telephone: (619) 923-3939

**DICELLO LEVITT LLP**
Kenneth P. Abbarno*
kabbarno@dicellolevitt.com
Justin Hawal*
jhawal@dicellolevitt.com
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Telephone: (440) 953-8888

**LIPTON LAW**
Marc Lipton*
marc@liptonlaw.com
Kyle Kelly*
kyle@liptonlaw.com
18930 W. 10 Mile Road
Southfield, Michigan 48075
Telephone: (248) 557-1688

Attorneys for Plaintiffs
*Pro Hac Vice* application forthcoming
[Additional counsel appear on signature line.]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY SLUITER, individually and as successor-in-interest to HENRY JAMES MASELLA SLUITER, *deceased*; DOUGLAS SLUITER, AVERY SLUITER, and MORGAN SLUITER, each individually,<br><br>Plaintiffs,<br>vs.<br><br>SNAP, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: 2:26-cv-01232-SSC<br><br>Magistrate Judge Stephanie S. Christensen<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(A)(1)(A)(I)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Emily Sluiter, individually and as successor-in-interest to Henry James Masella Sluiter, deceased; Douglas Sluiter, Avery Sluiter, and Morgan Sluiter, each individually (together, "Plaintiffs"), through undersigned counsel, hereby give notice that the above-styled action is voluntarily dismissed, in its entirety and without prejudice to the right to refile according to law, against Defendants Snap, Inc. and Does 1 through 50 (collectively, "Defendants"), as set forth below:

1. Rule 41(a)(1)(A)(i), Fed. R. Civ. P. states that a plaintiff "may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer of a motion for summary judgment."

2. At this time, Defendants have not served an answer or filed a motion for summary judgment in this matter.

WHEREFORE, THE PREMISES CONSIDERED, Plaintiffs hereby voluntarily dismiss this action without prejudice.

DATED: February 20, 2026

By: /s/ Doug Rochen
Doug Rochen (SBN 217231)
drochen@dicellolevitt.com
**DICELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, California 92121
Telephone: (619) 923-3939

Kenneth P. Abbarno*
kabbarno@dicellolevitt.com
Justin Hawal*
jhawal@dicellolevitt.com
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Telephone: (440) 953-8888

|   |   |
|---|---|
| 1 | Diandra S. Debrosse* |
| 2 | fu@dicellolevitt.com<br>Mitchell W. Laing* |
| 3 | mlaing@dicellolevitt.com<br>**DICELLO LEVITT LLP** |
| 4 | 505 20th Street N., Suite 1500<br>Birmingham, Alabama 35203 |
| 5 | Telephone: (205) 855-5700 |

1                 Diandra S. Debrosse*
                fu@dicellolevitt.com
2                 Mitchell W. Laing*
                mlaing@dicellolevitt.com
3                 **DICELLO LEVITT LLP**
                505 20th Street N., Suite 1500
4                 Birmingham, Alabama 35203
5                 Telephone: (205) 855-5700

6                 **LIPTON LAW**
                Marc Lipton*
7                 marc@liptonlaw.com
                Kyle Kelly*
8                 kyle@liptonlaw.com
                18930 W. 10 Mile Road
9                 Southfield, Michigan 48075
                Telephone: (248) 557-1688

10                Attorneys for Plaintiffs
11                *Pro Hac Vice* application forthcoming

2

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(A)(1)(A)(I)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, which will send notification to such filing to all counsel of record registered in the CM/ECF system.

*/s/ Doug Rochen*
Doug Rochen

3
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(A)(1)(A)(I)