# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| **Date:** February 24, 2025 | **Time:** 11 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Lexi Hazam and Previn Warren; via Zoom
**Attorney for Defendant:** Ashley Simonsen; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Court Reporter:** Not reported

## PROCEEDINGS

Status Conference – Held via Zoom.

The Court met with parties to discuss courtroom conduct during trial and possible changes in the second trial calendar. No device with recording capability may be brought into trial by members of the public.

Parties will meet and confer on anonymity issues with respect to jurors.

Court will memorialize the issues discussed in the next case management order.