UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | MDL No. 3047<br>Case No. 4:22-md-03047-YGR<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Nikolaus J. Williams, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendants Meta Platforms, Inc.; Facebook Holdings, LLC.; Facebook Operations, LLC; Meta Payments, Inc.; Meta Platforms Technologies, LLC; Instagram LLC; and Siculus LLC in the above-entitled action.  My local co-counsel in this case is Ashley Simonsen an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 275203.

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017 | COVINGTON & BURLING LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 450-3381 | (424) 332-4800 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE# OF RECORD |
| nikolaus.williams@davispolk.com | asimonsen@cov.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above, my bar number is: 5376868.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

1

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated:   February 26, 2026                                       */s/  Nikolaus J. Williams*
                                                                                        APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nikolaus J. Williams is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   _____                    _____
                                                                                        UNITED STATES DISTRICT/
                                                                                        MAGISTRATE JUDGE

2



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Nikolaus John Williams

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 21, 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on December 4, 2025.

*Susanna M. Rojas*
Clerk of the Court

CertID-00263186



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

 An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

 An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

 New York State does not register attorneys as active or inactive.

 An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

 Bar examination history is available from the New York State Board of Law Examiners.

 Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020