[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>---<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br><br>4:23-cv-05448-YGR<br><br>**DECLARATION OF SHAHEEN SHEIKH IN SUPPORT OF STATE ATTORNEYS GENERAL'S RESPONSE TO META'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ADAM ALTER AND RAVI IYER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

I, Shaheen Sheikh, of full age and duly sworn according to law, declare:

I am an Assistant Attorney General within the Consumer Protection Unit in the Colorado Attorney General's Office. I submit this Declaration in support of the State Attorneys General's Response to Meta's Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

The following paragraphs in this declaration identify the exhibits referenced and/or cited in the State AGs' Response to Meta's Motion to Exclude Expert Testimony of Adam Alter and Ravi Iyer.

1

DECLARATION OF SHAHEEN SHEIKH IN SUPPORT OF STATE ATTORNEYS GENERAL'S RESPONSE TO META'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ADAM ALTER AND RAVI IYER
4:22-md-03047-YGR-PHK; 4:23-CV-05448-YGR

1. Attached hereto as Exhibit 1 is a true and accurate copy of the Trial Report of Adam L. Alter, dated August 1, 2025.

2. Attached hereto as Exhibit 2 is a true and accurate copy of the Rebuttal Trial Report of Adam L. Alter, dated November 21, 2025.

3. Attached hereto as Exhibit 3 is a true and accurate copy of excerpts of a marketing textbook titled "*The New Strategic Brand Marketing (4th Ed.)*" by J. N. Kapferer.

4. Attached hereto as Exhibit 4 is a true and accurate copy of excerpts of a marketing textbook titled "*Strategic Brand Management: Building, Measuring and Managing Brand Equity*" by Kevin L. Keller and Vanitha Swaminathan.

5. Attached hereto as Exhibit 5 is a true and accurate copy of excerpts of Adam L. Alter's deposition, dated December 12, 2025.

6. Attached hereto as Exhibit 6 is a true and accurate copy of the Trial Rebuttal Report of Sriraman Venkataraman.

7. Attached hereto as Exhibit 7 is a true and accurate copy of the Federal Trade Commission's website page for "*Complying with COPPA: Frequently Asked Questions,*" posted in July of 2020.

8. Attached hereto as Exhibit 8 is a true and accurate copy of the Trial Report of Ravi Iyer, dated August 1, 2025.

9. Attached hereto as Exhibit 9 is a true and accurate copy of the Rebuttal Trial Report of Ravi Iyer, dated October 24, 2025.

10. Attached hereto as Exhibit 10 is a true and accurate copy of excerpts of Ravi Iyer's deposition, dated November 5, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 27, 2026, in Denver, Colorado.

                                      */s/ Shaheen Sheikh*
                                      Shaheen Sheikh
                                      Assistant Attorney General

1300 Broadway
Denver, CO 80204
Shaheen.Sheikh@coag.gov