# Exhibit 3

"New exciting ideas and perspectives on brand building!"
**Philip Kotler**

4TH EDITION

# THE NEW STRATEGIC BRAND MANAGEMENT

Creating and sustaining brand equity long term

## J N KAPFERER



KOGAN PAGE

in fact correlated with many valuable image dimensions. Awareness carries a reassuring message: although it is measured at the individual level, brand awareness is in fact a collective phenomenon. When a brand is known, each individual knows it is known. This leads to spontaneous inferences. As is shown in Table 1.4, awareness is mostly correlated with aspects such as high quality, trust, reliability, closeness to people, a good quality/price ratio, accessibility and traditional styling. However it has a zero correlation with innovativeness, superior class, style, seduction: if aspects such as these are key differentiation facets of the brand, they must be earned on their own merit.

**Table 1.4** How brand awareness creates value and image dimensions (correlations between awareness and image)

| | |
|---|---|
| Good quality/price ratio | 0.52 |
| Trust | 0.46 |
| Reliable | 0.44 |
| Quality | 0.43 |
| Traditional | 0.43 |
| Best | 0.40 |
| Down to earth | 0.37 |
| Client oriented | 0.37 |
| Friendly | 0.35 |
| Accessible | 0.32 |
| Distinct | 0.31 |
| A leader | 0.29 |
| Popular | 0.29 |
| Fun | 0.29 |
| Original | 0.27 |
| Energetic | 0.25 |
| Friendly | 0.25 |
| Performing | 0.22 |
| Seductive | 0.08 |
| Innovative | 0.02 |

(Base: 9,739 persons, 507 brands)
*Source*: Schuiling and Kapferer, 2004

### Transparent and opaque products

At this stage it is interesting to remind ourselves of the classifications drawn up by Nelson (1970) and by Darby and Kami (1973). These authors make the distinction between three types of product characteristics:

- the qualities which are noticed by contact, before buying;
- the qualities which are noticed uniquely by experience, thus after buying;
- credence qualities which cannot be verified even after consumption and which you have to take on trust.

The first type of quality can be seen in the decision to buy a pair of men's socks. The choice is made according to the visible characteristics: the pattern, the style, the material, the feel, the elasticity and the price. There is hardly a need for brands in this market. In fact those that do exist only have a very small market share and target those people who are looking for proof of durability (difficult to tell before buying) or those who wish to be fashionable. This is how Burlington socks work as a hallmark of chic style. Producers' brands do exist but their differential advantage compared to distributors' brands (Marks & Spencer or C&A) is weak, especially if the latter have a good style department and offer a wide variety at a competitive price.

A good example of the second type of quality is the automobile market. Of course, performance, consumption and style can all be assessed before buying, as can the availability of options and the interior space. However, road-holding, the pleasure of driving, reliability and quality cannot be entirely appreciated during a test drive. The response comes from brand image; that is, the collective representation which is shaped over time by the accumulated experiences of oneself, of close relations, by word of mouth and advertising.

Finally, in the market for upmarket cars, the feeling that you have made it, that feeling of fulfilment and personal success through owning a BMW is typically the result of pure faith. It cannot be substantiated by any of the

post-purchase driving experiences: it is a collective belief, which is more or less shared by the buyers and the non-buyers. The same logic applies to the feeling of authenticity and inner masculinity which is supposed to result from smoking Marlboro cigarettes.

The role of brands is made clearer by this classification of sought-after qualities. The brand is a sign (therefore external) whose function is to disclose the hidden qualities of the product which are inaccessible to contact (sight, touch, hearing, smell) and possibly those which are accessible through experience but where the consumer does not want to take the risk of trying the product. Lastly, a brand, when it is well known, adds an aura of make-believe when it is consumed, for example the authentic America and rebellious youth of Levi's, the rugged masculinity of Marlboro, the English style of Dunhill, the Californian myth of Apple.

The informational role of the brand varies according to the product or service, the consumption situation and the individual. Thus, a brand is not always useful. On the other hand, a brand becomes necessary once the consumer loses his or her traditional reference points. This is why there is an increase in the demand for branded wine. Consumers were put off by too many small chateaux which were rarely the same and had limited production of varying quality and which sometimes sprung some unpleasant surprises. This paved the way for brands such as Jacob's Creek and Gallo.

A brand provides not only a source of information (thus revealing its values) but performs certain other functions which justify its attractiveness and its monetary return (higher price) when they are valued by buyers. What are these functions? How does a brand create value in the eyes of the consumer? The eight functions of a brand are presented in Table 1.5. The first two are mechanical and concern the essence of the brand; that is, to function as a recognised symbol in order to facilitate choice and to gain time. The following three functions reduce the perceived risk. The last three have a more pleasurable side to them. Ethics show that buyers are expecting, more and more, responsible behaviour from their brands. Many Swedish consumers still refuse Nestlé's

**Table 1.5** The functions of the brand for the consumer

| Function | Consumer benefit |
| --- | --- |
| Identification | To be clearly seen, to quickly identify the sought-after products, to structure the shelf perception. |
| Practicality | To allow savings of time and energy through identical repurchasing and loyalty. |
| Guarantee | To be sure of finding the same quality no matter where or when you buy the product or service. |
| Optimisation | To be sure of buying the best product in its category, the best performer for a particular purpose. |
| Badge | To have confirmation of your self-image or the image that you present to others. |
| Continuity | Satisfaction created by a relationship of familiarity and intimacy with the brand that you have been consuming for years. |
| Hedonistic | Enchantment linked to the attractiveness of the brand, to its logo, to its communication and its experiential rewards. |
| Ethical | Satisfaction linked to the responsible behaviour of the brand in its relationship with society (ecology, employment, citizenship, advertising which doesn't shock). |