# Exhibit 4



GLOBAL EDITION

# Strategic Brand Management
## Building, Measuring, and Managing Brand Equity

FIFTH EDITION

Kevin Lane Keller

Vanitha Swaminathan



them utility through consistent product performance and appropriate pricing, promotion, and distribution programs and actions. To the extent that consumers realize advantages and benefits from purchasing brands, and as long as they derive satisfaction from product consumption, they are likely to continue to buy them.

These benefits may not be purely functional in nature. Brands can serve as symbolic devices, allowing consumers to project their self-image. Certain brands are associated with certain types of people and thus reflect different values or traits. Consuming such products is a means by which consumers can communicate to others—or even to themselves—the type of person they are or would like to be.[9]

Some branding experts believe that for some people, certain brands even play a religious role of sorts and substitute for religious practices and help reinforce self-worth.[10] The cultural influence of brands is profound, and much interest has been generated in recent years in understanding the interplay between consumer culture and brands.[11]

Brands can also play a significant role in signaling certain product characteristics to consumers. Researchers have classified products and their associated attributes or benefits into three major categories: search goods, experience goods, and credence goods.[12]

- For *search goods* like grocery produce, consumers can evaluate product attributes like sturdiness, size, color, style, design, weight, and ingredient composition by visual inspection.
- For *experience goods* like automobile tires, consumers cannot assess product attributes like durability, service quality, safety, and ease of handling or use so easily by inspection, and actual product trial and experience is necessary.
- For *credence goods* like insurance coverage, consumers may rarely learn product attributes.

Given the difficulty of assessing and interpreting product attributes and benefits for experience and credence goods, brands may be particularly important signals of quality and other characteristics to consumers for these types of products.[13]

Brands can reduce the risks in product decisions. Consumers may perceive many different types of risks in buying and consuming a product:[14]

- *Functional risk:* The product does not perform up to expectations.
- *Physical risk:* The product poses a threat to the physical well-being or health of the user or others.
- *Financial risk:* The product is not worth the price paid.
- *Social risk:* The product results in embarrassment from others.
- *Psychological risk:* The product affects the mental well-being of the user.
- *Time risk:* The failure of the product results in an opportunity cost of finding another satisfactory product.

Consumers can certainly handle these risks in a number of ways, but one way is obviously to buy well-known brands, especially those with which consumers have had favorable past experiences. Thus, brands can be a very important risk-handling device, especially in business-to-business settings where risks can sometimes have quite profound implications.

In summary, to consumers, the special meaning that brands take on can change their perceptions and experiences with a product. The identical product may be evaluated differently depending on the brand identification or attribution it carries. Brands take on unique, personal meanings to consumers that facilitate their day-to-day activities and enrich their lives. As consumers' lives become more complicated, rushed, and time-starved, the ability of a brand to simplify decision-making and reduce risk is invaluable.

## Firms

Brands also provide a number of valuable functions to their firms.[15] Fundamentally, they serve an identification purpose, to simplify product handling or tracing. Operationally, brands help organize inventory and accounting records. A brand also offers the firm legal protection for unique features or aspects of the product. A brand can retain intellectual property rights, giving legal title to the brand owner.[16] The brand name can be protected through registered trademarks; manufacturing processes can be protected through patents; and packaging can be protected through copyrights and designs. These intellectual property rights ensure that the firm can safely invest in the brand and reap the benefits of a valuable asset.

**FIGURE 1-4**

**Brand Value as a Percentage of Market Capitalization (2017)**

*Sources:* Based on Interbrand, "Best Global Brands 2010." Yahoo! Finance, February 11.

| Company | Brand Value (in $ billions) | Total Value (in $ billions) | Brand Value as a Percentage of Overall Value |
|---|---|---|---|
| Apple | 184.1 | 868.88 | 21% |
| Google | 141.7 | 729.1 | 19% |
| Microsoft | 79.9 | 659.9 | 12% |
| Coca-Cola | 69.7 | 195.5 | 36% |
| Amazon | 64.7 | 563.5 | 11% |
| Samsung | 56.2 | 300 | 19% |
| Toyota | 50.3 | 188.2 | 27% |
| Facebook | 48.2 | 420.8 | 11% |
| Mercedes | 47.8 | 79.3 | 60% |
| IBM | 46.8 | 142 | 33% |

We've seen that these investments in the brand can endow a product with unique associations and meanings that differentiate it from other products. Brands can signal a certain level of quality so that satisfied buyers can easily choose the product again.[17] This brand loyalty provides predictability and security of demand for the firm and creates barriers of entry that make it difficult for other firms to enter the market.

Although manufacturing processes and product designs may be easily duplicated, lasting impressions in the minds of individuals and organizations from years of marketing activity and product experience may not be so easily reproduced. One advantage that brands such as Crest toothpaste, Nike shoes, and Levi's jeans have is that consumers have literally grown up with them. In this sense, branding can be seen as a powerful means to secure a competitive advantage.

In short, to firms, brands represent enormously valuable pieces of legal property, capable of influencing consumer behavior, being bought and sold, and providing the security of sustained future revenues.[18] For these reasons, huge sums, often representing large multiples of a brand's earnings, have been paid for brands in mergers or acquisitions. Mergers and acquisitions allow companies to seek out undervalued brands that can be combined with existing product portfolios of acquirers, resulting in higher earnings and profit performance for firms.

The price premium paid for many companies is clearly justified by the opportunity to earn and sustain extra profits from their brands, as well as by the tremendous difficulty and expense of creating similar brands from scratch. Figure 1-4 highlights the value of a brand as a percentage of a firm's overall value (as measured by its stock market value) for a selected set of top brands. As can be seen in the figure, most of the value of a firm can be accounted for by its intangible assets and goodwill, and as much as 60 percent of intangible assets can be supplied by brands.

## CAN ANYTHING BE BRANDED?

Brands clearly provide important benefits to both consumers and firms. An obvious question, then, is, how are brands created? How do you "brand" a product? Although firms provide the impetus for brand creation through their marketing programs and other activities, ultimately *a brand is something that resides in the minds of consumers*. A brand is a perceptual entity rooted in reality, but it is more than that—it reflects the perceptions and perhaps even the idiosyncrasies of consumers.

To brand a product, it is necessary to teach consumers "who" the product is—by giving it a name and using other brand elements to help identify it—as well as what the product does and why consumers should care. In other words, marketers must give consumers a *label* for the product ("here's how you can identify the product") and provide *meaning* for the brand ("here's what this particular product can do for you, and why it's special and different from other brand name products").