Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email:  asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; and Instagram, LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc. et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br>4:23-cv-05448-YGR<br><br>**TEMPORARY SEALING MOTION (JOINT LETTER BRIEF ON NEW JERSEY'S PRODUCTION OF DOCUMENTS)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC (collectively, "Meta") and certain New Jersey State Agencies respectfully submit the instant Temporary Sealing Motion requesting to file under seal exhibits to the Declaration of Ashley M. Simonsen in Support of Joint Letter Brief on New Jersey's Production of Documents. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Designating Party |
| --- | --- | --- |
| 694-1 | Joint Letter Brief on New Jersey's Production of Documents (Redactions Only) | New Jersey Attorney General |
| 694-2 | Exhibit A to the Declaration of Ashley M. Simonsen in Support of Joint Letter Brief on New Jersey's Production of Documents (Under Seal) | New Jersey Attorney General |
| 694-3 | Exhibit B to the Declaration of Ashley M. Simonsen in Support of Joint Letter Brief on New Jersey's Production of Documents (Under Seal) | New Jersey Attorney General |
| 694-4 | Exhibit C to the Declaration of Ashley Simonsen in Support of Joint Letter Brief on New Jersey's Production of Documents (Under Seal) | New Jersey Attorney General |

| | |
|---|---|
| Dated: February 27, 2026 | Respectfully submitted, |
| **NEW JERSEY ATTORNEY GENERAL** | **COVINGTON & BURLING LLP** |
| */s/ Jae K. Shim* | */s/ Ashley Simonsen* |
| Jae K. Shim (NJ Bar No. 3064320119) | Ashley Simonsen (State Bar. No. 275203) |
| Deputy Attorney General | COVINGTON & BURLING LLP |
| New Jersey Office of the Attorney General | 1999 Avenue of the Stars |
| Division of Law | Los Angeles, CA 90067 |
| 25 Market Street | Telephone: +1 (424) 332-4800 |
| Trenton, NJ 08625 | Facsimile: + 1 (424) 332-4749 |
| Jae.Shim@law.njoag.gov | Email: asimonsen@cov.com |
| *Attorney for Non-Party New Jersey Office of the Governor* | |
| | Phyllis A. Jones, *pro hac vice* |
| */s/ Jonathan Peitz* | Paul W. Schmidt, *pro hac vice* |
| Jonathan Peitz (NJ Bar No. 04155-2010) | COVINGTON & BURLING LLP |
| Assistant Attorney General | One City Center |
| *Attorney for Non-Party the New Jersey Department of Treasury* | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| | Telephone: + 1 (202) 662-6000 |
| | Facsimile: + 1 (202) 662-6291 |
| | Email: pajones@cov.com |
| | Email: pschmidt@cov.com |
| */s/ Kseniia I. Michkodan* | |
| Kseniia I. Michkodan (NJ Bar No. 460582024) | *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; and Instagram, LLC* |
| Deputy Attorney General | |
| *Attorney for Non-Party the New Jersey Department of Treasury* | |
| */s/ Kenneth M. Cabot* | |
| Kenneth M. Cabot (NJ Bar No.012142007) | |
| Deputy Attorney General | |
| *Attorney for Non-Party the Department of Children and Families* | |
| */s/ Rachel B. Kristol* | |
| Rachel B. Kristol (NJ Bar No.228212017) | |
| Deputy Attorney General | |
| *Attorney for Non-Party the New Jersey Department of Education and New Jersey Department of Higher Education* | |