UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br>4:23-cv-05448-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF JOINT LETTER BRIEF ON NEW JERSEY'S PRODUCTION OF DOCUMENTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

**DECLARATION OF ASHLEY M. SIMONSEN**

I, Ashley M. Simonsen, declare and state as follows:

1. I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; and Instagram, LLC (collectively, "Meta"). This declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2. Attached hereto and lodged with the Court as **Exhibit A** is a true and correct excerpted copy of the New Jersey Agencies' privilege log, consisting only of the entries for which Meta currently disputes.

3. Attached hereto and lodged with the Court as **Exhibit B** is a true and correct copy of the New Jersey Agencies' privilege log, furnished to Meta on August 11, 2025.

4. Attached hereto and lodged with the Court as **Exhibit C** is a true and correct copy of the New Jersey Agencies' privilege log with highlighted entries as sent by Meta to the Agencies on December 3, 2025.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on February 27, 2026.

By:   */s/ Ashley M. Simonsen*
      Ashley M. Simonsen