# Exhibit A

# Lodged with Clerk's Office in Native Format