# Exhibit B

# Lodged with Clerk's Office in Native Format