# Exhibit C

# Lodged with Clerk's Office in Native Format