IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**[PROPOSED] ORDER DENYING META'S MOTION FOR SUMMARY JUDGMENT AND GRANTING THE STATE ATTORNEYS GENERAL'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1

[PROPOSED] ORDER DENYING META'S MOTION FOR SUMMARY JUDGMENT AND GRANTING THE STATE AGS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT
4:22-md-03047-YGR; 4:23-cv-05448-YGR

Having considered the parties' submissions, the record, and the applicable law, the Court hereby DENIES Meta's Motion for Summary Judgment and GRANTS the State AGs' Cross-Motion for Partial Summary Judgment on portions of their consumer protection claims against Meta. Partial summary judgment will be entered accordingly.

**IT IS SO ORDERED.**

Dated: _____         _____

                                        HON. YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER DENYING META'S MOTION FOR SUMMARY JUDGMENT AND
GRANTING THE STATE AGS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT
4:22-md-03047-YGR; 4:23-cv-05448-YGR