James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Kathryn S. Benedict, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          antonio.perez@davispolk.com
          caroline.stern@davispolk.com
          kathryn.benedict@davispolk.com
          corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

*Additional counsel listed on signature pages.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**META'S TEMPORARY SEALING MOTION (META'S OPPOSITION TO THE STATE AGS' MOTION FOR PARTIAL SUMMARY JUDGMENT)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") file this Temporary Sealing Motion regarding Meta's Opposition to the State AGs' Motion for Partial Summary Judgment (ECF No. 2780). Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2781-1 | Meta's Opposition to the State AGs' Motion for Partial Summary Judgment (Redacted) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-2 | Declaration of Antonio J. Perez-Marques | Not filed under seal |
| ECF No. 2781-3 | Exhibit 1, Relevant excerpts of the Meta Defendants' Responses and Objections to Plaintiffs' Rule 30(b)(6) Written Questions to the Meta Defendants on Topics 3-6 dated July 25, 2024 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-4 | Exhibit 2, META3047MDL-068-00000001 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-5 | Exhibit 3, Relevant excerpts of the Meta Defendants' Second Amended Responses and Objections to Plaintiffs' Third Set of Requests for Admission dated January 27, 2026 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-6 | Exhibit 4, Relevant excerpts of the transcript of the deposition of Allison L. Hartnett on June 16, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-7 | Exhibit 5, Relevant excerpts of the transcript of the deposition of Allison L. Hartnett on June 17, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

1

META'S TEMPORARY SEALING MOTION (META'S OPP. TO THE STATE AGS' MOTION FOR PARTIAL SUMMARY JUDGMENT) – Case Nos. 4:22-MD-03047-YGR-PHK; 4:23-CV-05448-YGR

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2781-8 | Exhibit 6, Relevant excerpts of Exhibit 6 from the deposition of Allison L. Hartnett on June 16, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-9 | Exhibit 7, Relevant excerpts of META3047MDL-234-00000479 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-10 | Exhibit 8, Relevant excerpts of META3047MDL-003-00047875 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-11 | Exhibit 9, Relevant excerpts of the Rebuttal Expert Report of Dr. Nasir Memon dated July 9, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-12 | Exhibit 10, META3047MDL-208-00003249 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-13 | Exhibit 11, META3047MDL-146-00087605 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-14 | Exhibit 12, Relevant excerpts of META3047MDL-046-00068728 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-15 | Exhibit 13, Relevant excerpts of the transcript of the deposition of Lars Backstrom on December 10, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

2

META'S TEMPORARY SEALING MOTION (META'S OPP. TO THE STATE AGS' MOTION FOR PARTIAL SUMMARY JUDGMENT) – Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2781-16 | Exhibit 14, Relevant excerpts of the errata sheet and transcript of the deposition of Lars Backstrom on June 26, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-17 | Exhibit 15, Relevant excerpts of the Expert Rebuttal Report of Nick Feamster, Ph.D. dated January 9, 2026 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-18 | Exhibit 16, Relevant excerpts of META3047MDL-302-00000002 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-19 | Exhibit 17, Relevant excerpts of META3047MDL-302-00000001 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-20 | Exhibit 18, Relevant excerpts of META3047MDL-302-00000004 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-21 | Exhibit 19, Relevant excerpts of the Trial Rebuttal Report of Sriraman Venkataraman, Ph.D. dated October 17, 2025 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-22 | Exhibit 20, Tolling Agreement by and between Meta Platforms, Inc. and certain State Attorneys General executed beginning on July 18, 2022 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-23 | Exhibit 21, Second Amendment to the Tolling Agreement by and between Meta Platforms, Inc. and certain State Attorneys General executed beginning on June 22, 2023 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

3

META'S TEMPORARY SEALING MOTION (META'S OPP. TO THE STATE AGS' MOTION FOR PARTIAL SUMMARY JUDGMENT) – Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2781-24 | Exhibit 22, Relevant excerpts of the Meta Defendants' Third Amended Responses and Objections to Plaintiffs' First Set of Requests for Admission dated January 27, 2026 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-25 | Exhibit 23, Relevant excerpts of META3047MDL-040-00000365 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-26 | Exhibit 24, META3047MDL-146-00072994 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2781-27 | Exhibit 25, Relevant excerpts of the Meta Defendants' Third Supplemental Responses and Objections to Plaintiffs' Second Interrogatory dated November 18, 2024 | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

4

META'S TEMPORARY SEALING MOTION (META'S OPP. TO THE STATE AGS' MOTION FOR PARTIAL SUMMARY JUDGMENT) – Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

| | |
|---|---|
| Dated: February 27, 2026 | Respectfully submitted,<br><br>DAVIS POLK & WARDWELL LLP<br><br>/s/ *Antonio J. Perez-Marques*<br><br>James P. Rouhandeh, *pro hac vice*<br>Antonio J. Perez-Marques, *pro hac vice*<br>Caroline Stern, *pro hac vice*<br>Kathryn S. Benedict, *pro hac vice*<br>Corey M. Meyer, *pro hac vice*<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>rouhandeh@davispolk.com<br>antonio.perez@davispolk.com<br>caroline.stern@davispolk.com<br>kathryn.benedict@davispolk.com<br>corey.meyer@davispolk.com<br><br>COVINGTON & BURLING LLP<br><br>Ashley M. Simonsen, SBN 275203<br>1999 Avenue of the Stars<br>Los Angeles, California 90067<br>Telephone: (424) 332-4800<br>Facsimile: (424) 332-2749<br>asimonsen@cov.com<br><br>Paul W. Schmidt, *pro hac vice*<br>Phyllis A. Jones, *pro hac vice*<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br>pschmidt@cov.com<br>pajones@cov.com<br><br>*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC* |

5

META'S TEMPORARY SEALING MOTION (META'S OPP. TO THE STATE AGS' MOTION FOR PARTIAL SUMMARY JUDGMENT) – Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing and its attachments will be served electronically on counsel for Plaintiffs to the email addresses that were designated by counsel for that purpose.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  February 27, 2026                  /s/ Antonio J. Perez-Marques
                                           Antonio J. Perez-Marques