James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Kathryn S. Benedict, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:   rouhandeh@davispolk.com
         antonio.perez@davispolk.com
         caroline.stern@davispolk.com
         kathryn.benedict@davispolk.com
         corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>         4:23-cv-05448-YGR<br><br>**DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF META'S OPPOSITION TO THE STATE AGS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: April 15, 2026<br>Time: 1:00 PM<br>Place: Courtroom 1, 4th Floor |

**DECLARATION OF ANTONIO J. PEREZ-MARQUES**

I, Antonio J. Perez-Marques, declare as follows:

1.  I am a partner with the law firm Davis Polk & Wardwell LLP, counsel of record for Defendants Meta Platforms, Inc. and Instagram, LLC (together, "Meta"). I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2.  I submit this declaration in support of Meta's Opposition to the State AGs' Motion for Partial Summary Judgment, filed concurrently herewith.

3.  Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts of the Meta Defendants' Responses and Objections to Plaintiffs' Rule 30(b)(6) Written Questions to the Meta Defendants on Topics 3-6 dated July 25, 2024.

4.  Attached hereto as **Exhibit 2** is a true and correct copy of META3047MDL-068-00000001.

5.  Attached hereto as **Exhibit 3** is a true and correct copy of relevant excerpts of the Meta Defendants' Second Amended Responses and Objections to Plaintiffs' Third Set of Requests for Admission dated January 27, 2026.

6.  Attached hereto as **Exhibit 4** is a true and correct copy of relevant excerpts of the transcript of the deposition of Allison L. Hartnett on June 16, 2025.

7.  Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts of the transcript of the deposition of Allison L. Hartnett on June 17, 2025.

8.  Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts of Exhibit 6 from the deposition of Allison L. Hartnett on June 16, 2025.

9.  Attached hereto as **Exhibit 7** is a true and correct copy of relevant excerpts of META3047MDL-234-00000479.

10. Attached hereto as **Exhibit 8** is a true and correct copy of relevant excerpts of META3047MDL-003-00047875.

11. Attached hereto as **Exhibit 9** is a true and correct copy of relevant excerpts of the Rebuttal Expert Report of Dr. Nasir Memon dated July 9, 2025.

1

DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF META'S OPP. TO THE STATE AGS' MOTION FOR PARTIAL SUMMARY JUDGMENT – Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

12. Attached hereto as **Exhibit 10** is a true and correct copy of META3047MDL-208-00003249.

13. Attached hereto as **Exhibit 11** is a true and correct copy of META3047MDL-146-00087605.

14. Attached hereto as **Exhibit 12** is a true and correct copy of relevant excerpts of META3047MDL-046-00068728.

15. Attached hereto as **Exhibit 13** is a true and correct copy of relevant excerpts of the transcript of the deposition of Lars Backstrom on December 10, 2025.

16. Attached hereto as **Exhibit 14** is a true and correct copy of relevant excerpts of the errata sheet and transcript of the deposition of Lars Backstrom on June 26, 2025.

17. Attached hereto as **Exhibit 15** is a true and correct copy of relevant excerpts of the Expert Rebuttal Report of Nick Feamster, Ph.D. dated January 9, 2026.

18. Attached hereto as **Exhibit 16** is a true and correct copy of relevant excerpts of META3047MDL-302-00000002.

19. Attached hereto as **Exhibit 17** is a true and correct copy of relevant excerpts of META3047MDL-302-00000001.

20. Attached hereto as **Exhibit 18** is a true and correct copy of relevant excerpts of META3047MDL-302-00000004.

21. Attached hereto as **Exhibit 19** is a true and correct copy of relevant excerpts of the Trial Rebuttal Report of Sriraman Venkataraman, Ph.D. dated October 17, 2025.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the Tolling Agreement by and between Meta Platforms, Inc. and certain State Attorneys General executed beginning on July 18, 2022.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the Second Amendment to the Tolling Agreement by and between Meta Platforms, Inc. and certain State Attorneys General executed beginning on June 22, 2023.

2

DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF META'S OPP. TO THE STATE AGS' MOTION FOR PARTIAL SUMMARY JUDGMENT – Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

24. Attached hereto as **Exhibit 22** is a true and correct copy of relevant excerpts of the Meta Defendants' Third Amended Responses and Objections to Plaintiffs' First Set of Requests for Admission dated January 27, 2026.

25. Attached hereto as **Exhibit 23** is at true and correct copy of relevant excerpts of META3047MDL-040-00000365.

26. Attached hereto as **Exhibit 24** is a true and correct copy of META3047MDL-146-00072994.

27. Attached hereto as **Exhibit 25** is a true and correct copy of relevant excerpts of the Meta Defendants' Third Supplemental Responses and Objections to Plaintiffs' Second Interrogatory dated November 18, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of February, 2026 in New York, New York.

*/s/ Antonio J. Perez-Marques*
Antonio J. Perez-Marques