*[Parties and counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | MDL No. 3047<br><br>Case No.: 4:22-md-03047-YGR<br><br>**JOINT UPDATE ON MEET-AND-CONFER BETWEEN META, MDL PLAINTIFFS' LEADERSHIP, AND ARBITRATION CLAIMANTS' COUNSEL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's direction at the February 11, 2026 Case Management Conference ("CMC"), (1) counsel for the Meta Defendants ("Meta"), (2) co-lead counsel for the Personal Injury Plaintiffs ("MDL Plaintiffs' Leadership"), and (3) the three law firms[1] representing (a) the named Plaintiff in the *Abraham* putative class action[2] and (b) fourteen claimants in arbitrations filed against Meta ("Arbitration Counsel") provide this joint update regarding their discussions following the February 11, 2026 CMC.[3]

Pursuant to the Court's request, on February 23, 2025, counsel for Meta, MDL Plaintiffs' Leadership, and Arbitration Counsel met and conferred about various issues, summarized below.

A.     **Overlap Between Arbitration Claimants and MDL/JCCP Plaintiffs**

The Parties met and conferred about any overlap between: (1) the individuals on whose behalf Arbitration Counsel have indicated they will potentially file arbitrations against Meta ("Claimants"), and (2) Plaintiffs (or guardians *ad litem* on behalf of minor Plaintiffs) in the MDL or JCCP. The Parties discussed potential processes for identifying such individuals, but did not reach agreement on that issue.

Meta's counsel informed the Parties that Meta believes it has identified approximately 170 such individuals. Following the Parties' meet-and-confer, on February 25, 2026, Meta sent Arbitration Counsel and MDL Plaintiffs' Leadership a list of 22 Claimants, each of whom Meta believes to be either a standalone Plaintiff or a parent/guardian of a Plaintiff in an MDL or JCCP case, along with the law firm(s) representing that individual in the MDL or JCCP case identified. For every law firm representing a Plaintiff in the MDL or JCCP whom Meta identified as overlapping with a Claimant, the list includes at least one client of that firm whom Meta identified as overlapping with a Claimant.

One of the overlap Claimants is Sarah Heinz. On February 23, 2026, Keller Postman LLC filed a lawsuit on behalf of Ms. Heinz in the MDL (Case No. 4:26-cv-01561-YGR). The same day, Arbitration

---

[1] Those three law firms are Boies Schiller Flexner LLP; Labaton Keller Sucharow LLP; and Milberg, PLLC.

[2] *See Abraham v. Meta Platforms, Inc.*, No. 4:24-cv-04723-YGR (N.D. Cal.), ECF 1.

[3] While *Abraham* Counsel was asked to meet and confer on these issues, by doing so, Arbitration Counsel does not waive any arguments as to this Court's lack of jurisdiction over any arbitration claims brought on behalf of claimants who are represented by the same law firms.

Counsel filed an arbitration demand before the AAA on behalf of Ms. Heinz. Meta's counsel only learned of Ms. Heinz's MDL filing on February 25, 2026, and promptly brought this filing to the attention of Arbitration Counsel. Meta's position is that Ms. Heinz's decision to file suit in the MDL precludes her from proceeding in arbitration. Arbitration Counsel acknowledge the apparent dual filing and will confer with Keller Postman LLC and Ms. Heinz to resolve the matter.

### B.    Overlap with *Abraham* Putative Class.

The *Abraham* Complaint defines the putative class as "[a]ll minors in the United States who use or have used Instagram during the Class Period." *Abraham* Compl. (ECF 1) (Aug. 5, 2024) ¶ 184. On February 25, 2026, Meta also shared with Arbitration Counsel and MDL Plaintiffs' Leadership a list of 18 individuals on the various Claimant notice lists previously sent by Arbitration Counsel to Meta for whom the age specified in the notices was less than 18 (and who would therefore be potential members of the *Abraham* putative class). Meta noted that there may be additional young adults in the Claimant pool who were minors in August 2024, when *Abraham* was filed, and thus would also be members of the putative *Abraham* class. The Parties have not reached an agreement as to the implications of any such overlap, if any, but will continue to meet and confer.

### C.    Application of the Common Benefit Order

During the Parties' meet-and-confer the Parties also discussed the applicability of the Common Benefit Order ("CBO"), ECF 190, to arbitration cases filed by Arbitration Counsel. MDL Plaintiffs' Leadership and Meta maintained that the CBO applies. Arbitration Counsel does not yet have a position on this issue but will endeavor to confirm their position in advance of the March CMC after the Parties continue to meet and confer. In the meantime, Arbitration Counsel seeks additional meet and confers with Meta and MDL Plaintiffs' Counsel on Arbitration Counsel's potential access and use of MDL materials.

Respectfully submitted,

DATED: February 27, 2026

By: /s/ Lexi J. Hazam
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel for Individual Plaintiffs*

**COVINGTON & BURLING LLP**

By: /s/ Ashley M. Simonsen
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. and Instagram, LLC*

**BOIES SCHILLER FLEXNER LLP**

By: /s/ Joshua Michelangelo Stein
Joshua Michelangelo Stein

Joshua Michelangelo Stein (Cal. Bar No. 298856)
jstein@bsfllp.com
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899

David Boies
dboies@bsfllp.com
Alexander Boies
aboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749 8300

Sigrid S. McCawley
smccawley@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356-0022

Jenny Kim (NY Bar No. 4335964)
jkim@bsfllp.com
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel: (212) 446-2300
Fax: (212) 446-2350

Alison L. Anderson (Cal. Bar No. 275334)
alanderson@bsfllp.com
2029 Century Park East, 1520
Los Angeles, CA 90067
Tel: (213) 995-5720
Fax: (213) 629-9022

**LABATON KELLER SUCHAROW LLP**

Jonathan D. Waisnor (Cal. Bar No. 345801)
jwaisnor@labaton.com
Morris Dweck (NY Bar No. 5137302)
mdweck@labaton.com
Stephen Kenny (NY Bar No. 5982947)
skenny@labaton.com
Eric Freiman (NY Bar No. 5860531)

efreiman@labaton.com
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

**MILBERG, PLLC**

Gary M. Klinger
gklinger@milberg.com
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel: 866.252.0878

Melissa H. Nafash
mnafash@milberg.com
Christian Torres
ctorres@milberg.com
405 E. 50th Street
New York, New York 10022
Tel: (212) 946-9305

*Attorneys for Abraham putative class and Arbitration Counsel*

## **ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: February 27, 2026

By: <u>/s/ Ashley M. Simonsen</u>

7

JOINT UPDATE ON MEET-AND-CONFER BETWEEN META, MDL PLAINTIFFS' LEADERSHIP, AND ARBITRATION CLAIMANTS' COUNSEL
4:22-md-03047-YGR