1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|---|---|
| | Case No. 4:22-md-03047-YGR |

13

14

15

16

17

THIS DOCUMENT RELATES TO:

4:23-cv-05448

**DECLARATION OF MEGAN O'NEILL RE STATE AGS' OPPOSITION TO META'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

18

19

20

21

22

23

24

25

26

27

28

I, Megan O'Neill, of full age and duly sworn according to law, declare:

I am a Deputy Attorney General in the Consumer Protection Section of the California Department of Justice. I am a member in good standing in the State Bar of California. I am admitted in this Court. I submit this Declaration in support of the State Attorneys General's Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

The following paragraphs in this declaration identify the exhibits referenced and/or cited in the State Attorneys General's Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1. Attached hereto as Exhibit 1 is a true and accurate copy of the expert report of Adam Alter, Ph.D (August 1, 2025).

2. Attached hereto as Exhibit 2 is a true and accurate copy of the State AGs' Fourth Supplemental Response to Defendants' First Set of Interrogatories.

3. Attached hereto as Exhibit 3 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-031-00265234.

4. Attached hereto as Exhibit 4 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-129-00000930.

5. Attached hereto as Exhibit 5 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-034-00161639.

6. Attached hereto as Exhibit 6 is a true and accurate copy of the expert report of Bradley Zicherman, MD (May 16, 2025).

7. Attached hereto as Exhibit 7 is a true and accurate copy of the expert report of Ravi Iyer, Ph.D (May 16, 2025).

8. Attached hereto as Exhibit 8 is a true and accurate copy of the expert report of Mitch Prinstein, Ph.D (May 16, 2025).

9. Attached hereto as Exhibit 9 is a true and accurate copy of the rebuttal expert report of Mitch Prinstein, Ph.D (July 30, 2025).

10. Attached hereto as Exhibit 10 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00021773.

11. Attached hereto as Exhibit 11 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-014-00255333.

12. Attached hereto as Exhibit 12 is a true and accurate copy of excerpts of a document produced in

2

this litigation by Meta beginning with the Bates number META3047MDL-003-00109173.

13. Attached hereto as Exhibit 13 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00109348.

14. Attached hereto as Exhibit 14 is a true and accurate copy of excerpts of the transcript of the Deposition of Adam Alter taken on December 12, 2025.

15. Attached hereto as Exhibit 15 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-207-00010114.

16. Attached hereto as Exhibit 16 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-020-00538452.

17. Attached hereto as Exhibit 17 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00091414.

18. Attached hereto as Exhibit 18 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-046-00239694.

19. Attached hereto as Exhibit 19 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00000029.

20. Attached hereto as Exhibit 20 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-050-00128242.

21. Attached hereto as Exhibit 21 is a true and accurate copy of excerpts of the transcript of the Deposition of Arturo Bejar taken on April 7, 2025.

22. Attached hereto as Exhibit 22 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-294-00155599.

23. Attached hereto as Exhibit 23 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-294-00030600.

3

24. Attached hereto as Exhibit 24 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-294-00103869.

25. Attached hereto as Exhibit 25 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-004-00003641.

26. Attached hereto as Exhibit 26 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-004-00025358.

27. Attached hereto as Exhibit 27 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00104006.

28. Attached hereto as Exhibit 28 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-00068518.

29. Attached hereto as Exhibit 29 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-087-00030017.

30. Attached hereto as Exhibit 30 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-074-00027496.

31. Attached hereto as Exhibit 31 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-136-00013164.

32. Attached hereto as Exhibit 32 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00021048.

33. Attached hereto as Exhibit 33 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-044-00026817.

34. Attached hereto as Exhibit 34 is a true and accurate copy of excerpts of the transcript of the Deposition of J.S. taken on April 1, 2025.

35. Attached hereto as Exhibit 35 is a true and accurate copy of excerpts of a document produced in

DECLARATION OF MEGAN O'NEILL
4:23-cv-05448-YGR
4:22-md-03047-YGR

this litigation by Meta beginning with the Bates number META3047MDL-020-00342152.

36. Attached hereto as Exhibit 36 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-020-00005380.

37. Attached hereto as Exhibit 37 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-00706686.

38. Attached hereto as Exhibit 38 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00172008.

39. Attached hereto as Exhibit 39 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-050-00343521.

40. Attached hereto as Exhibit 40 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-294-00140333.

41. Attached hereto as Exhibit 41 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-294-00138742.

42. Attached hereto as Exhibit 42 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00132740.

43. Attached hereto as Exhibit 43 is a true and accurate copy of the expert report of Arvind Narayanan (May 16, 2025).

44. Attached hereto as Exhibit 44 is a true and accurate copy of the expert rebuttal report of Dr. Lauren Hale, Ph.D (July 30, 2025).

45. Attached hereto as Exhibit 45 is a true and accurate copy of the expert rebuttal report of Bradley Zicherman, MD (July 30, 2025).

46. Attached hereto as Exhibit 46 is a true and accurate copy of the expert report of Dr. Jean Twenge Ph.D (May 16, 2025).

5

47. Attached hereto as Exhibit 47 is a true and accurate copy of the expert rebuttal report of Dr. Jean Twenge Ph.D (July 30, 2025).

48. Attached hereto as Exhibit 48 is a true and accurate copy of excerpts of the transcript of the Deposition of Antigone Davis taken on March 4, 2025.

49. Attached hereto as Exhibit 49 is a true and accurate copy of excerpts of the transcript of the Deposition of Mark Zuckerberg taken on March 27, 2025.

50. Attached hereto as Exhibit 50 is a true and accurate copy of excerpts of the transcript of the Deposition of Adam Mosseri taken on March 17, 2025.

51. Attached hereto as Exhibit 51 is a true and accurate copy of excerpts of Exhibit 42 from the transcript of the Deposition of Adam Mosseri taken on March 17, 2025.

52. Attached hereto as Exhibit 52 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-020-00230760.

53. Attached hereto as Exhibit 53 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00190725.

54. Attached hereto as Exhibit 54 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00152568.

55. Attached hereto as Exhibit 55 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-014-00397800.

56. Attached hereto as Exhibit 56 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-040-00028639.

57. Attached hereto as Exhibit 57 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-040-0028597.

58. Attached hereto as Exhibit 58 is a true and accurate copy of excerpts of a document produced in

this litigation by Meta beginning with the Bates number META3047MDL-091-00067179.

59. Attached hereto as Exhibit 59 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-064-00000057.

60. Attached hereto as Exhibit 60 is a true and accurate copy of excerpts of Exhibit 61 from the transcript of the Deposition of Antigone Davis taken on March 4, 2025.

61. Attached hereto as Exhibit 61 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-034-00111703.

62. Attached hereto as Exhibit 62 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-053-00028484.

63. Attached hereto as Exhibit 63 is a true and accurate copy of excerpts of the transcript of the Deposition of Susan Li taken on March 10, 2025.

64. Attached hereto as Exhibit 64 is a true and accurate copy of excerpts of Exhibit 3 to the transcript of the Deposition of Susan Li taken on March 10, 2025.

65. Attached hereto as Exhibit 65 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-065-000471611.

66. Attached hereto as Exhibit 66 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-022-00059669.

67. Attached hereto as Exhibit 67 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-019-00056633.

68. Attached hereto as Exhibit 68 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-014-00325886.

69. Attached hereto as Exhibit 69 is a true and accurate copy of excerpts of the transcript of the Deposition of W.G. taken on January 28, 2025.

70. Attached hereto as Exhibit 70 is a true and accurate copy of excerpts of Exhibit 18 of the transcript of the Deposition of W.G. taken on January 28, 2025.

71. Attached hereto as Exhibit 71 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00018009.

72. Attached hereto as Exhibit 72 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00101724.

73. Attached hereto as Exhibit 73 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-014-00347782.

74. Attached hereto as Exhibit 74 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-004-00015029.

75. Attached hereto as Exhibit 75 is a true and accurate copy of excerpts of the transcript of the Deposition of J.C. taken on March 13, 2025.

76. Attached hereto as Exhibit 76 is a true and accurate copy of excerpts of the transcript of the Deposition of Nick Clegg taken on March 20, 2025.

77. Attached hereto as Exhibit 77 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00133741.

78. Attached hereto as Exhibit 78 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-00018661.

79. Attached hereto as Exhibit 79 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-019-00069311.

80. Attached hereto as Exhibit 80 is a true and accurate copy of the Second Amendment to the July 2022 Tolling Agreement between Meta Platforms, Inc. and various State Attorneys General.

81. Attached hereto as Exhibit 81 is a true and accurate copy of excerpts of a document produced in

this litigation by Meta beginning with the Bates number META3047MDL-047-00017209.

82. Attached hereto as Exhibit 82 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-0006936.

83. Attached hereto as Exhibit 83 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00031387.

84. Attached hereto as Exhibit 84 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00141446.

85. Attached hereto as Exhibit 85 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-014-00257112.

86. Attached hereto as Exhibit 86 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-020-00635783.

87. Attached hereto as Exhibit 87 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-034-00012951.

88. Attached hereto as Exhibit 88 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-020-00131974.

89. Attached hereto as Exhibit 89 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-087-00006161.

90. Attached hereto as Exhibit 90 is a true and accurate copy of excerpts of the transcript of the Deposition of Lotte Rubaek taken on April 1, 2025.

91. Attached hereto as Exhibit 91 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-004-00009868.

92. Attached hereto as Exhibit 92 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-020-00689125.

9

93. Attached hereto as Exhibit 93 is a true and accurate copy of excerpts of the transcript of the 30(b)(6) Deposition of J.H. taken on October 23, 2025.

94. Attached hereto as Exhibit 94 is a true and accurate copy of the expert report of Colin Gray (May 16, 2025).

95. Attached hereto as Exhibit 95 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-136-00009474.

96. Attached hereto as Exhibit 96 is a true and accurate copy of excerpts of the transcript of the Deposition of J.G. taken on November 14, 2024.

97. Attached hereto as Exhibit 97 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-014-00376297.

98. Attached hereto as Exhibit 98 is a true and accurate copy of excerpts of the transcript of the Deposition of Margaret Gould Stewart taken on October 21, 2024.

99. Attached hereto as Exhibit 99 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00179481.

100.    Attached hereto as Exhibit 100 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-020-00609932.

101.    Attached hereto as Exhibit 101 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-019-00102492.

102.    Attached hereto as Exhibit 102 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-032-00000933.

DECLARATION OF MEGAN O'NEILL
4:23-cv-05448-YGR
4:22-md-03047-YGR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

103.      Attached hereto as Exhibit 103 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-00912997.

104.      Attached hereto as Exhibit 104 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-111-00371250.

105.      Attached hereto as Exhibit 105 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-294-00138688.

106.      Attached hereto as Exhibit 106 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-294-00126937.

107.      Attached hereto as Exhibit 107 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-01170167.

108.      Attached hereto as Exhibit 108 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-294-00095879.

109.      Attached hereto as Exhibit 109 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-019-00067884.

110.      Attached hereto as Exhibit 110 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-031-

11

00086272.

111.      Attached hereto as Exhibit 111 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-034-00078516.

112.      Attached hereto as Exhibit 112 is a true and accurate copy of excerpts of the transcript of the Deposition of A.H. taken on June 16, 2025.

113.      Attached hereto as Exhibit 113 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-014-00377295.

114.      Attached hereto as Exhibit 114 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-031-00088636.

115.      Attached hereto as Exhibit 115 is a true and accurate copy of excerpts of the transcript of the Deposition of S.J. taken on February 11, 2025.

116.      Attached hereto as Exhibit 116 is a true and accurate copy of the State AGs' Second Supplemental Responses to Meta's First Set of Interrogatories (April 10, 2025).

117.      Attached hereto as Exhibit 117 is a true and accurate copy of a discovery hearing transcript in this matter from May 4, 2024.

118.      Attached hereto as Exhibit 118 is a true and accurate copy of the expert report of Carl Saba (November 21, 2025).

119.      Attached hereto as Exhibit 119 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-00995641.

DECLARATION OF MEGAN O'NEILL
4:23-cv-05448-YGR
4:22-md-03047-YGR

120.     Attached hereto as Exhibit 120 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-098-00004604.

121.     Attached hereto as Exhibit 121 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-074-00126415.

122.     Attached hereto as Exhibit 122 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-053-00012709.

123.     Attached hereto as Exhibit 123 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-155-00009593.

124.     Attached hereto as Exhibit 124 is a true and accurate copy of excerpts of Exhibit 12 to the transcript of the Deposition of A.H. taken on June 16, 2025.

125.     Attached hereto as Exhibit 125 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-014-00179719.

126.     Attached hereto as Exhibit 126 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-072-00434143.

127.     Attached hereto as Exhibit 127 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-275-00002214.

13

128.     Attached hereto as Exhibit 128 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-111-00135412.

129.     Attached hereto as Exhibit 129 is a true and accurate copy of the expert report of Patrick McDaniel (Second Corrected) (February 13, 2025).

130.     Attached hereto as Exhibit 130 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-020-00542010.

131.     Attached hereto as Exhibit 131 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-294-00159772.

132.     Attached hereto as Exhibit 132 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-111-00153337.

133.     Attached hereto as Exhibit 133 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-281-00004826.

134.     Attached hereto as Exhibit 134 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00135848.

135.     Attached hereto as Exhibit 135 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-00608197.

14

136.    Attached hereto as Exhibit 136 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-014-00133662.

137.    Attached hereto as Exhibit 137 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00124140.

138.    Attached hereto as Exhibit 138 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-277-00004920.

139.    Attached hereto as Exhibit 139 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-034-00455332.

140.    Attached hereto as Exhibit 140 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-014-00364854.

141.    Attached hereto as Exhibit 141 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-065-00258000.

142.    Attached hereto as Exhibit 142 is a true and accurate copy of excerpts of the transcript of the Deposition of L.B. taken on June 26, 2025.

143.    Attached hereto as Exhibit 143 is a true and accurate copy of excerpts of the amended errata to the transcript of the Deposition of L.B. taken on June 26, 2025.

144.    Attached hereto as Exhibit 144 is a true and accurate copy of excerpts of the transcript of

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

the Deposition of L.B. taken on December 10, 2025.

145.     Attached hereto as Exhibit 145 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-020-00656153.

146.     Attached hereto as Exhibit 146 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-030-00000058.

147.     Attached hereto as Exhibit 147 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00015900.

148.     Attached hereto as Exhibit 148 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00134648.

149.     Attached hereto as Exhibit 149 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-277-00004388.

150.     Attached hereto as Exhibit 150 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-014-00381713.

151.     Attached hereto as Exhibit 151 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-00730463.

152.     Attached hereto as Exhibit 152 is a true and accurate copy of excerpts of a document

produced in this litigation by Meta beginning with the Bates number META3047MDL-014-00138351.

153.    Attached hereto as Exhibit 153 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00171899.

154.    Attached hereto as Exhibit 154 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-207-00034678.

155.    Attached hereto as Exhibit 155 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-004-00003522.

156.    Attached hereto as Exhibit 156 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-065-00226334.

157.    Attached hereto as Exhibit 157 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-012-00000036.

158.    Attached hereto as Exhibit 158 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-110-00000078.

159.    Attached hereto as Exhibit 159 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-074-00143512.

160.    Attached hereto as Exhibit 160 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-047-00693844.

161.    Attached hereto as Exhibit 161 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-220-00000585.

162.    Attached hereto as Exhibit 162 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number AG-MDL3047-105164.

163.    Attached hereto as Exhibit 163 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00016725.

164.    Attached hereto as Exhibit 164 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-241-00000012.

165.    Attached hereto as Exhibit 165 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number AG-MDL3047-003815.

166.    Attached hereto as Exhibit 166 is a true and accurate copy of the July 2022 Tolling Agreement between Meta Platforms, Inc. and various State Attorneys General.

167.    Attached hereto as Exhibit 167 is a true and accurate copy of excerpts of the transcript of the Deposition of J.W. taken on June 6, 2025.

168.    Attached hereto as Exhibit 168 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-065-00400107.

18

169.      Attached hereto as Exhibit 169 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-284-00016738.

170.      Attached hereto as Exhibit 170 is a true and accurate copy of excerpts of a document produced in this litigation by Meta beginning with the Bates number META3047MDL-003-00165633.

171.      Attached hereto as Exhibit 171 is a true and accurate copy of the State AGs' Responses to Defendants' First Set of Interrogatories.

172.      Attached hereto as Exhibit 172 is a true and accurate copy of the expert rebuttal report of Carl Saba (February 20, 2026).

173.      Attached hereto as Exhibit 173 is a true and accurate copy of excerpts of Exhibit 29 from the transcript of the Deposition of Adam Mosseri taken on March 17, 2025.

174.      Attached hereto as Exhibit 174 is a true and accurate copy of excerpts of Exhibit 17 of the transcript of the Deposition of W.G. taken on January 28, 2025.

175.      Attached hereto as Exhibit 175 is a true and accurate copy of excerpts of Exhibit 13 to the transcript of the Deposition of A.H. taken on June 16, 2025.

176.      Attached hereto as Exhibit 176 is a true and accurate copy of excerpts of Exhibit 6 to the transcript of the Deposition of A.H. taken on June 16, 2025.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on February 26, 2026 in San Francisco, California.

19

1

2
                                    */s/ Megan O'Neill*
                                    Megan O'Neill

3
                                    *Attorney for Plaintiff the People of the State of*
4                                   *California*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MEGAN O'NEILL
4:23-cv-05448-YGR
4:22-md-03047-YGR