# Exhibit 2

[*Submitting Counsel on Signature Page*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>    v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>------------------------------------------------------<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448, 4:22-md-03047-YGR. | MDL No. 3047<br><br>Case Nos.: 4:23-cv-05448-YGR<br>4:22-md-03047-YGR<br><br>**STATE ATTORNEYS GENERAL'S FOURTH SUPPLEMENTAL RESPONSE TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF INTERROGATORIES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiffs the People of the State of California; State of Colorado, *ex rel.* Philip J. Weiser, Attorney General; State of Connecticut; State of Delaware, *ex rel.* Kathleen Jennings, Attorney General of the State of Delaware; the People of the State of Illinois; State of Indiana; State of Kansas, *ex rel.* Kris W. Kobach, Attorney General; the Commonwealth of Kentucky; State of Louisiana; State of Minnesota, by its Attorney General, State of Nebraska *ex rel.* Michael T. Hilgers, Attorney General; Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth M. Harris, Director of the New Jersey Division of Consumer Affairs; the People of the State of New York, by Letitia James, Attorney General of the State of New York; State of North Carolina, *ex rel.* Jeff Jackson, Attorney General; Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.; State of South Carolina, *ex. rel.* Alan M. Wilson, in his official capacity as Attorney General of the State of South Carolina; Commonwealth of Virginia, *ex rel.* Jason S. Miyares, Attorney General; and State of Wisconsin (collectively referenced in this document as the "State AGs"), hereby submit their supplemental responses and objections to Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC's (collectively, "Meta" or "Defendants") First Set of Interrogatories, dated May 3, 2024.

## PRELIMINARY STATEMENT

The following supplemental responses are based only on information presently available to the State AGs. These written responses are made without prejudice, and the State AGs reserve all rights to modify, amend, or add to these responses and objections at any time.

The responses that follow are based upon the State AGs' understanding of the reasonable meaning of Defendants' Interrogatories and in a good-faith effort to comply with the law. Moreover, while the State AGs may not have direct knowledge or possession of the facts, Documents, and other matters referenced in the responses below, the State AGs have fulfilled their obligation to provide answers based upon information that was reasonably available to the State AGs at the time of the supplemental response. The State AGs reserve the right to refer to, conduct discovery with reference to, or offer into evidence at any time, including trial, any and all facts, Documents, and other things that are

not presently known or available to the State AGs, or have not yet been reviewed or discovered by the State AGs, but which may be learned at some time in the future notwithstanding these supplemental responses. Discovery, investigation, research, and analysis are ongoing and may disclose additional facts, add meaning to known facts, establish new legal contentions, or lead to additions, variations, or changes to these supplemental responses.

Finally, the below supplemental responses are subject to change depending on the outcome of future Court rulings bearing on discovery. The State AGs read these Interrogatories as specifically seeking information maintained by the State AGs, and responses to the Interrogatories are made on behalf of each state attorney general office's investigative/enforcement teams, not on behalf of state agencies or any other entity of state government. To the extent these Interrogatories seek information that is in the possession, custody, or control of state agencies or any other entity of state government, the State AGs reassert their objection that such information is not in the possession, custody, control of the State AGs.

## FIRST SET OF INTERROGATORIES

**Interrogatory No. 3:**

Identify and describe each express and implied misrepresentation and omission relating to Defendants' Platforms for which Plaintiff seeks relief.

**State AGs' Supplemental Response:**

The State AGs incorporate by reference their June 3, 2024 Responses and Objections to Meta's First Set of Interrogatories, and their April 10, 2025 Second Supplemental Responses and Objections to Meta's First Set of Interrogatories, including their General Objections, Objections to Definitions and Instructions, and specific objections to Interrogatory No. 3. Subject to and without waiving their objections to this Interrogatory, the State AGs provide the following supplemental response.

Meta has engaged in a complex, multifaceted scheme of deception that has misled consumers about the true harm, addictiveness, and COPPA non-compliance of its platforms, as well as its own

responsibility for these defects. Meta engaged in an overall scheme of misleading statements and omissions regarding how it designed its platforms, those platforms' dangerous qualities, the company's choice to prioritize profits over the mental health of its young users, and more. Meta spread its deceptive messaging to the public through several forums and speakers, including in the press, on its website, in Congressional hearings, in its advertisements and branding, and more. Meta also omitted or failed to disclose relevant and material information that would have made its express or implied misrepresentations not deceptive or misleading.

As a courtesy, the State AGs have listed below the links at which certain misrepresentations or omissions alleged in the Complaint can be accessed. These links largely lead to media articles or portions of Meta's website. In providing this supplemental response, the State AGs reserve all rights.

| Complaint Paragraph Number | Language in the Complaint | Associated Link |
|---|---|---|
| 122 | For example, during a public earnings call on January 29, 2020, Sandberg stated, "[we] have to keep people safe and give them control over their experience on our apps. And we are." | https://s21.q4cdn.com/399680738/files/doc_financials/2019/q4/Q4'19-FB-Earnings-Call-Transcript.pdf |
| 123 | Later that year, on October 29, 2020, Sandberg explained during a different public earnings call that "[w]hile we continue to invest in helping businesses, we are equally focused on keeping our platform safe." | https://s21.q4cdn.com/399680738/files/doc_financials/2020/q3/FB-Q3-2020-Earnings-Call-Transcript.pdf |
| 125 | As reported by Quartz, at a technology event in the spring of 2018, Instagram Director of Fashion Partnerships Eva Chen publicly stated that Meta's "entire focus is focusing on the wellbeing of the community" and that "[m]aking the community a safer place, a place where people feel good, is a huge priority for Instagram." | https://archive.ph/Wvh7k |
| 126, 425 | And two years later, in May 2021, Mosseri minimized Instagram's negative impact on teens, characterizing it to reporters as | http://archive.today/xqWBT |

| | | |
|---|---|---|
| | | "quite small," as reported by the Wall Street Journal that September. | |
| 167 | Mosseri's post explained that the collection of "[y]our activity . . . helps us understand what you might be interested in . . ." and the collection of "[y]our history of interacting with someone . . . gives us a sense of how interested you are generally in seeing posts from a particular person." | https://archive.ph/lelPU |
| 168 | Similarly, Facebook's Vice President of Global Affairs wrote in Medium on March 31, 2021, about Facebook's Recommendation Algorithms: "The goal is to make sure you see what you find most meaningful—not to keep you glued to your smartphone for hours on end. You can think about this sort of like a spam filter in your inbox: it helps filter out content you won't find meaningful or relevant, and prioritizes content you will." | http://archive.today/xSA5B |
| 169 | Likewise, Meta's terms of service on data collection state that Meta uses user data to "[p]rovide, personalize and improve our Products," "[p]rovide measurement, analytics, and other business services," "[p]romote safety, integrity and security," "[c]ommunicate with you," and "[r]esearch and innovate for social good." | https://archive.ph/rHojp |
| 187 | Likewise, in a June 8, 2021 post on the Instagram website, titled "Shedding More Light on How Instagram Works," Mosseri describes Meta's Recommendation Algorithms by providing examples of benign content recommendations (e.g., "if you're interested in dumplings you might see posts about related topics, like gyoza and dim sum . . ."). | http://archive.today/lelPU |
| 188 | The Instagram website also boasts that "[a]t Instagram, we have guidelines that govern what content we recommend to people" and specifies that Instagram "avoid[s] making recommendations that may be inappropriate for younger viewers . . . . We use technology to detect both content and accounts that don't meet these Recommendations Guidelines and to help | http://archive.today/4ma46 |

5
STATE ATTORNEYS GENERAL'S FOURTH SUPPLEMENTAL RESPONSE TO META'S FIRST SET OF INTERROGATORIES
4:23-cv-05448-YGR
4:22-md-03047-YGR

| | | |
|---|---|---|
| | us avoid recommending them. As always, content that goes against our Community Guidelines will be removed from Instagram." | |
| 223 | For example, on October 5, 2021, Zuckerberg reacted to former Facebook product manager Frances Haugen's whistleblower revelations and testimony to Congress . . . by publicly stating in a post on his Facebook profile: "At the heart of these accusations is this idea that we prioritize profit over safety and well-being. That's just not true." | https://archive.ph/6403D<br><br>https://www.facebook.com/zuck/posts/10113961365418581 |
| 265 | Indeed, in the context of discussing whether Like counts should remain visible at WIRED's annual conference on November 8, 2019, Mosseri publicly stated that "[w]e will make decisions that hurt the business if they're good for people's well-being and health . . . ." | http://archive.today/gnvjI |
| 284 | A May 26, 2021 Meta blog post, titled "Giving People More Control on Instagram and Facebook," claimed that although the company tested Daisy "to see if it might depressurize people's experience on Instagram," Meta had decided not to implement it as a default because "not seeing like counts was beneficial for some, and annoying to others." | http://archive.today/RjMmv |
| 331 | For example, on August 1, 2018, Meta published a post online titled "New Time Management Tools on Instagram and Facebook" that described "new tools to help people manage their time on Instagram and Facebook" because Meta purportedly "want[s] the time people spend on Instagram and Facebook to be intentional, positive and inspiring." | https://about.instagram.com/en-us/file/333695944968537/NJI_Meta_Instagram-Parents-Guide-[Digital].pdf/; https://archive.ph/clnMv |
| 336 | Meta publishes this same statement in a section devoted to "[e]ating disorders" and "negative body image" in its "parent and guardian's guide to Instagram," which it makes available on its website. | http://archive.today/VATa8 |
| 374 | In July 2018, Meta told the BBC that "at no stage does wanting something to be | https://archive.ph/Hxrp8. |

| | | | |
|---|---|---|---|
| | | addictive factor into" the design process for its Platforms. | |
| | 448 | Meta's external narrative around its proposed Platforms for users under age 13 was misleading because Meta claimed it would prioritize "safety and privacy" of kids under age 13 in versions of Instagram, including in a statement issued to the press and reported by CNBC on May 10, 2021 . . . . | https://www.cnbc.com/2021/05/10/attorneys-general-ask-facebook-to-abandon-instagram-for-kids-plans.html |
| | 464 | For example, in a May 23, 2019 post on its website, entitled "Measuring Prevalence of Violating Content on Facebook," Meta stated the following: "One of the most significant metrics we provide in the Community Standards Enforcement Report is prevalence. . . . We care most about how often content that violates our standards is actually seen relative to the total amount of times *any* content is seen on Facebook. This is similar to measuring concentration of pollutants in the air we breathe. When measuring air quality, environmental regulators look to see what percent of air is Nitrogen Dioxide to determine how much is harmful to people. Prevalence is the internet's equivalent — a measurement of what percent of times someone sees something that is harmful." | https://archive.ph/wzooz |
| | 565 | During an official inquest investigating the role that social media platforms played in M.R.'s death, and as reported by the Guardian on September 30, 2022, a Meta executive said that such content was "safe" for children to see. | https://archive.ph/88god |
| | 596 | For instance, in a September 26, 2021, blog post, Meta's Vice President of Research Pratiti Raychoudhury suggested that some of the presentations relied upon by the Wall Street Journal used "shorthand language . . . and d[id] not explain the caveats on every slide" because they were "created for and used by people who understood the limitations of the research." | https://archive.ph/Yod7d |
| | 598 | Raychoudhury's September 26, 2021, post claimed that "research shows that on 11 of | https://archive.ph/Yod7d |

| | | |
|---|---|---|
| | 12 well-being issues, teenage girls who said they struggled with those difficult issues also said that Instagram made them better rather than worse." | |
| 664 | For example, in September 2021, in response to a Wall Street Journal article regarding underage users on Instagram, Meta provided a written statement claiming that "[l]ike all technology companies, of course, we want to appeal to the next generation, but that's entirely different from the false assertion that we knowingly attempt to recruit people who aren't old enough to use our apps." | https://archive.ph/KQWUf |

To further supplement their responses to this interrogatory, the State AGs identify Statements A1 through A9, B1 through B9, C1 through C10, and D1 through D9, as identified in the August 1, 2025 Trial Report of Adam L. Alter, Ph.D. ("Alter Report"). Additionally, the State AGs identify Meta's Community Standards Enforcement Reports, including, but not limited to, the portions discussed in the Alter Report. Additionally, the State AGs identify the following statements, as either deceptive on their own, or which bolster the deceptive effect of other statements. Deception can arise from an entire mosaic of messages rather than, or in addition to, specific individual messages. As a courtesy, the State AGs also provide the URL at which the statements below can be found, where available.

| Statement | URL |
|---|---|
| On May 15, 2018, Alex Schultz, Vice President of Analytics, referred to Meta "want[ing] to ensure that people's experiences on Facebook are positive" and that "this report [the Community Standards Enforcement Report], blog and guide show you how we're trying to do that and open up a conversation on how we can do it better." | https://about.fb.com/news/2018/05/measuring-our-efforts/ |
| Around October 2019, Meta stated, "We're re-evaluating our policies - we want our filters to be a positive experience for people." | https://www.bbc.com/news/business-50152053/ |
| On August 11, 2020, Meta stated that it issues its Community Standards to outline "what is and is not | https://www.facebook.com/business/news/our-commitment-to-safety |

8

| | |
|---|---|
| allowed on Facebook and Instagram" as a way "to help ensure that communities are safe," and that the Community Standards demonstrate the company's "commitment to safety." | |
| Around January 2020, Adam Mosseri gave an interview in the *New York Times* in which he portrayed the company as "carefully considering" hiding likes in "different variations" to reduce the "potentially corrosive impact of social media." | https://www.nytimes.com/2020/01/17/business/instagram-likes.html/ |
| On June 17, 2021, Margaret Gould Stewart, Vice President of Product Design & Responsible Innovation at Meta, stated: "This is why we created the central Responsible Innovation (RI) team several years ago, to help teams at Facebook proactively surface and address potential harms to society in all that we build." | https://tech.facebook.com/ideas/2021/6/responsible-innovation/ |
| On July 27, 2021, Pavni Diwanji, VP of Youth Products, stated on Meta's website: "We're also looking at ways we can reduce the incentive for people under the age of 13 to lie about their age. The reality is that they're already online, and with no foolproof way to stop people from misrepresenting their age, we want to build experiences designed specifically for them, managed by parents and guardians." | https://about.fb.com/news/2021/07/age-verification/ |
| On September 26, 2021, Pratiti Raychoudhury, Vice President, Head of Research, wrote that "Suggesting that Instagram is toxic for teens is simply not backed up by the facts." | https://about.fb.com/news/2021/09/research-teen-well-being-and-instagram/ |
| On September 30, 2021, Antigone Davis, Meta's Head of Global Safety, stated: "In my current role, I work with internal teams and external stakeholders to ensure that Facebook remains a leader in online safety, including issues of bullying and combating child exploitation... At Facebook, we take the privacy, safety, and well-being of all those who use our platform very seriously, especially the youngest people on our services. We work tirelessly to put in place the right policies, products, and precautions so they have a safe and positive experience. We have dedicated teams focused on youth safety and we invest significant resources in protecting teens online... We work constantly to improve safety and privacy protections for young people." | https://www.congress.gov/117/chrg/CHRG-117shrg53125/CHRG-117shrg53125.pdf |

| | | |
|---|---|---|
| | On September 30, 2021, Antigone Davis stated: "We've also introduced new ways to support people on Instagram who may be affected by negative body image or an eating disorder, including surfacing more expert-backed resources when people search for eating disorder-related content, expanding our work with experts to help inform our policies, and collaborating with community leaders to help them create and share positive, inspiring body image content." | https://www.congress.gov/117/chrg/CHRG-117shrg53125/CHRG-117shrg53125.pdf; https://www.commerce.senate.gov/2021/9/protecting-kids-online-facebook-instagram-and-mental-health-harms |
| | On September 30, 2021, Senator Blackburn asked: "But you were going to apply [monthly active people] to children under 13. So therefore, you were trying to quantify the number of children that were under 13 years of age that were using your site. Correct?" Antigone Davis responded, "that doesn't sound accurate to me." | https://www.congress.gov/117/chrg/CHRG-117shrg53125/CHRG-117shrg53125.pdf |
| | On December 7, 2021, when launching the Take a Break tool, Meta described it in a blog post as "empower[ing] people to make informed decisions about how they're spending their time." | https://about.fb.com/news/2021/12/new-teen-safety-tools-on-instagram/ |
| | On January 29, 2023, Antigone Davis stated: "We haven't waited for regulation to continue making progress on our apps. Over the past several years, we've taken significant steps, including: … Using age verification technology to help teens have age-appropriate experiences... Removing more content that violates our policies and making potentially sensitive content more difficult to find... Offering tools for teens to spend more meaningful time online" | https://about.fb.com/news/2023/01/providing-safe-experiences-for-teens/ |
| | On June 27, 2023, Meta stated: "Sleep is important, particularly for young people, so we're launching new nighttime nudges that will show up when teens have spent more than 10 minutes on Instagram in places like Reels or Direct Messages late at night. They'll remind teens that it's late, and encourage them to close the app." | https://about.fb.com/news/2023/06/parental-supervision-and-teen-time-management-on-metas-apps/ |
| | On January 9, 2024, Meta stated: "We regularly consult with experts in adolescent development, psychology and mental health to help make our platforms safe and age-appropriate for young people, including improving our understanding of | https://about.fb.com/news/2024/01/teen-protections-age-appropriate-experiences-on-our-apps/ |

| | | |
|---|---|---|
| | which types of content may be less appropriate for teens." | |
| | On January 25, 2024, Meta stated, "We want teens to have safe, age-appropriate experiences on our apps. We've developed more than 30 tools and features to help support teens and their parents, and we've spent over a decade developing policies and technology to address content and behavior that breaks our rules." | https://about.fb.com/news/2024/01/introducing-stricter-message-settings-for-teens-on-instagram-and-facebook/ |
| | On January 31, 2024, Meta stated, "We go beyond legal requirements and use sophisticated technology to proactively seek out abusive material, and as a result, we find and report more inappropriate content than anyone else in the industry." | https://about.fb.com/news/2024/01/our-work-to-help-provide-young-people-with-safe-positive-experiences/ |
| | On September 12, 2024, Antigone Davis stated, "Between April and June this year, we took action on over 12 million pieces of suicide and self-harm content on Facebook and Instagram. While we allow people to discuss their experiences with suicide and self-harm – as long as it's not graphic or promotional – this year we've taken important steps to make this content harder to find in Search and to hide it completely from teens, even if it's shared by someone they follow." | https://about.fb.com/news/2024/09/preventing-suicide-and-self-harm-content-spreading-online/ |
| | On September 17, 2024, Meta stated, "We developed Teen Accounts with parents and teens in mind. The new Teen Account protections are designed to address parents' biggest concerns, including who their teens are talking to online, the content they're seeing and whether their time is being well spent." | https://about.fb.com/news/2024/09/instagram-teen-accounts/ |
| | On September 20, 2024, Meta stated in a report called "Unlocking Potential: Our 2024 Responsible Business Practices Report" that "We know younger people who use our technologies require additional safeguards for their safety, privacy and well-being." | Meta, Unlocking Potential: 2024 Responsible Business Practices Report (2024). https://about.fb.com/news/2024/09/2024-responsible-business-practices-report/ |
| | Meta also stated in its 2024 Responsible Business Practices Report that "Advertisers are not able to target teens based on interests, activities or gender. Teens' engagement on our technologies – like following certain Facebook pages or Instagram accounts – will not inform the types of ads they see. Teen-specific controls and resources help them understand how ads work and the reasons why they | Meta, Unlocking Potential: 2024 Responsible Business Practices Report (2024). |