Exhibit 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*<br>Defendants<br><br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**TRIAL REPORT OF BRADLEY ZICHERMAN, MD**

**May 16, 2025**

Trial Report of Bradley Zicherman, MD

# I. Introduction

## I.A. Summary of opinions

(1)  **Social media addiction is a serious concern** **acknowledged by mental health professionals that resembles other addiction disorders and can be measured and diagnosed by adapting addiction criteria published by the American Psychiatric Association**. There have been countless research studies on the topic of social media addiction, and there are numerous validated tools for measurement of problematic social media use.

(2)  **Social media use is particularly problematic for teens and youth due to their underdeveloped brains.** It is well established that the brain does not fully develop until about the age of 25, with the prefrontal cortex—which is responsible for planning and impulse control—being the last structure to fully develop. Social media use is particularly problematic for teens and youth, as the variable reward system inherent in social media applications interacts with young users' underdeveloped brains, resulting in increased impulsivity, risk taking, and emotional dysregulation. When children and adolescents use social media, it is as if they are pulling a slot machine lever, with social rewards in the form of likes, new posts, or targeted content triggering dopamine releases in the brain. This dopamine reinforcement motivates extended use and constant checking of the social media application due to the expectation of rewards.

(3)  **Instagram is a primary contributor to teen and youth mental health concerns based on my clinical experience treating teens and youth with social media addiction**. Youth with social media addiction concerns commonly have severe functional impairment, including changes in academic achievement and relationships with friends and family members. In my experience, these youth can easily bypass or disable blocks and restrictions embedded in social media apps or set by parents. These youth often use social media apps late into the evening, displacing sleep that is critical for adolescent development. Getting too little sleep is a known risk factor for the development of symptoms of depression and anxiety and can impair the prefrontal cortex, leading to riskier, more impulsive behavior. Though there are potential treatment options for social media addiction, treatment success rates are limited, demonstrating the need for prevention and early intervention.

(4)  **Many Instagram features are harmful to teen and youth mental health,** **and Meta's Teen Accounts are often ineffective at addressing those harms**. While Instagram's Teen Accounts are intended to provide built-in protections, in my experience, they are often ineffective, which nullifies any protection intended for youth and teens. The "gamification" of apps and systems inputs fun

Trial Report of Bradley Zicherman, MD

elements into social media-based activities, resulting in reinforcing dopamine hits, which makes it difficult for youth to disengage from the apps.

# I.B. Qualifications and expertise

(5)     My name is Bradley Zicherman, MD. I am a Clinical Associate Professor and Director of the Youth Recovery Clinic at Stanford University in Palo Alto, CA. Through this clinic, youth with addiction and mental health concerns are evaluated and treated. I have the title of medical director for the Quest intensive outpatient program (IOP) at El Camino Health, located in Mountain View, CA. The Quest program is a 12-week higher level of care option for youth who suffer from addiction and co-occurring mental health concerns and have typically not found success in a less intense level of outpatient treatment. I am also a treating psychiatrist at Alta Mira Recovery Center. Alta Mira is a residential treatment center specializing in the treatment of addiction disorders for adults.

(6)     I completed a 3-year general psychiatry residency at Texas Tech University Health Sciences Center. I also completed fellowships in Child and Adolescent Psychiatry at the University of South Florida (2 years), Addiction Psychiatry at the University of California San Francisco (1 year), and Forensic Psychiatry at Oregon Health Sciences University (1 year). I am board certified in General Psychiatry, Child and Adolescent Psychiatry, and Addiction Psychiatry.

(7)     I have provided a series of lectures on screen and social media addictions to Stanford psychiatry residents, addiction medicine fellows, and child and adolescent psychiatry fellows. I have provided several grand rounds lectures on the topic of youth digital screen addiction. At Stanford, I currently provide weekly supervision to a doctoral psychology student, who specifically requested supervision with me due to my expertise in youth and digital screen addiction.

(8)     I have engaged in frequent media appearances on topics relating to youth and social media addiction. I have provided live television commentary for CBS and FOX affiliates. I have been interviewed on NPR (National Public Radio) and quoted in publications such as the Washington Post on topics relating to youth and screen addictions. I have appeared on several podcasts discussing the topic of youth and screen addictions.

(9)     I have also provided numerous lectures and media appearances on the topic of youth and substance use. I provide a multi-part seminar series to Stanford Child and Adolescent Psychiatry fellows on these topics annually. I also provide in-service trainings to the clinic teams in the division of Child and Adolescent Psychiatry and have been a guest lecturer for Stanford University undergraduate seminars on the topic of youth and substance use. I have appeared on several podcasts regarding the topic of youth and substance use. I served as a consultant for the documentary "Fentanyl High" and

Trial Report of Bradley Zicherman, MD

## II. Social media addiction is a serious concern acknowledged by mental health professionals that resembles other addiction disorders

(22)    The American Psychiatric Association (APA) defines the concept of "technology addiction" as "[e]xcessive and compulsive use of the internet or online activities [that] can lead to negative consequences in various aspects of an individual's life. Technology addiction can potentially involve various forms of online activity including social media, gaming, gambling, problematic use of online pornography, and others."[7] Under the technology addiction umbrella, the APA also defines "social media addiction" as "problematic and compulsive use of social media; an obsessive need to check and update social media platforms, often resulting in problems in functioning and disrupted real-world relationships."[8] In the last two years, the APA has published a health advisory on social media use in adolescence and highlighted "a need for social media companies to make fundamental changes to their platforms" and "the need to enact new, responsible safety standards to mitigate harm."[9]

(23)    The APA's health advisory also recommends that "[a]dolescents should be routinely screened for signs of 'problematic social media use' that can impair their ability to engage in daily roles and routines, and may present risk for more serious psychological harms over time."[10] The advisory explains that "indicators of problematic social media use include:

- a tendency to use social media even when adolescents want to stop, or realize it is interfering with necessary tasks;

- spending excessive effort to ensure continuous access to social media;

- strong cravings to use social media, or disruptions in other activities from missing social media use too much;

- repeatedly spending more time on social media than intended;

- lying or deceptive behavior to retain access to social media use; and

---

[7]    "What is Technology Addiction?" American Psychiatric Association, accessed April 29, 2025, https://www.psychiatry.org/patients-families/technology-addictions-social-media-and-more/what-is-technology-addiction.

[8]    "What is Technology Addiction?" American Psychiatric Association, accessed April 29, 2025, https://www.psychiatry.org/patients-families/technology-addictions-social-media-and-more/what-is-technology-addiction.

[9]    "Potential Risks of Content, Features, and Functions: The Science of How Social Media Affects Youth," American Psychological Association, accessed April 29, 2025, https://www.apa.org/topics/social-media-internet/youth-social-media-2024.

[10]    "Health Advisory on Social Media Use in Adolescence," American Psychological Association, accessed April 29, 2025, https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use.

Trial Report of Bradley Zicherman, MD

- loss or disruption of significant relationships or educational opportunities because of social media use."[11]

(24) There have been countless research studies on the topic of social media addiction,[12] and there are numerous validated tools for the measurement of problematic social media use.[13] A PubMed search query for "social media addiction" returns a result of over 10,000 research articles.[14] A PubMed search query for "social media addiction measurement tool" returns a result of over 300 research articles.[15] For my own research, I have relied on a screen usage assessment validated through the Adolescent Brain Cognitive Development (ABCD) study.[16] The ABCD screen usage assessment consists of multiple separate surveys to capture different domains of screen usage. The different surveys I have adapted in my research include the Screen Usage Questionnaire, Sleep and Screen Usage Questionnaire, Mobile Phone Usage Questionnaire, Social Media Addiction Questionnaire, and the Video Game Addiction Questionnaire.

(25) Despite the APA's and researchers' acknowledgement of the concerns regarding technology addiction and more specifically, social media addiction, they have not yet been officially recognized as disorders within the APA's Diagnostic and Statistical Manual of Mental Disorders (DSM). The DSM

---

[11] "Health Advisory on Social Media Use in Adolescence," American Psychological Association, accessed April 29, 2025, https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use.

[12] *See, e.g.,* Alfonso Pellegrino, Alessandro Stasi, and Veera Bhatiasevi, "Research Trends in Social Media Addiction and Problematic Social Media Use: A Bibliometric Analysis," *Frontiers in Psychiatry* 13 (2022): 1017506. Daria Kuss and Mark D. Griffiths, "Online Social Networking and Addiction—A Review of the Psychological Literature," *International Journal of Environmental Research and Public Health* 8, no. 9 (2011): 3528–3552. Maria Chiara D'Arienzo, Valentina Boursier, and Mark D. Griffiths, "Addiction to Social Media and Attachment Styles: A Systematic Literature Review," *International Journal of Mental Health and Addiction* 17 (2019): 1094–1118. Mark Griffiths, Daria Kuss, and Zsolt Demetrovics, "Social Networking Addiction: An Overview of Preliminary Findings," *Behavioral Addictions* (2014): 119–141.

[13] *See, e.g.,* Sarah Domoff, Kristen Harrison, Ashley N. Gearhardt, Douglas A. Gentile, Julie C. Lumeng, and Alison L. Miller, "Development and Validation of the Problematic Media Use Measure: A Parent Report Measure of Screen Media 'Addiction' in Children," *Psychology of Popular Media Culture* 8, no. 1 (2019): 2–11. Oriana Perez, Tatyana Garza, Olivia Hindera, Alicia Beltran, Salma M. Musaad, Tracey Dibbs, Anu Singh et al., "Validated Assessment Tools for Screen Media Use: A Systematic Review," *PLOS One* 18, no. 4 (2023): 0283714. Ilaria Cataldo, Joël Billieux, Gianluca Esposito, and Ornella Corazza, "Assessing Problematic Use of Social Media: Where Do We Stand and What Can Be Improved?" *Current Opinion in Behavioral Sciences* 45 (2022): 101145. D. Hipp, E. C. Blakley, N. Hipp, P. Gerhardstein, B. Kennedy, and Tracy Markle, "The Digital Media Overuse Scale (dMOS): A Modular and Extendible Questionnaire for Indexing Digital Media Overuse," *Technology, Mind, and Behavior*, 4 (3: Fall 2023).

[14] "Search Results: Social Media Addiction," Stanford Medicine Lane Medical Library, accessed May 8, 2025, https://lane.stanford.edu/search.html?q=social+media+addiction&source=all-all&facets=recordType%3A%22pubmed%22. The search returns more than 2,000 research articles when searching for the exact phrase "social media addiction," https://lane.stanford.edu/search.html?q=%22social+media+addiction%22&source=all-all&facets=recordType%3A%22pubmed%22.

[15] "Search Results: Social Media Addiction Measurement Tool," Stanford Medicine Lane Medical Library, accessed May 8, 2025, https://lane.stanford.edu/search.html?q=social+media+addiction+measurement+tool&source=all-all&facets=recordType%3A%22pubmed%22.

[16] Jason M. Nagata, Christopher M. Lee, Jacqueline O. Hur, and Fiona C. Baker, "What We Know About Screen Time and Social Media in Early Adolescence: A Review of Findings From the Adolescent Brain Cognitive Development Study," *Current Opinion in Pediatrics* (2025): 1–8.

Trial Report of Bradley Zicherman, MD

is a standardized classification of mental disorders used by mental health professionals in the United States. The current edition is the DSM-V, published in 2013.[17] Social media was only in its infancy at the time of the DSM-V release. Meta acquired Instagram in 2012,[18] just one year prior to the latest DSM release. However, the DSM-V does list Internet Gaming disorder as a condition warranting further study.[19] In my professional opinion, although the DSM-VI has an unknown release date, it is likely that the DSM-VI will have new official diagnoses for various technology addictions.

(26)    While there may not be an official DSM-V diagnosis for technology addictions including social media addiction at this time, based on the fact that there is a significant body of research to date,[20] and based on my own clinical work experience, I believe it is appropriate and necessary to consider technology addictions in line with and similar to other addiction disorders listed in the DSM-V. In my professional experience, I believe social media addiction resembles other previously established behavioral addiction disorders and substance addiction disorders. Therefore, I believe it is appropriate to extrapolate from the established DSM criteria for addiction disorders as outlined below to determine whether a patient suffers from a social media addiction.[21]

(27)    In this context, it is also important to note that the World Health Organization's International Statistical Classification of Diseases and Related Health Problems (ICD) has a diagnostic code for Gaming disorder (6C51) and a diagnostic code for Other Specified disorder due to addictive behaviors (6C5Y). Research has supported the inclusion of problematic use of the internet for activities such as social media within this latter diagnostic code.[22] Psychiatric treatment in the United

---

[17]    American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition. Arlington, VA, American Psychiatric Association, 2013. A revised version of the DSM-V was published in 2022 (DSM-5-TR). American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision. Washington, DC, American Psychiatric Association, 2022. *See also* "Diagnostic and Statistical Manual of Mental Disorders (DSM-5-TR)," American Psychiatric Association, accessed April 29, 2025, https://www.psychiatry.org/psychiatrists/practice/dsm.

[18]    "Facebook to Acquire Instagram," Meta Newsroom, April 9, 2012, https://about.fb.com/news/2012/04/facebook-to-acquire-instagram/.

[19]    American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition. Arlington, VA, American Psychiatric Association, 2013: Section III: Conditions for Further Study.

[20]    *See, e.g.,* Mohamed Basel Almourad, John McAlaney, Tiffany Skinner, Megan Pleya, and Raian Ali, "Defining Digital Addiction: Key Features From the Literature," *Psihologija* 53, no. 3 (2020): 237–253. Kerstin Paschke, Maria Isabella Austermann, and Rainer Thomasius, "ICD-11-Based Assessment of Social Media Use Disorder in Adolescents: Development and Validation of the Social Media Use Disorder Scale for Adolescents," *Frontiers in Psychiatry* 12 (2021): 661483. Tania Moretta and Elisa Wegmann, "Toward the Classification of Social Media Use Disorder: Clinical Characterization and Proposed Diagnostic Criteria," *Addictive Behaviors Reports* 21 (2025): 100603.

[21]    Kerstin Paschke, Maria Isabella Austermann, and Rainer Thomasius, "ICD-11-Based Assessment of Social Media Use Disorder in Adolescents: Development and Validation of the Social Media Use Disorder Scale for Adolescents," *Frontiers in Psychiatry* 12 (2021): 661483. Tania Moretta and Elisa Wegmann, "Toward the Classification of Social Media Use Disorder: Clinical Characterization and Proposed Diagnostic Criteria," *Addictive Behaviors Reports* 21 (2025): 100603.

[22]    Matthias Brand, Hans-Jürgen Rumpf, Zsolt Demetrovics, Astrid Müller, Rudolf Stark, Daniel L. King, Anna E. Goudriaan et al, "Which Conditions Should be Considered as Disorders in the International Classification of Diseases (ICD-11) Designation of "Other Specified Disorders Due to Addictive Behaviors" *Journal of Behavioral Addictions* 11, no. 2 (2022): 150–159.

Trial Report of Bradley Zicherman, MD

States does not typically bill ICD codes, but this a recognized global standard maintained by the WHO that "provides critical knowledge on the extent, causes and consequences of human disease and death worldwide."[23]

(28)    The DSM proposed the following criteria for Internet Gaming disorder (IGD): A person must experience significant impairment or distress and meet at least five of the following nine criteria within a 12-month period.[24]

1. Preoccupation – Constantly thinking about gaming or previous gaming experiences.

2. Withdrawal Symptoms – Irritability, anxiety, or sadness when unable to play.

3. Tolerance – Needing to play more over time to get the same satisfaction.

4. Loss of Control – Unsuccessful attempts to cut back or stop gaming.

5. Loss of Interest in Other Activities – Reduced participation in hobbies or social activities.

6. Continued Use Despite Problems – Playing despite knowing it causes problems (e.g., with school, work, or relationships).

7. Deception – Lying about the amount of time spent gaming.

8. Use as an Escape – Using gaming to escape negative emotions (e.g., stress, anxiety, depression).

9. Jeopardized Relationships or Opportunities – Risking or losing significant relationships, jobs, or academic opportunities due to gaming.

(29)    The following are the DSM criteria for substance use disorders.[25] To be diagnosed, a person must meet at least two of the following 11 criteria within a 12-month period.

1. Taking the substance in larger amounts or for longer than intended.

2. Persistent desire or unsuccessful efforts to cut down or control use.

3. Spending a lot of time obtaining, using, or recovering from the substance.

4. Craving or strong urge to use the substance.

5. Failure to fulfill major role obligations at work, school, or home due to substance use.

6. Continued use despite social or interpersonal problems caused by substance use.

---

[23]    "International Statistical Classification of Diseases and Related Health Problems (ICD)," World Health Organization, accessed April 29, 2025, https://www.who.int/standards/classifications/classification-of-diseases.

[24]    American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition. Arlington, VA, American Psychiatric Association, 2013: 795.

[25]    American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition. Arlington, VA, American Psychiatric Association, 2013: 483–484.

Trial Report of Bradley Zicherman, MD

7. Giving up or reducing important social, occupational, or recreational activities due to substance use.

8. Recurrent use in physically hazardous situations (e.g., driving under the influence).

9. Continued use despite knowing it causes or worsens physical or psychological problems.

10. Tolerance (needing more of the substance for the same effect or reduced effect with the same amount).

11. Withdrawal (experiencing withdrawal symptoms or using the substance to relieve withdrawal).

(30) Severity Levels pursuant to the DSM criteria for substance use disorders are as follows:

- **Mild:** 2–3 criteria

- **Moderate:** 4–5 criteria

- **Severe:** 6+ criteria

(31) The proposed criteria for IGD and the established criteria for substance use disorders are quite similar. In my opinion, either set of criteria is appropriate to use when considering evaluation of a patient with technology use concerns. I believe the proposed criteria for IGD is limited by the lack of proposed severity levels. My own professional preference is to adapt the criteria for substance use disorder, and substitute the word technology, social media, or video game, for the abused substance.

(32) If considering social media addiction, the DSM-V criteria would be adapted as follows:

1. Using social media in larger amounts or for longer than intended.

2. Persistent desire or unsuccessful efforts to cut down or control use.

3. Spending a lot of time obtaining, using, or recovering from social media use.

4. Craving or strong urge to use social media.

5. Failure to fulfill major role obligations at work, school, or home due to social media use.

6. Continued use despite social or interpersonal problems caused by social media use.

7. Giving up or reducing important social, occupational, or recreational activities due to social media use.

8. Recurrent use in physically hazardous situations (e.g., driving while using social media, "viral" challenges or attempting dangerous stunts or pranks to be captured on social media, real-life meet ups with strangers that a child or teen may meet through social media).

9. Continued use despite knowing it causes or worsens physical or psychological problems.

Trial Report of Bradley Zicherman, MD

    10. Tolerance (needing more use of social media for the same effect or reduced effect with the same amount).

    11. Withdrawal (experiencing withdrawal symptoms or using social media to relieve withdrawal).

(33)    The Severity Levels would be unchanged:

- **Mild:** 2–3 criteria
- **Moderate:** 4–5 criteria
- **Severe:** 6+ criteria

(34)    In my professional experience working with patients with technology addiction concerns and more specifically, social media addiction concerns, I believe it is appropriate to consider an addiction disorder diagnosis if at least 2 of the 11 above criteria are met. I estimate that over 50 percent of patients I have clinically evaluated for social media addiction meet severe use disorder criteria, based on the above model.

Trial Report of Bradley Zicherman, MD

# III. Social media use is particularly problematic for teens and youth due to their underdeveloped brains

(35)   It is well established through research that the brain does not fully develop until the age of 25 in most individuals.[26] The last structure in the brain to fully develop is the prefrontal cortex. The prefrontal cortex is responsible for executive functioning: the ability to support goal-directed behavior through cognitive control. In other words, the prefrontal cortex underlies the ability to plan, focus attention, juggle tasks, prioritize appropriately, and control impulses.[27] Adolescence is a time when the executive function boundaries are tested. It is notoriously a time of risk-taking behaviors, substance use experimentation, and rebelling against authority.[28] The sub-optimal reasoning and decision making of an adolescent is a result of their stage of cognitive development and is largely influenced by the lag time in development of the prefrontal cortex.[29] While it may be expected that adolescents act in similar ways to adults, the prefrontal cortex of an adolescent and adult brain remain quite different. The adolescent prefrontal cortex has not yet undergone synaptic pruning and full myelination, two processes that help to improve cognition, reduce impulsivity and risk-taking, and promote emotional regulation.[30] The prefrontal cortex of an adolescent brain ultimately looks quite different through MRI and other imaging modalities compared to the prefrontal cortex of an adult.[31]

(36)   Dopamine is a neurotransmitter considered to be at the core of the brain's reward system, determining the reward value of experiences such as food, sex, and social interactions.[32] Upon exposure to rewarding stimuli, the mesolimbic system releases dopamine into specific target nuclei.[33] Evidence suggests that a shared mechanism in the brain underlies all addictions, whether substance-related or

---

[26]   Mariam Arain, Maliha Haque, Lina Johal, Puja Mathur, Wynand Nel, Afsha Rais, Ranbir Sandhu, and Sushil Sharma, "Maturation of the Adolescent Brain," *Neuropsychiatric Disease and Treatment* 9 (2013): 449–461.

[27]   Mariam Arain, Maliha Haque, Lina Johal, Puja Mathur, Wynand Nel, Afsha Rais, Ranbir Sandhu, and Sushil Sharma, "Maturation of the Adolescent Brain," *Neuropsychiatric Disease and Treatment* 9 (2013): 449–461. Naomi Friedman and Trevor Robbins, "The Role of Prefrontal Cortex in Cognitive Control and Executive Function," *Neuropsychopharmacology* 47, no. 1 (2022): 72–89. Earl Miller, and Jonathan Cohen, "An Integrative Theory of Prefrontal Cortex Function," Annual Review of Neuroscience 24, no. 1 (2001): 167–202. Adele Diamond, "Executive Functions," *Annual Review of Psychology* 64, no. 1 (2013): 135–168.

[28]   Laurence Steinberg, "A Social Neuroscience Perspective on Adolescent Risk-taking," *Developmental Review* 28, no. 1 (2008): 78–106. B.J. Casey and Kristina Caudle, "The Teenage Brain: Self Control," *Current Directions in Psychological Science* 22, no. 2 (2013): 82–87.

[29]   Laurence Steinberg, "Cognitive and Affective Development in Adolescence," *Trends in Cognitive Sciences* 9, no. 2 (2005): 69–74. Sarah-Jayne Blakemore, "Imaging Brain Development: The Adolescent Brain," *NeuroImage* 61, no. 2 (2012): 397–406.

[30]   Linda Patia Spear, "Adolescent Neurodevelopment," *Journal of Adolescent Health* 52, no. 2 (2013): S7–S13.

[31]   B.J. Casey, Rebecca Jones, and Todd Hare, "The Adolescent Brain," *Annals of the New York Academy of Sciences* 1124 (2008): 111–126.

[32]   Robert G. Lewis, Ermanno Florio, Daniela Punzo, and Emiliana Borrelli, "The Brain's Reward System in Health and Disease," *Circadian Clock in Brain Health and Disease: Advances in Experimental Medicine and Biology*, vol 1344. Springer, 2021: 57–69.

[33]   Debasmita De, Mazen El Jamal, Eda Aydemir, and Anika Khera, "Social Media Algorithms and Teen Addiction: Neurophysiological Impact and Ethical Considerations," *Cureus* 17, no. 1 (2025).

Trial Report of Bradley Zicherman, MD

behavioral such as social media addiction.[34] Social media applications impact this system by increasing dopamine release via digital footprints and machine learning algorithms that flash personalized content. This reinforcement motivates extended use and constant checking of the social media application due to the expectation of rewards.[35] When children and adolescents access their social media accounts, it is as if they are pulling a slot machine lever. They do not know when they check a social media account if there will be a new post, a new like, a new subscriber/follower, or targeted content that will trigger that dopamine release. In my clinical opinion, children and adolescents are victims of this endless dopamine feedback cycle, induced by endless social media feeds, seeking and anticipating rewards in the way of photo tagging, likes, and comments.

(37)    Given the significant ways in which the prefrontal cortex of an adolescent brain differs from the prefrontal cortex of an adult brain, the potential risk of using social media platforms such as Instagram are more severe for adolescents than adults. In my clinical opinion, the social media use habits of a 13-year-old are far more problematic than the social media use habits of a 25-year-old with a fully developed prefrontal cortex. Clinically, these younger patients are more likely to develop a social media addiction, and also seem far more likely to be impacted by risky content once exposed to it (illicit drugs, sexual content, eating disorders, etc.) In my work with adults above the age of 25, concerns about the possibility of a social media addiction are far less common compared to my work with individuals under the age of 25. An individual over the age of 25 is likely to have a developed sense of identity, self-esteem, and coping skills, providing resiliency and mitigating at least some of the negative effects of social media. Research studies also support the idea that social media addictions are far more prevalent in younger individuals.[36] In a Statista survey asking individuals if they feel addicted to social media, 40% of US responders aged 18–22 reported feeling addicted to social media.[37]

---

[34]    Eric J. Nestler, "Is There a Common Molecular Pathway for Addiction?" *Nature Neuroscience* 8, no. 11 (2005): 1445–1449.

[35]    Alejandro L. Mujica, Charles R. Crowell, Michael A. Villano, and Khutb M. Uddin, "Addiction By Design: Some Dimensions and Challenges of Excessive Social Media Use," *Medical Research Archives* 10, no. 2 (2022): 1–29.

[36]    Zara Abrams, "Why Young Brains are Especially Vulnerable to Social Media," American Psychological Association, August 3, 2023, https://www.apa.org/news/apa/2022/social-media-children-teens. Daria Kuss and Mark D. Griffiths, "Online Social Networking and Addiction—A Review of the Psychological Literature," *International Journal of Environmental Research and Public Health* 8, no. 9 (2011): 3528–3552.

[37]    "Share of Online Users in the United States Who Report Being Addicted to Social Media as of April 2019, by Age Group," Statista, August 2019, https://www.statista.com/statistics/1081292/social-media-addiction-by-age-usa/.

Trial Report of Bradley Zicherman, MD

have been met with severe physical and verbal outbursts. Families often inform me that they have had to involve police and that their child will verbalize suicidal or homicidal thoughts or attempt to run away from home if there is an attempt to set limits regarding social media use. These parents express that they feel defeated and powerless.

(44)     When parents access services through the Recovery Clinic or Quest, they have typically reached a point where they feel they have no control over their child's social media use after exhausting measures to limit use such as phone app blockers. Parents will provide examples of their children easily bypassing or disabling blocks that they have placed on social media apps, including Instagram, and the ease of access to these social media platforms. Parents will also detail how their child will access social media platforms on school-provided tablets and other devices besides their personal smartphone, without parental knowledge, in an attempt to hide their social media use. Sometimes parents report concerns that their child may be involved in theft of devices from schools and stores in order to access social media without parental knowledge, in a similar fashion to reports I receive from parents of teens with substance abuse concerns involved with theft of substances to fuel their addiction.

## IV.C. Harms youth are facing from Instagram addiction

(45)     When youth present for initial evaluation in the Recovery Clinic or Quest IOP due to social media addiction concerns, severe functional impairment is commonly reported by their parents. There are often reports of changes in academic achievement and relationships with friends and family members. Parents will report a shift in their child's priorities, with social media use taking priority over responsibilities to school or family. Youth will express reluctance to engage in family events, family meals, or chores around the home, as it interferes with their social media use time. Parents will describe an increasing amount of isolation of their child and that social media use is the only activity their child wants to engage in. Parents will detail that their child wants to remain in their room while using social media. Parents will share concerns that their child is accessing pornographic content and using the Instagram platform to find drug dealers. I have seen students having a precipitous drop in GPA, students with a history of excellent attendance now missing school, and reports from school of students having a shift in focus or being caught using social media while in the classroom. Parents will ultimately relate that they believe social media is a primary driver of the functional changes and impairments they have been witnessing in their child.

(46)     When parents report challenges managing their child's social media use habits, bedtime habits and routines are typically described with great concern. Parents will often express that their child is unwilling to go to bed without their phone. In these situations, parents report that their child will use social media until late hours in the evening, with the child getting little sleep before school. As a result of their child's late-hour social media use, they are often unable to participate in school or

engage in family activities and responsibilities. Failure for children and teenagers to get enough sleep is a known risk factor for the development of symptoms of depression and anxiety.[40] Without enough sleep, children and teenagers are more likely to appear moody or irritable and have challenges regulating their emotions. Lack of sleep also impairs the prefrontal cortex, which means a child or teen failing to get appropriate hours of sleep may engage in riskier, more impulsive behavior.[41] The APA's "Health advisory on social media use in adolescence" notes that "technology use particularly within one hour of bedtime, and social media use in particular, is associated with sleep disruptions. Insufficient sleep is associated with disruptions to neurological development in adolescent brains, teens' emotional functioning, and risk for suicide."[42]

# IV.D. Treatment strategies

(47)  First and foremost, when working with youth with any form of addiction, it is important to try to build a strong rapport and ensure confidentiality. In my experience, if a youth has any sense that what they report in a clinical interview could be disclosed to parents or records could be released, treatment success rates will be very low, and the youth will be reluctant to ever return to the clinic.

(48)  There are several evidence-based treatment approaches that I utilize when working with youth with social media addictions. These primarily include motivational interviewing, cognitive behavioral therapy (CBT), and family-focused therapy. CBT is one of the most well-studied evidence-based psychotherapy interventions, including a study on the effectiveness of CBT for treating problematic social media use.[43] CBT focuses on identifying and changing negative thought patterns and behavior, and it can be tailored to a variety of mental health concerns. I have found it particularly helpful when working with youth with social media addiction concerns.

(49)  Motivational interviewing is an evidence-based approach to working with patients with substance addictions, developed in the early 1980s. Motivational interviewing is readily adapted to working with patients with technology addictions, and high-quality studies exist demonstrating its efficacy for technology addictions.[44] Motivational interviewing can be defined as a particular way of talking with

---

[40]  Ruthann Richter, "Among Teens, Sleep Deprivation an Epidemic," Stanford Medicine News Center, October 8, 2015, https://med.stanford.edu/news/all-news/2015/10/among-teens-sleep-deprivation-an-epidemic.html. Robert E. Roberts, Catherine Ramsay Roberts, and Hao T. Duong, "Sleepless in Adolescence: Prospective Data on Sleep Deprivation, Health and Functioning," *Journal of Adolescence* 32, no. 5 (2009): 1045–1057.

[41]  Eva H.Telzer, Andrew J. Fuligni, Matthew D. Lieberman, and Adriana Galván, "The Effects of Poor Quality Sleep on Brain Function and Risk Taking in Adolescence," *NeuroImage* 71 (2013): 275–283.

[42]  "Health Advisory on Social Media Use in Adolescence," American Psychological Association, accessed April 29, 2025, https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use.

[43]  Xingchen Zhou, Pei-Luen Patrick Rau, Chi-Lan Yang, and Xiaofei Zhou, "Cognitive Behavioral Therapy-Based Short-Term Abstinence Intervention for Problematic Social Media Use: Improved Well-Being and Underlying Mechanisms," *Psychiatric Quarterly* 92 (2021): 761–779.

[44]  Jan Dieris-Hirche, Laura Bottel, Magdalena Pape, Bert Theodor Te Wildt, Klaus Wölfling, Peter Henningsen, Nina

# V. Many Instagram features are harmful to teen and youth mental health, and Meta's Teen Accounts are often ineffective at addressing those harms

(55)   As of September 2024, Instagram introduced "Teen Accounts" for users between the ages of 13 and 17.[49] In April 2025, Meta announced that it was expanding Teen Accounts to Facebook and Messenger and adding additional Instagram restrictions.[50] Instagram Teen Accounts are intended to provide the following built-in restrictions: (1) default private accounts, (2) messaging restrictions, (3) sensitive content restrictions, (4) limited interactions, (5) time limit reminders, and (6) sleep mode enabled.[51] In April 2025, Meta announced that "in the next couple of months" it would also begin prohibiting Instagram users under 16 from going Live and automatically blurring images in direct messages, with both features requiring parental permission to override.[52] Furthermore, youth under the age of 13 are supposed to be restricted from creating Facebook or Instagram accounts, in accordance with the US Children's Online Privacy Protection Act (COPPA), which restricts the collection of personal data from children under the age of 13.[53]

(56)   These Teen Accounts with intended built-in restrictions were not implemented until September 2024, with some yet to take effect, leaving many youth largely unprotected for many years. Even after Meta's introduction of Teen Accounts, in my experience the restrictions are often ineffective, which nullifies any protection intended for children and teens. I am frequently informed by parents that their child was able to bypass age restrictions (including youth under 13 and teens), and the youth I am working with often inform me that they are not on a Teen Account. Youth that I work with describe the ease with which they are able to create a "regular" Instagram account and will describe often

---

49   "Introducing Instagram Teen Accounts: Built-In Protections for Teens, Peace of Mind for Parents," Instagram, September 17, 2024, https://about.instagram.com/blog/announcements/instagram-teen-accounts.

50   "We're Introducing New Built-In Restrictions for Instagram Teen Accounts, and Expanding to Facebook and Messenger," Meta, April 8, 2024, https://about.fb.com/news/2025/04/introducing-new-built-in-restrictions-instagram-teen-accounts-expanding-facebook-messenger.

51   "Introducing Instagram Teen Accounts: Built-In Protections for Teens, Peace of Mind for Parents," Instagram, September 17, 2024, https://about.instagram.com/blog/announcements/instagram-teen-accounts: "Private accounts: With default private accounts, teens need to accept new followers and people who don't follow them can't see their content or interact with them. This applies to all teens under 16 (including those already on Instagram and those signing up) and teens under 18 when they sign up for the app. Messaging restrictions: Teens will be placed in the strictest messaging settings, so they can only be messaged by people they follow or are already connected to. Sensitive content restrictions: Teens will automatically be placed into the most restrictive setting of our sensitive content control, which limits the type of sensitive content (such as content that shows people fighting or promotes cosmetic procedures) teens see in places like Explore and Reels. Limited interactions: Teens can only be tagged or mentioned by people they follow. We'll also automatically turn on the most restrictive version of our anti-bullying feature, Hidden Words, so that offensive words and phrases will be filtered out of teens 'comments and DM [Direct Message] requests. Time limit reminders: Teens will get notifications telling them to leave the app after 60 minutes each day. Sleep mode enabled: Sleep mode will be turned on between 10 PM and 7 AM, which will mute notifications overnight and send auto-replies to DMs."

52   "We're Introducing New Built-In Restrictions for Instagram Teen Accounts, and Expanding to Facebook and Messenger," Meta, April 8, 2024, https://about.fb.com/news/2025/04/introducing-new-built-in-restrictions-instagram-teen-accounts-expanding-facebook-messenger.

53   Children's Online Privacy Protection Act of 1998, 15 U.S.C. §6501–6505 (1998).

Trial Report of Bradley Zicherman, MD

having multiple "burner" accounts. Many families that I work with will say that they have given up attempting to regulate and restrict their child's access to apps such as Instagram because of the ineffective app restrictions.

(57)  There are many features of Instagram that are harmful to youth based on my clinical experiences, including features of both "regular" and Teen Accounts. The Instagram features that increase app time use in youth in my experience include push notifications, automatically played video, infinite scrolling, gamification, autoplay and reels, and recommendation algorithms. With regards to "recommendation algorithms" this tool detects individual patterns of computer use and preferences, then continues to display similar patterns, encouraging a user to stay on the app. The "gamification" of apps and systems inputs fun elements into social media-based activities, resulting in reinforcing dopamine hits. In my clinical experience, these features encourage extended use and constant checking of the social media application and make it difficult for youth to disengage from the app.

(58)  Push notifications are an incredibly problematic aspect of Instagram, perhaps its most powerful hook. Notifications are a default setting, even in Teen Accounts (which as described above are frequently bypassed by teen users) outside of the hours between 10 PM and 7 AM.[54] Push notifications alert users to constantly check the app for new likes and comments, follower requests, direct messages, story views, and more.[55] These notifications trigger a dopamine release, reinforcing the behavior of habitual checking of the social media app.[56] In my clinical work, I believe that these frequent pings are especially detrimental to children and teens as they disrupt focus on school, disrupt sleep, lead to heightened anxiety, and lead to increased compulsive screen checking and ultimately time spent on the app. The American Academy of Sleep Medicine recommends that all electronic devices be turned off at least 30–60 minutes before bed.[57] Electronic devices, particularly smartphones used to access social media, are incredibly stimulating. If Teen Accounts allow for notifications until 10 PM, a teen may not be able to settle down into a healthy sleep routine and fall asleep until 11 PM or later, which may be too late for teens.

(59)  Current time limit reminders that are default in Teen Accounts only serve as a soft nudge. These settings do not lock a teen out of their account and can easily be "swiped" away, ignored, or bypassed altogether using regular accounts. As described above, teens I work with often do not think they have a problem and thus are not likely to take soft nudges like these seriously. Furthermore, researchers

---

[54]  "Introducing Instagram Teen Accounts: Built-In Protections for Teens, Peace of Mind for Parents," Instagram, September 17, 2024, https://about.instagram.com/blog/announcements/instagram-teen-accounts.

[55]  Seul-Kee Kim, So-Yeong Kim, Hang-Bong Kang, "An Analysis of the Effects of Smartphone Push Notifications on Task Performance with regard to Smartphone Overuse Using ERP," *Computational Intelligence and Neuroscience* (2016): 5718580.

[56]  Zoe Wyatt, "Wired for Want: How Dopamine Drives the New Epidemic of Everyday Addictions," Psychiatry and Behavioral Health 4, no. 1 (2025): 1–6.

[57]  "Video Games and Social Media: Factors Disrupting Healthy Student Sleep," American Academy of Sleep Medicine, August 14, 2023, https://aasm.org/video-games-and-social-media-factors-disrupting-healthy-student-sleep/.

Trial Report of Bradley Zicherman, MD

have found that these types of soft nudges may have no effect on reducing problematic smartphone use, screen time, or frequency of phone-checking.[58] In my clinical experience, soft nudges may even have a counter effect and increase use instead of curbing it, as soft nudges ultimately serve as an overall reminder of the app and can lead to increased engagement rather than disconnection.

(60)     Regarding the private accounts, messaging restrictions, sensitive content restrictions, and limited interactions features of Teen Accounts, these do not prevent adult-teen or other problematic interactions outside of parents supervising the account, which limits their effectiveness. Patients I have treated for eating disorders and substance use disorders, in particular, tell me how easily they are exposed to risky social media content, even when trying to work towards recovery.

(61)     Ultimately, even when social media platforms claim to implement protective features like Teen Accounts and parents attempt to set limits on time allowed through their smart phone device controls, the dynamic I frequently observe in clinic prior to treatment is that teens have continually pushed against boundaries and limits, and parents become fatigued and eventually relinquish control, leading to unlimited social media access.

---

[58]     Karina Loid, Karin Täht, and Dmitri Rozgonjuk, "Do pop-up notifications regarding smartphone use decrease screen time, phone checking behavior, and self-reported problematic smartphone use? Evidence from a two-month experimental study," *Computers in Human Behavior 102*, 22–30.

Trial Report of Bradley Zicherman, MD

# Appendix A. Materials considered

In addition to all materials below, I incorporate by reference all materials used or cited in footnotes or my reliance materials.[59]

## A.1. Legal and other case documents

- Complaint for Injunctive and Other Relief. *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (N.D. Cal. Nos. 4:22-md-03047-YGR-PHK and 4:23-cv-05448-YGR) (November 22, 2023).

- Defendants' Objections and Responses to Plaintiff's Second Set of Interrogatories. *Commonwealth of Massachusetts v. Meta Platforms, Inc. and Instagram, LLC.* (Mass. Ct. No. 2384CV02397-BLS1) (August 20, 2024).

- Meta Defendants' Responses and Objections to Plaintiffs' Second Set of Interrogatories. *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (N.D. Cal. No. 4:22-md-03047-YGR) (November 27, 2024).

- Meta Defendants' Third Supplemental and Amended Responses and Objections to Plaintiffs' Second Set of Interrogatories. *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (N.D. Cal. No. 4:22-md-03047-YGR) (February 28, 2025).

- Defendants' Sixth Supplemental Responses and Objections to Second Set of Interrogatories. *People of the State of California, et al. v. Meta Platforms, Inc., et al.* (N.D. Cal. Nos. 4:22-md-03047-YGR) (April 04, 2025).

## A.2. Books and academic papers

- Alejandro L. Mujica, Charles R. Crowell, Michael A. Villano, and Khutb M. Uddin, "Addiction By Design: Some Dimensions and Challenges of Excessive Social Media Use," Medical Research Archives 10, no. 2 (2022): 1–29.

- Alexandra Dane, Komal Bhatia, "The Social Media Diet: A Scoping Review to Investigate the Association Between Social Media, Body Image and Eating Disorders Amongst Young People," PLOS Global Public Health, no. 3 (2023): e0001091.

---

[59] This appendix includes documents that I cited in footnotes throughout the report as well as documents that I considered, but did not cite explicitly.

Trial Report of Bradley Zicherman, MD

- Alfonso Pellegrino, Alessandro Stasi, and Veera Bhatiasevi, "Research Trends in Social Media Addiction and Problematic Social Media Use: A Bibliometric Analysis," Frontiers in Psychiatry 13 (2022): 1017506.

- American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision. Washington, DC, American Psychiatric Association, 2022

- American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition. Arlington, VA, American Psychiatric Association, 2013.

- Anna Lembke, "Dopamine Nation: Finding Balance in the Age of Indulgence," Penguin Publishing Group, 2021: 77.

- B.J. Casey and Kristina Caudle, "The Teenage Brain: Self Control," Current Directions in Psychological Science 22, no. 2 (2013): 82–87.

- B.J. Casey, Rebecca Jones, and Todd Hare, "The Adolescent Brain," Annals of the New York Academy of Sciences 1124 (2008): 111–126.

- Caroline King, Tamara Beetham, Natashia Smith, Honora Englander, Dana Button, Patrick C M Brown, Scott E Hadland, Sarah M Bagley, Olivia Rae Wright, P Todd Korthuis, Ryan Cook, "Adolescent Residential Addiction Treatment In The US: Uneven Access, Waitlists, And High Costs," Health Aff (Millwood) 43, no. 1 (2024): 64-71.

- D. Hipp, E. C. Blakley, N. Hipp, P. Gerhardstein, B. Kennedy, and Tracy Markle, "The Digital Media Overuse Scale (dMOS): A Modular and Extendible Questionnaire for Indexing Digital Media Overuse," Technology, Mind, and Behavior, 4 (3: Fall 2023).

- Daria Kuss and Mark D. Griffiths, "Online Social Networking and Addiction—A Review of the Psychological Literature," International Journal of Environmental Research and Public Health 8, no. 9 (2011): 3528–3552.

- Debasmita De, Mazen El Jamal, Eda Aydemir, and Anika Khera, "Social Media Algorithms and Teen Addiction: Neurophysiological Impact and Ethical Considerations," Cureus 17, no. 1 (2025): 1–7.

- Earl Miller, and Jonathan Cohen, "An Integrative Theory of Prefrontal Cortex Function," Annual Review of Neuroscience 24, no. 1 (2001): 167–202. Adele Diamond, "Executive Functions," Annual Review of Psychology 64, no. 1 (2013): 135–168.

- Eric J. Nestler, "Is There a Common Molecular Pathway for Addiction?" Nature Neuroscience 8, no. 11 (2005): 1445–1449.

- Eva H.Telzer, Andrew J. Fuligni, Matthew D. Lieberman, and Adriana Galván, "The Effects of Poor Quality Sleep on Brain Function and Risk Taking in Adolescence," NeuroImage 71 (2013): 275–283.

Trial Report of Bradley Zicherman, MD

- Faisal A. Nawaz, Mehr Muhammad Adeel Riaz, Nimrat ul ain Banday, Aakanksha Singh, Zara Arshad, Hanan Derby, Meshal A. Sultan, "Social Media Use Among Adolescents With Eating Disorders: A Double-edged Sword," Frontiers in Psychiatry, 15 (2024): 1300182.

- Ilaria Cataldo, Joël Billieux, Gianluca Esposito, and Ornella Corazza, "Assessing Problematic Use of Social Media: Where Do We Stand and What Can Be Improved?" Current Opinion in Behavioral Sciences 45 (2022): 101145.

- Jan Dieris-Hirche, Laura Bottel, Magdalena Pape, Bert Theodor Te Wildt, Klaus Wölfling, Peter Henningsen, Nina Timmesfeld et al, "Effects of an Online-based Motivational Intervention to Reduce Problematic Internet Use and Promote Treatment Motivation in Internet Gaming Disorder and Internet Use Disorder (OMPRIS): Study Protocol for a Randomised Controlled Trial," BMJ Open 11, no. 8 (2021): e045840.

- Jason M. Nagata, Christopher M. Lee, Jacqueline O. Hur, and Fiona C. Baker, "What We Know About Screen Time and Social Media in Early Adolescence: A Review of Findings From the Adolescent Brain Cognitive Development Study," Current Opinion in Pediatrics (2025): 1–8.

- Jessica Ballesteros-Holmes, Malinda Teague, and Anne Derouin, "Decreasing Social Media Use Through Motivational Interviewing: A Pediatric Primary Care Quality Improvement Project," Journal of Pediatric Health Care 38, no. 6 (2024): 903–911.

- Kerstin Paschke, Maria Isabella Austermann, and Rainer Thomasius, "ICD-11-Based Assessment of Social Media Use Disorder in Adolescents: Development and Validation of the Social Media Use Disorder Scale for Adolescents," Frontiers in Psychiatry 12 (2021): 661483.

- Laurence Steinberg, "A Social Neuroscience Perspective on Adolescent Risk-taking," Developmental Review 28, no. 1 (2008): 78–106.

- Laurence Steinberg, "Cognitive and Affective Development in Adolescence," Trends in Cognitive Sciences 9, no. 2 (2005): 69–74.

- Linda Patia Spear, "Adolescent Neurodevelopment," Journal of Adolescent Health 52, no. 2 (2013): S7–S13.

- Maria Chiara D'Arienzo, Valentina Boursier, and Mark D. Griffiths, "Addiction to Social Media and Attachment Styles: A Systematic Literature Review," International Journal of Mental Health and Addiction 17 (2019): 1094–1118.

- Mariam Arain, Maliha Haque, Lina Johal, Puja Mathur, Wynand Nel, Afsha Rais, Ranbir Sandhu, and Sushil Sharma, "Maturation of the Adolescent Brain," Neuropsychiatric Disease and Treatment 9 (2013): 449–461.

- Mark Griffiths, Daria Kuss, and Zsolt Demetrovics, "Social Networking Addiction: An Overview of Preliminary Findings," Behavioral Addictions (2014): 119–141.

Trial Report of Bradley Zicherman, MD

- Matthias Brand, Hans-Jürgen Rumpf, Zsolt Demetrovics, Astrid Müller, Rudolf Stark, Daniel L. King, Anna E. Goudriaan et al, "Which Conditions Should be Considered as Disorders in the International Classification of Diseases (ICD-11) Designation of "Other Specified Disorders Due to Addictive Behaviors," Journal of Behavioral Addictions 11, no. 2 (2022): 150–159.

- Melissa Hunt, Rachel Marx, Courtney Lipson, and Jordyn Young, "No More FOMO: Limiting Social Media Decreases Loneliness and Depression," Journal of Social and Clinical Psychology 37, no. 10 (2018): 751–768.

- Mereerat Manwong, Vitool Lohsoonthorn, Thanvaruj Booranasuksakul, and Anun Chaikoolvatana, "Effects of a Group Activity-based Motivational Enhancement Therapy Program on Social Media Addictive Behaviors Among Junior High School Students in Thailand: A Cluster Randomized Trial," Psychology Research and Behavior Management (2018): 329–339.

- Mohamed Basel Almourad, John McAlaney, Tiffany Skinner, Megan Pleya, and Raian Ali, "Defining Digital Addiction: Key Features From the Literature," Psihologija 53, no. 3 (2020): 237–253.

- Naomi Friedman and Trevor Robbins, "The Role of Prefrontal Cortex in Cognitive Control and Executive Function," Neuropsychopharmacology 47, no. 1 (2022): 72–89.

- Oriana Perez, Tatyana Garza, Olivia Hindera, Alicia Beltran, Salma M. Musaad, Tracey Dibbs, Anu Singh et al, "Validated Assessment Tools for Screen Media Use: A Systematic Review," PLOS One 18, no. 4 (2023): 0283714.

- Paige Coyne and Sarah J. Woodruff, "Taking a Break: The Effects of Partaking in a Two-Week Social Media Digital Detox on Problematic Smartphone and Social Media Use, and Other Health-Related Outcomes among Young Adults," Behavioral Sciences 13, no. 12 (2023): 1004.

- Robert E. Roberts, Catherine Ramsay Roberts, and Hao T. Duong, "Sleepless in Adolescence: Prospective Data on Sleep Deprivation, Health and Functioning," Journal of Adolescence 32, no. 5 (2009): 1045–1057.

- Robert G. Lewis, Ermanno Florio, Daniela Punzo, and Emiliana Borrelli, "The Brain's Reward System in Health and Disease," Circadian Clock in Brain Health and Disease: Advances in Experimental Medicine and Biology, vol 1344. Springer, 2021: 57–69.

- Sarah Domoff, Kristen Harrison, Ashley N. Gearhardt, Douglas A. Gentile, Julie C. Lumeng, and Alison L. Miller, "Development and Validation of the Problematic Media Use Measure: A Parent Report Measure of Screen Media 'Addiction' in Children," Psychology of Popular Media Culture 8, no. 1 (2019): 2–11.

- Sarah-Jayne Blakemore, "Imaging Brain Development: The Adolescent Brain," NeuroImage 61, no. 2 (2012): 397–406.

Trial Report of Bradley Zicherman, MD

- Seul-Kee Kim, So-Yeong Kim, Hang-Bong Kang, "An Analysis of the Effects of Smartphone Push Notifications on Task Performance with regard to Smartphone Overuse Using ERP," Computational Intelligence and Neuroscience (2016): 5718580.

- Tania Moretta and Elisa Wegmann, "Toward the Classification of Social Media Use Disorder: Clinical Characterization and Proposed Diagnostic Criteria," Addictive Behaviors Reports 21 (2025): 100603.

- Tania Moretta and Elisa Wegmann, "Toward the Classification of Social Media Use Disorder: Clinical Characterization and Proposed Diagnostic Criteria," Addictive Behaviors Reports 21 (2025): 100603.

- Xingchen Zhou, Pei-Luen Patrick Rau, Chi-Lan Yang, and Xiaofei Zhou, "Cognitive Behavioral Therapy-Based Short-Term Abstinence Intervention for Problematic Social Media Use: Improved Well-Being and Underlying Mechanisms," Psychiatric Quarterly 92 (2021): 761–779.

- Yvonne Kelly, Afshin Zilanawala, Cara Booker, Amanda Sacker, "Social Media Use and Adolescent Mental Health: Findings From the UK Millennium Cohort Study," eClinicalMedicine, vol 6 (2018): 59–68.

- Zoe Wyatt, "Wired for Want: How Dopamine Drives the New Epidemic of Everyday Addictions," Psychiatry and Behavioral Health 4, no. 1 (2025): 1–6.

## A.3. Websites, articles, and press releases

- "ASPIRE," El Camino Health, accessed April 29, 2025, https://www.elcaminohealth.org/services/mental-health/specialty-programs/aspire.

- "Buprenorphine," Substance Abuse and Mental Health Services Administration, accessed April 29, 2025, https://www.samhsa.gov/substance-use/treatment/options/buprenorphine.

- "Diagnostic and Statistical Manual of Mental Disorders (DSM-5-TR)," American Psychiatric Association, accessed April 29, 2025, https://www.psychiatry.org/psychiatrists/practice/dsm.

- "Facebook to Acquire Instagram," Meta Newsroom, April 9, 2012, https://about.fb.com/news/2012/04/facebook-to-acquire-instagram/.

- "Health Advisory on Social Media Use in Adolescence," American Psychological Association, accessed April 29, 2025, https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use.

- "International Statistical Classification of Diseases and Related Health Problems (ICD)," World Health Organization, accessed April 29, 2025, https://www.who.int/standards/classifications/classification-of-diseases.