# Exhibit 9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*<br>Defendants<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**REBUTTAL TRIAL REPORT OF MITCH PRINSTEIN, PHD**
**JULY 30, 2025**

HIGHLY CONFIDENTIAL (COMPETITOR)

# I. Introduction

## I.A. Summary of opinions

(1) In response to my opening report, Defendant Expert Reports provided the following criticisms. First, they criticize the use of the term "social media addiction." Second, Defendant Expert Reports further claim that my opening report disregards the potential benefits of social media and pathologizes social behavior and the role of dopamine. Third, Defendant Expert Reports argue that existing empirical research does not support the conclusion that there is a causal link between social media and negative health outcomes for teens. They do so by pointing to the limitations of the existing research, the role of other factors, and claims that Meta's internal research is "not scientifically reliable." Fourth, Defendant experts claim that existing research has focused on the impact of social media content and failed to demonstrate a connection between features of social media platforms and adverse mental health impacts.

(2) In summary, nothing in Defendant Expert Reports changes the opinions described in my opening report, including that Meta platform features encourage problematic social media use, posing a risk to adolescents' mental health. Specifically, with respect to Defendant Expert Reports, I conclude as follows.

(3) First, I do not use the term social media addiction in my opening report. Instead, my report focuses on symptoms of clinical dependency, including withdrawal; tolerance; uncontrolled, excessive use; and impairment to daily roles and routines. Youth are reporting symptoms of clinical dependency on social media that is ==interfering with their ability to sleep, eat, and focus on schoolwork, among other essential activities.== This has been demonstrated consistently across many samples in the US and elsewhere.

(4) Second, social media does include opportunities for behaviors that benefit some youth in some situations, and research has offered some evidence to support these positive outcomes. However, the features and functions that surround the social experiences change their impact. Functions and features such as the "like" button and notifications from Meta contribute to kids' excessive and habitual use of Meta's products. This process is fueled by dopamine responses and compounded among youth in particular by an underdeveloped inhibitory control system due to delayed maturation of the prefrontal cortex until the mid-20s. It is these functions that are associated with harm based on evidence to date.

## II. Contrary to Defendant experts' claims, it is well understood that social media use can be associated with symptoms of clinical dependency

(13)    Defendant Expert Reports criticize the use of the term "social media addiction":

> "Plaintiffs' experts dismiss and gloss over the fact that there is no clinically recognized definition of social media addiction, and it is not recognized as a disorder in the DSM-5."[8] "It is critical to point out here that there is no accepted formal definition or diagnosis of 'social media addiction.'"[9] "The notion that problematic use is a recognized clinical disorder is not supported by the scientific consensus."[10]

(14)    That criticism is misleading. I do not use the term social media addiction in my opening report. Instead, my report focuses on symptoms of clinical dependency, including withdrawal; tolerance; uncontrolled, excessive use; and impairment to daily roles and routines. There is a growing body of research discussing symptoms of clinical dependency as "problematic social media use," which is generally considered a valid and concerning description of symptoms negatively impacting youth, and, by definition, produces impairment in youths' daily roles and routines. The evidence the Auerbach Report highlights to rebut addiction issues does not discuss the literature on problematic social media use.[11] This is in part an issue of semantics, though Dr. Auerbach's report also inaccurately characterizes the extant literature. Indeed, youth are reporting symptoms of dependency, withdrawal, tolerance, and uncontrolled use of social media that is interfering with their ability to sleep, eat, and focus on schoolwork, among other essential activities. This has been demonstrated consistently across many samples in the US and elsewhere.[12]

---

[8]   Auerbach Report, ¶ 16 and ¶ 34 ("At present, social media addiction is not recognized as a psychiatric disorder. There are no universally agreed upon criteria for assessing addiction to social media, and it is not a psychiatric disorder that appears in the DSM-5."); *see also* ¶ 41.

[9]   Gotlib Report, ¶ 170; *see also* ¶ 159 ("It is important to note that the term "problematic social media use" is vague and subjective, has no agreed-upon definition, and is not a clinical diagnosis or disorder.").

[10]  Platt Report, ¶ 100 (citation omitted).

[11]  Auerbach Report, § IV.A.

[12]  Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use is not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry*, vol. 66, no. 4 (2025): 446 ("Using self-report measures adapted from DSM-V substance dependence criteria, approximately 50% of youth across 44 countries report at least one sign of clinical dependency on social media (Boer et al., 2022). Research with Dutch adolescents suggests that 39% report symptoms of tolerance (i.e., dissatisfaction from not spending enough time on social media) and 22% report symptoms of withdrawal (i.e., irritation due to lack of social media use; Van Den Eijnden, Lemmens, & Valkenburg, 2016). Symptoms of withdrawal, dependency, or tolerance to social media can impair functioning or relationships and displace normative or beneficial behaviors, such as sleep (Pagano, Bacaro, & Crocetti, 2023) and physical activity (Stiglic & Viner, 2019), and habitual checking behaviors can have negative consequences for academic work (Baumgartner, 2022) and in-person interactions (Yang, Pham, Ariati, & Smith, 2023).").

(15)    The Auerbach, Gotlib, and Platt Reports also criticize that, in most studies, research participants self-report dependency symptoms. That criticism is not valid because, in fact, self-reporting is the most common way that dependency symptoms are assessed.[13] The research I cited includes measures of dependency that are adapted directly from DSM diagnostic criteria.[14] In my opinion, there is clear and compelling evidence that youth are using social media more than they want to, and their social media usage is interfering with their daily roles and routines, which is a precondition for disorder.[15]

(16)    I also note that the Diagnostic and Statistical Manual of Mental Disorders (DSM-5) was published in 2013, just three years after Instagram was first released and one year after Meta acquired Instagram.[16] For reference, the DSM-5 involved a 14-year revision process from the time DSM-IV was published.[17] I would therefore expect a nontrivial delay for newly described disorders to be incorporated into the DSM. The term "social media addiction" is sometimes used in the broader

---

[13]   Dr. Auerbach concedes, "Most research that has explored the idea of social media addiction has relied on self-report measures (e.g., Bergen Facebook Addiction Scale [Andreassen et al., 2012], Bergen Social Media Addiction Scale [Andreassen et al., 2017])," but then states "which have not established specific cutoffs that are validated as reliable scores indicative of an addiction." (Auerbach Report, ¶ 36); Dr. Gotlib also concedes "much of the recent literature on social media use is based on self-report questionnaires or surveys" but then argues "the results of many of the studies cited by Plaintiffs' experts arguably reflect transient mood states rather than clinically meaningful episodes of depression or anxiety." (Gotlib Report, ¶ 29); Eric A. Youngstrom, Eric J. Mash, Mitchell J. Prinstein, and Russell A. Barkley, *Assessment of Disorders in Childhood and Adolescence*, Fifth ed. (Guilford Publications, 2020), 543–569.

[14]   Kaitlyn Burnell, Jessica S. Flannery, Kara A. Fox, Mitchell J. Prinstein, and Eva H. Telzer, "U.S. Adolescents' Daily Social Media Use and Well-Being: Exploring the Role of Addiction-like Social Media Use," *Journal of Children and Media*, vol. 19, no. 1: 194–212 (Items include: Do you ever feel like you spend more time on social media than you intended? Have you ever tried to spend time away from social media, but couldn't do it? Do you ever expend extra effort to make sure you will continue to have access to social media at times when you otherwise may not be able to use it? Do you ever have a craving or strong desire to use social media? Does social media use ever get in the way of things you are supposed to be doing (e.g., sleep, exercise, schoolwork)? Do you ever use social media even after you realized that it was getting in the way of what you thought was best for you? Have you ever been away from social media and felt like you were missing it too much to engage in normal day to day activities? Do you think you may be addicted to social media?).

[15]   Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use is not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry*, vol. 66, no. 4 (2025): 446 ("Thirty-six percent of adolescents report that they spend more time using digital media than they would like (Vogels, Gelles-Watnick, & Massarat, 2022), and approximately one-third report checking the most popular social media platforms (TikTok, Instagram, Snapchat, Facebook, and YouTube) 'almost constantly' (Anderson et al., 2023).").

[16]   American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition. Arlington, VA, American Psychiatric Association, 2013. A text revision of the DSM-V was published in 2022 (DSM-5-TR). American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision. Washington, DC, American Psychiatric Association, 2022. *See also* "Diagnostic and Statistical Manual of Mental Disorders (DSM-5-TR)," American Psychiatric Association, accessed April 29, 2025, https://www.psychiatry.org/psychiatrists/practice/dsm; "Instagram Launches," Instagram Announcements, October 6, 2010, https://about.instagram.com/blog/announcements/instagram-launches; "Facebook to Acquire Instagram," Meta News, April 9, 2012, https://about.fb.com/news/2012/04/facebook-to-acquire-instagram/.

[17]   "Making a Case for New Disorders," American Psychiatric Association, accessed July 17, 2025, pp. 1–2, https://www.psychiatry.org/File%20Library/Psychiatrists/Practice/DSM/APA_DSM-5-Making-Case-for-New-Disorders.pdf.

clinical and scientific communities.[18] The American Psychiatric Association, which publishes the DSM, defines the term social media addiction on its website as follows:

> **Social media addiction** involves problematic and compulsive use of social media; an obsessive need to check and update social media platforms, often resulting in problems in functioning and disrupted real-world relationships.[19]

(17)  The recent National Academy of Sciences (2024) survey of the literature explains:

> "Social media use can also be considered problematic when it causes dysfunction in daily life activities such as in-person activities, schooling, and sleep (Caplan, 2010; Casale and Banchi, 2020). While problematic social media use is not yet classified as a disorder, it is associated with other mental health problems. A meta-analysis of international studies found that problematic social media use, mainly use of Facebook, was associated with worse mental health, especially depression, although this analysis was heavily weighted to adult samples (Huang, 2022). What is more, problematic social media use, like internet gaming disorder, is often associated with disruptions in sleep, mood, and functioning that could have independent effects on mental health (Bányai et al., 2017; Paakkari et al., 2021; Pontes, 2017)."[20]

---

[18]  More than 5,000 research articles in PubMed containing the term "social media addiction", *see* "Social Media Addiction," PubMed Search Results, accessed July 24, 2025, https://pubmed.ncbi.nlm.nih.gov/?term=social+media+addiction.

[19]  "What is Technology Addiction?" American Psychiatric Association, accessed July 17, 2025, https://www.psychiatry.org/patients-families/technology-addictions-social-media-and-more/what-is-technology-addiction (emphasis in original).

[20]  Sandro Galea, Gillian J. Buckley, and Alexis Wojtowicz, *Social Media and Adolescent Health*. (The National Academies Press, 2024).

Berman Report points out the limitations of existing studies to reach causal conclusions,[49] explains that "The gold standard and most robust test of causation is a randomized controlled trial (RCT),"[50] yet then concedes "No such study has ever been conducted. Among other issues, it would be exceedingly difficult to recruit a population of young people with no exposure to social media in today's day and age."[51] Nevertheless, the Berman Report's main criticism of my conclusions is focused on the lack of experimental evidence.[52]

(25) In my opinion, contrary to the contentions in Defendant Expert Reports, "gold-standard" randomized controlled trials are not required to ascertain harm in this matter. To be clear, I agree that psychological science would ideally determine conclusive proof through the use of randomized clinical trials, after eliminating (through randomization or matching) all possible confounds, and we would identify mechanisms to explain how the purported cause and effect could be linked. However, the Defendant experts have applied a threshold for causality which is not realistic, not possible, not ethical (see below), and not necessary (see below), and ignores the harms that we know social media use is contributing to youth mental health based on the best available science (as discussed in my opening report). Note that even the link between individual cigarette use and lung cancer has not been scientifically established using such stringent criteria, to my knowledge, and is not the evaluation that is needed in this context.

## IV.B. Clarifying my views on the state of the science on youth social media use and mental health

(26) As outlined in my opening report and further detailed below, my assessment of the scientific literature, including my research over the past twenty-five years and my work co-chairing APA's scientific consensus report (i.e., Health Advisory) lead me to conclude with reasonable certainty that social media use, particularly Instagram and Facebook, is a substantial contributing factor to mental health harms among many youth. Notably, my roles as Chief Science Officer and Chief of Psychology at APA over the past four years have allowed me to translate psychological science to a

---

disorders, the only accepted cause that research has established is genetics" (¶ 89) and also that "The literature conveys a consensus that the causes of eating disorders are "multifactorial." (¶ 90), explaining "What this all means is that environmental factors can influence the way genes are expressed in a manner that makes eating disorder development more likely, but that influence only occurs when the existing genetic foundation for such expression already exists." (¶ 100).

[49] Berman Report, ¶ 13.C ("The vast majority of literature on social media use and its effect on suicidal behaviors is correlational in design, dependent on self-report data, and suffers from a number of serious methodological flaws. No study has established a causal relationship between social media use and these outcomes.").

[50] Berman Report, ¶ 63.

[51] Berman Report, ¶ 64.

[52] Berman Report, ¶ 133 ("Dr. Prinstein argues that "social media platforms' design choices amplify the impact this content has on users" (p. 27), but offers not a single experimental study to support this assertion") and ¶ 134 ("Plaintiffs' expert Mitch Prinstein makes no claims on the basis of experimental studies that are designed to establish causation between use of particular features of social media and suicide, self-harm, or NSSI.").

wide variety of stakeholders and use the evidence from research findings beyond the scientific literature. My conclusions are based on a synthesis of the psychological science for practical purposes, including my charge from the APA to inform the public and "to promote the advancement, communication, and application of psychological science and knowledge to benefit society and improve lives."[53]

(27)   Defendant Expert Reports' argument, as outlined above, distorts an assessment of the literature to reach a faulty conclusion. Indeed, there are no known causal studies that *prospectively* examine youths' social media use vs. abstinence to examine differences in the development of subsequent psychological symptoms because such a study would be unethical, immoral, and impractical to conduct. The Department of Health and Human Services publishes ethical and regulatory guidelines for research involving human subjects, which state that it is impermissible to subject youth to study conditions that may promote enduring risk.[54] It would be ethically abhorrent to create experimental conditions that could cause unknown, long-term damage to study participants' biological and psychological development. Furthermore, it is practically infeasible to withhold or mandate social media use over an extended period of time. And as Dr. Gotlib's report acknowledges, "[b]ecause of requirements to obtain informed consent from participants, most of these studies have been conducted with adults of legal age rather than with adolescents."[55]

(28)   In cases such as these, researchers forgo experimental designs (i.e., prospective randomized causal designs) for prospective, longitudinal designs in which individuals' real-life (i.e., not experimentally manipulated) experiences are used to predict changes in developmental outcomes. To isolate the effects of the variables of interest, it is standard practice for researchers to statistically control for baseline levels of each outcome and other competing predictors that could otherwise explain changes in participant functioning. This approach is commonly used to understand other potential risk factors that would be unethical to manipulate experimentally, such as the effects of maltreatment and abuse on children's intellectual and emotional outcomes.[56]

(29)   The findings using prospective longitudinal designs indicate that predictors (e.g., social media use) are associated with or contribute to higher levels of later outcomes (e.g., depression, suicidality), even after controlling for baseline levels of psychological symptoms and for other predictors that may otherwise explain the onset of these psychological outcomes.

---

[53]   "About APA," American Psychological Association, accessed July 28, 2025, https://www.apa.org/about.

[54]   "Children: Information on Special Protections for Children as Research Subjects," Office for Human Research Protections, March 18, 2016, https://www.hhs.gov/ohrp/regulations-and-policy/guidance/special-protections-for-children/index.html.

[55]   Gotlib Report, ¶ 123.

[56]   Sara R Jaffee, "Child Maltreatment and Risk for Psychopathology in Childhood and Adulthood," *The Annual Review of Clinical Psychology*, vol. 13 (2017): 252–551.

# Appendix A. Materials considered

In addition to all materials below, I incorporate by reference all materials used or cited in footnotes or my reliance materials.[91]

## A.1. Expert reports

- Expert Report of Mitch Prinstein, Ph.D., May 16, 2025.
- Expert Rebuttal Report of Dr Sarah Morsbach Honaker, July 9, 2025.
- Expert Rebuttal Report of Dr. Alan L. Berman, July 9, 2025.
- Expert Rebuttal Report of Dr. Ian Gotlib, July 9, 2025.
- Expert Rebuttal Report of Dr. Randy Auerbach, July 9, 2025.
- Expert Rebuttal Report of Dr. Robert Platt, July 9, 2025.
- Expert Rebuttal Report of Matthew J. Shear, MD., July 9, 2025.

## A.2. Books and academic papers

- Anne Bartsch, Roland Mangold, Reinhold Viehoff, and Peter Vorderer, "Emotional Gratifications During Media Use–An Integrative Approach," *Communications*, vol. 31, no. 3 (2006): 261–278.
- Anne J. Maheux, Kaitlyn Burnell, Maria T. Maza, Kara A. Fox, Eva H. Telzer, and Mitchell J. Prinstein, "Annual Research Review: Adolescent Social Media Use is not a Monolith: Toward the Study of Specific Social Media Components and Individual Differences," *Journal of Child Psychology and Psychiatry*, vol. 66, no. 4 (2025): 440–459.
- Anne M. Chang, Daniel Aeschbach, Jeanne F. Duffy, and Charles A. Czeisler, "Evening Use of Light-Emitting eReaders Negatively Affects Sleep, Circadian Timing, and Next Morning Alertness," *Proceedings of the National Academy of Sciences USA*, vol. 112, no. 4 (2015): 1232–1237.

---

[91] My staff and I were provided access to an electronic database that I understand includes all the discovery materials produced in this matter. My staff conducted searches of this database at my direction. This appendix includes documents that I cited in footnotes throughout the report as well as documents that I considered, but did not cite explicitly.

- Anne-Marie Chang, Daniel Aeschbach, Jeanne F. Duffy, and Charles A. Czeisler, "Evening Use of Light-Emitting eReaders Negatively Affects Sleep, Circadian Timing, and Next-Morning Alertness," *Proceedings of the National Academy of Sciences*, vol. 112, no. 4 (2015): 1232–1237.

- Aurore A Perrault, Laurence Bayer, Mathias Peuvrier, Alia Afyouni, Paolo Ghisletta, Celine Brockmann, Mona Spiridon, Sophie Hulo Vesely, Dagmar M Haller, Swann Pichon, Stephen Perrig, Sophie Schwartz, and Virginie Sterpenich, "Reducing the Use of Screen Electronic Devices in the Evening is Associated With Improved Sleep and Daytime Vigilance in Adolescents," *Sleep*, vol. 42, no. 9 (2019): zsz125.

- Bambang Haryo DW and Apol Pribadi Subriadi, "The Impact of Social Media Filters on Body Perception and Psychological Well-Being in Adolescent Girls: Systematic Literature Review," *2024 International Conference on Informatics, Multimedia, Cyber and Information System (ICIMCIS)* (2024): 423–428.

- Brienna N. Rutherford, Carmen C. W. Lim, Benjamin Johnson, Brandon Cheng, Jack Chung, Sandy Huang, Tianze Sun, Janni Leung, Daniel Stjepanović, and Gary C. K. Chan, "#TurntTrending: A Systematic Review of Substance Use Portrayals on Social Media Platforms," *Addiction*, vol. 118, no. 2 (2023): 206–217.

- Candice L. Odgers and Michaeline Jensen, "Adolescent Mental Health in the Digital Age: Facts, Fears, and Future Directions," *Journal of Child Psychology and Psychiatry*, vol. 61, no. 3 (2020): 336–348.

- Chia-Chen Yang, Thomas Pham, Jati Ariati, and Christina Smith, "Well-Being Implications of Digital Social Multitasking in Adolescent Friendship: A Latent Profile Analysis," *Cyberpsychology, Behavior, and Social Networking*, vol. 26, no. 10 (2023): 782–788.

- Chiungjung Huang, "A Meta-Analysis of Problematic Social Media Use and Mental Health," *International Journal of Social Psychiatry*, vol. 68, no. 1 (2022): 12–33.

- Christian Cajochen, Sylvia Frey, Doreen Anders, Jakub Späti, Matthias Bues, Achim Pross, Ralph Mager, Anna Wirz-Justice, and Oliver Stefani, "Evening Exposure to a Light-Emitting Diodes (LED)-Backlit Computer Screen Affects Circadian Physiology and Cognitive Performance," *Journal of Applied Physiology* (2011): 1432–1438.

- Christian Montag, Alexander Markowetz, Konrad Blaszkiewicz, Ionut Andone, Bernd Lachmann, Rayna Sariyska, Boris Trendafilov, Mark Eibes, Julia Kolb, Martin Reuter, Bernd Weber, and Sebastian Markett, "Facebook Usage on Smartphones and Gray Matter Volume of the Nucleus Accumbens," *Behavioural Brain Research*, vol. 329 (2017): 221–228.

- Claudia C von Bastian and Michel D Druey, "Shifting Between Mental Sets: An Individual Differences Approach to Commonalities and Differences of Task Switching Components," *Journal of Experimental Psychology*, vol. 146, no. 9 (2017): 1266–1285.

- Donghee Shin, "How Do Users Interact With Algorithm Recommender Systems? The Interaction of Users, Algorithms, and Performance," *Computers in Human Behavior*, vol. 109 (2020): 1–10.

- Dustin Albert, Jason Chein, and Laurence Steinberg, "Peer Influences on Adolescent Decision Making," *Current Directions in Psychological Science*, vol. 22, no. 2 (2013): 114–120.

- Eline Frison, Kaveri Subrahmanyam, and Steven Eggermont, "The Short-Term Longitudinal and Reciprocal Relations Between Peer Victimization on Facebook and Adolescents' Well-Being," *Journal of Youth and Adolescence*, vol. 45 (2016): 1755–1771.

- Elizabeth A. Nick, Zelal Kilic, Jacqueline Nesi, Eva H. Telzer, Kristen A. Lindquist, and Mitchell J. Prinstein, "Adolescent Digital Stress: Frequencies, Correlates, and Longitudinal Association with Depressive Symptoms," *Journal of Adolescent Health*, vol. 70, no. 2 (2022): 336–339.

- Eric A. Youngstrom, Eric J. Mash, Mitchell J. Prinstein, and Russell A. Barkley, *Assessment of Disorders in Childhood and Adolescence*, Fifth ed. (Guilford Publications, 2020), 543–569.

- Eva H Telzer, Diane Goldenberg, Andrew J Fuligni, Matthew D Lieberman, and Adriana Gálvan, "Sleep Variability in Adolescence is Associated With Altered Brain Development," *Developmental Cognitive Neuroscience*, vol. 14 (2015): 16–22.

- Fanni Bányai, Ágnes Zsila, Orsolya Király, Aniko Maraz, Zsuzsanna Elekes, Mark D. Griffiths, Cecilie Schou Andreassen, and Zsolt Demetrovics, "Problematic Social Media Use: Results from a Large-Scale Nationally Representative Adolescent Sample," *PLOS ONE*, vol. 12, no. 1 (2017): e0169839.

- Halley M. Pontes, "Investigating the Differential Effects of Social Networking Site Addiction and Internet Gaming Disorder on Psychological Health," *Journal of Behavioral Addictions*, vol. 6, no. 4 (2017): 601–610.

- Ine Beyens, J. Loes Pouwels, Irene I. van Driel, Loes Keijsers, and Patti M. Valkenburg, "The Effect of Social Media on Wellbeing Differs from Adolescent to Adolescent," *Scientific Reports*, vol. 10 (2020): 10763.

- Jacqueline Nesi, Rebecca Dredge, Anne J Maheux, Savannah R. Roberts, Kara Anne Fox, and Sophia Choukas-Bradley, "Peer Experiences via Social Media," *Encyclopedia of Child and Adolescent Health*, ed. Jacqueline Nesi (Amsterdam: Elsevier, 2023): 182–195.

- Jacqueline Nesi, Sophia Choukas-Bradley, and Mitchell J. Prinstein, "Transformation of Adolescent Peer Relations in the Social Media Context: Part 1—A Theoretical Framework and Application to Dyadic Peer Relationships," *Clinical Child & Family Psychology Review*, vol. 21, no. 3 (2018): 267–294.

- Jacqueline Nesi, W. Andrew Rothenberg, Alexandra H. Bettis, Maya Massing-Schaffer, Kara A. Fox, Eva H. Telzer, Kristen A. Lindquist, Mitchell J. Prinstein, "Emotional Responses to Social

Media Experiences Among Adolescents: Longitudinal Associations with Depressive Symptoms," *Journal of Clinical Child & Adolescent Psychology*, vol. 51, no. 6 (2022): 907–922.

- Jacqueline Nesi, William A. Rothenberg, Andrea M. Hussong, and Kristina M. Jackson, "Friends' Alcohol-Related Social Networking Site Activity Predicts Escalations in Adolescent Drinking: Mediation by Peer Norms," *Journal of Adolescent Health*, vol. 60, no. 6 (2017): 641–647.

- James A. Roberts, Phil D. Young, and Meredith E. David, "The Epidemic of Loneliness: A 9-Year Longitudinal Study of the Impact of Passive and Active Social Media Use on Loneliness," *Society for Personality and Social Psychology* (2024): 1–15.

- Jeffrey A Hall, Ric G Steele, Jennifer L Christofferson, and Teodora Mihailova, "Development and Initial Evaluation of a Multidimensional Digital Stress Scale," *Psychological Assessment*, vol. 33, no. 3 (2021): 230–242.

- Jessica S. Flannery, Kaitlyn Burnell, Seh-Joo Kwon, Nathan A. Jorgensen, Mitchell J. Prinstein, Kristen A. Lindquist, and Eva H. Telzer, "Developmental Changes in Brain Function Linked with Addiction-Like Social Media Use Two Years Later," *Social Cognitive and Affective Neuroscience*, vol. 19, no. 1 (2024): nsae008.

- Joseph B. Bayer, Penny Triệu, and Nicole B. Ellison, "Social Media Elements, Ecologies, and Effects," *Annual Review of Psychology*, vol. 71 (2020): 471–497.

- Judith Owens, Rolanda Maxim, Melissa McGuinn, Chantelle Nobile, Michael Msall, and Anthony Alario, "Television-Viewing Habits and Sleep Disturbance in School Children," *Pediatrics*, vol. 104, no. 3 (1999): e27–e27.

- Kaitlyn Burnell, Diana J. Meter, Fernanda C. Andrade, Ashley N. Slocum, Madeleine J. George, "The Effects of Social Media Restriction: Meta-Analytic Evidence from Randomized Controlled Trials," *SSM - Mental Health*, vol. 7 (2025): 100459.

- Kaitlyn Burnell, Jessica S. Flannery, Kara A. Fox, Mitchell J. Prinstein, and Eva H. Telzer, "U.S. Adolescents' Daily Social Media Use and Well-Being: Exploring the Role of Addiction-like Social Media Use*," Journal of Children and Media*, vol. 19, no. 1: 194–212.

- Kara A. Fox, Elizabeth Nick, Jacqueline Nesi, Eva H. Telzer, and Mitchell J. Prinstein, "Why Haven't You Texted Me Back? Adolescents' Digital Entrapment, Friendship Conflict, and Perceived General Health," *Journal of Clinical Child & Adolescent Psychology* (2023): 1–11.

- Lauren E Sherman, Ashley A Payton, Leanna M Hernandez, Patricia M Greenfield, and Mirella Dapretto, "The Power of the Like in Adolescence: Effects of Peer Influence on Neural and Behavioral Responses to Social Media," *Psychological Science*, vol. 27, no. 7 (2016): 1027–1035.

- Lauren E. Sherman, Leanna M. Hernandez, Patricia M. Greenfield, and Mirella Dapretto, "What the Brain 'Likes': Neural Correlates of Providing Feedback on Social Media," *Social Cognitive and Affective Neuroscience*, vol. 13, no. 7 (2018): 699–707.

- Lauren Hale, Xian Li, Lauren E. Hartstein, and Monique K. LeBourgeois, "Media Use and Sleep in Teenagers: What Do We Know?" *Current Sleep Medicine Reports*, vol. 5 (2019): 128–134.

- Leena Paakkari, Jorma Tynjälä, Henri Lahti, Kristiina Ojala, and Nelli Lyyra, "Problematic Social Media Use and Health Among Adolescents," *International Journal of Environmental Research and Public Health*, vol. 18, no. 4 (2021): 1885.

- Maartje Boer, Gonneke W. J. M. Stevens, Catrin Finkenauer, and Regina J. J. M. van den Eijnden, "The Course of Problematic Social Media Use in Young Adolescents: A Latent Class Growth Analysis," *Child Development*, vol. 93 (2022): e168–e187.

- Maria Pagano, Veronica Bacaro, and Elisabetta Crocetti, "Using Digital Media or Sleeping … That Is the Question: A Meta-Analysis on Digital Media Use and Unhealthy Sleep in Adolescence," *Computers in Human Behavior*, vol. 146, no. 1 (2023): 107813.

- Maria T. Maza, Kara A. Fox, Seh-Joo Kwon, Jessica E. Flannery, Kristen A. Lindquist, Mitchell J. Prinstein, and Eva H. Telzer, "Association of Habitual Checking Behaviors on Social Media with Longitudinal Functional Brain Development," *JAMA Pediatrics*, vol. 177, no. 2 (2023): 160–167.

- Megan A. Moreno and Yalda T. Uhls, "Applying an Affordances Approach and a Developmental Lens to Approach Adolescent Social Media Use," *Digital Health*, vol. 5 (2019): 1–6.

- Michael Gradisar, Greg Gardner, and Hayley Dohnt, "Recent Worldwide Sleep Patterns and Problems During Adolescence: A Review and Meta-Analysis of Age, Region, and Sleep," *Sleep Medicine*, vol. 12, no. 2 (2011): 110–118.

- Michelle Achterberg, Andrik Becht, Renske van der Cruijsen, Ilse H. van de Groep, Jochem P. Spaans, Eduard Klapwijk, and Eveline A. Crone, "Longitudinal Associations Between Social Media Use, Mental Well-Being and Structural Brain Development Across Adolescence," *Developmental Cognitive Neuroscience*, vol. 54 (2022): 101088.

- Mijke Boer, Regina J.J.M. van den Eijnden, Catrin Finkenauer, Meyran Boniel-Nissim, Claudia Marino, Joanna Inchley, Alina Cosma, Leena Paakkari, Gonneke W J M Stevens, "Cross-National Validation of the Social Media Disorder Scale: Findings from Adolescents from 44 Countries," *Addiction*, vol. 117, no. 3 (2022): 784–795.

- Monique K. LeBourgeois, Lauren Hale, Anne M. Chang, Lameese D. Akacem, Hawley E. Montgomery-Downs, and Orfeu M. Buxton, "Digital Media and Sleep in Childhood and Adolescence," *Pediatrics*, vol. 140, Supplement 2 (2017): S92–S96.

- Neralie Cain and Michael Gradisar, "Electronic Media Use and Sleep in School-Aged Children and Adolescents: A Review," *Sleep Medicine*, vol. 11, no. 8 (2010): 735–742.

- Neza Stiglic and Russell M. Viner, "Effects of Screentime on the Health and Well-Being of Children and Adolescents: A Systematic Review of Reviews," *BMJ Open*, vol. 9, no. 1 (2019): e023191.

- Olivia E Atherton, Katherine M Lawson, and Richard W Robins, "The Development of Effortful Control from Late Childhood to Young Adulthood," *Journal of Personality and Social Psychology*, vol. 119, no. 2 (2020): 417–456.

- Patti M. Valkenburg and Jochen Peter, "The Differential Susceptibility to Media Effects Model," *Journal of Communication*, vol. 63 (2013): 221–243.

- Regina J.J.M. van den Eijnden, Jeroen S. Lemmens, and Patti M. Valkenburg, "The Social Media Disorder Scale," *Computers in Human Behavior*, vol. 61 (2016): 478–487.

- Ric G. Steele, Jeffrey A. Hall, and Jennifer L. Christofferson, "Conceptualizing Digital Stress in Adolescents and Young Adults: Toward the Development of an Empirically Based Model," *Clinical Child and Family Psychology Review*, vol. 23, no. 1 (2020): 15–26.

- Sandro Galea, Gillian J. Buckley, and Alexis Wojtowicz, *Social Media and Adolescent Health.* (The National Academies Press, 2024).

- Sara R Jaffee, "Child Maltreatment and Risk for Psychopathology in Childhood and Adulthood," *The Annual Review of Clinical Psychology*, vol. 13 (2017): 252–551.

- Sarah M. Coyne, Adam A. Rogers, Jessica D. Zurcher, Laura Stockdale, and McCall Booth, "Does Time Spent Using Social Media Impact Mental Health? An Eight Year Longitudinal Study," *Computers in Human Behavior*, vol. 104 (2020): 106160.

- Sarah-Jayne Blakemore and Kathryn L. Mills, "Is Adolescence a Sensitive Period for Sociocultural Processing?" *Annual Review of Psychology*, vol. 65 (2014): 187–207.

- Sarah-Jayne Blakemore and Trevor W. Robbins, "Decision-Making in the Adolescent Brain," *Nature Neuroscience*, vol. 15 (2012): 1184–1191.

- Scott E. Caplan, "Theory and Measurement of Generalized Problematic Internet Use: A Two-Step Approach," *Computers in Human Behavior*, vol. 26, no. 5 (2010): 1089–1097.

- Sebastian Kurten, Robyn Vanherle, Kathleen Beullens, Winifred A. Gebhardt, Bas van den Putte, and Hanneke Hendriks, "Like to Drink: Dynamics of Liking Alcohol Posts and Effects on Alcohol Use," *Computers in Human Behavior*, vol. 129 (2022): 107145.

- Shalini Paruthi, Lee J. Brooks, Carolyn D'Ambrosio, Wendy A. Hall, Suresh Kotagal, Robin M. Lloyd, Beth A. Malow, Kiran Maski, Cynthia Nichols, Stuart F. Quan, Carol L. Rosen, Matthew M. Troester, Merrill S. Wise, "Consensus Statement of the American Academy of Sleep

Medicine on the Recommended Amount of Sleep for Healthy Children: Methodology and Discussion," *Journal of Clinical Sleep Medicine*, vol. 12, no. 11 (2016): 1549–1561.

- Silvia Casale and Vanessa Banchi, "Narcissism and Problematic Social Media Use: A Systematic Literature Review," *Addictive Behaviors Reports*, vol. 11 (2020): 100252.

- Sonia Livingstone and Peter K. Smith, "Annual Research Review: Harms Experienced by Child Users of Online and Mobile Technologies: The Nature, Prevalence, and Management of Sexual and Aggressive Risks in the Digital Age," *Journal of Child Psychology and Psychiatry*, vol. 55, no. 6 (2014): 635–654.

- Sophia Choukas-Bradley, Savannah R. Roberts, Anne J. Maheux, and Jacqueline Nesi, "The Perfect Storm: A Developmental-Sociocultural Framework for the Role of Social Media in Adolescent Girls' Body Image Concerns and Mental Health," *Clinical Child and Family Psychology Review*, vol. 25 (2022): 681–701.

- Stephanie Van der Lely, Silvia Frey, Corrado Garbazza, Anna Wirz-Justice, Oskar G. Jenni, Roland Steiner, Stefan Wolf, Christian Cajochen, Vivien Bromundt, and Christina Schmidt, "Blue Blocker Glasses as a Countermeasure for Alerting Effects of Evening Light-Emitting Diode Screen Exposure in Male Teenagers," *Journal of Adolescent Health*, vol. 56, no. 1 (2015): 113–119.

- Susanne E. Baumgartner, "The Effects of Digital Media and Media Multitasking on Attention Problems and Sleep," *Handbook of Adolescent Digital Media Use and Mental Health*, ed. Jacqueline Nesi, Eva H. Telzer, and Mitchell J. Prinstein (Cambridge, UK: Cambridge University Press, 2022): 317–337.

- Xuewen Wang and Arlette C. Perry, "Metabolic and Physiologic Responses to Video Game Play in 7-to 10-Year-Old Boys," *Archives of Pediatrics & Adolescent Medicine*, vol. 160, no. 4 (2006): 411-415.

- Yunyu Xiao, Yuan Meng, Timothy T. Brown, Katherine M. Keyes, and J. John Mann, "Addictive Screen Use Trajectories and Suicidal Behaviors, Suicidal Ideation, and Mental Health in US Youths," *JAMA*, vol. 334, no. 3 (2025): 219–228.

## A.3. Websites, articles, and press releases

- "About APA," American Psychological Association, accessed July 28, 2025, https://www.apa.org/about.

- Adam Mosseri, "Shedding More Light on How Instagram Works," Instagram, June 8, 2021, https://about.instagram.com/blog/announcements/shedding-more-light-on-how-instagram-works.