# Exhibit 44

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*<br>Defendants<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**REBUTTAL TRIAL REPORT OF DR. LAUREN HALE, PHD**
**JULY 30, 2025**

CONFIDENTIAL

processing.[25] They also found that the intervention group had decreased depressive symptoms after the intervention, compared to the control group which did not.[26]

(25) Experimental improvements in sleep quality also demonstrate reductions in anxiety. In another experimental study, approximately half of enrolled adolescents (total n=123) were exposed to a multicomponent sleep intervention for 7 weeks, with one 90-minute-long group session per week. Compared to the control group, those who received the sleep intervention saw improvements in subjectively measured sleep quality, daytime sleepiness, and sleep onset latency (also measured through actigraphy), in addition to decreases in anxiety symptoms (using the Spence Children's Anxiety Scale).[27] I include these studies to demonstrate that there is causal evidence of the benefits of sleep interventions, including restricting social media before, during, and after bedtime, for a range of cognitive and mental health outcomes.

(26) More generally, Dr. Honaker and I appear to agree that insufficient sleep is both prevalent and problematic among adolescents.[28] However, Dr. Honaker offers only a limited explanation of clinical significance of sleep deficiency and non-restorative sleep during adolescence, despite clinical significance being one of her six methodological considerations for evaluating causation.[29] To orient my response to Dr. Honaker's evaluation, it is worth briefly summarizing the extensive literature on the clinical significance of sleep.

(27) **Regular sufficient restorative sleep is critical for cognitive, psychological, and physical wellbeing**. The scientific literature describes wide-ranging benefits of sleep health, which includes multiple dimensions such as duration, quality, timing, and regularity.[30] Experimental studies of sleep consistently demonstrate numerous benefits of adequate sleep relative to inadequate sleep across myriad measures of wellbeing. For example, sleep deprivation/sleep restriction causes short-term harm to accuracy and speed of task performance, decision making, mood, and physiological wellbeing.[31] Sleep extension studies show that even "normal" sleepers can benefit when sleep is

---

[25] Dewald-Kaufmann JF, Oort FJ, Meijer AM. The effects of sleep extension on sleep and cognitive performance in adolescents with chronic sleep reduction: an experimental study. *Sleep Med*. Jun 2013;14(6):510-7. doi:10.1016/j.sleep.2013.01.012.

[26] Dewald-Kaufmann JF, Oort FJ, Meijer AM. The effects of sleep extension and sleep hygiene advice on sleep and depressive symptoms in adolescents: a randomized controlled trial. *J Child Psychol Psychiatry*. Mar 2014;55(3):273-83. doi:10.1111/jcpp.12157.

[27] Blake M, Waloszek JM, Schwartz O, et al. The SENSE study: Post intervention effects of a randomized controlled trial of a cognitive-behavioral and mindfulness-based group sleep improvement intervention among at-risk adolescents. *J Consult Clin Psychol*. Dec 2016;84(12):1039-1051. doi:10.1037/ccp0000142.

[28] Honaker Report, ¶¶ 39–41.

[29] Honaker Report, ¶ 69.

[30] Czeisler CA. Duration, timing and quality of sleep are each vital for health, performance and safety. *Sleep Health*. Mar 2015;1(1):5-8. doi:10.1016/j.sleh.2014.12.008; Chaput JP, Dutil C, Featherstone R, et al. Sleep timing, sleep consistency, and health in adults: a systematic review. *Appl Physiol Nutr Metab*. Oct 2020;45(10 (Suppl. 2)):S232-S247. doi:10.1139/apnm-2020-0032.

[31] Ratcliff R, Van Dongen HP. Diffusion model for one-choice reaction-time tasks and the cognitive effects of sleep

extended to fully meet "need," with improvements in mental health,[32] task performance,[33] food desire,[34] and metabolism.[35] A 2021 meta-analysis of 65 randomized controlled trials (n=8,608 participants) demonstrated that improving sleep caused better mental health, less depression, less anxiety, less rumination, less stress, and fewer psychosis symptoms.[36]

(28) **Sleep health among youth, including both sleep duration and sleep timing, is particularly important for cognitive and emotional outcomes.** Among children and adolescents, hundreds of studies indicate the essential role of healthy sleep duration for cognition and emotional wellbeing.[37] In

---

deprivation. *Proc Natl Acad Sci U S A*. Jul 5 2011;108(27):11285-90. doi:10.1073/pnas.1100483108; Whitney P, Hinson JM, Jackson ML, Van Dongen HP. Feedback Blunting: Total Sleep Deprivation Impairs Decision Making that Requires Updating Based on Feedback. *Sleep*. May 1 2015;38(5):745-54. doi:10.5665/sleep.4668; Rossa KR, Smith SS, Allan AC, Sullivan KA. The effects of sleep restriction on executive inhibitory control and affect in young adults. *J Adolesc Health*. Aug 2014;55(2):287-92. doi:10.1016/j.jadohealth.2013.12.034; Ferrara M, Bottasso A, Tempesta D, Carrieri M, De Gennaro L, Ponti G. Gender differences in sleep deprivation effects on risk and inequality aversion: evidence from an economic experiment. *PLoS One*. 2015;10(3):e0120029. doi:10.1371/journal.pone.0120029; Van Dongen HP, Maislin G, Mullington JM, Dinges DF. The cumulative cost of additional wakefulness: dose-response effects on neurobehavioral functions and sleep physiology from chronic sleep restriction and total sleep deprivation. *Sleep*. Mar 15 2003;26(2):117-26; McMakin DL, Dahl RE, Buysse DJ, et al. The impact of experimental sleep restriction on affective functioning in social and nonsocial contexts among adolescents. J Child Psychol Psychiatry. Sep 2016;57(9):1027-37. doi:10.1111/jcpp.12568; Minkel JD, Banks S, Htaik O, et al. Sleep deprivation and stressors: evidence for elevated negative affect in response to mild stressors when sleep deprived. *Emotion*. Oct 2012;12(5):1015-20. doi:10.1037/a0026871; Yoo SS, Hu PT, Gujar N, Jolesz FA, Walker MP. A deficit in the ability to form new human memories without sleep. *Nat Neurosci*. Mar 2007;10(3):385-92. doi:10.1038/nn1851; Gujar N, Yoo SS, Hu P, Walker MP. Sleep deprivation amplifies reactivity of brain reward networks, biasing the appraisal of positive emotional experiences. *J Neurosci*. Mar 23 2011;31(12):4466-74. doi:10.1523/JNEUROSCI.3220-10.2011; Gruber R, Cassoff J, Frenette S, Wiebe S, Carrier J. Impact of sleep extension and restriction on children's emotional lability and impulsivity. Pediatrics. Nov 2012;130(5):e1155-61. doi:10.1542/peds.2012-0564; Vohs KD, Glass BD, Maddox WT, Markman AB. Ego depletion is not just fatigue: Evidence from a total sleep deprivation experiment. *Social Psychological and Personality Science*. 2010;2(2):166-173; Greer SM, Goldstein AN, Walker MP. The impact of sleep deprivation on food desire in the human brain. *Nat Commun*. 2013;4:2259. doi:10.1038/ncomms3259; Spiegel K, Tasali E, Penev P, Van Cauter E. Brief communication: Sleep curtailment in healthy young men is associated with decreased leptin levels, elevated ghrelin levels, and increased hunger and appetite. *Ann Intern Med*. Dec 7 2004;141(11):846-50; Buxton OM, Pavlova M, Reid EW, Wang W, Simonson DC, Adler GK. Sleep restriction for 1 week reduces insulin sensitivity in healthy men. *Diabetes*. Sep 2010;59(9):2126-33. doi:10.2337/db09-0699; van Leeuwen WM, Lehto M, Karisola P, et al. Sleep restriction increases the risk of developing cardiovascular diseases by augmenting proinflammatory responses through IL-17 and CRP. *PLoS One*. 2009;4(2):e4589. doi:10.1371/journal.pone.0004589.

[32] Dewald-Kaufmann JF, Oort FJ, Meijer AM. The effects of sleep extension and sleep hygiene advice on sleep and depressive symptoms in adolescents: a randomized controlled trial. *J Child Psychol Psychiatry*. Mar 2014;55(3):273-83. doi:10.1111/jcpp.12157; Gruber R, Cassoff J, Frenette S, Wiebe S, Carrier J. Impact of sleep extension and restriction on children's emotional lability and impulsivity. *Pediatrics*. Nov 2012;130(5):e1155-61. doi:10.1542/peds.2012-0564; Scott AJ, Webb TL, Martyn-St James M, Rowse G, Weich S. Improving sleep quality leads to better mental health: A meta-analysis of randomised controlled trials. *Sleep Med Rev*. Dec 2021;60:101556. doi:10.1016/j.smrv.2021.101556.

[33] Kamdar BB, Kaplan KA, Kezirian EJ, Dement WC. The impact of extended sleep on daytime alertness, vigilance, and mood. *Sleep Med*. Sep 2004;5(5):441-8. doi:10.1016/j.sleep.2004.05.003.

[34] Tasali E, Chapotot F, Wroblewski K, Schoeller D. The effects of extended bedtimes on sleep duration and food desire in overweight young adults: a home-based intervention. *Appetite*. Sep 2014;80:220-4. doi:10.1016/j.appet.2014.05.021.

[35] Leproult R, Deliens G, Gilson M, Peigneux P. Beneficial impact of sleep extension on fasting insulin sensitivity in adults with habitual sleep restriction. *Sleep*. May 1 2015;38(5):707-15. doi:10.5665/sleep.4660.

[36] Scott AJ, Webb TL, Martyn-St James M, Rowse G, Weich S. Improving sleep quality leads to better mental health: A meta-analysis of randomised controlled trials. *Sleep Med Rev*. Dec 2021;60:101556. doi:10.1016/j.smrv.2021.101556.

[37] Tarokh L, Saletin JM, Carskadon MA. Sleep in adolescence: Physiology, cognition and mental health. *Neurosci Biobehav Rev*. Nov 2016;70:182-188. doi:10.1016/j.neubiorev.2016.08.008; Short MA, Booth SA, Omar O, Ostlundh L,

(34) Dr. Honaker's critique also fails to incorporate the fact that interactive forms of screen use, such as social media use, have a stronger negative association with sleep health compared to more passive viewing. Compared to more passive forms of screen time (e.g., television watching), the scientific literature consistently shows that more interactive forms of screen use (e.g., specifically social media use) have a larger association with later sleep onset.[55] The stronger link between social media use and sleep than other forms of screen time may be due to both the physical interactivity with the screen (e.g., needing to use one's finger to keep the screen active, with continuous scrolling), the fact that social media is often done in bed (e.g., compared to gaming), and the interactive aspects of social media. Design features (e.g., notifications, infinite scroll, autoplay, ephemeral content, and tailored algorithms) of social media platforms such as Facebook and Instagram that facilitate this prolonged interaction interfere with sleep.[56] This evidence is supported by a recent high quality study in which the association between screen use and sleep was measured objectively within the same individual night after night (n=79, in 11-15 year-olds). The study found that within person, nights with more interactive screen use were the most strongly associated with delayed sleep onset and shorter sleep duration.[57] Further a recent survey of 1,510 11–13 year-olds shows Further, a recent survey of 1,510 11–13 year-olds showing that regular use of social media is more strongly associated with poorer weekday sleep duration outcomes than other forms of screen use.[58] In that study, survey participants who regularly use social media sleep about half an hour less per night than those who do not. Yet, there are fewer differences in sleep duration between survey participants who do and do not use other forms of digital media (e.g., streaming and gaming).

---

[55] Bartel KA, Gradisar M, Williamson P. Protective and risk factors for adolescent sleep: a meta-analytic review. *Sleep Med Rev*. Jun 2015;21:72-85. doi:10.1016/j.smrv.2014.08.002; Lund L, Solvhoj IN, Danielsen D, Andersen S. Electronic media use and sleep in children and adolescents in western countries: a systematic review. *BMC Public Health*. Sep 30 2021;21(1):1598. doi:10.1186/s12889-021-11640-9; Brautsch LA, Lund L, Andersen MM, Jennum PJ, Folker AP, Andersen S. Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep Med Rev*. Apr 2023;68:101742. doi:10.1016/j.smrv.2022.101742. Brosnan B, Haszard JJ, Meredith-Jones KA, Wickham SR, Galland BC, Taylor RW. Screen use at bedtime and sleep duration and quality among youths. *JAMA Pediatr*. Nov 1 2024;178(11):1147-1154.

[56] Reichenberger DA, Mathew GM, Brombach RK, et al. Designing sleep disruption: The digital persuasion underlying screen use and sleep. *Sleep Med Rev*. Feb 2025;79:102026. doi:10.1016/j.smrv.2024.102026.

[57] Brosnan B, Haszard JJ, Meredith-Jones KA, Wickham SR, Galland BC, Taylor RW. Screen use at bedtime and sleep duration and quality among youths. *JAMA Pediatr*. Nov 1 2024;178(11):1147-1154.

[58] Martin JD, Song SW, Rote WR, et al. The Life in Media Survey: A baseline study of digital media use and well-being among 11-13-year-olds. Accessed July 29, 2025. lifemediasurvey.org.

**Figure 2: Regular social media use among 11–13-year-old youth is associated with shorter sleep duration compared to those who are rare or never users**



Source: Martin JD, Song SW, Rote WR, et al. The Life in Media Survey: A baseline study of digital media use and well-being among 11-13 year-olds. Accessed July 29, 2025. lifemediasurvey.org.

(35) Recent systematic reviews also make the point that, across various individual studies, patterns emerge, showing that more interactive media use (e.g., social media) is worse for sleep health compared to the associations with more passive media use (e.g., television watching).[59] Brautsch et al. highlights multiple reasons why interactive use of smartphones at night may be more disruptive for sleep, including (1) holding the device closer to the face with risk of blue light exposure, (2) the ability to bring the social media platform on the smartphone into the bed, (3) smartphones often being placed near the bed (or in the bed) where vibrations from notifications can disrupt sleep onset or sleep directly, and (4) "[t]he nighttime use of smartphones and social media may be particularly likely to influence sleep, as young people who are exchanging messages right before bed may find it difficult

---

[59] Lund L, Solvhoj IN, Danielsen D, Andersen S. Electronic media use and sleep in children and adolescents in western countries: a systematic review. *BMC Public Health*. Sep 30 2021;21(1):1598. doi:10.1186/s12889-021-11640-9; Brautsch LA, Lund L, Andersen MM, Jennum PJ, Folker AP, Andersen S. Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep Med Rev*. Apr 2023;68:101742. doi:10.1016/j.smrv.2022.101742.

**causal standards.**[176] First, the use of screen time as a proxy for social media is not perfect but it is reasonable (See Section III). Second, Dr. Honaker has not provided sufficient justification for why young adulthood cannot be generalized to adolescents. In my expert opinion, sufficient causal evidence is described from experimental studies discussed above, especially when combined with the overwhelming consistency of other study results.

(82) **Dr. Honaker uses an inappropriate standard of evidence threshold.** As Dr. Honaker acknowledges, the scientific criteria to conclusively establish causality—typically a double-blinded, randomized controlled trial—"is not possible in research on screen use or social media use."[177] But that does not mean it is necessary to ascertain the likelihood that social media use harms adolescents, particularly in a context where decisions are made based on the best available evidence. For the question at hand, does social media (specifically Meta platforms) impair sleep of youth, this standard of evidence has been well documented with widespread scientific consensus (see above). In contrast, in her expert witness report, Dr. Honaker holds to the null hypothesis (i.e., that there is not sufficient evidence to demonstrate a causal relationship between social media and sleep health among teenagers) using a very conservative (even among scientists) threshold for scientific evidence of causality with limited ability to generalize across studies.[178] However, Dr. Honaker does not appear to apply the same strict standard of evidence in drawing other causal conclusions, for example, in stating that "studying, jobs, and extracurriculars…can *cause* heightened stress for adolescents"; that "[t]obacco has been shown to cause later sleep onset in adults"; and "[a]lcohol use tends to cause sleep maintenance difficulties."[179] Similarly, Dr. Honaker apparently views the evidence as strong enough in practice to recommend interventions to parents, stating "regardless of all these issues that may be stacked against your kid or all these issues that are *causing* them to not get enough sleep, having a parent who has screen time limits and tries to enforce a set bedtime really is protective."[180]

---

[176] Honaker Report, ¶¶ 122–132.

[177] Honaker Report, ¶¶ 59–60.

[178] Indeed, evidence for proving the causal link between smoking and lung cancer is based on associational evidence. Lyons VH, Robinson JR, Mills B, Killien EY, Mooney SJ. A clinician's guide to conducting research on causal effects. *J Surg Res*. Oct 2022;278:155-160. doi:10.1016/j.jss.2022.04.059.

[179] Honaker Report, ¶¶ 44, 50. Dr. Honaker does not cite any support for her claim about heightened stress. For her claims relating to tobacco use and alcohol use, she cites a systematic review of *cross-sectional* and *longitudinal* studies that concludes "[t]he reviewed studies identify sleep disturbances that are *associated* with adolescents' substance use. Future use of longitudinal designs could extend the findings of this review and provide a deeper understanding of adolescent substance use and sleep disturbances. With the *current evidence consisting of mostly small number of descriptive, self-reported sleep related studies and the considerable limited generalizability, it may be difficult to draw a definite conclusion*. However, the findings of this review warrant the attention of health care professionals to assess the effects of chronic sleep problems especially among adolescent substance users." (emphasis added). Kwon M, Park E, Dickerson SS. Adolescent substance use and its association to sleep disturbances: A systematic review. *Sleep Health*. 019;5(4):382-394.doi:10.1016/j.sleh.2019.06.001.

[180] Bauer, N. Let's talk: Common sleep issues through childhood with Dr. Sarah Honaker. Youtube. Nov 25, 2021. Available at: https://www.youtube.com/watch?v=CDY4SAyk2UQ. (emphasis in original).

# Appendix A. Materials considered

In addition to all materials below, I incorporate by reference all materials used or cited in the footnotes of my report.

## A.1. Legal

- Amended Complaint for Injunctive and Other Relief. People of the State of California, et al. v. Meta Platforms, Inc., et al. (N.D. Cal. No. 4:23-cv-05448-YGR) (June 9, 2025) (redacted).

## A.2. Expert reports

- Expert Rebuttal Report of Dr Sarah Morsbach Honaker, July 9, 2025.
- Expert Report of Bradley Zicherman, Ph.D., May 16, 2025.

## A.3. Discovery

- HAUGEN_00020135

## A.4. Books and academic papers

- Ahmed O, Walsh EI, Dawel A, Alateeq K, Espinoza Oyarce DA, Cherbuin N. Social media use, mental health and sleep: A systematic review with meta-analyses. *J Affect Disord*. Dec 2024;367:701–712. doi: 10.1016/j.jad.2024.08.193.

- Alonzo R, Hussain J, Stranges S, Anderson KK. Interplay between social media use, sleep quality, and mental health in youth: A systematic review. *Sleep Med Rev*. Apr 2021;56:101414. doi:10.1016/j.smrv.2020.101414.

- Aslund L, Arnberg F, Kanstrup M, Lekander M. Cognitive and behavioral interventions to improve sleep in school-age children and adolescents: A systematic review and meta-analysis. *J Clin Sleep Med*. Nov 15 2018;14(11):1937-1947. doi:10.5664/jcsm.7498.

- Baizer L, Bures R, Nadkarni G, et al. Big data approaches for novel mechanistic insights on sleep and circadian rhythms: A workshop summary. *Sleep*. Feb 13 2025;doi:10.1093/sleep/zsaf035.

Rebuttal Trial Report of Lauren Hale, PhD

- Bartel K, Scheeren R, Gradisar M. Altering adolescents' pre-bedtime phone use to achieve better sleep health. *Health Commun*. Apr 2019;34(4):456-462. doi:10.1080/10410236.2017.1422099.

- Bartel KA, Gradisar M, Williamson P. Protective and risk factors for adolescent sleep: a meta-analytic review. *Sleep Med Rev*. Jun 2015;21:72-85. doi:10.1016/j.smrv.2014.08.002.

- Bauducco S, Pillion M, Bartel K, Reynolds C, Kahn M, Gradisar M. A bidirectional model of sleep and technology use: A theoretical review of how much, for whom, and which mechanisms. *Sleep Med Rev*. Aug 2024;76:101933. doi:10.1016/j.smrv.2024.101933.

- Blake M, Waloszek JM, Schwartz O, et al. The SENSE study: Post intervention effects of a randomized controlled trial of a cognitive-behavioral and mindfulness-based group sleep improvement intervention among at-risk adolescents. *J Consult Clin Psychol*. Dec 2016;84(12):1039-1051. doi:10.1037/ccp0000142.

- Bowers JM, Moyer A. Effects of school start time on students' sleep duration, daytime sleepiness, and attendance: a meta-analysis. *Sleep Health*. Dec 2017;3(6):423-431. doi:10.1016/j.sleh.2017.08.004.

- Brautsch LA, Lund L, Andersen MM, Jennum PJ, Folker AP, Andersen S. Digital media use and sleep in late adolescence and young adulthood: A systematic review. *Sleep Med Rev*. Apr 2023;68:101742. doi:10.1016/j.smrv.2022.101742.

- Brown TM, Brainard GC, Cajochen C, et al. Recommendations for daytime, evening, and nighttime indoor light exposure to best support physiology, sleep, and wakefulness in healthy adults. *PLoS Biol*. Mar 2022;20(3):e3001571. doi:10.1371/journal.pbio.3001571.

- Brosnan B, Haszard JJ, Meredith-Jones KA, Wickham SR, Galland BC, Taylor RW. Screen use at bedtime and sleep duration and quality among youths. *JAMA Pediatr*. Nov 1 2024;178(11):1147-1154.

- Browne DT, May SS, Colucci L, et al. From screen time to the digital level of analysis: a scoping review of measures for digital media use in children and adolescents. *BMJ Open*. May 19 2021;11(5):e046367. doi:10.1136/bmjopen-2020-046367.

- Burnell K, Garrett SL, Nelson BW, Prinstein MJ, Telzer EH. Daily links between objective smartphone use and sleep among adolescents. *J Adolesc*. Aug 2024;96(6):1171-1181. doi:10.1002/jad.12326.

- Buxton OM, Pavlova M, Reid EW, Wang W, Simonson DC, Adler GK. Sleep restriction for 1 week reduces insulin sensitivity in healthy men. *Diabetes*. Sep 2010;59(9):2126-33. doi:10.2337/db09-0699.

- Carter B, Rees P, Hale L, Bhattacharjee D, Paradkar MS. Association between portable screen-based media device access or use and sleep outcomes: A systematic review and meta-analysis. *JAMA Pediatr*. Dec 1 2016;170(12):1202-1208. doi:10.1001/jamapediatrics.2016.2341.

- Castelo N, Kushlev K, Ward AF, Esterman M, Reiner PB. Blocking mobile internet on smartphones improves sustained attention, mental health, and subjective well-being. *PNAS Nexus*. Feb 2025;4(2):pgaf017. doi:10.1093/pnasnexus/pgaf017.

- Chang AM, Aeschbach D, Duffy JF, Czeisler CA. Evening use of light-emitting eReaders negatively affects sleep, circadian timing, and next-morning alertness. *Proc Natl Acad Sci U S A*. Jan 27 2015;112(4):1232-7. doi:10.1073/pnas.1418490112.

- Chaput JP, Dutil C, Featherstone R, et al. Sleep timing, sleep consistency, and health in adults: a systematic review. *Appl Physiol Nutr Metab*. Oct 2020;45(10 (Suppl. 2)):S232-S247. doi:10.1139/apnm-2020-0032.

- Christakis D, Hale L, eds. *Handbook of Children and Screens: Digital Media, Development, and Well-being from Birth through Adolescence*. 2024. Springer, ed.

- Christakis D, Mathew GM, Reichenberger DA, Rodriguez IR, Ren B, Hale L. Adolescent smartphone use during school hours. *JAMA Pediatrics*. 2025.

- Christakis DA, Hale L. Toward defining problematic media usage patterns in adolescents. *JAMA*. Jun 17 2025;333(23):2045-2046.

- Crowley SJ, Wolfson AR, Tarokh L, Carskadon MA. An update on adolescent sleep: New evidence informing the perfect storm model. *J Adolesc*. Aug 2018;67:55-65. doi:10.1016/j.adolescence.2018.06.001.

- Czeisler CA. Duration, timing and quality of sleep are each vital for health, performance and safety. *Sleep Health*. Mar 2015;1(1):5-8. doi:10.1016/j.sleh.2014.12.008.

- Danner F, Phillips B. Adolescent sleep, school start times, and teen motor vehicle crashes. *J Clin Sleep Med*. Dec 15 2008;4(6):533-5.

- Dewald-Kaufmann JF, Oort FJ, Meijer AM. The effects of sleep extension and sleep hygiene advice on sleep and depressive symptoms in adolescents: a randomized controlled trial. *J Child Psychol Psychiatry*. Mar 2014;55(3):273-83. doi:10.1111/jcpp.12157.

- Dewald-Kaufmann JF, Oort FJ, Meijer AM. The effects of sleep extension on sleep and cognitive performance in adolescents with chronic sleep reduction: an experimental study. *Sleep Med*. Jun 2013;14(6):510-7. doi:10.1016/j.sleep.2013.01.012.

- Dibben GO, Martin A, Shore CB, et al. Adolescents' interactive electronic device use, sleep and mental health: a systematic review of prospective studies. *J Sleep Res*. Oct 2023;32(5):e13899. doi:10.1111/jsr.13899.

- Duh-Leong C, Maffini MV, Kassotis CD, Vandenberg LN, Trasande L. The regulation of endocrine-disrupting chemicals to minimize their impact on health. *Nat Rev Endocrinol*. Oct 2023;19(10):600-614. doi:10.1038/s41574-023-00872-x.

- Dutil C, Podinic I, Sadler CM, et al. Sleep timing and health indicators in children and adolescents: a systematic review. *Health Promot Chronic Dis Prev Can*. Apr 2022;42(4):150-169. doi:10.24095/hpcdp.42.4.04.

- Ferrara M, Bottasso A, Tempesta D, Carrieri M, De Gennaro L, Ponti G. Gender differences in sleep deprivation effects on risk and inequality aversion: evidence from an economic experiment. *PLoS One*. 2015;10(3):e0120029. doi:10.1371/journal.pone.0120029.

- Greer SM, Goldstein AN, Walker MP. The impact of sleep deprivation on food desire in the human brain. *Nat Commun*. 2013;4:2259. doi:10.1038/ncomms3259.

- Gruber R, Cassoff J, Frenette S, Wiebe S, Carrier J. Impact of sleep extension and restriction on children's emotional lability and impulsivity. *Pediatrics*. Nov 2012;130(5):e1155-61. doi:10.1542/peds.2012-0564.

- Gujar N, Yoo SS, Hu P, Walker MP. Sleep deprivation amplifies reactivity of brain reward networks, biasing the appraisal of positive emotional experiences. *J Neurosci*. Mar 23 2011;31(12):4466-74. doi:10.1523/JNEUROSCI.3220-10.2011.

- Hale L, Dzierzewski JM. Screens and sleep health - It's almost bedtime, time to put your phone away. *JAMA Pediatr*. Oct 1 2024;178(10):963-964. doi:10.1001/jamapediatrics.2024.2757.

- Hale L, Emanuele E, James S. Recent updates in the social and environmental determinants of sleep health. *Curr Sleep Med Rep*. Dec 2015;1(4):212-217. doi:10.1007/s40675-015-0023-y.

- Hale L, Guan S. Screen time and sleep among school-aged children and adolescents: a systematic literature review. *Sleep Med Rev*. Jun 2015;21:50-8. doi:10.1016/j.smrv.2014.07.007.

- Hale L, Hartstein LE, Ceranoglu TA. Social media and sleep health. *Pediatr Clin North Am*. Apr 2025;72(2):165-173. doi:10.1016/j.pcl.2024.07.032.

- Hale L, Kirschen GW, LeBourgeois MK, et al. Youth screen media habits and sleep: Sleep-friendly screen behavior recommendations for clinicians, educators, and parents. *Child Adolesc Psychiatr Clin N Am*. Apr 2018;27(2):229-245. doi:10.1016/j.chc.2017.11.014.

- Hamilton JL, Jorgensen SL, Crichlow Z, et al. Social media use and sleep outcomes among adolescents at high risk for suicide. *Cognitive Therapy*. 2023;17:53-71.

- Hartstein LE, Mathew GM, Reichenberger DA, et al. The impact of screen use on sleep health across the lifespan: A National Sleep Foundation consensus statement. *Sleep Health*. 2024;10(4):373-384.

- Hirshkowitz M, Whiton K, Albert SM, et al. National Sleep Foundation's updated sleep duration recommendations: final report. *Sleep Health*. Dec 2015;1(4):233-243. doi:10.1016/j.sleh.2015.10.004.

- Jones JJ, Kirschen GW, Kancharla S, Hale L. Association between late-night tweeting and next-day game performance among professional basketball players. *Sleep Health*. Feb 2019;5(1):68-71. doi:10.1016/j.sleh.2018.09.005.

- Kamdar BB, Kaplan KA, Kezirian EJ, Dement WC. The impact of extended sleep on daytime alertness, vigilance, and mood. *Sleep Med*. Sep 2004;5(5):441-8. doi:10.1016/j.sleep.2004.05.003.

- Kokka I, Mourikis I, Nicolaides NC, et al. Exploring the effects of problematic internet use on adolescent sleep: A systematic review. *Int J Environ Res Public Health*. Jan 18 2021;18(2)doi:10.3390/ijerph18020760.

- Kwon M, Park E, Dickerson SS. Adolescent substance use and its association to sleep disturbances: A systematic review. *Sleep Health*. Aug 2019;5(4):382-394.doi:10.1016/j.sleh.2019.06.001.

- LeBourgeois MK, Hale L, Chang AM, Akacem LD, Montgomery-Downs HE, Buxton OM. Digital media and sleep in childhood and adolescence. *Pediatrics*. Nov 2017;140(Suppl 2):S92-S96. doi:10.1542/peds.2016-1758J.

- Leproult R, Deliens G, Gilson M, Peigneux P. Beneficial impact of sleep extension on fasting insulin sensitivity in adults with habitual sleep restriction. *Sleep*. May 1 2015;38(5):707-15. doi:10.5665/sleep.4660.

- Lewy AJ, Wehr TA, Goodwin FK, Newsome DA, Markey SP. Light suppresses melatonin secretion in humans. *Science*. Dec 12 1980;210(4475):1267-9. doi:10.1126/science.7434030.

- Li X, Buxton OM, Lee S, Chang AM, Berger LM, Hale L. Sleep mediates the association between adolescent screen time and depressive symptoms. *Sleep Med*. May 2019;57:51-60. doi:10.1016/j.sleep.2019.01.029.

- Lund L, Solvhoj IN, Danielsen D, Andersen S. Electronic media use and sleep in children and adolescents in western countries: a systematic review. *BMC Public Health*. Sep 30 2021;21(1):1598. doi:10.1186/s12889-021-11640-9.

- Lyons VH, Robinson JR, Mills B, Killien EY, Mooney SJ. A clinician's guide to conducting research on causal effects. *J Surg Res*. Oct 2022;278:155-160. doi:10.1016/j.jss.2022.04.059.

- Magee L, Goldsmith LP, Chaudhry UAR, et al. Nonpharmacological interventions to lengthen sleep duration in healthy children: A systematic review and meta-analysis. *JAMA Pediatr*. Nov 1 2022;176(11):1084-1097. doi:10.1001/jamapediatrics.2022.3172.

- Martin KB, Bednarz JM, Aromataris EC. Interventions to control children's screen use and their effect on sleep: A systematic review and meta-analysis. *J Sleep Res*. Jun 2021;30(3):e13130. doi:10.1111/jsr.13130.

- Matricciani L, Paquet C, Galland B, Short M, Olds T. Children's sleep and health: A meta-review. *Sleep Med Rev*. Aug 2019;46:136-150. doi:10.1016/j.smrv.2019.04.011.

- McMakin DL, Dahl RE, Buysse DJ, et al. The impact of experimental sleep restriction on affective functioning in social and nonsocial contexts among adolescents. *J Child Psychol Psychiatry*. Sep 2016;57(9):1027-37. doi:10.1111/jcpp.12568.

- Minkel JD, Banks S, Htaik O, et al. Sleep deprivation and stressors: evidence for elevated negative affect in response to mild stressors when sleep deprived. *Emotion*. Oct 2012;12(5):1015-20. doi:10.1037/a0026871.

- Nagata JM, Singh G, Yang JH, et al. Bedtime screen use behaviors and sleep outcomes: Findings from the Adolescent Brain Cognitive Development (ABCD) Study. *Sleep Health*. Aug 2023;9(4):497-502. doi:10.1016/j.sleh.2023.02.005.

- Pagano M, Bacaro V, Crocetti E. "Using digital media or sleeping… that is the question". A meta-analysis on digital media use and unhealthy sleep in adolescence. *Computers in Human Behavior*. 2023:107813.

- Palmer CA. Tired teens: Sleep disturbances and heightened vulnerability for mental health difficulties. *J Adolesc Health*. May 2020;66(5):520-521. doi:10.1016/j.jadohealth.2020.01.023.

- Pankowska MM, Lu H, Wheaton AG, et al. Prevalence and geographic patterns of self-reported short sleep duration among US adults. *Prev Chronic Dis*. Jun 29 2023;20:E53. doi:10.5888/pcd20.220400.

- Parker RA, Weir CJ. Non-adjustment for multiple testing in multi-arm trials of distinct treatments: rationale and justification. *Clinical Trials*. Oct 2020;17(5):562-6.

- Paruthi S, Brooks LJ, D'Ambrosio C, et al. Pediatric sleep duration consensus statement: A step forward. *J Clin Sleep Med*. Dec 15 2016;12(12):1705-1706. doi:10.5664/jcsm.6368.

- Perrault AA, Bayer L, Peuvrier M, et al. Reducing the use of screen electronic devices in the evening is associated with improved sleep and daytime vigilance in adolescents. *Sleep*. Sep 6 2019;42(9)doi:10.1093/sleep/zsz125.

- Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. Constant Companion: A week in the life of a young person's smartphone use. *Common Sense Media*. 2023.

- Ratcliff R, Van Dongen HP. Diffusion model for one-choice reaction-time tasks and the cognitive effects of sleep deprivation. *Proc Natl Acad Sci U S A*. Jul 5 2011;108(27):11285-90. doi:10.1073/pnas.1100483108.

- Reichenberger DA, Hartstein LE, Mathew GM, Rodriguez IR, Dzierzewski JM, Hale L. Content contains multitudes - It's more than arousal before sleep. *Sleep Med Rev*. Aug 2024;76:101954. doi:10.1016/j.smrv.2024.101954.

- Reichenberger DA, Master L, Mathew GM, et al. Interactive screen-based activities predict worse actigraphic sleep health that night among adolescents. *J Adolesc Health*. Apr 2024;74(4):774-781. doi:10.1016/j.jadohealth.2023.10.027.

- Reichenberger DA, Mathew GM, Brombach RK, et al. Designing sleep disruption: The digital persuasion underlying screen use and sleep. *Sleep Med Rev*. Feb 2025;79:102026. doi:10.1016/j.smrv.2024.102026.

- Rod NH, Dissing AS, Clark A, Gerds TA, Lund R. Overnight smartphone use: A new public health challenge? A novel study design based on high-resolution smartphone data. *PLoS One*. 2018;13(10):e0204811. doi:10.1371/journal.pone.0204811.

- Rossa KR, Smith SS, Allan AC, Sullivan KA. The effects of sleep restriction on executive inhibitory control and affect in young adults. *J Adolesc Health*. Aug 2014;55(2):287-92. doi:10.1016/j.jadohealth.2013.12.034.

- Saunders TJ, McIsaac T, Campbell J, et al. Timing of sedentary behaviour and access to sedentary activities in the bedroom and their association with sleep quality and duration in children and youth: a systematic review. *Health Promot Chronic Dis Prev Can*. Apr 2022;42(4):139-149. doi:10.24095/hpcdp.42.4.03.

- Saxvig IW, Bjorvatn B, Hysing M, Sivertsen B, Gradisar M, Pallesen S. Sleep in older adolescents. Results from a large cross-sectional, population-based study. *J Sleep Res*. Aug 2021;30(4):e13263. doi:10.1111/jsr.13263.

- Scott AJ, Webb TL, Martyn-St James M, Rowse G, Weich S. Improving sleep quality leads to better mental health: A meta-analysis of randomised controlled trials. *Sleep Med Rev*. Dec 2021;60:101556. doi:10.1016/j.smrv.2021.101556.

- Scott H, Biello SM, Woods HC. Social media use and adolescent sleep patterns: cross-sectional findings from the UK millennium cohort study. *BMJ Open*. Oct 22 2019;9(9):e031161. doi:10.1136/bmjopen-2019-031161.

- Short MA, Blunden S, Rigney G, et al. Cognition and objectively measured sleep duration in children: a systematic review and meta-analysis. *Sleep Health*. Jun 2018;4(3):292-300. doi:10.1016/j.sleh.2018.02.004.

- Short MA, Booth SA, Omar O, Ostlundh L, Arora T. The relationship between sleep duration and mood in adolescents: A systematic review and meta-analysis. *Sleep Med Rev*. Aug 2020;52:101311. doi:10.1016/j.smrv.2020.101311.

- Silva SSD, Silveira M, Almeida HCR, Nascimento M, Santos M, Heimer MV. Use of digital screens by adolescents and association on sleep quality: a systematic review. *Cad Saude Publica*. 2022;38(10):e00300721.

- Spiegel K, Tasali E, Penev P, Van Cauter E. Brief communication: Sleep curtailment in healthy young men is associated with decreased leptin levels, elevated ghrelin levels, and increased hunger and appetite. *Ann Intern Med*. Dec 7 2004;141(11):846-50.

- Streiner DL. Best (but oft-forgotten) practices: the multiple problems of multiplicity—whether and how to correct for many statistical tests. *The American Journal of Clinical Nutrition*. Oct 2015;102(4):721-8.

- Tarokh L, Saletin JM, Carskadon MA. Sleep in adolescence: Physiology, cognition and mental health. *Neurosci Biobehav Rev*. Nov 2016;70:182-188. doi:10.1016/j.neubiorev.2016.08.008.

- Tasali E, Chapotot F, Wroblewski K, Schoeller D. The effects of extended bedtimes on sleep duration and food desire in overweight young adults: a home-based intervention. *Appetite*. Sep 2014;80:220-4. doi:10.1016/j.appet.2014.05.021.

- Van Dongen HP, Maislin G, Mullington JM, Dinges DF. The cumulative cost of additional wakefulness: dose-response effects on neurobehavioral functions and sleep physiology from chronic sleep restriction and total sleep deprivation. *Sleep*. Mar 15 2003;26(2):117-26.

- van Leeuwen WM, Lehto M, Karisola P, et al. Sleep restriction increases the risk of developing cardiovascular diseases by augmenting proinflammatory responses through IL-17 and CRP. *PLoS One*. 2009;4(2):e4589. doi:10.1371/journal.pone.0004589.

- Vohs KD, Glass BD, Maddox WT, Markman AB. Ego depletion is not just fatigue: Evidence from a total sleep deprivation experiment. *Social Psychological and Personality Science*. 2010;2(2):166-173.

- Watson NF, Badr MS, Belenky G, et al. Recommended amount of sleep for a healthy adult: A joint consensus statement of the American academy of sleep medicine and sleep research society. *Sleep*. Jun 1 2015;38(6):843-4. doi:10.5665/sleep.4716.

- Werner-Seidler, A., et al. Pilot evaluation of the Sleep Ninja: a smartphone application for adolescent insomnia symptoms. *BMJ Open*. 2019;9(5):e026502.

- Wheaton AG, Chapman DP, Croft JB. School start times, sleep, behavioral, health, and academic outcomes: A review of the literature. *J Sch Health*. May 2016;86(5):363-81. doi:10.1111/josh.12388.

- Wheaton AG, Jones SE, Cooper AC, Croft JB. Short sleep duration among middle school and high school students - United States, 2015. *MMWR Morb Mortal Wkly Rep*. Jan 26 2018;67(3):85-90. doi:10.15585/mmwr.mm6703a1.

- Whitney P, Hinson JM, Jackson ML, Van Dongen HP. Feedback blunting: total sleep deprivation impairs decision making that requires updating based on feedback. *Sleep*. May 1 2015;38(5):745-54. doi:10.5665/sleep.4668.

- Williamson AA, Hale L. Future directions for screen time interventions for sleep. *JAMA Pediatr*. Dec 1 2024;178(12):1245-1247. doi:10.1001/jamapediatrics.2024.4009.

- Yang J, Fu X, Liao X, Li Y. Association of problematic smartphone use with poor sleep quality, depression, and anxiety: A systematic review and meta-analysis. *Psychiatry Res*. Feb 2020;284:112686. doi:10.1016/j.psychres.2019.112686.

- Yland J, Guan S, Emanuele E, Hale L. Interactive vs passive screen time and nighttime sleep duration among school-aged children. *Sleep Health*. Sep 2015;1(3):191-196. doi:10.1016/j.sleh.2015.06.007.

- Yoo SS, Hu PT, Gujar N, Jolesz FA, Walker MP. A deficit in the ability to form new human memories without sleep. *Nat Neurosci*. Mar 2007;10(3):385-92. doi:10.1038/nn1851.

- Yu DJ, Wing YK, Li TMH, Chan NY. The impact of social media use on sleep and mental health in youth: A scoping review. *Curr Psychiatry Rep*. Mar 2024;26(3):104-119. doi:10.1007/s11920-024-01481-9.

- Ziporyn TD, Owens JA, Wahlstrom KL, et al. Adolescent sleep health and school start times: Setting the research agenda for California and beyond. A research summit summary. *Sleep Health*. Feb 2022;8(1):11-22. doi:10.1016/j.sleh.2021.10.008.

## A.5. Websites, articles, and press releases

- AAP. Screen time affecting sleep. October 18, 2023. https://www.aap.org/en/patient-care/media-and-children/center-of-excellence-on-social-media-and-youth-mental-health/qa-portal/qa-portal-library/qa-portal-library-questions/screen-time-affecting-sleep/?srsltid=AfmBOopagO-dFv6qQ-P6FOokpyrYkNmQE5t7h2CFoGnzHdbbIMKt1ruB.

- AASM. Over 3/4s of Americans lose sleep due to digital distractions - sleep experts urge a change. December 4, 2023. https://aasm.org/over-three-fourths-of-americans-lose-sleep-due-to-digital-distractions-sleep-experts-urge-a-change/.

- American Academy of Pediatrics. Family media plan. Accessed July 29, 2025, https://www.healthychildren.org/English/fmp/Pages/MediaPlan.aspx.

- Bauer, N. Let's talk: Common sleep issues through childhood with Dr. Sarah Honaker. Youtube. Nov 25, 2021. Available at: https://www.youtube.com/watch?v=CDY4SAyk2UQ.

- Chang AM, Hale L, Hartstein LE, LeBourgeois MK, Reichenberger DA. Kids, tweens, teens, and screens. Sleep Research Society Public Education Papers. Accessed July 29, 2025. https://www.sleepresearchsociety.org/wp-content/uploads/2021/05/Kids_Tweens_Teens_and_Screens.pdf.