# Exhibit 45

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *PEOPLE OF THE STATE OF CALIFORNIA, et al.,*<br>Plaintiffs,<br><br>v.<br><br>*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*<br>Defendants<br><br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>4:23-cv-05448 | MDL No. 3047<br><br>Case No. 4:23-cv-05448-YGR<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

**REBUTTAL TRIAL REPORT OF BRADLEY ZICHERMAN, MD**
**JULY 30, 2025**

HIGHLY CONFIDENTIAL (COMPETITOR)

# Appendix A. Materials considered

In addition to all materials below, I incorporate by reference all materials used or cited in footnotes or my reliance materials.[49]

## A.1. Expert reports

- Expert Report of Bradley Zicherman, Ph.D., May 16, 2025.
- Expert Rebuttal Report of Dr Sarah Morsbach Honaker, July 9, 2025.
- Expert Rebuttal Report of Dr. Alan L. Berman, July 9, 2025.
- Expert Rebuttal Report of Dr. Ian Gotlib, July 9, 2025.
- Expert Rebuttal Report of Dr. Jeremy Birnholtz, July 9, 2025.
- Expert Rebuttal Report of Dr. Lawrence Birnbaum, July 9, 2025.
- Expert Rebuttal Report of Dr. Randy Auerbach, July 9, 2025.
- Expert Rebuttal Report of Dr. Robert Platt, July 9, 2025.
- Expert Rebuttal Report of Matthew J. Shear, MD., July 9, 2025.

## A.2. Books and academic papers

- Andrew Westbrook, Arko Ghosh, Ruben van den Bosch, Jessica I Määttä, Lieke Hofmans, and Roshan Cools, "Striatal Dopamine Synthesis Capacity Reflects Smartphone Social Activity," *iScience*, vol. 24, no. 5 (2021): 1–9.
- Chih-Hung Ko, Ju-Yu Yen, Sue-Huei Chen, Ming-Jen Yang, Huang-Chi Lin, and Cheng-Fang Yen, "Proposed Diagnostic Criteria and the Screening and Diagnosing Tool of Internet Addiction in College Students," *Comprehensive Psychiatry*, vol. 50, no. 4 (2009): 378–384.
- Eric J. Nestler, "Is There a Common Molecular Pathway for Addiction?" *Nature Neuroscience*, vol. 8, no. 11 (2005): 1445–1449.
- G. -J. Meerkerk, R. J. J. M. Van Den Eijnden, A. A. Vermulst, and H. F. L. Garretsen, "The Compulsive Internet Use Scale (CIUS): Some Psychometric Properties," *CyberPsychology & Behavior*, vol. 12, no. 1 (2009): 1–6.

---

[49] This appendix includes documents that I cited in footnotes throughout the report as well as documents that I considered, but did not cite explicitly.

- Kerstin Paschke, Maria Isabella Austermann, and Rainer Thomasius, "ICD-11-Based Assessment of Social Media Use Disorder in Adolescents: Development and Validation of the Social Media Use Disorder Scale for Adolescents," *Frontiers in Psychiatry*, vol. 12 (2021): 1–19.

- Min Liu and Jianghong Luo, "Relationship Between Peripheral Blood Dopamine Level and Internet Addiction Disorder in Adolescents: A Pilot Study," *International Journal of Clinical and Experimental Medicine*, vol. 8, no. 6 (2015): 9943–9948.

- Rafael Yuste, Ruben D. Baler, and Nora D. Volkow, "Addictive-like Dimensions of Problematic Use of Social Media," *American Society of Addiction Medicine* (2025): 1–6.

- Tania Moretta and Elisa Wegmann, "Toward the Classification of Social Media Use Disorder: Clinical Characterization and Proposed Diagnostic Criteria," *Addictive Behaviors Reports*, vol. 21 (2025): 1–7.

## A.3. Websites, articles, and press releases

- "A Brief History and Timeline of Autism," Advanced Autism Services, March 15, 2025, https://www.advancedautism.com/post/history-and-timeline-of-autism.

- "APA Guidelines for Psychological Assessment and Evaluation," American Psychological Association, accessed July 17, 2025, https://www.apa.org/about/policy/guidelines-psychological-assessment-evaluation.pdf

- "From Planning to Publication: Developing DSM-5," American Psychiatric Association, accessed July 24, 2025, https://www.psychiatry.org/File%20Library/Psychiatrists/Practice/DSM/APA_DSM-Development-of-DSM-5.pdf.

- "Screen Time Affecting Sleep," American Academy of Pediatrics, updated October 18, 2023, https://www.aap.org/en/patient-care/media-and-children/center-of-excellence-on-social-media-and-youth-mental-health/qa-portal/qa-portal-library/qa-portal-library-questions/screen-time-affecting-sleep/.

- "Sleep Problems," The American Academy of Child and Adolescent Psychiatry, accessed July 22, 2025, https://www.aacap.org/aacap/fffprint/article_print.aspx?dn=Childrens-Sleep-Problems-034.

- "Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory [Internet]," Office of the Surgeon General (OSG), accessed July 25, 2025, https://www.ncbi.nlm.nih.gov/books/NBK594760/.

- "DSM History," American Psychiatric Association, accessed July 17, 2025, https://www.psychiatry.org/psychiatrists/practice/dsm/about-dsm/history-of-the-