Exhibit 46

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

*PEOPLE OF THE STATE OF CALIFORNIA, et al.,*
Plaintiffs,

v.

*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*
Defendants

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
4:23-cv-05448

MDL No. 3047

Case No. 4:23-cv-05448-YGR

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

## TRIAL REPORT OF
### Dr. Jean M. Twenge, Ph.D.
### San Diego State University

### May 16, 2025

HIGHLY CONFIDENTIAL

# TABLE OF CONTENTS

**Page**

1. Introduction and summary of findings.................................................................... 1
2. Personal background and qualifications ................................................................ 1
   2.1 Background ................................................................................................... 1
   2.2 Specific Research Focus .............................................................................. 2
3. Methods.................................................................................................................. 3
   3.1 Time Series Studies...................................................................................... 3
   3.2 Correlational Studies.................................................................................... 4
   3.3 Longitudinal Studies .................................................................................... 4
   3.4 Randomized Experimental Studies .............................................................. 4
   3.5 Application of Bradford Hill Criteria .......................................................... 5
4. Detailed discussion of summary of findings.......................................................... 5
   4.1 Time Series Studies...................................................................................... 5
       4.1.1 Explanations for the adolescent mental health crisis ............................... 10
       4.1.2 Other Suggested Causes........................................................................... 14
   4.2 Correlational Studies.................................................................................... 22
   4.3 Longitudinal studies ..................................................................................... 29
   4.4 Experimental studies .................................................................................... 30
5. Determining causality using the Bradford Hill Criteria......................................... 35
   5.1 Criteria 1: The Strength of the Association ................................................. 35
   5.2 Criteria 2: Consistency................................................................................. 36
   5.3 Criteria 3: Specificity................................................................................... 36
   5.4 Criteria 4: Temporality................................................................................. 36
   5.5 Criteria 5: Dose-response relationship, sometimes called a "biological gradient" 36
   5.6 Criteria 6: Plausibility................................................................................. 37
   5.7 Criteria 7: Coherence .................................................................................. 37
   5.8 Criteria 8: Experiment................................................................................. 37
   5.9 Criteria 9: Analogy ...................................................................................... 37
6. Conclusions............................................................................................................ 38
References ..................................................................................................................... 39

HIGHLY CONFIDENTIAL

## 1.    Introduction and summary of findings

1.      I have been asked by counsel to provide my expert opinion on the relationship between social media use and mental health among adolescents. Key findings from my analysis, detailed in the report below, include:

2.      Time series studies on trends in adolescent mental health strongly support social media as a key contributor to increases in adolescent depression, unhappiness, loneliness, self-harm, and suicide.

3.      None of the potential alternative causes of these increases fit the time series data nearly as well as social media.

4.      Correlational studies show that the more hours a day an adolescent uses social media, the more likely they are to be depressed or unhappy. These links are larger among girls.

5.      Longitudinal studies show that adolescents' social media use at an initial time (i.e., Time 1) leads to depression at a later time (i.e., Time 2).

6.      Experimental studies show that people who are randomly assigned to eliminate or reduce social media for two weeks or more are less lonely and less depressed, demonstrating a causal path from social media use to lower psychological well-being.

7.      The totality of the evidence demonstrates a clear causal path from social media use to low psychological well-being in adolescents, as all the Bradford Hill criteria for establishing causality are met.

## 2.    Personal background and qualifications

### 2.1    Background

8.      I am a Professor of Psychology at San Diego State University. I have authored or coauthored 148 peer-reviewed scientific journal articles and 44 scholarly book chapters, including works on generational trends in adolescent mental health, social media use and mental health, screen time and behavioral issues among children, generational differences in teen independence, causal effects of social rejection, screen media and sleep issues, and generational trends in happiness and life satisfaction. In 2021, 2022, 2023, and 2024, Clarivate Analytics included me on its list of the top 0.1% of highly cited scientists, indicating significant and broad influence in research.

9.      I have also authored or co-authored 17 books. These include *iGen* (2017), one of the first works to document the scope of the adolescent mental health crisis and to hypothesize it was linked to social media and smartphone use, and *Generations* (2023, paperback 2025), which details the impact of technological change on all six living American generations. I am also the co-author of two undergraduate textbooks (*Personality Psychology* and *Social Psychology*) that are revised every few years, requiring me to keep up with the emerging research in both fields. I regularly teach a course in personality psychology and have previously

- 1 -

HIGHLY CONFIDENTIAL

depression in young people … young people openly attribute their increased level of anxiety and depression to Instagram." A UK girl interviewed by Meta said, "The reason why our generation is so messed up and has higher anxiety and depression than our parents is because we have to deal with social media. Everyone feels like they have to be perfect." Teens cited a variety of reasons for the connection between Instagram use and depression in the report, including the need for validation through likes and followers, pressure to match the body shapes of influencers, over-sexualization of girls, and inappropriate advertisements (Wells et al., 2021).

60.    Overall, the time series data strongly supports the conclusion that changes in adolescents' technology use, including increased use of social media, is a primary cause of the rise in adolescent depression, anxiety, loneliness, self-harm, and suicide.

### 4.2    Correlational Studies

61.    Correlational studies can determine whether adolescents who spend more time on social media are more – or less – likely to be depressed than those who spend less time.

62.    Correlational studies have found that the more hours a day an adolescent spends on social media, the more likely they are to be depressed or unhappy. A meta-analysis of 21 correlational studies and five longitudinal studies found that more time spent on social media was significantly associated with a higher risk of depressive symptoms. This association was particularly strong among adolescent girls. The meta-analysis found that the risk of depression increased by 13% with each additional hour of social media use among adolescents (Liu et al., 2022). Thus, an increase from no use of social media to 7 hours a day was associated with a 91% increase in depression rates.

63.    The open-source literature reviews mentioned above include all correlational studies my collaborators and I could locate (97 studies as of April 2025) and nearly all show that more time on social media is linked to more depression, unhappiness, low life satisfaction, or low psychological well-being (Haidt et al., 2025).

64.    Kelly et al. (2019) is an example of such a correlational analysis. The paper used the Millennium Cohort Study, a large nationally representative sample from the U.K. In 2015, when its participants were 14 to 15 years old, the study asked them how many hours a day they spent using social media. They also answered 13 questions on a validated scale (a vigorously tested survey instrument) measuring symptoms of depression; teens who scored above a cutoff level were classified as having clinically relevant depression. The results showed that girls who were heavy users of social media were three times more likely to be depressed as non-users, and boys were twice as likely (Kelly et al., 2019; see Figure 10).

HIGHLY CONFIDENTIAL



Figure 10: Hours of social media use and depression, U.K. teens, by gender
Source: Millennium Cohort Study. Analyses by Kelly et al. (2019)

65.     Kelly et al. found that depression steadily increased as social media use
increased in a dose-response manner, particularly among girls. Thus, high levels of social media
use are associated with depression more than low levels of social media use. For boys, elevated
risk did not appear until their social media use averaged 3 or more hours per day; for girls
elevated risk began to appear at less than one hour per day and increased from there (Kelly et al.,
2019).

66.     Kelly et al. controlled for a number of possible third variables, including
family income, family structure, and age. The analyses also controlled for symptoms of
depression at age 11. The study's accounting for pre-existing depression symptoms means the
observed association was not caused by depressed teens spending more time on social media. In
other words, the researchers designed their analysis to eliminate the possibility of reverse
causation (Kelly et al., 2019).

HIGHLY CONFIDENTIAL

67.    I have also conducted correlational analyses using data from the Millennium Cohort Study. In my research, I focused on self-harm behavior. Respondents were asked if, in the last year, they had ever hurt themselves on purpose. Girls who were heavy users of social media (greater than 5 hours per day) were twice as likely to have self-harmed than non-users (less than 1 hour per day), and boys who were heavy users were nearly twice as likely (Twenge & Farley, 2020; see Figure 11). Social media use was more strongly related to self-harm than TV watching or gaming. These analyses controlled for family income, family structure, child's ethnicity, child's age, parent educational attainment, parent employment, number of siblings, whether the child had a long-standing illness, and parent verbal intelligence (Twenge & Farley, 2020; Figure 11). That rules out these factors as confounding variables.



Figure 11: Hours per day of social media use and self-harm behaviors, UK teens, by gender
Source: Millennium Cohort Study. Analyses by Twenge & Farley (2020)

68.    I also performed correlational analysis on the Monitoring the Future (MTF) dataset, discussed above. Beginning in 2013, the survey added a question gauging hours per day of social media use. Teens, especially girls, who spent more hours a day on social media

HIGHLY CONFIDENTIAL

were more likely to be unhappy. In my analysis, I controlled for race, grade, and mother's education level, thus ruling out these factors as third variables (Twenge & Martin, 2020; see Figure 12).



Figure 12: Hours per day of social media use and unhappiness, U.S. teens (8th and 10th graders) Source: Monitoring the Future. Analyses by Twenge & Martin (2020).
Note: Controlled for grade, race/ethnicity, mother's education, and in-person social interaction frequency.

69.    Meta's own internal studies have produced similar results. A Meta study found that people who spend more than an hour a day on Instagram are more likely to report negative mood (agreeing "I felt bad most of the time") (META3047MDL-032-00000933 at META3047MDL032-00000966; META3047MDL-047-00912997, at META3047MDL-047-00913033). It also found that people who spend more than 3 hours a day on Instagram were less likely to agree "I felt happy most of the time" (a measure of positive mood) or that "My life was going well" (a measure of life satisfaction) (META3047MDL-032-00000933, at 966). Meta also

HIGHLY CONFIDENTIAL

found that more time on social media was linked to a greater likelihood of developing an eating disorder (META3047MDL-020-00250464).

70.     Another internal Meta study asked Instagram users how they felt after taking a break from Instagram. Among moderate users (1 to 3 hours a day), 49% said being away from Instagram made them feel better or much better, and only 6% said it made them feel worse or much worse (META3047MDL-032-00000933, at 960). Thus, not using Instagram made half of users feel better.

71.     Associations between social media use and poor mental health are generally larger among children and younger teens compared to older teens. For example, Orben et al. (2022) examined data from the UK Understanding Society household survey, which included 72,287 participants aged 10 to 80 years old. Participants completed up to seven surveys between 2011 and 2018. Orben et al. found the largest association between social media use and low life satisfaction during early adolescence (see Figure 13). Similar to previous research, the association was also larger among girls compared to boys (Kelly et al., 2019; Twenge & Martin, 2020). This analysis also found that higher social media use predicted a decrease in life satisfaction one year later (Orben et al., 2022). Thus, social media is more strongly associated with low well-being at some ages than others.

- 26 -

HIGHLY CONFIDENTIAL

and depression among girls in the Millenium Cohort Study, identical to the findings of Kelly et al. (2019).

79. Thus, the correlational evidence consistently demonstrates that the more time a teen spends on social media, the more likely it is that they will be depressed, have low well-being, or be unhappy. These associations are significant; in many studies, including the Liu et al. (2022) meta-analysis, twice as many heavy users of social media are depressed compared to non-users.

### 4.3    Longitudinal studies

80. Longitudinal studies follow the same people over a period of time to examine whether an exposure predicts an outcome. For social media and mental health, these studies often examine whether the level of social media use at Time 1 predicts mental health at Time 2, whether mental health at Time 1 predicts social media use at Time 2, or both.

81. Some longitudinal studies find that more social media use predicts worse mental health on a day-to-day basis (Kross et al., 2013; Verduyn et al., 2015). One recent study (van der Wal et al., 2025) found that adolescents had lower well-being and lower self-esteem on days when they spent more time on social media. The majority of adolescents (60%) experienced consistently negative effects after using social media. These effects were specific to social media platforms such as Instagram and TikTok but did not appear for messaging apps such as WhatsApp. However, other studies examining social media use and mental health day-by-day do not find negative effects (e.g., Mitev et al., 2021).

82. When the time interval is longer – such as a year – most longitudinal studies find that social media use at Time 1 predicts worse mental health at Time 2. For example, Boers et al. (2019) examined 3,826 7th graders from Montreal, Canada who were surveyed once a year for four years and found that increases in social media use in one year predicted increased depression the next year.

83. Viner et al. (2019) analyzed data from the Our Futures study, a nationally representative dataset in England that followed a cohort of 12,866 adolescents from age 13 or 14 to age 15 or 16. Viner et al. found that more frequent social media use among girls and boys at age 13-14 predicted more psychological distress a year later, mostly due to increased sleep deprivation and cyberbullying and declines in physical activity.

84. Riehm et al. analyzed data from the Population Assessment of Tobacco and Health (PATH) study, a nationally representative sample of 6,595 U.S. adolescents. Riehm et al. found a statistically significant association between adolescent social media use and internalizing problems such as anxiety and depression; those who spent more than 3 hours a day using social media were more than twice as likely as non-users to have internalizing problems (Riehm et al., 2019). The association persisted after controlling for pre-existing mental health problems, ruling out reverse causation.

85. Most longitudinal studies that do not find effects have smaller sample sizes than the studies finding effects. For example, Heffer et al. (2019) included only 594 individuals, Coyne et al. (2019) included only 500, and Mitev et al. (2021) included only 116 in

HIGHLY CONFIDENTIAL

one sample and 120 in the other. These smaller sample sizes make these studies more vulnerable to random variation than the studies with sample sizes in the thousands discussed above. Thus, most longitudinal studies with a time interval of a year or longer and larger sample sizes find that increased social media use predicts worse mental health, and those that do not find effects have smaller sample sizes.

86.     In addition, longitudinal studies have identified changes in brain structure due to social media use. Twelve-year-olds who habitually checked social media showed increased activity in the social reward portions of the brain over the course of two years (Maza et al., 2023). Zhao et al. compared brain scans of 5,166 U.S. children at age 9 or 10 to scans taken two years later at age 11 to 12. Those who used social media for more than seven hours a day showed differences in development in several areas of the brain (Zhao et al., 2023).

## 4.4     Experimental studies

87.     Due to the random assignment method, where participants have an equal chance of ending up in either group, experiments can demonstrate scientific causation. The typical experiment examining social media and mental health randomly assigns some participants to give up or reduce their social media use (the experimental group) and others to continue their usual use (the control group). One of the largest experiments using this design randomly assigned nearly 3,000 adults to deactivate their Facebook account for four weeks (the experimental group) versus keeping an active Facebook account (the control group). At the end of the four weeks, those who deactivated their Facebook account had less anxiety and depression compared to those who continued with their normal Facebook use (see Figure 14). They were also happier and had higher life satisfaction (Allcott et al., 2020).

HIGHLY CONFIDENTIAL



Figure 14: Differences in psychological well-being between adults who deactivated Facebook and those who did not, standard deviations
Source: Allcott et al. (2020)

88.    Another experiment randomly assigned U.S. college undergraduates to limit their social media use to 30 minutes a day or less (the experimental group) or to use social media as usual (the control group). After three weeks, those who reduced their social media use were less depressed and less lonely than the control group (Hunt et al., 2018; see Figure 15).

- 31 -

HIGHLY CONFIDENTIAL



Figure 15: Differences in psychological well-being between college students who reduced their social media use and those who did not, standard deviations
Source: Hunt et al. (2018)
NOTE: Difference in standard deviations (*d*) calculated from two-group *F* and sample size.

89.     Another experiment randomly assigned 220 Canadian university students 17 to 25 years old with mental distress to either reduce social media use to one hour a day for three weeks or to continue their usual social media use. Symptoms of depression and generalized anxiety declined significantly more in the experimental group than in the control group (Davis & Goldfield, 2025; see Figure 16).

HIGHLY CONFIDENTIAL



Figure 16: Effect of reducing social media use on generalized anxiety
Source: Davis and Goldfield (2025)

90.      Although Davis and Goldfield (2025) included some 17-year-olds, most experiments on social media reduction have included only participants over age 18. A notable exception is a recent experiment that randomly assigned Danish families with children ages 4 to 17 to hand over smartphones and tablets and reduce their leisure screen use to three hours a week or less for a period of two weeks (the experimental group). The experimental group received non-internet enabled cell phones that could call and text but did not have social media apps. Others continued their screen use as usual (control group). Parents were asked to report their children's emotional and behavioral issues using validated measures. At the end of the two weeks, children and adolescents in the experimental group were lower in total emotional and behavioral difficulties, internalizing symptoms such as anxiety and depression, and externalizing symptoms such as anger and acting out (see Figure 17; Schmidt-Persson et al., 2024).

HIGHLY CONFIDENTIAL

## Dr. Jean Twenge Materials Considered

1. 5Rights Foundation. (2021). Pathways: How digital design puts children at risk. https://5rightsfoundation.com/uploads/Pathways-how-digital-design-puts-children-at-risk.pdf

2. AACP (2018). Social media and teens. Facts for Families. https://www.aacap.org/AACAP/Families_and_Youth/Facts_for_Families/FFF-Guide/Social-Media-and-Teens-100.aspx

3. Abrams, Z. (2023, August 3). Why young brains are especially vulnerable to social media. American Psychological Association. https://www.apa.org/news/apa/2022/social-media-children-teens

4. Adinoff B. (2004). Neurobiologic processes in drug reward and addiction. Harvard review of psychiatry, 12(6), 305–320. https://doi.org/10.1080/10673220490910844

5. Allcott, H., Braghieri, L., Eichmeyer, S., & Gentzkow, M. (2020). The welfare effects of social media. The American Economic Review, 110(3), 629–676. https://doi.org/10.1257/aer.20190658

6. Al-Zuabi, I. M., Jafar, A., & Aljoumaa, K. (2019). Predicting customer's gender and age depending on mobile phone data. Journal of Big Data, 6(1), 18. https://doi.org/10.1186/s40537-019-0180-9

7. Are screens harming teens? What scientists can do to find answers. (2025). Nature, 640(8057), 7–8. https://doi.org/10.1038/d41586-025-00991-7

8. Blanchflower, D. (2024, June 17). Is the Gallup World Poll reliable? After Babel Substack. https://www.afterbabel.com/p/gallup-world-poll

9. Blumenthal, R. (2021, October 20) Letter to Mark Zuckerberg. https://www.blumenthal.senate.gov/imo/media/doc/2021.10.20%20-%20Facebook%20and%20Instagram%20-%20Consumer%20Protection%20Invitation.pdf

10. Boer, M., Cosma, A., Twenge, J. M., Inchley, J., Jericek Kalnscek, H., & Stevens, G. W. J. M. (2023). National-level schoolwork pressure, family structure, internet use, and obesity as drivers of time trends in adolescent psychological complaints between 2002 and 2018. Journal of Youth and Adolescence, 52, 2061-2077.

11. Boers, E., Afzali, M. H., Newton, N., & Conrod, P. (2019). Association of Screen Time and Depression in Adolescence. JAMA Pediatrics, 173, 853–859.

12. Böttger, H., & KöLtzsch, D. (2020). The fear factor: Xenoglossophobia or how to overcome the anxiety of speaking foreign languages. Training Language and Culture, 4(2), 43–55. https://doi.org/10.22363/2521-442x-2020-4-2-43-55

13. Braghieri, L., Levy, R., & Makarin, A. (2022). Social Media and Mental Health. The American Economic Review, 112(11), 3660–3693. https://doi.org/10.1257/aer.20211218

14. Brailovskaia, J., Teismann, T., & Margraf, J. (2020). Positive Mental Health Mediates the Relationship Between Facebook Addiction Disorder and Suicide-Related Outcomes: A Longitudinal Approach. Cyberpsychology, behavior and social networking, 23(5), 346–350. https://doi.org/10.1089/cyber.2019.0563

15. Burhan, R., & Moradzadeh, J. (2020). Neurotransmitter Dopamine (DA) and its Role in the Development of Social Media Addiction. Journal of Neurology and Neurophysiology, 11, 1-2.

16. Burstein, B., Agostino, H., & Greenfield, B. (2019). Suicidal attempts and ideation among children and adolescents in US emergency departments, 2007-2015. JAMA Pediatrics, 173, 598–600.

17. C.S. Mott Children's Hospital (2021)  Sharing Too Soon? Children and Social Media Apps. Mott Poll Report. https://mottpoll.org/reports/sharing-too-soon-children-and-social-media-apps

18. Cairns, R., Karanges, E. A., Wong, A., Brown, J. A., Robinson, J., Pearson, S.-A., Dawson, A. H., & Buckley, N. A. (2019). Trends in self-poisoning and psychotropic drug use in people aged 5-19 years: a population-based retrospective cohort study in Australia. BMJ Open, 9(2), e026001.

19. Canadian Centre for Child Protection (2020) Reviewing Child Sexual Abuse Material Reporting Functions on Popular Platforms. Canadian Centre for Child Protection. https://protectchildren.ca/pdfs/C3P_ReviewingCSAMMaterialReporting_en.pdf

20. Center for Countering Digital Hate. (2022). Deadly by Design: TikTok pushes harmful content promoting eating disorders and self-harm into young users' feeds. https://counterhate.com/wp-content/uploads/2022/12/CCDH-Deadly-by-Design_120922.pdf

21. Chansiri, K., & Wongphothiphan, T. (2023). The indirect effects of Instagram images on women's self-esteem: The moderating roles of BMI and perceived weight. New Media & Society, 25(10), 2572-2594. https://doi.org/10.1177/14614448211029975

22. Chen, J., Ishii, M., Bater, K. L., Darrach, H., Liao, D., Huynh, P. P., Reh, I. P., Nellis, J. C., Kumar, A. R., & Ishii, L. E. (2019). Association Between the Use of Social Media and Photograph Editing Applications, Self-esteem, and Cosmetic Surgery Acceptance. JAMA facial plastic surgery, 21(5), 361–367. https://doi.org/10.1001/jamafacial.2019.0328

23. Cheng, J., Burke, M., & Davis, E. G. (2019, May). Understanding perceptions of problematic Facebook use: When people experience negative life impact and a lack of control. In Proceedings of the 2019 CHI conference on human factors in computing systems (pp. 1-13).

24. ConnectSafely (2014) A Parents' Guide to Instagram. https://web.archive.org/web/20141117173620/http://www.connectsafely.org/wp-content/uploads/instagram_guide.pdf

25. Corredor-Waldron, A., & Currie, J. (2024). To What Extent Are Trends in Teen Mental Health Driven by Changes in Reporting? The Example of Suicide-Related Hospital Visits. Journal of Human Resources, 59, S14–S40.

26. Coyne, S. M., Rogers, A. A., Zurcher, J. D., Stockdale, L., & Booth, M. (2020). Does time spent using social media impact mental health?: An eight year longitudinal study. Computers in Human Behavior, 104.

27. Crews, F., He, J., & Hodge, C. (2007). Adolescent cortical development: a critical period of vulnerability for addiction. Pharmacology, biochemistry, and behavior, 86(2), 189–199. https://doi.org/10.1016/j.pbb.2006.12.001

28. Cybulski, L., Ashcroft, D. M., Carr, M. J., Garg, S., Chew-Graham, C. A., Kapur, N., & Webb, R. T. (2021). Temporal trends in annual incidence rates for psychiatric disorders and self-harm among children and adolescents in the UK, 2003–2018. BMC Psychiatry, 21, 1–12.

29. Davis, C. G., & Goldfield, G. S. (2025). Limiting social media use decreases depression, anxiety, and fear of missing out in youth with emotional distress: A randomized controlled trial. Psychology of Popular Media, 14(1), 1–11. https://doi.org/10.1037/ppm0000536

30. Davis, T., & Cranston, P. (2008). Youth work and social networking: Final research report. National Youth Agency.

31. Deters, F. große, & Mehl, M. R. (2013). Does posting Facebook status updates increase or decrease loneliness? An online social networking experiment. Social Psychological and Personality Science, 4, 579–586.

32. Dönmez, Y. E., & Soylu, N. (2019). Online sexual solicitation in adolescents: Socio-demographic risk factors and association with psychiatric disorders, especially posttraumatic stress disorder. Journal of Psychiatric Research, 117, 68–73.

33. Dunn, T. R., & Langlais, M. R. (2020). "Oh, Snap!": A Mixed-Methods Approach to Analyzing the Dark Side of Snapchat. The Journal of Social Media in Society, 9(2), 69-104.

34. Facebook. (2012, April 9). Facebook to Acquire Instagram [Press release]. https://about.fb.com/news/2012/04/facebook-to-acquire-instagram/

35. Fair Play for Kids, & Farid, H. (2022). Designing for disorder: Instagram's pro-eating disorder bubble. https://fairplayforkids.org/wp-content/uploads/2022/04/designing_for_disorder.pdf?eType=EmailBlastContent&eId=ec346b0d-3a84-4f12-b071-a7

36. Farid, H. (2018). Reining in online abuses. Technology & Innovation, 19(3), 593–599. https://doi.org/10.21300/19.3.2018.593

37. Farid, H. (2021). An Overview of Perceptual Hashing. Journal of Online Trust and Safety, 1(1). https://doi.org/10.54501/jots.v1i1.24

38. Faverio, M. & Sidoti, O. (2024, December 12). Teens, social media and technology 2024. Pew Research Center.

39. Fehr, E., & Gächter, S. (2000). Fairness and retaliation: The economics of reciprocity. Journal of economic perspectives, 14(3), 159-182.

40. Ferguson, C. J. (2024). Do social media experiments prove a link with mental health: A methodological and meta-analytic review. Psychology of Popular Media.

41. Gajdics, J., & Jagodics, B. (2022). Mobile phones in schools: With or without you? Comparison of students' anxiety level and class engagement after regular and mobile-free school days. Technology, Knowledge and Learning, 27, 1095–1113.

42. Gray, P., Lancy, D. F., & Bjorklund, D. F. (2023). Decline in independent activity as a cause of decline in children's mental well-being: Summary of the evidence. Journal of Pediatrics, 260, 113352.

43. Griffiths, S., Murray, S.B., Krug, I. & McClean, S.A. (2018). The Contribution of Social Media to Body Dissatisfaction, Eating Disorder Symptoms, and Anabolic Steroid Use Among Sexual Minority Men. CYBERPSYCHOLOGY, BEHAVIOR, AND SOCIAL NETWORKING. 21(3) 149-156. DOI: 10.1089/cyber.2017.0375

44. Gugushvili, N., Täht, K., Ruiter, R. A. C., & Verduyn, P. (2022). Facebook use intensity and depressive symptoms: a moderated mediation model of problematic Facebook use, age, neuroticism, and extraversion. BMC psychology, 10(1), 279. https://doi.org/10.1186/s40359-022-00990-7

45. Gumas, E.D., & Baumgartner, J. C. (2023, June 22). U.S. Overdose Deaths Remain Higher Than in Other Countries — How Harm Reduction Programs Could Help. To the Point. Commonwealth Fund.

46. Gutierrez, C. M., Prickett, K. C., Hollowell, C., Teiko, P., & Caton, L. (2022). Type of household firearm ownership and firearm suicide among adolescents, 1976-2018. Preventive medicine, 165(Pt A), 107244. https://doi.org/10.1016/j.ypmed.2022.107244

47. Haidt, J. (2024). The Anxious Generation. New York: Penguin Press.

48. Haidt, J., Twenge, J. M., & Rausch, Z. (2025). Social media and mental health: A collaborative review. Unpublished manuscript, New York University. Accessed at https://docs.google.com/document/d/1w-HOfseF2wF9YIpXwUUtP65-olnkPyWcgF5BiAtBEy0/edit?tab=t.0

49. Han, X., Zhou, E., & Liu, D. (2024). Electronic media use and sleep quality: Updated systematic review and meta-analysis. Journal of Medical Internet Research, 26, e48356.

50. headspace (2018) headspace National Youth Mental Health Survey 2018. National Youth Mental Health Foundation

51. Heffer, T., Good, M., Daly, O., MacDonell, E., & Willoughby, T. (2019). The longitudinal association between social-media use and depressive symptoms among adolescents and young adults: An empirical reply to Twenge et al (2018). Clinical Psychological Science, 7, 462–470.

52. Heron M. (2021). Deaths: Leading Causes for 2018. National vital statistics reports : from the Centers for Disease Control and Prevention, National Center for Health Statistics, National Vital Statistics System, 70(4), 1–115.

53. Hill A. B. (1965). The Environment and Disease: Association or Causation?. Proceedings of the Royal Society of Medicine, 58(5), 295–300. https://doi.org/10.1177/003591576505800503

54. Hisler, G., Twenge, J. M., & Krizan, Z. (2020). Associations between screen time and short sleep duration among adolescents varies by media type: Evidence from a cohort study. Sleep Medicine, 66, 92-102.

55. Horwitz, J. (2023, November 2) His Job Was to Make Instagram Safe for Teens. His 14-Year-Old Showed Him What the App Was Really Like. The Wall Street Journal. https://www.wsj.com/tech/instagram-facebook-teens-harassment-safety-5d991be1

56. Hristova, D., Jovicic, S., Göbl, B., De Freitas, S., & Slunecko, T. (2022). "Why did we lose our snapchat streak?". Social media gamification and metacommunication. Computers in Human Behavior Reports, 5, 100172. https://doi.org/10.1016/j.chbr.2022.100172

57. Hu, Y., Bai, Y., Pan, Y., & Li, S. (2021). Cyberbullying victimization and depression among adolescents: A meta-analysis. Psychiatry Research, 305.

58. Hunt, M. G., Marx, R., Lipson, C., & Young, J. (2018). No more FOMO: Limiting social media decreases loneliness and depression. Journal of Social and Clinical Psychology, 37(10), 751–768. https://doi.org/10.1521/jscp.2018.37.10.751

59. Instagram (2019, December 4) Making Instagram Safer for the Youngest Members of Our Community. Instagram Blog. https://about.instagram.com/blog/announcements/making-instagram-safer-for-the-youngest-members-of-our-community

60. Instagram (2021, July 17) Giving Young People a Safer, More Private Experience. Instagram Blog. https://about.instagram.com/blog/announcements/giving-young-people-a-safer-more-private-experience (Updated December 20, 2021)

61. Instagram (2022, June 23) Introducing New Ways to Verify Age on Instagram. Instagram Blog. https://about.instagram.com/blog/announcements/new-ways-to-verify-age-on-instagram. (Updated October 12, 2022; March 2, 2023)

62. Instagram (2024, January 25) Introducing Stricter Message Settings for Teens on Instagram and Facebook. Instagram Blog. https://about.instagram.com/blog/announcements/new-parental-controls-and-teen-privacy-defaults

63. Javornik, A., Marder, B., Pizzetti, M., Warlop, L. (2022). Research: How AR Filters Impact People's Self-Image. Harvard Business Review. https://hbr.org/2021/12/research-how-ar-filters-impact-peoples-self-image

64. Kannan, V. D., & Veazie, P. J. (2022). US trends in social isolation, social engagement, and companionship − nationally and by age, sex, race/ethnicity, family income, and work hours, 2003-2020. SSM - Population Health, 21, 101331.

65. Karim, F., Oyewande, A. A., Abdalla, L. F., Ehsanullah, R. C., & Khan, S. (2020). Social Media Use and Its Connection to Mental Health: A Systematic Review. Cureus. https://doi.org/10.7759/cureus.8627

66. Keles, B. Y., McCrae, N., & Grealish, A. (2019). A systematic review: the influence of social media on depression, anxiety and psychological distress in adolescents. International Journal of Adolescence and Youth, 25(1), 79–93. https://doi.org/10.1080/02673843.2019.1590851

67. Kelly, Y., Zilanawala, A., Booker, C., & Sacker, A. (2019). Social Media Use and Adolescent Mental Health: Findings from the UK millennium cohort study. EClinicalMedicine, 6, 59–68. https://doi.org/10.1016/j.eclinm.2018.12.005

68. Keyes, K. M., Gary, D., O'Malley, P. M., Hamilton, A., & Schulenberg, J. (2019). Recent increases in depressive symptoms among US adolescents: Trends from 1991 to 2018. Social Psychiatry and Psychiatric Epidemiology, 54, 987–996.

69. Kleemans, M., Daalmans, S., Carbaat, I., & Anschütz, D. (2018). Picture perfect: The direct effect of manipulated instagram photos on body image in adolescent girls. Media Psychology, 21(1), 93–110. https://doi.org/10.1080/15213269.2016.1257392

70. Klerman, G. L., & Weissman, M. M. (1989). Increasing rates of depression. JAMA, 261, 2229-2235.

71. Kofoed, J., & Larsen, M. C. (2016). AKofoed, J., & Larsen, M. C. (2016). A snap of intimacy: Photo-sharing practices among young people on social media. First Monday, 21(11). https://doi.org/10.5210/fm.v21i11.6905

72. Koob, G. F., & Volkow, N. D. (2016). Neurobiology of addiction: a neurocircuitry analysis. The lancet. Psychiatry, 3(8), 760–773. https://doi.org/10.1016/S2215-0366(16)00104-8

73. Krach, S., Paulus, F. M., Bodden, M., & Kircher, T. (2010). The rewarding nature of social interactions. Frontiers in behavioral neuroscience, 4, 22. https://doi.org/10.3389/fnbeh.2010.00022

74. Krokstad, S., Weiss, D., Rangul, V., Kvaloy, K., Ingul, J., Twenge, J., & Sund, E. (2022). Divergent decennial trends in mental health according to age reveal poorer mental health for young people: Repeated cross-sectional population-based surveys from the HUNT Study, Norway. BMJ Open, 12, e057654.

75. Kross, E., Verduyn, P., Demiral, E., Park, J., Lee, D. S., Lin, N., Shablack, H., Jonides, J., & Ybarra, O. (2013). Facebook use predicts declines in subjective well-being in young adults. PLoS ONE, 8.

76. Kunz, P. R., & Woolcott, M. (1976). Season's greetings: From my status to yours. Social Science Research, 5(3), 269–278. https://doi.org/10.1016/0049-089X(76)90003-X

77. Lee J. K. (2022). The effects of social comparison orientation on psychological well-being in social networking sites: Serial mediation of perceived social support and self-esteem. Current psychology (New Brunswick, N.J.), 41(9), 6247–6259. https://doi.org/10.1007/s12144-020-01114-3

78. Lenhart, A. (2015, April 9). Teens, social media, & technology overview 2015. Pew Research Center.

79. Lepp, A., & Barkley, J. E. (2022). The experimental effect of social media use, treadmill walking, studying, and a control condition on positive and negative affect in college students. Current psychology (New Brunswick, N.J.), 1–10. Advance online publication. https://doi.org/10.1007/s12144-022-03747-y

80. Levenson, J. C., Shensa, A., Sidani, J. E., Colditz, J. B., & Primack, B. A. (2016). The association between social media use and sleep disturbance among young adults. Preventive medicine, 85, 36–41. https://doi.org/10.1016/j.ypmed.2016.01.001

81. Lewinsohn, P., Rohde, P., Seeley, J., & Fischer, S. (1993). Age-cohort changes in the lifetime occurrence of depression and other mental disorders. Journal of Abnormal Psychology, 102, 110-120.

82. Liu, M., Kamper-DeMarco, K. E., Zhang, J., Xiao, J., Dong, D., & Xue, P. (2022). Time Spent on Social Media and Risk of Depression in Adolescents: A Dose-Response Meta-Analysis. International journal of environmental research and public health, 19(9), 5164. https://doi.org/10.3390/ijerph19095164

83. Liu, X., & Buysse, D. J. (2005). Sleep and youth suicidal behavior: a neglected field. Current opinion in psychiatry, 19(3), 288–293. https://doi.org/10.1097/01.yco.0000218600.40593.18

84. Lo, C. B., Bridge, J. A., Shi, J., Ludwig, L., & Stanley, R. M. (2020). Children's Mental Health Emergency Department Visits: 2007-2016. Pediatrics, 145(6), e20191536. https://doi.org/10.1542/peds.2019-1536

85. Lonergan, A. R., Bussey, K., Fardouly, J., Griffiths, S., Murray, S. B., Hay, P., Mond, J., Trompeter, N., & Mitchison, D. (2020). Protect me from my selfie: Examining the association between photo-based social media behaviors and self-reported eating disorders in adolescence. The International journal of eating disorders, 53(5), 485–496. https://doi.org/10.1002/eat.23256

86. Lopez, E., Flecha-Ortiz, J. A., Santos-Corrada, M., & Dones, V. (2021). The gratifications of ephemeral marketing content, the use of Snapchat by the millennial generation and their impact on purchase motivation. Global Business Review, 25(6), 1440–1451. https://doi.org/10.1177/09721509211005676

87. Lupinacci, L. (2021). 'Absentmindedly scrolling through nothing': liveness and compulsory continuous connectedness in social media. Media, Culture & Society, 43(2), 273-290. https://doi.org/10.1177/0163443720939454

88. Madden, M., Lenhart, A., & Duggan, M. (2013, March 13). Teens and technology 2013. Pew Research Center.

89. Markey, E. (2021, April 5). Letter to Mark Zuckerberg. https://www.markey.senate.gov/imo/media/doc/instagram_kids_letter.pdf

90. Master Complaint (Personal Injury), March 15, 2023, Social Media Cases, JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5255 (Case No. 22STCV21355 )

91. Maza, M. T., Fox, K. A., Kwon, S. J., Flannery, J. E., Lindquist, K. A., Prinstein, M. J., & Telzer, E. H. (2023). Association of Habitual Checking Behaviors on Social Media With Longitudinal Functional Brain Development. JAMA pediatrics, 177(2), 160–167. https://doi.org/10.1001/jamapediatrics.2022.4924

92. McLean, S. A., Paxton, S. J., Wertheim, E. H., & Masters, J. (2015). Photoshopping the selfie: Self photo editing and photo investment are associated with body dissatisfaction in adolescent girls. The International journal of eating disorders, 48(8), 1132–1140. https://doi.org/10.1002/eat.22449

93. Memon, A. M., Sharma, S. G., Mohite, S. S., & Jain, S. (2018). The role of online social networking on deliberate self-harm and suicidality in adolescents: A systematized review of literature. Indian journal of psychiatry, 60(4), 384–392. https://doi.org/10.4103/psychiatry.IndianJPsychiatry_414_17

94. Mercado, M. C., Holland, K., Leemis, R. W., Stone, D. M., & Wang, J. (2017). Trends in emergency department visits for nonfatal self-inflicted injuries among youth aged 10 to 24 years in the United States, 2001-2015. JAMA: Journal of the American Medical Association, 318, 1931–1933.

95. Meshi, D., Morawetz, C., & Heekeren, H. R. (2013). Nucleus accumbens response to gains in reputation for the self relative to gains for others predicts social media use. Frontiers in Human Neuroscience, 7.

96. Meta Platforms, Inc. (2023). Form 10-K 2023. U.S. Securities and Exchange Commission. https://www.sec.gov/Archives/edgar/data/1326801/000132680124000012/meta-20231231.htm

97. Miech, R. A., Johnston, L. D., Patrick, M. E., & O'Malley, P. M. (2024). Monitoring the Future: National survey results on drug use, 1975-2023: Overview and detailed results for secondary school students. University of Michigan Institute for Social Research.

98. Miki Rothschild (n.d) [Linkedin Page]. Linkedin. https://www.linkedin.com/in/miki-rothschild-07878232/

99. Mitev, K., Weinstein, N., Karabeliova, S., Nguyen, T., Law, W., & Przybylski, A. (2021). Social media use only helps, and does not harm, daily interactions and well-being. Technology, Mind, and Behavior, 2.

100. Mojtabai, R., Olfson, M., & Han, B. (2016). National Trends in the Prevalence and Treatment of Depression in Adolescents and Young Adults. Pediatrics, 138(6), e20161878. https://doi.org/10.1542/peds.2016-1878

101. Montag, C., Lachmann, B., Herrlich, M., & Zweig, K. (2019). Addictive Features of Social Media/Messenger Platforms and Freemium Games against the Background of Psychological and Economic Theories. International journal of environmental research and public health, 16(14), 2612. https://doi.org/10.3390/ijerph16142612

102. Mosseri, A. (2021, December 7). Raising the Standard for Protecting Teens and Supporting Parents Online. Instagram Blog. https://about.instagram.com/blog/announcements/raising-the-standard-for-protecting-teens-and-supporting-parents-online

103. Mosseri, A. (2021, September 27). Pausing "Instagram Kids" and Building Parental Supervision Tools. Instagram Blog. https://about.instagram.com/blog/announcements/pausing-instagram-kids

104. National Institute of Mental Health (2016) The Teen Brain: 6 Things to Know. Office of Science Policy, Planning and Communications Science Writing, Press, and Dissemination Branch

105. National institute of Mental of Health. (2011). The Teen Brain: Still Under Construction. National Institutes of Health.

106. Nesi, J., & Prinstein, M. J. (2015). Using Social Media for Social Comparison and Feedback-Seeking: Gender and Popularity Moderate Associations with Depressive Symptoms. Journal of abnormal child psychology, 43(8), 1427–1438. https://doi.org/10.1007/s10802-015-0020-0

107. Newsom, C. R., Archer, R. P., Trumbetta, S., & Gottesman, I. I. (2003). Changes in adolescent response patterns on the MMPI/MMPI-A across four decades. Journal of Personality Assessment, 81, 74–84.

108. Office of the Surgeon General (OSG). (2021). Protecting Youth Mental Health: The U.S. Surgeon General's Advisory. US Department of Health and Human Services.

109. Orben, A. (2020). Teenagers, screens and social media: A narrative review of reviews and key studies. Social Psychiatry and Psychiatric Epidemiology, 55, 407–414.

110. Orben, A., & Przybylski, A. K. (2019). The association between adolescent well-being and digital technology use. Nature Human Behaviour, 3, 173–182.

111. Orben, A., Przybylski, A. K., Blakemore, S.-J., & Kievit, R. A. (2022). Windows of developmental sensitivity to social media. Nature Communications, 13, 1649.

112. Paruthi, S., Brooks, L. J., D'Ambrosio, C., Hall, W. A., Kotagal, S., Lloyd, R. M., Malow, B. A., Maski, K., Nichols, C., Quan, S. F., Rosen, C. L., Troester, M. M., & Wise, M. S. (2016). Recommended Amount of Sleep for Pediatric Populations: A Consensus Statement of the American Academy of Sleep Medicine. Journal of clinical sleep medicine : JCSM : official publication of the American Academy of Sleep Medicine, 12(6), 785–786. https://doi.org/10.5664/jcsm.5866

113. Patalay, P., & Gage, S. H. (2019). Changes in millennial adolescent mental health and health-related behaviours over 10 years: A population cohort comparison study. International Journal of Epidemiology, 48, 1650-1664.

114. Pearson H. (2025). Do smartphones and social media really harm teens' mental health?. Nature, 640(8057), 26–28. https://doi.org/10.1038/d41586-025-00933-3

115. Pedalino, F., & Camerini, A. L. (2022). Instagram Use and Body Dissatisfaction: The Mediating Role of Upward Social Comparison with Peers and Influencers among Young Females. International journal of environmental research and public health, 19(3), 1543. https://doi.org/10.3390/ijerph19031543

116. Petrillo, S. (2021, December 13). What makes TikTok so addictive?: an analysis of the mechanisms underlying the world's latest social media craze. Brown Undergraduate Journal of Public Health. https://sites.brown.edu/publichealthjournal/2021/12/13/tiktok

117. Piper|Sandler (2021) Taking Stock With Teens Survey.  Piper|Sandler

118. Plaintiff's Second Amended Master Complaint (Personal Injury), In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, No. 4:22-MD-3047 (N.D. Cal 2023), Dkt. 494

119. Plemmons, G., Hall, M., Doupnik, S., Gay, J., Brown, C., Browning, W., Casey, R., Freundlich, K., Johnson, D. P., Lind, C., Rehm, K., Thomas, S., & Williams, D. (2018). Hospitalization for suicide ideation or attempt: 2008–2015. Pediatrics, 141, 1–10.

120. Przybylski, A. K., Nguyen, T. T., Law, W., & Weinstein, N. (2021). Does taking a short break from social media have a positive effect on well-being? Evidence from three preregistered field experiments. Journal of Technology in Behavioral Science, 6, 507–514.

121. Raffoul, A., Ward, Z. J., Santoso, M., Kavanaugh, J. R., & Austin, S. B. (2023). Social media platforms generate billions of dollars in revenue from U.S. youth: Findings from a simulated revenue model. PloS one, 18(12), e0295337. https://doi.org/10.1371/journal.pone.0295337

122. Rausch, Z. (2024, January 3). The Youth Mental Health Crisis is International, Unless You Rely on a Flawed International Dataset (The GBD). After Babel Substack.

123. Rausch, Z., & Haidt, J. (2024, September 10). The fundamental flaws of the only meta-analysis of social media reduction experiments (and why it matters), part 2. After Babel Substack.

124. Reuben, A., Caspi, A., Belsky, D. W., Broadbent, J., Harrington, H., Sugden, K., Houts, R. M., Ramrakha, S., Poulton, R., & Moffitt, T. E. (2017). Association of childhood blood lead

levels with cognitive function and socioeconomic status at age 38 years and with IQ change and socioeconomic mobility between childhood and adulthood. JAMA, 317, 1244–1251.

125. Rideout, V., Peebles, A., Mann, S., & Robb, M. B. (2022). Common Sense census: Media use by tweens and teens, 2021. San Francisco, CA: Common Sense.

126. Riehm, K. E., Feder, K. A., Tormohlen, K. N., Crum, R. M., Young, A. S., Green, K. M., Pacek, L. R., La Flair, L. N., & Mojtabai, R. (2019). Associations Between Time Spent Using Social Media and Internalizing and Externalizing Problems Among US Youth. JAMA psychiatry, 76(12), 1266–1273. https://doi.org/10.1001/jamapsychiatry.2019.2325

127. Roberts, R. E., & Duong, H. T. (2014). The prospective association between sleep deprivation and depression among adolescents. Sleep, 37(2), 239–244. https://doi.org/10.5665/sleep.3388

128. Rodman, A. M., Powers, K. E., & Somerville, L. H. (2017). Development of self-protective biases in response to social evaluative feedback. Proceedings of the National Academy of Sciences of the United States of America, 114, 13158–13163.

129. Rohrer, J. M. (2018). Thinking clearly about correlations and causation: Graphical causal models for observational data. Advances in Methods and Practices in Psychological Science, 1, 27–42.

130. Rothwell, J. (2023, October 13). Teens spend average of 4.8 hours on social media per day. Gallup.

131. Royal Society For Public Health. (2017). #StatusofMind: Social media and young people's mental health and wellbeing. https://www.rsph.org.uk/static/uploaded/d125b27c-0b62-41c5-a2c0155a8887cd01.pdf

132. Rushton, K. (2017, May 22). Facebook lets teenagers see porn: Children as young as 13 are being exposed to explicit images, gambling websites and dangerous diet plans. Daily Mail. https://www.dailymail.co.uk/news/article-4531934/Facebook-lets-teenagers-porn.html

133. Saiphoo, A. N., & Vahedi, Z. (2019). A meta-analytic review of the relationship between social media use and body image disturbance. Computers in Human Behavior, 101, 259–275.

134. Salomon, I., & Brown, C. S. (2019). The selfie generation: Examining the relationship between social media use and early adolescent body image. The Journal of Early Adolescence, 39(4), 539–560. https://doi.org/10.1177/0272431618770809

135. Sax, L. (2022) Is TikTok Dangerous for Teens?. Institute Family Studies. https://ifstudies.org/blog/is-tiktok-dangerous-for-teens-

136. Schaeffer, K. (2024, April 14). 7 facts about Americans and Instagram. Pew Research Center. https://www.pewresearch.org/short-reads/2021/10/07/7-facts-about-americans-and-instagram/

137. Schisterman, E. F., Cole, S. R., & Platt, R. W. (2009). Overadjustment bias and unnecessary adjustment in epidemiologic studies. Epidemiology, 20, 488–495.

138. Schmidt-Persson, J., Rasmussen, M. G. B., Sørensen, S. O., Mortensen, S. R., Olesen, L. G., Brage, S., Kristensen, P. L., Bilenberg, N., & Grøntved, A. (2024). Screen Media Use and Mental Health of Children and Adolescents: A Secondary Analysis of a Randomized Clinical Trial. JAMA network open, 7(7), e2419881. https://doi.org/10.1001/jamanetworkopen.2024.19881

139. Schou Andreassen, C., Billieux, J., Griffiths, M. D., Kuss, D. J., Demetrovics, Z., Mazzoni, E., & Pallesen, S. (2016). The relationship between addictive use of social media and video games and symptoms of psychiatric disorders: A large-scale cross-sectional study.

Psychology of addictive behaviors : journal of the Society of Psychologists in Addictive Behaviors, 30(2), 252–262. https://doi.org/10.1037/adb0000160

140. Schrijvers, K., Cosma, A., Potrebny, T., Thorsteinsson, E., Catunda, C., Reiss, F., Hulbert, S., Kosticova, M., Melkumova, M., Bersia, M., Klanscek, H. J., Gaspar, T., & Dierckens, M. 2024 Three decades of adolescent health: Unveiling global trends across 41 countries in psychological and somatic complaints (1994–2022). International Journal of Public Health, 69, article1607774.

141. Semken, C., & Rossell, D. (2022). Specification Analysis for Technology Use and Teenager Well-Being: Statistical Validity and a Bayesian Proposal. Journal of the Royal Statistical Society Series C: Applied Statistics, 71(5), 1330–1355. https://doi.org/10.1111/rssc.12578

142. Shakya, H. B., & Christakis, N. A. (2017). Association of Facebook use with compromised well-being: A longitudinal study. American Journal of Epidemiology, 185, 203–211.

143. Sherman, L. E., Payton, A. A., Hernandez, L. M., Greenfield, P. M., & Dapretto, M. (2016). The Power of the Like in Adolescence: Effects of Peer Influence on Neural and Behavioral Responses to Social Media. Psychological science, 27(7), 1027–1035. https://doi.org/10.1177/0956797616645673

144. Speranza, L., di Porzio, U., Viggiano, D., de Donato, A., & Volpicelli, F. (2021). Dopamine: The Neuromodulator of Long-Term Synaptic Plasticity, Reward and Movement Control. Cells, 10(4), 735. https://doi.org/10.3390/cells10040735

145. Spiller, H. A., Ackerman, J. P., Spiller, N. E., & Casavant, M. J. (2019). Sex- and age-specific increases in suicide attempts by self-poisoning in the United States among youth and young adults from 2000 to 2018. Journal of Pediatrics, 210, 201–208.

146. Steers, M.-L. N., Wickham, R. E., & Acitelli, L. K. (2014). Seeing everyone else's highlight reels: How Facebook usage is linked to depressive symptoms. Journal of Social and Clinical Psychology, 33, 701–731.

147. Stein, D. (2024, October 4). The Fundamental Flaws of The Only Meta-Analysis of Social Media Reduction Experiments (And Why It Matters), Part 3. After Babel Substack. https://www.afterbabel.com/p/fundamental-flaws-part-3

148. Swanson, S. A., Crow, S. J., Le Grange, D., Swendsen, J., & Merikangas, K. R. (2011). Prevalence and correlates of eating disorders in adolescents. Results from the national comorbidity survey replication adolescent supplement. Archives of general psychiatry, 68(7), 714–723. https://doi.org/10.1001/archgenpsychiatry.2011.22

149. Swanson, S.A., Eyllon, M., Sheu, Y.H., Miller, M. (2021). Firearm access and adolescent suicide risk: Toward a clearer understanding of effect size. Injury Prevention, 27, 264–270.

150. Systrom, K. (2018, June 20) Welcome to IGTV, our New Video App. Instagram Blog. https://about.instagram.com/blog/announcements/welcome-to-igtv

151. Tech Transparency Project (2021) 'Thinstagram': Instagram's algorithm fuels eating disorder empidemic. https://www.techtransparencyproject.org/articles/thinstagram-instagrams-algorithm-fuels-eating-disorder-epidemic

152. Thrul, J., Devkota, J., AlJuboori, D., Regan, T., Alomairah, S., & Vidal, C. (2025). Social media reduction or abstinence interventions are providing mental health benefits – reanalysis of a published meta-analysis. Psychological of Popular Media.

153. Tiggemann, M., & Slater, A. (2014). Nettweens: The internet and body image concerns in preteenage girls. The Journal of Early Adolescence, 34(5), 606–620. https://doi.org/10.1177/0272431613501083

154. Twenge, J. M. (2000). The age of anxiety? Birth cohort change in anxiety and neuroticism, 1952-1993. Journal of Personality and Social Psychology, 79, 1007-1021.

155. Twenge, J. M. (2015). Time period and birth cohort differences in depressive symptoms in the U.S., 1982-2013. Social Indicators Research, 121, 437-454.

156. Twenge, J. M. (2023, March 15). Academic Pressure Cannot Explain the Mental Illness Epidemic. After Babel Substack. https://www.afterbabel.com/p/academic-pressure-social-media.

157. Twenge, J. M. (2023, October 18). Here are 13 other explanations for the adolescent mental health crisis. None of them work. Generation Tech Substack. https://www.afterbabel.com/p/13-explanations-mental-health-crisis.

158. Twenge, J. M. (2024, April 30). This group is more likely to be depressed and think about suicide. Generation Tech Substack. https://www.generationtechblog.com/p/this-group-is-the-most-likely-to.

159. Twenge, J. M. (2024, May 29). Parent drug overdoses: The true cause of the adolescent mental health crisis? Generation Tech Substack. https://www.generationtechblog.com/p/parent-drug-overdoses-the-true-cause

160. Twenge, J. M. (2024, December 12). The homework bubble has popped. Generation Tech Substack. https://www.generationtechblog.com/p/the-homework-bubble-has-popped

161. Twenge, J. M. (2024, June 12). Have some teens benefited in the era of social media? Generation Tech Substack.

162. Twenge, J. M. (2025). Generations: The Real Differences between Gen Z, Millennials, Gen X, Boomers and Silents—and What They Mean for America's Future. Updated paperback edition. New York: Atria Books.

163. Twenge, J. M. (2025, January 9). The pandemic was bad for teen mental health. The smartphone and social media were worse. Generation Tech Substack. https://www.generationtechblog.com/p/the-pandemic-was-bad-for-teen-mental

164. Twenge, J. M. (2025, February 11). For teens, the loneliness epidemic is not a myth. Generation Tech Substack. https://www.generationtechblog.com/p/for-teens-the-loneliness-epidemic

165. Twenge, J. M., & Farley, E. (2020). Not all screen time is created equal: Associations with mental health vary by activity and gender. Social Psychiatry and Psychiatric Epidemiology, 56, 207-217.

166. Twenge, J. M., & Hamilton, J. L. (2022). Linear correlation is insufficient as the sole measure of associations: The case of technology use and mental health. Acta Psychologica, 229, e103696.

167. Twenge, J. M., & Martin, G. N. (2020). Gender differences in associations between digital media use and psychological well-being: Evidence from three large datasets. Journal of Adolescence, 79(1), 91–102. https://doi.org/10.1016/j.adolescence.2019.12.018

168. Twenge, J. M., & Park, H. (2017). The decline in adult activities among U.S. adolescents, 1976–2016. Child Development, 90(2), 638–654. https://doi.org/10.1111/cdev.12930

169. Twenge, J. M., Cooper, A. B., Joiner, T. E., Duffy, M. E., & Binau, S. G. (2019). Age, period, and cohort trends in mood disorder indicators and suicide-related outcomes in a nationally representative dataset, 2005-2017. Journal of Abnormal Psychology, 128, 185-199.

170. Twenge, J. M., Haidt, J., Blake, A. B., McAllister, C., Lemon, H., & LeRoy, A. (2021). Worldwide increases in adolescent loneliness. Journal of Adolescence, 93, 257-269.

171. Twenge, J. M., Haidt, J., Lozano, J., & Cummins, K. M. (2022). Specification curve analysis shows that social media use is linked to poor mental health, especially among girls. Acta psychologica, 224, 103512. https://doi.org/10.1016/j.actpsy.2022.103512

172. Twenge, J. M., Joiner, T. E., Rogers, M. L., & Martin, G. N. (2018). Increases in Depressive Symptoms, Suicide-Related Outcomes, and Suicide Rates Among U.S. Adolescents After 2010 and Links to Increased New Media Screen Time. Clinical Psychological Science, 6(1), 3-17. https://doi.org/10.1177/2167702617723376

173. Twenge, J. M., Krizan, Z., & Hisler, G. (2017). Decreases in self-reported sleep duration among U.S. adolescents 2009-2015 and links to new media screen time. Sleep Medicine, 39, 47-53.

174. Twenge, J. M., Martin, G. N., & Campbell, W. K. (2018). Decreases in psychological well-being among American adolescents after 2012 and links to screen time during the rise of smartphone technology. Emotion (Washington, D.C.), 18(6), 765–780. https://doi.org/10.1037/emo0000403

175. Twenge, J. M., Martin, G. N., & Spitzberg, B. H. (2019b). Trends in U.S. adolescents' media use, 1976-2016: The rise of digital media, the decline of TV, and the (near) demise of print. Psychology of Popular Media Culture, 8, 329-345.

176. Twenge, J. M., Spitzberg, B. H., & Campbell, W. K. (2019c). Less in-person social interaction with peers among U.S. adolescents in the 21st century and links to loneliness. Journal of Social and Personal Relationships, 36, 1892-1913.

177. Twenge, J.M. (2024d, May 2024). Changes in Parents' Mental Health Did Not Drive the Adolescent Mental Health Crisis. After Babel Substack, https://www.afterbabel.com/p/parents-first-hypothesis

178. Twenge, J.M., Haidt, J., Joiner, T., Campbell, W.K. (2020). Underestimating digital media harm. Nature Human Behaviour, 4, 346-348.

179. Van der Wal, A., Beyens, I., Janssen, L. H. C., & Valkenburg, P. M. (2025). Social media use leads to negative mental health outcomes for most adolescents. Preprint manuscript, PsyArXiv.

180. Vaterlaus, J. M., Barnett, K., Roche, C., & Young, J. A. (2016). "Snapchat is more personal": An exploratory study on Snapchat behaviors and young adult interpersonal relationships. Computers in Human Behavior, 62, 594–601. https://doi.org/10.1016/j.chb.2016.04.029

181. Vázquez-Vázquez, A., Smith, A., Gibson, F., Roberts, H., Mathews, G., Ward, J. L., Viner, R. M., Nicholls, D., Cornaglia, F., Roland, D., Phillips, K., & Hudson, L. D. (2024). Admissions to paediatric medical wards with a primary mental health diagnosis: a systematic review of the literature. Archives of Disease in Childhood, 109, 707–716.

182. Verduyn, P., Lee, D. S., Park, J., Shablack, H., Orvell, A., Bayer, J., Ybarra, O., Jonides, J., & Kross, E. (2015). Passive Facebook usage undermines affective well-being: Experimental and longitudinal evidence. Journal of Experimental Psychology: General, 144, 480–488.

183. Verharen, J. P. H., Zhu, Y., & Lammel, S. (2020). Aversion hot spots in the dopamine system. Current opinion in neurobiology, 64, 46–52. https://doi.org/10.1016/j.conb.2020.02.002

184. Viner, R. M., Gireesh, A., Stiglic, N., Hudson, L. D., Goddings, A.-L., Ward, J. L., & Nicholls, D. E. (2019). Roles of cyberbullying, sleep, and physical activity in mediating the

effects of social media use on mental health and wellbeing among young people in England: a secondary analysis of longitudinal data. The Lancet. Child & Adolescent Health, 3, 685–696.

185. Vogels, E. A.., Gelles-Watmock, R., & Massarat, N. (2022). Teens, Social Media and Technology 2022. Pew Research Center. https://www.pewresearch.org/internet/wp-content/uploads/sites/9/2022/08/PI_2022.08.10_Teens-and-Tech_FINAL.pdf

186. Vuorre, M., & Przybylski, A. K. (2023). Estimating the association between Facebook adoption and well-being in 72 countries. Royal Society Open Science, 10, 221451.

187. Vuorre, M., & Przybylski, A. K. (2024). Global well-being and mental health in the Internet age. Clinical Psychological Science, 12, 917–935.

188. Vuorre, M., & Przybylski, A. K. (2024). A multiverse analysis of the associations between internet use and well-being. Technology, Mind, and Behavior, 5.

189. Walker, A., (2022) Regulation 28 Report to Prevent Future Deaths. North London Coroner's Service

190. Wang, J. L., Wang, H. Z., Gaskin, J., & Hawk, S. (2017). The Mediating Roles of Upward Social Comparison and Self-esteem and the Moderating Role of Social Comparison Orientation in the Association between Social Networking Site Usage and Subjective Well-Being. Frontiers in psychology, 8, 771. https://doi.org/10.3389/fpsyg.2017.00771

191. Ward, J. L., Vázquez-Vázquez, A., Phillips, K., Settle, K., Pilvar, H., Cornaglia, F., Gibson, F., Nicholls, D., Roland, D., Mathews, G., Roberts, H., Viner, R. M., & Hudson, L. D. (2025). Admission to acute medical wards for mental health concerns among children and young people in England from 2012 to 2022: A cohort study. The Lancet Child & Adolescent Health, 9, 112–120.

192. Ward, J. L., Vázquez-Vázquez, A., Phillips, K., Settle, K., Pilvar, H., Cornaglia, F., Gibson, F., Nicholls, D., Roland, D., Mathews, G., Roberts, H., Viner, R. M., & Hudson, L. D. (2025). Admission to acute medical wards for mental health concerns among children and young people in England from 2012 to 2022: a cohort study. The Lancet. Child & adolescent health, 9(2), 112–120. https://doi.org/10.1016/S2352-4642(24)00333-X

193. Wells, G., Horowitz, J., & Seetharaman, D. (2021, September 14). Facebook knows Instagram is toxic for teen girls, company documents show. Wall Street Journal.

194. Wilksch, S. M., O'Shea, A., Ho, P., Byrne, S., & Wade, T. D. (2020). The relationship between social media use and disordered eating in young adolescents. The International journal of eating disorders, 53(1), 96–106. https://doi.org/10.1002/eat.23198

195. WSJ Noted (2021, September 29) How Instagram is Hurting Teen Girls. The Wallstreet Journal. https://www.wsj.com/articles/how-instagram-is-hurting-teen-girls-11632940937

196. Zhao, Y., Paulus, M. P., & Potenza, M. N. (2023). Brain structural co-development is associated with internalizing symptoms two years later in the ABCD cohort. Journal of Behavioral Addictions, 12, 80–93.

197. Zhao, Y., Paulus, M., Bagot, K. S., Constable, R. T., Yaggi, H. K., Redeker, N. S., & Potenza, M. N. (2022). Brain structural covariation linked to screen media activity and externalizing behaviors in children. Journal of Behavioral Addictions, 11, 417–426.