Exhibit 47

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

*PEOPLE OF THE STATE OF CALIFORNIA, et al.,*
Plaintiffs,

v.

*META PLATFORMS, INC, Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC., et al.,*
Defendants


IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
4:23-cv-05448

MDL No. 3047

Case No. 4:23-cv-05448-YGR

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

## REBUTTAL TRIAL REPORT OF
## DR. JEAN M. TWENGE, PH.D.
## JULY 30, 2025

## Dr. Jean Twenge Materials Considered

1. 5Rights Foundation. (2021). Pathways: How digital design puts children at risk. https://5rightsfoundation.com/uploads/Pathways-how-digital-design-puts-children-at-risk.pdf

2. AACP (2018). Social media and teens. Facts for Families. https://www.aacap.org/AACAP/Families_and_Youth/Facts_for_Families/FFF-Guide/Social-Media-and-Teens-100.aspx

3. Abrams, Z. (2023, August 3). Why young brains are especially vulnerable to social media. American Psychological Association. https://www.apa.org/news/apa/2022/social-media-children-teens

4. Adinoff B. (2004). Neurobiologic processes in drug reward and addiction. Harvard review of psychiatry, 12(6), 305–320. https://doi.org/10.1080/10673220490910844

5. Allcott, H., Braghieri, L., Eichmeyer, S., & Gentzkow, M. (2020). The welfare effects of social media. The American Economic Review, 110(3), 629–676. https://doi.org/10.1257/aer.20190658

6. Al-Zuabi, I. M., Jafar, A., & Aljoumaa, K. (2019). Predicting customer's gender and age depending on mobile phone data. Journal of Big Data, 6(1), 18. https://doi.org/10.1186/s40537-019-0180-9

7. American Psychological Association. (2023). Health advisory on social media use in adolescence. https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use.pdf

8. Are screens harming teens? What scientists can do to find answers. (2025). Nature, 640(8057), 7–8. https://doi.org/10.1038/d41586-025-00991-7

9. Beeres, D. T., Andersson, F., Vossen, H. G. M., & Galanti, M. R. (2021). Social Media and Mental Health Among Early Adolescents in Sweden: A Longitudinal Study With 2-Year Follow-Up (KUPOL Study). The Journal of adolescent health: official publication of the Society for Adolescent Medicine, 68(5), 953–960. https://doi.org/10.1016/j.jadohealth.2020.07.042

10. Blanchflower, D. (2024, June 17). Is the Gallup World Poll reliable? After Babel Substack. https://www.afterbabel.com/p/gallup-world-poll

11. Blumenthal, R. (2021, October 20) Letter to Mark Zuckerberg. https://www.blumenthal.senate.gov/imo/media/doc/2021.10.20%20-%20Facebook%20and%20Instagram%20-%20Consumer%20Protection%20Invitation.pdf

12. Boer, M., Cosma, A., Twenge, J. M., Inchley, J., Jericek Kalnscek, H., & Stevens, G. W. J. M. (2023). National-level schoolwork pressure, family structure, internet use, and obesity as drivers of time trends in adolescent psychological complaints between 2002 and 2018. Journal of Youth and Adolescence, 52, 2061-2077.

13. Boer, M., Stevens, G. W. J. M., Finkenauer, C., de Looze, M. E., & van den Eijnden, R. J. J. M. (2021). Social media use intensity, social media use problems, and mental health among adolescents: Investigating directionality and mediating processes. Computers in Human Behavior, 116, Article 106645. https://doi.org/10.1016/j.chb.2020.106645

14. Boers, E., Afzali, M. H., Newton, N., & Conrod, P. (2019). Association of Screen Time and Depression in Adolescence. JAMA Pediatrics, 173, 853–859.

15. Bommersbach, T. J., Olfson, M., & Rhee, T. G. (2025). National Trends in Suicidal Thoughts and Suicide Attempts Among High School Students in the United States. The American journal of psychiatry, appiajp20240706. Advance online publication. https://doi.org/10.1176/appi.ajp.20240706

16. Böttger, H., & KöLtzsch, D. (2020). The fear factor: Xenoglossophobia or how to overcome the anxiety of speaking foreign languages. Training Language and Culture, 4(2), 43–55. https://doi.org/10.22363/2521-442x-2020-4-2-43-55

17. Braghieri, L., Levy, R., & Makarin, A. (2022). Social Media and Mental Health. The American Economic Review, 112(11), 3660–3693. https://doi.org/10.1257/aer.20211218

18. Brailovskaia, J., Teismann, T., & Margraf, J. (2020). Positive Mental Health Mediates the Relationship Between Facebook Addiction Disorder and Suicide-Related Outcomes: A Longitudinal Approach. Cyberpsychology, behavior and social networking, 23(5), 346–350. https://doi.org/10.1089/cyber.2019.0563

19. Buecker, S., Mund, M., Chwastek, S., Sostmann, M., & Luhmann, M. (2021). Is loneliness in emerging adults increasing over time? A preregistered cross-temporal meta-analysis and systematic review. Psychological Bulletin, 147(8), 787–805. https://doi.org/10.1037/bul0000332

20. Burhan, R., & Moradzadeh, J. (2020). Neurotransmitter Dopamine (DA) and its Role in the Development of Social Media Addiction. Journal of Neurology and Neurophysiology, 11, 1-2.

21. Burstein, B., Agostino, H., & Greenfield, B. (2019). Suicidal attempts and ideation among children and adolescents in US emergency departments, 2007-2015. JAMA Pediatrics, 173, 598–600.

22. C.S. Mott Children's Hospital (2021)  Sharing Too Soon? Children and Social Media Apps. Mott Poll Report. https://mottpoll.org/reports/sharing-too-soon-children-and-social-media-apps

23. Cairns, R., Karanges, E. A., Wong, A., Brown, J. A., Robinson, J., Pearson, S.-A., Dawson, A. H., & Buckley, N. A. (2019). Trends in self-poisoning and psychotropic drug use in people aged 5-19 years: a population-based retrospective cohort study in Australia. BMJ Open, 9(2), e026001.

24. Canadian Centre for Child Protection (2020) Reviewing Child Sexual Abuse Material Reporting Functions on Popular Platforms. Canadian Centre for Child Protection. https://protectchildren.ca/pdfs/C3P_ReviewingCSAMMaterialReporting_en.pdf

25. Capraro, V., Globig, L., Rausch, Z., Rathje, S., Wormley, A., Olson, J., ... & Van Bavel, J. J. (2025). A consensus statement on potential negative impacts of smartphone and social media use on adolescent mental health. https://osf.io/preprints/psyarxiv/b94dy_v1

26. Center for Countering Digital Hate. (2022). Deadly by Design: TikTok pushes harmful content promoting eating disorders and self-harm into young users' feeds. https://counterhate.com/wp-content/uploads/2022/12/CCDH-Deadly-by-Design_120922.pdf

27. Chansiri, K., & Wongphothiphan, T. (2023). The indirect effects of Instagram images on women's self-esteem: The moderating roles of BMI and perceived weight. New Media & Society, 25(10), 2572-2594. https://doi.org/10.1177/14614448211029975

28. Chen, J., Ishii, M., Bater, K. L., Darrach, H., Liao, D., Huynh, P. P., Reh, I. P., Nellis, J. C., Kumar, A. R., & Ishii, L. E. (2019). Association Between the Use of Social Media and Photograph Editing Applications, Self-esteem, and Cosmetic Surgery Acceptance. JAMA facial plastic surgery, 21(5), 361–367. https://doi.org/10.1001/jamafacial.2019.0328

29. Cheng, J., Burke, M., & Davis, E. G. (2019, May). Understanding perceptions of problematic Facebook use: When people experience negative life impact and a lack of control. In Proceedings of the 2019 CHI conference on human factors in computing systems (pp. 1-13).

30. Cheng, T. S., Ong, K. K., & Biro, F. M. (2022). Trends Toward Earlier Puberty Timing in Girls and Its Likely Mechanisms. Journal of Pediatric & Adolescent Gynecology, 35, 527–531

31. Chu, J., Ganson, K. T., Baker, F. C., Testa, A., Jackson, D. B., Murray, S. B., & Nagata, J. M. (2023). Screen time and suicidal behaviors among U.S. children 9-11 years old: A prospective cohort study. Preventive medicine, 169, 107452. https://doi.org/10.1016/j.ypmed.2023.107452

32. Clark, D. M. T., Loxton, N. J., & Tobin, S. J. (2015). Declining loneliness over time: Evidence from American colleges and high schools. Personality & Social Psychology Bulletin, 41, 78–89.

33. Cohen, J. (1977). Statistical power analysis for the behavioral sciences (rev. ed.). New York, NY: Academic Press

34. Cohen, J. (1988). Statistical power analysis for the behavioral sciences (2nd ed.). Hillsdale, NJ: Erlbaum.

35. ConnectSafely (2014) A Parents' Guide to Instagram. https://web.archive.org/web/20141117173620/http://www.connectsafely.org/wp-content/uploads/instagram_guide.pdf

36. Correction to "Do social media experiments prove a link with mental health: A methodological and meta-analytic review" by Ferguson (2024) (2025). Psychology of Popular Media, 14(2), 328. https://doi.org/10.1037/ppm0000586

37. COUNCIL ON COMMUNICATIONS AND MEDIA (2016). Media Use in School-Aged Children and Adolescents. Pediatrics, 138(5), e20162592. https://doi.org/10.1542/peds.2016-2592

38. Coyne, S. M., Rogers, A. A., Zurcher, J. D., Stockdale, L., & Booth, M. (2020). Does time spent using social media impact mental health?: An eight year longitudinal study. Computers in Human Behavior, 104.

39. Crews, F., He, J., & Hodge, C. (2007). Adolescent cortical development: a critical period of vulnerability for addiction. Pharmacology, biochemistry, and behavior, 86(2), 189–199. https://doi.org/10.1016/j.pbb.2006.12.001

40. Cybulski, L., Ashcroft, D. M., Carr, M. J., Garg, S., Chew-Graham, C. A., Kapur, N., & Webb, R. T. (2021). Temporal trends in annual incidence rates for psychiatric disorders and self-harm among children and adolescents in the UK, 2003–2018. BMC Psychiatry, 21, 1–12.

41. Davis, C. G., & Goldfield, G. S. (2025). Limiting social media use decreases depression, anxiety, and fear of missing out in youth with emotional distress: A randomized controlled trial. Psychology of Popular Media, 14(1), 1–11. https://doi.org/10.1037/ppm0000536

42. Davis, T., & Cranston, P. (2008). Youth work and social networking: Final research report. National Youth Agency.

43. de Bérail, P., Guillon, M., & Bungener, C. (2019). The relations between YouTube addiction, social anxiety and parasocial relationships with YouTubers: A moderated-mediation model based on a cognitive-behavioral framework. Computers in Human Behavior, 99, 190–204. https://doi.org/10.1016/j.chb.2019.05.007

44. Deters, F. große, & Mehl, M. R. (2013). Does posting Facebook status updates increase or decrease loneliness? An online social networking experiment. Social Psychological and Personality Science, 4, 579–586.

45. Domahidi, E. (2018). The associations between online media use and users' perceived social resources: A meta-analysis. Journal of Computer-Mediated Communication, 23(4), 181-200.

46. Dönmez, Y. E., & Soylu, N. (2019). Online sexual solicitation in adolescents: Socio-demographic risk factors and association with psychiatric disorders, especially posttraumatic stress disorder. Journal of Psychiatric Research, 117, 68–73.

47. Dunn, T. R., & Langlais, M. R. (2020). "Oh, Snap!": A Mixed-Methods Approach to Analyzing the Dark Side of Snapchat. The Journal of Social Media in Society, 9(2), 69-104.

48. Facebook. (2012, April 9). Facebook to Acquire Instagram [Press release]. https://about.fb.com/news/2012/04/facebook-to-acquire-instagram/

49. Fair Play for Kids, & Farid, H. (2022). Designing for disorder: Instagram's pro-eating disorder bubble. https://fairplayforkids.org/wp-content/uploads/2022/04/designing_for_disorder.pdf?eType=EmailBlastContent&eId=ec346b0d-3a84-4f12-b071-a7

50. Farid, H. (2018). Reining in online abuses. Technology & Innovation, 19(3), 593–599. https://doi.org/10.21300/19.3.2018.593

51. Farid, H. (2021). An Overview of Perceptual Hashing. Journal of Online Trust and Safety, 1(1). https://doi.org/10.54501/jots.v1i1.24

52. Faverio, M. & Sidoti, O. (2024, December 12). Teens, social media and technology 2024. Pew Research Center.

53. Fehr, E., & Gächter, S. (2000). Fairness and retaliation: The economics of reciprocity. Journal of economic perspectives, 14(3), 159-182.

54. Ferguson C. J. (2021). Links between screen use and depressive symptoms in adolescents over 16 years: Is there evidence for increased harm?. Developmental science, 24(1), e13008. https://doi.org/10.1111/desc.13008

55. Ferguson, C. J. (2024). Do social media experiments prove a link with mental health: A methodological and meta-analytic review. Psychology of Popular Media.

56. Ferguson, C. J. (2025). Do social media experiments prove a link with mental health: A methodological and meta-analytic review. Psychology of Popular Media, 14(2), 201–206. https://doi.org/10.1037/ppm0000541

57. Ferguson, C. J. (2025). Suicides among youth and social environment: Is there evidence for correlation, or merely ecological fallacy? Child & Youth Care Forum. Advance online publication. https://doi.org/10.1007/s10566-025-09853-9

58. Forrest, C. B., Koenigsberg, L. J., Eddy Harvey, F., Maltenfort, M. G., & Halfon, N. (2025). Trends in US Children's Mortality, Chronic Conditions, Obesity, Functional Status, and Symptoms. JAMA, 10.1001/jama.2025.9855. Advance online publication. https://doi.org/10.1001/jama.2025.9855

59. Frost, R. L., & Rickwood, D. J. (2017). A systematic review of the mental health outcomes associated with Facebook use. Computers in Human Behavior, 76, 576–600. https://doi.org/10.1016/j.chb.2017.08.001

60. Funder, D. C., & Ozer, D. J. (2019). Evaluating effect size in psychological research: Sense and nonsense. Advances in Methods and Practices in Psychological Science, 1, 1-13

61. Gajdics, J., & Jagodics, B. (2022). Mobile phones in schools: With or without you? Comparison of students' anxiety level and class engagement after regular and mobile-free school days. Technology, Knowledge and Learning, 27, 1095–1113.

62. George, M. J., Russell, M. A., Piontak, J. R., & Odgers, C. L. (2018). Concurrent and Subsequent Associations Between Daily Digital Technology Use and High-Risk Adolescents' Mental Health Symptoms. Child development, 89(1), 78–88. https://doi.org/10.1111/cdev.12819

63. Götz, F. M., Gosling, S. D., & Rentfrow, P. J. (2022). Small effects: The indispensable foundation for a cumulative psychological science. Perspectives on Psychological Science, 17, 205–215.

64. Gray, P., Lancy, D. F., & Bjorklund, D. F. (2023). Decline in independent activity as a cause of decline in children's mental well-being: Summary of the evidence. Journal of Pediatrics, 260, 113352.

65. Griffiths, S., Murray, S.B., Krug, I. & McClean, S.A. (2018). The Contribution of Social Media to Body Dissatisfaction, Eating Disorder Symptoms, and Anabolic Steroid Use Among Sexual Minority Men. CYBERPSYCHOLOGY, BEHAVIOR, AND SOCIAL NETWORKING. 21(3) 149-156. DOI: 10.1089/cyber.2017.0375

66. Gugushvili, N., Täht, K., Ruiter, R. A. C., & Verduyn, P. (2022). Facebook use intensity and depressive symptoms: a moderated mediation model of problematic Facebook use, age, neuroticism, and extraversion. BMC psychology, 10(1), 279. https://doi.org/10.1186/s40359-022-00990-7

67. Gumas, E.D., & Baumgartner, J. C. (2023, June 22). U.S. Overdose Deaths Remain Higher Than in Other Countries — How Harm Reduction Programs Could Help. To the Point. Commonwealth Fund.

68. Gutierrez, C. M., Prickett, K. C., Hollowell, C., Teiko, P., & Caton, L. (2022). Type of household firearm ownership and firearm suicide among adolescents, 1976-2018. Preventive medicine, 165(Pt A), 107244. https://doi.org/10.1016/j.ypmed.2022.107244

69. Haidt, J. (2024). The Anxious Generation. New York: Penguin Press.

70. Haidt, J., & Rausch, Z. (2023, April 19). The teen mental illness epidemic is international, part 2: The Nordic nations. After Babel Substack.

71. Haidt, J., Twenge, J. M., & Rausch, Z. (2025). Social media and mental health: A collaborative review. Unpublished manuscript, New York University. Accessed at https://docs.google.com/document/d/1w-HOfseF2wF9YIpXwUUtP65-olnkPyWcgF5BiAtBEy0/edit?tab=t.0

72. Hamilton, J. L., Dalack, M., Boyd, S. I., Jorgensen, S., Dreier, M. J., Sarna, J., & Brent, D. A. (2024). Positive and negative social media experiences and proximal risk for suicidal ideation in adolescents. Journal of Child Psychology and Psychiatry, 65, 1580–1589.

73. Han, X., Zhou, E., & Liu, D. (2024). Electronic media use and sleep quality: Updated systematic review and meta-analysis. Journal of Medical Internet Research, 26, e48356.

74. headspace (2018) headspace National Youth Mental Health Survey 2018. National Youth Mental Health Foundation

75. Heffer, T., Good, M., Daly, O., MacDonell, E., & Willoughby, T. (2019). The longitudinal association between social-media use and depressive symptoms among adolescents and young adults: An empirical reply to Twenge et al (2018). Clinical Psychological Science, 7, 462–470.

76. Heron M. (2021). Deaths: Leading Causes for 2018. National vital statistics reports : from the Centers for Disease Control and Prevention, National Center for Health Statistics, National Vital Statistics System, 70(4), 1–115.

77. Hill A. B. (1965). The Environment and Disease: Association or Causation?. Proceedings of the Royal Society of Medicine, 58(5), 295–300. https://doi.org/10.1177/003591576505800503

78. Hisler, G., Twenge, J. M., & Krizan, Z. (2020). Associations between screen time and short sleep duration among adolescents varies by media type: Evidence from a cohort study. Sleep Medicine, 66, 92-102.

79. Horwitz, J. (2023, November 2) His Job Was to Make Instagram Safe for Teens. His 14-Year-Old Showed Him What the App Was Really Like. The Wall Street Journal. https://www.wsj.com/tech/instagram-facebook-teens-harassment-safety-5d991be1

80. Houghton, S., Lawrence, D., Hunter, S. C., Rosenberg, M., Zadow, C., Wood, L., & Shilton, T. (2018). Reciprocal Relationships between Trajectories of Depressive Symptoms and Screen Media Use during Adolescence. Journal of youth and adolescence, 47(11), 2453–2467. https://doi.org/10.1007/s10964-018-0901-y

81. Hristova, D., Jovicic, S., Göbl, B., De Freitas, S., & Slunecko, T. (2022). "Why did we lose our snapchat streak?". Social media gamification and metacommunication. Computers in Human Behavior Reports, 5, 100172. https://doi.org/10.1016/j.chbr.2022.100172

82. Hu, Y., Bai, Y., Pan, Y., & Li, S. (2021). Cyberbullying victimization and depression among adolescents: A meta-analysis. Psychiatry Research, 305.

83. Hunt, M. G., Marx, R., Lipson, C., & Young, J. (2018). No more FOMO: Limiting social media decreases loneliness and depression. Journal of Social and Clinical Psychology, 37(10), 751–768. https://doi.org/10.1521/jscp.2018.37.10.751

84. Instagram (2019, December 4) Making Instagram Safer for the Youngest Members of Our Community. Instagram Blog. https://about.instagram.com/blog/announcements/making-instagram-safer-for-the-youngest-members-of-our-community

85. Instagram (2021, July 17) Giving Young People a Safer, More Private Experience. Instagram Blog. https://about.instagram.com/blog/announcements/giving-young-people-a-safer-more-private-experience (Updated December 20, 2021)

86. Instagram (2022, June 23) Introducing New Ways to Verify Age on Instagram. Instagram Blog. https://about.instagram.com/blog/announcements/new-ways-to-verify-age-on-instagram. (Updated October 12, 2022; March 2, 2023)

87. Instagram (2024, January 25) Introducing Stricter Message Settings for Teens on Instagram and Facebook. Instagram Blog. https://about.instagram.com/blog/announcements/new-parental-controls-and-teen-privacy-defaults

88. Javornik, A., Marder, B., Pizzetti, M., Warlop, L. (2022). Research: How AR Filters Impact People's Self-Image. Harvard Business Review. https://hbr.org/2021/12/research-how-ar-filters-impact-peoples-self-image

89. Jensen, M., George, M. J., Russell, M. R., & Odgers, C. L. (2019). Young adolescents' digital technology use and mental health symptoms: Little evidence of longitudinal or daily linkages. Clinical Psychological Science, 7(6), 1416-1433. DOI:10.1177/26702619853363

90. Jones, S. E., Ethier, K. A., Hertz, M., DeGue, S., Le, V. D., Thornton, J., Lim, C., Dittus, P. J., & Geda, S. (2022). Mental Health, Suicidality, and Connectedness Among High School Students During the COVID-19 Pandemic - Adolescent Behaviors and Experiences Survey, United States, January-June 2021. MMWR supplements, 71(3), 16–21. https://doi.org/10.15585/mmwr.su7103a3

91. Kannan, V. D., & Veazie, P. J. (2022). US trends in social isolation, social engagement, and companionship – nationally and by age, sex, race/ethnicity, family income, and work hours, 2003-2020. SSM - Population Health, 21, 101331.

92. Karim, F., Oyewande, A. A., Abdalla, L. F., Ehsanullah, R. C., & Khan, S. (2020). Social Media Use and Its Connection to Mental Health: A Systematic Review. Cureus. https://doi.org/10.7759/cureus.8627

93. Keles, B. Y., McCrae, N., & Grealish, A. (2019). A systematic review: the influence of social media on depression, anxiety and psychological distress in adolescents. International Journal of Adolescence and Youth, 25(1), 79–93. https://doi.org/10.1080/02673843.2019.1590851

94. Kelly, Y., Zilanawala, A., Booker, C., & Sacker, A. (2019). Social Media Use and Adolescent Mental Health: Findings from the UK millennium cohort study. EClinicalMedicine, 6, 59–68. https://doi.org/10.1016/j.eclinm.2018.12.005

95. Keyes, K. M., Gary, D., O'Malley, P. M., Hamilton, A., & Schulenberg, J. (2019). Recent increases in depressive symptoms among US adolescents: Trends from 1991 to 2018. Social Psychiatry and Psychiatric Epidemiology, 54, 987–996.

96. Kleemans, M., Daalmans, S., Carbaat, I., & Anschütz, D. (2018). Picture perfect: The direct effect of manipulated instagram photos on body image in adolescent girls. Media Psychology, 21(1), 93–110. https://doi.org/10.1080/15213269.2016.1257392

97. Klerman, G. L., & Weissman, M. M. (1989). Increasing rates of depression. JAMA, 261, 2229-2235.

98. Klobas, J. E., McGill, T. J., Moghavvemi, S., & Paramanathan, T. (2018). Compulsive YouTube usage: A comparison of use motivation and personality effects. Computers in Human Behavior, 87, 129–139. https://doi.org/10.1016/j.chb.2018.05.038

99. Knipe, D., John, A., Padmanathan, P., Eyles, E., Dekel, D., Higgins, J. P. T., Bantjes, J., Dandona, R., Macleod-Hall, C., McGuinness, L. A., Schmidt, L., Webb, R. T., & Gunnell, D. (2022). Suicide and self-harm in low- and middle- income countries during the COVID-19 pandemic: A systematic review. PLOS Global Public Health, 2, e0000282.

100. Kofoed, J., & Larsen, M. C. (2016). AKofoed, J., & Larsen, M. C. (2016). A snap of intimacy: Photo-sharing practices among young people on social media. First Monday, 21(11). https://doi.org/10.5210/fm.v21i11.6905

101. Koob, G. F., & Volkow, N. D. (2016). Neurobiology of addiction: a neurocircuitry analysis. The lancet. Psychiatry, 3(8), 760–773. https://doi.org/10.1016/S2215-0366(16)00104-8

102. Krach, S., Paulus, F. M., Bodden, M., & Kircher, T. (2010). The rewarding nature of social interactions. Frontiers in behavioral neuroscience, 4, 22. https://doi.org/10.3389/fnbeh.2010.00022

103. Kreski, N., Platt, J., Rutherford, C., Olfson, M., Odgers, C., Schulenberg, J., & Keyes, K. M. (2021). Social Media Use and Depressive Symptoms Among United States Adolescents. The Journal of adolescent health : official publication of the Society for Adolescent Medicine, 68(3), 572–579. https://doi.org/10.1016/j.jadohealth.2020.07.006

104. Krokstad, S., Weiss, D., Rangul, V., Kvaloy, K., Ingul, J., Twenge, J., & Sund, E. (2022). Divergent decennial trends in mental health according to age reveal poorer mental health for young people: Repeated cross-sectional population-based surveys from the HUNT Study, Norway. BMJ Open, 12, e057654.

105. Kross, E., Verduyn, P., Demiral, E., Park, J., Lee, D. S., Lin, N., Shablack, H., Jonides, J., & Ybarra, O. (2013). Facebook use predicts declines in subjective well-being in young adults. PLoS ONE, 8.

106. Kunz, P. R., & Woolcott, M. (1976). Season's greetings: From my status to yours. Social Science Research, 5(3), 269–278. https://doi.org/10.1016/0049-089X(76)90003-X

107. Lambert D'raven, L. T., Moliver, N., & Thompson, D. (2015). Happiness intervention decreases pain and depression, boosts happiness among primary care patients. Primary Health Care Research & Development, 16, 114–126.

108. Lee J. K. (2022). The effects of social comparison orientation on psychological well-being in social networking sites: Serial mediation of perceived social support and self-esteem. Current psychology (New Brunswick, N.J.), 41(9), 6247–6259. https://doi.org/10.1007/s12144-020-01114-3

109. Leggett-James, M. P., & Laursen, B. (2022). The Consequences of Social Media Use Across the Transition Into Adolescence: Body Image and Physical Activity. The Journal of Early Adolescence, 43(7), 947-964.

110. Lenhart, A. (2015, April 9). Teens, social media, & technology overview 2015. Pew Research Center.

111. Lepp, A., & Barkley, J. E. (2022). The experimental effect of social media use, treadmill walking, studying, and a control condition on positive and negative affect in college students. Current psychology (New Brunswick, N.J.), 1–10. Advance online publication. https://doi.org/10.1007/s12144-022-03747-y

112. Levenson, J. C., Shensa, A., Sidani, J. E., Colditz, J. B., & Primack, B. A. (2016). The association between social media use and sleep disturbance among young adults. Preventive medicine, 85, 36–41. https://doi.org/10.1016/j.ypmed.2016.01.001

113. Leventhal, A. M., Cho, J., Keyes, K. M., Zink, J., Riehm, K. E., Zhang, Y., & Ketema, E. (2021). Digital media use and suicidal behavior in U.S. adolescents, 2009-2017. Preventive medicine reports, 23, 101497. https://doi.org/10.1016/j.pmedr.2021.101497

114. Levis, B., Yan, X. W., He, C., Sun, Y., Benedetti, A., & Thombs, B. D. (2019). Comparison of depression prevalence estimates in meta-analyses based on screening tools and rating scales versus diagnostic interviews: a meta-research review. BMC medicine, 17(1), 65. https://doi.org/10.1186/s12916-019-1297-6

115. Lewinsohn, P., Rohde, P., Seeley, J., & Fischer, S. (1993). Age-cohort changes in the lifetime occurrence of depression and other mental disorders. Journal of Abnormal Psychology, 102, 110-120.

116. Liu, M. W. (2016). Dose-response association of screen time-based sedentary behaviour in children and adolescents and depression: a meta-analysis of observational studies. Br J Sports Med, 50(20), 1252-1258.

117. Liu, M., Kamper-DeMarco, K. E., Zhang, J., Xiao, J., Dong, D., & Xue, P. (2022). Time Spent on Social Media and Risk of Depression in Adolescents: A Dose-Response Meta-Analysis. International journal of environmental research and public health, 19(9), 5164. https://doi.org/10.3390/ijerph19095164

118. Liu, X., & Buysse, D. J. (2005). Sleep and youth suicidal behavior: a neglected field. Current opinion in psychiatry, 19(3), 288–293. https://doi.org/10.1097/01.yco.0000218600.40593.18

119. Liu, Y., Mohamad, E. M. W., Azlan, A. A., & Tan, Y. (2025). Am I Happier Without You? Social Media Detox and Well-Being: A Meta-Analysis of Randomized Controlled Trials. Behavioral sciences (Basel, Switzerland), 15(3), 290. https://doi.org/10.3390/bs15030290

120. Lo, C. B., Bridge, J. A., Shi, J., Ludwig, L., & Stanley, R. M. (2020). Children's Mental Health Emergency Department Visits: 2007-2016. Pediatrics, 145(6), e20191536. https://doi.org/10.1542/peds.2019-1536

121. Lonergan, A. R., Bussey, K., Fardouly, J., Griffiths, S., Murray, S. B., Hay, P., Mond, J., Trompeter, N., & Mitchison, D. (2020). Protect me from my selfie: Examining the association between photo-based social media behaviors and self-reported eating disorders in adolescence. The International journal of eating disorders, 53(5), 485–496. https://doi.org/10.1002/eat.23256

122. Lopez, E., Flecha-Ortiz, J. A., Santos-Corrada, M., & Dones, V. (2021). The gratifications of ephemeral marketing content, the use of Snapchat by the millennial generation and their impact on purchase motivation. Global Business Review, 25(6), 1440–1451. https://doi.org/10.1177/0972150921100576

123. Lukat, J., Becker, E. S., Lavallee, K. L., Veld, W. M., & Margraf, J. (2017). Predictors of Incidence, Remission and Relapse of Axis I Mental Disorders in Young Women: A Transdiagnostic Approach. Clinical Psychology & Psychotherapy, 24, 322–331.

124. Lupinacci, L. (2021). 'Absentmindedly scrolling through nothing': liveness and compulsory continuous connectedness in social media. Media, Culture & Society, 43(2), 273-290. https://doi.org/10.1177/0163443720939454

125. Madden, M., Lenhart, A., & Duggan, M. (2013, March 13). Teens and technology 2013. Pew Research Center.

126. Maes, C., & Vandenbosch, L. (2022). Adolescent girls' Instagram and TikTok use: Examining relations with body image-related constructs over time using random intercept cross-lagged panel models. Body image, 41, 453–459. https://doi.org/10.1016/j.bodyim.2022.04.015

127. Maheux, A. J., Laurenceau, J. P., Roberts, S. R., Nesi, J., Widman, L., & Choukas-Bradley, S. (2024). Longitudinal Change in Appearance-Related Social Media Consciousness and Depressive Symptoms: A Within-Person Analysis during Early-to-Middle Adolescence. Journal of youth and adolescence, 53(10), 2287–2299. https://doi.org/10.1007/s10964-024-01998-5

128. Markey, E. (2021, April 5). Letter to Mark Zuckerberg. https://www.markey.senate.gov/imo/media/doc/instagram_kids_letter.pdf

129. Martínez-Alés, G., Jiang, T., Keyes, K. M., & Gradus, J. L. (2022). The Recent Rise of Suicide Mortality in the United States. Annual review of public health, 43, 99–116. https://doi.org/10.1146/annurev-publhealth-051920-123206

130. Master Complaint (Personal Injury), March 15, 2023, Social Media Cases, JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5255 (Case No. 22STCV21355 )

131. Maza, M. T., Fox, K. A., Kwon, S. J., Flannery, J. E., Lindquist, K. A., Prinstein, M. J., & Telzer, E. H. (2023). Association of Habitual Checking Behaviors on Social Media With Longitudinal Functional Brain Development. JAMA pediatrics, 177(2), 160–167. https://doi.org/10.1001/jamapediatrics.2022.4924

132. McComb, C. A., Vanman, E. J., & Tobin, S. J. (2023). A meta-analysis of the effects of social media exposure to upward comparison targets on self-evaluations and emotions. Media Psychology, 26(5), 612–635. https://doi.org/10.1080/15213269.2023.2180647

133. McLean, S. A., Paxton, S. J., Wertheim, E. H., & Masters, J. (2015). Photoshopping the selfie: Self photo editing and photo investment are associated with body dissatisfaction in adolescent girls. The International journal of eating disorders, 48(8), 1132–1140. https://doi.org/10.1002/eat.22449

134. Memon, A. M., Sharma, S. G., Mohite, S. S., & Jain, S. (2018). The role of online social networking on deliberate self-harm and suicidality in adolescents: A systematized review of

literature. Indian journal of psychiatry, 60(4), 384–392. https://doi.org/10.4103/psychiatry.IndianJPsychiatry_414_17

135. Mercado, M. C., Holland, K., Leemis, R. W., Stone, D. M., & Wang, J. (2017). Trends in emergency department visits for nonfatal self-inflicted injuries among youth aged 10 to 24 years in the United States, 2001-2015. JAMA: Journal of the American Medical Association, 318, 1931–1933.

136. Meshi, D., Morawetz, C., & Heekeren, H. R. (2013). Nucleus accumbens response to gains in reputation for the self relative to gains for others predicts social media use. Frontiers in Human Neuroscience, 7.

137. Meta Platforms, Inc. (2023). Form 10-K 2023. U.S. Securities and Exchange Commission. https://www.sec.gov/Archives/edgar/data/1326801/000132680124000012/meta-20231231.htm

138. Miech, R. A., Johnston, L. D., Patrick, M. E., & O'Malley, P. M. (2024). Monitoring the Future: National survey results on drug use, 1975-2023: Overview and detailed results for secondary school students. University of Michigan Institute for Social Research.

139. Miki Rothschild (n.d) [Linkedin Page]. Linkedin. https://www.linkedin.com/in/miki-rothschild-07878232/

140. Mitev, K., Weinstein, N., Karabeliova, S., Nguyen, T., Law, W., & Przybylski, A. (2021). Social media use only helps, and does not harm, daily interactions and well-being. Technology, Mind, and Behavior, 2.

141. Montag, C., Lachmann, B., Herrlich, M., & Zweig, K. (2019). Addictive Features of Social Media/Messenger Platforms and Freemium Games against the Background of Psychological and Economic Theories. International journal of environmental research and public health, 16(14), 2612. https://doi.org/10.3390/ijerph16142612

142. Mosseri, A. (2021, December 7). Raising the Standard for Protecting Teens and Supporting Parents Online. Instagram Blog. https://about.instagram.com/blog/announcements/raising-the-standard-for-protecting-teens-and-supporting-parents-online

143. Mosseri, A. (2021, September 27). Pausing "Instagram Kids" and Building Parental Supervision Tools. Instagram Blog. https://about.instagram.com/blog/announcements/pausing-instagram-kids

144. Nagata, J. M., Otmar, C. D., Shim, J., Balasubramanian, P., Cheng, C. M., Li, E. J., Al-Shoaibi, A. A. A., Shao, I. Y., Ganson, K. T., Testa, A., Kiss, O., He, J., & Baker, F. C. (2025). Social Media Use and Depressive Symptoms During Early Adolescence. JAMA network open, 8(5), e2511704. https://doi.org/10.1001/jamanetworkopen.2025.11704

145. National Academies of Sciences, Engineering, and Medicine. 2024. Social Media and Adolescent Health. Washington, DC: The National Academies Press. https://doi.org/10.17226/2739

146. National Institute of Mental Health (2016) The Teen Brain: 6 Things to Know. Office of Science Policy, Planning and Communications Science Writing, Press, and Dissemination Branch

147. National institute of Mental of Health. (2011). The Teen Brain: Still Under Construction. National Institutes of Health.

148. Nesi, J., & Prinstein, M. J. (2015). Using Social Media for Social Comparison and Feedback-Seeking: Gender and Popularity Moderate Associations with Depressive Symptoms. Journal of abnormal child psychology, 43(8), 1427–1438. https://doi.org/10.1007/s10802-015-0020-0

149. Newsom, C. R., Archer, R. P., Trumbetta, S., & Gottesman, I. I. (2003). Changes in adolescent response patterns on the MMPI/MMPI-A across four decades. Journal of Personality Assessment, 81, 74–84.

150. Odgers, C. L., & Jensen, M. R. (2020). Annual Research Review: Adolescent mental health in the digital age: facts, fears, and future directions. Journal of child psychology and psychiatry, and allied disciplines, 61(3), 336–348. https://doi.org/10.1111/jcpp.13190

151. Office of the Surgeon General (OSG). (2021). Protecting Youth Mental Health: The U.S. Surgeon General's Advisory. US Department of Health and Human Services.

152. Office of the Surgeon General (OSG). (2023). Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory. US Department of Health and Human Services.

153. Office of the Surgeon General (OSG). (2024). Parents Under Pressure: The U.S. Surgeon General's Advisory on the Mental Health & Well-Being of Parents. US Department of Health and Human Services. https://www.hhs.gov/sites/default/files/parents-under-pressure.pdf

154. Orban, E., Li, L. Y., Gilbert, M., Napp, A. K., Kaman, A., Topf, S., Boecker, M., Devine, J., Reiß, F., Wendel, F., Jung-Sievers, C., Ernst, V. S., Franze, M., Möhler, E., Breitinger, E., Bender, S., & Ravens-Sieberer, U. (2024). Mental health and quality of life in children and adolescents during the COVID-19 pandemic: a systematic review of longitudinal studies. Frontiers in public health, 11, 1275917. https://doi.org/10.3389/fpubh.2023.1275917

155. Orben, A. (2020). Teenagers, screens and social media: A narrative review of reviews and key studies. Social Psychiatry and Psychiatric Epidemiology, 55, 407–414.

156. Orben, A., & Przybylski, A. K. (2019). The association between adolescent well-being and digital technology use. Nature Human Behaviour, 3, 173–182.

157. Orben, A., Przybylski, A. K., Blakemore, S.-J., & Kievit, R. A. (2022). Windows of developmental sensitivity to social media. Nature Communications, 13, 1649.

158. Panayiotou, M., Black, L., Carmichael-Murphy, P., Qualter, P., & Humphrey, N. (2023). Time spent on social media among the least influential factors in adolescent mental health: preliminary results from a panel network analysis. Nature Mental Health, 1(5), 316-326. https://doi.org/10.1038/s44220-023-00063-7

159. Panchal, N., Saunders, H., Rudowitz, R., & Cox, C. (2023, April 25). The Implications of COVID-19 for Mental Health and Substance Use. KFF. https://www.kff.org/mental-health/issue-brief/the-implications-of-covid-19-for-mental-health-and-substance-use/

160. Parry, D. A., Davidson, B. I., Sewall, C. J. R., Fisher, J. T., Mieczkowski, H., & Quintana, D. S. (2021). A systematic review and meta-analysis of discrepancies between logged and self-reported digital media use. Nature human behaviour, 5(11), 1535–1547. https://doi.org/10.1038/s41562-021-01117-5

161. Paruthi, S., Brooks, L. J., D'Ambrosio, C., Hall, W. A., Kotagal, S., Lloyd, R. M., Malow, B. A., Maski, K., Nichols, C., Quan, S. F., Rosen, C. L., Troester, M. M., & Wise, M. S. (2016). Recommended Amount of Sleep for Pediatric Populations: A Consensus Statement of the American Academy of Sleep Medicine. Journal of clinical sleep medicine : JCSM : official publication of the American Academy of Sleep Medicine, 12(6), 785–786. https://doi.org/10.5664/jcsm.5866

162. Patalay, P., & Gage, S. H. (2019). Changes in millennial adolescent mental health and health-related behaviours over 10 years: A population cohort comparison study. International Journal of Epidemiology, 48, 1650-1664.

163. Pearson H. (2025). Do smartphones and social media really harm teens' mental health?. Nature, 640(8057), 26–28. https://doi.org/10.1038/d41586-025-00933-3

164. Pedalino, F., & Camerini, A. L. (2022). Instagram Use and Body Dissatisfaction: The Mediating Role of Upward Social Comparison with Peers and Influencers among Young Females. International journal of environmental research and public health, 19(3), 1543. https://doi.org/10.3390/ijerph19031543

165. Petrillo, S. (2021, December 13). What makes TikTok so addictive?: an analysis of the mechanisms underlying the world's latest social media craze. Brown Undergraduate Journal of Public Health. https://sites.brown.edu/publichealthjournal/2021/12/13/tiktok

166. Piper|Sandler (2021) Taking Stock With Teens Survey.  Piper|Sandler

167. Plaintiff's Second Amended Master Complaint (Personal Injury), In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, No. 4:22-MD-3047 (N.D. Cal 2023), Dkt. 494

168. Plemmons, G., Hall, M., Doupnik, S., Gay, J., Brown, C., Browning, W., Casey, R., Freundlich, K., Johnson, D. P., Lind, C., Rehm, K., Thomas, S., & Williams, D. (2018). Hospitalization for suicide ideation or attempt: 2008–2015. Pediatrics, 141, 1–10.

169. Przybylski, A. K., Nguyen, T. T., Law, W., & Weinstein, N. (2021). Does taking a short break from social media have a positive effect on well-being? Evidence from three preregistered field experiments. Journal of Technology in Behavioral Science, 6, 507–514.

170. Puukko, K., Hietajärvi, L., Maksniemi, E., Alho, K., & Salmela-Aro, K. (2020). Social media use and depressive symptoms—A longitudinal study from early to late adolescence. International journal of environmental research and public health, 17(16), 5921.

171. Raffoul, A., Ward, Z. J., Santoso, M., Kavanaugh, J. R., & Austin, S. B. (2023). Social media platforms generate billions of dollars in revenue from U.S. youth: Findings from a simulated revenue model. PloS one, 18(12), e0295337. https://doi.org/10.1371/journal.pone.0295337

172. Rapa, L. J., Katsiyannis, A., Scott, S. N., & Durham, O. (2024). School Shootings in the United States: 1997-2022. Pediatrics, 153(4).

173. Rausch, Z. (2024, April 11). The girls are not alright: Responses to three challenges to the International Youth Mental Health Crisis. After Babel. https://www.afterbabel.com/p/the-girls-are-not-alright-responses

174. Rausch, Z. (2024, January 3). The Youth Mental Health Crisis is International, Unless You Rely on a Flawed International Dataset (The GBD). After Babel Substack.

175. Rausch, Z., & Haidt, J. (2024, September 10). The fundamental flaws of the only meta-analysis of social media reduction experiments (and why it matters), part 2. After Babel Substack.

176. Reuben, A., Caspi, A., Belsky, D. W., Broadbent, J., Harrington, H., Sugden, K., Houts, R. M., Ramrakha, S., Poulton, R., & Moffitt, T. E. (2017). Association of childhood blood lead levels with cognitive function and socioeconomic status at age 38 years and with IQ change and socioeconomic mobility between childhood and adulthood. JAMA, 317, 1244–1251.

177. Rideout, V., Peebles, A., Mann, S., & Robb, M. B. (2022). Common Sense census: Media use by tweens and teens, 2021. San Francisco, CA: Common Sense.

178. Riehm, K. E., Feder, K. A., Tormohlen, K. N., Crum, R. M., Young, A. S., Green, K. M., Pacek, L. R., La Flair, L. N., & Mojtabai, R. (2019). Associations Between Time Spent Using Social Media and Internalizing and Externalizing Problems Among US Youth. JAMA psychiatry, 76(12), 1266–1273. https://doi.org/10.1001/jamapsychiatry.2019.2325

179. Rinehart, W. (2024, February 19). Clarifying the picture over teen mental health. Exformation. https://exformation.williamrinehart.com/p/clarifying-the-picture-over-teen

180. Rinehart, W., & Barkley, T. (2023, March 14). Thoughts on what the CDC YRBS data means for social media, teens, and mental health. Now + Next. https://nowandnext.substack.com/p/thoughts-on-cdc-yrbs-data

181. Roberston, L., Twenge, J. M., Joiner, T. E., & Cummins, K. (2022). Associations between screen time and internalizing disorder diagnoses among 9- to 10-year-olds. Journal of affective disorders, 311, 530–537. https://doi.org/10.1016/j.jad.2022.05.071

182. Roberts, R. E., & Duong, H. T. (2014). The prospective association between sleep deprivation and depression among adolescents. Sleep, 37(2), 239–244. https://doi.org/10.5665/sleep.3388

183. Rodman, A. M., Powers, K. E., & Somerville, L. H. (2017). Development of self-protective biases in response to social evaluative feedback. Proceedings of the National Academy of Sciences of the United States of America, 114, 13158–13163.

184. Rohrer, J. M. (2018). Thinking clearly about correlations and causation: Graphical causal models for observational data. Advances in Methods and Practices in Psychological Science, 1, 27–42.

185. Rosenthal, R., & Rubin, D. B. (1979). A note on percent variance explained as a measure of the importance of effects. Journal of Applied Social Psychology, 9(5), 395–396. https://doi.org/10.1111/j.1559-1816.1979.tb02713.x

186. Rosnow, R. L., & Rosenthal, R. (1989). Definition and interpretation of interaction effects. Psychological Bulletin, 105, 143–146.

187. Rosnow, R. L., & Rosenthal, R. (2003). Effect sizes for experimenting psychologists. Canadian Journal of Experimental Psychology, 57, 221–237.

188. Rothwell, J. (2023, October 13). Teens spend average of 4.8 hours on social media per day. Gallup.

189. Rousseau, A., Eggermont, S., & Frison, E. (2017). The reciprocal and indirect relationships between passive Facebook use, comparison on Facebook, and adolescents' body dissatisfaction. Computers in Human Behavior, 73, 336–344. https://doi.org/10.1016/j.chb.2017.03.056

190. Royal Society For Public Health. (2017). #StatusofMind: Social media and young people's mental health and wellbeing. https://www.rsph.org.uk/static/uploaded/d125b27c-0b62-41c5-a2c0155a8887cd01.pdf

191. Rushton, K. (2017, May 22). Facebook lets teenagers see porn: Children as young as 13 are being exposed to explicit images, gambling websites and dangerous diet plans. Daily Mail. https://www.dailymail.co.uk/news/article-4531934/Facebook-lets-teenagers-porn.html

192. Ryff, C. D., & Singer, B. (1998). The Contours of Positive Human Health. Psychological Inquiry, 9, 1.

193. Saiphoo, A. N., & Vahedi, Z. (2019). A meta-analytic review of the relationship between social media use and body image disturbance. Computers in Human Behavior, 101, 259–275.

194. Salomon, I., & Brown, C. S. (2019). The selfie generation: Examining the relationship between social media use and early adolescent body image. The Journal of Early Adolescence, 39(4), 539–560. https://doi.org/10.1177/0272431618770809

195. Sax, L. (2022) Is TikTok Dangerous for Teens?. Institute Family Studies. https://ifstudies.org/blog/is-tiktok-dangerous-for-teens-

196. Schaeffer, K. (2024, April 14). 7 facts about Americans and Instagram. Pew Research Center. https://www.pewresearch.org/short-reads/2021/10/07/7-facts-about-americans-and-instagram/

197. Schisterman, E. F., Cole, S. R., & Platt, R. W. (2009). Overadjustment bias and unnecessary adjustment in epidemiologic studies. Epidemiology, 20, 488–495.

198. Schmidt-Persson, J., Rasmussen, M. G. B., Sørensen, S. O., Mortensen, S. R., Olesen, L. G., Brage, S., Kristensen, P. L., Bilenberg, N., & Grøntved, A. (2024). Screen Media Use and Mental Health of Children and Adolescents: A Secondary Analysis of a Randomized Clinical Trial. JAMA network open, 7(7), e2419881. https://doi.org/10.1001/jamanetworkopen.2024.19881

199. Schou Andreassen, C., Billieux, J., Griffiths, M. D., Kuss, D. J., Demetrovics, Z., Mazzoni, E., & Pallesen, S. (2016). The relationship between addictive use of social media and video games and symptoms of psychiatric disorders: A large-scale cross-sectional study. Psychology of addictive behaviors : journal of the Society of Psychologists in Addictive Behaviors, 30(2), 252–262. https://doi.org/10.1037/adb0000160

200. Schrijvers, K., Cosma, A., Potrebny, T., Thorsteinsson, E., Catunda, C., Reiss, F., Hulbert, S., Kosticova, M., Melkumova, M., Bersia, M., Klanscek, H. J., Gaspar, T., & Dierckens, M. 2024 Three decades of adolescent health: Unveiling global trends across 41 countries in psychological and somatic complaints (1994–2022). International Journal of Public Health, 69, article1607774.

201. Semken, C., & Rossell, D. (2022). Specification Analysis for Technology Use and Teenager Well-Being: Statistical Validity and a Bayesian Proposal. Journal of the Royal Statistical Society Series C: Applied Statistics, 71(5), 1330–1355. https://doi.org/10.1111/rssc.12578

202. Sewall, C. J. R., & Parry, D. A. (2021). The role of depression in the discrepancy between estimated and actual smartphone use: A cubic response surface analysis. Technology, Mind, and Behavior, 2(2). https://doi.org/10.1037/tmb0000036

203. Sewall, C. J. R., & Parry, D. A. (2024). Social media and youth mental health: Simple narratives produce biased interpretations. Journal of Psychopathology and Clinical Science, 133, 507–514.

204. Sewall, C. J. R., Goldstein, T. R., Wright, A. G. C., & Rosen, D. (2022). Does Objectively Measured Social-Media or Smartphone Use Predict Depression, Anxiety, or Social Isolation Among Young Adults?. Clinical psychological science : a journal of the Association for Psychological Science, 10(5), 997–1014. https://doi.org/10.1177/21677026221078309

205. Shakya, H. B., & Christakis, N. A. (2017). Association of Facebook use with compromised well-being: A longitudinal study. American Journal of Epidemiology, 185, 203–211.

206. Sherman, L. E., Payton, A. A., Hernandez, L. M., Greenfield, P. M., & Dapretto, M. (2016). The Power of the Like in Adolescence: Effects of Peer Influence on Neural and Behavioral Responses to Social Media. Psychological science, 27(7), 1027–1035. https://doi.org/10.1177/0956797616645673

207. Speranza, L., di Porzio, U., Viggiano, D., de Donato, A., & Volpicelli, F. (2021). Dopamine: The Neuromodulator of Long-Term Synaptic Plasticity, Reward and Movement Control. Cells, 10(4), 735. https://doi.org/10.3390/cells10040735

208. Spiller, H. A., Ackerman, J. P., Spiller, N. E., & Casavant, M. J. (2019). Sex- and age-specific increases in suicide attempts by self-poisoning in the United States among youth and young adults from 2000 to 2018. Journal of Pediatrics, 210, 201–208.

209. Spinhoven, P., Elzinga, B. M., Penninx, B. W. J. H., & Giltay, E. J. (2021). Temporal relationships between happiness and psychiatric disorders and their symptom severity in a large cohort study: The Netherlands Study of Depression and Anxiety (NESDA). BMC Psychiatry, 21.

210. Steers, M.-L. N., Wickham, R. E., & Acitelli, L. K. (2014). Seeing everyone else's highlight reels: How Facebook usage is linked to depressive symptoms. Journal of Social and Clinical Psychology, 33, 701–731.

211. Stein, D. (2023, December 14). Adolescent suicide nonsense in national academies report. The Shores of Academia. https://shoresofacademia.substack.com/p/adolescent-suicide-nonsense-in-national

212. Stein, D. (2024, October 4). The Fundamental Flaws of The Only Meta-Analysis of Social Media Reduction Experiments (And Why It Matters), Part 3. After Babel Substack. https://www.afterbabel.com/p/fundamental-flaws-part-3

213. Steinsbekk, S., Nesi, J., & Wichstrøm, L. (2023). Social media behaviors and symptoms of anxiety and depression. A four-wave cohort study from age 10-16 years. Computers in human behavior, 147, 107859. https://doi.org/10.1016/j.chb.2023.107859

214. Stephens-Davidowitz, S. (2016). Fifty states of anxiety. New York Times.

215. Swanson, S. A., Crow, S. J., Le Grange, D., Swendsen, J., & Merikangas, K. R. (2011). Prevalence and correlates of eating disorders in adolescents. Results from the national comorbidity survey replication adolescent supplement. Archives of general psychiatry, 68(7), 714–723. https://doi.org/10.1001/archgenpsychiatry.2011.22

216. Swanson, S.A., Eyllon, M., Sheu, Y.H., Miller, M. (2021). Firearm access and adolescent suicide risk: Toward a clearer understanding of effect size. Injury Prevention, 27, 264–270.

217. Systrom, K. (2018, June 20) Welcome to IGTV, our New Video App. Instagram Blog. https://about.instagram.com/blog/announcements/welcome-to-igtv

218. Tech Transparency Project (2021) 'Thinstagram': Instagram's algorithm fuels eating disorder empidemic. https://www.techtransparencyproject.org/articles/thinstagram-instagrams-algorithm-fuels-eating-disorder-epidemic

219. The Economist. (2023, May 3). Suicide rates for girls are rising. Are smartphones to blame? The Economist. https://www.economist.com/graphic-detail/2023/05/03/suicide-rates-for-girls-are-rising-are-smartphones-to-blame

220. Thiagarajan, T. C., Newson, J. J., & Swaminathan, S. (2025). Protecting the Developing Mind in a Digital Age: A Global Policy Imperative. Journal of Human Development and Capabilities, 1–12. https://doi.org/10.1080/19452829.2025.2518313

221. Thorndike, R. L. (1949). Personnel selection: Test and measurement techniques. Wiley.

222. Thrul, J., Devkota, J., AlJuboori, D., Regan, T., Alomairah, S., & Vidal, C. (2025). Social media reduction or abstinence interventions are providing mental health benefits – reanalysis of a published meta-analysis. Psychological of Popular Media.

223. Tiggemann, M., & Slater, A. (2014). Nettweens: The internet and body image concerns in preteenage girls. The Journal of Early Adolescence, 34(5), 606–620. https://doi.org/10.1177/0272431613501083

224. Trumpf, J., Becker, E. S., Vriends, N., Meyer, A. H., & Margraf, J. (2009). Rates and predictors of remission in young women with specific phobia: A prospective community study. Journal of Anxiety Disorders, 23, 958–964.

225. Twenge J. M. (2020). Increases in Depression, Self-Harm, and Suicide Among U.S. Adolescents After 2012 and Links to Technology Use: Possible Mechanisms. Psychiatric research and clinical practice, 2(1), 19–25. https://doi.org/10.1176/appi.prcp.20190015

226. Twenge J. M. (2020). Why increases in adolescent depression may be linked to the technological environment. Current opinion in psychology, 32, 89–94. https://doi.org/10.1016/j.copsyc.2019.06.036

227. Twenge, J, M, Gentile, B. DeWall, C. N., Ma, D. Lacefield, K. & Schurtz,D. R. (2010). Birth cohort increases in psychopathology among young Americans, 1938–2007: A cross-temporal meta-analysis of the MMPI, Clinical Psychology Review, 30(2), 145-154https://doi.org/10.1016/j.copsyc.2019.06.036

228. Twenge, J. M. (2000). The age of anxiety? Birth cohort change in anxiety and neuroticism, 1952-1993. Journal of Personality and Social Psychology, 79, 1007-1021.

229. Twenge, J. M. (2011). Generational differences in mental health: Are children and adolescents suffering more, or less? American Journal of Orthopsychiatry, 81, 469-472.

230. Twenge, J. M. (2013). The Evidence for Generation Me and Against Generation We. Emerging Adulthood, 1(1), 11-16. https://doi.org/10.1177/2167696812466548

231. Twenge, J. M. (2015). Time period and birth cohort differences in depressive symptoms in the U.S., 1982-2013. Social Indicators Research, 121, 437-454.

232. Twenge, J. M. (2017). iGen: Why today's super-connected kids are growing up less rebellious, more tolerant, less happy--and completely unprepared for adulthood--and what that means for the rest of us. Simon and Schuster.

233. Twenge, J. M. (2023). Generations: the real differences between Gen Z, Millennials, Gen X, Boomers, and Silents—and what they mean for America's future. Simon and Schuster.

234. Twenge, J. M. (2023, March 15). Academic Pressure Cannot Explain the Mental Illness Epidemic. After Babel Substack. https://www.afterbabel.com/p/academic-pressure-social-media.

235. Twenge, J. M. (2023, October 18). Here are 13 other explanations for the adolescent mental health crisis. None of them work. Generation Tech Substack. https://www.afterbabel.com/p/13-explanations-mental-health-crisis.

236. Twenge, J. M. (2024, April 30). This group is more likely to be depressed and think about suicide. Generation Tech Substack. https://www.generationtechblog.com/p/this-group-is-the-most-likely-to.

237. Twenge, J. M. (2024, May 29). Parent drug overdoses: The true cause of the adolescent mental health crisis? Generation Tech Substack. https://www.generationtechblog.com/p/parent-drug-overdoses-the-true-cause

238. Twenge, J. M. (2024, December 12). The homework bubble has popped. Generation Tech Substack. https://www.generationtechblog.com/p/the-homework-bubble-has-popped

239. Twenge, J. M. (2024, June 12). Have some teens benefited in the era of social media? Generation Tech Substack.

240. Twenge, J. M. (2025). Generations: The Real Differences between Gen Z, Millennials, Gen X, Boomers and Silents—and What They Mean for America's Future. Updated paperback edition. New York: Atria Books.

241. Twenge, J. M. (2025, January 9). The pandemic was bad for teen mental health. The smartphone and social media were worse. Generation Tech Substack. https://www.generationtechblog.com/p/the-pandemic-was-bad-for-teen-mental

242. Twenge, J. M. (2025, February 11). For teens, the loneliness epidemic is not a myth. Generation Tech Substack. https://www.generationtechblog.com/p/for-teens-the-loneliness-epidemic

243. Twenge, J. M., & Campbell, W. K. (2018). Associations between screen time and lower psychological well-being among children and adolescents: Evidence from a population-based study. Preventative Medicine Reports, 12, 271–283, 281.

244. Twenge, J. M., & Farley, E. (2020). Not all screen time is created equal: Associations with mental health vary by activity and gender. Social Psychiatry and Psychiatric Epidemiology, 56, 207-217.

245. Twenge, J. M., & Hamilton, J. L. (2022). Linear correlation is insufficient as the sole measure of associations: The case of technology use and mental health. Acta Psychologica, 229, e103696.

246. Twenge, J. M., & Martin, G. N. (2020). Gender differences in associations between digital media use and psychological well-being: Evidence from three large datasets. Journal of Adolescence, 79(1), 91–102. https://doi.org/10.1016/j.adolescence.2019.12.018

247. Twenge, J. M., & Park, H. (2017). The decline in adult activities among U.S. adolescents, 1976–2016. Child Development, 90(2), 638–654. https://doi.org/10.1111/cdev.12930

248. Twenge, J. M., Cooper, A. B., Joiner, T. E., Duffy, M. E., & Binau, S. G. (2019). Age, period, and cohort trends in mood disorder indicators and suicide-related outcomes in a nationally representative dataset, 2005-2017. Journal of Abnormal Psychology, 128, 185-199.

249. Twenge, J. M., Haidt, J., Blake, A. B., McAllister, C., Lemon, H., & LeRoy, A. (2021). Worldwide increases in adolescent loneliness. Journal of Adolescence, 93, 257-269.

250. Twenge, J. M., Haidt, J., Lozano, J., & Cummins, K. M. (2022). Specification curve analysis shows that social media use is linked to poor mental health, especially among girls. Acta psychologica, 224, 103512. https://doi.org/10.1016/j.actpsy.2022.103512

251. Twenge, J. M., Joiner, T. E., Rogers, M. L., & Martin, G. N. (2018). Increases in Depressive Symptoms, Suicide-Related Outcomes, and Suicide Rates Among U.S. Adolescents After 2010 and Links to Increased New Media Screen Time. Clinical Psychological Science, 6(1), 3-17. https://doi.org/10.1177/2167702617723376

252. Twenge, J. M., Krizan, Z., & Hisler, G. (2017). Decreases in self-reported sleep duration among U.S. adolescents 2009-2015 and links to new media screen time. Sleep Medicine, 39, 47-53.

253. Twenge, J. M., Martin, G. N., & Campbell, W. K. (2018). Decreases in psychological well-being among American adolescents after 2012 and links to screen time during the rise of smartphone technology. Emotion (Washington, D.C.), 18(6), 765–780. https://doi.org/10.1037/emo0000403

254. Twenge, J. M., Martin, G. N., & Spitzberg, B. H. (2019). Trends in U.S. adolescents' media use, 1976-2016: The rise of digital media, the decline of TV, and the (near) demise of print. Psychology of Popular Media Culture, 8, 329-345.

255. Twenge, J. M., Spitzberg, B. H., & Campbell, W. K. (2019). Less in-person social interaction with peers among U.S. adolescents in the 21st century and links to loneliness. Journal of Social and Personal Relationships, 36, 1892-1913.

256. Twenge, J.M. (2024, May 2024). Changes in Parents' Mental Health Did Not Drive the Adolescent Mental Health Crisis. After Babel Substack, https://www.afterbabel.com/p/parents-first-hypothesis

257. Twenge, J.M., Campbell, W.K., & Freeman, E. C. (2012). Generational differences in young adults' life goals, concern for others, and civic orientation, 1966-2009. Journal of Personality and Social Psychology, 102, 1045-1062.

258. Twenge, J.M., Haidt, J., Joiner, T., Campbell, W.K. (2020). Underestimating digital media harm. Nature Human Behaviour, 4, 346-348.

259. Van der Wal, A., Beyens, I., Janssen, L. H. C., & Valkenburg, P. M. (2025). Social media use leads to negative mental health outcomes for most adolescents. Preprint manuscript, PsyArXiv.

260. Vaterlaus, J. M., Barnett, K., Roche, C., & Young, J. A. (2016). "Snapchat is more personal": An exploratory study on Snapchat behaviors and young adult interpersonal relationships. Computers in Human Behavior, 62, 594–601. https://doi.org/10.1016/j.chb.2016.04.029

261. Vázquez-Vázquez, A., Smith, A., Gibson, F., Roberts, H., Mathews, G., Ward, J. L., Viner, R. M., Nicholls, D., Cornaglia, F., Roland, D., Phillips, K., & Hudson, L. D. (2024). Admissions to paediatric medical wards with a primary mental health diagnosis: a systematic review of the literature. Archives of Disease in Childhood, 109, 707–716.

262. Verduyn, P., Lee, D. S., Park, J., Shablack, H., Orvell, A., Bayer, J., Ybarra, O., Jonides, J., & Kross, E. (2015). Passive Facebook usage undermines affective well-being: Experimental and longitudinal evidence. Journal of Experimental Psychology: General, 144, 480–488.

263. Verharen, J. P. H., Zhu, Y., & Lammel, S. (2020). Aversion hot spots in the dopamine system. Current opinion in neurobiology, 64, 46–52. https://doi.org/10.1016/j.conb.2020.02.002

264. Victor, S., & Thorup, A. A. E. (2021). Demographic trends in a paediatric psychiatric emergency room in Copenhagen. Danish Medical Journal, 68, A10200785.

265. Viner, R. M., Gireesh, A., Stiglic, N., Hudson, L. D., Goddings, A.-L., Ward, J. L., & Nicholls, D. E. (2019). Roles of cyberbullying, sleep, and physical activity in mediating the effects of social media use on mental health and wellbeing among young people in England: a secondary analysis of longitudinal data. The Lancet. Child & Adolescent Health, 3, 685–696.

266. Vogels, E. A.., Gelles-Watmock, R., & Massarat, N. (2022). Teens, Social Media and Technology 2022. Pew Research Center. https://www.pewresearch.org/internet/wp-content/uploads/sites/9/2022/08/PI_2022.08.10_Teens-and-Tech_FINAL.pdf

267. Vuorre, M., & Przybylski, A. K. (2023). Estimating the association between Facebook adoption and well-being in 72 countries. Royal Society Open Science, 10, 221451.

268. Vuorre, M., & Przybylski, A. K. (2024). Global well-being and mental health in the Internet age. Clinical Psychological Science, 12, 917–935.

269. Vuorre, M., & Przybylski, A. K. (2024). A multiverse analysis of the associations between internet use and well-being. Technology, Mind, and Behavior, 5.

270. Walker, A., (2022) Regulation 28 Report to Prevent Future Deaths. North London Coroner's Service

271. Wang, J. L., Wang, H. Z., Gaskin, J., & Hawk, S. (2017). The Mediating Roles of Upward Social Comparison and Self-esteem and the Moderating Role of Social Comparison Orientation in the Association between Social Networking Site Usage and Subjective Well-Being. Frontiers in psychology, 8, 771. https://doi.org/10.3389/fpsyg.2017.00771

272. Wang, Z., Asokan, G., Onnela, J.-P., Baird, D. D., Jukic, A. M. Z., Wilcox, A. J., Curry, C. L., Fischer-Colbrie, T., Williams, M. A., Hauser, R., Coull, B. A., & Mahalingaiah, S. (2024). Menarche and Time to Cycle Regularity Among Individuals Born Between 1950 and 2005 in the US. JAMA Network Open, 7, e2412854.

273. Ward, J. L., Vázquez-Vázquez, A., Phillips, K., Settle, K., Pilvar, H., Cornaglia, F., Gibson, F., Nicholls, D., Roland, D., Mathews, G., Roberts, H., Viner, R. M., & Hudson, L. D. (2025). Admission to acute medical wards for mental health concerns among children and young people in England from 2012 to 2022: A cohort study. The Lancet Child & Adolescent Health, 9, 112–120.

274. Ward, J. L., Vázquez-Vázquez, A., Phillips, K., Settle, K., Pilvar, H., Cornaglia, F., Gibson, F., Nicholls, D., Roland, D., Mathews, G., Roberts, H., Viner, R. M., & Hudson, L. D. (2025). Admission to acute medical wards for mental health concerns among children and young people in England from 2012 to 2022: a cohort study. The Lancet. Child & adolescent health, 9(2), 112–120. https://doi.org/10.1016/S2352-4642(24)00333-X

275. Wells, G., Horowitz, J., & Seetharaman, D. (2021, September 14). Facebook knows Instagram is toxic for teen girls, company documents show. Wall Street Journal.

276. Wilksch, S. M., O'Shea, A., Ho, P., Byrne, S., & Wade, T. D. (2020). The relationship between social media use and disordered eating in young adolescents. The International journal of eating disorders, 53(1), 96–106. https://doi.org/10.1002/eat.23198

277. Wood, A. M., & Tarrier, N. (2010). Positive Clinical Psychology: A new vision and strategy for integrated research and practice. Clinical Psychology Review, 30, 819–829

278. World Bank Group Data (n.d.) Gini Index - United Sates, 1963-2023. World Bank. https://data.worldbank.org/indicator/SI.POV.GINI?locations=US

279. WSJ Noted (2021, September 29) How Instagram is Hurting Teen Girls. The Wallstreet Journal. https://www.wsj.com/articles/how-instagram-is-hurting-teen-girls-11632940937

280. Xiao, Y., Meng, Y., Brown, T. T., Keyes, K. M., & Mann, J. J. (2025). Addictive Screen Use Trajectories and Suicidal Behaviors, Suicidal Ideation, and Mental Health in US Youths. JAMA, 10.1001/jama.2025.7829. Advance online publication. https://doi.org/10.1001/jama.2025.7829

281. Zhao, Y., Paulus, M. P., & Potenza, M. N. (2023). Brain structural co-development is associated with internalizing symptoms two years later in the ABCD cohort. Journal of Behavioral Addictions, 12, 80–93.

282. Zhao, Y., Paulus, M., Bagot, K. S., Constable, R. T., Yaggi, H. K., Redeker, N. S., & Potenza, M. N. (2022). Brain structural covariation linked to screen media activity and externalizing behaviors in children. Journal of Behavioral Addictions, 11, 417–426.

283. Zhu, C., Jiang, Y., Lei, H., Wang, H., & Zhang, C. (2024). The relationship between short-form video use and depression among Chinese adolescents: Examining the mediating roles of need gratification and short-form video addiction. Heliyon, 10(9), e30346. https://doi.org/10.1016/j.heliyon.2024.e30346