# Addendum to Temporary Sealing Motion Re: State AGs' Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment (ECF No. 2783)