# Exhibit 117

**Pages 1 - 115**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Peter H. Kang, Magistrate Judge

```
IN RE:  SOCIAL MEDIA             )
ADOLESCENT ADDICTION/PERSONAL    )
INJURY PRODUCTS LIABILITY        )
LITIGATION                       )
                                 )  NO. 22-MD-03047 YGR (PHK)
                                 )
                                 )
```

San Francisco, California
Monday, May 6, 2024

**REPORTER'S TRANSCRIPT OF HYBRID PROCEEDINGS**

**APPEARANCES:**

For Plaintiff State of Colorado:
    COLORADO DEPARTMENT OF LAW
    1300 Broadway, Sixth Floor
    Denver, Colorado 80203
    BY: **BIANCA MIYATA**
       **SENIOR ASSISTANT ATTORNEY GENERAL**

For Plaintiff State of Arizona:
    ARIZONA ATTORNEY GENERAL'S OFFICE
    2005 North Central Avenue
    Phoenix, Arizona 85004
    BY: **NATHAN E. WHELIHAN**
       **ASSISTANT ATTORNEY GENERAL**

For the State of New Jersey:
    NEW JERSEY OFFICE OF
      THE ATTORNEY GENERAL
    124 Halsey Street, Fifth Floor
    Newark, New Jersey 07101
    BY: **MANDY K. WANG**
       **DEPUTY ATTORNEY GENERAL**

(APPEARANCES CONTINUED ON FOLLOWING PAGE)

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              Official U.S. Reporter, CSR No. 7445

1  **THE COURT:** I forget if I've asked. Under California
2  law, how would monetary relief, if any, be awarded or allocated
3  at the end of all this?
4  **MR. OLSZEWSKI-JUBELIRER:** Your Honor, there are two
5  forms of monetary relief here.
6  One is civil penalties. California law is very specific
7  on this. This is Business and Professions Code 17206,
8  I believe. And it says civil penalties -- my apologies,
9  Your Honor. 17206, paragraph (c)(4) (as read):
10      "The aforementioned funds" -- the civil
11      penalties -- "shall be for the exclusive use by the
12      Attorney General, the district attorney, the county
13      counsel, and the city attorney for the enforcement of
14      consumer protection laws."
15  So civil penalties are paid into -- half of the civil
16  penalties are paid to the treasurer of the county where the
17  judgment is entered, half go to the general fund, and they are
18  all for the exclusive use of the Attorney General for consumer
19  protection and enforcement.
20  There's also a disgorgement remedy. That's a new statute,
21  Government Code 12527.6. And those disgorged funds go into a
22  special fund, which is for the exclusive use of compensating
23  consumers. It's designed to compensate consumers, to provide
24  restitution to them in cases brought by the Attorney General
25  where the defendant does not have the ability to pay and