IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br><br> 4:23-cv-05448 | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR <br><br> **DECLARATION OF KATE GOOLER RE STATE AGS' OPPOSITION TO META'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |

I, KATE GOOLER, hereby declare and state as follows:

1. I am an Attorney Assistant in the Division of Law, Government and Healthcare Fraud of the New Jersey Office of the Attorney General. The following facts are within my personal knowledge, except for those stated on information and belief, and, if called upon to testify, I could and would testify completely to the truth of the matters stated herein.

2. I reviewed the following websites which are cited in the AGs' Opposition to Meta's Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment on February 24, 2026 and saved the information from those websites:

    A. https://www.merriam-webster.com/dictionary/addiction

    B. https://dictionary.cambridge.org/dictionary/english/addiction

C. https://www.psychiatry.org/patients-families/technology-addictions-social-media-and-more/what-is-technology-addiction

D. https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use

E. https://www.hhs.gov/sites/default/files/sg-youth-mental-health-social-media-advisory.pdf

F. https://www.meta.com/media-gallery/executives/

G. https://www.wired.com/video/watch/adam-mosseri-and-tracee-ellis-ross-in-conversation-with-arielle-pardes

H. https://www.bloomberg.com/company/stories/instagrams-eva-chen-fashion-pimples-get-followers-instagram/

I. https://x.com/mosseri/status/1463574645584453632?s20

J. https://www.c-span.org/clip/public-affairs-event/mark-zuckerberg-apologizes-to-victims-families-at-senate-hearing-on-child-sexual-exploitation/5104639.

K. https://archive.org/details/KPIX_20190626_140000_CBS_This_Morning/start/1080/end/1140

L. https://archive.org/details/KNTV_20211207_150000_Today/start/1860/end/1920

M. https://www.washingtonpost.com/technology/2021/11/09/facebook-community-standards-report-oversight/

N. https://people.com/human-interest/instagram-will-no-longer-allow-adults-to-message-teens-who-dont-already-follow-them/

O. https://www.blumenthal.senate.gov/imo/media/doc/8.4.21%20-%20Facebook%20-

P. https://transparency.meta.com/reports/community-standards-enforcement

Q. https://www.congress.gov/117/meeting/house/114054/documents/HHRG-117-IF02-20210922-SD003.pdf

3. The exhibits that correspond to each of these websites accurately reflects the webpage at the time I saved it on February 24, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 25, 2026 in Newark, New Jersey.

*/s/ Kate Gooler*
Kate Gooler