# Gooler Exhibit A





addiction

Dictionary | Thesaurus

# addiction *noun*

ad·dic·tion   ə-ˈdik-shən 🔊   a-

Synonyms of *addiction* ›

**1**   **:** a compulsive, chronic, physiological or psychological need for a habit-forming substance, behavior, or activity having harmful physical, psychological, or social effects and typically causing well-defined symptoms (such as anxiety, irritability, tremors, or nausea) upon withdrawal or abstinence **:** the state of being addicted

alcohol *addiction*

an *addiction* to prescription painkillers

drug *addictions*

gambling *addiction*

**2**   **:** a strong inclination to do, use, or indulge in something repeatedly

But those who know him well say he isn't driven by politics as much as his *addiction* to breaking news.
– Amanda Ripley

If we do not find the courage to kick our fossil fuel *addiction* and transition to clean energy, we will warm the atmosphere to the extent that areas typically covered in white all winter long could see only sporadic snow.
– Steven Nyman

Dictionary                                          Thesaurus

He has a drug **addiction**.

His life has been ruined by heroin **addiction**.

He devotes his summers to his surfing **addiction**.

## Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** [Read More](#)

Meta and other tech firms have argued there's no conclusive evidence linking social media to **addiction** or mental health problems.
– Clare Duffy, *CNN Money*, 22 Feb. 2026

That's partly because there is no widespread consensus on what constitutes social media **addiction** and whether underlying mental health issues contribute to problematic use.
– *ABC News*, 21 Feb. 2026

She was struck by the number of clients spun through the system countless times without getting treatment for **addiction** or mental illness.
– Steve Lopez, *Los Angeles Times*, 21 Feb. 2026

Minnelli's own **addiction** began after Garland's surprising death from an accidental overdose in 1969.
– Wesley Stenzel, *Entertainment Weekly*, 21 Feb. 2026

<
| Dictionary | Thesaurus |

## Etymology

earlier, "inclination, bent," in part derivative of ADDICT entry 2, in part borrowed from Latin *addictiōn-, addictiō* "adjudging (of disputed property), assignment of a debtor to the custody of his creditor," from *addīcere* "to assign (property), hand over, give up to" + *-tiōn-, -tiō,* suffix of action nouns — more at ADDICT entry 2

## First Known Use

circa 1532, in the meaning defined at sense 2

## Time Traveler

**The first known use of *addiction* was circa 1532**

See more words from the same year

affliction                          constriction

conviction                          depiction

eviction                            infliction

nonfiction                          prediction

restriction                         antifriction

benediction                         contradiction



| Dictionary | Thesaurus |

addicting    **addiction**    addictive

See All Nearby Words

**Style** | MLA

"Addiction." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/addiction. Accessed 23 Feb. 2026.

Copy Citation

# addiction noun

ad·dic·tion    ə-ˈdik-shən    a-

**:** the quality or state of being addicted

*especially* **:** uncontrollable use of habit-forming drugs

Dictionary | Thesaurus

**addiction** noun

ad·dic·tion    ( ə-ˈdik-shən 🔊)

**:** a compulsive, chronic, physiological or psychological need for a habit-forming substance, behavior, or activity having harmful physical, psychological, or social effects and typically causing well-defined symptoms (such as anxiety, irritability, tremors, or nausea) upon withdrawal or abstinence **:** the state of being addicted

alcohol *addiction*

an *addiction* to prescription painkillers

drug *addictions*

gambling *addiction*

# addiction noun

ad·dic·tion    ( ə-ˈdik-shən 🔊)

**:** compulsive physiological need for a habit-forming drug (as heroin)

Nglish: Translation of *addiction* for Spanish Speakers
Britannica.com: Encyclopedia article about *addiction*

Last Updated: 23 Feb 2026 - Updated example sentences

| Dictionary | Thesaurus |

MERRIAM-WEBSTER UNABRIDGED

## Top Lookups

Next refresh: 7

1  **800-pound gorilla**

2  **Chargoggagoggman...**

3  **haughty**

4  **clamor**

5  **top**

6  **SFW**

7  **impotent**

Dictionary | Thesaurus

culminate

<u>See Definitions and Examples</u> »

Get Word of the Day daily email!

Your email addre    SUBSCRIBE

**'Buck naked' or 'butt naked'?**

**Words For Things You Didn't Know Have Names, Vol. 3**

**Why is the letter 'Z' associated with sleeping?**



Dictionary | Thesaurus

### Quordle
Can you solve 4 words at once?

Play

### Blossom
Pick the best words!

Play

### The Missing Letter
A daily crossword with a twist

Play

### Commonly Confused Words Quiz Vol. 2
A quiz to (peak/peek/pique) your interest.

Take the quiz

See All



| Dictionary | Thesaurus |

© 2026 Merriam-Webster, Incorporated