# Gooler Exhibit B



 Cambridge Dictionary  

*Meaning of **addiction** in English*



# addiction

***noun*** [ C or U ]

UK 🔊 /əˈdɪk.ʃən/    US 🔊 /əˈdɪk.ʃən/

Add to word list ☰

B2

## an inability to stop doing or using something, especially something harmful:

• **addiction to** *He developed an addiction to painkillers.*

• **drug addiction** *He had a problem with drug addiction, but has been better since getting treatment.*

• **alcohol addiction** *many of the prison inmates had drug or alcohol addictions.*

• **gambling addiction** *She praised their efforts to treat gambling addiction.*

• *For people with OCD, cleaning can become an addiction.*

— **Fewer examples**

  • *Experts fear the game could lead to gambling addiction.*

  • *He successfully battled his addiction to heroin.*

+ **SMART Vocabulary: related words and phrases**

**Related word**

addicted

 Cambridge Dictionary

 

**addiction** | AMERICAN DICTIONARY

# addiction

*noun* [ C/U ]

US 🔊 /əˈdɪk·ʃən/

Add to word list ☰

**the need or strong desire to do or to have something, or a very strong liking for something:**

- [ U ] *His addiction began with prescription drugs.*
- [ C ] *I have an addiction to mystery stories.*

## addicted

*adjective* US 🔊 /əˈdɪk·tɪd/

- *She was addicted to TV.*

## addictive

*adjective* US 🔊 /əˈdɪk·tɪv/

- *Video games can be addictive.*

*(Definition of **addiction** from the **Cambridge Academic Content Dictionary** © Cambridge University Press)*

**What is the pronunciation of *addiction*?**    ❯

Translations of **addiction**

in Chinese (Traditional)

上癮…

See more



See more

in Spanish
**adicción, adicción [feminine]…**

See more

in Portuguese
**vício, vício [masculine]…**

See more

in more languages

Need a translator?

Get a quick, free translation!

                    **Translator tool**

**Browse**

addendum

adder

addict

addicted

**addiction**

addictive

addictive personality *phrase*

addictiveness

adding








Start free trial

Contents          ✦ **AI Assistant**          To top ⬆





 

**More meanings of** *addiction*

— **All**

drug addiction

alcohol addiction

**See all meanings**



WORD OF THE DAY

# obviously

UK 🔊 /ˈɒb.vi.əs.li/ US 🔊 /ˈɑːb.vi.əs.li/

in a way that is easy to understand or see



 



BLOG

It's your own fault! Talking about deserving bad things.

February 18, 2026

Read More



 



NEW WORDS

# Norwegian life-cleaning

February 23, 2026

More new words

---

LEARN +

DEVELOP +

ABOUT +

  







