# Gooler Exhibit F



 Meta                                                                                    

**Back to Media Gallery**

# Executives

24 items



Mark Zuckerberg, Founder, Chairman and Chief Executive Officer



Dina Powell McCormick, President and Vice Chairman



Joel Kaplan, Chief Global Affairs Officer



Susan Li, Chief Financial Officer



Javier Olivan, Chief Operating Officer



Chris Cox, Chief Product Officer



Andrew 'Boz' Bosworth, Chief Technology Officer



C.J. Mahoney, Chief Legal Officer



Janelle Gale, Chief People Officer



Dave Wehner, Chief Strategy Officer



Alexandr Wang, Chief AI Officer



Maxine Williams, VP Accessibility and Engagement



Mike Schroepfer, Senior Fellow



Will Cathcart, Head of WhatsApp



Naomi Gleit, Head of Product



John Hegeman, Chief Revenue Officer



Santosh Janardhan, Head of Infrastructure



Adam Mosseri, Head of Instagram



Erin Egan, Chief Privacy Officer, Policy



Michel Protti, Chief Compliance and Privacy Officer, Product



Alex Schultz, Chief Marketing Officer and VP of Analytics



Tom Alison, Head of Facebook



Nicola Mendelsohn, Head of Global Business Group



Justin Osofsky, Head of Partnerships and Business Development

Meta

    

Meta Store

Ray-Ban Meta glasses

Oakley Meta glasses

Meta Ray-Ban Display

Compare glasses

Meta Quest

Accessories

Apps and games

Meta Quest gift cards

Refurbished Meta Quest 3

Refurbished Meta Quest 3S

Refurbished Ray-Ban Meta glasses

More from Ray-Ban

Meta Quest: Play now. Pay later.

Meta Warranty Plus

Meta for Work

Meta for Education

Meta Quest referrals

Education discount

Blog

Store support and legal ⌄

Community ⌄

Our actions ⌄

About us ⌄

Site terms and policies ⌄

App support ⌄

English (US)