# Gooler Exhibit G



SUBSCRIBE

Adam Mosseri and Tracee Ellis Ross in Conversation with Arielle Pardes



0:09/25:13

# Adam Mosseri and Tracee Ellis Ross in Conversation with Arielle Pardes

ABOUT

Adam Mosseri, Head of Instagram, and Tracee Ellis Ross, actor, producer, and CEO, speak with WIRED's Arielle Pardes as part of WIRED25, WIRED's second annual conference in San Francisco.

Released on 11/08/2019

TRANSCRIPT

I am so excited to chat with both of you
about the changing nature of Instagram.
Adam, it has also been almost exactly one year
since you became the head of Instagram, so congratulations.
You can consider this your job evaluation.
Oh great.
That's good to know now.
I give you an A.
I'll take it, thank you.
Tracee gives you an A.
We're gonna get into all of that,
but first, Adam, when you were asked to join us at Wired 25,

UP NEXT