# Gooler Exhibit I





← **Post**

**Adam** ✓ ☐
@mosseri                                                                    ···

There's an important discussion happening right now about keeping young people safe online. I've been thinking a lot about how Instagram shows up, and I'm looking forward to sharing more of the work we're doing in the weeks ahead 🙏

1:26 PM · Nov 24, 2021

💬 171        🔁 152        ♡ 562        🔖 10                          ⬆️

💬 **Read 171 replies**

### New to X?

Sign up now to get your own personalized timeline!



G  **Sign up with Google**

🍎  **Sign up with Apple**

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### What's happening



Trending in United States
**BBBY**

Trending in United States
**McKee**

Trending in United States
**Joint Base Andrews**

Entertainment · Trending
**K Michelle**

**Show more**

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···    © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    **Sign up**