# Gooler Exhibit J



Take a Deeper Look at Congress

QUICK GUIDE | 278,231 hours of video | SCHEDULE | TV NETWORKS | RADIO | PODCASTS | APPS

DONATE

CREATED BY CABLE IN 1979 | All Series | American History TV | Book TV | Congress | Executive

Washington Journal | Ceasefire | LOGIN Supreme Co

**JANUARY 31, 2024**

# Mark Zuckerberg Apologizes to Victims' Families at Senate Hearing on Child Sexual Exploitation

Meta CEO Mark Zuckerberg stands up during a Senate hearing on child sexual exploitation on social media platforms to apologize to the families of victims present for the hearing.

Share Via

Report Video Issues

**CLIP FROM**

▶ Social Media Company CEOs Testify on Online Child Sexual Exploitation, Part 1

✂ **CLIPPING TOOL**

Take a Deeper Look at Congress

Text

| Time | Text |
|---|---|
| 00:00:15 | I DON'T BELIEVE SO. |
| 00:00:16 | WHY NOT? DON'T YOU THINK THEY DESERVE SOME COMPENSATION FOR WHAT YOUR PLATFORM HAS DONE? HELP WITH COUNSELING SERVICES OR ISSUES THAT YOUR SERVICES CAUSED. |
| 00:00:30 | OUR JOB IS TO BUILD TOOLS TO KEEP PEOPLE SAFE. |
| 00:00:37 | WILL YOU COMPENSATE THEM? |
| 00:00:38 | WE MAKE SURE WE BUILD INDUSTRY LEADING TOOLS AND TO BUILD TOOLS THAT EMPOWER PEOPLE. |

*This text was compiled from uncorrected Closed Captioning.

**More information about** Mark Zuckerberg Apologizes to Victims' Families at Senate Hearing on Child Sexual Exploitation

**Purchase a Download** Mark Zuckerberg Apologizes to Victims' Families at Senate Hearing on Child Sexual Exploitation

## TRENDING



**FEB 24, 2026**
**U.S. House of Representatives**
The House will consider legislation to reform the Energy Department's process for setting home appliance efficiency standards. A joint meeting of Congress will be held to hear President Trump deliver his State of the Union Address.



**FEB 20, 2026**
**User Clip: "John Barron" from Virginia**
A John Barron from Virginia has a very peculiar take on the Tariff rulings.



**FEB 24, 2026**
**White House Press Secretary Remarks to Reporters**
White House Press Secretary Karoline Leavitt speaks with reporters in the White House driveway and previews President Trump's 2026 State of the Union address.



**FEB 24, 2026**
**Senate Democratic Leader Chuck Schumer Holds Press Conference**
Senate Democratic Leader Chuck Schumer (D-NY) holds a press conference with Senate Democrats ahead of the evening's State of the Union Address.

Take a Deeper Look at Congress

## ABOUT C-SPAN

Our Mission
Our History
Cameras In The Court
Milestones
Leadership
Jobs
In The Community
Video Library
Viewer Guide

## RESOURCES

C-SPAN Classroom
Blog
Series A-Z
Press Center
FAQs
Contact Us
Shop
C-SPAN's Book Collection
World Legislatures

MyC-SPAN Login

C-SPAN Select App
C-SPAN Now App
 Download
 Download

 C-SPAN Podcasts

## FOLLOW C-SPAN



©2026 National Cable Satellite Corporation   |   Copyrights and Licensing   |   Terms and Conditions   |   Privacy