# Gooler Exhibit K

