# Gooler Exhibit L

