# Gooler Exhibit M



*Democracy Dies in Darkness*

# Facebook releases new reports on transparency and oversight amid criticism

The social media giant published several transparency reports on Tuesday.

Updated November 9, 2021    More than **4 years ago**

 By Elizabeth Dwoskin

Facebook published a series of reports on Tuesday that showcase the company's evolving response to a tide of criticism that its platform causes societal harm.

The quarterly progress reports — one on widely-viewed content and another on content that was taken down for breaking the company's rules, showed hate speech is now 0.03 percent, or 3 views of hate speech per 10,000 views of content percent overall on the platform.

Facebook said its 20th most popular link last quarter was removed for violating community standards, with 35.8 million viewers. The company did not respond to a question about what the link said.

The prevalence of bullying and harassment, a new metric the company released Tuesday, is 0.14 to 0.15 percent on Facebook and 0.05 to 0.06 percent on Instagram. This means bullying and harassment content was seen between 14 and 15 times for every 10,000 views of content on Facebook and between 5 and 6 times per 10,000 views of content on Instagram, the company said.

In sharing these numbers, Facebook is trying to show that harmful material does not dominate its platform. The company also points out that the most popular links and posts on its service — which include links to shopping and entertainment pages as well as viral misinformation, at times — constitute roughly 0.1 percent of all content that U.S. users saw in their needs feeds this past quarter.

But the reports are unlikely to placate the growing number of lawmakers around that world who say that regulation of social media platforms is the only real antidote to problems such as hate speech, violent incitement, bullying and political polarization caused by social media services.

Some critics and experts, including the company's former head of civic integrity, the division that developed the metrics Facebook shared Tuesday, said on Twitter recently that certain numbers can obfuscate the actual story. Those critics say people who are most vulnerable to misinformation, bullying, and radicalization may constitute a small number of people, but they live online in echo chambers where they are repeatedly exposed to the same harmful content. Even if just a tiny fraction of Facebook's massive user base is exposed to harmful content, as the company claims, those people might be extremely damaged by it.

Whistleblower Frances Haugen, a former product manager who stepped forward with tens of thousands of company documents showing how deeply the company had studied its role in causing many of these problems, has made similar allegations. These internal reports have frequently appeared at odds with the company's public statements.

Facebook has said that the documents show an incomplete picture of the company's practices.

Facebook also published on Tuesday a summary of its responses to its Oversight Board, a company-funded body of external experts that has harshly criticized the company and demanded far greater public accounting of its approach to punishing its users, particularly influential figures such as President Trump, and of its role in the Jan. 6 insurrection.

YouTube, GoFundMe, and Amazon continue to be the three most popular domains shared on Facebook last quarter. There are also some persistent standouts, including Unicef, a company that lets people upload gifs, and a site for Green Bay Packers fans.

One of the most popular Facebook pages this quarter is Thinkarete lifestyle, an online shop that posts viral memes saying this like, "Who can honestly say they never had a DUI I'll wait." Authoritative vaccine information was also popular.