# Gooler Exhibit N

Instagram Won't Allow Adults t
people.com/human-interest/instagram-will-no-longer-allow-adults-to-message-teens-who-dont-already-follow-them/

People

Log In | Magazine | Newsletters | Sweepstakes

ENTERTAINMENT CRIME HUMAN INTEREST LIFESTYLE ROYALS HEALTH SHOPPING SUBSCRIBE | GET THE APP

# Instagram Will No Longer Allow Adults to Message Minors Who Don't Already Follow Them

The policy update is meant to make the social platform safer for its youngest users

By Jason Hahn | Published on March 16, 2021 03:00PM EDT

SUBSCRIBE



# Instagram Will No Longer Allow Adults to Message Minors Who Don't Already Follow Them

The policy update is meant to make the social platform safer for its youngest users

By **Jason Hahn** | Published on March 16, 2021 03:00PM EDT




SKIP TO CONTENT

The Facebook-owned platform is now preventing adults from direct messaging minors if the minor doesn't already follow them, Instagram said in an announcement posted on their website.

Minors will also receive notices if they interact with adults who have "been exhibiting suspicious behavior," such as sending "a large amount of friend or message requests to people under 18." Other prompts will remind teens not to feel pressured to respond to adults who are messaging them.

The update will appear in some countries by the end of the month and will be available for all users soon.

Instagram said they'll also be looking into ways to make it harder for adults who may be exhibiting potentially suspicious behavior to find minors in other areas of the app, such as in Reels or the Explore tab. Their comments on minors' public posts may also be hidden.

**RELATED:** Facebook Marks International Women's Day with Video Campaign Celebrating Women Making 'Herstory'

Credit: Instagram

In order for the measures to work, children will need to provide their real age when signing up for the app. The company addressed the issue in its announcement.

"We require everyone to be at least 13 to use Instagram and have asked new users to provide their age when they sign up for an account for some time," the announcement reads. "While many people are honest about their age, we know that young people can lie about their date of birth."

**RELATED:** Mark Zuckerberg Hits Centibillionaire Status, Joins Exclusive Club of People Worth $100 Billion

"We want to do more to stop this from happening, but verifying people's age online is complex and something many in our industry are grappling

ued.

SUBSCRIBE

Teenagers who sign up for the app will now be encouraged to make their profile private.

**RELATED VIDEO: Emotional Ad Shows Power of Facebook for Military Moms Across County**

"We believe that everyone should have a safe and supportive experience on Instagram," the company said. "These updates are a part of our ongoing efforts to protect young people, and our specialist teams will continue to invest in new interventions that further limit inappropriate interactions between adults and teens."

**Read more:** HUMAN INTEREST HUMAN INTEREST NEWS BUSINESS & TECHNOLOGY

SKIP TO CONTENT

## Trending Now

Adam Mosseri, Head of Instagram and Meta

### Head of Instagram Claims Social Media Isn't 'Clinically Addictive' While Testifying at Landmark Trial

**Human Interest** • February 12, 2026

India's Prime Minister Narendra Modi (L) takes a group photo with AI company leaders including OpenAI CEO Sam Altman (C) and Anthropic CEO Dario Amodei (R) at the AI Impact Summit in New Delhi on February 19, 2026.

### Rival AI CEOs Refuse to Hold Hands at Industry Summit Years After One Left the Other's Company

**Human Interest** • 4 days ago

Elon Musk during the US-Saudi Investment Forum at the Kennedy Center in Washington, DC, US, on Wednesday, Nov. 19, 2025.

### Elon Musk Says SpaceX Is Prioritizing Building City on the Moon Over Mars Expedition

**Human Interest** • February 09, 2026

SUBSCRIBE

Adam Mosseri, Head of Instagram and Meta

BUSINESS & TECHNOLOGY

**Head of Instagram Claims Social Media Isn't 'Clinically Addictive' While Testifying at Landmark Trial**

By Abigail Adams

India's Prime Minister Narendra Modi (L) takes a group photo with AI

BUSINESS & TECHNOLOGY

**Rival AI CEOs Refuse to Hold Hands at Industry Summit Years After One Left the Other's Company**

By Charlotte Phillipp

Elon Musk during the US-Saudi Investment Forum at the Kennedy Center

BUSINESS & TECHNOLOGY

**Elon Musk Says SpaceX Is Prioritizing Building City on the Moon Over Mars Expedition**

By Staff Author 13

Josh D'Amaro attends D23 EXPO 2022 at the Anaheim Convention

BUSINESS & TECHNOLOGY

**Who Is Josh D'Amaro? What to Know About Disney's Next CEO**

By Samantha Stutsman

Waymo self-driving car in front of Google's San Francisco

BUSINESS & TECHNOLOGY

**Waymo Exec Reveals Company Uses Remote Workers in the Philippines to Assist Autonomous Vehicles**

By Colson Thayer

In this photo illustration, a Google Gmail logo seen displayed on a

BUSINESS & TECHNOLOGY

**Nearly 150 Million Email, Social Accounts Could Be Affected by 'Stolen Passwords' — What to Know, and How to Protect Yourself**

By Kimberlee Speakman

SKIP TO CONTENT

SUBSCRIBE

Microsoft Outlook.

**Thousands as Microsoft Acknowledges Issues for American Users**

By Adam Carlson

Quentin Griffiths at his London home

REAL PEOPLE TRAGEDY

**Millionaire Fashion Company Co-Founder Dies After Falling from 17th Floor Balcony of Luxury Condo**

By Kimberlee Speakman

Dancers Talks Bad Bunny Super Bowl Halftime Show

SUPER BOWL

**Bad Bunny's Super Bowl Halftime Dancers Say Viral Gay Moment Represents 'Community That Deserves to Be Seen' (Exclusive)**

By Stacy Lambe

Abbey Grange CofE Academy in West Park, Leeds.

HUMAN INTEREST NEWS

**Teacher Found Guilty of Whispering to Students to Help Them Answer Questions During French Exam**

By Sam Gillette

Indonesia: Massive Sinkhole Swallows Indonesian Farmland

HUMAN INTEREST NEWS

**Massive Sinkhole That First Appeared in the 2000s Grows to Over 7-Acres-Wide Following Massive Floods**

By Kimberlee Speakman

SKIP TO CONTENT

SUBSCRIBE

Rescued from Deep Cave After Being Hit in the Head by a

After Being Hit in the Head by a Rock

By Desiree Anello

Kelly and Mark on air on Feb. 23, 2026.

TALK SHOWS

**Kelly Ripa Reveals Why She and Mark Consuelos Stayed in a Hotel During New York City Blizzard**

By Brenton Blanchet

People walk by the Stonewall Monument on June 26, 2025 in New York City

POLITICS

**Trump Admin Removes Pride Flag from N.Y.C.'s Historic Stonewall Monument: 'A Deliberate Act of Erasure'**

By Escher Walcott 13

A shot of a glider airplane in flight on a sunny day.

HUMAN INTEREST NEWS

**Glider Pilot Flies for 10 Hours Non-Stop, Traveling Nearly 800 Miles and Breaking a Record in the Process**

By Sam Gillette

Florist Leaves Surprise Bouquets Around City for Random Acts of

HUMAN INTEREST NEWS

**Florist Leaves Surprise Bouquets Around City for Random Acts of Kindness Day (Exclusive)**

By Ashley Vega

SKIP TO CONTENT

SUBSCRIBE

GET MORE IN OUR FREE APP

NEWSLETTERS

Follow Us

NEWS

ENTERTAINMENT

ROYALS

LIFESTYLE

STYLEWATCH

SHOPPING

About Us

PEOPLE Tested

Editorial Policy

Careers

Privacy Policy

Contact Us

Terms of Service

Advertise

Your Privacy Choices

People Inc.

PEOPLE is part of the People Inc. publishing family.