# Gooler Exhibit P





- [Download (CSV)]
- Overview
- Cross-Policy Data
- Data by policy area
  - Adult Nudity and Sexual Activity
  - Bullying and Harassment
  - Child Endangerment Nudity and Physical Abuse and Sexual Exploitation
  - Dangerous Organizations: Terrorism and Organized Hate
  - Fake Accounts

Back to Reports

# Community Standards Enforcement Report

We want Facebook and Instagram to be places where people have a voice. To create conditions where everyone feels comfortable expressing themselves, we must also protect their safety, privacy, dignity and authenticity. This is why we have the **Community Standards**, which define what is and is not allowed in our community.

## Q3 2025 report

We publish the Community Standards Enforcement Report to more effectively track our progress and demonstrate our continued commitment to making Facebook and Instagram safe and inclusive.

## What's new

In this December 2025 quarterly report, we share updated metrics for the reporting period from July to Sept 2025, detailing our progress on content that violates our policies. This release introduces a new **Cross-Policy Data** section, providing an overall understanding of enforcement across Facebook and Instagram. Beginning next cycle, the Community Standards Enforcement

Report will transition from a quarterly to a semiannual release cadence, while maintaining quarterly granularity for all metrics.

Learn more

- [Review EY's independent, third-party assessment of our Community Standards Enforcement Report from the fourth quarter of 2021.](#)
- [Review a report from independent academic experts on their findings and recommendations on our data transparency efforts.](#)

Key Takeaways for Q3 2025

For the first time, we are providing new data on global enforcement precision that will measure our progress in making fewer mistakes and will hold us accountable for continued improvement going forward.

- Of the hundreds of billions of pieces of content produced on Facebook and Instagram in Q3 globally, less than 1% was removed for violating our policies and less than 0.1% was removed incorrectly.
- For the content that was removed, we measured our enforcement precision – that is, the percentage of correct removals out of all removals – to be more than 90% on Facebook and more than 87% on Instagram. That means about 1 out of every 10 pieces of content removed, and less than one out of every 1,000 pieces of content produced overall, was removed in error.

This has occurred as prevalence remained consistent across most problem areas, with a few exceptions:

- On both Facebook and Instagram, prevalence increased for adult nudity and sexual activity and for violent and graphic content, and on Facebook it increased for bullying and harassment. This is largely due to changes made during the

quarter to improve reviewer training and enhance review workflows, which impacts how samples are labeled when measuring prevalence.

14 Policies on Facebook
12 Policies on Instagram
→

Read our post about this report
→

## Data by policy area

**VIOLENCE AND CRIMINAL BEHAVIOR**

Dangerous Organizations: Terrorism and Organized Hate

Restricted Goods and Services: Drugs and Firearms

Violence and Incitement

**SAFETY**

Suicide, Self-Injury, and Eating Disorders

Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation

Bullying and Harassment

**OBJECTIONABLE CONTENT**

Hateful Conduct

Violent and Graphic Content

Adult Nudity and Sexual Activity

**INTEGRITY AND AUTHENTICITY**

Fake Accounts

Spam

## Learn about our measurements

**DEEP DIVE**

Precision

False Positive Volume

Prevalence

Content actioned

Proactive rate

Appealed content

Restored content

Getting better at measurement

Corrections and adjustments

∞ Meta

Policies ^

Community Standards

Meta Advertising Standards

Other policies

How Meta improves

Age-Appropriate Content

Features ⌄

Research tools ⌄

Enforcement ⌄

Governance ⌄

Security ⌄

Reports ⌄

English (US)

Privacy Policy     Terms of Service     Cookies