[Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.* Case No.: 4:23-cv-01804 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**DECLARATION OF PREVIN WARREN IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE #2**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

I, Previn Warren, of full age and duly sworn according to law, declare:

1. Attached hereto as Exhibit 1 is a true and accurate copy of portions of the transcript of the Deposition of Meta witness "CS" taken on October 16-17, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

DATED: March 2, 2026

By: */s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

1

DECLARATION OF PREVIN WARREN IN SUPPORT OF
PLAINTIFF'S MOTION IN LIMINE #2