1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc.*, et al. | MDL No. 3047<br><br>Case No.: 4:23-cv-01804-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE No. 4 TO EXCLUDE HEARSAY TESTIMONY**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |
|---|---|

**DECLARATION OF ASHLEY M. SIMONSEN**

I, Ashley M. Simonsen, declare as follows:

I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC. I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

1. Attached hereto as **Exhibit 1** is a true and correct copy of cited excerpts of Kera Howard's March 10, 2025 deposition.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Affidavit of Kera Howard, dated May 9, 2025.

3. Attached hereto as **Exhibit 3** is a true and correct copy of cited excerpts of Phillip Watts' July 28, 2025 deposition.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the June 20, 2025 Amended Expert Report of Dr. Sharon Hoover for Breathitt County Board of Education.

5. Attached hereto as **Exhibit 5** is a true and correct copy of cited excerpts of Dr. Sharon Hoover's Deposition, taken August 12 and 13, 2025.

6. Attached hereto as **Exhibit 6** is a true and correct copy of cited excerpts of Julie Shivanonda's April 8, 2025 Rule 30(b)(6) deposition.

7. Attached hereto as **Exhibit 7** is a true and correct copy of the Affidavit of Jeremy Hall, dated May 9, 2025.

8. Attached hereto as **Exhibit 8** is a true and correct copy of cited excerpts of Jeremy Hall's July 28, 2025 deposition.

9. Attached hereto as **Exhibit 9** is a true and correct copy of cited excerpts of Daphne Noble's July 29, 2025 deposition.

10. Attached hereto as **Exhibit 10** is a true and correct copy of cited excerpts of Phillip Watts' April 22, 2025 Rule 30(b)(6) deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 2, 2026

By:    */s/ Ashley M. Simonsen*
       Ashley M. Simonsen