# EXHIBIT 1

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2
                 Case No. 4:22-md-03047-YGR
 3                    MDL No. 3047
 4    IN RE:  SOCIAL MEDIA ADOLESCENT
      ADDICTION/PERSONAL INJURY
 5    PRODUCTS LIABILITY LITIGATION,
 6    THIS DOCUMENT RELATES TO:
      Breathitt County School District,
 7    By and Through The Breathitt
      Board of Education
 8    v. Meta Platforms, Inc., et al.
 9    Member Case No.:  4:23-cv-01804
10    _____
11            DEPOSITION OF:  KERA HOWARD
      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
12    _____
13    The video deposition of Kera Howard was taken before
14    Janine N. Leroux, Stenographic Court Reporter and
15    Notary Public in and for the State of Kentucky, at
16    the Breathitt County Schools Central Office located
17    at 420 Court Street, Jackson, Kentucky commencing
18    on March 10th, 2025, at the approximate hour of
19    12:45 p.m. This deposition was taken in accordance
20    with Federal Rules of Civil Procedure 26 and 30.
21
22
23
24
25    Job No. MDLG7222610-2
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 27

```
 1    media.
 2         A.    Yes.
 3         Q.    Do you agree that there are many
 4    potential causes of mental health harms to
 5    students?
 6         A.    Yes.
 7         Q.    Teen mental health is a complicated
 8    issue, right?
 9         A.    It is.
10         Q.    And you're not a doctor?
11         A.    I am not.
12         Q.    Not a psychiatrist?
13         A.    No.
14         Q.    And we covered this.  You're not a
15    psychologist?
16         A.    I am not.
17         Q.    All right.  You don't have the medical
18    training to diagnose students, right?
19         A.    I do not.
20         Q.    So you haven't then diagnosed any of
21    your students.
22         A.    No.
23         Q.    No.  And same would be true for the
24    other guidance counselors.
25         A.    Correct.
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 32

```
 1        Q.    Yes.  And so you don't really have
 2   visibility into all the things that have impacted
 3   your students before they get here.
 4        A.    Correct.
 5        Q.    And many of those students enter the
 6   high school with special needs, right?
 7        A.    Yes, a large percentage.
 8        Q.    And in many cases, those special needs
 9   diagnoses pre-existed your involvement in their
10   lives.
11        A.    Yes.
12        Q.    And, similarly, many students come to
13   the high school with pre-existing mental health
14   issues.
15        A.    Yes.
16        Q.    And you don't know the original cause
17   of those pre-existing mental health issues.
18        A.    Unless there's reason to look or know
19   their story.  No, I do not.
20        Q.    Generally speaking, it's not something
21   you have that you have --
22        A.    Correct.
23        Q.    -- visibility into.
24              And so sitting here today, you can't
25   tell me the number of students that have
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
                                                    Page 33
 1    developed, say, depression from using social
 2    media, right?
 3         A.    I can't give you the exact number, but
 4    I would assume it's high.
 5         Q.    What data do you have to support that?
 6         A.    Just students who speak to me about
 7    their mental health.
 8         Q.    What -- what do they tell you?
 9         A.    What do students tell me?  Students
10    tell me that due to interactions that they have on
11    social media platforms or things that have been
12    said about them on social media platforms and the
13    number of people that it's has reached, that they
14    suffer from depression.  A lot of my students are
15    medicated for depression and their parents will
16    normally corroborate that story.
17         Q.    And so we talked about this a little
18    bit earlier, but just, because this is different,
19    I want to make sure we're on the same page.
20               Again, what you're saying, I think,
21    correct me if I'm wrong, is some students are
22    upset by the content of what other kids say about
23    them.
24         A.    On social media.
25         Q.    Right.  And the place that they say it
```