# EXHIBIT 6

```
                                              Page 1
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2
      * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
 3                                    Case No.
      IN RE:  SOCIAL MEDIA ADOLESCENT  4:22-MD-03047-YGR
 4    ADDICTION/PERSONAL INJURY
      PRODUCTS LIABILITY LITIGATION
 5                                    MDL No. 3047
      * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
 6
      This Document Relates To:
 7
      Tucson Unified School District
 8    v. Meta Platforms Inc., et a
 9    Case No. 4:24-cv-1382
10    * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
11
12            VIDEOTAPED 30(b)(6) DEPOSITION OF
                TUCSON UNIFIED SCHOOL DISTRICT
13                    BY AND THROUGH
                  JULIE A. SHIVANONDA
14
15
         Held At:  JW Marriott Tucson
16                 Starr Pass Resort & Spa
                   3800 W. Starr Pass Blvd
17                 Tucson, Arizona
18
19                 April 8th, 2025
                       2:02 p.m.
20
21
22
23
24
      Reported By:
25
      MAUREEN O. POLLARD, CA CSR #14449, RDR
```

Page 19

1    middle school and high school, who is that?

2          A.     Rebecca Carrier.

3          Q.     And for all of those positions, are

4    all of those positions sort of there's just one

5    person in each position, or are they kind of

6    like the counselors where there other people in

7    those positions that you didn't talk to?

8          A.     No, they are those of those

9    positions, correct.

10         Q.     Okay.  So apart from those people we

11   just talked about, anybody else other than

12   counsel that you spoke to to prepare for the

13   deposition?

14         A.     I don't know if that was part of

15   preparation, but we did meet with an expert,

16   Dr. Hoover.

17         Q.     What's his first name?

18                MR. CUTLER:  You can answer.

19                THE WITNESS:  I don't remember her

20         first name.

21   BY MS. DEGTYAREVA:

22         Q.     Her first name.

23                And what type of expert is

24   Dr. Hoover?

25                MR. CUTLER:  I'm going to object.

```
 1              Well, I guess if you know you can
 2        answer that question.  Go ahead.
 3              THE WITNESS:  So Dr. Hoover is an
 4        expert in social emotional learning,
 5        mental health, and she is from -- I don't
 6        remember what college she's from, but she
 7        was retained as an expert in the case, is
 8        my understanding.
 9   BY MS. DEGTYAREVA:
10        Q.   So what was the purpose of your
11   meeting with Dr. Hoover?
12              MR. CUTLER:  I'm going to object to
13        that to the extent it calls for privileged
14        communications.
15   BY MS. DEGTYAREVA:
16        Q.   So, Ms. Shivanonda, unless your
17   counsel instructs --
18              MR. CUTLER:  Yeah, I'll instruct you
19        not to answer the question.
20   BY MS. DEGTYAREVA:
21        Q.   In terms of preparing for this -- to
22   testify about the topics that you were
23   designated for in this deposition, what did you
24   discuss with Dr. Hoover?
25              MR. CUTLER:  Again I'm going to
```

Page 21

1          object that it's not part of deposition

2          preparation.

3                    And I'll instruct you not to answer.

4     BY MS. DEGTYAREVA:

5          Q.    So just to be clear, did you meet

6     with Dr. Hoover to prepare for the deposition?

7                    MR. CUTLER:  I think she answered

8          that.

9                    Go ahead.

10                   THE WITNESS:  No.  In terms of these

11         topics, in preparation was meeting with

12         stakeholders within the district.  As part

13         of the larger context there was a meeting

14         that happened with Dr. Hoover.

15                   MR. CUTLER:  Which is separate from

16         this deposition, so I think the questions

17         are about the deposition preparation.

18    BY MS. DEGTYAREVA:

19         Q.    Got it.

20                   So in terms of preparation for the

21    topics that you were designated on for this

22    deposition, apart from the people we talked

23    about, and your counsel, anybody else that you

24    met with to prepare?

25         A.    No.