# EXHIBIT 8

CONFIDENTIAL

Page 1

1            UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3    *   *   *   *   *   *   *   *   *   *   *   *   *   *
4  IN RE:  SOCIAL MEDIA ADOLESCENT
   ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY
5  LITIGATION
6  THIS DOCUMENT RELATES TO:  Breathitt County
   School District, By and Through The Breathitt
7  Board of Education v. Meta Platforms, Inc.,
   et al.
8
   Member Case No.:  4:23-cv-01804
9
       *   *   *   *   *   *   *   *   *   *   *   *   *   *
10
11
12    REMOTE VIDEOTAPED DEPOSITION OF JEREMY HALL
13
                  July 28, 2025
14           12:32 p.m. to 2:28 p.m.
15        REPORTED BY ANITA KORNBURGER
          REGISTERED PROFESSIONAL REPORTER
16
17
18
       *   *   *   *   *   *   *   *   *   *   *   *   *   *
19
20
21
22
23
24
25

CONFIDENTIAL

1   about -- recollecting on what's happened in the

2   past and what's happened over the years.

3       Q.   So did you do anything to independently

4   determine the amount of time that the Sebastian

5   Elementary assistant principal has spent working on

6   social media-related concerns?

7       A.   Conversations with him, again.

8       Q.   Anything besides asking him how much time

9   he spent?

10      A.   No.

11      Q.   Then you see the next sentence says, "The

12  principal for Highland Turner Elementary School has

13  only been there for the past few years.  He

14  reported to me that in 2025, he spends ten percent

15  of his work time addressing social media-related

16  issues."  What, if anything, did you do to

17  determine the amount of time?

18      A.   I had a conversation with that principal

19  and discussed things that they deal with at their

20  school to get that number.

21      Q.   Did you do anything besides ask him what

22  the number was?

23      A.   We did discuss incidents that he had

24  dealt with, things that happened.  Of course that's

25  a different elementary school, with less students

CONFIDENTIAL

Page 60

1    and different issues.  You can see that it's less
2    than ours.
3        Q.   Well, I'm trying to understand it.  Do
4    you have any basis for your statement about the
5    Highland Turner Elementary School principal besides
6    what that principal told you?
7        A.   No.
8            MR. PISTILLI:  I think I am ready to pass
9    the witness.  But let me give my co-counsel an
10   opportunity to object before I do that.  All right.
11   Well, hearing no objection, pass the witness.
12            E X A M I N A T I O N
13   BY MS. EMERY:
14       Q.   Good afternoon, Mr. Hall.  How are you
15   today?
16       A.   I'm doing well.  It's raining here, and
17   storming.
18       Q.   That is not fun.  Hopefully the internet
19   connection stays good.
20            My name is Sarah Emery.  We've met
21   before.  And I represent the school district in
22   this litigation.
23            You were asked some questions by
24   counsel earlier about report -- about reporting
25   students who are under 13 for violating social