# EXHIBIT 9

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   --------------------------------x
     IN RE: SOCIAL MEDIA              )
 5   ADOLESCENT ADDITION/PERSONAL     )
     INJURY PRODUCTS LIABILITY        ) Case No. 4:22:MD-
 6   LITIGATION                       ) 03047-YGR
                                      ) MDL No. 3047
 7   --------------------------------
                                      )
 8   THIS DOCUMENT RELATES TO:        )
                                      )
 9   Breathitt County School          )
     District, By and Through the     )
10   Breathitt Board of Education     )
     v. Meta Platforms, Inc. et al., )
11                                    )
     Case No.: 4:23-cv-01804          )
12                                    )
     --------------------------------x
13
14
15
16     REMOTE VIDEOTAPED DEPOSITION OF DAPHNE NOBLE
17              TUESDAY, JULY 29, 2025
18           1:00 P.M. EASTERN DAYLIGHT TIME
19
20
21
22
23   Job No.: 7505866
24   Pages: 1 - 85
25   Reported by: Leslie A. Todd, CSR No. 5129 and RPR
```

```
 1          about that there is a place for them
 2          to put their phones.  So that's why we
 3          kept it there, because we wanted it in
 4          writing that they should place their
 5          phones there.
 6   BY MR. PISTILLI:
 7          Q.    But my question is whether you
 8   found the policy to be effective in reducing
 9   in-class distraction.
10          A.    We still battle that.  We -- we
11   still battle the fact that students are
12   distracted, and that teachers -- the teachers
13   say that -- when they're in conversations with
14   me, they would say that students -- you know,
15   kids are bringing in an extra phone.  The kids
16   are finding, I guess, a way around what we did
17   that time.  So --
18          Q.    But -- I'm sorry, I thought you
19   were done.
20          A.    I was just going to say, so
21   that's why we kept the phone home picture
22   there, and we kept that.
23          Q.    Now, at least if a student
24   violated the policy more than once, you would
25   now have a record of that in Infinite Campus,
```

Page 40

```
 1        Q.    And my question is, for 2020,
 2   were there any other social media concerns,
 3   other than the two we just discussed?
 4        A.    Teachers were just saying that
 5   students were using their phones more in class,
 6   you know, scrolling on social media.  It was
 7   like they -- the kids were wanting to check
 8   social media more, checking their statuses.
 9        Q.    So we previously had a list of
10   two, it was in-class use of devices, and
11   when, you know, so-and-so posted something
12   about another student.  My question is, were
13   there any additional issues in 2020?
14        A.    I don't remember exactly the
15   year, but we started having some vandalism
16   issues, so I'm not exactly sure, off the top of
17   my head, when -- the exact year of that began.
18   But there was some issues with our bathrooms
19   being vandalized, and the students were saying
20   that it was part of a TikTok challenge.
21        Q.    Okay.  And recognizing that you
22   don't know the year, that might have been
23   2020, but you're not sure?
24        A.    Yeah, it may have been.  I'm
25   just --
```

```
                                                    Page 58
 1        Q.    And did you do any work to make
 2   an independent determination as to the amount
 3   of time that your assistant principals spend
 4   on social media related issues?
 5        A.    Conversations with them, debriefs
 6   with them.
 7        Q.    Did you do anything besides
 8   asking them?
 9        A.    No.
10        Q.    Do you review any documents or
11   data relating to the way that they spend
12   their time?
13        A.    No.
14              MR. PISTILLI:  I'm going to give
15   my co-counsel the opportunity to ask questions
16   or let me know that they'd like a brief
17   sidebar, and unless they speak up, I'll pass
18   the witness.
19              MR. WHITELEY:  Nothing from
20        YouTube.
21              We don't need a break at this
22        point, but if others need one, I'm
23        happy to take one.
24              MS. EMERY:  Thank you, Daniel.
25              MR. MURPHY:  Nothing from --
```