# EXHIBIT 10

```
                                                          Page 1
 1           UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
 2
           Case No. 4:22-md-03047-YGR
 3              MDL No. 3047
 4
 5   IN RE:  SOCIAL MEDIA ADOLESCENT
     ADDICTION/PERSONAL INJURY
 6   PRODUCTS LIABILITY LITIGATION,
 7   THIS DOCUMENT RELATES TO:
 8   Breathitt County School District,
     By and Through The Breathitt
 9   Board of Education
     v. Meta Platforms, Inc., et al.
10
     Member Case No.:  4:23-cv-01804
11   _____
12      DEPOSITION OF:  PHILLIP WATTS 30(b)(6)
        CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
13   _____
14   The video deposition of Phillip Watts was taken
15   before Janine N. Leroux, Stenographic Court Reporter
16   and Notary Public in and for the State of Kentucky,
17   at the Breathitt County Schools Central Office
18   located at 420 Court Street, Jackson, Kentucky
19   commencing on April 22nd, 2025, at the approximate
20   hour of 9:00 a.m.  This deposition was taken in
21   accordance with Federal Rules of Civil Procedure 26
22   and 30.
23
24
25
```

Page 71

```
 1    cellphones in math class, they might be cheating
 2    on a test, right?
 3         A.    Yes.
 4         Q.    So the boxes aren't -- aren't designed
 5    to say, let's get them off social media.  The
 6    boxes are designed to say, let's get these phones
 7    out of their hands, right?
 8         A.    Yes.
 9         Q.    For all the reasons you told us about
10    in the beginning, there's a lot of things you can
11    do on your phone that are not social media, right?
12         A.    Yes.
13         Q.    And if kids, if we want them to learn,
14    right, well, in Breathitt County, or what
15    Breathitt County has said is, we've got to get rid
16    of the phones completely, right?  Should I ask
17    that again?
18         A.    You can, please.
19         Q.    Sure.  What the boxes are designed to
20    do is to say, take the entire phone, put the phone
21    over there so that you focus just on class, right?
22         A.    Focus on class, yes.
23         Q.    Right.  They're not about social media.
24    It's about the phone.
25         A.    Most of the problems that the teachers
```

Page 72

1    talk about that they're dealing with stem from
2    social media.  There's -- there is -- you know,
3    there is some good need for the devices, and the
4    biggest -- the biggest cause to put the devices up
5    is the social media.
6         Q.   Okay.  Well, when you say that, like is
7    there any data -- I mean, you just said most of
8    what the teachers talk about.  So you mean to say,
9    in your role as superintendent, based on the
10   anecdotes you've heard from teachers, what they
11   talk about is social media.
12        A.   Well, they can't put it down.  They
13   keep constantly scrolling.  You know, if they're
14   using the calculator, that's fine.  But if they're
15   scrolling and they can't pay attention, it makes
16   it really difficult.
17        Q.   Sure.  But just as we just talked
18   about, if I'm on a group -- if I'm a teenager and
19   I'm on a group chat, that's just texting, and
20   everybody's texting, that's going to be
21   distracting to me too, right?
22        A.   Correct.
23        Q.   But it's not social media.
24        A.   A lot of the apps they use in the
25   groups are social media apps.

Page 73

```
 1        Q.    Understood.  And if they're chatting in
 2   social media, then that would be a social media
 3   use, right?
 4        A.    Right.
 5        Q.    But I'm saying, in my example, if a
 6   bunch of kids are in a chat together, right, and
 7   they're texting, or if they're on FaceTime, then
 8   they're using their phones, right?
 9        A.    Right.
10        Q.    And they're distracted, right?
11        A.    Yes.
12        Q.    But it's not social media.
13        A.    Yes.
14        Q.    Okay.  But what I'm trying to get at is
15   I understand, you've said -- based on what you've
16   heard, you think it's social media that's the
17   bigger cause, right?
18        A.    Yes.
19        Q.    But what I'm trying to understand is
20   what's that based on?  Do you have any data,
21   anything, anybody do a study, any survey, anything
22   like that that could say, you know, the real
23   problem with the phones is social media?
24        A.    No.
25        Q.    Nothing like that?
```

Page 74

1       A.    No.
2       Q.    Just anecdotal conversations.
3       A.    Yes.
4       Q.    Okay.  Let's talk about Topics 31 and
5   68, which relate to state management of the
6   District.  You're familiar with the District being
7   under state management?
8       A.    Yes.
9       Q.    I saw that look.
10      A.    Yes.
11      Q.    It's not your favorite topic, is it?
12      A.    Actually, it's been a really good thing
13  for the students and staff in Breathitt County.
14      Q.    So I understand -- we should maybe
15  start at the end.  I understand, Mr. Watts, that
16  after quite some time in, what, 2023, the District
17  was removed from state management and state
18  assistance, right?
19      A.    Yes.
20      Q.    And you were superintendent at the
21  time?
22      A.    Yes.
23      Q.    So congratulations to you.  I assume
24  that's partly your responsibility.
25      A.    Thank you.