Ronald E. Johnson, Jr. (*pro hac vice*)
Sarah N. Emery (*pro hac vice*)
**HENDY JOHNSON VAUGHN**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Tel: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiffs Breathitt County Board of Education*

*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Breathitt County School District, By and Through the Breathitt County Board of Education v. Meta Platforms Inc., et al.<br><br>Case No.: 4:23-CV-1804 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**DECLARATION OF RONALD JOHNSON IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE #3 TO EXCLUDE EVIDENCE OF CRIMINAL CONDUCT, CRIMINAL LITIGATION, AND CIVIL LITIGATION INVOLVING FORMER EMPLOYEES AND VOLUNTEERS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

**DECLARATION OF RONALD JOHNSON**

I, Ronald Johnson declare under penalty of perjury:

1. I am an attorney duly admitted to practice law in Ohio and Kentucky and admitted *pro hac vice* in this Court. I am a partner at Hendy Johnson Vaughn, and am counsel for the

1  Plaintiff Breathitt County Board of Education. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2. I submit this Declaration in support of Plaintiff's Motion in Limine #3 to Exclude Evidence of Criminal Conduct, Criminal Litigation, and Civil Litigation Involving Former Superintendent filed concurrently with this Declaration.

3. Attached as Exhibit 1 is a true and correct copy of the FBI Press Release which was Exhibit 3 to the 30(b)(6) Deposition of Stacy McKnight (Apr. 21, 2025).

4. Attached as Exhibit 2 is a true and correct copy of the Courthouse News Service Article which was Exhibit 4 to the 30(b)(6) Deposition of Stacy McKnight (Apr. 21, 2025).

5. Attached as Exhibit 3 is a true and correct copy of the 30(b)(6) Deposition of Phillip Watts, dated April 22, 2025.

6. Attached as Exhibit 4 is a true and correct copy of the 30(b)(6) Deposition of Stacy McKnight, dated April 21, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

DATED: March 2, 2026

BY:   /s/Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr.
Sarah N. Emery
**HENDY JOHNSON VAUGHN**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Tel: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiffs Breathitt County Board of Education*

2
DECLARATION OF RONALD JOHNSON IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE #3 TO EXCLUDE EVIDENCE OF CRIMINAL CONDUCT, CRIMINAL LITIGATION AND CIVIL LITIGATION INVOLVING FORMER EMPLOYEES AND VOLUNTEERS