# Exhibit 3

CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2
            Case No. 4:22-md-03047-YGR
3                  MDL No. 3047
4
5   IN RE:  SOCIAL MEDIA ADOLESCENT
    ADDICTION/PERSONAL INJURY
6   PRODUCTS LIABILITY LITIGATION,
7   THIS DOCUMENT RELATES TO:
8   Breathitt County School District,
    By and Through The Breathitt
9   Board of Education
    v. Meta Platforms, Inc., et al.
10
    Member Case No.:  4:23-cv-01804
11  _____
12       DEPOSITION OF:  PHILLIP WATTS 30(b)(6)
         CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
13  _____
14   The video deposition of Phillip Watts was taken
15   before Janine N. Leroux, Stenographic Court Reporter
16   and Notary Public in and for the State of Kentucky,
17   at the Breathitt County Schools Central Office
18   located at 420 Court Street, Jackson, Kentucky
19   commencing on April 22nd, 2025, at the approximate
20   hour of 9:00 a.m.  This deposition was taken in
21   accordance with Federal Rules of Civil Procedure 26
22   and 30.
23
24
25

```
 1      Q.    It had been -- the District had been
 2  under state management for seven years or nine
 3  years?
 4      A.    I would think a little longer.
 5      Q.    Okay.  So there's two things, state
 6  management and then state assistance, right?
 7      A.    Yes.
 8      Q.    All right.  So it was under state
 9  management beginning in 2012, right?
10      A.    Sounds correct.
11      Q.    And I think went -- transitioned from
12  state management to state assistance in 2019.
13  Does that sound right?
14      A.    Yes.
15      Q.    And it was under state management for a
16  number of different reasons, right?
17      A.    Yes.
18      Q.    The most famous of which is that the
19  previous superintendent at the time was convicted
20  of a federal crime for vote buying, right?
21      A.    Yes.
22      Q.    And there was an awful lot of financial
23  mismanagement happening in the superintendent's
24  office, right?
25      A.    Not to my knowledge the way you say it.
```

Page 76

1  You know, I don't really feel like we ever fell
2  below the threshold, but I'm sure there was some
3  mismanagement.
4       Q.   Okay.  A number of people were being
5  hired who didn't appear to have the years of
6  experience that they claimed to have?
7       A.   That was -- I wouldn't have knowledge
8  of that.  I mean, it may have been in the reports
9  and sounds accurate, but it's not off the top of
10 my head.
11      Q.   And when you say "the reports,"
12 obviously as part of being under state management,
13 the District was subject to a number of different
14 audits and reviews by the state, right?
15      A.   Yes.
16      Q.   And we can look at some of those, but
17 when state management began in 2012, the state
18 found that employees had been paid for extra days
19 and wages without proper approval from the Board,
20 right?
21      A.   They may not have followed the policy,
22 but from what I remember, I don't know exactly
23 what came out of the report, but they had to pay
24 for people -- they had to pay people that were
25 working.  I don't know that people were stealing

Page 77

1   time.  They were working a little extra, and it
2   may have been outside the -- the action board
3   policy that we should have been following.
4          Q.    Okay.  Well, do you remember the state
5   saying that one of the examples of financial
6   mismanagement is that the school was spending a
7   bunch of money sending people to the Boys Sweet 16
8   tournament?
9          A.    Yes.
10         Q.    And obviously that -- that's not a
11  proper use of school funds to send people to the
12  Boys Sweet 16 tournament, right?
13         A.    Correct.  And what the notes probably
14  didn't say was that there is meetings of the
15  morning, financial institute, different
16  organizations and groups that are putting together
17  professional development for administrators where
18  a lot of people did attend those of the morning,
19  afternoon, lunchtime.
20         Q.    Well, that's -- so it sort of sounds
21  like you think that the findings weren't accurate
22  or weren't a big problem.  Am I misunderstanding
23  that?
24         A.    No, it was a problem.
25         Q.    Okay.  So the -- the different

Page 78

```
 1    findings -- I mean, it did lead to seven years of
 2    being under state management, right?
 3         A.    Correct.
 4         Q.    So obviously there had to be some
 5    pretty significant problems, right?
 6         A.    Yes.
 7         Q.    And more than that, Arch Turner, who
 8    had been the superintendent, was convicted of a
 9    federal crime for trying to buy votes in the
10    School Board election, right?
11         A.    Yes.
12         Q.    And that's a problem because, as you
13    told me at the beginning today, the School Board
14    is supposed to be the superintendent's boss,
15    right?
16         A.    Correct.
17         Q.    So if he's out here buying votes to try
18    and pack the Board with people who are friendly,
19    then what he's doing is buying his way to make
20    sure that nobody's telling him what to do, right?
21         A.    Yes.
22         Q.    And 11 people were found guilty in
23    federal court for involvement in this vote-buying
24    scheme, right?
25         A.    Sounds correct.  I don't know the exact
```

Page 79

1  number, but, yes, there were several.
2       Q.   So obviously if that was the
3  leadership, it shouldn't be a surprise that there
4  were quite a number of problems in the Breathitt
5  County School Board at that point, right?
6       A.   Yes.
7       Q.   And it took years of work by the State
8  and others to try and undo some of that, right?
9       A.   Yes.
10      Q.   And even after seven years of that,
11 there were four more years of being managed by the
12 State via state assistance, right?
13      A.   Yes.  And we -- I was here for a lot of
14 it -- well, all of it, but in different
15 capacities.
16           But the thing at the end, we were all
17 working so well together, we didn't care.  We all
18 had the same goal, the same vision of trying to
19 improve things for the students.  We didn't -- the
20 Board didn't care.  The administrators didn't
21 care.  The principals didn't care.  I didn't care.
22 We actually enjoyed working with the State because
23 we all had one common goal.  We wanted to get
24 better each and every day.
25           And so the length of that did not

Page 80

1   bother us, nor did we ever try to fight that.  We
2   let -- we just ran its course because we all
3   wanted what's right for kids.
4        Q.   And I understand that.  What I take it
5   you're saying is, by the time you came in, you
6   viewed state management as a partnership, and you
7   were happy to try and work with the State to
8   correct some of these issues, right?
9        A.   I think I helped change the culture on
10  a lot of that.
11       Q.   And --
12       A.   The partnership.
13       Q.   I'm sorry.  I thought you were done.
14            And as part of -- once you were in
15  place, part of your job was to send regular
16  updates to the State and let them know, here's
17  what we're doing to achieve the goals that we've
18  set out to try and get ourselves off state
19  management, right?
20       A.   Yes.
21       Q.   They were called the action plans?
22       A.   Yes.
23       Q.   You'd send regular action plan updates
24  to the State that kind of report on the progress
25  you thought you would be -- you were making on

```
1      STATE OF KENTUCKY      )
                              )
2      COUNTY OF MONTGOMERY   )
3              I, JANINE N. LEROUX, Court Reporter and
4      Notary Public in and for the State of Kentucky at
5      Large, certify that the facts stated in the
6      caption hereto are true, and that at the time and
7      place stated in said caption the witness named in
8      the caption hereto personally appeared before me.
9              I further certify that after being duly
10     sworn by me the witness was examined by counsel
11     for the parties, and that said testimony was taken
12     in stenotype by me and later reduced to
13     computer-aided transcription, and that the
14     foregoing is a true record of the testimony given
15     by said witness.
16             The foregoing deposition has been
17     submitted to the witness for reading and signing.
18
19
20
21
22
23          JANINE LEROUX - COURT REPORTER
            NOTARY PUBLIC STATE-AT-LARGE
24          MY COMMISSION EXPIRES: NOVEMBER 26, 2027
            NOTARY ID KYNP1406
25
```