# Exhibit 4

CONFIDENTIAL

Page 1

1

2                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA

3
                Case No. 4:22-md-03047-YGR
4                     MDL No. 3047

5

6    IN RE:  SOCIAL MEDIA ADOLESCENT
     ADDICTION/PERSONAL INJURY
7    PRODUCTS LIABILITY LITIGATION,

8    THIS DOCUMENT RELATES TO:

9    Breathitt County School District,
     By and Through The Breathitt
10   Board of Education
     v. Meta Platforms, Inc., et al.

11
     Member Case No.:  4:23-cv-01804
12   _____

13      DEPOSITION OF:  STACY McNIGHT 30(b)(6)
       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
14   _____

15   The video deposition of Stacy McKnight was taken

16   before Janine N. Leroux, Stenographic Court Reporter

17   and Notary Public in and for the State of Kentucky,

18   at the Breathitt County Schools Central Office

19   located at 420 Court Street, Jackson, Kentucky

20   commencing on April 21st, 2025, at the approximate

21   hour of 9:02 a.m.  This deposition was taken in

22   accordance with Federal Rules of Civil Procedure 26

23   and 30.

24

25

Page 44

1    funds for one thing and then they didn't use them

2    for that thing, right?

3        A.    Yes.

4        Q.    And tried to change it so they could

5    use it on other stuff instead but didn't document

6    it correctly, is that right?

7        A.    That's what it says, yes.

8        Q.    So that's a number of criticisms from

9    the Auditor of Public Accounts relating to

10   financial mismanagement, right?

11       A.    Yes.

12             MR. STANNER:  I'll take Tab 3.

13                (Exhibit 3 was marked.)

14   BY MR. STANNER:

15       Q.    I know we've talked about this a little

16   bit but the -- ultimately it was this -- the

17   superintendent was subject to a criminal

18   investigation, right?

19       A.    Yes.

20       Q.    And he was prosecuted by the FBI and

21   the U.S. Attorney's Office.

22       A.    Yes.

23       Q.    His name was Arch Turner?

24       A.    Yes.

25       Q.    You worked closely with Mr. Turner,

CONFIDENTIAL

Page 45

1    right?

2         A.    Yes.

3         Q.    It's a -- it says here -- Exhibit 3 is

4    a press release from the Justice Department.  It

5    says:  U.S. District Judge Karen Caldwell

6    sentenced 66-year-old Arch Turner for conspiring

7    to buy votes.

8              That's -- that's what we talked about

9    earlier that he -- he was apparently sentenced to

10   jail time for buying votes, is that right?

11        A.    Yes.

12        Q.    And you don't know what votes he was

13   buying?

14        A.    No.

15        Q.    Because the superintendent's not

16   elected so he didn't have to buy votes for his own

17   election.

18        A.    Yes.

19        Q.    But it says she fined him $250,000 and

20   ordered him to pay a special assessment of $1,000,

21   both of which are due immediately.  Turner was

22   taken into custody following the hearing.

23              Do you see that?

24        A.    Yes.

25        Q.    It says:  Turner admitted that during

CONFIDENTIAL

Page 46

1    the spring of 2010 he provided money to

2    individuals to buy votes for candidates in the May

3    2010 primary election in Breathitt County.

4              Do you see that?

5       A.    Yes.

6       Q.    All right.  Does that ring a bell that

7    those were the votes that he was buying?

8       A.    Yes.

9       Q.    It says:  Turner acknowledged he

10   distributed the money at a meeting he arranged

11   with a group of people, right?

12      A.    Yes.

13      Q.    So this -- the elections in which he

14   was buying votes were, I guess, state and federal

15   elections?

16      A.    And -- or possibly county because I'm

17   not sure what elections took place during the May

18   2010 primary.

19      Q.    Okay.  And then it says:  According to

20   his plea agreement, Turner also received money

21   from an individual to be used for vote buying.

22              Do you see that?

23      A.    Yes.

24      Q.    And then the last thing on here, a

25   total of 11 people have pleaded guilty or been

CONFIDENTIAL

Page 47

1    convicted in federal court of vote buying related

2    charges stemming from Breathitt County's May 2010

3    primary election, is that right?

4         A.    Yes.  That's what it says.

5         Q.    Now, while -- what I want to ask you

6    about is while this was pending, while he was

7    under investigation, he was actually still working

8    as the superintendent at Breathitt Schools, right?

9         A.    Yes.

10        Q.    And that -- and you were his assistant

11   at the time?

12        A.    Yes.

13        Q.    So you worked closely with him?

14        A.    Yes.

15        Q.    I wondered -- do you know the 2010

16   election, could it have been the election that

17   included school board members themselves?

18        A.    I don't know who was included in that

19   election.

20        Q.    Okay.  But school board members are

21   elected, right?

22        A.    They are, yes.

23        Q.    The superintendent is appointed?

24        A.    Yes.

25        Q.    But the board members themselves would

CONFIDENTIAL

Page 48

1    have to be elected.

2         A.    Yes.  But board members only run in

3    November.

4         Q.    Okay.  Is there a primary?

5         A.    There's no primary for board members.

6         Q.    All right.  And that's your -- that's

7    as it exists today or you're confident that's also

8    how it existed in 2010?

9         A.    I'm pretty sure that's how it existed

10   then as well.

11        Q.    Okay.  So during the time that

12   Mr. Turner was under investigation but had not yet

13   been convicted, that was probably a pretty

14   difficult time --

15        A.    It was.

16        Q.    -- to be working in his office, right?

17        A.    It was.

18        Q.    At one point he was -- there was a

19   lawsuit brought by somebody named Charles Napier?

20        A.    Yes.

21        Q.    And he had been the former assistant

22   superintendent, right?

23        A.    That's correct.

24        Q.    And he accused Mr. Turner of

25   retaliating against him because he had cooperated

CONFIDENTIAL

Page 49

1    with the FBI in their investigation of Mr. Turner,

2    right?

3           A.    Yes.  I can't remember all the

4    specifics, but...

5           Q.    Okay.  I'll show you Tab 4.

6                 MR. STANNER:  We'll mark this as

7          Exhibit 4.

8                 Everybody's got a cough today.

9                 MS. EMERY:  I am sorry.  I was down

10         last week.

11                MR. STANNER:  I hope you guys are all

12         right.

13                     (Exhibit 4 was marked.)

14   BY MR. STANNER:

15         Q.    I'm handing you what I just marked as

16   Exhibit 4.

17                When -- when Mr. Napier sued the School

18   District, you were --

19                     (Counsel conferring)

20   BY MR. STANNER:

21         Q.    When Mr. Napier sued the School

22   District, you were deposed in that case, right?

23         A.    Yes.

24         Q.    And you were asked about the climate at

25   the time.

CONFIDENTIAL

Page 50

1          A.    I don't remember what I was asked.

2          Q.    I'm going to hand you -- so I'm going

3     to hand -- I just handed you what I'll mark as

4     Exhibit 5 and we'll -- we'll talk about that

5     first.

6                MR. STANNER:  You can take the

7          deposition down.

8                     (Exhibit 5 was marked.)

9     BY MR. STANNER:

10         Q.    But one of the issues at the time was

11    about whether there was a hostile work environment

12    in the -- in the office at the time while

13    Mr. Turner was -- was working there, right?

14         A.    I don't remember.

15         Q.    You don't remember if that was an issue

16    in the case --

17         A.    No

18         Q.    -- or you don't remember if it was a

19    hostile work environment?

20         A.    Well, it was -- I don't know if I would

21    call it hostile.  It was just tense.

22         Q.    Okay.  Let's be more specific about

23    that.  While Mr. Turner was under investigation,

24    he knew that a number of different people,

25    including employees of the District, were being

CONFIDENTIAL

Page 51

```
1      interviewed by the FBI, right?
2           A.    Yes.
3           Q.    And he would say things to everybody
4      like, I'm going to get copies of all of these
5      tapes and these transcripts, and I'm going to know
6      who said what, right?
7           A.    I don't specifically remember him
8      saying that, but it's possible.
9           Q.    Okay.  Well, one of the reasons that it
10     was tense is because you're working in an office
11     pretty closely with this person who's in charge,
12     but he's also under investigation for a federal
13     crime, right?
14          A.    Yes.
15          Q.    And he obviously does not want to be
16     convicted of a federal crime, right?
17          A.    Right.
18          Q.    And so everybody, I assume you
19     included, felt that you were in a really tough
20     spot --
21          A.    Yes.
22          Q.    -- to have to choose between talking to
23     the FBI about this person, who's also your boss,
24     or if you do what he wants you to do, then you're
25     not cooperating with a federal investigation,
```

CONFIDENTIAL

Page 52

1    right?

2         A.    Yes.

3         Q.    All right.  So that put you and others

4    in a pretty bad spot, right?

5         A.    Yes.

6         Q.    So if we look at Tab 5 --

7              MR. STANNER:  Do you have a copy the

8         article?  Sorry.  Thanks.

9         Q.    You see Tab 5?  It's got an article

10   from something called Courthouse News Service.  Do

11   you see that?

12        A.    Yes.

13        Q.    It says:  Evil Doings in the

14   Superintendent's Office.  That's their title,

15   right?

16        A.    Yes.

17        Q.    If we just look down, the super and the

18   superintendent's office, again, is -- that's where

19   you had to work at the time, right?

20        A.    Yes.

21        Q.    If we look at it, it says:  A

22   now-jailed school superintendent retaliated

23   against two administrators for helping the FBI

24   investigate his vote-buying scheme, and the school

25   board helped him, the men claimed in federal

CONFIDENTIAL

Page 53

```
 1    court.
 2              Do you see that?
 3         A.    Yes.
 4         Q.    All right.  That was Charles Napier's
 5    complaint, that he was the assistant
 6    superintendent, and all he did was cooperate with
 7    the federal government in their investigation, and
 8    he said that Arch Turner retaliated against him as
 9    a result, is that right?
10         A.    Yes.
11         Q.    Is that your -- is that what you
12    observed, that Mr. Turner did retaliate against
13    him?
14         A.    I don't remember any retaliation
15    against Mr. Napier specifically in the office.  I
16    don't -- I don't remember.
17         Q.    Okay.  If we -- I know this was
18    obviously -- this was now 10 or 12 years ago,
19    right?
20         A.    Yes.
21         Q.    Is that -- so it's -- I don't expect
22    you to remember every single thing that happened,
23    but do you -- is it your testimony that Mr. Turner
24    didn't do this, or just you don't remember?
25         A.    I just don't remember.
```

Golkow Technologies,
A Veritext Division

CONFIDENTIAL

Page 54

1          Q.    All right.  So if we -- if we look down

2     below, it says:  Napier's complaint states:  On or

3     about March 2nd, 2012, Breathitt County

4     Superintendent Arch Turner was arrested by the

5     FBI, charged with conspiracy to buy votes,

6     providing money to buy votes, trying to get a

7     witness not to give information to the authorities

8     and lying to an FBI agent.  Upon his arrest,

9     Turner was placed in jail.

10               Do you see that?

11         A.    Yes.

12         Q.    All right.  Down below, it tells us

13    what Napier said.  Napier claims that Turner,

14    along with several current and former board

15    members of the Breathitt County Board of Election,

16    quote:  Created a hostile and fearful workplace

17    for employees who were suspected of cooperating

18    with the FBI investigation that led to the

19    superintendent's arrest.

20               Do you see that?

21         A.    Yes.

22         Q.    Banks was another one of the employees

23    who sued, right?

24         A.    Yes.

25         Q.    It says:  Banks claims that during the

Page 55

```
 1     2010 election, Turner repeatedly demanded that he
 2     give money to the campaign of Defendant, George
 3     Daniel Strong, an incumbent on the School Board.
 4               Do you see that?
 5        A.    Yes.
 6        Q.    So it does -- it does appear, at least
 7     from this, that the election he was trying to
 8     influence was a school board election, right?
 9        A.    It does appear that way.
10        Q.    And that would make some sense, because
11     as we said earlier, the School Board is supposed
12     to oversee the superintendent.
13        A.    Yes.
14        Q.    So he says:  When Banks would refuse,
15     he would receive threats concerning his
16     employment, the complaint states.
17               Do you see that?
18        A.    Uh-huh.  Yes.
19        Q.    When Turner found that Banks was
20     cooperating with the FBI, he told several people
21     that not only would he cut Steve's days, but that
22     he would fire him as well.  According to the
23     complaint, Banks claims that Turner subsequently
24     cut his contract by 20 days to reduce his pay.
25               Do you see that?
```

CONFIDENTIAL

Page 56

```
 1        A.    Yes.
 2        Q.    All right.  I won't go through the
 3    whole rest of it, but you don't personally, in
 4    your personal capacity, remember this happening.
 5    Is that what I understand you to say?
 6        A.    I remember him cutting the days of
 7    Mr. Banks --
 8        Q.    You do?
 9        A.    -- but that's all I remember.
10        Q.    Okay.  Obviously, for all of these
11    reasons, though, it was probably a pretty
12    difficult place to work --
13        A.    Yes.
14        Q.    -- in 2010 in the superintendent's
15    office while all of this was happening, right?
16        A.    Yes.
17        Q.    And I know you didn't -- you didn't
18    describe it as hostile.  How would you describe
19    that work environment at that time?
20        A.    Tense.  Mr. Turner was never
21    threatening at the office.  You know, he just
22    wanted to know who you talked to, you know.
23        Q.    I see.  So he would ask who you've been
24    talking to, trying to find out who was saying
25    what --
```

CONFIDENTIAL

Page 57

1          A.    Yes.

2          Q.    -- right?

3                Well, that's certainly -- that's

4    consistent with the idea that he was trying to

5    figure out who might be testifying against him and

6    might seek to retaliate, right?

7          A.    Yes.

8          Q.    All right.  So -- and obviously I take

9    it if a superintendent is engaged in vote buying

10   to try and rig a school board election, he

11   probably doesn't have the best interest of the

12   students at heart, right?

13         A.    It would appear that way.

14         Q.    All right.  Let's look at Tab 6.  This

15   is -- we talked about how there were two audits in

16   2012.  I'm going to show you the other one.

17                  (Exhibit 6 was marked.)

18   BY MR. STANNER:

19         Q.    I'm handing you what I marked as

20   Exhibit 6.

21                You see this says:  Education and

22   Workforce Development Cabinet, Department of

23   Education.

24         A.    Yes.

25         Q.    At the top it says September 27, 2012,

CONFIDENTIAL

Page 58

1    right?

2         A.    Yes.

3         Q.    And what the cover letter says is:  The

4    Kentucky Department of Education will be

5    performing an on-site management audit of

6    Breathitt County School District on November 1st

7    and 2nd, 2012, right?

8         A.    Yes.

9         Q.    This one comes after the state auditor

10   report we just looked at, right?

11        A.    Yes.

12        Q.    And then it says the audit is going to

13   cover these six areas, which are the bullets:

14   Local government -- governance policies and

15   procedures, school-based decision-making,

16   curriculum and instructional practices, financial

17   management, personnel practices, including hiring

18   and staffing and school food services management,

19   right?

20        A.    Yes.

21        Q.    If you look on the pages that follow,

22   you see after the cover letter, there's the actual

23   audit, right?

24        A.    Yes.

25        Q.    All right.  And the reason -- you don't

Page 59

1    have to take my word for it, but the reason you

2    can see that it says Management Audit Report, and

3    there it indicates the dates of the on-site visit,

4    November 1st and 2nd, 2021 -- 2012, right?

5         A.    Yes.

6         Q.    And then it lays out some of the people

7    that were on the management team.  And if you just

8    look at the pages that follow, you see that's the

9    audit report, right?

10        A.    Yes.

11        Q.    You're familiar with this?  You've seen

12   it before?

13        A.    Yes.

14        Q.    If we look just on Page 2, you see

15   there's a paragraph down under -- the big box at

16   the bottom that says Conclusions, right?

17        A.    Yes.

18        Q.    All right.  I want to look at the

19   paragraph that starts:  It is clear.  It's in the

20   middle of that box.  Do you see it?

21        A.    Uh-huh, yes.

22        Q.    It is clear, however, that there is

23   division in the leadership due to ineffective

24   hiring practices over a period of years, and

25   leadership being in the hands of a controlling

CONFIDENTIAL

Page 60

1    few.  Lack of focused board goals and activities,

2    bringing leadership practices in line with

3    collaboration of all employees, engagement of the

4    community, being built on state guidelines for a

5    common focus on college and career readiness has

6    created crisis.  Professionalism and leadership

7    focused on student achievement must occur and

8    cannot under current circumstances with current

9    systems in survival mode.

10            Do you see that?

11       A.    Yes.

12       Q.    And that was true, right?  This was the

13   leadership problem that we were talking about --

14   that we've been talking about for the last few

15   minutes here, right?

16       A.    Yes.

17       Q.    Obviously, the school can't succeed if

18   the leaders of the school are focused on buying

19   elections and who's -- who might be talking about

20   whom behind their back, right?

21       A.    Yes.

22       Q.    If you turn to Page 6, you see the

23   little -- there's little page numbers at the

24   bottom.  It can be kind of hard to see, but it

25   says KDE, these tiny little numbers at the very

CONFIDENTIAL

1    manager just canceled board meetings altogether?

2          A.     No.

3                  (Exhibit 7 was marked.)

4    BY MR. STANNER:

5          Q.     All right.  Let me show you an article.

6    This is what I'll mark is Exhibit 7.  Thank you.

7                  This is an article from the

8    Herald-Leader.  Do you see that?

9          A.     Yeah.  I don't remember that, but...

10         Q.     I'll just give you a chance to look it

11   over.  You can let me know when you're done.

12         A.     Okay.

13         Q.     All right.  Did you have a chance to

14   look this over?

15         A.     Yes.

16         Q.     All right.  So at least according to

17   this article, it says:  The State has controlled

18   Breathitt County Schools since late 2012 when

19   Superintendent Arch Turner was sentenced to prison

20   on vote-buying charges.  State-appointed manager

21   Larry Hammond has been running the District with

22   school board members playing an advisory role.

23                  Do you see that?

24         A.     Yes.

25         Q.     And that part is true, right?

CONFIDENTIAL

Page 71

1          A.    Yes.

2          Q.    That -- you remember that.

3                It says:  However, board members

4     revolted at the May 28 meeting refusing to adopt

5     an agenda proposed by Hammond that included the

6     controversial closing of Rousseau Elementary

7     School.

8                Do you see that?

9          A.    Yes.

10         Q.    Now, I take it you're saying you

11    personally don't remember this, right?

12         A.    No, I don't remember that.

13         Q.    All right.  You don't have any reason

14    to disagree with it, though?

15         A.    No.

16         Q.    All right.  Then it says:  Board

17    member, Rebecca Watkins, said in an interview that

18    Hammond unilaterally closed the school a few days

19    later.  The action has angered many county

20    residents.

21                Do you see that?

22         A.    Yes.

23         Q.    And then we see the Kentucky Education

24    Commissioner, Terry Holliday.  Do you recognize

25    that name?

CONFIDENTIAL

Page 175

1     STATE OF KENTUCKY    )

                                )

2     COUNTY OF MONTGOMERY  )

3         I, JANINE N. LEROUX, Court Reporter and

4    Notary Public in and for the State of Kentucky at

5    Large, certify that the facts stated in the

6    caption hereto are true, and that at the time and

7    place stated in said caption the witness named in

8    the caption hereto personally appeared before me.

9         I further certify that after being duly

10   sworn by me the witness was examined by counsel

11   for the parties, and that said testimony was taken

12   in stenotype by me and later reduced to

13   computer-aided transcription, and that the

14   foregoing is a true record of the testimony given

15   by said witness.

16        The foregoing deposition has been

17   submitted to the witness for reading and signing.

18

19

20

21

22

23     JANINE LEROUX - COURT REPORTER

       NOTARY PUBLIC STATE-AT-LARGE

24     MY COMMISSION EXPIRES: NOVEMBER 26, 2027

       NOTARY ID KYNP1406

25