[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | MDL No. 3047 <br><br> Case No.  4:22-md-03047-YGR (PHK) <br><br> **DECLARATION OF LEXI J. HAZAM IN SUPPPORT OF PLAINTIFF'S MOTION IN LIMINE #1** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Magistrate Judge: Hon. Peter H. Kang |
| This Document Relates to: <br><br> *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* <br> Case No.: 4:23-cv-01804 | |

I, Lexi J. Hazam, declare:

1. I am a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, and serve as Court-appointed Co-Lead Counsel for the Personal Injury and School District Plaintiffs in this action. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to them. I submit this declaration in support of Plaintiff Breathitt County School District's Motion in Limine #1.

2. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of the April 22, 2025 30(b)(6) Deposition of Phillip Watts.

3. Attached hereto as **Exhibit B** is a true and correct copy of the September 29, 2025 "Stipulation to Exclude Certain Evidence," filed in *Social Media Cases*, JCCP No. 5255.

4. Breathitt County School District accepted a confidential settlement allocation to resolve a lawsuit filed in December 2021 against McKinsey & Company for harms caused by the prescription opioid epidemic.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 2, 2026 in San Francisco, California.

Respectfully submitted,

By: */s/ Lexi J. Hazam*

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel*