Joseph G. Petrosinelli, *pro hac vice*
Ashley W. Hardin, *pro hac vice*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: +1 (202) 434-5000
jpetrosinelli@wc.com
ahardin@wc.com

*Attorney for Defendants YouTube, LLC and Google LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br>Case No.: 4:23-CV-1804 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF ASHLEY W. HARDIN IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE LAY WITNESS TESTIMONY REGARDING ALLEGED STUDENT "ADDICTION" OR CAUSATION OF MENTAL HEALTH HARMS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: March 18, 2026<br>Time: 9:00 AM<br>Place: Courtroom 1, 4th Floor |

# DECLARATION OF ASHLEY W. HARDIN

I, Ashley W. Hardin, declare as follows:

1. I am a partner with the law firm Williams & Connolly LLP, counsel of record for Defendants YouTube, LLC and Google LLC. This declaration is based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto. I offer this declaration without waiving or intent to waive attorney-client privilege.

2. Attached as **Exhibit 1** is a true copy of excerpts from the transcript of the 30(b)(6) Deposition of Superintendent Phillip Watts ("P. Watts 30(b)(6) Dep. (Apr. 22, 2025)").

3. Attached as **Exhibit 2** is a true copy of excerpts from the transcript of the 30(b)(6) Deposition of Director of Special Education Hannah Watts ("H. Watts 30(b)(6) Dep. (Mar. 12, 2025)").

4. Attached as **Exhibit 3** is a true copy of excerpts from the transcript of the 30(b)(6) Deposition of Breathitt High School Principal Daphne Noble ("D. Noble 30(b)(6) Dep. (Mar. 11, 2025)").

5. Attached as **Exhibit 4** is a true copy of excerpts from the transcript of the April 23, 2025 Deposition of Sebastian Elementary School Principal Jeremy Hall ("Hall Dep. (Apr. 23, 2025)").

6. Attached as **Exhibit 5** is a true copy of excerpts from the transcript of the July 28, 2025 Deposition of Sebastian Elementary School Principal Jeremy Hall ("Hall Dep. (July 28, 2025)").

7. Attached as **Exhibit 6** is a true copy of a document prepared in this litigation, an affidavit titled "Affidavit of Kera Howard," dated May 9, 2025 (Howard Decl.").

8. Attached as **Exhibit 7** is a true copy of excerpts from the transcript of the August 27, 2025 Deposition of Breathitt County Board of Education's Expert Dr. Anna Lembke ("Lembke Dep. (Aug. 27, 2025)").

1

DECLARATION OF ASHLEY W. HARDIN (DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE LAY WITNESS TESTIMONY REGARDING ALLEGED STUDENT "ADDICTION" OR CAUSATION OF MENTAL HEALTH HARMS)
Case No. 4:22-MD-03047-YGR

9. Attached as **Exhibit 8** is a true copy of excerpts from the transcript of the Deposition of Breathitt High School guidance counselor Kera Howard ("Howard Dep. (Mar. 10, 2025)").

10. Attached as **Exhibit 9** is a true copy of the May 16, 2025 Expert Report of Anna Lembke, M.D. ("A. Lembke Rep.").

11. Attached as **Exhibit 10** is a true copy of excerpts from the transcript of the June 18, 2025 Deposition of Breathitt County Board of Education's Expert Dr. Anna Lembke, which was taken in the JCCP litigation ("Lembke Dep. (June 18, 2025)").

12. Attached as **Exhibit 11** is a true copy of excerpts from the transcript of the 30(b)(6) Deposition of Breathitt High School guidance counselor Kera Howard ("Howard 30(b)(6) Dep. (Mar. 10, 2025)").

13. Attached as **Exhibit 12** is a true copy of excerpts from the transcript of the March 12, 2025 Deposition of Director of Special Education Hannah Watts ("H. Watts Dep. (Mar. 12, 2025)").

/s/ Ashley W. Hardin
Ashley W. Hardin

2

DECLARATION OF ASHLEY W. HARDIN (DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE LAY WITNESS TESTIMONY REGARDING ALLEGED STUDENT "ADDICTION" OR CAUSATION OF MENTAL HEALTH HARMS)
Case No. 4:22-MD-03047-YGR