EXHIBIT 1

CONFIDENTIAL

Page 1

1            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA

2
            Case No. 4:22-md-03047-YGR
3                 MDL No. 3047

4

5    IN RE:  SOCIAL MEDIA ADOLESCENT
     ADDICTION/PERSONAL INJURY
6    PRODUCTS LIABILITY LITIGATION,

7    THIS DOCUMENT RELATES TO:

8    Breathitt County School District,
     By and Through The Breathitt
9    Board of Education
     v. Meta Platforms, Inc., et al.

10
     Member Case No.:  4:23-cv-01804
11   _____

12      DEPOSITION OF:  PHILLIP WATTS 30(b)(6)
       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
13   _____

14   The video deposition of Phillip Watts was taken

15   before Janine N. Leroux, Stenographic Court Reporter

16   and Notary Public in and for the State of Kentucky,

17   at the Breathitt County Schools Central Office

18   located at 420 Court Street, Jackson, Kentucky

19   commencing on April 22nd, 2025, at the approximate

20   hour of 9:00 a.m.  This deposition was taken in

21   accordance with Federal Rules of Civil Procedure 26

22   and 30.

23

24

25

CONFIDENTIAL

```
                                                    Page 2

 1      APPEARANCES:
 2
        SARAH EMERY, ESQUIRE
 3      RONALD JOHNSON, ESQUIRE
        HENDY JOHNSON VAUGHN
 4      2380 Grandview Drive
        Ft. Mitchell, Kentucky 41017
 5      rjohnson@justicestartshere.com
        semery@justicestartshere.com
 6
        APPEARING ON BEHALF OF THE PLAINTIFFS
 7
 8      ANDREW STANNER, ESQUIRE
        COVINGTON & BURLING LLP
 9      One City Center
        850 Tenth Street, NW
10      Washington DC 20001-4956
        cpistilli@cov.com
11
        and
12
        MATTHEW E. DePAZ, ESQUIRE
13      COLIN MURPHY, ESQUIRE
        SHOOK, HARDY & BACON, L.L.P
14      2555 Grand Boulevard
        Kansas City, Missouri 64108
15      mdepaz@shb.com
        kromeo@shb.com
16      cmurphy@shb.com
17      APPEARING ON BEHALF OF THE META PLATFORMS, et al.
18
        CAROLINE KANE, ESQUIRE (Via Zoom)
19      KIRKLAND & ELLIS, LLP
        333 West Wolf Point Plaza
20      Chicago, Illinois 60654
        faraz.shahidpour@kirkland.com
21      patrick.maroun@kirkland.com
        caroline.kane@kirkland.com
22
        REMOTE APPEARANCE ON BEHALF OF DEFENDANTS,
23      SNAP INC.
24
25
```

CONFIDENTIAL

```
                                                    Page 3
 1     APPEARANCES CONTINUED:
 2
       ADAM REINKE, ESQUIRE (Via Zoom)
 3     KING & SPALDING LLP
       500 West Second Street
 4     Austin, Texas 78701
       areinke@kslaw.com
 5
       APPEARING ON BEHALF OF THE DEFENDANTS,
 6     TIKTOK, INC., BYTEDANCE LTD. and TIKTOK LTD.,
       TIKTOK, LLC
 7
 8     SOPHIA YOUNG, ESQUIRE (Via Zoom)
       WILLIAMS & CONNOLLY LLP
 9     680 Maine Avenue, SW
       Washington, DC 20024
10     syoung@wc.com
11     APPEARING ON BEHALF OF THE DEFENDANTS,
       YOUTUBE LLC and GOOGLE LLC
12
13     ALSO APPEARING:
14     JEFF SINDIONG, VIDEOGRAPHER
       TEJASH PATEL, EXHIBIT TECHNICIAN
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL

Page 21

1    reports to the Board, right?

2         A.    Yes.

3         Q.    And one of the things I think you said

4    is the Board can vote on measures that are

5    presented to it.

6         A.    Correct.

7         Q.    I'm going to show you an exhibit now.

8    This is Tab 2 which I will mark as Exhibit 2.

9              (Exhibit 2 was marked.)

10   BY MR. STANNER:

11        Q.    You're free to take a look and flip

12   through this to make sure you're familiar with it.

13   My first question to you is going to be:  Are

14   these the minutes of the board meeting for the

15   Board of Education of Breathitt County in January

16   of 2015?

17        A.    This document appears to be the

18   minutes.

19        Q.    Okay.  You can see at the top it says:

20   Record of Board Meeting -- Board Proceedings and

21   then in parentheses Minutes, right?

22        A.    Yes.

23        Q.    And then under that it says:  Jackson,

24   Kentucky, January 27th, 2015, right?

25        A.    Yes.

CONFIDENTIAL

Page 22

1       Q.    And then it goes on to say that the
2   Breathitt County Board of Education met at the
3   library and who was present, right?
4       A.    Correct.
5       Q.    Okay.  I wanted to direct your
6   attention to Page 311.  So during the course of
7   the day I'm going to give you some page numbers
8   that you can compare to these little numbers down
9   at the bottom, and I'm focused on just the last
10  three digits, all right?
11      A.    Uh-huh.
12      Q.    So it's really Page 3 of this but on
13  the page numbers it's Page 311.
14            You see where it says:  Part II.B.4.
15  Attendance Report?
16      A.    Yes.
17      Q.    And then it says:  DPP Jennifer Spencer
18  presented the January attendance report which
19  shows an overall slight reduction in the
20  attendance since last month.
21            Do you see that?
22      A.    Yes.
23      Q.    Who is Jennifer Spencer?
24      A.    I guess the first thing to clarify, I
25  was not the superintendent or acting in that

CONFIDENTIAL

Page 23

```
 1    capacity in the year 2015.  But being an employee
 2    of the Breathitt County School System, Jennifer
 3    Spencer was the District Pupil Personnel Director.
 4         Q.    All right.  And what is the District
 5    Pupil Personnel Director's job?
 6         A.    They are in charge of student
 7    attendance.
 8         Q.    Okay.  If we look down, I'm focused on
 9    the second paragraph, it says:  Ms. Spencer also
10    shared that she is sharing attendance information
11    on the District Facebook page and it is getting a
12    good response.
13              Do you see that?
14         A.    Yes.
15         Q.    That's true, right?  The District does
16    from time to time use Facebook to spread messaging
17    like this.
18         A.    Yes, I believe that to be correct.
19    Seems like our students and parents have an
20    addiction to social media.  So if we choose not to
21    put information online, it can be a challenge for
22    us.
23         Q.    So I -- I hear you say -- well, my --
24    first of all, my question was, from time to time
25    the School District uses Facebook to disseminate
```

CONFIDENTIAL

Page 24

1    information like this, right?

2         A.    Yes.

3         Q.    All right.  And your answer was that

4    you think the parents and kids of this district

5    are addicted to Facebook.

6         A.    Correct.

7         Q.    Okay.  What's your basis for saying

8    that?

9         A.    All of the challenges that were brought

10   to school on an individual basis, all the

11   decisions we make sometimes center around social

12   media, just watching the counselors, the

13   principals, students coming in with their phones

14   out asking for help with things that went on

15   online, on social media, and they're asking us to

16   provide guidance and support for things that

17   happened outside of school.

18              And then when something does happen,

19   things that are posted online can make things very

20   stressful for attendance, grades.  It can change

21   the learning environment.

22        Q.    All right.  So we're going to unpack a

23   lot of that because I've looked at a lot of the

24   documents for Breathitt County, and I'm hoping

25   you're going to help me make sense of it today.

CONFIDENTIAL

Page 25

```
 1              But first let's just get back -- first
 2    of all, do you have any training in addiction?
 3         A.    No.
 4         Q.    Are you a psychologist, psychiatrist,
 5    anything?
 6         A.    No.
 7         Q.    When you say "addiction," do you know
 8    the DSM definition of addiction or do you just
 9    mean that colloquially?
10         A.    I just mean that -- that kids are on
11    social media a lot.
12         Q.    Okay.  But when you say the kids and
13    the parents of this district are addicted to
14    social media, have you done any kind of surveys or
15    collected any data to support that claim?
16         A.    No.
17         Q.    When you say "the parents are
18    addicted," how many parents have you talked to
19    about their addiction, what you call an addiction
20    to social media?
21         A.    Not addiction.
22         Q.    Not addiction?
23         A.    I've not talked to any about being
24    addicted.
25         Q.    Okay.  So that -- you used that term
```

CONFIDENTIAL

1    today.  Why do you use that term?  Is it because

2    this litigation is about addiction?

3          A.    As a school system, we're just seeing

4    more and more.  It's every day.  It drives some of

5    the decisions that I -- that I make.  It impacts

6    all of our lives.  It's just something that we've

7    not had to always deal with and it's a -- it's a

8    reality.

9          Q.    Okay.  But, again, I think my question

10   a little bit more specifically is -- well, you

11   said -- in addition to the parents, you said the

12   students are addicted.  You talk to the students

13   about being addicted to social media?

14         A.    No.

15         Q.    Never had a conversation with them

16   about being addicted?

17         A.    No.

18         Q.    Okay.  So when you say in your view

19   that they are addicted, it's based on, I guess,

20   your observation that people are using their

21   phones a lot?

22         A.    Yes.  And it's -- it would be nice to

23   see them put their phones, the -- the -- put them

24   down.  Put them down more.

25         Q.    Okay.  But since you bring that up, the