# EXHIBIT 3

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2
                 Case No. 4:22-md-03047-YGR
 3
 4    IN RE:  SOCIAL MEDIA ADOLESCENT
      ADDICTION/PERSONAL INJURY
 5    PRODUCTS LIABILITY LITIGATION,
 6    THIS DOCUMENT RELATES TO:
 7    Breathitt County School District,
      By and Through The Breathitt
 8    Board of Education
      v. Meta Platforms, Inc., et al.
 9
      Member Case No.:  4:23-cv-01804
10    _____
11         DEPOSITION OF:  DAPHNE NOBLE 30(b)(6)
          CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
12    _____
13    The video deposition of Daphne Noble was taken
14    before Janine N. Leroux, Stenographic Court Reporter
15    and Notary Public in and for the State of Kentucky,
16    at the Breathitt County Schools' Central Office
17    located at 420 Court Street, Jackson, Kentucky
18    commencing on March 11th, 2025, at the approximate
19    hour of 8:58 a.m.  This deposition was taken in
20    accordance with Federal Rules of Civil Procedure 26
21    and 30.
22
23
24
25
```

```
                                                          Page 2

 1      APPEARANCES:
 2
        RONALD E. JOHNSON, JR., ESQUIRE
 3      SARAH EMERY, ESQUIRE
        HENDY JOHNSON VAUGHN
 4      2380 Grandview Drive
        Ft. Mitchell, Kentucky 41017
 5      rjohnson@justicestartshere.com
        semery@justicestartshere.com
 6
        APPEARING ON BEHALF OF THE PLAINTIFFS
 7
 8      ANDREW STANNER, ESQUIRE
        CHRISTIAN J. PISTILLI, ESQUIRE (via Zoom)
 9      COVINGTON & BURLING LLP
        One City Center
10      850 Tenth Street, NW
        Washington DC 20001-4956
11      cpistilli@cov.com
        astanner@cov.com
12
        and
13
        MATTHEW E. DePAZ, ESQUIRE
14      SHOOK, HARDY & BACON, L.L.P
        2555 Grand Boulevard
15      Kansas City, Missouri 64108
        mdepaz@shb.com
16      kromeo@shb.com
17      APPEARING ON BEHALF OF THE META PLATFORMS, et al.
18
        FARAZ SHAHIDPOUR, ESQUIRE
19      KIRKLAND & ELLIS, LLP
        333 West Wolf Point Plaza
20      Chicago, Illinois 60654
        faraz.shahidpour@kirkland.com
21
        REMOTE APPEARANCE ON BEHALF OF DEFENDANTS,
22      SNAP INC.
23
24
25
```

CONFIDENTIAL

Page 3

```
 1    APPEARANCES CONTINUED:
 2
      BAILEY J. LANGNER, ESQUIRE
 3    KING & SPALDING LLP
      50 California Street
 4    Suite 3300
      San Francisco, California 94111
 5    blangner@kslaw.com
 6    APPEARING ON BEHALF OF THE DEFENDANTS,
      TIKTOK, INC., BYTEDANCE LTD. and TIKTOK LTD.,
 7    TIKTOK, LLC
 8
      ANDREW KEYES, ESQUIRE
 9    CAMILA BAYLY, ESQUIRE
      WILLIAMS & CONNOLLY LLP
10    680 Maine Avenue, SW
      Washington, DC 20024
11    akeyes@wc.com
      cbayly@wc.com
12
      REMOTE APPEARANCE ON BEHALF OF THE DEFENDANTS,
13    YOUTUBE LLC and GOOGLE LLC
14
      ALSO APPEARING:
15
      JEFF SINDIONG, VIDEOGRAPHER
16    RAY MOORE, EXHIBIT TECHNICIAN
17
18
19
20
21
22
23
24
25
```

Page 73

1    Q.    I'm sorry.  I didn't mean to cut you
2    off.
3    A.    I think I said that's what the students
4    had reported to us.
5    Q.    Okay.  So they -- they reported that
6    they had viewed content on TikTok showing these
7    types of challenges, for example, ripping soap
8    dispensers off bathroom walls?
9    A.    They reported that stuff like that was
10   going on on TikTok and that they were damaging our
11   bathrooms so that they could make TikToks and
12   participate in that as well, be a part of it.
13   Q.    Okay.  I -- I think I understand what
14   you're saying but I just want to make sure the
15   record is clear.
16         So from what you understand, your
17   students, first they viewed third-party content
18   showing, for example, you know, other students on
19   TikTok ripping soap dispensers off of walls?
20   A.    To my understanding, the students -- it
21   was called a TikTok challenge is what the students
22   reported to us.  And it was something going around
23   on TikTok, and that they wanted to make these
24   videos and participate.
25   Q.    Okay.  So they saw that type of content

```
                                                     Page 74
 1    on TikTok?
 2         A.    I guess that's what the students were
 3    reporting.
 4         Q.    And then the students themselves
 5    reported that they, too, wanted to create this
 6    type of content and post it on TikTok?
 7         A.    That's what the students were saying.
 8    It was a TikTok challenge that was going around
 9    and that they were wanting to participate in it,
10    the kids.
11         Q.    So the students wanted to emulate
12    the -- the content that they were seeing on
13    TikTok, such as by damaging bathrooms.
14         A.    I think they just wanted to be a part
15    of the whole TikTok.  I meant -- the kids are
16    addicted to the social media, and they want to be
17    a part of what was going on there.  They wanted to
18    get their likes up.  They wanted to -- their
19    social media presence.
20         Q.    But you have no information that the
21    company that owns TikTok encouraged these types of
22    viral online challenges, correct?
23         A.    I'm una -- I don't know any information
24    like that.
25         Q.    So and to your knowledge, TikTok didn't
```

Page 75

1    give students prizes or anything like that for
2    participating in challenges?
3             MS. EMERY:  Objection, form.
4        A.   I'm unaware of prizes or -- I don't
5    know anything about prizes or anything like that.
6             MS. LANGNER:  Okay.  Thank you.  Those
7        are all the questions I have.
8             MS. EMERY:  We have no follow-up.
9             THE VIDEOGRAPHER:  All right.  If
10       there's no other questions, this --
11            MR. STANNER:  I'm sorry.
12            THE VIDEOGRAPHER:  -- deposition of
13       Daphne Noble as a --
14            MR. STANNER:  Sorry.
15            THE VIDEOGRAPHER:  -- 30(b)(6)
16       representative.
17            MR. STANNER:  Sorry.
18            THE VIDEOGRAPHER:  -- of Breathitt
19       County --
20            MR. STANNER:  I was going to follow-up
21       on that real quick.  I'm going to follow up.
22            THE VIDEOGRAPHER:  Oh, okay.
23            MS. EMERY:  From the same Defendants
24       questioning without any Plaintiffs
25       questioning in between?

```
1              MR. JOHNSON:  That's fine.  Go ahead.
2              MS. EMERY:  Okay.
3                       EXAMINATION
4   BY MR. STANNER:
5       Q.    Sorry, Ms. Noble, you said the -- the
6   kids are addicted to TikTok.  I just want to ask
7   if -- you don't have any expertise or training in
8   addiction disorder, right?
9       A.    I do not.
10      Q.    Okay.  You don't have any data or
11  studies you can point me to to support that
12  testimony, it's just your impression, is that
13  right?
14      A.    Correct.
15             MR. STANNER:  Okay.  Nothing further.
16             MS. EMERY:  Nothing.
17             THE VIDEOGRAPHER:  All right.  This
18        concludes the deposition of Daphne Noble as a
19        30(b)(6) representative of Breathitt County
20        School District.  Total time on the record
21        has been 1 hour and 22 minutes.  And we are
22        now off record at 10:38.
23              (Thereupon, the deposition
24                concluded at 10:38 a.m.)
25
```