# EXHIBIT 4

CONFIDENTIAL

Page 1

```
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2
              Case No. 4:22-md-03047-YGR
 3                    MDL No. 3047
 4
 5    IN RE:  SOCIAL MEDIA ADOLESCENT
      ADDICTION/PERSONAL INJURY
 6    PRODUCTS LIABILITY LITIGATION,
 7    THIS DOCUMENT RELATES TO:
 8    Breathitt County School District,
      By and Through The Breathitt
 9    Board of Education
      v. Meta Platforms, Inc., et al.
10
      Member Case No.:  4:23-cv-01804
11   _____
12            DEPOSITION OF:  JEREMY HALL
         CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
13   _____
14    The video deposition of Jeremy Hall was taken before
15    Janine N. Leroux, Stenographic Court Reporter and
16    Notary Public in and for the State of Kentucky, at
17    the Breathitt County Schools Central Office located
18    at 420 Court Street, Jackson, Kentucky commencing
19    on April 23rd, 2025 at the approximate hour of
20    9:27 a.m.  This deposition was taken in accordance
21    with Federal Rules of Civil Procedure 26 and 30.
22
23
24
25
```

```
 1    APPEARANCES:
 2
      SARAH EMERY, ESQUIRE
 3    HENDY JOHNSON VAUGHN
      2380 Grandview Drive
 4    Ft. Mitchell, Kentucky 41017
      rjohnson@justicestartshere.com
 5    semery@justicestartshere.com
 6    APPEARING ON BEHALF OF THE PLAINTIFFS
 7
      ANDREW STANNER, ESQUIRE (Via Zoom)
 8    COVINGTON & BURLING LLP
      One City Center
 9    850 Tenth Street, NW
      Washington DC 20001-4956
10    cpistilli@cov.com
      astanner@cov.com
11
      and
12
      MATTHEW E. DePAZ, ESQUIRE
13    COLIN MURPHY, ESQUIRE
      SHOOK, HARDY & BACON, L.L.P
14    2555 Grand Boulevard
      Kansas City, Missouri 64108
15    mdepaz@shb.com
      kromeo@shb.com
16    cmurphy@shb.com
17    APPEARING ON BEHALF OF THE META PLATFORMS, et al.
18
      CAROLINE SPRAGUE, ESQUIRE (Via Zoom)
19    KIRKLAND & ELLIS, LLP
      333 West Wolf Point Plaza
20    Chicago, Illinois 60654
      faraz.shahidpour@kirkland.com
21    patrick.maroun@kirkland.com
      caroline.kane@kirkland.com
22
      REMOTE APPEARANCE ON BEHALF OF DEFENDANTS,
23    SNAP INC.
24
25
```

```
 1    APPEARANCES CONTINUED:
 2
      TaCARA HARRIS, ESQUIRE (Via Zoom)
 3    KING & SPALDING LLP
      500 West Second Street
 4    Austin, Texas 78701
      tharris@kslaw.com
 5
      APPEARING ON BEHALF OF THE DEFENDANTS,
 6    TIKTOK, INC., BYTEDANCE LTD. and TIKTOK LTD.,
      TIKTOK, LLC
 7
 8    CAMILA BAYLY, ESQUIRE (Via Zoom)
      WILLIAMS & CONNOLLY LLP
 9    680 Maine Avenue, SW
      Washington, DC 20024
10    syoung@wc.com
11    APPEARING ON BEHALF OF THE DEFENDANTS,
      YOUTUBE LLC and GOOGLE LLC
12
13    ALSO APPEARING:
14    JEFF SINDIONG, VIDEOGRAPHER
      TEJASH PATEL, EXHIBIT TECHNICIAN
15
16
17
18
19
20
21
22
23
24
25
```

Page 70

```
 1    would -- I would guess that it would probably be a
 2    lot.
 3         Q.    Okay.  Do teachers talk to you about
 4    problems with student use of social media?
 5         A.    Yes.
 6         Q.    And what do they tell you?
 7         A.    That it's a daunting problem.  Part of
 8    the issue with social media is there's no quick
 9    way to fix it.  So if I were to make a comment on
10    a platform about another person and it gets
11    spread, there's no quick way to fix that.
12               And so what I would like to see is a
13    way for schools and school districts to be able to
14    get in touch with these platforms and get a quick
15    take off of this stuff so it's not spread to 50 to
16    100 people within the course of a day.
17         Q.    And that's talking about a particular
18    type of problematic content, right?
19         A.    Yes.
20         Q.    Are there also problems with students
21    just -- are there any other problems with social
22    media for students?
23               MR. DePAZ:  Object to form.
24         A.    As far as just scrolling through and
25    looking and stuff and being like almost what I
```

```
                                                    Page 71
 1      would call addicted to it, yes, I believe so.
 2      They spend way too much time on these platforms.
 3               Like I said, you don't see kids texting
 4      anymore on their cellphone.  It's more using some
 5      type of platform to communicate with.
 6         Q.    Okay.  I want to go back to Exhibit 5
 7      and bring up No. 5.
 8               MR. DePAZ:  I just want to make sure I
 9          still have a standing objection through this
10          as outside the scope of -- of my
11          cross-examination.
12               MS. EMERY:  You can have the objection.
13          Your cross-examination talked about whether
14          this document mentioned social media, and
15          we're going through that.
16      BY MS. EMERY:
17         Q.    So No. 5 this states:  Shall not be
18      used during the school day to film, share or show
19      students fighting.
20               Could you explain what's meant by the
21      word "share"?
22         A.    So what was happening -- what we have
23      seen happening is students are filming these
24      incidents in the school and then sharing them with
25      all their friends on these different platforms.
```

```
                                                    Page 93
 1        continue.
 2     BY MR. DePAZ:
 3        Q.    All right.  Mr. Hall, a couple more
 4     questions before I -- my colleagues have a few
 5     follow-ups for you.
 6              But -- you're -- you're not an expert
 7     on addiction, right?
 8        A.    No.
 9        Q.    You don't have any medical background
10     on addiction, correct?
11        A.    No.
12        Q.    You haven't studied addiction?
13        A.    No.
14        Q.    Okay.  Do students in your school use
15     vapes?
16        A.    We have caught a few students using
17     vapes, yes.
18        Q.    Okay.  And do you have a policy that
19     allows them to vape during certain times of the
20     day?
21        A.    No.
22        Q.    What's your policy on vaping?
23        A.    It would be what the District policy
24     is.  We just don't allow it.  I mean, they're
25     obviously going to be in trouble if they do that.
```