# EXHIBIT 5

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3    *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
 4   IN RE:  SOCIAL MEDIA ADOLESCENT
     ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY
 5   LITIGATION
 6   THIS DOCUMENT RELATES TO:  Breathitt County
     School District, By and Through The Breathitt
 7   Board of Education v. Meta Platforms, Inc.,
     et al.
 8
     Member Case No.:  4:23-cv-01804
 9
        *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
10
11
12     REMOTE VIDEOTAPED DEPOSITION OF JEREMY HALL
13
                      July 28, 2025
14              12:32 p.m. to 2:28 p.m.
15           REPORTED BY ANITA KORNBURGER
             REGISTERED PROFESSIONAL REPORTER
16
17
18
        *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
19
20
21
22
23
24
25
```

```
 1                A P P E A R A N C E S
 2    HENDY JOHNSON VAUGHN, by
      Ms. Sarah Emery
 3    2380 Grandview Drive
      Fort Mitchell, Kentucky 41017
 4    semery@justicestartshere.com
      Appearing on behalf of the Plaintiff.
 5
      COVINGTON & BURLING LLP, by
 6    Mr. Christopher Pistilli
      850 Tenth Street, NW
 7    Washington DC 20001-495610
      cpistilli@cov.com
 8    Appearing by Zoom on behalf of Defendants.
 9    SHOOK, HARDY & BACON, LLP, by
      Mr. Matthew E. Depaz
10    Mr. Colin Murphy
      Ms. Katelyn Romero
11    2555 Grand Boulevard
      Kansas City, Missouri 6410815
12    Appearing on behalf of the Meta Platforms, et al.
13    KING & SPALDING, LLP, by
      Ms. Mandie Cash
14    1100 Louisiana Street, Suite 4100
      Houston, TX 77002
15    mcash@kslaw.com
      Remote appearance on behalf of Defendants, Tiktok,
16    Inc., Bytedance Ltd. and Tiktok Ltd.,  Tiktok, LLC.
17    WILLIAMS & CONNOLLY LLP, by
      Ms. Camila Bayly (Via Zoom)
18    680 Maine Avenue, SW
      Washington, DC 20024
19    cbayly@wc.com
      Appearing on behalf of the defendants, YouTube, LLC
20    and Google LLC.
21    O'HANLON, DEMERATH & CASTILLO, by
      Ms. Kaylie M. Morgan
22    808 West Avenue
      Austin, TX 78701
23    512-494-9949
      kmorgan@808west.com
24    Appearing by Zoom for defendants.
25
```

CONFIDENTIAL

Page 3

1              A P P E A R A N C E S
2

  EILAND & BONNIN, by
3 Mr. Craig Eiland
  Mr. David Bonnin
4 220 Colorado Street, Suite 300
  Austin, TX 78701
5 info@eilandlaw.com
  Appearing by Zoom on behalf of Barbers Hill ISD
6 and other Texas clients.
7
8
9                    I N D E X
10
  Examination by                               Page
11
  Mr. Pistilli. . . . . . . . . . . . . . . . .5
12 Ms. Emery. . . . . . . . . . . . . . . . .60
  Mr. Pistilli. . . . . . . . . . . . . . . . 68
13 Ms. Emery. . . . . . . . . . . . . . . . .75
  Mr. Pistilli. . . . . . . . . . . . . . . 82
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                  Page 66
 1   social media who is under 13 at your school?
 2        A.   A long time.  Days, probably.
 3        Q.   Is that something that, you know, you
 4   have the time and resources to do?
 5        A.   No.  It would be nice to have someone to
 6   turn that over to.
 7        Q.   Okay.  If you did have the time and
 8   resources to do that, or if there was an easier way
 9   to do that, and social media companies were
10   actually going to keep your students off of their
11   platforms once you reported them, would you do
12   that?
13        A.   Yes.
14        Q.   Okay.  I want to pull up Exhibit 1, the
15   affidavit, please.  And we're going to go to -- so
16   this is a copy of your affidavit.  And you've been
17   asked questions about some of these paragraphs by
18   counsel, but not all of them; right?
19        A.   Yes.
20        Q.   Okay.  And when you were spending time
21   making the affidavit, did you spend a lot of time
22   trying to make sure that you captured all the
23   different types of interactions and things like
24   that?
25        A.   To the best of my ability.  I was trying
```

Page 67

1    to make it as accurate as possible.
2         Q.   Okay.  Can we turn to page 2 and blow up
3    paragraph eleven, please?  Okay.
4              Were you asked any questions about
5    this paragraph by counsel?
6         A.   No.
7         Q.   Okay.  You had mentioned that one of the
8    problems is children not doing what they're
9    supposed to be doing during instructional time.  Do
10   you recall that?
11        A.   Yes.
12        Q.   Okay.  And is this in part what you mean
13   by that, that they're not doing what they're
14   supposed to be doing because they're compulsively
15   using social media?
16        A.   Yes.
17        Q.   Okay.  And you'd also mentioned, you
18   know, that they're unable to focus.  Is this partly
19   also what you mean?
20        A.   Yes.
21        Q.   Okay.  So it's not just the content, it's
22   also being unable to step away from social media?
23        A.   Yes.
24        Q.   Okay.
25             MS. EMERY:  I have no further questions.