# EXHIBIT 7

HIGHLY CONFIDENTIAL

```
                                              Page 1

 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4

 5   IN RE: SOCIAL MEDIA ADOLESCENT    MDL No. 3047

     ADDICTION/PERSONAL INJURY        Case No. 4:22-md-

 6   PRODUCTS LIABILITY LITIGATION    -03047-YGR

 7   This Document Relates to:

     ALL ACTIONS

 8   _____

 9

10

11

12              VIDEOTAPED DEPOSITION OF

13                  ANNA LEMBKE, M.D.

14                 HIGHLY CONFIDENTIAL

15            WEDNESDAY, AUGUST 27, 2025

16               SAN FRANCISCO, CALIFORNIA

17

18

19

20

21

22

23

     Reported By:

24   KATHLEEN A. MALTBIE, STENOGRAPHIC REPORTER

     California CSR 10068, Nevada CCR 995, Texas CSR

25   12212, RPR-RMR-CRR-CCRR-CLR-CRC-RDR
```

HIGHLY CONFIDENTIAL

Page 2

1        VIDEOTAPED DEPOSITION OF ANNA LEMBKE, M.D.

2            BE IT REMEMBERED that on Wednesday,

3    August 27, 2025, commencing at the hour of 8:36 a.m.

4    thereof, before me, Kathleen A. Maltbie,

5    RPR-RMR-CRR-CCRR-CLR-CRC-RDR, a Certified

6    Stenographic Shorthand Reporter, in and for the

7    State of California, Nevada and Texas, personally

8    appeared ANNA LEMBKE, M.D., a witness in the

9    above-entitled court and cause, who, being by me

10   first duly sworn, was thereupon examined as a

11   witness in said action.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 3

```
 1            APPEARANCES OF COUNSEL
 2   FOR THE PLAINTIFFS:
 3       LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
         250 Hudson Street, 8th Floor
 4       New York, New York  10013-1413
         BY:  KELLY MCNABB, ESQ.
 5       Telephone:  (212) 355-9500
         Email:  Kmcnabb@lchb.com
 6
         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
 7       275 Battery Street, 29th Floor
         San Francisco, California 94111-3339
 8       BY:  CAITLIN M. WOODS, ESQ.
              MATIAS BUSTAMANTE, ESQ.
 9            LEXI J. HAZAM, ESQ. (Zoom)
              DONALD C. ARBITBLIT, ESQ. (Zoom)
10       Telephone:  (415) 956-1000
         Email:  cwoods@lchb.com
11               Mbustamante@lchb.com
                 Lhazam@lchb.com
12               darbitblit@lchb.com
13       MOTLEY RICE LLC
         28 Bridgeside Boulevard
14       Mt. Pleasant, South Carolina 29464
         BY:  ANN K. RITTER, ESQ.
15            JODI FLOWERS, ESQ. (Zoom)
         Telephone:  (843) 216-9166
16       Email:  Aritter@motleyrice.com
                 jflowers@motleyrice.com
17
         WAGSTAFF & CARTMELL
18       4740 Grand Avenue Suite 300
         Kansas City, MO 64112
19       BY:  THOMAS P. CARTMELL, ESQ. (Zoom)
         Telephone: (816) 701-1102
20       Email: tcartmell@wcllp.com
21       GST LLP
         Watergate Building
22       2600 Virginia Avenue N.W., #205
         Washington, DC 20037
23       BY:  BETHEL KASSA, ESQ. (Zoom)
         Telephone:  (202) 758-2057
24
25
```

HIGHLY CONFIDENTIAL

```
                                                Page 4
  1          APPEARANCES OF COUNSEL (Continued)
  2   FOR THE PLAINTIFFS (Continued):
  3        MORGAN & MORGAN
           350 5th Avenue, Suite 6705
  4        New York, New York 10118-6705
           BY:  BETH ANN BILSBORROW, ESQ. (Zoom)
  5
           MORGAN & MORGAN
  6        12300 Wilshire Boulevard, Suite 200
           Los Angeles, California 90025
  7        BY:  KIMBERLY HORSLEY, ESQ. (Zoom)
           Telephone:  (877) 667-4265
  8        Email:  Khorsley@forthepeople.com
  9   ON BEHALF OF THE STATE OF TENNESSEE OFFICE OF THE
      ATTORNEY GENERAL & REPORTER:
 10
           TENNESSEE ATTORNEY GENERAL'S OFFICE
 11        P.O. Box 20207
           Nashville, Tennessee 37202-0207
 12        BY:  ELIZABETH SPICA, ESQ.
           Telephone:  (615) 741-3491
 13        Email:  Elizabeth.spica@ag.tn.gov
 14   ON BEHALF OF THE STATE OF ARKANSAS PLAINTIFFS:
 15        ROBBINS GELLER RUDMAN & DOWD LLP
           Post Montgomery Center
 16        One Montgomery Street, Suite 1800
           San Francisco, California 94104
 17        By:  AELISH MARIE BAIG, ESQ.
                ALEX N. JILIZIAN, ESQ. (Zoom)
 18        Telephone:  (415) 288-4545
           Email: aelishb@rgrdlaw.com
 19
      ON BEHALF OF THE COMMONWEALTH OF MASSACHUSETTS
 20   ATTORNEY GENERAL'S OFFICE:
 21        COMMONWEALTH OF MASSACHUSETTS OFFICE OF THE
           ATTORNEY GENERAL:
 22        One Ashburton Place
           Boston, Massachusetts 02108
 23        BY:  CHRISTINA CHAN, ESQ.
           Telephone:  (617) 963-2912
 24        Email:  Christina.chan@mass.gov
 25
```

HIGHLY CONFIDENTIAL

```
                                             Page 5

 1          APPEARANCES OF COUNSEL (Continued)
 2    ON BEHALF OF THE STATE OF NEW MEXICO:
 3          MOTLEY RICE LLC
            28 Bridgeside Boulevard
 4          Mt. Pleasant, South Carolina 29464
            BY:  ANN K. RITTER, ESQ.
 5          Telephone:  (843) 216-9166
            Email:  Aritter@motleyrice.com
 6
      ON BEHALF OF THE DEFENDANTS, META PLATFORMS, INC.
 7    F/K/A FACEBOOK, INC.; INSTAGRAM, LLC; FACEBOOK
      PAYMENTS, INC.,; FACEBOOK OPERATIONS, LLC; AND
 8    SICULUS, INC.:
 9          COVINGTON & BURLING LLP
            3000 El Camino Real
10          5 Palo Alto Square, 10th Floor
            Palo Alto, CA 94306-2112
11          BY:  MEGAN L. RODGERS, ESQ.
            Telephone:  (650) 632-4734
12          Email:  Mrodgers@cov.com
13          COVINGTON & BURLING LLP
            One CityCenter
14          850 Tenth Street, NW
            Washington, DC 20001-4956
15          BY:  MARCELA INTERIANO, ESQ.
            Telephone: (424) 332-4800
16          Email:  Einteriano@cov.com
17    ON BEHALF OF THE DEFENDANT, GOOGLE LLC AND YOUTUBE
      LLC:
18
            MORGAN LEWIS
19          One Oxford Centre, 32nd Floor
            Pittsburgh, Pennsylvania 15219-6401
20          BY:  KATHERINE A. VAKY, ESQ.
            Telephone:  (412) 560-7474
21          Email:  Katherine.vaky@morganlewis.com
22
23
24
25
```

HIGHLY CONFIDENTIAL

```
                                          Page 6

 1          APPEARANCES OF COUNSEL (Continued)
 2   ON BEHALF OF THE DEFENDANTS, TIKTOK INC.:
 3         KING & SPALDING LLP
           Southeast Financial Center
 4         200 South Biscayne Boulevard, Suite 4700
           Miami, Florida 33131
 5         1180 Peachtree Street, NE
           Suite 1600
 6         Atlanta, Georgia 30309
           By:  KATHRYN S. LEHMAN, ESQ.
 7         Telephone:  Miami:  (305) 462-6020
           Atlanta:  (404) 572-2716
 8         Email:  Klehman@kslaw.com
 9   ON BEHALF OF THE DEFENDANT, SNAP, INC.:
10         (Via Zoom videoconference)
           MUNGER, TOLLES & OLSON LLP
11         601 Massachusetts Ave. NW, Suite 500E
           Washington, DC 20001
12         BY:  LYNDSEY FRANKLIN, ESQ.
           Telephone:  (202) 220-1109
13         Lyndsey.franklin@mto.com
14   ALSO PRESENT:
15         James Von Wiegan, Videographer
           Trop Sanchez, Exhibit tech
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 253

1    are pretty irrelevant to what is actually happening

2    in the world.

3                MS. RODGERS:  I'm going to move to strike

4    the speech that started at, "You know, we know."

5    BY MS. RODGERS:

6        Q.    Your model of addiction includes the four

7    Cs, control, compulsion, cravings and consequences

8    as well as tolerance and withdrawal.

9                We've talked about that, right?

10               MS. MCNABB:  Objection to the

11   argumentative statement.

12               THE WITNESS:  Sorry.

13               MS. MCNABB:  Go ahead.

14               THE WITNESS:  It's not my model of

15   addiction.  It's a well-established shorthand for

16   the core criteria that we use to make the diagnosis

17   of addiction.

18   BY MS. RODGERS:

19       Q.    And you -- you embrace that rubric, right,

20   in your report?

21       A.    Well, I embrace it and so does the field

22   of addiction medicine.

23       Q.    Okay.  Under your -- under that rubric, I

24   won't call it yours.

25               Under that rubric, if someone satisfies

HIGHLY CONFIDENTIAL

Page 254

1    two of those criteria, they could have a mild

2    addiction, right?

3          A.    That's an incorrect reading of my report.

4    That came up last time in the JCCP deposition.  I

5    did my best to clarify.  I'll try again today.

6                But what I was referring to when I talked

7    about meeting a minimum of two criteria was the 11

8    DSM criteria to diagnose addiction.  You need two of

9    11 of the DSM criteria to meet threshold for

10   diagnosing addiction according to the DSM.  The four

11   Cs, and tolerance and withdraw, are a shorthand

12   condensed version of those 11 criteria, a mnemonic,

13   easier way to remember them, but those should not be

14   extrapolated to mean or to be interpreted as now you

15   need two of the four Cs or a C and a tolerance.

16   That's not what I say in my report, it's not what

17   I'm saying here.

18        Q.    So when you say in your report -- and I'm

19   looking at Exhibit 11 at page -- at page 6,

20   paragraph F (as read):

21                At least two criteria must be

22           met to support a diagnosis of a use

23           disorder.

24           Do you see that?

25        A.    Yes.  And the reference is to --

HIGHLY CONFIDENTIAL

Page 285

1    something very powerful, which is showing that when

2    you control for content, the number of likes affects

3    the amount of dopamine released.

4        Q.   When you meet with a patient and diagnose

5    that patient with social media addiction, before you

6    make that diagnosis, you have to interview the

7    person, right?

8        A.   Yes.   I mean, that is how it's done in

9    clinical care.

10       Q.   Can you make an assessment without having

11   met the person?

12       A.    In clinical care, our standard is to meet

13   patients and to do a clinical interview.   Often that

14   can be aided by a standard survey instruments or

15   scales, like the Social Media Use Disorder Scale or

16   Bergen Social Media Addiction Scale, and those can

17   help inform clinical judgment.

18            But within that clinical setting, it is

19   the individual interview that makes the -- the

20   diagnosis.

21       Q.   And what kind of information do you want

22   from the person during that interview?

23       A.   I mean, we have a biopsychosocial approach

24   so we look at biological risk factors, psychological

25   risk factors, social risk factors.   We usually do a

HIGHLY CONFIDENTIAL

Page 286

1    lifetime chronological assessment of their

2    behaviors, looking for the first signs and symptoms

3    of psychiatric symptoms and how they progressed or

4    changed over time in response to interventions or

5    social stressors or what have you.

6            We will often also get collateral

7    information from family members and such.

8        Q.    People sometimes use the word "addicted"

9    colloquially, right?

10       A.    Yes.

11       Q.    And every time a person uses the word

12   "addicted," it doesn't reach the level of a clinical

13   diagnosis for addiction, right?

14       A.    That is true.

15       Q.    Okay.  Some of the documents that you cite

16   in your report are summaries of user experience

17   research conducted by Meta, right?

18       A.    Yes.

19       Q.    Do you know why Meta performs user

20   experience research?

21       A.    Well, I would hope that it would be to

22   improve the safety of their products.  But that's

23   not really what -- what I've seen in reviewing the

24   documents.

25       Q.    Did you review -- let me start here.