# EXHIBIT 8

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2
              Case No. 4:22-md-03047-YGR
 3                    MDL No. 3047
 4    IN RE:  SOCIAL MEDIA ADOLESCENT
      ADDICTION/PERSONAL INJURY
 5    PRODUCTS LIABILITY LITIGATION,
 6    THIS DOCUMENT RELATES TO:
      Breathitt County School District,
 7    By and Through The Breathitt
      Board of Education
 8    v. Meta Platforms, Inc., et al.
 9    Member Case No.:  4:23-cv-01804
10   _____
11          DEPOSITION OF:  KERA HOWARD
      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
12   _____
13    The video deposition of Kera Howard was taken before
14    Janine N. Leroux, Stenographic Court Reporter and
15    Notary Public in and for the State of Kentucky, at
16    the Breathitt County Schools Central Office located
17    at 420 Court Street, Jackson, Kentucky commencing
18    on March 10th, 2025, at the approximate hour of
19    12:45 p.m. This deposition was taken in accordance
20    with Federal Rules of Civil Procedure 26 and 30.
21
22
23
24
25    Job No. MDLG7222610-2
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 2

```
 1    APPEARANCES:
 2
      RONALD E. JOHNSON, JR., ESQUIRE
 3    SARAH EMERY, ESQUIRE
      HENDY JOHNSON VAUGHN
 4    2380 Grandview Drive
      Ft. Mitchell, Kentucky 41017
 5    rjohnson@justicestartshere.com
      semery@justicestartshere.com
 6
      APPEARING ON BEHALF OF THE PLAINTIFFS
 7
 8    CHRISTIAN J. PISTILLI, ESQUIRE
      COVINGTON & BURLING LLP
 9    One City Center
      850 Tenth Street, NW
10    Washington DC 20001-4956
      cpistilli@cov.com
11
      and
12
      MATTHEW E. DePAZ, ESQUIRE
13    KATELYN A. ROMEO, ESQUIRE
      SHOOK, HARDY & BACON, L.L.P
14    2555 Grand Boulevard
      Kansas City, Missouri 64108
15    mdepaz@shb.com
      kromeo@shb.com
16
      APPEARING ON BEHALF OF THE META PLATFORMS, et al.
17
18    FARAZ SHAHIDPOUR, ESQUIRE
      KIRKLAND & ELLIS, LLP
19    333 West Wolf Point Plaza
      Chicago, Illinois 60654
20    faraz.shahidpour@kirkland.com
21    REMOTE APPEARANCE ON BEHALF OF DEFENDANTS,
      SNAP INC.
22
23
24
25
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 3

```
 1    APPEARANCES CONTINUED:
 2
      PATRICK PRICE, ESQUIRE
 3    KING & SPALDING LLP
      500 West Second Street
 4    Austin, Texas 78701
      pprice@kslaw.com
 5
      APPEARING ON BEHALF OF THE DEFENDANTS,
 6    TIKTOK, INC., BYTEDANCE LTD. and TIKTOK LTD.,
      TIKTOK, LLC
 7
 8    ANDREW KEYES, ESQUIRE
      WILLIAMS & CONNOLLY LLP
 9    680 Maine Avenue, SW
      Washington, DC 20024
10    akeyes@wc.com
11    REMOTE APPEARANCE ON BEHALF OF THE DEFENDANTS,
      YOUTUBE LLC and GOOGLE LLC
12
13    ALSO APPEARING:
14    JEFF SINDIONG, VIDEOGRAPHER
      RAY MOORE, EXHIBIT TECHNICIAN
15
16
17
18
19
20
21
22
23
24
25
```

Page 27

```
 1    media.
 2         A.    Yes.
 3         Q.    Do you agree that there are many
 4    potential causes of mental health harms to
 5    students?
 6         A.    Yes.
 7         Q.    Teen mental health is a complicated
 8    issue, right?
 9         A.    It is.
10         Q.    And you're not a doctor?
11         A.    I am not.
12         Q.    Not a psychiatrist?
13         A.    No.
14         Q.    And we covered this.  You're not a
15    psychologist?
16         A.    I am not.
17         Q.    All right.  You don't have the medical
18    training to diagnose students, right?
19         A.    I do not.
20         Q.    So you haven't then diagnosed any of
21    your students.
22         A.    No.
23         Q.    No.  And same would be true for the
24    other guidance counselors.
25         A.    Correct.
```

Page 28

```
 1        Q.    So you're not in a position to say what
 2   caused any student's mental health issues.
 3        A.    Unless they tell me.
 4        Q.    They would tell you what they believe.
 5        A.    What they believe.
 6        Q.    Right.  But they can't do diagnoses
 7   either, right?
 8        A.    Correct.
 9        Q.    You also don't supervise your students
10   outside of school, right?
11        A.    Just my cheerleaders.
12        Q.    Just your cheerleaders.  That's fair
13   enough.
14              You expect parents to monitor what
15   their children are doing with their personal
16   devices.
17        A.    Yes.
18        Q.    That's the parents' responsibility.
19        A.    Yes.
20        Q.    And you don't have full visibility into
21   their home lives either.
22        A.    Correct.
23        Q.    You don't know what influence their
24   parents have on their mental health.
25        A.    Correct.
```