# EXHIBIT 9

# EXPERT REPORT, ANNA LEMBKE, M.D.

### May 16, 2025

**RELATING TO: SOCIAL MEDIA LITIGATION**

    depression and anxiety to loneliness, boredom, and more. If the behavior is rewarding or problem-solving, the individual will continue to engage in it, especially given unlimited access, abundant quantity, high potency, novelty, and uncertainty. Over time, the individual finds it difficult to stop even when they want to, eventually resulting in continued, compulsive use despite harm.

b. Addiction is a brain disease with distinct brain changes that occur as a result of exposure to addictive substances and behaviors, but there is as yet no brain scan or blood test to diagnose addiction. The diagnosis is based on phenomenology, that is to say, patterns of behavior that repeat themselves across individuals, cultures, time periods, and geographies. These patterns of behavior are distinct, predictable, and recognizable.

c. There are various sources of definitions of addiction. These sources include the Diagnostic and Statistical Manual of Mental Disorders, 5th edition (DSM-5),[5] the American Society of Addiction Medicine, the International Classification of Diseases, 11th edition (ICD-11),[6] and peer-reviewed literature. ==In general, these sources define and assess addiction/ "use disorder" according to a series of factors or criteria.==

d. The DSM-5 denotes 11 different criteria to capture the patterns of behavior that are used to diagnose addiction.[7] The DSM-5 itself does not use the term *addiction*. Instead, it uses the term *use disorder*, as in *alcohol use disorder*, *opioid use disorder*, *nicotine use disorder*, etc.[8] Such terminology aligns with current views of the condition as a brain disease, while minimizing labels that stigmatize patients and create barriers to seeking treatment. Other sources may identify a different number of criteria, or may be worded differently, but such standards generally include the central aspects of addiction/use disorder.

e. A short-hand way to remember these criteria is the "4 *C*'s": *C*ontrol, *c*ompulsion, *c*raving, and *c*onsequences, especially *continued use despite consequences,* as well as tolerance and withdrawal. Not all of these criteria need to be present to meet the threshold for addiction.

    i. Control: Out-of-control use, for example using more than intended, or an inability to cut back use when necessary.

---

[5] American Psychiatric Association. (2013). Diagnostic and statistical manual of mental disorders (5th ed.). https://doi.org/10.1176/appi.books.9780890425596
[6] World Health Organization. (2019). International Statistical Classification of Diseases and Related Health Problems (11th ed.). https://icd.who.int/
[7] American Psychiatric Association. (2013). Diagnostic and statistical manual of mental disorders (5th ed.). https://doi.org/10.1176/appi.books.9780890425596, at pp.483-484
[8] American Psychiatric Association. (2013). Diagnostic and statistical manual of mental disorders (5th ed.). https://doi.org/10.1176/appi.books.9780890425596, at pp. xxv-xxiv.

      ii.    ==Compulsion: Mental preoccupation with using against a conscious desire to abstain.==

      iii.    Craving: Physiologic and/or mental states of wanting.

      iv.    Consequences: Physical, mental, social, legal, economic, interpersonal, and other problems that arise as a result of use, yet which still do not deter use, including opportunity costs – other things not being done as a result of addictive behaviors.

      v.    Tolerance: Needing more over time to get the same effect, or finding that a given dose is no has the same effect.

      vi.    Withdrawal: Experiencing physical and mental distress in the absence of use.

f. Addiction is a spectrum disorder, divided into mild, moderate, and severe, based on the number of criteria met.[9] At least two criteria must be met to support a diagnosis of a use disorder.[10]

g. Quantity and frequency of consumption are not included in the criteria for addiction, although they are correlated with addictive use. The more of a substance or behavior a person uses, and the more often they use it, the more likely they are to meet the criteria for a use disorder. But heavy use does not define addiction, and even limited use can meet criteria for a use disorder.

h. Risky use of substances and behaviors, sometimes called "misuse," includes behaviors associated with harm that may or may not be coincident with addiction. Examples include drinking while driving, which can occur in persons with or without an alcohol addiction.[11]

i. The American Society of Addiction Medicine (ASAM) has defined addiction as follows: "Addiction is a treatable, chronic medical disease involving complex interactions among brain circuits, genetics, the environment, and an individual's life experiences. People with addiction use substances *or engage in behaviors* that become compulsive and often continue despite harmful consequences. Prevention efforts and treatment approaches for addiction are generally as successful as those for other chronic diseases."[12] This ASAM

---

[9] *See* American Psychiatric Association. (2013). Diagnostic and statistical manual of mental disorders (5th ed.). https://doi.org/10.1176/appi.books.9780890425596, at p. 483.
[10] *See* American Psychiatric Association. (2013). Diagnostic and statistical manual of mental disorders (5th ed.). https://doi.org/10.1176/appi.books.9780890425596, at p. 483.
[11] NIAAA. (2025, February) Understanding Alcohol Drinking Patterns. National Institutes of Health. https://www.niaaa.nih.gov/alcohols-effects-health/alcohol-drinking-patterns.
[12] American Society of Addiction Medicine (ASAM) Definition of Addiction. https://www.asam.org/docs/default-source/quality-science/asam's-2019-definition-of-addiction-(1).pdf?sfvrsn=b8b64fc2_2, (adopted September