# EXHIBIT 10

CONFIDENTIAL

Page 1

1      SUPERIOR COURT OF THE STATE OF CALIFORNIA
2            FOR THE COUNTY OF LOS ANGELES
3
   COORDINATION PROCEEDINGS SPECIAL    JUDICIAL COUNCIL
4  TITLE [RULE 3.400]                  COORDINATION
                                       PROCEEDINGS NO.
5  5255
   SOCIAL MEDIA CASES
6  ---------------------------------/
   THIS DOCUMENT RELATES TO:           For Filing
7                                      Purposes:
   Cristina Arlington Smith, et al.,   22STCV21355
8  v. TikTok, Inc., et al.,
9  Los Angeles Superior Court
   ----------------------------------/
10
11
12
         VIDEO-RECORDED DEPOSITION OF ANNA LEMBKE, MD
13                 Wednesday, June 18, 2025
                Morgan, Lewis & Bockius, LLP
14          1 Market Street, Spear Street Tower
                  San Francisco, CA 94147
15
16
17
18  Stenographically reported by:
    LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
19  California CSR No. 10523
    Washington CSR No. 3318
20  Oregon CSR No. 19-0458
    Texas CSR No. 11318
21
    Job No.:  MDLG 7396506
22  California Firm Registration No.:  48
23
24                GOLKOW - VERITEXT
             877.370.DEPS | fax 917.591.5672
25                 deps@golkow.com

CONFIDENTIAL

Page 2

```
 1                A P P E A R A N C E S
 2
 3   Attorneys for the JCCP Plaintiffs:
 4            LIEFF CABRASER HEIMANN & BERNSTEIN
              BY:   KELLY K. McNABB, ESQ.
 5                  LIVIA JARAMILLO, ESQ.
              250 Hudson Street, 8th Floor
 6            New York, NY 10013
              (212) 355-9500
 7            kmcnabb@lchb.com
              BY:   DONALD C. ARBITBLIT, ESQ.
 8                  MATIAS BUSTAMANTE, ESQ.
                    LEXI J. HAZAM, ESQ. (via Zoom)
 9            275 Battery Street, 29th Floor
              San Francisco, CA 94111
10            (415) 956-1000
              darbitblit@lchb.com
11            mbustamante@lchb.com
              lhazam@lchb.com
12
     Attorneys for the Defendants TikTok Inc., and
13   ByteDance, Inc.:
14
              KING & SPALDING LLP
15            BY:   KATHRYN LEHMAN, ESQ.
              1180 Peachtree Street
16            Atlanta, GA 30306
              (404) 572-2716
17            klehman@kslaw.com
18
     Attorneys for Defendant Snap, Inc.:
19
              MUNGER, TOLLES & OLSON, LLP
20            BY:   JONATHAN H. BLAVIN, ESQ.
              560 Mission Street, 27th Floor
21            San Francisco, CA 94105
              (415) 512-4011
22            jonathan.blavin@mto.com
              BY:   PRISCILA E. CORONADO, ESQ. (via Zoom)
23            350 S. Grand Ave, Floor 50
              Los Angeles, CA 90071
24            (213) 683-9100
              priscila.coronado@mto.com
25
     (Continued)
```

```
                                                         Page 3
 1              A P P E A R A N C E S
 2
 3   Attorneys for Defendants Meta Platforms, Inc. f/k/a
     Facebook, Inc.; Instagram, LLC; Facebook Payments,
 4   Inc.; Facebook Operations, LLC; and Siculus, Inc.:
 5           COVINGTON & BURLING LLP
             BY: LINDSEY BARNHART, ESQ.
 6           3000 El Camino Real, Building 5
             Suite 1000
 7           Palo Alto, CA 94306
             (650) 632-4700
 8           lbarnhart@cov.com
 9
     Attorneys for Defendants YouTube, LLC and
10   Google LLC:
11           MORGAN, LEWIS & BOCKIUS LLP
             BY:  BRIAN ERCOLE, ESQ.
12           600 Brickell Avenue, Suite 1600
             Miami, FL 33131-3075
13           (305) 415-3416
             brian.ercole@morganlewis.com
14           BY:  KATHERINE A. VAKY, ESQ.
             One Oxford Centre, 32nd Floor
15           Pittsburg, PA 15219
             (412) 560-7474
16           katherine.vaky@morganlewis.com
17   Also present:
18           James VonWiegen, Videographer
             Dan Lawlor, Trial Tech
19
20   (Continued)
21
22
23
24
25
```

CONFIDENTIAL

```
                                                   Page 4
 1              A P P E A R A N C E S
 2
     Unidentified participants via Zoom:
 3   (Participants did not e-mail reporter their
     appearance information)
 4
              Isaac LaGrand
 5            Clinton Richardson
              Patrick Andrews
 6            Rob Chambers
              Lindsay Stevens (Baron & Budd)
 7            Patrick Nutter
              Yale Fu
 8            Marcela Interiano
              Callie Davidson (WSGR)
 9            Jennifer Emmel
10
11                    ---oOo---
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 207

```
 1          And that you need at least 2 of those
 2   11 criteria in order to meet threshold criteria in
 3   the DSM.
 4          BY MR. ERCOLE:
 5      Q.   Okay.  But the -- the -- the five -- sorry,
 6   the six factors that you've identified, the four Cs,
 7   coupled with tolerance and withdrawal, those are the
 8   sort of short -- your shorthand for those
 9   11 criteria; right?
10      A.   Yes.
11      Q.   Okay.  And do those -- in order to have
12   addiction based upon the shorthand that you use, do
13   you -- you need at least two of those criteria;
14   right?
15      A.   You need at least 2 of the 11.
16      Q.   How many of the -- of the six that you've
17   identified shorthand do you need?
18      A.   Because the four Cs refer to nine of the
19   criteria, it's not possible to say that from my
20   shorthand list you need X number.  But you need at
21   least two.
22      Q.   Okay.  I'm just -- you need two of the four
23   Cs; is that correct?
24      A.   No.  You need 2 of the 11.  And you've got
25   tolerance and withdrawal, which are -- so the DSM
```

Page 208

1  has tolerance, it has withdrawal, and then it has 9
2  other criteria that are encompassed by the four Cs.
3      Q.   Okay.  How about with respect to your
4  shorthand because that's -- that's what's written
5  here?  How many of these -- of the six criteria
6  would you need?
7      A.   You need at least two.
8           MS. McNABB:  Objection.  Asked and
9  answered.
10          BY MR. ERCOLE:
11     Q.   You need at least two of your six criteria;
12 right?
13     A.   Of this shorthand version, yes --
14     Q.   Yeah.
15     A.   -- that maps onto it.
16     Q.   Okay.  That's all I was asking.  I
17 appreciate that.
18     A.   I did -- I did answer that before.
19     Q.   Oh, okay.  Sorry.  I missed that.
20     A.   That's okay.
21     Q.   All right.  So you need two of the six.
22          So let's go for the -- to the first one.
23 You have "control," is first one, which is
24 (as read):
25               "Out-of-control use, for example,

Page 209

```
 1              using more than intended."
 2              Right?
 3       A.     Yes.
 4       Q.     So that would be if someone uses, for
 5   instance, social media more than they wanted to; is
 6   that right?
 7       A.     I mean, that's one way to describe it,
 8   yeah.
 9       Q.     Okay.  And then you have "compulsion" --
10   well, strike that.
11              How would you define "control," then?
12       A.     As I say here, it's when using more than
13   intended or planned or an inability to cut back use
14   when necessary.
15       Q.     And then "compulsion" is (as read):
16                    "Mental preoccupation with using
17              against a conscious desire to abstain."
18              What does that mean?
19       A.     That means a lot of mental real estate
20   taken up with thinking about using the drug and a
21   certain level of automaticity around using the drug,
22   using it even when an individual didn't intend to
23   use it.
24              So it's a kind of -- a lot of time spent
25   thinking about and wanting to use the drug.
```

Page 210

```
 1       Q.    And then (as read):
 2             "Craving:  Physiologic and/or mental
 3       states of wanting."
 4       And that -- when you say "mental states of
 5  wanting," what do you mean by that?
 6       A.    Thinking about using, making plans to use,
 7  sometimes coming up with rationalizations for why
 8  it's okay to use even though I told myself I
 9  wouldn't use.  Sometimes craving can manifest as a
10  physical sign or symptom, so cramping or sweating or
11  something along those lines.
12       Q.    Have you -- the physical signs that you
13  just articulated, have you ever seen physical signs
14  in the context of someone using social media?
15       A.    Yes.
16       Q.    Is there a difference between compulsion
17  and craving?
18       A.    There's a slight difference.  Again,
19  compulsion has to do with a lot of mental
20  preoccupation with using the drug.
21             And craving is often intrusive thoughts or
22  images of needing to use and feeling like the world
23  is going to come to an end if I don't use right now.
24       Q.    And then you have a definition of
25  "consequences"; right?
```