# EXHIBIT 11

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
                                                          Page 1
 1             UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2
                Case No. 4:22-md-03047-YGR
 3                     MDL No. 3047
 4   IN RE:  SOCIAL MEDIA ADOLESCENT
     ADDICTION/PERSONAL INJURY
 5   PRODUCTS LIABILITY LITIGATION,
 6   THIS DOCUMENT RELATES TO:
     Breathitt County School District,
 7   By and Through The Breathitt
     Board of Education
 8   v. Meta Platforms, Inc., et al.
 9   Member Case No.:  4:23-cv-01804
10   _____
11        DEPOSITION OF:  KERA HOWARD 30(b)(6)
     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
12   _____
13   The video deposition of Kera Howard was taken before
14   Janine N. Leroux, Stenographic Court Reporter and
15   Notary Public in and for the State of Kentucky, at
16   the Breathitt County Schools Central Office located
17   at 420 Court Street, Jackson, Kentucky commencing
18   on March 10th, 2025, at the approximate hour of
19   8:59 a.m.  This deposition was taken in accordance
20   with Federal Rules of Civil Procedure 26 and 30.
21
22
23
24
25   Job No. MDLG7222610-1
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 2

```
 1    APPEARANCES:
 2
      RONALD E. JOHNSON, JR., ESQUIRE
 3    SARAH EMERY, ESQUIRE
      HENDY JOHNSON VAUGHN
 4    2380 Grandview Drive
      Ft. Mitchell, Kentucky 41017
 5    rjohnson@justicestartshere.com
      semery@justicestartshere.com
 6
      APPEARING ON BEHALF OF THE PLAINTIFFS
 7
 8    CHRISTIAN J. PISTILLI, ESQUIRE
      COVINGTON & BURLING LLP
 9    One City Center
      850 Tenth Street, NW
10    Washington DC 20001-4956
      cpistilli@cov.com
11
      and
12
      MATTHEW E. DePAZ, ESQUIRE
13    KATELYN A. ROMEO, ESQUIRE
      SHOOK, HARDY & BACON, L.L.P
14    2555 Grand Boulevard
      Kansas City, Missouri 64108
15    mdepaz@shb.com
      kromeo@shb.com
16
      APPEARING ON BEHALF OF THE META PLATFORMS, et al.
17
18    FARAZ SHAHIDPOUR, ESQUIRE
      KIRKLAND & ELLIS, LLP
19    333 West Wolf Point Plaza
      Chicago, Illinois 60654
20    faraz.shahidpour@kirkland.com
21    REMOTE APPEARANCE ON BEHALF OF DEFENDANTS,
      SNAP INC.
22
23
24
25
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 3

```
 1    APPEARANCES CONTINUED:
 2
      PATRICK PRICE, ESQUIRE
 3    KING & SPALDING LLP
      500 West Second Street
 4    Austin, Texas 78701
      pprice@kslaw.com
 5
      APPEARING ON BEHALF OF THE DEFENDANTS,
 6    TIKTOK, INC., BYTEDANCE LTD. and TIKTOK LTD.,
      TIKTOK, LLC
 7
 8    ANDREW KEYES, ESQUIRE
      WILLIAMS & CONNOLLY LLP
 9    680 Maine Avenue, SW
      Washington, DC 20024
10    akeyes@wc.com
11    REMOTE APPEARANCE ON BEHALF OF THE DEFENDANTS,
      YOUTUBE LLC and GOOGLE LLC
12
13    ALSO APPEARING:
14    JEFF SINDIONG, VIDEOGRAPHER
      RAY MOORE, EXHIBIT TECHNICIAN
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 104

```
 1        Q.    Then you see the next sentence it says:
 2   However, generally we are aware that roughly 200
 3   to 220 students have been seen due to issues
 4   explicitly relating to social media.
 5        A.    Yes.
 6        Q.    How did the District arrive at that
 7   estimate of 200 to 220 students?
 8        A.    All school counselors or anyone
 9   responsible for seeing students for mental health,
10   we gauged the number of students that we saw at
11   that time.  This was prior to our having any sort
12   of way of logging anything.
13        Q.    So you're saying this was based on a
14   survey of school counselors?
15        A.    Yes.
16        Q.    And it was an after-the-fact attempt by
17   each school counselor to report the number of
18   students they had seen?
19        A.    Yes.
20        Q.    And what time period were the
21   counselors asked to use their best recollection to
22   come up with an estimate?
23        A.    I do not recall a time period.
24        Q.    Do you know the time period for this
25   answer?
```

Page 105

1       A.    I do not.
2       Q.    So you don't know the period over which
3   this 200 to 220 students --
4       A.    It would have been in that school year.
5       Q.    You're saying this is for a specific
6   school year?
7       A.    No.  This is from 2017 to 2018, since
8   that school year, so it would have just been since
9   that period of time.
10      Q.    So essentially this was in call it
11  2013 -- 2013 or so -- 20 -- strike that.
12            2023 or so, counselors were asked to
13  provide their best recollection --
14      A.    Yes.
15      Q.    -- going all the way back to 2017?
16      A.    Yes.
17      Q.    And then what does it mean to say they
18  were seen due to issues relating to social media?
19      A.    In my personal experience at my
20  facility, students will come in and normally the
21  first thing they do is turn their phone around and
22  say, look at this.  And it's always -- it's
23  normally a social media platform where someone
24  else is communicating with them, either in an
25  inappropriate way or something of that nature, or

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 106

1  they have posted something about them.  And that
2  then leads to them having anxiety or something of
3  that nature that we then have to handle in those
4  situations.
5        Q.    So its -- its -- they are upset because
6  of the content posted by another student?
7        A.    Normally directed toward them, yes.
8        Q.    So the sort of -- I just want to make
9  sure I understand it.  What's -- what's causing
10 their issue is what another kid is saying about
11 them?
12       A.    Yes.  Or spread about them.  We've also
13 had nude pictures sent to -- via social media to
14 other students or pictures of them taken while in
15 school that have been sent to other students.
16       Q.    And so it's -- it's the -- the students
17 are bothered by the content of what another kid is
18 posting?
19       A.    It is, normally, yes.
20       Q.    And like is that the majority of what
21 this 200 to 220 student estimate is based on?
22       A.    Yes, I would say so.
23       Q.    So it's mostly what the other -- social
24 media is upsetting them because other kids are
25 using it to communicate about them in a way that