# EXHIBIT 12

CONFIDENTIAL

Page 1

1   UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
2
    Case No. 4:22-md-03047-YGR
3              MDL No. 3047
4
    IN RE:  SOCIAL MEDIA ADOLESCENT
5   ADDICTION/PERSONAL INJURY
    PRODUCTS LIABILITY LITIGATION,
6
    THIS DOCUMENT RELATES TO:
7
    Breathitt County School District,
8   By and Through The Breathitt
    Board of Education
9   v. Meta Platforms, Inc., et al.
10  Member Case No.:  4:23-cv-01804
    _____
11
              DEPOSITION OF:  HANNAH WATTS
12    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
    _____
13
14  The video deposition of Hannah Watts was taken
15  before Janine N. Leroux, Stenographic Court Reporter
16  and Notary Public in and for the State of Kentucky,
17  at the Breathitt County Schools Central Office
18  located at 420 Court Street, Jackson, Kentucky
19  commencing on March 12th, 2025, at the approximate
20  hour of 10:10 a.m.  This deposition was taken in
21  accordance with Federal Rules of Civil Procedure 26
22  and 30.
23
24
25

CONFIDENTIAL

Page 2

```
 1    APPEARANCES:
 2
      SARAH EMERY, ESQUIRE
 3    HENDY JOHNSON VAUGHN
      2380 Grandview Drive
 4    Ft. Mitchell, Kentucky 41017
      rjohnson@justicestartshere.com
 5    semery@justicestartshere.com
 6    APPEARING ON BEHALF OF THE PLAINTIFFS
 7
      CHRISTIAN J. PISTILLI, ESQUIRE
 8    COVINGTON & BURLING LLP
      One City Center
 9    850 Tenth Street, NW
      Washington DC 20001-4956
10    cpistilli@cov.com
11    and
12    MATTHEW E. DePAZ, ESQUIRE
      KATELYN A. ROMEO, ESQUIRE
13    SHOOK, HARDY & BACON, L.L.P
      2555 Grand Boulevard
14    Kansas City, Missouri 64108
      mdepaz@shb.com
15    kromeo@shb.com
16    APPEARING ON BEHALF OF THE META PLATFORMS, et al.
17
      FARAZ SHAHIDPOUR, ESQUIRE (Via Zoom)
18    KIRKLAND & ELLIS, LLP
      333 West Wolf Point Plaza
19    Chicago, Illinois 60654
      faraz.shahidpour@kirkland.com
20
      REMOTE APPEARANCE ON BEHALF OF DEFENDANTS,
21    SNAP INC.
22
23
24
25
```

                                                          Page 3

```
 1     APPEARANCES CONTINUED:
 2
       TaCARA HARRIS, ESQUIRE (Via Zoom)
 3     KING & SPALDING LLP
       500 West Second Street
 4     Austin, Texas 78701
       pprice@kslaw.com
 5     tharris@kslaw.com
 6     APPEARING ON BEHALF OF THE DEFENDANTS,
       TIKTOK, INC., BYTEDANCE LTD. and TIKTOK LTD.,
 7     TIKTOK, LLC
 8
       DANIEL WHITELEY, ESQUIRE (Via Zoom)
 9     WILLIAMS & CONNOLLY LLP
       680 Maine Avenue, SW
10     Washington, DC 20024
       akeyes@wc.com
11     dwhiteley@wc.com
12     REMOTE APPEARANCE ON BEHALF OF THE DEFENDANTS,
       YOUTUBE LLC and GOOGLE LLC
13
14     ALSO APPEARING:
15     JEFF SINDIONG, VIDEOGRAPHER
       RAY MOORE, EXHIBIT TECHNICIAN
16
17
18
19
20
21
22
23
24
25
```

```
                                              Page 37
 1        Q.    And I think we covered this earlier,
 2   but you're not a clinician, right?
 3        A.    No, I'm not.
 4        Q.    And there are many potential causes of
 5   mental health harms to students, right?
 6        A.    Yes.
 7        Q.    Teen mental health is a complicated
 8   issue?
 9        A.    Yes.
10        Q.    You're also not a psychologist or a
11   psychiatrist, right?
12        A.    No.
13        Q.    You've not done any work to diagnose
14   any of your students to determine the causes of
15   any mental health issues that they may have, have
16   you?
17        A.    No.
18        Q.    And don't supervise your students
19   outside of school, right?
20        A.    No.
21        Q.    Yeah.  You expect parents to monitor
22   what their children do at home.
23        A.    Yes.
24        Q.    Including with their personal devices?
25        A.    Yes.
```