1  *[Submitting Counsel on Signature Page]*

2

3

4

5

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE: SOCIAL MEDIA ADOLESCENT
    ADDICTION/PERSONAL INJURY
12  PRODUCTS LIABILITY LITIGATION

No. 4:22-MD-3047

MDL No. 3047

13

14  This Document Relates to:

15  *Breathitt County Board of Education v. Meta
    Platforms, Inc., et al.*
16  Case No. 4:23-cv-01804

**PLAINTIFF'S TEMPORARY SEALING
MOTION (PLAINTIFF'S MOTION IN
LIMINE #5 TO EXCLUDE CERTAIN
OPINIONS OF TIKTOK'S EXPERT DR.
CHRIS MATTMANN AND SNAP'S
EXPERT DR. SANDEEP CHATTERJEE)**

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Plaintiff Breathitt County Board of Education files the instant Joint Temporary Sealing Motion requesting to file under seal limited portions of the Plaintiff's Motion in Limine #5, to Exclude Certain Opinions of TikTok's Expert Dr. Chris Mattmann and Snap's Expert Dr. Sandeep Chatterjee. Certain information has been designated confidential or highly confidential (both referred to, for the purposes of this motion, as "confidential"), by Defendants TikTok, Ltd., TikTok, LLC, TikTok, Inc., ByteDance Ltd., and ByteDance Inc.'s (collectively referred to in this submission as "TikTok Defendants"); and Defendant Snap, Inc. The reasons for sealing will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Party Information |
|---|---|---|
| Dkt. 2799-1 | Motion in Limine to Exclude Certain Opinions of TikTok's Expert Dr. Chris Mattmann and Snap's Expert Dr. Sandeep Chatterjee (Sealed) | The document contains information designated as confidential or highly confidential by the TikTok Defendants and Defendant Snap, Inc. |
| Dkt. 2799-2 | Declaration of Andre Mura in support of Motion in Limine to Exclude Certain Opinions of TikTok's Expert Dr. Chris Mattmann and Snap's Expert Dr. Sandeep Chatterjee (Not under seal) | |
| Dkt. 2799-3 | Ex. 1 to Mura Decl. (Opening Report of Dr. Mattmann) (Sealed) | The document contains information designated as confidential or highly confidential by the TikTok Defendants. |
| Dkt. 2799-4 | Ex. 2 to Mura Decl. (Rebuttal Report of Dr. Mattmann) (Sealed) | The document contains information designated as confidential or highly confidential by the TikTok Defendants. |
| Dkt. 2799-5 | Ex. 3 to Mura Decl. (Report of Dr. Chatterjee) (Sealed) | The document contains information designated as confidential or highly confidential by Defendant Snap, Inc. |
| Dkt. 2799-6 | Ex. 4 to Mura Decl. (Deposition of Suzy Loftus) (Sealed) | The document contains information designated as confidential or highly confidential by the TikTok Defendants. |

1

Dated:  March 2, 2026

2

Respectfully submitted,

3

*/s/ Lexi Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &**

4

**BERNSTEIN, LLP**
275 Battery Street, 29th Floor

5

San Francisco, CA 94111-3339
Telephone: 415-956-1000

6

lhazam@lchb.com

7

PREVIN WARREN
**MOTLEY RICE LLC**

8

401 9th Street NW Suite 630
Washington DC 20004

9

Telephone: 202-386-9610
pwarren@motleyrice.com

10

Co-Lead Counsel

11

12

RONALD E. JOHNSON, JR.
SARAH EMERY

13

**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100

14

LOUISVILLE, KT 40202
Telephone: 859-578-4444

15

rjohnson@justicestartshere.com
semery@justicestartshere.com

16

Counsel for Breathitt

17

18

ANDRE M. MURA
**GIBBS MURA LLP**

19

1111 Broadway, Suite 2100
Oakland, CA 94607

20

Telephone: 510-350-9700
amm@classlawgroup.com

21

Plaintiffs' Steering Committee Leadership

22

23

24

25

26

27

28

- 3 -

PLAINTIFF'S TEMPORARY SEALING MOTION RE MOTION IN LIMINE #5 (MATTMANN/CHATTERJEE)

1

## **ATTESTATION**

2        I, Andre Mura, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to

3 the filing of this document has been obtained from each signatory hereto.

4

5 Dated: March 2, 2026

6                                                By: */s/ Andre M. Mura*

7                                                    Andre M. Mura

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28