1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-MD-3047 <br><br> MDL No. 3047 |
| This Document Relates to: <br><br> *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* <br> Case No. 4:23-cv-01804 | **DECLARATION OF ANDRE MURA IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE #5 TO EXCLUDE CERTAIN OPINIONS OF TIKTOK'S EXPERT DR. CHRIS MATTMANN AND SNAP'S EXPERT DR. SANDEEP CHATTERJEE** |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Andre M. Mura, declare as follows.

2    1.    I am a partner at the law firm Gibbs Mura LLP. I am duly admitted to practice in the

3    Northern District of California, and serve as an appointed member of the Plaintiffs' Steering

4    Committee Leadership in the above-referenced matter. I have personal knowledge of the following

5    facts and, if called as a witness, could competently testify to the matters stated herein.

6    2.    Attached as **Exhibit 1** is a true and correct copy of the June 13, 2025 Opening Expert

7    Report of Dr. Chris Mattmann.

8    3.    Attached as **Exhibit 2** is a true and correct copy of the July 9, 2025 Rebuttal Expert

9    Report of Dr. Chris Mattmann.

10    4.    Attached as **Exhibit 3** is a true and correct copy of the July 9, 2025 Rebuttal Expert

11    Report of Dr. Sandeep Chatterjee.

12    5.    Attached as **Exhibit 4** is a true and correct copy of excerpts from the November 19,

13    2025 deposition of Suzy Loftus.

14    I declare that the foregoing is true and correct. Executed on March 2, 2025.

15

16    */s/ Andre M. Mura*
ANDRE M. MURA
17    **GIBBS MURA LLP**
1111 Broadway, Suite 2100
18    Oakland, CA 94607
Telephone: 510-350-9700
19    amm@classlawgroup.com

20

21

22

23

24

25

26

27

28

MURA DECLARATION ISO MOTION IN LIMINE #5 (MATTMANN/CHATTERJEE)