# Exhibit B

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
                                                          Page 1
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2
              Case No. 4:22-md-03047-YGR
 3                   MDL No. 3047
 4    IN RE:  SOCIAL MEDIA ADOLESCENT
      ADDICTION/PERSONAL INJURY
 5    PRODUCTS LIABILITY LITIGATION,
 6    THIS DOCUMENT RELATES TO:
      Breathitt County School District,
 7    By and Through The Breathitt
      Board of Education
 8    v. Meta Platforms, Inc., et al.
 9    Member Case No.:  4:23-cv-01804
10    _____
11           DEPOSITION OF:  KERA HOWARD
      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
12    _____
13    The video deposition of Kera Howard was taken before
14    Janine N. Leroux, Stenographic Court Reporter and
15    Notary Public in and for the State of Kentucky, at
16    the Breathitt County Schools Central Office located
17    at 420 Court Street, Jackson, Kentucky commencing
18    on March 10th, 2025, at the approximate hour of
19    12:45 p.m. This deposition was taken in accordance
20    with Federal Rules of Civil Procedure 26 and 30.
21
22
23
24
25    Job No. MDLG7222610-2
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 2

```
 1    APPEARANCES:
 2
      RONALD E. JOHNSON, JR., ESQUIRE
 3    SARAH EMERY, ESQUIRE
      HENDY JOHNSON VAUGHN
 4    2380 Grandview Drive
      Ft. Mitchell, Kentucky 41017
 5    rjohnson@justicestartshere.com
      semery@justicestartshere.com
 6
      APPEARING ON BEHALF OF THE PLAINTIFFS
 7
 8    CHRISTIAN J. PISTILLI, ESQUIRE
      COVINGTON & BURLING LLP
 9    One City Center
      850 Tenth Street, NW
10    Washington DC 20001-4956
      cpistilli@cov.com
11
      and
12
      MATTHEW E. DePAZ, ESQUIRE
13    KATELYN A. ROMEO, ESQUIRE
      SHOOK, HARDY & BACON, L.L.P
14    2555 Grand Boulevard
      Kansas City, Missouri 64108
15    mdepaz@shb.com
      kromeo@shb.com
16
      APPEARING ON BEHALF OF THE META PLATFORMS, et al.
17
18    FARAZ SHAHIDPOUR, ESQUIRE
      KIRKLAND & ELLIS, LLP
19    333 West Wolf Point Plaza
      Chicago, Illinois 60654
20    faraz.shahidpour@kirkland.com
21    REMOTE APPEARANCE ON BEHALF OF DEFENDANTS,
      SNAP INC.
22
23
24
25
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 3

```
 1     APPEARANCES CONTINUED:
 2
       PATRICK PRICE, ESQUIRE
 3     KING & SPALDING LLP
       500 West Second Street
 4     Austin, Texas 78701
       pprice@kslaw.com
 5
       APPEARING ON BEHALF OF THE DEFENDANTS,
 6     TIKTOK, INC., BYTEDANCE LTD. and TIKTOK LTD.,
       TIKTOK, LLC
 7
 8     ANDREW KEYES, ESQUIRE
       WILLIAMS & CONNOLLY LLP
 9     680 Maine Avenue, SW
       Washington, DC 20024
10     akeyes@wc.com
11     REMOTE APPEARANCE ON BEHALF OF THE DEFENDANTS,
       YOUTUBE LLC and GOOGLE LLC
12
13     ALSO APPEARING:
14     JEFF SINDIONG, VIDEOGRAPHER
       RAY MOORE, EXHIBIT TECHNICIAN
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 44

```
 1     there?
 2          A.    Out of the two things?
 3          Q.    Well, yeah, I thought you said those
 4     were the two things.  Are there any other things
 5     that students are coming to you for on social
 6     media?
 7          A.    I was just making sure that that's what
 8     you meant.
 9                I would say that 90% of students that
10     come to me -- or probably more like 95 to 98%
11     students come to me with an issue that has
12     developed on social media by someone saying
13     something inappropriate to them or sending around
14     photos of them or X, Y and Z.
15          Q.    Okay.  So of all the issues that you
16     see in students relating to social media, 95 to
17     98% relates to harmful content posted by others.
18          A.    Yes.
19          Q.    And then the remaining 2 to 5% relates
20     to students coming forward with information about
21     viral challenges?
22          A.    Yes.
23          Q.    And those are the only social media
24     issues you see.
25          A.    Other than students will reach out --
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 46

1    STATE OF KENTUCKY        )
                              )
2    COUNTY OF MONTGOMERY     )
3              I, JANINE N. LEROUX, Court Reporter and
4    Notary Public in and for the State of Kentucky at
5    Large, certify that the facts stated in the
6    caption hereto are true, and that at the time and
7    place stated in said caption the witness named in
8    the caption hereto personally appeared before me.
9              I further certify that after being duly
10   sworn by me the witness was examined by counsel
11   for the parties, and that said testimony was taken
12   in stenotype by me and later reduced to
13   computer-aided transcription, and that the
14   foregoing is a true record of the testimony given
15   by said witness.
16             The foregoing deposition has been
17   submitted to the witness for reading and signing.
18
19
20
21
22
23        JANINE LEROUX - COURT REPORTER
          NOTARY PUBLIC STATE-AT-LARGE
24        MY COMMISSION EXPIRES: NOVEMBER 26, 2027
          NOTARY ID KYNP1406
25