*[Submitting Counsel on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-MD-3047<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br>Case No. 4:23-cv-01804 | **PLAINTIFF'S TEMPORARY SEALING MOTION (PLAINTIFF'S MOTION IN LIMINE #4, TO EXCLUDE ADVOCACY OPINIONS OF DEFENDANTS' EXPERTS DR. ETHAN HUTT AND DR. KEITH HAMPTON)** |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Plaintiff Breathitt County Board of Education files the instant Joint Temporary Sealing Motion requesting to file under seal limited portions of the Plaintiff's Motion in Limine #4, Plaintiff's Motion in Limine #4, To Exclude Advocacy Opinions Of Defendants' Experts Dr. Ethan Hutt And Dr. Keith Hampton. Certain information has been designated confidential or highly confidential (both referred to, for the purposes of this motion, as "confidential"), by Defendants. The reasons for sealing will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Party Information |
|---|---|---|
| Dkt. 2803-1 | Motion in Limine #4, To Exclude Advocacy Opinions Of Defendants' Experts Dr. Ethan Hutt And Dr. Keith Hampton (Sealed) | The document contains information designated as confidential or highly confidential by Defendants |
| Dkt. 2803-2 | Declaration of Lexi Hazam in support of Motion in Limine #4, To Exclude Advocacy Opinions Of Defendants' Experts Dr. Ethan Hutt And Dr. Keith Hampton (Not under seal) | |
| Dkt. 2803-3 | Ex. A to Hazam Decl. (8/18/25 deposition of Dr. Hutt) (Sealed) | The document contains information designated as confidential or highly confidential by the Defendants. |
| Dkt. 2803-4 | Ex. B to Hazam Decl. (7/25/25 deposition of Dr. Hampton) (Sealed) | The document contains information designated as confidential or highly confidential by the Defendants. |
| Dkt. 2803-5 | Ex. C to Hazam Decl. (Report of Dr. Hutt) (Sealed) | The document contains information designated as confidential or highly confidential by Defendants. |
| Dkt. 2803-6 | Ex. D to Hazam Decl. (Report of Dr. Hampton) (Sealed) | The document contains information designated as confidential or highly confidential by the Defendants. |

Dated:  March 2, 2026

Respectfully submitted,

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel


RONALD E. JOHNSON, JR.
SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

Counsel for Breathitt


ANDRE M. MURA
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
amm@classlawgroup.com

Plaintiffs' Steering Committee Leadership

- 3 -

PLAINTIFF'S TEMPORARY SEALING MOTION RE MOTION IN LIMINE #4 (HUTT/HAMPTON)

## ATTESTATION

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 2, 2026

By: */s/ Lexi J. Hazam*

Lexi J. Hazam