1  [*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| | **DECLARATION OF LEXI J. HAZAM IN SUPPPORT OF PLAINTIFF'S MOTION IN LIMINE #4** |
| This Document Relates to: | Judge: Hon. Yvonne Gonzalez Rogers |
| *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* Case No.: 4:23-cv-01804 | Magistrate Judge: Hon. Peter H. Kang |

I, Lexi J. Hazam, declare:

1.      I am a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, and serve as Court-appointed Co-Lead Counsel for the Personal Injury and School District Plaintiffs in this action. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to them. I submit this declaration in support of Plaintiff Breathitt County School District's Motion in Limine #4.

2.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the August 18, 2025 deposition of Dr. Ethan Hutt.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the July 2, 2025 Deposition of Keith Hampton.

4. Attached hereto as **Exhibit C** is a true and correct copy of July 11, 2025 report of Dr. Ethan Hutt.

5. Attached hereto as **Exhibit D** is a true and correct copy of the July 9, 2025 report of Dr. Keith Hampton.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 2, 2026 in San Francisco, California.

Respectfully submitted,

By: */s/ Lexi J. Hazam*

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel*