JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

E. MARTIN ESTRADA (State Bar No. 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (State Bar No. 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant Snap Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br>Case No.: 4:23-CV-1804 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF CONTENT AND FEATURES PROTECTED BY SECTION 230 AND THE FIRST AMENDMENT**<br><br>**Hearing:**<br>Date:    March 18, 2026<br>Time:   9:00 a.m.<br>Place:   Courtroom 1, Floor 4<br>Judge:  Hon. Yvonne Gonzalez Rogers |

**DECLARATION OF JONATHAN H. BLAVIN**

I, Jonathan H. Blavin, declare as follows:

1. I am an attorney with the law firm Munger, Tolles & Olson, counsel of record for Defendant Snap Inc. I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Defendants' motion in limine no. 1 to exclude evidence of content and features protected by Section 230 and the First Amendment, filed concurrently herewith.

3. Attached hereto as **Exhibit A** is a true and accurate copy of excerpts of the transcript of proceedings before this Court on January 26, 2026.

4. Attached hereto as **Exhibit B** is a true and accurate copy of excerpts of the trial transcript in the matter of *P.F., et al. v. Meta Platforms, et al.*, Case No. 23SMCV03371 on February 17, 2026.

5. Attached hereto as **Exhibit C** is a true and accurate copy of the Order Denying Defendants' Joint MIL 22, *In re Social Media Cases*, No. JCCP5255 (Cal. Super. Ct. Jan. 6, 2026).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of March, 2026 in San Francisco, California.

                 /s/ *Jonathan H. Blavin*