# Exhibit A

```
                                                    Pages 1 - 248
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Yvonne Gonzalez Rogers, Judge

```
IN RE: SOCIAL MEDIA               )
ADOLESCENT ADDICTION/PERSONAL     )
INJURY PRODUCTS LIABILITY         )
LITIGATION.                       )
                                  )
                                  )   NO. 4:22-MD-03047-YGR
_____)
```

Oakland, California
Monday, January 26, 2026

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiffs:
       LIEFF, CABRASER, HEIMANN AND BERNSTEIN, LLP
       275 Battery Street, 29th Floor
       San Francisco, CA 94111
  BY: **LEXI J. HAZAM, ATTORNEY AT LAW**
      **PATRICK I. ANDREWS, ATTORNEY AT LAW**
      **CAITLIN M. WOODS, ATTORNEY AT LAW**
      **NICHOLAS W. LEE, ATTORNEY AT LAW**

       LIEFF, CABRASER, HEIMANN AND BERNSTEIN, LLP
       250 Hudson Street, 8th Floor
       New York, NY 10013
  BY: **JASON L. LICHTMAN, ATTORNEY AT LAW**
      **KELLY K. McNABB, ATTORNEY AT LAW**

       BEASLEY ALLEN LAW FIRM
       218 Commerce Street
       Montgomery, AL 36104
  BY: **SLADE METHVIN, ATTORNEY AT LAW**
      **CLINTON RICHARDSON, ATTORNEY AT LAW**
      **DAVIS S. VAUGHN, ATTORNEY AT LAW**

(Appearances continued on following pages.)

REPORTED REMOTELY BY:  Stephen W. Franklin, RMR, CRR, CPE
                   Official United States Reporter

1  based.
2      At the end of the day, however, Your Honor, we would
3  submit that there is no competent evidence tying defendants'
4  actionable conduct to the specific harms, and that for the
5  reasons that we try to --
6          **THE COURT:**  So Mr. Warren, what specific evidence do
7  you have?
8          **MR. WARREN:**  Your Honor, I would begin by directing
9  you to slides -- we'll start with slide 51.  I think this is a
10 fair place to start.
11     So the reason I want to start here is to bring in some of
12 the evidence that I think the jury should be able to consider
13 which comes from the defendants' documents.
14     So this is a document from Snap, and it's talking about
15 the Snap streak, which is a feature that Snap offers on its
16 platform that allows kids, kid users, to get in a back and
17 forth with each other and maintain a streak, and here in this
18 document Snap is acknowledging that this creates a, quote,
19 "compulsive behavioral pattern," a, quote, "self-perpetuating
20 anxiety-driven system," quote, "compulsion issue.  Binary rules
21 lead to binary behavior.  The streaks," quote, "must be
22 maintained at all costs."  So this is not a protected feature.
23 This is exactly like *Lemmon versus Snap*.  It's something that
24 the defendants offer up that they do.
25     So what is the foreseeable consequence of that?  Well, if

```
 1   you go to slide 52 you'll get an example from DeKalb, and this
 2   is the deposition of Dr. Kishia Towns, the chief of wrap-around
 3   services.  She says:  "The battle we're fighting is a battle we
 4   shouldn't have to.  We're utilizing resources and redirecting
 5   them to battle with the attention from social media back to
 6   learning."
 7        So you have cause and you have effect.  Right?  You have a
 8   platform that is engaging in non-protected conduct that it
 9   knows is addictive, and then you have the foreseeable result
10   materializing at the school district level.  Now, is Dr. Kishia
11   Towns able to say, you know, this specific population of kids
12   is addicted because of Snap streaks?  Maybe, maybe not, but
13   that's okay.  Not every evidence, not every witness has to tie
14   the whole case together in a bow.  The jury can consider the
15   full array of evidence, including circumstantial evidence,
16   certainly including evidence coming from the defendants, and
17   draw the connection.
18        So here's another example.  This is slide 53, and this is
19   a YouTube document, and this document talks about YouTube's age
20   classifier.  So an age classifier is a machine learning model
21   that platforms use to try to determine the age of its users.
22   Okay.  And what does this one say?
23        Well, it says, quote, "underage accounts can possibly
24   skirt detection for a long time.  Today, underage accounts that
25   are actioned by Athena" -- that's YouTube's classifier -- "are
```

the filings that the plaintiff has made.

**MR. WARREN:** So Your Honor, and this is exactly the conversation I was having. I'm so glad you appreciate the chance to have that conversation.

So when you refer to content, I take it you also are bringing in the so-called publishing features; is that correct? Because we are definitely not arguing about bad content or harmful content or failure to warn about bad or harmful content. That is not a part of our case. I don't think that's evidence we put into our brief.

The evidence we put into our brief speaks to the issue ever failure to warn about known risks of addiction. That is ultimately the warning that we're seeking is a warning that the products are addictive. It's not really a feature-driven analysis so much as it is a warning about the harm that's attendant to use of the platforms, which does come from a variety of mechanics of the platform, some of which are in, some of which are out for purposes of a design defect claim, which these plaintiffs don't even have, of course. They're bringing negligence and public nuisance suits.

So there is some nuance here that --

**THE COURT:** I think there is nuance, and that -- and nuance frequently gets more firmly shaped when I see what positions individuals and parties are trying to take when we get to trial.

1          **THE COURT:**  Okay.  All right.  Anything else?
2          **MS. HAZAM:**  Nothing further from plaintiffs.
3          **MS. HARDIN:**  Or the defendants.
4          **THE COURT:**  Okay.  Then I'm sure I will see you
5    relatively soon.  Thank you for the argument.  We'll stand
6    adjourned.
7          (Proceedings concluded at 2:47 p.m.)
8                           ---oOo---
9                     **CERTIFICATE OF REPORTER**
10         I certify that the foregoing is a correct transcript
11   from the record of proceedings in the above-entitled matter.
12
13   DATE:    Sunday, February 1st, 2026
14
15   *[signature: Stephen W. Franklin]*
16   _____
17             Stephen W. Franklin, RMR, CRR
18          Official Reporter, U.S. District Court