# Exhibit B

```
 1            SUPERIOR COURT FOR THE STATE OF CALIFORNIA
          FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT
 2
      DEPARTMENT 12 - HONORABLE CAROLYN B. KUHL, JUDGE PRESIDING
 3

 4    COORDINATION PROCEEDING              )
      SPECIAL TITLE [RULE 3.550]           )
 5                                         )
      SOCIAL MEDIA CASES                   )   JUDICIAL COUNCIL
 6    _____)   COORDINATION
                                           )   PROCEEDING
 7    (LEAD CASE: CHRISTINA ARLINGTON      )   NO. 5255
      SMITH, ET AL., V. TIKTOK INC.,       )
 8    ET AL., CASE NO. 22STCV21355)        )
                                           )
 9    THIS DOCUMENT RELATES TO:            )
      P.F., ET AL. V. META PLATFORMS,      )
10    ET AL., CASE NO. 23SMCV03371         )

11

12

13              REPORTER'S DAILY TRANSCRIPT OF PROCEEDINGS

14                     TUESDAY, FEBRUARY 17, 2026

15              (APPEARANCES OF COUNSEL ON FOLLOWING PAGES)

16

17

18

19

20

21

22

23

24

25

26

27   REPORTED BY:   CARRIE A. CAMPBELL, CSR NO. 13921, RDR, CRR
                    COURT-APPROVED REPORTER PRO TEMPORE
28                  PAGES  1993-2023
```

Hartford Reporting & Technology, LLC
www.hartfordreporting.com

```
 1      APPEARANCES OF COUNSEL (AT COUNSEL TABLE & SPEAKING):
 2
     FOR THE PLAINTIFFS:
 3
                 THE LANIER LAW FIRM, PC
 4               BY:  W. MARK LANIER
                      wml@lanierlawfirm.com
 5                    SARAH LANIER
                      Sarah.lanier@lanierlawfirm.com
 6               10940 West Sam Houston Parkway North, Suite 100
                 Houston, Texas  77064
 7               (713) 659-5200

 8
                 THE LANIER LAW FIRM, PC
 9               BY:  RACHEL LANIER
                      rachel.lanier@lanierlawfirm.com
10               2829 Townsgate Road, Suite 100
                 Westlake Village, California  91361
11               (310) 277-5100

12
                 PANISH | SHEA | RAVIPUDI LLP
13               BY:  RAHUL RAVIPUDI
                      ravipudi@panish.law
14               11111 Santa Monica Boulevard, Suite 700
                 Los Angeles, California  90025
15               (310) 477-1700

16

17   FOR META PLATFORMS, INC., f/k/a FACEBOOK, INC.; FACEBOOK
     HOLDINGS, LLC; FACEBOOK OPERATIONS, LLC; FACEBOOK
18   PAYMENTS, INC.; FACEBOOK TECHNOLOGIES, LLC; INSTAGRAM, LLC;
     SICULUS, INC.; AND MARK ELLIOT ZUCKERBERG:
19
                 COVINGTON & BURLING LLP
20               BY:  PAUL W. SCHMIDT
                      pschmidt@cov.com
21                    PHYLLIS A. JONES
                      pajones@cov.com
22                    ANDREW STANNER
                      astanner@cov.com
23                    NICOLE ANTOINE
                      nantoine@cov.com
24               850 Tenth Street, NW
                 Washington, DC  20001
25               (202) 662-6000

26

27

28
```

```
 1                  APPEARANCES (CONTINUED):

 2    FOR ALPHABET INC., GOOGLE LLC, AND YOUTUBE, LLC:

 3            WILSON SONSINI GOODRICH & ROSATI
              BY:  LUIS LI
 4                 luis.li@wsgr.com
                   ARIEL C. GREEN ANABA
 5                 Aanaba@wsgr.com
              953 East Third Street, Suite 100
 6            Los Angeles, California  90013
              (323) 210-2900
 7

 8            WILSON SONSINI GOODRICH & ROSATI
              BY:  LAUREN GALLO WHITE
 9                 lwhite@wsgr.com
              One Market Plaza Spear Tower, Suite 3300
10            San Francisco, California  94105
              (415) 947-2000
11

12            WILSON SONSINI GOODRICH & ROSATI
              BY:  SAMANTHA ALEXANDRIA-BOOTH MACHOCK
13                 smachock@wsgr.com
              12235 El Camino Real
14            San Diego, California  92130
              (858) 350-2300
15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

```
 1                    SESSIONS INDEX
 2                  FEBRUARY 17, 2026
 3
 4
     TUESDAY, FEBRUARY 17, 2026                      PAGE
 5
 6    A.M. SESSION                                   1997
```

1          We'll add an appropriate -- well, let's talk
2   about the witnesses, now we have a minute.
3          Okay.  So I've read over all of that.  As far as
4   whistleblower designation is concerned, the issue we had
5   previously with regard to designating people as
6   whistleblowers had to do with opening statement and
7   whether that's argument and so forth and so on.
8          We're now at a point where we have witnesses.
9   Witnesses can describe themselves as they wish.  And so
10  you can ask them, you know, do you consider yourself a
11  whistleblower.  That's fine.
12         You know, it's not -- it's not a term of art, in
13  my judgment.  We had a discussion about it previously.
14  But as I say, that was in my judgment with respect to
15  whether it was fair in opening.
16         So now that -- now things are unfolding with
17  evidence and that -- but, you know, plaintiff's counsel
18  shouldn't be saying, now we'll call our first
19  whistleblower, right?  So we're not going to have that,
20  and we'll see how it unfolds.
21         I have a concern about Dr. Lee.  So plaintiff's
22  counsel says in the hasty brief they had to file that
23  there was previous testimony about safety being a
24  priority and that therefore that opens up the issue
25  of -- I'm not sure this is what plaintiffs are saying,
26  but one way of interpreting what they're saying is that
27  this opens up safety as a priority in all areas.  And I
28  think it does not.

1           So general statements by defense witnesses that,
2    oh, yes, we were concerned about safety, doesn't open up
3    safety in all areas, including content, as the subject
4    matter of the trial.
5           So the rebuttal to the general statement of we
6    were concerned about safety in all areas -- and I'm
7    generalizing here.  But the rebuttal has to be limited
8    to showing, if that's your point, that safety is not a
9    priority in areas of relevance to this case, not a
10   showing that safety is not a priority in areas as to
11   which litigation is barred in this case; otherwise, it's
12   just a 352 issue.
13          So it's -- and, you know, there is some basis,
14   as I've previously stated, for impeachment if there is a
15   statement by a particular witness that -- on the defense
16   side that particularly references content, then that can
17   be impeached.  But here we're talking about general
18   statements about safety.
19          So Dr. Lee can talk about -- and I think
20   plaintiffs want to talk about the fact that Reels is
21   similar to TikTok and endless scroll and so forth and so
22   on.  You can ask whether there was any research with
23   regard to the issue of, you know, safety in light of
24   time spent on the platform, that sort of thing.
25          But my understanding of Dr. Lee is that she was
26   primarily involved in safety research and limitations
27   thereon with regard to content, and I don't think that's
28   appropriate.

1            So, you know, to put a point on it, I don't
2    think she -- moreover, I don't think that she can
3    generalize as to overall policy safety from her
4    experience in content moderation when content moderation
5    has no relevance to this case.
6            So that doesn't mean she doesn't have something
7    relevant to say, but it does mean that I think much of
8    what plaintiffs would be interested in with regard to
9    how many people were on the safety team and how -- and
10   whether the safety team was not sufficient or was --
11   their recommendations weren't followed, et cetera, if
12   that has to do with safety with regard to content
13   specifically, then I don't think it can be generalized
14   with regard to the areas that are at issue in this case,
15   which is the non-content features.
16           Okay?  Plaintiffs need further guidance or want
17   to talk about that?
18           MS. RACHEL LANIER:  Could I ask for a little
19   clarification --
20           THE COURT:  Sure.
21           MS. RACHEL LANIER:  -- and guidance?
22           Rachel Lanier for the plaintiff.
23           I hear the Court's tentative, and I want to make
24   sure that I know the pathway we need to follow.
25           So can Dr. Lee testify about her observations as
26   to the Reels team as a whole, that she was working with
27   and interacting with, that would include safety teams
28   that may or may not have been measuring time spent and

```
 1         SUPERIOR COURT FOR THE STATE OF CALIFORNIA
        FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT
 2
    DEPARTMENT 12 - HONORABLE CAROLYN B. KUHL, JUDGE PRESIDING
 3
     COORDINATION PROCEEDING              )
 4   SPECIAL TITLE [RULE 3.550]           )
                                          )
 5   SOCIAL MEDIA CASES                   )    JUDICIAL COUNCIL
     _____    )    COORDINATION
 6                                        )    PROCEEDING
     (Lead Case: Christina Arlington      )    NO. 5255
 7    Smith, et al., v. TikTok Inc.,      )
     et al., Case No. 22STCV21355)        )
 8                                        )
     THIS DOCUMENT RELATES TO:            )
 9   P.F., et al. V. Meta Platforms,      )
     et al., Case No. 23SMCV03371         )
10

11

12            I, CARRIE A. CAMPBELL, OFFICIAL PRO TEMPORE
    REPORTER OF THE SUPERIOR COURT OF THE STATE OF
13  CALIFORNIA, FOR THE COUNTY OF LOS ANGELES, DO HEREBY
    CERTIFY THAT THE FOREGOING PAGES, 1993 - 2023 INCLUSIVE,
14  COMPRISE A FULL, TRUE AND CORRECT TRANSCRIPT OF THE
    PROCEEDINGS HELD IN DEPARTMENT 9 ON FEBRUARY 17, 2026,
15  IN THE MATTER OF THE ABOVE-ENTITLED CAUSE.

16              DATED THIS 17TH OF FEBRUARY, 2026.

17

18         [signature: Carrie A. Campbell]

19

20  _____
    CARRIE A. CAMPBELL, CSR NO. 13921
21  NCRA REGISTERED DIPLOMATE REPORTER
    CERTIFIED REALTIME REPORTER
22  CALIFORNIA CERTIFIED SHORTHAND REPORTER #13921
    MISSOURI CERTIFIED COURT REPORTER #859
23  ILLINOIS CERTIFIED SHORTHAND REPORTER #084-004229
    TEXAS CERTIFIED SHORTHAND REPORTER #9328
24  KANSAS CERTIFIED COURT REPORTER #1715
    NEW JERSEY CERTIFIED COURT REPORTER #30XI00242600
25  LOUISIANA CERTIFIED COURT REPORTER #2021012
    NOTARY PUBLIC
26

27

28
```