[Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.* Case No.: 4:23-cv-01804 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTIONS IN LIMINE Nos. 1-5**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Having considered Plaintiff's Motions in Limine Nos. 1-5, the record, and the applicable law, the Court hereby **GRANTS** Plaintiff's Motions in Limine as follows.

**IT IS HEREBY ORDERED** that Plaintiff's Motion in Limine No. 1, to exclude reference to past litigation and attorney business practices, is **GRANTED** as follows:

1. Defendants are precluded from introducing evidence, testimony, or argument referring to Breathitt's lawsuits in connection with JUUL e-cigarettes.

2. Defendants are precluded from introducing evidence, testimony, or argument referring to Breathitt's lawsuits in connection with prescription opioids.

3. Defendants are precluded from introducing evidence, testimony, or argument referring to the circumstances surrounding Breathitt's retention of outside counsel.

**IT IS HEREBY ORDERED** that Plaintiff's Motion in Limine No. 2, to exclude reference to social media habits or the mental health of children or other family members not disclosed in discovery, is **GRANTED** as follows:

1. Defendants are precluded from introducing evidence, testimony, or argument referring to the social media use or habits of the children or family members of any fact or expert witness, if such testimony or argument was not disclosed during discovery.

2. Defendants are precluded from introducing evidence, testimony, or argument referring to the mental health of the children or family members of any fact or expert witness, if such testimony or argument was not disclosed during discovery.

**IT IS HEREBY ORDERED** that Plaintiff's Motion in Limine No. 3, to exclude evidence of criminal conduct, criminal litigation, and civil litigation involved former employees and volunteers, is **GRANTED** as follows:

1. Defendants are precluded from introducing evidence, testimony, or argument referring to the criminal actions of, and the criminal and civil proceedings against, former supertindent Arch Turner involving public corruption.

2. Defendants are precluded from introducing evidence, testimony, or argument referring to the criminal actions of, and the criminal and civil proceedings against, former teacher Charles Mitchell's sexual misconduct with students, as well as his and others' alleged failure to

report the misconduct incident of sexual misconduct by a teacher in 2011.

3. Defendants are precluded from introducing evidence, testimony, or argument referring to the criminal actions of, and the criminal proceedings against, former baseball coach Alex Hamilton's showing sexually explicit content to some members of the Breathitt High School baseball team

**IT IS HEREBY ORDERED** that Plaintiff's Motion in Limine No. 4, to exclude advocacy opinions of Defendants' Experts Dr. Ethan Hutt and Dr. Keith Hampton, is **GRANTED** as follows:

1. Defendants are precluded from introducing Dr. Hutt's Opinion 1.
2. Defendants are precluded from introducing Dr. Hutt's Opinion 2.
3. Defendants are precluded from introducing Dr. Hampton's "moral panic" opinion (¶¶ 10A, 13-14, 20-104).
4. Defendants are precluded from introducing Dr. Hampton's "no evidence" opinion (Hampton Dep. 167:6-17; ECF No. 2324-4).

**IT IS HEREBY ORDERED** that Plaintiff's Motion in Limine No. 5, to exclude certain opinions of TikTok's expert Dr. Chris Mattmann and Snap's expert Dr. Sandeep Chatterjee, is **GRANTED** as follows:

1. Defendants are precluded from introducing Opinion 1 of Dr. Mattman's opinion report (¶¶ 10, 20, 66-172).
2. Defendants are precluded from introducing Opinion 1 of Dr. Mattman's rebuttal report (¶¶ 11, 20, 92-198).
3. Defendants are precluded from introducing the opinions set out in ¶¶ 88, 90-91 of Dr. Chatterjee's report.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge