[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.,* Case No.: 4:23-CV-1804 | MDL No. 3047<br><br>Case No. 4:22-md-3047-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE (BREATHITT)** |

The undersigned parties jointly stipulate and agree, subject to the Court's approval, to the pretrial schedule identified herein. In support thereof, the parties state as follows:

**WHEREAS** the Court provided guidance on the parties' proposed pretrial schedule at the January 18 case management conference and subsequently issued CMO 32 setting certain aspects of the pretrial schedule, and

**WHEREAS** the parties have been working diligently and in good faith to agree on a proposed pretrial schedule in light of the Court's guidance and written orders.

**NOW THEREFORE** the parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order adopting the pretrial schedule, as set forth below, as may be modified and approved by the Court.

**PRETRIAL SCHEDULE**

| | |
|---|---|
| EXCHANGE PRIORITY DEPOSITION DESIGNATIONS[1] | February 23, 2026 |
| EXCHANGE LISTS OF MOTIONS IN LIMINE[2] | February 25, 2026 |
| EXCHANGE LISTS OF EXPERTS (AND/OR SPECIFIC EXPERT OPINIONS) PARTIES WILL WITHDRAW | February 27, 2026 |
| EXCHANGE OBJECTIONS TO PRIORITY DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS | February 27, 2026 |
| FILE MOTIONS IN LIMINE[3] | March 2, 2026 |
| DELIVER MOTION IN LIMINE BINDER | March 3, 2026 by 12 p.m. PST |
| EXCHANGE OBJECTIONS TO PRIORITY COUNTER-DESIGNATIONS AND COUNTER-COUNTER DESIGNATIONS | March 4, 2026 |
| EXCHANGE OBJECTIONS TO PRIORITY COUNTER-COUNTER DESIGNATIONS | March 6, 2026 |
| FILE MOTION IN LIMINE OPPOSITIONS | March 9, 2026 |
| DELIVER MOTION IN LIMINE OPPOSITION BINDER | March 10, 2026 by 12 p.m. PST |
| FILE DISPUTED DEPOSITION DESIGNATIONS[4] | March 11, 2026 |
| FILE MOTION IN LIMINE REPLIES | March 11, 2026 |

---

[1] Plaintiffs may identify 1 witness per defendant (4 total), and Defendants may identify up to 2 30(b)(6) witnesses for purposes of deposition designations. For the convenience of the parties and the Court, Defendants shall provide Plaintiffs with a single, consolidated set of designations, counter-designations, and objections for each witness; however Defendants may identify the Defendant group presenting each designation (*e.g.,* Meta, TikTok, etc.). The parties shall exchange designations in an agreed-upon format.

[2] The parties shall meet and confer shortly after the exchange of lists and prior to filing motions to explore the potential resolution of issues in advance of briefing.

[3] Each side is limited to five (5) motions in limine, inclusive of any remaining Rule 702 motions (limited to experts for whom the Court previously deferred such briefing including those that were disclosed in both the PI/SD cases and in the AG case). Each side may file ten (10) pages per motion in limine and ten (10) pages of opposition briefing per motion. Each side may file a reply of no more than five (5) pages on one MIL. There shall be no other replies.

[4] The Parties shall submit no more than six (6) pages of disputed excerpts. The six (6) pages shall be allocated as follows: 1 page for each witness; each side gets ½ a page per witness. The Parties shall meet and confer on a process to submit to the Court any disputes regarding further objections to deposition designations on a rolling basis in advance of the anticipated use of those depositions at trial.

| | |
|---|---|
| DELIVER MOTION IN LIMINE REPLY BINDER | March 12, 2026 by 12 p.m. PST |
| EXCHANGE DISCOVERY DESIGNATIONS (INTERROGATORY ANSWERS AND RESPONSES TO REQUESTS FOR ADMISSION) | March 13, 2026 |
| FILE PRELIMINARY TRIAL WITNESS[5] AND EXHIBIT[6] LISTS | March 16, 2026 |
| EXCHANGE PROPOSED TRIAL STIPULATIONS | March 17, 2026 |
| EXCHANGE PROPOSED STATEMENT OF THE CASE AND VERDICT FORMS | March 17, 2026 |
| FIRST PRETRIAL CONFERENCE | March 18, 2026 at 9 a.m. PT |
| EXCHANGE DRAFT JOINT PRETRIAL CONFERENCE STATEMENT | March 20, 2026 |
| COMPLIANCE DEADLINE TO MEET AND CONFER RE JOINT PRETRIAL CONFERENCE STATEMENT | March 24, 2026 |
| EXCHANGE OBJECTIONS TO DISCOVERY DESIGNATIONS[7] | March 27, 2026 |
| FILE JOINT PRETRIAL CONFERENCE STATEMENT | March 30, 2026 |
| FILE PROPOSED STATEMENT OF THE CASE AND VERDICT FORM(S) | March 30, 2026 |
| DELIVER TRIAL READINESS BINDERS | March 31, 2026 by 12 p.m. PST |
| FILE UPDATED TRIAL WITNESS LISTS[8] | April 6, 2026 |
| FILE PROPOSED TRIAL STIPULATIONS | April 10, 2026 |
| SECOND PRETRIAL CONFERENCE | April 14, 2026 at 9 a.m. PT |
| FILE UPDATED TRIAL EXHIBIT LISTS | April 20, 2026 |

---

[5] The parties' preliminary witness lists shall indicate which witnesses they intend to call live and which they intend to call by designation as well as the scope of their anticipated testimony. The list shall identify by an asterisk whether the witness listed is viewed as a primary witness or only included as a precautionary measure.

[6] Exhibit lists shall only include documents that a party in good faith believes it may use at trial. A party need not include a document that may be used only for impeachment on its exhibit list. The Parties shall meet and confer on a process to submit to the Court any disputes regarding objections to exhibits prior to the expected introduction of the disputed exhibit.

[7] The Parties shall meet and confer on a process to submit to the Court any disputes regarding unresolved objections on a rolling basis in advance of the anticipated use at trial.

[8] The Parties' updated witness list shall be modified to include whether a witness is a "will call" or "may call," and time estimates for each witness.

| | |
|---|---|
| LAST DAY TO REQUEST USE OF ELECTRONIC EQUIPMENT | June 5, 2026 |
| JURY SELECTION | June 12, 2026 at 8 a.m. PT |
| PROVIDE FINAL EXHIBITS TO THE COURT | June 12, 2026 by 5 p.m. PT |
| START OF TRIAL | June 15, 2026 at 8 a.m. PT |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____, 2026

_____
Hon. Yvonne Gonzalez Rogers
U.S. District Court Judge

Dated: March 3, 2026           Respectfully submitted,

/s/ *Michael Weinkowitz*
_____
MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsblaw.com

*Co-chair of School District Committee*
*Plaintiffs Leadership Committee*

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel*

KHALDOUN BAGHDADI
**WALKUP, MELODIA, KELLY & SCHOENBERGER, LLP**
650 California Street, 26th Fl.
San Francisco, CA 94108
Telephone: 415-981-7210
kbaghdadi@walkuplawoffice.com

RONALD E. JOHNSON, JR.
SARAH N. EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiffs Breathitt County Board of Education*

| | |
|---|---|
| 1 | |
| 2 | **COVINGTON & BURLING LLP** |
| 3 | */s/ Ashley M. Simonsen* |
| | ASHLEY M. SIMONSEN (Bar No. 275203) |
| 4 | COVINGTON & BURLING LLP |
| | 1999 Avenue of the Stars |
| 5 | Los Angeles, California 90067 |
| | Telephone: (424) 332-4800 |
| 6 | Facsimile: (424) 332-4749 |
| 7 | Email: asimonsen@cov.com |
| 8 | PHYLLIS A. JONES (*pro hac vice*) |
| | PAUL W. SCHMIDT (*pro hac vice*) |
| 9 | CHRISTIAN J. PISTILLI (*pro hac vice*) |
| | COVINGTON & BURLING LLP |
| 10 | One City Center |
| 11 | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| 12 | Telephone: (202) 662-6000 |
| | Facsimile: (202) 662-6291 |
| 13 | Email: pajones@cov.com |
| 14 | Email: pschmidt@cov.com |
| | Email: cpistilli@cov.com |
| 15 | |
| 16 | *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; and Instagram, LLC* |

| | |
|---|---|
| 1 | |
| 2 | **WILLIAMS & CONNOLLY LLP** |
| 3 | /s/ *Ashley W. Hardin* |
| | JOSEPH G. PETROSINELLI, *pro hac vice* |
| 4 | jpetrosinelli@wc.com |
| | ASHLEY W. HARDIN, *pro hac vice* |
| 5 | ahardin@wc.com |
| | J. ANDREW KEYES, *pro hac vice* |
| 6 | akeyes@wc.com |
| 7 | NEELUM J. WADHWANI (SBN 247948) |
| | nwadhwani@wc.com |
| 8 | WILLIAMS & CONNOLLY LLP |
| | 680 Maine Avenue SW |
| 9 | Washington, DC 20024 |
| 10 | Tel.: (202) 434-5000 |
| 11 | *Attorneys for Defendants YouTube, LLC and Google LLC* |

| | |
|---|---|
| 1 | **KING & SPALDING LLP** |
| 2 | |
| | */s/David P. Mattern* |
| 3 | GEOFFREY M. DRAKE, *pro hac vice* |
| | gdrake@kslaw.com |
| 4 | TACARA D. HARRIS, pro hac vice |
| | *tharris@kslaw.com* |
| 5 | KING & SPALDING LLP |
| | 1180 Peachtree Street, NE, Suite 1600 |
| 6 | Atlanta, GA 30309 |
| 7 | Telephone: (404) 572-4600 |
| | Facsimile: (404) 572-5100 |
| 8 | |
| | DAVID P. MATTERN, *pro hac vice* |
| 9 | *dmattern@kslaw.com* |
| | KING & SPALDING LLP |
| 10 | 1700 Pennsylvania Avenue, NW |
| 11 | Suite 900 |
| | Washington, D.C. 20006 |
| 12 | Telephone: (202) 737-0500 |
| | Facsimile: (202) 626-3737 |
| 13 | |
| 14 | BAILEY J. LANGNER (SBN 307753) |
| | *blangner@kslaw.com* |
| 15 | KING & SPALDING LLP |
| | 50 California Street, Suite 3300 |
| 16 | San Francisco, CA 94111 |
| | Telephone: (415) 318-1200 |
| 17 | Facsimile: (415) 318-1300 |
| 18 | |
| | *Attorneys for Defendants TikTok Inc., ByteDance* |
| 19 | *Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC* |

| | |
|---|---|
| 1 | **MUNGER, TOLLES & OLSON LLP** |
| 2 | /s/ *Victoria A. Degtyareva* |
| 3 | JONATHAN H. BLAVIN (State Bar No. 230269) |
|   | Jonathan.Blavin@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street, 27th Floor |
| 5 | San Francisco, CA 94105 |
|   | Tel: (415) 512-4000 |
| 6 | |
| 7 | VICTORIA A. DEGTYAREVA (State Bar No. 284199) |
| 8 | Victoria.Degtyareva@mto.com |
|   | MUNGER, TOLLES & OLSON LLP |
| 9 | 350 South Grand Avenue, 50th Floor |
|   | Los Angeles, CA 90071 |
| 10 | Tel.: (213) 683-9100 |
| 11 | Facsimile: (213) 687-3702 |
| 12 | |
| 13 | **KIRKLAND & ELLIS LLP** |
| 14 | |
| 15 | ALLISON BROWN, *pro hac vice* |
|   | alli.brown@kirkland.com |
| 16 | KIRKLAND & ELLIS LLP |
|   | 2005 Market Street, Suite 1000 |
| 17 | Philadelphia, PA 19103 |
|   | Tel.: (215) 268-5000 |
| 18 | |
| 19 | JESSICA DAVIDSON, *pro hac vice* |
|   | jessica.davidson@kirkland.com |
| 20 | JOHN J. NOLAN, *pro hac vice* |
|   | jack.nolan@kirkland.com |
| 21 | KIRKLAND & ELLIS LLP |
|   | 601 Lexington Avenue |
| 22 | New York, NY 10022 |
|   | Tel.: (212) 446-4800 |
| 23 | |
| 24 | *Attorneys for Defendant Snap Inc.* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ATTESTATION**

I, Ashley Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 3, 2026

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen