UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>            4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER GRANTING META'S MOTION TO WITHDRAW ITS JURY TRIAL DEMAND**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

1 | Having considered the parties' submissions, the record, and the applicable law, the Court hereby **GRANTS** Meta's Motion to Withdraw Its Jury Demand.

**IT IS SO ORDERED.**

Dated: _____

                                        HON. YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT JUDGE