[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-3047-YGR |
| This Document Relates to:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.* Case No.: 4:23-cv-01804 | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXPERTS** |

The undersigned parties jointly stipulate and agree, subject to the Court's approval, to the following terms regarding expert witnesses in the upcoming trial of *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* Case No.: 4:23-cv-01804:

1. Plaintiff Breathitt agrees to (a) withdraw Dr. Drumwright; (b) limit Mr. Johnson (who addresses Defendants' revenue and financial condition) to a punitive damages phase, if there is one; and (c) adhere to the limitations that Judge Kuhl placed on Dr. Chandler's testimony. In exchange, Defendants agree not to introduce evidence or argument about corporal punishment.

2. Each side agrees to reduce its list of general causation experts to four. Defendants reserve the right to present testimony from Drs. Auerbach, Hall, Hampton, and Patten. Defendants withdraw the following general causation experts: Drs. Baiocchi, Becker, Berman, Bryan, Buka, Galvan, Gibbons, Gotlib, Honaker, Kishida, Pfeifer, Platt, Schwartz, Shear, and Tucker. Plaintiff Breathitt reserves the right to present testimony from Drs. Christakis, Lembke,

55901051.1

Telzer, and Twenge. Plaintiff Breathitt withdraws the following general causation experts: Drs. Cingel, Goldfield, Mojtabai, and Murray.

3. The parties reserve their rights to substitute any of their four identified general causation experts should the Court exclude all or part of those experts' opinions pursuant to Rule 702 motions filed prior to March 2, 2026.

**IT IS SO STIPULATED**, through Counsel of Record.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

Respectfully submitted,

Dated: March 4, 2026

*/s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Co-Lead Counsel

RONALD E. JOHNSON, JR.
SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
rjohnson@justicestartshere.com
semery@justicestartshere.com

Counsel for Breathitt

|     |                                                                                                                                                                                                                                                                                                                                                                                |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ |
| 1   |                                                                                                                                                                                                                                                                                                                                                                                |
| 2   | */s/ Ashley W. Hardin*                                                                                                                                                                                                                                                                                                                                                         |
| 3   | Joseph G. Petrosinelli<br>jpetrosinelli@wc.com                                                                                                                                                                                                                                                                                                                                 |
| 4   | Ashley W. Hardin<br>ahardin@wc.com                                                                                                                                                                                                                                                                                                                                             |
| 5   | WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, SW                                                                                                                                                                                                                                                                                                                                |
| 6   | Washington, DC 20024<br>Telephone.: (202) 434-5000                                                                                                                                                                                                                                                                                                                             |
| 7   | Facsimile: (202) 434-5029                                                                                                                                                                                                                                                                                                                                                      |
| 8   | *Attorneys for Defendants YouTube, LLC,*                                                                                                                                                                                                                                                                                                                                       |
| 9   | *and Google LLC*                                                                                                                                                                                                                                                                                                                                                               |
| 10  |                                                                                                                                                                                                                                                                                                                                                                                |
| 11  | */s/ Christian J. Pistilli*<br>Ashley M. Simonsen (Bar No. 275203)                                                                                                                                                                                                                                                                                                             |
| 12  | COVINGTON & BURLING LLP<br>1999 Avenue of the Stars                                                                                                                                                                                                                                                                                                                            |
| 13  | Los Angeles, California 90067<br>Telephone: (424) 332-4800                                                                                                                                                                                                                                                                                                                     |
| 14  | Facsimile: (424) 332-4749<br>Email: asimonsen@cov.com                                                                                                                                                                                                                                                                                                                          |
| 15  |                                                                                                                                                                                                                                                                                                                                                                                |
| 16  | Phyllis A. Jones (*pro hac vice*)<br>Paul W. Schmidt (*pro hac vice*)                                                                                                                                                                                                                                                                                                          |
| 17  | Christian J. Pistilli (*pro hac vice*)<br>COVINGTON & BURLING LLP                                                                                                                                                                                                                                                                                                              |
| 18  | One City Center<br>850 Tenth Street, NW                                                                                                                                                                                                                                                                                                                                        |
| 19  | Washington, DC 20001-4956<br>Telephone: (202) 662-6000                                                                                                                                                                                                                                                                                                                         |
| 20  | Facsimile: (202) 662-6291<br>Email: pajones@cov.com                                                                                                                                                                                                                                                                                                                            |
| 21  | Email: pschmidt@cov.com<br>Email: cpistilli@cov.com                                                                                                                                                                                                                                                                                                                            |
| 22  |                                                                                                                                                                                                                                                                                                                                                                                |
| 23  | *Attorneys for Defendants Meta Platforms, Inc.*                                                                                                                                                                                                                                                                                                                                |
| 24  | *f/k/a Facebook, Inc. and Instagram, LLC*                                                                                                                                                                                                                                                                                                                                      |
| 25  |                                                                                                                                                                                                                                                                                                                                                                                |
| 26  | */s/ Jonathan H. Blavin*<br>JONATHAN H. BLAVIN (SBN 230269)                                                                                                                                                                                                                                                                                                                    |
| 27  | Jonathan.Blavin@mto.com<br>MUNGER, TOLLES & OLSON LLP                                                                                                                                                                                                                                                                                                                          |
| 28  | 560 Mission Street, 27th Floor                                                                                                                                                                                                                                                                                                                                                 |

San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (pro hac vice)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON (pro hac vice)
jessica.davidson@kirkland.com
JOHN J. NOLAN (pro hac vice)
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

*/s/ David P. Mattern*
GEOFFREY M. DRAKE, *pro hac vice*
gdrake@kslaw.com
TACARA D. HARRIS, *pro hac vice*
tharris@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

DAVID P. MATTERN, *pro hac vice*
dmattern@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW

55901051.1

4

Suite 900
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

BAILEY J. LANGNER (SBN 307753)
blangner@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

DANIEL M. PETROCELLI (SB #97802)
dpetrocelli@omm.com
SABRINA H. STRONG (SB #200292)
sstrong@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

STEPHEN D. BRODY, *pro hac vice*
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

55901051.1

5