*[Additional counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> Breathitt County School District, By and Through the Breathitt County Board of Education v. Meta Platforms Inc., et al. <br><br> Case No.: 4:23-CV-1804 | **MDL No. 3047** <br><br> Case No. 4:22-MD-03047-YGR (PHK) <br><br> **TEMPORARY SEALING MOTION RE: PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING FEATURES AND CONDUCT FOR WHICH THERE IS NO EVIDENCE OF HARM TO BREATHITT COUNTY SCHOOL DISTRICT** |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), undersigned Plaintiff files this Temporary Sealing Motion regarding Plaintiff's Response in Opposition to Motion in Limine No. 2 to Exclude Evidence or Argument Regarding Features and Conduct for Which There Is No Evidence of Harm to Breathitt County School District. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2818-1 | Plaintiff's Response in Opposition to Motion in Limine (No. 2) | Not redacted or sealed. |
| ECF No. 2818-2 | Declaration of Ronald Johnson | Not redacted or sealed. |
| ECF No. 2818-3 | Ex. 1, JCCP Order Denying MIL 22 | Not redacted or sealed. |
| ECF No. 2818-4 | Ex. 2, 30(b)(1) Deposition of Jeremy Hall (7/28/25) | Not redacted or sealed. |
| ECF No. 2818-5 | Ex. 3, Excerpt from BREATHITT00214254 | Sealed. |
| ECF No. 2818-6 | Ex. 4, 30(b)(1) Deposition of Jeremy Hall (4/23/25) | Not redacted or sealed. |
| ECF No. 2818-7 | Ex. 5, 30(b)(1) Deposition of Kera Howard (3/10/25) | Not redacted or sealed. |
| ECF No. 2818-8 | Ex. 6, 30(b)(6) Deposition of Kera Howard | Not redacted or sealed. |
| ECF No. 2818-9 | Ex. 7, Declaration of Kera Howard (3/6/26) | Not redacted or sealed. |

Dated: March 9, 2026                    Respectfully submitted,

/s/Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr.
Sarah N. Emery
**HENDY JOHNSON VAUGHN**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Tel: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiffs Breathitt County Board of Education*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic mail on March 9, 2025, to Counsel for Defendants:

MetaNoticeofService@cov.com

SnapNoticeofService@mto.com

TikTokSOP@kslaw.com

SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

mdl3047coleadfirms@listserv.motleyrice.com

pscservicemdl3047@motleyrice.com

/s/Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr.