Ronald E. Johnson, Jr. (*pro hac vice*)
Sarah N. Emery (*pro hac vice*)
**HENDY JOHNSON VAUGHN**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Tel: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiffs Breathitt County Board of Education*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: <br><br> Breathitt County School District, By and Through the Breathitt County Board of Education v. Meta Platforms Inc., et al. <br><br> Case No.: 4:23-CV-1804 | **DECLARATION OF RONALD JOHNSON IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING FEATURES AND CONDUCT FOR WHICH THERE IS NO EVIDENCE OF HARM TO BREATHITT COUNTY SCHOOL DISTRICT** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Magistrate Judge: Hon. Peter H. Kang |

**DECLARATION OF RONALD JOHNSON**

I, Ronald Johnson declare under penalty of perjury:

1. I am an attorney duly admitted to practice law in Ohio and Kentucky and admitted *pro hac vice* in this Court. I am a partner at Hendy Johnson Vaughn, and am counsel for the Plaintiff Breathitt County Board of Education. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2. I submit this Declaration in support of Plaintiff's Response in Opposition to Motion in Limine No. 2 to Exclude Evidence or Argument Regarding Features and Conduct for Which There is No Evidence of Harm to Breathitt County School District filed concurrently with this Declaration.

3. Attached as Exhibit 1 is a true and correct copy of the JCCP Order Denying MIL 22.

4. Attached as Exhibit 2 is a true and correct copy of the cited sections of the 30(b)(1) Deposition of Jeremy Hall, dated July 28, 2025.

5. Attached as Exhibit 3 is a true and correct excerpt from BREATHITT00214254. The original exhibit has been modified from an excel to word document to improve legibility. No information or wording has been changed.

6. Attached as Exhibit 4 is a true and correct copy of the cited sections of the 30(b)(1) Deposition of Jeremy Hall, dated April 23, 2025.

7. Attached as Exhibit 5 is a true and correct copy of the cited sections of the 30(b)(1) Deposition of Kera Howard, dated March 10, 2025.

8. Attached as Exhibit 6 is a true and correct copy of the cited sections of the 30(b)(6) Deposition of Kera Howard, dated March 10, 2025.

9. Attached as Exhibit 7 is a true and correct copy of the Declaration of Kera Howard, dated March 6, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

DATED: March 9, 2026

BY: /s/Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr.
Sarah N. Emery
**HENDY JOHNSON VAUGHN**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Tel: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiffs Breathitt County Board of Education*

---

3
DECLARATION OF RONALD JOHNSON IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING FEATURES AND CONDUCT FOR WHICH THERE IS NO EVIDENCE OF HARM TO BREATHITT COUNTY SCHOOL DISTRICT