# Exhibit 4

CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2
             Case No. 4:22-md-03047-YGR
3                   MDL No. 3047
4
5    IN RE:  SOCIAL MEDIA ADOLESCENT
     ADDICTION/PERSONAL INJURY
6    PRODUCTS LIABILITY LITIGATION,
7    THIS DOCUMENT RELATES TO:
8    Breathitt County School District,
     By and Through The Breathitt
9    Board of Education
     v. Meta Platforms, Inc., et al.
10
     Member Case No.:  4:23-cv-01804
11   _____
12            DEPOSITION OF:  JEREMY HALL
        CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
13   _____
14   The video deposition of Jeremy Hall was taken before
15   Janine N. Leroux, Stenographic Court Reporter and
16   Notary Public in and for the State of Kentucky, at
17   the Breathitt County Schools Central Office located
18   at 420 Court Street, Jackson, Kentucky commencing
19   on April 23rd, 2025 at the approximate hour of
20   9:27 a.m.  This deposition was taken in accordance
21   with Federal Rules of Civil Procedure 26 and 30.
22
23
24
25

CONFIDENTIAL

Page 41

```
 1    paragraph, you state:  If you haven't already, I'd
 2    like to invite you to follow us on social media
 3    for our Sebastian Elementary page on Facebook.
 4         A.    Yes.
 5         Q.    Sebastian Elementary uses Facebook to
 6    communicate with parents and students, right?
 7         A.    Yes.
 8         Q.    Does Sebastian Elementary use any other
 9    forms of social media?
10         A.    No.  It's primarily Facebook.
11         Q.    And Sebastian Elementary has maintained
12    a Facebook page throughout your entire tenure at
13    Sebastian Elementary?
14         A.    Yes.
15         Q.    And you -- and in your letter to
16    parents at the beginning of the school year, you
17    encourage them to engage with the school on -- on
18    social media, right?
19         A.    Through our Facebook page, yes.
20         Q.    Okay.  And the same goes to students.
21    You're encouraging students to engage with the
22    school on your Facebook page as well.
23         A.    Yes.
24         Q.    If you go to the next page that's
25    titled:  Goals for the 2019-2020 School Year, do
```

Page 76

1    look for.  So it would be great for us to have a
2    way to be trained on how to even look at -- you
3    know, how do we look at Snapchat to figure this
4    stuff out, or how do we look at these different
5    platforms, and even the new ones that may be
6    developed probably as we speak.
7         Q.    You've mentioned Snapchat now several
8    times, and I think I recall you saying that that
9    is probably one of the bigger problems you have.
10              Is there anything in particular about
11   the Snapchat platform that makes it so problematic
12   for you?
13              MR. DePAZ:  Object to the form.  Object
14        to the from.
15        A.    It's very hard to report incidents to
16   get things taken down.  It's very difficult.  That
17   process is not an easy one.  So by the time you do
18   get something done about it, it's spread to so
19   many people that's it's become a even major --
20   even more of a major problem than it was when it
21   first started, so that's probably the biggest, I
22   guess, gripe that I would have about Snapchat.
23        Q.    Is there anything different with how
24   children and students are able to interact with
25   each other that differs from Snapchat to the other

Page 96

```
 1    screenshots of the messages, photos and videos
 2    they receive over Snapchat, true?
 3         A.    That is true.
 4         Q.    Okay.  And is that how Snapchat-related
 5    incidents are sometimes reported to the District?
 6              MS. EMERY:  Could you repeat the
 7         question, please?
 8              MS. SPRAGUE:  Yeah, absolutely.
 9         Q.    Does the School District learn about
10    Snapchat-related incidents because of screenshots
11    that are shared with you?
12         A.    A combination of both, the actual
13    Snapchat platform and through the phones that the
14    kids have had.
15         Q.    Okay.  When you say "the phones that
16    the kids have had," do you mean as in the phones
17    get confiscated and that's how you learn of it?
18         A.    Yes, or their own personal phones.
19         Q.    As in the students tell you what
20    they're seeing on their personal phones?
21         A.    They may or we may be -- we may have
22    confiscated it in -- in -- related to an
23    investigation.
24         Q.    Okay.  And so when you confiscated it
25    related to an investigation, you can see that
```

Page 97

1   they're using Snapchat.
2       A.   Yes.
3       Q.   Okay.  How do you see that they're
4   using Snapchat on their phones?
5       A.   We know the symbols and we are --
6   they're able to tell us as well when we talk to
7   them.
8       Q.   Okay.  And so the students will tell
9   you that they -- that Snapchat was related to the
10  incident?
11      A.   Or the images come up that stand for
12  Snapchat.  We know what Snapchat looks like.
13      Q.   Okay.  And when you say "the images,"
14  are you talking about screenshots or are the kids
15  opening messages and showing them to you?
16      A.   They'll open the message and show them
17  to us from the actual platform, or they will show
18  us a screenshot that shows the Snapchat background
19  in it.
20      Q.   Okay.  And do you have any sense of
21  whether the messages they're showing you have been
22  saved by the users?
23      A.   We do our best to eliminate all videos
24  and pictures as we can, but sometimes they are
25  good at hiding them.

Page 98

1  Q. Okay.
2  A. We do check hidden files and all that
3  stuff.
4  Q. Okay. So -- so we just talked about,
5  you know, taking screenshots of the messages and
6  photos and videos that they receive over Snapchat.
7  Would it be fair to say that students can also
8  take screenshots of messages, photos and videos
9  that they receive over text message?
10 A. Yes. It would be fair to say that.
11         MS. SPRAGUE: Okay. That's all that I
12    have for you. Thank you so much, Mr. Hall.
13         THE WITNESS: Thank you.
14         MS. EMERY: I just have a few follow-up
15    questions.
16                 EXAMINATION
17 BY MS. EMERY:
18 Q. Earlier, you were asked whether the
19 School Dis -- whether the school had considered a
20 cellphone ban. Do you recall that?
21 A. Yes.
22 Q. And you had said that that was -- you
23 decided that that was not the right decision for
24 your school?
25 A. Yes.

Page 104

1      STATE OF KENTUCKY       )
                               )
2      COUNTY OF MONTGOMERY    )
3              I, JANINE N. LEROUX, Court Reporter and
4      Notary Public in and for the State of Kentucky at
5      Large, certify that the facts stated in the
6      caption hereto are true, and that at the time and
7      place stated in said caption the witness named in
8      the caption hereto personally appeared before me.
9              I further certify that after being duly
10     sworn by me the witness was examined by counsel
11     for the parties, and that said testimony was taken
12     in stenotype by me and later reduced to
13     computer-aided transcription, and that the
14     foregoing is a true record of the testimony given
15     by said witness.
16             The foregoing deposition has been
17     submitted to the witness for reading and signing.
18
19
20
21
22
23        JANINE LEROUX - COURT REPORTER
          NOTARY PUBLIC STATE-AT-LARGE
24        MY COMMISSION EXPIRES: NOVEMBER 26, 2027
          NOTARY ID KYNP1406
25