# Exhibit 5

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
                                                         Page 1

 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2
                Case No. 4:22-md-03047-YGR
 3                    MDL No. 3047
 4    IN RE:  SOCIAL MEDIA ADOLESCENT
      ADDICTION/PERSONAL INJURY
 5    PRODUCTS LIABILITY LITIGATION,
 6    THIS DOCUMENT RELATES TO:
      Breathitt County School District,
 7    By and Through The Breathitt
      Board of Education
 8    v. Meta Platforms, Inc., et al.
 9    Member Case No.:  4:23-cv-01804
10    _____
11           DEPOSITION OF:  KERA HOWARD
      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
12    _____
13    The video deposition of Kera Howard was taken before
14    Janine N. Leroux, Stenographic Court Reporter and
15    Notary Public in and for the State of Kentucky, at
16    the Breathitt County Schools Central Office located
17    at 420 Court Street, Jackson, Kentucky commencing
18    on March 10th, 2025, at the approximate hour of
19    12:45 p.m. This deposition was taken in accordance
20    with Federal Rules of Civil Procedure 26 and 30.
21
22
23
24
25    Job No. MDLG7222610-2
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 44

```
 1    there?
 2         A.    Out of the two things?
 3         Q.    Well, yeah, I thought you said those
 4    were the two things.  Are there any other things
 5    that students are coming to you for on social
 6    media?
 7         A.    I was just making sure that that's what
 8    you meant.
 9               I would say that 90% of students that
10    come to me -- or probably more like 95 to 98%
11    students come to me with an issue that has
12    developed on social media by someone saying
13    something inappropriate to them or sending around
14    photos of them or X, Y and Z.
15         Q.    Okay.  So of all the issues that you
16    see in students relating to social media, 95 to
17    98% relates to harmful content posted by others.
18         A.    Yes.
19         Q.    And then the remaining 2 to 5% relates
20    to students coming forward with information about
21    viral challenges?
22         A.    Yes.
23         Q.    And those are the only social media
24    issues you see.
25         A.    Other than students will reach out --
```

Page 46

1      STATE OF KENTUCKY       )
                               )
2      COUNTY OF MONTGOMERY    )
3              I, JANINE N. LEROUX, Court Reporter and
4      Notary Public in and for the State of Kentucky at
5      Large, certify that the facts stated in the
6      caption hereto are true, and that at the time and
7      place stated in said caption the witness named in
8      the caption hereto personally appeared before me.
9              I further certify that after being duly
10     sworn by me the witness was examined by counsel
11     for the parties, and that said testimony was taken
12     in stenotype by me and later reduced to
13     computer-aided transcription, and that the
14     foregoing is a true record of the testimony given
15     by said witness.
16              The foregoing deposition has been
17     submitted to the witness for reading and signing.
18
19
20
21
22
23          JANINE LEROUX - COURT REPORTER
            NOTARY PUBLIC STATE-AT-LARGE
24          MY COMMISSION EXPIRES: NOVEMBER 26, 2027
            NOTARY ID KYNP1406
25