# Exhibit 6

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
                                                          Page 1

 1               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2
                 Case No. 4:22-md-03047-YGR
 3                      MDL No. 3047
 4    IN RE:  SOCIAL MEDIA ADOLESCENT
      ADDICTION/PERSONAL INJURY
 5    PRODUCTS LIABILITY LITIGATION,
 6    THIS DOCUMENT RELATES TO:
      Breathitt County School District,
 7    By and Through The Breathitt
      Board of Education
 8    v. Meta Platforms, Inc., et al.
 9    Member Case No.:  4:23-cv-01804
10    _____
11        DEPOSITION OF:  KERA HOWARD 30(b)(6)
      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
12    _____
13    The video deposition of Kera Howard was taken before
14    Janine N. Leroux, Stenographic Court Reporter and
15    Notary Public in and for the State of Kentucky, at
16    the Breathitt County Schools Central Office located
17    at 420 Court Street, Jackson, Kentucky commencing
18    on March 10th, 2025, at the approximate hour of
19    8:59 a.m.  This deposition was taken in accordance
20    with Federal Rules of Civil Procedure 26 and 30.
21
22
23
24
25    Job No. MDLG7222610-1
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 105

```
 1        A.    I do not.
 2        Q.    So you don't know the period over which
 3   this 200 to 220 students --
 4        A.    It would have been in that school year.
 5        Q.    You're saying this is for a specific
 6   school year?
 7        A.    No.  This is from 2017 to 2018, since
 8   that school year, so it would have just been since
 9   that period of time.
10        Q.    So essentially this was in call it
11   2013 -- 2013 or so -- 20 -- strike that.
12              2023 or so, counselors were asked to
13   provide their best recollection --
14        A.    Yes.
15        Q.    -- going all the way back to 2017?
16        A.    Yes.
17        Q.    And then what does it mean to say they
18   were seen due to issues relating to social media?
19        A.    In my personal experience at my
20   facility, students will come in and normally the
21   first thing they do is turn their phone around and
22   say, look at this.  And it's always -- it's
23   normally a social media platform where someone
24   else is communicating with them, either in an
25   inappropriate way or something of that nature, or
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 106

1  they have posted something about them.  And that
2  then leads to them having anxiety or something of
3  that nature that we then have to handle in those
4  situations.
5       Q.   So its -- its -- they are upset because
6  of the content posted by another student?
7       A.   Normally directed toward them, yes.
8       Q.   So the sort of -- I just want to make
9  sure I understand it.  What's -- what's causing
10 their issue is what another kid is saying about
11 them?
12      A.   Yes.  Or spread about them.  We've also
13 had nude pictures sent to -- via social media to
14 other students or pictures of them taken while in
15 school that have been sent to other students.
16      Q.   And so it's -- it's the -- the students
17 are bothered by the content of what another kid is
18 posting?
19      A.   It is, normally, yes.
20      Q.   And like is that the majority of what
21 this 200 to 220 student estimate is based on?
22      A.   Yes, I would say so.
23      Q.   So it's mostly what the other -- social
24 media is upsetting them because other kids are
25 using it to communicate about them in a way that

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 154

1   STATE OF KENTUCKY       )
                            )
2   COUNTY OF MONTGOMERY    )

3           I, JANINE N. LEROUX, Court Reporter and
4   Notary Public in and for the State of Kentucky at
5   Large, certify that the facts stated in the
6   caption hereto are true, and that at the time and
7   place stated in said caption the witness named in
8   the caption hereto personally appeared before me.
9           I further certify that after being duly
10  sworn by me the witness was examined by counsel
11  for the parties, and that said testimony was taken
12  in stenotype by me and later reduced to
13  computer-aided transcription, and that the
14  foregoing is a true record of the testimony given
15  by said witness.
16          The foregoing deposition has been
17  submitted to the witness for reading and signing.
18
19
20
21
22
23          JANINE LEROUX - COURT REPORTER
            NOTARY PUBLIC STATE-AT-LARGE
24          MY COMMISSION EXPIRES: NOVEMBER 26, 2027
            NOTARY ID KYNP1406
25