# Exhibit 7

## Affidavit of Kera Howard

1. My name is Kera Howard and I make this declaration based on my personal knowledge.

2. I have given my deposition twice in this litigation on March 10, 2025: as an individual fact witness and as a corporate representative of Breathitt County School District.

3. During these depositions, I was not asked any questions about beauty filters or CSAM.

4. During my individual deposition, I testified that 95 to 98% of students who come to me with issues that have developed on social media by someone saying something inappropriate to them or sending around photos of them. In this testimony, I was in part referencing my experience at Breathitt High School with students coming to me because they have been ridiculed for images of them that were distorted by filters, including beauty filters. The distortion of these photos by filters have caused harm to students.

5. During my corporate representative deposition, I testified that I have seen students for anxiety and distress resulting from social media posts about them and nude pictures sent via social media. I was never asked follow up questions about these nude pictures. In this testimony regarding nude photos, I was referencing instances of CSAM shared by Breathitt High School students on social media.

6. During my corporate representative deposition, I was asked about issues I spend time talking to students about. I testified that I meet with a lot of students who have sent inappropriate pictures of themselves that are then circulated via social media. The examiner in this deposition did not ask any follow up questions about the nature of these inappropriate pictures. In this testimony, I was referencing instances of CSAM shared by Breathitt High School students on social media.

1

Executed on __03 06__, 2026.

*Kera Howard*

Kera Howard