1  [Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS** |
| *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* | |
| *Tucson Unified School District v. Meta Platforms, Inc., et al.* | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |
| *Charleston County School District v. Meta Platforms, Inc., et al.* | |
| *Irvington Public Schools v. Meta Platforms, Inc., et al.* | |
| *Dekalb County School District v. Meta Platforms, Inc., et al.* | |
| *Board of Education of Harford County v. Meta Platforms, Inc., et al.* | |

**STIPULATION**

The School District Plaintiffs request that the Court order that the entirety of ECF No. 2813 be permanently removed from the docket. These are exhibits to the School District Plaintiffs' Omnibus Opposition to Defendants' Motions for Summary Judgment (ECF No. ECF 2414-1), for which the Court denied Defendants' disputed relevance-based sealing requests pursuant to its Order Regarding Sealing of Replacement Exhibits to Plaintiffs' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment (ECF No. 2812). However, these exhibits should have been filed partially under seal to the extent they contained undisputed redactions that were stipulated pursuant to the Parties' Joint Notice Regarding Sealing or Public Disclosure of Replacement Exhibits to Plaintiffs' Corrected Omnibus Opposition to Defendants' Motions for Summary Judgment (ECF 2729) and ordered by the Court in Case Management Order No. 32 (ECF No. 2748).

The School District Plaintiffs reached out to the Clerk's Office immediately after being notified of this fact by Defendants, and the documents have been temporarily removed by the Court's ECF Clerk pending the Court's entry of this proposed order.

In light of the above, Plaintiffs respectfully ask that the documents at ECF No. 2813 be permanently removed from the docket. The Defendants impacted by this issue agree to this request.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

ECF No. 2813, including all attachments thereto (the "Documents") shall be permanently removed from the docket.

Any Party, counsel, or member of the public who may have obtained copies of the Documents during the time period that they were publicly available, including through ECF Court alerts that automatically generate PDF copies of documents filed in the case, shall immediately delete and destroy them.

DATED: _____          _____
                                HON. YVONNE GONZALEZ ROGERS
                                UNITED STATES DISTRICT JUDGE
                                Respectfully submitted,

| | | |
|---|---|---|
| 1 | Dated: March 9, 2026 | By: */s/ William D. Harris II* |
| 2 | | JENNIE L. ANDERSON |
| | | WILLIAM D. HARRIS II |
| 3 | | **ANDRUS ANDERSON LLP** |
| | | 1970 Broadway, Suite 1070 |
| 4 | | Oakland, CA 94612 |
| | | Telephone: 415-986-1400 |
| 5 | | will.harris@adrusanderson.com |

*Liaison Counsel for School District Plaintiffs*

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com


LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel for School District Plaintiffs*

*/s/ Ashley W. Hardin*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendants YouTube, LLC, and Google LLC*


By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
**COVINGTON & BURLING LLP**

4

One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (424) 332-4800

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*


By: /s/ *Jonathan H. Blavin*
JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (pro hac vice)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON (pro hac vice)
jessica.davidson@kirkland.com
JOHN J. NOLAN (pro hac vice)
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

**FILER'S ATTESTATION**

I, William D. Harris II, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 9, 2026

By: */s/ William D. Harris II*