[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.,* Case No.: 4:23-CV-01804 | MDL No. 3047<br><br>Case No. 4:22-md-3047-YGR<br><br>**DECLARATION OF MICHAEL M. WEINKOWITZ IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE HEARSAY TESTIMONY**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

I, Michael M. Weinkowitz, declare:

1. I am a partner in the law firm of Levin, Sedran & Berman LLC and serve as Court-appointed member of the Plaintiff Leadership Committee and Co-Chair of the School District Committee in this action. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to them. I submit this Declaration in support of Plaintiff Breathitt County School District's *Response in Opposition to Defendants' Motion In Limine No. 4 to Exclude Hearsay Testimony.*

2. Attached hereto as **Exhibit 1** is a true and correct copy of Dr. Hoover's Amended

Rebuttal Report for Breathitt County Board of Education dated August 7, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the email exchange between Joseph Sandoval-Bushur and Melissa Yeates dated June 3–6, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct excerpt of the Rule 30(b)(6) deposition of Kera Howard taken on March 10, 2025.

5. Attached hereto as **Exhibit 4** is a true and correct excerpt of the Rule 30(b)(6) deposition of Phillip Watts taken on April 22, 2025.

6. Attached hereto as **Exhibit 5** is a true and correct excerpt of the deposition of Jeremy Hall taken on April 23, 2025.

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Executed on March 9, 2026 in Philadelphia, Pennsylvania.

/s/ *Michael Weinkowitz*
MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsblaw.com

*Co-chair of School District Committee*
*Plaintiffs Leadership Committee*
*Counsel for Breathitt*