# EXHIBIT 3

1           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2
            Case No. 4:22-md-03047-YGR
3                  MDL No. 3047

4    IN RE:  SOCIAL MEDIA ADOLESCENT
     ADDICTION/PERSONAL INJURY
5    PRODUCTS LIABILITY LITIGATION,

6    THIS DOCUMENT RELATES TO:
     Breathitt County School District,
7    By and Through The Breathitt
     Board of Education
8    v. Meta Platforms, Inc., et al.

9    Member Case No.:  4:23-cv-01804

10   _____

11        DEPOSITION OF:  KERA HOWARD 30(b)(6)
     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
12   _____

13   The video deposition of Kera Howard was taken before

14   Janine N. Leroux, Stenographic Court Reporter and

15   Notary Public in and for the State of Kentucky, at

16   the Breathitt County Schools Central Office located

17   at 420 Court Street, Jackson, Kentucky commencing

18   on March 10th, 2025, at the approximate hour of

19   8:59 a.m.   This deposition was taken in accordance

20   with Federal Rules of Civil Procedure 26 and 30.

21

22

23

24

25   Job No. MDLG7222610-1

1        A.      I do not.
2        Q.      So you don't know the period over which
3    this 200 to 220 students --
4        A.      It would have been in that school year.
5        Q.      You're saying this is for a specific
6    school year?
7        A.      No.  This is from 2017 to 2018, since
8    that school year, so it would have just been since
9    that period of time.
10       Q.      So essentially this was in call it
11   2013 -- 2013 or so -- 20 -- strike that.
12               2023 or so, counselors were asked to
13   provide their best recollection --
14       A.      Yes.
15       Q.      -- going all the way back to 2017?
16       A.      Yes.
17       Q.      And then what does it mean to say they
18   were seen due to issues relating to social media?
19       A.      In my personal experience at my
20   facility, students will come in and normally the
21   first thing they do is turn their phone around and
22   say, look at this.  And it's always -- it's
23   normally a social media platform where someone
24   else is communicating with them, either in an
25   inappropriate way or something of that nature, or

```
1    they have posted something about them.  And that
2    then leads to them having anxiety or something of
3    that nature that we then have to handle in those
4    situations.
5         Q.   So its -- its -- they are upset because
6    of the content posted by another student?
7         A.   Normally directed toward them, yes.
8         Q.   So the sort of -- I just want to make
9    sure I understand it.  What's -- what's causing
10   their issue is what another kid is saying about
11   them?
12        A.   Yes.  Or spread about them.  We've also
13   had nude pictures sent to -- via social media to
14   other students or pictures of them taken while in
15   school that have been sent to other students.
16        Q.   And so it's -- it's the -- the students
17   are bothered by the content of what another kid is
18   posting?
19        A.   It is, normally, yes.
20        Q.   And like is that the majority of what
21   this 200 to 220 student estimate is based on?
22        A.   Yes, I would say so.
23        Q.   So it's mostly what the other -- social
24   media is upsetting them because other kids are
25   using it to communicate about them in a way that
```

1  STATE OF KENTUCKY      )
                          )
2  COUNTY OF MONTGOMERY   )

3         I, JANINE N. LEROUX, Court Reporter and
4  Notary Public in and for the State of Kentucky at
5  Large, certify that the facts stated in the
6  caption hereto are true, and that at the time and
7  place stated in said caption the witness named in
8  the caption hereto personally appeared before me.
9         I further certify that after being duly
10 sworn by me the witness was examined by counsel
11 for the parties, and that said testimony was taken
12 in stenotype by me and later reduced to
13 computer-aided transcription, and that the
14 foregoing is a true record of the testimony given
15 by said witness.
16        The foregoing deposition has been
17 submitted to the witness for reading and signing.
18
19
20
21
22         <%1248,Signature%>
23         JANINE LEROUX - COURT REPORTER
           NOTARY PUBLIC STATE-AT-LARGE
24         MY COMMISSION EXPIRES: NOVEMBER 26, 2027
           NOTARY ID KYNP1406
25