# EXHIBIT 4

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| 2 | |
| | Case No. 4:22-md-03047-YGR |
| 3 | MDL No. 3047 |
| 4 | |
| 5 | IN RE:  SOCIAL MEDIA ADOLESCENT |
| | ADDICTION/PERSONAL INJURY |
| 6 | PRODUCTS LIABILITY LITIGATION, |
| 7 | THIS DOCUMENT RELATES TO: |
| 8 | Breathitt County School District, |
| | By and Through The Breathitt |
| 9 | Board of Education |
| | v. Meta Platforms, Inc., et al. |
| 10 | |
| | Member Case No.:  4:23-cv-01804 |
| 11 | _____ |
| 12 | DEPOSITION OF:  PHILLIP WATTS 30(b)(6) |
| | CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER |
| 13 | _____ |
| 14 | The video deposition of Phillip Watts was taken |
| 15 | before Janine N. Leroux, Stenographic Court Reporter |
| 16 | and Notary Public in and for the State of Kentucky, |
| 17 | at the Breathitt County Schools Central Office |
| 18 | located at 420 Court Street, Jackson, Kentucky |
| 19 | commencing on April 22nd, 2025, at the approximate |
| 20 | hour of 9:00 a.m.  This deposition was taken in |
| 21 | accordance with Federal Rules of Civil Procedure 26 |
| 22 | and 30. |
| 23 | |
| 24 | |
| 25 | |

1  information like this, right?
2       A.    Yes.
3       Q.    All right.  And your answer was that
4  you think the parents and kids of this district
5  are addicted to Facebook.
6       A.    Correct.
7       Q.    Okay.  What's your basis for saying
8  that?
9       A.    All of the challenges that were brought
10 to school on an individual basis, all the
11 decisions we make sometimes center around social
12 media, just watching the counselors, the
13 principals, students coming in with their phones
14 out asking for help with things that went on
15 online, on social media, and they're asking us to
16 provide guidance and support for things that
17 happened outside of school.
18            And then when something does happen,
19 things that are posted online can make things very
20 stressful for attendance, grades.  It can change
21 the learning environment.
22      Q.    All right.  So we're going to unpack a
23 lot of that because I've looked at a lot of the
24 documents for Breathitt County, and I'm hoping
25 you're going to help me make sense of it today.

1    STATE OF KENTUCKY       )
                             )
2    COUNTY OF MONTGOMERY    )

3         I, JANINE N. LEROUX, Court Reporter and
4    Notary Public in and for the State of Kentucky at
5    Large, certify that the facts stated in the
6    caption hereto are true, and that at the time and
7    place stated in said caption the witness named in
8    the caption hereto personally appeared before me.
9         I further certify that after being duly
10   sworn by me the witness was examined by counsel
11   for the parties, and that said testimony was taken
12   in stenotype by me and later reduced to
13   computer-aided transcription, and that the
14   foregoing is a true record of the testimony given
15   by said witness.
16        The foregoing deposition has been
17   submitted to the witness for reading and signing.
18
19
20
21
22         <%1248,Signature%>
23         JANINE LEROUX - COURT REPORTER
           NOTARY PUBLIC STATE-AT-LARGE
24         MY COMMISSION EXPIRES: NOVEMBER 26, 2027
           NOTARY ID KYNP1406
25