# EXHIBIT 5

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| 2 | |
| | Case No. 4:22-md-03047-YGR |
| 3 | MDL No. 3047 |
| 4 | |
| 5 | IN RE:  SOCIAL MEDIA ADOLESCENT |
| | ADDICTION/PERSONAL INJURY |
| 6 | PRODUCTS LIABILITY LITIGATION, |
| 7 | THIS DOCUMENT RELATES TO: |
| 8 | Breathitt County School District, |
| | By and Through The Breathitt |
| 9 | Board of Education |
| | v. Meta Platforms, Inc., et al. |
| 10 | |
| | Member Case No.:  4:23-cv-01804 |
| 11 | _____ |
| 12 | DEPOSITION OF:  JEREMY HALL |
| | CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER |
| 13 | _____ |
| 14 | The video deposition of Jeremy Hall was taken before |
| 15 | Janine N. Leroux, Stenographic Court Reporter and |
| 16 | Notary Public in and for the State of Kentucky, at |
| 17 | the Breathitt County Schools Central Office located |
| 18 | at 420 Court Street, Jackson, Kentucky commencing |
| 19 | on April 23rd, 2025 at the approximate hour of |
| 20 | 9:27 a.m.  This deposition was taken in accordance |
| 21 | with Federal Rules of Civil Procedure 26 and 30. |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

1    they're using Snapchat.
2        A.    Yes.
3        Q.    Okay.  How do you see that they're
4    using Snapchat on their phones?
5        A.    We know the symbols and we are --
6    they're able to tell us as well when we talk to
7    them.
8        Q.    Okay.  And so the students will tell
9    you that they -- that Snapchat was related to the
10   incident?
11       A.    Or the images come up that stand for
12   Snapchat.  We know what Snapchat looks like.
13       Q.    Okay.  And when you say "the images,"
14   are you talking about screenshots or are the kids
15   opening messages and showing them to you?
16       A.    They'll open the message and show them
17   to us from the actual platform, or they will show
18   us a screenshot that shows the Snapchat background
19   in it.
20       Q.    Okay.  And do you have any sense of
21   whether the messages they're showing you have been
22   saved by the users?
23       A.    We do our best to eliminate all videos
24   and pictures as we can, but sometimes they are
25   good at hiding them.

1    STATE OF KENTUCKY         )
                               )
2    COUNTY OF MONTGOMERY      )

3            I, JANINE N. LEROUX, Court Reporter and
4    Notary Public in and for the State of Kentucky at
5    Large, certify that the facts stated in the
6    caption hereto are true, and that at the time and
7    place stated in said caption the witness named in
8    the caption hereto personally appeared before me.
9            I further certify that after being duly
10   sworn by me the witness was examined by counsel
11   for the parties, and that said testimony was taken
12   in stenotype by me and later reduced to
13   computer-aided transcription, and that the
14   foregoing is a true record of the testimony given
15   by said witness.
16           The foregoing deposition has been
17   submitted to the witness for reading and signing.
18
19
20
21
22           <%1248,Signature%>
23           JANINE LEROUX - COURT REPORTER
             NOTARY PUBLIC STATE-AT-LARGE
24           MY COMMISSION EXPIRES: NOVEMBER 26, 2027
             NOTARY ID KYNP1406
25