Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

[Additional counsel listed on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Breathitt County Board of Education vs. Meta Platforms, Inc. et al*<br>Case No.: 4:23-CV-01804 | MDL No. 3047<br><br>Case No. 4:22-MD-03047-YGR-PHK<br><br>**TEMPORARY SEALING MOTION (DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE REFERENCE TO PAST LITIGATION AND ATTORNEY BUSINESS PRACTICES)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants submit this Temporary Sealing Motion regarding their Opposition to Plaintiff's Motion in Limine No. 1 to Exclude Reference to Past Litigation and Attorney Business Practices. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Designating Party |
|---|---|---|
| 2824-3 | Ex. 1 to the Declaration of Ashley M. Simonsen (Watts Dep. Ex. 7) | Plaintiff |
| 2824-4 | Ex. 2 to the Declaration of Ashley M. Simonsen (BREATHITT00333457) | Plaintiff |

DATED: March 9, 2026

Respectfully submitted,

By:   /s/ Ashley M. Simonsen

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Christian J. Pistilli (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com
Email: cpistilli@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*