UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc.*, et al. | MDL No. 3047<br><br>Case No.: 4:23-cv-01804-YGR<br><br>**DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE REFERENCE TO PAST LITIGATION AND ATTORNEY BUSINESS PRACTICES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

1

DECLARATION OF ASHLEY M. SIMONSEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE REFERENCE TO PAST LITIGATION AND ATTORNEY BUSINESS PRACTICES
4:22-md-03047-YGR

## DECLARATION OF ASHLEY M. SIMONSEN

I, Ashley M. Simonsen, declare as follows:

I am a partner with the law firm Covington & Burling LLP, counsel of record for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC. I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

1. Attached hereto as **Exhibit 1** is a true and correct copy of Exhibit 7 from the April 22, 2025, deposition of Phillip Watts, Bates number BREATHITT00368802.

2. Attached hereto as **Exhibit 2** is a true and correct copy of BREATHITT00333457.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 9, 2026

By:   */s/ Ashley M. Simonsen*
      Ashley M. Simonsen