WILLIAMS & CONNOLLY LLP
Ashley W. Hardin, *pro hac vice*
J. Andrew Keyes, *pro hac vice*
Neelum J. Wadhwani (SBN 247948)
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
ahardin@wc.com
akeyes@wc.com
nwadhwani@wc.com

*Attorney for Defendants YouTube, LLC and Google LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR-PHK |
| This Document Relates To: | **DECLARATION OF ASHLEY W. HARDIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE REFERENCE TO SOCIAL MEDIA HABITS OR THE MENTAL HEALTH OF CHILDREN OR OTHER FAMILY MEMBERS NOT DISCLOSED IN DISCOVERY** |
| *Breathitt County Board of Education v. Meta Platforms, Inc., et al.* Case No.: 4:23-CV-1804 | |
| | Judge: Hon. Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang |
| | Date: March 18, 2026 Time: 9:00 AM Place: Courtroom 1, 4th Floor |

## DECLARATION OF ASHLEY W. HARDIN

I, Ashley W. Hardin, declare as follows:

1. I am a partner with the law firm Williams & Connolly LLP, counsel of record for Defendants YouTube, LLC and Google LLC. This declaration is based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto. I offer this declaration without waiving or intent to waive attorney-client privilege.

2. Attached as **Exhibit 1** is a true copy of excerpts from the transcript of the Deposition of John Harding, YouTube's Vice President of Engineering for YouTube Music and YouTube Premium.

3. Attached as **Exhibit 2** is a true copy of excerpts from the transcript of the Deposition of Jonathan Jaklitsch, Snap's Head of Growth Strategy and Analytics.

4. Attached as **Exhibit 3** is a true copy of excerpts from the transcript of the Deposition of James Beser, YouTube's Senior Director of Product Management, YouTube Youth.

*/s/ Ashley W. Hardin*
Ashley W. Hardin

1

DECLARATION OF ASHLEY W. HARDIN (DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE REFERENCE TO SOCIAL MEDIA HABITS OR THE MENTAL HEALTH OF CHILDREN OR OTHER FAMILY MEMBERS NOT DISCLOSED IN DISCOVERY)
Case No. 4:22-MD-03047-YGR