CONFIDENTIAL

Page 1

```
 1           UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2
     IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No.
 3   ADDICTION/PERSONAL INJURY      ) 4:22-MD-3047-YGR
     PRODUCTS LIABILITY LITIGATION  )
 4   _____)
 5
       SUPERIOR COURT OF THE STATE OF CALIFORNIA
 6            FOR THE COUNTY OF LOS ANGELES
              SPRING STREET COURTHOUSE
 7
 8   COORDINATION PROCEEDING        )
     SPECIAL TITLE [RULE 3.400]     ) Lead Case No.
 9                                  ) 22STCV21355
     SOCIAL MEDIA CASES             )
10   _____)
                                    )
11   This Document Relates to:      )
                                    )
12   ALL CASES                      )
     _____)
13
14              Thursday, May 29, 2025
15    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16          Video-Recorded Oral Deposition of
     JONATHAN JAKLITSCH held at the offices of
17   Womble Bond Dickenson, 201 East Washington,
     Suite 1200, Phoenix, Arizona, commencing at
18   8:49 a.m. MST on the above date, before Debra
     A. Dibble, Fellow of the Academy of
19   Professional Reporters, Certified Court
     Reporter, Registered Diplomate Reporter,
20   Certified Realtime Reporter and California
     CSR #14345.
21
22
23
24              GOLKOW - VERITEXT
           877.370.DEPS | fax 917.591.5672
25              deps@golkow.com
```

```
 1   A P P E A R A N C E S:
 2
 3       GOZA & HONNOLD LLC
         BY:   BRADLEY D. HONNOLD, ESQUIRE
 4             bhonnold@gohonlaw.com
         9500 Nall Avenue
 5       Suite 400
         Overland Park, Kansas 66207
 6       (913)451-3433
         Counsel for MDL and JCCP Plaintiffs
 7
 8       MUNGER TOLLES & OLSON LLP
         BY:   LAURA M. LÓPEZ, ESQUIRE
 9             laura.lopez@mto.com
               FAYE PAUL TELLER, ESQUIRE
10             faye.teller@mto.com
               GARRETT SOLBERG, ESQUIRE (via Zoom)
11             garrett.solberg@mto.com
         350 South Grand Avenue
12       50th Floor
         Los Angeles, California 90071
13       (213)683-9100
         Counsel for Defendant Snap Inc. and
14       the Witness
15
16       KING & SPALDING LLP
         BY:   ANTONIO LEWIS, ESQUIRE  (via Zoom)
17             alewis@kslaw.com
         300 S Tryon Street
18       Suite 1700
         Charlotte, North Carolina 28202
19       (703) 503-2600
         Counsel for Defendants TikTok Inc.
20       and ByteDance Inc.
21
22
23
24
25
```

```
                                                       Page 3
 1         APPEARANCES (Cont.)
 2         COVINGTON & BURLING LLP
           BY:   William Paustenbach (via Zoom)
 3               wpaustenbach@cov.com
           One CityCenter
 4         850 Tenth Street NW
           Washington, D.C. 20001
 5         (202)662-6000
           Counsel for Defendants Meta
 6         Platforms, Inc. f/k/a Facebook,
           Inc.; Facebook Holdings, LLC;
 7         Facebook Operations, LLC; Facebook
           Payments, Inc.; Facebook Technologies, LLC; Instagram,
 8         LLC; Siculus, Inc.; Mark Elliot
           Zuckerberg
 9
10         -and-
11         COVINGTON & BURLING LLP
           BY:   DAVID A. LUTTINGER, JR., ESQUIRE   (via Zoom)
12               dluttinger@cov.com
           The New York Times Building
13         620 Eighth Avenue
           New York, New York 10018
14         (212)841-1000
           Counsel for Defendants Meta
15         Platforms, Inc. f/k/a Facebook,
           Inc.; Facebook Holdings, LLC;
16         Facebook Operations, LLC; Facebook
           Payments, Inc.; Facebook Technologies, LLC; Instagram,
17         LLC; Siculus, Inc.; and Mark Elliot
           Zuckerberg
18
19         WILSON SONSINI GOODRICH & ROSATI PC
           BY:   TOMAS ARRIAGA, ESQUIRE (via Zoom)
20               tarriaga@wsgr.com
           953 East Third Street
21         Suite 100
           Los Angeles, California 90013
22         (323) 210-2900
           Counsel for Defendants YouTube, LLC
23         and Google, LLC
24
25
```

```
 1   APPEARANCES (Cont.)
 2
 3   ALSO PRESENT:
 4        TARA LAMER (via Zoom)
 5        LINDSAY SIELING, Snap In-house
          Counsel  (via Zoom)
 6
 7   TRIAL TECHNICIAN:
 8        DAN LAWLOR
 9
     VIDEOGRAPHER:
10
          DAN LAWLOR
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 17

1  Snap or Snapchat, did you have children?
2       A.    I did not.
3       Q.    We'll go into your resumé
4  information in a second, but for how many
5  years did you work at Snapchat before you had
6  children?
7       A.    I started in August or -- I
8  believe it was August of 2016, the fall of
9  2016, sometime around there.  I'm not sure of
10 the exact month.  And my first son was born
11 in 2021, so it's been about five years or so
12 of working there before kids.
13      Q.    All right.  And so it sounds
14 like one of your children is at least
15 approaching school age or maybe has been in
16 preschool for some period of time?
17      A.    He's been in preschool for
18 about six to seven months.
19      Q.    Okay.  I take it that neither
20 of your children presently are Snap users?
21      A.    That's correct.
22      Q.    Your view, or view of the word
23 "child" or "children," are human beings of
24 the age 13 considered -- do you consider them
25 to be children in your mind?