HIGHLY CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4   ------------------------------x
     IN RE: SOCIAL MEDIA ADOLESCENT ) Case No. 4:22-md-
 5   ADDICTION/PERSONAL INJURY      ) 3047-YGR
     PRODUCTS LIABILITY LITIGATION  ) MDL No. 3047
 6   ------------------------------x
 7
 8        SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9              FOR THE COUNTY OF LOS ANGELES
10                   UNLIMITED JURISDICTION
11
     COORDINATION PROCEEDING        ) Judicial Council
12   SPECIAL TITLE [RULE 3.550]     ) Coordination
                                    ) No. 5255
13   SOCIAL MEDIA CASES             )
     _____) Judge Carolyn Kuhl
14
15
          CONTAINS HIGHLY CONFIDENTIAL INFORMATION
16
17                  V O L U M E   I
18       VIDEOTAPED DEPOSITION OF JAMES BESER
19                PALO ALTO, CALIFORNIA
20                    APRIL 2, 2025
21                     9:08 A.M.
22
23   Job No.: 7222033
24   Pages: 1 - 442
25   Reported by: Leslie A. Todd, CSR No. 5129 and RPR
```

Page 2

1   Videotaped deposition of JAMES BESER, held
2   at the offices of:
3
4
5           WILSON SONSINI GOODRICH & ROSATI, LLP
6           650 Page Mill Road
7           Palo Alto, California 94304-1001
8
9
10
11
12
13
14
15
16
17
18     Pursuant to notice, before Leslie Anne Todd,
19   California Certified Shorthand Reporter in and for
20   the State of California, who officiated in
21   administering the oath to the witness.
22
23
24
25

```
                                                      Page 3
 1                  A P P E A R A N C E S
 2
 3   ON BEHALF OF JCCP PLAINTIFFS:
 4        GLENN DRAPER, ESQUIRE
 5        SOCIAL MEDIA VICTIMS' LAW CENTER
 6        Seattle, Washington
 7        (800) 687-1855
 8
 9        AN V. TRUONG, ESQUIRE
10        REILLY DUNNE, ESQUIRE
11        ELLYN HURD, ESQUIRE (via Zoom)
12        SIMMONS HANLY & CONROY
13        112 Madison Avenue, 7th Floor
14        New York, New York 10016-7416
15        (866) 347-4322
16
17   ON BEHALF OF THE MDL PLAINTIFFS:
18        AUDREY SIEGEL, ESQUIRE
19        SEEGER WEISS LLP
20        55 Challenger Road
21        Ridgefield Park, New Jersey 07660
22        (973) 639-9100
23
24
25
```

Page 4

```
 1   APPEARANCES (Continued):
 2
 3   ON BEHALF OF GOOGLE LLC and YOUTUBE, LLC
 4   DEFENDANTS:
 5        NEELUM WADHWANI, ESQUIRE
 6        LYDIA WEIANT, ESQUIRE (via Zoom)
 7        WILLIAMS & CONNOLLY LLC
 8        680 Maine Avenue, SW
 9        Washington, DC 20024
10        (202) 434-5547
11
12        ANDREW KRAMER, ESQUIRE
13        SAVANNAH GRANT, ESQUIRE
14        CHRIS CHIOU, ESQUIRE
15        SAMANTHA ALEXANDRIA-BOOTH MACHOCK, ESQUIRE
16           (via Zoom)
17        WILSON SONSINI GOODRICH & ROSATI, LLP
18        650 Page Mill Road
19        Palo Alto, California 94304-1001
20        (650) 849-3182
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 5

1  APPEARANCES (Continued):
2
3  ON BEHALF OF THE TIKTOK DEFENDANTS:
4      KEVIN J. WHITE, ESQUIRE (via Zoom)
5      GIBSON DUNN & CRUTCHER, LLP
6      310 University Avenue
7      Palo Alto, California 94301-1744
8      (650) 849-5300
9
10 ON BEHALF OF THE META DEFENDANTS:
11     HANNAH T. SANCHEZ, ESQUIRE (via Zoom)
12     LAURIE HENRY, ESQUIRE (via Zoom)
13     SHOOK HARDY & BACON, LLP
14     2555 Grand Boulevard
15     Kansas City, Missouri 64108
16     (816) 474-6550
17
18 ON BEHALF OF SNAP INC.:
19     KAYSIE GONZALEZ, ESQUIRE (via Zoom)
20     PRISCILA CORONADO, ESQUIRE (via Zoom)
21     MUNGER, TOLLES & OLSON, LLP
22     350 South Grand Avenue, 50th Floor
23     Los Angeles, California 90071-3426
24     (213) 683-9100
25

HIGHLY CONFIDENTIAL

```
                                                      Page 6
 1   APPEARANCES (Continued):
 2
 3   ALSO PRESENT:
 4        DENISHA BACCHUS, ESQUIRE (In-house Google)
 5        RAVEN NORRIS, ESQUIRE (In-house Google)
 6        MARISSA URBAN, ESQUIRE (In-house YouTube)
 7           (via Zoom)
 8        JEROME MITCHELL (via Zoom)
 9        JAMES VONWIEGEN, Videographer
10        JIM LOPEZ, Trial Technician
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 105

```
 1   BY MR. DRAPER:
 2        Q.     Sure.
 3        A.     And they describe their lived
 4   experience with their family, and they say
 5   lots and lots of things about that.  Right.
 6   They are the experts on their kids, so
 7   they're always right, just like any parent is
 8   right about their children, and then they
 9   tend to project what they think is right for
10   their children to all children.
11        Q.     Do you have children of your
12   own, sir?
13        A.     I do.
14        Q.     I'm not going to ask you much
15   about them.  I'm just curious about ages.
16        A.     My children are 15 and 13.
17        Q.     Okay.  So teenagers?
18        A.     Correct.
19        Q.     All right.  Let me show you a
20   document that we will mark as YouTube Beser
21   Exhibit 10.
22               (YouTube Beser Exhibit No. 10 was
23          marked for identification.)
24               MR. DRAPER:  This document was
25          produced by the lawyers for Google and
```