JONATHAN H. BLAVIN (State Bar No. 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

E. MARTIN ESTRADA (State Bar No. 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (State Bar No. 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (State Bar No. 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant Snap Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br>Case No.: 4:23-CV-1804 | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR-PHK<br><br>**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO BREATHITT'S MOTION IN LIMINE NO. 3, TO EXCLUDE EVIDENCE OF CRIMINAL CONDUCT, CRIMINAL LITIGATION, AND CIVIL LITIGATION INVOLVING FORMER EMPLOYEES AND VOLUNTEERS**<br><br><u>**Hearing:**</u><br>Date:    March 18, 2026<br>Time:   9:00 a.m.<br>Place:   Courtroom 1, Floor 4<br>Judge:  Hon. Yvonne Gonzalez Rogers |

## DECLARATION OF JONATHAN H. BLAVIN

I, Jonathan H. Blavin, declare as follows:

1. I am an attorney with the law firm Munger, Tolles & Olson, counsel of record for Defendant Snap Inc. I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Defendants' opposition to Breathitt's motion in limine to exclude evidence of criminal conduct, criminal litigation, and civil litigation involving former employees and volunteers, filed concurrently herewith.

3. Attached hereto as **Exhibit A** is a true and accurate copy of excerpts of the transcript of the 30(b)(6) Deposition of Stacy McKnight taken on April 21, 2025.

4. Attached hereto as **Exhibit B** is a true and accurate copy of a document produced by the Kentucky Auditor of Public Accounts in this litigation bearing the Bates number KY-AUDITOR-001-00000001.

5. Attached hereto as **Exhibit C** is a true and accurate copy of excerpts of the transcript of the 30(b)(6) Deposition of Phillip Watts taken on April 22, 2025.

6. Attached hereto as **Exhibit D** is a true and accurate copy of an article published in the Lexington Herald-Leader on April 13, 2012, titled "Three more plead guilty to vote-buying conspiracy in Breathitt County," which is currently available at https://www.kentucky.com/news/state/kentucky/article44167953.html.

7. Attached hereto as **Exhibit E** is a true and accurate copy of a document produced by the Kentucky Department of Education in this litigation bearing the Bates number KDE 009140.

8. Attached hereto as **Exhibit F** is a true and accurate copy of a document produced by Breathitt in this litigation bearing the Bates number BREATHITT00398016.

9. Attached hereto as **Exhibit G** is a true and accurate copy of a document produced by Breathitt in this litigation bearing the Bates number BREATHITT00349091.

10. Attached hereto as **Exhibit H** is a true and accurate copy of Plaintiff's Amended Answers to Defendants' Interrogatories to Breathitt County Board of Education (Set 1).

11. Attached hereto as **Exhibit I** is a true and accurate copy of the Complaint filed in *Thorpe v. Mitchell*, No. 5:11-cv-00294-KKC-REW (E.D. Ky.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of March, 2026 in San Francisco, California.

                                                /s/ *Jonathan H. Blavin*