# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 4:22-md-03047-YGR
MDL No. 3047

IN RE:  SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION,
THIS DOCUMENT RELATES TO:
Breathitt County School District,
By and Through The Breathitt
Board of Education
v. Meta Platforms, Inc., et al.

Member Case No.:  4:23-cv-01804
_____
    DEPOSITION OF:  STACY McNIGHT 30(b)(6)
    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
_____
The video deposition of Stacy McKnight was taken
before Janine N. Leroux, Stenographic Court Reporter
and Notary Public in and for the State of Kentucky,
at the Breathitt County Schools Central Office
located at 420 Court Street, Jackson, Kentucky
commencing on April 21st, 2025, at the approximate
hour of 9:02 a.m.  This deposition was taken in
accordance with Federal Rules of Civil Procedure 26
and 30.

CONFIDENTIAL

```
                                                            Page 2
 1      APPEARANCES:
 2
        SARAH EMERY, ESQUIRE
 3      RONALD JOHNSON, ESQUIRE
        HENDY JOHNSON VAUGHN
 4      2380 Grandview Drive
        Ft. Mitchell, Kentucky 41017
 5      rjohnson@justicestartshere.com
        semery@justicestartshere.com
 6
        APPEARING ON BEHALF OF THE PLAINTIFFS
 7
 8      ANDREW STANNER, ESQUIRE
        COVINGTON & BURLING LLP
 9      One City Center
        850 Tenth Street, NW
10      Washington DC 20001-4956
        cpistilli@cov.com
11
        and
12
        MATTHEW E. DePAZ, ESQUIRE
13      KATELYN A. ROMEO, ESQUIRE
        SHOOK, HARDY & BACON, L.L.P
14      2555 Grand Boulevard
        Kansas City, Missouri 64108
15      mdepaz@shb.com
        kromeo@shb.com
16
        APPEARING ON BEHALF OF THE META PLATFORMS, et al.
17
18      PATRICK MAROUN, ESQUIRE (Via Zoom)
        KIRKLAND & ELLIS, LLP
19      333 West Wolf Point Plaza
        Chicago, Illinois 60654
20      faraz.shahidpour@kirkland.com
        patrick.maroun@kirkland.com
21
        REMOTE APPEARANCE ON BEHALF OF DEFENDANTS,
22      SNAP INC.
23
24
25
```

CONFIDENTIAL

Page 3

```
 1    APPEARANCES CONTINUED:
 2
      MANDIE CASH, ESQUIRE (Via Zoom)
 3    KING & SPALDING LLP
      500 West Second Street
 4    Austin, Texas 78701
      pprice@kslaw.com
 5    tharris@kslaw.com
 6    APPEARING ON BEHALF OF THE DEFENDANTS,
      TIKTOK, INC., BYTEDANCE LTD. and TIKTOK LTD.,
 7    TIKTOK, LLC
 8
      LYDIA WEIANT, ESQUIRE (Via Zoom)
 9    CAMILA BAYLY, ESQUIRE (Via Zoom)
      WILLIAMS & CONNOLLY LLP
10    680 Maine Avenue, SW
      Washington, DC 20024
11    akeyes@wc.com
      dwhiteley@wc.com
12
      APPEARING ON BEHALF OF THE DEFENDANTS,
13    YOUTUBE LLC and GOOGLE LLC
14
      ALSO APPEARING:
15
      JEFF SINDIONG, VIDEOGRAPHER
16    TEJASH PATEL, EXHIBIT TECHNICIAN
17
18
19
20
21
22
23
24
25
```

Page 23

```
 1        Q.    You lived through a lot of it --
 2        A.    Yes.
 3        Q.    -- so you're knowledgeable about it,
 4   right?
 5        A.    Somewhat.
 6        Q.    All right.  Breathitt was under State
 7   control from 2012 to 2023, is that right?
 8        A.    I didn't remember it being that long
 9   until 2023, but that could have been when they
10   officially took us out of state assistance.
11        Q.    Yeah.  So my -- well, this -- you
12   should tell me about -- my understanding is from
13   2012 to 2019 Breathitt was under state management.
14   That's a term, right?
15        A.    Yes.
16        Q.    State management means that the State
17   chooses the superintendent and more directly
18   manages the District --
19        A.    Yes.
20        Q.    -- right?
21        A.    Yes.
22        Q.    Sorry.
23        A.    Yes, that's true.
24        Q.    Okay.  And then there's another option
25   that's called state assistance which is not as
```

Page 24

```
 1   directly managed by the State but it still means
 2   the State is here actively engaged, playing a role
 3   and maybe doing audit to see if this -- if the
 4   District is, you know, doing the things that the
 5   State wants the District to do, is that right?
 6        A.    Yes.
 7        Q.    All right.  So from 2012 to 2019 the
 8   State was under a state manage -- I mean, the
 9   district was under state management, right?
10        A.    Yes.
11        Q.    And then from 2019 -- in 2019 it was
12   taken off of state management and moved to state
13   assistance?
14        A.    Yes.  I just don't remember the dates
15   but that --
16        Q.    Okay.
17        A.    We did go from state management to
18   state assistance.
19        Q.    Okay.  Well, we're going to talk a
20   little bit about.  But just for context the reason
21   the District had been placed under state
22   management because there had been instances of
23   financial mismanagement?
24        A.    If that's what the documents say, yes.
25        Q.    Okay.  Well, we can look -- we will
```

Page 25

1  look at some of the documents.  But do you know,
2  as you sit here today, the reason why the District
3  was put under state management?
4       A.   Well, there was more than just
5  financial mismanagement.
6       Q.   Right.  I mean one of the issues is
7  that the superintendent at the time had been
8  engaged in corruption, right?
9       A.   Yes.
10      Q.   He had been trying to buy votes to get
11 re-elected as superintendent, right?
12      A.   Well, that's not -- superintendents
13 aren't elected, but...
14      Q.   Oh, okay.  Then tell me what -- tell me
15 what -- I understood it was a vote buying scheme.
16      A.   It was vote buying but it wasn't for
17 him personally to be elected.
18      Q.   What was he buying votes for?
19      A.   I don't know personally what he was --
20      Q.   Okay.
21      A.   -- buying votes for because all that --
22 I think all the documentation says is vote buying.
23      Q.   Yeah.  Okay.  So in any event, he and
24 several other people went to jail, right?
25      A.   Yes.

CONFIDENTIAL

Page 27

```
 1        A.    I think so, yes.
 2        Q.    All right.  Let's take look.
 3              MR. STANNER:  This is Tab 2.
 4              (Exhibit 2 was marked.)
 5   BY MR. STANNER:
 6        Q.    I'm going to hand you what I'll mark
 7   here as Exhibit 2.  Looking at Exhibit 2 you see
 8   the heading on the page is Adam H. Edelen, Auditor
 9   of Public Accounts, right?
10        A.    Yes.
11        Q.    And this is one of the entities -- one
12   of the State entities that was doing an audit of
13   Breathitt back in 2012, is that right?
14        A.    Yes.
15        Q.    This audit, just looking at Page 1,
16   occurred after the auditor's office received
17   concerns that could indicate possible
18   mismanagement, right?
19        A.    Yes.
20        Q.    All right.  If you look at me -- look
21   with me at the last -- the longer paragraph, the
22   one that starts:  Detailed findings.  I'm just on
23   the first page.
24        A.    Okay.
25        Q.    The second sentence there says:
```

877-370-3377          A Veritext Division          www.veritext.com

Page 28

```
 1    Overall these findings indicate the former
 2    superintendent exerted a great amount of control
 3    without proper oversight of the school board.
 4              Do you see that?
 5         A.   Yes.
 6         Q.   And that's true, right, that that was
 7    one of the major issues --
 8         A.   Yes.
 9         Q.   -- that Breathitt -- I'm sorry, you
10    just got to let me finish.
11              That's true, right?  That is one of the
12    major issues that Breathitt School District had
13    prior to 2012 was that the superintendent at the
14    time was exerting a lot of control without proper
15    oversight of the school board?
16         A.   Yes.
17         Q.   It says:  Due to this level of control
18    beyond the typical authority of a superintendent,
19    BOE and District employees did not have an
20    appropriate outlet for communicating or addressing
21    problems and were therefore unable to stop or
22    deter poor management practices.
23              Do you see that?
24         A.   Yes.
25         Q.   I want to look -- if you turn to Page
```

Page 45

1  right?
2      A.  Yes.
3      Q.  It's a -- it says here -- Exhibit 3 is
4  a press release from the Justice Department. It
5  says: U.S. District Judge Karen Caldwell
6  sentenced 66-year-old Arch Turner for conspiring
7  to buy votes.
8          That's -- that's what we talked about
9  earlier that he -- he was apparently sentenced to
10 jail time for buying votes, is that right?
11     A.  Yes.
12     Q.  And you don't know what votes he was
13 buying?
14     A.  No.
15     Q.  Because the superintendent's not
16 elected so he didn't have to buy votes for his own
17 election.
18     A.  Yes.
19     Q.  But it says she fined him $250,000 and
20 ordered him to pay a special assessment of $1,000,
21 both of which are due immediately. Turner was
22 taken into custody following the hearing.
23          Do you see that?
24     A.  Yes.
25     Q.  It says: Turner admitted that during

Page 46

```
 1    the spring of 2010 he provided money to
 2    individuals to buy votes for candidates in the May
 3    2010 primary election in Breathitt County.
 4              Do you see that?
 5         A.   Yes.
 6         Q.   All right.  Does that ring a bell that
 7    those were the votes that he was buying?
 8         A.   Yes.
 9         Q.   It says:  Turner acknowledged he
10    distributed the money at a meeting he arranged
11    with a group of people, right?
12         A.   Yes.
13         Q.   So this -- the elections in which he
14    was buying votes were, I guess, state and federal
15    elections?
16         A.   And -- or possibly county because I'm
17    not sure what elections took place during the May
18    2010 primary.
19         Q.   Okay.  And then it says:  According to
20    his plea agreement, Turner also received money
21    from an individual to be used for vote buying.
22              Do you see that?
23         A.   Yes.
24         Q.   And then the last thing on here, a
25    total of 11 people have pleaded guilty or been
```

Page 47

1   convicted in federal court of vote buying related
2   charges stemming from Breathitt County's May 2010
3   primary election, is that right?
4        A.   Yes.  That's what it says.
5        Q.   Now, while -- what I want to ask you
6   about is while this was pending, while he was
7   under investigation, he was actually still working
8   as the superintendent at Breathitt Schools, right?
9        A.   Yes.
10       Q.   And that -- and you were his assistant
11  at the time?
12       A.   Yes.
13       Q.   So you worked closely with him?
14       A.   Yes.
15       Q.   I wondered -- do you know the 2010
16  election, could it have been the election that
17  included school board members themselves?
18       A.   I don't know who was included in that
19  election.
20       Q.   Okay.  But school board members are
21  elected, right?
22       A.   They are, yes.
23       Q.   The superintendent is appointed?
24       A.   Yes.
25       Q.   But the board members themselves would

Page 59

```
1    have to take my word for it, but the reason you
2    can see that it says Management Audit Report, and
3    there it indicates the dates of the on-site visit,
4    November 1st and 2nd, 2021 -- 2012, right?
5         A.   Yes.
6         Q.   And then it lays out some of the people
7    that were on the management team.  And if you just
8    look at the pages that follow, you see that's the
9    audit report, right?
10        A.   Yes.
11        Q.   You're familiar with this?  You've seen
12   it before?
13        A.   Yes.
14        Q.   If we look just on Page 2, you see
15   there's a paragraph down under -- the big box at
16   the bottom that says Conclusions, right?
17        A.   Yes.
18        Q.   All right.  I want to look at the
19   paragraph that starts:  It is clear.  It's in the
20   middle of that box.  Do you see it?
21        A.   Uh-huh, yes.
22        Q.   It is clear, however, that there is
23   division in the leadership due to ineffective
24   hiring practices over a period of years, and
25   leadership being in the hands of a controlling
```

Page 60

1  few.  Lack of focused board goals and activities,
2  bringing leadership practices in line with
3  collaboration of all employees, engagement of the
4  community, being built on state guidelines for a
5  common focus on college and career readiness has
6  created crisis.  Professionalism and leadership
7  focused on student achievement must occur and
8  cannot under current circumstances with current
9  systems in survival mode.
10              Do you see that?
11      A.    Yes.
12      Q.    And that was true, right?  This was the
13  leadership problem that we were talking about --
14  that we've been talking about for the last few
15  minutes here, right?
16      A.    Yes.
17      Q.    Obviously, the school can't succeed if
18  the leaders of the school are focused on buying
19  elections and who's -- who might be talking about
20  whom behind their back, right?
21      A.    Yes.
22      Q.    If you turn to Page 6, you see the
23  little -- there's little page numbers at the
24  bottom.  It can be kind of hard to see, but it
25  says KDE, these tiny little numbers at the very

Case 4:22-md-03047-YGR   Document 2826-2   Filed 03/09/26   Page 15 of 20

CONFIDENTIAL

Page 105

1    doing what it needed to be doing with regard to
2    student behavioral issues?
3         A.   I really have no idea.
4         Q.   Okay.  So the net result of this was, I
5    think you already told me, but after these
6    findings in 2017, the District continued under
7    state management for another two years, right?
8         A.   Yes.
9         Q.   And then there was another audit in
10   2019.
11        A.   Yes.
12               (Exhibit 12 was marked.)
13   BY MR. STANNER:
14        Q.   All right.  Let's look at that.
15             I'm handing you now what I just marked
16   it as Exhibit 12.  Do you recognize Exhibit 12 as
17   the 2019 Breathitt County Management Audit Report?
18        A.   Yes.
19        Q.   This one makes it easier on us because
20   it says right up on the top on the front page
21   October 2019, right?
22        A.   It does.
23        Q.   So I'm going to save us some time.  I
24   promise we're not going to go through it in quite
25   as much detail, but this -- just to orient us in

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com

Page 106

```
 1    time, this is now seven years after Breathitt was
 2    placed under state management, right?
 3         A.    Yes.
 4         Q.    It's five years after the 2014 audit
 5    that we looked at, right?
 6         A.    Yes.
 7         Q.    It's two years after the 2017 audit
 8    that we just looked at, right?
 9         A.    Yes.
10         Q.    And if we look at Page 20 -- 325, it
11    gives us the dates and it says that this on-site
12    visit was done August 19th to 23rd, 2019, included
13    212 interviews, right?
14         A.    Yes.
15         Q.    And then if you skip to 331, you get to
16    the conclusions, and it says:  As a result of all
17    analysis of all reviewed Kentucky Department of
18    Education data, Breathitt County Schools Data
19    Information gathered during the on-site management
20    audit, which occurred August 19th to 23rd, 2019,
21    and ongoing oversight of the District while under
22    state management, it is the recommendation of the
23    Commissioner that Breathitt County School
24    transition into state assistance.
25              Do you see that?
```

Page 107

1       A.    Yes.
2       Q.    All right.  So this is the
3    recommendation at last that you no longer will be
4    under state management but should transition to
5    state assistance.
6       A.    Yes.
7       Q.    What's the difference?
8       A.    It gives the Board back their role as a
9    board member, you know, with the authority of a
10   board member.
11      Q.    All right.  So there's a little bit,
12   there's less direct state involvement under state
13   assistance than there is under state management.
14      A.    Yes.
15      Q.    It says below that pursuant to 703 KAR
16   3:20522, the comprehensive audit included an
17   investigation of the District's compliance with
18   state and federal statutes and administrative
19   regulations and local advisory board policies.
20            Do you see that?
21      A.    Yes.
22      Q.    Deficiencies identified and established
23   constitute a pattern of significant lack of
24   effectiveness and efficiency in the governance and
25   administration of the School District.

Page 108

1          Do you see that?
2     A.   Yes.
3     Q.   So what they're saying is they've made
4  enough progress to come off of state management,
5  but there is still a pattern of significant lack
6  of effectiveness and efficiency in governance and
7  administration, so they do still need to be on
8  state assistance, right?
9     A.   Yes.
10    Q.   And that continued, that state
11 assistance status continued for several more
12 years, right?
13    A.   I don't remember what year you said.
14 Was that 2022?
15    Q.   Well, my -- I -- as I understand it,
16 it's 2023, but you should tell me what you know.
17    A.   I can't remember.
18    Q.   Okay.  It was at least several more
19 years after this 2019 audit that the state
20 remained on state assistance, right?
21    A.   Three, four.
22    Q.   Okay.  And it's not -- when we say
23 "state assistance," it's not like money.  It's
24 not, you know -- you know, assistance to meet your
25 budget needs.  It's assistance in managing the

Page 109

```
 1    district and implementing the policies and
 2    procedures that need to be implemented, right?
 3         A.    Yes.
 4         Q.    If -- can you look for me at Page 338.
 5    You see on 338 it says:  Instructional Management?
 6         A.    Yes.
 7         Q.    All right.  Here it says:  Failure to
 8    develop and maintain district level instructional
 9    policy, including a failure to.  And then it goes
10    on to list these categories.
11               So in other words, the audit is -- even
12    in 2019, the audit is saying:  Failure to maintain
13    a curriculum consistent with state law, right?
14         A.    Well, the finding is there's incomplete
15    standards deployment.
16         Q.    Right.  So, sorry, I was going to get
17    to that next.  But I -- thank you for that.
18               So what it says is -- on the left it
19    says failure to, and then it identifies the
20    regulation, right?
21         A.    Right.
22         Q.    And the regulation here is maintain a
23    curriculum consistent with applicable laws, right?
24         A.    Yes.
25         Q.    And the finding on the right says:
```

```
                                                      Page 175

 1      STATE OF KENTUCKY        )
                                 )
 2      COUNTY OF MONTGOMERY     )
 3                I, JANINE N. LEROUX, Court Reporter and
 4      Notary Public in and for the State of Kentucky at
 5      Large, certify that the facts stated in the
 6      caption hereto are true, and that at the time and
 7      place stated in said caption the witness named in
 8      the caption hereto personally appeared before me.
 9                I further certify that after being duly
10      sworn by me the witness was examined by counsel
11      for the parties, and that said testimony was taken
12      in stenotype by me and later reduced to
13      computer-aided transcription, and that the
14      foregoing is a true record of the testimony given
15      by said witness.
16                The foregoing deposition has been
17      submitted to the witness for reading and signing.
18
19
20
21                  [signature]
22
23              JANINE LEROUX - COURT REPORTER
                NOTARY PUBLIC STATE-AT-LARGE
24              MY COMMISSION EXPIRES: NOVEMBER 26, 2027
                NOTARY ID KYNP1406
25
```