# EXHIBIT C

CONFIDENTIAL

Page 1

```
 1          UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
 2
            Case No. 4:22-md-03047-YGR
 3                  MDL No. 3047
 4
 5   IN RE:  SOCIAL MEDIA ADOLESCENT
     ADDICTION/PERSONAL INJURY
 6   PRODUCTS LIABILITY LITIGATION,
 7   THIS DOCUMENT RELATES TO:
 8   Breathitt County School District,
     By and Through The Breathitt
 9   Board of Education
     v. Meta Platforms, Inc., et al.
10
     Member Case No.:  4:23-cv-01804
11  _____
12       DEPOSITION OF:  PHILLIP WATTS 30(b)(6)
       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
13  _____
14   The video deposition of Phillip Watts was taken
15   before Janine N. Leroux, Stenographic Court Reporter
16   and Notary Public in and for the State of Kentucky,
17   at the Breathitt County Schools Central Office
18   located at 420 Court Street, Jackson, Kentucky
19   commencing on April 22nd, 2025, at the approximate
20   hour of 9:00 a.m.  This deposition was taken in
21   accordance with Federal Rules of Civil Procedure 26
22   and 30.
23
24
25
```

```
 1      APPEARANCES:
 2
        SARAH EMERY, ESQUIRE
 3      RONALD JOHNSON, ESQUIRE
        HENDY JOHNSON VAUGHN
 4      2380 Grandview Drive
        Ft. Mitchell, Kentucky 41017
 5      rjohnson@justicestartshere.com
        semery@justicestartshere.com
 6
        APPEARING ON BEHALF OF THE PLAINTIFFS
 7
 8      ANDREW STANNER, ESQUIRE
        COVINGTON & BURLING LLP
 9      One City Center
        850 Tenth Street, NW
10      Washington DC 20001-4956
        cpistilli@cov.com
11
        and
12
        MATTHEW E. DePAZ, ESQUIRE
13      COLIN MURPHY, ESQUIRE
        SHOOK, HARDY & BACON, L.L.P
14      2555 Grand Boulevard
        Kansas City, Missouri 64108
15      mdepaz@shb.com
        kromeo@shb.com
16      cmurphy@shb.com
17      APPEARING ON BEHALF OF THE META PLATFORMS, et al.
18
        CAROLINE KANE, ESQUIRE (Via Zoom)
19      KIRKLAND & ELLIS, LLP
        333 West Wolf Point Plaza
20      Chicago, Illinois 60654
        faraz.shahidpour@kirkland.com
21      patrick.maroun@kirkland.com
        caroline.kane@kirkland.com
22
        REMOTE APPEARANCE ON BEHALF OF DEFENDANTS,
23      SNAP INC.
24
25
```

```
                                                        Page 3

 1     APPEARANCES CONTINUED:
 2
       ADAM REINKE, ESQUIRE (Via Zoom)
 3     KING & SPALDING LLP
       500 West Second Street
 4     Austin, Texas 78701
       areinke@kslaw.com
 5
       APPEARING ON BEHALF OF THE DEFENDANTS,
 6     TIKTOK, INC., BYTEDANCE LTD. and TIKTOK LTD.,
       TIKTOK, LLC
 7
 8     SOPHIA YOUNG, ESQUIRE (Via Zoom)
       WILLIAMS & CONNOLLY LLP
 9     680 Maine Avenue, SW
       Washington, DC 20024
10     syoung@wc.com
11     APPEARING ON BEHALF OF THE DEFENDANTS,
       YOUTUBE LLC and GOOGLE LLC
12
13     ALSO APPEARING:
14     JEFF SINDIONG, VIDEOGRAPHER
       TEJASH PATEL, EXHIBIT TECHNICIAN
15
16
17
18
19
20
21
22
23
24
25
```

Page 74

```
 1        A.    No.
 2        Q.    Just anecdotal conversations.
 3        A.    Yes.
 4        Q.    Okay.  Let's talk about Topics 31 and
 5   68, which relate to state management of the
 6   District.  You're familiar with the District being
 7   under state management?
 8        A.    Yes.
 9        Q.    I saw that look.
10        A.    Yes.
11        Q.    It's not your favorite topic, is it?
12        A.    Actually, it's been a really good thing
13   for the students and staff in Breathitt County.
14        Q.    So I understand -- we should maybe
15   start at the end.  I understand, Mr. Watts, that
16   after quite some time in, what, 2023, the District
17   was removed from state management and state
18   assistance, right?
19        A.    Yes.
20        Q.    And you were superintendent at the
21   time?
22        A.    Yes.
23        Q.    So congratulations to you.  I assume
24   that's partly your responsibility.
25        A.    Thank you.
```

```
                                                     Page 75
 1        Q.    It had been -- the District had been
 2   under state management for seven years or nine
 3   years?
 4        A.    I would think a little longer.
 5        Q.    Okay.  So there's two things, state
 6   management and then state assistance, right?
 7        A.    Yes.
 8        Q.    All right.  So it was under state
 9   management beginning in 2012, right?
10        A.    Sounds correct.
11        Q.    And I think went -- transitioned from
12   state management to state assistance in 2019.
13   Does that sound right?
14        A.    Yes.
15        Q.    And it was under state management for a
16   number of different reasons, right?
17        A.    Yes.
18        Q.    The most famous of which is that the
19   previous superintendent at the time was convicted
20   of a federal crime for vote buying, right?
21        A.    Yes.
22        Q.    And there was an awful lot of financial
23   mismanagement happening in the superintendent's
24   office, right?
25        A.    Not to my knowledge the way you say it.
```

Page 77

```
 1    time.  They were working a little extra, and it
 2    may have been outside the -- the action board
 3    policy that we should have been following.
 4         Q.    Okay.  Well, do you remember the state
 5    saying that one of the examples of financial
 6    mismanagement is that the school was spending a
 7    bunch of money sending people to the Boys Sweet 16
 8    tournament?
 9         A.    Yes.
10         Q.    And obviously that -- that's not a
11    proper use of school funds to send people to the
12    Boys Sweet 16 tournament, right?
13         A.    Correct.  And what the notes probably
14    didn't say was that there is meetings of the
15    morning, financial institute, different
16    organizations and groups that are putting together
17    professional development for administrators where
18    a lot of people did attend those of the morning,
19    afternoon, lunchtime.
20         Q.    Well, that's -- so it sort of sounds
21    like you think that the findings weren't accurate
22    or weren't a big problem.  Am I misunderstanding
23    that?
24         A.    No, it was a problem.
25         Q.    Okay.  So the -- the different
```

Page 78

1     findings -- I mean, it did lead to seven years of
2     being under state management, right?
3            A.    Correct.
4            Q.    So obviously there had to be some
5     pretty significant problems, right?
6            A.    Yes.
7            Q.    And more than that, Arch Turner, who
8     had been the superintendent, was convicted of a
9     federal crime for trying to buy votes in the
10    School Board election, right?
11           A.    Yes.
12           Q.    And that's a problem because, as you
13    told me at the beginning today, the School Board
14    is supposed to be the superintendent's boss,
15    right?
16           A.    Correct.
17           Q.    So if he's out here buying votes to try
18    and pack the Board with people who are friendly,
19    then what he's doing is buying his way to make
20    sure that nobody's telling him what to do, right?
21           A.    Yes.
22           Q.    And 11 people were found guilty in
23    federal court for involvement in this vote-buying
24    scheme, right?
25           A.    Sounds correct.  I don't know the exact

1    number, but, yes, there were several.
2         Q.   So obviously if that was the
3    leadership, it shouldn't be a surprise that there
4    were quite a number of problems in the Breathitt
5    County School Board at that point, right?
6         A.   Yes.
7         Q.   And it took years of work by the State
8    and others to try and undo some of that, right?
9         A.   Yes.
10        Q.   And even after seven years of that,
11   there were four more years of being managed by the
12   State via state assistance, right?
13        A.   Yes.  And we -- I was here for a lot of
14   it -- well, all of it, but in different
15   capacities.
16             But the thing at the end, we were all
17   working so well together, we didn't care.  We all
18   had the same goal, the same vision of trying to
19   improve things for the students.  We didn't -- the
20   Board didn't care.  The administrators didn't
21   care.  The principals didn't care.  I didn't care.
22   We actually enjoyed working with the State because
23   we all had one common goal.  We wanted to get
24   better each and every day.
25             And so the length of that did not

```
 1    STATE OF KENTUCKY       )
                              )
 2    COUNTY OF MONTGOMERY    )
 3              I, JANINE N. LEROUX, Court Reporter and
 4    Notary Public in and for the State of Kentucky at
 5    Large, certify that the facts stated in the
 6    caption hereto are true, and that at the time and
 7    place stated in said caption the witness named in
 8    the caption hereto personally appeared before me.
 9              I further certify that after being duly
10    sworn by me the witness was examined by counsel
11    for the parties, and that said testimony was taken
12    in stenotype by me and later reduced to
13    computer-aided transcription, and that the
14    foregoing is a true record of the testimony given
15    by said witness.
16              The foregoing deposition has been
17    submitted to the witness for reading and signing.
18
19
20
21
22
23        JANINE LEROUX - COURT REPORTER
          NOTARY PUBLIC STATE-AT-LARGE
24        MY COMMISSION EXPIRES: NOVEMBER 26, 2027
          NOTARY ID KYNP1406
25
```