# EXHIBIT F

| KRS 158.780, KRS 158.785, and 703 KAR 3:205   Management Audit Report | | |
|---|---|---|
| School District | Breathitt County Schools | |
| Superintendent | Nov 2012 Melanie Stevens, interim suspended; Larry Wood substitute<br>MAY 2014 State Manager Larry Hammond | |
| Board Chair | Nov 2012 Shirley Hudson<br>May 2014 Ruschelle Hamilton | |
| Date of On Site Visit | November 1 and 2, 2012<br>May 19 and 20, 2014 | 78 interviews (more individual interviews)<br>67 interview sessions (more group interviews) |
| Management Team | **Nov 2012:** Judy Littleton ONGSD, Steve Justice OAS, Tom Edgett ONGSD, Colby Wagoner OAS, Susan Allred ONGSD, Ramona Gardner OAS, Lisa Lang OGSS Susan Barkley OAS, Kathy Moore OAA Christine Duke ONGL, Sammie Lambert ONGL<br><br>**May 2014:** Judy Littleton ONGSD, Steve Justice OAS, Tom Edgett ONGSD, Susan Allred ONGL, Susan Barkley OAS, Melissa Sullivan OAS, Kathy Moore OAA, Christine Duke ONGL, Sammie Lambert ONGL, Jennifer Baker ONGL, Karla Tipton OCTE, Cheri Meadows OAS, Rodney Barnett OAS, Ruth Yates, OAS, Pete Miller, OAS, Elisa Rosemond, OAS, Dave Mangum, OAS, Garnetta Barnette, OAS, Karen Erwin, OAS | |
| **Area of Review** | **Findings** | **Evidence** |
| Governance, policies, procedures | Nov 2012 Lack of efficiency and effectiveness<br><br>May 2014<br><br>While there has been significant systemic improvement during the first seventeen months of state management, the significant lack of efficiency and effectiveness in governance and administration of the District has not yet been fully addressed in all areas, especially at the local school level.<br><br>Development and adoption of processes that allow for public review and timely action by the board and administration regarding management of the administrative and business activities of the District and of the management of the instructional program has occurred, but additional time is needed to ensure complete implementation of these processes.<br><br>The District, at the direction of the State Manager, has only just begun its efforts to implement and enforce policies and procedures throughout the entire District. | Nov 2012 Interviews, documents review summarized p.1-7<br><br>May 2014<br>1) Face to face interviews and telephone interviews; and<br>2) Review of various records including, but not limited to, local board agenda and minutes, board policies and procedures, public records concerning activities of the local board, documents posted on the school district website; data recorded by school district staff, and various reports and audits conducted by various governmental agencies including, but not limited to, KDE. |

CONFIDENTIAL

BREATHITT00398016

| | | |
|---|---|---|
| | Evidence suggests that sustained progress toward full and complete implementation is unlikely at this time if the District is no longer state managed. Given the opposition faced by the State Manager up to this point, it is clear that the local board of education and some District staff have not yet accepted the need for change at all levels in the District necessary to ensure student achievement. | |
| School Based Decision Making | Nov 2012 Lack of efficiency and effectiveness<br><br>May 2014<br>Beginning stages of developing efficient and effective systems exist at all schools in the District. | Nov 2012 Interviews, documents review, summarized p.7-8<br><br>May 2014<br>Interviews, site visits, and a review of records including, but not limited to, SBDM policies and procedures. |
| Curriculum and Instruction | Nov 2012 Lack of efficiency and effectiveness<br><br>May 2014<br>The District has begun to improve student achievement by attempting to align its curriculum with Kentucky Core Academic Standards, and to improve instruction through the District through the implementation of Professional Growth Evaluation System (PGES).<br><br>Additional time is necessary to determine whether the processes relating to curriculum and instruction are deployed and implemented with fidelity to improve student achievement throughout the District. | Nov 2012 Interviews, documents review, summarized p.9-18 Includes special education, ILP, CTE<br><br>May 2014<br>Face to face interviews, site visits, and a review of KDE data including, but not limited to K-Prep, CIITS, special education, Open House, ILP submissions; data from Kentucky Valley Educational Cooperative and KDE field staff. |
| Financial Management | Nov 2012 Lack of efficiency and effectiveness Some intentional processes in place<br><br>May 2014<br>There is evidence that financial management has improved especially at the Central Office level; however, additional work is necessary to improve financial management at the local school level.<br><br>The financial condition of the District continues to be precarious and requires the continuation of strong, transparent | Nov 2012 Interviews, documents review, summarized p. 19-23<br><br>May 2014<br>Face to face interviews, site visits, and a review of District financial records, data recorded by school district staff, and various reports and audits conducted by various governmental agencies including, but not limited to, KDE. |

| | | |
|---|---|---|
| | leadership necessary to maintain a 2% contingency. | |
| **Personnel Management** | Nov 2012 Lack of efficiency and effectiveness<br><br>**May 2014**<br>**There is evidence of implementation of the approach and deployment of district policies and procedures for hiring staff. SBDM councils and principals are involved in the process. Continued support is needed for effective functioning of SBDM councils and understanding of the roles and responsibilities at a local school level.** | Nov 2012 Interviews, documents review, summarized p.24-27<br>**May 2014**<br>**Face to Face Interviews and a review of District records.** |
| **School Food Services** | Nov 2012 Lack of efficiency and effectiveness Some intentional processes in place<br><br>**May 2014**<br>**Approach is consistent throughout the organization and is deployed. Definite progress toward clear measures of efficiency.** | Nov 2012 Interviews, documents review, summarized p. 27-30<br><br>**May 2014**<br>**Interviews, onsite visit; and a review of records relating to food service.** |
| **Facilities** | Nov 2012 Not reviewed<br>**May 2014**<br>**Issues relating to operational support services required to operate an efficient and effective school system exist.**<br><br>**The District needs to begin efforts to budget and expend funds necessary to maintain the physical plant. Funds have never been budgeted to maintain the physical plant. In the past, emphasis was placed on external aesthetics of the facilities with little regard to building needs and maintenance. The level of disrepair in the District demonstrates the District's lack of emphasis on maintenance.**<br><br>**There is no evidence that the District has had the ability to independently manage a school facility construction program in accordance with 702 KAR Chapter 4 and to ensure that the program is planned, executed, and completed to ensure that public funds are expended in a responsible manner at this time.** | Nov 2012 Not reviewed<br>**May 2014**<br>**Interviews, onsite visits, and a review of District records.** |

                                                                        BREATHITT00398018

Nov 2012 Conclusions:
   a) Leadership and management design, training and monitoring for school system governance must occur
   b) Assistance must be provided in job descriptions, responsibilities and processes for all positions
   c) Assistance for establishment of processes to include monitoring for SBDM, personnel, budgeting
   d) Comprehensive District improvement planning with aligned plans based on KBE student performance goals aligning all key work processes must be coached

Prior to the site visit extensive documentation review occurred in KDE agency departments leading to the review which was initiated due to shortened school year in 2011-12; auditor's report; decline in student performance.

Comments:

   Overwhelmingly the Board, district leadership including interim superintendent and people in the schools all want change and appear to welcome state assistance and guidance to allow them to run more efficiently. There is a consistent message of wanting the best for the students.

   It is clear however that there is division in the leadership due to ineffective hiring practices over a period of years and leadership being in the hands of a controlling few. Lack of focused Board goals and activities bringing leadership practices in line with collaboration of all employees, engagement of the community being built on state guidelines for a common focus on college and career readiness has created crisis. Professionalism and leadership focused on student achievement must occur and cannot under current circumstances with current systems in survival mode

Recommendation:

Thus, pursuant to 158.785 the visiting team recommends Breathitt County Schools become a state managed district as a result of the existence of a pattern of a significant lack of efficiency and effectiveness in the governance and administration of the school district which has been in existence long enough to establish a consistent pattern. There is sufficient evidence that state management is necessary to correct the inefficiencies and ineffectiveness.

## May 2014 Conclusions

   a) While evidence shows the development of a systematic approach to governance through the development and initial implementation of board policies and procedures, the local board lacks a consistent understanding of its governance roles. The board's application of its understanding remains at a basic level, and it will require additional training and oversight to ensure improvement is permanent and sustainable.
   b) While policies and procedures in the areas of attendance, school-based decision-making, and personnel have been developed, they remain in the early stages of deployment and will require substantial additional guidance to ensure that they can be sustained over time.
   c) Processes in the area of financial management/budgeting have been developed and the State Manager has provided board training to support deployment, but there continues to be a lack of understanding on the part of the local board as to how its decisions impact the financial health of the district and its ability to provide both adequately maintained facilities and the level of educational programs that the children of the district deserve. The inability to engage in sound educational decision-making places the interest of students above all others requires intensive, continuing state involvement.
   d) The work to ensure the alignment of standards; curriculum and assessment; and development of a process that allow for teachers to engage in professional learning activities that will enhance their teaching skills must be continued and expanded. Substantial oversight will be necessary to ensure that all staff members are able to freely participate in activities that increase their professional capacity and promote increased student achievement without fear of reprisal or loss of their jobs.

Comments

Focused leadership on student achievement must move forward by taking the focus off adult issues and redirecting it to college and career readiness for all Breathitt County students.

Recommendation

Thus, pursuant to KRS 158.780, KRS 158.785, and 703 KAR 3:205, the visiting team submits this report as evidence that serious deficiencies continue to exist and state management is necessary to address the significant lack of efficiency and effectiveness that still exists in governance and administration of the school district. There remains a culture of conflict between adults in leadership roles that is not conducive to student achievement. Without state management, there is evidence that full deployment and integration of the specific processes introduced by the State Manager during state management will not be fully implemented throughout the District.

CONFIDENTIAL

BREATHITT00398020