*[Submitting Counsel on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | No. 4:22-MD-3047<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br>Case No. 4:23-cv-01804 | **PLAINTIFF'S TEMPORARY SEALING MOTION (PLAINTIFF'S OPPOSITION TO MOTION IN LIMINE #1 TO EXCLUDE EVIDENCE OF CONTENT AND FEATURES PROTECTED BY SECTION 230 AND THE FIRST AMENDMENT)** |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Plaintiff Breathitt County Board of Education files the instant Joint Temporary Sealing Motion requesting to file under seal limited portions of the Plaintiff's Opposition to Defendants' Motion in Limine #1 (to Exclude Evidence of Content and Features Protected by Section 230 and the First Amendment). Certain information has been designated confidential or highly confidential (both referred to, for the purposes of this motion, as "confidential"), by Defendants TikTok, Ltd., TikTok, LLC, TikTok, Inc., ByteDance Ltd., and ByteDance Inc.'s (collectively referred to in this submission as "TikTok Defendants"); Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., and Instagram, LLC, (referred to collectively as "Meta"); Defendants YouTube, LLC and Google LLC, (referred to collectively as "YouTube"); and Defendant Snap, Inc. ("Snap"). The reasons for sealing will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Party Information |
| --- | --- | --- |
| Dkt. 2830-1 | Plaintiff's Opposition to Defendants' Motion in Limine No. 1 (to Exclude Evidence of Content and Features Protected by Section 230 and the First Amendment) (Sealed) | The document contains information designated as confidential or highly confidential by the TikTok Defendants, Defendant Meta, Defendant YouTube, and Defendant Snap. |
| Dkt. 2830-2 | Declaration of Andre Mura in support of Opposition to Motion in No. 1 (to Exclude Evidence of Content and Features Protected by Section 230 and the First Amendment) (Not under seal) | |
| Dkt. 2830-3 | Ex. 1 to Mura Decl. (JCCP Order Denying YouTube MIL No. 4) (Not under seal) | . |

Dated:  March 9, 2026

Respectfully submitted,

/s/ Lexi J. Hazam
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel


RONALD E. JOHNSON, JR.
SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

Counsel for Breathitt


ANDRE M. MURA
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
amm@classlawgroup.com

Plaintiffs' Steering Committee Leadership

- 3 -

PLAINTIFF'S TEMPORARY SEALING MOTION RE OPPOSITION TO MOTION IN LIMINE #1 (SECTION 230 AND FIRST AMENDMENT)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **ATTESTATION**

I, Andre Mura, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 9, 2026

By: */s/ Andre M. Mura*

Andre M. Mura

---

PLAINTIFF'S TEMPORARY SEALING MOTION RE OPPOSITION TO MOTION IN LIMINE #1 (SECTION 230 AND FIRST AMENDMENT)