IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br>Case No. 4:23-cv-01804 | No. 4:22-MD-3047<br><br>MDL No. 3047<br><br>**DECLARATION OF ANDRE MURA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE #1 (TO EXCLUDE EVIDENCE OF CONTENT AND FEATURES PROTECTED BY SECTION 230 AND THE FIRST AMENDMENT)** |

I, Andre M. Mura, declare as follows.

1. I am a partner at the law firm Gibbs Mura LLP. I am duly admitted to practice in the Northern District of California, and serve as an appointed member of the Plaintiffs' Steering Committee Leadership in the above-referenced matter. I have personal knowledge of the following facts and, if called as a witness, could competently testify to the matters stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of Judge Kuhl's February 6, 2026 Order Denying YouTube's Motion in Limine 4: To Exclude Evidence Regarding Alleged Negligence in YouTube's Design, Implementation, or Warnings About Features that are Barred by Section 230 and/or the First Amendment in the JCCP.

I declare that the foregoing is true and correct. Executed on March 9, 2025.

*/s/ Andre M. Mura*
ANDRE M. MURA
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9700
amm@classlawgroup.com

- 2 -

MURA DECLARATION ISO OPPOSITION TO MOTION IN LIMINE #1 (SECTION 230 AND FIRST AMENDMENT)