# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448. | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR<br>             4:23-cv-05448-YGR<br><br>**[PROPOSED] SUPPLEMENTAL ORDER GRANTING IN PART AND DENYING IN PART THE STATE ATTORNEYS GENERAL'S MOTION FOR RELIEF FROM PRETRIAL ORDER OF MAGISTRATE JUDGE ENTERED ON SEPT. 6, 2024 (ECF 1168)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Consistent with this Court's direction (Case Management Conference Feb. 11, 2026), the parties submit the following agreed-upon proposed order addressing the Ninth Circuit's August 22, 2025 mandamus decision.

**PHILIP J. WEISER**
Attorney General
State of Colorado

[PROPOSED] SUPPLEMENTAL ORDER GRANTING IN PART AND DENYING IN PART THE STATE ATTORNEYS GENERAL'S RELIEF FROM PRETRIAL ORDER

- 1 -

CASE NOS.: 4:22-MD-03047-YGR
4:23-CV-05448-YGR

/s/ Krista Batchelder
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542,
*pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309,
*pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

/s/ Megan O'Neill
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

[PROPOSED] SUPPLEMENTAL ORDER GRANTING IN PART AND DENYING IN PART THE STATE ATTORNEYS GENERAL'S RELIEF FROM PRETRIAL ORDER

- 2 -

CASE NOS.: 4:22-MD-03047-YGR
4:23-CV-05448-YGR

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Acting Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*

[PROPOSED] SUPPLEMENTAL ORDER GRANTING IN PART AND DENYING IN PART THE STATE ATTORNEYS GENERAL'S RELIEF FROM PRETRIAL ORDER

- 3 -

CASE NOS.: 4:22-MD-03047-YGR
4:23-CV-05448-YGR

Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General, Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Acting Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

*/s/ Ashley M. Simonsen*
Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC*

[PROPOSED] SUPPLEMENTAL ORDER GRANTING IN PART AND DENYING IN PART THE STATE ATTORNEYS GENERAL'S RELIEF FROM PRETRIAL ORDER

- 4 -

CASE NOS.: 4:22-MD-03047-YGR
4:23-CV-05448-YGR

# SUPPLEMENTAL ORDER

In accordance with the Ninth Circuit's August 22, 2025 memorandum decision granting the People of the State of California's petition for a writ of mandamus, *In re: People of the State of California*, 9th Cir. No. 25-584, ECF 90, 2025 WL 2427608, the Court hereby **FURTHER GRANTS IN PART, AND DENIES IN PART,** the State Attorneys General's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (ECF 1168) as follows:

**GRANTED,** and its prior orders on these matters (ECF 1741, 1754) **VACATED**, as to Arizona, California, Colorado, Connecticut, Hawaiʻi, Illinois, Indiana, Kentucky, Maine, Maryland, Minnesota, New Jersey, New York, North Carolina, Ohio, Oregon, South Dakota, Virginia, Washington, and West Virginia, for the reasons set forth by the Ninth Circuit; and

**DENIED** as to Pennsylvania for the reasons set forth by the Ninth Circuit and in the Court's prior order on this matter (ECF 1741).

This Order shall not impact its prior orders on these matters (ECF 1741, 1754) as to Delaware, Kansas, Louisiana, Nebraska, Rhode Island, South Carolina, and Wisconsin.

**IT IS SO ORDERED.**

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

Dated: _____

[PROPOSED] SUPPLEMENTAL ORDER GRANTING IN PART AND DENYING IN PART THE STATE ATTORNEYS GENERAL'S RELIEF FROM PRETRIAL ORDER

- 5 -

CASE NOS.: 4:22-MD-03047-YGR
4:23-CV-05448-YGR