**AMENDED** Exhibit 716

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

HIGHLY CONFIDENTIAL

Page 1

 1            UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4      ----------------------------x
        IN RE: SOCIAL MEDIA ADOLESCENT ) Case No. 4:22-md-
 5      ADDICTION/PERSONAL INJURY      ) 3047-YGR
        PRODUCTS LIABILITY LITIGATION  ) MDL No. 3047
 6      ----------------------------x
 7
 8         SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9              FOR THE COUNTY OF LOS ANGELES
10                  UNLIMITED JURISDICTION
11
        COORDINATION PROCEEDING       ) Judicial Council
12      SPECIAL TITLE [RULE 3.550]    ) Coordination
                                      ) No. 5255
13      SOCIAL MEDIA CASES            )
        _____ ) Judge Carolyn Kuhl
14
15
            CONTAINS HIGHLY CONFIDENTIAL INFORMATION
16
17
18        VIDEOTAPED DEPOSITION OF THOMAS SAFFELL
19                 PALO ALTO, CALIFORNIA
20                    APRIL 1, 2025
21                      9:09 A.M.
22
23      Job No.: 7278822
24      Pages: 1 - 76
25      Reported by: Leslie A. Todd, CSR No. 5129 and RPR

HIGHLY CONFIDENTIAL

Page 2

1    Videotaped deposition of THOMAS SAFFELL,

2   held at the offices of:

3

4

5           WILSON SONSINI GOODRICH & ROSATI, LLP

6           650 Page Mill Road

7           Palo Alto, California 94304-1001

8

9

10

11

12

13

14

15

16

17

18    Pursuant to notice, before Leslie Anne Todd,

19   California Certified Shorthand Reporter in and for

20   the State of California, who officiated in

21   administering the oath to the witness.

22

23

24

25

HIGHLY CONFIDENTIAL

Page 3

1                     A P P E A R A N C E S

2

3   ON BEHALF OF THE JCCP PLAINTIFFS:

4        AN V. TRUONG, ESQUIRE

5        REILLY DUNNE, ESQUIRE

6        ELLYN HURD, ESQUIRE (via Zoom)

7        SIMMONS HANLY & CONROY

8        112 Madison Avenue, 7th Floor

9        New York, New York 10016-7416

10       (866) 347-4322

11

12  ON BEHALF OF THE MDL PLAINTIFFS:

13       AUDREY SIEGEL, ESQUIRE

14       SEEGER WEISS LLP

15       55 Challenger Road

16       Ridgefield Park, New Jersey 07660

17       (973) 639-9100

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 4

1    APPEARANCES (Continued):

2

3    ON BEHALF OF GOOGLE LLC and YOUTUBE, LLC

4    DEFENDANTS:

5          SAMANTHA A. MACHOCK, ESQUIRE

6          CALLIE DAVIDSON, ESQUIRE

7          MCKINNEY WHEELER, ESQUIRE

8          LAUREN WHITE, ESQUIRE (via Zoom)

9          WILSON SONSINI GOODRICH & ROSATI, LLP

10         12235 El Camino Real

11         San Diego, California 92130-3002

12         (858) 350-2227

13

14   ON BEHALF OF THE META DEFENDANTS:

15         BRITTANY N. VANEK, ESQUIRE (via Zoom)

16         KATHLEEN FRAZIER, ESQUIRE (via Zoom)

17         LAURIE HENRY, ESQUIRE (via Zoom)

18         SHOOK HARDY & BACON, LLP

19         2555 Grand Boulevard

20         Kansas City, Missouri 64108

21         (816) 474-6550

22

23

24

25

HIGHLY CONFIDENTIAL

Page 5

1    APPEARANCES (Continued):

2

3    ON BEHALF OF SNAP INC.:

4          MOHAMED SAID, ESQUIRE (via Zoom)

5          MUNGER, TOLLES & OLSON, LLP

6          350 South Grand Avenue, 50th Floor

7          Los Angeles, California 90071-3426

8          (213) 683-9100

9

10   ALSO PRESENT:

11         RAVEN NARRIS, ESQUIRE (Google)

12         JORDAN NELSON, ESQUIRE (Google)

13         MARISSA URBAN, ESQUIRE (via Zoom)

14         JAMES VONWIEGEN, Videographer

15         JIM LOPEZ, Trial Technician

16

17

18

19

20

21

22

23

24

25                    C O N T E N T S

HIGHLY CONFIDENTIAL

Page 6

```
 1   EXAMINATION OF THOMAS SAFFELL                  PAGE

 2        By Ms. Truong                              8

 3        By Ms. Machock                            62

 4

 5

 6

 7                    E X H I B I T S

 8              (Attached to transcript)

 9   SAFFELL DEPOSITION EXHIBITS                    PAGE

10   No. 1     Binder of documents                  11

11   No. 2     List of 30(b)(6) topics for

12             Saffell deposition                   13

13

14

15

16

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL

```
                                          Page 7

 1                 P R O C E E D I N G S

 2                 ------------------

 3               THE VIDEOGRAPHER:  We're now on

 4         the record.

 5               My name is James Vonwiegen.

 6               I'm a videographer for Golkow.

 7               Today's date is April 1st,

 8         2025, and the time is 9:09 a.m.

 9               The video deposition is being

10         held in Palo Alto, California, in the

11         Matter of Social Media Adolescent

12         Addiction/Personal Injury Products

13         Liability Litigation, for the United

14         States District Court, Northern

15         District of California.

16               The deponent is Tom Saffell.

17               Counsel will be noted on the

18         stenographic record.

19               The court reporter is Leslie

20         Todd, California CSR 5129, and will

21         now swear in the witness.

22               THE REPORTER:  Raise your right

23         hand, please.

24               Do you solemnly swear or affirm

25         the testimony that you are about to
```

HIGHLY CONFIDENTIAL

```
                                        Page 8

 1          give will be the truth and nothing but

 2          the truth?

 3                  THE WITNESS:  Yes.

 4                      -o-O-o-

 5                  THOMAS SAFFELL,

 6          having first been duly sworn, was

 7          examined and testified as follows:

 8                      EXAMINATION

 9   BY MS. TRUONG:

10          Q.      Good morning, Mr. Saffell.

11          A.      Good morning.

12          Q.      We met briefly off record, but

13   just to put it on the record, my name is

14   An Truong.  I'm an attorney for plaintiffs in

15   this matter.  All right?

16                  It's my understanding that

17   you've been designated as a 30(b)(6)

18   corporate representative today; is that

19   correct?

20          A.      Yes.

21          Q.      Okay.  And that's on, I

22   believe, five discrete topics, which we'll

23   put on the record in a moment; is that

24   correct?

25          A.      Yes.
```

HIGHLY CONFIDENTIAL

Page 9

1        Q.      And are you currently employed

2    by Google and YouTube?

3        A.      Yes.

4        Q.      And what is your current job

5    title?

6        A.      I lead product management for

7    the infrastructure team.

8        Q.      You said "infrastructure team"?

9        A.      Correct.

10               At YouTube.

11       Q.      How long have you been in that

12   role?

13       A.      Roughly, two years.

14       Q.      And in that role, did you have

15   anything to do with the age verification

16   procedures at YouTube and Google?

17       A.      By "procedures," do you mean

18   the age verification product?

19       Q.      Yes.

20               Is there a product at YouTube

21   and Google related to age verification?

22       A.      Yes.

23       Q.      What is that product?

24       A.      We have a -- systems that allow

25   users to verify their age.

Page 10

1        Q.        Is there a name for that

2    system?

3        A.        We would refer to it as age

4    verification.

5        Q.        Okay.  And, I'm sorry, you said

6    that in the course of your current role, you

7    do work with that age verification system; is

8    that right?

9        A.        Correct.

10        Q.        When did you learn that you

11    would be a 30(b)(6) designee in this case?

12        A.        Two or three weeks ago.

13        Q.        And did you do anything to

14    prepare for that deposition?

15        A.        Yes.

16        Q.        What did you do?

17        A.        I had preparatory calls with my

18    lawyers.

19        Q.        Two phone calls?

20        A.        Pr- -- no.  Preparatory calls.

21        Q.        I'm sorry, what was that?

22        A.        Preparatory calls.

23        Q.        Oh, I see.

24                  And were they phone calls?

25        A.        Two of them were video calls,

HIGHLY CONFIDENTIAL

Page 32

1          MS. MACHOCK:  Object to form

2     and scope.

3          THE WITNESS:  Yeah.  I also do

4     not know that.

5  BY MS. TRUONG:

6  ███      ███ ███ ███   ████

   █ █████████████   ████  ███ ██  ██████  ███

   █ ████ ████  ████  ████ ████  ████ ███

   █  █████  ██████      ███ ██    ████

10         MS. MACHOCK:  Object to form.

11         THE WITNESS:    █████   █████  ███

   █       ████  ████  ██████  ███  ██████ ███

   █       ████ ████ ██  ███████████  █████

14 BY MS. TRUONG:

15 ███      ███ ████ █████  ████ ███ ████

   █ ██████  ██████  ████  ██████  ████ ██  █████

   █  ████  ███████  ██  █████

18         MS. MACHOCK:  Object to form

19     and scope.

20         THE WITNESS:  Can you clarify

21     the question, please?

22 BY MS. TRUONG:

23 ███      ███  ███ ████  ████ █████ ████

   █ █████ ██ █ █████  █████████ █████████ █████ ██

   █ █████████ █████ ████ ████ █████ ██ ███

HIGHLY CONFIDENTIAL

Page 33

1 ████████████ ████ ██ ██ ██ ██ ██ ████

2 █ ██████ ████████ ██████ ██████ ██████

3          MS. MACHOCK:  Object to form

4     and scope.

5          THE WITNESS:  ███ ██ ███

6 █    ██████ ████ ████ ████ ██ ██ ████

7 █  ██████ ██ ████ ██████ ██████

8 BY MS. TRUONG:

9          ██  ███ ████ █ ████ ████ ████

10 █ ████████ ████ ████ ████ ██████████ █

11 █ ██████ ████ ██ ██ ██ ████

12          MS. MACHOCK:  Object to form.

13          THE WITNESS:  That we refer to

14     as the age-inference model.

15 BY MS. TRUONG:

16     Q.    Okay.  How long did it take to

17 build the age-inference model?

18     A.    I was not a part of that

19 project when it started.  I can give you a --

20 like a rough timeline.

21          In September 2020, we rolled

22 out the -- the ███████ ██████ ██████ ██████

23 program as noted on page 1, and then expanded

24 that in Australia in 2022.  That was a -- a

25 -- a precursor of the model.  And, then, in

HIGHLY CONFIDENTIAL

Page 34

1   Sept- -- September 2021, we launched the full
2   model in the EEA, UK, and Switzerland.
3          Q.     So, is it your testimony, then,
4   that it took about a year to develop the age
5   assurance in EEA --
6                 MS. MACHOCK:  Object to form.
7   BY MS. TRUONG:
8          Q.     -- and UK, or are you saying
9   that -- sometime within this period, but it
10  was built off of the ████ signal?
11                MS. MACHOCK:  Object to form.
12         Misstates prior testimony.
13                THE WITNESS:  Yeah.
14                No, that is not what I said.
15                But I just gave you the dates
16         at which it was launched.
17                I -- I don't -- I do not have
18         information on when the development
19         work started.
20  BY MS. TRUONG:
21         Q.     Okay.
22         A.     I would also note that these
23  launches were to comply with laws.  And, so,
24  the timing of those launches would've been
25  influenced by that, and likely compromises

HIGHLY CONFIDENTIAL

Page 53

```
 1        minutes.
 2                THE  VIDEOGRAPHER:   The  time  is
 3        10:02.  We're  off  the  record.
 4                (Recess.)
 5                THE  VIDEOGRAPHER:   The  time  is
 6        10:18.  We're  back  on  the  record.
 7  BY  MS.  TRUONG:
 8        Q.      Final  stretch.  Last  topic.
 9                This  one  is,  "Defendants'
10  February  2025  announcement  to  expand  its
11  age-assurance  model  to  the  United  States."
12                And  if  I'm  looking  at  the  note
13  sheet  correctly,  I  think  that's  a  bullet
14  point  on  the  top  of  page  2;  is  that  right?
15        A.      That's  correct.
16        Q.      Okay.  What  does  it  mean  that
17  YouTube  will  begin,  quote,  "Calibrating  and
18  testing  the  model  in  the  U.S.  in  the  mid"  --
19  "in  mid  2025"?
20        A.      When  we  build  any  kind  of
21  inference  model,  it  needs  to  be  carefully
22  calibrated  and  tuned  and  tested  to  ensure
23  accuracy.  And,  so,  whilst  we  have  a  model  in
24  Europe  for  that,  that  model  was  not  ready  for
25  use  in  the  United  States,  and  what  needed  to
```

HIGHLY CONFIDENTIAL

Page 54

1    be done to prepare it to be ready.

2        Q.      And what types of things do you

3    need to prepare that model to be ready in the

4    United States?

5    ██      ████ ████████ ████ ███ █ ████ ████████

██   ████████ ██████ ██████ ████ █ ███ █ ███ ████ ████████

██   ██████ ███████ ████ █████ █████ ██████ █████ ██████

██   ██████ ██████ ██████ █████ ██████ █████ ██████ █████

██   ████ ████ ████ ████ ████ ████

██   ████████ ████ ████████ ████ █ █████ █████ ████

██   ████████ ████ ██████████ ████ █████ █████

██   █████████████ ████████ ████ ██████ ████

██   █████████

14       Q.      How long does that process

15   take?

16   ██      ████ █ ████ ████ ████ █ ████████

██   ████████ ██████ ████████ ████ █ ███████████ ████ ████████

██   ███ █████████ ████████ █████ ████████ █████ █████

██   ████████ ██████ ████ ████ ████████ ████ ████ █████

██   ████████ █████ ████ █████ █████ ████████ █████ █████

██   ████████ ████ █████ ████ ████████ ████ █████ █████

██   ████████ ████████ ████ ████ ████ ████████

██   ████████ █ ████ ████████ ████████ ████████ ████████

██   ████████ ████ █████ █████ █████ ████ ████████ █████

██   ████████████ ████ ████ ████████ ████████ █ █████

HIGHLY CONFIDENTIAL

Page 55

1    ██  ██████  ████████

2                    And, so, the goal is to make

3    that model as accurate as possible to

4    minimize the downside of running the model.

5            Q.      The announcement was made in

6    February of 2025, correct, that YouTube would

7    expand age-assurance model globally?

8            A.      Yes.  I think you're referring

9    to the blog post in the binder?

10           Q.      Yes.  And I think that's Tab 2.

11                   And, so, from the time of that

12    announcement, according to your bullet point

13    at the top of Page 3, you anticipate that

14    this will happen sometime in ████.  Am I

15    reading that correctly?

16                   MS. MACHOCK:  Object to form.

17           Misstates the document.

18                   THE WITNESS:  Yeah.  I think

19           you're misstating it.

20                    ████  ████  ████  ████████  ███

██          ██████  ███  ███  █████  ██████  █████  ███

██          ██████  ██████  ███  █████

23    BY MS. TRUONG:

24           Q.      Ah, I see.

25                   And -- and, so, you expect to

HIGHLY CONFIDENTIAL

Page 56

1    expand this to the United States in mid 2025;
2    is that right?
3                    MS. MACHOCK:  Object to form.
4                    THE WITNESS:  No, not -- that's
5          not quite right either.
6                    We expect to launch it in the
7          United States in 2025.  This refers to
8          the preparatory work that's done.
9    BY MS. TRUONG:
10          Q.    I see.
11                    How long did YouTube discuss
12   expanding the age-assurance model globally
13   before the decision was made in February of
14   2025?
15                    MS. MACHOCK:  Object to form.
16                    THE WITNESS:  I've been in the
17          -- my current role for approximately
18          two years, and the discussion of
19          expanding age assurance has, for the
20          United States, been ongoing through
21          that period.  As I mentioned before,
22          there's a lot of work to be done to
23          make the model ready.  ██  ███████

██  █████  █████  ███  ███  █████  █████
██  █████  ████  █████  ██  ██

HIGHLY CONFIDENTIAL

Page 57

16    BY MS. TRUONG:

17        Q.    And you said that the

18    discussion was going on for the two years you

19    were in your current role; is that correct?

20            MS. MACHOCK:    Object to form.

21        Misstates prior testimony.

22            THE WITNESS:    What I said was

23        that I started in this role two years

24        ago, and we have been having

25        conversations about how and when to

Page 58

1          expand age assurance for most of the
2          period that I've been in that role.
3    BY MS. TRUONG:
4          Q.    Okay.  Did the discussions
5    predate your two-year period in this role?
6    I'm just trying to understand if it started
7    sometime in the last two years or prior to
8    the last two years.
9                MS. MACHOCK:  Object to form.
10               THE WITNESS:  Yeah.  I am -- I
11         can't speak to the conversations that
12         happened before I was on the team.
13   BY MS. TRUONG:
14         Q.    In preparing for your 30(b)(6)
15   testimony today, did you talk with anybody
16   who could give you that information?
17         A.    Yes.  And I cannot tell you the
18   nature of those conversations.  I know there
19   have been conversations about how to
20   improve -- as you know, we launched age
21   assurance in Europe for legal reasons, and I
22   think that we've believed that there are
23   benefits to be had for age assurance of other
24   users.
25               Once that model is ready to be

HIGHLY CONFIDENTIAL

Page 59

1    expanded to those other territories, and
2    those tradeoffs have been properly managed, I
3    think there's a general understanding that
4    those tradeoffs take time, and there -- there
5    was a goal to make it possible to launch the
6    model more globally, but a significant amount
7    of work had to be done to get us to that
8    point.
9         Q.    Okay.  And the -- the question
10   was whether there was -- whether you had
11   talked to anybody about whether there were
12   prior discussion about this age-assurance
13   expansion prior to the last two years.  Is
14   your answer yes, you are aware of some
15   discussions prior to the last two years?
16        A.    I -- I know from some of those
17   conversations the -- the conversations took
18   place.  I don't know the nature of those
19   conversations.  I wasn't part of them.
20        Q.    Okay.  And when you were -- and
21   when you did become part of those
22   discussions, were you provided with any
23   documents or analysis with respect to the
24   age-assurance expansion?
25        A.    Quite possibly, but I don't

HIGHLY CONFIDENTIAL

Page 60

1    recall -- I mean, when I took over this role,
2    I was provided with hundreds, possibly
3    thousands, of documents, so I -- I cannot
4    tell you the details of all of 'em.
5         Q.    All right.  I'll just go back
6    to one issue in the first topic, which was
7    Roman Numeral I.2, "The Ability to access the
8    YouTube Platform as a guest or without
9    logging into an account."
10            Does YouTube have a -- a guest
11   mode for the YouTube platform?
12            MS. MACHOCK:  Object to form.
13            THE WITNESS:  Can you define
14       "guest mode," please?
15   BY MS. TRUONG:
16        Q.    I -- I don't know is my
17   question.  I -- I'm just wondering if there
18   is such a thing as a guest mode for YouTube.
19            MS. MACHOCK:  Object to form.
20            THE WITNESS:  So, maybe I could
21       walk you through what the options are.
22   BY MS. TRUONG:
23        Q.    Sure.
24        A.    If -- if you come to the
25   YouTube Desktop Web, for example, you may do

HIGHLY CONFIDENTIAL

Page 61

1    that, use that signed in or signed out.  You
2    may also, of course, use the browsers
3    incognito functionality to launch an
4    incognito session, which is functionally
5    equivalent to being signed out with a -- with
6    a fresh set of cookies.
7                    The situation's slightly
8    different for mobile.  In mobile, most users,
9    for example, in Android, would be signed in
10   to the OS and -- and signed in to YouTube.
11   The YouTube mobile apps, our main have what
12   we call incognito mode, which is maybe what
13   you were getting at with guest mode.  This is
14   a mode in which, again, the user is given a
15   temporary blank new identity that's
16   equivalent -- roughly equivalent to using
17   incognito in a Desktop Web browser.
18                    Does that answer?
19       Q.       It did.  Thank you.
20                MS. TRUONG:  I don't have
21           further questions at this time,
22           subject to any redirect from your
23           counsel.
24                MS. MACHOCK:  Okay.
25                THE VIDEOGRAPHER:  The time is

HIGHLY CONFIDENTIAL

Page 73

1    CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2         The undersigned Certified Shorthand

3    Reporter does hereby certify:

4         That the foregoing proceeding was taken

5    before me at the place and time therein set

6    forth, at which time the witness was duly

7    sworn; That the testimony of the witness and

8    all objections made at the time of the

9    examination were recorded stenographically by

10   me and were thereafter transcribed, said

11   transcript being a true and correct copy of

12   my shorthand notes thereof; That the

13   dismantling of the original transcript will

14   void the reporter's certificate.

15             In witness thereof, I have

16   subscribed my name this date:  April 12,

17   2025.

18        _____

19             LESLIE A. TODD, CSR, RPR

20             Certificate No. 5129

21   (The foregoing certification of

22   this transcript does not apply to any

23   reproduction of the same by any means,

24   unless under the direct control and/or

25   supervision of the certifying reporter.)