# AMENDED Exhibit 722

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Crosswalk Update

Biz Staff | January 9, 2019



Privileged + Confidential

CONFIDENTIAL

GOOG-3047MDL-01988369

CONFIDENTIAL ATTORNEY CLIENT PRIVILEGED

| | |
|---|---|
| **The way families consume media online has evolved, and we are making product changes to reflect that change`** | <ul><li>Over the last few years a lot has changed. The ways in which families and kids go online and consume video are changing: globally, **more than 70% of watchtime happens on mobile devices. And more and more parents are handing their mobile devices to their kids.**</li><li>We've heard legitimate concerns that kids under 13 are using the main YouTube site unsupervised. While we didn't build YouTube.com for kids, we have to be realistic about these concerns and feedback showing that parents aren't always supervising their kids.</li><li>**We know it is our responsibility to address how our products are being used and to do more to protect kids' data and educate parents.**</li><li>Consistent with the settlement, we've worked with the FTC for over a year to thoroughly understand these concerns, clarify how the law applies to an open platform like YouTube and commit to the following product changes when viewers are watching kids content on YouTube to better protect kids' privacy:<ul><li>We will identify kids content through machine classifiers and by giving creators a way to tell us if their content is primarily for kids.</li><li>We will **no longer serve [personalized ads]** and will remove the ability to comment, subscribe, like and dislike.</li><li>We will **direct viewers to YouTube Kids** through prominent in-product notifications</li><li>We will clearly tell viewers what data we collect and why</li></ul></li><li>We are also significantly increasing our investment to make sure parents understand that YouTube Kids is the only app where kids under 13 should be watching unsupervised -- it was built for kids, with parent input about the right controls</li></ul> |

CONFIDENTIAL

GOOG-3047MDL-01988465

## Slide 63 Notes

Prior language:
- Committed to making this settlement a success
- Worked to clarify how the law applies to an open platform like YouTube

CONFIDENTIAL

GOOG-3047MDL-01988466

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-01988369-GOOG-3047MDL-01988502

**BEGATTACH:** GOOG-3047MDL-01988369

**ENDATTACH:** GOOG-3047MDL-01988502

**PRODVOL:** PROD023

**Custodian:** BESER, JAMES; [REDACTED]; HALPRIN, MATT; KASAVANA, TANAYA; RAMNATH, JYOTI

**File Path:** /PRIVILEGED + CONFIDENTIAL- CROSSWALK CO_1OXD4AE2KQH-_I_P8XETFSVM7ZDDPTODXLMCRLAMIW6S.PPTX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** B88B9032C038165101043CCCC0B75493

**Document Type:** PDF

**Author:** CW BIZ TEAM DRIVE

**Family Date:** 7/2/2021 10:20 PM

**Last Modified Date:** 7/2/2021 10:20 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** PRIVILEGED + CONFIDENTIAL- CROSSWALK CO_1OXD4AE2KQH-_I_P8XETFSVM7ZDDPTODXLMCRLAMIW6S.PPTX

**Title:** PRIVILEGED + CONFIDENTIAL_ CROSSWALK COMMS UPDATE FOR BIZ STAFF _ JAN 9, 2019.PPTX

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:** REDACTED - PRIV

**REDACTIONS:** YES