# AMENDED Exhibit 742

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native



CONFIDENTIAL

GOOG-3047MDL-03233306

# Product: The Case for YouTube In Schools via GSuite For EDU

## Table of Contents

- Why this matters
- Understanding the problem
- Potential solutions
- Costs and benefits
- Recommendation

Confidential & Proprietary 

*not for desktop, but interesting container format
https://docs.google.com/ ███████████
███████████████████████████

## Why this matters

It's the right thing to do for our users and partners
- Users
  - Teachers seek out YT because video is a critical resource for professional development, teaching aid, and project work
  - Students turn to YT every day to supplement their learning
  - We need a product that works for them
- Partners
  - Schools are a top priority for content creators, aligned with their vision, and they even license their content already to get it into schools

Larger business context
- Internal:
  - One of YouTube's core values is access to information, so we should be useful in one of the most iconic information gathering spaces
  - Google is investing strongly in schools and has made a commitment to education. YT has made learning at top 5 priority but has not invested in schools
  - Google will amplify what we do in schools across product, marketing, and sales (GSuite, EDU marketing, Hardware - chromebooks etc)
- Ecosystem:
  - Our competitors are investing strongly in schools: apple, msft, facebook, amazon
- Policy:
  - YouTube's commitment to Learning must resonate in the place people associate with learning: schools
- Opportunity:
  - Robust paid content market for edu content delivery
  - Pipeline of future users (google edu / cloud) biz model for enterprise
  - Pipeline of future creators (making as a project versus an instagram story) or potential for future innovation [weak]

Confidential & Proprietary                                                                                   YouTube

*not for desktop, but interesting container format
https://docs.google.com [redacted]

## Understanding the problem in schools

- US teachers were asked in 2017 (▮▮▮▮▮) whether they and students were allowed to use YT at school:
  26% did not know     9% said blocked entirely     17% said teachers only 22% said yes (unfiltered)*
- An assessment of some of the challenges:
  26% said yes but filtered

| Challenges | P0 | | | P1 | | | P2 |
|---|---|---|---|---|---|---|---|
| | Student Privacy: collection of data | Discomfort with advertising | Fears of inappropriate content | YouTube is distracting (suggested and recs) | S&D Challenges (hard to find the accurate/ best content) | Bandwidth Constraints /Inconsistent Wifi | Content Gaps? |
| Existing Solutions or Resources | YTK addresses COPPA / No-Cookie Embed | YT RED / YT Gov Embed / YTK has manual ad review | YTK (and YTK corpus) / MRM (and YTM Restricted Mode) | N/A but insights from Well Being & Learning visioning projects | Rich metadata from over X# YT videos assigned in Classroom | Relay Point (hard drive) / Accelerator (fka spacecast) / YouTube Go` | Might be solved by curation, but if not then Content Partners |

Confidential & Proprietary                                                                                      YouTube

\* the remainder were yt is filtered; NB: for Middle School and High School Teachers, the % blocked was 11% and 8%, respectively, the % teacher-only was

` not for desktop, but interesting container format
https://docs.google.com▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



# Recommendation

[to be replaced]

Complete the 2 pager process:
- Substantiate claims and collect critical updated information
  - UXr Research
  - Quant Research
- Craft a narrative to encourage investment and a deeper investigation
- XFN engagement
  - Legal
  - Google EDU team support
    - Product costs
    - Business opportunity

Confidential & Proprietary

YouTube

*not for desktop, but interesting container format
https://docs.google.com/ [redacted]







- We started with this one problem -- put Google front and center in ed-tech
- We wanted to build a foundation, on which we could do really incredible things -- (1) to get Google into hands of kids, (2) transform education



## Potential Solutions

- Adapted Web Version of YTK safe backend
- ~~Paid SKU (freemium + paid)~~
- Player for Learners (3rd party embed-only experience)
- YouTube for Teachers (new url or web app for curation of edutubers)
- Cloud-built player with YT Content
- **Cross-cutting every solution**
  - GSuite Integration
  - Enabling identity

Confidential & Proprietary                                                                                      YouTube 

*not for desktop, but interesting container format
https://docs.google.com/ ████████████████████
████████████████████

## Costs & Benefits, Proposal #1: Adapted Web Version of YTK

**Solution Overview:** *This no-cookie version of YTK, built on the web, could be renamed as a YT for schools product. With the most progress toward solution of any existing product/feature, this presents the least paths of resistance. This would likely be an unpaid product and 100% loss for YT.*

| Addressing the Need: | Cost & Time to Deliver: | Revenue Opportunity: |
|---|---|---|
| Privacy:<br><br>Ads:<br><br>Quality:<br><br>S&D:<br><br>Bandwidth:<br><br>Content: | Major Costs:<br>• Integration into G Suite<br>• Enabling identity<br>• Content/agreements<br><br>Timeline:<br><br>Unknowns/Outstanding ?'s: | Market Size:<br><br><br>Paid Features/Price:<br>• $0<br><br>Unknowns/Outstanding ?'s: |

Confidential & Proprietary                                                                                                    YouTube

https://docs.google.com/ █████████████████████████
████████████████████████████████



https://docs.google.com/ ███████████



https://docs.google.com



https://docs.google.com ███████████████
████████████████████████



https://docs.google.com



# What you need to know - eng

Leave out bandwidth and content for the eng side of things, keep the other 4:

Privacy, ads, quality, S&D

Why can't you….

- Do this on YTK?
    - What breaks if we make a kid a student and make a parent a teacher (on a web version)

This makes me think that making YTK web embed (or PFL w/ no cookie)work for just google classroom….or another specific embed site…but we need an identity handshake

Confidential & Proprietary

