# AMENDED Exhibit 745

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native



CONFIDENTIAL

GOOG-3047MDL-01614173





MRM is a version of Restricted mode that allows school admins set the corpus -level restricts for their students based on via labels and whitelisting
These screens are the view a School/district admin sees today.



The in-market name for MRM is: YouTube Settings for G Suite, not very memorable!

## YT MRM: Options from here

**Option #1: Status Quo**
- MRM remains in Maintenance mode
- YT will help with Bugs, no new features

**Option #2: Status Quo++**
- Improve MRM on YT Main (controls to limit sharing, limit ads to KFA, etc)
  - Potential to leverage Unicorn Main work?
  - Would need to add web support, among other things...

**Option #3: Merge w/YTK**
- Merge with the YTK corpus safety/parental controls to Schools/Administrators
- Longer-term: Potential to add MRM support to YTK and offer a YTK version for schools

Options:
1) Status quo
2) Status quo+: Improve MRM on yt main (KFA, sharing options, ) - could we leverage the YT Main work the Unicorn team did plus integrations with classroom/chrome? (ping ▮)
1) Merge MRM work with the safety work YTK team is doing, extend filtering and controls to Main in Schools

# YT Learning: Proposed next steps

- **Research**
    - Create a product playbook to focus on needs of initial target user group
    - Align with Primer: Determine a good first vertical on which to focus (ie. physics)
    - HaTS surveys for baseline satisfaction with search results, recs on learning content
- **YT for Learners: Run experiment on YT (WIP)**
    - Approximate a 'learning session' (i.e. 10% of "Linear Equations" queries on YT.com)
    - Remove p13n from WN (i.e remove Will Farrell)
    - assess WT/DAV impact
    - Recruit 20%er SWE(s) to help
- **MRM: Firm up reasons for high blocking rates among schools**
    - Do light-weight outreach to a few schools and filtering companies (example)
    - Note: Unlikely to make tangible progress on MRM with current staffing.
- **We'll continue to push this forward when/if possible with 20%ers**
    - Hard to commit to timelines or milestones
    - Progress will be slow...

Appendix

## Make Education Pop: Tentpole headlining our offering [moving]

*Tentpole to lift corpus + fill content gaps*

You know how Lin-Manuel Miranda made history cool on Broadway with *Hamilton*? Let's pair popular, non-Edu YouTube voices with educators / edutubers to create inspiring, learning content

**Popular Voices**  + **"Boring" Subjects**  = **Made Relevant** 

Build content that's accurate, and awesome

Confidential & Proprietary                                                            YouTube

http://www.globalpartnership.org/sites/default/files/styles/detail_page_800/public/education-and-the-global-goals-10022015.jpg?itok=wJm1jhA8
http://www.getbettergradesnow.com/blog/wp-content/uploads/2010/09/Education-Around-The-World-Infographic.png

The poor state of education; the increasing cost of education; the lack of access (170M school age kids not in school - josh has the actual detail); edu iniquities lead to lifelong iniquities and a deeply stratified society; a quote of education being the light that helps bring societies together and lift the under accessed and resourced. Also -- Secondary: Education can be boring  - YT, given it's relevance, can bring the fun

Let's have a whole slide about the strong social need. This is not a nice to do - this is a social responsibility and obligation

maybe what we say is that all these are great, but haven't made a consumer dent.. they've made a niche teacher market dent - which is great! we want to do something similar to what they're doing -- but FUN

# Why hasn't MRM solved this problem?

### ① Awareness

- Because MRM is not a school-directed product, can't market to schools
- Most schools (and the filtering companies they employ) don't know about existing MRM solution
- Current naming isn't descriptive enough to market itself (YouTube Settings for G Suite)

### ② Feature gaps

- MRM only meets baseline needs
- Schools want to enforce intra-domain sharing (disallow public sharing)
- Doesn't work with other tools they use (Classroom and Chromebooks)

### ③ Compliance

- YT ToS explicitly prohibits use by <13 users
- Ads and related videos are distracting and problematic



## YT MRM: Proposed next steps

1. Staff a <u>team</u> to improve MRM, potentially by <u>extending YT Kids Parent controls to School Admins</u>
   - Add controls to limit public sharing
   - Implement a school-friendly ads policy
   - Comply with regulations (COPPA, CIPA, Student Privacy Pledge), including data use/targeting
   - TBD: Make YouTube a G Suite core service

2. Conduct <u>user research</u> with school admins that still block YT
   - Develop baseline metric to track progress (# of schools still blocking YT)

3. <u>Market</u> the solution (start with current MRM)
   - Close awareness gap (MRM) among schools and filtering companies
   - Fix naming (currently "YouTube Settings for G Suite")

Options:
1) Status quo
2) Status quo+: Improve MRM on yt main (KFA, sharing options, ) - could we leverage the YT Main work the Unicorn team did plus integrations with classroom/chrome? (ping ███████████)
1) Merge MRM work with the safety work YTK teams doing, extend filtering and controls to Main in Schools

### What we know: what makes learning on YT hard?

**1. Hard to discover content**
- Disorganized
- Unclear video quality/credibility

"Which of these will best help me learn?"

**2. Hard to stay engaged**
- YT too good at distraction
- Weak "episodic" organization

"Hard to do my homework when I could be watching Will Ferrell?!"

**3. Hard to measure mastery**
- No user assessment

"I watched it, but am I ready for my test?"

- Discovering content, determining what is 'good' and then staying engaged
- Disorganized
  - Youtube has a lot of great content, but it's a disorganized library
  - Feedback from GAFE admins
    - Broken UI for learning - long videos lack navigation to different steps/sections, leading to lots of scrubbing, feeling inefficient use of time
  - Trustworthiness
    - "inability to check how legitimate the source is"
    - Leads to lots of trial and error on videos, which leads to frustration
- Distracting
  - Learning is a top reason people come to YT, but very easy to get distracted
  - We dont yet have a way to measure the level of distraction (more on that soon)
  - You can see in this example, i started this session with a 'linear equations' query, clicked on a learning video and within 5 videos WN gets to a Will Ferrell hilarious acceptance speach - from CocksandBalls123!