# AMENDED Exhibit 773

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-04683418

PRIVILEGED AND CONFIDENTIAL

# Literature Review:
# Growing YT Watch Time Responsibly



UXRS Rapid Research

February 2018



▶ YouTube   UX Research



**OBJECTIVE:**

Provide a wealth of insights to identify themes that are important in the context of growing YouTube watch time "responsibly."



## Slide 1

1

Hi both - our OKR that we are solving for is:

Develop user happiness and content quality metric by end of Q1;
Grow by Y% by EOY (where Y indicates YT has overall improvement in social good)

When we discussed the lit review earlier, we said that one of the big components of this is to have a lit review look into how others in the world define social good so that we can define it ourselves.  Is that part of this portion, or is that social good component still in the works?
Thanks!

John Hebda; 2/12/2018 5:27:52 PM

## METHODOLOGY:

A <u>review</u> of external and internal research reports, empirical papers, and newspaper articles were combined into this presentation of findings.

Research focused on what is considered time well spent, positive things YouTube does that affects watch time, and possible research follow-ups to improve existing practices.



## RESEARCH QUESTIONS:

1) How are domain experts talking about responsibility in the context of YT?

1) What is time well spent on YT?

1) What is considered good on YT?

1) What kind of positive initiatives from the past have worked well?

UX 

## About 90% of people use social media everyday to fulfill specific needs

- **Research suggests that people have a variety of needs that are fulfilled by different types of social media** (Scott, et al., 2017).

- **These needs include:**
  - Social interaction
  - Information exchange
  - Self-expression
  - Entertainment
  - Surveillance of others
  - Sense of belonging

- **Uses and Gratifications Theory** is used to explain how people seek out various types of media to address each need.

# Engaging with YouTube addresses majority of these needs

## User Needs

- **Social interaction -** viewers are able to share opinions and conversations on watch pages
- **Information exchange -** creators are able to share their content and have an impact on the world, while viewers use this content as an educational tool
- **Self-expression -** creators can post content about topics related to their interests, struggles, and hobbies to which viewers can relate
- **Entertainment -** YouTube has a variety of content of any genre that can appeal to the taste of any viewer
- **Sense of belonging -** viewers develop connections with creators and other viewers to establish a sense of community

- All of these needs indicate that YouTube is an *engaging* platform for users to watch and interact with.





## Slide 1

1          This area is where i think our metric should focus.

█████████████  2/14/2018 9:03:45 PM

## Streaming content that is age appropriate is "responsible"

- **One important factor of "responsible" watch time is trusting that the content shown will be age-appropriate.**

- It is a common finding that **algorithms on YouTube serve inappropriate videos to children** (Lewis, 2018)**.**

- YouTube Kids is a program dedicated to streaming content exclusively for children, but **parents have reported seeing disturbing content in the recommended videos that play** (Bowles, 2018)**.**

- **Previously conducted survey research** indicates that the presence of inappropriate content was a frequent issue for many respondents (*HaTS Data*, 2017).

# Trending content should not be violent, offensive or heavily political

- Increasing watch time responsibly means that **content on the platform should not be intentionally violent or offensive** (i.e. children eating Tide pods, parents pranking their children, etc).

- Research suggests that **"content that is edgy and hateful is actually engaging" and "leads people down hateful rabbit holes" creating a distortion of reality** (Lewis, 2018).

- Some of these videos appear in the **Trending tab** due to their high views counts, and thus, unfortunately, **get factored into the recommendation algorithm** (Bowles, 2018)**.**

- **Overdose of political content** also turns users away from watching because they feel like they are being fed "political propaganda" (*HaTS Data*, 2017).



# Validity and accuracy of YouTube content can be questionable and lead to less responsible watching

- **Internal research** conducted in 2017 ████████████████████████ suggests that credibility of content is critical to our users.

- **People expect our content to:**
  - Provide sources with diverse perspectives
  - Avoid bias by showing objective vs. subjective opinions
  - Deliver credible information not to erode trust in the YouTube brand

- **The "YouTube Effect" is a growing phenomenon that causes people to experience hesitation when watching YouTube content and deciding what to believe versus what not to believe** (Naim, 2007).

- **Good News! The Visioning News team is currently addressing these issues.**
  - They acknowledge that it's difficult to distinguish information from misinformation
  - Our platform is increasingly accountable for how information is spread

# Content that is of high-quality will get more views

- **Some research indicates that when viewers see content that is of high-quality, they are more likely to spend more time watching.**

- **This is especially important when we think about paid services (i.e. YouTube Red).**
  - Watching paid content is "responsible" if it is high quality
  - High quality includes extra features, set-designs, production quality, and technical quality

- **I    nal   se    h o  YouT  be R  d** ▓▓▓▓▓▓▓ found that users are not always aware of the intrinsic (objective) cues of a product, and their perceived value is a result of extrinsic cues (i.e. because their friends told them they liked it).

- **For some videos, high-quality was also found to be associated with background music.** Viewers felt more engaged when the videos they watched had background music (reedwards, 2017).

- Other research also finds that **background music plays a large role in viewers' perception of content**, increases watch time, and increases likelihood of interaction, such as liking/commenting (Pentaris & Yerosimou, 2015).



## "Responsibly" watching means watching in moderation; turn-off Auto-Play

- Research suggests that a common side-effect of using platforms with on-demand video can result in **binge-watching and procrastination** (Pena, 2015).

- It is also known that YouTube's **algorithms are designed in a way to increase** "rabbit hole" **watch time** and "keep people hooked on the screen" (Lewis, 2018).
  - One way to remedy this is to disable the auto-play feature by default or be an opt-in feature
  - Users mention that it is so simple to continue watching because they do not have to take any action; videos just play automatically.

- According to the Center for Humane Technology, using YouTube on average for about 30-40 minutes per day results in positive affect, while using more than 80 mins per day results in negative affect. (All data is correlational).

## Informing users of their watch time might be a "responsible" intervention

- Additional research by the RSPH shows that **users are willing to have pop-up warnings** on social media informing them of their time spent on the platform.
  - Pandora and Netflix have incorporated this into their product

- After the warning is given, **it is up to the user to decide** if they want to continue using the platform or not.

- **Setting a timer for watch time** could be another helpful way to mitigate binge-watching.




## Creators feel that maintaining their channel is very time-consuming and they are getting burned out

- **Several creators expressed concern that they were getting burned out** by the responsibilities of maintaining their channel for high view count (Alexander, 2018).
    - Creating content everyday was causing them to lose interest and lack inspiration

- Creators know that **YouTube actively rewards people who spend more time engaging** with their viewers.
    - Answering comments/messages
    - Creating regularly scheduled content
    - Being consistent

- **Creator Insights team** has also found that watch time favors vloggers vs. creators such as animators.
    - The pressure to produce more frequent content leads to producing content of less quality.

- **Burning out creators will cause them to decrease the amount of content they produce, and thus decrease responsible watch time in our users.**

- **If creators could access creator studio from their mobile phones,** perhaps content creation would be faster and easier.