1  [*Parties and counsel listed on signature pages*]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11 | IN RE: SOCIAL MEDIA ADOLESCENT | MDL No. 3047
12 | ADDICTION/PERSONAL INJURY
   | PRODUCTS LIABILITY LITIGATION | Case Nos. 4:22-md-03047-YGR
13 |                                |            4:23-cv-04659-YGR
14 | This Document Relates To:
15 |                                | **PARTIES' JOINT SUBMISSION OF**
   |                                | **EXMPLAR DEPOSITION**
16 | *Breathitt County Board of Education v. Meta* | **DESIGNATION DISPUTES**
   | *Platforms, Inc., et al.*      | Judge: Hon. Yvonne Gonzalez Rogers
17 |                                | Magistrate Judge: Hon. Peter H. Kang

18

19

20

21

22

23

24

25

26

27

28

-ii-

1  In accordance with Section 3(f) of the Court's Standing Order re: Pretrial Instructions in
2  Civil Cases (last updated March 17, 2025) and the Court's Pretrial Schedule (Dkt. 2811 at 2), the
3  parties jointly submit the following list of exemplar deposition designations.  On each of the
4  following pages, Plaintiff's priority designations appear in the first table, and Defendants' priority
5  designations appear in the second table.

**Kera Howard, Guidance Counselor for Breathitt High School**
**Current Employee, 30(b)(6) Representative**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 20:21-21:9 | Foundation; Speculation |
| 2 | 21:23-22:2 | Relevance; Prejudicial; Outside scope of 30(b)(6) |
| 3 | 25:9-13 | Relevance; Prejudicial; Outside scope of 30(b)(6); incomplete |
| 4 | 34:18-35:8 | Foundation; Speculation |
| 5 | 50:13-16 | Foundation; Speculation |
| 6 | 77:6-8 | Relevance; Prejudicial; Outside scope of 30(b)(6) |
| 7 | 90:8-21 | Object to 90:16-21 as improper lay opinion; foundation; speculation |
| 8 | 98:19-99:2 | Speculation; Foundation; Outside scope of 30(b)(6) |
| 9 | 140:15-24 | MIL re 230/1A [2804]; Relevance; Prejudicial |
| 10 | 151:10-152:6 | Outside scope of direct |
| A | *See, for context* | 110:4-111:23 |
| 11 | 152:7-24 | Foundation; Speculation; Vague as to what social media platform is being described |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 11:18–11:20 | Outside scope of 30b6, Relevance, Prejudicial |
| 2 | 38:13–15 | Foundation, Speculation |
| 3 | 48:20–48:22 | Attorney comment/objection, Relevance, Prejudicial |
| 4 | 50:1 and 50:3 | Attorney comment/objection, Relevance, Prejudicial, Incomplete |
| 5 | 52:14-53:5 | Foundation |
| 6 | 53:6–53:10 | Outside scope of 30b6, Relevance, Prejudicial |
| 7 | 67:12–67:14 | Form |
| 8 | 99:25–100:4 (starting with "Do") | Relevance, Prejudicial |
| 9 | 100:20–101:4 | Mischaracterization |

**Phillip Watts, Superintendent (Breathitt)**
**Current Employee, 30(b)(6) Representative**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 23:19-22; 24:7-25; 25:7-11; 25:25-26:8 | MIL re Lay Opinions [2797], FRE 701, 403, 602, 802 |
| 2 | 31:13-22 | MIL re Lay Opinions [2797], 701, 403, 802 |
| 3 | 52:18-57:18 | Relevance; 403; Subject to MIL No. 1 |
| 4 | 58:14-60:25 | Relevance; 403; Subject to MIL No. 1 |
| 5 | 62:3-63:11 | 701, 403 |
| 6 | 67:20-25 | Relevance; 403; Subject to MIL No. 1 |
| 7 | 68:13-69:13 | 802 |
| 8 | 71:23-72:16 | 802 |
| 9 | 75:18-76:15 | Relevance; 403; Speculation; Subject to MIL No. 3 |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 46:19–47:23 | Non-responsive |
| 2 | 66:15–66:24 | Non-responsive, MIL re Lay Opinions [2797], improper lay witness opinion, prejudicial, speculation |
| 3 | 73:15–73:18 (starting with "Based on what") | Foundation, MIL re Lay Opinions [2797], improper lay witness opinion, hearsay |
| 4 | 96:12-97:12 | Relevance; 403; Subject to MIL |

**Reid Watson, Group Product Manager (YouTube)**
**Current Employee, Personal Capacity**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 69:14-17; 69:24-70:5; 70:6-12; 70:21-23; 71:13-18; 72:1-10; 73:3-7 | Foundation (69:14-17, 70:21-23); Prejudicial (70:21-23); Hearsay (71:13-18, 72:1-10, 73:3-7) |
| 2 | 131:11-23; 132:7-22; 132:25-133:4; 135:3-11; 136:25-137:12 | Hearsay (all); Foundation (132:17-22, 132:25-133:4, 137:9-12) |
| A | *See, for context* | 34:5-8; 34:17-24; 127:3-5; 128:5-12; 128:13-18 |
| 3 | 232:16-17; 233:6-12; 233:23-234:11; 236:13-238:1; 238:19-239:12 | Hearsay (all); Speculation (236:13-238:1, 238:19-239:12); MIL re 230/1A [2804] (all) |
| 4 | 271:9-10; 271:21-272:4; 276:13-277:4; 277:6-278:22 | Hearsay (271:21-24; 276:13-277:4; 277:6-278:22); Foundation (271:21-24; 276:13-277:4; 277:6-278:22); MIL re 230/1A [2804] (all); Speculation (278:12-22) |
| A | *See, for context* | 34:5-8; 34:17-24; 271:21-272:4 |
| 5 | 302:9-12; 302:16-303:12; 304:2-23; 305:1-15; 308:2-9; 308:14-15; 308:18-309:16; 309:19-21; 313:16-22 | Prejudicial (all except 308:2-9); MIL re 230/1A [2804] (all); Foundation (305:1-15); Hearsay (all except 313:16-22) |
| 6 | 426:5-14; 426:17-20; 427:3-8; 427:11-20; 427:22-428:11; 428:13-429:9; 430:1-4; 430:13 | Not a permissible counter under Rule 32(a)(6) and FRE 106; Leading; Foundation; Hearsay |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 71:13–71:18; 72:1–72:10 | Hearsay (reading into record) |
| A | *See, for context* | 70:21–70:23; Watson Dep. Ex. 5 |
| 2 | 89:8–90:10 | Hearsay (reading into record) |
| 3 | 132:17–22, 132:25–133:4 | Hearsay, Foundation |
| 4 | 140:17–141:3; 141:6–8 | Hearsay/Foundation (reading into record), Speculation |
| 5 | 161:20-162:3 | Hearsay/Foundation (reading into record), Prejudice/403 |
| 6 | 180:1-11 | Hearsay/Foundation (reading into record), Prejudice/403 |
| 7 | 219:25–220:23 | Hearsay/Foundation (reading into record), Prejudice/403 |
| 8 | 231:9–15 | Assumes Facts, Hearsay (reading into record), MIL re 230/1A [2804], Prejudice/403 |
| A | *See, for context* | 230:9–10, 230:15–22 |
| 9 | 276:13–277:4, 277:6–278:22 | Hearsay/Foundation (reading into record), MIL re 230/1A [2804], Speculation (278:14–22) |
| A | *See, for context* | 271:9–10, 271:15–24 |
| 10 | 280:25–281:7 | Hearsay/Foundation (reading into record), Prejudice/403 |
| 11 | 284:23–285:6 | Hearsay/Foundation (reading into record), MIL re 230/1A [2804], Prejudice/403 |
| 12 | 378:1–4 | Foundation (no testimony designated) |
| 13 | 417:22–418:15 | Foundation, Hearsay |
| A | *See, for context* | 417:8–9, 417:13-21, 418:16-22 |

**Darius Kilstein, Data Science Director (Meta)**
**Current Employee, Personal Capacity**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 67:22-25 | Foundation; Misleading; Misstates |
| 2 | 252:17-18; 253:3-20 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] |
| 3 | 254:8-10; 255:10-13 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] |
| 4 | 255:20-256:8 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] |
| 5 | 256:9-11; 260:1 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797]; Improper use of exhibit (playing clip without question) |
| 6 | 266:24-267:6 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] |
| A | *See, for context* | 267:7-14 |
| 7 | 269:14-271:24 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] |
| 8 | 274:5-276:1 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] |
| 9 | 276:5-278:10 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] |
| 10 | 563:2-5; 563:7; 563:9-13 | Rule 32(a)(6); FRE 106; Foundation; Speculation. |
| 11 | 572:22-24; 573:1-10 | Rule 32(a)(6); FRE 106; Leading; Vague. |
| 12 | 584:22; 585:10-12 | Rule 32(a)(6); FRE 106; Hearsay. |
| 13 | 586:7-11; 587:13-20; 587:23-25 | Rule 32(a)(6); FRE 106; Hearsay; Foundation; Calls for Speculation; Improper Opinion Testimony. |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 397:2–397:4 | Prejudicial; MIL re Lay Opinions [2797] |
| 2 | 407:13–407:13 | Prejudicial; Hearsay; Foundation |
| 3 | 407:15–407:15 | " |
| 4 | 407:17–407:18 | " |
| 5 | 407:20–407:20 | " |
| 6 | 408:17–408:24 | " |
| 7 | 409:1–409:1 | " |
| 8 | 412:15–412:15 | " |
| 9 | 412:20–412:24 | " |
| 10 | 413:1–413:1 | " |
| 11 | 414:22–415:3 | Prejudicial; Hearsay; Foundation; MIL re Lay Opinions [2797] |
| 12 | 415:5–415:6 | " |
| 13 | 415:8–415:10 | " |
| 14 | 416:4–416:20 | Prejudicial; Hearsay; Mischaracterization; MIL re Lay Opinions [2797] |
| 15 | 420:10–420:12 | " |
| 16 | 420:14–420:16 | " |

**Amy Ulucay Classen, Head of Minor Safety (TikTok)**
**Former Employee, Personal Capacity (2/5/2025 and 2/10/2025)**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 49:25-50:14; 58:17-58:21 | Relevance; Prejudicial; Improper lay opinion |
| A | *See, for context* | 28:2-14 |
| 2 | 121:4-121:13 | Relevance; Prejudicial; MIL re unrelated features [2801] |
| A | *See, for context* | 28:10-14 |
| 3 | 158:21-159:1 | Relevance; Prejudicial; Foundation; Assumes facts; Improper lay opinion |
| 4 | 168:8-19 | Relevance; Prejudicial; Foundation; Hearsay |
| 5 | 179:4-7 | Relevance; Prejudicial; MIL re unrelated features [2801]; Cumulative (227:15-19) |
| 6 | 227:1-228:11; 228:19-229:12; 230:9-230:16; 231:2-10; 231:15-232:10 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| 7 | 235:18-23; 236:3-16 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| A | *See, for context* | 235:18-23 |
| 8 | 239:19-23 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| 9 | 319:2-11; 319:18-22; 319:25-320:9 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| 10 | 371:9-16; 371:18-22; 371:24-372:3; 372:5-11; 372:13-15 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801]; Assumes facts; Foundation |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 63:25-64:08; 65:8-9; 65:11-22; 65:24-25 | Relevance; Prejudicial; Assumes facts; Foundation; Improper lay witness opinion |
| 2 | 78:25-79:1; 81:15-20; 82:14-18; 83:8-83:10; 86:22-87:01; 89:22-90:4 | Foundation; Relevance; Prejudicial; MIL re 230/1A [2804]; Improper lay witness opinion |
| 3 | 91:20-92:14 | Relevance; Prejudicial; |
| 4 | 161:23-25; 164:12-165:18 | Relevance; Prejudicial; Foundation; Hearsay; Misstates the document |
| 5 | 228:19-229:12; 230:9-16; 231:2-10; 231:15-232:10 | Relevance; Prejudicial; MIL re unrelated features [2801] |
| 6 | 279:1-2; 281:10-20; 284:16-286:22; 286:24-287:2 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| 7 | 290:4-20 | Relevance; Prejudicial |
| 8 | 313:22-314:7; 314:23-315:8 | Relevance; Prejudicial; MIL re 230/1A [2804] |
| 9 | 371:9-16; 371:18-22; 371:24-372:3; 372:5-11; 372:13-15 | Relevance; Prejudical: MIL re 230/1A [2804]; Foundation; Assumes Facts |

**Jennifer Park Stout, Global Policy & Platform Operations (Snap)**
**Current Employee, Personal Capacity**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 220:2-221:3; 221:6-222:17; 222:20-223:8 | Assumes facts; foundation; hearsay; relevance; prejudicial; speculation; improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| A | *See, for context* | 69:16-25; 70:7-15 |
| 2 | 270:1-16; 270:19-271:10; 271:13-17 | Personal knowledge; assumes facts; foundation; relevance; prejudicial; improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| A | *See, for context* | 263:18-23; 264:1-15 |
| 3 | 273:13-18; 273:21-274:18; 274:21-275:2 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 |
| 4 | 281:19-283:19; 283:22-284:1 | Assumes facts; foundation; hearsay; relevance; prejudicial; improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| A | *See, for context* | 278:6-10; 278:13-279:9 |
| 5 | 306:20-307:7; 307:10-308:2; 308:6-308:9; 309:11-15; 309:18-21 | Assumes facts; Foundation; Relevance; Prejudicial; Improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| 6 | 310:12-20; 311:2-25 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 |
| 7 | 875:18-880:12; 880:14-881:5; 881:7-882:17; 882:19-883:14 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 129:4-129:21 | Relevance; Prejudicial |
| 2 | 210:13-212:8 | Hearsay; Relevance; Prejudicial; Improper lay witness opinion; MIL re 230/1A [2801]; MIL re unrelated features [2801] |
| 3 | 263:20-263:23; 264:1-264:15 | Personal knowledge; Assumes facts; Foundation; Relevance; Prejudicial; Improper lay witness opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| 4 | 318:17-318:21; 318:24-320:23 | As to 318:17-21: Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] Additional objection as to 318:24-320:23: Hearsay; |
| 5 | 338:3-338:6; 338:9; 338:12-338:21; 338:24-339:8 | As to 338:3-338:6; 338:9: Assumes facts; Foundation; Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] Additional objection as to 338:12-338:21; 338:24-339:8: Personal knowledge |
| 6 | 364:9-365:3; 365:21-365:22; 366:2-366:9; 366:25-367:21 | As to 364:9-365:3; 365:21-365:22; 366:2-366:9: Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] Additional objection as to 366:25-367:21: Hearsay; |
| 7 | 376:15-377:10; 379:4-379:17 | Hearsay; Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] |

Respectfully submitted,

DATED: March 11, 2026                By:  /s/ Lexi J. Hazam

        Lexi J. Hazam
        LIEFF CABRASER HEIMANN &
        BERNSTEIN, LLP
        275 Battery Street, 29t1h Floor
        San Francisco, CA 94111-3339
        Telephone: 415-956-1000
        lhazam@lchb.com

        Previn Warren
        MOTLEY RICE LLC
        401 9th Street NW Suite 630
        Washington DC 20004
        Telephone: 202-386-9610
        pwarren@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Ronald E. Johnson, Jr.
Sarah Emery
HENDY JOHNSON VAUGHN EMERY PSC
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Counsel for Breathitt*

James Bilsborrow
WEITZ & LUXENBERG, PC
700 Broadway
New York, New York 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

*Plaintiffs' Steering Committee Leadership*

WILLIAMS & CONNOLLY LLP
By: /s/ Ashley W. Hardin
Ashley W. Hardin, *pro hac vice*
ahardin@wc.com
J. Andrew Keyes, *pro hac vice*
akeyes@wc.com
Neelum J. Wadhwani (SBN 247948)

nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*


MUNGER, TOLLES & OLSON LLP
By: */s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON (*pro hac vice*)
jessica.davidson@kirkland.com
JOHN J. NOLAN (*pro hac vice*)
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

COVINGTON & BURLING LLP

By: /s/ Ashley M. Simonsen
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com


DAVIS POLK & WARDWELL LLP
By: /s/ James P. Rouhandeh
James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*


KING & SPALDING LLP
By: /s/ Geoffrey M. Drake

|   |   |
|---|---|
| 1 | Geoffrey M. Drake, *pro hac vice* |
| 2 | TaCara D. Harris, *pro hac vice* <br> 1180 Peachtree Street, NE, Suite 1600 |
| 3 | Atlanta, GA 30309-3521 <br> Telephone: (404) 572-4600 |
| 4 | Facsimile: (404) 572-5100 <br> Email: gdrake@kslaw.com |
| 5 | tharris@kslaw.com |
| 6 | David P. Mattern, *pro hac vice* |
| 7 | KING & SPALDING LLP <br> 1700 Pennsylvania Avenue, NW, Suite 900 |
| 8 | Washington, DC 20006-4707 <br> Telephone: (202) 737-0500 |
| 9 | Facsimile: (202) 626-3737 <br> Email: dmattern@kslaw.com |
| 10 | |
| 11 | Bailey J. Langner (SBN 307753) <br> KING & SPALDING LLP |
| 12 | 50 California Street, Suite 3300 <br> San Francisco, CA 94111 |
| 13 | Telephone: (415) 318-1200 <br> Facsimile: (415) 318-1300 |
| 14 | Email: blangner@kslaw.com |
| 15 | |
| 16 | *Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## ATTESTATION

I, James Bilsborrow, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 11, 2026

By: */s/ James J. Bilsborrow*