1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

11
12
13
14
15
16
17
18

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR<br>           4:23-cv-04659-YGR<br><br>**[PROPOSED] ORDER REGARDING PARTIES' JOINT SUBMISSION OF EXMPLAR DEPOSITION DESIGNATION DISPUTES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |
|---|---|

19
20
21
22
23
24
25
26
27
28

-ii-

1       Upon consideration of the Parties' Joint Submission of Exemplar Deposition Disputes

2 (the "Joint Submission"), the transcripts and exhibits submitted in support thereof, and

3 arguments of counsel presented in this Court regarding the Joint Submission, it is HEREBY

4 ORDERED as follows:

### Kera Howard, Guidance Counselor for Breathitt High School
### Current Employee, 30(b)(6) Representative

A. **Plaintiffs' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 20:21-21:9 | Foundation; Speculation | |
| 2 | 21:23-22:2 | Relevance; Prejudicial; Outside scope of 30(b)(6) | |
| 3 | 25:9-13 | Relevance; Prejudicial; Outside scope of 30(b)(6); incomplete | |
| 4 | 34:18-35:8 | Foundation; Speculation | |
| 5 | 50:13-16 | Foundation; Speculation | |
| 6 | 77:6-8 | Relevance; Prejudicial; Outside scope of 30(b)(6) | |
| 7 | 90:8-21 | Object to 90:16-21 as improper lay opinion; foundation; speculation | |
| 8 | 98:19-99:2 | Speculation; Foundation; Outside scope of 30(b)(6) | |
| 9 | 140:15-24 | MIL re 230/1A [2804]; Relevance; Prejudicial | |
| 10 | 151:10-152:6 | Outside scope of direct | |
| 11 | 152:7-24 | Foundation; Speculation; Vague as to what social media platform is being described | |

B. **Defendants' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 11:18–11:20 | Outside scope of 30b6, Relevance, Prejudicial | |
| 2 | 38:13–15 | Foundation, Speculation | |
| 3 | 48:20–48:22 | Attorney comment/objection, Relevance, Prejudicial | |
| 4 | 50:1 and 50:3 | Attorney comment/objection, Relevance, Prejudicial, Incomplete | |
| 5 | 52:14-53:5 | Foundation | |
| 6 | 53:6–53:10 | Outside scope of 30b6, Relevance, Prejudicial | |
| 7 | 67:12–67:14 | Form | |
| 8 | 99:25–100:4 (starting with "Do") | Relevance, Prejudicial | |
| 9 | 100:20–101:4 | Mischaracterization | |

**Phillip Watts, Superintendent (Breathitt)**
**Current Employee, 30(b)(6) Representative**

A. Plaintiffs' Priority Designations

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 23:19-22; 24:7-25; 25:7-11; 25:25-26:8 | MIL re Lay Opinions [2797], FRE 701, 403, 602, 802 | |
| 2 | 31:13-22 | MIL re Lay Opinions [2797], 701, 403, 802 | |
| 3 | 52:18-57:18 | Relevance; 403; Subject to MIL No. 1 | |
| 4 | 58:14-60:25 | Relevance; 403; Subject to MIL No. 1 | |
| 5 | 62:3-63:11 | 701, 403 | |
| 6 | 67:20-25 | Relevance; 403; Subject to MIL No. 1 | |
| 7 | 68:13-69:13 | 802 | |
| 8 | 71:23-72:16 | 802 | |
| 9 | 75:18-76:15 | Relevance; 403; Speculation; Subject to MIL No. 3 | |

B. Defendants' Priority Designations

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 46:19–47:23 | Non-responsive | |
| 2 | 66:15–66:24 | Non-responsive, MIL re Lay Opinions [2797], improper lay witness opinion, prejudicial, speculation | |
| 3 | 73:15–73:18 (starting with "Based on what") | Foundation, MIL re Lay Opinions [2797], improper lay witness opinion, hearsay | |
| 4 | 96:12-97:12 | Relevance; 403; Subject to MIL | |

**Reid Watson, Group Product Manager (YouTube)**
**Current Employee, Personal Capacity**

A. **Plaintiffs' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 69:14-17; 69:24-70:5; 70:6-12; 70:21-23; 71:13-18; 72:1-10; 73:3-7 | Foundation (69:14-17, 70:21-23); Prejudicial (70:21-23); Hearsay (71:13-18, 72:1-10, 73:3-7) | |
| 2 | 131:11-23; 132:7-22; 132:25-133:4; 135:3-11; 136:25-137:12 | Hearsay (all); Foundation (132:17-22, 132:25-133:4, 137:9-12) | |
| 3 | 232:16-17; 233:6-12; 233:23-234:11; 236:13-238:1; 238:19-239:12 | Hearsay (all); Speculation (236:13-238:1, 238:19-239:12); MIL re 230/1A [2804] (all) | |
| 4 | 271:9-10; 271:21-272:4; 276:13-277:4; 277:6-278:22 | Hearsay (271:21-24; 276:13-277:4; 277:6-278:22); Foundation (271:21-24; 276:13-277:4; 277:6-278:22); MIL re 230/1A [2804] (all); Speculation (278:12-22) | |
| 5 | 302:9-12; 302:16-303:12; 304:2-23; 305:1-15; 308:2-9; 308:14-15; 308:18-309:16; 309:19-21; 313:16-22 | Prejudicial (all except 308:2-9); MIL re 230/1A [2804] (all); Foundation (305:1-15); Hearsay (all except 313:16-22) | |
| 6 | 426:5-14; 426:17-20; 427:3-8; 427:11-20; 427:22-428:11; 428:13-429:9; 430:1-4; 430:13 | Not a permissible counter under Rule 32(a)(6) and FRE 106; Leading; Foundation; Hearsay | |

B. **Defendants' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 71:13–71:18; 72:1–72:10 | Hearsay (reading into record) | |
| 2 | 89:8–90:10 | Hearsay (reading into record) | |
| 3 | 132:17–22, 132:25–133:4 | Hearsay, Foundation | |
| 4 | 140:17–141:3; 141:6–8 | Hearsay/Foundation (reading into record), Speculation | |
| 5 | 161:20-162:3 | Hearsay/Foundation (reading into record), Prejudice/403 | |
| 6 | 180:1-11 | Hearsay/Foundation (reading into record), Prejudice/403 | |
| 7 | 219:25–220:23 | Hearsay/Foundation (reading into record), Prejudice/403 | |
| 8 | 231:9–15 | Assumes Facts, Hearsay (reading into record), MIL re 230/1A [2804], Prejudice/403 | |
| 9 | 276:13–277:4, 277:6–278:22 | Hearsay/Foundation (reading into record), MIL re 230/1A | |

**Reid Watson, Group Product Manager (YouTube)**
**Current Employee, Personal Capacity**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
|  |  | [2804], Speculation (278:14–22) |  |
| 10 | 280:25–281:7 | Hearsay/Foundation (reading into record), Prejudice/403 |  |
| 11 | 284:23–285:6 | Hearsay/Foundation (reading into record), MIL re 230/1A [2804], Prejudice/403 |  |
| 12 | 378:1–4 | Foundation (no testimony designated) |  |
| 13 | 417:22–418:15 | Foundation, Hearsay |  |

-4-

[PROPOSED] ORDER REGARDING PARTIES' JOINT SUBMISSION OF EXEMPLAR DEPOSITION DESIGNATION DISPUTES
CASE NOS. 4:23-CV-04659-YGR / 4:22-MD-03047-YGR

**Darius Kilstein, Data Science Director (Meta)**
**Current Employee, Personal Capacity**

A. **Plaintiffs' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 67:22-25 | Foundation; Misleading; Misstates | |
| 2 | 252:17-18; 253:3-20 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] | |
| 3 | 254:8-10; 255:10-13 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] | |
| 4 | 255:20-256:8 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] | |
| 5 | 256:9-11; 260:1 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797]; Improper use of exhibit (playing clip without question) | |
| 6 | 266:24-267:6 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] | |
| 7 | 269:14-271:24 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] | |
| 8 | 274:5-276:1 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] | |
| 9 | 276:5-278:10 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] | |
| 10 | 563:2-5; 563:7; 563:9-13 | Rule 32(a)(6); FRE 106; Foundation; Speculation. | |
| 11 | 572:22-24; 573:1-10 | Rule 32(a)(6); FRE 106; Leading; Vague. | |
| 12 | 584:22; 585:10-12 | Rule 32(a)(6); FRE 106; Hearsay. | |
| 13 | 586:7-11; 587:13-20; 587:23-25 | Rule 32(a)(6); FRE 106; Hearsay; Foundation; Calls for Speculation; Improper Opinion Testimony. | |

**Darius Kilstein, Data Science Director (Meta)**
**Current Employee, Personal Capacity**

B. Defendants' Priority Designations

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 397:2–397:4 | Prejudicial; MIL re Lay Opinions [2797] | |
| 2 | 407:13–407:13 | Prejudicial; Hearsay; Foundation | |
| 3 | 407:15–407:15 | " | |
| 4 | 407:17–407:18 | " | |
| 5 | 407:20–407:20 | " | |
| 6 | 408:17–408:24 | " | |
| 7 | 409:1–409:1 | " | |
| 8 | 412:15–412:15 | " | |
| 9 | 412:20–412:24 | " | |
| 10 | 413:1–413:1 | " | |
| 11 | 414:22–415:3 | Prejudicial; Hearsay; Foundation; MIL re Lay Opinions [2797] | |
| 12 | 415:5–415:6 | " | |
| 13 | 415:8–415:10 | " | |
| 14 | 416:4–416:20 | Prejudicial; Hearsay; Mischaracterization; MIL re Lay Opinions [2797] | |
| 15 | 420:10–420:12 | " | |
| 16 | 420:14–420:16 | " | |

**Amy Ulucay Classen, Head of Minor Safety (TikTok)**
**Former Employee, Personal Capacity (2/5/2025 and 2/10/2025)**

A. **Plaintiffs' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 49:25-50:14; 58:17-58:21 | Relevance; Prejudicial; Improper lay opinion | |
| 2 | 121:4-121:13 | Relevance; Prejudicial; MIL re unrelated features [2801] | |
| 3 | 158:21-159:1 | Relevance; Prejudicial; Foundation; Assumes facts; Improper lay opinion | |
| 4 | 168:8-19 | Relevance; Prejudicial; Foundation; Hearsay | |
| 5 | 179:4-7 | Relevance; Prejudicial; MIL re unrelated features [2801]; Cumulative (227:15-19) | |
| 6 | 227:1-228:11; 228:19-229:12; 230:9-230:16; 231:2-10; 231:15-232:10 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 7 | 235:18-23; 236:3-16 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 8 | 239:19-23 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 9 | 319:2-11; 319:18-22; 319:25-320:9 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 10 | 371:9-16; 371:18-22; 371:24-372:3; 372:5-11; 372:13-15 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801]; Assumes facts; Foundation | |

B. **Defendants' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 63:25-64:08; 65:8-9; 65:11-22; 65:24-25 | Relevance; Prejudicial; Assumes facts; Foundation; Improper lay witness opinion | |
| 2 | 78:25-79:1; 81:15-20; 82:14-18; 83:8-83:10; 86:22-87:01; 89:22-90:4 | Foundation; Relevance; Prejudicial; MIL re 230/1A [2804]; Improper lay witness opinion | |
| 3 | 91:20-92:14 | Relevance; Prejudicial; | |
| 4 | 161:23-25; 164:12-165:18 | Relevance; Prejudicial; Foundation; Hearsay; Misstates the document | |
| 5 | 228:19-229:12; 230:9-16; 231:2-10; 231:15-232:10 | Relevance; Prejudicial; MIL re unrelated features [2801] | |

**Amy Ulucay Classen, Head of Minor Safety (TikTok)**
**Former Employee, Personal Capacity (2/5/2025 and 2/10/2025)**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 6 | 279:1-2; 281:10-20; 284:16-286:22; 286:24-287:2 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 7 | 290:4-20 | Relevance; Prejudicial | |
| 8 | 313:22-314:7; 314:23-315:8 | Relevance; Prejudicial; MIL re 230/1A [2804] | |
| 9 | 371:9-16; 371:18-22; 371:24-372:3; 372:5-11; 372:13-15 | Relevance; Prejudical: MIL re 230/1A [2804]; Foundation; Assumes Facts | |

**Jennifer Park Stout, Global Policy & Platform Operations (Snap)**
**Current Employee, Personal Capacity**

A. **Plaintiffs' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 220:2-221:3; 221:6-222:17; 222:20-223:8 | Assumes facts; foundation; hearsay; relevance; prejudicial; speculation; improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 2 | 270:1-16; 270:19-271:10; 271:13-17 | Personal knowledge; assumes facts; foundation; relevance; prejudicial; improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 3 | 273:13-18; 273:21-274:18; 274:21-275:2 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 | |
| 4 | 281:19-283:19; 283:22-284:1 | Assumes facts; foundation; hearsay; relevance; prejudicial; improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 5 | 306:20-307:7; 307:10-308:2; 308:6-308:9; 309:11-15; 309:18-21 | Assumes facts; Foundation; Relevance; Prejudicial; Improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 6 | 310:12-20; 311:2-25 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 | |
| 7 | 875:18-880:12; 880:14-881:5; 881:7-882:17; 882:19-883:14 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 | |

B. **Defendants' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 129:4-129:21 | Relevance; Prejudicial | |
| 2 | 210:13-212:8 | Hearsay; Relevance; Prejudicial; Improper lay witness opinion; MIL re 230/1A [2801]; MIL re unrelated features [2801] | |
| 3 | 263:20-263:23; 264:1-264:15 | Personal knowledge; Assumes facts; Foundation; Relevance; Prejudicial; Improper lay witness opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |

**Jennifer Park Stout, Global Policy & Platform Operations (Snap)**
**Current Employee, Personal Capacity**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 4 | 318:17-318:21; 318:24-320:23 | As to 318:17-21: Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801]<br>Additional objection as to 318:24-320:23: Hearsay; | |
| 5 | 338:3-338:6; 338:9; 338:12-338:21; 338:24-339:8 | As to 338:3-338:6; 338:9: Assumes facts; Foundation; Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801]<br>Additional objection as to 338:12-338:21; 338:24-339:8: Personal knowledge | |
| 6 | 364:9-365:3; 365:21-365:22; 366:2-366:9; 366:25-367:21 | As to 364:9-365:3; 365:21-365:22; 366:2-366:9: Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801]<br>Additional objection as to 366:25-367:21: Hearsay; | |
| 7 | 376:15-377:10; 379:4-379:17 | Hearsay; Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |

**IT IS SO ORDERED.**

DATED: _____   _____
Hon. Yvonne Gonzalez Rogers
United States District Judge