# EXHIBIT A

| | |
|---|---|
| **From:** | service@caseanywhere.com |
| **To:** | Simonsen, Ashley M |
| **Subject:** | Message Posted in Social Media Cases, Case No. JCCP5255 |
| **Date:** | Sunday, March 1, 2026 7:05:18 PM |

**[EXTERNAL]**

The following message has been posted in **Social Media Cases**, JCCP5255:

**Message Title:** RE: R.K.C. Trial Date
**To:** Court and All Counsel
**Posted By:** Hon. Carolyn Kuhl
**Representing:** Los Angeles Superior Court
**Posting Date:** 3/1/26
**Time of Posting:** 7:00 PM

**Message:**
The court appreciates counsel looking beyond the case currently being tried to the timing of trial of the RKC case.

Several circumstances require the court to continue the RKC trial for at least two months.

The case currently being tried, the KGM case, has consumed an inordinate and unexpected amount of time and intensity of resources. The mere fact that counsel have felt required to seek direction about the timing of the RKC case through a Case Anywhere posting demonstrates that during the KGM trial there has not been time to address any other aspects of the Social Media JCCP.

For the same reason, the court (and court staff) have not had time to address other matters on this court's calendar during the KGM trial. The court has been forced to cancel Friday calendars during the KGM trial in order to account for the unexpected delays experienced, prioritizing not losing the jury in the KGM trial over all other matters on the court's docket. Further, counsel in the KGM trial have routinely required the attention of the court beginning at 8:30 am and extending after 4:30 pm, engaging the attention of court staff even longer. Counsel also have routinely filed briefs concerning matters bearing on the KGM trial on weekends and holidays, expecting the court to be able to address the substance of that briefing immediately (which the court has accommodated). The court has been required to take time outside the presence of the jury to conduct hearings and contempt matters due to conduct by the media, the jury and Mr. Bergman, further compromising any opportunity to address other matters on the court's docket.

Suffice it to say that the court has been unable to give time to almost any other case on the court's docket since the third week in January, and there is little prospect that those circumstances will change until the third week in March.

Counsel in the Social Media JCCP need to understand that the number of class actions filed in Los Angeles Superior Court, all of which are assigned to the 9 judges in the Complex Program, has more than doubled since 2023. In fiscal year 2024-2025 (just in one year), 3775 complex cases were filed in Los Angeles Superior Court. (One may compare that number to the 1846 complex cases filed in LASC in fiscal year 2021-2022.) As you well know, many of these cases gather together include tens, hundreds and even thousands of Plaintiffs in one case.

The large volume of other complex matters cannot be allowed to go without any attention for four months at a stretch. When the court proposed to try Social Media bellwether cases back-to-back, the court did not anticipate that trial of a bellwether case would not allow any court time for other complex matters during the course of a bellwether trial.

Further, when the court initially planned the timing of the first and second bellwether trials, the court planned to begin the first trial in November 2025 and conclude it by the end of December 2025. On that timeline, the RKC trial would have been finished by early April 2026. The court has planned vacation for late April and early May 2026. A trial beginning in April 2026, as the parties

suggest the RKC trial should be scheduled, would interfere with this scheduled vacation time.

Given these considerations, the court proposes to begin the RKC trial in mid-June or early July of 2026. The second group of bellwether trials then would be set for the Fall of 2026.

The court invites counsel to meet and confer regarding a start date for the RKC trial and the second group of bellwether trials within those parameters.

**To reply to this message online, please click here.** This message will also be saved as part of the case file. You will be directed to the Case Anywhere log in page. After entering your username and password, you will be taken to the requested message thread. If you have saved your log in information by selecting the "Remember me at this computer" option, you will be automatically logged in and directed to this posting.

If your organization is no longer involved in the above-referenced matter, or if there is any other reason your organization's subscription should be terminated or billing should be modified, please contact us immediately. It is your organization's responsibility to request removal from the case site and conclusion of your subscription for this matter. If your organization is being billed for this matter, it will continue to be billed until we are notified of any such change.

Please contact us by phone at (800) 884-3163 or (818) 650-1040 or by email at support@caseanywhere.com if you have any questions.