# EXHIBIT B

Electronically Received 01/22/2026 07:05 PM

FILED
Superior Court of California
County of Los Angeles
02/09/2026
David W. Slayton, Executive Officer / Clerk of Court
By: _____A. Rosas_____ Deputy

1  COVINGTON & BURLING LLP
   Ashley M. Simonsen, SBN 275203
2  asimonsen@cov.com
   1999 Avenue of the Stars
3  Los Angeles, CA 90067
   Tel.: (424) 332-4800
4
   *Attorneys for Defendants Meta Platforms,*
5  *Inc. f/k/a Facebook, Inc.; Facebook*
   *Holdings, LLC; Facebook Operations, LLC;*
6  *Facebook Payments, Inc.; Facebook*
   *Technologies, LLC; Instagram, LLC; and*
7  *Siculus, Inc.*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| **COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.400]** | **JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5255** |
| **SOCIAL MEDIA CASES** | For Filing Purposes: 22STCV21355 |
| **THIS DOCUMENT RELATES TO:** | Judge: Hon. Carolyn B. Kuhl<br>SSC-12 |
| *All Cases*<br><br>*(Christina Arlington Smith, et al., v. TikTok Inc., et al., Case No. 22STCV21355)* | **[PROPOSED]** ~~[PROPOSED]~~ **ORDER DISMISSING WITH PREJUDICE INDIVIDUAL PLAINTIFFS' CLAIMS PURSUANT TO THE COURT'S ORDER TO SHOW CAUSE**<br><br>Date Filed:  January 22, 2026 |

**[P~~ROPOSED~~] ORDER**

On October 20, 2025, the Court entered an Order to Show Cause Why Plaintiffs' Claims Should Not Be Dismissed for Failure to Serve Plaintiff Fact Sheets ("Order to Show Cause"). The Order to Show Cause states that certain Plaintiffs will have their cases dismissed if they fail to serve a Plaintiff Fact Sheet ("PFS") by the December 12, 2025 hearing date. The Court subsequently continued the hearing to December 30, 2025.

The 115 Plaintiffs identified in Exhibit A were subject to the Order to Show Cause but did not submit a PFS nor request voluntary dismissal by the December 30, 2025 hearing date. Their cases are therefore subject to dismissal with prejudice as set forth in the Court's December 30, 2025 Minute Order ("Minute Order").

Pursuant to both the Order to Show Cause and the Minute Order, and for the reasons set forth therein, the Court hereby **ORDERS** that the cases of the 115 Plaintiffs identified in Exhibit A shall be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 02/09/2026

Carolyn B. Kuhl / Judge
Honorable Carolyn B. Kuhl

2
[PROPOSED] ORDER DISMISSING WITH PREJUDICE INDIVIDUAL PLAINTIFFS'
CLAIMS PURSUANT TO THE COURT'S ORDER TO SHOW CAUSE

# EXHIBIT A

|    | Name | Case Number |
|----|------|-------------|
| 1  | Jaelyn Freeman | 23STCV19767 |
| 2  | Katelyn Baglietto | 22STCV38670 |
| 3  | Byron Buckles | 22STCV39268 |
| 4  | Marrissa Gazafy as a representative/on behalf of, as a guardian ad litem, M.A. | 23STCV01440 |
| 5  | Leeah Levick | 23STCV02183 |
| 6  | Brandon Cubit | 23STCV06277 |
| 7  | Grace Levan | 23STCV08891 |
| 8  | Sheryl Seymour as a representative/on behalf of, as a guardian ad litem, B.S. | 23STCV08891 |
| 9  | Kimberly Tardy as a representative/on behalf of, as a guardian ad litem, M.E. | 23STCV08891 |
| 10 | Jasmine Rush | 23STCV19672 |
| 11 | Rashaun Sanders | 23STCV19672 |
| 12 | Laurel Palmer | 23STCV19698 |
| 13 | Kacie Martinez | 23STCV19973 |
| 14 | Michael Minor | 23STCV19973 |
| 15 | Harold Renda | 23STCV20533 |
| 16 | Kaylee Mccann | 23STCV20759 |
| 17 | Cagney Grimm | 23STCV20792 |
| 18 | Brandon Kinkade | 23STCV20792 |
| 19 | Anastasia Dregory | 23STCV23894 |
| 20 | Nixon Brown | 23STCV26814 |
| 21 | Curtis Holcomb | 23STCV20855 |
| 22 | Fletcher Potes | 23STCV20855 |
| 23 | Molly Reily | 23STCV21105 |
| 24 | Frank Cerda | 23STCV21035 |
| 25 | Allison Romero as a representative/on behalf of, as a guardian ad litem, S.C. | 23STCV21004 |
| 26 | C.M. as a representative/on behalf of, as a guardian ad litem, J.C. | 22SMCV02834 |
| 27 | Aurora Rivera | 23STCV08659 |
| 28 | Jennifer Pickering as a representative/on behalf of, as a guardian ad litem, A.P. | 24STCV00076 |
| 29 | Tyanna Brown | 24STCV01945 |
| 30 | G.B. as a representative/on behalf of, as a guardian ad litem, I.B. | 24SMCV00732 |
| 31 | Jessene Savage-Orengo | 24STCV06028 |
| 32 | Joseph Ward | 24STCV05967 |
| 33 | Marc Sanders | 24STCV05967 |
| 34 | Nariah Lande | 24STCV06028 |
| 35 | Rhone Kahler as a representative/on behalf of, as a guardian ad litem, C.K. | 24STCV04083 |
| 36 | Rose Anderson | 24STCV04112 |
| 37 | Anthony Schucker | 24STCV04130 |
| 38 | Bradley Grass | 24STCV05219 |
| 39 | LaKeisha Dunmore as a representative/on behalf of, as a guardian ad litem, M.S. | 24CIV01658 |
| 40 | Daniel Dent | 24STCV08138 |
| 41 | Jorey Scott | 24STCV08138 |
| 42 | Kaleigh Wellmeier | 24STCV08114 |
| 43 | Lindsay Watts | 24STCV10001 |
| 44 | William Walworth | 24STCV10020 |
| 45 | Jayden Dressler | 24STCV093777 |
| 46 | Elizabeth Urbain | 24STCV06611 |
| 47 | Nevaeh Collins | 24STCV06611 |
| 48 | Leeann Williams | 24STCV06611 |
| 49 | A.M. as a representative/on behalf of, as a guardian ad litem, M.R. | 24SMCV02075 |
| 50 | Daonya Moore | 24SMCV02075 |
| 51 | Megan Brammer as a representative/on behalf of, as a guardian ad litem, C.L. | 24STCV11930 |
| 52 | Celesta Palmer as a representative/on behalf of, as a guardian ad litem, N.P. | 24STCV11939 |
| 53 | Ingrid Allison Colbert as a representative/on behalf of, as a guardian ad litem, T.H. | 24STCV12727 |

|    | Name | Case Number |
|----|------|-------------|
| 54 | Adam Sahnoune | 24STCV14741 |
| 55 | Kenneth Strode | 24STCV14741 |
| 56 | K.A. as a representative/on behalf of, as a guardian ad litem, A.A. | 24SMCV02541 |
| 57 | R.M. as a representative/on behalf of, as a guardian ad litem, M.L. | 24SMCV02541 |
| 58 | S.S. as a representative/on behalf of, as a guardian ad litem, K.S. | 24SMCV03053 |
| 59 | Ariana Rodriguez | 24SMCV03053 |
| 60 | E.C. as a representative/on behalf of, as a guardian ad litem, L.C. | 24SMCV03053 |
| 61 | Amanda Randolph as the successor and/or representative in interest of Decedent Landon Battle | 24SMCV03053 |
| 62 | C.C. as a representative/on behalf of, as a guardian ad litem, C.F. | 24SMCV03053 |
| 63 | C.C. as a representative/on behalf of, as a guardian ad litem, G.F. | 24SMCV03053 |
| 64 | L.E. as a representative/on behalf of, as a guardian ad litem, K.E. | 24SMCV03053 |
| 65 | L.E. as a representative/on behalf of, as a guardian ad litem, M.E. | 24SMCV03053 |
| 66 | A.W. as a representative/on behalf of, as a guardian ad litem, J.R. | 24SMCV03053 |
| 67 | Kira Toney | 24STCV18227 |
| 68 | Garrett Bosley | 24STCV18220 |
| 69 | Raegan Drum | 24STCV18371 |
| 70 | Kamile Klovaite | 24STCV18371 |
| 71 | Dale Collins | 24STCV19446 |
| 72 | Precious Cathcart | 24STCV20906 |
| 73 | Katie Erickson | 24STCV20924 |
| 74 | Theodora Greer | 24STCV20890 |
| 75 | Denoris Kimble | 24STCV20890 |
| 76 | Leeanna Gutierrez | 24STCV20916 |
| 77 | Skyla Murphy | 24STCV20861 |
| 78 | Brett Crandall | 24STCV21928 |
| 79 | Emmalynne Payne | 24STCV16910 |
| 80 | Sophia LaFleur | 24STCV19223 |
| 81 | Gabriella Rovira | 24STCV16910 |
| 82 | Calen Briggs | 24SMCV03519 |
| 83 | Ana Medina | 24SMCV03519 |
| 84 | M.D. as a representative/on behalf of, as a guardian ad litem, T.M. | 24SMCV03519 |
| 85 | Mckenzie Heeter | 24SMCV03519 |
| 86 | K.T. as a representative/on behalf of, as a guardian ad litem, T.K. | 24SMCV03519 |
| 87 | L.A. as a representative/on behalf of, as a guardian ad litem, S.C. | 24SMCV03261 |
| 88 | N.B. as a representative/on behalf of, as a guardian ad litem, J.B. | 24SMCV03261 |
| 89 | Matthew Blankensopp | 24STCV23790 |
| 90 | Bismark Salazar | 24STCV23840 |
| 91 | Olivia Yates | 24STCV24059 |
| 92 | Nolan Lake | 24STCV22355 |
| 93 | Jack Li | 24STCV21943 |
| 94 | Cameron Prahm | 24STCV21943 |
| 95 | David Barlow | 24STCV22355 |
| 96 | C.B. as a representative/on behalf of, as a guardian ad litem, A.B. | 24SMCV04019 |
| 97 | J.L. as a representative/on behalf of, as a guardian ad litem, L.A. | 24SMCV04019 |
| 98 | S.D. as a representative/on behalf of, as a guardian ad litem, B.S. | 24SMCV04019 |
| 99 | S.D. as a representative/on behalf of, as a guardian ad litem, J.H. | 24SMCV04019 |
| 100 | S.B. as a representative/on behalf of, as a guardian ad litem, T.B. | 24SMCV04019 |
| 101 | M.H. as a representative/on behalf of, as a guardian ad litem, L.H. | 24SMCV04019 |
| 102 | S.M. as a representative/on behalf of, as a guardian ad litem, K.G. | 24SMCV04019 |
| 103 | C.C. as a representative/on behalf of, as a guardian ad litem, R.C. | 24SMCV04019 |
| 104 | C.D. as a representative/on behalf of, as a guardian ad litem, K.D. | 24SMCV04019 |
| 105 | R.P. as a representative/on behalf of, as a guardian ad litem, K.C. | 24SMCV04625 |
| 106 | Shyanne Coon | 24SMCV04625 |

|     | Name | Case Number |
| --- | --- | --- |
| 107 | E.H. as a representative/on behalf of, as a guardian ad litem, A.H. | 24SMCV04625 |
| 108 | Ezra Palma | 24SMCV04625 |
| 109 | D.S. as a representative/on behalf of, as a guardian ad litem, T.S. | 24SMCV04625 |
| 110 | A.V. | 24SMCV04625 |
| 111 | J.C. as a representative/on behalf of, as a guardian ad litem, J.R. | 24SMCV04625 |
| 112 | J.B. as a representative/on behalf of, as a guardian ad litem, N.N. | 24SMCV04625 |
| 113 | S.P. as a representative/on behalf of, as a guardian ad litem, G.H. | 24SMCV04625 |
| 114 | L.H. as a representative/on behalf of, as a guardian ad litem, L.Y. | 24SMCV04625 |
| 115 | Tara Brozyna | 24STCV27675 |