# EXHIBIT C

COVINGTON & BURLING LLP
Ashley M. Simonsen, SBN 275203
asimonsen@cov.com
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel.: (424) 332-4800

*Attorneys for Defendants Meta Platforms,
Inc. and Instagram, LLC*

FILED
Superior Court of California
County of Los Angeles
02/26/2026
David W. Slayton, Executive Officer / Clerk of Court
By: _____ A. Rosas _____ Deputy

Electronically Received 02/13/2026 12:00 AM

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| **COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.400]**<br><br>**SOCIAL MEDIA CASES**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*All Cases*<br><br>*(Christina Arlington Smith, et al., v. TikTok Inc., et al., Case No. 22STCV21355)* | **JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5255**<br><br>For Filing Purposes: 22STCV21355<br><br>Judge: Hon. Carolyn B. Kuhl<br>SSC-12<br><br>**[PROPOSED] SECOND ORDER TO SHOW CAUSE WHY PLAINTIFFS' CLAIMS SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE PLAINTIFF FACT SHEETS**<br><br>Date Filed:    February 12, 2026 |

**[~~PROPOSED~~] ORDER**

The 135 Plaintiffs listed in Exhibit A ("Plaintiffs") to the attached Declaration of Gabriel Egli ("Egli Decl.") have failed to serve Plaintiff Fact Sheets ("PFSs") as required by Amended Case Management Order No. 7 – Implementation Order Governing Adoption of Plaintiff Fact Sheet for Personal Injury Plaintiffs ("CMO-7"). *See* Egli Decl., Ex. A (Plaintiff List). Consistent with the August 6, 2025 Minute Order, the Court **HEREBY ORDERS** that a hearing on this Order to Show Cause Why Plaintiffs' Claims Should Not Be Dismissed for Failure to Serve Plaintiff Fact Sheets ("Order to Show Cause") is set for 5/4/2026 at 10:30 a.m. [DATE NO LESS THAN 45 DAYS FROM THE PROPOSED ORDER] in Department 12 of the above captioned Court.

The Court **HEREBY ORDERS** each Plaintiff's counsel to provide their clients who are listed on Exhibit A to the Declaration of Gabriel Egli with written notice of this Order to Show Cause, alerting their clients that unless they serve a completed and verified PFS by the date of the hearing, their case will be dismissed.

Any Plaintiff listed in Exhibit A to the Declaration of Gabriel Egli who does not serve a PFS by the date of the hearing has violated CMO-7, and their case shall be dismissed for failure to respond to Court-ordered discovery and this Order to Show Cause.

The Court also **ORDERS** that any opposition to this Order to Show Cause is due five court days prior to the hearing.

**IT IS SO ORDERED.**

Dated: 02/26/2026

_____
Carolyn B. Kuhl / Judge
Honorable Carolyn B. Kuhl

2
[PROPOSED] SECOND ORDER TO SHOW CAUSE WHY PLAINTIFFS' CLAIMS SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE PLAINTIFF FACT SHEETS

# EGLI DECLARATION

## DECLARATION OF GABRIEL EGLI

I, Gabriel Egli, declare:

1. I am an attorney admitted pro hac vice to practice before this Court in this matter. I am a partner at the law firm Shook, Hardy & Bacon, LLP and counsel of record in this coordinated proceeding, JCCP No. 5255, *In re Social Media Cases*, for Defendants Meta Platforms, Inc. and Instagram, LLC. This declaration is submitted in support of Defendants' Proposed Second Order to Show Cause Why Plaintiffs' Claims Should Not Be Dismissed for Failure to Serve Plaintiff Fact Sheets. The facts set forth in this declaration are within my personal knowledge, and, if called as a witness, I could and would competently testify as follows.

2. Attached hereto as **Exhibit A** is a list of Plaintiffs who were added to this JCCP and were required under the Court's January 18, 2024 Amended Case Management Order No. 7 – Implementation Order Governing Adoption of Plaintiff Fact Sheets for Personal Injury Plaintiffs to submit a Plaintiff Fact Sheet and have failed to do so. Exhibit A was prepared using information available on MDL Centrality. Consistent with the Court's August 6, 2025 Minute Order, on December 9, 2025, Defendants sent Plaintiffs' leadership counsel a list of Plaintiffs that Defendants contended had not served Plaintiff Fact Sheets in accordance with this Court's orders. On January 23, 2026, Plaintiffs' counsel responded with lists of Plaintiffs they believed had dismissed their cases or had served a Plaintiff Fact Sheet. On February 4, 2026, Defendants sent a revised list of Plaintiffs that Defendants contended had not served Plaintiff Fact Sheets in accordance with this Court's orders. On February 6, 2026, Plaintiffs' counsel responded with lists of additional Plaintiffs they believed had dismissed their cases or planned to imminently dismiss their cases. Defendants removed those Plaintiffs from the list Defendants sent on February 4, 2026 (as well as additional Plaintiffs who had served Plaintiff Fact Sheets in the interim), resulting in Exhibit A, which provides the following information:

- The names of the Plaintiffs who are subject to this Second Order to Show Cause Why Plaintiffs' Claims Should Not Be Dismissed for Failure to Serve Plaintiff Fact Sheets;
- Case number; and
- Original Deadline to submit PFS.

1
DECLARATION OF GABRIEL EGLI

3. Attached hereto as **Exhibit B** is a true and correct copy of the Court's January 18, 2024 Amended Case Management Order No. 7 – Implementation Order Governing Adoption of Plaintiff Fact Sheets for Personal Injury Plaintiffs.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of February 2026.

/s/ _____

Gabriel Egli

2
DECLARATION OF GABRIEL EGLI

# EXHIBIT A

| | Name | Case Number | Original Deadline to Submit PFS |
|---|---|---|---|
| 1 | Aniya Bradley | 24STCV13424 | 11/19/2024 |
| 2 | Pola Delaney | 24STCV13424 | 8/21/2025 |
| 3 | Jazzmon Hargro | 24STCV26713 | 4/15/2025 |
| 4 | Kayla Henry | 24STCV26703 | 4/15/2025 |
| 5 | Fatima Roy | 24STCV26713 | 4/15/2025 |
| 6 | J.E. as a representative/on behalf of, as a guardian ad litem, S.E. | 24SMCV04957 | 5/27/2025 |
| 7 | J.E. as a representative/on behalf of, as a guardian ad litem, P.E. | 24SMCV04957 | 5/27/2025 |
| 8 | Amanda Zimmer | 24SMCV04957 | 5/27/2025 |
| 9 | Trista Rochell | 24STCV28047 | 4/15/2025 |
| 10 | Sherarose Pittman as a representative/on behalf of, as a guardian ad litem, M.B. | 24STCV25916 | 4/15/2025 |
| 11 | James Hughes | 24STCV28896 | 4/15/2025 |
| 12 | L.A. as a representative/on behalf of, as a guardian ad litem, A.L. | 24SMCV05512 | 5/27/2025 |
| 13 | Ricteisha Citizen | 24SMCV05512 | 6/9/2025 |
| 14 | S.C. as a representative/on behalf of, as a guardian ad litem, A.H. | 24SMCV05512 | 5/27/2025 |
| 15 | J.G. as a representative/on behalf of, as a guardian ad litem, C.C. | 24SMCV05512 | 5/27/2025 |
| 16 | Dashanique Dixon | 24SMCV05512 | 5/27/2025 |
| 17 | D.N. as a representative/on behalf of, as a guardian ad litem, D.N. | 24SMCV05512 | 5/27/2025 |
| 18 | C.C. as a representative/on behalf of, as a guardian ad litem, D.C. | 24SMCV05512 | 5/27/2025 |
| 19 | S.F. as a representative/on behalf of, as a guardian ad litem, E.C. | 24SMCV05512 | 5/27/2025 |
| 20 | J.R. as a representative/on behalf of, as a guardian ad litem, G.R. | 24SMCV05512 | 5/27/2025 |
| 21 | I.S. | 24SMCV05512 | 5/27/2025 |
| 22 | M.B. as a representative/on behalf of, as a guardian ad litem, J.B. | 24SMCV05512 | 5/27/2025 |
| 23 | C.L. as a representative/on behalf of, as a guardian ad litem, K.L. | 24SMCV05512 | 5/27/2025 |
| 24 | H.W. as a representative/on behalf of, as a guardian ad litem, L.W. | 24SMCV05512 | 5/27/2025 |
| 25 | A.S. as a representative/on behalf of, as a guardian ad litem, L.S. | 24SMCV05512 | 5/27/2025 |
| 26 | K.R. as a representative/on behalf of, as a guardian ad litem, S.G. | 24SMCV05512 | 5/27/2025 |
| 27 | M.W. as a representative/on behalf of, as a guardian ad litem, V.V. | 24SMCV05512 | 5/27/2025 |
| 28 | Faatimah Abdullah | 24STCV30119 | 4/15/2025 |
| 29 | Alize Hamilton | 24STCV30127 | 4/15/2025 |
| 30 | Madison Cummons | 24STCV30127 | 4/15/2025 |
| 31 | Olivia Deehan | 24STCV30127 | 4/15/2025 |
| 32 | Alicia Gorham as a representative/on behalf of, as a guardian ad litem, J.R.L. | 24STCV30138 | 4/15/2025 |
| 33 | Madison Hjermstad | 24STCV30244 | 5/29/2025 |
| 34 | J.S. as a representative/on behalf of, as a guardian ad litem, A.S. | 24SMCV05529 | 5/29/2025 |
| 35 | B.A. as a representative/on behalf of, as a guardian ad litem, A.B. | 24SMCV05529 | 5/29/2025 |
| 36 | B.S. as a representative/on behalf of, as a guardian ad litem, A.P. | 24SMCV05529 | 5/29/2025 |
| 37 | R.T. as a representative/on behalf of, as a guardian ad litem, A.W. | 24SMCV05529 | 5/29/2025 |
| 38 | E.M. as a representative/on behalf of, as a guardian ad litem, A.B. | 24SMCV05529 | 5/29/2025 |
| 39 | D.L. as a representative/on behalf of, as a guardian ad litem, C.B. | 24SMCV05529 | 5/29/2025 |
| 40 | K.C. as a representative/on behalf of, as a guardian ad litem, C.C. | 24SMCV05529 | 5/29/2025 |
| 41 | R.S. as a representative/on behalf of, as a guardian ad litem, C.S. | 24SMCV05529 | 5/29/2025 |
| 42 | R.H. as a representative/on behalf of, as a guardian ad litem, C.P. | 24SMCV05529 | 5/29/2025 |
| 43 | J.E. as a representative/on behalf of, as a guardian ad litem, D.B. | 24SMCV05529 | 5/29/2025 |
| 44 | L.M. as a representative/on behalf of, as a guardian ad litem, F.E. | 24SMCV05529 | 5/29/2025 |
| 45 | Michele Campbell as the successor and/or representative in interest of Decedent Dajanae Moore | 24SMCV05575 | 5/27/2025 |
| 46 | Kai-Li Diyaljee | 24STCV30957 | 5/29/2025 |
| 47 | Lucy Rodriquez as a representative/on behalf of, as a guardian ad litem, E.R. | 24STCV30975 | 5/29/2025 |
| 48 | J.K. as a representative/on behalf of, as a guardian ad litem, I.K. | 24SMCV05575 | 5/27/2025 |
| 49 | Jenna Chandler as a representative/on behalf of, as a guardian ad litem, J.C. | 24STCV31490 | 6/13/2025 |
| 50 | T.S. as a representative/on behalf of, as a guardian ad litem, J.S. | 24SMCV05575 | 5/27/2025 |
| 51 | A.W. as a representative/on behalf of, as a guardian ad litem, J.P. | 24SMCV05575 | 5/27/2025 |
| 52 | B.S. as a representative/on behalf of, as a guardian ad litem, K.P. | 24SMCV05575 | 5/27/2025 |
| 53 | D.B. as a representative/on behalf of, as a guardian ad litem, K.B. | 24SMCV05575 | 5/27/2025 |
| 54 | R.L. as a representative/on behalf of, as a guardian ad litem, L.R. | 24SMCV05575 | 5/27/2025 |
| 55 | S.N. as a representative/on behalf of, as a guardian ad litem, L.K. | 24SMCV05575 | 5/27/2025 |
| 56 | A.L. as a representative/on behalf of, as a guardian ad litem, L.C. | 24SMCV05575 | 5/27/2025 |
| 57 | C.B. as a representative/on behalf of, as a guardian ad litem, L.G. | 24SMCV05575 | 5/27/2025 |
| 58 | A.M. as a representative/on behalf of, as a guardian ad litem, M.M. | 24SMCV05575 | 5/27/2025 |
| 59 | P.G. as a representative/on behalf of, as a guardian ad litem, M.G. | 24SMCV05583 | 5/27/2025 |
| 60 | S.V. as a representative/on behalf of, as a guardian ad litem, O.G. | 24SMCV05583 | 5/27/2025 |
| 61 | B.P. as a representative/on behalf of, as a guardian ad litem, R.R. | 24SMCV05583 | 5/27/2025 |
| 62 | J.H. as a representative/on behalf of, as a guardian ad litem, R.S. | 24SMCV05583 | 5/27/2025 |
| 63 | M.M. as a representative/on behalf of, as a guardian ad litem, S.R. | 24SMCV05583 | 5/27/2025 |
| 64 | N.D. as a representative/on behalf of, as a guardian ad litem, V.D. | 24SMCV05583 | 5/27/2025 |

|  | Name | Case Number | Original Deadline to Submit PFS |
|---|---|---|---|
| 65 | S.L. as a representative/on behalf of, as a guardian ad litem, Y.L. | 24SMCV05583 | 6/27/2025 |
| 66 | A.G. as a representative/on behalf of, as a guardian ad litem, Y.H. | 24SMCV05583 | 5/27/2025 |
| 67 | N.A. as a representative/on behalf of, as a guardian ad litem, A.N. | 24SMCV05616 | 6/6/2025 |
| 68 | O.W. as a representative/on behalf of, as a guardian ad litem, Z.S. | 24SMCV05616 | 6/6/2025 |
| 69 | S.V. as a representative/on behalf of, as a guardian ad litem, G.V. | 24SMCV05808 | 6/9/2025 |
| 70 | A.Y. as a representative/on behalf of, as a guardian ad litem, G.Y. | 24SMCV05808 | 6/9/2025 |
| 71 | Ricky Scheufler | 24STCV32210 | 5/29/2025 |
| 72 | Shaquita Johnson as a representative/on behalf of, as a guardian ad litem, D.N.M. | 24STCV32965 | 5/29/2025 |
| 73 | Stephanie Allen | 24STCV33638 | 6/6/2025 |
| 74 | Joanna Goodrich as a representative/on behalf of, as a guardian ad litem, M.G. | 24STCV33638 | 6/6/2025 |
| 75 | Eric Hicks as a representative/on behalf of, as a guardian ad litem, A.H. | 24STCV33638 | 6/6/2025 |
| 76 | Melissa Orta as a representative/on behalf of, as a guardian ad litem, I.F. | 24STCV33987 | 5/29/2025 |
| 77 | Jessica Wetz | 24STCV33987 | 5/29/2025 |
| 78 | Michelle Chuy as a representative/on behalf of, as a guardian ad litem, H.V. | 24STCV33990 | 5/29/2025 |
| 79 | Megan Kurschner | 24STCV34079 | 5/29/2025 |
| 80 | Melissa Imamovic | 24SMCV06324 | 6/6/2025 |
| 81 | Tiara Anders | 24SMCV06324 | 6/6/2025 |
| 82 | Ariel Gomez | 24SMCV06324 | 6/6/2025 |
| 83 | V.M. as a representative/on behalf of, as a guardian ad litem, S.F. | 24SMCV06324 | 6/6/2025 |
| 84 | C.A. as a representative/on behalf of, as a guardian ad litem, J.A. | 24SMCV06324 | 6/6/2025 |
| 85 | Lauren Dinkeldein as a representative/on behalf of, as a guardian ad litem, S.D. | 24STCV32781 | 6/16/2025 |
| 86 | Raymond Bastian | 25STCV01642 | 7/29/2025 |
| 87 | Don Draper | 25STCV01642 | 7/29/2025 |
| 88 | Amie Kent | 24STCV32781 | 6/16/2025 |
| 89 | Dayjia White | 25STCV01531 | 7/29/2025 |
| 90 | S.F. as a representative/on behalf of, as a guardian ad litem, K.B. | 25SMCV00340 | 7/23/2025 |
| 91 | R.V. as a representative/on behalf of, as a guardian ad litem, A.V. | 25SMCV00340 | 7/23/2025 |
| 92 | D.B. as a representative/on behalf of, as a guardian ad litem, J.A. | 25SMCV00340 | 7/23/2025 |
| 93 | J.F. as a representative/on behalf of, as a guardian ad litem, A.F. | 25SMCV00265 | 7/23/2025 |
| 94 | Carson Parker | 25STCV03732 | 7/29/2025 |
| 95 | Ashlyn Johnson | 25STCV03747 | 7/29/2025 |
| 96 | Alexia Hurst | 24STCV34063 | 6/6/2025 |
| 97 | Lareese Jeffries | 24STCV34063 | 6/6/2025 |
| 98 | Stuart Stephens | 25SMCV00978 | 8/26/2025 |
| 99 | J.O. as a representative/on behalf of, as a guardian ad litem, O.O. | 25SMCV00978 | 8/26/2025 |
| 100 | T.G. as a representative/on behalf of, as a guardian ad litem, T.C. | 25SMCV00978 | 8/26/2025 |
| 101 | Brianna King | 24STCV32781 | 6/16/2025 |
| 102 | L.N. as a representative/on behalf of, as a guardian ad litem, D.N. | 25SMCV01176 | 8/26/2025 |
| 103 | Linda Jennings as a representative/on behalf of, as a guardian ad litem, D.W. | 25STCV07534 | 9/4/2025 |
| 104 | Corey Richardson | 25STCV07534 | 9/4/2025 |
| 105 | Aliciamarie Rodriguez | 25STCV07545 | 9/4/2025 |
| 106 | John Miele | 25STCV08304 | 9/4/2025 |
| 107 | Raquel Quintanilla | 25STCV08284 | 9/4/2025 |
| 108 | Marissa Brinkman | 25STCV08284 | 9/4/2025 |
| 109 | Isaac Garcia | 25STCV08330 | 9/4/2025 |
| 110 | S.H. as a representative/on behalf of, as a guardian ad litem, T.B. | 25SMCV01363 | 8/28/2025 |
| 111 | K.J. as a representative/on behalf of, as a guardian ad litem, T.C. | 25SMCV01363 | 8/28/2025 |
| 112 | E.V. as a representative/on behalf of, as a guardian ad litem, V.C. | 25SMCV01363 | 8/28/2025 |
| 113 | C.N. as a representative/on behalf of, as a guardian ad litem, I.T. | 25SMCV01363 | 8/28/2025 |
| 114 | E.B. as a representative/on behalf of, as a guardian ad litem, L.B. | 25SMCV01363 | 8/28/2025 |
| 115 | R.S. as a representative/on behalf of, as a guardian ad litem, D.B. | 25SMCV01363 | 8/28/2025 |
| 116 | T.E. as a representative/on behalf of, as a guardian ad litem, D.E. | 25SMCV01398 | 8/29/2025 |
| 117 | R.L. as a representative/on behalf of, as a guardian ad litem, E.J. | 25SMCV01398 | 10/7/2025 |
| 118 | K.J. as a representative/on behalf of, as a guardian ad litem, T.J. | 25SMCV01399 | 8/29/2025 |
| 119 | M.G. as a representative/on behalf of, as a guardian ad litem, K.G. | 25SMCV01399 | 8/29/2025 |
| 120 | T.B. as a representative/on behalf of, as a guardian ad litem, A.B. | 25SMCV01399 | 8/29/2025 |
| 121 | B.M. as a representative/on behalf of, as a guardian ad litem, M.B. | 25SMCV01408 | 8/25/2025 |
| 122 | M.C. as a representative/on behalf of, as a guardian ad litem, T.B.. | 25SMCV01408 | 8/25/2025 |
| 123 | S.P. as a representative/on behalf of, as a guardian ad litem, J.P. | 25SMCV01408 | 8/25/2025 |
| 124 | S.H. as a representative/on behalf of, as a guardian ad litem, V.C. | 25SMCV01408 | 8/25/2025 |
| 125 | S.M. as a representative/on behalf of, as a guardian ad litem, M.M. | 25SMCV01408 | 8/25/2025 |
| 126 | E.V. as a representative/on behalf of, as a guardian ad litem, S.C. | 25SMCV01408 | 8/25/2025 |
| 127 | S.B. as a representative/on behalf of, as a guardian ad litem, V.B. | 25SMCV01408 | 8/25/2025 |
| 128 | S.M. as a representative/on behalf of, as a guardian ad litem, C.M. | 25SMCV01408 | 8/25/2025 |

|  | Name | Case Number | Original Deadline to Submit PFS |
|---|---|---|---|
| 129 | C.P. | 25SMCV01480 | 8/27/2025 |
| 130 | N.R. as a representative/on behalf of, as a guardian ad litem, S.R. | 25SMCV01480 | 8/27/2025 |
| 131 | C.A. | 25SMCV01480 | 8/27/2025 |
| 132 | I.C. | 25SMCV01528 | 8/28/2025 |
| 133 | F.M. as a representative/on behalf of, as a guarudian ad litem, A.M. | 25SMCV01557 | 8/28/2025 |
| 134 | T.M. as a representative/on behalf of, as a guarudian ad litem, J.R. | 25SMCV01557 | 8/28/2025 |
| 135 | Alicia Pikyavit as a representative/on behalf of, as a guardian ad litem, D.N. | 25STCV08022 | 9/3/2025 |