# EXHIBIT F

**Pages 1 - 65**


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Yvonne Gonzalez Rogers, Judge



IN RE: SOCIAL MEDIA ADOLESCENT  )
ADDICTION/PERSONAL INJURY       )
PRODUCTS LIABILITY LITIGATION   )
                                )
                                )  **NO. 4:22-md-03047-YGR**
_____ )




Oakland, California
Friday, October 24, 2025

**TRANSCRIPT OF CASE MANAGEMENT CONFERENCE**

**APPEARANCES:**

For the Plaintiffs:

            MOTLEY RICE LLC
            401 9th Street NW, Suite 630
            Washington, DC 20004
      BY:  **PREVIN WARREN, ATTORNEY AT LAW**

            LIEFF CABRASER HEIMANN AND BERNSTEIN, LLP
            275 Battery Street, 29th Floor
            San Francisco, CA 94111-3339
      BY:  **LEXI JOY HAZAM, ATTORNEY AT LAW**

            LEVIN SEDRAN AND BERMAN LLP
            510 Walnut Street, Suite 500
            Philadelphia, PA 19106
      BY: **MICHAEL M. WEINKOWITZ, ATTORNEY AT LAW**

REPORTED REMOTELY BY:   Andrea Bluedorn, RMR, CRR, CRC
                        Official United States Reporter

```
 1   APPEARANCES:      (CONTINUED)

 2   For the Plaintiffs:

 3                         455 Golden Gate Avenue
                           11th Floor
 4                         San Francisco, CA 94102
                     BY:  MEGAN O'NEILL, ATTORNEY AT LAW
 5
                           DEPARTMENT OF LAW
 6                         Business and Licensing
                           1300 Broadway, 8th Floor
 7                         Denver, CO 80203
                     BY:  KRISTA BATCHELDER, ATTORNEY AT LAW
 8
                           COLORADO DEPARTMENT OF LAW
 9                         1300 Broadway, 10th Floor
                           Denver, CO 80203
10                   BY:  JASON SLOTHOUBER, ATTORNEY AT LAW

11                         HENDY JOHNSON VAUGHN EMERY, PSC
                           600 West Main Street, Suite 100
12                         Louisville, KY 40202
                     BY:  RONALD E. JOHNSON, ATTORNEY AT LAW
13
                           FERGUSON LAW PC
14                         1816 5th Street
                           Berkeley, CA 94710
15                   BY:  SAMUEL IVAN FERGUSON, ATTORNEY AT LAW

16                         ANDRUS ANDERSON LLP
                           155 Montgomery Street, Suite 900
17                         San Francisco, CA 94104
                     BY:  JENNIE LEE ANDERSON, ATTORNEY AT LAW
18

19   For the Defendants:

20                         COVINGTON AND BURLING LLP
                           1999 Avenue of the Stars, Suite 3500
21                         Los Angeles, CA 90067
                    BY:  ASHLEY MARGARET SIMONSEN, ATTORNEY AT LAW
22
                           DAVIS POLK AND WARDWELL LLP
23                         450 Lexington Avenue
                           New York, NY 10017
24                   BY:  JAMES P. ROUHANDEH, ATTORNEY AT LAW

25
```

1 | **APPEARANCES:**      (CONTINUED)

2

For the Defendants:

3

                        COVINGTON & BURLING LLP
4                       One City Center
                        850 Tenth Street, NW
5                       Washington, DC 20001
                    **BY: PAUL WILLIAM SCHMIDT, ATTORNEY AT LAW**
6                       **TIMOTHY CHANNING HESTER, ATTORNEY AT LAW**
                        **NICHOLAS JOHN XENAKIS, ATTORNEY AT LAW**
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1    **Friday, October 24, 2025                      8:58 a.m.**

2                        **P R O C E E D I N G S**

3                            ---o0o---

4            **COURTROOM DEPUTY:**  Calling the civil matter

5    22MD-3047-YGR, In Re Social Media Adolescent Addiction Personal

6    Injury Products Liability Litigation.  Today's appearances will

7    be included -- incorporated with the minutes with the sign-in

8    sheets.  Thank you.

9            **THE COURT:**  Okay.  We have a lot to do today.  Just

10   like to ask you when you're on your way out of the courthouse

11   to thank the CSOs for being here.  Everyone in the Court other

12   than the Article III Judges where it's actually explicit in the

13   constitution they must pay us are not being paid.  So they're

14   working on -- they're still working and the courts are still

15   operating.  And this court in particular is adamant that we

16   will continue to work and do our duty but I think they

17   appreciate the thanks.

18           One thing that I have asked for you all to consider,

19   it's part of my standing order, we have a lot going on in this

20   MDL so we're going to keep moving.  And I think, in general,

21   you have been doing this already is to not be filing things

22   that you don't need to be.  So it is now part of my standing

23   order and you can let people know, your contacts if they

24   haven't figured it out, no one can file a motion anymore

25   without meeting and conferring and lead counsel attesting that

1    clear, Your Honor, we don't think the ruling is correct and

2    we're seeking reconsideration on it.  We're seeking

3    reconsideration early this next week.

4            But I want to be clear on one point which I don't

5    think was quite clear in counsel's recitation of this ruling.

6    It applied to four single documents, four documents, and it was

7    in relation to clawbacks on four documents only.  So the ruling

8    is narrow in that sense and we are seeking reconsideration of

9    it.  We believe --

10            **THE COURT:**  On what basis?

11            **MR. HESTER:**  First of all, the ruling mischaracterizes

12    what the documents say.  The ruling proceeds on the premise

13    that the documents were instructing the data should be deleted

14    or suppressed or removed.  This is not even what the documents

15    say on their face.

16            The documents were in relation to counseling on the

17    use of language related to research which we considered to be

18    conventional lawyer's advice counseling the client on language

19    to be used in characterizing research but there was no

20    suppression or elimination of data.  There was no such advice

21    reflected in these documents and that's a critical basis of the

22    reconsideration motion that we'll be filing next week, Your

23    Honor.  And it -- I should also emphasize the Court based its

24    ruling solely on reading the language in these four clawback

25    documents.

1          We think the Court has misconstrued those documents.

2    So there is much more to be done in relation to whether this is

3    actually an -- a ruling that properly reflects what those

4    documents say or whether it's actually a proper application of

5    the crime fraud ruling so I want to -- I want to emphasize that

6    we think there's much more to be done in D.C. before any weight

7    is given to this ruling and that's a process that's going to

8    unfold.  The ruling came out just yesterday, Your Honor.  We

9    heard from the plaintiffs last night around 10:00 that they

10   were going to raise this with the Court today.

11         So it's -- there's -- it's very much in process.

12   Insofar as there's a question about the plaintiffs' entitlement

13   to these four documents, we think that should go to Judge Kang

14   in the first instance.  It's a narrow question of clawback of

15   four documents.

16         So that's what I wanted to clarify as to this ruling

17   from D.C. which came out just yesterday.  I should also mention

18   counsel referred to the re-review process that Meta is

19   undertaking.  We've apprised the plaintiffs that we have

20   undertaken a re-review of the privilege log in this litigation.

21         Meta's original log withheld about 6 percent of the

22   production.  But as the production was done on a highly

23   accelerated schedule, we then decided voluntarily to undertake

24   a re-review of the privilege log and that's ongoing.  We've

25   been conducting this re-review over the last several months.

1          We've made three productions in August, four in

2   September, one thus far in October.  And we're anticipating a

3   meaningful number of additional documents as we complete this

4   process of a re-review.  Our objective is to complete the

5   re-review in November, although it could push to December.

6          We expect that many of the documents, if not the bulk

7   of them, produced through the re-review were cumulative of

8   documents already produced.  So it's not clear to us whether

9   there will be meaningful new substantive documents.  But

10  insofar as there are, we're open to discussing reopen of

11  depositions if this is justified by the substance of the

12  documents produced through the re-review.

13         So I just wanted to give the Court a little context

14  for that process that has been ongoing during the summer and is

15  now stretching into the fall.

16         **MS. HAZAM:**  Your Honor, if I may respond, I believe

17  Your Honor was asking who represents Meta in D.C., not who

18  necessarily provided the legal advice.  Our understanding is

19  that it was in-house counsel that provided the legal advice in

20  the documents but that would not necessarily be who conducted

21  the privilege review and who claimed that these documents were

22  privileged in clawing them back.  I don't know the answer to

23  that question.

24         We don't have the documents because they were clawed

25  back from our litigation as well.  But merely from the

1          Anything else?  No.  All right.  Then we will stand in

2    recess.

3          I would like to talk to -- at sidebar if I can get two

4    from each side, I would appreciate it.  Thank you.

5          **COURTROOM DEPUTY:**  Court is in recess.

6               (Proceedings adjourned at 10:30 a.m.)

7                         ---o0o---

1

2                    **CERTIFICATE OF REPORTER**

3          I certify that the foregoing is a correct transcript

4    from the record of proceedings in the above-entitled matter.

5

6    DATE:   Thursday, October 30, 2025.

7

8

9

10

11
                              *Andrea K Bluedorn*
12                            Andrea K. Bluedorn, RMR, CRR
                              Official United States Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25