# EXHIBIT G

[Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**JOINT STATUS REPORT ON RESULTS OF MEET-AND-CONFER ON ADDITIONAL AND UNANTICIPATED DISCOVERY ON DISCLOSED WITNESSES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Case Management Order No. 27 ("CMO 27"), the Parties submit this joint status report on the results of their meet-and-confers regarding additional and unanticipated discovery in connection with witnesses disclosed on the Parties' preliminary witness lists, exchanged September 24, 2025.

The Parties conferred about three categories of witnesses, outlined below. To the extent the Parties have agreed to make certain of these witnesses available for further deposition, they will meet and confer on a proposed timeline for completing those depositions and report back to the Court by the October 24, 2025 CMC.

## I. Additional and Unanticipated Discovery on New School District Witnesses

Three of the school district bellwether Plaintiffs disclosed a total of eight new witnesses on their preliminary witness lists exchanged September 24, 2025. In the course of conferrals, Plaintiffs withdrew one of those witnesses. Consistent with a stipulation entered by the Parties in March 2025 (ECF 1752), Plaintiffs have agreed to make each of the seven remaining new witnesses available for a 4.5-hour deposition and to produce their custodial files.

Plaintiffs have informed Defendants that some or all of these seven witnesses (or other witnesses) may submit declarations in support of Plaintiffs' oppositions to Defendants' motions for summary judgment in the school district bellwether cases, due November 7, 2025. Depending on the number of declarations ultimately submitted from school district witnesses and the content of those declarations, as well as the timing of custodial file productions for those witnesses, Defendants may need, and expressly reserve the right to request, additional time to prepare their replies in support of their motions for summary judgment, currently due December 5, 2025, to allow time for depositions of those witnesses; and expressly reserve the right to challenge Plaintiffs' use of those declarations to the extent they present new facts after the close of fact and expert discovery and the filing of motions for summary judgment. Plaintiffs intend to oppose as improper and unnecessary any such request for a delay from Defendants, given that these additional depositions were expressly contemplated by the Parties' stipulation and the Court's prior orders.

## II. Additional and Unanticipated Discovery on Defendant-Employee Witnesses Listed on Defendants' Preliminary Witness Lists

Defendants disclosed certain witnesses on their preliminary witness lists who were not previously deposed in the MDL in their individual capacities, but who were deposed as 30(b)(6) witnesses. To the extent Defendants can confirm that these witnesses would testify at trial only within the scope of the topics in the Rule 30(b)(6) notice, Plaintiffs have confirmed they will not seek to re-depose them. The Parties will meet and confer over whether the custodial files of these witnesses should be produced (if they were not already produced) and present any disputes in the forthcoming joint letter better.

### A. Meta Witnesses

Meta included five Meta witnesses on its preliminary witness lists who were not previously deposed in the MDL in their individual capacities. Four of those witnesses were previously deposed in the MDL as 30(b)(6) witnesses, and the fifth was deposed in a Related Action pending against Meta in Utah as a corporate representative. Meta produced to Plaintiffs today transcripts of any depositions of these witnesses that were taken after the April 4, 2025 close of fact discovery in any Related Actions, including the JCCP and the fourteen attorney general actions pending against Meta in state courts. *See* ECF 2310 (ordering same). Meta has agreed to confirm, within approximately one week, whether it intends to present testimony from any of the first four witnesses at trial on topics beyond those for which they were designated to testify under Rule 30(b)(6). If such confirmation is provided, Plaintiffs have confirmed they will not seek to re-depose those witnesses. If such confirmation is not provided, Meta has agreed to make those witnesses available for a further deposition. As to the fifth witness (who was not previously deposed in the MDL in any capacity), Meta has agreed to make that witness available for a deposition and to run the Parties' agreed-upon MDL search terms over his Emails and Workplace Chats over the Relevant Time Period and produce responsive, not privileged documents. To the extent the Parties are unable to agree on the length of this or any other Meta witness's deposition, they will present such dispute to the Court in the joint letter brief due October 13.

### B. TikTok Witnesses

The TikTok Defendants identified one witness on their preliminary witness list who was deposed as a Rule 30(b)(6) witness on school and school district-related topics. The TikTok Defendants have

confirmed that this witness would testify at trial only within the scope of the topics in the Rule 30(b)(6) notice. PISD Plaintiffs do not seek an additional deposition of this witness. The Parties will meet and confer regarding the production of the witness's custodial file and present any disputes in the forthcoming joint letter brief.

### C. YouTube Witnesses

YouTube identified one witness on its preliminary witness list who was deposed only as a Rule 30(b)(6) witness. YouTube has confirmed that this witness would testify at trial within the scope of the 30(b)(6) topics for which he was offered as a corporate representative at deposition. PISD Plaintiffs do not seek an additional deposition of this witness. The Parties will meet and confer regarding the production of the witness's custodial file and present any disputes in the forthcoming joint letter brief.

YouTube also identified one witness who is on its amended initial disclosures, and for whom Plaintiffs previously moved the Court for a deposition. To the extent the Parties have a dispute as to the PISD Plaintiffs' entitlement to a deposition of that witness, they will present that dispute in the forthcoming joint letter brief.

### D. Snap Witness

Snap identified one witness on its preliminary witness list who was deposed as a Rule 30(b)(6) witness on school and school district-related topics. Snap has confirmed that this witness would testify at trial only within the scope of the topics in the Rule 30(b)(6) notice. PISD Plaintiffs are not seeking further discovery from this witness.

### III. Additional and Unanticipated Discovery on Former Meta Employee Witnesses Listed on Plaintiffs' Preliminary Witness Lists

PISD Plaintiffs listed two former Meta employee witnesses on their preliminary witness lists who were not previously deposed in any capacity in the MDL: Sarah Wynn Williams and Jason Sattizahn. The State AGs also listed Jason Sattizahn. Meta intends to move to strike these two witnesses from Plaintiffs' witness lists, which Plaintiffs will oppose. The Parties will file a joint letter brief on this dispute by the existing deadline of October 13. Meta reserves its right to seek depositions of these witnesses and further documents if they are not stricken.

## IV. Meta Update on Document Productions

During the Parties' meet-and-confers on additional and unanticipated discovery, Plaintiffs and Meta also discussed ongoing privilege-downgrade productions from Meta since the April 4, 2025 close of fact discovery. During the fact discovery period, Meta produced approximately 2.4 million documents and withheld approximately 130,000 documents as privileged. Following the close of fact discovery, Meta undertook and has been continuing to undertake an extensive re-assessment of documents initially withheld as privileged. Meta notified Plaintiffs in July that it was undertaking this review and would be producing documents off the log on a rolling basis. Since that time, Meta has made rolling productions of approximately 23,000 documents (23% with privilege redactions) and expects to produce on the order of 60,000 or more additional documents before completing its privilege-downgrade productions around early November. Meta provided this estimate of additional anticipated downgrades to Plaintiffs on October 8 in response to an inquiry from Plaintiffs on October 7. Meta will continue to keep Plaintiffs updated on the status of these productions and is available to confer with Plaintiffs about any concerns.

Plaintiffs were not made aware of the scope of this issue until this filing. Plaintiffs reserve the rights to challenge the scope of the privilege downgrade and to seek additional discovery in light of these privilege downgrade productions.

Respectfully submitted,

DATED: October 8, 2025

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**

700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545

AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE, WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza@gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209

Telephone: 410-421-7777
mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**AWK ATTORNEYS**
1133 WESTCHESTER AVE, SUITE N-224
WHITE PLAINS, NY 10604
Telephone: 914-468-4840
hnappi@awk-saa.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES

**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

|   |   |
|---|---|
| 1 | **PHILIP J. WEISER** |
| 2 | Attorney General |
|   | State of Colorado |
| 3 |   |
|   | _/s/ Krista Batchelder_ |
| 4 | Krista Batchelder, CO Reg. No. 45066, |
|   | *pro hac vice* |
| 5 | Deputy Solicitor General |
|   | Shannon Stevenson, CO Reg. No. 35542, *pro hac vice* |
| 6 | Solicitor General |
|   | Elizabeth Orem, CO Reg. No. 58309, *pro hac vice* |
| 7 | Assistant Attorney General |
| 8 | Colorado Department of Law |
|   | Ralph L. Carr Judicial Center |
| 9 | Consumer Protection Section |
|   | 1300 Broadway, 7th Floor |
| 10 | Denver, CO 80203 |
|   | Phone: (720) 508-6651 |
| 11 | krista.batchelder@coag.gov |
| 12 | Shannon.stevenson@coag.gov |
|   | Elizabeth.orem@coag.gov |
| 13 |   |
| 14 | *Attorneys for Plaintiff State of Colorado, ex rel.* |
|   | *Philip J. Weiser, Attorney General* |
| 15 |   |
| 16 | **ROB BONTA** |
|   | Attorney General |
| 17 | State of California |
| 18 |   |
|   | _/s/ Megan O'Neill_ |
| 19 | Nicklas A. Akers (CA SBN 211222) |
|   | Senior Assistant Attorney General |
| 20 | Bernard Eskandari (SBN 244395) |
|   | Emily Kalanithi (SBN 256972) |
| 21 | Supervising Deputy Attorneys General |
| 22 | Nayha Arora (CA SBN 350467) |
|   | Megan O'Neill (CA SBN 343535) |
| 23 | Joshua Olszewski-Jubelirer (CA SBN 336428) |
|   | Marissa Roy (CA SBN 318773) |
| 24 | Brendan Ruddy (CA SBN 297896) |
| 25 | Deputy Attorneys General |
|   | California Department of Justice |
| 26 | Office of the Attorney General |
|   | 455 Golden Gate Ave., Suite 11000 |
| 27 | San Francisco, CA 94102-7004 |
|   | Phone: (415) 510-4400 |
| 28 | Fax: (415) 703-5480 |

Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),

11
JOINT STATUS REPORT ON RESULTS OF M&C ON ADDITIONAL AND UNANTICIPATED DISCOVERY ON DISCLOSED WITNESSES
4:22-md-03047-YGR

*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com


DAVIS POLK & WARDWELL LLP

By: */s/ James P. Rouhandeh*
James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

KING & SPALDING LLP

|   |   |
|---|---|
| 1 | By: /s/ Geoffrey M. Drake |
| 2 | Geoffrey M. Drake, *pro hac vice* |
|   | TaCara D. Harris, *pro hac vice* |
| 3 | 1180 Peachtree Street, NE, Suite 1600 |
|   | Atlanta, GA 30309-3521 |
| 4 | Telephone: (404) 572-4600 |
|   | Facsimile: (404) 572-5100 |
| 5 | Email: gdrake@kslaw.com |
| 6 | tharris@kslaw.com |
| 7 | David P. Mattern, *pro hac vice* |
|   | KING & SPALDING LLP |
| 8 | 1700 Pennsylvania Avenue, NW, Suite 900 |
|   | Washington, DC 20006-4707 |
| 9 | Telephone: (202) 737-0500 |
|   | Facsimile: (202) 626-3737 |
| 10 | Email: dmattern@kslaw.com |
| 11 |   |
|   | Bailey J. Langner (SBN 307753) |
| 12 | KING & SPALDING LLP |
|   | 50 California Street, Suite 3300 |
| 13 | San Francisco, CA 94111 |
|   | Telephone: (415) 318-1200 |
| 14 | Facsimile: (415) 318-1300 |
| 15 | Email: blangner@kslaw.com |
| 16 | *Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC* |
| 17 |   |
| 18 |   |
|   | MUNGER, TOLLES & OLSON LLP |
| 19 | By: /s/ Jonathan H. Blavin |
|   | Jonathan H. Blavin, SBN 230269 |
| 20 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street, 27th Floor |
| 21 | San Francisco, CA 94105-3089 |
|   | Telephone: (415) 512-4000 |
| 22 | Facsimile: (415) 512-4077 |
| 23 | Email: jonathan.blavin@mto.com |
| 24 | Rose L. Ehler (SBN 29652) |
|   | Victoria A. Degtyareva (SBN 284199) |
| 25 | Laura M. Lopez, (SBN 313450) |
|   | Ariel T. Teshuva (SBN 324238) |
| 26 | MUNGER, TOLLES & OLSON LLP |
| 27 | 350 South Grand Avenue, 50th Floor |
|   | Los Angeles, CA 90071-3426 |
| 28 | Telephone: (213) 683-9100 |

14
JOINT STATUS REPORT ON RESULTS OF M&C ON ADDITIONAL AND UNANTICIPATED DISCOVERY ON DISCLOSED WITNESSES
4:22-md-03047-YGR

Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP
By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

## ATTESTATION

I, Bailey J. Langner, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 8, 2025

By: */s/ Bailey J. Langner*