# EXHIBIT H

# In the Matter Of:

SOCIAL MEDIA CASES,

JCCP5255

---

MOTION

December 18, 2025

---



SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

--oOo--

DEPARTMENT 12                    HON. CAROLYN B. KUHL, JUDGE

```
COORDINATION PROCEEDING SPECIAL    ) JCCP NO. 5255
TITLE [RULE 3.400]                 )
SOCIAL MEDIA CASES                 )
_____)
                                   )
CHRISTINA ARLINGTON SMITH, ET AL., )
                                   )
     PLAINTIFFS,                   )
                                   ) LEAD CASE NUMBER FOR
     V.                            ) FOR FILING PURPOSES:
                                   ) CASE NO. 22STCV21355
TIKTOK INC., ET AL.,               )
                                   )
     DEFENDANTS,                   )
_____)
```

**CERTIFIED COPY**

REPORTER'S TRANSCRIPT OF PROCEEDINGS

THURSDAY, DECEMBER 18, 2025


APPEARANCES:

```
FOR PLAINTIFFS:      KIESEL LAW
                     BY: MARIANA A. MCCONNELL, ESQ.
                     8648 WILSHIRE BOULEVARD
                     BEVERLY HILLS, CALIFORNIA 90211

                     LANIER LAW FIRM
                     BY: RACHEL LANIER, ESQ.
                         MICHAEL A. AKSELRUD, ESQ.
                     2829 TOWNSGATE ROAD
                     WESTLAKE VILLAGE, CALIFORNIA 91361

                     PANISH SHEA RAVIPUDI
                     BY: RAHUL RAVIPUDI, ESQ.
                         JESSE CREED, ESQ.
                     1111 SANTA MONICA BOULEVARD, SUITE 700
                     LOS ANGELES, CALIFORNIA 90025
```

(ADDITIONAL APPEARANCES ON THE FOLLOWING PAGE.)

REPORTED BY:     JORGE P. DOMINGUEZ, CSR NO. 12523
                 OFFICIAL PRO TEMPORE COURT REPORTER

```
                                                           Page 2
 1      APPEARANCES: (CONTINUED)
 2      FOR PLAINTIFFS:      BEASLEY ALLEN
                             BY:  DAVIS S. VAUGHN, ESQ.
 3                           218 COMMERCE STREET
                             MONTGOMERY, ALABAMA 36103
 4
                             WAGSTAFF & CARTMELL LLP
 5                           BY: THOMAS P. CARTMELL, ESQ.
                                 J. KIRK GOZA, ESQ.
 6                           4740 GRAND AVENUE, SUITE 300
                             KANSAS CITY, MISSOURI 64112
 7
        FOR YOUTUBE          MORGAN LEWIS & BOCKIUS
 8      DEFENDANT:           BY: YARDENA R. ZWANG-WEISSMAN, ESQ.
                             300 SOUTH GRAND AVENUE, 22ND FLOOR
 9                           LOS ANGELES, CALIFORNIA 90071
10                           WILSON SONSINI
                             BY: MELISSA MILLS, ESQ.
11                               SARA A. MCDERMOTT, ESQ.
                             953 EAST THIRD STREET
12                           LOS ANGELES, CALIFORNIA 90013
        FOR META             COVINGTON & BURLING
13      DEFENDANTS:          BY: ASHLEY M. SIMONSEN, ESQ.
14                           1999 AVENUE OF THE STARS
                             LOS ANGELES, CALIFORNIA 90067
15
                             COVINGTON & BURLING
16                           BY: GREGORY HALPERIN, ESQ.
                             30 HUDSON YARDS
17                           NEW YORK, NEW YORK 10001
18      FOR TIK TOK          O'MELVENY & MYERS LLP
        DEFENDANTS:          BY: SABRINA H. STRONG, ESQ.
19                           400 SOUTH HOPE STREET
                             LOS ANGELES, CALIFORNIA 90071
20
        FOR SNAP             MUNGER, TOLLES & OLSON, LLP
21      DEFENDANT:           BY: JOHN B. MAJOR, ESQ.
                             350 SOUTH GRAND AVENUE, 50TH FLOOR
22                           LOS ANGELES, CALIFORNIA 90071
23
24
25
26
27
28
```

```
                                                           Page 3
 1              M A S T E R   I N D E X
 2                    SESSIONS
 3
 4                                                    PAGE
 5      THURSDAY, DECEMBER 18, 2025
 6          P.M. SESSION                                4
 7
```

```
                                                           Page 4
 1      CASE NUMBER:           JCCP5255
 2      CASE NAME:             SOCIAL MEDIA CASES
 3      LOS ANGELES, CALIFORNIA    THURSDAY, DECEMBER 18, 2025
 4      DEPARTMENT 12          HON. CAROLYN B. KUHL, JUDGE
 5      APPEARANCES:           (AS HERETOFORE NOTED.)
 6      REPORTER:              JORGE P. DOMINGUEZ,
                                CSR NO. 12523
 7
        TIME:                  P.M. SESSION
 8
 9              (THE FOLLOWING PROCEEDINGS WERE
10              HELD IN OPEN COURT:)
11          THE COURT:  WE'RE HERE IN THE SOCIAL MEDIA CASES, AND
12      WE HAVE A REPORTER IN THE COURTROOM.  I'M SIGNING THE COURT
13      REPORTER'S ORDER.  WE'LL HAVE APPEARANCES NOW.  THERE MAY BE
14      SOME DIFFERENCES, SO GO AHEAD.
15          MS. MCCONNELL:  MARIANA MCCONNELL FOR THE
16      PLAINTIFFS.
17          MR. CREED:  GOOD AFTERNOON, YOUR HONOR.  JESSE CREED
18      FOR THE PLAINTIFFS.
19          MR. CARTMELL:  GOOD AFTERNOON.  TOM CARTMELL FOR THE
20      PLAINTIFFS.
21          MR. RAVIPUDI:  RAHUL RAVIPUDI FOR THE PLAINTIFFS.
22          MS. LANIER:  RACHEL LANIER FOR THE PLAINTIFFS.  GOOD
23      AFTERNOON.
24          MR. GOZA:  JAKE GOZA FOR THE PLAINTIFF.
25          MR. VAUGHN:  DAVIS VAUGHN FOR THE PLAINTIFF.
26          MS. SIMONSEN:  GOOD AFTERNOON.  ASHLEY SIMONSEN FOR
27      THE META DEFENDANTS.
28          MR. HALPERIN:  GOOD AFTERNOON.  GREG HALPERIN FOR THE
```

```
                                                           Page 5
 1      META DEFENDANTS.  WE DO HAVE A CLIENT REPRESENTATIVE HERE AS
 2      WELL.
 3          MS. STRONG:  GOOD AFTERNOON.  SABRINA STRONG FOR THE
 4      TIK TOK DEFENDANTS.
 5          MR. MAJOR:  JOHN MAJOR FOR DEFENDANT SNAP.
 6          MS. ZWANG-WEISSMAN:  GOOD AFTERNOON.  YARDENA
 7      ZWANG-WEISSMAN FOR THE YOUTUBE DEFENDANTS.
 8          THE COURT:  OKAY.  YOU CAN BE SEATED AND APPEARANCES
 9      HAVE BEEN TAKEN FOR THOSE APPEARING ON LACC.
10              SO WE'LL START WITH MOTIONS.  WE HAVE AN UNOPPOSED
11      MOTION TO TAKE THE DEPOSITION OF AN INCARCERATED PERSON AND
12      IT'S OPPOSED AND THE COURT WILL GRANT THAT MOTION.
13              NO ONE WISHES TO BE HEARD, I ASSUME.  SO THERE WILL
14      BE A STATEMENT IN THE MINUTE ORDER OF THE REASONS FOR THAT
15      GRANTING.
16              AS I INDICATED IN CASE ANYWHERE POSTING TO YOU,
17      MAGISTRATE JUDGE KANG REACHED OUT TO ME TO SAY THAT HE WAS
18      TAKING SOME ADDITIONAL EVIDENCE THAT IS RELEVANT TO THE ISSUE
19      HE IS CONSIDERING THAT IS THE SAME -- I WOULD SAY SAME -- AS
20      THE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF UNREDACTED
21      DOCUMENTS, WHICH IS ON CALENDAR TODAY.  SO I AM TAKING THAT
22      MOTION OFF CALENDAR, AS I INDICATED.  SO IF YOU HAVE
23      ADDITIONAL INFORMATION ABOUT MAGISTRATE JUDGE KANG'S
24      SCHEDULING, LET ME KNOW.  YOU'VE STIPULATED THAT WE CAN
25      COMMUNICATE, BUT I REALLY DON'T LIKE TAKING DETAILED
26      INFORMATION FROM THE FEDERAL COURT WITHOUT YOU ALL BEING
27      INVOLVED.  SO THAT'S WHY I'M ASKING YOU ALL FOR YOUR
28      UNDERSTANDING OF THAT SCHEDULE SO THAT WE CAN APPROPRIATELY
```

Page 14

1  RESERVE THE ABILITY THAT AFTER MID-JANUARY, CONTINUE TO SERVE
2  UP TO 50 DOCUMENTS PER DEFENDANT PER WEEK. I DON'T THINK WE
3  HAVE A LIVE DISPUTE AT THE MOMENT, YOUR HONOR, BUT I DO JUST
4  WANT TO FLAG FOR META THAT AT THE TWO ROUNDS THAT MS. LANIER
5  JUST INFORMED THE COURT ARE ALREADY 700 DOCUMENTS, WHICH AT
6  46 HOURS IS FOUR MINUTES A DOCUMENT, NOT LEAVING ANY TIME FOR
7  OPENINGS, CLOSINGS, CROSS-EXAMINATION, NON-DOCUMENT
8  EXAMINATIONS. AT SOME POINT WE THINK THIS PROCESS MIGHT GET
9  BEYOND WHAT DOCUMENTS PLAINTIFFS COULD REASONABLY USE AT
10 TRIAL, AND WE MAY COME BACK TO THE COURT ON THAT. BUT AS I
11 SAID, I DON'T THINK WE'RE THERE YET.
12        MS. LANIER: YOUR HONOR, WE PROMISED THE DEFENDANTS WE
13 WOULD NOT ABUSE THIS PROCESS. WE WILL BE REASONABLE. PART
14 OF WHY WE LEFT SOME SPACE AND SOME ROOM FOR ADDITIONAL
15 DOCUMENTS EVEN AFTER THE HEARING IS BECAUSE WE WILL HAVE YOUR
16 HONOR'S GUIDANCE, WHICH WILL BE EXTREMELY HELPFUL TO BOTH
17 SIDES, BUT ALSO BECAUSE EVEN JUST RECENTLY PRODUCTIONS ARE
18 ONGOING. WE JUST, AS YOUR HONOR HEARD THIS MORNING, RECEIVED
19 BETWEEN 40 TO 60,000 DOCUMENTS FROM META. WE WON'T HAVE TIME
20 TO GO THROUGH ALL OF THAT FOR TOMORROW. IF THERE'S 50
21 DOCUMENTS OR SO FROM THAT, WE MAY -- WE MAY SEE SOME OF THAT
22 IN JANUARY.
23        THE COURT: WHY ARE YOU STILL GETTING DOCUMENTS FROM
24 META?
25        MS. LANIER: WE DON'T KNOW, YOUR HONOR.
26        MS. SIMONSEN: THEY DO KNOW. WE JUST TALKED ABOUT IT
27 IN THE JURY ROOM. I'M HAPPY TO SHARE, YOUR HONOR. THIS IS
28 SOMETHING WE'VE DISCLOSED FOR THE PAST FEW MONTHS. IN LATE

Page 15

1  JULY, META UNDERTOOK TO RE-REVIEW ITS PRIVILEGE LOG AND
2  NOTIFIED PLAINTIFFS IT WAS DOING SO.
3        IN SEPTEMBER, WE PRODUCED APPROXIMATELY 23,000
4  DOCUMENTS OFF THE LOG. WE GAVE PLAINTIFFS AN ESTIMATE OF
5  WHEN WE EXPECTED TO COMPLETE OUR DOWNGRADE PRODUCTIONS. WE
6  WERE A BIT BEHIND THAT INITIAL ESTIMATE. WE GAVE PLAINTIFFS
7  AN UPDATE ON OUR ESTIMATED TIMING, AND WE COMPLETED THE
8  DOWNGRADE PRODUCTIONS FOR A TOTAL AROUND 67,000 DOCUMENTS ON
9  DECEMBER 9TH.
10        YOUR HONOR, THESE ARE DOCUMENTS THAT WE FELT WE HAD
11 AN OBLIGATION TO TAKE A CLOSER LOOK AT THE LOG AND MAKE SURE
12 THAT EVERYTHING THAT PLAINTIFFS HAD REQUESTED AND THAT WAS
13 RESPONSIVE AND NOT PRIVILEGED, THEY GOT. AND I WOULD
14 THINK -- I'VE HEARD NO OBJECTION FROM ANY OF THE PLAINTIFFS
15 IN THE JCCP, THE MDL, OR THE 14 STATE ATTORNEY GENERALS WHO
16 ARE BRINGING SUITS AGAINST US IN STATE COURT AS TO THIS
17 EFFORT THAT WE VOLUNTARILY UNDERTOOK. WE UNDERSTAND THAT
18 THESE ARE ADDITIONAL DOCUMENTS. PRESUMABLY, THEY'RE
19 DOCUMENTS PLAINTIFFS ARE WELCOMING HAVING THE ABILITY TO NOW
20 CONSIDER USING AT TRIAL.
21        MR. CARTMELL: YOUR HONOR --
22        THE COURT: LET ME JUST SAY ONE WORD ABOUT THAT. THAT
23 WORD IS WOW.
24        MR. CARTMELL: COULD I BRIEFLY RESPOND, YOUR HONOR?
25 TOM CARTMELL FOR THE PLAINTIFFS.
26        ACTUALLY, THE EMAIL WE GOT, I THINK YESTERDAY, WAS
27 73,000 DOCUMENTS SINCE THE CLOSE OF DISCOVERY IN THIS CASE,
28 IN OTHER WORDS. AND SO WE'RE TRYING TO GATHER RESOURCES TO

Page 16

1  GET THROUGH THESE. I'M TOLD FROM MY CONTEMPORARIES THAT
2  ALREADY, OF COURSE, WE'VE FOUND LOTS OF DOCUMENTS THAT WERE
3  NOT ABLE TO BE USED WITH THE WITNESSES DURING THEIR
4  DEPOSITION. WE'RE NOT ASKING FOR NEW DEPOSITIONS, BUT WE'RE
5  TRYING TO GET THROUGH THESE DOCUMENTS THAT WE THINK ARE GOING
6  TO BE VERY IMPORTANT FOR THIS FIRST TRIAL, AND EVERY ONE OF
7  THEM WAS DUMPED ON US AFTER DISCOVERY CLOSED IN THIS CASE.
8        MS. SIMONSEN: YOUR HONOR, ASHLEY SIMONSEN. THIS IS
9  WHY WE BROUGHT THIS TO PLAINTIFF'S ATTENTION IN JULY THAT WE
10 WERE UNDERTAKING THIS EXERCISE. WE DID MAKE CLEAR THAT TO
11 THE EXTENT THERE WERE SOMETHING UNIQUE OR NEW IN THESE
12 DOCUMENTS, WHICH I THINK CONSTITUTE AROUND MAYBE TWO AND A
13 HALF PERCENT OR THREE PERCENT OF OUR TOTAL PRODUCTIONS -- I
14 MEAN, WE PRODUCED TWO AND A HALF MILLION DOCUMENTS OR MORE TO
15 PLAINTIFFS, THAT WE WOULD WORK WITH THEM IF THERE WAS
16 SOMETHING THAT NECESSITATED FURTHER DISCOVERY.
17        THIS IS NOT -- IT'S NOT AS IF THE FIRST TIME
18 THEY'VE HEARD ABOUT THIS WAS YESTERDAY. AGAIN, NO OBJECTION
19 HAS BEEN RAISED SINCE WE FIRST BROUGHT THIS UP IN JULY. WE
20 DID GIVE THEM AN ESTIMATE OF THE VOLUME OF DOCUMENTS. I
21 BELIEVE OUR ESTIMATE WAS AROUND 60,000 DOCUMENTS. WE
22 PROVIDED THAT ESTIMATE, I BELIEVE, IN THE SEPTEMBER OR EARLY
23 OCTOBER TIME FRAME.
24        WE UNDERSTAND THE COMPLICATIONS WITH RESPECT TO
25 WHEN THIS TRIAL IS STARTING. WE TRIED TO DO AS MUCH AS WE
26 COULD TO ACCELERATE THIS, INCLUDING A LOT OF PEOPLE WORKING
27 VERY HARD OVER THANKSGIVING. I THINK WE ARE WHERE WE ARE.
28 AGAIN, WE'RE WORKING WITH PLAINTIFFS IF THERE'S SOMETHING

Page 17

1  FURTHER THAT THEY NEED. THEY NOW HAVE THE DOCUMENTS, AND I
2  THINK WE CAN MOVE FORWARD.
3        THE COURT: IS MAGISTRATE JUDGE KANG SORT OF
4  SUPERVISING THIS PROCESS?
5        MS. SIMONSEN: HE IS AWARE OF IT, YOUR HONOR. WE WENT
6  OUT OF OUR WAY TO ALERT THE MDL COURT ABOUT THIS IN EITHER
7  SEPTEMBER OR OCTOBER. WE ALSO UPDATED MAGISTRATE JUDGE KANG
8  I BELIEVE VIA THE SAME REPORT THAT WENT TO JUDGE GONZALEZ
9  ROGERS. THERE'S NOT BEEN A NEED FOR ANY SUPERVISION OF THE
10 PROCESS. THE PROCESS HAS SIMPLY BEEN PLAYING OUT.
11        MR. CARTMELL: YOUR HONOR --
12        MR. WARREN: YOUR HONOR, MAY I BE HEARD, PLEASE? THIS
13 IS PREVIN WARREN. I'M COUNSEL FOR THE PLAINTIFFS IN THE MDL.
14        THE COURT: WELL, WE HAVE COUNSEL IN THE COURTROOM FOR
15 THE PLAINTIFFS HERE WHO WANTED TO BE HEARD. GO AHEAD.
16        MR. CARTMELL: YOUR HONOR, TOM CARTMELL. I THINK I
17 WAS PROBABLY GOING TO ADDRESS SOME OF THE THINGS THAT
18 MR. WARREN WAS GOING TO SAY. I DO KNOW FROM LEAD COUNSEL IN
19 THE MDL THAT THEY ARE CURRENTLY CONSIDERING THEIR OPTIONS.
20 IN OTHER WORDS, THEY HAVEN'T FILED ANYTHING YET, BUT
21 CONSIDERING THE OPTIONS AS FAR AS ADDITIONAL -- REOPENING
22 DEPOSITIONS AND THOSE SORT OF THINGS.
23        I ALSO WAS TOLD THAT IN THE DISTRICT OF COLUMBIA, I
24 THINK THEY'VE ALREADY BEEN POTENTIALLY GRANTED ADDITIONAL
25 DEPOSITIONS. SO THERE ARE -- THESE HAVE BEEN DUMPED IN
26 TENNESSEE, D.C., MDL SO THAT -- I DO KNOW THAT COUNSEL IN
27 OTHER JURISDICTIONS ARE CONSIDERING FRANKLY WHAT TO DO NOW AT
28 THIS LATE TIME WHEN DISCOVERY HAS ENDED IN ALL THESE PLACES

Page 18

1   AND WE'RE GETTING THESE VERY IMPORTANT DOCUMENTS.
2          THE COURT:  OKAY.  YEAH, COUNSEL FROM THE MDL, I'LL
3   HEAR FROM YOU.
4          MR. WARREN:  THANK YOU, YOUR HONOR.  THIS IS PREVIN
5   WARREN, ONE OF THE CO-LEAD COUNSEL FOR THE PLAINTIFFS IN THE
6   MDL.
7          I JUST WANTED TO REITERATE THE POINTS THAT
8   MR. CARTMELL HAS VERY ELOQUENTLY MADE, WHICH IS THAT WE WERE
9   ALSO -- WE WERE AWARE THAT THESE DOCUMENTS WOULD BE COMING.
10  THEY JUST CAME -- THE BULK OF THEM JUST CAME.  WE ARE VERY
11  MUCH EVALUATING OUR OPTIONS.  WE HAVE TAKEN NOTHING OFF THE
12  TABLE.  I DON'T KNOW IF THERE'S A SUGGESTION FROM THE DEFENSE
13  THAT WE'RE OKAY WITH THIS.  WE ARE NOT FUNDAMENTALLY, AND IT
14  IS GOING TO HAVE TO RESULT IN SOME MODIFICATIONS, WHICH WE'RE
15  CONSIDERING AND WE'LL BE PROPOSING TO THE DEFENDANTS IN SHORT
16  ORDER.
17         THE COURT:  OKAY.  WELL, LET ME SAY, FIRST OF ALL,
18  NUMBER ONE, THIS IS THE FIRST TIME I'M HEARING ABOUT ANY OF
19  THIS, INCLUDING ANY RE-REVIEW GOING ON.  I WOULD HAVE WANTED
20  TO HEAR ABOUT THAT.
21         SECONDLY, I DON'T WANT ANYTHING TO TAKE AWAY FROM
22  AN EXPRESSION OF RESPECT FOR COUNSEL TO FULFILL THEIR
23  OBLIGATIONS TO MAKE SURE THE CLAIMS OF PRIVILEGE ARE WELL
24  TAKEN.  OKAY.  SO THAT'S ALWAYS -- INTEGRITY IS ALWAYS BOTTOM
25  LINE.  SO I DON'T WANT ANYTHING TO TAKE AWAY FROM THAT.
26         ON THE OTHER HAND, WHEN I WAS PRACTICING LAW, WHEN
27  SOMETHING CAME OFF THE OTHER SIDE'S PRIVILEGE LIST, THAT'S
28  THE FIRST THING YOU WANT TO LOOK AT.

Page 19

1          MS. SIMONSEN:  WE UNDERSTAND, YOUR HONOR.  WE TAKE OUR
2   OBLIGATIONS VERY SERIOUSLY AND THAT'S WHY WE UNDERTOOK TO DO
3   THIS REVIEW.
4          THE COURT:  AND I RESPECT THAT, AND I THINK
5   PLAINTIFF'S COUNSEL RESPECTS THAT AS WELL.  THIS DOESN'T TAKE
6   AWAY FROM -- THAT DOESN'T TAKE AWAY FROM THE PROBLEM WE MAY
7   CONFRONT HERE.
8          GO AHEAD, MS. LANIER.
9          MS. LANIER:  SO ALL THAT IS TO SAY, YOUR HONOR, THAT'S
10  WHY WE WANTED TO BUILD A LITTLE TINY BIT MORE WIGGLE ROOM IN
11  JANUARY, AND WHY WE WANTED TO HAVE THE OPPORTUNITY TO STILL
12  SEND THEM A FEW DOCUMENTS.  AND 50 TO US IS NOT THAT CRAZY
13  PER WEEK.  IT'S 10 PER DAY.  I'M NOT A MATHEMATICIAN, BUT I
14  CAN DO THAT AT LEAST.
15         THAT'S OUR PROPOSAL.  THEY DID AGREE TO IT.  SO
16  THAT'S GREAT.  BUT IF YOUR HONOR ISN'T AVAILABLE ON THE 10TH
17  AND 11TH, WE CAN WORK OUT WHAT THAT WOULD LOOK LIKE IN TERMS
18  OF SUBMITTING ADDITIONAL DOCUMENTS.  FOR EXAMPLE, IF YOU WERE
19  AVAILABLE THE FOLLOWING WEEKEND, THEN THAT WOULD BUILD IN
20  MORE TIME FOR US TO GIVE A FEW MORE DOCUMENTS TO THEM AND
21  WE'LL SORT THAT OUT.
22         THE COURT:  I THINK I AM AVAILABLE ON THE 9TH AND
23  10TH, ALTHOUGH I DON'T KEEP MY PERSONAL CALENDAR ON THE
24  BENCH, SO I NEED TO CHECK.  I THINK YOU DO KNOW THAT THE
25  21ST, 22ND AND 23RD I'M COMMITTED TO AMERICAN LAW INSTITUTE,
26  SO I'M COMMITTED TO THAT.  BUT THAT'S NOT A WEEKEND THING,
27  EITHER.
28         I DON'T KNOW HOW MUCH -- IN THINKING ABOUT THIS 402

Page 20

1   HEARING, I'M NOT SURE HOW MUCH GUIDANCE YOU'RE GOING TO GET
2   FROM ME AS OPPOSED TO JUST THE WITNESS'S STATEMENT OF FACTS
3   AS TO WHETHER IT'S A BUSINESS RECORD OR NOT.
4          LET'S DO THIS, THOUGH.  LET'S SEE HOW THIS FIRST
5   EXCHANGE OF DOCUMENTS WORKS.  I'VE NOW CREATED A PRETTY CLEAR
6   VIEW OF THE HARD WAY, AND I'VE INTENTIONALLY CREATED AN
7   INCENTIVE FOR PEOPLE TO FIGURE OUT A WAY TO GET AWAY FROM THE
8   BUSINESS RECORD EXCEPTION TO THE HEARSAY RULE STANDING IN THE
9   WAY OF ADMISSIBILITY.  I MEAN, UNLESS IT COULD BE A RECORD
10  THAT'S QUESTIONABLE, AS THEY REALLY ARE, AND I UNDERSTAND
11  THAT, BUT THAT'S A REAL EXCEPTION.  LET'S SEE HOW IT WORKS.
12         GO AHEAD, MS. STRONG.
13         MS. STRONG:  THANK YOU, YOUR HONOR.
14         I JUST WANT TO NOTE JUST FOR THE RECORD THAT THE
15  DEFENDANTS WOULD ALSO HAVE THE ABILITY TO OBJECT ON
16  AUTHENTICITY GROUNDS AS WELL AT THE SAME TIME AS BUSINESS
17  RECORDS.  I DON'T EXPECT IT TO BE A BIG ISSUE, YOUR HONOR.  I
18  JUST WANT TO MAKE SURE THAT WAS SOMETHING WE HAD AGREED TO IN
19  THE ROOM AND IT WASN'T STATED.  I JUST WANT TO MAKE SURE THE
20  RECORD IS CLEAR ON THAT, YOUR HONOR.
21         MS. LANIER:  THIS IS ABOUT DOCUMENTS UNDER THE ESI
22  PROTOCOL.  THE ESI PROTOCOL SAYS THAT THESE DOCUMENTS ARE
23  PRESUMPTIVELY AUTHENTIC BUT, OF COURSE, THAT LEAVES THE
24  WIGGLE ROOM.  SO THAT'S THE AGREEMENT.
25         THE COURT:  ALL RIGHT.  THANK YOU FOR WORKING ON IT.
26         MS. LANIER:  WE DID AGREE ON ANOTHER THING, YOUR
27  HONOR, IF YOU WANT TO HEAR.  WE DID SOME GOOD WORK IN THERE.
28         THE COURT:  SURE.

Page 21

1          MS. LANIER:  WE DID AGREE ON A DESIGNATIONS EXCHANGE
2   SCHEDULE THAT WILL MAKE IT WHERE THE BEAUTIFUL HIGHLIGHTED
3   TRANSCRIPTS AND THE RULINGS CHART, HOWEVER YOUR HONOR ENDS UP
4   TELLING US YOU'D LIKE IT, WILL END UP IN YOUR HANDS 10 DAYS
5   BEFORE IT'S ANTICIPATED THE DEPOSITION WILL BE PLAYED.  OUR
6   WONDERFUL COLLEAGUE OVER THERE, GREGORY HALPERIN, HAS
7   VOLUNTEERED TO TAKE THE LABORING OAR TO PUT ALL THE VERBIAGE
8   IN THE PROTOCOL SO IT'S ALL LAID OUT.  WE AGREED ON AN
9   EXCHANGE SCHEDULE, AND WE ARE ALL HAPPY WITH IT.
10         THE COURT:  OKAY.  GOOD.
11         OKAY.  SO ON THE 23RD, JUST GIVE ME A LISTING OF
12  EVERYTHING THAT YOU'VE AGREED TO.  THESE ARE HARD ISSUES, AND
13  YOU TOOK A GOOD BIT OF TIME AND YOUR LUNCHTIME TO DEAL WITH
14  THEM, BUT I REALLY WOULD LIKE YOU TO EXTEND IT ALSO TO THE
15  JURY QUESTIONNAIRE ISSUE AND ANYTHING ELSE I'M FORGETTING
16  TODAY WITH REGARD TO THINGS WE ALL KNOW NEED TO HAPPEN BEFORE
17  TRIAL.
18         I ALSO NEED TO ASK YOU IF THERE'S ANYTHING YOU WANT
19  ME TO ASK THE JURY.  I UNDERSTAND THIS ISSUE ABOUT THE
20  IDENTIFICATION OF JURORS AND AN ISSUE I HAD NOT THOUGHT
21  ABOUT, WHICH IS RESEARCHING THE JURORS THROUGH SOCIAL MEDIA
22  AND THE IMPLICATIONS HERE WHERE THE DEFENDANTS ARE THE SOCIAL
23  MEDIA COMPANIES.  THINK ABOUT THAT.  I MAY NEED SOME BRIEFING
24  ON THAT.  IT'S A PRETTY UNIQUE PROBLEM, I THINK.  I'M NOT
25  UNAWARE THAT YOU ALL HAVE YOUR JURY CONSULTANTS.  MAYBE YOU
26  CAN COME UP WITH AN AGREEMENT.  I'VE NEVER THOUGHT THAT IT
27  REALLY WAS A GOOD IDEA THAT COUNSEL AND THEIR CONSULTANTS BE
28  ABLE TO LOOK AT SOCIAL MEDIA TO RESEARCH JURORS ANYWAY, BUT I

Page 34

```
 1        THE COURT:  THANK YOU ALL.
 2   (CONCLUSION OF PROCEEDINGS.)
 3
 4
 5
 ...
28
```

Page 35

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                  FOR THE COUNTY OF LOS ANGELES
 3
 4   DEPARTMENT 12          HON. CAROLYN B. KUHL, JUDGE
 5
     COORDINATION PROCEEDING SPECIAL   ) JCCP NO. 5255
 6   TITLE [RULE 3.400]                )
     SOCIAL MEDIA CASES                )
 7   _____   )
                                       )
 8   CHRISTINA ARLINGTON SMITH, ET AL., )
                                       )
 9        PLAINTIFFS,                  )
                                       ) LEAD CASE NUMBER FOR
10        V.                           ) FOR FILING PURPOSES:
                                       ) CASE NO. 22STCV21355
11   TIKTOK INC., ET AL.,              )
                                       ) REPORTER'S
12        DEFENDANTS,                  ) CERTIFICATE
     _____   )
13
14
15        I, JORGE P. DOMINGUEZ, OFFICIAL PRO TEMPORE
16   REPORTER OF THE SUPERIOR COURT OF THE STATE OF
17   CALIFORNIA, FOR THE COUNTY OF LOS ANGELES, DO HEREBY
18   CERTIFY THAT THE FOREGOING PAGES, 1 THROUGH 35,
19   INCLUSIVE, COMPRISE A FULL, TRUE AND CORRECT TRANSCRIPT
20   OF THE PROCEEDINGS HELD IN DEPARTMENT 12 ON DECEMBER 18,
21   2025, IN THE MATTER OF THE ABOVE-ENTITLED CAUSE.
22
23        DATED THIS 23RD DAY OF DECEMBER, 2025.
24
25
26
27                       [signature]
28            JORGE P. DOMINGUEZ, CSR NO. 12521
                 OFFICIAL PRO TEMPORE REPORTER
```