[*Parties and Counsel Listed on Signature Pages*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING EXPERTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

The State Attorneys General ("State AGs") and Defendants Meta Platforms, Inc. and Instagram, LLC (collectively "Meta," and together with the State AGs, the "Parties") jointly stipulate and agree, subject to the Court's approval, to the following terms regarding expert witnesses in the action of *People of the State of California, et al. v. Meta Platforms, Inc., et al.* 4:23-cv-05448.

1. Whereas, in accordance with an order from Magistrate Judge Kang (ECF 2744), Meta served a supplemental response to Interrogatory No. 6 and accompanying data production on March 6, 2026, and whereas State AGs expert, Carl Saba, and Meta expert, Justin McCrary, rely on data produced by Meta in response to Interrogatory No. 6, the Parties agree to submit simultaneous supplemental and rebuttal expert reports from those experts, as reflected in the chart below. To the extent the State AGs believe that Meta's supplemental response to Interrogatory No. 6 contains any errors, is not complete, or is not an accurate reflection of the data Meta was ordered to produce by the Court, the Parties will meet and confer to determine what additional actions may be appropriate, including whether an alternative schedule is necessary.

2. The Parties further agree that the scope of the supplemental reports shall be limited to incorporating the data produced by Meta on March 6, 2026 into the analysis and/or models previously submitted by Mr. Saba and Dr. McCrary in their expert reports and updating associated opinions insofar as they are impacted by the March 6 data production.

3. Additionally, the Parties have met and conferred over several weeks and agree, subject to Court approval, on page limits for the Rule 702 motions as to Saba and the Meta experts responsive to Saba. The Parties shall be limited to ten (10) pages for Opening Briefs, ten (10) pages for Opposition Briefs, and five (5) pages for Reply Briefs, and the State AGs shall submit a single Rule 702 motion, subject to the aforementioned page limits, addressing both Meta experts responsive to Saba (i.e., Justin McCrary and Bruce Isaacson).

4. Therefore, the Parties agree, subject to the Court's approval, that the following deadlines will apply:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Expert Supplemental Reports | N/A | **April 10, 2026** (For Experts Carl Saba and Justin McCrary) |

| Event | Current Deadline | Proposed Deadline |
|-------|------------------|-------------------|
| Rebuttal Reports Responsive to the Supplemental Reports of Saba and McCrary | N/A | **April 24, 2026** |
| Rule 702 Daubert Motions: Opening Briefs | **March 13, 2026** (for Meta's and the State AGs' Rule 702 motions as to Saba and Meta's experts responsive to Saba) | No change to deadline |
| Rule 702 (*Daubert*) Motions: Opposition Briefs | **April 3, 2026** (for Meta's and the State AGs' Rule 702 oppositions as to Saba and Meta's experts responsive to Saba) | No change to deadline |
| Rule 702 (*Daubert*) Motions: Reply Briefs | **April 24, 2026** (for Meta's and the State AGs' replies in support of Rule 702 motions as to Saba and Meta's experts responsive to Saba) | No change to deadline |

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

DATED: March 13, 2026                    By:  */s/ Megan O'Neill*

**ROB BONTA**
Attorney General
State of California

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

3

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*


**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV

4

ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney General
Alan Leal (NJ Bar No. 438672024)
Patrick J. Misale (NJ Bar No. 401352022)
*Pro hac vice*
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Attorney
General for the State of New Jersey, and Jeremy E.
Hollander, Acting Director of the New Jersey Division
of Consumer Affairs*

By: */s/ James P. Rouhandeh*

**DAVIS POLK & WARDWELL LLP**

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

## **SIGNATURE CERTIFICATION**

Under Civ. L.R. 5-1(h)(3), I, Matthew Cocanougher, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: March 13, 2026                                   */s/ Matthew Cocanougher*

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING EXPERTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:

_____

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE