James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    rouhandeh@davispolk.com
          antonio.perez@davispolk.com
          caroline.stern@davispolk.com
          corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

Additional counsel listed on signature pages

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**META'S TEMPORARY SEALING MOTION (META'S MOTION TO EXCLUDE AND/OR STRIKE EXPERT TESTIMONY OF CARL SABA)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Defendants Meta Platforms, Inc. and Instagram, LLC ("Meta") file this Temporary Sealing Motion regarding Meta's Motion to Exclude and/or Strike Expert Carl Saba (ECF No. 2846). Pursuant to the Order at ECF No. 341, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2846-1 | Meta's Motion to Exclude and/or Strike Expert Testimony of Carl Saba | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2846-2 | Declaration of Antonio J. Perez-Marques in Support of Meta's Motion to Exclude and/or Strike Expert Testimony of Carl Saba | Not filed under seal |
| ECF No. 2846-3 | Exhibit 1, Expert Report of Carl S. Saba (November 21, 2025) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2846-4 | Exhibit 2, Exhibit 9 to Carl Saba Deposition (March 2-3, 2026) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2846-5 | Exhibit 3, Excerpts of Schedule 5.2 to Expert Report of Carl S. Saba (November 21, 2025) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2846-6 | Exhibit 4, Schedule 5.3 to Expert Report of Carl S. Saba (November 21, 2025) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2846-7 | Exhibit 5, Excerpts of Transcript of Deposition of Carl S. Saba (March 2-3, 2026) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2846-8 | Exhibit 6, Excerpts of February 11, 2026 Case Management Conference Transcript | Not filed under seal |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2846-9 | Exhibit 7, Rebuttal Trial Report of Carl S. Saba (February 20, 2026) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2846-10 | Exhibit 8, Schedule 6.3.1 to Expert Report of Carl S. Saba (November 21, 2025) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2846-11 | Exhibit 9, Expert Rebuttal Report of Justin McCrary (January 9, 2026) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2846-12 | Exhibit 10, Excerpts of Transcript of Deposition of Justin McCrary (March 5, 2026) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2846-13 | Exhibit 11, Excerpts of Transcript of Deposition of Sayed Otaru (June 9, 2025) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2846-14 | Exhibit 12, Excerpts of Transcript of Deposition of Dr. Bruce Isaacson (February 26, 2026) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2846-15 | Exhibit 13, Exhibit 7 to Bruce Isaacson Deposition (February 20, 2026) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |
| ECF No. 2846-16 | Exhibit 14, Expert Rebuttal Report of Dr. Bruce Isaacson (January 9, 2026) | Temporarily filing under seal because document contains information that the parties may consider to be confidential ot filed under seal |
| ECF No. 2846-17 | Exhibit 15, Excerpts of Transcript of Deposition of Kyle Andrews (November 20, 2024) | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

| Docket No. | Document | Whether document contains a Party's Confidential Information |
|---|---|---|
| ECF No. 2846-18 | Exhibit 16, Report Titled "Self-Generated Child Sexual Abuse Material: Attitudes and Experiences" by Thorn and Benenson Strategy Group (August 2020) | Not filed under seal |
| ECF No. 2846-19 | Exhibit 17, Report Titled "Youth Perspectives on Online Safety, 2023" by Thorn and BSG (August 2024) | Not filed under seal |
| ECF No. 2846-20 | Exhibit 18, Exhibit 4 to Carl Saba Deposition | Temporarily filing under seal because document contains information that the parties may consider to be confidential |

Dated:  March 13, 2026

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

/s/ Antonio J. Perez-Marques

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

COVINGTON & BURLING LLP
Ashley M. Simonsen, SBN 275203
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-2749
asimonsen@cov.com

Paul W. Schmidt, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
pschmidt@cov.com
pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing and its attachments will be served electronically on counsel for Plaintiffs to the email addresses that were designated by counsel for that purpose.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: March 13, 2026            /s/ *Antonio J. Perez-Marques*
                                  Antonio J. Perez-Marques