James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:  rouhandeh@davispolk.com
        antonio.perez@davispolk.com
        caroline.stern@davispolk.com
        corey.meyer@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**DECLARATION OF ANTONIO PEREZ-MARQUES IN SUPPORT OF META'S MOTION TO EXCLUDE AND/OR STRIKE EXPERT TESTIMONY OF CARL SABA**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: To be determined<br>Time: To be determined<br>Place: Courtroom 1, 4th Floor |

I, Antonio J. Perez-Marques, declare as follows:

1. I am a partner with the law firm Davis Polk & Wardwell LLP, counsel of record for Defendants Meta Platforms, Inc. and Instagram, LLC (together, "Meta"). I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Meta's Motion to Exclude and/or Strike Expert Testimony of Carl Saba, filed concurrently herewith.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the November 21, 2025 Expert Report of Carl S. Saba.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Exhibit 9 to the March 2-3, 2026 deposition of Carl Saba.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of Schedule 5.2 to the November 21, 2025 Expert Report of Carl S. Saba.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Schedule 5.3 to the November 21, 2025 Expert Report of Carl S. Saba.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the March 2-3, 2026 deposition of Carl Saba.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the February 11, 2026 Case Management Conference transcript.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the February 20, 2026 Rebuttal Trial Report of Carl S. Saba.

10. Attached hereto as **Exhibit 8** is a true and correct copy of Schedule 6.3.1 to the November 21, 2025 Expert Report of Carl S. Saba.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the January 9, 2026 Expert Rebuttal Report of Justin McCrary.

12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the transcript of the March 5, 2026 deposition of Justin McCrary.

1

DECLARATION OF ANTONIO J. PEREZ-MARQUES IN SUPPORT OF META'S MOTION TO EXCLUDE AND/OR STRIKE EXPERT TESTIMONY OF CARL SABA
Case Nos. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR

13. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the transcript of the June 9, 2025 deposition of Sayed Otaru.

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the February 26, 2026 deposition of Dr. Bruce Isaacson.

15. Attached hereto as **Exhibit 13** is a true and correct copy of Exhibit 7 to the February 26, 2026 deposition of Dr. Bruce Isaacson.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the January 9, 2026 Expert Rebuttal Report of Dr. Bruce Isaacson.

17. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the transcript of the November 20, 2024 deposition of Kyle Andrews.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a report titled "Self-Generated Child Sexual Abuse Material: Attitudes and Experiences," published August 2020 by Thorn and Benenson Strategy Group.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a slide deck titled "Youth Perspectives on Online Safety, 2023" published August 2024 by Thorn and BSG.

20. Attached hereto as **Exhibit 18** is a true and correct copy of Exhibit 4 to the March 2-3, 2026 deposition of Carl Saba.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of March, 2026 in New York, New York.

/s/ Antonio J. Perez-Marques
Antonio J. Perez-Marques