# EXHIBIT 6

                                                                                       **Pages 1 - 130**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Yvonne Gonzalez Rogers, Judge

IN RE SOCIAL MEDICA ADOLESCENT  )
ADDICTION/PERSONAL INJURY        )
PRODUCTS LIABILITY LITIGATION.   )
                                 )
_____  )  **NO. 4:22-md-03047-YGR**

                                              San Francisco, California
                                              Wednesday, February 11th, 2026

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For the Plaintiffs:

        MOTLEY RICE, LLC
        401 9th Street NW, Suite 630
        Washington, DC 20004
**BY: PREVIN WARREN, ATTORNEY AT LAW**

        LIEFF CABRASER HEIMANN AND BERNSTEIN, LLP
        275 Battery Street, 29th Floor
        San Francisco, CA 94111-3339
**BY: LEXI JOY HAZAM, ATTORNEY AT LAW**

        LEVIN SEDRAN AND BERMAN, LLP
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
**BY: MICHAEL M. WEINKOWITZ, ATTORNEY AT LAW**

REPORTED REMOTELY BY:   Andrea Bluedorn, RMR, CRR, CRC
                          Official United States Reporter

1  you have those -- do you have his report?  Let me see it.
2          **MR. PEREZ:**  I do, Your Honor, for the Court, of
3  course.
4          **THE COURT:**  And now that I've made the determination
5  of which states are going to trial in the first instance, I
6  want you to focus on those states and not the others.
7          Okay.  So give me a for instance -- I've got his
8  report in front of me -- in terms of what you just are talking
9  about.
10         **MR. PEREZ:**  So, for instance, Your Honor, if you look
11 at his summary of opinions on page 5, the first substantive
12 paragraph there which is number paragraph 2, this is
13 effectively his first opinion, that the number of monthly
14 instances of state teens averaging more than half an hour per
15 month during the relevant time period was 540 million for
16 Instagram and over 100 million for Facebook.  That's not -- and
17 if you look at the states' pretrial or pre-motion letter, the
18 way they characterize this is this is a valid -- they
19 constitute methods for counting consumer protection violations.
20         How many teens used Instagram more than half an hour
21 in a month is not a valid way of counting violations.  And to
22 the extent that they would purport to put that in front of the
23 jury, it's not helpful to the jury and should not be admitted.
24         **THE COURT:**  All right.  A response.  Why do we care
25 about whether they spent -- and it's not -- well, yeah, I guess

1    **MS. SIMONSEN:**  Nothing further.

2    **THE COURT:**  Nothing from the plaintiffs from AGs.

3  Nothing from the AGs from the defense.  Nothing from the

4  defense.  Terrific.

5    We'll be spending a lot of time together.  So enjoy

6  the rest of your day and we'll stand adjourned until I see you

7  next.

8    **COURTROOM DEPUTY:**  Court is adjourned in this matter.

9    (Proceedings adjourned at 12:49 p.m.)

10    ---o0o---

14    **CERTIFICATE OF REPORTER**

15    I certify that the foregoing is a correct transcript

16  from the record of proceedings in the above-entitled matter.

18  DATE:  Monday, February 23, 2026.

24                    *Andrea K Bluedorn*
                      Andrea K. Bluedorn, RMR, CRR
                      Official United States Reporter