1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**[PROPOSED] ORDER GRANTING META'S MOTION TO EXCLUDE AND/OR STRIKE EXPERT TESTIMONY OF CARL SABA**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: To be determined<br>Time: To be determined<br>Place: Courtroom 1, 4th Floor |

1 | Having considered the parties' submissions, the record, and the applicable law, the Court hereby GRANTS Meta's Motion to Exclude and/or Strike Expert Testimony of Carl Saba. Judgment will be entered accordingly.

**IT IS SO ORDERED.**

Dated: _____                                    _____

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING META'S MOTION TO EXCLUDE AND/OR STRIKE EXPERT TESTIMONY OF CARL SABA
Case No. 4:22-MD-03047-YGR-PHK, 4:23-CV-05448-YGR