[*Parties and counsel listed on signature pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR<br>         4:23-cv-01804-YGR<br><br>**PARTIES' AMENDED JOINT SUBMISSION OF EXEMPLAR DEPOSITION DESIGNATION DISPUTES**<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

In accordance with Section 3(f) of the Court's Standing Order re: Pretrial Instructions in Civil Cases (last updated March 17, 2025) and the Court's Pretrial Schedule (Dkt. 2811 at 2), the parties jointly submit the following amended list of exemplar deposition designations. On each of the following pages, Plaintiff's priority designations appear in the first table, and Defendants' priority designations appear in the second table. This amended filing corrects typographical errors in the table containing Snap's exemplar deposition designation disputes for the deposition of Jennifer Stout, the prior version of which inaccurately reflected the objections as to Disputes 4, 5, and 6.

**Kera Howard, Guidance Counselor for Breathitt High School**
**Current Employee, 30(b)(6) Representative**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 20:21-21:9 | Foundation; Speculation |
| 2 | 21:23-22:2 | Relevance; Prejudicial; Outside scope of 30(b)(6) |
| 3 | 25:9-13 | Relevance; Prejudicial; Outside scope of 30(b)(6); incomplete |
| 4 | 34:18-35:8 | Foundation; Speculation |
| 5 | 50:13-16 | Foundation; Speculation |
| 6 | 77:6-8 | Relevance; Prejudicial; Outside scope of 30(b)(6) |
| 7 | 90:8-21 | Object to 90:16-21 as improper lay opinion; foundation; speculation |
| 8 | 98:19-99:2 | Speculation; Foundation; Outside scope of 30(b)(6) |
| 9 | 140:15-24 | MIL re 230/1A [2804]; Relevance; Prejudicial |
| 10 | 151:10-152:6 | Outside scope of direct |
| A | *See, for context* | 110:4-111:23 |
| 11 | 152:7-24 | Foundation; Speculation; Vague as to what social media platform is being described |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 11:18–11:20 | Outside scope of 30b6, Relevance, Prejudicial |
| 2 | 38:13–15 | Foundation, Speculation |
| 3 | 48:20–48:22 | Attorney comment/objection, Relevance, Prejudicial |
| 4 | 50:1 and 50:3 | Attorney comment/objection, Relevance, Prejudicial, Incomplete |
| 5 | 52:14-53:5 | Foundation |
| 6 | 53:6–53:10 | Outside scope of 30b6, Relevance, Prejudicial |
| 7 | 67:12–67:14 | Form |
| 8 | 99:25–100:4 (starting with "Do") | Relevance, Prejudicial |
| 9 | 100:20–101:4 | Mischaracterization |

**Phillip Watts, Superintendent (Breathitt)**
**Current Employee, 30(b)(6) Representative**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 23:19-22; 24:7-25; 25:7-11; 25:25-26:8 | MIL re Lay Opinions [2797], FRE 701, 403, 602, 802 |
| 2 | 31:13-22 | MIL re Lay Opinions [2797], 701, 403, 802 |
| 3 | 52:18-57:18 | Relevance; 403; Subject to MIL No. 1 |
| 4 | 58:14-60:25 | Relevance; 403; Subject to MIL No. 1 |
| 5 | 62:3-63:11 | 701, 403 |
| 6 | 67:20-25 | Relevance; 403; Subject to MIL No. 1 |
| 7 | 68:13-69:13 | 802 |
| 8 | 71:23-72:16 | 802 |
| 9 | 75:18-76:15 | Relevance; 403; Speculation; Subject to MIL No. 3 |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 46:19–47:23 | Non-responsive |
| 2 | 66:15–66:24 | Non-responsive, MIL re Lay Opinions [2797], improper lay witness opinion, prejudicial, speculation |
| 3 | 73:15–73:18 (starting with "Based on what") | Foundation, MIL re Lay Opinions [2797], improper lay witness opinion, hearsay |
| 4 | 96:12-97:12 | Relevance; 403; Subject to MIL |

**Reid Watson, Group Product Manager (YouTube)**
**Current Employee, Personal Capacity**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 69:14-17; 69:24-70:5; 70:6-12; 70:21-23; 71:13-18; 72:1-10; 73:3-7 | Foundation (69:14-17, 70:21-23); Prejudicial (70:21-23); Hearsay (71:13-18, 72:1-10, 73:3-7) |
| 2 | 131:11-23; 132:7-22; 132:25-133:4; 135:3-11; 136:25-137:12 | Hearsay (all); Foundation (132:17-22, 132:25-133:4, 137:9-12) |
| A | *See, for context* | 34:5-8; 34:17-24; 127:3-5; 128:5-12; 128:13-18 |
| 3 | 232:16-17; 233:6-12; 233:23-234:11; 236:13-238:1; 238:19-239:12 | Hearsay (all); Speculation (236:13-238:1, 238:19-239:12); MIL re 230/1A [2804] (all) |
| 4 | 271:9-10; 271:21-272:4; 276:13-277:4; 277:6-278:22 | Hearsay (271:21-24; 276:13-277:4; 277:6-278:22); Foundation (271:21-24; 276:13-277:4; 277:6-278:22); MIL re 230/1A [2804] (all); Speculation (278:12-22) |
| A | *See, for context* | 34:5-8; 34:17-24; 271:21-272:4 |
| 5 | 302:9-12; 302:16-303:12; 304:2-23; 305:1-15; 308:2-9; 308:14-15; 308:18-309:16; 309:19-21; 313:16-22 | Prejudicial (all except 308:2-9); MIL re 230/1A [2804] (all); Foundation (305:1-15); Hearsay (all except 313:16-22) |
| 6 | 426:5-14; 426:17-20; 427:3-8; 427:11-20; 427:22-428:11; 428:13-429:9; 430:1-4; 430:13 | Not a permissible counter under Rule 32(a)(6) and FRE 106; Leading; Foundation; Hearsay |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 71:13–71:18; 72:1–72:10 | Hearsay (reading into record) |
| A | *See, for context* | 70:21–70:23; Watson Dep. Ex. 5 |
| 2 | 89:8–90:10 | Hearsay (reading into record) |
| 3 | 132:17–22, 132:25–133:4 | Hearsay, Foundation |
| 4 | 140:17–141:3; 141:6–8 | Hearsay/Foundation (reading into record), Speculation |
| 5 | 161:20-162:3 | Hearsay/Foundation (reading into record), Prejudice/403 |
| 6 | 180:1-11 | Hearsay/Foundation (reading into record), Prejudice/403 |
| 7 | 219:25–220:23 | Hearsay/Foundation (reading into record), Prejudice/403 |
| 8 | 231:9–15 | Assumes Facts, Hearsay (reading into record), MIL re 230/1A [2804], Prejudice/403 |
| A | *See, for context* | 230:9–10, 230:15–22 |
| 9 | 276:13–277:4, 277:6–278:22 | Hearsay/Foundation (reading into record), MIL re 230/1A [2804], Speculation (278:14–22) |
| A | *See, for context* | 271:9–10, 271:15–24 |
| 10 | 280:25–281:7 | Hearsay/Foundation (reading into record), Prejudice/403 |
| 11 | 284:23–285:6 | Hearsay/Foundation (reading into record), MIL re 230/1A [2804], Prejudice/403 |
| 12 | 378:1–4 | Foundation (no testimony designated) |
| 13 | 417:22–418:15 | Foundation, Hearsay |
| A | *See, for context* | 417:8–9, 417:13-21, 418:16-22 |

**Darius Kilstein, Data Science Director (Meta)**
**Current Employee, Personal Capacity**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 67:22-25 | Foundation; Misleading; Misstates |
| 2 | 252:17-18; 253:3-20 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] |
| 3 | 254:8-10; 255:10-13 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] |
| 4 | 255:20-256:8 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] |
| 5 | 256:9-11; 260:1 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797]; Improper use of exhibit (playing clip without question) |
| 6 | 266:24-267:6 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] |
| A | *See, for context* | 267:7-14 |
| 7 | 269:14-271:24 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] |
| 8 | 274:5-276:1 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] |
| 9 | 276:5-278:10 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] |
| 10 | 563:2-5; 563:7; 563:9-13 | Rule 32(a)(6); FRE 106; Foundation; Speculation. |
| 11 | 572:22-24; 573:1-10 | Rule 32(a)(6); FRE 106; Leading; Vague. |
| 12 | 584:22; 585:10-12 | Rule 32(a)(6); FRE 106; Hearsay. |
| 13 | 586:7-11; 587:13-20; 587:23-25 | Rule 32(a)(6); FRE 106; Hearsay; Foundation; Calls for Speculation; Improper Opinion Testimony. |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 397:2–397:4 | Prejudicial; MIL re Lay Opinions [2797] |
| 2 | 407:13–407:13 | Prejudicial; Hearsay; Foundation |
| 3 | 407:15–407:15 | " |
| 4 | 407:17–407:18 | " |
| 5 | 407:20–407:20 | " |
| 6 | 408:17–408:24 | " |
| 7 | 409:1–409:1 | " |
| 8 | 412:15–412:15 | " |
| 9 | 412:20–412:24 | " |
| 10 | 413:1–413:1 | " |
| 11 | 414:22–415:3 | Prejudicial; Hearsay; Foundation; MIL re Lay Opinions [2797] |
| 12 | 415:5–415:6 | " |
| 13 | 415:8–415:10 | " |
| 14 | 416:4–416:20 | Prejudicial; Hearsay; Mischaracterization; MIL re Lay Opinions [2797] |
| 15 | 420:10–420:12 | " |
| 16 | 420:14–420:16 | " |

**Amy Ulucay Classen, Head of Minor Safety (TikTok)**
**Former Employee, Personal Capacity (2/5/2025 and 2/10/2025)**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 49:25-50:14; 58:17-58:21 | Relevance; Prejudicial; Improper lay opinion |
| A | *See, for context* | 28:2-14 |
| 2 | 121:4-121:13 | Relevance; Prejudicial; MIL re unrelated features [2801] |
| A | *See, for context* | 28:10-14 |
| 3 | 158:21-159:1 | Relevance; Prejudicial; Foundation; Assumes facts; Improper lay opinion |
| 4 | 168:8-19 | Relevance; Prejudicial; Foundation; Hearsay |
| 5 | 179:4-7 | Relevance; Prejudicial; MIL re unrelated features [2801]; Cumulative (227:15-19) |
| 6 | 227:1-228:11; 228:19-229:12; 230:9-230:16; 231:2-10; 231:15-232:10 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| 7 | 235:18-23; 236:3-16 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| A | *See, for context* | 235:18-23 |
| 8 | 239:19-23 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| 9 | 319:2-11; 319:18-22; 319:25-320:9 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| 10 | 371:9-16; 371:18-22; 371:24-372:3; 372:5-11; 372:13-15 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801]; Assumes facts; Foundation |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 63:25-64:08; 65:8-9; 65:11-22; 65:24-25 | Relevance; Prejudicial; Assumes facts; Foundation; Improper lay witness opinion |
| 2 | 78:25-79:1; 81:15-20; 82:14-18; 83:8-83:10; 86:22-87:01; 89:22-90:4 | Foundation; Relevance; Prejudicial; MIL re 230/1A [2804]; Improper lay witness opinion |
| 3 | 91:20-92:14 | Relevance; Prejudicial; |
| 4 | 161:23-25; 164:12-165:18 | Relevance; Prejudicial; Foundation; Hearsay; Misstates the document |
| 5 | 228:19-229:12; 230:9-16; 231:2-10; 231:15-232:10 | Relevance; Prejudicial; MIL re unrelated features [2801] |
| 6 | 279:1-2; 281:10-20; 284:16-286:22; 286:24-287:2 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| 7 | 290:4-20 | Relevance; Prejudicial |
| 8 | 313:22-314:7; 314:23-315:8 | Relevance; Prejudicial; MIL re 230/1A [2804] |
| 9 | 371:9-16; 371:18-22; 371:24-372:3; 372:5-11; 372:13-15 | Relevance; Prejudical: MIL re 230/1A [2804]; Foundation; Assumes Facts |

**Jennifer Park Stout, Global Policy & Platform Operations (Snap)**
**Current Employee, Personal Capacity**

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 220:2-221:3; 221:6-222:17; 222:20-223:8 | Assumes facts; foundation; hearsay; relevance; prejudicial; speculation; improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| A | *See, for context* | 69:16-25; 70:7-15 |
| 2 | 270:1-16; 270:19-271:10; 271:13-17 | Personal knowledge; assumes facts; foundation; relevance; prejudicial; improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| A | *See, for context* | 263:18-23; 264:1-15 |
| 3 | 273:13-18; 273:21-274:18; 274:21-275:2 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 |
| 4 | 281:19-283:19; 283:22-284:1 | Assumes facts; foundation; hearsay; relevance; prejudicial; improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| A | *See, for context* | 278:6-10; 278:13-279:9 |
| 5 | 306:20-307:7; 307:10-308:2; 308:6-308:9; 309:11-15; 309:18-21 | Assumes facts; Foundation; Relevance; Prejudicial; Improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| 6 | 310:12-20; 311:2-25 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 |
| 7 | 875:18-880:12; 880:14-881:5; 881:7-882:17; 882:19-883:14 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 |

| No. | Designation in Dispute | Legal Objection |
|---|---|---|
| 1 | 129:4-129:21 | Relevance; Prejudicial |
| 2 | 210:13-212:8 | Hearsay; Relevance; Prejudicial; Improper lay witness opinion; MIL re 230/1A [2801]; MIL re unrelated features [2801] |
| 3 | 263:20-263:23; 264:1-264:15 | Personal knowledge; Assumes facts; Foundation; Relevance; Prejudicial; Improper lay witness opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] |
| 4 | 318:17-318:21; 318:24-320:23 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801]<br>Additional objection as to 318:24-320:23 only: Hearsay |
| 5 | 338:3-338:6; 338:9; 338:12-338:21; 338:24-339:8 | Assumes facts; Foundation; Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801]<br>Additional objection as to 338:12-338:21; 338:24-339:8 only: Personal knowledge |
| 6 | 364:9-365:3; 365:21-365:22; 366:2-366:9; 366:25-367:21 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801]<br>Additional objection as to 366:25-367:21 only: Hearsay |
| 7 | 376:15-377:10; 379:4-379:17 | Hearsay; Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] |

-6-
PARTIES' JOINT SUBMISSION OF EXEMPLAR DEPOSITION DESIGNATION DISPUTES
CASE NOS. 4:23-CV-01804-YGR / 4:22-MD-03047-YGR

Respectfully submitted,

DATED: March 16, 2026

By: */s/ James Bilsborrow*

Lexi J. Hazam
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29t1h Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Previn Warren
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

Ronald E. Johnson, Jr.
Sarah Emery
HENDY JOHNSON VAUGHN EMERY PSC
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Counsel for Breathitt*

James Bilsborrow
WEITZ & LUXENBERG, PC
700 Broadway
New York, New York 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

*Plaintiffs Steering Committee Leadership*

WILLIAMS & CONNOLLY LLP
By: */s/ Ashley W. Hardin*
Ashley W. Hardin, *pro hac vice*
ahardin@wc.com
J. Andrew Keyes, *pro hac vice*
akeyes@wc.com
Neelum J. Wadhwani (SBN 247948)

nwadhwani@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*


MUNGER, TOLLES & OLSON LLP
By: */s/ Victoria A. Degtyareva*
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

E. MARTIN ESTRADA (SBN 223802)
Martin.Estrada@mto.com
L. ASHLEY AULL (SBN 257020)
Ashley.Aull@mto.com
VICTORIA A. DEGTYAREVA (SBN 284199)
Victoria.Degtyareva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel.: (213) 683-9100

ALLISON BROWN (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 268-5000

JESSICA DAVIDSON (*pro hac vice*)
jessica.davidson@kirkland.com
JOHN J. NOLAN (*pro hac vice*)
jack.nolan@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800

*Attorneys for Defendant Snap Inc.*

| | |
|---|---|
| 1 | |
| 2 | COVINGTON & BURLING LLP |
| 3 | By: /s/ Ashley M. Simonsen |
| | Ashley M. Simonsen, SBN 275203 |
| 4 | COVINGTON & BURLING LLP |
| | 1999 Avenue of the Stars |
| 5 | Los Angeles, CA 90067 |
| | Telephone: (424) 332-4800 |
| 6 | Facsimile: + 1 (424) 332-4749 |
| 7 | Email: asimonsen@cov.com |
| 8 | Phyllis A. Jones, *pro hac vice* |
| | Paul W. Schmidt, *pro hac vice* |
| 9 | COVINGTON & BURLING LLP |
| | One City Center |
| 10 | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| 11 | Telephone: + 1 (202) 662-6000 |
| 12 | Facsimile: + 1 (202) 662-6291 |
| | Email: pajones@cov.com |
| 13 | |
| 14 | |
| | DAVIS POLK & WARDWELL LLP |
| 15 | By: /s/ James P. Rouhandeh |
| | James P. Rouhandeh, *pro hac vice* |
| 16 | Antonio J. Perez-Marques, *pro hac vice* |
| | Caroline Stern, *pro hac vice* |
| 17 | Corey M. Meyer, *pro hac vice* |
| 18 | DAVIS POLK & WARDWELL LLP |
| | 450 Lexington Avenue |
| 19 | New York, New York 10017 |
| | Telephone: (212) 450-4000 |
| 20 | Facsimile: (212) 701-5800 |
| | rouhandeh@davispolk.com |
| 21 | antonio.perez@davispolk.com |
| | caroline.stern@davispolk.com |
| 22 | corey.meyer@davispolk.com |
| 23 | |
| | *Attorney for Defendants Meta Platforms, Inc.* |
| 24 | *f/k/a Facebook, Inc.; Facebook Holdings,* |
| | *LLC; Facebook Operations, LLC; Facebook* |
| 25 | *Payments, Inc.; Facebook Technologies, LLC;* |
| | *Instagram, LLC; Siculus, Inc.; and Mark Elliot* |
| 26 | *Zuckerberg* |
| 27 | |
| 28 | KING & SPALDING LLP |
| | By: /s/ Geoffrey M. Drake |

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | Geoffrey M. Drake, *pro hac vice*                               |
| 2  | TaCara D. Harris, *pro hac vice*                                |
|    | 1180 Peachtree Street, NE, Suite 1600                           |
| 3  | Atlanta, GA 30309-3521                                          |
|    | Telephone: (404) 572-4600                                       |
| 4  | Facsimile: (404) 572-5100                                       |
|    | Email: gdrake@kslaw.com                                         |
| 5  |         tharris@kslaw.com                                       |
| 6  |                                                                 |
|    | David P. Mattern, *pro hac vice*                                |
| 7  | KING & SPALDING LLP                                             |
|    | 1700 Pennsylvania Avenue, NW, Suite 900                         |
| 8  | Washington, DC 20006-4707                                       |
|    | Telephone: (202) 737-0500                                       |
| 9  | Facsimile: (202) 626-3737                                       |
| 10 | Email: dmattern@kslaw.com                                       |
| 11 | Bailey J. Langner (SBN 307753)                                  |
|    | KING & SPALDING LLP                                             |
| 12 | 50 California Street, Suite 3300                                |
|    | San Francisco, CA 94111                                         |
| 13 | Telephone: (415) 318-1200                                       |
|    | Facsimile: (415) 318-1300                                       |
| 14 | Email: blangner@kslaw.com                                       |
| 15 |                                                                 |
|    | *Attorneys for Defendants TikTok Inc., ByteDance*               |
| 16 | *Inc., TikTok Ltd., ByteDance Ltd., and TikTok*                 |
|    | *LLC*                                                           |

## ATTESTATION

I, Victoria A. Degtyareva, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 16, 2026

By: */s/ Victoria A. Degtyareva*