UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR<br>　　　　　　4:23-cv-01804-YGR<br><br>**[PROPOSED] ORDER REGARDING PARTIES' AMENDED JOINT SUBMISSION OF EXEMPLAR DEPOSITION DESIGNATION DISPUTES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

-ii-

Upon consideration of the Parties' Amended Joint Submission of Exemplar Deposition Disputes (the "Amended Joint Submission"), the transcripts and exhibits submitted in support thereof, and arguments of counsel presented in this Court regarding the Amended Joint Submission, it is HEREBY ORDERED as follows:

**Kera Howard, Guidance Counselor for Breathitt High School**
**Current Employee, 30(b)(6) Representative**

A. **Plaintiffs' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 20:21-21:9 | Foundation; Speculation | |
| 2 | 21:23-22:2 | Relevance; Prejudicial; Outside scope of 30(b)(6) | |
| 3 | 25:9-13 | Relevance; Prejudicial; Outside scope of 30(b)(6); incomplete | |
| 4 | 34:18-35:8 | Foundation; Speculation | |
| 5 | 50:13-16 | Foundation; Speculation | |
| 6 | 77:6-8 | Relevance; Prejudicial; Outside scope of 30(b)(6) | |
| 7 | 90:8-21 | Object to 90:16-21 as improper lay opinion; foundation; speculation | |
| 8 | 98:19-99:2 | Speculation; Foundation; Outside scope of 30(b)(6) | |
| 9 | 140:15-24 | MIL re 230/1A [2804]; Relevance; Prejudicial | |
| 10 | 151:10-152:6 | Outside scope of direct | |
| 11 | 152:7-24 | Foundation; Speculation; Vague as to what social media platform is being described | |

B. **Defendants' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 11:18–11:20 | Outside scope of 30b6, Relevance, Prejudicial | |
| 2 | 38:13–15 | Foundation, Speculation | |
| 3 | 48:20–48:22 | Attorney comment/objection, Relevance, Prejudicial | |
| 4 | 50:1 and 50:3 | Attorney comment/objection, Relevance, Prejudicial, Incomplete | |
| 5 | 52:14-53:5 | Foundation | |
| 6 | 53:6–53:10 | Outside scope of 30b6, Relevance, Prejudicial | |
| 7 | 67:12–67:14 | Form | |
| 8 | 99:25–100:4 (starting with "Do") | Relevance, Prejudicial | |
| 9 | 100:20–101:4 | Mischaracterization | |

**Phillip Watts, Superintendent (Breathitt)**
**Current Employee, 30(b)(6) Representative**

A. **Plaintiffs' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 23:19-22; 24:7-25; 25:7-11; 25:25-26:8 | MIL re Lay Opinions [2797], FRE 701, 403, 602, 802 | |
| 2 | 31:13-22 | MIL re Lay Opinions [2797], 701, 403, 802 | |
| 3 | 52:18-57:18 | Relevance; 403; Subject to MIL No. 1 | |
| 4 | 58:14-60:25 | Relevance; 403; Subject to MIL No. 1 | |
| 5 | 62:3-63:11 | 701, 403 | |
| 6 | 67:20-25 | Relevance; 403; Subject to MIL No. 1 | |
| 7 | 68:13-69:13 | 802 | |
| 8 | 71:23-72:16 | 802 | |
| 9 | 75:18-76:15 | Relevance; 403; Speculation; Subject to MIL No. 3 | |

B. **Defendants' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 46:19–47:23 | Non-responsive | |
| 2 | 66:15–66:24 | Non-responsive, MIL re Lay Opinions [2797], improper lay witness opinion, prejudicial, speculation | |
| 3 | 73:15–73:18 (starting with "Based on what") | Foundation, MIL re Lay Opinions [2797], improper lay witness opinion, hearsay | |
| 4 | 96:12-97:12 | Relevance; 403; Subject to MIL | |

**Reid Watson, Group Product Manager (YouTube)**
**Current Employee, Personal Capacity**

A. **Plaintiffs' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 69:14-17; 69:24-70:5; 70:6-12; 70:21-23; 71:13-18; 72:1-10; 73:3-7 | Foundation (69:14-17, 70:21-23); Prejudicial (70:21-23); Hearsay (71:13-18, 72:1-10, 73:3-7) | |
| 2 | 131:11-23; 132:7-22; 132:25-133:4; 135:3-11; 136:25-137:12 | Hearsay (all); Foundation (132:17-22, 132:25-133:4, 137:9-12) | |
| 3 | 232:16-17; 233:6-12; 233:23-234:11; 236:13-238:1; 238:19-239:12 | Hearsay (all); Speculation (236:13-238:1, 238:19-239:12); MIL re 230/1A [2804] (all) | |
| 4 | 271:9-10; 271:21-272:4; 276:13-277:4; 277:6-278:22 | Hearsay (271:21-24; 276:13-277:4; 277:6-278:22); Foundation (271:21-24; 276:13-277:4; 277:6-278:22); MIL re 230/1A [2804] (all); Speculation (278:12-22) | |
| 5 | 302:9-12; 302:16-303:12; 304:2-23; 305:1-15; 308:2-9; 308:14-15; 308:18-309:16; 309:19-21; 313:16-22 | Prejudicial (all except 308:2-9); MIL re 230/1A [2804] (all); Foundation (305:1-15); Hearsay (all except 313:16-22) | |
| 6 | 426:5-14; 426:17-20; 427:3-8; 427:11-20; 427:22-428:11; 428:13-429:9; 430:1-4; 430:13 | Not a permissible counter under Rule 32(a)(6) and FRE 106; Leading; Foundation; Hearsay | |

B. **Defendants' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 71:13–71:18; 72:1–72:10 | Hearsay (reading into record) | |
| 2 | 89:8–90:10 | Hearsay (reading into record) | |
| 3 | 132:17–22, 132:25–133:4 | Hearsay, Foundation | |
| 4 | 140:17–141:3; 141:6–8 | Hearsay/Foundation (reading into record), Speculation | |
| 5 | 161:20-162:3 | Hearsay/Foundation (reading into record), Prejudice/403 | |
| 6 | 180:1-11 | Hearsay/Foundation (reading into record), Prejudice/403 | |
| 7 | 219:25–220:23 | Hearsay/Foundation (reading into record), Prejudice/403 | |
| 8 | 231:9–15 | Assumes Facts, Hearsay (reading into record), MIL re 230/1A [2804], Prejudice/403 | |
| 9 | 276:13–277:4, 277:6–278:22 | Hearsay/Foundation (reading into record), MIL re 230/1A | |

**Reid Watson, Group Product Manager (YouTube)**
**Current Employee, Personal Capacity**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
|  |  | [2804], Speculation (278:14–22) |  |
| 10 | 280:25–281:7 | Hearsay/Foundation (reading into record), Prejudice/403 |  |
| 11 | 284:23–285:6 | Hearsay/Foundation (reading into record), MIL re 230/1A [2804], Prejudice/403 |  |
| 12 | 378:1–4 | Foundation (no testimony designated) |  |
| 13 | 417:22–418:15 | Foundation, Hearsay |  |

**Darius Kilstein, Data Science Director (Meta)**
**Current Employee, Personal Capacity**

A. Plaintiffs' Priority Designations

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 67:22-25 | Foundation; Misleading; Misstates | |
| 2 | 252:17-18; 253:3-20 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] | |
| 3 | 254:8-10; 255:10-13 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] | |
| 4 | 255:20-256:8 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] | |
| 5 | 256:9-11; 260:1 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797]; Improper use of exhibit (playing clip without question) | |
| 6 | 266:24-267:6 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] | |
| 7 | 269:14-271:24 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] | |
| 8 | 274:5-276:1 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] | |
| 9 | 276:5-278:10 | Prejudicial; Hearsay; Improper opinion of lay witness; MIL re Lay Opinions [2797] | |
| 10 | 563:2-5; 563:7; 563:9-13 | Rule 32(a)(6); FRE 106; Foundation; Speculation. | |
| 11 | 572:22-24; 573:1-10 | Rule 32(a)(6); FRE 106; Leading; Vague. | |
| 12 | 584:22; 585:10-12 | Rule 32(a)(6); FRE 106; Hearsay. | |
| 13 | 586:7-11; 587:13-20; 587:23-25 | Rule 32(a)(6); FRE 106; Hearsay; Foundation; Calls for Speculation; Improper Opinion Testimony. | |

**Darius Kilstein, Data Science Director (Meta)**
**Current Employee, Personal Capacity**

B. **Defendants' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 397:2–397:4 | Prejudicial; MIL re Lay Opinions [2797] | |
| 2 | 407:13–407:13 | Prejudicial; Hearsay; Foundation | |
| 3 | 407:15–407:15 | " | |
| 4 | 407:17–407:18 | " | |
| 5 | 407:20–407:20 | " | |
| 6 | 408:17–408:24 | " | |
| 7 | 409:1–409:1 | " | |
| 8 | 412:15–412:15 | " | |
| 9 | 412:20–412:24 | " | |
| 10 | 413:1–413:1 | " | |
| 11 | 414:22–415:3 | Prejudicial; Hearsay; Foundation; MIL re Lay Opinions [2797] | |
| 12 | 415:5–415:6 | " | |
| 13 | 415:8–415:10 | " | |
| 14 | 416:4–416:20 | Prejudicial; Hearsay; Mischaracterization; MIL re Lay Opinions [2797] | |
| 15 | 420:10–420:12 | " | |
| 16 | 420:14–420:16 | " | |

**Amy Ulucay Classen, Head of Minor Safety (TikTok)**
**Former Employee, Personal Capacity (2/5/2025 and 2/10/2025)**

A. Plaintiffs' Priority Designations

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 49:25-50:14; 58:17-58:21 | Relevance; Prejudicial; Improper lay opinion | |
| 2 | 121:4-121:13 | Relevance; Prejudicial; MIL re unrelated features [2801] | |
| 3 | 158:21-159:1 | Relevance; Prejudicial; Foundation; Assumes facts; Improper lay opinion | |
| 4 | 168:8-19 | Relevance; Prejudicial; Foundation; Hearsay | |
| 5 | 179:4-7 | Relevance; Prejudicial; MIL re unrelated features [2801]; Cumulative (227:15-19) | |
| 6 | 227:1-228:11; 228:19-229:12; 230:9-230:16; 231:2-10; 231:15-232:10 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 7 | 235:18-23; 236:3-16 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 8 | 239:19-23 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 9 | 319:2-11; 319:18-22; 319:25-320:9 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 10 | 371:9-16; 371:18-22; 371:24-372:3; 372:5-11; 372:13-15 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801]; Assumes facts; Foundation | |

B. Defendants' Priority Designations

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 63:25-64:08; 65:8-9; 65:11-22; 65:24-25 | Relevance; Prejudicial; Assumes facts; Foundation; Improper lay witness opinion | |
| 2 | 78:25-79:1; 81:15-20; 82:14-18; 83:8-83:10; 86:22-87:01; 89:22-90:4 | Foundation; Relevance; Prejudicial; MIL re 230/1A [2804]; Improper lay witness opinion | |
| 3 | 91:20-92:14 | Relevance; Prejudicial; | |
| 4 | 161:23-25; 164:12-165:18 | Relevance; Prejudicial; Foundation; Hearsay; Misstates the document | |
| 5 | 228:19-229:12; 230:9-16; 231:2-10; 231:15-232:10 | Relevance; Prejudicial; MIL re unrelated features [2801] | |

**Amy Ulucay Classen, Head of Minor Safety (TikTok)**
**Former Employee, Personal Capacity (2/5/2025 and 2/10/2025)**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 6 | 279:1-2; 281:10-20; 284:16-286:22; 286:24-287:2 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 7 | 290:4-20 | Relevance; Prejudicial | |
| 8 | 313:22-314:7; 314:23-315:8 | Relevance; Prejudicial; MIL re 230/1A [2804] | |
| 9 | 371:9-16; 371:18-22; 371:24-372:3; 372:5-11; 372:13-15 | Relevance; Prejudical: MIL re 230/1A [2804]; Foundation; Assumes Facts | |

**Jennifer Park Stout, Global Policy & Platform Operations (Snap)**
**Current Employee, Personal Capacity**

A. **Plaintiffs' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 220:2-221:3; 221:6-222:17; 222:20-223:8 | Assumes facts; foundation; hearsay; relevance; prejudicial; speculation; improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 2 | 270:1-16; 270:19-271:10; 271:13-17 | Personal knowledge; assumes facts; foundation; relevance; prejudicial; improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 3 | 273:13-18; 273:21-274:18; 274:21-275:2 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 | |
| 4 | 281:19-283:19; 283:22-284:1 | Assumes facts; foundation; hearsay; relevance; prejudicial; improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 5 | 306:20-307:7; 307:10-308:2; 308:6-308:9; 309:11-15; 309:18-21 | Assumes facts; Foundation; Relevance; Prejudicial; Improper lay opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |
| 6 | 310:12-20; 311:2-25 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 | |
| 7 | 875:18-880:12; 880:14-881:5; 881:7-882:17; 882:19-883:14 | Impermissible counter designation under Rule 32(a)(6) and FRE 106 | |

B. **Defendants' Priority Designations**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 1 | 129:4-129:21 | Relevance; Prejudicial | |
| 2 | 210:13-212:8 | Hearsay; Relevance; Prejudicial; Improper lay witness opinion; MIL re 230/1A [2801]; MIL re unrelated features [2801] | |
| 3 | 263:20-263:23; 264:1-264:15 | Personal knowledge; Assumes facts; Foundation; Relevance; Prejudicial; Improper lay witness opinion; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |

**Jennifer Park Stout, Global Policy & Platform Operations (Snap)**
**Current Employee, Personal Capacity**

| No. | Designation in Dispute | Legal Objection | Court's Ruling |
|---|---|---|---|
| 4 | 318:17-318:21; 318:24-320:23 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] Additional objection as to 318:24-320:23 only: Hearsay | |
| 5 | 338:3-338:6; 338:9; 338:12-338:21; 338:24-339:8 | Assumes facts; Foundation; Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] Additional objection as to 338:12-338:21; 338:24-339:8 only: Personal knowledge | |
| 6 | 364:9-365:3; 365:21-365:22; 366:2-366:9; 366:25-367:21 | Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] Additional objection as to 366:25-367:21 only: Hearsay | |
| 7 | 376:15-377:10; 379:4-379:17 | Hearsay; Relevance; Prejudicial; MIL re 230/1A [2804]; MIL re unrelated features [2801] | |

**IT IS SO ORDERED.**

DATED: _____   _____
Hon. Yvonne Gonzalez Rogers
United States District Judge