1  **[*SUBMITTING COUNSEL ON SIGNATURE PAGE*]**

2

IN THE UNITED STATES DISTRICT COURT

3

FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>**PLAINTIFF'S PRELIMINARY TRIAL WITNESS LIST**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |
| This Document Relates to:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc.,* et al., Case No.: 4:23-CV-1804 | |

6

7

8

9

10

11

12      Plaintiff hereby submits this preliminary witness list below pursuant to Dkt. No. 2811 and

13  the Court's Standing Order re: Pretrial Instructions in Civil Cases.

14      Plaintiff provides this list on a preliminary basis and reserves the right to amend, supplement,

15  add, or remove witnesses based on Defendants' witness lists, the Court's rulings, trial strategy, and

16  developments at trial. Plaintiff further reserves the right to present testimony either live or by video

17  deposition and to modify the manner of presentation as trial approaches or during trial. Plaintiff also

18  reserves the right to call witnesses for impeachment, authentication, rebuttal, or surrebuttal,

19  including witnesses not listed here whose testimony becomes necessary based on Defendants'

20  evidence or arguments. Plaintiff further reserves the right to present witnesses and evidence during

21  any punitive damages or abatement phase of trial. The scope descriptions below generally identify

22  topics about which each witness may testify and are not intended to limit the full scope of any

23  witness's testimony at trial. Plaintiffs reserve the right to supplement, modify, or revise these

24  descriptions as appropriate.

25

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 1. Jeremy Hall* | Live | Jeremy Hall is the Principal of Sebastian Elementary School in Breathitt School District. He is expected to testify as to matters within | Plaintiff |

26

27

28

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---------|-------------------|-------|---------------|
| | | his personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the daily operation of Breathitt elementary schools, specific administrative, supervisory, and instructional duties performed at Sebastian Elementary School, the effects and impact of Defendants' platforms on Breathitt elementary schools, students, staff and the school environment, as well as the District's responses to such issues. | |
| 2.  Kera Howard* | Live | Kera Howard is a Guidance Counselor at Breathitt High School. She is expected to testify as to matters within her personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the daily operation of guidance counseling and referrals for mental health and other services in Breathitt schools, her specific counseling and administrative duties, support of student mental and emotional well-being, and firsthand observations of student needs and challenges throughout the district. She will further address the effects and impact of Defendants' platforms on students, staff, school climate, and the school district, as well as the District's responses to such issues including, but not limited to, employee time diverted due to student social media use. | Plaintiff |
| 3.  Stacy McKnight | Live | Stacy McKnight is the Director of Finance for Breathitt School District. She is expected to testify as to matters within her personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the daily operation, administration, and oversight of the district finance | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| Witness | Live /Designation | Scope | Party Calling |
|---------|-------------------|-------|---------------|
| | | department as to district budgeting, funds, and expenditures, and the effects and impact of Defendants' platforms on staff, school climate, and the school district, as well as the District's responses to such issues. | |
| 4. William Noble | Live | William Noble is the Director of Facilities and Technology for Breathitt School District. He is expected to testify as to matters within his personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the administration and oversight of district technology operations and management of school facilities, and the effects and impact of Defendants' platforms on staff, school climate, and the school district, as well as the District's responses to such issues. | Plaintiff |
| 5. Daphne Noble* | Live | Daphne Noble is the Principal of Breathitt High School. She is expected to testify as to matters within her personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the daily operations of Breathitt High School, specific administrative, supervisory, and instructional duties performed at Breathitt High School, specific administrative, instructional, and disciplinary duties performed at Breathitt schools, and the effects and impact of Defendants' platforms on Breathitt elementary schools, students, staff and the school environment, as well as the District's responses to such issues including, but not limited to, expenses the District incurred due to Defendants' platforms and employee time diverted due to student social media use. | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 6. Hannah Watts* | Live | Hannah Watts is the Director of Special Education and District Health Service Coordinator for Breathitt School District. She is expected to testify as to matters within her personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the daily operations of Breathitt schools, specific administrative, supervisory, and instructional duties performed at Breathitt High School, specific administrative, instructional, and disciplinary duties performed at Breathitt schools, and the effects and impact of Defendants' platforms on Breathitt elementary schools, students, staff and the school environment, as well as the District's responses to such issues. | Plaintiff |
| 7. Phillip Watts* | Live | Phillip Watts is the Superintendent of Breathitt School District. He is expected to testify as to matters within his personal knowledge, professional training, and official capacity, including county-wide issues affecting the District, the daily operations of Breathitt schools, specific administrative and supervisory duties performed at Breathitt schools, the administration and oversight of district technology operations and management of school facilities, and the effects and impact of Defendants' platforms on Breathitt elementary schools, students, staff and the school environment, as well as the District's responses to such issues including, but not limited to, expenses the District incurred due to Defendants' platforms and employee time diverted due to student social media use. | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4

| Witness | Live /Designation | Scope | Party Calling |
|---|---|---|---|
| 8. Anna Lembke, M.D.* | Live | Dr. Anna Lembke is the Director of Addiction Medicine at Stanford University School of Medicine. Her testimony will address the science of addiction, why adolescents' brains make them prone to addiction, and how addiction to social media can adversely affect youth mental health, particularly in vulnerable kids. Her testimony will also explain the addictive design characteristics and features of Defendants' social media platforms, including Defendants' failure to warn about the addictive nature of their platforms. | Plaintiff |
| 9. Dimitri Christakis, M.D., M.Ph.D* | Live | Dr. Dimitri Christakis is a pediatrician and epidemiologist who serves as the Editor-in-Chief of *JAMA Pediatrics.* His testimony will include an analysis of the scientific literature establishing a causal link between social media use and a number of mental health conditions in children, including sleep disorders, depression, anxiety, suicide, suicidal ideation, attentional capacity and reduced school performance. His testimony will also address harmful features of Defendants' platforms, and how social media has harmed the school environment. | Plaintiff |
| 10. Eva Telzer, Ph.D.* | Live | Dr. Eva Telzer is a neuroscientist. Her testimony will explain how heavy social media use is associated with long-term structural and functional changes in adolescent brain development. She will discuss her research in which she conducted longitudinal studies of cohorts of adolescents with both high and low social media usage, utilizing fMRIs to determine the functional and structural changes in the brain. She will also discuss the impact of social media use on the school environment and students' ability to learn. | Plaintiff |
| 11. Jean Twenge, Ph.D.* | Live | Dr. Jean Twenge is a professor of psychology at San Diego State University and researches generational differences and technology. She will testify about the relationship between | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | social media use and mental health among adolescents, including analysis of time series studies on trends in adolescent mental health; correlational studies showing that the more hours a day an adolescent uses social media, the more likely they are to be depressed or unhappy; longitudinal studies showing that adolescents' social media use at an initial time leads to depression at a later time; and experimental studies that show a causal path from social media use to lower psychological well-being. | |
| 12. John Chandler, Ph.D.* | Live | Dr. John Chandler is a digital monetization expert. He will testify about how the Defendants' social media apps monetize their users, including children, and that Defendants exploited these market factors by focusing on capturing and holding children's attention on their platforms. | Plaintiff |
| 13. Tim Estes* | Live | Mr. Tim Estes is an expert on safe and secure digital platforms. He is expected to testify about the safety of Defendants' platforms and the technological solutions Defendants could have, and should have, implemented, including effective age verification, parental controls, and warning systems, to greatly reduce the harms and risks to children. | Plaintiff |
| 14. Arvind Narayanan, Ph.D.* | Live | Dr. Arvind Narayanan is a computer scientist. His testimony will explain how algorithms work and that Defendants' recommendation algorithms are optimized to maximize user engagement and not for safety. | Plaintiff |
| 15. Seth Noar, Ph.D.* | Live | Dr. Seth Noar is an expert in health communication and warnings. His testimony will address research as to effective warnings, the impact of warnings on kids, and the feasibility of including effective warnings on Defendants' social media apps. | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 16. Colin Gray, Ph.D.* | Live | Dr. Colin Gray holds a Ph.D. in Instructional Systems Technology. He is expected to testify about dark patterns in social media use, and the extent to which each Defendant acted consistently or inconsistently with industry standards, guidelines, and principles for same. | Plaintiff |
| 17. Brooke Istook* | Live | Ms. Brooke Istook is a digital child safety expert. She will address flaws in the design of Defendant Snap's social media app and the feasibility of safer alternative designs, with regards to child sexual abuse material (CSAM) in particular. | Plaintiff |
| 18. Sarah T. Roberts, Ph.D. | Live | Dr. Sarah Roberts is a professor at UCLA specializing in internet and social media policy, infrastructure, politics and culture, and the intersection of media, technology, and society. She is expected to testify as a rebuttal witness to content moderation opinions given by Defendants' experts, if same are permitted. | Plaintiff |
| 19. Brian G. Osborne, Ed.D.* | Live | Dr. Osborne, an expert in public education and a former school superintendent, and is expected to testify regarding the negative impacts of Defendants' platforms on school operations and climate, and the cumulative effect of the burdens caused by Defendants' platforms on schools. | Plaintiff |
| 20. Sharon A. Hoover, Ph.D.* | Live | Dr. Hoover is a psychologist and an expert on mental health in schools and in building and sustaining comprehensive school mental health systems, as to which she has advised schools nationwide. Her testimony will address the negative impact of student social media use on school districts, schools, the school environment, and student mental health, wellbeing and learning, including offering a comprehensive, | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | district-led strategic plan to address this negative impact. | |
| 21. Robert W. Johnson | Live | Mr. Johnson is an economist who Plaintiffs will call if there is a punitive damages phase. He is expected to testify on Defendants' financials, wealth, and ability to pay a punitive damages award. | Plaintiff |
| 22. Jeffrey Myers | Live | Mr. Meyers is a forensic accountant. Mr. Meyers is expected to testify regarding the past costs incurred by Breathitt due to Defendants' social media platforms. Specifically, Mr. Meyers will calculate the out-of-pocket costs Breathitt incurred to address student use of Defendants' social media platforms | Plaintiff |
| 23. Robert Klein* | Live | Mr. Klein is a survey expert. Mr. Klein is expected to testify regarding a survey he conducted of Breathitt teachers that calculated the amount of instruction time diverted due to student use of Defendants' social media platforms. | Plaintiff |
| 24. Bryce Ward Ph.D.* | Live | Dr. Ward is an economist with experience in econometric analysis and applied microeconomics. Specifically, Dr. Ward will testify about the value of the diverted teacher instruction time reported in the Klein survey, and the value of time counselors, school administrators, and IT staff testify they have had to divert to address student use of Defendants' social media platforms. | Plaintiff |
| 25. Douglas Leslie Ph.D.* | Live | Dr. Leslie is an economist with experience in health economics and health services research. Dr. Leslie is expected to testify regarding the cost of the district led comprehensive strategic plan Dr. Hoover has crafted to address the harms Defendants' platforms have caused to Breathitt. | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 26. Cristos Goodrow* | Live | Cristos Goodrow is the VP of Engineering for YouTube. Goodrow is expected to testify regarding Google/YouTube's growth and engagement goals; products, designs, and features related to growth and engagement; knowledge of harms/risks of those goals/features on user and strategies to address those harms/risks; strategies and tools regarding age verification (including age assurance and age inference). | Plaintiff |
| 27. James Beser* | Live | James Beser is the Senior Director of Product Management for Youth. Beser is expected to testify regarding Google/YouTube's growth and engagement goals; products, designs, and features related to growth and engagement; knowledge of harms/risks of those goals/features on user and strategies to address those harms/risks; strategies and tools regarding age verification (including age assurance and age inference). | Plaintiff |
| 28. Katie Kurtz* | By Designation | Katie Kurtz is the Global Head of Youth & Learning for YouTube. Kurtz is expected to testify regarding Google/YouTube's products, designs, features, and strategies to promote/increase use of YouTube in Schools, the details and results of such efforts, knowledge and understanding of the harms/risks of such effort and the strategies to address those harms/risks. | Plaintiff |
| 29. Neal Mohan* | Live | Neal Mohan is the CEO of YouTube. Mohan is expected to testify regarding Google/YouTube's growth and engagement goals; products, designs, and features related to growth and engagement; knowledge of harms/risks of those goals/features on user and strategies to address those harms/risks; strategies and tools regarding age verification (including age assurance and age inference). | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

9

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 30. Reid Watson* | By Designation | Reid Watson is a Group Product Manager for YouTube. Watson was the PM responsible for YouTube's digital wellbeing features at launch and is expected to testify regarding Google/YouTube's products, designs, features, and strategies to address harms/risks caused by YouTube, including digital wellbeing tools | Plaintiff |
| 31. Caitlin Neidermeyer* | By Designation | Former Policy Manager for YouTube. Neidermeyer is expected to testify regarding Google/YouTube's knowledge regarding harms/risks resulting from YouTube's recommendation system, autoplay, infinite scroll/infinite playback, video filters, notifications, and YouTube Shorts. | Plaintiff |
| 32. Raj Iyengar | By Designation | Raj Iyengar is a Product Manager at YouTube with responsibilities for Youth. Iyengar is expected to testify regarding Google/YouTube's products, designs, features, and strategies regarding harms/risks caused by YouTube, including digital wellbeing tools, parental controls, and the types of Google accounts available to youth users to access the YouTube Platform | Plaintiff |
| 33. John Hebda | By Designation | John Hebda is the Senior Director, Product Strategy & Operations, Claims & Compliance at YouTube. Hebda is expected to testify regarding Google/YouTube's process for setting and measuring progress towards company objectives and key results (OKRs) related to youth and engagement. | Plaintiff |
| 34. Adi Jain | By Designation | Adi Jain is a Product Manager at YouTube with responsibilities in child safety. Jain is expected to testify regarding Google/YouTube's efforts to detect, prevent, and remove children under the age of consent (under 13) from using YouTube without parental consent | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| Witness | Live /Designation | Scope | Party Calling |
|---|---|---|---|
| 35. Tom Saffell | By Designation | Tom Saffell is Lead Product Manager for the Infrastructure Team for YouTube. Saffell is expected to testify regarding Google/YouTube's development, design, and implementation of age-verification, age-assurance and age-inference tools | Plaintiff |
| 36. Jonathan Leavitt | By Designation | Jonathan Leavitt is a Group Product Manager for YouTube for Shorts Discovery and Safety. Leavitt is expected to testify regarding Google/YouTube's development, design, and implementation of short-form content on the YouTube Platform, knowledge of harms/risks related to short-form content and strategies to address those harms/risks | Plaintiff |
| 37. Jordan Furlong* | By Designation | Former Product Manager for Digital Wellbeing – Minor Safety for TikTok. Furlong is expected to testify about TikTok's advertising business model, efforts to address user addiction, and safety concerns. Furlong is anticipated to discuss numerous defendant documents. | Plaintiff |
| 38. Ryn Linthicum | By Designation | Former Trust & Safety Global Issue Policy Lead – Mental Health & Wellbeing for TikTok. Linthicum is expected to testify about TikTok's efforts to keep kids safe on the platform, beauty filters, and rabbit holes. | Plaintiff |
| 39. Wenjia Zhu* | By Designation | Former head of IES recommendation team, and former Head of Product and Recommendation Teams for TikTok. Expected to testify that TikTok's recommendation algorithm was designed to prioritize growth, not safety. Zhu gave guidance that the Trust & Safety team should not reduce users' stay duration by more than 5%. | Plaintiff |
| 40. Adam Wang* | By Designation | Project Manager in the product strategy department and for the For | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | You Feed focusing on aging up the platform, and Head of TikTok Live Streaming. Wang will likely testify about his roles in the Musical.ly to TikTok rebranding and subsequent growth strategies. Wang is anticipated to discuss numerous defendant documents. | |
| 41. Reagan Maher* | By Designation | Worked at TikTok from 2021-2024, holding positions including Former Head of Issue Product & Process, Product Exploitation Hunt Manager, and Head of Investigations and Insight within the USDS Safety department. Maher will likely testify about TikTok's awareness of underage users, including those under 13, and the risks of exploitation, grooming, and addiction for minors on TikTok LIVE, as well as the potential for transactional sexual content to be pushed to users due to the algorithm prioritizing engagement. | Plaintiff |
| 42. Drew Kirchhoff* | By Designation | Kirchhoff, a former TikTok and ByteDance employee, was a Project Manager in Beijing, China, and a Data Scientist in Los Angeles and San Jose, California. Kirchhoff will likely testify about TikTok's early history and growth, focusing largely on the acquisition of musical.ly and the platform's initial popularity among younger users, particularly middle school and high school females. | Plaintiff |
| 43. Eric Han* | By Designation | TikTok Former Head of U.S. Safety. Han is expected to testify about tensions between Core Product and Trust and Safety regarding implementation of new features, as well as regarding TikTok's and the algorithm's prioritization of engagement over user safety. | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 44. Rosie King | By Designation | TikTok former Community Content Moderator. King is expected to testify that TikTok had insufficient and ineffective policies regarding how to respond to dangerous and harmful content on the platform, insufficient and ineffective mechanisms for users to report that content, and failed to use industry-standard safety tools and processes (for both CSAM reporting and response, and for other sorts of safety measures, like responses to risk-to-life incidents). | Plaintiff |
| 45. Matthew Tenenbaum | By Designation | TikTok Senior Product Manager, Family Pairing and Age Assurance. Tenenbaum is likely to testify about Family Pairing and age verification. | Plaintiff |
| 46. Amy Classen | By Designation | TikTok former Head of Product and Process, Minor Safety. Classen is expected to testify about age assurance, underage user detection, platform design and safety features, reporting mechanisms for inappropriate content, and TikTok's awareness of risks to minors including sexual exploitation, grooming, and compulsive usage. | Plaintiff |
| 47. Amber Burchell* | By Designation | Burchell has worked in various positions at TikTok, including as a user support associate, social media support senior associate, USDS user operations lead for young users and age assurance, and community risk control program manager. Burchell is likely to testify about age gating, and that TikTok did not proactively communicate potential risks associated with the platform, such as addiction, mental health issues, or increased risks of depression and self harm in teens, to users or their parents. | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 48. Julie de Bailliencourt | By Designation | De Bailliencourt will likely testify about their role as former Global Head of Product Policy at TikTok. | Plaintiff |
| 49. Natalie Medoff | By Designation | Medoff will likely testify about their role as former Program Manager, Trust and Safety at TikTok and age assurance at TikTok. | Plaintiff |
| 50. Eric Ebenstein | By Designation | Mr. Ebenstein Senior Director of Public Policy. Ebenstein is expected to testify about TikTok's communications with school districts and TikTok's relationships with education-focused organizations like the National PTA. | Plaintiff |
| 51. Samantha Kersul* | By Designation | Ms. Kersul is the State Government Affairs Manager. Samantha Kersul is expected to testify as a 30(b)(6) designee about TikTok's communications with schools, parents, and teachers and TikTok's efforts to limit students' access to TikTok during the school day. | Plaintiff |
| 52. William "Blake" Chandlee | By Designation | Mr. Chandlee will testify about TikTok's advertising policies and strategies. | Plaintiff |
| 53. Andrew Tomlinson | By Designation | Mr. Tomlinson is TikTok's User Operations Manager. Tomlinson is expected to testify about TikTok's user feedback system, TikTok's policies and practices for responding to user complaints, and TikTok's knowledge derived from those complaints. | Plaintiff |
| 54. Foster Xu | By Designation | Foster Zu is the Trust and Safety Product Manager. Xu is expected to testify about TikTok's age verification efforts, underage user detection, and parental control features. | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

14

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 55. Jorge Ruiz | By Designation | Mr. Ruiz is the Global Head of Marketing Science for TikTok. Ruiz is expected to testify about TikTok's advertising practices, goals, and revenue along with user demographic information TikTok provides to third-party advertisers. | Plaintiff |
| 56. Evan Spiegel* | Live | Spiegel is the founder and CEO of Snap, Inc. and was involved in the development of Snapchat's key features related to growth and engagement, as well as the risks posed by Snapchat's features. Mr. Spiegel will also likely testify to Snapchat's age verification and assurance protocols, as well as the platform's popularity with teenagers and its use during school hours. | Plaintiff |
| 57. Jacqueline Beauchere* | By Designation | Ms. Beauchere is Snap, Inc.'s Senior Director, Global Head of Platform Safety. Consistent with her deposition, Ms. Beauchere will likely testify about the risk of harm to teen users posed by Snapchat, Snap's development of safety features, and the development of Family Center. | Plaintiff |
| 58. Jonathan Brody* | By Designation | Mr. Brody is the former Head of Product at Snap, Inc., where he oversaw the core consumer product management organization. Consistent with his deposition, Mr. Brody is likely to testify to his tenure at Snap and the development and functionality of Snapchat's beauty filters and its Streaks feature. Mr. Brody will also testify to his knowledge of the risk of harm and addiction posed by these and other design features. | Plaintiff |
| 59. Claudia Chan* | By Designation | Ms. Chan is a current Snap employee and was the Product Manager for the Growth Team. Consistent with her deposition, Ms. Chan will testify about | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
|  |  | her role as responsible for activation, log-in, and the onboarding experience. She will likely testify to Snapchat's age verification requirements at account activation, as well as the deactivation and account deletion process. |  |
| 60. Matthew Jackson* | By Designation | Mr. Jackson was Snap, Inc.'s Head of Trust and Safety. Consistent with his deposition, Mr. Jackson will testify to Snapchat's CSAM reporting processes and Snap's ability to address such reports. | Plaintiff |
| 61. Juliet Shen* | By Designation | Ms. Shen was the Head of Child Safety Product at Snap, Inc. Consistent with her deposition, Ms. Shen will likely testify to Snap's child safety features and its efforts to keep minor users safe on the Snapchat platform. | Plaintiff |
| 62. Peter Sellis* | By Designation | Mr. Sellis was a former Snap, Inc. Vice President and the Head of Revenue Product. Consistent with his deposition, Mr. Sellis will likely testify to the growth of Snapchat and features responsible for that growth, teenagers' use of the platform, and Snapchat's capability to target student users at school. | Plaintiff |
| 63. David Boyle | By Designation | Mr. Boyle was Senior Director of Product Management at Snap, Inc. Consistent with his deposition, Mr. Boyle will testify to his oversight of Snapchat's product features and his knowledge and understanding of the risks posed by those features and Snap's efforts to mitigate those risks. Mr. Boyle will also likely testify to Snapchat's age verification and assurance technologies. | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| | WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|---|
| 64. | Morgan Hammerstrom | By Designation | Ms. Hammerstrom is Snap, Inc.'s Director of Product Research. Consistent with her deposition, she will likely testify to the company's efforts to research its platform features and their effect on Snapchat users. | Plaintiff |
| 65. | Rachel Hochhauser Rule 30(b)(6) witness) | By Designation | Ms. Hochhauser was designated as Snap's Rule 30(b)(6) witness for school district issues. Consistent with her deposition, she will testify to Snap's targeting of teenage users at school, the company's understanding of Snapchat's disruption of the school environment, and its efforts to mitigate the effect, if any, of Snapchat on the school day. | Plaintiff |
| 66. | Nima Mozghani | By Designation | Mr. Mozghani was a Senior Program Manager at Snap, Inc. Consistent with his deposition, he will likely testify to his experience producing Snap's Transparency Reports and the accuracy of those reports. | Plaintiff |
| 67. | Jennifer Stout | By Designation | Ms. Stout is the Vice President of Global Public Policy. Consistent with her deposition, Ms. Stout will likely testify to the safety of the Snapchat platform, risks posed to Snap's teenager users, and Snapchat's beauty filters and their impacts on teen users. | Plaintiff |
| 68. | Abby Tran | By Designation | Ms. Tran is a Product Manager at Snap who works with the Growth team. Consistent with her deposition, Ms. Tran will likely testify to Snap's effort to increase growth, including through product features, and its utilization of notifications to further those efforts. Ms. Tran will also likely testify to Snap's knowledge of the risks and impact of notification of teen users. | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

17

| Witness | Live /Designation | Scope | Party Calling |
|---|---|---|---|
| 69. Jeremy Voss | By Designation | Mr. Voss was a Director of Product at Snap, Inc. and had primary responsibility for Snapchat Streaks. Consistent with his deposition, Mr. Voss will likely testify to the development of Streaks, Snap's research and understanding of the risks posed by Streaks, and actions the company took in response to this research. Mr. Voss will also likely testify to his knowledge of other features with which he worked during his tenure, including Snapscore. | Plaintiff |
| 70. Kale Zicafoose | By Designation | Ms. Zicafoose was a Group Product Marketing Manager at Snap, Inc. Consistent with her deposition, Ms. Zicafoose will likely testify to her knowledge of understanding of Snap's targeting of teenage users, especially during and around their time in school. | Plaintiff |
| 71. Paul Alexander Dow | By Designation | Dow was a research science manager at Meta. He will likely testify about Meta's research on harms to young users, including social comparison. | Plaintiff |
| 72. Arturo Bejar* | Live | Plaintiff non-retained expert and Meta fact witness. Arturo Bejar is the former Leader for Integrity and Care at Facebook, who then returned as an independent contractor with an expertise in child safety. Mr. Bejar will testify as to Meta's lack of systems to adequately protect children. He will also testify as to research he conducted at Meta related to user harms, including the reliability of his research, his interactions with Meta's leadership on his research findings, and the lack of response by Meta's leadership. His testimony will address testing he independently performed on Meta's safety features following his departure from Meta and testing | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | performed in collaboration with other organizations. | |
| 73. Brian Boland* | Live | Boland will likely testify about his role as former Vice-President for partnership data at Meta, including that Meta prioritized profits over safety, transparency efforts or lack thereof, and Meta's internal research efforts. | Plaintiff |
| 74. Diego Castaneda | Live | Castaneda is a former user experience researcher for Instagram's wellbeing team.  He is likely to testify to Instagram's research into problematic use/addiction, social comparison, and user mental health, and efforts to build develop and launch products to address those issues. | Plaintiff |
| 75. Robert Chen* | Live | Chen worked as a product lead at Meta.  He will likely testify to Meta's efforts to attract children as users and the importance of young users to Meta's business strategy. | Plaintiff |
| 76. Nick Clegg* | By Designation | Clegg is the former President of Global Affairs at Meta. He is likely to testify about Meta's knowledge of youth and wellbeing risks and efforts to research and address those risks at Meta. | Plaintiff |
| 77. Liza Crenshaw | By Designation | Crenshaw is a public affairs manager at Meta.  She is likely to testify to Meta's knowledge of and communications to the public about the risks its products posed to young users' mental health. | Plaintiff |
| 78. Elena Davis | By Designation | Davis is a social impact user experience researcher at Meta.  She will likely testify about internal research into the relationship between its products and problematic use/addiction, social comparison, and user mental health. | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| Witness | Live /Designation | Scope | Party Calling |
|---|---|---|---|
| 79. Dayna Geldwert* | Live | Geldwert is a public policy executive at Meta. She is likely to testify on Meta's efforts to reach out to schools and education-related groups. | Plaintiff |
| 80. Margaret Gould Stewart | By Designation | Margaret Gould Stewart is the former Vice President of Product Design and Responsible Innovation at Meta. She is likely to testify to the facts and circumstances related to this role, Meta's use of filters on the app, and Meta's safety policies and procedures. | Plaintiff |
| 81. Vaishnavi Jayakumar* | Live | Vaishnavi Jayakumar was Head of Safety & Wellbeing at Instagram and later Head of Youth Policy at Meta. She is expected to testify about product features, child safety, teen mental health, and harassment of youth on Meta's platforms; Meta's child safety and wellbeing efforts; age verification; and under 13 accounts. | Plaintiff |
| 82. Shayli Jimenez* | By Designation | Shayli Jimenez is a Senior User Experience Researcher at Meta. She is expected to testify to her research on teen users, design and features geared towards teens, the apps habit enforcing design, and other facts and circumstances related to her employment. | Plaintiff |
| 83. KX Jin | Live | Jin is a longstanding employee of Meta who is likely to testify to the history of the company, Meta's business model, the role of children in Meta's business strategy, Meta's efforts to target children, and Meta's knowledge of problematic use/addiction among users. | Plaintiff |
| 84. Darius Kilstein* | By Designation | Director of Data Science. Kilstein is expected to testify about teen user acquisition, engagement, and retention, core metrics, problematic use, social comparison and other mental health impacts, and corporate decision-making. | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 85. Alison Lee * | Live | Alison Lee is a former Senior Researcher, first in relevant integrity at Instagram and later in the central Meta team in Responsible AI. She is expected to testify about youth mental health and child safety research, features geared towards teens, feature development, and other facts and circumstances related to her employment. | Plaintiff |
| 86. Adam Mosseri* | Live | Head of Instagram. Mosseri is expected to testify about core metrics, product features, user experience, youth and child safety, resource allocation, and communications. Mosseri is anticipated to discuss numerous defendant documents. | Plaintiff |
| 87. Aza Raskin* | Live | Aza Raskin invented infinite scroll, a feature available on all of the Defendants' platforms. He will likely testify about infinite scroll, dark patterns in technology and in the Defendants' platforms, infinite scroll's effect on tech addiction, and other facts and circumstances related to his invention of this feature. | Plaintiff |
| 88. Miki Rothschild | By Designation | Meta's Senior Director of Product Management. Expected to testify about Meta's business model, the work of Meta's Well-being Team, and Meta's knowledge regarding children under the age of 13 on Instagram. | Plaintiff |
| 89. Lotte Rubaek | Live | Lotte Rubaek was an Advisor on Meta's Board. Rubaek will testify to the facts and circumstances related to her role. | Plaintiff |
| 90. Josh Simons* | By Designation | Josh Simons is a former visiting research scientist who contracted with and then was employed part-time at Meta. He is expected to testify about machine learning systems at Meta, ranking and | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| | | recommendations; algorithms; and the advertising delivery system. | |
| 91. Ravi Sinha | By Designation | Sinha is Meta's Head of Child Safety Policy. He is likely to testify to Meta's knowledge of, research into, policies regarding, and response to the risks Meta's products posed to the health and wellbeing of users, particularly young users. | Plaintiff |
| 92. Charles Sismondo* | By Designation | Sismondo was an engineering manager who worked on wellbeing and integrity issues. He is expected to testify to Meta's process for designing, testing, and launching wellbeing related products, including efforts to understand and address problematic use/addiction and social comparison among young users. | Plaintiff |
| 93. Natalie Troxel* | By Designation | Natalie Troxel was a Senior User Experience researcher at Meta. She will likely testify to her research on child safety and mental wellbeing, the company's reaction to this research, and actions taken in light of this research, as well as other facts and circumstances of her employment. | Plaintiff |
| 94. George Volichenko* | Live | Meta Data Scientist, Mental Wellbeing Team. Expected to testify about Meta's decisions regarding implementation of safety features. | Plaintiff |
| 95. Tom Wynter* | By Designation | Wynter will likely testify about his role as a user-experience researcher at Meta, including internal research and work related to youth wellbeing and mental health, potential product changes to reduce harm to teens, prioritization of user engagement over safety, research priorities, and communication strategies. | Plaintiff |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| WITNESS | LIVE /DESIGNATION | SCOPE | PARTY CALLING |
|---|---|---|---|
| 96. Mark Zuckerberg* | Live | Mark Zuckerberg is the co-founder of Facebook and the CEO and controlling shareholder of Meta Platforms, Inc, which also owns Instagram. He is expected to testify about the design of Meta's social media platforms; corporate decision making; resource allocation; communications; internal Meta research; child safety; CSAM and CSE; age verification; core and user metrics; under 13 accounts; youth mental health and addiction; vulnerability of young users; and teen user acquisition. Zuckerberg is anticipated to discuss numerous defendant documents. | Plaintiff |

Dated: March 16, 2026

RESPECTFULLY SUBMITTED,

BY:

KHALDOUN BAGHDADI
KELLY L. GANCI
WALKUP, MELODIA KELLY &
SCHOENBERGER
650 CALIFORNIA STREET, 26th FL
SAN FRANCISCO, CA 94108
Telephone: 415-981-7210
kbaghdadi@walkuplawoffice.com
kganci@walkuplawoffice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

23

Co-Lead Counsel
CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel and Ombudsperson

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
 821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

 ANDRE MURA
**GIBBS MURA, A LAW GROUP**
1111 BROADWAY, SUITE 2100
 OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

1    MELISSA YEATES
     **KESSLER TOPAZ MELTZER & CHECK LLP**
2    280 KING OF PRUSSIA ROAD
     RADNOR, PA 19087
3    Telephone: 610-667-7706
     myeates@ktmc.com
4

5    Plaintiffs' Steering Committee Leadership

6    RON AUSTIN
     **RON AUSTIN LAW**
7    400 MANHATTAN BLVD.
     HARVEY, LA 70058
8    Telephone: 504-227–8100
     raustin@ronaustinlaw.com
9

10   AELISH M. BAIG
     **ROBBINS GELLER RUDMAN & DOWD LLP**
11   1 MONTGOMERY STREET, #1800
     SAN FRANCISCO, CA 94104
12   Telephone: 415-288-4545
     AelishB@rgrd.com
13

14   THOMAS P. CARTMELL
     **WAGSTAFF & CARTMELL LLP**
     4740 Grand Avenue, Suite 300
15   Kansas City, MO 64112
     Telephone: 816-701-1100
16   tcartmell@wcllp.com

17   FELICIA CRAICK
     **KELLER ROHRBACK LLP**
18   1201 THIRD AVENUE, SUITE 3400
     SEATTLE< WA 98101
19   Telephone: 206-623-1900
     fcraick@kellerrohrback.com
20   SARAH EMERY
     **HENDY JOHNSON VAUGHN EMERY PSC**
21   600 WEST MAIN STREET, SUITE 100
      LOUISVILLE, KT 40202
22   Telephone: 859-600-6725
     semery@justicestartshere.com
23
     KIRK GOZA
24   **GOZA HONNOLD**
     9500 NALL AVE. #400
25   OVERLAND PARK, KS 66207
     Telephone: 913-412-2964
26   Kgoza@gohonlaw.com

27   RONALD E. JOHNSON, JR.
     **HENDY JOHNSON VAUGHN EMERY PSC**
28   600 WEST MAIN STREET, SUITE 100

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

25

1   LOUISVILLE, KT 40202
    Telephone: 859-578-4444
2   rjohnson@justicestartshere.com

3   MATTHEW P. LEGG
    **BROCKSTEDT MANDALAS FEDERICO, LLC**
4   2850 QUARRY LAKE DRIVE, SUITE 220
    BALTIMORE, MD 21209
5   Telephone: 410-421-7777
    mlegg@lawbmf.com
6
    JAMES MARSH
7   **MARSH LAW FIRM PLLC**
    31 HUDSON YARDS, 11TH FLOOR
8   NEW YORK, NY 10001-2170
    Telephone: 212-372-3030
9   jamesmarsh@marshlaw.com

10  JOSEPH H. MELTER
    **KESSLER TOPAZ MELTZER & CHECK LLP**
11  280 KING OF PRUSSIA ROAD
    RADNOR, PA 19087
12  Telephone: 610-667-7706
    jmeltzer@ktmc.com
13
    HILLARY NAPPI
14  **HACH & ROSE LLP**
    112 Madison Avenue, 10th Floor
15  New York, New York 10016
    Telephone: 212-213-8311
16  hnappi@hrsclaw.com

17  EMMIE PAULOS
    **LEVIN PAPANTONIO RAFFERTY**
18  316 SOUTH BAYLEN STREET, SUITE 600
    PENSACOLA, FL 32502
19  Telephone: 850-435-7107
    epaulos@levinlaw.com
20
    RUTH THI RIZKALLA
21  **THE CARLSON LAW FIRM, PC**
    1500 ROSECRANS AVE., STE. 500
22  MANHATTAN BEACH, CA 90266
    Telephone: 415-308-1915
23  rrizkalla@carlsonattorneys.com

24  ROLAND TELLIS
    DAVID FERNANDES
25  **BARON & BUDD, P.C.**
    15910 Ventura Boulevard, Suite 1600
26  Encino, CA 91436
    Telephone: 818-839-2333
27  rtellis@baronbudd.com
    dfernandes@baronbudd.com
28

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

26

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
BEASLEY ALLEN
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

## **ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 16, 2026                    By: */s/ Lexi J. Hazam*

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210