[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-3047-YGR<br><br>**PLAINTIFF BREATHITT COUNTY BOARD OF EDUCATION'S PRELIMINARY TRIAL EXHIBIT LIST** |
| This Document Relates to:<br><br>*Breathitt County Board of Education v. Meta Platforms, Inc., et al.*<br>Case No.: 4:23-cv-01804 | Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Order Regarding Pretrial Schedule (Breathitt) ("Pretrial Order"), Dkt. No. 2811, Plaintiff Breathitt County Board of Education hereby discloses this preliminary list of exhibits that Plaintiff may utilize in its case, attached hereto as Exhibit 1. This exhibit list does not include documents to be used solely for purposes of impeachment or rebuttal. This exhibit list also does not include deposition transcripts that may be used at trial.

Under the Pretrial Order, this list is preliminary, with an updated list to be submitted on April 20, 2026. Plaintiff's list is based on the information reasonably available at this time. Inclusion of any exhibit on this list is not a representation that a document is admissible. Plaintiff reserves the right to amend or supplement this list in response to the Court's rulings on the parties' motions in limine.

Dated: March 16, 2026                              Respectfully submitted,


                                                  By: /s/*Previn Warren*

                                                  PREVIN WARREN
                                                  **MOTLEY RICE LLC**
                                                  401 9th Street NW Suite 630
                                                  Washington DC 20004
                                                  Telephone: 202-386-9610
                                                  pwarren@motleyrice.com

                                                  LEXI J. HAZAM
                                                  **LIEFF CABRASER HEIMANN &**
                                                  **BERNSTEIN, LLP**
                                                  275 Battery Street, 29th Floor
                                                  San Francisco, CA 94111-3339
                                                  Telephone: 415-956-1000
                                                  lhazam@lchb.com


                                                  *Co-Lead Counsel*

- 1 -                              PLAINTIFF'S PRELIMINARY TRIAL EXHIBIT LIST
                                   CASE NO. 4:22-MD-3047-YGR

RONALD E. JOHNSON, JR.
SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Counsel for Breathitt*


MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
MWeinkowitz@lfsblaw.com

*Co-chair of School District Committee Plaintiffs
Leadership Committee
Counsel for Breathitt*


KHALDOUN BAGHDADI
KELLY L. GANCI
**WALKUP, MELODIA KELLY & SCHOENBERGER**
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: 415-981-7210
kbaghdadi@walkuplawoffice.com
kganci@walkuplawoffice.com

PLAINTIFF'S PRELIMINARY TRIAL EXHIBIT LIST
CASE NO. 4:22-MD-3047-YGR

## **ATTESTATION**

I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 16, 2026

By: */s/ Previn Warren*

PLAINTIFF'S PRELIMINARY TRIAL EXHIBIT LIST
CASE NO. 4:22-MD-3047-YGR