# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| **Date:** March 18, 2026 | **Time:** 3 hours 32 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR<br><br>23-cv-01804-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation<br>Breathitt County Board of Education v. Meta Platforms, Inc. et al | |

**Attorney for Plaintiff:** Lexi Hazam (Co-Lead Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Court Reporter:** Kendra Steppler; via Zoom

### PROCEEDINGS

Further Case Management Conference – Held.
Pretrial Conference – Held.
Motions in Limine – Held.

The Court laid down the procedures and instructions for Jury Trial. The Court heard argument on pending pretrial disputes.

Pretrial deadlines are set.

Pretrial Order to issue.