**AMENDED** Exhibit 25

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

**From:**      Kang-Xing Jin [/O=THEFACEBOOK/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=████]
**Sent:**      2/1/2016 7:30:33 PM
**To:**        ████ ███ ████████████  ████ ████████ ███████ ████  ████████████
**Subject:**   RE: Teens Deck
**Attachments:** m_team_offsite_teens_kx_edit_2-1.pptx

Attaching the latest deck after ██████/I chatted this morning. ████████, I just put in the narrative on the first 3 slides and was thinking we could have data in the next 4 that support the narrative. Right now, I think the data for Slide 7 is still the most confusing.

October 24, 2024
**EXHIBIT
Meta-Jin-12**

_____

**From:** Kang-Xing Jin
**Sent:** Sunday, January 31, 2016 4:42 PM
**To:** ██ ████ ████ ██████ ████████
**Subject:** RE: Teens Deck

Made some edits. My version attached.

The entire slot is 45min, so I think we should target 20-25min for presentation and rest for discussion. We will circulate slides the day before so hopefully most people will be able to read beforehand.

On my edits, I mainly focused on the "What we are doing" and "Asks/Discussion" sections (Slides 15-25). Overhauled them quite a bit. I think they are looking pretty good but let me know if you have feedback. Main things to do on that part:
1) Might make sense to have an additional slide about Lifestream with some screenshots or something. (Slide 18). Also Connor, please make sure I'm accurately representing the Lifestream strategy.
2) Slide 21: Live. Wanted to include a bit here. I am assuming https://fb.facebook.com/photo.php?fbid=1510192185952527&set=pcb.1656071661323051&type=3&theater is accurate and my slide representation is accurate as well (e.g. it is production participation quoted here). ████ ████████, can you confirm?
3) Slide 23 and 25: Let me know if I'm mischaracterizing. I think our current effort is primarily focused on Blue, so the big question is whether IG and Messenger should also do something similar. I think yes but want to leave it open to discussion.

On the earlier section ("Situation"), I do have some high-level comments. Hopefully someone (████?) can help. This is a bit long. Ideally we'd have one slide for each of the 4 statements in the quip (https://fb.quip.com/7aMUAPWOjik8) with a chart that illustrates each statement. That would cut it down to ~4 slides instead of 10. The rest we can put into Appendix if people have more questions. More specifics and suggestions below.

(1) We have a significant DAP and Engagement (TS/DAP) problem with Teens and Young Adult people in the US. This is worse than we previously thought. We know this is true in other markets (!US) and are in the process of getting analogous data.
(2) This is getting worse over time.
-->Slide 3 is good. On TS/DAP, in addition to understanding TS/DAP growth (or being flat), do we also have a TS market share slicing? I would expect that our market share is probably declining (since total time spent by teens is going up but we are flat), and if that is the case, it'd be really important to show. I would just show these 2 things and put the rest into Appendix (e.g. Slide 4).

(3) This is not a FB Blue-app only problem. This is a FB Family problem. Our aggregate time spent share and retention for this segment is going down. Snapchat in particular and YT are gaining share in this segment.
-->I think a version of Slide 28 in the Appendix (1D App penetration) + the same slide but for Time Spent Market Share instead of 1D App penetration would tell this story pretty well as a snapshot. We can reference the time series trends even if we don't show them. I know you have time spent on Slide 9, so maybe we could use that *if* you also add in iPhone (just using Android I think significantly under illustrate the problem since we know SC is so much stronger on iPhone).

                                    META3047MDL-014-00289990

(4) There is an equilibrium as people age, but it's not as good as before (we do not get them fully back). As people in these teen cohorts get older, they do use FB a bit more, but not at the same level as the same age cohort from a few years back. We should assume that this gap will widen over time given competitive headwinds.
-->I think Slide 6 is trying to show this, but it's a bit confusing to me. Why are there 8 cohorts if the current age is only 19-22 (4 years)? Also is this showing that as Teens age they do grow in DAP/MAP but that the equilibrium is lower (90% in 2008 cohort to 75% now). Also do we have the same view in time spent market share? If not it's okay, but would be good to pull eventually.

**From:** ▮▮▮▮▮▮▮▮
**Sent:** Sunday, January 31, 2016 8:12 AM
**To:** Kang-Xing Jin; ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮▮
**Subject:** Re: Teens Deck

Draft deck. It's pretty rough but is all there. The "what to do" section is weak and needs more time . Tinker with it as you like, I'll edit some more tonight and we can go over it in the morning.

I suspect this is too long and we should edit down. I was trying to fit in everything from the Quip at https://fb.quip.com/7aMUAPWOjik8 . How much time should we target for this presentation?

▮▮▮▮

**From:** Kang-Xing Jin ▮▮▮▮▮▮▮▮ >
**Date:** Saturday, January 30, 2016 at 09:54 00
**To:** ▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮ ▮▮▮▮▮▮
**Subject:** RE: Teens Deck

Oh yikes, didn't realize you were sick. If you are still sick don't worry about it--can I get ▮▮▮▮ or someone else to help out? I also have some cycles to help here this weekend (including with deck stuff) but I need the raw data.

KX

**From:** ▮▮▮ ▮▮
**Sent:** Saturday, January 30, 2016 9:45 AM
**To:** Kang-Xing Jin; ▮▮▮ ▮▮
**Subject:** Re: Teens Deck

I did not. I've been sick for the past two days and wasn't able to work on it. I'll get it to you as soon as I can.

**From:** Kang-Xing Jin <kxjin@fb.com>
**Date:** Saturday, January 30, 2016 at 07:24 00
**To:** ▮▮▮ ▮▮ ▮▮▮▮▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮
**Subject:** Teens Deck

Hey ▮▮▮▮ ,

Were you going to get a draft together by yesterday? If you have something (even if not 100% done) could you please send? I can take a pass at formatting/etc. over weekend. We're supposed to send the deck Tuesday AM so that people have a chance to read before the meeting. I shared outline with ▮▮▮ yesterday and he's cool with it.

META3047MDL-014-00289991

**P0102.3**

The mteam review is from 3-3:45pm on Wednesday 2/3--the two of you should hold that in your calendar.

Thanks,

KX

CONFIDENTIAL                                                                          META3047MDL-014-00289992

**P0102.4**

# Document Provided in Native Format

HIGHLY CONFIDENTIAL (COMPETITOR)                                      META3047MDL-014-00289993

P0102.5

## Teens

- The situation
- What we are doing
- How should we do this/discussion

1

P0102.6

The situation

P0102.7

We have a significant DAP and Engagement (TS/DAP) problem with Teens and Young Adult people in the US. This is worse than we previously thought and getting worse over time. We know this is true in other markets (!US) and are in the process of getting analogous data.

3

There is an equilibrium as people age, but it's not as good as before (we do not get them fully back). As people in these teen cohorts get older, they do use FB a bit more, but not at the same level as the same age cohort from a few years back. We should assume that this gap will widen over time given competitive headwinds.

This is not a FB Blue-app only problem. This is a FB Family problem. Our aggregate time spent share and retention for this segment is going down. Snapchat in particular and YT are gaining share in this segment.

# Fewer US teens use Facebook



**US MAP as % of Population**

68% of U.S. Teenagers are currently MAP on Facebook. 2 years ago 90% were.
We expect this decline to continue as existing teens grow-up and new ones don't join.

Teens are given as percent of the U.S. 13-18 Population; adults are given as
percentage of the ≥19 Population



P0102.12

# This is not a FB Blue-only Problem

navo data using the new life stage model as of 9-30-15

| | | Facebook | Facebook Messenger | Instagram | Snapchat | YouTube |
|---|---|---|---|---|---|---|
| Android | female | 73.7 | 49.0 | 42.8 | 39.7 | 45.0 |
| iOS | female | 50.8 | 31.4 | 70.7 | 77.2 | 24.3 |
| Android | male | 70.5 | 46.2 | 34.5 | 30.6 | 53.2 |
| iOS | male | 38.0 | 24.5 | 55.2 | 62.1 | 33.0 |
| Android | female | 74.9 | 37.7 | 18.0 | 9.1 | 26.1 |
| iOS | female | 58.7 | 31.7 | 29.8 | 23.4 | 12.9 |
| Android | male | 65.9 | 30.5 | 14.6 | 9.8 | 31.9 |
| iOS | male | 45.3 | 23.7 | 19.5 | 17.1 | 15.1 |

**Observations**

- Snapchat (SC) has higher reach than all apps for <18 iOS people
- SC is within 5% of IG for <18 Android people
- Snapchat has greater reach among >18 i than YouTube (YT)
- Facebook has significantly higher reach all other apps for <18 Android
- YT has low reach with <18 iOS
- YT has higher reach in <18 Android that and Instagram (IG)

**Conjecture**

- SC is trending to catch up and then over IG across all <18 demographics

8



Snapchat and YouTube are gaining time spent share on Android; we expect the gains of Snapchat on iPhone are significantly higher

**Share of Time Spent on Android for U.S. Teens. From Onavo.**

We do not have reliable time spent data for teens on Android, but given that Snapchat has **1.5-2x** 1d app penetration on iOS vs. Android for this segment, it's safe to assume that the Android time spent data understates the trend on iPhone for Snapchat.

9

P0102.14

# FB Blue time spent is growing slowly, but we are losing share



U.S Teen time spent stagnated in 2014, falling below that of adults. It grew in 2015 thanks to video and reshares.

10

P0102.15

# The teen problem is not US only

- We are currently building international models.
- Will publish analyses next month
- Prior work showed:
  - Dropping engagement in developed countries
  - Weakening engagement in some developing countries

11

P0102.16

## Qualitatively, what is FB Blue for teens today?

- Teens: FB :: Adults : LinkedIn
- FB is where all social circles intersect
- It is where you connect with weak-ties
- It is your rolodex and social resume
- Teens need this service but don't enjoy it

12

P0102.17

# Why didn't we realize this sooner?

- We have had various teams looking at Teens for many years but only recently realized the seriousness of the problem: why?
- 30-40% of teens are registered as being >18; we have to model ages for accurate metrics
- Our age model was incorrect since 2014
- We updated the model in Q4 2015 to get to our current understanding of the situation
- Learning: act much quicker around fixing data issues, esp. if there are strong qualitative signals that the data are incorrect

P0102.18

What we are doing

P0102.19

# We must "win over" teens, not "win back"

Learning: Must solve problems for teens in a way that is significantly better than the existing products/solutions they use

(1) Identify problems that are significant
(2) Understand current "best in class" solution
(3) Build something better

Bar obviously higher if there is a strong competitor in (2), so we need to be thoughtful about use cases and where to invest

15

**P0102.20**

# Some problems for teens

- Discover, watch, and share media (esp. videos).
  - Incumbent: YouTube. Solution: FB Videos?
- Express my identity to my world.
  - Incumbent: ?. Solution: Lifestream?
- Share raw personal visual moments from my day.
  - Incumbent: Snapchat. Solution: Live?
- Others
  - Collaborate with classmates; interact with my school community. (Groups/Messenger)
  - Share with my closest/teen-only friends. (Audience/Personas)

16

P0102.21

# Discover, watch, and share videos

- Watching (public) videos is a huge and validated use case for Teens (YouTube is their TV).
- The bet is that we can 10x better on Discovery and Sharing (very similar to the broader Video Home strategy)
- We need to:
  - Get more teen oriented creators (e.g. celebs)
  - Get more teens connected to these creators
  - Streamline sharing and discovery of content
  - Invest in Live for this segment

17

P0102.22

# Express my identity to my world

- We know this use case is underserved by current apps for teens (e.g. Snapchat, IG "profiles")
- The bet is that this use case will be significant and highly engaging if solved well
- To validate and learn, we are building Lifestream, a standalone app focused on visual identity

18

**P0102.23**

## Share raw personal visual moments from my day

- This is a huge and validated use case for Teens (Snapchat), and a more important use case than the one served by YouTube.
- We currently do not have a 10x better solution for this use case and have failed a few times here (Slingshot, Teen Feed).
- There is early directional data that Live (an adjacent use case) could be highly engaging and retentive for Teens.
- Not clear if we should keep trying here for the Teen segment.

P0102.24

# Live (US iPhone, since Dec 2015)

- Across all age groups:
  - 1 in 6 videos shared in the US via iPhone is now created via Live (~300k daily broadcasts, ~20% increase in video sharing)
  - ~30% weekly Live production retention 1-month out
- Significantly higher usage in younger cohorts
  - 1-month-out weekly retention closer to ~40-50%
  - 1.9% *daily* Live production participation in Early High School, 0.85% in Late High School (vs. 0.04% in Late Work)
  - Some pockets even higher, e.g. 6% daily Live production participation in Early High School New York
- Caveats: very early data (product only out for ~2 months)

https://fb.facebook.com/photo.php?fbid=1510192185952527&set=pcb.1656071661323051&type=3&theater

20

P0102.25

How should we do this + discussion

**P0102.26**

We are creating a centralized team in Engagement that is responsible for Teen growth (DAP population penetration) and engagement (TS/DAP), primarily focusing on FB Blue (and a handful of new apps).

22

P0102.27

# Asks

- People. We need:
  - More strong, senior product/design/research/partnerships people who deeply understand the Teen segment
  - More strong product people who understand FB, Messenger, and IG deeply and can influence across teams, even if they don't have Teen domain knowledge.

23

# Discussion

- Feedback on strategy.
- Should we do more on Teens in IG and Messenger (and have similar vertical teams within these groups with Teen-specific goals)?
  - Right now we are not planning on owning Teen growth/Engagement for IG and Messenger, so this is a gap.
  - IG and Messenger may be better positioned to solve some of these problems (e.g. Snapchat went from messaging->stories).
  - Top-line growth negatively impacts Teen growth and engagement on FB (the parent/audience problem), and this is likely to be true for IG as well.

24

# Appendix

P0102.31



# Friend Content has been Declining

### U.S. Original B'cast Posts per WAP

Historically, teens shared far more than adults. Since 2014, they have shared less.

27

# But We Don't Know How the Growth Problem Will Look in a Few Years

As current teens grow up or churn, we aren't adding enough new users. We don't know if these users will join/come-back as they age.



This shows Teen Growth Accounting, including aging. New user growth is not fast enough to keep up with churn and growing up.

28



SC has ~9 m DAP out of ~16 m iOS and Android users in the "early high school" and "late high school" life stages (there are ~25 m people 13-18 in the US)

29

P0102.34

