# AMENDED Exhibit 78

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



EXHIBIT

13

META-GROSS

**META3047MDL-003-00157036-META3047MDL-003-00157037**

Message
_____

From:           ▮▮▮▮▮▮   [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮▮]
Sent:           3/3/2020 7:37:33 PM
To:             Wendy Gross ▮▮▮▮▮▮▮  ▮▮▮▮▮  ▮▮▮▮▮
Subject:        Message summary [{"otherUserFbId":100029669716068,"threadFbId":null}]


▮▮▮▮▮▮▮▮ (3/03/2020 09:58:29 PST):
>can you think of any recent studies where we explicitly talk about time spent tools and why teens want them

Wendy Tegge Gross (3/03/2020 09:59:14 PST):
>the teen mental health research is the most recent. We also talked about it in the teen well-being research in December 2018

▮▮▮▮▮▮▮▮ (3/03/2020 10:00:06 PST):
>k ill check those out

Wendy Tegge Gross (3/03/2020 10:27:19 PST):
>The feedback, essentially, is that (1) teens feel addicted to IG and feel a pressure to be present, (2) like addicts, they feel that they are unable to stop themselves from being on IG, and (3) the tools we currently have aren't effective at limiting their time on the ap

▮▮▮▮▮▮▮▮ (3/03/2020 10:29:10 PST):
>but if the solution was to just remove the tools and be done with it

▮▮▮▮▮▮▮▮ (3/03/2020 10:29:18 PST):
>do you think that's better or worse?

Wendy Tegge Gross (3/03/2020 10:33:46 PST):
>it's probably neutral, tbh. The one metaphor that stuck with me is comparing the Your Activity tool to a scale. You look at it but feels punishing, and you control yourself only because you never want to see that big of a number again

▮▮▮▮▮▮▮▮ (3/03/2020 10:34:15 PST):
>hmm interesting

▮▮▮▮▮▮▮▮ (3/03/2020 10:34:57 PST):
>does this sound OK to you? "Time Spent tools are crucial proof points when speaking to consumers, the press, and stakeholders about our efforts to combat social media addiction. We've also recently heard from teens that the amount of time they spend on IG is one of the worst aspects of their relationship with the app. Outreach feels strongly that we should not remove these tools, and instead invest to fix any discrepancies. "

Wendy Tegge Gross (3/03/2020 11:34:29 PST):
>Do we want to call it addiction?

▮▮▮▮▮▮▮▮ (3/03/2020 11:35:15 PST):
>Maybe not

▮▮▮▮▮▮▮▮ (3/03/2020 11:35:32 PST):
>Actually yah I think that's the term that press and stakeholders use

▮▮▮▮▮▮▮▮ (3/03/2020 11:35:46 PST):
>(This is internal only)

Wendy Tegge Gross (3/03/2020 11:36:06 PST):
>Internal only makes it better. I'm just a little cautious about calling it an addiction

▮▮▮▮▮▮▮▮ (3/03/2020 11:37:33 PST):

HIGHLY CONFIDENTIAL (COMPETITOR)              META3047MDL_RVOL003              META3047MDL-003-00157036

>Totally agree, we would never want to say that!

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00157037