# AMENDED Exhibit 79

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Meta-Kilstein-47

12/17/2024

Jenny L. Griffin, CSR

# Are there teens that use too much Instagram?

**It sure looks like it.**

Last night i watched a [ HYPERLINK "https://www.netflix.com/title/81254224" \h ] on Netflix about social media and it's impact on the world.

The documentary does not present a balanced argument. They gloss over the fact that social media is a force for good in the world today for many different reasons, and choose to focus on the negatives.

The key message in the documentary is that Social Media is addictive and people don't have the willpower to put down their phones. I think this is fair & probably true for many people in the world.

The documentary made some pretty convincing points about the potential effects that social media is having on the younger generation, and how that might change society in the future. I resonated with this part of the film. It seems relatively clear that younger people are less equipped to be able to handle social media addictions, and we as far as I'm aware, we don't yet understand how this might affect the development of their brains or the future of our society.

Through the great work from the IG Growth & Central Age Modelling team, we now have reliable teen/non-teen labels for US users. So I decided to take a look at how much time people are spending on Instagram and whether there might actually be a problem for people.

First off, if you look at the distribution of time spent for people in the US, it'd suggest there isn't a major problem across the board, which is encouraging. We do see greater time spent from teens (which we know about).

HIGHLY CONFIDENTIAL (COMPETITOR)



However, if you pause for a minute, and realize how many people we serve, those small percentages we see in the high usage range are actually a lot of people. In the US alone, there are ▮▮▮▮▮▮ that spend ▮ hours a week on Instagram ▮▮▮▮▮▮ ▮▮▮). I don't know where we draw the line, but that feels like a lot of time. This is just in the US, so it's likely this has a larger impact worldwide.

HIGHLY CONFIDENTIAL (COMPETITOR)                                    META3047MDL-072-00704206



It's especially interesting to me that Teens make up ▮▮ of DAP in the US, but they make up ▮▮ of people who spend more than ▮▮▮ a week on IG.

I do think it's worth doing some soul-searching and focusing in on this problem. We have a mental health team which is a great start, so I hope we can make a dent in this particular user problem in 2021.

Some questions I think we need to answer to get started:

- What is the ultimate objective of this work & how could we measure success?
- How much time is too much time for a teen?
- Should our solutions be just for teens or for everyone?
- If we assume that some of this higher time spent is driven by addiction, should our solutions be opt-in, or forced?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-072-00704207