**AMENDED** Exhibit 539

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Produced in Native

CONFIDENTIAL

GOOG-3047MDL-00491737

# Content & Our Responsibility

## Providing high quality information to users

Neal Mohan, YouTube and ████████████, Search

## Growth

4B hours YouTube Time by 2020

+10% YouTube Time in 2019 from launches

+5% incremental DAUs in 2019 from launches

We still have ambitious growth goals.

go/sd-impact
YouTube Launch Impact Tracker (go/yt_launch_tracker)



Growth comes from ability to go fast and do many things

338 launches in 2018 YTD (vs. 302 in 2017 YTD)
2017 ytd: +11.3% Watchtime from launches; +6.5% DAV



**\*\*▮▮▮▮ to present\*\***
[Talking Points] Growth continues to comes from ability to go fast and do many things

Other notes:
338 launches in 2018 YTD (vs. 302 in 2017 YTD)
2017 ytd: +11.3% Watchtime from launches; +6.5% DAV



- **Engagement:** The typical S&D YTT-driving project launches
- **Satisfaction:** Valued Watchtime optimization
- **Responsibility:**
  - Responsibility to Users/Society:
    - Grey demotion
    - Authoritative Ranking
  - Responsibility to YT brand:
    - Racy demotion'
    - "Egregious Clickbait" demotion
    - Trending



## 3 Pillars: 2018 Recap

| Engagement | Satisfaction | Responsibility |
|---|---|---|
| **2B Hours** | **17%** | **0.7%** |
| YouTube Time | Bad recs | US XLQ |

+14% YouTube Time
+3.3% Daily Active Users
21% more launches YTD than last year

+20% Appeal Bad Rate*
+2.3% Valued Watchtime

Defined our metric
Expanded auth
ranking



+10% YouTube Time
Focus on Valuable DAUs

Better survey coverage
Reduce "off-putting"
Don't count low-value WT

Roll out XLQ globally