# AMENDED Exhibit 545

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-04116950



**How to responsibly grow teen usage on YT?**

## Agenda

**2022 Highlights and learnings**

**2023+ Teen Strategy**

2023 Roadmap Highlights | **Measurements**

## Defining the best practices and Teen NS metrics to measure success

### LEARNINGS

**Meaningfully assess teen impact from launches**
Aggregate treatment effect is driven by large user segments while *(smaller) strategic segments effects, like teens, are likely missed both positive and negative.*

**It's hard to impact the broadest set of teens with product interventions**
*Declared Teen has low recall. Only 27% of teens on YT declare 13-17 We think we can improve this...*

**Can we accurately run experiments on Teen slice?**
*Declared teens only ~3% of DAUs but precision is good enough (per DS) to run experiments (source). That said* ███████

### HOW WE PLAN TO ADDRESS THE ISSUES

Define a new model to **identify a broader slice of teens** to experiment with and launch updates (teen taste model)

Share **DS best practices** on how to run effective experiments and measure impact with teens *more details*



2023 Roadmap Highlights | **Responsibility**

## Guardrails to **responsibly grow teen viewership**

ATTORNEY–CLIENT PRIVILEGED

- Going a level deeper into each
- For problematic content
  - we are focused on an area our panel of **child development experts pointed us to** on content rabbit holes
  - Specifically where Teens could be exposed to **'negative social comparison' content**
    - Across a few areas to start: **beauty, weight loss and social aggression**
  - This is **non-violative content**, not something you'd see as a singleton and think twice
    - Like a **video about make up contouring to make your nose look thinner**
  - In volume its a problem
    - Eg if you see an hour long string of these videos its hard for a teen to not think they have an ugly nose
    - Eg shredded six pack,e tc
  - We have built a classifier to identify this content
    - Internally called VIBE (why?) => **V**olume **I**mpacts well-**Be**ing
    - When a teen is watching one of these social comparison videos, **we ensure the recs afterward**

- **are not more of this type of content**
  - This should launch in Q1
- **For habitual heavy use**
  - We have tools today like take a break and bedtime reminders, but these are clunky
  - They are **buried in settings**,etc
  - **TikTok**, otoh, has wellbeing reminders by popular creators embedded in the feed, making them both more effective and less annoying
  - We are working on such an approach for YT shorts, using popular **YT creators**
- For Risky participation
  - We are focused on helping Teens understand the risks when they share on YT
  - We do this via **in-product messaging and tips**
    - dont tell people your name, where you, be civil, etc.
  - Being in-product is super important vs. out-of-product help center articles or marketing sites
    - which dont attract much user (let alone teen) attention
- We have a few other options in the hopper as well
  - Such as looking at ways to boost better content to teens, but too early to share more here



Roadmap Highlights **|VIBE Wellbeing Content updates**



Slide 1

████████████████

feedback from ███████████████████████ :

Vibe - how to frame on how this is important to Teen Growth? Is Vibe enough?
█████████ ; 1/28/2023 3:23:15 AM

added appendix slide to show that our teen responsibility efforts in 2023 guardrail and complement our effort to grow teen viewership

https://docs.google.com█████████████████████████
████████████████████████
█████ 1/27/2023 2:31:42 AM

i think we have to address head on how we plan to answer the MLR feedback around impact proof before moving past US/VOD. any thoughts on this?
James Beser; 1/27/2023 3:28:33 PM

we can measure their repeated views in a session (pending legal) and can also do a UXR study
█████ ; 1/28/2023 3:23:15 AM

## Why Now? YT can do more to support teens and their wellbeing

**From teen perception survey responses and the internal responsibility product audit, YT risks falling behind**



**Teen wellbeing & mental health are in "crisis"**

U.S. Surgeon General Issues Advisory on Youth Mental Health Crisis Further Exposed by COVID-19 Pandemic

**Get off social media after a half hour and you might be happier**
A new study recommends limiting your time on social media to around 30 minutes a day.

**Increased regulatory scrutiny & legislation for tech companies**

...platforms and other interactive digital service providers should be required to prioritize and ensure the health, safety and **well-being** of children...

1 Source: Comparison on Youth Responsibility Product Audit
2 Source: Q4'21 Brand Health Tracker, Showing TB/T2B perceptions among weekly+ users of the platform aged 14-17 years old.
3 US Surgeon General Issues Advisory on Youth Mental Health Crisis
4 Source: Whitehouse FACT SHEET President Biden to Announce Strategy to Address Our National Mental Health Crisis

**Privileged & Confidential**

---

If you remember from the comparison of youth responsibility study a couple months ago, there's a gap and teens want us to do more to support them

1. We know that for Gen Z, responsibility is a platform differentiator
2. Regulators and KOFs are increasingly focused on teens and not just u13. In the State of the Union address, the White House administration urged Congress for more legislation to protect the safety and well-being of youth.
3. This is also an area where other companies, especially youth-focused companies, have started to invest significant resources. From our Brand Health Tracker data. Teens think Instagram care more about its users than YT in Brazil and we're seeing a similar directional trend compared to Tik Tok in the US. Teens also think YT cares about its users **less** compared to the 18-44 age group. Thus, the youth are often more critical of YouTube when it comes to well-being, compared to other platforms and users from older age groups.

Our challenge here is to figure out how to apply some of our learnings on quality, safety, parent tools, and responsibility for younger children to teens



2022 Recap |**Understood challenges with current measurements**

Responsible    Fun    [7]**Measurement**

[17]

**LEARNINGS**

**Declared Teens has acceptable Precision but low Recall**
*Issues → P/R (66/27). Teens mostly declare themselves to be older. Only 27% of them declare themselves to be in the same age bucket. (source)*

**Using daily updated age buckets for GenZ measurement not ideal**
*Issues → We are mixing true user behavior change and age bucket change which does not paint the right picture (source)*

[3] **of NEW MAU are GenZ users (13-24)**
*Issues → GenZ users are much less likely to retain after 1 yr retention compared to non-GenZ retention of [ ] ) (source)*

**GROUNDWORK for 2023**

Defined a new way to measure teen engagement and ▆▆▆▆▆▆ *more details*

▆▆▆▆▆▆ for Teens unblocked by legal

Fo[18]s on "new users" and identifying opportunities to improve the experience.

## Slide 1

This one seems out of place as it's a growth strategy vs measurement.
James Beser; 1/27/2023 3:02:12 PM

might want to clarify that these are declared GenZ, which might actually includes a lot of teens
1/27/2023 1:56:08 AM

Problems

1. Can run experiments on the declared demo
2. Teams are not evaluating against Teens
3.

Learnings
- Best practices
-
Jyoti Ramnath; 1/27/2023 5:36:17 PM

feedback from
: can we state what is size of teens globally to show how big the opportunity is globally?
; 1/26/2023 11:40:03 PM