# AMENDED Exhibit 692

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** ██ ████ (Google Docs) [d+MTA4MTM2MjgwNTIwNzcyNjk0OTc4-MTE1OTc3MDYwMTI2OTU0MDgxNTI1@docs.google.com]
**Sent:** 6/22/2018 10:59:55 PM
**To:** ████████
**Subject:** Main App Update (go/MainAppUpdate)

██ ████ resolved action items and comments in Main App Update (go/MainAppUpdate)

Resolved

1 action item, 4 comments

Resolved

Action Items

 ██ ████

Live Chat in the Engagement Panel: Ramping up to 100% (+5.3% Live WT)

████████ - Specifically calling this out (referencing the Live WT gain. If there's any uncertainty here, please edit)

*Assigned to you*

 ██ ████

*Marked as done*

ReplyOpen

Comments

 ██ ████

Digital Wellbeing: Time Watched profile (announced at Google I/O) is ramping up to 1% this week

████████

Added this FYI

 ██ ████

*Marked as resolved*

ReplyOpen

CONFIDENTIAL



and Separation of YT Music & Main App history and playlists to support the Remix launch

Is this all synced up with wellbeing, etc.?

 **Reid Watson**
Yep, we've made sure that both the in-product text and HC article reflect this change.



*Marked as resolved*

**ReplyOpen**

Swipey Watch on Android launched to Google-wide dogfood on 6/19. 1% baseline experiment planned with v.13.25. Continuing to debug results from the Swipey iOS 13.20 experiment; new round of experiments launching this week and includes 9 critical bug fixes (analysis available 6/26) Full screen: Code complete on milestone #1 (Bigger Watch Next Thumbnails) on iOS in v.13.24; 1% experiment on iPhones targeted for 6/26. Targeting 13.25+ for the Android code complete milestone and 1% experiment. Progress starting on milestone #2 (New header and entry points for fullscreen actions) Live Chat in the Engagement Panel: Targeting 6/19 for 100% launch (+5.3% Live WT) Watch Platform: Finalizing PRD and UX framework for "Beyond the Player." Eng design work scoped for Q3

PTAL and edit where needed

CONFIDENTIAL



Updated this based on discussions at meetings.

- Do you want to call out plans for SwipeDisabledMinimalist in here or hold until we can confirm trends?



Let's hold-off on SDM for now - there's plenty to unpack in the Swipey update, and I think it's hard to explain what SDM is anyway.



Thanks for adding this - LG2M

Marked as resolved



ReplyOpen

Over 450k users have enabled the take a break reminder, and the reminder itself triggered 2.7M times. 770k users have enabled the notifications scheduled digest, with 65% of our digest notifications going to users with 32+ subscriptions.

tead with Time Watched Profile?



Yes, Reid can you please update

**Reid Watson**
Updated!

CONFIDENTIAL

GOOG-3047MDL-05189739



*Marked as resolved*

ReplyOpen

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads. Change what Google Docs sends you. You can not reply to this email.



CONFIDENTIAL

GOOG-3047MDL-05189740