# AMENDED Exhibit 693

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Case 4:22-md-03047-YGR    Document 2870-5    Filed 03/24/26    Page 6 of 25

## Major Milestones

For US launch in Q1, we will add:
- Text Timeline
- Segment import (including refactored standalone camera/gallery)

Additional Q1 work that may not be included in the initial US launch:
- Color correction filters in Camera and Editor.
- Extended recording mode, e.g. 60s.

For global launch (expected in Q2), we aim to add most or all of:
- Clip editing
- Draft projects
- Face retouch
- Multiple audio tracks.

Subsequent milestones are shown in the table below. This includes all major features currently planned, but not all expected engineering tasks in full detail.

| 2021 | | | |
|---|---|---|---|
| **Q1 (US launch)** | **Q2 (global launch)** | **Q3** | **Q4** |
| Text Timeline | Clip editing | Lighting enhancement | Text motion/transitions |
| Segment import | Greenscreen v0 | Greenscreen v1 | Camera assistant v1 |
| In-camera filters | Face retouch | Multi-import | Transitions |
| Editor filters | Android client-side rendering (local save) | Voiceover | Video Remix |
| 60s gallery trim | Drafts | Effects Timeline | Audio Effects |

**Commented [15]:** I wonder if we should prioritize green screen over multiple audio tracks. Seems to be more competitive edge.

**Commented [16]:** Great feedback about green screen vs. audio compilations. I'm assuming you're referring to Green screen v1 - I think it has the potential to be competitive edge if we allow you to use any YT videos for background.

The original rationale was that green screen is more of a market bar item as it's available on TikTok (very popular), but neither TT or IG support multiple audio tracks, so audio compilations could also be a competitive edge for us.

**Commented [17]:** ▮▮▮▮▮▮▮▮▮ Where would Saving to Gallery fall in? Is that the Android client-side work highlighted? This would be giving creators ability to save their Short to the camera roll (potentially with the Shorts watermark on them). _Assigned to ▮▮▮▮▮▮▮_

**Commented [18]:** Yes, that's blocked by client-side rendering on Android. I think Save to Gallery belongs in Q2 as a follow-on to that item. Added.

**Commented [19]:** ▮▮▮▮▮▮▮▮▮ FYI draft PRD here: go/shortsClipTrim

GOOG-3047MDL-04732908

| Standalone gallery | Multiple audio tracks | Scenes | Collaborations (social creation) |
| --- | --- | --- | --- |
| | Extended recording (e.g. 60s) | | Lyrics |