# AMENDED Exhibit 703

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

EXHIBIT 15
Deponent BESER
Date 4/2/25 Rptr.
WWW.DEPOBOOKPRODUCTS.COM

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-01608261



Vision and strategy
Q2 2016

Confidential & Proprietary



And with 250M kids under 13 in the short term contribute meaningfully to DAV growth

Market sizing:

~30M tweens

## YTK Growth Strategy: Become a Daily Tool for All U13 Kids Globally
*Reach xxM DAVs by the end of 2017 by focusing on Reach and Engagement*



**1) Grow Reach**   TAM: 250M

Activations

Goal

6M   As of May 1

2M

DAV

**2) Encourage Engagement**

---

| **1) Grow Reach** |
| *Increase app footprint* |

1. I18n
2. New distribution channels (i.e. living room)
3. Parent 'deal-break' features (i.e blacklisting)

| **2) Encourage Engagement** |
| *Be a part of the daily routine* |

1. Channel subscription
2. Create, upload and share (i.e. Musica.ly)
3. Kid friendly commenting

| **3) Thread the needle, YTK→Main** |
| *Age-up YTK, Age-down Main, Kid accounts* |

1. Age-up YTK for 8,9 and maybe 10
2. Age-down Main w/ logged-in only features
3. Kid accounts that bridge #1, #2 and 13+



Engage (entertain), enrich, explore

Content

Market sizing:

Monetization
/Commercial

~30M tweens



Engage (entertain), enrich, explore

Content

Market sizing:

Monetization /Commercial

~30M tweens

# How does this report fit into the "needs" discussion?

Just to recap, in go/ytneeds, we found that people watch videos for the reasons below. In this report, we revisit these needs for cases of parent and kid watching on YouTube (N = 283):

  

## Information

get the **latest** information
learn for **self-development**
find **instructions** on doing something
make a **decision**

## Entertainment

**enjoy** a favorite show
have a laugh and **feel happy**
**relax** after a long day
kill time and **relieve boredom**
get **inspired** to start the day
help getting **focused** on a task
be **nostalgic** with good oldies

## Connection

share a video with a contact (**proactive**)
bonding time (**mutual**)
watch friend's suggestion (**reactive**)

## YTK Growth check in







Strategy: "Age-up" with features and content to address Tweens

*Create 'sticky' features that increase value proposition for transition to main for Tweens and Teens*

**① Kids (>3)    ③ Tweens (>8)    Teens (>13)**

② →    ? →

**Strategic questions**

① Has the existing YTK app 'solved' for the >7 use case?

② How do we transition Users gracefully to the Main app?

③ What app, features and content will appeal to Tweens?

*Content*
Engage (entertain), enrich, explore

*Monetization/Commercial*
Market sizing:

~30M tweens



### Roadmap
*Focus on content push*

- Living room
- Channel subs
- Rec's
- Quizzes, CYOA

### Content
*Focus on xxx*

Blurb on strategy, KPIs
with logos underneath?

Goal: Max WT/DAV

(2) Search and Discovery

*Encourage Kids to explore their interests through kid-focused search features*

**What we've learned (link):**
- 60% of tweens in the US use Youtube as their main Search engine
- 13% of Watch Time today, could be higher
- *Any Insights from search stats (most searched kw, other stuff, i.e minecraft top 5 kw)*

| Roadmap | Content |
|---|---|
| *Focus on new Search UX* | *Focus on xxx* |
| • Conversational Search | Blurb on strategy, KPIs with logos underneath? |

**Goal:** Max WT/DAV

**3** **Create/Curate/Share**

*Tweens (8-11) as Creators and Curators putting video at the heart of kid-focused social network*

**What we've learned (link):**
- Finding cool YouTube videos to share is a form of social capital
- Watching videos is a favorite activity on social networks and when hanging out with friends

| **Roadmap** | **Content** |
|---|---|
| *Parental oversight focus* | *Focus on PG, Gender-specific* |

**Roadmap**

- Parent accounts/controls
- Full (credit-card) consent for creation and upload

**Content**

- Gender split
- Gaming, comedy and music (link)

Goal: Max WT/DAV



YTK Strategy: Age-up with features and content

**Content**
Engage (entertain), enrich, explore

**Monetization /Commercial**
Market sizing:

~30M tweens



YTK Strategy: Logged-in media and discovery app for U13 Kids worldwide
*Kid-ify the best of Google and make accessible in YTK --> empower the next generation of Google Users*

**"Age up" with features and content across three areas:**

Younger ← → Older

Engaged

3 Create/Curate/Share

Graduation (>13)

2 Discovery and exploration

1 TV but better (for kids and parents)

Passive

*300M Kid-safe videos*

Key Feature(s) — Personalized Rec's — Search-driven topic exploration / Conv. Search — Kids as Creators / Safe sharing with like-minded kids

Market sizing:

Content

Monetization /Commercial ~30M tweens



## YTK monetization is a balance of Ads and Red
*Main value-add today is turning off ads, potential opportunity in the future to have Red-only features*



**Near-term: Red value add for Users is offline**
- Turns off ads (we dont really have ads now)
- YTO (Nothing for kids, yet)
- Offline (too soon to tell value for users)

Focus: Get more ads (question: what ad load per user creates and impetus to sign up for Red?)

**Longer-term: Red value add for Users is offline**
- Turns off ads (we dont really have ads now)
- YTO (Nothing for kids, yet)
- Offline (too soon to tell value for users)





## YTK Growth Strategy: Become a Daily Tool for All U13 Kids globally
*Continue to focus on increasing our Reach (MAV), etc while putting more effort into Engagement (DAV)*

Reach (MAV)

xxM

yyM

**Upper-bound: 250M DAV**

*Assumed low/zero for now*

6M — Avg User weekend-only

Age: 2-8

2M

Age: 9-13

**Routine (DAV)**

| Grow Reach | Encourage Routine |
| --- | --- |
| 1. i18n | 1. Non-Entertainment use cases (i.e Social) |
| 2. Increase surface area (i.e. living room) | 2. Better mobile experience? (majority tablet today) |
| 3. Launch 'deal-break' features (i.e blacklisting) | 3. Content: Personalized morning show? |

# YTK User Growth strategy

*Reach 100% of the world's U13 kids*

|  |  | Kids (2-8) | Tweens (8-11) (2) | |
|---|---|---|---|---|
|  |  | All | Girls | Boys |
| i18n (1) | EN | x% | x% | |
|  | SP | x% | x% | |
|  | EN_IN | x% | x% | |
|  | EN_IN | | | |
|  | | | | |