# AMENDED Exhibit 704

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-00122963



# THE YOUTUBE GENERATION

Shaping Community and Creative Culture Today





This video is WIP





nations largest living generation (overtook boomerS)

buying power of Gen Z : Mintel puts their spending power at close to $200 billion annually when you factor in their influence on parental or household purchases

Gen Y: $200 billion in annual buying power (according to accenture 2014)



Slide 1

DATA SHARING NOTE: 70%+ logged in watch hours stat GOOGLE
INTERNAL ONLY (cannot be shared with clients)
████████████ 4/15/2016 5:26:03 PM







You cant talk about teens and millennials without getting the stereotypes out of the way - about the stereoteypes: entitled; self-absorbed; add; etc



- 58% of teens say "my generation is more creative than my parent's generation" - and the majority of their parents agree: 56% of 34+ agree that "my children's generation is more creative than my generation"

Their engagement with their favorite creators, content and hobbies is all-encompassing and 'obsessive' - and fuels their creativity.





- Not only is being on #*trend* important to the YouTube Generation, they like t
to know - because there is social capital in participation. Being the first to sh
something, being able to participate in the conversation around something t



You cant talk about teens and millennials without getting the stereotypes out of the way -  about the stereoteypes: entitled; self-absorbed; add; etc



# Shaping the future

These creators are shaping the culture and perspective of the YouTube Generation

|  | YouTube Creator Subscribers | | |
|---|---|---|---|
|  | 13–17 | 18–34 | 35–64 |
| YouTube creators change and shape culture | 71% | 70% | 65% |
| A YouTube video has changed my life and/or how I see the world | 64% | 59% | 47% |
| A YouTube creator has changed my life and/or how I see the world | 63% | 52% | 47% |
| My personal opinions (e.g., politics, lifestyle, beliefs) have been influenced by a YouTube creator I follow | 56% | 53% | 43% |
| I am more likely to follow the advice of a YouTube creator than of a TV/movie persona ity for my lifestyle choices (e.g., values) | 62% | 56% | 42% |
| I'll drop what I'm doing to watch a new video from my favorite YouTube creator | 53% | 52% | 41% |

© 2016 YouTube LLC.

YouTube Ipsos Study Nov 2015








Slide 1

4                 DATA GOOGLE INTERNAL ONLY
                  ███████████ ; 4/15/2016 5:31:35 PM



**THEY'RE CHANGING HOW AND WHERE THEY CREATE AND GROW SOCIAL BONDS**

- they are more socially connected than any generation before them



**THEY'RE CHANGING HOW AND WHERE THEY CREATE AND GROW SOCIAL BONDS**
 - they are more socially connected than any generation before them





