# AMENDED Exhibit 705

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native



EXHIBIT 3
WIT: Hardie
DATE: 3/25/25
Maureen O. Pollard, RDR

CONFIDENTIAL

GOOG-3047MDL-00579554







Can we add a chart with revenue over the last 8 qtrs?  Numbers are:

Q1 '13 -- 471.2M
Q2 '13 -- 585.6M
Q3 '13 -- 618.3M
Q4 '13 -- 826.0M
Q1 '14 -- 690.5M
Q2 '14 -- 866.7M
Q3 '14 -- 883.2M
Q4 '14 --1,174.9M



Can we add a chart with revenue over the last 8 qtrs?  Numbers are:

Q1 '13 -- 471.2M
Q2 '13 -- 585.6M
Q3 '13 -- 618.3M
Q4 '13 -- 826.0M
Q1 '14 -- 690.5M
Q2 '14 -- 866.7M
Q3 '14 -- 883.2M
Q4 '14 --1,174.9M

