**AMENDED Exhibit 710**

**PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-02113187

# YT Growth Notifications

yt-growth-team@, yt-boomerang-team@
August 2017
go/yt-growth-notifications-slides

Confidential & Proprietary

**You Tube**

Adapted from slides by ███████████ :
https://docs.google.com/███████████
███████████

# Growth Team @YouTube

Team formed in 2015 (yt-growth-team@)

Focus on increasing daily active viewers (DAVs)

Key areas / growth levers

- *Mobile notifications & e-mail*
- Off-site ads
- Front-end / UX (e.g., reducing perceived latency)

Confidential & Proprietary

While total watchtime has always been a key metric for YouTube, focus of this team is increasing the size of the active user base (DAVs).
To do this, we have been focusing on three main areas, or growth "levers."
I'm the TL of the group building mobile notifications for growth.
We have a partner team in LAX that builds the infrastructure for delivering notifications via multiple platforms (Android, iOS, Chrome, email, etc.)



# Metrics & Experimental Methodology

**Growth Metrics**

*Incremental* DAVs, *Incremental* DNOs (daily unique openers)

Measured using a ***counterfactual holdback*** setup.

Two experimental arms (experiment, control). For users in the control group, if a notification would have been sent in the experiment, log a counterfactual record instead. Measure the difference in DAVs and DNOs across the two groups over time.

**Quality / UX Metrics**

Open-rate, "Good" Open-rate, Watchtime following a click
Opt-out rate
Human Eval (e.g. Google Opinion Rewards, HaTS) for sanity-checks

Confidential & Proprietary

