# AMENDED Exhibit 711

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native



CONFIDENTIAL

GOOG-3047MDL-04618585



# YouTube S&D satisfaction & responsibility

ARMG

March 2018

1   Confidential & Proprietary

**Share with**



Lily Gomperts



Speaking point: Search has always used BU and focused on objective "quality"

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-04618585

**BEGATTACH:**

**ENDATTACH:**

**PRODVOL:** PROD027

**Custodian:** KIM, WOOJIN

**File Path:** /NATIVES/NATIVE1377/GOOG-3047MDL-04618585_CONFIDENTIAL.PPTX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 2BDADA0E5437D0CB0546414ACE558749

**Document Type:** POWERPOINT

**Author:** ██████████████████

**Family Date:** 4/17/2018 10:35 PM

**Last Modified Date:** 4/17/2018 10:35 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** YT SEARCH BRAINSTORM - RESPONSIBILITY.PPTX

**Title:** YT SEARCH BRAINSTORM - RESPONSIBILITY.PPTX

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO

Case 4:22-md-03047-YGR     Document 2870-12     Filed 03/24/26     Page 13 of 13

**REDACTIONS:** NO