# AMENDED Exhibit 808

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:**   Nona Farahnik Yadegar ████████]
**Sent:**   10/13/2020 7:48:01 PM
**To:**     Evan Geary ████████]
**Subject:** Re: Spotlight Q

lol ur emails are so funny

On Tue, Oct 13, 2020 at 5:17 PM Evan Geary ████████ wrote:
  Worth noting that all Spotlight content will be pre-reviewed by humans (TBD on how long that lasts).
  Not sure what to say about addictive endless scrolling. We already have an endless scroll design in Discover
  and I think we wish it was more ~~addictive~~ compelling.


On Tue, Oct 13, 2020 at 5:07 PM Jennifer Stout ████████> wrote:
  Rachel was not aware of the answer to the first question on the Social Dilemma and Spotlight. She agrees it is
  totally off and will work with Kevin to re-do.


On Tue, Oct 13, 2020 at 6:35 PM Mike O'Sullivan ████████ wrote:

# Redacted--AC

PRIVILEGED & CONFIDENTIAL

# Redacted--AC

HIGHLY CONFIDENTIAL (COMPETITOR)



Δ π **EXHIBIT** *17*
Deponent *Yadegar*
Date *12/16/24* Rptr. *VE*
WWW.DEPOBOOKPRODUCTS.COM

SNAP1393050

# Redacted--AC

--
Mike O'Sullivan | General Counsel | Snap Inc.

If you work at a Snap Inc. company, chances are this email is privileged. It's certainly confidential.

--
Mike O'Sullivan | General Counsel | Snap Inc.

If you work at a Snap Inc. company, chances are this email is privileged. It's certainly confidential.

--
**Evan Geary**
Policy Manager
Snap Inc.
c: █████████

--
Nona Farahnik Yadegar
Head of Product & Content Policy | Snapchat
Snap Inc.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1393051

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1393052

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP4782071-SNAP4782126

**Custodian:** YADEGAR_NONA

**Author:**

**Filename:** T&S SAFETY INITIATIVE - SECURITY (NO CONTENT).PPTX

**Create Date:** 12-21-2018 12:00 AM

**Last Modified Date:** 12-21-2018 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /T&S SAFETY INITIATIVE - SECURITY (NO CONTENT).PPTX