# AMENDED Exhibit 810


# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Commerce Distribution through Gamification - 1 Pager

Author(s): ▮▮▮▮▮▮▮▮ Date: 05/31/2022
Last significant update: 05/31/2022

**Problem Statement**    2

**Snapscore on Snapchat**    2
     What is Snapscore?    2
     How is Snapscore calculated?    3 [S2]
     How popular is Snapscore?    3
     Learnings    4

**Proposal**    4
     Proposal #1: Piggyback on Snapscore    4
     Proposal #2: (Recommended) Commerce specific scorecard "Shopscore"    5

**Open Questions/Next Steps**    5

**Review Meeting**    6

**Appendices**    6

EXHIBIT 20
WIT: Boyle
DATE: 4/2/25
Maureen O. Pollard, RDR

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1713225

## Page 1 Comments

S1    On the design team, we've semi-agreed that Snapchatters have enough metrics to worry about. I don't think it's great to fixate on score, but instead to focus on loyalty and rewards as they relate to businesses.
████████████, *6/1/2022 03:03 PM*

S2    Makes sense. The doc uses Snapscore as an inspiration for how we can drive engagement through gamification. The proposal section focuses on how we can compute a score/loyalty points and use that to unlock content and product for Snapchatters.
████████████ *6/1/2022 04:25 PM*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1713226

# Problem Statement

Snapchat caters to the GenZ population, specifically more than two-thirds of DAU are in the 13 - 35 year range (ref). As per this research report from Snap, *Gen Z will become an engine of consumer spending with projections that they will support $3.1 trillion of spending in these markets in 2030.* In markets like China, gamification is *the* primary driver in driving shopping behavior (ref) where *the consumers, or players, can spend hours playing, discovering, and purchasing products that they like, often in close contact with their friends and families.*

We have aggressive organic shopping DAU and DSI goals (4.5MM by end of 2022) and we need to build unique and novel social shopping experiences that will reach the GenZ audience and keep them coming back to the different shopping experiences across Snapchat surfaces.

One area we have not yet explored as part of the Commerce distribution strategy is social gamification, which tends to be popular amongst the younger demographics. Today Snapchat has a few gamification features, the most well known being Snapscore. The goal of this document is to analyze data on how Snapscore works and propose ways in which we can take *inspiration from this idea* and potentially extend it to on platform Commerce.

# Snapscore on Snapchat

## What is Snapscore?

Snapscore is a part of your profile. The description in the app essentially says it increases with every Snap you send and receive.



HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP1713227

## How is Snapscore calculated?

There are a ton of articles on how Snapscore is calculated and multiple ways that Snapchatters can increase/hack their score. Here is one from <u>Business Insider</u>. In reality, it's a very simple formula but the article gets it wrong. My theory is that Snapscore does not update real time and this makes it hard to pinpoint what goes into increasing your score, as a result therefore feeding into the gamification mindset among Snapchatters.

Here is the actual formula (<u>reference</u>):

> **Snapscore = Number of Snaps sent + Number of Snaps received + Stories post count + 100\*(Snaps via legacy paid replays)**

Once a snap has been sent, it needs to be opened for the sender and the recipient to increase their score. This is done to prevent abuse where a sender can spam recipients to drive up their score (read more <u>here</u>). In addition to Snaps that are shared, Snapscore also increases for every Story that is posted.

Streaks are another      [S3]

## How popular is Snapscore?

TL;DR there isn't a direct CTA metric that shows how popular Snapscore is. Anecdotally, it's something I have experienced personally where I have seen Snapchatters compare scores. Also there is some data below indicating certain factions of Snapchatters care about high Snapscores.

We pulled the Snapscores for global DAU on 5/1/2022 (see appendix A for query). Since this dataset is very large, we ran an approximate quantile function on the data and we get the following distribution of Snapscores. You can read the table below as: on 5/1/2022, 50% of the DAU had Snapscores between 0 and 4827.

| Percentile | p10 | p25 | p50 | p75 | p90 | p99 |
|---|---|---|---|---|---|---|
| **Snapscore** | 6 | 106 | 4827 | 43023 | 156603 | 810700 |

Open Questions:
1. How often do users view their Snapscore to prove it's directly correlated with engagement? Since it's part of the profile, do we even have this metric?    [S6]
   a. No, as per the BI team.
2. Do we have any user experience studies that indicate how and why Snapchatters increase their Snapscore?

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP1713228

## Page 3 Comments

S3      We should look into Streaks
        ███████████ y, 5/31/2022 04:21 PM

H4      great lol
        ███ ███ 5/31/2022 04:06 PM

F5      Do we log # of event that user opens snapscore UI?
        ███ 5/31/2022 04:11 PM

S6      The issue is the snapscore UI is the same as the profile UI, so we can't separate out the
        metrics
        ████████████ y, 5/31/2022 04:39 PM

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP1713229

a. TBD. I only reached out to the Profile engineering and BI team (███████████ ███████████ It was suggested that the product team might have more details.

## Learnings

1. **Snapscore is simple to implement but looks like a complex system to Snapchatters.** It's an elegant gamification solution to keep Snapchatters engaged in Chat streaks and Story posts. [M7]
2. **Snapscore seems popular but it's hard to quantify this**. There is no clear metric which tells us how Snapchatters use this feature.
3. **Snapscore is purely cosmetic (right now)**. Having a high score doesn't get you any advanced features. With Snapchat+, there is a proposal to show your closest friends based on how many snaps and chats you share with them, which indicates Snapchatters care about knowing how their friends are doing (underline reference). Snapchat+ subscriber will see how their friends stack rank based on how much they chat and snap with friends. For example, if I look at ████s profile it will say ████ is your 5th closest friend and I am her 10th closest friend".

# Proposal

Snapscore is a simple yet effective tool to keep Snapchatters engaged to create Snaps and Stories. We can use a similar approach to drive organic shopping behavior. [S8]

## Proposal #1: Piggyback on Snapscore

**User Experience:** We update the Snapscore formula to include shopping behavior, specifically when you share Chats and Snaps which have Commerce features such as Shopping Stickers, PDPs, Stores. For example (the numbers listed here are for example purposes only):

1. If you share a snap with a shopping sticker, your score increases by 2 instead of just 1 for the Snap.
2. If you receive a snap with a shopping sticker and click on the PDP, your score increases by 5.
3. If you buy a product from a native store, your score increases by 10. [Y11]

**Dev estimate:** Medium T-Shirt Size [S13]
We need to call an Atlas API to update the Snapscore. Here are links on how the score gets updated in Chat (link 1, link 2) and Stories (link 1, link 2) that we can model the implementation on.

**Pros**:

1. We leverage an existing gamification tool that Snapchatters are already trying to optimize

Page 4

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1713230

## Page 4 Comments

M7    snap streak is a really addicting feature according to personal experience. There is a specific customer support section on "lost streak" since too many ppl are querying it, so customer ops team should have analysis, FYI. cc @███████████████
███, 5/31/2022 04:09 PM

S8    Some concerns from Evan on gamification wrt Streaks
████████████████ 5/31/2022 04:20 PM

Y9    Do we explicitly show a message to users that there is a snap score increase due to their shopping behavior?
██████████ 5/31/2022 04:04 PM

S10    That's an open question. Snapscore keeps things hidden, we might want to test this and see what behavior Snapchatters prefer (for it be an open system vs closed system like it is today)
██████████████, 5/31/2022 04:06 PM

Y11    If we don't show this, it is hard for users to figure out the relationship. Then it is hard to use this feature to increase shopping engagement.
██████████ 5/31/2022 04:11 PM

S12    If we are changing the formula of existing snap score to include shopping and rolling it out to all Snap Users while ensuring it doesn't negatively impact existing score I can see that being a large project.
██████████ 5/31/2022 04:06 PM

S13    That's fair. My sense the code change will be small/medium, cross functional alignment will be at minimum a large
██████████████, 5/31/2022 04:07 PM

HIGHLY CONFIDENTIAL (COMPETITOR)

**Cons:** [S14]

1. It will be hard for Snapchatters to discover this feature unless we give them a tooltip the first time they use a Commerce experience.
2. There is no clear PM owner for Snapscore and getting PM alignment will be tricky if we want to add organic commerce features to the existing definition of Snapscore. [H15]

[S21]

## Proposal #2: (Recommended) Commerce specific scorecard "Shopscore" which gives early access to exclusive content and merchandise

To make a commerce specific scorecard self-explanatory, we can invest in a Shopscore, which specifically tracks commerce specific actions like browsing PDPs and stores through any entry point in the app, adding Favorites and purchasing products through native checkout. Based on your score, you fall into different tiers and on upleveling through tiers you can unlock exclusive access to content and merchandise that you can share!

**Base User Experience to increase Shopscore:**
1. Your Shopping Profile shows Shopscore.
2. Every message you send with a Shopping link and it is opened by the recipient the score goes up by 1.
3. Every time you view a PDP or Store through an organic entry point (not sponsored), we increase your score by 1.
4. Every time you add a Favorite, your score increases by 1.
5. Every time you make a purchase, your score increases by 10.

**Advanced features:** [D25]
1. **(Preferred) Uplevel based on your Shopscore.** We can define levels like Silver, Gold, Platinum that Snapchatters can try and aim for. [P29] As you hit these higher levels, we provide advanced shopping features such as drops, early product previews.

**Ideas that we will not pursue:**
2. **Shopscore translates into actual discounts like loyalty points.** For example, 100 Shopscore will give you $1 off on a native purchase. [D33]

**Pros:**
1. We control how this score gets defined and make it a new gamification tool Snapchatters want to optimize.
2. We have the **added benefit  to bring Snapchatters to their Shopping Profile** which has a distribution issue today.

**Cons:**
1. Introducing Snapchatters to this feature will be tricky as it needs the Shopping Profile to be more visible and it's hidden in the Profile menu today. [S34]

Page 5

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1713232

## Page 5 Comments

**S14**    Could have negative effect on the existing Snap score

▮▮▮▮▮▮▮▮▮▮ y, 5/31/2022 04:27 PM

**H15**    yeah

▮▮▮▮ ▮▮▮▮ s, 5/31/2022 04:11 PM

**H16**    we need to build this for targeting/ranking anyway, this would surface it in a way and /or unlock new features. The incentives would be critical to justify surfacing this in the app

▮▮▮▮▮▮ e, 5/31/2022 04:29 PM

**Y17**    Maybe a special shopping bitmoji Avatar?

▮▮▮▮▮▮▮▮ g, 5/31/2022 04:05 PM

**S18**    Oooh nice one.

▮▮▮▮▮▮▮▮ y, 5/31/2022 04:06 PM

**M19**    +1

▮▮▮▮▮▮ 5/31/2022 04:14 PM

**S20**    Explore making this a hidden score, related to Snap exclusive features instead of $ value

▮▮▮▮▮▮▮▮▮ y, 5/31/2022 04:25 PM

**S21**    concept of a power shopping score

▮▮▮▮▮▮▮▮ y, 5/31/2022 04:26 PM

**Y22**    +1 love this

▮▮▮▮▮▮ g, 5/31/2022 04:06 PM

**D23**    Loyalty points is something that comes out of my mind after reading the doc

▮▮▮▮▮ n, 5/31/2022 04:07 PM

**R24**    there is just one caveat. Whenever there is a $ amount attached to a user action, we need to make sure it cannot be gamed (pun intended). I know that the points for opening a PDP or favoriting something are small, but there is a chance that this will favor "fake" shopping behaviors

▮▮▮▮ ▮▮▮ e, 5/31/2022 04:11 PM

**D25**    Maybe we could also explore leveraging Snap Tokens, which separates organic ones and ones gifted by Snap

▮▮▮▮▮▮ e, 5/31/2022 04:15 PM

**P26**    Status or perceived status is a really powerful lever to drive behavior (think hotels and airlines). Monetary rewards in #1 are cool, but really costly to ensure they aren't abused.

I think giving access to exclusive drops/stores/merchandise might be easier for us to manage and would drive content creation. Something like make 10 purchases or 100 Snaps with Shopping Lenses gets you Gold status and you have exclusive access to a limited number of Supreme or gear or Jordan's sneakers. Content then featuring the exclusive product then gets shared creating FOMO

cc @▮▮▮▮▮▮▮▮▮▮



▮▮▮▮▮▮ 6/1/2022 09:17 AM

**H27**    +1000

▮▮▮▮▮▮ s, 6/1/2022 09:28 AM

**S28**    Thanks for the input ▮▮▮! Totally onboard with upleveling to unlock exclusive access to content/product and this also ties in with plugging into the social aspect of Snap that works today.

## Page 5 Comments (Continued)

P29    I also think if you can share your status level (i.e. gift them Gold/Platinum) to 1-2 friends it would create a stir (in a good way)
       ▮, 6/1/2022 10:51 AM

Y30    +1 love this
       ▮ 5/31/2022 04:06 PM

D31    Loyalty points is something that comes out of my mind after reading the doc
       ▮, 5/31/2022 04:07 PM

R32    there is just one caveat. Whenever there is a $ amount attached to a user action, we need to make sure it cannot be gamed (pun intended). I know that the points for opening a PDP or favoriting something are small, but there is a chance that this will favor "fake" shopping behaviors
       ▮ 5/31/2022 04:11 PM

D33    Maybe we could also explore leveraging Snap Tokens, which separates organic ones and ones gifted by Snap
       ▮ 5/31/2022 04:15 PM

S34    shopping tab on the main screen? Not sure Evan gonna approve it
       ▮ 5/31/2022 04:11 PM

HIGHLY CONFIDENTIAL (COMPETITOR)

# Open Questions/Next Steps

1. Review doc with EMs to decide if this is worth pursuing. Date: 5/31
2. Find more relevant metrics for Snapscore popularity and get user experience research data from Profile product team.
3. Is this type of a feature only useful when we have more critical mass w.r.t native stores and PDPs? So better as a H1 2023 feature?
4. How do we prevent Snapchatters gaming the system to earn points?
5. Balance between privacy and collecting more data.
6. Streaks vs Snapscore
7. Incentivize social shopping, we need this to actually think about UX - talk to streaks PM

# Review Meeting

| Date | 05/31/2022 |
| --- | --- |
| Facilitator | ██████████████ |
| Note Taker | ██████████████ |

# Appendices

Appendix A: Snapscore query

```
SELECT
APPROX_QUANTILES(IF(score>0, score,NULL), 1001)[offset(101)] as p10_score,
APPROX_QUANTILES(IF(score>0, score,NULL), 1001)[offset(251)] as p25_score,
APPROX_QUANTILES(IF(score>0, score,NULL), 1001)[offset(501)] as p50_score,
APPROX_QUANTILES(IF(score>0, score,NULL), 1001)[offset(751)] as p75_score,
APPROX_QUANTILES(IF(score>0, score,NULL), 1001)[offset(901)] as p90_score,
APPROX_QUANTILES(IF(score>0, score,NULL), 1001)[offset(991)] as p99_score,
FROM
(SELECT
identity.ghost_user_id,
max(COALESCE(sentCount,0)+
  COALESCE(receivedCount,0)+
  COALESCE(storyCount,0)) as score
 FROM
`sc-analytics.report_user.identity_20220501` identity
JOIN `sc-analytics.report_app.dau_user_country_20220501` dau
ON identity.ghost_user_id=dau.ghost_user_id
AND APP_APPLICATION_OPEN_UU=1
group by ghost_user_id)
```

Page 6

HIGHLY CONFIDENTIAL (COMPETITOR)

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP1713225-SNAP1713235

**BEGATTACH:** SNAP1713225

**ENDATTACH:** SNAP1713235

**Custodian:** BOYLE_DAVID

**Author:**

**Filename:** COMMERCE DISTRIBUTION THROUGH GAMIFICATION.DOCX

**Create Date:** 6/16/2022 12:00 AM

**Last Modified Date:** 6/16/2022 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /COMMERCE DISTRIBUTION THROUGH GAMIFICATION.DOCX