# AMENDED Exhibit 811

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

3/8/2023, 4:13 AM UTC

Labels

type: document

Quip

# Increment Snapscore for Viewing Snaps in Group and 1:1 Chats

# Overview

As part of our Groups initiative, we want to reward and incentivize users who engage in Group behaviors, such as viewing Snaps. This proposal aims to increment a user's Snapscore if they view Snaps in Groups and in 1:1 conversations for consistency.

At the same time, we also want to test incentivizing Story posting, and want to try weighting points earned from Story posting, particularly in markets where we want to grow this.

Team

Sheet1

| Product Design | PM | Production Design | Localization | Engineering | QA | Comms / Marketing | Customer Ops | Data Science |
|---|---|---|---|---|---|---|---|---|
| ██ | Abby Tran Is██ | FILL IN | Tag ███, and when ready! | ████ | FILL IN | FILL IN | FILL IN | FILL IN |

Resources

- Figma: TBD
- Design Doc: https://docs.google.com/document/d/1JimHvPKCl2tRCJ1xGOwiwQuTSJiUrV3zZul3iQF1Qvl/edit#heading=h.fgff3ags142g
- Considerations Doc: https://docs.google.com/document/d/1DjcbEsZnsTH9zkWopbxeao0RTOyFQ8ZhtsrZeU_XGSM/edit#

Goals

- **Incentivize more Group Snapping**
  - Justification: Current Snapscores discount Snap sends into Groups by counting only a single Snap when sending into a Group, regardless of how many users are receiving the Snap. This project aims to add more weight to Snap sends in Groups
  - Success/KPIs: Group engagement metrics
- **Incentivize more Story posting**
  - Justification: Current Snapscores are heavily in favor of individual snap sending; in markets like India, this incentives mass fanout rather than posting to Stories.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                SNAP5154720