# AMENDED Exhibit 812

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

5/23/2017, 8:37 PM UTC

Labels

type: document

Quip

# [NUX] User score tooltip for New Users

## Feature Overview

User score is calculated by snap sent count + snap received count + stories post count. Given that the core value of Snapchat app is snapping. Educating users what score is and how to increase score may make user care about (if not become addictive to) their and score and thus encourage them to produce and consume more snaps, ultimately become high-quality users.

A successful example on promoting user score is Score trophy Emoji, assigning 7 different emojis for 7 score milestones: Emoji Trophies User Spec

## Feature Goals

1. increase business metrics:

   • active days on second week ,
• session time,
• session count

2.  increase creation metrics:

   • snap create
• snap sent
• story create
• story post

## Owners

   • Design: ███
• Engineering: [ENGINEERING LEAD: FILL IN]
• QA: [QA LEAD: FILL IN]
• Data Scientist: [DS LEAD: FILL IN]

## User Stories

## Stories

   • After a new user finishes registration and lands on Camera page, we show them tooltip on top of camera with [SCORE TOOLTIP STRING], clicking on it will lead them to profile page.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP6118652



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6118653

- Add a "Score" section below "Username" in Settings page, user score will be shown in setting cell, clicking on this cell will lead user to an explanation page how User score works.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6118654



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6118655

- Explanation page title shows [SCORE PAGE TITLE STRING], info section shows [SCORE PAGE INFO STRING]





## User Score

Your score is calculated by adding up the number of snaps you received and sent and the number of stories you posted. The more you snap, the higher the score is!

-

Implementation Details

<Implementation Logic, Edge cases, etc>

Strings (TBD, have to discuss with

[SCORE TOOLTIP STRING]:

[SCORE PAGE TITLE STRING]:

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP6118656

# Events

*To answer the questions, we will need to log the following events:*

## Experiment

- Study Name: PX_NEW_USER_SCORE_TOOLTIP
- Variables :
- Hypothesis:
- Success metrics:

## PX Voting Table (remove before sharing)

Sheet3

|  | A | B | C |
|---|---|---|---|
| 1 | Member | Back | Comments |
| 2 | ██ | | |
| 3 | ███ | | |
| 4 | ███ | | |
| 5 | █ | | |
| 6 | ██ | | |
| 7 | ██ | | |
| 8 | ██ | | |
| 9 | ██ | | |
| 10 | ██ | | |

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6118657

# Privacy Review

## Review Questions (eng)

*These questions must be filled out by an **engineer or engineering director two weeks before code freeze** for the target release. All answers should cover any existing and/or planned use of User Data for this feature. Checkout Engineering's User Information Usage Cheatsheet.*

# Redacted--AC

*Once this section is completed and the spec is ready for review….*

- Email ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ with...
  Subject: (Name of this spec) Body: (Target Release and Link to Quip).
- Fill in review request details below:

Sheet5

| | Review Requester | Date | Notes |
|---|---|---|---|
| 1 | | | |

## Review Results (law/sec)

*Only **Security and Legal** should fill in this section. If Approved, any future changes will require a new review.*

Sheet6

| | Review Type | Reviewer | Date | Status | Notes |
|---|---|---|---|---|---|
| 1 | Privacy - Engineering | | | | |
| 2 | Privacy - Legal | | | | |

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6118658

Thread class
    document
Created
    2017-05-23T20:37:34+00:00
Updated
    2021-05-26T02:51:31+00:00
Link
    https://snapchat.quip.com/YbrSAJIU2bdY
Shared folders
    Spec Dev in Progress
Expanded users



Users
    –

Urls

- https://snapchat.quip.com/ZuGeAdCXDX54
- https://quip.com/PPCAEAxLDYB
- https://docs.google.com/spreadsheets/d/110nB4WZRLgBZDgbqKUhx2jYSIGEgC6jrLb6OZF7cR0c/edit#gid=0
- mailto: ███████████████████████

Chat

- ████ ██████

I have a concern, as a new user, when I see the tooltip and go to the profile page, and see my score (most likely < 100) and I will end up wondering "so what?"

Do you think this should come hand in hand with some explanations about the trophy or some sort of rewards?



5/31/2017, 9:28 PM UTC
- ███ ████ ██

I have going to modify this quip not to target new users, but to target inactive users.
6/1/2017, 4:43 PM UTC

Edits

████ ██████ edited at 2017-05-25T20:51:16.066Z

- 
- ~~Background~~
- ~~HYPOTHESIS~~
- ~~Send push notifications to users when they are soon reach a next score milestone will increase users content creating, thus the retention to Snapchat app.~~
- ~~Reasonings~~
- ~~Another evidence is that when users experienced score loss, there would be wide range response in twitter expressing their affection to scores.~~

- ~~SETUP~~
- For inactive user, or users with score < 10, push notification (show tooltip?) to educate them how score work.

- For active users, push notification to user that they need 10 more snaps to reach the next score milestone, for example push notification when there score is 490 or 990.

-
- 1. increase business metrics:
- active days on second week ,
- session time,
- session count
- 2. increase creation metrics:
- • snap create
- snap sent
- story create
- story post

- Design:

- After a new user finishes registration and lands on Camera page, we show them tooltip on top of camera with [SCORE TOOLTIP STRING], clicking on it will lead them to profile page.
- *Image*
- Add a "Score" section below "Username" in Settings page, user score will be shown in setting cell, clicking on this cell will lead user to an explanation page how User score works.
- *Image*
- Explanation page title shows [SCORE PAGE TITLE STRING], info section shows [SCORE PAGE INFO STRING]
- *Image*
- Strings (TBD, have to discuss with ▉
- [SCORE TOOLTIP STRING]:

- [SCORE PAGE TITLE STRING]:
- [SCORE PAGE INFO STRING]:

- Study Name: PX_NEW_USER_SCORE_TOOLTIP

# Redacted--AC

▉ edited at 2017-05-23T20:37:36.410Z

- [NUX] User score tooltip for New Users
- Feature Overview
- Background
- User score is calculated by snap sent count + snap received count + stories post count. Given that the

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6118660

core value of Snapchat app is snapping. Educating users what score is and how to increase score may make user care about (if not become addictive to) their and score and thus encourage them to produce and consume more snaps, ultimately become high-quality users.

- HYPOTHESIS
- Send push notifications to users when they are soon reach a next score milestone will increase users content creating, thus the retention to Snapchat app.
- Reasonings
- A successful example on promoting user score is Score trophy Emoji, assigning 7 different emojis for 7 score milestones: Emoji Trophies User Spec

- Another evidence is that when users experienced score loss, there would be wide range response in twitter expressing their affection to scores.
- SETUP
- For inactive user, or users with score < 10, push notification (show tooltip?) to educate them how score work.
- For active users, push notification to user that they need 10 more snaps to reach the next score milestone, for example push notification when there score is 490 or 990.

- Feature Goals
- Owners
- Design:
- Engineering: [ENGINEERING LEAD: FILL IN]
- QA: [QA LEAD: FILL IN]
- Data Scientist: [DS LEAD: FILL IN]
- User Stories
- Stories
- Implementation Details
- <Implementation Logic, Edge cases, etc>
- **Events**

- *To answer the questions, we will need to log the following events:*
- **Experiment**
- Study Name:
- Variables :
- Hypothesis:
- Success metrics:
- PX Voting Table (remove before sharing)

- Sheet3 updated

- 
- **Privacy Review**
- **Review Questions (eng)**
- *These questions must be filled out by an **engineer or engineering director two weeks before code freeze** for the target release. All answers should cover any existing and/or planned use of User Data for this feature. Checkout Engineering's User Information Usage Cheatsheet.*

# Redacted--AC

# Redacted--AC

- *Once this section is completed and the spec is ready for review….*
- Email ███████████████████████████ with...

Subject: (Name of this spec) Body: (Target Release and Link to Quip).
- Fill in review request details below:

  - Sheet5 updated

  - **Review Results (law/sec)**
  - *Only* **Security and Legal** *should fill in this section. If Approved, any future changes will require a new review.*

  - Sheet6 updated

  - 

HIGHLY CONFIDENTIAL (COMPETITOR)                    SNAP6118662