**AMENDED Exhibit 814**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Emoji Trophies User Spec

6/3/2015, 7:36 PM UTC

Labels

type: document

Quip

# Emoji Trophies User Spec

## Overview

Snapchatters will be recognized for their engagement and the unique way they take and share snaps.

## Feature Goals

- Provide positive feedback for using the app and finding new ways to use features
- Encourage users to discover and collect new trophies

## Privacy & Security Review

# Redacted--AC



Baldwin

**Exhibit**

**10**

3/25/25        SSG

HIGHLY CONFIDENTIAL (COMPETITOR)                    SNAP4954018

# Redacted--AC

Table2



| | A | B | C |
|---|---|---|---|
| | Legal (████) | Approved **Redacted--AC** / **Redacted--AC** | 8/3/2015 |
| | Security ████ ) | Approved. | 8/8/2015 |

# User Spec

As a Snapchatter,

- When I achieve a new trophy the Ghost on the camera page will turn to its yellow notification state.
  - The trophy on the profile will also turn to its notification state.
    - The first time I achieve a trophy, a tooltip will be displayed highlighting my achievement
  - I navigate to the "Trophy Case" by tapping the trophy icon located in the top-middle of the Profile page.
- On this page I will see the trophies I have earned
- Trophies are ordered chronologically by the date of award.
- I can tap on any trophy I have collected to bring up a modal explaining the trophy's criteria.
  - A black, 30% opacity mask will cover the background
- I can tap anywhere to dismiss the modal
- Trophies with multiple levels (currently only Snap score) will show the unearned trophies as the lock emoji at 20% opacity.
    - Every time I increase a trophy level the previous trophies will have a 20% opacity in the modal.
- When a trophy has too many levels to be displayed in a single row at full size, the trophies will be scaled to fit
  - The following is the list of achievements I can earn as a Snapchatter as well as the criteria.
    - Snap score levels:
      - This trophy gets updated and replaced every time a new Snap score level is reached
- 👶- Your Snapchat score hit 100!
- 🌟- Your Snapchat score hit 500!
- ✨- Your Snapchat score hit 1,000!
- 🌀- Your Snapchat score hit 10,000!
- 💥 - Your Snapchat score hit 50,000!
- 🚀- Your Snapchat score hit 100,000!
- 👻- Hey, Snapperstar! Your Snapchat score hit 500,000!
      - 📹 - Sent 500 video Snaps
  - 🔍- Sent 10 photo Snaps entirely zoomed in
  - 🔦- Sent 10 video Snaps using zoom
  - 🙊- Sent a video Snap without audio
  - 🔦- Sent 10 Snaps with your front-facing flash on
  -
  - ❄️ - Sent a Snap with the temperature filter below freezing
  - 🌞 - Sent a Snap with the temperature filter above 100 F
  - 🔍- Sent a Snap between 4 and 5 in the morning

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4954019

- ○ 🎨- Hello, Picasso. You sent 50 Snaps using 5 or more pen colors!
- ○ ✌️ - Sent a Snap with two filters applied
- ○ 🔁 - Flipped the camera 10 times in one video Snap
- ○ 🌙 - Sent 50 Snaps using Night Mode
- ○ 🐼 - Sent 50 Snaps using the black and white filter
- ○ 🔤- Sent 100 Snaps with Big Text
- ○ 👹 - Sent 1,000 Snaps using your front-facing camera

# Mocks

Emoji Trophies Supplemental Animation Spec

Default State:



Notification state:

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4954020

# Redacted--AC

- As a Snapchatter, I can

- ~~Emoji Trophies~~

- When I achieve a new trophy the Ghost on the camera page will turn to its yellow notification state.
- The trophy on the profile will also turn to its notification state.
- The new trophy(ies) in the trophy case will have a new affordance as well.
- This affordance will clear on navigation away from the page
- Navigate
- The first time I achieve a trophy, a tooltip will be displayed highlighting my achievement
- I navigate to the "Trophy Case" by tapping the trophy icon located in the top-middle of the Profile page.
- On this page I will see a grid of "Emoji Trophies" that the trophies I have acquired by doing certain actions in Snapchat
- Emoji
- earned
- Trophies are ordered chronologically by when the requirements were met date of award.
- I can tap on any trophy I have collected to bring up a modal explaining what the requirements for the trophy were trophy's criteria.
- A black, 30% opacity mask will cover the background
- I can tap anywhere to dismiss the modal
- Trophies with multiple levels (currently only Snap score) will show the unearned trophies greyed out until they are awarded.
- Every time I increase a trophy level the previous trophies will have a 15% opacity in the modal.
- When a trophy has too many levels to be displayed in a single row at full size, the trophies will be scaled to fit
- The following is the list of achievements I can earn as a Snapchat user can collect, accompanied by Snapchatter as well as the associated emoji trophy criteria.
- *Send snap = add to story*
- Snap score levels:
- This trophy gets updated and replaced every time a new Snap score level is reached

- 🙍- Send a video Snap without audio
- 🔦- Send 10 Snaps with your front-facing flash on
- ⌛    - Send 10 one-second Snaps in a row
- Speed filter Snaps
- 🐌- Send a Snap with the speed filter showing 0 mph
- 🐢- Send a Snap with the speed filter showing 1-2 mph
- 🛵- Send a Snap with the speed filter showing 15-20 mph
- 🚕- Send a Snap with the speed filter showing 45-50 mph
- 🚐- Send a Snap with the speed filter showing 70-75 mph
- 🏎- Send a Snap with the speed filter showing 95-100 mph
- 🚄- Send a Snap with the speed filter showing 150-200 mph
- ✈ - Speed freak! You sent a Snap with the speed filter showing > 200 mph

SNAP4954053

- ❄ - Send a Snap with the temperature filter below freezing
- ☀ - Send a Snap with the temperature filter above 100 F

- 🔍 - Send a Snap between 4 and 5 in the morning
- 🎨 - Hello, Picasso. You sent 50 snaps using 5 or more pen colors!
- 🔵 - Send a Snap to a friend 10 seconds or less before they send you one
- ⚡ - Use 20% of your device's battery in one Snapchat session
- 🔋 - Send Snaps using both battery filters
- Snapcash:
- This trophy gets updated and replaced every time a new Snapcash level is reached
- 💵 - Send or receive over $1 with Snapcash
- 💸 - Send or receive over $100 with Snapcash
- 💰 - Send or receive over $1000 with Snapcash
- 📫 - Have over 30 unopened Snaps in your feed
- 🎬 - Submit 5+ Snaps to a Live/Local Story
- 📺 - Get on a Local Story
- 🌐 - Get on a Live Story
- 🎁 - Receive 5+ Snaps on your birthday
- 🔧 - Modify settings
- 📷 - Scan 5+ Snapcodes
- ✂ - Delete 5 friends or ignore 5 requests
- 💼 - Open Snapchat 100+ times between 9am and 5pm on a single day
- Geofilters
- This trophy gets updated and replaced every time a new geofilter level is reached
- 📍 - Send Snaps with 10+ different Geofilters
- 🚩 - Send Snaps with 50+ different Geofilters
- 🌐 - Send Snaps with 100+ different Geofilters
- 🖼 - Use a Geofilter in five different countries
- 💾 - Save 20+ Snaps to gallery
- 🖥 - Finish a Discover edition every day for a week
- Story viewing
- 📖 - Watch 500 seconds of Stories in one session
- 📖 - Watch 1000 seconds of Stories in one session
- 📖 - Watch 5000 seconds of Stories in one session
- ✌ - Send a Snap with two filters applied simultaneously
- 🔄 - Flip the camera 10 times in one video Snap
- 📲 - Send 25 stories from Discover to friends
- 🌙 - Use Night Mode 50 times
- 👿 - Screenshot 50 Snaps
- 👆 - Use swipe to send Snapcash
- Open Snapchat for so many consecutive days:
- This trophy gets updated and replaced every time a new consecutive level is reached
- 📅 - Open Snapchat for 30 consecutive days
- 💯 - Open Snapchat for 100 consecutive days
- 🐼 - Use the black and white filter 50 + times
- 🐫 - Send/receive over 50 Snaps on hump day
- 🔠 - Use Big Text on 100+ Snaps
- Send chat messages
- This trophy gets updated and replaced every time a new chat message level is reached
- ✏ - Send 1000 messages in Chat
- ✒ - Send 2500 messages in Chat
- 📝 - Send 5000 messages in Chat
- 📎 - Save 250 messages in Chat
- 😶 - View 10 Snaps in a row from one person without responding
- 👀 - View 50 Snaps from friends without sending any Snaps in return
- 👑 - You're ten friends' #1 BFF at the same time

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                    SNAP4954054

- 🐞 - Send 1000 Snaps using your front-facing camera
- 💥 - Go from new friends to Besties with someone in less than two weeks
- 🎅 - Send 25 Snaps on Christmas Day
- 🍀 - Send 25 Snaps on St. Patrick's Day
- Snapstreak
- This trophy gets updated and replaced every time a new chat message level is reached
- 💗 - Achieve a 100-day Snapstreak with a friend
- 💟 - Achieve a 200-day Snapstreak with a friend
- 💍 - Marry me? You achieved a 365-day Snapstreak with a friend!
- 📇 - Add over 500 friends on Snapchat.

- Default State:

- Notification state:
- Notification state:
- Notification state, the first time a Snapchatter is awarded a trophy:
- Trophy Case:
- This tooltip will show the first time a user has a new Trophy in their trophy case. It will be cleared on nav to Trophy Case.

- Trophy Details:
- If I tap on an emoji a modal will pop up displaying the emoji and copy describing the behavior taken to achieve the trophy
- A 30% black opacity mask will cover the background screen
- I can tap anywhere to dismiss the modal

- Scrolling behavior:
- Scrolling behavior
- Empty State:
- Empty State
-
- Events to Track
- Entering the Trophy Case
- Displaying Trophy Details

Jack Brody edited at 2015-07-29T22:55:52.609Z

-

████████ edited at 2015-07-29T22:51:11.955Z

# Redacted--AC

████████ edited at 2015-07-29T14:07:49.603Z

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP4954055

- Snap score levels:
- This trophy gets updated and replaced every time a new Snap score level is reached
- 😮- Your Snapchat score hit 100!
- 🌟- Your Snapchat score hit 500!
- ✨- Your Snapchat score hit 1000!
- 💫- Your Snapchat score hit 10,000!
- 💥 - Your Snapchat score hit 50,000!
- 🚀- Your Snapchat score hit 100,000!
- 👻- Hey, Snapperstar! Your Snapchat score hit 500,000!
- 📹 - Sup, Spielberg? You sent 500 video Snaps!
- 🔍- Send 10 photo Snaps entirely zoomed in

- 📺- Get on a Local Story
- 🌍- Get on a Live Story
- 🎁 - Receive 5+ Snaps on your birthday (if you have a bday)
- 🔧- Modified Modify settings
- 📠-  Scan 5+ Snapcodes
- ✂ - Delete 5 friends or ignore 5 requests

- 🚩- Send Snaps with 50+ different Geofilters
- 🌐- Send Snaps with 100+ different Geofilters
- 🗂 - Use a Geofilter in five different countries
- .
- 💾 - Save 20+ Snaps to gallery
- 🖼- Finish a Discover edition every day for a week

- 🖼- Finish a Discover edition every day for a week
- Story viewing
- 📱- Watch 500 seconds worth of Stories in one session
- 📱- Watch 1000 seconds worth of Stories in one session
- 📚- Watch 5000 seconds worth of Stories in one session
- ✌ - Send a Snap with two filters applied simultaneously.
- 🔁 - Flip the camera 10 times in one video Snap
- 📬- Send 25 stories from Discover to friends

- 😈 - Screenshot 50 Snaps
- 👆- Use swipe to send Snapcash
- Open snapchat Snapchat for so many consecutive days:
- This trophy gets updated and replaced every time a new consecutive level is reached
- 📅- Open Snapchat for 30 consecutive days

- Send chat messages
- This trophy gets updated and replaced every time a new chat message level is reached
- ✏ - Send 1000 messages in Chat (this looks way better on phones)
- ✒ - Send 2500 messages in Chat (this looks way better on phones)
- 📝- Send 5000 messages in Chat
- 📎 - Saved Save 250 messages in Chat

- 😐 - View 10 Snaps in a row from one person without responding
- 👀 - View 50 Snaps from friends without sending any Snaps in return.
- 👑 - You're ten friends' #1 BFF at the same time.
- 🐞 - Send 1000 Snaps using your front-facing camera.
- 💥 - Go from new friends to Besties with someone in less than two weeks.
- 🎅 - Send 25 Snaps on Christmas Day.
- 🍀 - Send 25 Snaps on St. Patrick's Day.
- Snapstreak

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4954056

- Snapstreak
- This trophy gets updated and replaced every time a new chat message level is reached
- 💗 - Achieve a 100-day Snapstreak with a friend.
- 💟 - Achieve a 200-day Snapstreak with a friend.
- 💍 - Marry me? You achieved a 365-day Snapstreak with a friend!


█████████ edited at 2015-07-28T19:57:49.157Z

- ~~Ideas from ████~~
- 👶 - You've been on Snapchat for three years.
- 🙍 - You've been blocked by 10 Snapchatters.


Jack Brody edited at 2015-07-28T19:52:38.303Z

- 💟 - Achieve a 200-day Snapstreak with a friend.
- 💍 - Marry me? You achieved a 365-day Snapstreak with a friend!
- 📇 - Add over 500 friends on Snapchat.

- 📇 - Add over 500 friends on Snapchat.
- 👶 - You've been on Snapchat for three years.


█████████ edited at 2015-07-28T19:52:27.448Z

- ☘ - Send 25 Snaps on St. Patrick's Day.
- Snap Streak Snapstreak
- This trophy gets updated and replaced every time a new chat message level is reached
- 💗 - Achieve a 100-day Snapstreak with a friend.


Jack Brody edited at 2015-07-28T19:50:56.733Z

- 📎 - Saved 250 messages in Chat
- 😐 - View 10 Snaps in a row from one person without responding
- 👀 - View 50 Snaps from friends without sending any Snaps in return.
- 👑 - You're ten friends' #1 BFF at the same time.
- 🐞 - Send 1000 Snaps using your front-facing camera.
- 🎞 - Use a Geofilter in five different countries.
- 💥 - Go from new friends to Besties with someone in less than two weeks.
- 🎅 - Send 25 Snaps on Christmas Day.
- ☘ - Send 25 Snaps on St. Patrick's Day.
- Snap Streak
- This trophy gets updated and replaced every time a new chat message level is reached
- 💗 - Achieve a 100-day Snapstreak with a friend.
- 💟 - Achieve a 200-day Snapstreak with a friend.
- 💍 - Marry me? You achieved a 365-day Snapstreak with a friend!

- 👶 - You've been on Snapchat for three years.
- ✅ - Send the same chat to a friend three times in a row.
- 🙍 - You've been blocked by 10 Snapchatters.
- 📇 - Add over 500 friends on Snapchat.
- 👶 - You've been on Snapchat for three years.
- 🙍 - You've been blocked by 10 Snapchatters.
- ✅ - Send the same chat to a friend three times in a row.


HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4954057

███████████ edited at 2015-07-28T19:18:37.657Z

- 🌐 - 🖼 - **Use a Geofilter in five different countries.**
- 💥 - **Go from new friends to Besties with someone in less than two weeks.**

- ⏳ - **Marry me? You achieved a 365-day Snapstreak with a friend!**
- 👥 - Add over 500 friends on Snapchat.

Jack Brody edited at 2015-07-28T19:14:22.803Z

███████████ edited at 2015-07-28T17:02:14.016Z

- Increase fun by providing simple and slightly fun emoji associated with their account for performing certain actions within our application.I
- Encourage users to collect new trophies.

# Redacted--AC

███████████ edited at 2015-07-28T16:19:29.305Z

- Ideas from ██
- 😐 - View 10 Snaps in a row from one person without responding
- 👀 - View 50 Snaps from friends without sending any Snaps in return.
- 😌 - You've been on Snapchat for three years.
- 👑 - You're ten friends' #1 BFF at the same time.
- ✅ - Send the same chat to a friend three times in a row.
- 😈 - Send 1000 Snaps using your front-facing camera.
- 🙅 - You've been blocked by 10 Snapchatters.
- 🌐 - Use a Geofilter in five different countries.
- 💥 - Go from new friends to Besties with someone in less than two weeks.
- 🎅 - Send 25 Snaps on Christmas Day.
- ☘ - Send 25 Snaps on St. Patrick's Day.

- 💖 - Achieve a 100-day Snapstreak with a friend.
- 💟 - Achieve a 200-day Snapstreak with a friend.
- 💍 - Marry me? You achieved a 365-day Snapstreak with a friend!


█████████ edited at 2015-07-27T19:54:26.063Z

- Snap score levels:
- This trophy gets updated and replaced every time a new Snap score level is reached
- 👶- 👶- Your Snapchat score hit 100 snaps sent/received
- 🌟- Your Snapchat score hit 500 snaps sent/received
- ✨- Your Snapchat score hit 1000 snaps sent/received
- 💫- Your Snapchat score hit 10,000 snaps sent/received
- 💥 - Your Snapchat score hit 50,000 snaps sent/received
- 🚀 - Your Snapchat score hit 100,000 snaps sent/received
- 👻- Hey, Snapperstar! Your Snapchat score hit 500,000.
- 📼 - Send Sup, Spielberg? You sent 500 video snaps  Snaps!
- 🔍- Send 10 photo snaps Snaps entirely zoomed in
- 🔬- Send 10 video snaps Snaps using zoom
- 🙍- Send a video snap Snap without audio
- 🔦- Send 10 snaps Snaps with front facing your front-facing flash on
- ⌛   - Send ten 10 one-second snaps Snaps in a row
- Speed filter Snaps
- 🐌- Send a snap Snap with the speed filter showing 0 mph
- 🐢- Send a snap Snap with the speed filter showing 1-2 mph
- 🚲- Send a snap Snap with the speed filter showing 15-20 mph
- 🚗- Send a snap Snap with the speed filter showing 45-50 mph
- 🚄- Send a snap Snap with the speed filter showing 70-75 mph
- 🚅- Send a snap Snap with the speed filter showing 95-100 mph
- 🚄- Send a snap Snap with the speed filter showing 150-200 mph
- ✈ - Speed freak! You sent a snap Snap with the speed filter showing > 200 mph
- ❄ - Send a Snap with the temperature filter below freezing
- 🌞 - Send a Snap with the temperature filter above 100 F

- 🔍- Send a Snap between 4 and 5 in the morning
- 🎨- Hello, Picasso. You sent 50 snaps using 5 or more pen colors!
- 💡- Send a snap Snap to a friend 10 seconds or less before they send you one
- 🔌- Use 20% of your device's battery in one Snapchat session
- 🔋 - Send Snaps using both battery filters
- Snapcash:

- 💰- Send or receive over $1000 with Snapcash
- 📱 - Have over 30 unopened Snaps in your feed
- 🎬- Submit 5+ snaps Snaps to a Live/Local Story
- 📺- Get on a Local Story
- 🌏- Get on a Live Story

- 🔧- Modified settings
- 📠-  Scan 5+ Snapcodes
- ✂ - Delete 5 friends or Ignore ignore 5 requests
- 💼- Open Snapchat 100+ times between 9am and 5pm on a single day
- Geofilters

- Geofilters
- This trophy gets updated and replaced every time a new geofilter level is reached
- 📍 - send snaps Send Snaps with 10+ different geofilters Geofilters
- 🚩 - send snaps Send Snaps with 50+ different geofilters Geofilters

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP4954059

- 🌐- send snaps Send Snaps with 100+ different geofilters Geofilters
- 💾 - Save 20+ Snaps to gallery
- 📼- Finish a Discover edition every day for a week (put a channel into a read state)
- Story viewing
- 💾- Watch 500 seconds worth of stories Stories in one session
- 💾- Watch 1000 seconds worth of stories Stories in one session
- 📗- Watch 5000 seconds worth of stories Stories in one session
- ✌️ - Send a snap Snap with two filters applied simultaneously.
- 🔁 - Flip the camera 10 times in one video Snap
- 📬- Share Send 25 stories from Discover  Discover to friends
- 🌙 - Use night mode Night Mode 50 times
- 👿 - Screenshot 50 Snaps
- 👆- Use swipe to send Snapcash

- 📅- Open Snapchat for 30 consecutive days
- 💯 - Open Snapchat for 100 consecutive days
- 🐼 - use Use the black and white filter 50 + times
- 🐫 - Send/receive over 50 Snaps on hump day
- 🔡- Use big text Big Text on 100+ Snaps
- Send chat messages

- This trophy gets updated and replaced every time a new chat message level is reached
- ✏️ - Send 1000 chat messages in Chat (this looks way better on phones)
- ✏️ - Send 2500 chat messages in Chat (this looks way better on phones)
- 📝- Send 5000 chat messages in Chat
- 📎 - Saved 250 chat messages in Chat

████████████ edited at 2015-07-20T18:25:12.873Z

- 🚩- send snaps with 50+ different geofilters
- 🌐- send snaps with 100+ different geofilters
- 💾 - Save 20+ snaps Snaps to gallery
- 📼- Finish a Discover edition every day for a week (put a channel into a read state)
- Story viewing

Jack Brody edited at 2015-07-15T21:21:24.827Z

- *Image*
- This tooltip will show the first time a user has a new Trophy in their trophy case. It will be cleared on nav to Trophy Case.
- *Image*
- *Image*
- *Image*
- *Image*
- *Image*
- *Image*
- *Image*
- *Image*

Jack Brody edited at 2015-07-15T00:22:58.014Z

- Empty State
- *Image*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4954060

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP4954018-SNAP4954075

**BEGATTACH:** SNAP4954018

**ENDATTACH:** SNAP4954086

**Custodian:** ANDREOU_JACOB; APANOVYCH_MARIIA; BALDWIN_AGATHA; BONIAKOWSKI_JEB; BOYD_NATHAN; BRODY_JACK; CHAN_CLAUDIA; ██████████ HAMMERSTROM_MORGAN; ███████N; LEVENSON_DAVID; █████; LUE_DAVID; MURPHY_BOBBY; OSBORNE_ALEX; OSHUNTOLA_DEBORAH; PATEL_IMRAN; RITTI_MARY; SCHRAEDLY_LAURYL; ████████M; SIEGEL_JOSH; SPIEGEL_EVAN; STOUT_JENNIFER; SUNDARAM_SENTHIL; TRAN_ABBY; VOSS_JEREMY; YADEGAR_NONA; ███████ ZICAFOOSE_KALE

**Author:** JACK BRODY

**Filename:** EMOJI TROPHIES USER SPEC.HTML

**Create Date:**

**Last Modified Date:**

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /EMOJI TROPHIES USER SPEC.HTML