# AMENDED Exhibit 817

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Confidential



# US Aged Up User Engagement Decline Research

 | Product Research

Q3 2024

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6403466

Confidential

# Background and goals

Some aged up users softened their Snapchat use over the past few years and one potential reason is they think Snapchat is childish. This research aims to understand:

- Main reasons some aged up users softened their Snapchat use

- Main reasons that aged up users perceive Snapchat to be childish

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6403467

Confidential

# Methodology

- n= 800

- A survey was conducted among 800 Snapchat users age **18 or older in the US** in September 2024 using Sago panels who reported they are using Snapchat less now than 12 months ago or using Snapchat the same or more now that 12 months ago

  - n= 500 using Snapchat **less** now than 12 months ago

  - n= 300 using Snapchat the **same or more** now than 12 months ago

- The samples contain:

  - 382 females and 401 males

  - 113 age 18-24, 241 age 25-34, 275 age 35-45, 171 age 46 or older

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6403468

Confidential

# Executive Summary

Aged up users use Snapchat less than before because:

1. **They switch to YouTube, Facebook, Text/iMessage and Instagram**
   - Compared to WhatsApp and Text/iMessage, aged up users think Snapchat is less useful, less private and less helpful in connecting with friends
   - Compared to Instagram and TikTok, aged up users think Snapchat is less trendy, fun, popular, cool, useful or good for killing time

2. **Their friends are not on Snapchat or use Snapchat less**

3. **They are less interested in taking selfies**

4. **Snapchat feels childish**
   - The childish perception of Snapchat derives from the stereotype that that most Snapchat users are young people, and the belief that selfies with Lenses, short video content and Bitmojis are childish
   - Bitmojis, Streaks and Lenses are considered more childish than Messaging or Stories
   - Aged up users think messaging is more childish on Snapchat than on Text or WhatsApp; the childish perception of Snapchat messaging is associated with the brand, not the messaging activity
   - Aged up users think that watching content and using Lenses are more childish on Snapchat than TikTok or Instagram; aged ups also think all content and Lens/Effects use, regardless of apps is childish

5. **They use mobile phones less and computers more**

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP6403469

Confidential

# Opportunities and recommendations 1/2

| Insights | Recommendations |
|---|---|
| Aged up users use Snapchat less than before because they switch to competitors or their friends use Snapchat less | Reconnect aged up users with loose connections and new friends |
| Nearly 30% of aged up users who use Snapchat less than before said they use Snapchat less because they don't care about taking selfies anymore or Snapchat feels childish | Upsell 'mature' use cases of Lenses and filters to aged up users, such as subtle beautification, elegant AI Lenses etc. |
| Some aged up users who use Snapchat less than before are using mobile phones less and spending most of their time on computers | Upsell Snapchat Web to aged up users |
| Compared to WhatsApp and Text/iMessage, aged up users with decreased use of Snapchat think Snapchat is less useful, private and less helpful in connecting with friends | Showcase the useful and authentic values of Snapchat Messaging to aged up users |
| Compared to Instagram and TikTok, aged up users with decreased use of Snapchat think Snapchat is less trendy, fun, popular, cool, useful or good for killing time | Upsell diverse ways for aged up users to kill time on Snapchat |

HIGHLY CONFIDENTIAL (COMPETITOR)

Confidential

# Opportunities and recommendations 2/2

| Insights | Recommendations |
|---|---|
| The childish perception of Snapchat among aged up users with decreased Snapchat use derives from the stereotype that that most Snapchat users are young people | Upsell aged up creators and content to aged up users; help aged up users connect with similar-age friends |
| The childish perception of Snapchat among aged up users also comes from the belief that selfies with Lenses, short video content and Bitmojis are childish | Upsell Lens use cases that are more 'adult'-feel; experiment with fashion brands that are popular among age-ups in Bitmojis |
| Childish perceptions of messaging on Text/iMessage and WhatsApp are the same between retained vs. decreased aged up Snapchat users, indicating that the childish perception of Snapchat messaging is associated with the brand, not the activity | Showcase how Snapchat Messaging can fit into aged up users' social interaction, such as messaging coworkers and acquaintances, and coordinating work or everyday life with others |
| Users with decreased Snapchat use think content and photo effects use across all apps are more childish than retained Snapchat users; indicating that aged ups churn because Snapchat is childish and all content and Lens/Effects use, regardless of apps is childish | Demonstrate how aged up users can also enjoy watching content and using effects in photos; upsell usefulness or utility values in content, such as saving content and retrieving later |

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6403471

Confidential

# Declined reason #4
## Users think Snapchat is childish



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6403487

Confidential

# The childish perception of Snapchat among aged up users with decreased Snapchat use derives from the stereotype that most Snapchat users are young people



Self-reported reasons for thinking Snapchat is childish among 18+ US users who think that Snapchat is childish and self-reported declined use of Snapchat in the past 12 months

You mentioned that Snapchat is childish. Why do you think of Snapchat as childish? Please select all that apply.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                SNAP6403488

Confidential

# The childish perception of Snapchat among aged up users also comes from the belief that selfies with Lenses, short video content and Bitmojis are childish

Self-reported reasons for thinking Snapchat is childish among 18+ US users who think that Snapchat is childish and self-reported declined use of Snapchat in the past 12 months



You mentioned that Snapchat is childish. Why do you think of Snapchat as childish? Please select all that apply.

Confidential

# 35+ users are more likely to think Snapchat is childish because of content while 18-24 are more sensitive to selfies



Self-reported reasons for thinking Snapchat is childish among 18+ US users who think that Snapchat is childish and self-reported declined use of Snapchat in the past 12 months

**How to read data**
16.7% of 18-24 Snapchat users who think Snapchat is childish and has decreased use of Snapchat in the past 12 months said the reason they think Snapchat is childish is because the look of the app is cartoon-feeling

You mentioned that Snapchat is childish. Why do you think of Snapchat as childish? Please select all that apply.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6403490

Confidential

# Bitmojis, Streaks and Lenses are considered more childish than Messaging or Stories by aged up users with decreased Snapchat use



Childish ratings of core Snapchat features among 18+ US users who think Snapchat is childish and self-reported decreased use of Snapchat in the past 12 months

**How to read data**
18+ Snapchat users who think Snapchat is childish and has decreased use of Snapchat in the past 12 months said Bitmojis as profile avatars are more childish than messaging people on Snapchat

How much do you think each of the following features or activities on Snapchat is childish or not childish? 1 = Not at all childish, 3 = Neutral, 5 = Very childish
Results are similar across age groups

**HIGHLY CONFIDENTIAL (COMPETITOR)**    SNAP6403491

## Slide 23 Comments

1          For vis: no age group differences on this chart
           <span style="background:black">    </span> *9/10/2024 10:05 PM*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6403492

Confidential

# Aged up users with decreased Snapchat use think the same messaging activities are more childish on Snapchat than on Text or WhatsApp



Childish ratings of messaging features among 18+ US users, grouped by self-reported decreased vs. increased or consistent use of Snapchat in the past 12 months

How much do you think each of the following features or activities on Snapchat/Text or Messages/WhatsApp is childish or not childish? ...1 = Not at all childish, 3 = Neutral, 5 = Very childish

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6403493

Confidential

# Childish perceptions of messaging on Text/iMessage and WhatsApp are the same between retained vs. decreased aged up Snapchat users, indicating that the childish perception of Snapchat messaging is associated with the brand, not the activity

Childish ratings of messaging features among 18+ US users, grouped by self-reported decreased vs. increased or consistent use of Snapchat in the past 12 months



How much do you think each of the following features or activities on Snapchat/Text or Messages/WhatsApp is childish or not childish? …1 = Not at all childish, 3 = Neutral, 5 = Very childish

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6403494

Confidential

# Aged up users with decreased Snapchat use think that the same content and Lens activities are more childish on Snapchat than on TikTok or Instagram

Childish ratings of content and Lens features among 18+ US users, grouped by self-reported decreased vs. increased or consistent use of Snapchat in the past 12 months



How much do you think each of the following features or activities on Snapchat/TikTok/Instagram is childish or not childish? …1 = Not at all childish, 3 = Neutral, 5 = Very childish

HIGHLY CONFIDENTIAL (COMPETITOR)                                        SNAP6403495

Confidential

# Users with decreased Snapchat use think content and photo effects use across all apps are more childish than retained Snapchat users, indicating that aged ups churn because Snapchat is childish and all content and Lens/Effects use, regardless of apps is childish

Childish ratings of content and Lens features among 18+ US users, grouped by self-reported decreased vs. increased or consistent use of Snapchat in the past 12 months



How much do you think each of the following features or activities on Snapchat/TikTok/Instagram is childish or not childish? …1 = Not at all childish, 3 = Neutral, 5 = Very childish

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                SNAP6403496