# AMENDED Exhibit 818

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation





# Age Up Deep-Dive

Nov. 2020

CONFIDENTIAL

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                    SNAP2789136

# Approach

*We will leverage research and insights to develop a deeper understanding of the need and problem-states of older users and break the larger problem down by themes and segments to create targeted strategies*

| **Oct / Nov** | **Nov / Dec** | **1H 2021** |
|---|---|---|

**Oct / Nov**

Research
- Product research (25-30, 31-35)
- Data Science insights
- Marketing Segmentation and Brand Drivers
- Third-party Research

Metrics
- Metrics definitions and dashboarding
- Build "Age Up" Forecast

**Nov / Dec**

Strategy
- Define key problem statements & hypotheses
- Identify marketing segments and messaging themes\

Planning
- Design / product "sprints" on 25-30 and 31-35
- Develop marketing plans by segment/theme

Testing
- Channel tests via performance channels
- Re-tooling AB tests to cut by age

**1H 2021**

Research
- Ongoing research and insights work to validate original work, measure results of tests, and identify new trends/insights

Building / Testing
- Build product solutions from "sprints"
- Develop marketing messaging and creative

Launch
- Roll out product updates
- Launch targeted marketing
- Measure & iterate

CONFIDENTIAL

HIGHLY CONFIDENTIAL (COMPETITOR)                    SNAP2789137

# Approach

*Product and marketing will both play a key role in the process and should continually share info and shape strategies; Product will focus on higher level problems cutting across segments while marketing will integrate product work into segment-level planning*



CONFIDENTIAL

HIGHLY CONFIDENTIAL (COMPETITOR)                                        SNAP2789138

# Reported vs. Inferred

*While we believe inferred is a more accurate measure, the 25-34 age group exhibits the least variance between methods, the variance is stable, and using reported age avoids algo changes to inferred and is better suited for deeper funnel analysis*

| 8/25 - 8/31 | Reported | Inferred | % Diff |
|---|---|---|---|
| 13-17 | 68.2M | 83.9M | 23.1% |
| 18-24 | 165.3M | 146.5M | -11.4% |
| 25-34 | 90.9M | 85.3M | -6.3% |
| 35-plus | 61.6M | 65.9M | 6.9% |
| unknown | 11.4M | 15.9M | 39.4% |
| Total | 397.4M | 397.4M | 0.0% |



MAU inferred age users / reported age users % diff

CONFIDENTIAL

4

## Slide 4 Comments

1

The fact that the variance between reported and inferred is stable is the most important part.
cc ███████████████████████████████████ I think we should use reported age for the US STS forecasts
and break them down into the following buckets: 13-17, 18-24, 25-29, 30-34, 35+

*Jonathan Jaklitsch.  11/19/2020 08:52 AM*

HIGHLY CONFIDENTIAL (COMPETITOR)                                                          SNAP2789140

# 31-35 YO
# Preliminary Insights

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP2789158



# They feel Snapchat is for younger people; content feels targeted towards a younger audience and some note that the overall aesthetic of the app feels "cartoonish"

That said, Snapchat is clearly about having fun and they don't necessarily want Snapchat to be more serious or "professional." They find value in the fun provided by Snapchat - they just aren't always looking for that experience when it comes to spending time on social media.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2789163