# AMENDED Exhibit 819

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Bitmoji TV Comms Plan**
*Working Doc // Last updated Jan 23, 2020*

---

| **Background Materials** |
|---|

- Bitmoji TV Marketing Business Brief (by ████ ████)
- Bitmoji TV Marketing Creative Brief (by ████ ████)
- Bitmoji TV - Reveal Teaser Rough Cut
- Bitmoji TV - Creative Deck (updated 12/17/19)

---

| **Summary / Internal Overview** |
|---|

Bitmoji TV is a fully animated series that, like Bitmoji Stories, features the viewer and their friends as the stars of the episode. Each episode puts you and your friend in a TV show from a specific genre, like a talent/ variety show, a detective/ action thriller, a sitcom, etc.

Viewable in Discover, Bitmoji TV is planned as 10 episodes for this first season, and each episode runs about 4 minutes, releasing new episodes on Saturday mornings.

While you and your friends are the stars of Bitmoji TV, the show will also feature the voices of special guest stars, including Randy Jackson, Andy Richter, Mario Lopez, Jane Lynch, Jon Lovitz, Tony Hale, Lauren Lapkus, Jorma Taccone, Riki Lindhome and Natasha Leggero. Mario Lopez, Lauren Lapkus and Randy Jackson all star as themselves in Bitmoji TV episodes.

Episode working titles include: America's Best Bitmoji, Spy Squad, Mime Cops, Demon Bear, Lil Moji, Potato Man, DJ Zap Robot Detective, Power Force, and Bitmoji TV: The Movie.

Bitmoji TV is available in English and distributed worldwide.

**Launch Direction and Details**
- The Bitmoji team intends to build anticipation and encourage as many people as possible to subscribe to Bitmoji TV before the first episode airs via a series of trailer releases.
- Due to engineering resources and roadmap schedules, it's important for the Bitmoji team to have the first teaser drop in late December -- scheduled for 12/27.
- From a technical perspective, the Bitmoji team needs to test the delivery system that's rendering the show well in advance of the full episodes rolling out. The team prefers to rolling out the first teaser and three subsequent trailers on a weekly basis for the month leading up to the launch.
- The first teaser and subsequent three trailers are all currently in development by the Bitmoji team. Delivery dates are tbd.

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP3285953

## Page 1 Comments

C1    Note: Currently only approved to share the names of Andy Richter, Jon Lovitz, and Riki Landhome
▮▮▮▮ ▮▮▮▮▮, *12/27/2019 09:29 AM*

C2    Update: Now approved to name Randy Jackson as well
▮▮▮ ▮▮▮▮ *1/17/2020 10:29 AM*

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP3285954

- Audio will be English only. Team is determining exact countries in which BTV will be available.

---

**External Messaging** *(on-background, not for direct quoting)*

---

**PRESS ASSETS:** https://brandfolder.com/s/q4sbsd-dcbmgg-po2pw

**Bitmoji is a fun, fast way to communicate visually with friends and family of all ages, going beyond text and emojis to add more nuance, expression, and "you" to your everyday conversations.**
- A special bond forms when people repeatedly use their Bitmojis to represent and express themselves with people they care about most. Not only do you begin to recognize the Bitmoji as an extension of you, but friends and family also begin to recognize your Bitmoji as you too.
- This bond has allowed us to extend the avatar from identity, to a communication tool, to a broader range of digital experiences like playing Snap Games, expressing yourself through 3D Bitmoji AR Lens experiences, commenting on Venmo payment notes and even seeing yourself appear in your own comics called Bitmoji Stories.

**Snapchat is the most personal way to communicate and share moments with your real friends. Snapchat is also writing the rules for the future of mobile storytelling.**
- Snapchatters can communicate, create, and consume content in new ways through our innovative products, including vertical, made-for-mobile shows.

**In November 2018, Snap launched Bitmoji Stories, a personalized comic strip starring you and your friends' Bitmojis. Bitmoji Stories releases new episodes three times a week on the Discover page.**
- **Stats:**
  - In its first month [December 2018], Bitmoji Stories were seen by over 40 million unique viewers.
  - Since their debut in November 2018, more than 130 million Snapchatters have watched Bitmoji Stories, personalized comics starring you and your friends.
- With the success of Bitmoji Stories, we saw the opportunity to create a deeper level of personalized storytelling and a richer viewing experience.

**What if you sat down to watch TV, and discovered that you and your friends had been cast in every show, movie, and commercial? Premiering Saturday, February 1st, Bitmoji TV is a brand-new, fully animated show starring you and your friends. It's a new form of personalized entertainment, where the experience is unique for each viewer.**
- Bitmoji TV is a funny, relatable, and wacky experience that satirizes television through Bitmoji's comic-driven sense of humor.
- Each season is comprised of 10 episodes averaging four minutes in length. New episodes air weekly on Saturday mornings on Discover to Snapchatters globally.

HIGHLY CONFIDENTIAL (COMPETITOR)

- Randy Jackson guest stars in a reality show themed episode, and comedy stars Andy Richter, Jon Lovitz, and Riki Lindhome can be heard in episodes throughout the first season of Bitmoji TV.
- Watch Bitmoji TV only on Snapchat's Discover. You can also subscribe to Bitmoji TV and receive notifications for new episodes.

**Behind the Scenes of Bitmoji TV**
- Bitmoji TV was created entirely in-house by the Toronto-based team behind Bitmoji and Bitmoji Stories, and the Bitmoji TV team is comprised of artists, animators, storyboard specialists, engineers and more.
- In order to create Bitmoji TV, our animators and engineers had to build a new, proprietary production framework developed specifically for this show.
- We've invested in a rendering system that dynamically renders and streams every episode on-demand, so that every viewer has a unique experience featuring their own avatar and their friends.
- The animation technology has to consider a variety of factors to create this new form of personalized entertainment: the shape and size of each viewer's unique Bitmoji and fitting them in perfectly into each scene; pulling each viewer's friend's Bitmoji into scenes, etc.
- With the animation technology in place, we're able to storyboard concepts for individual episodes, and build those concepts out with our artists and animators.
- You might notice that other characters in Bitmoji TV talk, except for you! We don't have the ability to capture your voice (yet), and aimed to make sure your Bitmoji is the best representation of you.

**Bitmoji TV joins Snapchat's robust and highly engaging Discover page that features over 450 premium content channels worldwide. Discover offers news and entertainment from trusted media brands and storytellers, including our very own hit Snap Original shows, along with content from our community.**
- **Having pioneered the first Story format**, we launched Discover globally in January 2015 as a closed platform with a vision to make it the fastest way for Snapchatters to be informed, entertained and learn about the world around them. We shared the DNA of what we learned from our very own community about this new kind of mobile storytelling with a select group of some of the best and most trusted media brands and storytellers around the world. The result was **the first vertical video content platform, designed exclusively for mobile.**
  - *Snapchat is pioneering mobile storytelling, innovating and writing the rules on what mobile storytelling should look like.*
- We debuted our Shows format in 2016 with our first original, "Good Luck America," and have since added over 95 original series from dozens of partners around the world. We're thrilled for Bitmoji's expansion on Discover.

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP3285956

**We're excited by the increased engagement with Discover we've seen from Snapchatters, which demonstrates just how much demand there is for the mobile-first content we are delivering.**

- We deliver content that is created not just for mobile, but specifically for our audience on mobile.
- **Stats**
  - Total daily time spent by Snapchatters watching Discover increased by 40% year-over-year [Q3 2019 earnings].
  - Total daily time spent by Snapchatters watching Shows more than tripled over the past year [Q2 2019 earnings].

---

**Internal Comms Plan**

---

- **12/27**: Post blurb on Snappy announcing the Bitmoji TV trailer drop, run through the January 2nd Blue House Bulletin
- **1/30**: Post more in-depth/behind-the-scenes piece about the making of Bitmoji TV, highlighting animation technology

---

**Press Plan**

---

**Objectives**
- Content/ Entertainment focus: Position Bitmoji TV as an important step in the evolution toward personalized entertainment.
- Tech focus: Reinforce Bitmoji as the definitive leader in avatars and digital identity; expansion into deeper content experiences is made possible through the identity and utility of Bitmoji avatars.
- Consumer focus: Drive awareness of and tune-in to Bitmoji TV.

**Media Strategy / Timeline**

**First teaser:   Day 0** _____ **Date: 12/27**

Phase:          Soft launch

Action:         Drive select reporters to check out the Bitmoji Stories episode / first Bitmoji TV teaser. Plant the seeds for five unique story opportunities under embargo until full launch date (see story opps below).
**Reactive holding statement for use until full launch on tbd date in week of 1/27:**

_Bitmoji TV isn't available in your network yet, but stay tuned for the premiere soon! ;)_

1) _Content/ Entertainment:_ Place a story that centers on Bitmoji TV as a step in the evolution

HIGHLY CONFIDENTIAL (COMPETITOR)                    SNAP3285957

the toward personalized entertainment. Demonstrate success of Bitmoji Stories as the

stepping stone to a fully-animated show. Show reporter three episodes of Bitmoji TV with one of their friends. Offer briefing with Ba.
[Alternatively, angle could provide greater context on cartoon/ animation landscape today, how Bitmoji Stories have become the Sunday cartoons of Gen Z and the unique value of Bitmoji's personalized entertainment.]
**Talent approved for inclusion**: Randy Jackson, Andy Richter, Jon Lovitz, and Riki Lindhome
Media target: Variety

2) *Animation Tech:* Place a story that focuses on the animation technology of creating Bitmoji TV. Offer imagery that shows the development of the animations. Show reporter three episodes of Bitmoji TV with one of their friends. Offer briefing with Ba.
Media target: Animation World Network, backup: Animation Magazine

3) *Tech:* In the face of growing avatar competition, demonstrate how Bitmoji has evolved from simply an identity tool (the avatar), to a utility (communication, maps, chat), to more robust experiences (Snap Games, Bitmoji Stories, and now Bitmoji TV). Show reporter three episodes of Bitmoji TV with one of their friends. Offer briefing with Ba.
Media targets: TechCrunch, Mashable, Engadget

4) *Canada*: Showcase Bitmoji as a Toronto startup success story, with Bitmoji TV as the latest project from the team. Show how Bitmoji has evolved from simply an identity tool (the avatar), to a utility (communication, maps, chat) to more robust experiences (Snap Games Bitmoji Stories, and now Bitmoji TV). Show reporter three episodes of Bitmoji TV with one of their friends. Consider in-person briefing with Ba at the Bitmoji office, and consider if there are any team meetings/ experiences we can show (ie, a Bitmoji TV planning meeting or animation progressions).
Media target: The Globe and Mail

5) *Consumer:* Drive tune-in of Bitmoji TV by showcasing the unique elements of personalized entertainment and friendship: Bitmoji TV stars you and your friends. Show reporter three episodes of Bitmoji TV with one of their friends via a spokesperson briefing. Position the coverage opportunity as "Make your big break and bond with your bestie through Bitmoji TV." Can also explore an email Q+A with a woman animator or lead artist on Bitmoji TV.
Media target: Elite Daily

6) *Broadcast:* Pitch key broadcast producers on Bitmoji TV by showcasing the unique elements of personalized entertainment and friendship: Bitmoji TV stars you and your friends. Show producer three episodes of Bitmoji TV with one of their friends via a spokesperson briefing.  Position the coverage opportunity as a fun, meta segment for on-air talent to show scenes of their "big break" in Bitmoji TV with their co-host.
Media targets: TODAY, GMA, The Ellen Show

HIGHLY CONFIDENTIAL (COMPETITOR)                    SNAP3285958

## Page 5 Comments

C3      Might there be some leeway for extra resources to make a special experience for broadcast?

[REDACTED] [REDACTED]    *1/7/2020 05:47 PM*

D4      it's difficult/impossible to add any extra BTV animation to our pipeline, but we could do something with Bitmoji Stories with a faster turnaround, like your avatar being interviewed on a real talk show

*Deleted user,   1/10/2020 03:34 PM*

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP3285959

**Trailer 1:    14 days later**                                        **Date: 1/10**
Phase:              Soft launch
Action:             Embargoed pitching continues

**Trailer 2:    21 days later**                                        **Date: 1/17**
Phase:              Soft launch
Action:             Embargoed pitching continues

**Trailer 3:    28 days later**                                        **Date: 1/24**
Phase:              Soft launch
Action:             Embargoed pitching continues

**First episode: 31+ days later**                    **Comms Reveal Date: 1/30 at 6am ET**
Phase:                  **Full launch**
Action:             Embargo lifts, stories post **(Note: First episode airs on Saturday, 2/1)** [D6]
Arrange a global, day-of media blast to drive maximum tune-in/ awareness across comics, animation, content, tech, and consumer media. Use cultural hooks to secure media interest: influencer/ celebrity culture ["your big break is here"] selfie culture ["get ready for your close-up,"], friendship themes ["starring you and your friends"], etc.
*Note: lifting the embargo a few days ahead of the first episode's premiere allows us to pitch globally, driving awareness and subscriptions*

*Note: Final episode (#10) will air on Saturday, April 4th*

**Timeline**
- 12/27
  - First Bitmoji Stories / Bitmoji TV trailer reveal [see reactive statement above]
- Week of 12/30
  - Media pitching
- Week of 1/6
  - Media pitching
  - Finalize animation technology narrative and assets available
- Week of 1/13
  - Earmark for media prep with Ba, finalize briefing run of show plans
  - Select three episodes to show media under embargo
  - Redacted--AC
  - Redacted--AC Legal)
- Week of 1/20
  - Earmark for media briefings (including Canada in-person opp)
  - Need all press assets in hand by Friday, 1/24
- Week of 1/27

## Page 6 Comments

C5        When will the episode start rolling out locally?
          ██████ ████████, *1/7/2020 05:22 PM*

D6        I believe they will start rolling out at 9am ET
          *Deleted user,  1/10/2020 03:35 PM*

HIGHLY CONFIDENTIAL (COMPETITOR)                                                           SNAP3285961