# AMENDED Exhibit 825

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:**    Evan Spiegel ███████████
**Sent:**    9/11/2014 4:10:44 PM
**To:**    ███████████████████
**Subject:**    Fwd: Metrics

Begin forwarded message:

**From:** "Laffont, Thomas" ███████████████
**Date:** September 11, 2014 at 4:06:28 PM PDT
**To:** ████████████████████
**Subject: Metrics**

I ran a simple analysis on our users.

**The key takeaway is that in the US – we have penetrated 84% of users between the ages of 10 and 24.**

Conclusions:
1.     <!--[if !supportLists]--><![endif]-->We absolutely own the youth demo in the US – 84% penetration = massive monetization potential
2.     <!--[if !supportLists]--><![endif]-->Growth in future users will have to come from:
a.     <!--[if !supportLists]--><![endif]-->Users above the age of 24
i.<!--[if !supportLists]--><![endif]-->Discover and Share Stories are key strategic areas to drive this based on our survey
b.     <!--[if !supportLists]--><![endif]-->Youth users in non-English speaking foreign countries


**As of Feb '14**
(note this is the most recent Registered User Metric)

| | |
|---|---:|
| Registered Users | 145.0 |
| Monthly Users | 89.0 |
| Ratio | 1.6 |
| | |
| Census Data | |
| 10-14 | 20.7 |
| 15-19 | 22.0 |
| 20-24 | 21.6 |
| | |
| US Population 10-24 | 64.3 |
| | |
| 14-Aug | |
| US MAUs | 53.1 |
| | |
| 14-Aug | |
| US MAU Demographics | |
| 13-17 | 26% |
| 18-24 | 36% |



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2324207

| | |
|---|---|
| Total | 63% |
| | |
| US MAUs: 13-24 | 33.2 |
| US Registered Users: 13-24 | 54.1 |
| % Penetration | 84% |

This message is solely for the use of the intended recipient. If you have received this message in error, you should notify the sender by reply e-mail and immediately delete the message and all copies of it from your system and destroy any hard copies or printouts.

The information contained in this message and any attachment is confidential, proprietary and may be privileged and protected from disclosure, and any mistransmission does not alter or waive the protections afforded such information. Unauthorized review, use, dissemination, printing, copying, disclosure or publication of all or any part of the contained information is prohibited without the express written consent of the sender. The sender does not endorse or guarantee the accuracy and completeness of the contained information, and neither the recipient nor any other person is entitled to rely on such information. The sender has assumed no obligation to correct or supplement the contained information. Some or all of the contained information constitutes opinion and may be based on unconfirmed communications. This is not an offer, recommendation or solicitation to buy or sell securities.

Messages sent to and from Coatue may be monitored. The sender of this email is associated with an entity that trades in securities. As a result, the sender does not wish to receive any material, non-public information regarding a public company or information provided in violation of any duty or obligation or any U.S. or non-U.S. securities laws.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2324208

## DOCUMENT SLIPSHEET

**Bates Number:** SNAP2324207-SNAP2324208

**BEGATTACH:** SNAP2324207

**ENDATTACH:** SNAP2324208

**Custodian:** SPIEGEL_EVAN

**Author:** EVAN SPIEGEL

**Filename:** A961BC34ED26B4116BF038AE836271D847157CC6FB99DA4A595A7E1E6C15821B.EML

**Create Date:** 9/11/2014 4:10 PM

**Last Modified Date:** 9/11/2014 4:10 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /A961BC34ED26B4116BF038AE836271D847157CC6FB99DA4A595A7E1E6C15821B.EML