**AMENDED Exhibit 834**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

----------------------------------------------

IN RE: SOCIAL MEDIA

ADOLESCENT ADDICTION/PERSONAL

INJURY PRODUCTS LIABILITY

LITIGATION,                     Case No.

                                4:22-MD-03047-YGR

    v.                          MDL No. 3047

This Document Relates to:

ALL ACTIONS

----------------------------------------------

   SUPERIOR COURT OF THE STATE OF CALIFORNIA

              COUNTY OF LOS ANGELES

              UNLIMITED JURISDICTION

----------------------------------------------

Coordination Proceeding

Special Title (Rule 3.550)   JCCP No. 5255

                             Judge Carolyn B. Kuhl

SOCIAL MEDIA CASES           Dept. 12

----------------------------------------------

                  March 20, 2025

                             (caption continued)

Page 2

Videotaped deposition of JOSHUA SIEGEL, held at One Manhattan West, New York, New York, commencing at 10:00 a.m. EDT, on the above date, before Marie Foley, a Registered Merit Reporter, Certified Realtime Reporter and Notary Public.

- - -

GOLKOW, a Veritext Division

877.370.3377 ph | 917.591.5672 fax

that to the side.

Have you spoken with anyone about this deposition today that you're here?

A.    Yes.

Q.    Okay.

Who have you spoken to?

A.    These two attorneys.

Q.    Okay.

And these two attorneys are Snap's attorneys, correct?

A.    Correct.

Q.    Okay.

And you are no longer with Snapchat.  Do I have that correct?

A.    Correct.

Q.    Or Snap the company.

Okay.  And so, when did you, sort of, begin the process of talking to these attorneys next to you in preparation for this deposition today?

A.    I don't remember the exact date. I left Snap in September, and I think on my way out, someone told me that something

like this might happen and --

Q.    Perfect.

A.    -- that was the first time I heard about it, and I was introduced to these two after that.

Q.    Okay, understood.

Okay.  So, you left Snap in 2024 in September, correct?

A.    Correct.

Q.    Okay.

So aside from the two counsel that are beside you, who else have you spoken to about this deposition today?

A.    There were other Snap lawyers that were in the room.  I don't remember everyone's name.

Q.    Understood.

Okay.  We'll get to those meetings in just a second, but is anybody else that you've, sort of, worked with at Snap, former employees, have you talked to anyone about your deposition here today?

A.    Not that I recall, no.

Q.    Okay.

product team.  It was the business operations team because it was a start-up that I think we had, like, engineering, design and business, or something like that.

Q.   Okay, understood.

And through any of these roles, and we'll go through them sort of in tandem, but through any of these roles, are you collaborating with Design?

A.   Yes.

Q.   Okay.

And did you do that in the business product lead position?

A.   Yes.

Q.   Okay.

And why were you collaborating with Design?

And throughout this deposition, I'm probably going to be asking you some very basic questions, but forgive me, but it's for my edification and understanding of, sort of, how the company worked.

So why were you, when you were

working in monetization, et cetera,

working with the design team in that

process?

    A.    For example, we had to design

the form and function of Snap Ads.

    Q.    Okay.

          And so, any other big things

that you did in -- in the business product

lead position separate and apart from what

you told me about monetizing with ads,

building out ad platforms and ad server

features?

    A.    That -- that is a good summary

of what I did.

    Q.    Okay.

          Do you code at all?

    A.    Not very well.

    Q.    Okay.  But did you have to do

any of that in your scope of work at Snap?

    A.    I wrote SQL code.

    Q.    Okay.  Tell me what that is.

    A.    It's a structured query language

to pull data from a database.

    Q.    All right.

Okay.  So, SQL code means structured query language to pull data from a database, correct?

A.    Correct.

Q.    All right.  And so you knew how to do that, right?

A.    Yes.

Q.    What type of information was in the database?

A.    As I mentioned earlier, a lot of the job was building out features for our ad server, like ad targeting and what state a user is in.  Advertisers usually ask for gender and age targeting, and we often needed to look and see in the database, you know, how many users we had in, let's say, Michigan if someone wanted to run a campaign for Coca-Cola in Michigan, that's just an example.  And a lot of that data was in the database, and so I would use SQL to pull that data.

Q.    Okay, understood.

And so you were talking about different demographics that would be

reflected in the database for ad targeting purposes, if I said that correctly.  Is that right?

A.    That's an example, yeah.

Q.    Okay.

And so you might -- at Snap, it sounds like you have buckets of age demographics that you, sort of, focus in on.  Is that fair enough?

MR. BLAVIN:  Objection; vague and ambiguous.

A.    Yeah, I'm not sure if I understand the question.

Q.    Okay.

At Snap do you look at users in segments so you can understand that user's behavior or inclinations or motivations, et cetera?

A.    Yeah, a lot of this was, at the time, driven by what advertisers look for and what's competitive with other platforms.

So for example, if you're targeting ads on YouTube or on Facebook at

the time, they would offer age buckets, they would call it, and so, you know, you can target users over 35, for example.

Q.    Understood.

Okay, that's all in the business product lead sector.

At some point, you move over, I don't know how much of a move it was so you'll tell me in a second, but at some point, you move over to Consumer Product Management --

A.    Correct.

Q.    -- is that correct?

Okay.

Was there a mixing of those roles at any point in time, or was that a clean-cut doing something totally different?

A.    The way I would describe it is at some point in I think it was 2017, we didn't have a consumer product management function, and someone asked me to start helping on a few projects, and as I started helping, I can't remember who, but

someone suggested that I move over and start a team over there.

Q.    Okay.  And did you hire for that team?  Is that how that worked?

A.    I hired and we pulled some people internally, yeah.

Q.    Okay.

And so you're managing that team, correct?

A.    Yes.  And my recollection is hazy of exactly the sequence of events and who decided what, but yeah, eventually for the next roughly five years, six years, I managed that team.

Q.    Okay.

And then who was your manager, supervisor, to the extent that you had one, in that consumer product manager role?

A.    For most of the time that I recall, Jacob Andreou was the manager.

Q.    And then that took you to 2022, correct?

A.    Correct.

Q.    What were your main roles and responsibilities, at a granular level if you can, give some examples of what you did in that position?

A.    In the consumer product?

Q.    That's right.

A.    So, where to begin.

The way the team was structured is we generally had a product manager on each feature, each major feature at first. So, you know, we had one person who was focused on Snapping and Chatting, one person who was focused on Discover, one person who was focused on Snap Map, one person on Camera, and, you know, features like Memories also had a product manager eventually.

I think over the course of those years, the team built up to nearly 50 product managers, and so at some point, I had a layer of managers underneath me and a lot of the responsibilities, as I would describe it, for this product management team was helping designers, engineers,

executives make the right decisions on product launches, product changes, product improvements.

Q.    Okay.  I understand that.

And so, if I see the -- the -- the acronym PM, that stands for product manager, correct?

A.    Correct.

Q.    And I see that there is a Consumer PM group.

Did you all have, sort of, listservs that went with the particular aspect or department within Snap?

A.    Yes.

Q.    Okay.  And Consumer PM was one of those groups, correct?

A.    Yes.

Q.    And then did you all have shared drives, like a shared Google Drive or something like that where you could put information so that your team can know where to access and find information?

A.    I wouldn't say that I was that organized.  I -- I don't think we -- and,

I mean, I don't recall having, like, a folder.  But if there was a Google document that needed to be shared, you could change the sharing settings from the default of "private" to "shared."

Q.    Okay.

All right.  You told me that you could in the Consumer PM role, you could, and did often, collaborate with Design, I believe, to make sure things were set before a launch went out.

Is that a fair representation?  Did I understand that correctly?

MR. BLAVIN:  Objection; vague and ambiguous.

A.    We would collaborate with various teams before a launch went out to make sure that, yeah, it was done properly.

Q.    Okay.

What teams were those?

A.    We would work with the Engineering Team, the Design Team, the Legal Team including Privacy, the Security

Josh Siegel                                          61

Engineering Team, in some cases even Compliance.  It depends on the feature. In some cases, we would work with our sales team if there was something involving ads.  You know, in some cases, we would work with User Operations to get user feedback on something.  Later on we had a Safety Advisory Board we would work with.

So, it was really all over the company depending on what the feature was.

Q.    What's an example of some feedback that you would give, for instance, the Design Team from your perspective about what they might need to do or tweak before a product launches?

A.    An example might be, you know, we often design things using our iOS device and we might need to make sure that something works properly on an Android device.

Q.    Okay.

And was Jacob, what's his last name?

A.   Andreou.

Q.   Andreou.  Was he your manager during that portion of time from 2017 to 2022 where you were in Consumer Product Management?

A.   He was either my manager or manager's manager.  I think it varied at times, but, yeah, for the most of it, he was my manager.

Q.   Okay.

Who else was in the mix in managerial --

A.   Peter Sellis, who was my primary manager.

Q.   Okay.

So he, kind of, followed you along through those years?

A.   Yeah.

Q.   And then was there a particular feature or features that you worked on specifically?  'Cause, like I said, it seemed like you were all over the map. But were there specific features that you focused on specifically when you were in

Josh Siegel                                    63

this consumer product management role, or was it sort of everything?

A.    Yeah, it was sort of everything that was the Snapchat app.  There were some projects that I directly oversaw, but for the most part, my team was responsible for the app.

Q.    At that particular time, what were the projects that you directly were -- had purview over?

A.    A few of the things that didn't neatly fall into a bucket, like an app redesign or a -- a rewrite of the Android app.

Q.    Okay.

And who did you collaborate the most, with the most on the Design Team? Was there a particular person or persons that you collaborated the most in that role?

A.    No.

Q.    Okay.  Just the team, period?

A.    Yes.

Q.    And what about the Growth Team,

Josh Siegel                                    64

was there, at that time, was there a
particular growth team, or was that sort
of embedded in every group?

    A.    It varied over the years.

    Q.    Okay.

    A.    At one point, there was a
separate Growth Team.  There was a Growth
Programs Team.  There was the Growth
Product Management Team that reported in
to me.

          It varied over time.

    Q.    Okay.

          The Growth Product Management
Team that reported to you, who was running
that team?

    A.    David Boyle.

    Q.    Okay.

          So you were in supervisory role
over him at a particular time?

    A.    Yes.

    Q.    And was it during this consumer
product management time or a different
time?

    A.    Yes.

Q.    And then what about the Growth Team as it relates to the business product lead position, I don't know if there was a separate team, but were you working on growth in that aspect as well?

A.    I don't understand the question, sorry.

Q.    Sure.

So, going back to your first role within Snap, was there a growth team at that point in time?

A.    No, I don't think so.

Q.    Okay.

Was it -- there wasn't a growth team formally, but there was one informally, or was that just on your plate as well?

A.    It was not on my plate when I first joined the company.

If I recall correctly, they hired someone briefly to be a growth product lead, and I don't think that that person stayed at the company for very long.  I -- I don't remember the details.

Q.    Okay, I understand.

But certainly then when the company matured a little bit, and I just mean that in terms of years, in this 2017 to 2022 period of time, there was a growth team, David Boyle was, kind of, running it, and he was reporting to you?

A.    Yeah, I think that's right. There was someone before Boyle -- David Boyle, ▌▌▌▌▌▌ who also reported in to me, and then he reported in to David Boyle. I don't remember the exact timeline of -- I think David Boyle joined us in 2018 or 2017, something like that. But for the most of it he was managing that team.

Q.    Okay.

That person could have been before him, is what you're saying?

A.    Yes, ▌▌ did join the company before David Boyle did.

Q.    Okay.

What's ▌▌s last name?

A.    ▌▌▌▌▌

Q.      ███ , okay.

Anything else notable about the consumer product management in terms of high points that we haven't hit on yet?

A.      No.

Q.      Okay.

And then you proceeded to New Products and Bets in 2022 through presumably until you left in -- in September of 2024.  Is that right?

A.      Yes.

Q.      Okay.

What's new Products and Bets? In  parentheses there it says Snapchat Plus, My AI, Spotlight, et cetera.  But, sort of, what was that role?

A.      Yes, I went from being a manager of the Consumer Product Management Team for those years to around 2022 moving into what we would call an individual contributor role where I didn't manage anyone.  And by doing so, I basically shed my teams off to other managers and started to become more of what we call an IC, an

individual contributor, the first of those projects being Spotlight and launching Spotlight and getting it off the ground, and then after that, Snapchat Plus and after that My AI.  And through that I became a manager again, like I -- at some point, maybe 2023, so the IC year was probably one year or so.  Just it was during the pandemic.  We were all remote. I got tired of being on Google Meet calls all day and dealing with everyone's problems and went to being an IC.  And then I think we were back in person, I took up management responsibilities again.

Q.    Completely understood.

Okay.  And when you worked on -- on Spotlight, were you working with Michael Weissinger?

A.    Yes.

Q.    Okay.

When you worked on -- was he, kind of, the main person that you were working with on Spotlight, or was it somebody else?

Josh Siegel                                    69

A.    I can't remember exactly when we hired Michael, but he -- I hired Michael to report to me to work on Spotlight ranking.

Q.    Okay.

And what's Spotlight Ranks, just in a few words?

A.    Ranking the content that you see in the Spotlight feed.

Q.    Okay.

So where it's positioned within the Spotlight feed, is that part of ranking?

A.    Yes.

Q.    Okay.

A.    So I can describe how --

Q.    Sure.

A.    -- that works, but similar to as you would see in a feed on other social media platforms, like YouTube or Instagram, the order in which you see that content is what we call ranking.  And Michael's primary responsibility when we first hire him was to focus on improving

that ranking to make the content more relevant to what you -- you know, the user wanted to see.

Q.    Okay, understood.

And if the content is more relevant for what the user wants to see, then that user can be more engaged.

Is that sort of the objective of that ranking process?

MR. BLAVIN:  Objection; vague and ambiguous.

A.    Can you define "engaged"?

Q.    Well, why don't you -- why don't you define "engaged" for us as it relates to your work at Snapchat.  What constitutes an engaged user?

A.    I usually didn't use the word "engaged" because it is somewhat ambiguous.

I would say that in ranking, there's generally an objective function, what are you trying to increase, and sometimes that objective function is one thing, like you're trying to increase the

Josh Siegel                                    96

A.    Because often people compared Snapchat to other companies that did call themselves social media.

Q.    Okay.  And what are those companies?

A.    Primary one would be Facebook.

Q.    Okay.

And did Snapchat internally look at other social media companies as competitors?

A.    Yeah, I would say that we didn't look that much, but yes.  I mean, it's hard to ignore that that's how investors looked at us and advertisers.

Q.    And what types of things can you do on Snapchat, can a user do?

A.    Snapchat's primarily a messaging service.  You can -- it's primarily a messaging service.  You can chat and send photos and videos to friends.

Q.    Okay.

And what else can you do on Snap?

A.    Over the years, the company's

added a lot of other features.  They added chat.  They added stories where you can watch something that another user posted. There is now Spotlight, as we discussed earlier, for watching videos.  There's Memories where you can look back at photos and videos that you've taken.  There is the Snap Map where you can look at a map, that map includes live, relatively live videos that other users have posted to the Snap Map.  It includes where your friends, if they've shared their location with you, are on the map.  There's, you know, of course the camera which Snapchat spends considerable resources on making creative tools like lenses, stickers, filters.

I think that covers most of it.

Q.    Okay.

You could do a lot on Snapchat, correct?  A user can do a lot on the app? If they open the app there's a lot they can do, correct?

A.    I think you could say there's a lot of features.

A C K N O W L E D G M E N T


STATE OF              )

                           :ss

COUNTY OF              )


          I, JOSHUA SIEGEL, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of March 20, 2025; that the transcript is a true and complete record of my testimony, and that the answers on the record as given by me are true and correct.


                    _____
                         JOSHUA SIEGEL

Signed and subscribed to before me this

_____ day of _____, 20__.


_____

Notary Public, State of

Josh Siegel                                                551

                    C E R T I F I C A T E

STATE OF NEW YORK

COUNTY OF NEW YORK


          I, Marie Foley, RMR, CRR, a

Certified Realtime Reporter and Notary

Public within and for the State of New

York, do hereby certify:

          THAT JOSHUA SIEGEL, the witness

whose deposition is hereinbefore set

forth, was duly sworn by me and that such

deposition is a true record of the

testimony given by the witness.

          I further certify that I am not

related to any of the parties to this

action by blood or marriage, and that I am

in no way interested in the outcome of

this matter.

          IN WITNESS WHEREOF, I have

hereunto set my hand this 24th day of

March, 2025.

                    <%3843,Signature%>
                    _____
                      MARIE FOLEY, RMR, CRR