# AMENDED Exhibit 865

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** ███ ████ ████████

**Sent:** 6/21/2023 12:49:36 PM

**To:** designteam ████████████ ; productresearch ██████████ ; ████

████ ████ ████ ████████

**Subject:** 13-17 female lens engagement survey report

i everyone,

I'm sharing the research report on 13-17 female lens decline. Based on user surveys, we found four main reasons behind the lens decline:

1.      **Snapchat lenses are considered childish**: Funny and role-play lenses are considered more childish than beautification lenses; Snapchat lenses are believed to be more childish than TikTok lenses overall

2.      **Users switched to competitors**: 13-17 females switched to TikTok lenses, which are believed to have more positive user experience and be way cooler than Snapchat lenses. 13-17 females are using TikTok lenses for killing time, especially with interactive lenses; Snapchat lenses are used for taking selfies or being funny more than TikTok

3.      **Users prefer less edited selfies**: Teen culture has shifted to less- to no-edit selfies among 13-17 females and user experience of light beautification lens Snapchat is not positive

4.      **Users have difficulty finding lenses on Snapchat**: 13-17 females with declined Snapchat lens engagement mostly reuse lenses and found it hard to explore and discover new lenses

Accordingly, we propose four strategies to grow lens engagement on Snapchat:

1.      **Strategy 1: Play to our strength of funny lenses.** Users still think Snapchat lenses are good for making funny photos or videos

2.      **Strategy 2: Upsell interactive lenses to combat TikTok erosion of the killing-time use case.** Users switched to TikTok because it's cooler and has better user experience; they are killing time with interactive lenses on TikTok

3.      **Strategy 3: Upsell light beautification lenses and camera style lenses to cater to the authentic Gen Z.** For users who think funny lenses are childish, light beautification lenses are critical; they prefer less edited selfies and believe that heavily edited selfies are not socially acceptable, therefore preferring light beautification lenses than heavy beautification ones

4.      **Strategy 4: Maximize the important and frequent use cases, i.e., social use of cameras.** Use cases that are effective in driving growth should be ones that are both important to users and frequently engaged with by users; importance drives users to come back to Snapchat; frequency drives deep engagement; important and frequent use cases tend to be camera use cases. TikTok is leading the social-oriented ones (Taking selfies to share with people) whereas Snapchat is leading the self-oriented ones (Taking selfies to save for myself, capturing a moment).

Please follow this link to review the full report and let me know if you have any questions!

Thanks!



Lead User Researcher

HIGHLY CONFIDENTIAL (COMPETITOR)

Snap Inc.

--

You received this message because you are subscribed to the Google Groups "productresearch" group.
To unsubscribe from this group and stop receiving emails from it, send an email to

To view this discussion on the web visit
https://groups.google.com/a/snapchat.com/d/msgid/productresearch/CA%2BCQ9fa2zGdCmxqyv6hp6NKCuqveO01pBB6pDbiPiQ0GYVzEHA%40mail.gmail.com.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2856225