# AMENDED Exhibit 873

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET

**P-SNAP-0815**

**Bates Number:** SNAP0285839-SNAP0285840

**Custodian:** BEAUCHERE_JACQUELINE; TUPPER_ALTHEA

**Author:** JACQUELINE BEAUCHERE

**Filename:** A63DA7901FB2A1342E2078BB31E3FE97B58014B887ECFEEC8BBC57A89763D9EE.EML

**Create Date:** 1/13/2022 1:46 PM

**Last Modified Date:** 1/13/2022 1:46 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /A63DA7901FB2A1342E2078BB31E3FE97B58014B887ECFEEC8BBC57A89763D9EE.EML



**From:**       Jacqueline Beauchere █████████████████
**Sent:**       1/13/2022 1:46:22 PM
**To:**         Althea Tupper █████████████
**Subject:**    Fwd: Social Media and Schools
**Attachments:** Letter to Snapchat.pdf

Per my previous doc review mail, and following the mention of this letter on the interview call.

MANY thanks in advance, and happy to chat, of course, if needed.

Bests,
JB

---------- Forwarded message ---------
From: **Evan Spiegel** █████████████
Date: Wed, Jan 5, 2022 at 5:44 PM
Subject: Fwd: Social Media and Schools
To: Jacqueline Beauchere █████████████████>, Jennifer Stout █████████████>

---------- Forwarded message ---------
From: **Bourgeois - DTS, Michelle** ◄██████████████████>
Date: Wed, Jan 5, 2022 at 6:39 PM
Subject: Social Media and Schools
To: ██████████████
CC: Don Haddad ◄███████████████

January 5, 2022 • Via Email to Mr. Evan Spiegel, CEO, Snapchat

Dear Mr. Spiegel,

We are writing to you today as educators, social media users, public school leaders and most importantly as individuals who care deeply about students, their learning, and wellbeing. **This letter is a call for action, an invitation to engage, and a plea for your partnership.**

We serve as the Superintendent and the Chief Technology Officer in the St. Vrain Valley School District, a nationally recognized public school district with awards from ISTE, CoSN, The Learning Council and many more. In our district of over 32,000 students, we fully embrace the power of public education as a cornerstone of our democracy, and the potential of technology to give students a competitive advantage as they prepare to become our future leaders. Through the support of our community, we provide every student with a device and through our numerous partnerships and grants, our students serve as interns at companies like IBM, Cisco, Seagate and more. Our graduates are well prepared to take their place in the world because of our efforts.

We start with this description of our accomplishments to make clear this point: **We believe technology, when used well and with intention, is a powerful tool for student success.** However, we see a growing trend that compels us to reach out to you. When used well, social media is a spotlight on the accomplishments of our schools. Instagram, Facebook, LinkedIn and Twitter in particular have proven to be powerful platforms to share the news and success stories from our schools. In our district, we make extensive use of social media platforms to promote the good work of our schools and the accomplishments of our students and staff.

**However, when used with ill intent by some individuals in our community, social media can be a dangerous amplifier of anonymous voices who spread hate and discord, and impact student, staff, and community health, safety, and well-being.**

SNAP0285839

**P-SNAP-0815**

Recently, we have seen an uptick in social media being used dangerously by some as a platform for bullying, discrimination, and malicious behaviors. Many of these accounts use images and references to our local schools alongside hateful images and messages. All of these accounts are created under usernames that provide a sense of safety and anonymity to the user at the expense of their victims.

In particular, this impacts the safety, well-being, and mental health of our students as their developmental years are filled with anxiety and fear. It impacts our schools as our teachers and administrators spend countless hours tracking down and working through the drama and danger that these harmful messages ignite when social media is used in this manner.  It emboldens those who prey on others and provides a platform that promotes continued poor and dangerous behavior by a few bad actors.

By partnering with schools and districts as trusted evaluators, together we have the power to immediately take down content related to our schools that is inappropriate, hurtful, and dangerous, and investigate incidents more thoroughly in order to intervene and support our students as they learn the consequences of their actions before they leave our supportive mentorship. This would require a new paradigm, a new partnership between social media and education. Imagine how powerful it would be to work together to build a better future for our children, community, and world.

We know that this moment brings an opportunity for us to collaborate in support of the wellbeing and safety of our students, teachers, staff and community.

We sincerely hope you will reply to this communication, so that we can further discuss strategies to ensure the support, safety, and wellbeing throughout our schools and community.

Dr. Don Haddad        Michelle Bourgeois
Superintendent        Chief Technology Officer

CONFIDENTIAL

P-SNAP-0815.001

# ST. VRAIN VALLEY SCHOOLS
## *academic excellence by design*

395 S. Pratt Parkway
Longmont, Colorado 80501
303-776-6200

January 5, 2022 • Via Email to Mr. Evan Spiegel, CEO, Snapchat

Dear Mr. Spiegel,

We are writing to you today as educators, social media users, public school leaders and most importantly as individuals who care deeply about students, their learning, and wellbeing. **This letter is a call for action, an invitation to engage, and a plea for your partnership.**

We serve as the Superintendent and the Chief Technology Officer in the St. Vrain Valley School District, a nationally recognized public school district with awards from ISTE, CoSN, The Learning Council and many more. In our district of over 32,000 students, we fully embrace the power of public education as a cornerstone of our democracy, and the potential of technology to give students a competitive advantage as they prepare to become our future leaders. Through the support of our community, we provide every student with a device and through our numerous partnerships and grants, our students serve as interns at companies like IBM, Cisco, Seagate and more. Our graduates are well prepared to take their place in the world because of our efforts.

We start with this description of our accomplishments to make clear this point: **We believe technology, when used well and with intention, is a powerful tool for student success.** However, we see a growing trend that compels us to reach out to you. When used well, social media is a spotlight on the accomplishments of our schools. Instagram, Facebook, LinkedIn and Twitter in particular have proven to be powerful platforms to share the news and success stories from our schools. In our district, we make extensive use of social media platforms to promote the good work of our schools and the accomplishments of our students and staff.

**However, when used with ill intent by some individuals in our community, social media can be a dangerous amplifier of anonymous voices who spread hate and discord, and impact student, staff, and community health, safety, and well-being.**

Recently, we have seen an uptick in social media being used dangerously by some as a platform for bullying, discrimination, and malicious behaviors. Many of these accounts use images and references to our local schools alongside hateful images and messages. All of these accounts are created under usernames that provide a sense of safety and anonymity to the user at the expense of their victims.

In particular, this impacts the safety, well-being, and mental health of our students as their developmental years are filled with anxiety and fear. It impacts our schools as our teachers and administrators spend countless hours tracking down and working through the drama and danger that these harmful messages ignite when social media is used in this manner. It emboldens those who prey on others and provides a platform that promotes continued poor and dangerous behavior by a few bad actors.

By partnering with schools and districts as trusted evaluators, together we have the power to immediately take down content related to our schools that is inappropriate, hurtful, and dangerous, and investigate incidents more thoroughly in order to intervene and support our students as they learn the consequences of their actions before they leave our supportive mentorship. This would require a new paradigm, a new partnership between social media and education. Imagine how powerful it would be to work together to build a better future for our children, community, and world.

We know that this moment brings an opportunity for us to collaborate in support of the wellbeing and safety of our students, teachers, staff and community.

We sincerely hope you will reply to this communication, so that we can further discuss strategies to ensure the support, safety, and wellbeing throughout our schools and community.

*Don Haddad*
Dr. Don Haddad
Superintendent

*Michelle Bourgeois*
Michelle Bourgeois
Chief Technology Officer

CONFIDENTIAL

SNAP0285841