# AMENDED Exhibit 879

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

` 8/24/2015, 5:43 PM UTC
Labels
    type: document

Quip

# Face Analysis Library V1

This spec intends to document the functionalities, usages and its applications .

## Feature Goals

- Used on **Client Only**
- Detect faces snaps or story videos
- Detect facial landmarks (left corner of left eye, right corner of left eye, …, right corner of mouth, etc), currently detected 68 facial landmarks
- Aligned face
- Face attributes prediction:
  - Facial landmark detection
  - Face frontalization
  - Gender prediction
  - FaceType Prediction
  - Age prediction
  - Face feature extraction
  - Emotion recognition (currently only happiness)

## Owners

- Research: ███████████████████

## Terms

- **Bounding box**: The tight region around the face
- **Facial landmarks**: The most distinctive corners on the face
- **prob**: Probability

## Resources

## Functions

The following image will be used as an example to show the results of different functions.



EXHIBIT
SNAP-SUNDARAM
7
2/1/25
PENGAD 800-631-6989



Currently, the Face Analysis Library provides the following functions:

- Face detection: Detect multiple faces in a snap or frames of videos



- 
- Facial landmark detection: Generate 68 landmarks on the face as in the following example.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5467010



- Face alignment
  - Method: Using the facial landmark information to warp and crop the face.



- Attributes Prediction
  - Gender: male(prob: 0.94)
- Age: 40
- FaceType: [1.0, 0.0, 0.0, 0.0]
- Emotion Recognition: (Happiness prob: 0.01)
  - Method: A classification model is learned end-to-end to do the prediction from input aligned image.
- Face feature extraction
  - Face feature vector is a fixed length vector of numbers, it has the property of measuring how similar a pair of input image is. For example, if the similarity between feature vectors of two images are small, they are less similar, and vice versa.
- Method: The aligned face image is passed through a Convolutional Neutral Network, the output from a specified layer is extracted and used as a feature vector to describe the input face image.

Privacy Review

Redacted--AC

HIGHLY CONFIDENTIAL (COMPETITOR)

# Redacted--AC

*Once this section is completed and the spec is ready for review....*

- Email ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ with...

Subject: (Name of this spec) Body: (Target Release and Link to Quip).
- Fill in review request details below:

Sheet1_2

| | Review Requester | Date | Notes |
|---|---|---|---|
| 1 | ▮▮▮▮ | | |

## Review Results (law / sec)

*Only **Security and Legal** should fill in this section. If Approved, any future changes will require a new review.*

Sheet3

| | Review Type | Reviewer | Date | Status | Notes |
|---|---|---|---|---|---|
| 1 | Privacy - Engineering | ▮▮▮ | 3/6/2017 | Under Review | Spec needs to be updated |
| 2 | Privacy - Legal | | | | |

## Applications

This section tracks known applications of this library.

- Snapmoji: [Snapmoji Avatar Generation Technology Spec [v1]](Snapmoji Avatar Generation Technology Spec [v1])

# Updates

*All changes to the spec are tracked here. Tag interested parties to notify. Notified should ACK the change in LGTM.*

**NOTE:  New content should always be inserted at the top**

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5467012

| | Change description | Author | Date | People to notify | LGTM |
|---|---|---|---|---|---|
| 1 | Created Spec | ███ | 6/15/2016 | | |

Metadata of Face Analysis Library V1

Thread class
    document
Created
    2015-08-24T17:43:20+00:00
Updated
    2021-06-27T02:17:46+00:00
Link
    https://snapchat.quip.com/bFtUAVipFFTD
Shared folders
    —
Expanded users

███████████████████████████████████████████

███████████████████████████████████████████

—
Users

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

Urls

- https://quip.com/EdQAEArOZdO
- https://quip.com/aYFAEAm3Qyy
- https://quip.com/TOXAEAAcS6G
- https://quip.com/acZAEAoJNsj
- https://docs.google.com/spreadsheets/d/110nB4WZRLgBZDgbqKUhx2jYSIGEgC6jrLb6OZF7cR0c/edit#gid=0
- mailto███████████████
- https://quip.com/NdfAEANEIYR
- https://quip.com/FRKAEAVwP7h
- https://snapchat.quip.com/m5BaAj7mjcp7
- https://quip.com/EdQAEArOZdO

Chat

- ███████

███████ Do we have all these libraries in production quality? Thanks!
6/14/2016, 9:42 PM UTC
- ███████

No, let me remove some and only keep the product lvl functions first. And then add more when they are getting product ready
6/14/2016, 9:47 PM UTC
- ███████

HIGHLY CONFIDENTIAL (COMPETITOR)

Yep, that's my impression and let's keep the official quip as the production quality ones or those we are developing the production quality in the near term. Thanks!
6/14/2016, 9:55 PM UTC

- ▮▮▮▮▮▮

OK, sounds good. Already updated
6/14/2016, 9:55 PM UTC

- ▮▮▮▮▮▮▮▮▮

# Redacted--AC

6/17/2016, 5:18 PM UTC

- ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮ **Redacted--AC**

# Redacted--AC

6/17/2016, 5:31 PM UTC

- ▮▮▮▮▮

# Redacted--AC

**Redacted--AC**

6/28/2016, 5:00 AM UTC

- ▮▮▮▮▮▮

▮▮▮▮▮▮Could you explain how you do age prediction here? (in technical terms).
7/12/2017, 8:50 PM UTC

- ▮▮▮▮

We are using a neutral network model (NN) behind the scene. The NN takes an face image as input, and directly output the predicted age
7/12/2017, 8:53 PM UTC

- ▮▮▮▮▮

▮▮▮▮▮ Got it. Thanks!!
7/12/2017, 8:54 PM UTC

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5467014

# Redacted--AC

7/12/2017, 9:01 PM UTC

- ▮▮▮▮▮

## Redacted--AC

7/12/2017, 9:01 PM UTC

Edits

▮▮▮▮ edited at 2017-07-12T21:01:49.762Z

# Redacted--AC

▮▮▮▮▮ edited at 2017-07-12T20:49:52.612Z

▮▮▮▮ edited at 2017-07-05T16:41:15.880Z

- Design:
- Research: ▮▮▮▮▮▮▮▮
- QA:
- PM: ▮▮▮▮

- ~~User Stories~~
- Face alignment
- Method: Using the facial landmark information to warp and crop the face.
- *Image*
- Method: A classification model is learned end-to-end to do the prediction from input aligned image.
- Face feature extraction
- Face feature vector is a fixed length vector of numbers, it has the property of measuring how similar a pair of input image is. For example, if the similarity between feature vectors of two images are small, they are less similar, and vice versa.
- Method: The aligned face image is passed through a Convolutional Neutral Network, the output from a specified layer is extracted and used as a feature vector to describe the input face image.

Xutao Lv edited at 2017-06-30T21:18:17.411Z

- Research: ▮▮▮▮▮▮▮▮
- QA:
- PM: ▮▮▮▮

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5467015

█████████edited at 2017-03-06T23:15:21.219Z

- Sheet3 updated

████████edited at 2016-07-21T22:48:57.766Z

- Gender prediction
- Race FaceType Prediction
- Age prediction
- Face feature extraction

- Gender: male(prob: 0.94)
- Age: 40
- Race FaceType: Asian(prob: 1 [1.0) 0, White(prob:0) 0.0, Black(prob: 0) 0.0, Indian(prob:0) 0.0]
- Emotion Recognition: (Happiness prob: 0.01)

████████edited at 2016-07-13T20:04:08.042Z

# Redacted--AC

████████edited at 2016-07-11T21:59:17.817Z

- Face Analysis Library V1

████████edited at 2016-07-08T01:02:08.229Z

# Redacted--AC

████████edited at 2016-07-07T22:53:49.998Z

## Redacted--AC

HIGHLY CONFIDENTIAL (COMPETITOR)                                          SNAP5467016

# Redacted--AC

█████ edited at 2016-07-07T20:26:48.649Z

# Redacted--AC

█████ edited at 2016-07-07T16:40:57.427Z

- Used on **Client Only**
- Detect faces snaps or story videos
- Detect facial landmarks (left corner of left eye, right corner of left eye, …, right corner of mouth, etc), currently detected 68 facial landmarks

- Design:
- Research: ████████████████████
- QA:
- PM: ████████

█████ edited at 2016-06-28T04:58:53.359Z

# Redacted--AC

█████ edited at 2016-06-27T18:47:02.708Z

- Sheet3 updated

█████ edited at 2016-06-24T00:46:19.840Z

- Snapmoji:  Snapmoji Avatar Generation Technology Spec [v1]
- Gallery Search: Gallery Search V4 Spec

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5467017

- Face Clustering: Face clustering spec

████████ edited at 2016-06-23T22:33:40.384Z

- Design:
- Engineering Research: ████████████████
- QA:
- PM: V██████

- Interfaces
- C++ interface
- namespace face {

```cpp
class FaceManager
{
public:

    static FaceManager* get_instance();

    void init();

    static void close();

    void set_facedet_model(const std::string& modelpath);
    void set_landmark_model(const std::string& modelpath);
    void set_feat_model(const std::string& modelpath);
    void set_age_model(const std::string& modelpath);
    void set_expression_model(const std::string& modelpath);
    void set_gender_model(const std::string& modelpath);
    void set_attractive_model(const std::string& modelpath);
    void set_race_model(const std::string& modelpath);
    void set_ghj_model(const std::string& modelpath);

    std::vector<cv::Rect> detect_face(const cv::Mat& inputimg);

    std::vector<cv::Point> detect_landmarks(const cv::Mat& inputimg,
                            const cv::Rect& facerect);
    cv::Mat frontalize(const cv::Mat& inputimg,
                const std::vector<cv::Point>& landmarks);

    std::::vector<float> predict_attractive(const cv::Mat& inputimg,
                            const std::vector<cv::Point>& landmarks);

    std::vector<float> predict_race(const cv::Mat& inputimg,
                        const std::vector<cv::Point>& landmarks,
                        bool binary=false);

    std::map<std::string, std::vector<float> >
    predict_ghj(const cv::Mat& inputimg,
            const std::vector<cv::Point>& landmarks);
private:
    FaceManager() {}

    static FaceManager* _instance;
    std::shared_ptr<Feat> _feat_extractor;
    std::shared_ptr<Age> _age_predictor;
```

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5467018

```cpp
    std::shared_ptr<GhjCnn> _ghj_predictor;
    std::shared_ptr<Race> _race_predictor;
    std::shared_ptr<AttractiveCnn> _attractive_predictor;
};
  }
```

- Snapmoji:  Snapmoji Avatar Generation Technology Spec [v1]
- Gallery Search: Gallery Search V4 Spec
- Face Clustering: Face clustering spec

▮▮▮▮▮▮▮edited at 2016-06-21T22:47:23.897Z

# Redacted--AC

- Sheet1_2 updated

▮▮▮▮▮edited at 2016-06-17T22:30:31.558Z

- Aligned face
- Face attributes prediction:
- Facial landmark detection
- Face frontalization
- Gender prediction

▮▮▮▮▮ edited at 2016-06-17T17:27:30.795Z

▮▮▮▮▮▮▮edited at 2016-06-17T17:16:59.518Z

▮▮▮▮▮▮edited at 2016-06-16T23:31:13.338Z

# Redacted--AC

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5467019

edited at 2016-06-15T22:31:23.279Z

- ~~Feature Overview~~
- Feature Goals
- ~~Features~~
- User Stories

---
## Redacted--AC
---

Use the following template to answer the questions:

- *These questions must be filled out by an **engineer or engineering director two weeks before code freeze** for the target release. All answers should cover any existing and/or planned use of User Data for this feature. Checkout Engineering's User Information Usage Cheatsheet.*

# Redacted--AC

- *Once this section is completed and the spec is ready for review….*
- Email ███████████████████████████ with...

Subject: (Name of this spec) Body: (Target Release and Link to Quip).
- Fill in review request details below:

  - Sheet1_2 updated
  - Review Results (law / sec)
  - *Only **Security and Legal** should fill in this section. If Approved, any future changes will require a new review.*
  -
  - Sheet3 updated

  - Updates
  - *All changes to the spec are tracked here. Tag interested parties to notify. Notified should ACK the change in LGTM.*
  -
  - ***NOTE: New content should always be inserted at the top***
  - Sheet4 updated


███████ edited at 2016-06-15T01:01:42.016Z

- Snapmoji: Bitmoji-Snapchat Training Dataset Spec [v1] Snapmoji Avatar Generation Technology Spec [v1]


███████████ edited at 2016-06-14T23:38:17.066Z


HIGHLY CONFIDENTIAL (COMPETITOR)                              SNAP5467020

- Engineering: █████████████
- QA:
- PM: V████

• Snapmoji: Bitmoji-Snapchat Training Dataset Spec [v1] Snapmoji Avatar Generation Technology Spec [v1]

█████edited at 2016-06-14T21:48:03.160Z

- Age prediction
- Face feature extraction
- Emotion recognition
- Attractiveness prediction
- Headwear prediction
- (currently only happiness)

- Age: 40
- Race: Asian(prob: 1.0), White(prob:0), Black(prob: 0), Indian(prob:0)
- Attractiveness: (prob: 0.50)
- Emotion Recognition: (Happiness prob: 0.01)
- Headwear: prob: 0.29

███████ edited at 2016-06-14T16:45:53.413Z

- Face Analysis Lib Library

- Feature Overview
- This spec intends to document the functionalities, usages and its applications .
- Features
- Detect faces snaps or story videos
- Detect facial landmarks (left corner of left eye, right corner of left eye, ..., right corner of mouth, etc), currently detected 68 facial landmarks
- Aligned face
- Face attributes prediction:
- Gender prediction
- Race Prediction
- Age prediction
- Face feature extraction
- Emotion recognition
- Attractiveness prediction
- Headwear prediction

- Owners
- Design:
- Engineering: ████████████████████
- QA:
- Terms
- Bounding box: The tight region around the face
- Facial landmarks: The most distinctive corners on the face
- prob: Probability
- Functions
- The following image will be used as an example to show the results of different functions.

- Face detection: Detect multiple faces in a snap or frames of videos
- *Image*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5467021

- Facial landmark detection: Generate 68 landmarks on the face as in the following example.
- *Image*
- 
- Currently, the Face Analysis Library provides the following functions:

- Face alignment
- *Image*
- Attributes Prediction
- Gender: male(prob: 0.94)
- Age: 40
- Race: Asian(prob: 1.0), White(prob:0), Black(prob: 0), Indian(prob:0)
- Attractiveness: (prob: 0.50)
- Emotion Recognition: (Happiness prob: 0.01)
- Headwear: prob: 0.29
- Interfaces
- C++ interface
- namespace face {

```cpp
class FaceManager
{
public:

    static FaceManager* get_instance();

    void init();

    static void close();

    void set_facedet_model(const std::string& modelpath);
    void set_landmark_model(const std::string& modelpath);
    void set_feat_model(const std::string& modelpath);
    void set_age_model(const std::string& modelpath);
    void set_expression_model(const std::string& modelpath);
    void set_gender_model(const std::string& modelpath);
    void set_attractive_model(const std::string& modelpath);
    void set_race_model(const std::string& modelpath);
    void set_ghj_model(const std::string& modelpath);

    std::vector<cv::Rect> detect_face(const cv::Mat& inputimg);

    std::vector<cv::Point> detect_landmarks(const cv::Mat& inputimg,
                            const cv::Rect& facerect);
    cv::Mat frontalize(const cv::Mat& inputimg,
            const std::vector<cv::Point>& landmarks);

    std:...:vector<float> predict_attractive(const cv::Mat& inputimg,
                            const std::vector<cv::Point>& landmarks);

    std::vector<float> predict_race(const cv::Mat& inputimg,
                        const std::vector<cv::Point>& landmarks,
                        bool binary=false);

    std::map<std::string, std::vector<float> >
    predict_ghj(const cv::Mat& inputimg,
            const std::vector<cv::Point>& landmarks);
private:
```

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5467022

```
FaceManager() {}

    static FaceManager* _instance;
    std::shared_ptr<Feat> _feat_extractor;
    std::shared_ptr<Age> _age_predictor;
    std::shared_ptr<GhjCnn> _ghj_predictor;
    std::shared_ptr<Race> _race_predictor;
    std::shared_ptr<AttractiveCnn> _attractive_predictor;
};
    }
```

- Privacy Review

# Redacted--AC

- Applications
- This section tracks known applications of this library.
- ~~Directory structure~~
- apps/
- frontalize/
- landmark, gender, demo
- core/
- Face detection
- HOG based
- Haar based
- Landmark detection
- Shape regressor
- CNN based
- Frontalization
- 3D based frontalization
- Simple 2D based cropping / rotation
- Gender estimation
- CNN based
- Age estimation
- CNN based
- data/
- Testing data and models
- android/
- Android wrapper
- ios/
- iOS wrapper
- java/
- Java interface
- python/
- Python interface
- test/
- Testing code

-
- Snapmoji: Bitmoji-Snapchat Training Dataset Spec [v1]


████████edited at 2015-08-28T16:16:47.528Z

- Face Analysis SDK Lib

- apps/
- frontalize/

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5467023

- landmark, gender, demo
- core/
- Face detection
- HOG based
- Haar based
- Landmark detection
- Shape regressor
- CNN based
- Frontalization
- 3D based frontalization
- Simple 2D based cropping / rotation
- Gender estimation
- CNN based
- Age estimation
- CNN based
- data/
- Testing data and models
- android/
- Android wrapper
- ios/
- iOS wrapper
- java/
- Java interface
- python/
- Python interface
- test/
- Testing code
- apps/
  frontalize/
core/
    The libface_core library, containing various methods for face detection, landmark detection, frontalization,
etc.
data/
    The testing data are saved here.
java/
    The java programming bindings for libface_core.
python/
    The python programming bindings for libface_core.
test/
        The testing routines are here.


███████ edited at 2015-08-24T17:43:21.821Z

- Face Analysis SDK
- **Directory structure**
  - apps/
  frontalize/
core/
    The libface_core library, containing various methods for face detection, landmark detection, frontalization,
etc.
data/
    The testing data are saved here.
java/
    The java programming bindings for libface_core.
python/
    The python programming bindings for libface_core.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5467024

test/

The testing routines are here.

- 

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5467025

## DOCUMENT SLIPSHEET

**Bates Number:** SNAP5467009-SNAP5467025

**BEGATTACH:** SNAP5467009

**ENDATTACH:** SNAP5467029

**Custodian:** ████████████████████

**Author:** ████████████

**Filename:** FACE ANALYSIS LIBRARY V1.HTML

**Create Date:**

**Last Modified Date:**

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /FACE ANALYSIS LIBRARY V1.HTML