**AMENDED Exhibit 885**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP1173460-SNAP1173464

**Custodian:** LEVENSON_DAVID

**Author:**

**Filename:** CHANNEL #PRODUCT-FEEDBACK - 2022-09-12 (UTC).HTML

**Create Date:** 9/12/2022 4:45 PM

**Last Modified Date:** 9/12/2022 4:45 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /CHANNEL #PRODUCT-FEEDBACK - 2022-09-12 (UTC).HTML



Δ π EXHIBIT 14
Deponent Levenson
Date 3/14/25 Rptr. LL
WWW.DEPOBOOKPRODUCTS.COM

## Channel #product-feedback - 2022-09-12 (UTC)

9/12/2022, 4:45 PM UTC

██████████████ Alex Osborne, and 57 others

**Has edits**

• ████████████████████████

Hi everyone, hope you're doing well in these tough times... I'm not sure the right avenue to ask about this so figured I'd ask here:

I was chatting a with a friend who teaches elementary school kids, and she mentioned some of the really deep impact the pandemic has on the social development of her students. Over the last year, as students has returned to in class learning, she noticed that they've taken more to snapchat / tiktok as a way to bully their classmates. One example strategy she shared was that her students would make "anonymous" snap accounts (since it's relatively easy), add a bunch of friends, and then spread negative or not-appropriate content around the school (everything from about students, to about teachers)--not unlike "note-passing" at scale and without accountability. The deep impact can be seen with her describing more students lashing out, at least one students attempting to commit suicide, and the emotional drains around all the teachers in her school to the point of looking into resignation. Of course, I'm sure this is not Snap specific, but in light of Evan's 11 year letter and the critical importance of safety, I was wondering:
1. I know there's a growing number of parents around Snap--have you experienced similar stories, i'm not sure the scale of such problem?
2. Snap's been very good at preventing "disinformation" at global scale, but I wonder if we're looking into "friends" scale? Especially, with our focus on community growth and "real friends", I wonder if this is a new challenge that we are entering into, or it's a known issue that we've been actively taking into account?
3. Given our younger user base, how can Snap be a positive good in a more explicit way? Things like hiding "like counts" are amazing at implicitly changing how the world thinks--and I know we've done things like vote registration to explicitly contribute to good discourse. Given our predilection for "real friends," encouraging our "kind" value at scale seems like an opportunity that hasn't been tackled as deeply in other platforms. How can I learn more about this area of our business?
Our mission and vision is one of the key reasons why I love working at Snap. And I know we continue to look for opportunities (recently the new parental controls). However, when I was shared this anecdote I was a bit at a lost for words, so I was hoping someone smarter than me can share some helpful thoughts ☺

tl;dr: with "real friends," safety, and younger demographics being key to Snap, how do we make sure our privacy and small network centric platform do not become a platform for bullying: opening a different, yet similar, issue (anonymity and scale) found in other platforms with a strong social network component?
9/6/2022, 8:21 PM UTC

   ◦ ████████████████████

> add a bunch of friends, and then spread negative or not-appropriate content around the school

Can this whole thing be solved by adding a setting that ignores messages from accounts that are not added back?

9/12/2022, 5:11 PM UTC

> add a bunch of friends, and then spread negative or not-appropriate content around the school

Can this whole thing be solved by adding a setting that ignores messages from accounts that are not in the contact list?

9/12/2022, 5:11 PM UTC
And a button "I am being bullied" which throws offending account into ignore list.
9/12/2022, 5:12 PM UTC

   ◦ ██████████████

We already do that for users under 18 by default
9/12/2022, 5:16 PM UTC

   ◦ ████████████████

So then how do they get unsolicited messages from anonymous accounts?
9/12/2022, 5:18 PM UTC
And if some kids just add everyone and suffer then we can make a button "I am getting doxxed" which like prevents adding accounts that are less than month old, and makes adding new contact like super tedious or something so that they think whom they are adding.
9/12/2022, 5:32 PM UTC

   ◦ █████████████████

I'm going to phone a friend here @████████████ but I believe you can change the setting now to "everyone" but we are changing that in Q4 to be only friends of friends, will let ███ verify though
9/12/2022, 6:46 PM UTC

   ◦ █████████████████

Hey team 👋 We have a whole initiative and roadmap for responsible growth. Although the focus right now is more on anti-predators than anti-grooming, many of the features will benefit here. For example, we are testing removing 'who can contact me: everyone' for users under 18. We also already put safeguards in place to hide underage users from QA and Search unless you have multiple friends in common (that helps a bit with the new account creation and adding situation). In Q4 we'll likely explore some takeovers that encourage users to change their settings if we see too many negative signals (e.g. If I block three people in a row, maybe I want to change my 'who can contact me' setting more restrictive).
9/12/2022, 6:58 PM UTC
🙈 1
Please keep these reports coming! Stories like this help us with prioritization and designing the right solutions.

CONFIDENTIAL
SNAP1173460

9/12/2022, 6:59 PM UTC

● ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Have noticed the new yellow border and flashing Ghost logo when filming in the Gold app, not a huge fan of it, are we trying to make users more aware that they're filming? Unsure of what the goal is for the potential change :shrug:
9/9/2022, 2:22 AM UTC

  ○ ▇▇▇▇▇▇▇▇▇▇▇

    If it is par of S+ would be great to have it as an opt-in and like show users a. CTA when they open the app. So that user have a chance to customize it if they want. Or ignore it if they don't want it.
    9/12/2022, 5:06 PM UTC
    If it is part of S+ would be great to have it as an opt-in and like show users a. CTA when they open the app. So that user have a chance to customize it if they want. Or ignore it if they don't want it.
    9/12/2022, 5:06 PM UTC
    If it is part of S+ would be great to have it as an opt-in and like show users a CTA when they open the app. So that user have a chance to customize it if they want. Or ignore it if they don't want it.
    9/12/2022, 5:06 PM UTC

● ▇▇▇▇▇▇▇▇▇▇▇▇▇

Snapchat Plus 💡: Custom reaction emojis or more variety similiar to Slacks. I want this for example :lets_go:
9/10/2022, 8:39 PM UTC

  ○ ▇▇▇▇▇▇▇▇

    this is something we're considering! or the potential for groups to set one custom reaction
    9/12/2022, 7:09 PM UTC

● ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I got an email to "Complete your profile", but it doesn't have my account's username so I am not sure which profile is incomplete. :hmmm:
9/12/2022, 4:45 PM UTC



# Create Your Identity



SNAP1173461



**Friends**

Add Friends

My Friends

**Bitmoji** _____

**Get Started**

## Secure your account



Now that you've joined Snapchat, make sure to **verify your email address** in case you forget your password.

## Tell everyone you're here

Let your friends know you're on Snapchat and improve your experience by **syncing your contacts**.



CONFIDENTIAL

SNAP1173462

# Express yourself



## Create your own

## personalized Bitmoji to

represent you on Snapchat.

You can customize how it

looks and what it wears to

fully bring it to life!

❤ Team Snapchat

4:45 PM UTC
Screen Shot 2022-09-12 at 9.44.14 AM.png (F042R1XG0HW)Screen Shot 2022-09-12 at 9.44.14 AM.png9/12/2022, 4:45 PM UTC

o ▮▮▮▮▮▮▮▮

maybe just a multi account issue, but feels weird that my accounts username isn't in there
9/12/2022, 4:46 PM UTC

maybe just a multi account issue, but feels weird that my account's username isn't in there
9/12/2022, 4:46 PM UTC

o ▮▮▮▮▮▮▮

you might be able to use the email it sent to. I assume it's something like <user>+<snapchatuser>@snapchat.com
9/12/2022, 4:55 PM UTC

o David Levenson DL

▮▮▮▮▮
9/12/2022, 4:55 PM UTC

o ▮▮▮▮▮

▮▮▮▮▮▮ did you recently create a new account? ▮▮▮▮▮▮
9/12/2022, 4:57 PM UTC

o▮▮▮▮▮▮▮

How recent is recent? I didn't create one in the past month that I remember, but I do have 10's of accounts
9/12/2022, 4:58 PM UTC
what if someone else signed up with my email for example?
9/12/2022, 4:59 PM UTC
It's just hard to tell what happened here
9/12/2022, 4:59 PM UTC

o ▮▮▮▮▮▮

Makes sense. Thanks for the feedback, we'll explore some options to make this more straightforward to users with multiple accounts.
9/12/2022, 5:05 PM UTC

o ▮▮▮▮▮▮

yeah, the email currently doesn't support username personalization, which is why it's not in there, but agreed with this feedback, we can chat through excluding users with multiple accounts with the same email
9/12/2022, 5:06 PM UTC

o ▮▮▮▮▮▮

CONFIDENTIAL

SNAP1173463

I recently got one for an account I created in 2013.
9/12/2022, 9:36 PM UTC

‹          ›

CONFIDENTIAL

SNAP1173464