# AMENDED Exhibit 890

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET

**P-SNAP-0751**

**Bates Number:** SNAP0019241-SNAP0019243

**Custodian:** BEAUCHERE_JACQUELINE

**Author:** NIMA MOZHGANI (GOOGLE DOCS)

**Filename:** 6AF5ECE56F38320D2D620B7F60DB63778F04D3904D1E8F7379F70DA21C8A6595.EML

**Create Date:** 8/4/2023 11:51 AM

**Last Modified Date:** 8/4/2023 11:51 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**



**File Path:** /6AF5ECE56F38320D2D620B7F60DB63778F04D3904D1E8F7379F70DA21C8A6595.EML

| | |
|---|---|
| **From:** | Nima Mozhgani (Google Docs) [comments-noreply@docs.google.com] |
| **Sent:** | 8/4/2023 11:51:29 AM |
| **To:** | ████████████████ |
| **Subject:** | Family Center - page rewrite |

## New activity in the following document

 Family Center - page rewrite

✓ **6 resolved**
Comments

parental controls

 Jacqueline Beauchere
• 2:52 PM, Aug 3 (CDT)

I'm so wary of this. we've gone out of our way NOT to refer to them as parental controls because they're not. Traditional parental controls cover the who, what, where, and how much of a young person's online "life." These are built differently: for teens and families with teens and families -- and experts -- to help balance parental and caregiver needs with teens' desire for privacy and autonomy at this critical time in their lives. Can we maybe work with something like this?

 Nima Mozhgani
• 1:46 PM, Aug 4 (CDT)
New ████████████████████████████████

*Marked as resolved*

**ReplyOpen**

Suggestions

 Jacqueline Beauchere
• 2:46 PM, Aug 3 (CDT)

**Delete:** *"that"*

 Nima Mozhgani
• 1:45 PM, Aug 4 (CDT)
New ████████████████████████████████

*Accepted suggestion*

**ReplyOpen**

CONFIDENTIAL

P-SNAP-0751



Jacqueline Beauchere
• 2:46 PM, Aug 3 (CDT)

**Add:** *"_"*



Nima Mozhgani
• 1:45 PM, Aug 4 (CDT)
New

*Accepted suggestion*

**ReplyOpen**



Jacqueline Beauchere
• 2:47 PM, Aug 3 (CDT)

**Replace:** *"make available 're also equipping parents and teens with new"* with *"also offer"*



Nima Mozhgani
• 1:46 PM, Aug 4 (CDT)
New

*Accepted suggestion*

**ReplyOpen**



Jacqueline Beauchere
• 2:47 PM, Aug 3 (CDT)

**Replace:** *"them"* with *"parents and teens"*



Nima Mozhgani
• 1:46 PM, Aug 4 (CDT)
New

*Accepted suggestion*

**ReplyOpen**



Jacqueline Beauchere
• 2:52 PM, Aug 3 (CDT)

**Add:** *"_"*



Nima Mozhgani
• 1:46 PM, Aug 4 (CDT)
New

*Accepted suggestion*

**ReplyOpen**

CONFIDENTIAL

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated items or subscribed to notifications on Family Center - page rewrite. Change what Google sends you. You cannot reply to this email.



CONFIDENTIAL

SNAP0019243