# AMENDED Exhibit 891

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET

**P-SNAP-0749**

**Bates Number:** SNAP0011517-SNAP0011518

**Custodian:** BEAUCHERE_JACQUELINE; TRAN_ABBY

**Author:** JACQUELINE BEAUCHERE

**Filename:** D2E1B51AF1E4DF9E47AB63763FEC13DAC2E473EDBBF3DF9B3465639B30F363EB.EML

**Create Date:** 6/30/2022 10:29 AM

**Last Modified Date:** 6/30/2022 10:29 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /D2E1B51AF1E4DF9E47AB63763FEC13DAC2E473EDBBF3DF9B3465639B30F363EB.EML



**P-SNAP-0749**

| | |
|---|---|
| **From:** | Jacqueline Beauchere ███████████████ |
| **Sent:** | 6/30/2022 10:29:03 AM |
| **To:** | ███████████████████ |
| **CC:** | Abby Tran ███████████ |
| **Subject:** | Re: Quick question - FAQ for Family Center |

Works for me!

On Thu, Jun 30, 2022 at 12:00 PM ████████████████████████ wrote:
Thanks JB -- how does this sound. Abby, welcome your view here too.

- Family Center is designed to reflect the way that parents engage with their teens in the real world.
- Our goal is to equip parents and teens with new resources to help them have constructive and open conversations about online safety -- and to empower parents and teens in a way that still protects a teenager's autonomy and privacy.
- If parents wish to have more restrictive control around time limitations, we would encourage them to leverage the tools available at the device level.

On Thu, Jun 30, 2022 at 12:37 PM Jacqueline Beauchere <████████████████ wrote:
Some quick points from my pov, FWIW:  Time limits and other forms of restrictive mediation are t traditional "parental controls." Snap is not offering traditional parental controls but is following a course of instructive mediation and offering parental/caregiver tools that encourage open conversations between parents/caregivers and teens.

If parents want to adopt this approach, they could seek out tools on the device.

Eager for Abby's views, of course.

Thanks,
JB

On Thu, Jun 30, 2022 at 11:20 AM ████████████████████████ > wrote:
Hi Abby and Jacquline --

I'm working on FAQ for our Family Center rollout. One of the questions I think we will get: *"Other apps limit screen time/allow parents to set time limits on their kids accounts -- why aren't you doing that?"*

Wanted to get your thoughts and point of view on our stance around this. I started to answer this below -- but think we'll need to dive deeper. Is our view more this should be controlled at the device level and we would encourage parents/teens to leverage the tools available at that level? etc. Welcome any raw thoughts here -- and I can craft a response.

Q: Other apps limit screen time/allow parents to set time limits on their kids accounts -- why aren't you doing that?"

SNAP0011517

**P-SNAP-0749**

- Family Center is designed to reflect the way that parents engage with their teens in the real world.
- Our goal was to create a set of tools designed to reflect the dynamics of real-world relationships and foster collaboration and trust between parents and teens – and to empower parents and teens in a way that still protects a teenager's autonomy and privacy.

--



Communications

k

CONFIDENTIAL