# AMENDED Exhibit 893

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

P-SNAP-0340

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP2619258-SNAP2619270

**Custodian:** TRAN_ABBY

**Author:**

**Filename:** FAMILY CENTER 12_21_21 UPDATE.PPTX

**Create Date:** 12-2-2021 12:00 AM

**Last Modified Date:** 12-2-2021 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /FAMILY CENTER 12_21_21 UPDATE.PPTX



P-SNAP-0340

# Family Center

## 12/1/21 Updates

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2619258

P-SNAP-0340

## Updates

- **Privacy Controls** section removed

- Prominent **View friends** button

- Renamed section to **Chat Activity**

- Timestamps removed in **Chat Activity** section

- Child gets mirrored view of Family Center

- Removed Manage Privacy Controls from Permissions Dialog

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP2619259

**P-SNAP-0340**

Slide 2 Comments

These updates look great, and in-line with our last discussion. I wonder if given how light it looks now (really just a recent chat history screen), we might be able to beef it up with some avenues for interaction btwn the parent and child? Like maybe a way to enter chat or something of the sort from the screen? some sort of AR treatment they can use together? Just some sort of way to engage together, on snapchat in a positive way? Not sure if feasible, but just my two cents given framing "family center" and reality "chat activity"

Nona Yadeger   12/1/2021 01:20 PM

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2619260

**P-SNAP-0340**



HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP2619261

P-SNAP-0340



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2619262

**P-SNAP-0340**

## Slide 4 Comments

1 ████████████ for clarity, what about calling "Chat Activity" instead "Who Eric has been talking to"
*Jeremy Voss.  12/2/2021 09:24 AM*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2619263

P-SNAP-0340



## Permissions Dialog

Evan Spiegel
10:57 AM Nov 29

let's get rid of the "manage your privacy controls" I think the concept here is visibility but not control...

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2619264

**P-SNAP-0340**

## Slide 5 Comments

1                              █████████ think this should say "Family Center" not "Link"
*Jeremy Voss, 12/2/2021 12:12 PM*

2                              Small thing but I wonder if this icon in Conversation View suggests that the child is very young even though the child might be like 16 and taller than their parents (it might make them feel like they're being treated like a very young child)
*Jeremy Voss, 12/2/2021 12:12 PM*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2619265

P-SNAP-0340



Appendix

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2619266

**P-SNAP-0340**

Slide 6 Comments

1          Note: Appendix is previous product/designs
           *Jeremy Voss. 12/2/2021 11:39 AM*

HIGHLY CONFIDENTIAL (COMPETITOR)                                                          SNAP2619267

**P-SNAP-0340**



HIGHLY CONFIDENTIAL (COMPETITOR)                                        SNAP2619268

**P-SNAP-0340**

Slide 7 Comments

1    What's the experience if the child has been linked to multiple parents?
     ▇▇▇▇▇▇▇  *12/2/2021 11:38 AM*

2    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  this appendix is the previous designs/product just for reference
     *Jeremy Voss, 12/2/2021 11:36 AM*

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP2619269

P-SNAP-0340



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2619270