# AMENDED Exhibit 897

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET

**P-SNAP-0312**

**Bates Number:** SNAP1186209-SNAP1186211

**Custodian:** TRAN_ABBY

**Author:**

**Filename:** DIRECT MESSAGE ABBY TRAN, ███████████ AND ███████████ - 2022-11-10 (UTC).HTML

**Create Date:** 11-10-2022 5:05 PM

**Last Modified Date:** 11-10-2022 5:05 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /DIRECT MESSAGE ABBY TRAN, ███████████ AND ███████████ - 2022-11-10 (UTC).HTML



P-SNAP-0312

Direct message Abby Tran, ███████████ and ███████████ - 2022-11-10 (UTC)

Private 11/10/2022, 5:05 PM UTC
Abby Tran and █████████

- ████████████████████

How is the family center stuff going ?
11/10/2022, 5:05 PM UTC

## 9:05

 **Josh Siegel**

---

 **Josh Siegel** 9:03 AM

i know parents who have their kids to know what htey're up to on snap

 9:03 AM

So I think making parent child featu v smart

 **Josh Siegel** 9:03 AM

yes please

it's smart for SC+ but also just great company if we get older users on it

CONFIDENTIAL

SNAP1186209

P-SNAP-0312

that's like a 3x ad revenue thing

Stock goes to $100

 

what would parents want? to be ab where their kids have been (ghost t

to see who they're with (nope)

to see live location (coming soon)

                     9:04 AM

Ok I'll think

You're up to date 🎉

+ Message Josh Siegel

CONFIDENTIAL

SNAP1186210



Home



DMs



Mentions



Search

5:05 PM UTC
IMG_3653 (F04B3SJURK2)IMG_365311/10/2022, 5:05 PM UTC
Wondering if it's worth building off that product
11/10/2022, 5:06 PM UTC

- Abby Tran (UG7GXST1B)AT

I'd say that FC is promising, but adoption is extremely low, even with our comms blast during launch around August 9th - we had about ~~$100k of marketing budget for launch, since our goal was to reach parents externally (who are likely non-Snapchatters) . As of 11/8, we've only had~~ 185k parents discover the feature and successfully send an invite (and that's with global launch). That said, we were extremely conservative about discoverability (no tool tips, entry point hidden in settings, no education prompts in the app) since mvp goal was to have a feature we can point regulators, interested parents, and press to, rather than broadly tell everyone to adopt this since we did not know what the impact to engagement might be if this lands the wrong way with teens. I would personally love to beef it up a bit for it to be a real "center" and ▮▮▮ had actually designed a few other features in earlier versions (location, a view of stories, comms, location settings, content controls, etc.) We should definitely talk more about potentially leveraging it for more age up adoption.

CONFIDENTIAL

SNAP1186211