# AMENDED Exhibit 898

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**App Experience Team**



# Voice of the Customer Product Review

*The Voice of the Customer Program aims to amplify the Snapchat experience for our fellow Snapchatters. Our mission is to deliver customer insights that resonate and drive our customer's priorities across Core Engineering, Monetization, Product, and Growth.*

*Discussion: #voice-of-the-customer*
*Join* ██████████████████████████ *for meeting invite*

Tuesday, August 22, 2023

CONFIDENTIAL

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3652736



EXHIBIT 32
WIT: Chan
DATE: 2/7/25
Maureen O. Pollard, RDR

# Agenda

Tuesday, August 22, 2023

- Top App Wide Feedback
- Feature Area Discussion
  - My AI
  - Snapchat+
  - Discover
  - Activation
  - Creators
  - Spotlight
  - Friending
- Overall Feature Area Review (Read Only)

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3652737

# Table of Contents

Tuesday, August 22, 2023

**Full Area Reviews**

Activation

Ad Client

Bitmoji

Cameos

Camera

Creative Tools

Creators

Discover

Friending

Lenses

Memories

Messaging

My AI

Profile

SIG and Accessibility

Snap Map

Snapchat on the Web

Snapchat+

Spotlight

Stories

**Overall Trends**

Top App Wide Feedback (Q2)

Priority Big 5 + India Market Insights (July)

**Rollout Deep Dives**

Paid Snapstreak Restore

Universal Avatar

Project Broccoli

**Appendix**

FAQ

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3652738

Slide 3 Notes

Notes

☐ ☐

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3652739

VoCP QPR Aug 2023

# ☐ ☐Priority Big 5 + India Market Insights *(July 2023)*

This chart represents the **percentage contribution of each trend to the total report volume per country.**

| Feature | Feedback Trends | JP ☐ ☐ ☐ ☐ | SP ☐ ☐ ☐ ☐ | BR ☐ ☐ ☐ ☐ | IT ☐ ☐ ☐ ☐ | MX ☐ ☐ ☐ ☐ | IN ☐ ☐ ☐ ☐ |
|---|---|---|---|---|---|---|---|
| Snapchat+ | [Android] Customers not able to subscribe to Snapchat+ ☐ ☐ ☐ ☐(PLUS-867) | - | - | - | - | - | 1.03% |
| Activation | [Android] Can't Delete an Account from Settings ☐ ☐(ACTIV-15485) | - | 0.88% | 2.38% | 0.22% | 1.43% | 1.18% |
| Camera | Camera is Blurry / Low Quality ☐ ☐(CAMERA-95707) | 1.72% | 0.63% | 0.99% | 0.89% | 0.99% | 0.81% |
| Snap Map | Bitmoji Locations Are Inaccurate ☐ ☐(MAPS-59611) | 0.57% | 0.88% | 0.99% | 0.51% | 0.44% | 0.41% |
| Camera | No Audio / Sound in Recorded Videos ☐ ☐(CAMERA-100269) | - | 0.25% | 0.20% | 0.13% | 1.55% | 0.17% |
| Notifications | Not Receiving Notifications ☐ ☐(PUSH-3930) | - | 0.75% | - | 0.51% | 0.55% | 0.22% |
| Convo | Can't Send Snaps ☐ ☐(APPEX-45) | - | 0.75% | 0.40% | 0.38% | - | 0.25% |
| Activation | Unable to Sign In Due to Forgetting / Losing Password ☐ ☐(ACTIV-16309) | - | 0.38% | 0.40% | 0.13% | 0.44% | 0.11% |
| Spotlight | Confusion Regarding Spotlight Moderation ☐ ☐(CP-48231) | - | - | - | 0.13% | - | 0.09% |

Link to the Primary Market Voice of the Customer Report Covering July 2023



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3652746

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP3652736-SNAP3652813

**BEGATTACH:** SNAP3652736

**ENDATTACH:** SNAP3652813

**Custodian:** BOYLE_DAVID

**Author:**

**Filename:** VOICE OF THE CUSTOMER PROGRAM_ QUARTERLY PRODUCT REVIEW (Q3 2023) .PPTX

**Create Date:** 10/18/2023 12:00 AM

**Last Modified Date:** 10/18/2023 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /VOICE OF THE CUSTOMER PROGRAM_ QUARTERLY PRODUCT REVIEW (Q3 2023) .PPTX