**AMENDED Exhibit 899**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**App Experience Team**



# Voice of the Customer Product Review

*The Voice of the Customer Program aims to amplify the Snapchat experience for our fellow Snapchatters. Our mission is to deliver customer insights that resonate and drive our customer's priorities across Core Engineering, Monetization, Product, and Growth.*

*Discussion: #voice-of-the-customer*
*Join ███████████████████████████ for meeting invite*

Wednesday, February 28, 2024

CONFIDENTIAL

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3074358



EXHIBIT  33
WIT:  Chen
DATE:  2/7/25
Maureen O. Pollard, RDR

# Agenda

Wednesday, February 28, 2024

- [VOCP Action Updates](#)

- [Top App Wide Feedback](#)

- [Feature Area Discussion](#)

- [Overall Feature Area Review (Read Only)](#)

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3074359

# Table of Contents

Wednesday, February 28, 2024

**Full Area Reviews**

Activation

Ad Client

Bitmoji

Cameos

Camera

Creative Tools

Creators

Discover

Friending

Lenses

Memories

Messaging

My AI

Profile

Snap Map

Snapchat on the Web

Snapchat+

Spotlight

Stories

SIG and Accessibility

**Appendix**

FAQ

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3074360

# Activation

VOC Scorecard Score: ☐ ☐
Open Activation Tickets
Link to December App Review Report

**Major Highlight** ☐ ☐: *Contact volume from customers attempting to change username decreased by -32%. The error message was made clearer for users ACTIV-*

*17448  example: instead of 'oops something went wrong" it states "username is not available"*

| [Do Not Edit Yet] Top Feedback or Feature Request Trends | % of Feature Volume % Change from Last Quarter |
|---|---|
| [↑Rank] DO NOT EDIT | ↑↓X% |
| [↑Rank] DO NOT EDIT | ↑↓X% |
| [↑Rank] DO NOT EDIT | ↑↓X% |




*Analyst*

**Claudia Chan**
*Product Manager*

HIGHLY CONFIDENTIAL (COMPETITOR)

## What Customers Are Saying Now ☐ ☐

- Customers losing/forgetting their password ACTIV-16309 continues to be a top customer trend with a slight **+4%** increase in Q4 2023 (Dash). We expect in Q1 2024+ this contact volume to drop more as Google Tap to Sign in feature is being tested and rolling out.

- Continued volume in Q4 from Android users unable to delete their account from in-app settings ACTIV-15485 which increased in Q4 by **+33% QoQ** (Dash), While customers can use the web portal to delete their account Android customers would still like a similar option to delete within in the app settings as iOS app does.

- Long-Standing issue where some customers report they are unable to update/change their email ACTIV-18239 (issue with cannot send confirmation) **-9% QoQ** (Dash) A new error message for blocked response will be implemented to users clearly that they are being blocked because of either rate limiting or their email/domain is blocked.

## What is the Product Roadmap for Q1 2024?

- Google Sign Up/Sign In is rolled out to 100%, which does not require a password to sign into an existing account. As more customers utilize this new sign in method we hope this trend will go down over time. We are also working on persisting 1 Tap Login saved credentials in more scenarios on Android. This should ship by end of Q1 and also help with this.

- More descriptive login error messages rolling out as part of 12.76. This should generally help address customer confusion around login issues and bring them towards a resolution versus a dead end.

- Account pause and delete setting on Android is deprioritized in Q1 in favor of exec NA DAU roadmap (resurrection). We will revisit this during Q2 planning.

☐ ☐ = Primary Market Trend



SNAP3074403

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP3074358-SNAP3074435

**BEGATTACH:** SNAP3074358

**ENDATTACH:** SNAP3074435

**Custodian:** APANOVYCH_MARIIA

**Author:**

**Filename:** VOICE OF THE CUSTOMER PROGRAM_ QUARTERLY PRODUCT REVIEW (Q1 2024) .PPTX

**Create Date:** 3/4/2024 12:00 AM

**Last Modified Date:** 3/4/2024 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /VOICE OF THE CUSTOMER PROGRAM_ QUARTERLY PRODUCT REVIEW (Q1 2024) .PPTX