**AMENDED Exhibit 900**

**PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** Agatha Baldwin ██████████
**Sent:** 6/2/2018 9:25:29 AM
**To:** ██████████ [██████████] ██████████
**CC:** Trust and Safety Leads [██████████]
**Subject:** Re: Snapchat - impossible for parents to delete account

+ ████  legal                          **Redacted--AC**

# Redacted--AC

On Sat, Jun 2, 2018 at 8:11 AM, ██████████████████ wrote:

# Redacted--AC

CONFIDENTIAL



EXHIBIT ___34___
WIT: ___Chan___
DATE: ___2/7/25___
Maureen O. Pollard, RDR

SNAP0889433

# Redacted--AC

On Fri, Jun 1, 2018 at 10:39 PM, 'Agatha Baldwin' via Trust and Safety ◄ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮
wrote:

# Redacted--AC

On Fri, Jun 1, 2018 at 10:29 PM 'Snap Communications' via Trust and Safety Leads ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮ ▶ wrote:

---------- Forwarded message ---------
From: ................ **Redacted--PII** ................
Date: Fri, Jun 1, 2018 at 20:16
Subject: Snapchat - impossible for parents to delete account
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Good morning.

I've been trying for the past hour to delete my son's snapchat account.

You have created a system to make that impossible.

He is not 13.
He does not have my permission.
He will not disclose his acccount/password to me.

I can provide his name and snapchat name and his birthday - but for privacy reasons, I have no idea who
then would see this information & who then will have his details, or if your company will even take account
on this situation.

CONFIDENTIAL

SNAP0889434

It needs to be secure and direct and not share his personal details further.

Your code of ethics is very tight - however, when online e-security websites point parents here: https://www.snapchat.com/static_files/deletion_request.pdf
it doesn't work. Your website doesn't allow parents to delete accounts.

I've been working in and out of IT companies for years, both in Australia and the USA. My time is valuable.

I will not wait until he is 13 and he is "allowed" on your site.

When I review his snapchat account - and block the continuous porn that appears - it still stays showing - which is destructive and offensive. Your IT department guys & husbands, boyfriends or other employed males, may wish their pre-teen boys to have access to a constant stream of buttocks and breasts, but I do not.

I want a direct line, a person or a site to delete my son's account from Snapchat (without being able to provide a password).

I am based in Australia, and take privacy very seriously. Unfortunately, my 12 year old doesn't.

Please advise at your soonest.

Kindest regards,

**Redacted--PII**

--
You received this message because you are subscribed to the Google Groups "Trust and Safety Leads" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▮▮▮▮▮▮▮▮.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
To post to this group, send email to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
To view this discussion on the web visit https://groups.google.com/a/snapchat.com/d/msgid/trustandsafety-leads/CABAFCFL873BNY1Q04B1mwJyDWAJx5hibS2m4E8fb1_aMn280JQ%40mail.gmail.com.

--
You received this message because you are subscribed to the Google Groups "Trust and Safety" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
To post to this group, send email to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
To view this discussion on the web visit
https://groups.google.com/a/snapchat.com/d/msgid/trustandsafety/CAMn%2BB-HB9MyXKswfPquKDgV8Fh%2B0cwddk%3DM1rze-Hiq1ePYXHA%40mail.gmail.com.

CONFIDENTIAL

SNAP0889435

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP0889433-SNAP0889435

**BEGATTACH:** SNAP0889433

**ENDATTACH:** SNAP0889435

**Custodian:** BALDWIN_AGATHA

**Author:** AGATHA BALDWIN

**Filename:** FA4A6B110DC64A43AAFD66E3ECF3DFFB8AB37FE84BAA28BD5289713BB6FBEE33.EML

**Create Date:** 6/2/2018 9:25 AM

**Last Modified Date:** 6/2/2018 9:25 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /FA4A6B110DC64A43AAFD66E3ECF3DFFB8AB37FE84BAA28BD5289713BB6FBEE33.EML