**AMENDED Exhibit 908**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

SCT: Dynamic Location Widget

2/2/2017, 5:54 PM UTC
type: document

# SCT: Dynamic Location Widget

## Feature Overview

Geofilters perform better when they're more relevant, and location is one of the simplest ways to add relevance. Several DSO examples here demonstrate this clearly - when a location was added to sponsored geofilters, conversion went from 5-8% to 20-30%! We'd like to encourage more advertisers to add location to their geofilters, but the current manual approach (creating a separate filter for each location) does not scale.

This spec explores adding a "Smart Location" widget to our filter creation tools. This widget would allow you to add a location text box to your filter, that later fills in with the end user's location when the filter is displayed. It is a scalable way of adding location to any geofilter, which will significantly increase its relevance.

## Feature Goals

- Offer a scalable way of adding location to geofilters
- Improve user experience, by introducing more relevant filters
- Bring better value to advertisers (more uses → more views → higher cpm)
- Last but not least, support delightful filters like this one at scale:



-

## Owners

- Engineering: ▮▮▮▮▮▮▮▮▮▮
- Biz PM: ▮▮▮▮▮▮▮▮▮
- QA ▮▮▮▮▮▮

# User Spec

## Filter Types

V1: Both **sponsored and organic filters** of the following types are supported.

- National
- Global
- Chain / Multi-fence
- Top shared spaces - colleges, high schools, airports

V2 (not in scope of this spec):

- Chain / Multi-fence with custom text from Location Manager
- Additional shared spaces

HIGHLY CONFIDENTIAL (COMPETITOR)

## Filter Serving



### General

- As a user, when I swipe on a geofilter with a smart location, I will see my custom location on the filter
- The filter is like any other filter, as **is not interactive** for the end user
- If my location is not found, default text will be shown (see section below)
- The location text loads at the same time as the filter image - there should not be a subsequent step of fetching location

### Location Granularity

Depending on the filter type, there may be a granularity option for location.

**Non-Shared Space:** When adding a smart location, creator can choose from one of these granularity settings.

- Neighborhood
- City
- State
- Zip

**Shared Space:** If the filter is a supported shared space, there is no granularity option. The Smart Location will simply match to the name of the individual shared space - e.g. it will show "LAX" for LAX airport, "Hunterdon H.S." for that high school.

### default Text

Creator will also specify a default text, which is the string to show if we can't get a location. Reasons:

- User has not given us access to their location
- GPS accuracy is too low to reliably get location (need to define this threshold)
- When the user's location is close to the boundary (say Venice vs. Santa Monica) of two or more locations:
  - Option 1: Fallback to default text. This is simplest and is the current behavior in the backend.
  - ~~Option 2: Pick the one with "higher confidence" — note that it's always possible to guess the wrong one so some users/snaps might be affected no matter what threshold we choose. This requires some backend code change.~~
  - ~~Option 3 (required client change): Send both/all texts back and have user pick (tap-to-switch)?~~
- We can't find a location for that specified granularity - e.g. granularity set to neighborhood, but user is in a rural area with no neighborhood designation.
- We don't yet support this country (V1 will be US only)

### TEXT EXPIRATION

The text shown in dynamic location widget is determined based on the user's location at the time of the request. It may become stale but we will not address this in V1. It's possible that the user may move out of the area corresponding to the text (which says, e.g., "Venice, CA" but the user has moved to Santa Monica, CA) when the geofilter (e.g., a national one) is still available for the clients to use. In that case, for V1, the user would still see Venice, CA in the filter; in future releases we could potentially invalidate the text based on the user's current location.

### Text Attributes

Backend and core app should be able to support these attributes for the location text.

- Bounding box - the box that location text must fit inside. Font size will have to scale to fit.
- Max / ~~min~~ font size - when scaling font to fit bounding box, should stay within this range (truncate with ... if strings are too long)
  - TBD ▮▮▮ ): Do we need max font size if client can compute the best-fit font size?
- Font
- Text Color
- Capitalization - ALL CAPS, Default spelling
- Horizontal Alignment - Left, Center, Right
- Text Shadow - blur radius, color, x / y offset
- Text Alpha
- ~~P2: Vertical Alignment - Top, Middle, Bottom~~
  - ~~TBD Eva: Do we need this to launch?~~

## Client Requirements

P0:

- Resizing text to fit within bounding box
  - Params: bounding box, min font size
- Load in font from server (may not need additional work)
- Text color
  - already works on ios
- Horizontal alignment - left, center, right
  - already works on ios

P1:

- Fix 10px vertical padding diff between Android and iOS (see examples here)
- Text Shadow - radius, color, offset
  - Android - shadow color, Dy Dx, Radius
- Text Alpha - 0 to 1.0
- ~~Vertical alignment - Top, Middle, Bottom~~

### Old Client Backward Compatibility

For existing clients which does not have the new capability described above, what should we do?

**Option 1: Do not return the filter for those clients. As of 3/16/2017 this is the current behavior.**

Option 2: Return the filter but do not provide context (i.e., PNG only)

Option 3: Return the filter with the context, but applies only a subset of features, i.e., no text shadow, no text alpha, no font resizing, no vertical alignment.

## Creation Interface

*Decided 2/21 - we will support an entry point from BBG in V1. ODG / external to come in V2+*

In BBG, there is an "Edit Creative" button below the geofilter preview. Clicking on this button opens up the filter in Creative Studio, where you can add a dynamic element. Saving the filter in Creative Studio updates it in BBG.

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP5292369



In the interface to create a filter, expose UI to add a Smart Location element.

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP5292370



Geofilter Creative Studio

Snap

Add Smart Element



Smart Location

Add Smart Location

Displays the location of the end user on the geofilter.



Background Image

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5292371

 Geofilter Creative Studio                                    Snap

Add Smart Element





Background Image

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP5292372



## Side Panel Features

The side panel has a section for Smart Location, and the zero state shows button to "Add Smart Location". Once added, the panel exposes these options:

- **Default text** - default text to show when location isn't available (see Serving > Default Text for use cases)
- **Location granularity**
  - National / Global filters:
    - neighborhood
    - city
    - state
    - City, State Initial
    - State Initial
  - Shared space filters: list "Shared Space – <shared space name>". Not editable
- **Delete** - Removes Smart Location from filter

## Textbox Features

The textbox widget has the following features:

- **Move, rotate, and resize** text bounding box
- **Font** - list of 50 fonts
- **Capitalization** - ALL CAPS, Camel Case, First word capitalized, all lowercase
- **Shadow** - Color, radius, x / y offsets, with some presets
- **Text alignment** - left, center, right
- **Color** - Color picker with hex entry

## Textbox Logic

- Send down an x, y based on non-rotated box. Clients are setting the x,y then applying a rotation to it
- Box can not be taller than it is wide
- Vertical alignment is center
- For different granlarities, the text should say:
  - City: "Seattle"
  - City, State: "Seattle, WA"

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5292373

- State: "New York"
- State Initial: "NY"
- Zip Code: "90291"
- Neighborhood: "Santa Monica"
- High School: "Los Angeles High School"
- College: "California State University"
- Airport: "LAX"

---

## Data Sources

For V1, we'll need the following data sources, US only.

**Table of types and fence schemas in BBG**

Sheet3

| | A | B | C | |
|---|---|---|---|---|
| 1 | Type | Status | BBG Tag | Schema |
| 2 | Neighborhoods | Sub Neighborhoods need to removed or downgraded | DLW_MAPONICS_STANDARD_NEIGHBORHOOD | [Dynamic Locatio |
| 3 | Cities | Ready | DLW_Cities | [Dynamic Locatio |
| 4 | State - Initial | Ready | US_States | <State Abrv> - < |
| 5 | State - Full string | Ready | US_States | <State Abrv> - < |
| 6 | Zip code | Ready | US_zipcodes | <5-digit zip>_<o |
| 7 | High schools | Ready | US_High_School | <Highschool> - < |
| 8 | Colleges | Ready | USA_MAPONICS_COLLEGES | <College Name> |
| 9 | Airports | Ready | US_AIRPORTS | <Airport Code> - |

**Administrative Boundaries**

- Neighborhoods
    - Maponics: maponics_neighborhood tag in BBG. Covers neighborhoods in US with 50k+ population and a 1k+ people per square mile.
- Cities
  *Various options - need to source / QA*
    - Maponics (census boundaries)
    - OSM - OSM tag
- States
    - Hand Drawn: we have all 50 states in BBG, search "holiday filter"

**Top Shared Spaces**

- High Schools
    - Maponics: maponics_high_school tag
- Colleges
    - Maponics: maponics_college tag
- Airports
    - Maponics: spongeo_airport tag

**Resources**

- All shared spaces at go/sharedspaces
- Fences Index (Austin)
- Maponics Neighborhood Names (CSV)
- OSM City Names (CSV)

## Metrics

- Location string coverage: What % of swipes show a location? What % show default text? Also normalize by UU.
- Usage: For swipes that show a location vs default text, do conversion rates differ?
- Default text scenarios: What % of default text scenarios are due to...
  - Not having a fence in that area
  - User location not available
  - Fence overlap / unable to dedupe fences
  - Client text resizing issue

# Additional Resources

- Eng Design Spec for V0 [WIP] Dynamic Location Widget V1 Eng Spec

# V2

**V2: ODG "My Geofilters" View**

For DSO national / chain / shared space buys, advertiser can log in to ODG and edit the creative.



- Timeline for filter buys / role migration to ODG:
  - Today: only ODGs you've tied to an ad account will appear here
  - April: Chains migrating to ODG, fully self managed
  - May: All DSO campaigns show up in ODG (for campaign management / metrics; not self serve)
- For DSO, SnapCentral needs to support a Snapchat user mode that's invisible to advertiser - then Creative Strategy / AdOps / Sales can login and assist in campaign management.

**V2: ODG Business Order Flow**

In the Create Geofilter flow, support adding a "Smart Location". This will work for all buys, but is most valuable for multi-fence.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                              SNAP5292375



**Supporting multi-polygon:**

From ▮▮▮: Today, for city geofences from US Census Place Files, as geofence batch upload does not support multipolygons, some cities in the US have cut out sections where a city boundary exists within, such as Detroit / Hamtramck. For this case, if we have a geofilter specified with city level location widget, then users at Hamtramck will see that geofilter with static text being Detroit. This issue is expected for V1. For the long run, we will rely on location team tackling this issue.

# Post-V0 Extensions

*Note: these are potential extensions to dynamic elements in the future, and are **not part of this product launch**.*

Our goal is to continually add dynamic elements to our filter creation tools, to make geofilters smarter and more relevant. Smarter locations are just the start, and the framework to support these elements should be extensible to support more use cases in the future. Below are a list of potential inputs / outputs we'd like to support, with the bolded ones needed for this particular location feature.

**Inputs**

- **Location (lat / long)**
- Time of day (user's local timezone)
- Day of week
- Weather - sun, cloudy, rainy etc
- Temperature
- Snapcode deep link - text string
- Snapcode deep link - image
- Timezone
- Name from ODG fence (for multi-fence buys)
- What's in your camera / snap

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP5292376

**Outputs**

- **Text string, with usual text attributes: font, positioning, color, etc**
  - **Neighborhood names**
  - **City names**
  - **Region / state names**
  - **Shared space names**
    - P1: high schools, colleges
    - P2: airports, gyms, movie theaters
  - Other strings derived from inputs above
- Image (overlaid on filter)
- Bitmoji (overlaid on filter)
- Different filter creatives

# Privacy Review

## Review Questions (eng)

*These questions must be filled out by an **engineer or engineering director two weeks before code freeze** for the target release. All answers should cover any existing and/or planned use of User Data for this feature. Checkout Engineering's User Information Usage Cheatsheet.*

# Redacted--AC

*Once this section is completed and the spec is ready for review....*

- Email [redacted] or, for monetization specs, [redacted] with...
  Subject: (Name of this spec) Body: (Target Release and Link to Quip).
- Fill in review request details below:

Sheet1

|   | Review Requester | Date | Notes |
|---|---|---|---|
| 1 | [redacted] | 3/20/2017 | Requested review |

## Review Results (law/sec)

*Only **Security and Legal** should fill in this section. If Approved, any future changes will require a new review.*

Sheet2

|   | Review Type | Reviewer | Date | Status | Notes |
|---|---|---|---|---|---|
| 1 | Privacy - Engineering | [redacted] | 3/20/2017 | Approved | For fences that are already surfaced via community filters. We will not be using OD |
| 2 | Privacy - Legal | [redacted] | 3/22/2017 | Approved | |

Thread class
document
Created
2017-02-02T17:54:09+00:00
Updated

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5292377