# AMENDED Exhibit 910

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

| | |
|---|---|
| **From:** | Alex Osborne [████████████████] |
| **Sent:** | 10/13/2016 9:17:09 AM |
| **To:** | ████████████████ |
| **CC:** | ████████████ ] |
| **Subject:** | Re: Invitation: Quick Chat on ODG @ Thu Oct 13, 2016 9:30am - 10am ████████████ |

I looked at Loyola High School near Downtown LA. To cover the school it is about 1mm square feet. Per hour this comes out to about $25 in ODG. When I go into the pricing tool in BBG I get the same thing. When I look through the calculation, the only "true" I found was:



Also looking at the swipe data, this school appears to have received over 2k swipes in the past week, so I think the price is correct, except for the 50% discount that we had been applying to high schools (maybe this got removed?)

I'll report more of ████ findings after I speak with him. Thanks!


On Thu, Oct 13, 2016 at 9:06 AM, Alex Osborne ████████████████████ wrote:
  Here's the list, I'm gonna hit the LA ones to see what it looks like

**List of Jordan Schools:**

**Chicago**

Morgan Park

Fenwick

Bollingbrook

Hillcrest

De LaSalle

Marian Catholic

**LA**

Leuzinger

Rodondo Union

Chino Hills

Loyola

Crossroads

**NYC**

Wings

Westinghouse

Scanlan

**North Carolina**

RJ Reynolds

**Toronto**
Henry Carr
Central Tech

HIGHLY CONFIDENTIAL (COMPETITOR)

On Thu, Oct 13, 2016 at 9:03 AM, ███████ ██████████████ wrote:
  Please get the fences of the schools...

On Thu, Oct 13, 2016 at 7:55 AM, Alex Osborne ████████████████ wrote:
  I'll ask which locations!

  ---------- Forwarded message ----------
  From: ████████████ ████████████
  Date: Thursday, October 13, 2016
  Subject: Invitation: Quick Chat on ODG @ Thu Oct 13, 2016 9:30am - 10am
  ████████████████████████
  To: Alex Osborne < █████████████████

Talking to a seller about a handful of high schools, when fencing in ODG and expanding the timeframe for 30 days - the price is coming out to ~$100K for 17 high schools, but when looking at the swipe data in BBG, it only comes out to about 50-100 swipes/day/school.  It would essentially make it a $2,000 CPS so wanted to get some understanding of what's going on there

On Thu, Oct 13, 2016 at 10:49 AM, Alex Osborne ████████████████ wrote:
  Hey- what weirdness specifically?

On Thursday, October 13, 2016, ██████████ ████████████████████ wrote:



**more details »**
## Quick Chat on ODG
Hey Alex - are you available to chat at this time for a few minutes? Have a couple of questions on some weirdness I'm seeing in ODG as well as questions around L17&L16

| When | Thu Oct 13, 2016 9:30am – 10am Pacific Time |
| Video call | https://plus.google.com/hangouts/ ████████████████ |
| Calendar | ████████████████ |
| Who | • ████████████████ - organizer |
|  | • ████████████████ |

Going?  **Yes** - **Maybe** - **No**    more options »

Invitation from Google Calendar
You are receiving this email at the account ████████████████ because you are subscribed for invitations on calendar ████████████████ .
To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.
Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP0860698