# AMENDED Exhibit 98

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**META3047MDL-003-00109173-META3047MDL-003-00109239**



# Teen Mental Health Deep Dive

Wendy Gross, Marketing Insights
████████ Product Marketing

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00109173

# Objectives

Instagram is coming under increasing scrutiny with relation to mental health problems. Both popular and academic press point to social media in general, and Instagram specifically, as having a negative effect on teens' mental health. These effects have included body dissatisfaction, self-esteem, negative mood, anxiety, depression, loneliness, self-harm, and suicide. Other research suggests that the effects of social media is more nuanced, influenced by previous dispositions or the experiences teens have on the apps they use.

Existing research, however, does not explore the perceptions that teens have about their own mental health, the role that social media and Instagram play in it, or how Instagram can help teens.

WE CONDUCTED MARKET RESEARCH TO:
- understand how teens talk about mental health
- get a nuanced understanding of teens' perceptions of how Instagram effects their mental health

IN ORDER TO:
- Inform outreach teams how we might build meaningful and impactful campaigns in this space
- Inform product teams how to best support teens in this space

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL_RVOL003     META3047MDL-003-00109174

# Methodology

| | In-person qualitative | Follow-up video call | Online survey |
|---|---|---|---|
| Sample size | 40 | 8 | 2,503 |
| Markets | London, UK<br>Los Angeles, USA | UK, US | US    1,221<br>UK    1,282 |
| Recruitment | Regionally representative third-party panels | Participants from in-person qualitative groups | Instagram users |
| Tasks | 2-hour in-person focus groups (4 per gendered group) | 1-hour VC conversation | Online survey |
| Qualifications | Monthly Instagram user<br>Age 13-17<br>Fit into one of themes | | Monthly Instagram user<br>Teens |
| Recruited around themes* | Body image, self-esteem<br>Negative mood, depression<br>Lonely, isolated | | |
| Baseline group | Did not code into any theme | | |

* Themes identified based off review of academic literature on the topic of social media and teen mental health.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109175

# Seven key takeaways

1. Teens generally agree on the definition of mental health, what issues fall into the category of mental health, and the language to describe feeling unwell.

2. 82% of teens have felt at least one emotional issue in the past month. One in five has thought about suicide or self-injury.

3. Teens say Instagram has had a positive impact on their mental health, but those who are unsatisfied with their lives are more negatively affected by the app.

4. Harm on Instagram falls into three major categories: social comparison, social pressure, and negative interactions with other people.

5. Teens feel they have to cope alone, but they want help.

6. Product suggestions include personalized Explore and Feed, better time spent tools, and opting out of personally triggering ad categories.

7. Outreach suggestions include a page about feeling good about yourself, content to help teens talk about these issues, and parents education.

HIGHLY CONFIDENTIAL (COMPETITOR)                META3047MDL_RVOL003                META3047MDL-003-00109176



# Teens generally agree on what "mental health" is

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00109177

# Teens generally agree on the definition of mental health and what issues are related to it



**50%**
Friend aren't really friends
Don't have enough friends
Don't have enough money to fit in

**60%-70%**
Have to be happy
Discomfort being honest
Create perfect image
Feeling unattractive

**75%+**
Wanting to kill self
Wanting to hurt self
Feeling down, sad, depressed
Feeling not good enough
Feeling alone, lonely

Q: In your own words, please tell us what "mental health" means.
US n = 679; UK n = 658

Q: Which of the following would you consider to be related to mental health?
Please select all that apply
US n = 617; UK n = 650

HIGHLY CONFIDENTIAL (COMPETITOR)　　　META3047MDL_RVOL003　　　META3047MDL-003-00109178

# There is large consensus on what issues constitutes mental health among teens

Mental health issue



Q: Which of the following would you consider to be related to mental health? Please select all that apply
US n = 617; UK n = 650

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109179

# Mental unwellness was depicted in six themes



*"I had a wall around everything because I want people to go away, to go to my room, to lock myself out from people and keep everyone out"*
- US, Male

**Walls**



*"I had wheels because I'm all over the place.My mind is always spinning"*
- US Female

**Circling, frenetic**



*"I put people far away to represent that feeling lonely. I feel like I need people but I pull away"*
- US Male

**Loneliness, isolation**



*"I put dark colors because its the dark place that you don't want to fall into"*
- US Male

**Dark, full of terrors**




*"I put myself underneath all of these blocks, because it feels heavy. Like you have a weight on your shoulders"*
- UK, Male

**Heavy baggage**

*"I put red devil horns online because I'm easily angered and tipped over the edge"*
- UK, Male

**Potentially explosive**

HIGHLY CONFIDENTIAL (COMPETITOR)   META3047MDL_RVOL003   META3047MDL-003-00109180

# The phrases "down" and "a bit depressed" describe teens when they're feeling bad, but descriptions are gendered

## Total

Unable to articulate practical solutions or true coping strategies for both online and offline experiences

- Down
- A bit depressed

## Boys

Boys articulate how they might act, but not how they feel. They revert to anger when they are unable to process what they're feeling

- Down
- A bit depressed
- Shut off/shut down

## Girls

Girls are able to narrate their feelings with sophistication and are more attuned to the emotional realm

- Fragile
- Falling apart
- Mentally unwell

Q: Do any of the following words or phrases describe you when you're feeling bad? Please select all that apply
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003                    META3047MDL-003-00109181

# Teens say the phrases "down" and "a bit depressed" best describe them when they're feeling bad

Words to describe feeling bad



Q: Do any of the following words or phrases describe you when you're feeling bad? Please select all that apply
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00109182

# Language around mental health is gendered

- Girls and boys express emotions in different ways Girls are able to narrate their feelings with sophistication and are more attuned to the emotional realm.
- Boys articulate how they might act, but not how they feel. They revert to anger when they are unable to process what they're feeling.
- Both girls and boys are unable to articulate practical solutions or true coping strategies for both online and offline experiences.



Boys more likely to use:

Down
A bit depressed
Shut off/shut down



Girls more likely to use:

Fragile
Falling apart
Mentally unwell

Q: Do any of the following words or phrases describe you when you're feeling bad? Please select all that apply

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109183



# Most teens report feeling a mental health issue

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL_RVOL003     META3047MDL-003-00109184

# About half of teens report having positive well-being, but boys have higher levels of well-being than girls



Subjective well-being

Q: In the past month, how satisfied were you with your life?
Q: In the past month, how good have you felt?
Q: In the past month, how bad have you felt?
US n = 1296; UK n = 1308; All items had five point scale with options of : Extremely, Very, Somewhat, A little, Not at all. Arrows denote comparison to boys in each market

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00109185

# 82% report feeling a wide range of emotional issues



**21% in UK, 14% in US:**
Wanted to hurt themselves
Wanted to kill themselves

**52% have felt:**
Don't have enough friends
Friends aren't really their friends

**62% have felt:**
Down, sad, or depressed
Alone or lonely

**67% have felt:**
Have to create the perfect image
Have to be happy
Can't be honest about their feelings

**70% say they've felt:**
Not good enough
Not attractive

Q: In the past month, have you felt or experienced any of the following? Please select all that apply
US n = 669; UK n = 672

HIGHLY CONFIDENTIAL (COMPETITOR)                META3047MDL_RVOL003                META3047MDL-003-00109186

# The perfect image, feeling attractive, and having enough money are the most likely to have started on Instagram



Started on Instagram

Legend: ■ US  ■ UK

| Category | US | UK |
|---|---|---|
| Have to create the perfect image | 39% | 51% |
| Not attractive | 41% | 43% |
| Don't have enough money | 42% | 42% |
| Don't have enough friends | 32% | 33% |
| Not good enough | 24% | 29% |
| Friends aren't really their friends | 24% | 25% |
| Have to be happy | 17% | 27% |
| Alone or lonely | 18% | 21% |
| Down, sad, or depressed | 10% | 13% |
| Can't be honest about their | 8% | 13% |
| Wanted to kill themselves | 6% | 13% |
| Wanted to hurt themselves | 7% | 9% |

Q: Of the things you've felt in the past month, did any of them start on Instagram? Please select all that apply
US n =565; UK n = 557

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109187

# Depression, low self-esteem, and loneliness are both experienced and identified as mental health problems

High percentage say this is
mental health

| | |
|---|---|
| Wanting to kill self<br>Wanting to hurt self<br>Feeling have to be happy | Feeling down, sad, depressed<br>Feeling not good enough<br>Feeling alone or lonely |
| Create perfect image<br>Not enough friends<br>Not enough money | Uncomfortable being honest<br>Feeling unattractive<br>Friends aren't really friends |

Low percentage have
experienced this

High percentage have
experienced this

Low percentage say this is
mental health

Q: In the past month, have you felt or experienced any of the following? Please select all that apply
Q: Which of the following would you consider to be related to mental health? Please select all that apply
US n = 1296; UK n = 1308; high/low % defined as being above/below the median. There was no difference when using mean, and no differences between markets.

# Friends and family have the most positive impact on mental health



Very or somewhat positive effect on mental health

Legend: US, UK

| | US | UK |
|---|---|---|
| Friends | 75% | 70% |
| Family | 60% | 61% |
| Social life | 48% | 43% |
| Health/fitness | 47% | 42% |
| Performance at school | 48% | 40% |
| Classmates | 37% | 33% |
| Social media apps | 37% | 30% |

Q: In general, how does each of the following affect [the way you feel about yourself/your mental health]?
There were no statistically significant differences among those who answered for "the way you feel about yourself" and those who answered for "your mental health"
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00109189

# More teens who are satisfied with life say that various attributes have a positive effect than those not satisfied

Positive effect on mental health



Q: In general, how does each of the following affect [the way you feel about yourself/your mental health]?
There were no statistically significant differences among those who answered for "the way you feel about yourself" and those who answered for "your mental health"
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109190



# The effect of Instagram depends on teens' subjective well-being

HIGHLY CONFIDENTIAL (COMPETITOR)　　　META3047MDL_RVOL003　　　META3047MDL-003-00109191

# Teens are quick to point out the positive role Instagram plays in their well-being



| Connecting with friends/family | Enjoying entertainment and humor | Seeking out information and current events | Wider World View & Community | Pursuing a passion & self-expression |
|---|---|---|---|---|
| "When at school, we send photos to each other. I like using filters" 13-15 girls, US | "When I have a free morning, I like to lie in bed and catch up on funny accounts" 16-18 boys, US | "I like going to concerts, so when I see a show coming, I tell my mom so we can get tickets" 16-18 girls, US | "I watch videos of gamers, I can then learn about new ones that are coming out soon" 13-15 boys, FR | "I look at other volleyball players and challenge myself to get better" 13-15 girls, US |
| • Instagram<br>• Snapchat | • Instagram<br>• Snapchat<br>• Youtube | • Instagram<br>• YouTube | • Instagram | • Instagram |

Note: Insights taken from Teen Well-being Foundational Research

# One in five teens say that Instagram makes them feel worse about themselves, with UK girls the most negative

Stated effect of Instagram



Q: In general, how has Instagram affected [the way you feel about yourself/your mental health]?
There were no statistically significant differences among those who answered for "the way you feel about yourself" and those who answered for "your mental health"
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109193

# Meme accounts, comments, and conversations on social media make teens feel the best

Instagram effects on mental health



Q: How has each of the following on Instagram affected [the way you feel about yourself/your mental health]?
There were no statistically significant differences among those who answered for "the way you feel about yourself" and those who answered for "your mental health"
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109194

# While the overall effects of Instagram are positive, the effects are determined in the moment

- Instagram shapes daily lives and moods.
- The boundary between social media and IRL is blurred; feelings and boundaries cross between the two.
- Teens' sensitivity to content on Instagram creates a relationship between the platform and their daily state of mind -- a mental connection that frames the platform in a positive or negative light.

- In-the-moment feelings determine resilience to cope with content teens see online.
- Underlying emotional states play a key role in teens' ability to cope in what they see.
- Teens having a bad day know they are more vulnerable to what they see.

*"I've had to stop myself looking at Instagram in the morning because it has so much power to shape how I feel. So I just try to give myself the time to set my own day."*
*- US Female*

*"When you're miserable you look at every comment on your profile and think that the comments are bad. You're feeling bad and so you think that people are giving you fake support, because you know you're spotty and feeling fat"*
*- UK Female*

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL_RVOL003     META3047MDL-003-0109195

# Teens blame Instagram for increases in the rates of anxiety and depression among teens

- This reaction was unprompted and consistent across all groups

- Constant comparison on Instagram is "the reason" why there are higher levels of anxiety and depression in young people

- Social comparison and perfectionism are nothing new, but young people are dealing with this on an unprecedented scale.

- The proliferation of new and different ways to compare themselves to others, combined with constant access to means that there is no way to escape social comparison on IG.

- For both boys and girls, this was called out as being the number one reason why IG is worse than other platforms for mental health. And, young people openly attribute their increased level of anxiety and depression to Instagram.

*"The reason why our generation is so messed up and has higher anxiety and depression than our parents is because we have to deal with social media. Everyone feels like they have to be perfect."*
*- UK Female*

HIGHLY CONFIDENTIAL (COMPETITOR)

# Teens who struggle with mental health say Instagram makes it worse

- Young people are acutely aware that Instagram can be bad for their mental health, yet are compelled to spend time on the app for fear of missing out on cultural and social trends.

- Teens specifically call out the following as ways that Instagram harms their mental health:
  - pressure to conform to social stereotypes
  - pressure to match the money and body shapes of influencers
  - the need for validation -- views, likes, followers
  - friendship conflicts, bullying, and hate speech
  - over-sexualization of girls
  - inappropriate advertisements targeted to vulnerable groups



Stated effect of Instagram

Q: In general, how has Instagram affected [the way you feel about yourself/your mental health]?
There were no statistically significant differences among those who answered for "the way you feel about yourself" and those who answered for "your mental health"
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109197

# Teens not satisfied with their lives are more likely to say IG makes them feel worse than those who are satisfied



Negative effect on mental health

Legend:
- Satisfied (blue)
- Not satisfied (red)

US:
- Conversations you have — 4% / 11%
- Friends you follow or that follow you — 9% / 21%
- Celebrities/influencers you follow — 10% / 23%
- Number of likes you get — 14% / 32%
- Number of followers you have — 14% / 23%
- Amount of time spent on social media — 22% / 33%

UK:
- Conversations you have — 4% / 15%
- Friends you follow or that follow you — 8% / 26%
- Celebrities/influencers you follow — 16% / 29%
- Number of likes you get — 16% / 32%
- Number of followers you have — 19% / 40%
- Amount of time spent on social media — 30% / 46%

Q: How has each of the following on Instagram affected [the way you feel about yourself/your mental health]?
There were no statistically significant differences among those who answered for "the way you feel about yourself" and those who answered for "your mental health"
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109198

# The perceived effects of Instagram differed by market

| US | UK |
|---|---|
| • In the US, competition and social pressure were cited as being the worst for mental health. | • In the UK, bullying and social comparison were cited as being the worst. |
| • Teens were much more keenly aware of the competition of Instagram: understanding that they needed to play a game or lose. | • Examples of bullying, trolling, and being toxic were extreme in London. |
| • This comes with a pressure to put up a facade, hide emotions, and present a "happy face" | • Teens wished that people would be nicer on the platform, and felt that this single element would greatly improve their experience on IG. |

HIGHLY CONFIDENTIAL (COMPETITOR)  META3047MDL_RVOL003  META3047MDL-003-0109199



# Three categories of harm on Instagram

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00109200

# Harm on Instagram falls into three categories

**Impact from comparisons to others**

- Feeling like you have to look a certain way or comparing yourself to others
- Comparisons of followers and like counts
- Having to match influencers
- Popularity competitions
- Perception and understanding of being constantly judged



Self-esteem, anxiety and insecurity

**Impact from pressure of looks/ behaviors**

- Pressure to always be happy and not show weaknesses
- Taking inspiration from posts as motivation to be "better self"
- Pressure to be public about everything
- Intense scrutiny and pressure to post relevant content



Isolation, adopt unhealthy habits

**Impact from others' behavior**

- Bullying, friendship drama
- People calling you names, being rude, disrespecting
- FOMO and feeling left out
- Unfollowers
- Not enough likes
- Public judgment and criticism
- Indirecting and doxing
- Gossip, spreading drama



Isolation, loneliness, depression

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00109201

# Social comparison creates a negative feedback loop

- As young people compare themselves to others, their feelings of self-doubt grow

- Feelings of doubt and worthlessness heighten the degree of attention they give to these feelings

- This over-focus on the negative parts of themselves leads to low mood

- Being in a low or vulnerable state of mind means teens are more vulnerable to the content they see online

*"It's a vicious cycle. You see content that encourages you to criticize yourself. But I rush to judge people as well. Standards are totally based on looks."*

*- US Female*



HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00109202

# Social comparison exacerbates problems teens are dealing with

- Although others' behaviors online can hurt, the self-scrutiny and anxiety associated with personal consumption patterns is more damaging to mental health.
- Young people know this, but they don't adopt different patterns.
- In some cases, they can get addicted to things that make them feel bad.
- In the long term, constant self-critique and scrutiny will permanently shape the way a person views themselves in relation to others.
- What triggers social comparison is personal and internal and as such, hard to track and monitor.

Q: How do these things make you feel when you experience it on Instagram?
US n = 1296; UK n = 1308

Social comparison makes teens feel very bad



- US
- UK

... that you will be judged — 68% (US), 79% (UK)
... your life isn't as good — 64% (US), 67% (UK)

*"You can't ever win on social media. If you're curvy -- you're too busty. If you're skinny -- you're too skinny. If you're bigger -- you're too fat. But it's clear you need boobs, a booty, to be thin, to be pretty. It's endless, and you just end up feeling worthless and shitty about yourself. I'm never going to have that body without surgery."*

*- Female, UK*

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL_RVOL003     META3047MDL-003-00109203

# Boys and girls report comparing themselves to others with similar frequency but about different topics

- Social comparison appears to be closely related to body image and therefore stereotypically matched to female anxieties.

- Boys were just as like to talk about comparing themselves to others.

- Rather than using language around body shape, boys talk about the right clothes or having enough money to buy things to fit in

*"Social comparison it brings your confidence down, guys who are built on the explore page. It's all about this image you're trying to create for yourself ... But you end up comparing yourself to people who have millions of pounds and are just totally out of reach"*
*- UK Male*

*"Yeah, you see everyone with these clothes that cost hundreds of dollars. And like, you do feel a pressure ... you can't help but compare yourself ... and like I try, I try to look my best, but who has that kind of money?"*
*- US Male*

HIGHLY CONFIDENTIAL (COMPETITOR)

# Social pressure leads to teens setting unrealistic standards for themselves

- Teens vocalized the pressure to look or act a certain way as directly leading to hyper-scrutiny of their own actions.

- The more they worry about living up to that standard, the more they fear being honest with who they are.

- Teens therefore bottle their emotions and put up a facade to protect themselves

- This leads to obsessive control of what goes on social media and often to attention seeking (often in negative ways) to get validation

*"One of the main pressures is the pressure to be present. To share things so publicly about your life constantly or feeling pressured to have a public account. It forces you into feeling like you have to look or behave a certain way."*
*- UK Female*



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109205

# Social pressure, especially around body image, makes teens feel bad

- Feeling like you have to look a certain way, do certain things, or buy certain things to fit in leaves teens feeling bad about themselves.

*"Self-esteem on IG is a problem. Flat stomach, bigger boobs, bigger bum. My friends started working out & not eating. A load of people tried out weight loss teas or waist trainers. Even teeth whitening. It all causes pressure"*
*- UK Female*

Q: How do these things make you feel when you experience it on Instagram?
US n = 1296; UK n = 1308

## Social pressure makes teens feel very bad



*"You can see weight loss images of influencers and ads about how you can lose weight, and you take it as motivation to go work on your body. It pushes you to be your best self"*

*- US Female*

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109206

# Social pressure leads to negative downstream effects

- Teens called out ad targeting on Instagram as feeding insecurities, especially around weight and body image.

- The pressure to be present means teens lack the space to switch off and shut down.

- Teens play out behaviors they think are "right" and feeling like they've failed and are alone when they don't meet these standards.

- Looking for validation can lead young people to post simply for the attention it can garner.

- Teens directly link the pressure they feel online to self-censorship and decreased production on IG.

*"I only post the perfect stuff, which isn't my real life ... I want my posts to be at the same level as the influencers. If it doesn't match their, I just feel shit. So until it is, I'm not going to post"*
*- US Female*

*"I just feel on the edge a lot of the time. It's like you can be called out for anything you do. One wrong move. One wrong step"*
*- US Male*

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00109207

# Bullying and friendship drama leaves lasting wounds

- Particularly among younger teens in the UK, bullying can often be more extreme or prolonged
- Teens become used to slightly abusive patterns of behavior from their friends, distorting their sense of trust and safety in the people around them
- Erosion of trust negatively impacts self-confidence and increases incidence of depression and isolationism

*"You can be playing a game online and everyone is being toxic. And somethings that's OK, but it can cross the line. Sometimes I get anonymous messages from people attacking me. I know it's a guy in my group who I don't quite get on with. But it can feel upsetting"*
*- UK Male*



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109208

# Bullying is intense but time-limited

- This hurts in the moment, but aside from extreme cases friendship conflict tends to be short-lived

- Bullying and friendship conflict determine whether teens feel included or excluded, and when in the midst of conflict, young people feel this very intensely.

- Shifting allegiances and shaky trust can damage young people's self-esteem if they feel their social position is being continually challenged.

- The extension of bullying and friendship conflict into every part of life is new. It's now in teens' bedroom as well as the school yard.

- In the moment, there are very few mechanisms that young people can draw on when they face bullying online.

Q: How do these things make you feel when you experience it on Instagram?
US n = 1296; UK n = 1308



Bullying makes teens feel very bad

| | US | UK |
|---|---|---|
| Being left out or excluded on purpose | 83% | 88% |
| Gossip or rumors about you | 76% | 81% |
| Nasty comments about someone else | 78% | 76% |
| Nasty comments about you | 67% | 76% |
| Gossip or rumors about someone else | 58% | 55% |

HIGHLY CONFIDENTIAL (COMPETITOR)



# How mental health plays out on Instagram

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109210

# About 70% say they've seen IG posts or Stories related to mental health issues

Has seen content on Instagram



Q: In the past month, have you seen any posts or Stories on Instagram about any of the following? Please select all that apply
US n = 627; UK n = 637

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109211

# Teens who are unsatisfied with their lives are more likely to see content related to mental health on Instagram



Has seen content on Instagram

Q: In the past month, have you seen any posts or Stories on Instagram about any of the following? Please select all that apply
US n = 627; UK n = 637

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00109212

# Content about SSI makes teens feel the worst, followed by people feeling they aren't good enough

Content on IG makes teens feel very bad



Q: How does seeing these posts or Stories affect you? Does it make you feel very bad, somewhat bad, neither bad nor good, somewhat good, or very good? n's vary

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109213

# Feeling not good enough, questioning friendship, and feeling alone have high reach and intensity for teens

High percentage feel very bad

| | |
|---|---|
| Wanting to kill self<br>Wanting to hurt self<br>Not enough money | Feeling not good enough<br>Friends aren't really friends<br>Feeling alone or lonely |
| Uncomfortable being honest<br>Not enough friends<br>Have to be happy | Create perfect image<br>Feeling unattractive<br>Feeling down, sad, depressed |

Low percentage exposed on Instagram

High percentage exposed on Instagram

Low percentage feel very bad

Q: In the past month, have you seen any posts or Stories on Instagram about any of the following? Please select all that apply
Q: How does seeing these posts or Stories affect you?
US n = 1296; UK n = 1308; high/low % defined as being above/below the median. There was no difference when using mean, and no differences between markets.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109214



Teens feel they have to cope alone

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109215

# Teens feel like they have to cope by themselves, but they don't want to be alone

- Young people have a weak mental concept of what mental well-being is, so they struggle to understand how they can make themselves feel better.

- They say they should talk to someone but at the same time say they don't have anyone to talk to.

- Teens have taken the lack of any meaningful support for them as a sign that they need to shoulder the responsibility themselves.

*"I have one friend who I really trust. There are some people who post how they're feeling bad but I would never do that because it's risky, you just get hate. It seems like they're attention seeking"*
*- UK Female*

| | US | UK |
|---|---|---|
| Down, sad, or depressed | Friends | Nowhere |
| Feeling alone or lonely | Friends | Nowhere |
| Wanted to hurt yourself | Friends | Nowhere |
| Wanted to kill yourself | Nowhere | Nowhere |
| Like you're not good enough | Friends | Nowhere |
| Like you're not attractive | Nowhere | Nowhere |
| Create the perfect image | Nowhere | Nowhere |
| Like you have to be happy | Friends | Nowhere |
| Uncomfortable being honest | Friends | Nowhere |
| Like you don't have enough money | Nowhere | Nowhere |
| Like you don't have enough friends | Nowhere | Nowhere |
| Friends aren't really your friends | Nowhere | Nowhere |

Q: When you have felt [ITEM], where did you go for help?
Sample size varies.

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00109216

# Most teens think friends and parents should help them with the challenges they face

Who should help teens with mental health



Q: Who should help teens deal with the challenges they face? Please select all that apply
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003                    META3047MDL-003-00109217

# At the same time, parents can't understand and don't know how to help

- Today's parents came of age in a time before smartphones and social media, but social media has fundamentally changed the landscape of adolescence.

- Social media amplifies many of the age-old challenges of being a teenager.

- The always-on nature of social media means that teens' social lives have infiltrated into every part of life without a break.

- Sharing more parts of life means more points of comparison.

*"Talking to your family doesn't help because they can't understand and don't get what you need. How are you going to tell the people who* **literally gave you life** *that you don't want it anymore?"*
- UK Female

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109218

# There is an opportunity for Instagram to help teens with the issues they face



Things Instagram should do to help

Q: Now you're going to see some things that Instagram could do to help teens. Please select your top 3 for what Instagram should do.
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00109219



# Product suggestions: Personal and custom

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00109220

# Teens want help controlling the time they spend on the app

- Teens talk about the amount of time they spend on Instagram as one of the "worst" aspects of their relationship to the app.

- They have an addicts' narrative about their use -- it can make them feel good, feel bad. They wish they could spend less time caring about it, but they can't help themselves.

- Teens recognize the amount of time they spend online isn't good for them but at the same time know they lack the willpower to control the time spent themselves

Time spent tools



Q: Now you're going to see some things that Instagram could do to help teens. Please select your top 3 for what Instagram should do.
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00109221

# Teens in both markets want Instagram to enhance their control of both Feed and Explore

- Teens want to maintain their independence and find things that work for them

- Beyond tools and functions that exist to protect them, teens want active control and personalization of their online experiences
  - Curate Feed to show positive accounts
  - Control Explore, with the ability to choose different themes which are more attuned to their well-being
  - Filter Feed and Explore based on their mood

- Opt out of advertising categories that are personally triggering, such as skinny teas and lollipops or waist-trainers

Enhance control on Instagram



Q: Now you're going to see some things that Instagram could do to help teens. Please select your top 3 for what Instagram should do.
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109222

# Teens in the UK, especially, wanted Instagram to punish bad actors

- Teens are aware that multiple accounts allow more free expression than a main account

- At the same time, teens create new accounts to get around consequences (e.g., being Blocked) from Instagram

- Teens in the UK suggested a individuals only be allowed to have one account
  - Some went so far as to recommend the account be verified by a passport

- Similarly, teens wanted accounts using the same email address to be linked, so that Blocking one blocked all of them and that "strikes" for bad behavior accumulated across all accounts

Punish bad behavior



Q: Now you're going to see some things that Instagram could do to help teens. Please select your top 3 for what Instagram should do.
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00109223



# Outreach suggestions: Make it easier to talk

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL_RVOL003     META3047MDL-003-00109224

# About 3 in 4 teens, and half of girls, would be likely to look at a page around feeling good about yourself

Likely to look at mental health page



Q: If Instagram had a page around feeling good about yourself, how like would you be to look at it?
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00109225

# Teens want to hear from people like them to be their voice and make them feel less alone

- Helping adults and trusted advisors learn how to support teens and young people is an important step.
- Teens want to hear from ordinary teens and counselors to make them feel less alone. Influencers and YouTubers were once "regular" teens but have become out of reach and are perceived as being inauthentic and sponsored.

*"It would be great to have something deeper, like a documentary with real people and real stories in real settings...like this one. Just getting people together to speak about Instagram. That would help"*
*- UK Female*



Q: Who should the information come from? Please select all that apply
US n = 988; UK n = 965

# On average, teens say that about 25% of the content should be practical tips for those in need

Content for mental health page



Q: What portion of the content should be…
Numbers are mean scores for each item
US n = 988; UK n = 965

HIGHLY CONFIDENTIAL (COMPETITOR)   META3047MDL_RVOL003   META3047MDL-003-00109227

# Based on qualitative feedback, we tested seven statements

- I can seek support on Instagram by following positive accounts that make me feel better or inspire me
- Instagram can help me connect to or communicate with close friends when I'm feeling down
- Instagram can make me laugh when I'm feeling down
- Instagram can help me connect to or communicate with people when I'm feeling down
- Instagram can help me escape or distract me from reality when I'm feeling down
- Instagram cares about people's Mental Health and is working to support it
- Instagram is a place where I can get support and encouragement

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109228

# Positive accounts, connect to close friends, and make me laugh were the most resonate territories

| Dimension | Top positioning territory/territories |
|---|---|
| Most preferred | • Instagram can help me connect to or communicate with people when I'm feeling down<br>• Instagram can help me escape or distract me from reality when I'm feeling down |
| Fit with Instagram | • I can seek support on Instagram by following positive accounts that make me feel better or inspire me<br>• Instagram can help me connect to or communicate with close friends when I'm feeling down<br>• Instagram can make me laugh when I'm feeling down |
| Is realistic | • I can seek support on Instagram by following positive accounts that make me feel better or inspire me<br>• Instagram can help me connect to or communicate with close friends when I'm feeling down<br>• Instagram can make me laugh when I'm feeling down |
| Is believable | • I can seek support on Instagram by following positive accounts that make me feel better or inspire me<br>• Instagram can help me connect to or communicate with close friends when I'm feeling down<br>• Instagram can make me laugh when I'm feeling down |
| Is appealing | • Instagram is a place where I can get support and encouragement |

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-0109229

# Positive accounts, connect to close friends, and make me laugh were the most resonate territories



| | Preferred | Fit with IG | Realistic | Believable | Appealing |
|---|---|---|---|---|---|
| I can seek support on Instagram by following positive accounts that make me feel better or inspire me | Red | Green | Green | Green | Green |
| Instagram can help me connect to or communicate with close friends when I'm feeling down | Red | Green | Green | Green | Yellow |
| Instagram can make me laugh when I'm feeling down | Red | Green | Green | Green | Yellow |
| Instagram can help me connect to or communicate with people when I'm feeling down | Green | Yellow | Yellow | Yellow | Red |
| Instagram can help me escape or distract me from reality when I'm feeling down | Green | Yellow | Red | Yellow | Red |
| Instagram cares about people's Mental Health and is working to support it | Red | Red | Red | Red | Green |
| Instagram is a place where I can get support and encouragement | Red | Red | Red | Red | Yellow |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109230

# Make me laugh is the most preferred in both markets



Most preferred

Legend:
- Seek support by following positive
- Connect to or communicate with
- Make me laugh
- Connect to or communicate with
- Escape or distract me from reality
- Cares about people's Mental Health
- Place where I can get support and

Q: Which statement do you prefer the most?
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00109231

# Make me laugh and communicate with close friends have the best fit with Instagram



Fit with Instagram

**Legend:**
- Seek support by following positive
- Connect to or communicate with
- Make me laugh
- Connect to or communicate with
- Escape or distract me from reality
- Cares about people's Mental Health
- Place where I can get support and

US values: 46%, 46%, 51%, 37%, 39%, 29%, 30%

UK values: 35%, 54%, 41%, 39%, 28%, 24%, 21%

Q: How well does this statement fit with your perception of Instagram?
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109232

# Make me laugh and communicate with close friends are the most realistic



Is realistic

Seek support by following positive

Connect to or communicate with

Make me laugh

Connect to or communicate with

Escape or distract me from reality

Cares about people's Mental Health

Place where I can get support and

Q: How well does each of the following describe this statement? -- Is realistic
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00109233

# Positive accounts (in the US), communicate with close friends, and make me laugh are the most believable



Is believable

Legend:
- Seek support by following positive
- Connect to or communicate with
- Make me laugh
- Connect to or communicate with
- Escape or distract me from reality
- Cares about people's Mental Health
- Place where I can get support and

US: 44% 44% 45% 37% 38% 25% 23%

UK: 22% 46% 39% 29% 18% 20% 18%

Q: How well does this statement fit with your perception of Instagram? -- Is believable
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00109234

# Positive account is the most appealing in the US, and cares about mental health in the UK



Is appealing

Legend:
- Seek support by following positive
- Connect to or communicate with
- Make me laugh
- Connect to or communicate with
- Escape or distract me from reality
- Cares about people's Mental Health
- Place where I can get support and

Q: How well does this statement fit with your perception of Instagram? -- Is appealing
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00109235

# Teens respond best to positive language and uplifting actions

- I can seek **support** on Instagram by **following positive** accounts that make me feel better or **inspire** me

- Instagram can **help** me **connect** to or **communicate** with **close friends** when I'm **feeling down**

- Instagram can make me **laugh** when I'm **feeling down**

- Instagram can help me **connect** to or **communicate** with people when I'm **feeling down**

- Instagram can **help** me escape or distract me from reality when I'm **feeling down**

- Instagram **cares** about people's Mental Health and is working to support it

- Instagram is a place where I can get **support** and **encouragement**

Q: How do you feel about each of the following words? Please click on each word you like then highlight it green. Highlight words you dislike in red.
Words highlighted are one standard deviation above/below the average score of (% like - % dislike)

HIGHLY CONFIDENTIAL (COMPETITOR)                META3047MDL_RVOL003                META3047MDL-003-00109236

# Explore best matches positive accounts, laugh, and escape; DMs with communication.

| | US | UK |
|---|---|---|
| I can seek support on Instagram by following positive accounts that make me feel better or inspire me | Explore | Explore |
| Instagram can help me connect to or communicate with close friends when I'm feeling down | Direct messages (DMs) | Direct messages (DMs) |
| Instagram can make me laugh when I'm feeling down | Explore | Explore |
| Instagram can help me connect to or communicate with people when I'm feeling down | Direct messages (DMs) | Direct messages (DMs) |
| Instagram can help me escape or distract me from reality when I'm feeling down | Explore | Explore |
| Instagram cares about people's Mental Health and is working to support it | Blocking | Blocking |
| Instagram is a place where I can get support and encouragement | Close Friends | Direct messages (DMs) |

Q: Which tools on Instagram match this statement?
US n = 1296; UK n = 1308

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00109237



HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL_RVOL003     META3047MDL-003-00109238



Have ideas or thoughts for next steps? Click here

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00109239