# AMENDED Exhibit 101

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# NEGATIVE EXPERIENCES SURVEY — OCT 2019 EDITION

Shilpa Mody



PENGAD 800-631-6989    EXHIBIT 3    Meta-mody    3-14-26

Case 4:22-md-03047-YGR    Document 2872-4    Filed 03/25/26    Page 3 of 22

# GOALS

Get a current snapshot of peoples' perception of negative experiences on Instagram, and identify top problem areas. In particular, which negative experiences are perceived most commonly, and which are most intense?

# WHO WE ASKED

Between 10/24-10/30, we surveyed 30k Instagram users with an in-app survey.
- From the top 8 Instagram countries by DAP, except Russia (US, BR, IN, ID, TR, JP, GB, MX).
- Using a stratified sample by country (i.e. we surveyed more people from countries with higher DAP).

# WHAT'S A NEGATIVE EXPERIENCE?

We asked people about *seeing* or *experiencing* 18 different "negative experiences", which covered many of the areas that the Well-Being team is working on (e.g. bullying and harassment, nudity and sexual content, inauthentic engagement, misinformation).

The language we used in the questions *did not* map onto our classifiers or policies – we were aiming to measure subjectively bad experiences, whether or not they were policy-violating. For example, if someone feels that they were bullied, even if we wouldn't take down the content, we want to count that experience.

2

# WHAT WE DID

**Sentiment**
(before asking about negative experiences)

Satisfaction: Overall, how satisfied or dissatisfied are you with your Instagram experience?
Safety: How safe do you feel on Instagram?

**Reach**
(each person asked about 6 out of 18 issues)

Reach: In the past 7 days, have you…

**Follow-up**
(for one issue they had experienced)

We'd like to hear more. Please think about your most recent experience seeing…
Intensity: How upsetting was it when this happened?
Surface: Where did you see…
Support: How much did you feel supported by Instagram when this happened?
Reporting: Did you report this problem to Instagram?

3

# WHAT WE DID

**Sentiment**
(before asking about negative experiences)

Satisfaction: Overall, how satisfied or dissatisfied are you with your Instagram experience?
Safety: How safe do you feel on Instagram?

**Reach**
(each person asked about 6 out of 18 issues)

Reach: In the past 7 days, have you…

**Follow-up**
(for one issue they had experienced)

We'd like to hear more. Please think about your most recent experience seeing…
Intensity: How upsetting was it when this happened?
Surface: Where did you see…
Support: How much did you feel supported by Instagram when this happened?
Reporting: Did you report this problem to Instagram?

bullying_seeing
bullying_experiencing
child_safety
compromise_experiencing
drugs
eating_disorder
firearms
hate
ie_experiencing
misinformation
ncii
nudity
spam_commercial
solicitation
suspicious_account
ssi
terrorism
violence

4

PERCEIVED REACH

# PERCEIVED REACH

**Overall, the perceived reach of negative experiences on Instagram is quite high.** Almost half of respondents reported seeing a suspicious account or commercial spam in the last week. Other problems with high perceived reach are seeing misinformation and experiencing inauthentic engagement.



In the past 7 days, have you…

Percent saying "yes" for SEEING (darker bars) or EXPERIENCING (lighter bars)

- **suspicious_account** — 44% …seen any Instagram accounts that seemed fake, hacked, or suspicious?
- **spam_commercial** — 44% …seen any advertising or sales on Instagram that seemed fake or suspicious, or that looked like spam?
- **misinformation** — 33% …seen anything on Instagram that you feel was intended to spread false information?
- **ie_experiencing** — 32% …received any comments, likes, follows, or messages on Instagram that seemed fake or suspicious?
- **bullying_seeing** — 28% … seen someone else being harassed or bullied on Instagram?
- **hate** — 25% … seen any hate speech or threats that you feel don't belong on Instagram?
- **nudity** — 23% … seen any nudity or sexual content that you feel doesn't belong on Instagram?
- **violence** — 21% … seen any violent content that you feel doesn't belong on Instagram?
- **child_safety** — 19% … seen anything on Instagram that made you worried that a child was unsafe?
- **eating_disorder** — 18% … seen anyone on Instagram who was promoting eating disorders or unhealthy weight loss?
- **solicitation** — 17% …seen anyone on Instagram trying to buy or sell sexual activity or services?
- **ncii** — 14% …seen any nudity or sexual content on Instagram that you were worried was shared without the person's permission?
- **ssi** — 12% …seen anyone on Instagram who you were worried might hurt themselves or commit suicide?
- **drugs** — 9% …seen anyone on Instagram offering to sell drugs, or promoting drug use?
- **bullying_experiencing** — 8% …been bullied or harassed on Instagram?
- **terrorism** — 7% …seen anything on Instagram that promoted terrorist organizations or terrorism?
- **compromise_experiencing** — 6% …has anyone accessed your Instagram account without your permission?
- **firearms** — 3% …have you seen anyone on Instagram offering to sell guns?

Note that we couldn't survey people who aren't on Instagram anymore, e.g. if their account was compromised and not recovered

6

# PERCEIVED REACH: TEENS & ADULTS

**Overall, teens have significantly more negative experiences than adults.** Perceived reach was higher among teens than adults for 11 out of the 18 problem areas that we asked about.



Teens vs. Adults

| Problem area | Teens | Adults | Significance |
|---|---|---|---|
| suspicious_account | 49% | 42% | *** |
| spam_commercial | 45% | 43% | |
| misinformation | 35% | 32% | |
| ie_experiencing | 33% | 32% | |
| bullying_seeing | 30% | 27% | |
| hate | 27% | 24% | |
| nudity | 26% | 21% | *** |
| violence | 24% | 19% | *** |
| child_safety | 22% | 17% | *** |
| eating_disorder | 18% | 18% | |
| solicitation | 21% | 16% | *** |
| ncii | 17% | 13% | *** |
| ssi | 17% | 10% | *** |
| drugs | 13% | 8% | *** |
| bullying_experiencing | 9% | 7% | ** |
| terrorism | 8% | 6% | |
| compromise_experiencing | 8% | 5% | *** |
| firearms | 4% | 3% | *** |

Statistically significant difference:    * = p < .05
(z-tests with Bonferroni correction    ** = p < .01
for multiple comparisons)    *** = p < .001

7

# PERCEIVED REACH BY COUNTRY

Suspicious accounts and commercial spam have high perceived reach in each of the countries we surveyed. The Top 3 problems are rounded out by inauthentic engagement in GB, JP, MX, & US; misinformation in ID & IN; nudity in TR, and seeing bullying in BR.

Highlighted = Top 3 issues by perceived reach



Case 4:22-md-03047-YGR   Document 2872-4   Filed 03/25/26   Page 9 of 22

8

Case 4:22-md-03047-YGR   Document 2872-4   Filed 03/25/26   Page 10 of 22

INTENSITY

# INTENSITY

Seeing someone get bullied or harassed, seeing terrorist content, and seeing SSI content top the list in terms of intensity: more than half of people who've encountered these problems rate them as Very Bad Experiences.



How bad did this experience make you feel?

Percent rating as a Very Bad Experience
(in top 2 intensity buckets: "Very bad" or "Pretty bad")
For SEEING (darker bars) or EXPERIENCING (lighter bars)

| | |
|---|---|
| bullying_seeing | 60% |
| terrorism | 56% |
| ssi | 50% |
| compromise_experiencing | 45% |
| child_safety | 45% |
| hate | 44% |
| bullying_experiencing | 43% |
| violence | 40% |
| ncii | 39% |
| nudity | 39% |
| solicitation | 35% |
| firearms | 34% |
| eating_disorder | 34% |
| misinformation | 31% |
| suspicious_account | 30% |
| drugs | 27% |
| spam_commercial | 26% |
| ie_experiencing | 22% |

10

# INTENSITY: TEENS & ADULTS

We didn't detect any significant differences in how intense teens and adults rated each issue.



# INTENSITY BY COUNTRY

When we split out the results by country, there's significant variability in which issues people rate as most intense. However, seeing someone being bullied or harassed is in the Top 3 for every country.

Highlighted = Top 3 issues by intensity
Empty cells had < 10 responses



| | BR | GB | ID | IN | JP | MX | TR | US |
|---|---|---|---|---|---|---|---|---|
| bullying_seeing | 77% | 47% | 47% | 45% | 61% | 60% | 68% | 52% |
| terrorism | 62% | 38% | | 46% | | 30% | 69% | 50% |
| ssi | 59% | 44% | 50% | 55% | 33% | 22% | 59% | 45% |
| compromise_experiencing | 58% | | 38% | 45% | | | 46% | 35% |
| child_safety | 55% | 46% | 21% | 42% | 18% | 29% | 61% | 61% |
| hate | 52% | 42% | 34% | 34% | 55% | 47% | 51% | 42% |
| bullying_experiencing | 62% | 37% | 41% | 42% | | 8% | 50% | 34% |
| violence | 42% | 37% | 35% | 35% | 32% | 27% | 55% | 38% |
| ncii | 44% | 39% | 36% | 39% | 31% | 44% | 46% | 35% |
| nudity | 35% | 35% | 40% | 37% | 38% | 44% | 53% | 33% |
| solicitation | 25% | 27% | 34% | 44% | 25% | 35% | 51% | 29% |
| firearms | 20% | | 17% | 40% | | | 77% | 15% |
| eating_disorder | 43% | 40% | 24% | 33% | 35% | 29% | 35% | 34% |
| misinformation | 39% | 33% | 31% | 31% | 27% | 16% | 44% | 25% |
| suspicious_account | 30% | 19% | 33% | 34% | 36% | 29% | 52% | 22% |
| drugs | 31% | 18% | 48% | 34% | | 29% | 36% | 19% |
| spam_commercial | 20% | 23% | 31% | 31% | 33% | 21% | 46% | 20% |
| ie_experiencing | 17% | 10% | 27% | 25% | 33% | 22% | 42% | 16% |

Case 4:22-md-03047-YGR   Document 2872-4   Filed 03/25/26   Page 13 of 22

Case 4:22-md-03047-YGR    Document 2872-4    Filed 03/25/26    Page 14 of 22



# REACH X INTENSITY

# PERCEIVED REACH X INTENSITY

When we plot intensity and perceived reach together, most negative experiences fall roughly along a line – more intense experiences have lower reach, while less intense experiences have higher reach.

However, there are a few outliers: SSI, terrorism, and seeing someone being bullied or harassed are particularly problematic, with high reach for how intense they are. Seeing drug or firearm sales and receiving inauthentic engagement are less problematic than other experiences.



14

# PERCEIVED REACH X INTENSITY

We can also combine reach and intensity into a single score by multiplying the percent of people who've had the problem and the percent of people who rate it as a Very Bad Experience. Seeing bullying generates the largest number of Very Bad Experiences.



Perceived reach of Very Bad Experiences

(Percent experiencing each problem) x
(Percent rating it in top 2 intensity buckets)
For SEEING (darker bars) or EXPERIENCING (lighter bars)

| | |
|---|---|
| bullying_seeing | 17% |
| suspicious_account | 13% |
| spam_commercial | 12% |
| hate | 11% |
| misinformation | 10% |
| nudity | 9% |
| child_safety | 8% |
| violence | 8% |
| ie_experiencing | 7% |
| eating_disorder | 6% |
| solicitation | 6% |
| ssi | 6% |
| ncii | 5% |
| terrorism | 4% |
| bullying_experiencing | 3% |
| compromise_experiencing | 3% |
| drugs | 3% |
| firearms | 1% |

Note that we couldn't survey people who aren't on Instagram anymore, e.g. if their account was compromised and not recovered

15

SURFACE

# PERCEIVED REACH: SURFACE BREAKDOWN

Explore and Profile are each the most common surface for 5 out of 16 negative experiences. In addition, Direct is the most common surface to encounter suspicious accounts, and to experience bullying and solicitation. People most commonly see drug sales and SSI in Stories, and see spam in Feed.



Where did you see…

* We didn't ask this surface follow-up for experiencing a compromised account or inauthentic engagement

Case 4:22-md-03047-YGR    Document 2872-4    Filed 03/25/26    Page 18 of 22

# TOPLINE PERCEIVED REACH BY SURFACE

Combining the surface and overall reach data, we can see that negative experiences on Explore and Profile are quite variable, with no problem standing out as most common. In contrast, the most common negative experience in Feed is clearly spam, while suspicious accounts and solicitation are common problems via DM.



| | Explore | Profile | Hashtag page | Feed | Story | Comment | DM | Other |
|---|---|---|---|---|---|---|---|---|
| suspicious_account | 3.3% | 6.9% | 1.8% | 1.9% | 1.4% | 0.9% | 11.8% | 8.6% |
| spam_commercial | 6% | 4% | 3% | 12.1% | 8.5% | 1.2% | 3.7% | 5.5% |
| misinformation | 9.2% | 5% | 2.8% | 3.8% | 4.5% | 0.8% | 1.7% | 5.3% |
| bullying_seeing | 4.5% | 7.6% | 1.7% | 2.6% | 5.3% | 0.9% | 1.1% | 4.1% |
| hate | 5.2% | 6.8% | 2.2% | 1.4% | 2.9% | 0.8% | 1% | 4.7% |
| nudity | 3.8% | 6.6% | 2.3% | 2% | 2% | 0.3% | 3% | 2.6% |
| violence | 5.4% | 4.3% | 2.2% | 2.1% | 2.9% | 0.3% | 0.8% | 2.6% |
| child_safety | 4.8% | 3% | 1.5% | 1.4% | 3.9% | 0.5% | 0.6% | 2.9% |
| eating_disorder | 5.4% | 3% | 1.2% | 2.5% | 3.3% | 0.3% | 0.3% | 2.2% |
| solicitation | 1.8% | 3% | 1% | 0.9% | 1.7% | 0.3% | 6.5% | 2.1% |
| ncii | 2.8% | 3% | 1% | 1.2% | 1.5% | 0.2% | 2.4% | 1.9% |
| ssi | 1.7% | 2.1% | 0.8% | 1.1% | 3.4% | 0.1% | 0.6% | 2% |
| drugs | 1.6% | 1.6% | 0.6% | 1% | 3.3% | 0.1% | 0.3% | 0.9% |
| bullying_experiencing | 0.5% | 0.8% | 0.2% | 0.1% | 0.7% | 0.9% | 2.9% | 1.8% |
| terrorism | 1.9% | 0.9% | 0.8% | 0.4% | 0.8% | 0.2% | 0.2% | 1.5% |
| firearms | 0.5% | 0.7% | 0.2% | 0.2% | 0.4% | 0.1% | 0.1% | 0.8% |

\* We didn't ask this surface follow-up for experiencing a compromised account or inauthentic engagement

18

Case 4:22-md-03047-YGR    Document 2872-4    Filed 03/25/26    Page 19 of 22

# INTENSITY BY SURFACE

When we split out the intensity data by surface, there's significant variability in which issues people most commonly rate as Very Bad Experiences. However, seeing someone being bullied or harassed is in the Top 3 for every surface.

Highlighted = Top 3 issues by intensity
Empty cells had < 10 responses



| | Explore | Profile | Hashtag page | Feed | Story | Comment | DM | Other |
|---|---|---|---|---|---|---|---|---|
| bullying_seeing | 61% | 60% | 62% | 58% | 66% | 57% | 61% | 52% |
| terrorism | 73% | 67% | 65% | 50% | 43% | | | 35% |
| ssi | 49% | 58% | 50% | 46% | 53% | | 43% | 49% |
| child_safety | 45% | 48% | 42% | 58% | 55% | 57% | 47% | 28% |
| hate | 40% | 49% | 57% | 46% | 49% | 39% | 41% | 36% |
| bullying_experiencing | 33% | 38% | | | 42% | 43% | 48% | 47% |
| violence | 43% | 42% | 41% | 38% | 49% | 42% | 25% | 31% |
| ncii | 43% | 40% | 55% | 23% | 41% | | 42% | 31% |
| nudity | 46% | 39% | 51% | 20% | 31% | 33% | 42% | 37% |
| solicitation | 39% | 31% | 56% | 21% | 27% | 38% | 37% | 30% |
| firearms | 43% | 24% | | | 55% | | | 20% |
| eating_disorder | 33% | 41% | 36% | 41% | 33% | 40% | 31% | 20% |
| misinformation | 32% | 37% | 38% | 23% | 36% | 30% | 33% | 25% |
| suspicious_account | 35% | 29% | 37% | 38% | 29% | 31% | 28% | 32% |
| drugs | 26% | 19% | 58% | 21% | 23% | | 40% | 37% |
| spam_commercial | 30% | 25% | 24% | 22% | 29% | 34% | 34% | 26% |

\* We didn't ask this surface follow-up for experiencing a compromised account or inauthentic engagement

19

Case 4:22-md-03047-YGR    Document 2872-4    Filed 03/25/26    Page 21 of 22

# TL;DR

**1** **Perceived reach:** Overall, the perceived reach of negative experiences on Instagram is quite high. Almost half of respondents reported seeing a suspicious account or commercial spam in the last week; seeing misinformation and experiencing inauthentic engagement are also common.

**2** **Intensity:** Seeing someone get bullied or harassed, seeing terrorist content, and seeing SSI content top the list in terms of intensity: more than half of people who've encountered these problems rate them as Very Bad Experiences.

**3** **Putting them together:** In general, more intense experiences have lower reach, while less intense experiences have higher reach. SSI, terrorism, and seeing someone being bullied or harassed are particularly problematic, with high reach for how intense they are.

**4** **Surface:** Explore and Profile are each the most common surface for 5 out of 16 negative experiences. In addition, Direct is the most common surface to encounter suspicious accounts, and to experience bullying and solicitation. People most commonly see drug sales and SSI in Stories, and see spam in Feed.

