# AMENDED Exhibit 105

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Youth Empathy Framing

(Meta) Zuckerberg Exhibit 6    3.27.25 mlr    exhibitsticker.com

## What Success Looks Like

Long-term Success for the Empathy Team means Facebook becomes a place where teens give and receive social support and actively connect, engage, and invest in their communities.

Success for the Youth Empathy team will look like (Draft):

- Facebook and its family of apps are viewed as a value-add to teens lives; Support Product Market Fit
- Percent of teens out of teen population who use FB every day has increased (Baselines as of Dec'17: US: 50% and Global: 34%) because they like using FB and find the product additive to their lives. DAP/Population is growing instead of declining.
- Teen well-being, as tracked by the longitudinal study run by Compassion, trends positive over time
- The narrative about FB in the press and collective consciousness has shifted because we proactively demonstrating thoughtful, ethical design and empowerment of people (youth, parents, caregivers, child psychologists)
- Every Teen on FB is:
    - Weekly participation in small group conversations (silent disco / messenger) with at least one group of close friends
    - Engaged in a group (preferably online + off)  that adds value to their life
    - Experiencing positive reinforcement
    - Can speak to how they deal with negative comments, bullying, harassment, and other negative experiences (which will prove we have empowered them with a sense of ownership over their experiences, teaching agency, problem solving and communications skills)

---

## Mission

Our mission is to ensure that Facebook is a place that does no harm and intentionally promotes well-being in the lives of youth around the world.

## Goals

Integrity:

- Limit the immediate and long-term harmful effects of Facebook on youth.

Wellbeing:

- Deepen Teen's sense of belonging through connection to communities where they can develop skills, add value, and gain social support.
- Support teens in the process of development and expressing their identity in a constructive and creative way.
- Promote a sense of agency and optimism by developing tools that empower young people to respond to life's challenges and opportunities (embarrassment, bullying, drama, etc.).

---

## The People Problem / Need

[Our evolving understanding of what the primary needs are for youth, as it relates to preventing harm and promoting wellbeing]

Known Deterrents from Using Facebook

CONFIDENTIAL

META3047MDL-050-00184006

- Teens see no reason to use Facebook; We have lost product market fit [Biggest Barrier]
- Teens friends are not on Facebook
- Brand Tax: FB is associated with "old people"
- Note: 49% of teens reported NO negative experiences on FB in the last 6 months [Research Summary: post]
- When asked about why they don't use Facebook, in addition to their friends not on the platform, and their parents are, they also think FB is a generally negative place: drama, hateful comments, controversy and a general lack of positivity. [3]
  - Not always out of malice, but more so a lack of understanding for the consequences of their behavior and their effect on others.
- Teens today are growing up with their entire life on Social Media, often shared by their parents and relatives during their upbringing. This means baby pictures of their first bath. This content can be resurfaced or found by friends, creating potentially embarrassing or sensitive moments. This is the first generation to deal with this problem and one that adults cannot yet sympathize with.
- User research indicates unwanted photos (old photos, unflattering photos, photos from a different time) are a problem for teens - and there are no real tools to deal with this. [3b]
- Young teens (~13) don't feel safe using their real name, identity or any clues that could lead to strangers finding them due to privacy and safety concerns.
- PAC is keenly aware that prevalence rates for bullying/harassment is higher in teens than adults and that teens might require different forms of support. [5]

Known Negative Effects of FB and/or Social Media in General on Teens:

- Increased screen time, particularly before bed, is linked to sleep issues, which have long term negative effects on cognitive and physical development; 1/5 teens report waking up and checking social media in the middle of the night. [Power, S. Taylor, C. Horton, K. 2017. Sleepless in school? The social dimensions of young people's bedtime rest and routines. Journal of Youth Studies. Link]
- Teens feel enormous pressure to portrait their idealized self on social media.
  - Teens take 20 selfies to get to the right one to post - as a result of apprehension on how they will be perceived and making sure they are represented in a positive light.
  - When old content is resurfaced or they are tagged in content that isn't representative of who they want to be, it creates apprehension and tension.
- 9/10 teen girls say they are unhappy with their bodies; One study shows that girls express a heightened desire to change their appearance after spending time on FB. [Research: Social comparisons on social media: The impact of Facebook on young women's body image concerns and mood. Body Image, 13. pp. 38-45. Link]
- 7/10 teens say they have experienced cyber bullying
- FoMo
- There is an external narrative that increased screen time is increasing depression and senses of isolation, however there is other research that shows the impact as both positive and negative, based on the volume of use, with no use also sometimes being negative.
- Increase in anxiety

Areas where FB/Social Can Add Value to Teen's Lives:

- Connecting and making friends (balance with the pressures listed above)
- Access to mental health resources and other people accounts of similar experiences / support from others
- Emotional Support: 7/10 teens report receiving emotional support on social media during challenging times
- Positive re-enforcement and engagement is important to development, during a time when teen identity is being defined, our sense of self value and we are learning to interact in social environments, as adults.
- Exploration and access to new ideas
- News source

---

Our Work

CONFIDENTIAL

META3047MDL-050-00184007

1. Wellbeing: Encourage Community, Creativity, Agency & Wellbeing [product]

+Learning & Skills Development We Want to Promote through our products

Not included in the above: Discovery (part of learning / identity formation), Learning, Mastery (the need to feel a sense of accomplishment by achieving mastery of a particular skill), Mental Health, and Physical Wellbeing (resting, eating well, exercising, spending time in nature/outdoors, limiting stress).

+ Age of Consent [Separate Work Stream]
+ Parent Portals- Tools for encouraging healthy engagement with technology.  [talk to ███████

2. Youth Integrity: Prevent Harm [Oversight]

We are working to identify which of these known harmful experiences are being addressed by other teams. We will remain in communication with them about any teen-specific needs as it relates to their work to ensure that the solutions developed do not unintentionally leave out or fail to address the situation for young people.

This will not be a primary "product" focus for the Empathy team, instead we will work as advocates and supporters of teen integrity issues.

Note by ████ Protect and Care and Teens [link] / Further research is needed into what these experiences look like for teens. Post: Instagram PAC research [Link]

Note: Community Integrity is having some personnel changes; We should check back with them in late Dec/early Jan about who will be focused on 'Harmful Behaviors/Harmful Account's as ████████████ is moving on from this at the end of the year.

---

## Q4 2017 + Q1 2018

As we spin up the Youth Empathy team, our focus will be identifying levers where we can add value to the overall team objective of regaining product/market fit. We will focus on understanding the teen experience on FB with an eye to product opportunities that will promote well-being for teens. As we continue to search for signal on which levels will drive the most impact, our H2 2017 and early H1 2018 work will focus on deepening our understanding of how teens connect with their communities, express their identity online, and deal with negative experiences.

Below is a long list of questions that we are considering, which we will aim to unpack through user experience research, third-party lit reviews (in partnership with Research), data analysis, and our own test/experiments.

CONFIDENTIAL

META3047MDL-050-00184008

Product: Discovery

Identify 2-3 levers that we can pull in H1 that map to the most pressing product/people needs identified. Levers That Look Strong Based on Research & Data:

Identify Levers (Things to Test by Area)

- Driving Meaningful Interactions
  - Test Care Cards with Teens [Link to Adult Findings]
  - Test Polls within Friend Groups
  - Digital Pen Pals: Learn Skills / Global Connect (test interest)
  - Prompts (TBH into Fox Mode) > We will use this to test teens interest in responsing to gratitude-like prompts.
- Driving Group Participation
  - Additional research to be done – on hold /High School work being done by Growth + Groups work done by █████
- Driving Expression of Identity
  - Test Profile Frames just for Teens [Waiting on █████ research on common life milestones]
  - Test Skills Endorsement
  - Test Causes I Care About
  - Test Milestone Celebration
- Driving Agency When Addressing Unwanted Experiences
  - Conduct FB Tips targeting teens and their experiences
  - SEL QP
  - Test: Auto-turn on timeline approval (to be run)
- Improved Tools & Tips: Empowering Teens to Address Unwanted Behavior/ Experiences [Framing Doc]
  - Current Conducting a FB Tips Test
    - Questions to Answer:
      - top 5-10 queries in the help center by teens
  - Additional Testing Options: Improving discovery of reporting tools, reworking reporting tools, ect.
  - Sentiment classifier test on:
    - Hidden Posts [Not a Lever]
      - Results = Not Useful; No sentiment linked to hidden posts
    - Newsfeed content overall for teens (% of positive or negative content, based on text) – approximation for how much negative content they may be seeing. Is it different than adults?
  - Negative Experience Flows:
    - Ask CI about adding 'Embarrassment' into categorization pop-up
    - Ask CI about teen-optimized flows for bullying and harassment (█████ said it was shelved due to the burden of additional complexity); FJ to followup

Product Ideas

- Interest Endorsement: [Framing Doc]
  - The ranking for how common PS/WAP actions are (Nov'17):
    - profile photo (by far the most common action) [2X more than adults]
    - cover photo [2X more than adults]
    - intro card bio [8X more than adults]
    - intro card photo [4X more than adults]
    - life event [2X more than adults]
- Life Chapters, Bundling Content w/Audience based on a Life Chapter [Draft Framing Doc]
  - Test to be Designed
- Pause Prompt
  - Pop-Up Warning of Excessive Use at 2 hour mark (usage known to lead to degraded mental health)
  - "Off" Mode setting one can enable to lock oneself out of FB at set times (like at school, work or at bedtime)
- Action Groups [Framing Doc Draft]

CONFIDENTIAL

## Age of Consent

- Timeline: Dec. 2017 - June 2018
  - First Regulator Review on General Concept: First week of Jan
  - Mark Review on Path: Jan 29th
  - First Roll-out: End of Feb
  - Full Roll-out: May 26th
- Resources / POC:
  - PM: Fay
  - Engineering: Wendy (EM), ████████
  - Design: ████████
  - Data: ████
  - Content: ████████
  - PMM: ████████
  - Research: ████
  - Legal POC: ████████
- PRIV [A/C PRIV]
- AoC Working Doc: Age of Consent — Product Design Framing + Timeline

See Nov/Dec 2017 Roadmap

---

## Research / Understand

Core Research Efforts Around Well-being: Sheet1: MSI & Well Being Cross Core App Research Project Tracker

December

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Learning Sprint to Inform Product Roadmap | | | | |
| 2 | Who | What | Product Focus | Status | Due |
| 3 | Core Research | Evaluate FB Actions as it related to well-being | All | active | 1/15/2017 |
| 4 | ████ | Negative Experiences; Run survey in 4 other countries | Agency | in progress | 2/1/2018 |
| 5 | | Lit Review: Agency (addressing negative experiences) | Agency | | |
| 6 | | Key Teen Life Milestons, Globally ████, lead) | Identity. Profile | active | 12/22/2017 |
| 7 | | Lit Review: Identity | Identity | | |
| 8 | | Lit Review: Growing Up Online (teen life stages) | Identity | | |
| 9 | | Lit Review: Belonging | Belonging | | |
| 10 | | Lit Review: Drama | Agency | | |

January --

| | A | B | C |
|---|---|---|---|
| 1 | Research Team Roadmap for 2018 | | |
| 2 | | H1 | H2 |
| 3 | Community and Belonging ████ | "Exploring teen communities" Literature Review 1:1 interviews Review small group posts ████ | "Exploring teen belonging" ████ Civic Engagement (sync with ████ ████ |
| 4 | Expression of Identity (████) | "Teen Identity" Literature Review 1:1 interviews Survey/s | "Teen Voice" Literature Review 1:1 interviews Survey/s |

META3047MDL-050-00184010

| 5 | Handling Sensitive Moments ███████ | Compile previous research<br>1:1 interviews<br>Survey/s | Test variations of report flows (or other "interventions" that might be discovered from H1) |
|---|---|---|---|
| 6 | Topics placed into "Parking Lot": | | |
| 7 | Privacy (hacked accounts) — On hold due to prioritizing basic teen needs (belonging, identity, sensitive life moments) | | |
| 8 | Do no harm (negative experiences) — On hold bc many of the idenitfied negative experiences from Q3/4 have informed the research areas under "Sensitive Moments" | | |
| 9 | Comparison/Perfection — On hold, bc first let's understand teen's community and identity needs, and then turn our attention toward comparison/perfection | | |

## Research Findings: Insight & Key Learnings

- Understand Negative Experiences (Do No Harm)
  - What is the severity and reach of "harmful" and "negative" experiences? [███ Complete]
  - Run survey internally to check US results: December  [Aggregated categorical results here]
    - Over half of teens reported seeing unwanted Ads, Scam, Politics or Drama on Facebook within the past 6 months.  Just over 25% of teens reported being bullied or harassed.
    - Ads and scam were the most common and negative experiences across the teenage population sampled.
    - We see the most country variation for bullying/harassment (eg, Egypt, Thailand) and politics (eg, Argentina).
    - Like we found in our USA survey, the negativity cores were generally low, with the teens ranking their experience as only "slightly" or "somewhat" negative.

- Understand Community & Belonging
  - (Data):
    - Where do teens spend their time? (Content types) (Page Types) (Group Types)
    - Number of teens in support groups or large fan groups?
  - (Research)
    - H1: EXPLORING TEEN COMMUNITIES
      - How do teens currently connect with community online and off?
      - What are people currently doing, in regards to groups?
    - H2: EXPLORING 'BELONGING'
      - What creates a sense of belonging?
      - How do those dynamics vary in different types of groups (e.g., family, school, clubs, etc)?
      - How do teens use FB (or other resources) for activism, community service, or charity work?
      - What influences a teens connections and/or sense of ownership to a group or cause? NOTE: See Compassion, PAC, research on belonging (████████)

- Understand Expression of Identity
  - (Research)
    - H1: EXPLORING TEEN IDENTITY [w/ early teens, late teen, and college teens]
      - What are the major teen milestones? How do they use social media to celebrate it?
      - How do teens create/display their identity on social media? In real life?
        - What does developmental psychology say about the types of experiences that are important for teens to develop identity?

CONFIDENTIAL

- In what ways are teens hindered from displaying their identity?
- How often do teens feel their identity changes/changed/will change?
- How do the multiple facets of identity come together on FB? (family, friends, acquaintances, classmates, teammates)
- How are meaningful interactions different with parents, family, close friends, acquaintances?
- How do relationships with family members change over time?
- How do preferences change over time? What gives me joy or makes me cringe at 13 is not the same at 17. Same with questions like What's important to me? What do I like to share? What do I like to receive?
- How do teens view their past and their futures? What parts of those identities are private vs public?

- H2: HOW TO PROVIDE TEENS WITH A 'VOICE'
  - Why do teens not use FB to share about their lives/identity?
    - What do teens want to say that FB can help facilitate?
    - What would teens share more if it were easier?
    - What real life events would be made better with FB? In what ways do they already use FB to complement real life events?
    - What is one part of a teens week that they would want to highlight/share with others?

- (Data)
  - How often do teens "change" their identity? How are they currently managing this? (deleting content? hide content, etc) ██████████ + Research on Identity]
  - Known data on
    Profile: https://fb.facebook.com/groups/142333399845065/permalink/159945828083822/
    - What part of profile changes the most for teens? [Results]
    - How much content on your profile is from someone else posting about you?
    - How often do teens look at their profile? What do they look at and what are they doing? How about for others' profiles? How often do teens change their profile picture? Do they use frames? Effects? [Results]
    - Data around profile cards (non-friends?)
    - How often do teens use life events?
    - How often are teens in groups?
    - How often do Teens use the Bio and Featured Photos on Profile?
    - Do they use Fun Facts?

  - Analyze data from bulk curation and profile permanence tests done by the Profile team
  - Photo deletion for teens vs adults. Is there a time threshold? Is there a feeling like "I didn't get enough likes"?

- Understand Handling Sensitive Moments:
  - How are teens currently handling these issues?
    - Embarrassment
      - Talk to Profile Team about 'Bulk Edit' test / results for teens [En
      - Photos: Which happens more: Resurfacing of old photos that are embarrassing when friends or parents find them and reshare them; Or in the moment when someone tags you and it's a bad photo and you're embarrassed.
    - Drama
    - Bullying
    - Harassment
  - Do they use the NFX flows? [Results = Not more than adults; not stat sig for teens globally]
  - % with "timeline review" for photos turned on? ██████

META3047MDL-050-00184012

- Understand Comparison / Pressure for Perfection
    - ▮ Do we have any research complete related to pressure to be perfect/presentation online?

- Understand Account 'Hacks': Is this due to teens sharing phones or giving out their info? Is there an educational component needed to help with this, or is the 'hacking' being done by malicious actors?

---

## Levers

### Eliminated

- Current negative experiences flows [link]
- 'Hide' as a vehicle for identifying negative content [link]
- Building a classifier for "drama" posts
-

### Show Promise

- Profile 'about me', bio, intro card, intro photo used frequent by teens (2x-8x more) [Link]
-

### In testing / In The Pipeline to be tested

- FB Tips as a way to educate teens on dealing with negative experiences
- Updated lightweight entry point for embarrassing photo management. Framing: Lightweight Teen Negative Feedback
- Positive prompts to drive positivity and engagement (in Fox mode)

---

## Measurement

Northstar Measurement: wellbeing survey metric

- Track Overall Wellbeing Metric through Compassion Survey [Currently under development by Compassion research team]
    - https://fb.facebook.com/notes/▮▮measuring-dimensions-of-well-being-on-facebook/1520597337998884/
    - https://fb.facebook.com/notes/moira-burke/well-being-and-core-company-metrics-measuring-meaningful-connections/10154756097778453/
    - https://fb.facebook.com/notes/▮▮measuring-dimensions-of-well-being-across-groups-an-examination-of-measurement-i/138241393588694/

Facebook Well-Being Measurement Framework

CONFIDENTIAL

META3047MDL-050-00184013

We created a four factor model of well-being that includes loneliness, social support, positive affect, and negative affect, as these dimensions are ones that we feel Facebook is best leveraged to impact (other dimensions like belonging are also under consideration but not included here). Here is a basic representation of our model:



Four factor model of well-being.

How Can We Measure Teen Well-Being?
How We Will Get There: We will run the same research that the Compassion research team did, to determine which FB actions are positive, negative, and neutral on teens, and will then decide which metric is best for measuring well-being for teens.
Well-Being (longitudinal): What we know about well-being with FB data

- Decreased prevalence of negative experiences
    - Either perceived (reported via survey) or labeled by us (sampled prevalence)
- Increase in specific Engagement-based metrics that we believe are positive for teen well-being: What We Know About Well-Being on FB, by type of engagement https://fb.quip.com/IGnpAb2bie85
    - Survey-based metric
    - Automatic sentiment analysis
    - Interactions with close friends and relatives

- CIT = Comprehensive Inventory of Thriving: https://internal.psychology.illinois.edu/~ediener/CIT_BIT.html
- Research Framework: ███████ [Link to ████ note on the topic]

Note: Don't use CAU; not unique for youth + not linked to actual value add or wellbeing (only focused on sentiment)

---

## Understanding Youth Wellbeing

Looking across the social science academic literature as a whole, seven core theoretical dimensions of positive psychological functioning have emerged (Su, Tay, & Diener, 2014). [From Note by ████████ This is the basis for how well-being will be measured across the company, starting in 2018.

Subjective well-being (SWB) in the form of high life satisfaction and positive feelings,
Supportive and enriching relationships,

CONFIDENTIAL

Interest and engagement in daily activities,

Meaning and purpose in life

A sense of mastery and accomplishment

Feelings of control and autonomy,

Optimism

## Concerns Related to Wellbeing

Product features that are designed to exploit insecurity, or provide a dopamine rush (likes, notification, the pull-down-to-see, the infinite scroll, etc), to increase time spent, are inherently at odds with well-being and take away from people's ability to consciously focusing on activities that add value to their lives.

Because our product exploits weaknesses in the human psychology to promote product engagement and time spent [and that because of our reliance on AI, we cannot currently control for when content is being strategically leveraged to manipulate the opinions and moods of individual people] if we are committed to the wellbeing of individuals, we need to a) to alert people to the effect that the product has on their brain (for example: your view of yourself is affected by other people's highlight reel, etc) and b) provide them with tools to have more control over their own experience.

Research [fay to find links] has shown that the following things are REALLY good for you, and our increased reliance on technology can reduce these things:

- Time out in nature
- Not looking at a screen
- Eye contact while talking to other people
- Hugs and other consensual forms of affection
- Hearing the voice of a loved one [reduces blood pressure / internal calm]
- Getting 8 hours of sleep [young people need more sleep]
- Low levels of daily stress

## Stages in ADOLESCENT Development

There are four basic categories for developmental milestones:

Physical milestones involve both large-motor skills and fine-motor skills. The large-motor skills are usually the first to develop and include sitting up, standing, crawling, and walking. Fine-motor skills involve precise movements such as grasping a spoon, holding a crayon, drawing shapes, and picking up small objects.

Cognitive milestones are centered on a child's ability to think, learn, and solve problems. An infant learning how to respond to facial expressions and a preschooler learning the alphabet are both examples of cognitive milestones.

Social and emotional milestones are centered on children gaining a better understanding of their own emotions and the emotions of others. These milestones also involve learning how to interact and play with other people.

Communication milestones involve both language and nonverbal communication. A one-year-old learning how to say his first words and a five-year-old learning some of the basic rules of grammar are examples of important communication milestones.

## Supporting Healthy cognitive development in ADOLESCENce

[Stanford Children's Hospital: Link, 3 stages of adolescence, 12-18 years]
The following suggestions will help to encourage positive and healthy cognitive development in the adolescent:

- Include adolescents in discussions about a variety of topics, issues, and current events.
- Encourage adolescents to share ideas and thoughts with you.
- Encourage adolescents to think independently and develop their own ideas.
- Assist adolescents in setting their own goals.
- Stimulate adolescents to think about possibilities for the future.
- Compliment and praise adolescents for well-thought-out decisions.
- Assist adolescents in re-evaluating poorly made decisions for themselves.

Increased Screen Time Linked To:

CONFIDENTIAL

- Sleep problems – Sleep deprivation can lead to impulsive behavior and reduced emotional regulation.
- Social problems – Difficulty recognizing other people's emotions and trouble communicating face-to-face can lead to increased conflict.
- Increased aggression – Some studies have linked aggressive media to aggressive behavior in children.

Research:

- Improving Teen Mental Health [Article] link
- How Technology is Highjacking Your Mind [Article]

## What traits do people need to possess to succeed in the future

- Research, the "democratic mind" – theory from the 1940's that outlines a theory of skills needed to operate within a democracy, including the ability to understand and change a perspective when presented with a compelling argument or facts. [ ..
- Morals – Ethical engagements and participation in a society or community
- Dialog: Discourse... have the ability to discuss and find common ground

---

## Integrity Efforts Overview

Measuring Prevalence of specific problems (terrorism, spam, hate speech, etc) and violation types, which need to be labeled to match a CI category.

- to be flushed out as █ uncovers more

---

## Resources

- Original Youth Framing Doc: Framing Doc: Youth Empathy
- Initial Q4 Planning Doc: 2017 Q4 Youth Empathy Roadmap
- Insights Captured: Sheet1: Insight & Key Learnings
- Product Decision Framework: Sheet1: Empathy Product Decision Framework

Research

Sheet1: MSI & Well Being Cross Core App Research Project Tracker

Segmentation [Attitudinal]: https://fb.facebook.com/permalink.php?story_fbid=1973304482993500&id=100009419015289

The Woke Teen

The Superfan

The Religious Teen

The Tumblr Nerd

The Shy Teen

The Contrarian

Segmentation: Get from █

Negative Experiences

Teen Negative Experiences:

https://fb.facebook.com/groups/1155234014572238/permalink/1402605473168423/

https://fb.facebook.com/groups/1155234014572238/permalink/1423906137705023/

https://fb.facebook.com/groups/1155234014572238/permalink/1431986890230281/

Unwanted photos: https://fb.facebook.com/groups/1155234014572238/permalink/1424510604311243/

CONFIDENTIAL

META3047MDL-050-00184016

Relatives / Growing up Online

Teen Emotional Reactions: https://fb.facebook.com/notes/youth-core-team/teens-interactions-with-and-emotional-reactions-to-their-adult-relatives-on-face/1431196646975972/

Friending Adults: https://fb.facebook.com/groups/1155234014572238/permalink/1426543997441237/

Parental Sharing: https://fb.facebook.com/groups/1155234014572238/permalink/1402605473168423/

Attending to Teen's Needs: https://fb.facebook.com/notes/███████ protect-and-care-attending-to-teen-population-needs/125107284740125/

Teen Bullying: https://our.intern.facebook.com/intern/research/p/fahs63d63r/

Teen Wellbeing (Instagram): https://fb.facebook.com/groups/igpac/permalink/1915352238696489/

Teen Perception (Instagram): https://fb.facebook.com/groups/ResearchInsights/permalink/1544393298942613/

Top Lists of issues for teens

Countdown of teen issues

Negative Experience Reporting Flows: DS ████ tl;dr Teens don't use reporting flows more than adults

Drama on FB associated with Gender and Friend Count (Girls + Having more than 315 friends = more drama): https://fb.facebook.com/groups/142333399845065/permalink/174370349974703/

Severity vs. Reach of Negative Experiences (Initial US survey): https://fb.facebook.com/groups/142333399845065/171041513640920/

Pulse Survey Results 2017:

The results highlighted many things we know, but put a light on certain aspects:

Teens are using direct communication more than millennials, they prefer constant connection with people to keep others informed and to stay in the know
Messenger is one of the most often mentioned uses of Facebook

A big focus on relationships came through the open ends; and using social media/messaging to help build or strengthen their relationships

Feeds are used to stay up to date, receive updates in the moment

Facebook can do too many things, there is a need for more control and more easy pathways to interact with people who matter

Pulse Survey Results: Social Causes Engagement, Biggest Barriers : Lack of interest (link)

## Recent Articles

- https://www.nytimes.com/2017/10/11/magazine/why-are-more-american-teenagers-than-ever-suffering-from-severe-anxiety.html?_r=0
- https://www.theatlantic.com/magazine/archive/2017/09/has-the-smartphone-destroyed-a-generation/534198/
- https://www.ft.com/content/7c972e2e-a88f-11e7-ab55-27219df83c97
- https://newsroom.fb.com/news/2017/12/hard-questions-is-spending-time-on-social-media-bad-for-us/ (blog)

Contact Support

# Conversation History

‹ ›

META3047MDL-050-00184017

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-050-00184006-META3047MDL-050-00184017

**Custodian:** SNYDER_KENZIE

**Author:** KENZIE SNYDER

**Filename:** YOUTH EMPATHY FRAMING

**Create Date:** 10/21/2019 12:00 AM

**Last Modified Date:** 12/15/2023 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /SNYDER_KENZIE

**Confidentiality Designation:** CONFIDENTIAL

**META_Pointee:**

**META_Pointer:**