# AMENDED Exhibit 236

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

03.11.25

**Exhibit 22**

Lisa K. Bankins

Message

**From:** ████████ /O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/█████████

**Sent:** 9/30/2022 2:10:03 AM

**To:** ████████████████████████    ████████████████████

**Subject:** Message summary [{"otherUserFbId":100022467376771,"threadFbId":null}]

████████ (9/29/2022 13:06:39 PDT):
>Can I please see the Mercury project results? ████ led me to ████ who is... not being responsive.

████████ (9/29/2022 13:06:57 PDT):
>omg is this now an escalation?

████████ (9/29/2022 13:07:00 PDT):
>fun!

████████ (9/29/2022 14:43:17 PDT):
>meaning escalate to me?

████████ (9/29/2022 14:43:21 PDT):
>or someone else?

████████ (9/29/2022 14:44:21 PDT):
>anyhow: I actually DON'T have access to those results myself, as they were kept pretty confidential (to be fair, i *might* have seen an early draft, but not the final one)

████████ (9/29/2022 14:45:12 PDT):
>all that is to say, happy to track this down for you, but you have to tell me the business reason for needing them because i'll need that to make the case

████████ (9/29/2022 14:58:12 PDT):
>lol no way, this is like the most secretive thing i've ever heard of

████████ (9/29/2022 15:03:12 PDT):
>my business reasons is that i'm a research manager in the wellbeing space so like, I generally find it helpful to know what wellbeing research results say for... not doing duplicative work, and generally doing my job of understanding the impact of our platforms so i can make it better

████████ (9/29/2022 15:03:27 PDT):
>very low priority, just like, vibes

████████ (9/29/2022 15:04:33 PDT):
>and honestly I can guarantee I have worse shit than whatever it says lol Feed Relevance consistently distributes SSI vpvs to teenagers and nobody has noticed, like how much am I gonna care that deprivation studies show wellbeing gains from not using our shitty products

████████ (9/29/2022 15:07:37 PDT):
>I once saw Policy outright state that they wouldn't take down the account of a Cameroonian expatriate with a massive in-country following who was explicitly calling for the murder of Ambazonians who participated in the Cameroonian elections – which then absolutely happened, we saw the videos – because of the PR implications. I think folks are overestimating how bad the research evidence is vs the actual practice of working at this company.

████████ (9/29/2022 17:08:25 PDT):
>I hear you. Let me dig in and see if I can figure out a) why this is so sensitve (my sense it's less about the findings and more about leadership's reactions); and b) if I can get around this, where it is

████████ (9/29/2022 19:10:03 PDT):
>Question: have you asked ████ for access? IIRC, he has it.

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

META3047MDL-040-00447851
METAARAG-001-03251115