# AMENDED Exhibit 262

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

| | |
|---|---|
| **From:** | ░░░░░░░/O=THEFACEBOOK/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=░░░ |
| **Sent:** | Wed 3/18/2009 5:46:20 PM (UTC) |
| **To:** | Mark Zuckerberg░░░░░░ |
| **Subject:** | RE: Discussion Post |

(Meta) Zuckerberg Exhibit 32   3.27.25 mlr
exhibitsticker.com

I found someone with super.

You provide enough challenges in my life.  Passwords are the least of my concerns. ;)

Our Mission: Give people the power to share and make the world more open and connected.

-----Original Message-----
From: Mark Zuckerberg
Sent: Wednesday, March 18, 2009 10:45 AM
To: ░░░░░
Subject: RE: Discussion Post

It's mostly just to add an extra element of challenge in your life.

Go find someone with super :)

_____

From: ░░░░░
Sent: Wednesday, March 18, 2009 10:43 AM
To: Mark Zuckerberg
Subject: RE: Discussion Post

I don't know -- I'll check with ░░░

I'm also unclear on why you're concerned about me having your password.  I have the passwords to everything that has to do with you and your life and haven't screwed that up or shared that information with anyone. :)

Our Mission: Give people the power to share and make the world more open and connected.

-----Original Message-----
From: Mark Zuckerberg
Sent: Wednesday, March 18, 2009 10:42 AM
To: ░░░░░
Subject: Re: Discussion Post

Hmm -- who has super and can do this? :)

----- Original Message -----
From: ░░░░░
To: Mark Zuckerberg
Sent: Wed Mar 18 10:39:20 2009
Subject: RE: Discussion Post

Not unless you give me text me your password to FB so I can log in as you.  I don't have "super" capabilities.

Our Mission: Give people the power to share and make the world more open and connected.

-----Original Message-----

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-046-00446151

From: Mark Zuckerberg
Sent: Wednesday, March 18, 2009 10:38 AM
To: ▮▮▮▮▮▮▮▮
Subject: Discussion Post

Can you post this from me as a response to the discussion thread?

---

Hey -- I read over all the comments in this thread this morning and wanted to post a quick reply. I'm glad everyone is watching this and taking it so seriously.

The theory we're going on here is that people will share more and more information over time, and that the best way to enable that is to create a real-time stream where people can get information and feedback quickly. At the same time, we didn't want to lose the ability to surface the most important items, so we built highlights.

Highlights is a work in progress and most of the feed team's effort recently has gone into building the stream. For highlights to work well, the team knows that we're going to have to improve both ranking and presentation.

When we look at the results so far, some of it is very good and some is very bad. I was very excited when I heard how much commenting had jumped as a result of these changes. As the year goes on, I'm starting to track the total number of pieces of content shared more and more and overall these changes boosted that quite a bit. At the same time, a lot of activities like friending and photo viewing are down, and other things which I'd expected would increase, like status updates, are flat. Overall though, I think many of these issues are solvable.

I think creating a separate filter is an interesting idea, but stats show us that most people just use whatever the default setting or filter is. That leads me to believe that the best thing we can do is improve the default experience and the highlights section that's on the main page. For a few specifics, we'll probably change the placement of requests back to the right where they used to be and of PYMK so one or two suggested connections are above highlights. We were already planning on adding a section of one-line stories below the highlights section for things like adding friends and events, and we were just waiting until after launch to build that. I think these and a few other changes will go a long way in addressing some of the biggest problems, and we'll continue looking at the data to figure out what to do about the others.

If we continue to have issues with engagement as we iterate, then I agree we should consider other solutions like a highlights filter or giving more prominence to these types of stories. My guess is that we won't get to that point, but if we do then these options are available to us. For now though, I think we should stay focused on finishing what we're building now.

HIGHLY CONFIDENTIAL (COMPETITOR)                                      META3047MDL-046-00446152

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-046-00446151-META3047MDL-046-00446152

**Custodian:** ZUCKERBERG_MARK

**Author:**

**Filename:** RE: DISCUSSION POST

**Create Date:** 3/18/2009 10:46 AM

**Last Modified Date:** 3/18/2009 10:46 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /ZUCKERBERG_MARK/TOP OF PERSONAL FOLDERS/INBOX

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**META_Pointee:**

**META_Pointer:**