**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 22-md-3047-YGR |
|  | MDL No. 3047 |
| This Document Relates to: | **CASE MANAGEMENT ORDER NO. 33 (Trial Plan, Prefiling Conference, et al)** |
| All Actions | *Upcoming Case Management Conference:* April 14, 2026 at 9:00 a.m. |
|  | *Bellwether Trials:* June 12, 2026 August 5, 2026 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court held a further case management conference in the above-captioned matter on March 18, 2026. This order memorializes and expands upon the deadlines set and findings made by the Court during that conference.

## I.    BREATHITT PRETRIAL CONFERENCE

With regards to the upcoming Breathitt school district trial, the Court held an initial pretrial conference on March 18, 2026. The Court will issue a separate pretrial order regarding the trial logistics discussed at the conference. The Court will hold a second pretrial conference on April 14, 2026.  The parties shall file an agenda one week in advance.

## II.    STATE AGS

The parties informed the Court they plan to submit a proposed pretrial schedule. Given the Court's packed trial schedule, if pretrial matters are voluminous, a delay in the trial may be necessary or the parties will need to double track and wait for rulings. The parties are reminded that any discovery disputes must be brought before Judge Kong before they are raised with this Court.

### III.   ARBITRATION

For the reasons discussed more fully at the March 18, 2026 conference, the Court **ORDERS** counsel for claimants asserting mass arbitration demands and defendants' counsel to meet and confer to resolve their disputes no later than **Wednesday, April 1, 2026**.

**IT IS SO ORDERED.**

**Dated:** March 25, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

2