[*Parties and Counsel Listed on Signature Pages*]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos. 4:22-md-03047-YGR-PHK<br>4:23-cv-05448-YGR<br><br>**META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT SUBSTITUTION**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT SUBSTITUTION

The State Attorneys General ("State AGs") and Defendants Meta Platforms, Inc. and Instagram, LLC (collectively "Meta," and together with the State AGs, the "Parties") jointly stipulate and agree, subject to the Court's approval, to the following terms regarding expert witnesses in the action of *People of the State of California, et al. v. Meta Platforms, Inc., et al.* 4:23-cv-05448.

1.      By stipulation of the Parties and Order of the Court (ECF 1955, 2139, 2251, and 2584), the expert discovery deadlines relating to Dr. Patrick McDaniel, a State AG-specific expert, were previously extended. Under those deadlines, expert discovery related to Dr. McDaniel and Meta's experts responsive to Dr. McDaniel was to close on March 6, 2026, with deadlines for related Rule 702 motions on March 13 (opening briefs), April 3 (opposition briefs), and April 24, 2026 (reply briefs).

2.      Whereas on February 24, 2026, the State AGs informed Meta that Dr. McDaniel was experiencing a medical condition that prevented him from being deposed in this case; and

3.      Whereas on March 2, 2026, the State AGs informed Meta that Dr. McDaniel's medical condition would prevent him from testifying at trial in this case; and

4.      Whereas Dr. Ryan Sheatsley is Dr. McDaniel's partner and assisted Dr. McDaniel in the preparation of his report; and

5.      Whereas Mr. Tim Estes is an expert retained by the PI/SD Plaintiffs in the MDL and JCCP, and has previously been subject to expert discovery in the MDL, including responsive reports by Meta and other defendants, as well as sitting for a deposition; and

6.      Whereas there is sufficient time before trial to permit the State AGs to substitute Dr. McDaniel with Dr. Sheatsley and Mr. Estes, to permit the State AGs to serve opening reports from Dr. Sheatsley and Mr. Estes, to permit Meta to serve responsive reports from its previously disclosed experts (Ms. Mary Wirth and Dr. Nick Feamster), to permit the State AGs to serve reply reports from Dr. Sheatsley and Mr. Estes, to complete depositions of the relevant experts, and to brief Rule 702 motions (if any) as to the relevant experts;

7.      The Parties agree that good cause exists to modify the expert disclosure and discovery deadlines to allow the State AGs to substitute Dr. McDaniel with Dr. Sheatsley and Mr. Estes as follows:

8.      The Parties agree that the State AGs may serve an expert report from Mr. Estes, the scope of which will be targeted to Opinions 2-3 from the report he offered in the PI/SD MDL cases and related material, including in his existing rebuttal report.  Meta will not object to or move to strike those opinions on the ground that they exceed the scope of the opinions or methodologies previously disclosed by Dr. McDaniel, but otherwise reserves all rights (e.g., to advance other bases for exclusion under Rule 702 or otherwise).

9.      The Parties further agree that the State AGs may serve an expert report from Dr. Sheatsley, the scope of which will be targeted to Sections 4 and 5 from Dr. McDaniel's opening report and related material, with any necessary updates to those analyses related to Meta's February 25, 2026 production of additional U13 reports.  Meta will not object to or move to strike those opinions on the ground that they exceed the scope of the opinions or methodologies previously disclosed by Dr. McDaniel.  Meta otherwise reserves all rights (e.g., to advance other bases for exclusion under Rule 702 or otherwise).

10.      The Parties further agree that Meta may serve responsive reports from Nick Feamster and/or Mary Wirth addressing the Estes and/or Sheatsley reports.  As to Dr. Sheatsley's report, any responsive opinions from Nick Feamster and/or Mary Wirth will be limited to the opinions and analyses that they previously disclosed in response to Dr. McDaniel's report, with any necessary updates to address new or revised opinions from or analyses by Dr. Sheatsley.  Aside from that limitation, the State AGs will not object to or move to strike those opinions on the ground that they exceed the scope of the opinions or methodologies previously disclosed in their responsive reports to Dr. McDaniel, but otherwise reserve all rights (e.g., to advance other bases for exclusion under Rule 702 or otherwise).

11.      The Parties further agree that the State AGs may serve rebuttal reports from Mr. Estes and/or Dr. Sheatsley responding to the reports of Dr. Feamster and/or Ms. Wirth.  Meta will not object to or move to strike those opinions on the ground that they exceed the scope of the opinions or methodologies previously disclosed by Dr. McDaniel, but otherwise reserves all rights (e.g., to advance other bases for exclusion under Rule 702 or otherwise).

12.      Additionally, the Parties have met and conferred over several weeks and agree, subject to Court approval, on a schedule for the Rule 702 motions as to Mr. Estes, Dr. Sheatsley and Meta's

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT SUBSTITUTION

responsive experts.  The Parties will waive Reply Briefs.  The deadlines listed below are based on the State AGs' preference that discovery be completed and any Rule 702 motions as to Mr. Estes, Dr. Sheatsley, and Meta's responsive experts be fully briefed by June 3, 2026 so that the Court may hear those motions at a potential pretrial conference on June 10, 2026.  Meta takes no position on whether those motions (if any) should or need to be heard on June 10, 2026 rather than a later date.  In the event that the Court does not schedule a pretrial conference for June 10, 2026, the Parties have agreed to confer in good faith on whether any changes to the schedule below may be warranted, including to permit Reply Briefs on any Rule 702 motions.  Accordingly, the Parties may subsequently seek extensions of or modifications to the deadlines listed below.

13.     Therefore, the Parties agree, subject to the Court's approval, that the following deadlines will apply:

| Event | Proposed Deadline |
| --- | --- |
| State AGs serve opening reports from Estes and Sheatsley | March 20[1] |
| Meta serves responsive reports from Wirth and Feamster | April 15 |
| State AGs serve rebuttal reports from Estes and Sheatsley | May 5 at noon PT |
| Close of expert discovery as to Estes, Sheatsley, Feamster, and Wirth | May 19 |
| Deadline for Rule 702 motions, if any, as to as to Estes, Sheatsley, Feamster, and Wirth | May 26 |
| Deadline for oppositions to Rule 702 motions as to Estes, Sheatsley, Feamster, and Wirth | June 3 |

14.     These proposed time modifications will not affect any other deadlines in the case schedule.

**IT IS SO STIPULATED AND AGREED.**

---

[1] Note: In reliance on this agreement, the State AGs have already served opening reports from Estes and Sheatsley.

Respectfully submitted,

DATED: March 25, 2026                    By: */s/ Joshua Olszewski-Jubelirer*

**ROB BONTA**
Attorney General
State of California

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (510) 879-1300
Fax: (415) 703-5480
Joshua.OlszewskiJubelirer@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203

5

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT SUBSTITUTION

Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*


**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**JENNIFER DAVENPORT**
Attorney General
State of New Jersey

*/s/ Mandy Wang*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Section Chief, Deputy Attorney General

6

Alan Leal (NJ Bar No. 438672024),
Patrick J. Misale (NJ Bar No. 401352022),
*Pro hac vice*
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs Jennifer Davenport, Attorney General for the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs*

By:  */s/ James Rouhandeh*

**DAVIS POLK & WARDWELL LLP**

James P. Rouhandeh, *pro hac vice*
Antonio J. Perez-Marques, *pro hac vice*
Caroline Stern, *pro hac vice*
Corey M. Meyer, *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
rouhandeh@davispolk.com
antonio.perez@davispolk.com
caroline.stern@davispolk.com
corey.meyer@davispolk.com

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT SUBSTITUTION

## SIGNATURE CERTIFICATION

Under Civ. L.R. 5-1(h)(3), I, Joshua Olszewski-Jubelirer, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: March 25, 2026                    */s/ Joshua Olszewski-Jubelirer*

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT SUBSTITUTION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:

                                             YVONNE GONZALEZ ROGERS
                                             UNITED STATES DISTRICT JUDGE

META AND STATE AGS' STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT SUBSTITUTION