# AMENDED Exhibit 408

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Facebook and Google Age Gate Update

**Project Owners:** @Amber Miller [redacted]

**Date Created**: 04/06/2022

**Date Updated:** 05/16/2022

## 1. What is the update?

- All users based in the US that signed up originally using either Facebook or Google are going to receive a push notification asking for their date of birth. **This will went live on April 18, 2022. As of 5/9 has been paused.**

## 2. How will this look?

For **existing accounts**, once users enter in their birthday, they will be put into three different modes:

- **For 13+ users:** the account will be updated to normal unrestricted mode.
- **For 13+ now but the user was U13 at the time of signing up**: the user's account will be placed in normal mode but with all underage content deleted with the option for the user to export it.*

> **Users who were under 13 at the time of account creation, but are now 13 will be converted into Normal Mode, BUT all their old content will be erased. Our team was able create this update for this particular issue only, but this does not change any of our rules in place for underage bans. Currently we do not have the ability to delete a banned user's content from when they were underage and allow them to be in Normal Mode.*

- **For underage (<u13) users:** the account will be pushed to Kids Mode with all content deleted with the option to export it.

For **new accounts**, once the user enters their birthday, they will be put into two different modes:

- **For 13+ users:** the account will be a normal unrestricted account.
- **For underage (<u13) users:** the account will be a Kids Mode account.

## 3. Why is this necessary?

- We have found an issue in the account creation process where users creating a TikTok account using a Facebook or Google login are not asked to input their birthday.
- This needs to be fixed in order to make sure every user on the platform is in the correct experience for their age.

## 4. Does this change any existing process?

- This does not effect any existing process that we have for Age Gate and should be handled with no change to our existing procedure.

## 5. How should we reply to the user?

1. If the user is in Kids Mode and writes in asking or stating the following:
    - ***"Why is my account locked?"***
    - ***"Why have xx features gone away?"***
    - ***"My account was hacked!"***

**Reply to the user with the** [ HYPERLINK

[REDACTED]

Hi there,

Thanks for contacting TikTok.

We understand how important your account is to you. The safety of our younger users, like you, is our priority. Our younger users have a more limited interactive experience, meaning certain features are not available. You can read more about out privacy policy for our younger users here: https://www.tiktok.com/legal/privacy-policy-for-younger-users?lang=en

Your account is not currently locked, but has been placed in this experience for our younger users.

We hope you continue to enjoy this age-appropriate experience.

Best,
The TikTok Team

**Can edit out "is not currently locked"**

2. If the user is in Kids Mode and writes in asking or stating the following:

- *"I put in the wrong birthday."*
- *"I'm not a baby, I'm over 13!"*
- *"I entered the wrong age! Can I change my birthday?"*

**BH Email or Zendesk, reply to the user with the**[ HYPERLINK [redacted]

Hi there,

Thanks for reaching out and we apologize for any inconvenience.

When entering your birthdate on your TikTok account, you indicated an age that tells us you're a younger user.

The safety of our younger users is our priority. Our younger users have a more limited interactive experience, meaning certain features are not available. You can read more about our privacy policy for our younger users here:
https://www.tiktok.com/legal/privacy-policy-for-younger-users?lang=en

If you're 13 years old or older please respond with a form of identification that includes your name, age or birthdate, and photo (such as a driver's license or passport). Please note the following:

You are welcome to cover any other personal information besides name, age, and photo – we will only be using the identification to verify your age
Please don't send your birth certificate
Once we have that information, we will review and take action appropriately.

Best,
The TikTok Team

**BH In-App, reply to the user with the** [ HYPERLINK [redacted]

Hi there,

Thanks for reaching out and we apologize for any inconvenience.

When submitting your birthdate upon entering your TikTok account, you indicated an age that tells us you're a younger user. The safety of our younger users is our priority. Our younger users have a more limited interactive experience, meaning certain features are not available. You can read more about our privacy policy for our younger users here: https://www.tiktok.com/legal/privacy-policy-for-younger-users?lang=en

In order for us to assist with this issue, please write to us at the following link: tiktok.com/legal/report/feedback. Please make sure you select the topic: "General account inquiry," and under Tell Us More, select 'Age Verification."

Please attach a valid form of identification that includes your name, age or birthdate, and photo (such as a driver's license or passport). Please note: - You are welcome to cover any other personal information besides name, age, and photo – we will only be using the identification to verify your age.

Please don't send your birth certificate Once we have that information, we will review and take action appropriately.

Best, The TikTok Team

3. If the user is in Kids Mode and writes in asking or stating the following:

- ***"Where are my videos!?"***
- ***"How do I get my videos?"***
- ***"I want to download my videos, please."***

**Reply to the user with the** [ HYPERLINK [redacted]

Hi there,

Thanks for reaching out.

At this time, we don't have the ability to recover your old videos. It's something we hope to have in the future, as we know this is not an ideal situation for our creators.

We apologize that we aren't able to help you out with this further. For future videos, as a safeguard, we recommend using the 'Download video' selection when posting.

Let us know if you have any other questions.

Best,
The TikTok Team

# FAQ

1.    What countries will this effect?

    a. This will only affect the US.

2.    Should we expect an increase in volume?

    a. Yes. Please communicate with your lead where you see volume increases (ByteHi vs Zendesk).

## Resources

[ HYPERLINK ███████████████████████████████

[ HYPERLINK ███████████████████████████████

[ HYPERLINK ████████████████████████████████████

Confidential                                                                                                                                TIKTOK3047MDL-089-03736539

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-089-03736535-TIKTOK3047MDL-089-03736539

**BEGATTACH:** TIKTOK3047MDL-089-03736535

**ENDATTACH:** TIKTOK3047MDL-089-03736539

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-089

**Custodian:** ERIC HAN; URL LINKED LARK DOCS_CON

**File Path:** /000120-050-01_DOCS.ZIP/FILES

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 60F6C0B1086ED76581E7EFC86CB9E71C

**DocType:** E-DOC ATTACHMENT

**Author:**

**Create Date:** 8-10-2023 12:00 AM

**Last Modified Date:** 8-10-2023 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** FACEBOOK AND GOOGLE AGE GATE UPDATE-DOCCNUMCDFDOCVWLQBT3RBCKZBH.DOCX

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** N

**REDACTION TYPE:**

