# AMENDED Exhibit 409

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Document Produced As Native







## Purpose

- What decisions need to be made now?
  - A green light to invest further on the approach

- What decisions can be decided later in the core working group?
  - Whether we have full sign off on the proposed test.
  - Whether we are rolling out these solutions permanently and globally.
  - Whether we are using in-house or vendors.

- What decisions need to be made now?
  - General signal that we can move forward with the PRD design, workflow design, hiring, contract review, and a full Legal and Security review of our recommendation.
  - This will require significant work across Security, Legal, Ops, Feature and PnP especially if we want to launch quickly
  - Legal is signed off on the proposed methodology so we are good to start to build once we have your blessing.
- What decisions can be decided later?
  - Whether we have full sign off on the proposed test. Rather, we need to design this process, draw up PRDs and workflows, and finalize contract review before we will put forth for final Legal and Security review.
  - Whether we are rolling out these solutions permanently and globally. Rather, we will gather feedback and metrics for review after the 3 month test. We can pivot our decisions based on this information.
  - Whether we are using in-house or vendors. We have a recommendation for this, but the final decision will be dependent on full Security and Legal review after we design this process.





We want to be more aggressive in detecting underage users but we are blocked by not having an appeals process

In October we enhanced our policies resulting in a huge increase in the amount of underage accounts we are deleting. Similarly, we've rolled out underage reporting globally, and want to increase our ML detection strategies for underage users - all of which will lead to an increase in underage account closures. Additionally, we've seen many high profile escalations of underage banning requiring the use of more holistic approach to appeals (ex: age gate bug in the EU which repeatedly prompted users with an age gate each time they opened the app ultimately resulting in many bans)

We know that over-moderation can happen the more users we detect. Offering users an opportunity for recourse is a fair approach this and can give users the opportunity to get back on only if we can be assured they are actually old enough.



**Right now, there is no global solution for users to appeal and unlike other Issue bans, the removal of underage accounts results in the full deletion of their account data.**

- Currently, we have 4 different solutions, with different product experiences, workflows, and requirements that are only available for certain products (Livestream) or markets (like Thailand, Korea, Japan, and Italy), or rely on users emailing us through unofficial contact forms where we process their ID verification (and that particular solution was not approved by legal and security for wide scale, global use).

## Urgency from Garante

- 7 day device blocking for underage bans launched in IT.
    - IDPC asked if we are considering this for all of the EU

- We know this will have significant impact on DAU and want to launch an appeals process in the EU ahead of this

- Launched 7 day device blocking after underage bans launched in IT.
    - IDPC asked if we are considering this for all of the EU

- We know this will have significant impact on DAU and want to launch an appeals process in the EU ahead of this



# How do we define success?

- Create a process that:
  - Reflects appropriate amount of **certainty** needed regionally
  - Is **not easily abused**
  - Prioritizes **user privacy**
  - Is **accessible**
  - That users are **comfortable** with and willing to complete, and that regulators are **supportive** of

---

- We set out to create an appeals process that:
  - Reflects the appropriate amount of certainty as to the user's age
  - Is not easily abused
  - Prioritizes user privacy
  - Is accessible
  - That users are comfortable with and willing to complete, and that regulators are supportive of

We'll review these in more detail next



So with all of this context in mind, what is our recommendation?

## What is our recommendation?

| Minors <18 | Adults >18 |
|---|---|
| 1. Minor verifies they are 13-17 by taking a photo of themselves with an adult (who is at least 25 years old) holding a piece of paper with their date of birth and a unique code written on it.<br>2. Minor verifies they are 13-17 by uploading ID compared to selfie | 1. Adult verifies they are 18+ by uploading ID compared to selfie.<br>2. Adult verifies they are 18+ with a temporary credit card authorization |

We recommend offering a users a suite of options for age authentication. All users who want to appeal will be prompted to enter their date of birth. Depending on if they are a minor (13-17) or an adult (over 18), they will be routed to a different appeal process where they can choose the solution that works best for them

Minors (<18)
- Minor verifies their own age by taking a photo of themselves with an adult (who is at least 25 years old) holding a piece of paper with their date of birth and a unique code written on it
- Minor uploads their government ID and provides selfie of them holding the ID

Adults (>18)
- Adult verifies they are 18+ by uploading ID compared to selfie.
- Adult verifies they are 18+ with a temporary credit card authorization

## What is our recommendation?

1. Selfie with trusted adult: in house moderation teams
2. ID: partner with Jumio for ID authentication using their models and trained moderators. Send ID back to us for manual photo comparison to selfie (thus circumventing the use of biometric AI).
3. Credit card: exploring in-house and vendors at this stage

We've also made a recommendation for whether this should be outsourced or done internally

1. Selfie with trusted adult: in house moderation teams
2. ID: partner with Jumio for ID authentication using their models and trained moderators. Send ID back to us for manual photo comparison to selfie (thus circumventing the use of biometric AI).
3. Credit card: exploring in-house and vendors at this stage

## What is our recommendation?

- Regional approach
  - Test in the EU
  - Gather feedback
  - Let other regions opt in to some or all of the options available for global rollout

- Last, we recommend testing these solutions in the EU for three months and during this time we will measure:
  - Volume of incoming appeals
  - Appeal success rate
  - Usage rates
- We will continue to monitor feedback from external stakeholders and gauge regulatory feedback on our approach
- We will use this as a test ahead of a further global launch in which we can allow regions to choose if they wish to offer the entire suite of options or opt in to only some.
- A test in the EU will allow us to scalably test in a high priority market ahead of a global launch

## Why are we offering a suite of solutions?

- One solution can't meet all success criteria in all markets
- Gives users more choice
- Will ensure a smoother global rollout

- Why are we offering a suite of options?
  - No one solution meets all success criteria in all markets
  - Offering a suite of options gives users more choice and therefore maximises the likelihood of a successful appeal
  - Testing all 4 appeals methods will allow us to ensure the process is running smoothly before a wider global launch



Certainty, Risk of Abuse and Privacy
- All of our recommendations (ID collection, selfie with trusted adult, and temp cc auth) all meet EU legal criteria for certainty, risk of abuse and privacy
- ID based solutions provide a high level of certainty as to the user's age but are largely inaccessible to many younger teens
- IDs are highly private documents and both adults and minors may feel uncomfortable providing
- Selfie with trusted adult method is more accessible and privacy-forward and is acceptable with EU legal
- Credit cards are inherently less accessible in certain regions (including many priority markets) and socio-economic classes
- They also provides a lower level of certainty as to the user's age but provides an alternative option for users who do not wish to provide their ID

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-116-04492944

**BEGATTACH:** TIKTOK3047MDL-116-04492944

**ENDATTACH:** TIKTOK3047MDL-116-04492963

**Attachment Count:** 19

**PRODVOL:** TIKTOK3047MDL-116

**Custodian:** NATALIE MEDOFF

**File Path:** /000159-1900-08 ███████████████@BYTEDANCE.COM_DRIVE_0.ZIP

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** EB889967A87E42C5DD8CBE5824F78254

**DocType:**

**Author:** ███████████████@BYTEDANCE.COM

**Create Date:** 5/20/2021 12:00 AM

**Last Modified Date:** 12/19/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** NMM UNDERAGE APPEALS INTRODUCTION-_1LPWIIF4PC5RHMPMPWR7NYXDUL3OPBZ2G8MPB5CME6N0.PPTX

**Title:**

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** N

**REDACTION TYPE:**

