# AMENDED Exhibit 410

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

HIGHLY CONFIDENTIAL (COMPETITOR)

Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
         tharris@kslaw.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
| | MDL No. 3047 |
| | **THE TIKTOK DEFENDANTS' OBJECTIONS AND SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FOURTH SET OF INTERROGATORIES** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**PROPOUNDING PARTY:**   **PI and SD Plaintiffs**

**RESPONDING PARTIES:**   **TikTok Inc.; ByteDance Inc., TikTok Ltd., ByteDance Ltd.; and TikTok LLC**

**SET:**   **FOUR**

HIGHLY CONFIDENTIAL (COMPETITOR)

Plaintiffs' Interrogatories, their right to:

    (a)    Revise, amend, or supplement these responses;

    (b)    Object on any ground to the use of information or documents produced in response to Interrogatories for any purpose, in whole or in part, in this or any other proceeding, action, or matter;

    (c)    Object on any grounds, at any time, to other discovery procedures or requests; and

    (d)    Object on the grounds of admissibility of any information or documents produced in response to these Interrogatories.

## OBJECTIONS AND SECOND SUPPLEMENTAL RESPONSES

## TO PLAINTIFFS' INTERROGATORIES

**INTERROGATORY NO. 2**: For each year in the Relevant Time Period, identify the number of domestic TikTok users of Unknown Age, Non-Age Gate users, Hidden Minors, each Reported Age between 0 and 100, and each Inferred Age between 0 and 100.

**Objections:** The TikTok Defendants object to this Interrogatory as compound and to the extent it seeks discovery that is inconsistent with or enlarges the scope of permissible discovery under the Federal Rules of Civil Procedure and/or applicable local rules. The TikTok Defendants object to this Interrogatory as overly broad, unduly burdensome, disproportionate to the needs of the case, and seeking information that is not relevant to any party's claim or defense because it seeks information without regard to time, place, or a user's age. The TikTok Defendants object to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of the case to the extent it requires the TikTok Defendants to extract or recover data that is not reasonably accessible or would require extraordinary costs and efforts to retrieve. The TikTok Defendants

19

HIGHLY CONFIDENTIAL (COMPETITOR)

several steps, including but not limited to setting minimum age requirements for access to certain product features, using restrictive default privacy settings, developing content levels to restrict content that may not be suitable for people under the age of 18, and providing content filtering options.

The TikTok Defendants are committed to enforcing the Platform's minimum age requirements through several measures, including but not limited to training for the safety moderation team, information provided by users, such as keywords and in-app reports from the community, and account suspension when the safety team determines an account may belong to an underage individual. To the extent other minor users have unlawfully accessed the TikTok Defendants' services and avoided these measures through the use of deception, fraud, and other improper conduct, including use of false identities and use of another's account without the TikTok Defendants' authorization in violation of the TikTok Platform's Terms of Service, the TikTok Defendants are unable to identify a reasonably accurate number of such users on the TikTok Platform.

(c) Number of Non-age gate users: Since 2019, the TikTok Defendants instituted a neutral age gate that required users to provide their birthdate when signing up for the TikTok Platform.  Thereafter, the TikTok Defendants worked on ensuring active users had a reported birthdate, with that process being completed in 2023 for the United States.  As such, the TikTok Defendants state that, outside certain rare exceptions (e.g., accounts on legal hold), there are no active "Non-age gate" users on the TikTok Platform who registered their accounts in the United States.

(d) Number of users of the TikTok Platform who registered their accounts in the United States by age based on reported birthdate:

HIGHLY CONFIDENTIAL (COMPETITOR)

- 14-18:

  2016 – 3,072,850

  2017 – 3,967,701

  2018 – 6,963,107

  2019 – 17,464,173

  2020 – 33,564,915

  2021 – 40,402,460

  2022 – 44,034,038

  2023 – 42,920,560

  2024 – 40,967,065

- 19-24:

  2016 – 1,143,883

  2017 – 1,806,554

  2018 – 4,741,587

  2019 – 20,651,968

  2020 – 55,904,340

  2021 – 89,862,973

  2022 – 126,326,797

  2023 – 160,434,305

  2024 – 196,438,977

- 25-34:

  2016 – 727,028

  2017 – 1,094,675

22

THE TIKTOK DEFENDANTS' OBJECTIONS AND SECOND SUPPLEMENTAL RESPONSES
TO PLAINTIFFS' FOURTH SET OF INTERROGATORIES
Case No. 4:22-MD-03047-YGR

HIGHLY CONFIDENTIAL (COMPETITOR)

2018 – 3,101,198

2019 – 10,345,603

2020 – 35,835,120

2021 – 64,026,699

2022 – 97,807,258

2023 – 136,747,141

2024 – 246,689,689

- 35-100:

2016 – 532,743

2017 – 833,439

2018 – 2,391,495

2019 – 7,951,146

2020 – 33,104,516

2021 – 65,416,273

2022 – 105,607,054

2023 – 147,501,711

2024 – 219,958,620

Additionally, the TikTok Defendants state that as of July 2025 the number of users of the TikTok Platform who registered their accounts in the United States with a discernable inferred age level, as well as those users' age based reported birthdate, at the time of account registration is as follows:

23

HIGHLY CONFIDENTIAL (COMPETITOR)

| Age Range Classifier[2] | Total Number of Users | Average Age - Reported DOB | Median Age - Reported DOB |
|---|---|---|---|
| 1 | 10,315,177 | 27.1 | 22 |
| 2 | 11,251,337 | 24.7 | 21 |
| 3 | 84,006,527 | 21.4 | 20 |
| 4 | 180,826,180 | 28.6 | 27 |
| 5 | 154,270,729 | 49.1 | 46 |

**INTERROGATORY NO. 3**: For each year in the Relevant Time Period, identify by decile the Time Spent Per App Session for domestic TikTok users of ~~Unknown Age, Non-Age Gate users, Hidden Minors[3],~~ each Reported Age between 0 and 100, and each Inferred Age between 0 and 100.

**Objections:** The TikTok Defendants object to this Interrogatory as compound and to the extent it seeks discovery that is inconsistent with or enlarges the scope of permissible discovery under the Federal Rules of Civil Procedure and/or applicable local rules. The TikTok Defendants object to this Interrogatory as overly broad, unduly burdensome, disproportionate to the needs of the case, and seeking information that is not relevant to any party's claim or defense because it seeks information without regard to time, place, or a user's age. The TikTok Defendants object to this Interrogatory as overly broad, unduly burdensome, and disproportionate to the needs of the case to the extent it requires the TikTok Defendants to extract or recover data that is not reasonably accessible or would require extraordinary costs and efforts to retrieve.  The TikTok Defendants object to this Interrogatory because of its use of the terms Time Spent Per App, Unknown Age, Non-Age Gate, Hidden Minors, and Inferred Age, for the reasons stated *supra*. The TikTok Defendants object to this Interrogatory as vague and ambiguous because Plaintiffs' instructions

---

[2] 1 = 15 or under, 2 = 16 to 17, 3 = 18 to 24, 4 = 25 to 34, 5 = 35 or above.

[3] Following the December DMC, Plaintiffs withdrew Interrogatories 3-5 to the extent each sought information about Unknown Age users, Non-Age Gate users, and Hidden Minors.  Therefore, the TikTok Defendants do not provide responses to those requests for information and have struck through the same for clarity.

HIGHLY CONFIDENTIAL (COMPETITOR)

**PROOF OF SERVICE**

I, the undersigned, declare: I am employed in the County of Fulton, State of Georgia. I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 1180 Peachtree Street, NE, Suite 1600, Atlanta, GA 30309.

On **August 15, 2025**, I served a copy of the within document(s):

**THE TIKTOK DEFENDANTS' OBJECTIONS AND SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FOURTH SET OF INTERROGATORIES**

XX    **BY ELECTRONIC SERVICE VIA EMAIL:** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Alicia Armstrong(aarmstrong@lfsblaw.com)
Previn Warren (pwarren@motleyrice.com)
Lexi Hazam (lhazam@lchb.com)
Christopher Seeger (CSeeger@seegerweiss.com)
Jennifer Scullion (jscullion@seegerweiss.com)
Kelly McNabb (kmcnabb@lchb.com)
Michael Weinkowitz (mweinkowitz@lfsblaw.com)
Andre Mura (amm@classlawgroup.com)
Felicia Craick (fcraick@kellerrohrback.com)
Aaron Blumenthal (ab@classlawgroup.com)
Ashley Simonsen (asimonsen@cov.com)
Andrew Kramer (akramer@wsgr.com)
Victoria Degtyareva (Victoria.Degtyareva@mto.com)
mdl3047coleadfirms@listserv.motleyrice.com
Plaintiff TikTok Discovery Group (plaintifftiktokdiscoverygroup@lfsblaw.com)
mdl3047pscmembership@listserv.motleyrice.com
mdl3047pscleadership@listserv.motleyrice.com
SocialMediaJCCP_Leads@balistserv.com
zhone@pts-trial.com
bsugar@lchb.com
SnapNoticeofService@mto.com
MetaNoticeofService@cov.com
SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on **August 15, 2025**, at Atlanta, Georgia.

*/s/ Genêt B. Hogan*
Genêt B. Hogan

THE TIKTOK DEFENDANTS' OBJECTIONS AND SECOND SUPPLEMENTAL RESPONSES
TO PLAINTIFFS' FOURTH SET OF INTERROGATORIES
Case No. 4:22-MD-03047-YGR