# AMENDED Exhibit 411

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


------------------------------x
IN RE: SOCIAL MEDIA ADOLESCENT ) Case No. 4:22-md-
ADDICTION/PERSONAL INJURY      ) 3047-YGR
PRODUCTS LIABILITY LITIGATION  ) MDL No. 3047
------------------------------x


SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

UNLIMITED JURISDICTION

COORDINATION PROCEEDING         ) Judicial Council
SPECIAL TITLE [RULE 3.550]      ) Coordination
                                ) No. 5255
SOCIAL MEDIA CASES              )
_____ ) Judge Carolyn Kuhl




CONTAINS HIGHLY CONFIDENTIAL INFORMATION


REMOTE VIDEOTAPED DEPOSITION OF ANDREW KIRCHHOFF

MARCH 16, 2025

8:04 A.M. INDIAN STANDARD TIME




Job No.: 7151960

Pages: 1 - 393

Reported by: Leslie A. Todd, CSR No. 5129 and RPR

The court reporter is Leslie Todd, and will now swear in the witness.

THE REPORTER:  Hi, I am Leslie Todd, California CSR 5129.

ANDREW KIRCHHOFF, and having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. WEINKOWITZ:

Q.    Good morning, sir.  We just met off the record.  My name is Mike Weinkowitz. I will be questioning you along with my co-counsel Felicia Craick, who will be -- who will be questioning you after this.

We're here today to take your deposition.  Do you understand that?

A.    Yes.

Q.    And please state your full name for the record, and spell it, if you would.

A.    My name is Andrew Kirchhoff. K-I-R-C-H-H-O-F-F.  And I go by Drew.

Q.    And what is your current address?

A.    My current address is 10 --

correct?

A.    That's correct, yes.

Q.    All right.  And you prepared your LinkedIn profile, right?

A.    I prepared my LinkedIn, yes, that's written by me.

Q.    Written by you.  All right.

MR. WEINKOWITZ:  Can we pull up Tab A, please?  And we will mark this as Exhibit 1.

(Exhibit No. 1 was marked for identification.)

BY MR. WEINKOWITZ:

Q.    I'll represent to you that a little bit ago I downloaded this from your LinkedIn profile.  When you download a -- when you download something off of LinkedIn, it comes in a resume form.

Does this appear to be -- take a look at it and let me know when you're ready.

A.    Yep, I -- I can just see the screenshot, right?

Q.    Yeah.  And I think if you need to -- if there's a second page, I think you

can use your mouse to move it around.

MR. VIVES:  Just a reminder that you have access to that share folder where, you know, the trial tech is adding all of these.  So if you need to look at the additional pages, you can pull it up on your own screen and thumb through it quickly.

THE WITNESS:  Awesome.  I -- I got it now.  It's -- it's fresh.  I'm just reading through it real quick.

BY MR. WEINKOWITZ:

Q.     Take your time.

A.     (Peruses document.)  Okay, cool.  Yep, this is my LinkedIn.

Q.     Okay.  And this appears to be your LinkedIn profile, and is it accurate to the best of your recollection?

A.     Yes.  The only thing I'll say is that I don't work at TikTok anymore. So --

Q.     Got it.

A.     Yeah.

Q.     Okay.  So what I've done is --

MR. WEINKOWITZ:  If we could

pull up Tab A-1.

BY MR. WEINKOWITZ:

Q.    What we've done is we've taken your -- the information on your LinkedIn profile and we have created a visual of your positions at TikTok and ByteDance, and I sort of want to ask you some questions about this. Okay?

A.    Okay.

Q.    That's your picture to the left from your LinkedIn profile, right?

A.    Yes.

Q.    All right.  And you worked for TikTok and ByteDance for approximately six years from October 2018 to September of 2024, correct?

A.    That's correct.

Q.    And that's depicted on this exhibit, correct?

A.    Correct.

MR. WEINKOWITZ:  All right. And we're going to mark this as Exhibit 2.

(Exhibit No. 2 was marked for identification.)

BY MR. WEINKOWITZ:

Q.    Your first position is -- was you were project manager for about three years in Beijing, China, correct?

A.    Correct.

Q.    And you held that position from October of 2018 to October of 2021, correct?

A.    Yes.

Q.    All right.  And then you -- you had a second position at TikTok and ByteDance as a data scientist, right?

A.    Right.

Q.    And that was from October 21st -- I'm sorry, October '21 to September 2024, correct?

A.    Yes.

Q.    And you held that position for three years, right?

A.    Correct.

Q.    And were you located in Los Angeles, California?

A.    I began in Los Angeles, and then I moved to San Jose.

Q.    Okay.  So does this reasonably and accurately depict a summary of your

employment at TikTok and ByteDance, this

exhibit?

    A.    Yes --

        MR. VIVES:  Object to form.

        THE WITNESS:  Yes, this is

accurate.

BY MR. WEINKOWITZ:

    Q.    Okay.  So now what I would like

to do is I want to ask some questions about

each of the positions that you held now that

we've established this.

        So let's start with your

project manager position that you held for

three years in Beijing, China.  The first

question I have is, do you speak and read --

do you speak, read and write Mandarin?

    A.    Yes.

    Q.    And ByteDance is the parent

company of TikTok, correct?

    A.    Correct.

    Q.    And it's a Chinese company,

right?

        MR. VIVES:  Object to the form.

        THE WITNESS:  ByteDance is a

Chinese company, yes.

A.      The CEO of TikTok, I think it was Vanessa.

Q.      Vanessa Pappas?

A.      Yeah, I think she was the CEO. I don't know if she was like CTO or CEO or -- I think she was the CEO.

Q.      How about Alex Zhu, what was his position?

A.      Alex Zhu, I don't -- I'm not sure if he was like the CEO, but he was more of like head of product.  Product (inaudible).

Q.      All right.  So from October 29th, 2018, to October 21st -- I'm sorry -- October 2021, when you were product manager, were you in a specific department?

A.      Yes.  I was in the PM, product manager department.

Q.      Okay.  Were you -- were you ever in a department called Douyin Core Product, product structure?

A.      Not that I'm aware of.  I -- I never worked on Douyin.  I just worked on TikTok, which is the global -- global TikTok.

Q.      Okay.  And when you say the

global TikTok, that means the TikTok that's in every country?

A.      Exactly, because --

Q.      I ran over -- I ran over you. So go ahead, finish.  My fault.

A.      I was just saying, yeah, there's like the Chinese app, which is a separate app.  It's called Douyin.  And then there's the TikTok, which is the global app. And they are entirely separate apps.

Q.      Okay.  And you -- when you worked on the global TikTok app, that was also available in the United States, correct?

A.      That's correct.

Q.      So from November 1, 2019, until October 2021, was -- did you say that your department was called TikTok product?

A.      I believe so.  Yes, TikTok product is -- is a good name.

Q.      Okay.  When you went from being a product manager to a data scientist, did your job duties and responsibilities change?

A.      Honestly, they didn't change very much.  It was a very similar position.

Just to provide a little more

clarity, like the product team is a separate team from the algorithm team, so they are separate teams.

And on this -- as a data scientist, I was working on the algorithm team, and on the algorithm team, there are no product managers.  So I was essentially a product manager, but I just had the title data scientist because we didn't like have product managers in -- in those roles.

So my -- my job functionality was very, very similar.  It didn't really change too much.

Q.    Okay.

A.    But just like the name changed because we don't have product managers in that group.

Q.    Understood.  Understood.

As a product manager, did you -- were you a regional product -- on the regional product management side?

A.    So that's a good question.  So the -- you know, the product management -- the product management team, our team focused on different regions.  So each PM was

responsible for a different region.  I was more responsible for the U.S.  However, I also played a role of doing a lot of data science and analysis that fed into the other regions.

So I helped out on the U.S., but more than that, I was kind of like a data lead for our team, and I -- I helped like provide analysis for a lot of the regions. Not just the U.S., but basically all regions.

So my focus was more on the U.S. because I'm from the U.S., but I also helped like prepare a lot of data analysis that could support all of the regions.

Q.    Would -- would you agree with me, as a product manager, you had three overall business metrics that you were responsible for:  The first being DAU, which is daily active users; the second being overall playtime, which is like session time; and the third being retention?

MR. VIVES:  Object to the form.

THE WITNESS:  So there were a lot of core metrics that we focused on in regional PM.  There's -- I would

Q.    Right.  And then she thanks you for sharing the History 101, and she says the History 101 document sounds like a great document.  Correct?

A.    Correct.

MR. WEINKOWITZ:  All right.  So let's pull up the next exhibit, which will be Tab B-1A, which we'll mark as Exhibit --

MS. ANDERSON:  5.

MR. WEINKOWITZ:  -- 5?  All right.

(Exhibit No. 5 was marked for identification.)

BY MR. WEINKOWITZ:

Q.    I'll represent to you that this was attached to that Lark chat.  It was what you hyperlinked, and it was produced to us by TikTok and ByteDance.

Do you have any reason to dispute that?

A.    Just to make clear, like you -- there were two Lark links, and this is one of those links?

Q.    Yes, it was, sir.

A.      Okay.  I -- I don't dispute that.

Q.      And it was produced out of your file from TikTok and ByteDance.  Any reason to dispute that?

A.      No, I don't dispute it.

Q.      And is there any reason to believe that the content of this document was altered in any way from how it existed before it was -- yeah, when it was produced by TikTok and ByteDance?

A.      I -- I don't dispute it.

Q.      You wrote this document, correct, sir?

A.      I wrote this document.

Q.      And this was the document that you were presenting to new hires in the video recording that we marked as Exhibit 4, I believe, right?

MS. ARMSTRONG:  3-A.

MR. WEINKOWITZ:  3-A.

THE WITNESS:  Yes.  So just to make it real clear, like for Lark, in that new hires, that's just -- I'm not sure whose team's new hire that is

because each team, they had their own new hires.

And like I'm not really sure -- like any team could have used this as their like new hire documentation. So I'm not really sure. Like this isn't like new hires for all of TikTok. It should probably just be like one specific team. And -- and the doc could also be like in other, like, folders. You could think of that new hire as a folder, but it -- but which team's folder, I'm not really sure.

BY MR. WEINKOWITZ:

Q. Understood. Understood. But my -- I think my -- what I was trying to get at, and I probably botched it with a very unclear question, this document, TikTok History 101 U.S., was the document that you were giving the presentation about.

A. Exactly. Exactly. And the -- like I don't really remember who the audience was that I was giving it to. That actually might have been the trust and safety team. But it wouldn't have been to new hires. Like

those -- these presentations would have been to people who were already like at TikTok. And it might have been like a group like -- like a team.  Like in a team as like information.  As like information.

Q.    Okay.  So I'll -- I won't refer to new hires anymore.  I'll just -- we'll just talk about this document as being a document that you gave a presentation about. Not sure to who, right?

A.    Correct.

Q.    Okay, got it.

Now, I had given this to your lawyers -- it's a long document.  It's like 132 pages long.  I had given this to your lawyers at -- before the deposition to give you a paper copy.

Do you have a paper copy with you?

A.    I don't have a paper copy with me.

Q.    Okay.  And I also asked them to give you an opportunity to review it before the deposition so you would be familiar.

Did you review -- did you

ending in Bates 198.

And under the picture it says: "ByteDance acquires musical.ly in 2017 and rebrands to TikTok by 2018."

Did I read that correctly?

A.     Yes.

Q.     And to your knowledge, that's accurate, right?

A.     I believe so.

Q.     So ByteDance started running musical.ly in about 2017, correct?

A.     Yes.

Q.     And then it rebranded musical.ly to become TikTok in about 2018, right?

A.     Yes.

Q.     And if we look at just above that quote, there is a picture of what musical.ly looked like, correct?

A.     Correct.  And like I got this from Google, like it wasn't -- like these screenshots, they -- I never actually used musical.ly, because this was like 2017.

So I just want to make it clear, like all of the pictures in here, most

of them I get -- I get from Google, like Google Images or articles written by other people.  I tried to make it like so that everything in this doc can be searched online and the corresponding information can be found.

Q.      Understood.  So this --

MR. WEINKOWITZ:  Can we blow this picture up of what musical.ly looked like?

Can you blow that up for us, Ray?

BY MR. WEINKOWITZ:

Q.      So this was a picture of what musical.ly looked like that you got online, and it was accurate enough, to your knowledge, to put into this document, right?

MR. VIVES:  Object to the form.

THE WITNESS:  So the reason that I put this in is to explain how -- like how musical.ly worked, and then how we transitioned it into TikTok from a product perspective, primarily with the For You page on the left, on the far left.  And then the

second screen, these are challenges, which we would call hashtags, and then the third image should be like different ways to discover like music and songs, and then the fourth should be the profile, user profile.

BY MR. WEINKOWITZ:

Q.     Understood.  Okay.

MR. WEINKOWITZ:  Could we go to page 2 ending in Bates 197.

BY MR. WEINKOWITZ:

Q.     At the very top it says: "Musical.ly found its audience in middle school and high school females interested in lip sync dance."

Did I read that correctly?

A.     Yes.

Q.     And to the best of your knowledge, is that accurate?

A.     I believe so.  I've never worked on musical.ly myself, but this is like what I heard, and like from research, this is like what I learned.

Q.     Okay.  And you felt it was accurate enough to put into this TikTok

document, right?

A.    Yeah.  I think the -- the common perception was that it was mostly under 18 female users that did lip sync dance.

MR. WEINKOWITZ:  Okay.  Can -- can we play what -- Tab B-11D, please.

(Video played.)

BY MR. WEINKOWITZ:

Q.    Okay.  That was your -- that was you in that clip, correct?

A.    Yep, that's me.

Q.    And so you said that musical.ly was tied to young females basically in the age range of seven to 12, correct?

A.    I -- yeah, that's the -- yep.

Q.    And that's fifth and sixth graders, right?

A.    Fifth, sixth, middle school, and then maybe like freshmen.  Maybe a little bit of high school.

MR. WEINKOWITZ:  I would like to mark that clip as the next exhibit number.

MS. ARMSTRONG:  We will mark

MS. ARMSTRONG:  Exhibit 5.

MR. WEINKOWITZ:  Exhibit 5.

BY MR. WEINKOWITZ:

Q.    And right underneath that is a Section III.  It says:  "How TikTok became mainstream in high school L2 2019."

Do you see that?

A.    Yes.

MR. VIVES:  Objection.

MR. WEINKOWITZ:  I said L2.

I'm sorry.  I meant 2H.  Let me start again.  It's late.

BY MR. WEINKOWITZ:

Q.    Section III of this document says:  "How TikTok became mainstream in high school 2H 2019."

Did I read that correctly?

A.    Yes.

Q.    And does 2H mean second half of 2019?

A.    Yes.

Q.    And so this part of the TikTok history U.S. document describes how TikTok became mainstream in high schools by the end of 2019, second half of 2019, right?

MR. VIVES:  Object to the form.

THE WITNESS:  Second half of 2019, yes.

BY MR. WEINKOWITZ:

Q.    First sentence:  "In 1H 2019, we began spending more on Snapchat as an acquisition channel with the aim to grow L2 male users."

Did I read that correctly?

A.    Yes.  You read it correctly.

Q.    And "we" is TikTok, correct?

A.    TikTok, yes.

Q.    So TikTok began spending more on advertising on Snapchat, right?

A.    Yes.

Q.    As an acquisition channel, correct?

A.    Yes.

Q.    And L2 males are boys between the ages of 15 and 17, correct?

A.    That's correct.

Q.    So high school boys, right?

A.    High school boys, yes.

Q.    And just so that the jury remembers, this is a section about how TikTok

Do you see that?

A.    I see that.

Q.    And L2 are high school males, correct?

A.    L2, high school male.

Q.    All right.  And the first sentence says:  "In the graph below we can see that L2 male was originally the lowest performing user group among our diverse user group with DNU retention at 70 percent."

Did I read that correctly?

A.    Yes.

Q.    And DNU is daily new users, correct?

A.    Correct.

Q.    And what does "retention" mean?

A.    "Retention" just means if they came back on on the next day from -- being used that first day, did they come back the next day.

Q.    All right.  So the next sentence says:  "However, L2," which is 15- to 17-year-olds, "male, grew significantly in 2H," which is second half, "2019, reaching 86 percent and surpassing all other user groups

except for L2 females," high school females.

Did I read that correctly?

A.    Correct.

Q.    And then there's a graph, correct?

A.    Correct.

MR. WEINKOWITZ:  And can you blow -- Ray, I know it's a little grainy, but can you blow up the key on the graph?

BY MR. WEINKOWITZ:

Q.    The yellow line is females age 15 to 17 on the graph.  Do you see that?

A.    Yes.

Q.    All right.  And TikTok basically had the high school girl segment fully acquired from musical.ly, right?

MR. VIVES:  Object to the form.

THE WITNESS:  I don't know about like fully acquired, but musical.ly was mostly female.  But it would have just been like a segment of females, like -- that's what I was trying to explain, like these are segments.  They're not like the entire

segment.  L2 male high school is one
segment.

MR. WEINKOWITZ:  Okay.  Can we
play clip B-11F, please.

MS. ARMSTRONG:  B-3.

(Exhibit No. B-3 was marked for
identification.)

BY MR. WEINKOWITZ:

Q.    So that's you, correct?

A.    That's me.

Q.    And that's part of your
presentation, right?

A.    That was part of my
presentation.

Q.    And, in fact, you were able to
pinpoint not just an exact month, but a year
that TikTok accomplished its objective of
acquiring high school males, that user
segment, right?

MR. VIVES:  Object to the form.

THE WITNESS:  High school -- L2
male was one of the segments, and
like -- what I mean in that -- in that
statement is like we had already --
like high school and TikTok was

popular in high school and college, and now we wanted to focus like on adult users, 18-plus.

MR. WEINKOWITZ:  Motion to strike nonresponsive.

BY MR. WEINKOWITZ:

Q.    Do you remember what my question was, sir?

A.    Um --

MR. VIVES:  Ask it again, Mike.

MR. WEINKOWITZ:  No.

BY MR. WEINKOWITZ:

Q.    Do you remember what -- I have a question.  Do you remember what my question was?

A.    If we had become -- I think I'm interpreting your question as did we saturate high school and college users?

Q.    No.  My question was there was a specific date in your quote that you point to as to when you became -- TikTok became mainstream in high schools, correct?

A.    Correct.

MR. VIVES:  Object to the form.

BY MR. WEINKOWITZ:

Q.    And that was October of 2018, correct?

MR. VIVES:  Object to the form.

THE WITNESS:  October 2018 was the start, and it went one year, like probably into 2019 -- 2018 and 2019.

MR. WEINKOWITZ:  Right.  Play clip 11 -- B-11K.

MS. ARMSTRONG:  3-H.

(Exhibit Nos. 3-G and 3-H were marked for identification.)

(Video played.)

BY MR. WEINKOWITZ:

Q.    That's you from your presentation at TikTok and ByteDance, right?

A.    Yes, that's me.

Q.    And you're explaining that in 2019 -- October of 2019, the high school male cluster overtakes the female cluster, correct?

MR. VIVES:  Object to the form.

THE WITNESS:  That's what I said.

BY MR. WEINKOWITZ:

Q.    Okay.  Fair to say that one of

break for lunch then.

MR. WEINKOWITZ:  Yeah, let's take a five-minute, a ten-minute break now, because I need a bio break, and we'll go to noon if that's okay.

THE WITNESS:  Yep, sounds good.

THE VIDEOGRAPHER:  The time is 10:24.  We're off the record.

(Recess.)

THE VIDEOGRAPHER:  The time is 10:29.  We're back on the record.

MR. WEINKOWITZ:  Okay.  Let's pull up HS5.

MS. ARMSTRONG:  Exhibit 10.

MR. WEINKOWITZ:  Thank you.

(Exhibit No. 10 was marked for identification.)

BY MR. WEINKOWITZ:

Q.    Take a moment and review this, and let me know when you're ready.

A.    (Peruses document.)  Okay. Ready.

Q.    Have I given you a fair and adequate opportunity to review the document?

A.    Is it just this one page?

Q.    No.  It's a couple of pages.

A.    Okay.  Sorry, I just -- I was just looking at the Zoom.  Let me open it in the document.

Q.    Yep.  I'll tell you I'm only going to ask you about something on page 2, so --

A.    Page 2.  Okay.

Q.    But take your time.

A.    (Peruses document).  Okay.  I'm ready.

Q.    Okay.  Have I given you a fair and adequate opportunity to read the document?

A.    Yes.

Q.    This was a document produced to us by ByteDance and TikTok from your file. Any reason to dispute that?

A.    Nope.

Q.    The metadata, which is on the back of the document, the metadata that ByteDance and TikTok provided us, if you look, it says that this was created June 30th, 2019.  Any reason to dispute that?

A.    No.

Q.      Any reason to believe that the content of the document was altered in any way since it was produced to us by TikTok or ByteDance?

A.      No.

Q.      All right.  So the title of the document is "Drew's OKRs."

Do you see that?

A.      Yes.

Q.      And what are OKRs?

A.      Objectives, key results.

Q.      And under that it's got a date of July to August.  Do you see that?

A.      Yes.

Q.      Did you write this document as part of your job at TikTok?

A.      Yes.

Q.      All right.  So if you would go to the next page, page 2, ending in Bates 326, sort of like the second item down, it says, "Support L2 User Research."

Do you see that?

A.      I see that, yes.

Q.      Was one of your responsibilities to conduct the research into

high schoolers?

        A.      L2 male, one of my -- one of my goals was to understand like why do L2 males use TikTok, yep.

        Q.      All right.  And so the first bullet point says:  "The research was to understand how school trends and sentiment regarding TikTok as a brand and TikTok as a product plus user experience."  Right?

        A.      Yes.

        Q.      And the second bullet point says:  "The objective of the research was to understand what fuels usage and adoption in high schools."  Correct?

        A.      Correct.

        Q.      And adoption, does that mean adoption of TikTok?

        A.      Yes, using TikTok.

        Q.      Were you also trying to understand high school usage and adoption of TikTok's competitors?

        A.      I believe so, yes.  It's not written here, but Instagram, YouTube, Reddit, Snapchat, yes.

        Q.      Got it.  And the high schools

that you were going to study, were they in the United States?

A.   If it was for me -- if it was me studying it, it would be in the U.S.

Q.   Okay.  Continuing with the first bullet point, another objective of the research you were going to do for TikTok was to understand what the difference in usage between freshmen, sophomore, juniors and seniors were.  Correct?

A.   Yeah.  Yes.

Q.   And TikTok wanted to understand what stops students from using TikTok from senior year to freshman in college?  What drives trends?  Correct?

A.   Yeah, I mean -- one of the -- one of the problems with TikTok is that people thought it was childish, and so if -- if you stopped using it in high school, when you go to college, is that because it's like childish?  We wanted to get away from this childish imagery, and that's like why -- it was like freshman, sophomore, junior year, like what changes?  Like why does TikTok become childish, and how do we get away from

an entirely new cluster based on high school athletes and more popular types of kids."

You wrote that, correct?

A.    Yes.

Q.    Okay.  And if you turn to the next page, which is Bates ending in 130 -- 137, there's a question that you had to answer, it's "What upcoming milestone -- stones are relevant to this requested research?"

Do you see that?

A.    Yep.

Q.    And the second thing you write there is:  "Determine if TikTok is considered mainstream and cool or not for high schoolers by Christmas."

Do you see that?

A.    Yep.

MR. WEINKOWITZ:  Okay.  Can we pull up Tab HS3?

MS. ARMSTRONG:  Exhibit 15.

(Exhibit No. 15 was marked for identification.)

BY MR. WEINKOWITZ:

Q.    I will give you an opportunity

to review this.

I will tell you that I'm primarily going to focus on page 10 and 11 and 13.  But take your time.  Let me know when you're ready.

A.    Okay.  (Peruses document.)  Okay, I'm ready.

Q.    Okay.  Have I given you a fair and adequate opportunity to review the document?

A.    Yes.

Q.    This is a Lark chat between you and Tyler Dimicco produced by TikTok and ByteDance.

Do you see that?

A.    Yes.

Q.    And TikTok and ByteDance produced this from your file.  Any reason to dispute that?

A.    No, no reason to dispute it.

Q.    And you're chatting with Tyler about your work at TikTok, right?

A.    Like some TikTok, some not TikTok.

Q.    No reason to believe that the

Q.    All right.  And if you go to page 13, which ends in Bates 274, the second -- the second message, you say:  "The trip has been really" -- I'm sorry -- "The trip has been really insightful."

And then two chats down, two messages down, you say:  "Literally all middle school to high schoolers, like eight to 18, have heard of TikTok in Houston and Chicago."

Did I read that correctly?

A.    Yes.

Q.    Were you in Houston and Chicago to conduct research about TikTok's use by high schoolers?

MR. VIVES:  Object to the form.

THE WITNESS:  I was -- I believe I was on a user research for like user perception --

BY MR. WEINKOWITZ:

Q.    Okay.

A.    -- of TikTok.

MR. WEINKOWITZ:  All right.  So let's -- let's play B-11I, please.

MS. ARMSTRONG:  3-J.

                    (Exhibit No. 3-J was marked for

             identification.)

                    (Video played.)

BY MR. WEINKOWITZ:

        Q.      That was you speaking, correct?

        A.      Yes, that's me.

        Q.      As part of your presentation of

the TikTok 101 U.S. presentation, right?

        A.      Right.

        Q.      And you say in April '19 you

were in Chicago and Houston, correct?

        A.      Correct.

        Q.      In the meantime there's the

Lark message to Tyler Dimicco that we were

just looking at, right?

        A.      Yes.

        Q.      And you mention that you were

with Vanessa, Wenjia and Alex and others,

right?

        A.      Yes.

        Q.      Is Alex Alex Zhu, the CEO of

TikTok at the time?

        A.      Yes.

        Q.      Is Wenjia Wenjia Zhu, the

global head of R&D?

MR. VIVES:  Object to the form.

THE WITNESS:  Yes.

BY MR. WEINKOWITZ:

Q.    Is Vanessa, Vanessa Pappas?

A.    Yes.

MR. WEINKOWITZ:  Can you pull up Tab D-9, please.

MS. ARMSTRONG:  Exhibit 16.

(Exhibit No. 16 was marked for identification.)

BY MR. WEINKOWITZ:

Q.    So you were in Houston and Chicago with all of these folks, correct?

A.    Correct.

Q.    And in the recording you say -- strike that.

In the recording of the presentation we just heard, you said that some people that were interviewed said that like -- like their eight-year-old daughter uses TikTok every day.

Do you remember that?

A.    I remember that.

Q.    And some people said that they didn't know anything about TikTok at all,

right?

A.    Yes.  So like adults, they didn't know TikTok, but it seems like kids used -- knew TikTok.

MR. WEINKOWITZ:  Can you go -- Ray, can you go back to the e-mail we were just looking at, the same page, page 13.

BY MR. WEINKOWITZ:

Q.    In that message that you -- in the same message that we looked at before, you did say that literally all middle school to high schoolers, like eight to 18, have heard of TikTok in Houston and Chicago, right?

A.    That -- yes, that's what I said.

Q.    And you even mentioned middle school there, right?

A.    Yes.  Middle school, high school.

Q.    And did you go to any other cities to conduct this research other than Chicago and Houston?

A.    I -- I honestly don't -- I'm

-- continuing there:  "L3 and 4s heard about TikTok because their younger siblings or their kids use it and see ads/reposts in INS and YT."

That's Instagram and YouTube?

A.    Correct.

Q.    Did I read that correctly?

A.    Yes.

Q.    Okay.  Next sentence:  "Middle school and high school students hear about it as reposts to INS," Instagram, "meme accounts, UG ads, lip sync dance, and YouTube."

What is UG ads?

A.    User growth.

Q.    Did I read that correctly?

A.    Yes.

MR. WEINKOWITZ:  All right. Let's pull up Tab HS4.

MS. ARMSTRONG:  Exhibit 17.

(Exhibit No. 17 was marked for identification.)

BY MR. WEINKOWITZ:

Q.    Same -- same routine, review it and let me know when you're ready to go.

Q.    And no reason to believe that the content of this document was altered in any way from how it existed when it was produced by TikTok and ByteDance, right?

A.    Correct.

Q.    All right.  Now, let's look at page 1, Adam starts off with:  "How's the high schoolers?"  Right?

A.    Yep.

Q.    And you respond:  "Yeah, back at the hotel," and then you say:  "Dude, I talked to around 30 high schoolers."  Right?

A.    Yes.

Q.    And you say:  "The girls all like it, and the guys don't really like it."  Right?

A.    Yes.

Q.    "They all know TikTo (sic)," which I think is supposed to be TikTok, right?

A.    Yep.

Q.    And then you write:  "Soooo many."  Correct?

A.    Soooo many -- yes, soooo many.

Q.    Right.  And then if you go to

(Exhibit No. 19 was marked for identification.)

BY MR. WEINKOWITZ:

Q.    Take your time, sir.  Let me know when you're ready.

A.    Okay.  (Peruses document.) Okay, I'm ready.

Q.    Okay.  All right.  This document is titled "High Schoolers VidCon Interviews UR Summary 07/12."

Do you see that?

A.    Yes.

Q.    And this was produced to us by TikTok and ByteDance from your file.  Any reason to dispute that?

A.    No.

Q.    And no reason to believe that the contents of this document were altered in any way from how it existed when it was produced by TikTok or ByteDance?

A.    No.

Q.    Okay.  Does this refresh your recollection that the -- that ▮▮▮▮ and the other folks wrote a report and sent it to you after they went to VidCon?

MR. VIVES:  Object to the form.

THE WITNESS:  Can you rephrase the question?

BY MR. WEINKOWITZ:

Q.    Sure.  Does this -- seeing this document, does it trigger a memory that they wrote a report and sent it to you after they went to VidCon?

A.    It -- all I -- I mean, it's kind of hard to remember all this because it was like almost six years ago now.  So...

Q.    Got it.  Okay.  Let's look at the front of the document.  Do you see that it indicates that you requested the -- the research?

A.    Yes, I see that.

Q.    Your name is there.  And the research goals are:  "Segment research on people in high schools to better understand their day-to-day behaviors, perception of TikTok and app usage patterns.  Explore possible factors that improve metrics performance this summer," then "summer 2018."

Did I read that correctly?

A.    Yes.

A.      Yes.

Q.      All right.  Let's go to page 4 to 5.  On the bottom of page 4, it says: "Two female 15-year-old high school."

Do you see that?

A.      Yes.

Q.      On the next page are comments recorded from -- by that person, right?

A.      Yes.

Q.      And if you go to the eighth one down, do you see that it says:  "Everyone says you'll get addicted to it.  It's true," exclamation point.

Did I read that correctly?

A.      Yes, that's what it says.

Q.      And this was in July of 2019, correct?

A.      Yes.

Q.      So let's go to the last page. And the last page has photographs from VidCon, right?

A.      I wasn't at VidCon, but I -- I guess these are like of a booth at VidCon probably.

Q.      And there's a TikTok booth,

MS. ARMSTRONG:  Do you want to mark the individual ones?

MR. WEINKOWITZ:  Yeah, let's mark the individual ones as A and B.

MS. ARMSTRONG:  Sounds good.

BY MR. WEINKOWITZ:

Q.    All right.  So would it be fair to say that after securing a strong following among high school cool kids, TikTok switched its focus to attracting college age users?

MR. VIVES:  Object to the form.

THE WITNESS:  So we have -- the strategy at TikTok was called age up, and so it started -- because we acquired musical.ly, we had like middle school and high schoolers.  At the time that was female, so we wanted to also balance it out with males, so that's why we discuss L2 male.

And then we focused on aging up.  So the next is college, and then after that is 25 plus, and then after that is 35 plus.  So we really tried to go like segment by segment upwards.

MR. WEINKOWITZ:  Can you pull

think?  Maybe that could have been recorded by someone else like filming it, but not that I know of that they were recorded.

MR. WEINKOWITZ:  Okay.  Let's pull up tab HS11.

MS. ARMSTRONG:  Exhibit 23.

(Exhibit No. 23 was marked for identification.)

BY MR. WEINKOWITZ:

Q.    And I'll give you a chance to review that, and let me know when you're ready.

A.    Okay.  (Peruses document.) Okay, I read through it.

Q.    Okay.  So the doc -- this document is titled "2019/04 XFN Post-Research Strategy Alignment."

Do you see that?

A.    Yes.

Q.    And what -- what does XFN stand for?

A.    XFN, cross-functional.

Q.    Ah, thank you.  You think I'd know that by now.

All right.  If you go to page 4, you see under number 3 --

MR. WEINKOWITZ:  I'm not sure that's the right page.  Yeah, right there.  Right there.

BY MR. WEINKOWITZ:

Q.     -- number 3, it says, "Adam Wang" -- "Product, Adam Wang and Drew Kirchhoff."

A.     Yes.

Q.     So your name appears on the document, right?

A.     Correct.

Q.     And would you have seen this document since your name is on it?

MR. VIVES:  Object to the form.

THE WITNESS:  It's -- yeah, I think so.

MR. WEINKOWITZ:  Okay.  If you could turn to page 9.  No, not that.  It says "High School User Perception."  Maybe the next page.  My page numbers might be off.  That's it, yep, page 10.

BY MR. WEINKOWITZ:

Q.      Do you see that there's a section about "High School User Perception"?

A.      Yes, I see it.

Q.      And it sort of summarizes some findings from a high school user perception study?  Strike that.

A.      I see that.  Yep, I see that.

Q.      Okay.  And is this a summary of the high school user perception study that you worked on?

MR. VIVES:  Object to the form.

THE WITNESS:  Is there a date? Can I just see when this date -- the document of this date, I guess?

BY MR. WEINKOWITZ:

Q.      If you look at the metadata.

A.      Yeah.

Q.      It's --

A.      Yeah, I see it, 4/17.  I think this could have been from the user study that we did in Houston and Chicago.  It's tough to remember because it was like almost six years ago, but I believe it probably came from some user study.

Q.      Got it.  Okay.  And if you go

to the next page, there are high school

quotes.

Do you see that?

A.    Yep.

Q.    And this appears to be quotes

from the interviews from that study, does it

not?

MR. VIVES:  Object to the form.

THE WITNESS:  It looks like

quotes.

BY MR. WEINKOWITZ:

Q.    Yeah, look at the fifth one

down.  It says:  "Yeah, I know TikTok.  My

little sister uses it.  She's eight.  She

uses it every day with all her friends."

Do you see that?

A.    I see it.

Q.    That's similar to the quote

that we saw before in your -- in the Lark

chat from you, right?

MR. VIVES:  Object to the form.

THE WITNESS:  Yeah, eight.

BY MR. WEINKOWITZ:

Q.    Right.  Okay.  Then on page --

a few more questions on this page -- page 7

was FC8, e-i-g-h-t, and then 38 was

FCA, which sounds similar to eight.

MS. ARMSTRONG:  Oh.

TRIAL TECHNICIAN:  So if that's

right, this one right here would

actually be 39, not 38.

MS. ARMSTRONG:  Sounds good.

Thank you.

TRIAL TECHNICIAN:  No problem.

(Exhibit No. 39 was marked for

identification.)

THE WITNESS:  Okay, I'm ready.

BY MS. CRAICK:

Q.    Okay.  This is a Lark chat

between you and some of your colleagues at

TikTok, right?

A.    Right.

Q.    Okay.  And you were

participating in the chat in the regular

course of your job at TikTok, right?

A.    Yes.

Q.    And you have no reason to

believe it was altered from how it existed in

your files, right?

A.    Right.

Q.      The title is "Push Optimization Interest Segments," right?

A.      Right.

Q.      First message June 23rd, 2020, correct?

A.      Correct.

Q.      Okay.  And ▓▓▓▓▓▓▓ invites you to the chat.  Do you see that?

A.      Yes.

Q.      And what was his role at TikTok?

A.      ▓▓▓▓ was on the user growth team.

Q.      Okay.  And what about the other gentleman, what was his role?

A.      I believe he was also on the team with ▓▓▓  same team as ▓▓▓

Q.      Okay.  And he tags you, and the first message says:  "Another TikTok employee is working on optimizing ops push to reengage inactive users."

        Do you see that?

A.      Yep, I see it.

Q.      What is an ops push?  Is that a type of push notification?

A.    That's correct.

Q.    Okay.  And could you explain to the jury just what a push notification is?

A.    A push notification is the notification you get from an app on your home screen.  An app can send you information and you can receive a notification for it, and that notification, maybe it will slide down at the top of your screen or up here on your locked screen.

Q.    And that can show up even when you're not using the app, correct?

A.    Yeah, you -- yes, that's correct.

Q.    Okay.  And TikTok sends different kinds of push -- push notifications to its users, right?

A.    Yes.

Q.    And what is an ops push?

A.    So I'm -- I'm inferring this, but an ops push I believe is like -- and someone from the operations team, they can make like a title and a description, and then send this title and description as a notification to -- to the users, and the

users can receive that notification.

Q.    Okay.  And so does someone on the ops team like write the title or decide what the title says?

A.    Yeah, if it's an ops -- that's what I mean, if it's an ops push, I -- I would imagine that those people are either like manually writing them and then sending them.

Q.    Okay.  And what does it mean when he says "reengage inactive users"?

A.    So my guess here is that these people have stopped using TikTok for maybe a -- like a period of time, and they haven't opened it, and so you could send them a notification about something that they're interested in to see if they open the app.

Q.    Okay.  And you liked his message.  Do you see that?

A.    I mean, yeah, it's basically to let them know that I -- I've seen this message, because it's like an introduction, so...

Q.    And so were you working with the user growth team on push notifications?

A.    Not really.  This was -- this was more of like a brainstorm, I would say.

Q.    Okay.  But they reached out to you to ask some questions about push notifications, correct?

A.    Yes, that's correct.

MS. CRAICK:  Okay.  I will pull up tab FC11 and mark that as the next exhibit.

MS. ARMSTRONG:  Exhibit 40.

(Exhibit No. 40 was marked for identification.)

BY MS. CRAICK:

Q.    And this is a document, a Lark document that TikTok produced to us from your files.  On the last page of the metadata, you will see you're the custodian.

Do you see that --

A.    I see --

Q.    -- under "Custodian"?

A.    -- my name.  I don't think I've ever seen this doc before, but -- I don't think I've ever seen this doc before.

Q.    Okay.  Do you see your name, though, next to "Custodian"?

A.      I see it.

Q.      Okay.  And feel free to take a look at it, and let me know if you have a question.  I'm going to direct you to specific portions and ask you -- ask you about it.  But let me know when you're ready, okay?

A.      (Peruses document.)  Okay, I'm ready.

Q.      So the title of this document is "TikTok Push 101 - English Version."  Do you see that?

A.      Yes.

Q.      Okay.  And do you have any reason to believe this document was altered from how it existed in your files?

MR. VIVES:  Object to the form.

THE WITNESS:  No.

BY MS. CRAICK:

Q.      Okay.  The first point says: "What does push look like?"  Right?

A.      Yes.

Q.      And it shows an image of someone's either locked screen or home screen, right?

A.    Yes.

Q.    Okay.  And then TikTok also measured number of sessions that users had in a day, right?

A.    Yes, number of sessions.

Q.    So on page 3, it says: "Generally speaking, different types of push have different goals."

Do you see that?

A.    Yep, I see it.

Q.    For example:  "Interest push: Based on 'no interest push to daily active users' strategy, the goal is to activate users so they will return to the app."

Do you see that?

A.    I see it.

Q.    Okay.  And daily active users refers to a user who is coming back to TikTok every day, right?

MR. VIVES:  Object to the form.

THE WITNESS:  Right.

MS. CRAICK:  Let's look at page 8.

BY MS. CRAICK:

Q.    Here it says, "How to improve

push."  Do you see that?

A.    I see it.

Q.    And option 1 is "Sending time optimization."  Do you see that?

A.    "Sending time operation," yes.

Q.    Optimization, right?

A.    Yep.

Q.    Okay.  And the goal there is to find the best push time and the best push count for every user to maximize DAU, daily active users, and retention, right?

MR. VIVES:  Object to the form.

THE WITNESS:  That's what the goal says.

BY MS. CRAICK:

Q.    Okay.  And is it your understanding that push time would refer to the time of day a push notification is sent?

MR. VIVES:  Object to the form.

THE WITNESS:  I believe so.

BY MS. CRAICK:

Q.    And is it your understanding that push count would refer to the number of push notifications a given user would receive?

MR. VIVES:  Object to the form.

THE WITNESS:  Yes.

BY MS. CRAICK:

Q.    Okay.  And then retention refers to people continuing to use TikTok day after day, right?

A.    Yeah, either use it day after day or -- (inaudible) -- actual push.

THE REPORTER:  I need you to repeat that.  You kind of cut in and out.

THE WITNESS:  Yep, I mean DAU, it could -- like it could refer to DAU of the app as well as DAU of responding to the notification.

Like I saw this notification. Did I actually tap on it?  Did I actually open the app?

BY MS. CRAICK:

Q.    And that's another thing that TikTok looked at, right, whether or not its notifications were effective in getting people to open the app, right?

MR. VIVES:  Object to the form.

THE WITNESS:  Yes.  Most

MR. VIVES:  Object to the form.

THE WITNESS:  Maxed out --

maxed out what?

BY MR. WEINKOWITZ:

Q.    Sure.

MR. WEINKOWITZ:  Play clip

B11M.

MS. ARMSTRONG:  Exhibit 3-L.

(Exhibit No. 3-L was marked for

identification.)

(Video played.)

BY MR. WEINKOWITZ:

Q.    Do you see that you say that

you're maxed out on L1/L2 at that point in

time?

MR. VIVES:  Object to the form.

And I'm just going to make

another statement on the record,

objecting to the use of these --

MR. WEINKOWITZ:  I've given

you -- I've given you a running

objection to this.  Stop.  Okay?  Stop

interrupting my exam.

BY MR. WEINKOWITZ:

Q.    Did you see that you said that

you were maxed out on L1 and L2 in that clip,
sir?

        A.      Yes, I did see it.  I think
it's a little out of context, like I said.
But that's -- those were my words, yes.

                MR. WEINKOWITZ:  Okay.  Now,
        let's look at Exhibit 5, which is the
        TikTok 101 document.  And if we would
        go to page 24 of that document.
BY MR. WEINKOWITZ:

        Q.      The TikTok lawyer asked you a
number of questions about this document,
right?

        A.      Yes.

                MR. WEINKOWITZ:  All right.
        And if we put -- if we put also up
        Exhibit 16 next to it, which is the
        timeline --
BY MR. WEINKOWITZ:

        Q.      The TikTok lawyer asked you a
bunch of questions about this document,
correct?

        A.      Correct.

        Q.      And if you focus just on
2/20/19, and if you look at the -- the

CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

The undersigned Certified Shorthand Reporter does hereby certify:

That the foregoing proceeding was taken before me at the place and time therein set forth, at which time the witness was duly sworn; That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed, said transcript being a true and correct copy of my shorthand notes thereof; That the dismantling of the original transcript will void the reporter's certificate.

In witness thereof, I have subscribed my name this date:  March 30, 2025.

<%14542,Signature%>
_____

LESLIE A. TODD, CSR, RPR

Certificate No. 5129

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)