# AMENDED Exhibit 419

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Amy Classen和Reagan Maher的单聊



TikTok-Maher

**EXHIBIT**

**4**

Amy Classen   2021-08-26   14:37:27

i was like I'm in the wrong doc

Amy Classen   2021-08-26   14:37:33

cuz I always join at the half hour mark

 *Reagan Maher*

Amy Classen   2021-08-26   14:37:49

and I was like oh man everyone is in the doc like WHERE'S AMY SHE DIDN'T UPDATE ANYTHING LET'S GET HER

 *Reagan Maher*

Reagan Maher   2021-08-26   14:38:42

I'm just over here trying to get my 3 yr old to finish her bagel, my 1 year old to brush his teeth, and all of them to get their shoes on so we can leave in 2 min to walk to daycare

Reagan Maher   2021-08-26   14:39:01

these 7ams are the absolute worst, I hate them, I don't understand how anyone else in the Bay with kids can manage this

Amy Classen   2021-08-26   14:39:07

hahahaha you GOT THIS GIRL

TIKTOK3047MDL-038-LARK-00192063

Reagan Maher   2021-08-26   14:51:17

What are we talking about I'm pulling 3 kids in a wagon but this sounds like a big deal

Amy Classen   2021-08-26   14:51:25

haha

Amy Classen   2021-08-26   14:51:29

10% of users are underage

Amy Classen   2021-08-26   14:51:34

and I'm about to ban all of then

Reagan Maher   2021-08-26   14:51:35



Amy Classen   2021-08-26   14:51:36

them*

Amy Classen   2021-08-26   14:51:41

once we launch appeals

Reagan Maher   2021-08-26   14:51:43

OMG

Amy Classen   2021-08-26  14:51:43

hahaha

Reagan Maher   2021-08-26   14:52:02

How many millions of users is that

Amy Classen   2021-08-26   14:52:16

idk actually, I don't understand basic metrics like

Amy Classen   2021-08-26   14:52:24

'how many videos are uploaded/day'

Reagan Maher   2021-08-26   14:52:27

Lol lol omg same

Amy Classen   2021-08-26   14:52:31

and 'how many users do we even have?'

Reagan Maher   2021-08-26   23:14:21

[消息已撤回，无法查看内容]

Reagan Maher   2021-08-26   23:14:29

[消息已撤回，无法查看内容]

                                                     TIKTOK3047MDL-038-LARK-00192065

Reagan Maher  2021-08-26  23:14:53

[消息已撤回，无法查看内容]

Reagan Maher   2021-08-27   04:07:14

don't mind me, just finding the answers to my own questions

Amy Classen   2021-08-27   13:43:41

lol reagan

Amy Classen   2021-08-27   13:44:17

my absolute lack of doing anything when these people I don't know told us that the content in label 1 to 3-4 was too risky for minors just like worked I guess? and it launched ahhahaahhahha

Amy Classen   2021-08-27   13:44:55

I have been looking at that chat for three days thinking I reaaaaally don't have the time or energy to crack into that shit right now an I'm so annoyed at them that I know I will be a bitch ahahahah

Amy Classen   2021-08-27   13:45:11

but also I couldn't understand what risks they were even talking about from their doc

Amy Classen   2021-08-27   13:45:17

soooo anyway, it launched! NAILING IT GIRL

Amy Classen   2021-08-27   13:45:19

Good job :)

Confidential                                      TIKTOK3047MDL-038-LARK-00192066

Confidential                                        TIKTOK3047MDL-038-LARK-00192067

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-038-LARK-00192063-TIKTOK3047MDL-038-LARK-00192067

**BEGATTACH:** TIKTOK3047MDL-038-LARK-00192063

**ENDATTACH:** TIKTOK3047MDL-038-LARK-00192067

**Attachment Count:** 0

**PRODVOL:** MDL-038

**Custodian:** MAHER, REAGAN

**File Path:** /TIKTOK3047MDL-038-LARK-00192063.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 6A03CCB98C5CC48B1B9F6BE51ED01359

**DocType:**

**Author:**

**Create Date:** 8/26/2021 12:00 AM

**Last Modified Date:** 8/26/2021 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-038-LARK-00192063.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

