# AMENDED Exhibit 424

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Kersul Exhibit No.
**10**
8/20/2025   lt

# High School Research

Clusters Link: █████████████████████████████
████████████████████████████████████

## Goals for Research:

1.  Understand the main High School user groups

    a. Is TT "mainstream" in high school - i.e. Do all high schoolers use TT, or is it still just small, niche user groups

    b. By "mainstream" we mean: is TikTok considered to be mainstream in the eyes of high schoolers. Is TikTok used by high school athletes (football, basketball, baseball) and specifically the "cool", "popular" kids?

    c. What are the different high school "profile" types

    d. What's the overall perception of TikTok in the eyes of high schoolers

## Background

We've been researching how the 30 tribe user clusters have been shifting over the past 6 months. The cluster with the most significant change is a male dominated L2 cluster, shifting drastically from meme gamer consumption to high school sports and athletes consumption over the past 6 months.

We look at a cluster's vv contribution vs. it's vv consumption and pay attention to the content consumed by clusters with the highest vv contribution.

Content Contribution (y-axis) vs. Content Consumption (x-axis):

Highly Confidential (Competitor)



"High Quality" is determined by how many video views this cluster produces. We can also measure how much vv the cluster consumes. Ideally, clusters both watch and produce a high amount of vv, placing them in the top corner of the graph (North Star):



The "North Star", top right corner of the graph, should represent the content most consumed and considered to be the most well received in the current ecosystem.

Should clusters in the top right corner could be considered "tastemakers" as they produce the highest vv'ed content, most representative of the content that's most watched on the platform?:

Highly Confidential (Competitor)

TIKTOK3047MDL-080-LARK-02609791

What's the North Star cluster in the US for L2? Interestingly, this cluster rose to the top in just the past three months. It evolved from meme gamer consumed content to primarily sports, high school athletes (football, baseball, basketball), and occasional gamer content.

We would like to see if this cluster is really mainstream and whether the "popular" kids in high school are actually using TikTok. We would like to better understand how mainstream TikTok is in high school and whether or not all high schoolers are using TT, or just specific niche groups. What's the overall perception of TikTok in the eyes of High Schoolers.

## Cluster 10

The evolution of cluster 10 from July to December 2019. Cluster 10 moves into the upper right "North Star" position:

Highly Confidential (Competitor)     TIKTOK3047MDL-080-LARK-02609792

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-080-LARK-02609790-TIKTOK3047MDL-080-LARK-02609819

**BEGATTACH:** TIKTOK3047MDL-080-LARK-02609790

**ENDATTACH:** TIKTOK3047MDL-080-LARK-02609819

**Attachment Count:** 0

**PRODVOL:** MDL-080

**Custodian:** KIRCHHOFF, DREW

**File Path:** /TIKTOK3047MDL-080-LARK-02609790.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** FA69ABC859E70E1D2ABB949383315BFF

**DocType:**

**Author:**

**Create Date:** 12/13/2019 12:00 AM

**Last Modified Date:** 12/13/2019 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-080-LARK-02609790.PDF

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

