# AMENDED Exhibit 425

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Drew Kirchhoff和Tyler Dimicco的单聊

Tyler Dimicco    2019-02-19    05:15:18

The team is great. Very close to the operation side of things.

Drew Kirchhoff    2019-02-19    05:22:18

awesome, can't wait

Tyler Dimicco    2019-03-03    11:46:57

Yo - where you at?

Drew Kirchhoff    2019-03-03    11:53:01

Yo I'm at the cafeteria

Drew Kirchhoff    2019-03-03    11:53:07

Did you eat

Tyler Dimicco    2019-03-03    11:53:11

not yet

Drew Kirchhoff    2019-03-03    11:53:17

Come on down

Confidential

Tyler Dimicco   2019-03-03   11:53:19

you just start?

Tyler Dimicco   2019-03-03   11:53:20

cool

Drew Kirchhoff   2019-03-03   11:53:22

Yeah

Tyler Dimicco   2019-03-03   11:53:26

i'll ping you when i get down there

Drew Kirchhoff   2019-03-03   11:53:30

Ok

Tyler Dimicco   2019-03-03   11:55:40

Which side are you on?

Drew Kirchhoff   2019-03-03   11:56:00

Big side

Drew Kirchhoff   2019-03-03   16:31:50

not sure if you saw this yet, from january

Confidential                    TIKTOK3047MDL-056-00962363

Drew Kirchhoff    2019-03-03    16:34:52

Attachment file:

████████████████████████████████████████

Tyler Dimicco    2019-03-03    23:54:06

Saw it briefly once. But yeah, we can basically use this to set the specific metric improvements for the marketing KRs under the main Os.

Tyler Dimicco    2019-03-03    23:54:31

Thanks for sending it over. I've been meaning to ask for a copy since I saw it the first time.

Tyler Dimicco    2019-03-04    04:22:00

Will be up by 12:30.

Tyler Dimicco    2019-03-04    04:22:02

Where you at?

System Message    2019-03-04    04:47:17

无回应

Drew Kirchhoff    2019-03-04    04:48:17

Yo

Tyler Dimicco    2019-03-04    04:48:26

Confidential

where you at?

Drew Kirchhoff   2019-03-04   04:48:28

Just finished lunch

Tyler Dimicco   2019-03-04   04:48:29

we're in the meeting

Drew Kirchhoff   2019-03-04   04:48:38

Headed up

Tyler Dimicco   2019-03-04   04:54:19

almost?

Drew Kirchhoff   2019-03-04   05:50:16

███████████████████████████████

Drew Kirchhoff   2019-03-04   05:50:23

retention dashboards

Drew Kirchhoff   2019-03-04   06:25:28

Drive US market growth: 推动美国市场发展 - Acquisition (UG, Mktg, Content) 用户引入 - Drive Age Up & Tribe growth: targeted UG & Mktg campaigns - Clarify value proposition: user studies, research - Change perception: tentpole initiatives, off platform campaigns, co-partnerships - Develop XFN trends team and invest in content amplification programs - drive X viral campaigns - Retention (Content, UG, Product) 留存 - Drive content diversification and increase recommendable pool in tribe categories (managed

                                                TIKTOK3047MDL-056-00962365

creators, content acquisition, Douyin import) KPI # ; %VV ; Retention - Incentivize creation (creative effects, in-house sound creation, product), amplify in-app trends, seed viral hashtags w/ content partners and produce tentpole moments - Educate users on product / new features to drive up engagement - Build up our creator engagement, retention & incentives

**Drew Kirchhoff**   2019-03-04   06:26:06

Operational Excellence: 运营工作优化 1. Develop scaleable tools and processes: 1. Trends dashboards 2. Ecosystem staples report 3. Creator comms (education resources, transparency on guidelines, comms tools & cadence) 4. Continue improvement on OA and budget tracking Product Innovation & Health: 产品迭代 1. Safety & Compliance 1. Ensure success of FTC compliance: user adoption and sentiment 2. Support GCDS on Minor sexualization roll out CMS 2.0 3. Build local T&S team, onboard Head of Safety Ops 1. audit policies 2. improve content moderation for age gate 3. plan appeals process (w/ GCDS) 4. UG assets review 2. User retention 1. cold start w/UG 2. notifications 3. Support product feature iteration & adoption: 5. Search 6. Creative tools 7. Sounds 8. Discover 2.0 4. Design US monetization product offerings & timeline

**Tyler Dimicco**   2019-03-05   05:57:40

Are you going to the Great Wall with them on Sunday?

**Tyler Dimicco**   2019-03-05   05:57:58

We asked if they needed a car for the wall, and they said "Drew is organizing it" lol

**Drew Kirchhoff**   2019-03-05   05:58:04

hey did they decide to do the great wall

**Drew Kirchhoff**   2019-03-05   05:58:14

i thought they decided to ditch the great wall

**Drew Kirchhoff**   2019-03-05   05:58:33

and on saturday go to forbidden city, houhai, tiananmen etc...

Confidential

Tyler Dimicco   2019-03-05   05:58:38

Haha, might want to double check with them.

Drew Kirchhoff   2019-03-05   05:58:39

rest on sunday

Drew Kirchhoff   2019-03-05   05:59:14

i'll double check

Drew Kirchhoff   2019-03-08   10:41:25

hey have you heard of China Accelerator

Tyler Dimicco   2019-03-08   10:41:32

Yeah, vaguely.

Tyler Dimicco   2019-03-08   10:41:44

I think I have some friends who are part of it.

Drew Kirchhoff   2019-03-08   10:42:16

they were asking me about what bytedance culture is like and wanted to do a podcast about it, if you're interested i could intro you to them

Tyler Dimicco   2019-03-08   10:42:32

TIKTOK3047MDL-056-00962367

ah, yeah - that would be cool

Tyler Dimicco   2019-03-08   10:42:36

why not you, though?

Tyler Dimicco   2019-03-08   10:42:44

or we would do it together?

Drew Kirchhoff   2019-03-08   10:42:53

was thinking you would have an interesting perspective coming from Amazon

Drew Kirchhoff   2019-03-08   10:43:12

and the two cultures after being at amazon and then coming to bytedance

Drew Kirchhoff   2019-03-08   10:43:17

we could tag team it too

Tyler Dimicco   2019-03-08   10:47:46

ah, cool

Tyler Dimicco   2019-03-08   10:47:51

yeah, whatever works

Tyler Dimicco   2019-03-08   10:48:07

Confidential     TIKTOK3047MDL-056-00962368

though we have to clear it with PR

Tyler Dimicco   2019-03-08   10:48:21

because it's on the record and we're talking specifically about bytedance

Drew Kirchhoff   2019-03-08   10:48:35

yep

 Tyler Dimicco

Tyler Dimicco   2019-03-08   10:48:47

i'm in

Drew Kirchhoff   2019-03-08   10:48:57

sounds good

Tyler Dimicco   2019-03-13   07:18:31

For the podcast, PR advised not to do much in the way of English press right now because of the recent FTC ruling

Drew Kirchhoff   2019-03-13   07:18:55

sounds good

Drew Kirchhoff   2019-03-18   13:36:43

███████████████████████████████

Confidential

TIKTOK3047MDL-056-00962369

Drew Kirchhoff   2019-03-18   13:36:48

hey here's that doc i was talking about

Drew Kirchhoff   2019-03-19   13:48:22

here you are sir

Tyler Dimicco   2019-03-28   08:23:38

Or it could be just that Kunlun was requiring data transfers, etc.

Tyler Dimicco   2019-03-28   08:23:49

And the good thing is that TikTok was already kind of based out of Shanghai anyway

Drew Kirchhoff   2019-03-28   08:24:02

yeah

Drew Kirchhoff   2019-03-28   08:24:17

i see military, navy, LAPD, stuff in the my feed all the time

Tyler Dimicco   2019-03-28   08:24:23

haha, yeah...

Tyler Dimicco   2019-03-28   08:24:29

though it's been less recently, i feel

Tyler Dimicco    2019-03-28    08:24:43

if we do get screwed, it'll be because of the military thing

Tyler Dimicco    2019-03-28    08:24:54

especially overseas in active war zones

Tyler Dimicco    2019-04-17    04:59:54

yo! hope the states are treating you well

Drew Kirchhoff    2019-04-17    05:00:07

yo yo

Tyler Dimicco    2019-04-17    05:00:08

I'm sure you probably haven't been getting much sleep

Tyler Dimicco    2019-04-17    05:00:14

Question - when are you back?

Drew Kirchhoff    2019-04-17    05:00:25

it's been a pretty crazy trip

Drew Kirchhoff    2019-04-17    05:00:30

TIKTOK3047MDL-056-00962371

very good so far

Drew Kirchhoff    2019-04-17    05:00:36

i'm not sure when i'm getting back yet

Drew Kirchhoff    2019-04-17    05:00:49

prob like 2-3 weeks

Tyler Dimicco    2019-04-17    05:00:53

Ah, got it

Drew Kirchhoff    2019-04-17    05:00:54

how about you

Tyler Dimicco    2019-04-17    05:01:00

I'm in India next week

Tyler Dimicco    2019-04-17    05:01:27

Have you started the Lark college research stuff yet?

Drew Kirchhoff    2019-04-17    05:01:51

man India's got to be exciting right now

Drew Kirchhoff    2019-04-17    05:02:04

Confidential

TIKTOK3047MDL-056-00962372

that's gonna be a crazy trip for you lol

Drew Kirchhoff   2019-04-17   05:02:20

lark college research starts in May

Drew Kirchhoff   2019-04-17   05:02:23

last I heard

Tyler Dimicco   2019-04-17   05:02:34

(background on the question of when you were coming back is that there is a delegation of Schwarzman scholars coming next week that Mayan and I will both be gone for - were wondering if you were intersted in hosting)

Tyler Dimicco   2019-04-17   05:02:54

Lol. Yeah. It's definitely going to be....something.

Drew Kirchhoff   2019-04-17   05:03:23

███████ is the marketing guy heading all the college interview planning

Drew Kirchhoff   2019-04-17   05:03:29

we will do it for both Lark and TikTok

Drew Kirchhoff   2019-04-17   05:03:49

oh that's awesome, would have been great to go

Confidential

Tyler Dimicco   2019-04-17   05:03:49

█████ is great - should be some interesting findings.

Drew Kirchhoff   2019-04-17   05:04:05

this trip has been really insightful

Drew Kirchhoff   2019-04-17   05:04:11

lots of good action items

Drew Kirchhoff   2019-04-17   05:04:57

literally all middle school to high schoolers, like 8 - 18 have heard of TikTok in Houston and Chicago

Drew Kirchhoff   2019-04-17   05:05:11

but college is obvy where we are lacking big time

Tyler Dimicco   2019-04-17   05:06:08

What are users telling us they want more of?

Tyler Dimicco   2019-04-17   05:06:21

From the interviews I was reading in France and Japan, it's PGC

Tyler Dimicco   2019-04-17   05:06:53

Or if not PGC, at least more really high-quality content

Confidential                                    TIKTOK3047MDL-056-00962374

Drew Kirchhoff   2019-04-17   05:41:54

1. users are generally pretty satisfied with and surprised about the variety of content in the app in their first session; the problem is actually content discovery - new user onboarding and mismatch of user preferences early on. Users were actually quite surprised at the variety of content in the app initially, but they don't have the patience to discover this content and the mismatch in preferences is driving the churn; there's a mis understanding of how For You feed works, many users don't even know to swipe up and down (their first swipe is left, mimicking INS stories). Optimizing the onboarding and explainging how the recommendation engine works should help (even think about how to make "disliking" videos more prominent). 2. the massive perception is still lipysnc, dance, and comedy. That's why it serves L12 so well. Lipsync and dance is used daily and habitually by 8 - 10 year olds. This is still the overwhelming perception of the app (80%+ of ppl interviewed); L34s heard about tiktok because their younger siblings (or their kids) use it and see ads / reposts in INS and YT. MIddle School and High School students hear about it as reposts to INS, meme acounts, UG ads (lipsync dance), and YouTube. Interestingly, the app is "mainstream" (90% of student populatoin knows) and the hottest app in their schools, but probably only 25% have it actually installed still on their phones. About 70% of students say TT is increasing in popularity and the remaining say it already peaked or is decreasing. UG ads - The general sentiment is that these ads are no longer as cringey as before but still are primarily lipsync dance oriented. This skews perception of the app young and towards lipsync and also makes it seem more like a video editing app instead of watching videos. Many users view TT as a video editing app more so than an app for passively watching videos. Due to this, users think it's a higher barrier to entry to create a TikTok video vs. posting a picture or simple text, or a simple story on Instagram. We need to make sure we are sytematcailly reducing all lipsync / dance / music video / video editing ads and swapping them out with a new strategy, focused on comedy and new content vertical types (news and sports could be intereting examples, especially for driving adoption for males. Female adopttion is actually stronger right now) New content types - the current content types most well known are lipsync, dance, and comedy. People are most aware of these content categories, but these are conceptualized as "young" and also "stupid", "silly", "dumb", making it diffiucult to shift the age to L34, who think they want more "informative" and "useful" types of videos. Interesting ideas here for content seeding would be trending news, commentary, science and science fiction, and sports were top three mentioned by interviewees

Drew Kirchhoff   2019-04-17   05:42:32

hey man here's some of the main concepts; we are putting everything in notes so will share them when they're ready

 Tyler Dimicco

Tyler Dimicco   2019-04-17   05:42:49

Very cool - thanks, man.

Confidential

Tyler Dimicco    2019-04-17    05:42:53

Looking forward to having you back!

Tyler Dimicco    2019-04-17    05:43:02

Gets lonely being the only American around ;)

Drew Kirchhoff    2019-04-17    05:44:08

haha yeah man it's time for a brain storm sesh

Drew Kirchhoff    2019-04-17    05:44:16

excited to get back and talk about it

 Tyler Dimicco

Drew Kirchhoff    2019-04-17    05:44:27

good luck in India, that's going to be awesome

Drew Kirchhoff    2019-04-27    08:07:18

Yo man

Drew Kirchhoff    2019-04-27    08:07:39

How's everything going

Drew Kirchhoff    2019-04-27    08:11:51

Attachment file:

█████████████████████████████████████████

**Drew Kirchhoff**   2019-04-27   08:12:28

Attachment file:

█████████████████████████████████████████

**Tyler Dimicco**   2019-04-27   11:39:11

Lol, is that ████ ?!

**Tyler Dimicco**   2019-04-27   11:39:20

(The one singing)

**Tyler Dimicco**   2019-04-27   11:40:26

Never mind - just watched the first video.

**Tyler Dimicco**   2019-04-27   11:40:30

Definitely ████

**Tyler Dimicco**   2019-04-27   11:40:38

Lol, wish I were there!

**Drew Kirchhoff**   2019-04-27   19:05:10

Confidential

Haha yep

Drew Kirchhoff   2019-04-27   19:06:12

Are you in India? How is that going

Tyler Dimicco   2019-04-28   01:41:03

Got back last night - it went well. Interesting insights from users and the ban was overturned, so just about everything we could ask for :)

Drew Kirchhoff   2019-04-28   09:51:36

Yeah man that's amazing, congrats!

Drew Kirchhoff   2019-04-28   09:51:46

I knew it would be an amazing trip

Drew Kirchhoff   2019-05-05   03:16:04

hey man first day back, see you for lunch?

Tyler Dimicco   2019-05-05   03:16:12

Hey - welcome back!

Confidential                                                                                               TIKTOK3047MDL-056-00962378

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-056-00962362-TIKTOK3047MDL-056-00962378

**BEGATTACH:** TIKTOK3047MDL-056-00962362

**ENDATTACH:** TIKTOK3047MDL-056-00962378

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-056

**Custodian:** DREW KIRCHHOFF

**File Path:** /TIKTOK3047MDL-056-00962362.PDF

**Confidentiality Designation:** CONFIDENTIAL - PROTECTED FROM DISCLOSURE

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-056-00962362.PDF

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** N

**REDACTION TYPE:**

