# AMENDED Exhibit 426


# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Adam Wang和Drew Kirchhoff的单聊

**Kirchhoff Exhibit No.**
**17**
**3/17/2025   lt**

**Adam Wang**   2019-04-16   22:33:08

How's the high schoolers

**Drew Kirchhoff**   2019-04-16   22:51:57

yeah back to hotel

**Drew Kirchhoff**   2019-04-16   22:52:06

dude i talked to around 30 high schoolers

**Drew Kirchhoff**   2019-04-16   22:52:09

soo many

**Drew Kirchhoff**   2019-04-16   22:52:22

the girls all like it, the guys don't really like it

**Drew Kirchhoff**   2019-04-16   22:52:27

they all know TikTo

**Adam Wang**   2019-04-16   23:14:38

Sooo many

Confidential

Adam Wang   2019-04-16   23:14:46

A lot of notes

Drew Kirchhoff   2019-04-16   23:30:09

A lot of The black girls seem to have all moved to Dubsmash

Adam Wang   2019-04-16   23:30:22

A pure lip sync app

Adam Wang   2019-04-16   23:30:32

But do they have the social media part?

Drew Kirchhoff   2019-04-16   23:36:33

I'm not sure about the social media part

Drew Kirchhoff   2019-04-16   23:36:47

The other app they all use is House party

Drew Kirchhoff   2019-04-16   23:36:54

For group video chat

Adam Wang   2019-04-17   05:12:15

yo

Confidential                                                    TIKTOK3047MDL-087-LARK-03285154

**Adam Wang**  2019-04-17  05:12:22

need your help for the notes

**Adam Wang**  2019-04-17  05:12:28

street interview ones

**Adam Wang**  2019-04-17  05:12:33

especially the high school

**Drew Kirchhoff**  2019-04-17  05:12:44

yeah i'm working on them

**Adam Wang**  2019-04-17  05:12:58

man it's sooooooo long

**Adam Wang**  2019-04-17  05:13:00

i hate notes

**Drew Kirchhoff**  2019-04-17  05:13:36

yeah notes are killer, too much, we should really just work on a Top 10 list

**Adam Wang**  2019-04-17  05:13:50

but alex wants a very detailed one

Confidential

TIKTOK3047MDL-087-LARK-03285155

Adam Wang    2019-04-17    09:13:55

so that people who do not attend

Adam Wang    2019-04-17    05:14:00

can get a full picture

Adam Wang    2019-04-17    21:38:29

sourcekey: <████████████████████████>; attachment_id:
████████████████████████████████████████████████

Adam Wang    2019-04-17    21:38:41

all my notes

Adam Wang    2019-04-17    21:40:08

████████████████████████████████

Adam Wang    2019-04-17    21:42:19

Uber driver black 20+ Loop video and sound together Some friend Repost video that has tiktok iMessage is very accessible sending meme ***make an iMessage plugin*** Bath Bonn owner black Vine Like games Don't know how to swipe and click foru to get next Know of e-guys "Try to use it and find content" —- go to discover Twitch user - new game analysis; didn't really explored Only really watch gaming content Takes a bit to get use to it Really like speed painting —- 小众兴趣探索 hashtag explore -- speed paints是特殊的ig yt没有的 Vine - wired dumb stuff Too long and boring -- 新用户feed TikTok=posting videos Thinking it's vine Twitter has all content Relatable 无法用comedy+animal Guity pleasure and ironic Ig is easier ———- High school senior Twitter Try too hard will get 嘲笑 必须很努力才能显得毫不费力 Fake Junior senior vs freshman

Confidential

Confidential
TIKTOK3047MDL-087-LARK-03285157

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-087-LARK-03285153-TIKTOK3047MDL-087-LARK-03285157

**BEGATTACH:** TIKTOK3047MDL-087-LARK-03285153

**ENDATTACH:** TIKTOK3047MDL-125-LARK-06341925

**Attachment Count:** 1

**PRODVOL:** MDL-087

**Custodian:** WANG, ADAM

**File Path:** /TIKTOK3047MDL-087-LARK-03285153.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 9D30713881B8465DE23DFA1130A424D3

**DocType:**

**Author:**

**Create Date:** 4/16/2019 12:00 AM

**Last Modified Date:** 4/16/2019 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-087-LARK-03285153.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

