# AMENDED Exhibit 427

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA                )
ADOLESCENT ADDICTION/PERSONAL      )
INJURY PRODUCTS LIABILITY          ) MDL No. 3047
LITIGATION                         )
_____     )
THIS DOCUMENT RELATES TO:          )
ALL ACTIONS                        )
_____
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES
UNLIMITED JURISDICTION

COORDINATION PROCEEDING            ) Lead Case No.
SPECIAL TITLE [RULE 3.550]         ) 22STCV21355
                                   )
SOCIAL MEDIA CASES                 ) JCCP No. 5225
_____  )
THIS DOCUMENT RELATES TO:          ) Judge:
ALL ACTIONS                        ) Carolyn B.
                                   ) Kuhl, Dept.12


SATURDAY, MAY 24, 2025

CONFIDENTIAL - ATTORNEYS' EYES ONLY -
PURSUANT TO PROTECTIVE ORDER

⬚ ⬚ ⬚

Videotaped deposition of Wenjia Zhu, held at the offices of King & Spalding, LLP, 1 Raffles Quay, #31-01 North Tower, Singapore, commencing at 9:05 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri, Kansas, Louisiana & New Jersey Certified Court Reporter.

⬚ ⬚ ⬚

GOLKOW LITIGATION SERVICES
877.370.DEPS
deps@golkow.com

VIDEOGRAPHER:  We are now on the record.  My name is Vince Rosica.  I'm a videographer for Golkow, a Veritext division.

Today's date is May 24, 2025, and the time is 9:05 a.m.

This video deposition is being held in 1 Raffles Quay, Singapore, in the matter of Social Media Adolescent Addiction Personal Injury Products Liability Litigation, for the United States District Court, Northern District of California.

The deponent is Wenjia Zhu.

Counsel will be noted on the stenographic record.

The court reporter is Carrie Campbell, and will now swear in the interpreter and our witness.

WENJIA ZHU, of lawful age, having been first duly sworn to tell the truth, the whole truth and nothing but the truth, deposes and says on behalf of the Plaintiffs, as follows:

                   DIRECT EXAMINATION

QUESTIONS BY MR. MURA:

        Q.      Good morning, sir.

        A.      Good morning.

        Q.      My name is Andre Mura, and I
represent the plaintiffs.

        A.      Okay.

        Q.      What is your name?

        A.      My name is Zhu Wenjia.

        Q.      Sir, we're sitting in person in
Singapore.

                Yes?

        A.      Yes.

        Q.      In the same building as
ByteDance's office is.

                Yes?

        A.      I'm not sure whether this is
ByteDance office.  I think it's a law firm,
right.

        Q.      Is ByteDance a few floors below
us?

                MR. MATTERN:  Object to form.

                THE WITNESS:  Yeah, we have
        several office both in the north tower
        and the south tower.  I work in the

south tower, so I'm not sure how many for us in this north tower.

QUESTIONS BY MR. MURA:

Q.    You understand that you're testifying under oath for a legal proceeding in US federal court?

A.    Yes.

Q.    Your testimony is being recorded and may be shown to a jury.

Okay?

A.    Okay.

Q.    Are you represented by counsel today?

A.    Represented by counsel?

Q.    Are you represented by an attorney today?

(Discussion with interpreter.)

INTERPRETER:  I don't quite know how to answer this question. Today we have the in-house company attorney, Will, here, and also David, but I am here to answer the questions on my own, so I don't know how to answer those question.

A.    We don't have translators, yeah, so -- so all our conversations are in English.

Q.    Okay.  So just to summarize, you met with your attorneys for about seven hours without a translator while reviewing documents in English, and that was about 90 percent of the documents showed to you.

Is that correct?

A.    Yeah.

MR. MATTERN:  Object to form.

QUESTIONS BY MR. MURA:

Q.    Sir, how did you learn English?

A.    I learn in school, yeah, from middle school to -- is that the question asked?

Q.    Yes.  The question was, how did you learn English, sir.

A.    Yeah, just like any student in China.  You know, we learn English in the middle school, high school and university, and they give us certification.

And when I joined TikTok in 2020, 2021 -- I'm sorry, 2021, 2022, I practice English around one hour per day

while listening to audio book.

Q.    You mentioned going to school and a certification.

Did you get a degree or a certification?

A.    I mean certification on English.  They are called CET-4 and -- CET-4 and CET-6.  I get CET-6.  That means around 6,000 vocabulary, yeah.

Q.    And you live and work in Singapore now?

A.    During 2021 and '22, I mainly lived and worked in Singapore when I work for TikTok.

After that I think it's around 50/50.  I both will be in Singapore and in China.

Q.    When did you first come to Singapore to work or live?

A.    I think it's in the -- give me a second to think about that.

I think it's in the middle of 2021.

Q.    Do you speak English at work?

A.    Only where I work in the

organization TikTok.

Q.    And how often would you speak English at work at TikTok?

A.    It depends.  If my colleagues are Chinese, I speak Mandarin to them.  If there are meeting, there are many native speakers, then I try to speak English.

Q.    And when you would communicate with your TikTok colleagues who do not speak Chinese, when you would communicate with them in writing, would you write to them in English?

A.    Yeah, sometimes I write English directly.  Sometimes I write in Chinese document and someone will translate it for me.

Q.    Have you ever given any talks to your colleagues in English?

MR. MATTERN:  Object to form.

THE WITNESS:  I should answer the question, correct?

Your question is, have I ever give English talk to my colleagues.

Right?

QUESTIONS BY MR. MURA:

Q.    Yes, any speeches.

A.    Yes.  Yes.

Q.    Do you ever read news articles in English?

A.    Not very often.

Q.    What about technical papers?

A.    Yeah, technical papers, mainly read English.  I have to, yeah, read English.

Q.    So you feel comfortable reading technical papers about machine learning or algorithms in English?

A.    I feel, of course, much harder to read English document than Chinese document, but I don't have choice.  So it's like I have to focus and spend several hours to go through a paper.

Q.    And you have a master's degree in computer science.

Is that correct?

A.    Yes.

Q.    And you graduated in 2008?

A.    Yes.

Q.    From a university in China?

A.    Yes.

Q.    Sir, you've asked an interpreter to be here today.

Yes?

A.    Interpreter, right.

Q.    Yes.

A.    Yes.  Yeah.

Q.    And you understand that this is an interpreter selected by your attorneys.

Correct?

A.    Yeah.

Q.    Do you trust that what the interpreter tells you is an accurate translation of what I say or read to you?

A.    Yes.

Q.    Sir, because you are able on some level, with some proficiency, to speak and read English --

A.    Yeah.

Q.    -- if you understand some of what I say and you think that it means something different than what the interpreter told you, will you please tell me?

A.    Yeah, I will tell you.

Q.    And if you're reading a document in English and the translator tells

you that part of the document means something, but you can read that document in English and you think it means something else, will you please let me know?

A.    Yes.

(Zhu Exhibit 1 marked for identification.)

QUESTIONS BY MR. MURA:

Q.    Vince, can we please pull up Tab 10?  Or Tab 1?

Going too fast, David.

Sir, we're going to be handing you documents during the course of today, and I'll ask you some questions about them.

A.    Okay.

Q.    When you have a chance to review and you feel comfortable, I can start.

A.    Yeah.  Yeah.

But I think it's better let you know that although I can read English document, but I think I'm several times lower than native speaker.  So it will take maybe more time than you expect.

Q.    Okay.  That's okay.  And sometimes I will just ask you about a single

sentence.

A.    Okay.  Okay.

Q.    So if you ever need more time, you can let me know.

A.    Okay.

Q.    And while you're reading that, sir, I'll just say some words for the record.

I'm marking this TIKTOK3047MDL-080-LARK-02855629 as Exhibit 1.

(Discussion with interpreter.)

INTERPRETER:  I'm just telling the witness you're reading it for the record.

MR. MURA:  Thank you.

QUESTIONS BY MR. MURA:

Q.    Sir, if it helps, I'm only going to ask you about -- questions about -- a few questions on the first page.

A.    Okay.

Q.    But this is a document that your lawyers gave to us.

Do you see on the very last page that it indicates that this document came from your files?

A.    Yeah.

Q.    Okay.  And do you see on the very last page that the document indicates it was last modified in -- July 11, 2018?

A.    Yes.

Q.    Sir, what is this document?

A.    I think that's a document where I maybe go to the Los Angeles office and try to help people outside the technical team to get entry level understanding of recommendation system.

Q.    Do you see on the front page where you say, "Hello everyone, I'm Wenjia. You can call me Brad"?

A.    Yeah.

Q.    Do you go by Brad sometimes?

A.    No.  It's a kind of -- not a joke, but just to be -- not funny -- because I like Brad Pitt.  So if I have to have English name, you can call me Brad, but I don't use that name in my work.

Q.    And it says right below that, "Today, I'll give a talk about our recommendation system."

Do you see that?

A.    Yes.  Yes.

Q.   And this speech was in English.

Is that correct?

A.   Yes.

Q.   It says you joined ByteDance at 2015, July.

Do you see that?

A.   Yes.

Q.   Is that correct?

A.   Yeah, it's correct.

Q.   When you joined ByteDance in 2015, it was to work on Toutiao, an app that aggregates or collects news.

Yes?

A.   Yes.

MR. MATTERN:  Object to form.

QUESTIONS BY MR. MURA:

Q.   And do you see where it says, "Before I joined Toutiao"?

A.   Yeah.  Yeah.

Q.   Then it says, "I worked for Baidu for seven years as the leader of the ranking team."

Yes?

A.   Yeah.  Yeah.  To be more specific, I think well of the leader is more

accurate.

Q.    What is Baidu?

A.    It's the search engine company in China, the top search engine company, because there are several search engines other than Baidu.

Q.    Is it fair to say that Baidu is the Google of China?

A.    Yeah.  I think it's fair to think that maybe before 2015.  But nowadays, I think people begin to use other search engines as well.  Some people use Douyin as the search -- video search engine.  Some people use Huoshan.

Q.    As a leader of the ranking team, did you determine how the algorithm ranked search results?

A.    Actually, the -- the result of the search page is decided by signals and how it combine signals.  So I think it's more accurate to say I design -- I design and improved several core component of the search engine.  And these signals and how you combine them finally decided the result.

Q.    When you joined ByteDance in

2015 and you worked on the Toutiao news app,
did you also work on the ranking team?

MR. MATTERN:  Object to form.

THE WITNESS:  We do not call it
the ranking team.  We call it the
algorithm team for recommendation
engine.  Or more simply,
recommendation team.

QUESTIONS BY MR. MURA:

Q.    So at Toutiao, you worked for
the recommendation team?

A.    Yes.

Q.    And that refers to the
recommendation algorithms?

A.    Yes.

Q.    And in that work, were you
attempting to -- well, strike that.

The recommendation algorithm
for Toutiao, does that personalize users'
news feeds?

A.    Yes.

Q.    You continue -- do you see
where it says, "2015 to 2017"?

A.    I haven't see it on screen.

Q.    It's a little up from where we

were looking.

A.    Okay.  I see it.

Q.    And there it says, "I lead the recommendation and advertising algorithm teams for the product Toutiao."

Do you see that?

A.    Yes.

Q.    And that was from 2015 to 2017?

A.    Yes.

Q.    Is that accurate?

A.    Yeah, it's accurate.

Q.    And then it says, "2017 to now."

A.    Yeah.

Q.    And we looked before.  This document was last modified in July 2018 --

A.    Yeah.

Q.    -- so does the "now" refer to July 2018?

A.    Yes.

MR. MATTERN:  Object to form.

QUESTIONS BY MR. MURA:

Q.    So this would be 2017 to July 2018.  "Our company decide to develop products on UGC video setup the IES group.

Then I lead the recommendation teams for IES."

Do you see that?

A.    Yeah.  Yeah.

Q.    Does UGC mean user-generated content?

A.    Yes.

Q.    Does IES mean interactive entertainment social?

A.    Yeah.  I believe so, yeah, although I quite remember what that means.

Q.    Let's pull up Tab 2, please.

MR. MURA:  Can we go off the record?

VIDEOGRAPHER:  The time is 9:28 a.m.  We are off the record.

(Off the record at 9:28 a.m.)

VIDEOGRAPHER:  The time is 9:31 a.m.  We are back on the record.

(Zhu Exhibit 2 marked for identification.)

QUESTIONS BY MR. MURA:

Q.    Can we please bring up Tab 2, which I'm -- which is TIKTOK3047MDL-158-LARK-08171764.  We're marking it as Exhibit 2.

Sir, if it helps, I'm only going to ask you about one message, but you're free to look through it.

A.    Okay.

Q.    Sir, this is a Lark chat.

A.    Okay.

Q.    Is that correct?

A.    I have no impression that I ever in that group.

Q.    Can you look to the last page, sir?

A.    Okay.

Q.    Do you see your name listed as custodian?

A.    Custodian.

Yeah, yeah, I see it.

Q.    Okay.  This is a document that came from your file, sir, and it's a Lark chat.

Correct?

A.    That's Lark chat or a Lark document.  It's a chat, not a document.

Right?

Q.    Yes.

A.    Okay.  I think in company there

are many chat groups.  I truly don't have any
impression that I'm in that chat or I respond
to anyone.

Q.    Okay.  But do you see that this
came from Lark?

A.    Yeah.  Yeah.  I see it.

Q.    And you use Lark at work.

      Is that correct?

A.    Yes.

Q.    And did you use it to talk to
your colleagues?

A.    Yes.

Q.    And to share documents?

A.    Yes.  Yes.

Q.    And this is dated April 2021.

      If you just look at the first
message, sir, do you see April 2021?

A.    Yeah, give me a minute.

      Usually we have a title for the
group.  You know, can -- how can I see -- see
the -- the title for a group from -- from
document?

Q.    At the top, sir, do you see
where it says ByteWord?

A.    ByteWord, right.

Q.    Sir, can I -- can I ask you to flip to the page where it says, "Title: IES"?

A.    Okay.  Okay.  Yeah.

Q.    Do you see the message at 12:59:28, Title: IES?

A.    Yes, yes.

Q.    Do you see where it says, "Definition, IES is a product department of ByteDance"?

A.    Yes.

Q.    "IES is responsible for product, mainly short form" -- "mainly short video apps, development and maintenance of short video products across China and worldwide"?

A.    Yes.

Q.    And you were the leader of IES from 2017 to July 2018.

Correct?

A.    I think I leaded the recommendation team for IES from -- from the beginning of 2017 to the beginning of 2019.

Q.    Okay.  So 2019?

A.    Yeah.  I think it's around

March in 2019.  March.

Q.    Do you see then that it lists main IES products?

A.    Can you repeat the question?

Q.    Yes.

Do you see where it says "main IES products"?

A.    Yeah, yeah, yeah, I see the words.

Q.    And then it lists several, one of which is Douyin?

A.    Yeah.

Q.    Douyin is a short-form video app available in China?

A.    Yeah.  Yeah.

Q.    It's not available in the United States?

A.    Yeah.

Q.    And then it lists international versions?

A.    Yeah.

Q.    And it lists TikTok.

Yes?

A.    Yeah, yeah, I see the words.

Maybe I need to add some

explanation here.

In the beginning of short-form video, or IES, both TikTok and Douyin are in the same department as explained by this definition.

But I think after certain -- I forget the date, maybe 2019 or 2020, that's -- I mean, the short-form video, like a Douyin question, they are still in the IES, but TikTok is a separate group.

But I forget date. Maybe we starting from 2019 or 2020.

Q.    Okay.  My only question, sir, is, this document refers to Douyin and other products in China and then refers to international versions and then lists VigoVideo and TikTok.

Correct?

MR. MATTERN:  Object to form.

THE WITNESS:  Yeah, you see the words here, but I think the explanation was written by some people in early times.  So by the time 2021, it's not that case.

QUESTIONS BY MR. MURA:

Q.    Let's return to Tab 10, please. Tab 1.

Sir, looking back to where it said 2017 to now.

A.    Yeah, yeah.

Q.    And you've clarified that you led IES until 2019.

A.    Yeah, I leaded the recommendation team for IES, including TikTok algorithm team and Douyin's algorithm team, until 2019 March.

Q.    Okay.  And do you see that in this speech you gave, it also lists Douyin, TikTok, and in addition it lists Musical.ly?

Do you see that?

A.    Yeah, yeah, I see that.

Q.    And those are some of the products that you led?

A.    Yes.

Q.    Musical.ly? is a short-form video app that ByteDance acquired in 2018?

MR. MATTERN:  Object to form.

THE WITNESS:  I think it's in the end of 2016 -- give me a minute.

In the -- I think it's in the end of 2017.

QUESTIONS BY MR. MURA:

Q.    2017.

A.    Yeah.

Q.    You later became chief technology officer of Toutiao, the news aggregator app.

Correct?

A.    Yeah.  It's the 2019 March I transferred to the -- to the Toutiao department.  I become that leader.

Q.    And later you became CEO of Toutiao.

Correct?

A.    Yeah.  Yeah.

(Zhu Exhibit 3 marked for identification.)

QUESTIONS BY MR. MURA:

Q.    Let's bring up Exhibit 3 -- Tab 3, which we'll mark as Exhibit 3.

Sir, this is an article from KrASIA.

Yes?

A.    I haven't readed the newspaper

in the past.

Q.      Okay.  And it's from April 2019?

A.      Yeah, but I'm not familiar with this news, yeah.

MR. MATTERN:  I just --

QUESTIONS BY MR. MURA:

Q.      I'm sorry, November of 2019?

MR. MATTERN:  I just want to note for the record, I think the witness said he hasn't read the news in the past.

THE WITNESS:  Yeah, I didn't read the newspaper, so I -- yeah.

QUESTIONS BY MR. MURA:

Q.      Okay.  Do you see that this article is about you?

A.      Yeah, yeah.

Q.      And it's -- the title is "ByteDance's Toutiao welcomes new CEO following management reshuffle"?

A.      Yeah, I see title.

Q.      Okay.  Do you see at the beginning of the article it has your name? It says --

A.      Yeah, yeah.

Q.      -- "Zhu Wenjia, formally known as the CTO of Jinri Toutiao, the flagship news aggregator of the world's most valuable startup, ByteDance, delivered a speech this morning at a conference held by ByteDance as Toutiao CEO for the first time."

Do you see that?

A.      Yeah, I see that, but I'm not formally the CTO of Jinri Toutiao.  I just leaded the recommendation team.

Q.      Okay.  But the article is accurate that you became CEO.

Is that correct?

A.      Yeah, that's correct.

Q.      And then two paragraphs down, it says, "KrASIA reported earlier that," and then if you read on, it indicates, "Zhu would report directly to Zhang Yiming, the founder of ByteDance."

Do you see that?

MR. MATTERN:  Object to form.

THE WITNESS:  I'm not quite sure.  I think I reported to ██████ when I lead the Toutiao department.

QUESTIONS BY MR. MURA:

Q.     And who is █████████

A.     Yeah.   ████████  of course, was a colleague.  I think she -- she was the leader for the IES team.

Q.     Did you ever -- in that role, did you ever interact with Zhang Yiming?

A.     Interact?  Right.  If interact means have some discussion on a regular basis, for example, maybe once per one week or two weeks, I think the answer yes.

(Zhu Exhibit 4 marked for identification.)

QUESTIONS BY MR. MURA:

Q.     Let's pull up Tab 4, which we'll mark as Exhibit 4.

So we've marked this demonstrative as Exhibit 4.  Sir, is this a picture of Yiming Zhang?

A.     Yeah.

Q.     And he's ByteDance's founder.

Is that correct?

A.     Yes.

Q.     And at the time, he was also CEO of ByteDance?

A.    Which time?

Q.    When you became CEO of Toutiao.

A.    Yes.

But I think maybe it's in 2021 or sometime he -- he not CEO anymore.  So Rubo became CEO, but I forgetted the year.

Q.    Okay.  So for a time, he was the CEO of ByteDance?

A.    2019, right.

Q.    Okay.

A.    Yeah, I believe so.

(Zhu Exhibit 5 marked for identification.)

QUESTIONS BY MR. MURA:

Q.    Can we pull up Tab 5, which we'll mark as Exhibit 5?

Sir, if you want to put that to the side, we're going to come back to those photos --

A.    Okay.

Q.    -- fairly frequently.

Sir, this is an article from the org.

Correct?

A.    Sorry, what was the question

again?

Q.    Do you see that it's an article from --

A.    Yeah, yeah, yeah.

Q.    -- the org?

A.    But I haven't seen the news in this past.

Q.    You haven't seen this particular article?

A.    Yeah, yeah.

Q.    The article is about you. Correct?

A.    Yeah.  It has my name on the title, yeah.

Q.    Okay.

A.    But it's the first time I see the document.

Q.    Okay.  Well, why don't we review it together and I can ask you some questions --

A.    Okay.

Q.    -- about it.

The article was published, it says, in -- or last updated February 15, 2023.

Do you see that?

A.    Yeah, I see that.

Q.    And the title is "Zhu Wenjia will lead global research and development for TikTok."

Do you see that?

A.    I see that, but it's not accurate.

Q.    And what about it is not accurate?

A.    I think ChatGPT was launched in the end of 2020, right?  Yeah.  So our company started a new -- new project, large language model.  I transferred to that department in the beginning of 2023, but I forget the exact date.  Maybe February or March.

And later, ████ take over my previous role and leaded the product team for TikTok.

Q.    So the article in the first sentence says, "ByteDance is moving the CEO of their Chinese new platform, Zhu Wenjia, to Singapore, where he will lead global research and development for TikTok."

Do you see that?

MR. MATTERN:  Object to form.

THE WITNESS:  I see that, yeah, but I think it's wrong.

QUESTIONS BY MR. MURA:

Q.    How would you describe your role when you moved to Singapore?

A.    I moved to Singapore in 2021. During 2021, '22, I leaded the product team and the recommendation team for TikTok.

Q.    So you would describe it as you led the product team and recommendation team for TikTok?

A.    Yeah.

Q.    Do you see where the article continues, it says, "In this" -- it's at the bottom of the first page, start of the second page.

"In this newly created position, Zhu will be overseeing and leading TikTok's product and technologies, including its recommendation algorithm."

Do you see that?

MR. MATTERN:  Object to form.

THE WITNESS:  Yeah, I see that.

But as I explained, I transferred to the new department, and I leaded the language development model team, so I didn't work for TikTok anymore.

But I forget the date. Maybe the March or February, but it's in the first several months in 2023.

QUESTIONS BY MR. MURA:

Q.    Okay. But you would agree that when you first moved to Singapore in 2021, it was to lead the product team and the recommendation team --

A.    Yes.

Q.    -- for TikTok?

A.    Yes, yes.

Q.    This article says that your new position, which you've described to us, "will be parallel to Vanessa Pappas, TikTok's interim head."

Do you see that?

MR. MATTERN:  Object to form. Also, just object to the use of this document given the witness has already identified a number of inaccuracies

with it.

MR. MURA:  Well, that's the point of questioning, David.

THE WITNESS:  Yeah, I think if -- if the sentence were in 2021, then it's -- it's -- it's right.  Yeah.

QUESTIONS BY MR. MURA:

Q.    Okay.  When you say --

A.    But both Vanessa and -- sorry.  Both Vanessa and me reported to Shou at that time.

Q.    Both you and Vanessa, you said, reported to?

A.    The CEO of TikTok, Shou.

Q.    Is it correct that you were both on the same level?

MR. MATTERN:  Object to form.

THE WITNESS:  Sorry, what's your question?

QUESTIONS BY MR. MURA:

Q.    Is it correct that you -- the article is correct that you were parallel to Vanessa Pappas?  You were on the same level?

A.    Yes, because both of us

reported to Shou, yeah.

Q.     Did you also report to Zhang Yiming?

MR. MATTERN:  Object to form.

THE WITNESS:  During 2021, '22, I reported to Shou.

QUESTIONS BY MR. MURA:

Q.     Sir, you testified -- I want to ask you a few questions about your statement that you led the product team and recommendation team for TikTok.

Were you responsible for TikTok's product and technologies globally?

MR. MATTERN:  Object to form.

THE WITNESS:  Yes.

QUESTIONS BY MR. MURA:

Q.     Did that include the United States?

A.     Yes.

Q.     And the TikTok product is the app.

Yes?

MR. MATTERN:  Object to form.

THE WITNESS:  Most users use TikTok by mobile app, but very few

people also use the PC version.

QUESTIONS BY MR. MURA:

Q.    Did your responsibilities cover both?

A.    Yes.

Q.    Did your responsibility cover the various features of the app?

MR. MATTERN:  Object to form.

THE WITNESS:  We have several different product teams, including the user product, which I lead.  And the monetization teams also have product team.  So it's the trust and safety team.

So I think it's fair to say I cover maybe the majority of the features for TikTok, but not all.

QUESTIONS BY MR. MURA:

Q.    Okay.  Can you list those features for us?

MR. MATTERN:  Object to form.

THE WITNESS:  Yeah, it's just too much.  I think, for example, the feeds, right, and all the features that you interact -- to most features

interact with users and the system settings, that's the scope of co-product teams, are not including the features for ads, for example, yeah, or for e-commerce.

QUESTIONS BY MR. MURA:

Q.    So you said it's fair to say I cover maybe the majority of the features for --

A.    Yeah.

Q.    -- TikTok but not all?

A.    Yeah.

Q.    Maybe it's easier to ask.  Do you remember which ones you didn't cover?

A.    The features for monetization, the feature for e-commerce, and the feature for trust and safety.

Q.    And in this role, were you responsible for overseeing and leading the technologies behind the TikTok platform?

MR. MATTERN:  Object to form.

THE WITNESS:  The recommend -- I think the backhand in creating those -- the recommendation team, the ads team and the trust and safety

team, yeah, I covered the recommendation engine.

QUESTIONS BY MR. MURA:

Q.    And did you have any other responsibilities in this role that we haven't discussed?

A.    Do you mean on the technical side, right?

Q.    On any side.

A.    Maybe I actually mention that at that time, to engineering leader, Yiming reported to me as well, but I did not spend too much on his team.  I relied on him to leaded the engineering team.

Q.    What is your role at the company today?

A.    In 2023 and 2024, I lead the large language model team.  They are both to build the foundation model and build and the new applications.

I think starting from the -- the beginning of 2025, their new leader coming, so I leaded the application team for large language model, but not the foundation model.

MR. MURA:  He already testified that he attended these meetings and received these documents.

MR. MATTERN:  And that mischaracterizes his testimony.

QUESTIONS BY MR. MURA:

Q.    For the record, this is TIKTOK3047MDL-060-01167143, which we're introducing as Exhibit 10.

Sir, you testified previously that Yiming Zhang would distribute notes on company culture.

A.    Yeah, it's at least before 2019.

Q.    Yes.  Before 2019.

A.    Yeah.

No, I remember before 2019, usually will give a speech in the beginning of the year to talk about the strategy for that year.

Q.    And do you see the title of this is "Management Sharing:  Interpretation of culture and management philosophy"?

A.    Yeah, I see title.

Q.    And do you see where it says,

"The contents in the document is derived from management's previous all-hands company anniversary and companywide memos.  Yiming, Rubo and various business leaders shared their perspectives and insights into ByteDance as an organization, as well as our approaches toward decision-making, management philosophy and people management."

Do you see that?

A.    Yeah, I see it.

Q.    Is this an example of the notes that you were talking about before?

A.    Yes.

Q.    Does this document appear familiar to you?

A.    The concept in the document, for example, in the first page -- sorry, the second page, always they want to be candid and clear, but this is familiar to me.

Q.    And do you see on the first page where it says, "Updated on November 6, 2023"?

A.    Yes.

Q.    And then right below that it says, "For internal reading only.  External

use in any form is not allowed."

Do you see that?

A.    Yeah, I see that.

Q.    Can you turn to the page ending in 156?

A.    Yes.

Q.    Do you see the sentence right under the bolded sentence?  It says, "The management principles are largely practices everyone has to follow."

Do you see that?

A.    Yeah, I see that.

Q.    And if you turn back a page, one page, do you see where this is -- it says "Yiming"?  This is Yiming speaking?

A.    On which page?

Q.    The page before, sir.  It's on the screen as well, sir.

A.    Yeah.

Q.    Do you see there where it says, "Develop a company as a product"?

A.    Yeah, I see it.

Q.    And here it says, "Yiming," and it continues, "I've always had this thought. Develop our company like building a product."

Do you see that?

A.    Yeah, yeah.

I also heard him say that maybe in the first several years of the company. But I think in recent years I did not heard such words or sentences anymore.

Q.    And then in the next paragraph, Yiming Zhang says, "We often say that a company needs input, such as capital, human resources and business opportunities, in the same way humans need air and food.  The output is our vision, the goal we aspire to achieve."

Do you see that?

MR. MATTERN:  Object to form.

THE WITNESS:  I see that, but I'm not quite familiar about this paragraph.

QUESTIONS BY MR. MURA:

Q.    And do you see where it says right below that, "Our business can be categorized into three parts"?

It's at the bottom of the page right below the --

A.    Yeah, yeah.

Q.      -- photo.

A.      Yeah.

Q.      And then it says -- the first part, it says, "User acquisition:  Run by business development, public relations and user growth."

Do you see that?

MR. MATTERN:  Object to form.

THE WITNESS:  Yeah, I see the words.

QUESTIONS BY MR. MURA:

Q.      And then, "2:  User retention: Led by products, research and development and operation."

Do you see that?

MR. MATTERN:  Object to form.

THE WITNESS:  Yeah, I see the words.

QUESTIONS BY MR. MURA:

Q.      And then, "3:  Generating revenue."  It says, "This is the responsibility of monetization products."

Do you see that?

MR. MATTERN:  Object to the form.

THE WITNESS:  Yeah, I see the words.

QUESTIONS BY MR. MURA:

Q.    And then you see right below that it says, "With more active users, more clicks and better user satisfaction comes higher traffic, which is then turned into revenue.  Together, these three parts form a closed loop within our business."

Do you see that?

MR. MATTERN:  Object to form.

THE WITNESS:  Well, I think the -- this talk maybe is not in 2020 or 2021, right?  It should be early talk, right?

QUESTIONS BY MR. MURA:

Q.    Do you recall this being an early talk, sir?

A.    Yeah, because here it's mentioned that more clicks, right.  But in Douyin or TikTok, the interaction is not click.  Click is the -- is the interaction with Toutiao.

So I believe it should be a early talk, maybe before 2019.

Q.      Before 2019?

A.      Yeah.

Q.      So that would have been at the start of TikTok?

MR. MATTERN:  Object to form.

THE WITNESS:  I -- like I mentioned, the click is the interaction in Toutiao.  I think that words maybe is for Toutiao.

But I think the whole process, for example, you get the users, and the user view get -- feel product interesting and useful, then we -- we have a system for other monetization system to gain revenue.  I think the whole group is similar.

QUESTIONS BY MR. MURA:

Q.      Let me see if I can summarize these three parts in this document about culture and management philosophy.

So to summarize, ByteDance's business can be categorized into three parts: user acquisition, user retention, and generating revenue.

Correct?

Wenjia Zhu                                                119

MR. MATTERN:  Object to form.
Characterizes the document.

THE WITNESS:  Yeah, I believe
that's the common sense not in your
company.  It may be similar as other
internet company -- internet company,
too.

QUESTIONS BY MR. MURA:

Q.    And each of those goals is
related to growth.

Fair?

MR. MATTERN:  Object to form.

THE WITNESS:  I think growth is
not the only goal.  It's also about
how to increase productivity, increase
creativity of the user.

QUESTIONS BY MR. MURA:

Q.    And increase DAU.

Correct?

MR. MATTERN:  Object to form.

THE WITNESS:  Yeah, these two
goals in the long term, they align
with each other, because if you make a
product more useful, more interesting,
then you get the more users.

came from your files, though?

MR. MATTERN:  Object to form.

(Discussion with interpreter.)

THE WITNESS:  It's just the wording and the phrase are not familiar to me, so I don't believe I wrote that document.

QUESTIONS BY MR. MURA:

Q.    Sir --

A.    Maybe we can search in the Lark system to see who first create the document and then how many people change the document.

Q.    Well, sir, you may not have written it, but it came from your files, so that would mean that it was sent to you or shared with you at some point.

Fair?

MR. MATTERN:  Object to form.

QUESTIONS BY MR. MURA:

Q.    And you can see that on the last page where it says "custodian" and your name.

Do you see that?

A.    Yeah, I see that.

Q.    Okay.  You don't disagree with

that?

A.    I just feel surprised that why -- why the custodian is me, because I don't have impression on the document at all.

Q.    Okay.  Well, let's review the document.

Do you see the logo in the corner?

A.    On which page?

Q.    It's the logo in there.

A.    Yeah, I see logo.

Q.    Is that the Toutiao logo?

A.    No.  The left part is the Chinese character for Toutiao.  The red part, I don't know what does that mean.

Q.    So the left says Toutiao?

A.    I'm sorry, what?

Q.    The left character says Toutiao?

A.    The left two characters, Chinese characters, means Toutiao.

Q.    And the last page indicates this was last modified in February 2017.

Do you see that?

A.    Yeah, I see that.

Q.    And at that time, you were the chief technology officer of Toutiao.

Is that correct?

MR. MATTERN:  Object to form. Characterizes testimony.

THE WITNESS:  Yeah.  As I mentioned, I lead Toutiao's recommendation team in 2015 and in 2016.  And then I transfer to IES, and I lead the IES recommendation team.

So in 2017, I'm not responsible for Toutiao's product team or committee team.

QUESTIONS BY MR. MURA:

Q.    But for your work at IES, Toutiao was one of the products?

A.    No, no, no.  Toutiao is not one of the IES products.

Q.    Not one of the IES products?

A.    Yeah, yeah.

Q.    But you were in charge of the other products?

A.    In --

Q.    Douyin and TikTok?

MR. MATTERN:  Object to form.

THE WITNESS:  Yeah, and many short-form videos.

QUESTIONS BY MR. MURA:

Q.    Okay.  So this is a PowerPoint reviewing how one of ByteDance's companies uses ads to generate revenue.

Correct?

MR. MATTERN:  Object to form and foundation.

THE WITNESS:  Can you repeat the question again?

QUESTIONS BY MR. MURA:

Q.    So this PowerPoint contains an overview of how one of ByteDance's companies uses ads to generate revenue.

Correct?

MR. MATTERN:  Same objections.

THE WITNESS:  I think that -- I think I don't have any -- any impression for document.  But based on the content of the document, I think it's just some common sense about -- about ads.

QUESTIONS BY MR. MURA:

Q.    Okay.

A.     It looks like to -- to -- the entry level introduction as to the people not working on ads team.

Q.     Okay.  So the title is "Ads Growth."  And then if you look at the first two slides --

A.     Okay.

Q.     -- they discuss supply and demand for ads.

Do you see that?

A.     Yeah, I see that.

Q.     So let's look at the first slide.

Do you see where it says, "Increasing demand"?

A.     Yeah.

Q.     And then it says, "Advertiser acquisition"?

A.     Yeah.

Q.     Demand for advertisements increases the more advertisers you have.

Would you agree?

MR. MATTERN:  Object to form and foundation.

THE WITNESS:  Which sentence?

QUESTIONS BY MR. MURA:

Q.    I'm just asking you a question, sir.

A.    Yeah.

Q.    The demands for advertisements increases the more advertisers you have.

Would you agree?

MR. MATTERN:  Object to form and foundation.

THE WITNESS:  Yeah, I think it means you need a sales team to -- to reach advertisers, to persuade them to put budget on platform.

QUESTIONS BY MR. MURA:

Q.    And the next slide discusses increasing supply of ads.

Do you see that?

A.    I see that.

Q.    And just explain to the jury, the supply of ads means how many ads can be shown on the platform.

Yes?

MR. MATTERN:  Object to form and foundation.

THE WITNESS:  According to the

QUESTIONS BY MR. MURA:

Q.    So user growth means more active users?

A.    Yeah.  But some -- yeah. Because if the user is not active or the retention is extremely low, then you cannot grow DAU or MAU at all.

Q.    More users, more active users, means more people to see the ads.

Is that correct?

MR. MATTERN:  Object to form.

THE WITNESS:  I would say -- I would say that's usually correct.

QUESTIONS BY MR. MURA:

Q.    And third is "Increased user engagement, time spending."

Yes?

A.    I think from the document it say -- it says if you have more users and the user spend more time on your app or on your product, then you have more placement for ads.

Q.    Okay.  So that means the more time people spend on the app, the more opportunity to show them ads?

MR. MATTERN:  Object to form.

THE WITNESS:  No, it's much broader.  I think the purpose is to get a firsthand information about how a user feel about our product.

(Zhu Exhibit 15 marked for identification.)

QUESTIONS BY MR. MURA:

Q.    Let's pull up Tab 17, which we're marking as Exhibit 15.  This is TIKTOK3047MDL-236-04863562.

MR. MURA:  Let's go off the record for a minute.

VIDEOGRAPHER:  The time is 12:53 p.m.  We are off the record.

(Off the record at 12:53 p.m.)

VIDEOGRAPHER:  The time is 1:02 p.m.  We are back on the record.

QUESTIONS BY MR. MURA:

Q.    Sir, this is a document titled "US TT street interview notes."

Do you see that?

A.    Yeah.  I have go through this document, and I feel I have impression about this interview.  But I think the date is

Wenjia Zhu                                                174

either in 2019 or before 2019.

Q.    And this document came from your files.

Any reason to dispute that?

A.    It -- I didn't wrote -- write the full document, but I think I participate in the street interview.  And I think we go to several cities, and in each city we interview maybe 10 or 20 or even more users -- sorry, sorry.  Not necessary users.  Random people, yeah.

Q.    When a document is found in your files, sir, it could mean that you authored it, but it could also mean that someone sent it to you or shared it to you.

Yes?

MR. MATTERN:  Objection to form.

THE WITNESS:  I think in the Lark document they have a rule.  For example, maybe the author write a document, create a document.  Later, the author give the company.  Then the custodian, right, will change it to maybe his plus 1.

That's why -- maybe that's why the -- you raise several document.  I have no impression whether the custodian is me.  I think it could be created in this way.

QUESTIONS BY MR. MURA:

Q.    Are these notes on a trip that you took?

A.    We divide into different groups.  So every groups will do their interview, and then later we will combine information together.

Q.    So is that a yes?

A.    I wrote part of the notes, not all notes.

Q.    Sir, do you know who Drew Kirchhoff is?

A.    Yes, I think he -- he's -- at that time, I think he's on the product team.

Q.    And he's a colleague of yours.  Yes?

A.    Yes.  Yes.

Q.    If you pull up Tab 4 --

A.    Okay.

Q.    -- Exhibit 4, the picture book,

sir.

Vince, if you could pull up Tab 4.

A.    A picture book.  Right.  Okay.

Q.    If you can look at slide 3.

A.    Yeah, yeah.  I know him, yeah.

Q.    The individual on the screen, that's Mr. Kirchhoff?

A.    Yes.

Q.    Mr. Kirchhoff was deposed in this case.

Were you aware of that?

A.    Yeah, yeah.

Q.    Are you aware that Mr. Kirchhoff testified under oath that you and V Pappas took a trip to the US to interview random strangers on the street about TikTok?

MR. MATTERN:  Objection to form.

THE WITNESS:  Yeah, like I mentioned, I attend such interviews several times in US.

QUESTIONS BY MR. MURA:

Q.    Are you aware that

Mr. Kirchhoff testified that one of the purposes of the trip was to figure out how to accelerate TikTok's US growth among high school males, athletes and popular kids?

MR. MATTERN:  Objection to form.

THE WITNESS:  You mean do I know he testified the purpose of the -- okay.

I think the purpose of the street interview is to get a firsthand experience about everything about the TikTok, not just the growth in -- like he mentioned, high -- high school males, right?  It's, I think, broader than that.

QUESTIONS BY MR. MURA:

Q.    You think it's broader than that, but it would encompass growth.

Fair?

MR. MATTERN:  Object to form.

THE WITNESS:  To accelerate growth, right.  I think to accelerate growth is just a part of the reason. We want to know from the user's view,

right, or nonuser's view what TikTok is and then try to figure out how to improve it.

QUESTIONS BY MR. MURA:

Q.    And Mr. Kirchhoff testified that one of the purposes of the trip was to focus on males, high school males.

MR. MATTERN:  Objection to form.

THE WITNESS:  I'm not sure, yeah.

Yeah, from my point of view, I just think we need to get more diverse content from more diverse user groups, not just high school males.  It sound too narrow.

QUESTIONS BY MR. MURA:

Q.    But that was part of it. Yes?

MR. MATTERN:  Objection to form.  Asked and answered.

THE WITNESS:  Yeah.  If the whole purpose is to get a better understanding of the TikTok, then high school males are of course part of it.

please?  All the way at the bottom of that page.

A.    566, right.

Q.    Yes, sir.

There it says, "Interviewee 6: Three males, one female, 14 years old."

Do you see that?

A.    Yeah, I see it, yeah.

Q.    On the next page, also at the bottom of the page, do you see where it says, "Interviewee 8:  Two males, 17/18 years old, seniors in high school"?

A.    Yeah, I see it, but I think I'm not in the same group as them.

Q.    And do you see on the next page -- or, I'm sorry, the page ending in 573, there it says, "Interviewee 1:  Male 16-year-old"?

A.    Yeah.

Q.    Do you see that?

And then on 597, do you see it says, "Interview 3:  Group of high school juniors in the surrounding Houston area"?

Do you see that?

MR. MATTERN:  Objection to

form.

THE WITNESS:  Yeah, I see that.

QUESTIONS BY MR. MURA:

Q.    Can you turn to 601, please?
At the top of the page?

A.    Yeah.

Q.    And there it says, "Interview
1:  Group 6 of female eighth graders."

Do you see that?

A.    Yeah, I see that.

MR. MATTERN:  Objection to
form.

It also says, "and three moms
in their early 40s."

QUESTIONS BY MR. MURA:

Q.    And it also says, "and three
moms"?

A.    Yeah, I think that is the
interview I -- I -- actually I participated.
We -- we -- Adam and Drew.

Q.    So you recall speaking to a
group of six female eighth graders?

A.    Yeah, I think I meet them maybe
in -- in some mall, yeah.  There's three mom
and maybe three -- three -- their daughters.

And then ask them for their suggestions or advice.

Q.    And then if we turn to page 613, do you see where it says, "Interview 1:  13-year-old male"?

MR. MATTERN:  And it also says, "aware, not a user."

THE WITNESS:  Yeah, I'm not in that group.

And I want to also add some explanation here that we don't select interviewers based on their age.  For example, all the interviewers under 18, we don't do that.  Because on document I -- I think you can easily find interviewees above 20.

We just wanted to give a -- get a whole understanding of the entire users, yeah, no matter he older -- older than maybe 14, 16 or under 20. We want to get impression about how they think about TikTok.

I could even remember that I -- I see a person maybe over 30, and he told me one of his, maybe, nephew or

Do you see where it says, "Interviewee 3:  13-year-old female, aware, previous Musical.ly? user"?

A.    I think I'm not in that group. Yeah, so -- so I -- I don't know that -- whether -- what kind of users they would pick.

Q.    Sir, you mentioned this was a common practice of TikTok.

How often did TikTok employees troll the streets for kids to increase growth on the TikTok app?

MR. MATTERN:  Objection to form.  Characterizes testimony.

THE WITNESS:  Just as I mentioned, we did not only pick young users.  We tried to interview random users.

And you also asked the frequency.  Right?  I think we did it on a yearly basis.

(Zhu Exhibit 16 marked for identification.)

QUESTIONS BY MR. MURA:

Q.    Let's go to Tab 18, please.

This is Exhibit 16, and it's TIKTOK3047MDL-004-00290427.

Sir, if you see on the last page, you're a custodian of this document.

Yes?

A.    Yes.

Q.    And you see that the document was created May 5, 2022?

A.    Yes.

Q.    Do you recognize this document?

A.    Yes.

Q.    What is it?

A.    It just seems we have internal debate about how we design a strategy for all user experience for under 13 model.

I think at that time our strategy is to build a kids model kids mode if the user is under 13.  In the kids mode, all the content strictly moderated by third party, and the content pool is very small to ensure safety.

But someone propose an even aggressive -- more aggressive idea is to remove all the users under 13.  So I think I wrote the document to express my thoughts.

Q.    The title of this document is "U13 model."

Do you see that?

A.    Yeah.

Q.    And it says, "If we promise to remove all U13 users, the internal/external pressure would eventually make it truly happen."

Do you see that?

A.    Yeah.

Q.    And U13 means under 13?

A.    Yes.

Q.    A U13 model, is that an AI model trained to identify under 13-year-old users on the TikTok app?

A.    I think in the TnS team, there is a model to category user into four groups named L1, L2, L3.

But I forget the threshold.  L1 maybe means under 14 or under 15.

Yeah, so I'm not -- I can't remember whether there is a under 13 model.

Q.    What did you mean when you wrote "U13 model"?

A.    If -- sorry, I cannot remember

but the feed is different.

QUESTIONS BY MR. MURA:

Q.    Yes.  I'm not asking about kids mode.

A.    Yeah, yeah, yeah.

Q.    I'm asking about the regular TikTok app that you and I --

A.    Yeah.

Q.    -- could access.

A.    I mean, the app is the same, but the experience and the feed is different, yeah.

Q.    Okay.  So children under 13 are not supposed to have that experience?

A.    Yes.  Yes.

Q.    Okay.  In the United States?

A.    Yeah.

Q.    The document says, "If we promised to remove all U13 users, the internal/external pressure would eventually make it truly happen."

Do you see that?

A.    Yeah.  I think I means if we make -- make a promise, say, not only we present into kids mode, we will remove them.

If we say it, then we need to do it finally.

Q.    And under platform it says,
"Pros, probably better reputation before
regulators."

Do you see that?

A.    Yeah.  I mean, if we have no
underage users, for example, user under 13,
then I think there will be less news about
us.

Q.    And when you say "news about
us," can you explain --

A.    Bad news.

Q.    There was bad news about
TikTok?

A.    Yeah.  I have seen some news
about teenagers.  They have a concern that
teenagers may have a bad experience on
TikTok.

But if we don't have young
users, then this news will disappear.

Q.    And then it says, "Cons."

Do you see that?

A.    Yes.

Q.    "Less DAU."

Do you see that?

A.    Yeah.

Q.    So according to the documents that you wrote, if TikTok were to finally remove all children under 13 from the main TikTok experience, the nonkids mode, there would be a downside.

Yes?

MR. MATTERN:  Object to form and characterizes the document.

THE WITNESS:  Through some interviews, some adults told me that -- that the way they get to know TikTok is because their children use TikTok.

So I think if the overall experience in kids mode is safe enough, it's better we let the user use the app, yeah, so the parents can know the TikTok as well.

QUESTIONS BY MR. MURA:

Q.    Sir, I'm not asking about kids mode.

A.    Okay.

Q.    I'm asking about the regular TikTok experience.

A.      Yeah, the young -- okay.

Q.      This document is saying that if you promise to remove all U13 users, right --

A.      Yeah.

Q.      -- and you succeeded in that, one of the cons would be less DAU.

Yes?  That's what this document says?

MR. MATTERN:  Objection to form and characterizes the document.

THE WITNESS:  Yeah, I think that means -- remove means let them totally cannot use the app at all.

Yeah, I think it's too restrictive because kids mode is safe enough.

QUESTIONS BY MR. MURA:

Q.      Okay.  Let's put aside kids mode.

Okay?

A.      Yeah.

Q.      You wrote here that one of the cons would be less DAU if under 13-year-old users are no longer accessing the main TikTok experience.

Yes?

response about your testimony?

A.   You mean -- David didn't respond anything, right?  I think he just said it's normal break.

Q.   Okay.

A.   Yeah.

Q.   I'll caution you on breaks that because we're continuing this process, not to talk about the substance of your testimony.

A.   Okay.  Okay.

(Zhu Exhibit 29 marked for identification.)

QUESTIONS BY MR. MURA:

Q.   Let's pull up Tab 29.  And we already introduced this as Exhibit 29, TIKTOK3047MDL-153-LARK-07425095.

Sir, I'll represent to you that this document was produced to us by the lawyers from your files.

A.   Okay.

Q.   Do you see that listed on last page, your name?

A.   Yeah, I see my name, but I think it's written by someone from the TnS team.

Q.    Okay.  But it was sent to you, so it was in your files.

A.    Okay.

Q.    If you turn to the last page, also, do you see where it says, "Created and modified"?

A.    Yeah.

Q.    And do you see the date is July 20, 2021?

A.    Yes.

Q.    So looking back at the first page, the title is "T&S Digital Wellbeing Product Strategy."

Do you see that?

A.    Yes.

Q.    Are you familiar with this document?

A.    I have some memories about the document.  I think I have seen it before, but I can't remember all the details of the -- the document.

Q.    And is it fair to say that this document outlines several feature changes designed to improve user well-being?

MR. MATTERN:  Object to form.

Characterizes document.

THE WITNESS:  Yeah, let me look at -- yeah, I just quickly scan document.  I don't think they proposed many details.  The only details I have seen is that screen time measurement.

Other than that, it seems to look like maybe a high-level principle or high-level ideas.  But I don't see too many features, special features, on the document.

QUESTIONS BY MR. MURA:

Q.    Okay.  But this is a document about well-being, digital well-being product strategy.

Yes?

A.    Yes.

Q.    Do you see on the page ending in 099 it says, "FAQ"?

A.    Yes.

Q.    And do you see where it says, "Impact to core metrics"?

A.    Yeah, yeah.

Q.    And core metrics, that would include stay duration.

Yes?

A.    Yes.

Q.    In fact, stay duration is listed in the bullet right above.

Do you see that?

A.    Yeah, I see it.  Yeah.

Q.    Or right below.  Excuse me.

Do you see that right below?

A.    Yeah.

Q.    And then the number listed for acceptable range is 5 percent for minors and extreme usage.

Do you see that?

A.    Yeah, I see that.

It's just like I just mentioned.  When they asked me for a number to have a reference, I gave them 5.  Because if we regularly remove 50 percent of the content, the stay duration drop will be like 2 or 3 percent.  So 5 percent means they have to remove over 50 percent of the content.

It couldn't be the real case, because most content user upload is just good content.

Q.    Sir, you set this 5 percent

limit.

Is that your testimony?

MR. MATTERN:  Objection to form.  Characterizes testimony.

THE WITNESS:  They asked me for a number.  I suggest 5.

If it's over 5, it usually means their implementation has some bugs.  Yeah.

For example, you may want to filter sexual content.  Maybe the real percentage is 5 percent, but you overkill far more content than the 5 percent, maybe 50 percent.  Then the DO loss -- the stay duration loss will be very big.

That usually means the implementation is wrong.

QUESTIONS BY MR. MURA:

Q.    Sir, 5 percent of an hour is three minutes.

Would you agree?

A.    5 percent.  Yeah.  Yeah.

Q.    So if a minor safety feature caused minors to spend three minutes less on

So the impact of the model should not be significantly over 10 percent or 20 percent.

That -- if you remove 10 percent or 20 percent of videos, the stay duration loss won't be 3 percent.  It will be much less.

QUESTIONS BY MR. MURA:

Q.    We're talking about a difference of 72 seconds per hour in stay duration.

Yes?

MR. MATTERN:  Objection to form.

THE WITNESS:  Yes, I think your calculation is correct.

(Zhu Exhibit 33 marked for identification.)

QUESTIONS BY MR. MURA:

Q.    Let's go to Tab 33.  This is TIKTOK3047MDL-192-04793121.  Mark this as Exhibit 33.

Sir, this is a document that came from your files.

A.    Yeah.

Q.    Any reason to dispute that?

A.    Yeah.

Q.    You said yes?

A.    Sorry.  I mean, I know the document.

Q.    Okay.  You know the document?

A.    Yeah, yeah, yeah.

Q.    You've seen this before?

A.    Yes.

Q.    The document is titled "P&C decision doc:  Force login versus guest mode, consent box and age-gate in US/EU."

Do you see that?

A.    Yeah, I see that.

Q.    Did you author this document?

A.    Do I write the document?

Q.    Yes.

A.    No.

Yeah, I think at that time ▉ is responsible for age-gate, because I think he launched the feature in 2021.

Q.    But you've read it before?

A.    Huh?

Q.    You remember seeing it before?

A.    Yes.

A.    Yes.

(Zhu Exhibit 34 marked for identification.)

QUESTIONS BY MR. MURA:

Q.    Let's look at Tab 34, please.

It will be Exhibit 34.  This is TIKTOK3047MDL-182-LARK-07920484.

Sir, this is a Lark chat between you and ▮▮▮▮▮▮▮▮▮▮

Is that right?

A.    Yeah.

Q.    And if we pull up Tab 4, the demonstrative, slide 8.

This is ▮▮▮▮ --

A.    Yeah.

Q.    -- ▮▮▮▮▮

Yes?

A.    Yes, yes.

Q.    And we can go back to the chat.

At the time of this chat in 2021, ▮▮▮▮▮▮▮ was senior director of global communications.

Yes?

A.    Yes.

Q.    And in this chat thread, you

and ▮▮▮▮▮▮▮ are discussing a Wall Street Journal story about rabbit holes on TikTok.

Yes?

A.    I need some time to read through the document.

Okay.  I get context.

Q.    Sir, can you look at the chats on the first page stamped 13:01:30?

A.    Okay.

Q.    Do you see where ▮▮▮▮▮▮▮ writes, "The finding that 93 percent of videos in a given time were on depression content is the fear that people have - is seeing almost exclusively one topic, whatever it is, too much/how do we keep diversifying that."

Do you see that?

A.    Yeah, I see it.

Q.    ▮▮▮▮▮▮▮ is referring to one of the Wall Street Journal's test accounts that fell into a depression rabbit hole.

Yes?

A.    Yes.

Q.    Please turn to the page ending

in 486.

          At the top of the page, do you see where you say --

     A.     Yeah.

     Q.     -- "Yes, I'm trying to understand the priority.  The difficulty is: We could add some diversity, but not too much, otherwise, users will leave, retention will drop."

          Do you see that?

     A.     Yeah.

     Q.     So the concern here is that user retention would drop if the For You feed is more diverse.

          Yes?

          MR. MATTERN:  Object to form.

          THE WITNESS:  If it's -- if we add too much content not -- but not according to the user's interests.

          You know, for example, if a user like gardening and animals for -- little animals, but we want -- but we instead recommend videos for other category too much -- too much means maybe you add 30 percent -- then the

user will feel there are too -- too many content not related to him, and stay duration will drop and the retention will drop.

QUESTIONS BY MR. MURA:

Q.    So the difficulty that you're discussing here is that if the For You feed is too diverse, then users will leave --

A.    Yeah.

Q.    -- retention will drop --

A.    Yeah, if --

Q.    -- and less content diversity may keep users on the TikTok app.

Yes?

MR. MATTERN:  Object to form. Outside his testimony.

THE WITNESS:  It means recommendation engine could only edit diversity based on user's interest.

If you recommend -- if the recommendation -- if you change the recommendation too much, then the user is not interested in the content anymore.

QUESTIONS BY MR. MURA:

Q.     Another threshold.

Right?

A.     It's not a threshold.  In the dialogue, I tried to understand, is -- should we add more diversity to solve the issue in the news, or should we build classifier to identify better content.  For example, the content ████████ mentioned, depressing content.  Which one is the true issue.

I believe after discussion that we need -- really needed to identify negative content, or bad content, and greatly demote this content.

In the same time we can add a little bit of diversity, but not too much, yeah.

(Zhu Exhibit 35 marked for identification.)

QUESTIONS BY MR. MURA:

Q.     Sir, let's pull up Tab 35.

This is Exhibit 35, TIKTOK3047MDL-060-01157747.  The title of this document is "Launch of Negative Affect Dispersion Strategy Global Rollout."

Do you see that?

A.    Yeah.

Q.    And it was last updated June 2023.

Do you see that?

A.    Yeah.

Q.    Do you recognize this document?

A.    It seems it come from the data team, but I -- I'm not familiar with this particular document.

Yeah.  If the document were created after 2023, then I don't know.

Q.    Sir, do you see consulted with Ryn Linthicum?

A.    I don't know him.

Q.    Ryn Linthicum testified in this case that they believe they presented to you on the negative affect dispersion model.

Any reason to doubt that?

MR. MATTERN:  Object to form.

THE WITNESS:  I don't know this person.  I don't even remember the name, no.

QUESTIONS BY MR. MURA:

Q.    The project that this is

referring to was designed to solve depression

rabbit holes on TikTok.

          Yes?

          MR. MATTERN:  Object to form.

     Foundation.

          THE WITNESS:  I haven't found

     depression in the document.

QUESTIONS BY MR. MURA:

     Q.    Well, it says --

     A.    I believe it's definitely about

dispersion strategy, but I'm not -- I'm not

certain if it's targeted at the previous

document, that depression comment.

     Q.    What is -- what is negative

affect dispersion, sir?

     A.    I think it's hard to

understand.  Maybe it's a better translation,

maybe, for a Chinese term.

          I believe that may means...

     Q.    Would you like someone to

translate it for you, sir?

     A.    It's just I'm not familiar with

document.  Maybe I need to read, for example,

background and maybe testing section to fully

understand the document.

A.    Yeah, yeah, yeah.

Q.    The priority between adding diversity --

A.    Yeah.

Q.    -- which would help the problem, and too much diversity --

A.    Yeah.

Q.    -- which would cause users to leave, retention will drop.

That's what you said --

A.    Yeah.

Q.    -- in that Lark chat.

Yes?

A.    Yeah, yeah.

MR. MATTERN:  Object to form.

THE WITNESS:  It will create normal users experience too much.

QUESTIONS BY MR. MURA:

Q.    Let's go to 35.

A.    Yeah.

Q.    Do you see on page 2?

A.    Yeah.

Q.    Do you see where it says, "Project background"?

A.    Yes.

Q.     And it says, "In July 2021, Wall Street Journal flagged TikTok's algorithms revealed the risk of users entering rabbit holes, i.e., filter bubbles, where users may get stuck in a loop of content featuring negative affect."

Do you see that?

A.     Yes.

Q.     Do you need the phrase "negative affect" translated for you, sir?

A.     I think it just means if a user received the content too much, it may make them feel uncomfortable.

Q.     Could it mean depression, sir?

A.     Yeah.

Q.     So this is specifically discussing the problems that the Wall Street Journal identified.

Yes?

A.     Yes.

Q.     Can you turn to the page ending in 749 under A/B testing?

A.     Yes.

Q.     Do you see where it says, "A/B testing"?

Wenjia Zhu                                                           428

A.      Yeah.

Q.      And then it says, "Success metrics."

Do you see that?

A.      Yes.

Q.      And if you look three bullets down, it says, "Stay duration, top limit for filter bubble project, less than or equal to negative 0.3 percent."

Do you see that?

Sorry, just 0.3 percent.  Do you see that?

A.      I see that.

Q.      Do you recall setting a 0.3 percent stay duration limit for the filter bubble project?

A.      Of course not.

Q.      That's what this document says.

Yes?

MR. MATTERN:  Objection to form.

THE WITNESS:  Yes.

MR. MATTERN:  Characterizes document.

THE WITNESS:  I think it's

CERTIFICATE

I, CARRIE A. CAMPBELL, Registered Diplomate Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, Wenjia Zhu, was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

<%31964,Signature%>

_____
CARRIE A. CAMPBELL,
NCRA Registered Diplomate Reporter
Certified Realtime Reporter
California Certified Shorthand
Reporter #13921
Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter
#084-004229
Texas Certified Shorthand Reporter #9328
Kansas Certified Court Reporter #1715
New Jersey Certified Court Reporter
#30XI00242600
Louisiana Certified Court Reporter
#2021012
Notary Public
Dated:  May 29, 2025

**Exhibit 427B**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA                 )
ADOLESCENT ADDICTION/PERSONAL       )
INJURY PRODUCTS LIABILITY           ) MDL No. 3047
LITIGATION                          )
_____     )
THIS DOCUMENT RELATES TO:           )
ALL ACTIONS                         )
_____
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES
UNLIMITED JURISDICTION

COORDINATION PROCEEDING          ) Lead Case No.
SPECIAL TITLE [RULE 3.550]       ) 22STCV21355
                                 )
SOCIAL MEDIA CASES               ) JCCP No. 5225
_____ )
THIS DOCUMENT RELATES TO:        ) Judge:
ALL ACTIONS                      ) Carolyn B.
                                 ) Kuhl, Dept.12


SUNDAY, MAY 25, 2025


CONFIDENTIAL – ATTORNEYS' EYES ONLY –
PURSUANT TO PROTECTIVE ORDER

⬛ ⬛ ⬛

Videotaped deposition of Wenjia
Zhu, Volume II, held at the offices of King &
Spalding, LLP, 1 Raffles Quay, #31-01 North
Tower, Singapore, commencing at 9:04 a.m., on
the above date, before Carrie A. Campbell,
Registered Diplomate Reporter, Certified
Realtime Reporter, Illinois, California &
Texas Certified Shorthand Reporter, Missouri,
Kansas, Louisiana & New Jersey Certified
Court Reporter.

⬛ ⬛ ⬛

GOLKOW LITIGATION SERVICES
877.370.DEPS
deps@golkow.com

VIDEOGRAPHER:  We are back on the record.  Today's date is May 25, 2025.  This is a continuation deposition of Wenjia Zhu.

The time is 9:04 a.m.  We are back on the record.


DIRECT EXAMINATION (continued)

QUESTIONS BY MR. MURA:

Q.    Good morning, sir.

A.    Good morning.

Q.    I'll just remind you that you're under oath.

You understand that?

A.    Yeah, yeah.

Q.    And that the same rules that we discussed yesterday will apply to today's --

A.    Okay.

Q.    -- proceedings?

And the interpreter is also under oath.

Yes?

INTERPRETER:  Thank you.

(Zhu Exhibit 37 marked for identification.)

QUESTIONS BY MR. MURA:

Q.    Can we pull up Tab 38?  This is TIKTOK3047MDL-045-LARK-00468321, and this is Exhibit 38.

Sir, this document is titled "General Recommendation Intro."

Yes?

A.    Yes.

Q.    And it's about the recommendation system.

Yes?

A.    Yes.

Q.    And we've discussed you're very familiar with the recommendation system.

Yes?

A.    Yes.

Q.    Have you seen this document before?

A.    No.  I think in our company we don't have a strict rule who can write introduction, so I believe there are a bunch of recommendation introduction written by different people.

Q.    Okay.  I'll represent to you that this document was last modified on

February 10, 2021.

Do you see that?

A.    Yeah.

Q.    So let's look at the first paragraph on the first page, the language, "The purpose."

It says, "The purpose of this doc aims to give a gentle introduction into how the recommendation system works."

Do you see that?

A.    Yeah.

Q.    And do you see the section that's titled "Simple intro into how recommendation works"?

A.    Yeah.

Q.    And if we zoom out and go to the next sentence, and if we can also pull in the graph.

A.    Yeah.

Q.    It says, "TikTok, in essence, simply consists of the interactions between, one, users, and, two, videos."

Do you see that?

A.    Yeah.

Q.    So according to this explainer,

Q.    So according to the document, a new user starts TikTok for the first time, and the recommendation system, it doesn't just load video recommendation, right?  It loads several?

A.    Yeah, yeah.

Q.    And the number is actually eight.

      Right?

A.    I'm not sure whether it's eight today, but I think it's some -- ranging from maybe five to ten.  But not one.  Otherwise, it will put too much computing this other side.

Q.    So your experience, it was five to ten but not one?

A.    Yeah.  Yeah.

Q.    And this document says eight.

      Yes?

A.    Yeah.

Q.    So that just means the recommendation system queues up several videos, five to ten, or eight here --

A.    Yeah.

Q.    -- to show to the user.

Yes?

A.    Yeah.

Q.    And this group of videos is called the load.

Is that correct?

A.    It could be called load.

Q.    Okay.  Next the document says -- strike that.

Next the document says -- it refers to "this load contains eight videos."

Right?

A.    Yeah.

Q.    You just testified it could be five to ten, but this says eight videos.

And it says, "These eight videos are chosen from a small pool of videos that are known to be very popular on TikTok."

Do you see that?

MR. MATTERN:  Object to form.

THE WITNESS:  I see that, but it's not accurate.

Actually, the whole pipeline contains several stage.  The first stage is called recall.  So the total repository of videos is usually on

scale of several hundred million, and the recall system will return several thousand to the ranking system.  Then ranking system finally select the eight videos to the users.

So the words "known to be very popular on TikTok," I think, is not -- not correct.

And if you use TikTok itself, you can always see videos with very little like.  So they are not popular videos.

QUESTIONS BY MR. MURA:

Q.    Sir, how would you describe the first set of videos that are selected by the recommendation algorithm system?

A.    It's -- it's not different from other videos.  It's just some features are not -- I mean, since the system don't know the interest of the users, so some features are randomly initiated, but the whole pipeline process is the same.

Q.    So you just said the system doesn't at this point know the interests of the users.

So is it fair to say that this first load of videos, whether it's five to ten or eight, they're not personalized to the user?

Yes?

MR. MATTERN:  Object to form.

THE WITNESS:  There is a little personalization based on information that we can get from new users, but I think it's very limited.  It's like whether you are using the Android system or iOS system.  Maybe the land you're sitting or the rough location, for example, whether in US or Singapore.

So still they're a little bit of personalization, but are not targeted on the specific users.

QUESTIONS BY MR. MURA:

Q.    So there's a little personalization based on private information that TikTok collects --

A.    Yeah.

Q.    -- such as location --

MR. MATTERN:  Object to form.

Q.     And when it says, "Those interests are not human readable," do you see that?

A.     Yeah.  It's not directly readable because it's a bunch of numbers, for example, 500 numbers are ranging maybe from -- it's something like 3.13, 4.07, so it's not directly readable.

But with some help, for example, if you try to do clustering, then for each cluster is somehow understood, for example, maybe other cat video will be clustered together.

So that indicate the recommendation system will understand a little bit of the content.

(Zhu Exhibit 42 marked for identification.)

QUESTIONS BY MR. MURA:

Q.     Let's go to Tab 42.  This is TIKTOK3047MDL-015-00331402, and it's also Exhibit 42.

Sir, have you had a chance to review it?

A.     Yeah.

Q.     All set?

       Okay.  Do you see the last page where it says, "File name"?  That the document is called "algo playbook"?

A.     Yeah.

Q.     And do you see that the date is November 2019?

A.     Yes.

Q.     Have you seen this document before?

A.     No.  I mentioned, there are too many people write introduction to recommendation system.

Q.     But you're familiar with the content shown?

A.     I think I could understand most of the content.

Q.     Can you turn to page -- the 19th page of this slide deck, please?  It's the one that starts with "recommendation roadmap" at the top.

A.     Okay.  I see the page.

Q.     And do you see the title of that slide, "Recommendation Roadmap"?

A.     Yeah, I see the title.

way to improve diversity.

QUESTIONS BY MR. MURA:

Q.    Can you please turn two more pages, please, to where the slide says "Predict"?

A.    Yeah.

Q.    And this is again talking about the recommendation algorithm.

Yes?

A.    Yeah.  Yes.

Q.    And it says, "All user actions, like clicks and play time, are inputs used to predict a user's personality and engagement on a given video."

Do you see that?

A.    I see that, but I think the document may be written by someone outside the -- the data team.  So the wording he -- he used is kind of strange.

The input I used to train model, right, then we used the model to predict the possibility of certain action. And the prediction take into account that the using betting, so the score is personalized.

Q.    That's very helpful.

So what -- how would you have written this?

A.    How would I have written this?

Q.    Yes.

A.    I would say all user interactions, like play time, click "like," follow the creators, whether to use the soundtrack, are training instance used to train a model and the model updated in realtime.

And finally, we used the model to predict users different behaviors on new video and combine the signal to get final score of the video.

Finally, we rank videos according to the -- to the score.

Q.    And can I ask you to turn to the next slide, please?

A.    Okay.

Q.    Do you see where it says, "Personalized" and then "Item ranking"?

A.    Yeah, yeah, I see it on the screen.

Q.    And there it says, "As we combine users' action rates, finish rates" --

A.    Yeah.

Q.    -- "like rates, follow rates, share rates, et cetera, on each video, we rank videos by the highest probabilities of engagement by the user."

Do you see that?

A.    Yeah, I see that.

Q.    And it says, "Capped by frequency rules."

Do you see that?

A.    I see it.

Q.    So the recommendation algorithm is trying to choose whichever video will be most engaging to the user based on past user actions.

Yes?

MR. MATTERN:  Objection to form.  Characterizes document.

THE WITNESS:  Yeah, first, it's not we combine users' action rate. It's we combine the model -- the model's output to -- the model used to predict user's action rate and we use to predict -- predicted the output and then combined these predicted values

together.  Then we rank videos according to a score.

So I think the final score is correlated to engagement, but engagement itself is not a very clear definition, right.

Sometimes maybe if you add more weight on like, then the finish rate will increase.  So in the end, it's a balance of different action rate.

QUESTIONS BY MR. MURA:

Q.    So you would say it's a balance?

A.    Yeah.

Q.    Different weighted factors?

A.    Yeah.

Q.    But overall, the ranking is trying to be -- is trying to order videos by highest probability of engagement?

MR. MATTERN:  Object to form.

THE WITNESS:  Yeah.  Let me give you an example.

If we put too much weight on finish rate, then short videos will have some advantage, right?  If the

Yes?

MR. MATTERN:  Object to form and --

THE WITNESS:  It's not designed by the algorithm.  It's designed by engineer.  They test different combination.

For example, we can try to add more weight on finish rate.  Then what we observe is that the finish rate increase, but other user behavior will decrease.  And maybe the experience will be worse, so that will not be accepted.  Yes.

So it's usually decided by a combination of A/B test and the human common sense.

QUESTIONS BY MR. MURA:

Q.    Let's pull up -- oh, let me ask you one more question about this document, sir.

A.    Okay.

Q.    If you flip to the next page, at the top of the page, do you see where it says, "TikTok recommendation algorithm is not

capable of recognizing potentially inappropriate content.  This is because our algorithm is based mostly on user interactions; thus, it lacks the ability to detect gray area content since algorithm has no idea what type of content it is recommending to users."

Do you see that?

A.    Yeah, I think -- I think accurate -- add some explanation here.

Since the model take user ID, item ID, into input and then try to predict user's action, it have very limited understanding of what the content actually is.

It's different than human can actually understand every words and every images.  The algorithm have very limited understanding.

Yeah, so that's why I set that direction.  And we want to compensate the weakness of the recommendation system by working with TnS.  They could provide content classification model so we can use to demote inappropriate content.

together.

Q.    So your team was proposing to use a level model to detect under 18-year-olds?

MR. MATTERN:  Objection to form.  Mischaracterizes testimony.

THE WITNESS:  Yeah.  According to the document, I think they proposed use level model and age-gate together to increase the coverage.

(Zhu Exhibit 52 marked for identification.)

QUESTIONS BY MR. MURA:

Q.    Let's pull up Tab 56.  This is Exhibit 52.  It's TIKTOK3047MDL-001-00003076.

MR. MURA:  Let's go off the record.

VIDEOGRAPHER:  The time is 12:07 p.m.  We are off the record.

(Off the record at 12:07 p.m.)

VIDEOGRAPHER:  The time is 12:12 p.m.  We are back on the record.

QUESTIONS BY MR. MURA:

Q.    Sir, the algorithm team, your team --

A.     Yes.

Q.     -- used an age model as part of TikTok's recommendation engine.

Yes?

MR. MATTERN:  Objection to form.

THE WITNESS:  Yes.

QUESTIONS BY MR. MURA:

Q.     And that's what this document before you is discussing.

Yes?

A.     What?

Q.     That's what this document before you on the screen...

A.     This document before I -- yeah, yeah, I can see document on my screen.

Q.     Yes.

And the title of the document is "TT-M user age model launch announcements."

A.     Yeah.  After I read document, I think it's a regular update of the age model, but not cover all the regions.  I think TT-M and the TT-T means two different sets of countries.

Q.     And which set would include the United States?

A.     TT-M.

Q.     And this is an announcement in reference to the use of an age model as part of TikTok's recommendation algorithm.

Is that correct?

MR. MATTERN:  Object to form.

THE WITNESS:  Yeah.  Yeah.  We use it to apply more aggressive filters to young users.

QUESTIONS BY MR. MURA:

Q.     Do you see where it says here, "In order to improve user experience, TikTok data team and TikTok product team trains and iterated the user age model in June 2021"?

A.     Yeah.

Q.     "Based on the improvement of model performance, we conducted A/B tests and explained the changes of all the core metrics.  Currently we have already launched the new version of user age model in TT-M regions on October 27th."

Do you see that?

A.     Yeah.

MR. MATTERN:  Objection to form.  Characterizes document.

QUESTIONS BY MR. MURA:

Q.   Do you see just below that there -- it says, "Performance table"?

A.   Yes.

Q.   Do you see there's a column "all users"?

A.   Yes.

Q.   And under that it says "1"?

A.   Yeah.

Q.   And 1 means L1?

A.   According to the table, I think so.

Q.   And we've reviewed that's 13 and 14.

Yes?

A.   Yes.

And according to the table, I think it partly explain the confusion you have in the last document.  You multiply 26.5 with 50 and get an insanely big number.

We can look at here, the precision of area 1 before upgrade is only 27.  That means every four account the model

think is L1.  Only actually one of them is actually -- is truly L1.

So at that time before upgrade, the model is highly inaccurate.

MR. MURA:  I'll move to strike that as nonresponsive.

MR. MATTERN:  Objection.

QUESTIONS BY MR. MURA:

Q.    Sir, this is talking about DAU.

Right?

MR. MATTERN:  Objection.

THE WITNESS:  Yeah.  Yeah.  Yeah.

QUESTIONS BY MR. MURA:

Q.    Okay.  Do you see there's a column under new model labeled "Recall"?

Do you see that?

A.    Yeah.  Yeah.

Q.    Do you see that in the context of L1 users, recall refers to the percentage of all L1 users on the TikTok app that the model is able to identify?

Do you see that?

MR. MATTERN:  Objection to form.

THE WITNESS:  As this number, I think, is estimated based on limited test set.

QUESTIONS BY MR. MURA:

Q.    Sir, I'm not asking about the number.  My question was --

A.    Yeah.

Q.    -- do you see in the context of L1 users, there's the word "recall"?

A.    Yes.  Recall.

Q.    And recall refers to the percentage of all L1 users on the TikTok app that the model is able to identify.

Is that --

A.    Yes, I see it.

MR. MATTERN:  Objection.  Asked and answered.

THE WITNESS:  But that's estimating on the test set.

QUESTIONS BY MR. MURA:

Q.    Okay.  And according to these figures, it says -- do you see where it says "78.11 percent recall"?

A.    Yes.

Q.    And so 78.1 percent --

78.11 percent recall for the new model for age level 1, that means that the new age model was able to identify about 78 percent of all users on the TikTok app who were L1 users.

Yes?

MR. MATTERN:  Objection to form, and characterizes document.

THE WITNESS:  Yeah, maybe I can explain more clearly.

QUESTIONS BY MR. MURA:

Q.    Well, can you answer my question first?

MR. MATTERN:  The witness is trying to answer your question.

QUESTIONS BY MR. MURA:

Q.    Does this indicate that the new age model was able to identify about 78 percent of all users on the TikTok app who were L1?

MR. MATTERN:  Objection to form, and characterizes the document.

THE WITNESS:  It's an estimation on the test set, yeah.

MR. MURA:  Okay.  We can take

need more context.  But I see words here.

Q.    You see that that's what the document says?

A.    Yeah.

MR. MATTERN:  Objection to form.

(Zhu Exhibit 53 marked for identification.)

QUESTIONS BY MR. MURA:

Q.    Let's pull up Tab 72, which we'll mark as Exhibit 53.  Tab 72, which is Exhibit 53.

MR. MURA:  Can we go off the record?

VIDEOGRAPHER:  Yeah.  The time is 12:59 p.m.  We are off the record.

(Off the record at 12:59 p.m.)

VIDEOGRAPHER:  The time is 1:04 p.m.  We are back on the record.

QUESTIONS BY MR. MURA:

Q.    Sir, we've been discussing TikTok's use of age models for various purposes.

Yes?

A.    Yes.

Q.     And are you aware that TikTok also used an age model to help target ads based on age?

MR. MATTERN:  Objection to form.

THE WITNESS:  I don't lead the ads team, but I believe they don't use ads for -- as tested.

QUESTIONS BY MR. MURA:

Q.     The document that we've just handed you, sir --

A.     Yeah.

Q.     -- do you see on the front page that it says -- there's a case caption there, In Re: Social Media?

A.     Yeah.  Yeah, I see it.

Q.     That's the case we're testifying in today.

Yes?

A.     Yeah, I believe so.

Q.     And do you see that the title next to it is the "The TikTok Defendants' Objections and Responses to Plaintiffs' Requests for Admission"?

A.     Yes.

Q.      So I'll represent to you that in this document plaintiffs have made certain requests --

A.      Yeah.

Q.      -- to TikTok to admit certain facts, and this is the TikTok defendants' objections and responses to those questions.

A.      Okay.

Q.      Can you please turn to page 21, which is request 28?

A.      Okay.  I see it.

Q.      Do you see a response there to the question, "Admit that you use age-determining technology, grade level, the algorithm for which is based on users' behavior and other metrics" --

A.      Yes.

Q.      -- "for purposes such as advertising"?

A.      Yes, I see the question.

Q.      And do you see the response that "TikTok defendants admit only that they have offered one or more models that are trained on datasets to recognize patterns and make non-determinative predictions about a

user's age band or level"?

Do you see that?

A.    Okay.

Q.    If you go lower on the screen.

A.    Okay.

Q.    If you continue to go lower. Oh, there you go.

A.    Defendant admits only that they offered -- {reading sotto voce}.

Q.    Why don't I read it again, sir, so we have a clean record.

Do you see where it says, "The TikTok defendants admit only that they offered one or more models that are trained on datasets to recognize patterns and make non-determinative predictions about a user's age band or level"?

Do you see that?

A.    Yeah, I see that.

Q.    And then do you see the age bands?

A.    Yes.

MR. MATTERN:  Objection to form.

QUESTIONS BY MR. MURA:

Q.    And then it continues, "To aid in the age-appropriate delivery of advertisements to TikTok users."

Do you see that?

A.    I see that, but I don't know detail of the ad system.  I don't lead their team.

Q.    And do you see that one of the age bands is 13 to 17?

A.    I see number there, yeah.

(Zhu Exhibits 54 and 54A marked for identification.)

QUESTIONS BY MR. MURA:

Q.    Let's pull up Tab 54.  This is TIKTOK3047MDL-101-LARK-05232927.

Sir, I'll let you look through the document, but let me just say the document we handed to you is in Chinese.

A.    Yeah, yeah.

Q.    And we've had it translated, so I'm also going to hand you a translated copy --

A.    Okay.  Okay.

Q.    -- which is the same exhibit

QUESTIONS BY MR. MURA:

Q.    And do you recall that after that young girl died, Italy was moving to ban TikTok?

MR. MATTERN:  Same objections.

THE WITNESS:  I'm not sure, because I think the GR team is talking to -- I think they have a regulation department -- sorry, I forget name, but I think it -- mostly GR deal with that issue.

QUESTIONS BY MR. MURA:

Q.    So in the next private -- in the next sentence of this private chat with Holly Song --

A.    Yeah.

Q.    -- she wrote, "During our communication with EU regulators, we proposed developing a model specifically for detecting under 13, referred to as model 1."

Do you see that?

MR. MATTERN:  Objection to form.

THE WITNESS:  Yeah, I see it.

Wenjia Zhu                                                    630

QUESTIONS BY MR. MURA:

Q.    And then it says, "And we told the regulators that we didn't have any U13 models online."

Do you see that?

MR. MATTERN:  Objection to form.

THE WITNESS:  I see the words, yeah, but I'm not sure what that "we" means because I certainly did not write that document.

But maybe she referred to someone in the GR team or in the TnS team prepared document and send it to regulator.

QUESTIONS BY MR. MURA:

Q.    Fair to say she's referring to TikTok?

MR. MATTERN:  Objection to form.

THE WITNESS:  It's definitely someone work for TikTok, yeah.

QUESTIONS BY MR. MURA:

Q.    But not you?

A.    Not me, yeah.

Q.    And then ███████████ in her private chat with you, continues, "Two"?

A.    Yeah.

Q.    "After we promised this new U13 model to the regulators, we discovered in the second half of 2021 that TnS had launched a model for detecting U13, referred to as model 2, at the end of 2020."

Do you see that?

MR. MATTERN:  Objection to form.  Foundation.

THE WITNESS:  I see it.  But because the model, it mentioned in the sentence, was launched by TnS in the -- at 2020, the first I joined TikTok in 2021.  And I'm not the leader of TnS team.  So I'm -- I can't know the details about why they launch or how they launch.

QUESTIONS BY MR. MURA:

Q.    This was what ███████████ told you.

Correct?

A.    Yes.

MR. MATTERN:  Objection to

form.

THE WITNESS:  Yes.

QUESTIONS BY MR. MURA:

Q.    And TnS refers to trust and safety.

Yes?

A.    Yes.

Q.    So according to this private chat from ███████████ --

A.    Yeah.

Q.    -- when TikTok told the EU regulators that it did not have an age model that it could use, that wasn't true?

MR. MATTERN:  Objection to form and foundation.

THE WITNESS:  I think from the dialogue here, I think there may be some misunderstanding internally.  So we did not tell the correct information to regulator.

But we found it, yeah.  I think this is what ██████ wanted to say.

QUESTIONS BY MR. MURA:

Q.    You think there was a misunderstanding?

MR. MATTERN:  Objection to form and foundation.

THE WITNESS:  I think the people gather information, then sent information to the regulator.  I think he did not collect enough information.

For example, there -- there at the model launched 2020, maybe he -- the people collect information for us on POC for our different teams where they ignore that team.

QUESTIONS BY MR. MURA:

Q.    Sir, you're saying the regulators did something wrong?

MR. MATTERN:  Objection to form.

THE WITNESS:  No, no, no.  I think it's our internal employee. When they collect the information, the information they collected is incomplete.

QUESTIONS BY MR. MURA:

Q.    Sir, according to this document --

A.    Yeah.

Q.      -- when TikTok told the EU regulators that it did not have an age model that it could use, that wasn't true.  That's what this document shows.

Yes?

MR. MATTERN:  Objection to form.  Foundation.  Mischaracterizes document.

THE WITNESS:  Yeah, it just says they discovered it in the second half of 2021.  They know the fact that there already a model launched in the end of 2020.

So I think they don't want to cheat.  It's just the information they collect is not complete.

QUESTIONS BY MR. MURA:

Q.      No, sir.  It says, "TnS had launched a model for detecting U13, referred to as model 2, at the end of 2020."

Yes?

A.      Yes.

MR. MATTERN:  Objection to form.

QUESTIONS BY MR. MURA:

Q.    And it also says that "In 2021, during our communication with EU regulators, we told the regulators that we didn't have any U13 models online."

That's what this document says, yes?

MR. MATTERN:  Objection to form.  Foundation.  Characterizes the document.

THE WITNESS:  After they talked to regulator, they found that actually a model already been launched.

So what they tell the regulator is not correct.  They found it not correct.

QUESTIONS BY MR. MURA:

Q.    And then on the next page, there's a portion of the chat that's hidden due to attorney-client privilege.

Do you see that?  You see it says "redacted"?

A.    Redacted.

Q.    Yes.

(Discussion with interpreter.)

A.      Okay.  Okay.  Deleted, right.

CHECK INTERPRETER:  No, it's --

QUESTIONS BY MR. MURA:

Q.      It means we can't see it.

(Discussion with check interpreter.)

INTERPRETER:  No, it's not editable.  It's just blocked.

QUESTIONS BY MR. MURA:

Q.      We can't see that information.

A.      Yeah.  Yeah.  Okay.  Okay.  I get it.  Yeah.

Q.      And after that, the message continues.  ██████████  says, "I have some concerns here."

Do you see that?

A.      I see it.

Q.      And then it lists two concerns.

"1, EU regulators require us to delete a large volume of U13, which may result in 5 percent to 10 percent of DAU churn."

Do you see that?

A.      I see it.

MR. MATTERN:  Object to form.

QUESTIONS BY MR. MURA:

Q.    So according to this first concern, bowing to EU regulators and using an AI model to remove a large volume of under 13-users may result in TikTok losing 5 to 10 percent of its daily active users in the EU.

Yes?

MR. MATTERN:  Objection to form.  Foundation.  Characterizes document.

THE WITNESS:  Yeah, it's the opinion from ███████

QUESTIONS BY MR. MURA:

Q.    That's what she wrote.

Yes?

A.    Yes.

Q.    And then there's concern number 2.

Do you see that?

A.    Yeah.

Q.    And it says, "2, once this information is made public, regulators in other countries will follow suit, which will have a relatively large impact on DAUs in

Europe and the United States."

Do you see that?

MR. MATTERN:  Objection to form.

THE WITNESS:  Yeah, I see her opinion.

QUESTIONS BY MR. MURA:

Q.    So according to this document, if the information were made public that TikTok could use an AI age model to remove users under 13, then US regulators would follow suit and require TikTok to remove more under 13 users in the US?

MR. MATTERN:  Objection to form.  Characterizes document.

THE WITNESS:  Yeah.  According to the previous paragraph, it said the model was developed in TnS in the end of 2020.  I'm not sure the -- how the trend model -- or whether the model is accurate enough.

QUESTIONS BY MR. MURA:

Q.    Sir, my question was --

A.    Yeah.

Q.    -- the concern that's being

Wenjia Zhu                                                    639

identified here --

    A.    Yeah.

    Q.    -- was if the information was made public, the information that TikTok could use an AI age model to remove users under 13, then US regulators would require TikTok to remove more under 13 users in the US.

          Correct?  That's the concern identified here?

          MR. MATTERN:  Objection to form.  Characterizes document.

          THE WITNESS:  Yeah, this -- this her concern.

QUESTIONS BY MR. MURA:

    Q.    And that would have a relatively large impact on DAUs in the United States.

          Correct?

          MR. MATTERN:  Objection to form.

          THE WITNESS:  I'm not sure.

QUESTIONS BY MR. MURA:

    Q.    That's what she said.

          Yes?

A.    Yeah, that's her opinion.

Q.    Sir, the concern she's expressing is if the truth comes out, the regulators would make you use the tools that you have to actually remove under 13-year-olds from the platform.

Yes?

MR. MATTERN:  Objection to form.  Characterizes document.

THE WITNESS:  Yeah, I already mentioned the model, it's developed inside of TnS, not inside of my team. And from my opinion, I believe we should be honest to regulators.  If we found something wrong, we need to correct that.

QUESTIONS BY MR. MURA:

Q.    Did you ever tell EU regulators that the company had already developed an age model at the end of 2020?

MR. MATTERN:  Objection to form.

THE WITNESS:  I can't memorize the details, but I think the legal team formed the issue.  I can't say

for sure whether they tell the regulator or not.  I can't remember that.

But I think the legal team can answer the question.  Or the TnS team can answer the question.

QUESTIONS BY MR. MURA:

Q.    So do you know if TikTok ever told the EU regulators that the company had already developed an age model at the end of 2020?

MR. MATTERN:  Objection to form.

THE WITNESS:  Sorry.  Currently, I can't remember for sure whether the legal team tell or not.

QUESTIONS BY MR. MURA:

Q.    Do you know if TikTok ever told US regulators that the company had already developed an age model at the end of 2020?

MR. MATTERN:  Objection to form.

THE WITNESS:  Yes.  Since during 2019 and 2020, I worked for Toutiao, so I don't know your

CERTIFICATE

I, CARRIE A. CAMPBELL, Registered Diplomate Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, Wenjia Zhu, was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

<%31964,Signature%>

_____
CARRIE A. CAMPBELL,
NCRA Registered Diplomate Reporter
Certified Realtime Reporter
California Certified Shorthand
Reporter #13921
Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter
#084-004229
Texas Certified Shorthand Reporter #9328
Kansas Certified Court Reporter #1715
New Jersey Certified Court Reporter
#30XI00242600
Louisiana Certified Court Reporter
#2021012
Notary Public
Dated:  May 30, 2025