# AMENDED Exhibit 428

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# 💡 High Schoolers VidCon Interviews UR Summary 07/12

| | |
|---|---|
| **Research Goals** | Segment research on people in high school to better understand their day to day behaviors, perception of TikTok, and app usage patterns. |
| | Explore possible factors that improve metrics performance this summer than summer 2018 |
| **Requested by** | @Drew Kirchhoff |
| **Researchers** | ████████████████████████ |
| **Method** | Street Intercept Interview |
| **Time** | 07/12/19 |
| **Location** | VidCon at Anaheim Convention Center |
| **Participants** | 11 high schoolers |
| **Related** | Related data analysis: |
| | 2019.5~6 美国DAU&时长增长 |

## Key Takeaways



Many of the high school kids we spoke with spoke positively about Tiktok. They use it to watch funny, "trendy" videos. A lot of the videos they see are the ones with text on them.

Many of them did call out the fact that it can "get old" because it gets very repetitive. They don't want to see so many of the same funny or trending videos. They'd like more original content.

Perception among most has improved. Less cringey and less lip-syncing. More funny and trends.

Confidential    TIKTOK3047MDL-128-LARK-06775038



Teenagers tend to be influenced by peers and their perceptions and decisions heavily depend on what their friends say about TikTok.

Many high schoolers heard TikTok from friends and some don't try it because they heard friends said it's cringey or it's bad; while when we interviewed HL people, they usually get perception based on ads or their own experience on TikTok.

When compared to Musically, TikTok is more than lip-syncing; when compared to Vine, TikTok has less originality and diversity.

Some mentioned they love the new "TikTok Text" feature, but one said she didn't figure out how to use it. New important feature guide could be more explicit and somehow consistent or users won't know it's only available on new app version or it's a hidden pro feature.

Some of them don't think they use TikTok or other social media more during summer vacation, because they are still busy with summer classes or other activities

They came to Vidcon from all over the country. Many came here to see "animators". Creators they mentioned:

Tana Mongeau

TheOdd1sOut

Vsauce

The Try Guys

**Redated Attorney Client**

Almost all high school-aged participants (based on my best guess) that I spoke to had heard of TikTok. Most participants described TikTok as a place to discover "memes," funny videos, and internet trends.

However, only some of the high schoolers said that they actually created any content on the platform. Many were satisfied with simply watching videos on TikTok (in one case, we talked to a group of girls and one of the girls used TikTok quite a bit and shared her videos with the other girls in the group, but none of the other girls participated in creating videos with her). In short, many participants, even if they watched TikTok videos, were not motivated to create videos themselves.

There was also some feedback from a high schooler who made art who told me that she would post her art on Instagram but not on TikTok. When asked why, she said it was because the barrier to creating videos of her art was too high and she preferred to be able to post photos.

In some instances, high schoolers would call out friends at school they knew that did use TikTok and had achieved something akin to fame on the platform ("she's pretty famous on TikTok"; "she's on TikTok a lot"); this felt distinctly different to their behavior on and

TIKTOK3047MDL-128-LARK-06775039

perception of Instagram, which felt ubiquitous amongst high schoolers.

When asked about what features they liked in TikTok or what they liked about the app overall, most high school-aged participants that had used TikTok felt positively about the app. I thought this was interesting because the younger the user, the fewer preconceptions they probably have about "good UX"—I just so happened to speak with a content creator in their late 20s at VidCon who was very critical of the TikTok UI and how "cluttered" and "unintuitive" it was; to them, TikTok was almost alienating because he didn't find it pleasant to use.

The immense popularity of animation video channels and "TheOdd1sOut" in particular was particularly interesting. Would love to see if we can lean in on this animation/art trend even further than we already do.

## Notes

## 4 female, high school girls 16yrs old

VidCon

heard about VidCon through social media

here to to see YouTube influencers

like comedy, gaming, makeup videos

TikTok

see a lot of videos on YouTube and instant

it's becoming really popular

they like the trendy videos where people use text

seeing the same trends gets boring though

they like trying to make original content

have fun, be silly making TikTok videos

musically was lip-syncing, tiktok is more comedy and funny videos

some people say it's cringey, vine was cringey too

but vine had more original content with funny and relatable people; had an iconic style

tiktok has a lot of trends but it's very repetitive; gets old fast and doesn't have enough "original" content

one person said her tiktok creator friend wants an option to use stickers from her library

they see plenty of tiktok content on instagram; no need for the app; they think the app would just get really repetitive compared to IG which has a lot of diversity

Other apps

**Redated Attorney Client**

TIKTOK3047MDL-128-LARK-06775040

Webtoon for comedy skits https://www.webtoons.com/en/

iMovie for editing

vsco for photos

## 1 female, upper teens, high school

TikTok

uses it to watch memes

"a lot of people bash on it" but i love it

people are upset it's not vine; "it's the same thing but not"

doesn't post videos on tiktok "it's for video making which i don't do"

she shares content on discord

knows some people who post on tiktok, one guy who does meme content

VidCon

lives in texas came to see animators she follows on IG and YouTube

## 2 female, high school

had musically years ago

TikTok

use tiktok daily now when they're bored

mostly just to watch funny videos

"everybody uses it"

people just refer to it as funny

creating content for tiktok is hard

most of the tiktok content they see use text

they don't follow much, just like videos in the for you feed

"app is kinda slow" (playback)

"wish i could control the playback like on youtube" (seek)

"sometimes i get really weird videos on the for you feed. people saying weird stuff. quality doesn't look good"

Others apps

mostly use IG and Snapchat

friend groups are on snap

## 2 female, 15 yrs old, high school

TIKTOK3047MDL-128-LARK-06775041

TikTok

just watch videos on it

trending, dancing

don't try to create

"it's fun"

been using it for a couple of months

friend told me about it

"everyone says you'll get addicted to it. it's true!"

have one friend who has like 50k followers on tiktok; makes lipsycning and dancing videos

"i see a lot of tiktok videos on IG and compilations on youtube"

"i like it better than musically. more fun to do with funnier videos"

VidCon

has seen a bunch of tiktok creators here

## 1 female 1 male, high school

from denver, colorado

TikTok

"TikTok is not cool! Too cringey!"

"makes me feel bad"

sees compilation videos on youtube

they don't use tiktok but they say everyone they know thinks it's cringey and not good

very narrow perception of tiktok, more inline with late 2018

showed them the app and they were very surprised to see diverse content (travel, food, fitness, art, etc.).

they don't associate tiktok with anything other than cringey bad videos

content

they like animation and anime type content

watch a lot on youtube

## Photos

TIKTOK3047MDL-128-LARK-06775042

   

**全文点赞列表**

@Michael Buzinover ██████████████ @Alex Zhu @Drew Kirchhoff

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-128-LARK-06775038-TIKTOK3047MDL-128-LARK-06775043

**BEGATTACH:** TIKTOK3047MDL-106-LARK-05427081

**ENDATTACH:** TIKTOK3047MDL-128-LARK-06775047

**Attachment Count:** 0

**PRODVOL:** MDL-128

**Custodian:** BUZINOVER, MICHAEL; ████ FURLONG, JORDAN; KEENAN, CORMAC; KIRCHHOFF, DREW; PAPPAS, VANESSA; RUIZ, JORGE; ████ WADHWA, TARA; WANG, ADAM; ████ ZHU, ALEX

**File Path:** /DOCCNTSBOX2IWAPXJQOBFEVO6EB.DOCX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** EFEA5C32F04980082627FA41C108CD62

**DocType:** URL LINK DOCUMENT

**Author:**

**Create Date:** 7/13/2019 12:00 AM

**Last Modified Date:** 7/13/2019 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** DOCCNTSBOX2IWAPXJQOBFEVO6EB.DOCX

**Title:** HIGH SCHOOLERS VIDCON INTERVIEWS UR SUMMARY 07/12

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** PRIV

