# AMENDED Exhibit 429

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**NATIVE DOCUMENT PLACEHOLDER**

**Please review the native document
TIKTOK3047MDL-060-01187527.docx**

# 2019/04 XFN Post-Research Strategy Alignment

## Fact sheets 30 Min:

2019/04 TikTok User Research Fact Sheets (EN)

## 2.0 Action Items, priority and timeline alignment

High level agreement:

Top priority for the entire TT US team:

- Change brand perception -- Long term but start now

- Optimize new user experience -- Short term, start now

- Paid media strategy setting -- Long term but start now

Secondary priority:

- Overall strategy on any user/creator touchpoint -- Long term

- Content amplification strategy setting -- short term, start now

- Creator showcase and monetization strategy -- long term, start now

## 1.0 Action Items, priority and timeline alignment

1. Brand ▮▮▮▮▮▮▮▮▮▮ -- Work xfn on brand perception issue

   a. **Brand positioning**

      · p0 Product Value Prop Formulation & Brand Positioning/Messaging ▮▮▮▮ ▮▮▮▮

         1. Define Positioning

            a. Aligned direction: Watch instant/short/low effort/fast entertainment? (**surprise**/random & delight / **instant excitement**) - at your finger tips (mobile) / personal / instant personalized / instant gratification - NOT a

<span style="background-color: #f8c5b6">creation tool & NOT social interaction, we ARE CONSUMPTION (for everyone?)</span>

   b.  p0 Quantitative research (validate ideas quant. manner) ███████ ████████

      i.    Select 5 scenarios (ensure xfn alignment)

      ii.   ToDo: compare results across countries  - to confirm direction holds

b.  <mark>p0</mark> **Audience definition (main 4 segments** ████████████████

- based on segmentation / market potential

  - <mark>pre</mark>vious segmentation showed affinity/potential with 1) Gamers, 2) DIY/LifeHackers, 3) Techies , 4) outdoor enthusiast

    - for all but especially 3 and 4 we need first build content ecosystem further

    - should not limit us based on geo or ethnicity for now (but due via media testing)

    - Other options: animals/pet lovers , Adult Comedy

  - Potential: Define audience strategy

    - high schoolers: research + understand priorities (younger: match believe + brand way, older high schoolers/seniors : for me)

    - college:  potential but need some follow up research

c. **p1 Define brand mktg strategy (based on above 2 points)** ████████████

- <mark>set</mark> KPIs & goals (short & longterm)
- for each of the 4 key segments & plan out how to get there
- Define new brand metrics & key KPIs to track success
- Start new Brand Refresh programs
- launch plan for new positioning / brand campaign (overall vs. segments)

c. **(d) p0 XFN Brand Execution Excellence** ██████████████████

- Collab with ████ to define paid media strategy (across teams)
- Brand moderation for all content/comms that go out
- Ensure VI guidelines & push for XFN official approval process (brand@tikTok.com)
- Revisit all user touchpoints + define actions

2.    User Acquisition (ug ads + media audience targeting + content amplification/growth hacking) -- find ads confusing + seeing too many TT contents outside the app ███████ @Julia Yan ████████████████

To-dos: @Julia Yan ████████████████

- Paid media strategy P0
    - define the paid media strategy
    - ensure brand positioning is upheld by paid acquisition efforts
    - including new paid acquisition methodology
        - notes from alex: ads frequency are fine. the issue we had was with the assets. Open to re-vamp the frequency part in the future if necessary. But no action is needed at the moment.
- Content amplification strategy P1 ████████
    - to-do: define the strategy first.
    - to-do: align the guideline across different teams.
- incentive based acquisition experiment P0
- Define new channels with high visibility (incl. Google)

a. Set overall user acquisition strategy

- Discussion points: who are the users we want to acquire? / what kind of community/tribe we want to acquire?
    - i.    What is the definition of "tribes"? Demo+content preference? Assume the tribe we pick should be both approachable externally and have growing amount of tribe-preferred creations
    - ii.   Should have strong engagement within the tribe
    - iii.  Content not over-indexed in-app
    - iv.   Can start with 4 tribes for media audience targeting
    - i.    set specific strategy for content amplification/growth hacking/programmatic audience targeting/offline experiential media
        1.    *Content Amp Strategies* Content Amplication Landscape:

a. Keep emphasizing and amplifying "raw" & "funny" & "meme" videos as the key hook and further back up the brand message as a platform to watch fun videos (short-term)?

  i. Cutomize CTA (e.g. Download to watch till end/find the original trend starter) and deeplink to tailored landing pages to drive users to watch more similar content (way more "best" content in-app)?

b. Meanwhile target tribe users via proper channels using diversified content catered to tribe interest (TT is for me)

c. Build strong content<>trend<>brand connection via SEO (with product) and more social mentions (with PR, brand social media etc. )

d. Incorporate brand audit process for content amp (currently only ask for content team approval)

2. *IMC Campaign Strategies* MKT Tribe Strategies:

a. Target at confirmed four HAV tribes. Consistently communicate with the community via proper brand messages and audience-targeting (ongoing testing)

b. Penetrate the tribe community with higher-frequency brand presence & acquisition strategies

  i. KOL, tribe events, tribe ambassadors, tribe-focused content amp, co-brand partnership and exclusive TT rewards etc.

c. Work closely with content team to increase visibility of tribe preferred content to reach a full cycle.

b. Set the acquisition standard and measurement metrics for all acquisition efforts

c. Paid ads strategy align with product & brand awareness

  i. P0 Optimize creative asset strategy (1month)

   1. Incorporate branding guideline into our messages and templates

   2. Improve asset review process and performance measurement in a more granular level

  ii. P Targeting

   1. Incorporate more specific targeting strategy to be more aligned with product direction (go after people we want to acquire the most)

  iii. P Content Sourcing

   1. Leverage in app trending content and amplify them in external content sharing platforms

  iv. P0 Incentivized downloads

   1. Provide rewards for new downloads

     v.     P1 Qualitative user feedback

          1.     In-app survey

     vi.    P1 SEO

          1.     Work with Google to optimize TT SEO strategy and drive new users from search

3.     Product @Adam Wang ▮▮▮▮ @Drew Kirchhoff

a. P0 New user on boarding experience

     i.     Increase the swipe up experience instruction both on theq app first launch @ ▮▮▮▮

     ii.    Welcome screen

     i.     Set the expectation for content consumption (vs creation)

     iii.   【P1】 Experimenting in interest selection in the beginning, to 1) let users feel that the feed is personalize 2) provide algo with more info about users' preference ▮▮▮▮

b. P0 Discover 3.0

     i.     To showcase our diverse content, and to quickly capture the attention / interest of high-level users

     ii.    Be a test field for algo to broaden one's for you

c. P0 In app Search

     i.     Prioritize video results over people

     ii.    Introduce video search

     iii.   Optimize the search satisfaction by improve the ux design and algo

d. P1 SEO

     i.     SEO is an important touchpoint for outsiders to realize that TikTok is more than just lipsync, dancing and comedy, should help bridge what's in the app and ppl who might want to see them.

e. P0 Music

     i.     Help users understand music detail page

      ii.     Help users who create to find music easily

  f.  P1 General user optimizing ████████

      i.     Changing push strategy strengthen the push which based on content interested

      ii.     Japan default mute experiment launch.

      iii.     Optimizing "Not Interested" and report button display

  g.  P0 core infra improvement (performance)

      i.     acquire install channel & device_id before loading the feed

      ii.     icon -> first video play performance

4.     Content + Algo ███████████████████████████ -- new user feed content not relatable/inappropriate/repetitive

  a.  P0: New user feed

      i.     Reduce bad cases

          1.     New User Feed Moderation Guidelines

          2.     Remove all lip sync?

      ii.     Surface more relevant content for high-level users

          1.     More prominence to featured, diverse communities, same geo, etc.

          2.     Build a comment sentiment model (childish/adult, positive/negative)

      iii.     Paid media information using

          1.     Adding more Paid Ads information back to the new user feed algorithm

  b.  P0: Discover

      i.     Trends

          1.     More real-time

          2.     Role of hashtags/challenges

          3.     Amplification

      ii.     Playlists

          1.     Popular categories: Animals, Oddly Satisfying

          2.     Topical: News, Sports

          3.     Other? Mood (Spotify), user-curated, Featured, etc.

      iii.   Taxonomy

          1.   Refine taxonomy and improve labeling accuracy

c. P0: Content acquisition - more relatable content

      i.   Category prioritization (sports, wild life and nature, science, interior design, skill-based content, etc.)

      ii.   mid-top creators: diverse content + innovative format

      iii.   media partners/publishers: brand elevation, license content at scale?

      overall need existing performance (both creators and publishers) analysis.

d. P1: Cultural relevancy (support brand positioning)

      i.   Align programming lens with brand identity

          1.   Role of tentpoles (Game of Thrones, Super Bowl)

          2.   Target content categories

      ii.   Leverage entertainment partnerships to help drive brand awareness & change perception

          1.   Role of celebrities/influencers - "TikTok Entourage Program"? (more accounts like Arnold, GaryVee, etc.)

            a. agree that celebrities have a positive impact on validating and improving brand perception.

            ☐ to-do: overall strategies of celebrities plan. understand the value of celebrities; and have a target list. have on-boarding/managing/in-app promotion/mkt opps for them.

               . Note: also this should not cannabalize the work and resources for creators.

e. P1: Creator value proposition and platform positioning

      i.   Talent development - create creator lighthouse examples (who will be the David Dobrik of TikTok?)

      ii.   Contextualized product education for talent managers and agencies (2b)

      iii.   Creator monetization (below)

f. P2: For You

      i.   Reduce repetitive nature of the feed by introducing exploration

g. P2: Creation

      i.   Add shoot model to help publish rate of HL

        ii.    For LL, recommend as HL's interest, to change creators' creation expectation

  h. Music strategy TBD █████████████

5.    Creator Growth and Monetization strategy and timeline @V Pappas

  a. Incentivized content created

      i.    Provide rewards for new content created and creator invited in our reward system

# Full Notes:

- 1-1 Interview: US TT 1:1 Interview Notes
- Street Interview: US TT Street Interview Notes
- Chicago College Focus Group: College Ambassador Focus Group
- LA Creator Focus Group: Creator Interview Notes
- Transcripts:
  - Houston: Houston transcripts
  - Chicago: Chicago transcripts

# Notes Summary

# Perception

*TikTok is for editing or creating videos. (churned user)*

*TikTok is new vine (general)*

*The people I see using TikTok are young and white. (general)*

*The content I see on TikTok is limited to comedy, dance, and lip sync. (churned user)*

*High awareness but low conversion (general)*

# General High Level Users

**High level users (18+) generally think TikTok is:**

- They have heard it somewhere, but they do not know what is it?

- An app for the young generation (12 ~ 18)
- An app for lipsync and dance
- An app for making videos
- New Vine/Replacement of Vine
- An app for funny videos

**Quotes**

*"TikTok is for the young generation, like 12-18 year olds."*

*"The new vine", "vine + musically."*

*"No, I'm not into TikTok. It's silly and childish. Goofy. Like full of kids lip-syncing and dancing."*

*"TikTok is a fun fast video app for anything."*

*"TikTok is like Reddit w/o subreddits, you don't know what's next in the For You feed."*

*"TT is pre-meditated, it's not "right now", it's something someone decided to make and plan in advance."*

*"Dancing videos? Mehhh"*

**High level users get their perception from:**

Non-user (majority):

- Ads
- Social media reposts (not from friends)
- Siblings and their children, family member and wider social circle

Users:

- who download the app: What they saw from the For You feed
- Ads
- Social media reposts (not from friends)
- Siblings and their children, family member and wider social circle

**Quotes**

*"My two daughters use TikTok. They like to lip-sync and dance. They'll be 10 years old next month."*

*"I've seen so many ads for TikTok on Instagram and YouTube. Lots of young people dancing with voice overs. It's definitely an app for the new generation, I don't really get it."*

*"I found it stupid. I saw young kids swearing - it's not classy. I don't have time for it."*

*"The ads aren't that bad. It's like funny trending videos. I thought it was funny and wanted to see what it was about."*

## High School User Perception

**Freshman & Sophomores are aged up from musical.ly, where they know it as lip-sync/dance**

• Overall perception is moving towards meme comedy, but there is still heavy lip-sync dance baggage

**Perception for L2 Females seems to be better than L2 Males**

• **Females** are into it because of musically and lipsync / dance; however they "grow out of it" and many are, perhaps, "embarrassed" about using it in the past as a lip sync app

• **Males** are into it because of meme comedy, but are turned off by the lipsync dance; if they don't get into the memes or even know about memes / comedy they will consider it a lip-sync dance app which they have no interest in causing app usage to skew female)

**High Schoolers are heavily influenced by what their peers think**

• When students stop using the app, begin talking negative about the app, or think it's "not cool", students are insecure to use it, or admit that they use it

• Trends get old fast, different schools have different periods for when the same trend hits. Continuous repetition of a trend that has already gone cold will destroy viewership.

**Different schools have different perceptions**

• Generally speaking, the stronger the "meme comedy" perception, the more positive is the perception of TikTok among high schoolers. Meme comedy is positive by all genders.

• In some schools, TikTok "peaked a couple months ago" (Hit or Miss was a big trend)

• In other schools, TikTok is still going strong and is the "hottest, most popular thing right now"; high schoolers say "oh TikTok? yeah it's gaining in popularity"

**Without a social graph on the app, or having all of your friends on it, students aren't held to it**

• All the best content can be found on Twitter and Instagram already. Students aren't losing anything by deleting TikTok "to save space on their phones".

• TikTok is still perceived as a "social media" app, compared against pure video watching like YouTube. "

• A "social media" app with no friend graph...

• While YouTube is considered social media, its main purpose is to watch videos, not connect with others. "YouTube has 'everything'

**E-girls and E-guys are popular among high schoolers**

**A strong use case for L2 females is "watching attractive guys"**

**High School Quotes**

*"TikTok is the hottest and most popular thing out there right now."*

*"Everyone knows TikTok."*

*"TikTok died out already... around a couple months ago."*

*"TikTok is definitely gaining in popularity."*

*"Yeah, I know TikTok - my little sister uses it. She's 8. She uses it everyday, with all her friends."*

*"TikTok is for lip syncing and dancing with music."*

*"TikTok has the best memes out there. I see them on Twitter and my Instagram."*

*"I see TikTok all over. Usually lip-sync dance videos with young girls. I thought it was for posting lip sync videos."*

*"If I don't have any friends on TikTok, I don't see the value in posting, or even trying to make videos."*

*"No, I don't post content. My friends don't have it and I don't have any followers. No one is going to see my TikTok's."*

*"I don't post on TikTok because it takes too much energy and I don't want to start from scratch."*

*"I've seen this trend. It's kinda old now, I don't want to keep seeing the same trends after awhile it gets repetitive."*

*"I love watching hot guys on TikTok - yeah, I basically just watch funny memes and hot guys. It's so good!"*

*"OMG you guys work at TikTok?! Can I get a picture with you so I can brag to my friends? TikTok is so hot right now! All my friends use it. Mainly to watch funny memes and jokes. I post occasionally, but mainly prefer just to watch videos."*

## TikTok: social media vs content consumption platform?

- some ppl think TT also social media whereas some considers it as a video app
  - Instagram, Twitter, Snapchat are defined as social media
  - definition of "social media": YouTube is not.
- Places where your friends are
- Places where you can follow, like, share, and interact with others

- Places to keep up with trends/news (especially true to Twitter)

- <mark>YouTube is not as heavily associated with social media, but more of a place to watch videos</mark>

**Quotes**

*"TikTok, like Instagram, Twitter, and Snapchat, is social media. You can follow people, comment - interact with others. YouTube is also social media, but not in the same way. Like YouTube is really just for watching videos. I know my friends use YouTube, but I don't follow them or interact with them on YouTube like I would on Snap or Ins. I just go to YouTube to watch videos. It's got everything."*

## What would make you consider download?

- more relevancy (strong perception that 'its not for me"

- similar demographics: profession, age, geo, ethnicity, friends, interest

## More Sentiments Here (collapsed)

**L12 Usage Sentiment:**

*"Yeah I've heard of TikTok. Everyone in my school has used it. I used to have it but deleted it from my phone to save space. A lot of my friends still use it, mainly for watching or posting some funny videos. TikTok's got some really funny videos. I'd say 99% of the kids at my school know TikTok. It's been the most popular thing over the past couple of months. I deleted it from my phone to save space and I kinda just stopped watching it."*

**L3 College Student Sentiment**

*"I've seen TikTok everywhere - mainly Instagram and YouTube ads. Also funny memes on Twitter. I often see the TikTok watermark so know it's TikTok. A lot of the videos I see on Ins and Twitter are from TikTok. I don't have time to use TikTok cuz I'm too busy. It's mostly funny videos and not really that relevant or informative for me since I'm in college, I'm just focused on my classes and my part time job. For those reasons I don't think I'd download it."*

**L4 Female Mom Sentiment**

*"TikTok? Yeah I've heard of it. My kids (8 year old and 12 year old) use it everyday to make like videos with voice overs with their friends. It's really popular with them and they seem to really like it. I've seen some of the videos with my kids, they look like fun, but it's not really for me, I don't get it. I really like Pinterest: DIY, crafts that I can make with my kids, home decoration, cooking and recipes how-to's, I'm a mom with kids so usually look for things I*

*can do with my kids. I haven't ever tried searching for this kind of stuff on TikTok, I had no idea this sort of stuff was on there. I thought it was mostly kids dancing."*

*"I know TikTok from my kids - they actually got me into it. At first I just wanted to try it out since my kids use it. I found that it's actually really funny. I use it a couple times a week mainly when I have nothing to do, I'll get on there and look around. I'm just looking for a laugh, really. It's got a lot of energy, really something for the newer generation."*

### L4 Female Teacher

*"Yeah I know about TikTok. All of my kids use it. I'm a kindergarten teacher. At first I just wanted to check it out to see what the kids were doing on there. I didn't realize how much other content it has. I realized there's a lot of other teachers on there. I follow the #storytelling hashtag and find a lot of relatable things there. I've also noticed there's a lot of people, like baristas, waiters, servers, emts and firefighters, teachers, and working people. It's pretty cool. I enjoy the funny content. It would be cool to have more informative content on there. I was thinking science fiction, for example. I like to watch jewellery accounts on Instagram. I even do product shopping on Instagram and buy a lot of interesting items. I often see niche and interesting things in TikTok videos - also artsy, craftsy stuff. I would definitely buy these sorts of interesting and unique items on TikTok."*

### L4 Male

*"TikTok is great for pairing music to videos. I saw some funny videos of it on my Instagram and downloaded it to see if I could get a laugh out of it. I'd say I'm mainly just looking for some good laughs. In terms of who's on TikTok, I'd say it's preteens to 25 or 27 years old - just form what I've seen on Instagram and on TikTok. I don't follow anyone on TikTok or know anyone personally who uses the app. The videos are meant to be entertaining and attention grabbing. Again, I'm just there for the laughs."*

### Facts

1. **Usage-to-Awareness ratio is extremely low**
   - Awareness is high: at least 80%
   - Less than 10% of those aware of TikTok had downloaded it

**<mark>"TikTok is meant for posting/editing videos"</mark>**

*"Yeah I see a lot of video editing and special effects like ads of TikTok on Instagram. I also feel like it's a bunch of kids doing music videos and voice overs. I wouldn't use the app cuz I don't want to post videos. I don't have the time to make videos. I'd say it's easier to post stuff on Ins because you can just upload a picture of take a video of everyday life. TikTok you really have to spend a lot of time to make the video. I don't follow anyone and my friends aren't there, so I don't have any reason to post a video that no one is gonna see."*

*"I don't have the energy to post on TikTok. No one is there I know and making videos isn't as easy as just sending a story on Ins."*

**The app is for the "new generation" (12 ~ 18 years old)**

*"My younger sister uses it everyday to post dance music videos. She really likes it. She uses it with all of her friends to post dance videos with voice overlays. She's 8."*

Their younger siblings are on the app everyday posting dance music videos

*"I've seen TikTok on Ins and YouTube. I'd say the app is really young, like teenagers. Probably 12-18 years old. Seems to be the new thing for kids."*

Ads have people who look really "young" (16-18 year old looking users)

*"I don't have time to use TikTok, I'm working full time. The content is pretty goofy and silly, childish stuff. Dumb and stupid stuff is what I would expect to see on TikTok. Maybe if I could get more informative stuff I'd be into it. Right now, it just seems young, random, and irrelevant. More for kids."*

The app is for people that have time to kill; the content is meaningless

Silly people, "Childish", "Goofy"

"Dumb stuff " / "stupid things" are what I would expect to see on TikTok

## Supplementary Facts (collapsed)

1. **Users think TikTok only satisfies a narrow set of content genres**
   a. funny, jokes, memes, comedy
   b. lipsync
   c. dancing

*"From what I saw on social media (Ins, Facebook, YouTube, I thought TikTok was more for funny things, singing, dancing, editing and posting videos, more for young people. I never knew how much other categories of videos were on here. It's pretty cool to see. I usually watch animals and dogs on Instagram, never thought to search for it here on TikTok. Honestly, I'm not sure if I would watch animals on TikTok since I can already get it on Ins, but I'll check it out. When I first downloaded TikTok, I saw a lot of popular videos, I guess just the most popular videos on the app. I didn't think the content would be personalized for me, or that there were so many different categories. Where can I go to see different categories? I see the hashtags, but I thought those were more challenge trends."*

1.    ==People are not proud to use it or share with other people==

2.    Ads creates the wrong perception that TikTok is

   ○  video editing tool

   ○  young

   ○  lip sync and dance

   ○  comedy

3.    ==They can see the best of TikTok on other SNS so no need to download==

4.    ==High school perception==

   ○  Perception is hugely influenced by musical.ly

   ○  Freshman vs Seniors / Male vs Female have different perception

5.    TikTok is Vine + musical.ly (but not credible or old enough to download)

6.    TikTok is like Instagram (layout and aesthetic is similar)

7.    ==TikTok is social media==

   ○  People do not want to spend the effort to set up the presence (i.e. social graph)

8.    People who post TikTok are "real people" and "authentic"

9.    Very few people around you use TikTok, except for the L12

10.   Limited amount of trends that people know of

11.   ==Minorities do not feel well represented==

12.   Baristas, waiters, servers, emts/firefighters/police, teachers, working people, are core L4 audience

13.   The most important reaction  "oh, this **relates** to me" or "this is **me"**


## Competitors

*Users can see the trending TikTok videos on other social media platforms (especially Instgram, Twitter, and YouTube), so no FOMO if they don't download TikTok.*

*Many think TikTok is a social media platform like Instagram/Vine).*

*YouTube is generally for longer form (nature, documentaries) or more informational / serious content, especially for high level users (news, sports, how-tos).*

*Instagram Explore is heavily used and personalized for most people (photo-based content).*

**Instagram**

- Heavily personalized

- Most people use Explore

- Most use Explore for photo based content

- Has all the content I could ever want and more

- My friends are there

- The top Celebrities and influencers are there

- people create and post

- People take instagram seriously

**Instagram Explore**

- High penetration among users 13+

- Perception is that it's highly personalized

- Endless content that is always interesting

- Can always find something there

**YouTube**

- Offers "everything", including good TikTok compilations

- You can learn and find important and interesting information

  ○ more "how to" for HL users

- Watch longer form content

- Generally associated as video content consumption more so than as pure social media

**Twitter**

- All the best TikTok videos are on Twitter meme accounts

**Snapchat**

- Daily life

- IM friends + view Content

- It has the social graph but has been winding down since that bad update

**Difference between IG Stories and TikTok**

- IG = what's happening "right now" like a short LIVE (someone getting their beard cut, buying new shoes, someone's birthday, etc...)

- IG story = update of life

- IG stories = "throwaways", "it's really easy to post everyday videos" (available for 24 hours, easy to make)

- On TikTok, you "put effort in to create a video; you set up a tripod and film - you'd never do that for an ins story"

**Comparisons**

- Lasso: "Artificial Creators"

- TikTok: "Authentic Creators"

- TikTok: "Shorter version of YouTube. The next YouTube."

- TikTok: "Instagram for videos and without my friends"

- Instagram: "When I'm Dressed Up"

- Instagram: "Very easy to post"

- YouTube: "Everything + longer videos"

# Product

**We have seen performance issues in the interview.**

- Old phones and certain carriers (MetroPCS) are slow and laggy to load videos

- Share menu doesn't work (one case)

- Sound and video mismatch because of laggy (one case)

- The swipe wasn't smooth

- People uninstalled the app to save space on their phone

**On-boarding**

- People often swipe left (horizontally) like you would for Instagram or Snapchat stories to go to the next video

- People click the home button/for you tag to refresh. They think that's how you get new videos.

- A common path for new user: swipe left to open profile -> discover -> search

- People don't understand that the feeds get personalized (random, popular content); they are surprised that they don't have any input or how come it gets personalized w/o logging in

- People want to feel that they have the control of the feed

**Discover**

- People think the discover icon is for search

- People think that the discover page contains the most popular content in the app

- The hashtags makes them think they are not part of the community (some say: relatable)

- Banners on the discover page look like ads

- Reminds them of Instagram

**Search is broken**

- "Users" show up as first result. This really confuses users when they search for topics/videos as they expect to see videos as the search result

- Search is an important way to find content that they wouldn't know from foru

- Users seem to generally search for topics/categories when looking for videos (i.e. dog, art)

- Search result in general: does not show up and have mismatch happens (i.e. hashtag w/ 100)

- Search term to thumbnail mismatch (i.e. searching Amsterdam didn't result in city content, searching food resulted in selfie content, etc)

**Foreign Content under Hashtags**

- People don't generally like seeing foreign content show up in the hashtags (specifically content that appears to be from India)

**Liking Videos**

- Like represents endorsing/supporting the video creator

- Double tapping showed a heart but clicking like wasn't allowed in the logged out experience

**Disliking Videos**

- Users don't know how to use "not interested" function: a video or indicate they don't want to see similar videos

- ~~Dislike is a very negative thing so users don't want to use; they don't want to be mean to the person~~

**Few People Posting Videos**

- Perceived to be too much effort to post - you need to prepare in advance and it takes time to create. On Ins and Snap, you just film every day things and don't need to think too much

- Don't have friends or followers on it so they don't think any will see their post

- They don't think they are creative.

- They think they have to show their face.

- They feel uncomfortable to let strangers see their post

**People sometimes feel "overwhelmed" when they open the app for the first time and it's full-screen video with blasting music**

- Sometimes I'm in quiet places and when the app starts, I can't mute it and the music blasts out. Very embarrassing. But they also say "music add content to the videos".

- Some wants more control:

  ○ Many users think they should create an account first and specify what sort of categories and preferences they are interested in. If I don't specify my interests, how would TikTok know what I like?

  ○ If I can't specify my interests, how do I know what categories are available in TikTok?

*"I want a more graceful entrance into the app. I just open the app and all of a sudden, I'm dropped into full screen video. There's so much going on, it's overwhelming."*

**People interpret our iconology/feature with preset meaning from Instagram, Facebook and other apps.**

**People did not notice the "featured" label or think it's an ad**

- The feature label looks like an ad; no one really sees or notices it

# Content

*New users are not seeing diverse content fast enough when on-boarding. (general)*

*People appreciate content with a lot of talent and skill.(general esp. active)*

**New User Feed**

- Users don't see the content they want fast enough in the feed ("especially Dogs are very popular on Instagram, but not really found in TT")
- Content is repetitive
- for you page is limited, virtually impossible to find content

**Type of content that could churn people off**

- teen girls / bedroom
- 'trying too hard' creators ("forced")
- disabled people / "special needs"
- specific foreign content
- offensive contents
- lacking of their own ethnicity content

**Popular content genres believed to be underrepresented on TikTok (or users perceive these categories not to exist on TikTok)**

- trending news or topical
- sports
- commentary
- wildlife and nature / documentary type
  - beauty, scenic
- scifi / science (recent black hole news for example) / informative
- interior design
- arts
- diy
- skill-based content (users clearly had "talent")

**<mark>Lipsync that's shared privately among friends is fine. Publicly posting lipsync is embarrassing.</mark>**

**Sound**

- Music pairing is important
- Users want to hear music they like when watching videos
- Lack of sound effects or discoverability of specific sound effect

**Celebrity**

- different opinions--
- Influencer content, even if influencer is older, seems like it appeals to a very young crowd (like Lelepons)

# (Archive)

## Target Audience

- Working people?
- High schooler?
- College student?

- People close to the L1 users (teachers, parents, relatives)

## Branding & MKTing

How can we….

1. Fix misperception that we are not just for lipsync / dance  (stigma associated with the cringe content + perceived age which makes it a guilty pleasure)

2. Fix that we are not 'for them' (show relevancy)

3. Fix misperception that we are not social media (show we are watch platform)

4. Lean into Funny video/vine?

5. Fix that no one can explain what it is (clarity in comms )

Clarify who we want to be ? Define who are we (content vs social. create vs. watch?)

Option: short form video platform (broad)

Option: funny, entertaining video platform (specific)

Option: Watch instant/short/low effort/fast entertainment?  (**surprise**/random & delight / **instant excitement**) - at your finger tips (mobile) / personal / instant personalized / instant gratification

SWIPE/Upload non-selfie-content

brand value : authentic (aspirational)

**Product positioning: NOT a creation tool & NOT social interaction, we ARE CONSUMPTION for everyone**

## Acquisition

- align the general acquisition standard.

## Paid Ads

Fix: ad message not clear: don't know what TT is? video editing tool?

1. Agreed: brand perception has to be aligned with the assets select

    a. to-do: brand metric to be used to measure ads performance

2. to-do: establish assets selection strategy:

    a. show how to use the product. eg. swipe

      b. remove all tools/effects assets? or just use less effect assets

          i. to-do: decide on % control;

3.     to-do: asset level performance measurement

## Content Amplification

already see good TT contents on other platforms. No need to download to watch.

Discussion point:

- strategy needs to be more nuanced (e.g. show more relevant content (better targeting)?

- to-do:
  - audit the assets
    - sharable but can we identify assets make people want to come back
  - both team should come together and get common strategy to follow

## Incentive based acquisition

- to-do: think about having more scalable options and campaigns

# Product Priorities

## On-boarding

- How to see more content - "swipe up for more videos"

- Educate "For You" - how it works

- Drive

## Discover 3.0

- To showcase our diverse content, and to quickly capture the attention / interest of high-level users

- Be a test field for algo to broaden one's for you

## Search

- Prioritize video results over people

- Introduce video search

- Introduce "All" tab to include all types of result

## Google SEO

- An important touchpoint for outsiders to realize that TikTok is more than just lipsync, dancing and comedy

- Drive organic traffic and support marketing/ops campaign

## Negative Feedback (dislike / not interested)

## Performance & Experience

## Competition

- Byte (Vine 2.0) - rumored to launch in 2019
- Dubsmash - "Watch, meme, Dub, share your fav videos"
- iFunny - "the best memes, video, gifs and funny pics in one place"
- Snapchat Discover
- Instagram Explore

# Content Priorities

## User feed

-

## Other content strategies

- content acquisition
- content partnership

Random notes: drew's notes

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-060-01187527-TIKTOK3047MDL-060-01187551

**BEGATTACH:** TIKTOK3047MDL-060-01187527

**ENDATTACH:** TIKTOK3047MDL-060-01187552

**Attachment Count:** 1

**PRODVOL:** TIKTOK3047MDL-060

**Custodian:** LARK DOCS_CON; WENJIA ZHU

**File Path:** /000123-206-01_DOCS.ZIP/FILES

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 674AC574118866D4672F840173EE4BF0

**DocType:** E-DOC ATTACHMENT

**Author:** █████████

**Create Date:** 4/17/2019 12:00 AM

**Last Modified Date:** 5/6/2019 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** 201904 XFN POST-RESEARCH STRATEGY ALIGNMENT-DOCCN4GWOYPEYUB94OOOCG.DOCX

**Title:** 2019/04 XFN POST-RESEARCH STRATEGY ALIGNMENT

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** N

**REDACTION TYPE:**

