# AMENDED Exhibit 433

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:  SOCIAL MEDIA                ) Case No.  4:22-MD-03047-YGR

ADOLESCENT ADDICTION/               )

PERSONAL INJURY PRODUCTS            )  MDL No.  3047

LIABILITY LITIGATION                )

                                    )

_____)

THIS DOCUMENT RELATES TO        )

ALL ACTIONS                     )

WEDNESDAY, MAY 21, 2025

CONFIDENTIAL - ATTORNEYS' EYES ONLY -

PURSUANT TO PROTECTIVE ORDER

— — —

Remote Videotaped Deposition of ADAM WANG,

taken pursuant to notice and conducted at the location of

the witness, commencing at 8:07 a.m., PDT, on the above

date, before Jennifer A. Dunn, Registered Merit Reporter,

Certified Realtime Reporter, California (#14461), Illinois &

Texas Certified Shorthand Reporter, and Missouri Certified

Court Reporter.

Job No.  7348697

CONFIDENTIAL

Page 10

P R O C E E D I N G S

(Wednesday, May 21, 2025 at 8:07 a.m. PDT)

THE VIDEOGRAPHER:  We are now on the record. My name is David Kim.  I'm a videographer for Golkow.

Today's date is May 21st, 2025.  And the time is 8:07 a.m.

This video deposition is being held in Los Angeles, California, in the matter of Social Media Adolescence Addiction, Personal Injury MDL 3047 for the U.S. District Court, Northern District of California.

The deponent is Adam Wang.

Counsel on Zoom will be noted on the stenographic record, and counsel in the room, will you please identify yourself?

MR. DRAKE:  Sure.  Geoffrey Drake, along with Brittany Litzinger, from King & Spalding, on behalf of the TikTok Defendants.  And we're here with one of our clients, █████████████████

THE VIDEOGRAPHER:  And since you're taking, Mr. Weinkowitz, do you want to identify yourself?

MR. WEINKOWITZ:  Sure.  Mike Weinkowitz.

Can you all hear me?  I thought you couldn't.

Mike Weinkowitz on behalf of the MDL School District and Personal Injury Plaintiffs.

THE VIDEOGRAPHER:  Great.

CONFIDENTIAL

Page 11

And the court reporter is Jennifer Dunn, California CSR 14461, and she will now swear in the witness.

ADAM WANG,

of lawful age, having been first duly sworn to tell the truth, the whole truth and nothing but the truth, deposes and says on behalf of the Plaintiffs, as follows:

EXAMINATION

BY MR. WEINKOWITZ:

    Q   Good morning, Mr. Wang.  We met before the deposition started.  My name is Mike Weinkowitz, and along with Joseph VanZandt, who's here for another jurisdiction, we'll be asking questions of you today.

        Nice to meet you.

    A   Nice to meet you.

    Q   All right.  So we're here today to take your deposition under oath.  Do you understand that?

    A   Yes.

    Q   Can you please state your full name for the record?

    A   Adam Wang.

    Q   Thank you.  And what is your current address, sir?

    A   In the U.S., I now live in hotels, unfortunately, so.

    Q   Okay.  What hotel are you currently living in?

CONFIDENTIAL

Page 21

that occurred to you and that you remembered as part of those notes?

A    No.

Q    All right.  The first thing I'd like to do is to talk about your background and sort of establish that for the jury.

Can we pull up tab 1?

MS. ARMSTRONG:  Exhibit 1.

(TikTok-Wang-1 marked.)

MR. WEINKOWITZ:  Thank you.

You should be -- they should be handing you an exhibit, and can you just take a minute and review that when you get it, and let me know when you're ready to answer questions about it.

Okay?

THE WITNESS:  I've finished reviewing this document.

MR. WEINKOWITZ:  Okay.  Thank you.

BY MR. WEINKOWITZ:

Q    This is a CV that TikTok and ByteDance produced to us representing that it's your CV; is that accurate that it is your CV?

A    It is my CV.

Q    It appears to be an older CV that hasn't been updated in quite some time; is that accurate?

CONFIDENTIAL

Page 22

A    This is accurate, I haven't updated.

Q    Okay.  Right.

So for instance your employment at ByteDance and TikTok is not on here, correct?

A    Correct.

Q    Is -- other than that, is the CV accurate?

A    Yes.

Q    And you studied and graduated with a BS in computer science from Cornell, correct?

A    Correct.

Q    Now, I've heard of extra credit, but how does one sort of achieve the impressive accomplishment of earning a 4.023 out of a 4.0.  How do you get above a 4.0?

A    So A plus is 4.3.

Q    Excellent.  Congratulations.

A    Thank you.

Q    What I'd like to do is just focus on your employment at ByteDance and Tik -- the ByteDance companies. Okay?  If we could pull up tab 2.

MS. ARMSTRONG:  Exhibit 2.

MR. WEINKOWITZ:  Thank you.

(TikTok-Wang-2 marked.)

MR. WEINKOWITZ:  And take your time reviewing that, and let me know when you're ready to answer some questions.

CONFIDENTIAL

Page 23

THE WITNESS:  I'm finished checking this document.

MR. WEINKOWITZ:  Great.  Thank you.

BY MR. WEINKOWITZ:

Q    I'll represent to you that TikTok and ByteDance lawyers provided this to us as your HR information.

Have you ever seen this before?

A    No, I have not seen this before.

Q    Okay.  So what I've done is I've taken -- can we pull up tab 3?

MS. ARMSTRONG:  Exhibit 3.

MR. WEINKOWITZ:  Thank you.

(TikTok-Wang-3 marked.)

BY MR. WEINKOWITZ:

Q    So let me just -- I'll let you review it.  Let me just tell you what this is, Mr. Wang.

We took the information from Exhibit 2, the HR information, about the companies that you worked for during the periods that you worked for them and we put them on this demonstrative exhibit.

So what I'd like you to do is just review the Exhibit 3 for accuracy, and just let me know when you're ready to testify.

Okay?

A    Yes.  So I actually have a question for this one.

CONFIDENTIAL

Page 28

From March 19th of 2018 to the present, have you always been employed consistently during that period for a ByteDance entity?

A    Yes.

Q    And during that entire time, have you always worked on the TikTok platform?

A    Yes.

Q    All right.  If you could look at Exhibit 2 for me.

A    Okay.

Q    Under "Employers," it lists all of your managers and the dates that those individuals were your managers.

Do you see that?

A    Yes.

Q    Were all of those individuals your managers at one point or another?

A    Yes.

Q    Okay.  What is your current base salary?

A    My base salary -- I don't remember exact amount, but roughly ██████████ U.S. dollar.

Q    And do you receive bonuses every year?

A    I do receive bonus.

Q    What was your bonus last year?

A    Last year it was 15-month worth of my monthly salary.  So if my math is correct, it's over ████████ █ ████████

CONFIDENTIAL

Page 29

Q    Got it.  Do you currently have any form of equity stake or ownership interest, like stock, stock options, restricted stock units, or performance shares in any ByteDance company or entity?

A    I do receive RSUs.

Q    And so your RSUs, the value of those is based on how the companies do, correct?

MR. DRAKE:  Object to form.

THE WITNESS:  The company has a value, but I do not know how they get this value.

BY MR. WEINKOWITZ:

Q    Okay.  And so if the value goes up, you make more money.  If the value goes down, you make less money, right?

A    Correct.

Q    Okay.  All right.

So Mr. Wang, you worked at a ByteDance entity since March of 2018.

So that means that ByteDance acquired musical.ly before you began your employment, correct?

A    Yes.

Q    And musical.ly was a lip syncing app, right?

A    I do not think musical.ly is a lip sync app.

Q    Did ByteDance acquire musical.ly in about 2017, about a year before you started?

A    I don't know the exact dates of the acquisition.

CONFIDENTIAL

Q    Okay.  Fair to say that some of your early work was preparing for the rebranding of musical.ly to TikTok?

A    Correct.

Q    In fact, you were part of what's called the musical.ly core branding team; do you recall that?

A    We had a musical.ly core branding group, if that's what you're referring to.

Q    That is what I'm referring to.  I used the word "team," I apologize.

In early August of 2018, the musical.ly app was rebranded and became what is known today in the United States as TikTok, correct?

MR. DRAKE:  Object to form.

THE WITNESS:  I don't remember exact date, roughly.

BY MR. WEINKOWITZ:

Q    Roughly the beginning of August 2018, correct?

A    If I remember correctly, yes.

Q    Okay.  And before that rebranding, TikTok existed outside of the United States, but it was not yet available for download in the United States, correct, before August '18 rebranding?

A    I actually don't know whether they have list TikTok in the App Store in the U.S.  I don't have this information.

CONFIDENTIAL

Page 85

survey to be pushed to users shortly after the rebranding?

MR. DRAKE:  Object to form.

THE WITNESS:  I don't.

MR. WEINKOWITZ:  Okay.  Let's pull up tab 12.

MS. ARMSTRONG:  Exhibit 18.

(TikTok-Wang-18 marked.)

BY MR. WEINKOWITZ:

Q    And just take your time, review that, and you let me know when you're ready to go.

A    Okay.

Q    Okay.  Have I given you a fair and adequate time to review Exhibit 18?

A    Yes.

Q    Okay.  This appears to be a Lark chat produced by TikTok and ByteDance, and if you look at the first message in the chain, do you see that you are part of this group chat?

A    Yes.

Q    All right.  And the name of the group chat is "ISE Product Strategy."

Do you see that?

A    IES Product Strategy.

Q    I'm sorry, you're right.  IES Product Strategy.

What does "IES" stand for?

A    It was the team's name.  Interactive Entertainment

Page 86

and Social.

Q    Thank you.  And you were participating in this company Lark chat on June 19, 2018 as part of your job, correct, at TikTok and ByteDance?

A    Yes.

Q    Any reason to think that this document has been altered in any way from how it was in your file?

A    No.

Q    Okay.  You're chatting with your work colleagues, including Alex Zhu, correct?

A    That is correct.

Q    Oh, did you hear me?  Oh, I didn't hear you.

     I'm sorry.

A    I said correct.

Q    All right.  Thank you.

     And Mr. Zhu, again, was co-founder in musical.ly and was president of TikTok, correct?

A    Correct.

Q    And you're also participating in this chat with ███████████████████████ who we talked about earlier, correct?

A    Yes.

Q    All right.

     MR. DRAKE:  Hey, Mike.  Just to clarify.  You keep saying ███████████ but it is ███████████

     MR. WEINKOWITZ:  ███████████

CONFIDENTIAL

And to be honest with you, I have it in my head one way so it will be probably be hard to shift, but I'll do my best.

MR. DRAKE:  No problem.

BY MR. WEINKOWITZ:

Q    If we go to page ending in Bates 300.

A    Yeah.

Q    All right.  In the middle of the page, there's a message to ███████████ on June 19, 2018 at 11:33:58.

Do you see that?

A    Yeah.

Q    And you propose pushing an in app survey, right?

MR. DRAKE:  Object to form.

THE WITNESS:  This is -- this is what I wrote.  Although I don't remember the time.

BY MR. WEINKOWITZ:

Q    Understood.

A    Yeah, that's right.

Q    Understood.

So -- so you do, at this time, you did at this time propose pushing an in app survey, correct?

MR. DRAKE:  Object to form.

THE WITNESS:  Based on this message.

BY MR. WEINKOWITZ:

Q    Right.  You write:  "Pushing an in app" -- strike

Page 88

that.

"Pushing an in app survey," that means sending the survey to certain users through the TikTok app, right?

A    Correct.

Q    And you write:  "M plus T survey."  That's musical.ly and TikTok, right?

A    In this context, M plus T means musical.ly and TikTok.

Q    Understood.

You suggested that the survey ask musical.ly and TikTok users where they heard about musical.ly and that it included an age proxy question, correct?

A    Yeah.  I -- I wrote that.

Q    And next communicate chat -- strike that.

Next message down, Alex Zhu responds with a question:  "Elementary."

Correct?

A    Yes.

Q    And you respond to him by suggesting using school level as a proxy for age, such as middle school, high school, college, or working, correct?

A    This is what I wrote.

Q    Specifically, you suggested asking users whether they were in middle school, high school, college, or working as part of the survey.  That's what you were suggesting?

CONFIDENTIAL

Page 89

A    Yeah, based on this.

Q    And if TikTok identified users as being in middle school, that could indicate that they were under 13, necessitating that the account be banned, correct?

MR. DRAKE:  Object to form.

THE WITNESS:  So middle school, what's the age for middle age?

Our policy is, if we know, if we learn someone's below 13, we have to ban their account.

BY MR. WEINKOWITZ:

Q    Right.  TikTok doesn't want 9, 10, or 11-year-old's on the platform, does it?

A    TikTok do not allow users under 13 to have an account.

Q    So the answer to my question was:  Yes.  TikTok doesn't want 9, 10, or 11-year-old's on the platform.

Correct?

A    I cannot speak on behalf of TikTok, but TikTok's policy is we do not allow people under 13 to have an account.

Q    All right.  So let's look at Mr. Zhu, the president of TikTok's response, at 11:35:08 on June 19th, 2018.

He immediately tells you, and the others:  "Having elementary school is definitely violating COPPA."

CONFIDENTIAL

Page 90

Do you see that?

A    Yes.

Q    And you understand back then what COPPA was, right?

MR. DRAKE:  Object to form.

THE WITNESS:  I don't remember back then, but now I know COPPA.

BY MR. WEINKOWITZ:

Q    COPPA is a law in the United States, the Children's Online Privacy Protection Act, that applies to online services used by children under 13, correct?

MR. DRAKE:  Object to form.

THE WITNESS:  That largely align with my understanding.

BY MR. WEINKOWITZ:

Q    Under COPPA, companies aren't allowed to collect personal information from children under 13 without the parent's consent, correct?

A    I don't -- I'm not familiar with the law enough to tell.

Q    So you don't know that -- strike that.

If a company knows that a user is under 13, it has to get verified parental consent before collecting their information, correct?

MR. DRAKE:  Object to form.  Lacks

CONFIDENTIAL

Page 91

foundation.

THE WITNESS:  We just discuss, if we learn someone is below the minimal age to have an account on TikTok, we will ban their account.

We do not allow people under 13 to have an account.

BY MR. WEINKOWITZ:

Q    Okay.  Tell me what your understanding of COPPA is.

MR. DRAKE:  I'm going to object to the question to the extent it's seeking to elicit information protected by the attorney-client privilege.

So if you're able to answer the question without revealing the substance of conversations you've had with counsel, you can answer it.  Otherwise, I would instruct you not to.

BY MR. WEINKOWITZ:

Q    Can you tell me your understanding of COPPA?

MR. DRAKE:  I have the same objection that I just lodged.  And so if you're asking him to reveal the contents of communications with counsel, I would instruct him not to answer.

BY MR. WEINKOWITZ:

Q    Can you answer the question without communicating what you were told by lawyers?

CONFIDENTIAL

Page 92

A    I cannot.

Q    Either way, Alex Zhu, back on June 19th, 2018, says to you:  "Having elementary school is definitely violating COPPA."

Correct?

A    Yes, he said that.

Q    And 14 seconds later, after his last message to you about potentially violating COPPA, he tells you that having elementary school users would violate COPPA, correct?

MR. DRAKE:  Object to form.

MR. WEINKOWITZ:  Strike that.  Strike that. That was a bad question.

BY MR. WEINKOWITZ:

Q    14 seconds after he tells you that having elementary users would violate COPPA, he says:  "I don't think we should do this survey anyway."

Correct?

A    Yes.  He said that.

Q    And at that time he was your boss?

A    Yes.

Q    You don't get a chance to respond, and one minute later he sends you a third message, right?

MR. DRAKE:  Object to form.

THE WITNESS:  He had another message on 11:36.

CONFIDENTIAL

Page 93

BY MR. WEINKOWITZ:

Q    So he tells you why the survey would violate COPPA, correct?

MR. DRAKE:  Object to form.

THE WITNESS:  He wrote:  "If FTC knows about the survey, he might want us to submit the results and I am not sure if it's good result."

BY MR. WEINKOWITZ:

Q    He says -- he warns that if the FTC found out about the survey, if it was done the way you wanted, TikTok might have to submit the results to the FTC, correct?

MR. DRAKE:  Object to form.

THE WITNESS:  He said if FTC knows about this survey, they might want us to submit the results, and I am not sure if it's good result.

BY MR. WEINKOWITZ:

Q    The FTC is the Federal Trade Commission?

MR. DRAKE:  Objection.  Lacks foundation.

THE WITNESS:  I assume it's a government agency.

BY MR. WEINKOWITZ:

Q    The FTC is a government agency.  It's like a watchdog for the Internet, and one of its jobs is to make sure that companies, including social media platforms like TikTok, follow rules, including COPPA, right?

CONFIDENTIAL

Page 94

MR. DRAKE:  Object to form.

THE WITNESS:  I -- I -- I don't know, but I know it's a -- it's a government agency.

MR. WEINKOWITZ:  Okay.  Pull up tab 12A.

MS. ARMSTRONG:  Exhibit 19.

(TikTok-Wang-19 marked.)

BY MR. WEINKOWITZ:

Q    Exhibit 19 is a demonstrative of the hyperlink to a page on the FTC's website, a COPPA page.

Do you see that?

A    I see the link.

Q    Do you see on the left-hand side is the logo for the FTC and it says:  "Federal Trade Commission.  Protecting America's Consumer."

Do you see that?

A    I see the logo and the word.

Q    And the reason Mr. Zhu is referring to COPPA and the FTC is because the FTC is responsible for the -- applying COPPA, correct?

MR. DRAKE:  Object to form.

THE WITNESS:  Could you rephrase your question, please?

BY MR. WEINKOWITZ:

Q    Sure.  The reason that Mr. Zhu is referring to COPPA and the FTC is because the FTC has jurisdiction over

CONFIDENTIAL

Page 95

COPPA, correct?

MR. DRAKE:  Object to form.  It lacks foundation.

THE WITNESS:  I mean, I cannot speak on behalf of Mr. Zhu, and I don't know what he thought by that point.

BY MR. WEINKOWITZ:

Q   Two things are true, though.  He was talking about COPPA and he was talking about the FTC in his message to you.

Correct?

MR. DRAKE:  Objection.  Asked and answered.

THE WITNESS:  I think he wrote -- sorry.

Let me -- let me -- he mentioned FTC and -- in the chat, and COPPA on the previous chat.

BY MR. WEINKOWITZ:

Q   So let's look at ▇▇▇▇▇▇▇▇▇▇ message on June 19th, 2018, at 11:38:10, right after Mr. Zhu says:  "If the FTC knows about the survey they might want to submit the results, and I'm not sure if it's good results."

Let's look at what ▇▇▇▇▇▇ does.

Okay?

A   Mm-hmm.

Q   He tags --

MR. DRAKE:  Object to form.

CONFIDENTIAL

Page 96

BY MR. WEINKOWITZ:

Q    He tags you, right?  Right?

A    Yes.

Q    And he says:  "For MT, we must avoid any age demographic questions."

Right?

A    Yes.

Q    What is MT?

A    Based on this contact, it should be musical.ly and TikTok.

Q    "Doing school level proxy would still be considered age demographics."

Right, that's what he wrote?

A    Yes, that's what he wrote.

Q    "We take the position in various cases and regulatory matters that we do not collect such information."

Correct?

A    Yes, that's what he wrote.

Q    And then you reply:  "Okay.  We'll make sure none of age-related questions will appear."

Correct?

A    Correct.

Q    Then ███████████ gives you more context in the next message, correct?

A    Correct.

Page 97

Q    He says -- tags you again at Adam Wang.

"For your context, this would be the consequence. A, we would immediately have to delete all users who say they are elementary school."

Correct?

A    Correct.

Q    And it wouldn't be a bad thing, would it, to delete all of the users who identified themselves as elementary school, would it?

MR. DRAKE:  Object to form.

THE WITNESS:  TikTok's policy do not allow users under 13.

BY MR. WEINKOWITZ:

Q    And it would be a good thing if that's the policy, to identify them and to delete them, correct?

MR. DRAKE:  Object to form.

THE WITNESS:  Our policy is to not allow anyone who were under 13 to use our platform.

If we learn someone's below the minimal age to have an account on TikTok, we'll ban their account.

BY MR. WEINKOWITZ:

Q    He tells you why in the next sentence, correct?

He says:  "The highest grade in that school level is fifth grade, the average age is 10."  Do you see that?

A    Yes.

CONFIDENTIAL

Page 134

active users, correct?

A    I'm not recalling the specific dates, but I have -- I'm sure at some point it strikes over that number.

MR. WEINKOWITZ:  Okay.  So let's pull up tab 32.

MS. ARMSTRONG:  Exhibit 27.

(TikTok-Wang-27 marked.)

BY MR. WEINKOWITZ:

Q    Take an opportunity, take your time reviewing it, and let me know when you're ready.

A    Please, go ahead.

Q    Okay.  This is a Google Alert e-mail from September 28th, 2021, to you, produced by TikTok and ByteDance, found in your file.

Any reason to dispute that?

A    No.

Q    Did you set up a Google Alert so you received TikTok-related news as part of your job at TikTok/ByteDance?

A    I did set up Google Alerts.

Q    Any reason to think that this e-mail is altered from how it was in your file?

A    No, I don't think so.

Q    Okay.  And if you look at the second news item down, it says:  "TikTok says 1 billion people use the app each month."  And that was reported in CNBC.

CONFIDENTIAL

Page 135

Do you see that?

A    Yes, I read that.

Q    Okay.  And if you look at the last page of the e-mail, which is Bates 320, for the metadata.

Do you see --

A    Right.

Q    Are you there, I'm sorry?

A    Yes, I saw it.

Q    Sorry, I ran over you.

Do you see that the last news item is from TikTok newsroom?

A    Yes.

Q    And the TikTok newsroom is where TikTok issues press releases and communicates to the public and the press about the platform, right?

A    I believe so.

Q    And TikTok basically posted a press release in the TikTok newsroom that says:  "Thanks a billion."

Do you see that?

A    Yes, I see this in this document.

Q    All right.  Can you pull up tab 33?

MS. ARMSTRONG:  Exhibit 28.

(TikTok-Wang-28 marked.)

MR. WEINKOWITZ:  Give you a chance to -- let me know when you're ready.

CONFIDENTIAL

Page 136

THE WITNESS:  I'm ready.

BY MR. WEINKOWITZ:

Q    Okay.  Exhibit 28 is the press release.  "Thanks a billion," that we downloaded from the TikTok newsroom.

If you want us to take you to the live link, we can, but the press release is dated September 27, 2021.

Do you see that?

A    Yes.

Q    And it says:  "One billion people on TikTok. Thank you to our global community."

Right?

A    Correct.

Q    And there's a person to the right.

Do you recognize her, they?

A    Yes.  Vanessa Pappas.

Q    They were -- they were the chief operating officer at TikTok in 2021, correct?

A    I believe so.

Q    Can you please play her video message -- their video message?

(Video Clip of Vanessa Pappas played as follows:)

MS. PAPPAS:  "Hi everyone.  I'm Vanessa, and I'm beyond excited to share with you that our global TikTok community is now more than a

CONFIDENTIAL

Page 137

billion people strong.  That means over a billion people from around the world come to TikTok to be entertained, inspired, or discover something new, like sports, music, arts and culture, fashion, DIY and more.

It's a billion people every month watching and sharing each other's creativity.

So on behalf of the TikTok team, I want to say thank you.  Whether you've been with us since the beginning or you are new to our community, wherever you are in the world, we definitely couldn't do this without you.

So thanks a billion for making TikTok a truly special place."

(Video clip concluded.)

BY MR. WEINKOWITZ:

Q    Does this help refresh your recollection that around September 27, 2021, TikTok hit a billion people?

A    Based on this newsroom article, it said it hit a billion people using TikTok.

Q    Okay.  So by the middle of 2022 -- strike that.

Do you know that TikTok was actually the fastest to reach 1 billion user mark compared to any other social media company?

MR. DRAKE:  Object to form.

CONFIDENTIAL

Page 138

THE WITNESS:  I don't know.

BY MR. WEINKOWITZ:

Q    Okay.  So TikTok reached a billion dollars by September 2021.

By the middle of 2022, TikTok's growth rate in the U.S. had started to slow, right?  If we go back to the timeline in Exhibit 22, slide 10.

MR. DRAKE:  Object to form.

THE WITNESS:  Sorry -- now it shows.  Based on what I read the chart.

BY MR. WEINKOWITZ:

Q    Yeah.  We're looking at the chart.  Let me ask you a better question.  Try to fix the objections to the form.

We're now back in Exhibit 22, looking at slide 10.

A    Correct.

Q    Would you agree with me by the middle of 2022, according to this chart, TikTok's growth rate in the U.S. had started to slow?

A    Based on this chart it was slower than the previous period.

Q    It was still growing but not as fast as 2021, correct?

A    Correct.

Q    All right.  So let's focus on the middle of 2022.

Okay.  The middle of 2022 is almost four years

CONFIDENTIAL

Page 139

after TikTok launched in the U.S.

Are you with me?

A    Roughly four years.

Q    And TikTok's growth started to slow down in 2022. We just saw that in the chart, right?

A    Yes, it slightly slow down.

Q    And do you see Phase 4 is a slow growth period for TikTok?

A    This is what show in the deck.

Q    And by the middle of 2022, TikTok's penetration rate for teens age 13 to 7 was very high.

Do you remember that?

A    I see someone in this -- I see the penetration number somewhere in this deck.

Could you point it out?

Q    Sure.  Do you -- first, let me just ask you.

Without looking at the deck, do you recall how high TikTok's penetration rate for teens was aged 13 to 17 in 2022?

A    I do not recall.

Q    Okay.  Please turn to slide 6.  And one of -- let me know when you're ready.

A    Yes.

Q    This slide is titled:  "TikTok has its greatest potential in older user demographics."

CONFIDENTIAL

Page 140

Right?

A    Yes.

Q    And there is a note to the slide that says: "According to TikTok internal data, the data of smart phone users by age from Emarketer, TikTok penetration rate by age is" -- and then it says:  "L1 plus 2, kids ages 13 to 17, 91 percent; L3, users age 18 to 24:  81 percent; L4: 84 percent; L5:  23 percent."

Correct?

A    You read it correctly.

Q    And MA -- and then it says:  "MAU of 2022 0630 was collected."

Right?

A    You read it correctly.

Q    So just so the jury is clear, according to this document, by June of 2022, TikTok having 91 percentage -- strike that.

TikTok had a 91 percent penetration rate for kids ages 13 to 17, correct?

A    Are you speaking to me or the jury?

Q    Oh, I was speaking -- I was speaking to you, but I was trying to frame my question to clarify for the jury.

So let me start over.  So this is a question for you, and I'm hoping that we can be clear for the jury that's listening.

CONFIDENTIAL

Page 141

According to this document, by June of 2022, TikTok had a 91 percent penetration rate in kids ages 13 to 17, correct?

MR. DRAKE:  Object to form.

THE WITNESS:  Based off what they wrote is L1 plus 2, 91 percent.

BY MR. WEINKOWITZ:

Q    Correct.

A    Sorry.  Please, let me finish.

Q    No.  Yeah.  That was my fault.  Go ahead.

A    So if like this L1, 2, 3, 4, 5.  I believe is coming from a classifier for estimation.

So I think a precise part of this based off the classifier data, the classifier estimation, it's 91 percent.

Q    Okay.  But that -- just so I understand.

That classifier data and that classifier estimation is TikTok's classifier data and TikTok's classifier estimation, correct?

A    It is TikTok's classifier, correct.

Q    Okay.  All right.

So with that, can we pull up tab 34?

MS. ARMSTRONG:  Exhibit 29.

(TikTok-Wang-29 marked.)

BY MR. WEINKOWITZ:

Q    By June of 2022 -- this is a demonstrative, for

CONFIDENTIAL

Page 149

about the rationale here.

MR. WEINKOWITZ:  That's fine.

THE WITNESS:  Yeah.  Given that I'm not familiar with the exact data here, like, for example, where does Emarketer data is coming from, using two estimates, essentially like penetration in the previous versions I use one number divided by the another number to get penetration.  You using one estimate divided by another estimate, but there's two estimation method, I don't know what is the same, which make it not fair to say it is a penetration.  That's my main rationale.

But other than this, I think this -- I don't have further suggestions over this, as I don't know that much about those data, nor do I create this illustration, so I don't have much to add on from this point.

MR. WEINKOWITZ:  Okay.  Thank you for that.

BY MR. WEINKOWITZ:

Q    And what -- my one question is, is that the penetration rate as reflected in Exhibit 6 -- I'm sorry -- in Exhibit 22, slide 6, in the note, that was a penetration rate that appears in a TikTok internal document, correct?

A    Yes.  I read 70 percent.

Q    Yeah.  And that --

A    I read those numbers.

CONFIDENTIAL

Page 150

Q    Go ahead.  Yeah.

My question is, is simply:  This is -- the slide is in an internal company document from TikTok, correct?

A    This -- yeah, this is from a TikTok document.

Q    And -- and the penetration rate, as calculated in this TikTok document, was calculated by somebody inside of TikTok, correct?

A    Somebody inside TikTok.  I don't know who this person is.

Q    Okay.  And this is a slide deck that's called: "Break Through US Growth, TikTok U.S. Offsite July 2022." Correct?

A    Correct.

MR. DRAKE:  Object to form.

BY MR. WEINKOWITZ:

Q    And this document was -- and if you look at the metadata -- indeed found in your custodial file, correct?

A    Yes.

Q    Okay.  So with this, I've marked 29A, and we will now move on.

Thank you.  Okay.  Let me figure out where we're at.

So if we pull Exhibit 22, slide 6, back up.

And again, just focusing on the note on the slide, TikTok, according to that note, according to the data,

CONFIDENTIAL

Page 151

reached 91 percent of penetration rate of 91 percent for users L1 plus L2, correct?

A    Yeah.  It's reflected in the document.

Q    And just so that we're clear.  L1 to L2 are users ages 13 to 17, correct?

MR. DRAKE:  Object to form.

THE WITNESS:  I want to provide context that this is based off a age classifier estimation.

BY MR. WEINKOWITZ:

Q    But an age classifier estimation of users age 13 to 17, correct?

A    Correct.

Q    Okay.  And a 91 percent penetration rate, even if it's user classifiers, based on user classifications and estimations, a 91 percent penetration rate of age 13 to 17, that reflects near total market saturation among adolescents in that age category, correct?

MR. DRAKE:  Object to form.  Lacks foundation.

THE WITNESS:  This is an estimation.  I don't know how accurate this really is.

BY MR. WEINKOWITZ:

Q    Assuming it's accurate, a 91 percent penetration rate among users of age 13 to 17, even if it's an estimation, if that's true, that's near total market

CONFIDENTIAL

Page 152

saturation among that age group, correct?

    A    Assuming -- based on your assumption, it's high penetration.

    Q    Okay.  And if it's a high penetration rate of 91 percent, then there aren't a lot more kids in that -- teens in that age group for TikTok to grow with, correct?

                MR. DRAKE:  Object to form.

                THE WITNESS:  I mean, our goal is to grow our users.  We don't really look at this particular segment.

                MR. WEINKOWITZ:  Right.

                THE WITNESS:  But, in fact -- sorry.

                MR. WEINKOWITZ:  Go ahead.  Yep.

                THE WITNESS:  In fact, our goal is to grow L5 user groups for what I see in this chart.  US currently has the largest potential in L5 user group.

BY MR. WEINKOWITZ:

    Q    And largest potential in the older group is because you have a penetration rate of 91 percent in the younger group, right?

        You have to get the older users to grow if you have 91 percent of the younger users, right?

                MR. DRAKE:  Object to form.  Foundation.

                THE WITNESS:  Sorry.  I find this -- I didn't see the logical connection between the two.  We want to

CONFIDENTIAL

Page 153

grow our users.  All our five users have potential, and we want to grow them.  That's our rationale.

BY MR. WEINKOWITZ:

Q    Okay.  Do you agree that aging up did not mean eliminating or overlooking teen users aged 13 to 17, or what was called L1 and L2?

MR. DRAKE:  Object to form and foundation.

THE WITNESS:  So age up means growing older user.  That's my interpretation.

MR. WEINKOWITZ:  Okay.  So can we pull up tab 38?

MS. ARMSTRONG:  Exhibit 30.

(TikTok-Wang-30 marked.)

MR. WEINKOWITZ:  Yeah.  Take a second -- and I'd like to go off the record because I actually can't find my version of this document, and I've got to look for it.

So can we go off the record for a second, you review it, I'll find my document, and I'll come back?

THE WITNESS:  Please, go ahead.

THE VIDEOGRAPHER:  We are now going off the record, and the time is 12:45.

(Off the record from 12:45 to 12:46 p.m.)

THE VIDEOGRAPHER:  We are now going back on the record, and the time is 12:46 p.m.

CONFIDENTIAL

Page 154

MR. WEINKOWITZ:  Keep reviewing, and let me know when you're ready.

No rush.

THE WITNESS:  I finished.

MR. WEINKOWITZ:  Okay.  Thank you.

BY MR. WEINKOWITZ:

Q    Did I give you a fair and adequate opportunity to review Exhibit 30?

A    Yes.

Q    Okay.  This was a document that TikTok and ByteDance produced from your file.

Is there any reason to dispute that?

A    No.

Q    Any reason to think that it was altered from how it was in your file?

A    No.

Q    All right.  The title of this document is: "Content Programming Strategy TikTok US."

Do you see that?

A    Yes.

Q    All right.  And if you turn to page 2, ending in Bates 167, the first section on this page is about TikTok's audience.

Do you see that?

A    Yes.

CONFIDENTIAL

Page 155

Q    And it says:  "What is our target audience?"
Correct?

A    Yes.

Q    And it says:  "We are aging up with a target of users that are 18-plus."

Do you see that?

A    Yes.

Q    And do you see -- so strike that.

Those 18-plus, those users are labeled L3 and L4 internally, correct?

A    Based on this document, yes.

Q    And the next sentence says -- and underline this in red, Evan, do you have it?

A    Oh, sorry, I don't --

MR. DRAKE:  We don't see it on the screen.

TRIAL TECHNICIAN:  My fault.  Apologies.

BY MR. WEINKOWITZ:

Q    And do you -- all right.  Let's -- let's -- let me just go back.

Do you see that this section is titled:  "TikTok's Audience," right?

MR. DRAKE:  Object to form.

THE WITNESS:  I see the wording, yes.

BY MR. WEINKOWITZ:

Q    Okay.  And it says:  "We are aging up with a

CONFIDENTIAL

Page 156

target of users that are 18-plus," right?

A    You read it correctly.

Q    And then it says -- and underline this in red.

"This does not mean eliminating or overlooking users from L1 and L2."

Correct?

A    Yes.

Q    And L1 and L2 are users ages from 13 to 17, correct?

A    Correct.

Q    All right.  I'm done with that document.

I want to talk a little bit with you about TikTok's new user activation process after signup.

Okay?

A    Okay.  I want to clarify.  This is not part of my work.  I didn't specifically working on this part.

I haven't specifically worked on this part in the past.

Q    Understood.  Do you have a TikTok account?

A    I do.

Q    So at some point in time you signed up for TikTok, correct?

A    Correct.

Q    And you would have gone through registration and activation process, right?

CONFIDENTIAL

Page 159

Q   Okay.  Well, motion to strike everything after "I've read through it."

Have I given you a fair and adequate opportunity to review slides 28 and 29?

A   Yes.

Q   Okay.  Do you see on the slide 28, it is labeled: "Definitions of Different Moment."

Do you see that?

A   I see that.

Q   And if you look -- the first moment is the setup moment.

The next moment listed is the aha moment.

And then if you look at slide 29, there's a habit moment.

Do you see that?

A   Yes.

Q   Okay.  Now, can we pull up slide 31, please?

No, no, no.  I'm sorry, tab 31.  That was my bad.

MS. ARMSTRONG:  Exhibit 31.

(TikTok-Wang-31 marked.)

BY MR. WEINKOWITZ:

Q   Mr. Wang, do you see that according Merriam-Webster's Dictionary, under 2B, a synonym for habit is addiction?

A   I see.

CONFIDENTIAL

Page 239

CERTIFICATE

I, Jennifer A. Dunn, Certified Realtime Reporter, Registered Merit Reporter, California Certified Shorthand Reporter #14461, do hereby certify that prior to the commencement of the examination, ADAM WANG, was duly remotely sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place and on the date hereinbefore set forth, to the best of my ability via Remote Zoom teleconference technology.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

Certified Realtime Reporter

Registered Merit Reporter

CA Certified Shorthand Reporter #14461

Dated:  May 23, 2025