# AMENDED Exhibit 435

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

QRV9P1

**EXHIBIT**
TIKTOK - RUIZ 7
OF  3/10/25

| Category | Top level metric | 8 week trendline | 11-12 BiM | 9-10 BiM | Bimonth change% | Bimonth OKR completion% | EoY 2021 | YoY% | EoY target | Annual OKR Completion% |
|---|---|---|---|---|---|---|---|---|---|---|
| User | DAU (MM) | | 879.5 | 849.88 | 3.5% | 95% | 688.5 | 28% | 981.6 | 65% |
| User | Stay duration (min) | | 86.3 | 84.41 | 2.2% | n/a | 84.35 | 2% | 89.7 | 37% |
| Content | Publish rate (excl. L12, excl. TTN) | | 7.7% | 6.9% | 12.2% | 75% | 6.5% | 19% | 8% | 81% |
| Content | Content diversification VV% | | 40.5% | 38.4% | 5.5% | n/a | 37.2% | 9% | n/a | n/a |
| Social | 1min+ DAU impact | | 1.2% | 1.06% | 15.2% | 100% | 0.5% | 127% | 1.16% | 109% |
| Social | DAU impact | | 4.6% | 4.31% | 7.0% | 51% | 1.4% | 229% | 4.9% | 92% |
| Social | DM penetration | | 13.5% | 13.42% | 0.37% | 13% | 10.9% | 23% | 13.82% | 88% |
| Safety | Video CGVR (excl. US) | | 0.75% | 0.73% | 2.7% | Meet | 0.86% | n/a | 0.80% | Meet |
| Safety | Live CGVR (excl. US) | | 0.36% | 0.36% | 0.0% | Meet | 0.44% | -18% | 0.40% | Meet |
| Safety | Video TCOR (excl. US) | | 9.24% | 9.85% | -6.2% | Below | n/a | n/a | 9% | Below |
| Safety | Live TCOR (excl. US) | | 13.18% | 16.65% | -20.8% | Meet | n/a | n/a | 14% | Meet |
| Revenue | Ads Revenue ($MM) | | 1899 | 1542 | 23% | 97% | 1,204 | 58% | 10,716 | 77% |
| Revenue | Live Revenue ($MM) | | 975 | 861 | 14% | 99% | 428 | 129% | 4,914 | 96% |
| Revenue | E-commerce GMV ($MM) | | 1774 | 1180 | 48% | 128% | 58 | 2916% | 3,649 | 126% |

TIKTOK3047MDL-079-LARK-02217029

Exhibit 7

# NATIVE DOCUMENT PLACEHOLDER

## Please review the native document TIKTOK3047MDL-079-LARK-02217029.xlsx

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-079-LARK-02217029

**BEGATTACH:** TIKTOK3047MDL-078-LARK-01891299

**ENDATTACH:** TIKTOK3047MDL-108-LARK-05540602

**Attachment Count:** 0

**PRODVOL:** MDL-079

**Custodian:** RUIZ, JORGE

**File Path:** /NATIVES/0229/TIKTOK3047MDL-079-LARK-02217029.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 09D55D0AB3D9F2F07133F8236844D65B

**DocType:**

**Author:**

**Create Date:** 12/29/2019 12:00 AM

**Last Modified Date:** 12/29/2019 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-079-LARK-02217029.XLSX

**Title:**

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

