# AMENDED Exhibit 438

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**Document Produced As Native**

Highly Confidential (Competitor)

TIKTOK3047MDL-018-00363174



Confidential

## TikTok Generation Snapshot

   

| Late Gen Z | Early Gen Z | Millennials | Gen X |
|---|---|---|---|
| 13 - 17 | 18 - 24 | 25 - 34 | 35 + |

🔔 Data Disclosure Instructions 🔔
- Since we don't share company and platform data or audience metrics publicly including MAU, time spent or demographics, the data provided is intended for closed door meetings for clients who have signed NDAs only.
- For materials that share our 1st party data and audience metrics including MAU, time spent, and demographics, please do not send those slides as leave-behinds. This data should also not be included in any public webinars, presentations or events.
- Please avoid sending any physical collateral that could be forwarded to media, posted to LinkedIn, etc.
- You can email approved data in the body of an email as a follow up to your clients who have signed an NDA.
- If in doubt, check with your regional PR team before sharing data with clients!

Confidential

## User Demographics

Over 70% of TikTok users are Gen Z & Millennials.



**User Demographics Breakdown**

Source: TikTok US Internal Data, October 2020.

Confidential

## APP Usage

Younger generation opens TikTok more frequent, spends longer time on the APP.



**Average Daily APP Usage**

Source: TikTok US Internal Data, October 2020.

Confidential

## Video Views

Gen Z watch and interact with more videos per day.



**Video Views & Engagement Per Day**

| | | | |
|---|---|---|---|
| 246 | 257 | 180 | 140 |
| 48.2 | 47.49 | 25.08 | 17.51 |
| 13 - 17 | 18 - 24 | 25 - 34 | 35 + |

Source: TikTok US Internal Data, October 2020.

Case 4:22-md-03047-YGR    Document 2875-30    Filed 03/25/26    Page 8 of 16

Confidential

## Video Interactions

Early and Late Gen Z users shows higher engagement rates compare to
Millennials and Gen X.

**AVERAGE ENGAGEMENT RATE**



| 13 - 17 | 18 - 24 | 25 - 34 | 35 + |
| --- | --- | --- | --- |
| 19.63% | 13.49% | 13.94% | 12.50% |

Source: TikTok US Internal Data, October 2020.

Confidential

## Audience Profile



**Relationship Status**

Source: GWI, base audience US TikTok Users, n=3395, Q3 Q4 2019 Q1 Q2 2020.



Confidential

## Audience Profile



**Attitudinal Segments**

| 13 - 17 | 18 - 24 | 25 - 34 | 35 + |

Source: GWI, base audience US TikTok Users, n=3395, Q3 Q4 2019 Q1 Q2 2020.

Audience Profile



### Access to Social Media

Confidential

Source: GWI, base audience US TikTok Users, n=3395, Q3 Q4 2019 Q1 Q2 2020.



Confidential

## Audience Profile

### Personal Interest



| | 13 - 17 | 18 - 24 | 25 - 34 | 35 + |
|---|---|---|---|---|
| 1. | MUSIC | MUSIC | MUSIC | MUSIC |
| 2. | FOOD & DRINK | FOOD & DRINK | FOOD & DRINK | TELEVISION |
| 3. | COOKING | EATING OUT | COOKING | FOOD & DRINK |
| 4. | EATING OUT | COOKING | TELEVISION | COOKING |
| 5. | GAMING | TELEVISION | EATING OUT | EATING OUT |



Source: GWI, base audience US TikTok Users, n=3395, Q3 Q4 2019 Q1 Q2 2020.

Confidential

## Audience Profile

### Product / Brand Research



|  | 13 - 17 | 18 - 24 | 25 - 34 | 35 + |
|---|---|---|---|---|
| 1. | SEARCH ENGINE | SOCIAL NETWORK | SEARCH ENGINE | SEARCH ENGINE |
| 2. | SOCIAL NETWORK | SEARCH ENGINE | SOCIAL NETWORK | REVIEWS |
| 3. | REVIEWS | REVIEWS | REVIEWS | SOCIAL NETWORK |
| 4. | BRAND SITE | MOBILE APPS | BRAND SITE | BRAND SITE |
| 5. | MOBILE APPS | BRAND SITE | MOBILE APPS | PRICE COMPARISON SITES |

Source: GWI, base audience US TikTok Users, n=3395, Q3 Q4 2019 Q1 Q2 2020.



# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-018-00363174

**BEGATTACH:** TIKTOK3047MDL-018-00363174

**ENDATTACH:** TIKTOK3047MDL-018-00363174

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-018

**Custodian:** JORGE RUIZ

**File Path:** /NATIVES/NATIVE003/TIKTOK3047MDL-018-00363174.PPTX

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** 8DB89C8AC1E33D65C0349309C2928F62

**DocType:**

**Author:** ▮▮▮▮▮▮▮▮▮

**Create Date:** 10/27/2020 1:55 PM

**Last Modified Date:** 10/27/2020 1:55 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK_US_AUDIENCE_INSIGHTS_-_OCT_2020_(2)_1DXASZMTZGHPXN7IRQ55949LE29FXV5U2.PPTX

**Title:** POWERPOINT PRESENTATION

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

