# AMENDED Exhibit 439

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# TikTok Brand Partnerships

Q1 2019

## Today's Agenda



1 Learn Our Platform

2 Learn Our Ad Product

3 Learnings from Organic Content

4 Case Study

5 Appendix: Lenses ; Influencers ; Audience ; Measurement

# About TikTok



**TikTok** is the premier global destination for short-form mobile videos—where audiences make every second count.

Our mission is to capture and present the world's creativity, knowledge, and moments that matter—directly from the mobile phone.

TikTok **enables everyone to be a creator**, and encourages users to share their passion and personal creative expression through their videos.





Learn Our Platform

# Explosive Growth and Popularity in Global Markets



**Best of 2018 Award Winner on App Store & Google Play in the United States, Japan, SEA, UAE, and more**

**75**
Languages

**150**
Countries and Regions

*Source: Internal data 2018.10 (internal use and client communication only)

# Explosive Growth and Popularity in Global Markets





MAU: 3.7M

MAU: 9M

MAU: 27M

MAU: 52M

MAU: 17M

*Source: Internal data 2018.10 (internal use and client communication only)

# Massive Growth in 2018





**TikTok Monthly Downloads in 2018 (US)**

Source: SensorTower
**\*Topping all other Video Platforms since October.**



**Video Consumption via mobile**

**82%**
Watch Short Videos

**28%**
Watch TV Shows/Episodes

Source: Interactive Advertising Bureau (IAB), "Persona Prime Time," Feb 27, 2018

# Some TikTok Videos...





# User Interface Snapshot













| Homepage | Discovery Page | Video Shooting | Notification | Profile |

# By You, For You



Personalized Video Recommendations Powered by AI Technology

### Preference & Personality

Users Profile
Content preference
User behavior

Food  Music  GIF  Car  Pets
Travel  Funny  Idol  ......

### Locations & Environments

Physical locations
Virtual world environment

Bed Time  Raining  Morning
Locations  Holiday,  11:11
Caribbean  ......

### Similar User Interests

Demographic data
Search interests
......

Student  18 years old  Professor
Photography  Couples  Financial
Female  ......

For You Feed



## Our Global Audience





## Our Audience in the US



# Generation Z Focused

Approx. 80% of audience is under 34.



**54%**        **46%**



**Age 16-24**
# 60%

**Age 25+**
# 40%



**Female**
# 60%

**Male**
# 40%

Source: APP Annie

# Our Engagement in the US





**8+** TIMES

**A user opens the app per day**



**43+** MINUTES

**Spent on the app/user/day**



**25** BILLION

**Average monthly video views**



**34%**

**of our DAUs shoot daily.**



CHART

**Average Time Spent per Day with Facebook, Instagram and Snapchat by US Adult Users of Each Platform, 2015-2020**
*minutes*

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Facebook* | 38 | 40 | 41 | 40 | 40 | 40 |
| Snapchat | 20 | 24 | 26 | 27 | 28 | 29 |
| Instagram | 20 | 22 | 25 | 26 | 27 | 28 |

*Note: ages 18+; time spent with each medium includes all time spent with that medium, regardless of multitasking; for example, 1 hour of multitasking on Facebook while using Snapchat is counted as 1 hour for Facebook and 1 hour for Snapchat; *excludes Facebook Messenger*
*Source: eMarketer, Sep 2018*
241441                                         www.eMarketer.com

# Comparison: Average Session Duration



TikTok **294s**

Facebook **208s**

Reddit **180s**

Instagram **144s**

Twitter **114s**

Snapchat **80s**

**Year-over-year change:**

| | | |
|---|---|---|
| **24**% ↑ | −1.4% ↓ | 17% ↑ |
| TikTok | Facebook | Instagram |
| −0.9% ↓ | −7% ↓ | 5.2% ↑ |
| Twitter | Snapchat | Reddit |

Source: Monthly Avg Session Duration, App Annie, Oct, 2018

# What types of content perform best?





1. **Short, vertical** content that catches users' attention from the moment they start watching
2. Content that **matches the song** it's paired with extremely well – either with the beat or the lyrics

## Most popular categories right now

- **Comedy** of all types: pranks, lip-sync comedy, sketch comedy, fails
- **Fashion & beauty:** dramatic transformations
- **Dance:** #dance is 3rd most popular hashtag in terms of views and engagement
- Cute **animals**
- Extreme **sports** / stunts

# Example: #HariboChallenge



  

# Why Brands Should Be on TikTok



1. **Unique audience: next generation of trendsetters**

2. **Unique behavior: videos inspire other videos, like a conversation**

3. **Authenticity goes viral: branded and ad-inspired UGC at scale**

# Gen Z's Brand Loyalty - Beauty





## 19%

Shop at a single store for beauty and health items (Gen Z)[1]

**vs**



## 34%

Shop at a single store for beauty and health items (older Millennial)[1]