# AMENDED Exhibit 440

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation





Elite SEM Agency
█████ – paid social media manager (LA)
█████ – paid social media specialist (AZ)
███████ – Director of Integrated Media Strategy (SD)

TikTok
██████████ – Brand Strategist

Competitors: NYX, Sonya Kashyuk – sold at Target

A18-25
pushing digital

Highly Confidential (Competitor)



Hear your pain points & what you wish you get out of TikTok
High level what is tiktok
How brands can advertise on tiktok
Brainstorm session

Highly Confidential (Competitor)                                                                TIKTOK3047MDL-085-03619368



Highly Confidential (Competitor)

TIKTOK3047MDL-085-03619369



Since our US launch in August 2018, we've seen tremendous and rapid growth and are continuing to see success and massive growth.

History:
Previously music.ly rebranded back in Aug
China has their own version Douyen Doy Yen - rebranded of
We've been around for 2-3 yrs just rebranded

- US Only focused – let's send those #s (app annie or sensor tower) – google it!!! Or apple app store

Highly Confidential (Competitor)



US only

Highly Confidential (Competitor)



Key differentiator is our global footprint

DE: Germany
AU Australia

Highly Confidential (Competitor)

TIKTOK3047MDL-085-03619375



We skew female and Gen Z A13-24 is our sweet spot

Highly Confidential (Competitor)

TIKTOK3047MDL-085-03619376



More granular breakdown of the demo

FTC settlement – a second age gate
You get directed to separate app– watch a curated stream of kid friendly content, cant post nor record

Highly Confidential (Competitor)

TIKTOK3047MDL-085-03619377



Not only acquiring users but retaining them

Every time you join the app it becomes more addicting
Find the content via our AI tech, recommendation engine - FOR YOU feed

This is US data

On any given day 34% of active users are shooting videos. Not just passively using the app but actively engaging

Highly Confidential (Competitor)

TIKTOK3047MDL-085-03619378



This is a report from Oct 2018

Why are people spending so much time in our app?
1 algorithm makes our app very addicting – how you watch videos (watch time, engagement, a lot of likes and great completion rates)
2 the rest of the internet is often people representing the most perfect version of themselves, but tiktok allows users to be creative and showcase authenticity. From all walks of life

Highly Confidential (Competitor)

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-085-03619367-TIKTOK3047MDL-085-03619400

**BEGATTACH:** TIKTOK3047MDL-085-03619367

**ENDATTACH:** TIKTOK3047MDL-085-03619424

**Attachment Count:** 24

**PRODVOL:** TIKTOK3047MDL-085

**Custodian:** JORGE RUIZ

**File Path:** /TIKTOK3047MDL-085-03619367.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** 8844A259B15639AA8321452551A11F5F

**DocType:**

**Author:**

**Create Date:**

**Last Modified Date:**

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-085-03619367.PDF

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** SCA

