# AMENDED Exhibit 441

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation





Highly Confidential (Competitor)



Highly Confidential (Competitor)

TIKTOK3047MDL-081-02289042



To give you a quick background on TikTok.
Before it was called TikTok there was Music.ly, which was a lip syncing and dance app. But TikTok rebranded in 2018 from Musicly and has evolved into what it is today, which is the premier short form destination for mobile videos.

And Our mission is plain and simple. It is to inspire creativity and spread joy.

Highly Confidential (Competitor)



Highly Confidential (Competitor)

TIKTOK3047MDL-081-02289044



TikTok has been one of the fastest growing apps globally

Highly Confidential (Competitor)



TikTok was popular around the world before it made its way to the US. Which has given us tons of learnings from other markets

Highly Confidential (Competitor)

TIKTOK3047MDL-081-02289048



As of April, there are 84M  monthly active users, which is grown 55% since January
Historically across all channels, the early adopters are a younger demo and that was the case for TT as well. But we are starting to see the ages shift and our fastest growing demographic is the parents/older siblings to those younger kids that want to see what all the fuss is about and they end up sticking around.

Additonally, 50% of the older demos are starting to post content, which encourages their age bracket to join the party

Highly Confidential (Competitor)



In addition to the huge audience, the time spent in app is incredible.

If you've ever been on TikTok, you know how easy it is to lost in your For You feed. You are not passively scrolling, you are fully immersed every time you open the app,
spending an average of 80 minutes on it per day.
Which is 1/3 of the time people spend on their phone per day

Highly Confidential (Competitor)



As you can see, you get sucked in unlike any other channel. People are enjoying being on the platform and you have their full attention so now is the time to show them what you company and products are all about

Highly Confidential (Competitor)

TIKTOK3047MDL-081-02289051



What's great about TIkTok is that 40% of users are not on IG, 61% are not on Twitter. Its not just shifting dollars, its reaching new users.

Highly Confidential (Competitor)

TIKTOK3047MDL-081-02289052

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-081-02289041-TIKTOK3047MDL-081-02289085

**BEGATTACH:** TIKTOK3047MDL-081-02289041

**ENDATTACH:** TIKTOK3047MDL-081-02289093

**Attachment Count:** 8

**PRODVOL:** TIKTOK3047MDL-081

**Custodian:** JORGE RUIZ

**File Path:** /TIKTOK3047MDL-081-02289041.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:**

**Last Modified Date:**

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-081-02289041.PDF

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** SCA

