# AMENDED Exhibit 442

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

EXHIBIT

TIKTOK-RUIZ 22

CT_____ 3/10/25

## Document Produced As Native

Highly Confidential (Competitor)

TIKTOK3047MDL-016-00353331



Talking points for this narrative here:
https://bytedance.feishu.cn/docs/doccn8GWRKbU6cAwSdC3kgQ5vVb#



TikTok is here to help you embrace this shift because we're the platform that's accelerating it.



And here's how.

- Democratization of culture - on TikTok, real, everyday people drive culture through their authentic voice and raw, unpolished content
- Immersive & Collaborative Advertising - Brands invite TikTokers to participate in their message
- Measuring relevant reach, frequency and engagement - Brands are integrated in the most relevant way (whether that's through organic content or our paid solutions), which drives engagement
- Building Communities via Affinities & Passions - Brands build trust through common values & interests, connecting to TikTok subcommunities and participating in platform trends
- Community Commerce - Creators bring authenticity & entertainment to commerce. Brands are naturally woven into the content you seen on your feed and there's no better spokesperson for your brand than a happy customer.



TikTok is the convergence of advertising, entertainment and community. Why is this important?

- First, brands get to show up as Entertainment, Not advertising.
- Second, brands are embraced by our community and they are described as "entertaining, genuine, trustworthy and fun."
- Last, because brands can show up as entertainment, they're able to connect with communities and drive unprecedented engagement that translates to relevancy, trust, and business impact.



And that's why we say, "don't make ads, make TiKToks." When brands create content that looks and feels like a TikTok, people tune in and take action.



- TikTok's consumer journey has collapsed the funnel. The way our community engages is *not* a linear path to purchase - it's more like a flywheel.
- It all starts with our community at the center, actively discovering and engaging with relevant content through the For You page.
- They participate and co-create with brands and creators and then, most importantly, they take action in the moment.



- Now let's talk about how brands can achieve the objectives they care about on TikTok by walking through each stage of the flywheel.
  - Relevant Reach - brands can can reach audiences at scale through the relevant content that's served through the FY page because content is based on a user's likes and interests
- Engagement - TikTokers are leaned in with the full-screen, sound-on experience that allows them to actively engage with brands and co-create with them.
- Brand Resonance - Engagement leads to brand resonance. When a TikTokers participates with a brand or discovers a brand through a trusted creator, they build a deeper connection.
- Action - And all of this leads to action. Whether it's making a purchase, converting on a call-to-action on the brand's behalf, or simply following the brand's business account, TikTok is proven to lead to action.



NOTE: This slide contains 1st party audience data and should not be left as a leave behind to clients.
First, let's dive into Relevant Reach.

- Your can reach every age group on TikTok and our largest demo is Gen Z. Gen Z is reshaping the power dynamic and for brands, they're redefining how culture decides what's important and who gets to take advantage.
- We reach older audiences too and are our fastest growing demos.
- For brands looking to connect with future customers, our sweet spot is growth audiences and TikTok gives you access to them when they are just beginning to exercise their spending power and form brand preferences and affinities that are key to capturing now in order to build loyalty over time.



- Driving mass reach isn't enough to break through the noise anymore! And relevant reach eclipses mass reach.T ikTok's platform with the For You page, which is like your home screen, is designed to deliver not just reach, but *relevant* reach.
- This means that branded content is served based on a TikToker's interests and the communities they're a part of. This relevancy leads to brands being more memorable.
- Here you can see we exceed Kantar global norms for brand awareness by 4.5x.
- And in a TikTok-commissioned study with Kantar across 20 different countries globally, with more than 25,000 participants, 67% of participants agreed that ads on TikTok capture their attention (a 10% lead compared to other platforms).



- Only on TikTok can brands gain access to fan communities at scale. TikTok has thousands of affinity groups, and diverse Creators that span every interest and genre across all ages. The TikTok community is filled with every subculture and passion you can imagine.
- [*Presenter mentions their favorite niche community here.*]
- Which means brands have millions of TikTok subcultures and consumer passions to tap into and have a conversation.
- This allows you to achieve relevant reach without traditional targeting which is so important in a cookie-less world targeting and finding audiences is going through massive upheaval; brands need to find new points of relevant connection.



- Speaking of a world without cookies, engagement has never been more critical. On TikTok, our community actually enjoys advertising and wants to engage with it.
- 93% of TikTokers take some sort of action after seeing a TikTok. This is why we say our community is the most engaged audience on the planet.
- In this example, it's a user commenting on a brand's post wanting to see them pack up and fulfill her order, and Goodfair, a clothing brand, was happy to oblige.



So what does engagement mean here?

- It's liking or commenting on a video
- Sharing it
- Following a creator or business account
- Researching or looking up a product they saw advertised or one that a creator reviewed
- Or actually creating a tiktok related to something they saw



Because content on TikTok is so engaging, we're stealing time from other channels.

- 30% of US TikTokers told us that they watch less TV, streaming or other video content, since joining the platform.
- 88% intend to spend the same amount of time or more on TikTok over the next six months.

This is just the beginning.

--
Age breakout for Kantar stat for % that say they watch less TV, streaming or other video content since joining the platform.
Gen Z (18-24) = 49%
Millennial (25-39) = 22%
Gen X/Boomer (40+) = 21%



Creators are a great entry point for brands looking to drive brand resonance because they are the lifeblood of our community and have automatic credibility within their own communities.

- Creators the secret ingredient to unlocking engagement, building trust and fandoms with communities on the platform. Brands can partner with creators to push the boundaries of creativity and really bring the realness and relatability younger audiences find so compelling.
- This is why Creators get 2X the engagement compared to videos with other types of creative assets. And remember... it's not about the size of their followers. Whether they have millions or thousands, the community still engages with their TikToks 2x more.



- TikTok has become home to a new generation of commerce disrupters, collapsing the funnel as we know it by bringing discovery and purchase closer together. It's the evolution of product placement where brands are part of the entertainment and consumers can engage with it.
- There's a community on TikTok with over 1B views called "TikTokMadeMeBuyIt" and it refers to the action of buying something after hearing a Creator talk about it. Brands saw their products or services spread across TikTok, then watched as awareness and sales skyrocketed—all because users watched a TikTok. These success stories can be attributed to Community Commerce, the blend of community, and the shopping and entertainment that can only be found on TikTok.
- 33% of Gen Z TikTokers research or purchased a product that a Creator reviewed. 67% of TikTokers agree that the platform inspired them to shop even when they weren't looking to do so.



Your media investment will work harder because it means that the love and trust you build with your audience on TikTok extends beyond the platform too.

- Creators naturally feature brands in their content, so we see this relevance seep out into the media. When you put these together, brands benefit from an incredible halo effect due to TikTok's influence and widespread coverage - like reports of products selling out because of viral TikTok content.
- Alternatively, because TikTok's content is the most engaging and relevant on the internet, so we see accounts on other platforms like Twitter, Instagram, and Reddit entirely dedicated to lifting content from TikTok reposting it to these other platforms. Brands are even taking TikTok trends and leveraging them in their other advertising formats like Instagram stories or YouTube Pre-Roll.



Because of of all of this, TikTok drives action.

- TikTok is revolutionizing commerce and influencing what people are doing and how they're doing it. We're seeing this not only on TikTok, but extending off platform as well.
- 47% of TikTokers say that they bought something they saw on TikTok, more than any other platform. And TikTok was featured in an Adweek article where in their independent survey, 49% of TikTok users said they have purchased a product or service from a brand after seeing it advertised, promoted, or reviewed on the platform.
- So how are we seeing this effect commerce?



- The bottom line: TikTok is fueling people's buying decisions
- We've become the digital word-of-mouth, influencing people to purchase the products they're discovering right from our platform
- And that's especially true for younger generations
- In a May 2021 report conducted by IRI, 39% of Gen Z females cited TikTok as most likely to influence their purchase decisions
- That was 2nd only to friends and family recommendations, and ahead of all other media, including TVC, FB and IG ads, display and banner ads, and traditional print and billboard ads

*Sample: 998 total female-forward/nonbinary respondents representative of the U.S. population aged 17+, broken out by generation*



- Even as a young platform, we outpace other platforms when it comes to impulse purchases during holidays. In fact it's become something we're becoming known for, that discovery of a product that immediately results in the FOMO that gets you to buy a product after seeing it on TikTok.
- During Holiday 2020, TikTok triggered the most impulse purchases compared to other leading platforms.



Returning back to the wheel, TikTok is able to acheive your marketing goals at each stage of this flywheel.

- Marketing Mix Modeling work we have done with Nielsen shows that TikTok Campaigns are efficient and effective at driving incremental sales. In fact, this work shows that we are 2x more effective at driving incremental sales than the average across Nielsen measured media channels.
- Our campaigns are efficient as well. The study shows that we deliver 14% higher ROAS than other digital media channels. These are great results and we know we will get even better as our ad products and planning continue to improve...



# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-016-00353331

**BEGATTACH:** TIKTOK3047MDL-016-00353331

**ENDATTACH:** TIKTOK3047MDL-016-00353331

**Attachment Count:** 0

**PRODVOL:** 20241227_TIKTOK3047MDL_CLAWBACK

**Custodian:** JORGE RUIZ

**File Path:** /NATIVES/NATIVE021/TIKTOK3047MDL-016-00353331.PPTX

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** E64121145CA82A3A88743A617F47544A

**DocType:** E-DOC

**Author:**

**Create Date:**

**Last Modified Date:**

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** IT STARTS ON TIKTOK-101_1NH8PGUF_PGTIZDMSHEOKGXUKSUUA97C4C1VL7US0MZE.PPTX

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** SCA

