**AMENDED Exhibit 477**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No.
ADDICTION/PERSONAL INJURY      ) 4:22-md-3047-YGR
PRODUCTS LIABILITY LITIGATION  )
_____ )

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
UNLIMITED JURISDICTION

COORDINATION PROCEEDING        )
SPECIAL TITLE [RULE 3.550]     ) JCCP No. 5255
                               )
SOCIAL MEDIA CASES             ) Judge: Carolyn B. Kuhl
_____ ) Dept. 12
                               )
This Document Relates to:      )
                               )
ALL ACTIONS                    )
_____)

Thursday, February 27, 2025

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Video-Recorded Oral Deposition of
SANDEEP GROVER, held at the offices of King &
Spalding LLP, 245 Lytton Avenue, Suite 150,
Palo Alto, California, commencing at 10:05 a.m.
PST on the above date, before Michael E. Miller,
Fellow of the Academy of Professional Reporters,
Certified Court Reporter, Registered Diplomate
Reporter, Certified Realtime Reporter and
California CSR #13649.

GOLKOW TECHNOLOGIES, A VERITEXT DIVISION
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

bit about your career before TikTok and then
your job at TikTok, okay?

    A.    Yeah.

    Q.    So I'm going to hand you Tab B
and mark that as Exhibit 2.  And for the
record, this is a going to be a download of
your LinkedIn profile.

    A.    Okay.

    (Whereupon, TikTok-Grover-2,
LinkedIn Profile, was marked for
identification.)

BY MS. CRAICK:

    Q.    Here's a copy for you.

    A.    Thank you.

    Q.    You can take a look at that.
There -- I don't know if you've ever
downloaded a PDF from LinkedIn before, but it
puts it in this kind of résumé format, but if
you could take a look and see if this looks
like the same information that's on your
LinkedIn profile?

    A.    I think this looks like -- yep,
agreed, this is what I wrote.

    Q.    Okay.  And you wrote your
LinkedIn profile, correct?

A.    That's right.

Q.    Okay.  And it's accurate?

A.    This is dated, like, I don't think I updated in a while, because it's saying like part of Product Leadership at YouTube Ads since 2017, but I'm no longer at YouTube.  So likely this has been -- I made it available.  I have not updated it, but I don't just...

Q.    And when you wrote it, it was accurate at the time you wrote it, correct?

A.    That's right.

Q.    So under your name, you see it says you're trust and safety leadership at TikTok, at the top?

A.    Yes, that's right.

Q.    Okay.  And you also worked at a number of companies prior to joining TikTok, correct?

A.    That is correct.

Q.    For example, you worked at Amazon, right?

A.    I did work at Amazon.

Q.    And YouTube?

A.    Correct.

Q.    Okay.  And in July 2017 was when you started working at Google or YouTube; is that right?

A.    That's correct.

Q.    Okay.  And at the time, did Google already own YouTube?

A.    Sorry, come again?

Q.    At the time, did Google already own YouTube?

A.    Yes.

Q.    And it says that you worked in product leadership at YouTube Ads; is that right?

A.    That's correct.

Q.    One of the things -- strike that.

What is YouTube Ads?

A.    I think in Google, the way the company is organized is there's a YouTube organization, a business unit that reports into the CEO of the company, which is Sundar, and then we had an ads organization where we have YouTube Ads, Google search ads or other ad teams, and they were reporting to the ads teams, which were also then eventually

reporting to the CEO.

So YouTube Ads is a team by itself. This is a team of engineers, product managers, designers, data scientists whose job is to monetize YouTube.

Q.    Okay.  And so YouTube Ads also refers to the advertisements that a user would see when they are watching a YouTube video, for example?

A.    That is right.

Q.    Okay.  And you said that it's a team of engineers, product engineers, designers and data scientists whose job it is to monetize YouTube; is that right?

A.    That is correct.

Q.    Okay.  And that included you. You were one of those --

A.    Product managers.

Q.    Product managers.

A.    Product leaders, yeah.

Q.    Okay.  One of the things it says here on your LinkedIn profile relating to Google is kids monetization.

Do you see that?

A.    That sounds right.  I'm just

trying to see.  Where are you seeing this?

Q.    I believe you have a screen here --

A.    Yeah, I see it.

Q.    -- where the trial tech is also highlighting it, so that might be --

A.    I see it, yes, that's right.

Q.    And what does that refer to?

A.    This would be monetizing the Kids app and monetizing the -- I think primarily monetizing the Kids app would be -- yeah, monetizing the Kids app.  YouTube has the YouTube main app and the Kids app, so the monetization of Kids app is what this refers to.

Q.    Okay.  And that relates to the advertisements that are shown on the YouTube Kids app?

A.    That would be right.

Q.    Is there other ways that you monetized either the Kids app or main YouTube?

A.    I don't remember how things may have changed, but there used to be subscriptions on YouTube that were not

managed in the ads teams, that were managed by the YouTube organization. I don't know what else there could be, but subscriptions and advertisements were the two main ways to monetize the app.

Q.    Okay. And what was the target demographic for YouTube Kids?

A.    YouTube Kids app was mostly -- I think it was under ten. This is, again, very dated. So this would be for younger kids.

Q.    Okay. Another thing you have listed here at the end is contextual targeting.

A.    Correct.

Q.    Do you see that?

A.    Correct.

Q.    Could you explain to the jury what that is?

A.    Right.

I think in the Internet industry, there are two ways to target and show ads. One would be based on the audience profile, like we know this person loves cooking and we would want to show them a

cooking ad.  The other one would be contextual advertising, which is I want to be in front of sports content.  So I don't care who's watching, but I want to be in front of sports content, Super Bowl is happening, and I would love to show my ad next to the Super Bowl content.  That's contextual advertising, irrespective of who is watching.

So this just refers to the fact that I was involved in some work on contextual advertising, giving advertisers a way to target a pack of content that they would be entrusted in.

Q.    Okay.  And is it fair to say that YouTube's business model was an ads-based business model?

A.    Can you come again?  Sorry.

Q.    Sure.

Is it fair to say that YouTube's business model was ads-based; that's how they made most of their money?

A.    I don't know most, but directionally would sound good.  But yes, advertising -- advertisement would be a very reasonable portion of the revenue.

Q.    Okay.  And is it your understanding that TikTok is also an ads-based business model where a significant portion of their revenue comes from advertisements?

MR. DRAKE:  Object to form, lacks foundation and vague.

A.    I don't know the split of revenues but ads would definitely be one of the ways to monetize the TikTok app.

BY MS. CRAICK:

Q.    Okay.  In April 2022 you went to TikTok, right?

A.    That's right.

Q.    And you became the global head of product at trust and safety; is that correct?

A.    That is right.

Q.    And then you were in that role until October 2023, it looks like; is that right?

A.    That's right.

Q.    And briefly, what were your responsibilities as global head of product in trust and safety?

A.    I think let me start with the trust and safety organization first, and then I can tell you what my role was as the head of product.

So trust and safety's mission is to make the platform the most trusted platform for our users and creators, and what that means is we start with a set of community guidelines which a team would write, and so which would say what is allowed on the platform and what is not allowed on the platform.

And we would think of some obvious things we would not allow on the platform, like pornography or child sexual material or hate speech, but it could go very broad.  It could be very specific on what's not allowed, even things like dangerous driving would not be allowed because it could result in harm to the user.

So the goal of the policies is to find the fine line between preventing harm and enabling expression.  That's the goal. And these are the experts who come from academia or nonprofits and they work with the

external advisors to find the right line on what is okay or not okay.

Once you have the policies written, then we need to enforce the policies on content. So every day, we would have hundreds of millions of pieces of content that are being published on TikTok. The goal of trust and safety is to make sure that every content that is not abiding by the policies, the community guidelines, should be removed.

And so the product management team, which is my team -- so my team was a mix of product management and data scientists, and the goal is to come up with strategies and a roadmap to make sure that we can do a very good job in enforcing the guidelines, which means a content that's violating our policies should be removed at the earliest available opportunity and while preserving the ones that don't.

The reason it's very hard is because a lot of content we see in this world, it's very much on the line, on the boundary of is it good or bad. It's like

pornography is very easy.  Like we would not make a mistake on that because it's very easy to find.  Things -- you know, is it sexually suggestive or is it, you know, some genuine -- somebody -- some great French dancing?  It's very hard to know the intent of the user, particularly in short-form video.

So the team's target is to make sure we continue to build a platform as a trusted one for our users and creators, and so the product management team would own the metrics, they would own the strategies to make sure we continue to build the platform as a trusted one for our users.

Q.    Okay.  And did your role also include evaluating not just content on the platform but features of TikTok and assessing risks of those features?

MR. DRAKE:  Objection, vague.

A.    Not my role particularly.  I was not involved in that.  There could be some teams whose job could be to evaluate as the features are launching.  They could be evaluating is this feature -- does it pose

risk to, you know, certain demographics or like how do we make sure we launch a feature in a way that is safe for the users.

BY MS. CRAICK:

Q.    And what team would be responsible for assessing those risks?

A.    As of now or -- I mean, they may have changed a little bit.

Q.    Sure.

At any time between when you started at TikTok in April 2020 and the present?

A.    I think there are multiple teams that do that, right?  So, for example, you know, my teams are -- they are organized by line of business, so there could be a new feature is launching on video or there could be a feature launching on push notifications or there could be a feature launching from the product on different things, and there are different teams sitting in different places who could be asked to review, like this is a new feature coming up, what do we need to do to make sure that it continues to meet the bar where we continue to make it --

find the balance of, you know -- just to make sure that this is -- continues to meet the bar for the company.

So the team would evaluate and provide recommendations, if needed, to the other team to suggest that this could be changed or it's good to go as it is.

Q.    Is one of the responsibilities of the trust and safety organization at TikTok to evaluate potential risks that might be posed by features that TikTok is considering launching?

MR. DRAKE:  Object to form.

A.    I do not know how to answer that one.  Like maybe you can come again on this?

BY MS. CRAICK:

Q.    Sure.

Is one of the responsibilities for the trust and safety organization at TikTok -- is one of their jobs to evaluate the risk that a certain feature might pose to users on TikTok?

MR. DRAKE:  Object to form.

A.    I think my -- where I sit, and

Page 37

I have a very large team, so the -- if I look at my broader teams' objectives and results, I think, go after -- I think it's almost always about content moderation. Like, we want to make sure that the content we are presenting in front of our users are abiding by the guidelines.

And at the same time, we want to make sure we're not making mistakes for the creators who are uploading content. Otherwise, it would be too easy to, you know, sell trust and safety.

So there's a fine line that we draw, and that is predominantly the majority of the work that we do.

If I look at my goals, they're all about content moderation and the work we do. So, you know, could there be a small team that could be reviewing some feature launches? There could be. But that's not at where I sit. I don't speak to those goals.

Q.   Okay.  That wasn't one of the priorities of your work specifically; is that right?

A.   I would say they were not at

all my priorities.

Q.    Okay.  You became, at some point, the head of core experience at TikTok; is that right?

A.    That is correct.

Q.    Okay.  And when was that?

A.    October of 2023.

Q.    Okay.  And what is the core experience team?

A.    Yeah, I think this is -- I talked about the policy team, so this team is -- has everything that you need to delight our users and creators.

So there's a policy team that writes the policies.  There's a product team and data science team.  And then there's also a team of operations, which is -- I think the way it works is when a piece of content is uploaded on TikTok, the first thing we do is ask the machine learning and technology: What do you think of this video?

And the technology might say this is good to go.  This is a very easy, you know, cat dance happening.  And so the machine would say good to go, and the video

is approved, it's ready for recommendations.

And there's also a very obvious -- this is a bad video, let's remove it.  So the machine would take it of those two scenarios for the overwhelming majority. For a small percentage of content, the machine is not sure.  The machine thinks I would value a second opinion, and then they would give that video to a human review, a team of operations.

So that's what we call operations.  And then the human would decide what to do with the video, and they might decide to approve it or reject it based on the guidelines that they have been taught.

So policy, product, data science and operations, this -- all of these teams are reporting in to me now, and we call this core experience.

Q.    Okay.  And was that a promotion for you or was it a lateral move?

A.    This would be a promotion.

Q.    Okay.  Congratulations.

A.    Thank you.

MS. CRAICK:  All right.  Let's

pull up a document.  I'm going to pull up Tab D and mark that as Exhibit 3.

(Whereupon, TikTok-Grover-3, TikTok 2023 Q2 OKRs (Full), TIKTOK3047MDL-120-LARK-06126223 - TIKTOK3047MDL-120-LARK-06126228, was marked for identification.)

BY MS. CRAICK:

Q.    For the record, this Bates number starts with TIKTOK3047MDL-120-LARK-06126223, and the title of this document is TikTok 2023 Q2 OKRs Full.

Do you see that, Mr. Grover?

A.    I do.

Q.    And OKRs are objectives and key results, right?

A.    Correct.

Q.    And if you look on page 4 of the document, you will see your name assigned to some of these things at the top.

A.    Yes, I see them.

Q.    Okay.  So one item was to align with trust and safety on key metrics and goals, especially for the US.

Do you see that?

A.   Sorry, which one?  Page?

Q.   It's on page 4.

A.   The one on the top:  Improve content safety and product safety?

Q.   Yeah.  You see your name next to improve content quality and product safety, right?

A.   Yes, I do.

Q.   And then the second bullet point down under (b), you see:  Indicators align with trust and safety on key metrics and goal, especially for US.

And you see @SandeepGrover there too, right?

A.   That is correct.

Q.   And when you have a tag like this, where it's @, your name, is that something you would be notified of?

A.   Is this a Lark doc or is this -- this is a -- is this a document?

Q.   My understanding, this is a Lark document.

A.   Yeah, if there's a document, then I should be notified.

Page 42

Q.    Okay.  Another part of this list in the first bullet point is reduce overkills.

Do you see that?

A.    Correct.

Q.    And you mentioned this a little bit earlier, but an overkill is when something is taken down even though it doesn't actually violate TikTok's community guidelines, right?

A.    That is correct.

Q.    Okay.  So this says:  Reduce overkills and hence reduce the stay duration loss by 0.2%.

Do you see that?

A.    That's correct.

Q.    Stay duration means how long people are on TikTok, right?

A.    Stay duration, I don't know the exact definition of the metric, but directionally, that would be right.

Q.    Okay.  Let's go back to the first page of this document.  So the first thing is zero, and it has Key Metrics Target on the front.

Do you see that?

A.      Correct.

Q.      Okay.  And the first thing under the key metrics target is DAU target, right?

A.      That is right.

Q.      And so for the second quarter of 2023, TikTok's DAU target, or daily active user target, was for the global version of TikTok to go up to 964 million daily active users; is that right?

MR. DRAKE:  Objection, lacks foundation.

A.      This is not my expert area. It -- yeah, I don't pay attention to -- these are not my metrics, so...

BY MS. CRAICK:

Q.      The document says:  DAU Target, global, base version, 964 million.

Right?

A.      That is right.  I just don't know what does "global, base version" mean, but -- I would think what you're saying is right, but this is not my expert area.

Q.      Okay.  But you are mentioned in

this document, correct?

A.    That is correct.

Q.    And you understood that one of TikTok's key metrics was daily active users, right?

MR. DRAKE:  Object to form.

A.    That is right.

BY MS. CRAICK:

Q.    You said that is right?

A.    The company's metrics would be DAU, yeah.

Q.    Okay.  So for the DAU target, US base version, it says 94.7 million.

Do you see that?

A.    I see that.

Q.    Okay.  And that's plus 1.9 million.

Do you see that?

A.    I do.

Q.    And then there's an aggressive version of increasing the DAUs to 95 million.

Do you see that?

A.    That is right.

Q.    Okay.  And is it your understanding that these goals are to

Page 45

increase DAU from -- up to 94.7 million or 95 million just in quarter 2 of 2023?

MR. DRAKE:  Objection, lacks foundation.

A.    I cannot speak for somebody else's goals, but I think the spirit of this document -- I don't know who wrote this document.  Is it the OKRs for -- it seems like this is the OKRs for the full company, right?

So in the full-company OKRs, I would expect that there are goals for business, for trust and safety, for DAU, for ads.  So that sounds reasonable.  But I cannot speak to the exact metrics for these teams.

BY MS. CRAICK:

Q.    Okay.  But when you look at this based on your experience at TikTok, you understand that the goal is to increase US daily active users to either 94.7 million or 95 million in Q2 of 2023, right?

MR. DRAKE:  Objection, lacks foundation and it's been asked and answered.

A.    I cannot -- again, this is something -- you know, it -- this is not -- I did not write this.  This is a company document.  Very hard for me to, like, speak to the details of this.

BY MS. CRAICK:

Q.    Okay.  So when you were working as -- in trust and safety at TikTok, you communicated directly with the CEO at times, correct?

A.    That would be right.

Q.    Okay.  And you communicated directly with other senior leadership at TikTok, correct?

A.    That would be right.

Q.    And you understood that one of the key metrics that they were focused on was daily active users, correct?

MR. DRAKE:  Object to form and it lacks foundation.

A.    I think at the company level, I'm sure DAU was a metric, yes.

BY MS. CRAICK:

Q.    Okay.  And another metric is revenue.

Do you see that?

A.    I do.

Q.    Okay.  And it says:  Ads revenue, accelerate ads revenue to 3,063 million.

Do you see that?

A.    I do.

Q.    And that would also be about 3 billion, right?

A.    That would be right.

Q.    Okay.  It also says:  Live revenue, achieve revenue of 2.043 billion.

Do you see that?

A.    I do.

Q.    And e-commerce GMV, total GMV target is 3.826 billion.

Do you see that?

A.    That is right.

Q.    Okay.  And e-commerce, is it your understanding that that refers to TikTok Shop?

MR. DRAKE:  Object, lacks foundation.

A.    I would think so, yeah.

BY MS. CRAICK:

CERTIFICATE

I, MICHAEL E. MILLER, Fellow of the Academy of Professional Reporters, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Court Reporter and Notary Public, do hereby certify that prior to the commencement of the examination, SANDEEP GROVER was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

_____
MICHAEL E. MILLER, FAPR, RDR, CRR
Fellow of the Academy of Professional Reporters
NCRA Registered Diplomate Reporter
NCRA Certified Realtime Reporter
California CSR #13649

Dated: March 3, 2025