# Exhibit 478

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# 05.05 P&C U13 model

If we promised to remove all U13 users, the internal/external pressure would eventually make it truly happen.

User

* Pros
  ○ maybe safer for U13 users, but
    · Is our product really so risky for young users ?
    · We can mitigate the risk by other ways, eg, filter risky content
* Cons
  ○ inconvenient to use our app
  ○ potentially more risky on other platforms, facebook, instagram

Platform

* Pros
  ○ probably better reputation before regulators
* Cons
  ○ Less DAU
    · some parents use our app because their children are using it
    · When kids use other apps, they will keep using them after they grow up

Q1 : Shall we promise to remove ALL u13 users ?

Q2 : Can we run some tests in one country ?

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-004-00290427

**BEGATTACH:** TIKTOK3047MDL-004-00290427

**ENDATTACH:** TIKTOK3047MDL-004-00290427

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-004

**Custodian:** WENJIA ZHU

**File Path:** /ITEMS

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** A12CC8729ACDBA8C2C840A89D4590A98

**DocType:** E-DOC

**Author:**

**Create Date:** 5/5/2022 3:59 AM

**Last Modified Date:** 5/5/2022 4:12 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** 05.05 P&C U13 MODEL-DOXCNPEJQDUEDMHYYP1W0YOJY6V.DOCX

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

Case 4:22-md-03047-YGR     Document 2875-36     Filed 03/25/26     Page 4 of 5

