# AMENDED Exhibit 479

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Family Pairing + P&S



System Message    2023-02-15    17:49:53

**Jordan Furlong** invited **Matthew Tenenbaum,** ████████████████ to this chat.

Jordan Furlong    2023-02-15    17:51:51

POST

# Title:

**Text:**

Hey ██████ hope you've been doing well since our Lark days [呲牙] I think ███ may have briefed you on the project M requirements we've been working on, but wanted to touch base with you to see if your team has any bandwidth to support building out two very urgent projects:

- ████████████████████████████████████████████

- ███████████████████████████████████

In case you're unfamiliar, project M is a set of product changes we're making as a way to demonstrate our commitment to minor safety and wellbeing. We've been asked by leadership to release these by March 23rd since that's when Shou is testifying in front of congress

*Matthew Tenenbaum*

████    2023-02-15    21:04:48

**@Jordan Furlong** Nice to work with you since Lark days[呲牙]. For those two features, I thought my mobile team in CN ██████ is aware of it. Is there any addtional ask?

Jordan Furlong    2023-02-15    21:16:45

██████    We've already brought the CN team the other P00 projects as a part of project M and they are at capacity for meeting the March 23rd deadline, so wanted to see if your team had bandwidth

Highly Confidential (Competitor)

TIKTOK3047MDL-090-LARK-03764627

Matthew Tenenbaum   2023-02-15  21:25:45

POST

# Title:

**Text:**

█████████ For some additional context here's full list of features we're working for Project M.

I've highlighted what features need support.

P00 - Project M:

- ████████████████████████████████ - Covered
- ████████████████████████████████ - Covered
- ██████████████████████████████ Covered
- ████████████████████████████████ - Need Support
- ████████████████████████████████████ - Need Support

- Expand Filter Video Keywords into Family Pairing [PRD coming soon] - Need Support

---

████████  2023-02-15  22:52:24

**@Matthew Tenenbaum** My mobile team in the US is occupied by another 2 project-M projects. I'll have to ask see if we could do it. In the meantime, for the project below. Do you expect mobile only or mobile+server?  - Need Support [[T&S] Customize STM for Days of The Week]

████████████████████████████████████ - Need Support

*Matthew Tenenbaum*   *Matthew Tenenbaum*

---

Matthew Tenenbaum   2023-02-15  22:56:57

I'll double check with the RD's and should know tomorrow if we need both mobile + server. My sense is that we have more server folks and so mobile is more necessary. But, to be conservative I think it's better to assume we need both.

---

████████  2023-02-16  06:02:40

Highly Confidential (Competitor)                                   TIKTOK3047MDL-090-LARK-03764628

Case 4:22-md-03047-YGR    Document 2875-87    Filed 03/25/26

's team could support it. But it would be helpful if we could cut some scope of this feature so that the timeline could faclicated. PRD is not yet ready. The tech stack for this area uses Lynx. My team has limited knowledge of Lynx, it's not very efficient for my team to learn it and do the work. For all the P00 PRD, we suggest cutting scope of those PRDs, that way ███'s team might able to facilitate some of the features.



*Matthew Tenenbaum*

---

Matthew Tenenbaum    2023-02-16    17:59:15

Got it! Thanks so much for looking into it [双手合十]

Highly Confidential (Competitor)

TIKTOK3047MDL-090-LARK-03764629

# DOCUMENT SLIPSHEET

**Bates Number:** TIKTOK3047MDL-090-LARK-03764627-TIKTOK3047MDL-090-LARK-03764629

**BEGATTACH:** TIKTOK3047MDL-090-LARK-03764627

**ENDATTACH:** TIKTOK3047MDL-090-LARK-03764629

**Attachment Count:** 0

**PRODVOL:** MDL-090

**Custodian:** FURLONG, JORDAN; ███████████ TENENBAUM, MATTHEW

**File Path:** /TIKTOK3047MDL-090-LARK-03764627.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** D10F181C67EAA2D75123C13B8796FBB7

**DocType:** LARK RENDERING

**Author:**

**Create Date:** 2/15/2023 12:00 AM

**Last Modified Date:** 2/15/2023 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-090-LARK-03764627.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

