# AMENDED Exhibit 480

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Wenjia Zhu ' s and █████ 's private chat

EXHIBIT ___54 A___
WIT: Wenjia-TikTok
DATE: 52525
C. Campbell, RDR CRR CSR #13921

Wenjia Zhu May 20, 2022, 00:03:46

Well, we can have ████ speak on behalf of everyone.

████████

████████ May 20, 2022, 00:04:48

How about you talking about it?

Wenjia Zhu May 20, 2022, 00:05:37

████ sorted it out, so let' s have █████ be the main speaker, and I can add to it.

████████

Wenjia Zhu May 20, 2022, 00:07:45

sourcekey: ████████████████████████ >; attachment_id: ████████

██████████████████████████████████████

Wenjia Zhu May 20, 2022, 00:07:57

Is it because the flight reservation cannot be changed for the cheapest plane ticket?

████████ May 20, 2022, 01:04:27

Highly Confidential (Competitor)



sourcekey: ███████████████████ ; attachment_id:

██████ May 20, 2022, 01:04:36

The airport provided previously is wrong, change to this one please.

Wenjia Zhu May 20, 2022, 01:20:11

OK, I may need to rebook my flight. Let me see, there is no button for rescheduling??



██████ May 20, 2022, 01:35:47

Let's take a look at it together later.

Wenjia Zhu May 20, 2022, 15:52:21

████████████████████████

Wenjia Zhu May 20, 2022, 16:10:22

█████████ I'll need to do some organizing and will come downstairs around 9:30-9:40.

██████ May 20, 2022, 16:10:52

OK, it'll be around 9:40 for me too.

Wenjia Zhu May 20, 2022, 16:42:04

Highly Confidential (Competitor)                TIKTOK3047MDL-101-LARK-05232928A

Here I am down.

██████████ May 20, 2022, 16:43: 22
OK, I'll take a taxi.

Wenjia Zhu May 20, 2022, 16:44:23
I have got one.

Wenjia Zhu May 20, 2022, 16:44:26
Hurry up and come down quickly!

Wenjia Zhu May 20, 2022, 16:50:22



sourcekey: <████████████████████████>; attachment_id:
███████████████████████████████████████████

██████████ May 20, 2022, 18:59:51
Post
Title:
Text:

Redacted - Attorney Client

1. The problem occurred in 2021 with a suicide in Italy due to underage, when TT faced the risk of being banned. During our communication with EU regulators, we proposed developing a model specifically for detecting under 13 (referred to as Model 1). And we told the regulators that we didn't have any u13 models online.
2. After we promised this new u13 model to the regulators, we discovered in the second half of 2021 that TNS had launched a model for detecting U13 (referred to as Model 2) at the end of 2020.

Highly Confidential ( Competitor )      TIKTOK3047MDL-101-LARK-05232929A

<div style="border: 1px solid black; text-align: center;">

# Redacted – Attorney Client

</div>

I have some concerns here. 1) EU regulators require us to delete a large volume of u13, which may result in 5%-10% of DAU churn; 2) Once this information is made public, regulators in other countries will follow suit, which will have a relatively large impact on DAUs in Europe and the United States.

███████ May 20, 2022, 19:00:20

This is the background of u13. You'd better chat with them privately. Don't send it directly. Otherwise, they may be held criminally liable. @Wenjia Zhu

███████ May 20, 2022, 19:00:47

You have sent it, and I will withdraw it. We are not protected when we talk without a lawyer present.

Wenjia Zhu May 20, 2022, 19:27:57
Received, thank you~

███████ May 20, 2022, 20:18:04

Conversation transcript between ██████ and ██████
Forwarded

████ May 20, 2022, 19:44:15

Oh, and reminder for the TikTok-PM session to ask Wenjia to thank ████████████████████ and ████████████ for their contributions:) think that would mean a lot to them and the PM team.

████ May 20, 2022, 20:18:45

I also want to thank ████████████ and ████ for your contribution and journey with TikTok. I hope you all the best!

Highly Confidential (Competitor)                    TIKTOK3047MDL-101-LARK-05232930A

OK, Wenjia Zhu

████████    May 20, 2022, 20:18:47

@Wenjia Zhu

Wenjia Zhu May 20, 2022, 21:00:41

████████ This sentence should be said at the end, right?

👍 ████████

████████    May 20, 2022, 21:51:52

Wenjia Zhu, I have to run to catch the flight first.

████████    May 20, 2022, 21:52:20

I appreciate your hard work today [heart] [heart]

🐰 Wenjia Zhu

████████    May 20, 2022, 22:09:05

Highly Confidential (Competitor)                    TIKTOK3047MDL-101-LARK-05232931A

It seems that many flights are delayed today.

Highly Confidential (Competitor)                              TIKTOK3047MDL-101-LARK-05232932A

# DECLARATION AND CERTIFICATION OF TRANSLATION
## Pursuant to Government Code Section 27293

I, Howard Huang, declare that I am:
(Name of interpreter/translator)

☐ A Certified/Registered Court Interpreter as described in Section 68561 of the Government Code

☒ An Accredited Translator registered with the American Translator Association

I am certified/registered to interpret and translate from the Chinese language to the ENGLISH

language.

I declare to the best of my abilities and belief that this is a true and accurate translation of the

Chinese language text of TIKTOK3047MDL-101-LARK-05232927_____(Insert title of document)

### Specific Description of the Document

**TitTok Internal Documents**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Subscribed to this __21st__ day of May, 2025___, at _____Parker,_____          CO.
　　　　　　　　　(Day)　　　　　　(Month)　　(Yr)　　　　(City)　　　　　　　(State)

_____
Signature of Interpreter/Translator

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

### Certificate of Acknowledgement

State of _Colorado_____          County of __Douglas_____

On __21 May 2025_____ before me, _____Ethan Reimers PCB, Notary___,
　　　　　　　　　　　　　　　　　　　　　(Insert name and title of the officer)

Personally appeared __Howard Huang_____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed, the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

☐ Personally Known **OR** ☒ Produced Identification.

Type of Identification produced _Colorado Drivers License_

WITNESS my hand and official seal

| ETHAN REIMERS |
| --- |
| NOTARY PUBLIC - STATE OF COLORADO |
| NOTARY ID 20254004022 |
| MY COMMISSION EXPIRES JAN 31, 2029 |

_____
NOTARY SIGNATURE

CC600 (01/01/2015)

TIKTOK3047MDL-101-LARK-05232932A.01

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-101-LARK-05232927-TIKTOK3047MDL-101-LARK-05232932

**BEGATTACH:**

**ENDATTACH:**

**Attachment Count:** 0

**PRODVOL:**

**Custodian:** ZHU, WENJIA

**File Path:** /TIKTOK3047MDL-101-LARK-05232927_ENGLISH_PLUS_CERTIFICATION_APPEND.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 5/10/2025 12:47 PM

**Last Modified Date:** 5/10/2025 1:30 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-101-LARK-05232927_ENGLISH_PLUS_CERTIFICATION_APPEND.PDF

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

