# AMENDED Exhibit 481

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Confidential - Protected from Disclosure



EXHIBIT 7
WIT: _Tilish Bunhul_
DATE: 12-18-24
C. Campbell, RDR CRR CSR #13921

# US User Support SOP: Younger Users / U13

**Project Owner:** @Amber Miller

**Last updated:** 12/19/2021

**Homepage:** Younger Users / U13 Homepage

## TL;DR / Background

This document outlines how to handle all U13 / Younger User account inquiries for our users in the United States (US), Canada (CA), or Australia (AU)/New Zealand (NZ). The Younger Users queue handles any cases that deal with Younger User or age issues like:

• Underage bans

• U18 / U16 Privacy settings

• Parent deletion requests

• Third Party Reports, Suspected Underage Users

• Feedback from U13 users directly

• Age verifications, and more!

## Age Gate / Kids Mode

In most countries, TikTok requires users to provide their birthdate. That information is sent to the server, which determines whether the user is too young or not according to the regulations of their corresponding country, and makes corresponding restrictions to better protect younger users. This process is called age-gate.

TT-TX-AG-000009660

Highly Confidential (Competitor)

TIKTOK3047MDL-004-00131967

Confidential - Protected from Disclosure

◦ For all user IDs - Delete immediately after reviewing the ID - **redact** the image

## Deletion Requests

## Parent Deletion Request

**Please note:** We are legally required to process a parent deletion request if they reach out - no matter what date they reached out. *This process is effective **ONLY** for U13 users that are located in the US.* If the child is age 13-18, we cannot delete the account if the parent requests it because technically they are allowed to have a TikTok account, via our CG.

Parental deletion request form:

1. **Parent writes in** to have their child's account deleted

2. **Search** for the account in Lighthouse to see if account is still active

   a. If account is **not active** respond to let the parent know that we cannot locate the account with that username (macro: U13 no account found)

3. If account **is still active** + **in Normal Mode,** conduct a check on the account for objective identifiers or visual signals that the user is under 13 years old.

   a. If you **can** locate identifiers or signals, "physically delete" the account in Lighthouse for the reason 'user support discovered' and respond to the parent with the 'parent deletion confirmation' macro response.

   b. If you **can't** locate identifiers or signals, move to step 5.

4. If account **is still active** + **in Kids Mode,** move to step 5.

5. **Respond** to the parent with the "U13 Parental Deletion Request" macro response and attach the form to the email

6. **Parent responds** with a completed form

7. **Check** that the form is fully complete.

8. **Physically delete** the account in Lighthouse

TT-TX-AG-00000009707

Highly Confidential (Competitor)

TIKTOK3047MDL-004-00132014

Confidential - Protected from Disclosure

a. Search for the account in Lighthouse

b. Select '3-line icon' in bottom right corner

c. Select 'Delete physically' option

d. Select 'underage by parents' as the reason for deletion

　　▪ Leave a note of 'U13 account, parent deletion request - form completed on DATE, case #'

　　▪ Keep in mind: Once that has been submitted the account should no longer appear within Lighthouse, but right now all accounts go through a 30 day period wherein the account shows up as "banned" rather than disappearing completely. After 30 days, the account is deleted.

9. **Respond** to parent with the "Parent Deletion Confirmation" macro response

## Parent Deletion Request for a Minor, Age 13-17

If a parent reaches out to delete their child's account, but the child is age 13-17, we cannot delete the account. Via our Community Guidelines, users 13 and over may have a TikTok account.

You can utilize the 'parent deletion request, age 13-17' macro response to explain to the parent that we cannot delete the account and why.

　∘ **Note**: If the parent writes back after you send the 'parent deletion request, age 13-17' macro response to push back on the *same* request of deletion, you can not respond. Add an internal note of 'NRN, cannot delete account'.

## Third Party Deletion Request, U13

When a Third Party (teacher, grandparent, friend, etc) reports a suspected underage user, we review the information given + visual signals on the reported account and determine if the user is under 13 or not.

　∘ **Note**: *Visual Signals* are defined as any visual indicator of the account holder being under 13 years old. To help operationalize this subjective determination, we target 9 year old appearance, behavior, or environmental signals as a good calibration point.

TT-TX-AG-00000708

Highly Confidential (Competitor)

TIKTOK3047MDL-004-00132015

Confidential – Protected from Disclosure



1. Third party writes in to report an account for being under 13

2. Search for the account in Lighthouse to determine if the account is in Kids Mode or Normal Mode

   a. **If the account is in Kids Mode, do not action.** Respond to the third party reporter with 'Third Party U13 Report' macro response.

   b. **If the account is in Normal Mode**, review the account handle, photo, nickname and bio to see if there is an indication that the user is under 13

   • **If there is not an indicator the user is underage**, review the last 4 videos posted on the account to see if there are any visual signals that the user is under 9 (visual signals defined above).

      • **If there is not, do not action on the account**. Respond to the third party reporter with 'Third Party U13 Report' macro response.

TT-TX-AG-000009709

Highly Confidential (Competitor)

TIKTOK3047MDL-004-00132016

**· If there is an indicator the user is underage**, 'physically delete' the account in Lighthouse and respond to the third party reporter with 'Third Party U13 Report' macro response.

> • **Physically delete** the account in Lighthouse
>
> 1. Search for the account in Lighthouse
>
> 2. Select '3-line icon' in bottom right corner
>
> 3. Select 'Delete physically' option
>
> 4. Select 'underage identified by us' as the reason for deletion
>
> > ◦ Leave a note of 'U13 account, third party request - case #'
> >
> > ◦ Keep in mind: Once that has been submitted the account should no longer appear within Lighthouse, but the account will have a 30 day period wherein the account shows up as "banned" rather than disappearing completely. After 30 days, the account is deleted.
>
> 5. Respond to the third party reporter in Zendesk with the 'Third Party U13 Report' macro.

Confidential - Protected from Disclosure

TT-TX-AG-0000009710

Highly Confidential (Competitor)

TIKTOK3047MDL-004-00132017

Confidential - Protected from Disclosure



## Suspicious U13 Deletion Requests

For suspicious U13 Third Party or Parent Deletion Requests, **do not action on.** Suspicious reports include reports made against creators or accounts that are clearly 13+, desirable usernames (brand names, short or specific words/handles), etc.

  ◦ Please record all suspicious reports (even duplicates) in this tracker - Suspicious Younger User Reports

  ◦ Leave an internal note: 'NRN // suspicious 3rd party deletion request' and **Solve**

## U13 User Requests Account Deletion

TT-TX-AG-00009711

Highly Confidential (Competitor)

TIKTOK3047MDL-004-00132018

Confidential - Protected from Disclosure

1. **U13 user writes in** saying they want to delete their account

2. **Respond** telling the user how to delete their account

3. If **user responds** asking for help to delete the account, move to step 4

4. If the user is **currently signed in** to the account and trying to delete the account they wrote in from:

   a. **'Physically delete'** the account in Lighthouse through the steps below

   b. **Respond** with the U13 account deleted repsonse

5. If the user is trying to delete an **account that is different** from the account they wrote in from:

   a. **Respond** with the U13 deletion request response to verify account ownership first

6. **User responds:**

   a. If the user **can** confirm the information to show they are the account owner:

      i. **'Physically delete'** the account in Lighthouse through the steps below

      ii. **Respond** with the U13 account deleted repsonse

   b. The user has 3 chances, but if they **cannot** confirm the information to show they are the account owner:

      i. **Do not** action on the account

      ii. **Respond** with the U13 max attempt repsonse

**How to 'Physically Delete' in Lighthouse for a U13 Request:**

1. Search for the account in Lighthouse once all of the information has been verified

2. Select '3-line icon' and find 'Delete physically'

TT-TX-AG-00009712

Highly Confidential (Competitor)

TIKTOK3047MDL-004-00132019

Confidential - Protected from Disclosure



TT-TX-AG-00009713

Highly Confidential (Competitor)

TIKTOK3047MDL-004-00132020

Confidential - Protected from Disclosure

a. Select 'underage identified by us' as the reason and leave a note of 'U13 user requested deletion *insert case link*" then select submit.

**Delete Physically**                                    ✕

Selected  **User**

       **UID**

       **Handle**

**Delete Reason** *

| other | ⊗ ⌄ |

**Delete Reason**

| User requested that we delete after verifying. Case ID 1234456789 |

Cancel    **Submit**

3. Once that has been submitted the account will show in Lighthouse as "banned" like this. You will be able to confirm you did the "physical delete" option by looking under the user details page under "user period".

TT-TX-AG-000009714

Highly Confidential (Competitor)

TIKTOK3047MDL-004-00132021

Confidential - Protected from Disclosure

**Default Sort** ∨      ▼ **Filter**



**Ban**                                                    **US**

**Tik Toker**
@

UID:

No bio yet

26 Followers      4 Post

Grade Rate: -

**Content Rate:** -

**Ban Status:** all(permanent)

**Instagram ID:**

**Twitter ID:** -

**Youtube channel ID:** -

**Account Status:** Public

**Post:** 4

TT-TX-AG-0000009715

Highly Confidential (Competitor)

TIKTOK3047MDL-004-00132022

Confidential - Protected from Disclosure



**Note:** if you do not see "Physical Deletion" under User period, check the ban records to ensure that the Ban Reason column is 24 and Ban From should be "retrace_review" like this:



| Ban Time | Ban Type | Ban Reason | Remark | Operating Time | Ban Operator | Ban From |
|---|---|---|---|---|---|---|
| Permanent | All | 13 | UNDERAGE_IDENTIFIED_BY_US | 2020-08-04 03:26:43 | | retrace_review |

4. The account will remain in our system for 30 days like this, then it will be automatically deleted from our system completely.

## No Response Needed

When a case does not need a response from our Support team.

- **Ticket Descriptions that do not need a response:**
  - Blank description
  - 'undefined' description
  - Nonsense or spam: 'hhshady7tayfdaytdi' or '324987392'
  - 'Follow me!'
  - 'Please call me at X'

TT-TX-AG-00000716

Highly Confidential (Competitor)

TIKTOK3047MDL-004-00132023

○ If we have responded 2x already with the same information and they keep responding without what is needed.

○ Suspicious deletion requests (reports made against creators or accounts that are clearly 13+, desirable usernames (brand names, short or specific words/handles)

To solve:

1. Add **Internal Note** of 'NRN'

   ○ For 3rd party: Creator requests, please put "NRN - wants 3rd party unbanned"

2. Submit case as **Solved**

## Case for Another Queue (View)

1. Add correct **Internal Note** needed on the case

2. **Change assignee** if it needs to go to a certain person **or apply the macro** to transfer to the correct view

3. Submit as **Open**

## User is Located Out of Region (outside of US/CA/ANZ)

1. Add **Internal Note**: 'out of region, __ in Lighthouse' and put the region code in Zendesk

2. Submit as **Solved**

# Resources

Homepage: Younger Users / U-13 Homepage

Confidential - Protected from Disclosure

TT-TX-AG-000009717

Highly Confidential (Competitor)

TIKTOK3047MDL-004-00132024

Confidential - Protected from Disclosure

5. What are some examples of family accounts that can help us to determine if the account we have is family or kid run?

**Answer:** Examples of true family accounts (that can remain active on platform): @zeth, @greyandmama, @houseofmcneese, @jon3syyyyyyyyyyyyyyyyyyy

**Phrase Bank:**

• Can you please provide the username of the account(s) you are referring to (shown as @xxxx with no capitals or spaces) so we can take a further look into the account for you?

• Additionally, rest assured that we have also passed along this information on our end as well and this account will be reviewed by our Trust and Safety team.

## Macros

| Category | Macro | Description | Text |
|---|---|---|---|
| Kids Mode | Functionality Issue | U13 user asks why can't I do X - mention of limited functionality in Kids Mode | Hi there,<br><br>Thanks for contacting TikTok! We understand how important your account is to you.<br><br>The safety of our younger users, like you, is our priority. Our younger users have a more limited interactive experience, meaning features like [insert feature mentioned] are not available. |

TT-TX-AG-000009720

Confidential - Protected from Disclosure

TT-TX-AG-000009721

| | | | |
|---|---|---|---|
| | | | You can read more about out privacy policy for our younger users here: https://www.tiktok.com/legal/privacy-policy-for-younger-users?lang=en<br><br>Thanks for being a part of our community!<br>The TikTok Team |
| **Kids Mode** | **U13 - Can't Login** | U13 account cannot login / forgot password | Hi there,<br><br>Thanks for contacting TikTok. I understand that you're having issues accessing your account and have forgotten your password.<br><br>The safety of our younger users, like you, is our priority. Our younger users have a more limited interactive experience, meaning certain features are not available. You can read more about out privacy policy for our younger users here: https://www.tiktok.com/legal/privacy-policy-for-younger-users?lang=en<br><br>With that being said, your account can only be accessed using a username and password to log in.<br><br>For your security, we're unable to access your password information to help you log in - we |

Highly Confidential (Competitor)

TIKTOK3047MDL-004-00132028

Confidential – Protected from Disclosure

| | | | |
|---|---|---|---|
| | | | Let me know if you have any other questions!<br><br>Best,<br>The TikTok Team |
| **Parent Dele tion Req uest** | **U13 Parental Deletion Request** | Parent is requested to delete a child account - sending deletion request form | Hi there,<br><br>Thank you for contacting TikTok – we understand you want help deleting your child's account.<br><br>The safety of our younger users is our priority. We have created a safe environment for our users under the age of 13. You can check this out in our privacy policy here: https://www.tiktok.com/legal/privacy-policy-for-younger-users?lang=en<br><br>[I took a look at the account and your child's account (@xxxx) is in this experience. [OR] I took a look at the account (@xxxx) and it was not in this experience.]<br><br>If you'd like to have your child's account deleted, please complete and return the attached form to us along with their username and birthday. |

TT-TX-AG-0000009743

TIKTOK3047MDL-004-00132050

Confidential - Protected from Disclosure

| | | | |
|---|---|---|---|
| | | | Let us know if you have any other questions in the meantime.<br><br>Best,<br>The TikTok Team |
| **Parent Deletion Request** | **Parent Deletion Form Format** | When the parent sends us back the deletion form incorrectly. | Hi there,<br><br>Thank you for contacting TikTok – we understand you want help deleting your child's account.<br><br>Before we can process your request we will need the form completed, signed and returned to us as a PDF or JPEG attachment.<br><br>Let us know if you have any other questions in the meantime.<br><br>Best,<br>The TikTok Team |
| **Parent Deletion** | **Parent Deletion Confirmation** | We successfully deleted | Hi there, |

TT-TX-AG-000009744

Highly Confidential (Competitor)

Confidential - Protected from Disclosure

| | | | |
|---|---|---|---|
| **Req uest** | | the child account | Thank you for getting back to us and completing that form!<br><br>Your request regarding your child's account [@xxxxx] has been processed. If you have any further questions, let me know.<br><br>Best,<br><br>The TikTok Team |
| **Pare nt Dele tion Req uest** | **Parent Requests U13 Deletion - Account Already Deleted** | Parent reaching out to delete a U13 account, but the account is already deleted. | Hi there,<br><br>Thanks for reaching out!<br><br>We took a look at your child's account and noticed that it has already been deleted since writing in. Please let us know if there's anything else we can help with.<br><br>Best,<br><br>The TikTok Team |
| **Pare nt Dele tion** | **Parent Deletion Request, Child age 13-17** | Explains that we can't delete the account | Hi there,<br><br>Thank you for reaching out. |

TT-TX-AG-0000009745

TIKTOK3047MDL-004-00132052

Confidential - Protected from Disclosure

| | | | |
|---|---|---|---|
| **Req uest** | | for the parent | TikTok is an app for individuals of all ages. However, we provide appropriate experiences based on a user's age. It appears that your child's account is in the appropriate age experience, and we will not be able to delete the account for you.<br><br>You can read about our Terms of Use related to age here: https://www.tiktok.com/legal/terms-of-use?lang=en<br><br>Best,<br>The TikTok Team |
| **Thir d Part y Dele tion Req uest** | **Third Party Deletion Request - U13** | When a third party (teacher, cousin, etc) reports an account for being U13. Should mainly be handled by the | Hi there,<br><br>Thank you for contacting us regarding the suspected underage user. *If you see user is U13:* [Our team will review and take action accordingly from here.] *If you cannot see if the user is U13:* [We were not able to determine if the user is underage. If you want to pursue this matter further, please encourage the legal guardians of this user to submit an account deletion request through our webform: https://www.tiktok.com/legal/report/privacy. ] |

TT-TX-AG-00000746

TIKTOK3047MDL-004-00132053

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-004-00131967-TIKTOK3047MDL-004-00132066

**BEGATTACH:**

**ENDATTACH:**

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-004

**Custodian:** UNSPECIFIED CUSTODIAN

**File Path:** /US USER SUPPORT SOP YOUNGER USERS U13.DOCX

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** D06EF193E8A246B3FEADB352E78D7DD9

**DocType:** ELECTRONIC FILE

**Author:** APACHE POI

**Create Date:** 5-4-2022 12:00 AM

**Last Modified Date:** 5-4-2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** US USER SUPPORT SOP YOUNGER USERS U13.DOCX

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

