# AMENDED Exhibit 482

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

杨撒博雅和Matthew Tenenbaum的单聊



Matthew Tenenbaum    2022-11-16    17:18:14

# Redacted - Attorney Client Privilege

System Message    2022-11-16    17:31:01

"Translate as you type" is on. You can type in your preferred language to communicate

▮▮▮▮▮    2022-11-16    17:31:25

You can write up the PRD and then ask WebApp team to review

 *Matthew Tenenbaum*

Matthew Tenenbaum    2023-02-03    20:13:30

POST

# Title:

**Text:**

Hello again [呲牙]

As part of a P00 project requested by @Shou @Michael Beckerman and @Sandeep Grover we have a feature to display an in-app upsell for Family Pairing.

# Redacted - Attorney Client Privilege

Confidential

This is obviously a huge initiative and so I wanted to make sure we didn't surprise you and your team by hearing about it for the first time at comprehensive review [恐慎]

**Matthew Tenenbaum**   2023-02-03   20:14:22

If there are any other folks you think would be good to discuss this with please let me know!

**Matthew Tenenbaum**   2023-02-03   20:17:30

In particular, I'd love to hear your thoughts on the new user piece of this. The logic there doesn't have a strong foundation so I think it would be great to brainstorm with your team on where in the new user journey would be the best timing.

**Matthew Tenenbaum**   2023-02-03   20:18:26

Unfortunately I am on strict deadline to ship this ASAP so please let me know if we can coordinate next week on this. Happy to accommodate any timezone challenges to make this work [加油]

**▬▬▬▬**   2023-02-06   16:03:28

Hey Matthew, thanks for reaching out and happy Monday~

**▬▬▬▬**   2023-02-06   16:03:43

thanks for sharing with me and I have left some comments in the doc

　　🔺 *Matthew Tenenbaum*

**▬▬▬▬**   2023-02-06   16:06:28

I think for new user journey, treating the new user as old users after 14days might work in this case. But I still wonder if we could leverage system notification instead of pop up in this case too

 *Matthew Tenenbaum*　　 *Matthew Tenenbaum*

Confidential                                                    TIKTOK3047MDL-079-LARK-02341892

Matthew Tenenbaum   2023-02-06   16:20:33

# **Redacted - Attorney Client Privilege**

**@Michael Beckerman** and the TnS leaders came together with Shou on "Project M", which is a P00 project to ship a number of teen safety safety features ASAP.</p> <p>This upsell, which was a bit stuck, became highly desirable because it is a very, very loud way to build awareness around Family Pairing. </p> <p>That's why it's a popup on the FYF and not an inbox notification.</p> <p>We're using both the upsell and the targeting strategy as part of our discussions with regulators.</p>



▮▮▮▮▮▮   2023-02-06   16:24:20

is this due to the recent chaos in US news?

Matthew Tenenbaum   2023-02-06   16:24:39

Pretty much [捂脸]

Matthew Tenenbaum   2023-02-06   16:24:42

Europe too

▮▮▮▮▮▮   2023-02-06   16:24:55

i see. thanks for sharing the background

 *Matthew Tenenbaum*

Matthew Tenenbaum   2023-02-06   16:28:48

Confidential

**Matthew Tenenbaum**  2023-02-06  17:12:05

Any other concerns/blockers? Want to make sure we're as good as we can be [加油]

  2023-02-07  11:14:55

we could discuss more details in CPR~ But the general direction for this, I am aligned

 *Matthew Tenenbaum*     *Matthew Tenenbaum*

  2023-02-07  11:15:33

I think 3 weeks in your design works. My point was it should be no shorter than 14days [大笑]

*Matthew Tenenbaum*    *Matthew Tenenbaum*

**Matthew Tenenbaum**  2023-02-07  13:29:49

Awesome, thank you!

**Matthew Tenenbaum**  2023-07-20  08:47:26

Hello hello! I'm delighted to say that AMBER Alerts is finally ready for us to discuss again. We're working with ICMEC on the global version as well, though that's moving a bit slow. Is there anyone in particular you'd recommend I work with on your team on this? I want to make sure the logic for how and when we show the alert to users is something we feel good about scaling globally.

  2023-07-20  08:51:13

you can design based on this ███████████████████████████

Confidential

Matthew Tenenbaum   2023-07-20  09:00:43

POST

# Title:

**Text:**

We reviewed this doc early in the design but would like to implement it using a different format.

Following how our comps currently display their missing child alerts, we want to display a full slide in-feed.

This is a mockup for what that is expected to look like:



sourcekey: <███████████████████████████████>; attachment_id:
███████████████████████████████████████████████████████

Matthew Tenenbaum   2023-07-20  09:10:21

What I want to partner with your team on specifically is the display logic for when we show this slide. I'm sensitive to the potential impact of showing people a missing child alert right before or right after an ad for diapers. Similarly being mindful of the potential impact of this being the first thing a user sees when they launch the app.

Confidential

TIKTOK3047MDL-079-LARK-02341895

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-079-LARK-02341891-TIKTOK3047MDL-079-LARK-02341895

**BEGATTACH:** TIKTOK3047MDL-079-LARK-02341891

**ENDATTACH:** TIKTOK3047MDL-079-LARK-02341895

**Attachment Count:** 0

**PRODVOL:** MDL-079

**Custodian:** TENENBAUM, MATTHEW

**File Path:** /TIKTOK3047MDL-079-LARK-02341891.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 11/16/2022 12:00 AM

**Last Modified Date:** 11/16/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-079-LARK-02341891.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** PRIV

