# AMENDED Exhibit 483

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



Crimmins-10 (TikTok)  2.26.25 mlr

System Message    2022-12-21  15:55:53

████████ invited **Jordan Furlong, Christina Crimmins** to this chat.

  2022-12-21  15:57:08

[消息已撤回，无法查看内容]

  2022-12-21  16:00:47

The "back of the napkin" math I was doing last week suggested that the impact potential was significant, like 2% of stay duration

Jordan Furlong    2022-12-21  16:01:47

  that assumes that no one bypasses the intervention though

Jordan Furlong    2022-12-21  16:01:58

All they need to do is input their PIN code to keep watching right now

🔒

Christina Crimmins    2022-12-21  16:02:12

Oof, "on by default" means picking a screeen time amount that will be inherently perceived as our/TT's assessments of what's appropriate? We've been so cautious not to do that... Or maybe, to avoid that, "on by default" could instead mean requiring user to pick something? (even if the something is "off")?

TIKTOK3047MDL-036-LARK-00115463

2022-12-21  16:09:54

"Welcome to TikTok; how long would you like to spend here?" [汗] seems ominous if something like this were to be part of onboarding

 *Christina Crimmins*

Jordan Furlong    2022-12-21  16:07:48

██████████ I don't think we can have a wow moment with screen time unless we introduce a hard limit

Jordan Furlong    2022-12-21  16:09:14

Next best option is enabling daily limit and our new bed time feature by default

Christina Crimmins    2022-12-21  16:09:25

Gah that hard limit scares me. Compounded by the fact that we do nothing about multiple accounts.

████████████    2022-12-21  16:10:00

**@Christina Crimmins** and ought to avoid obvious incentives for lying

*Christina Crimmins*

Jordan Furlong    2022-12-21  16:12:31

**@Christina Crimmins** not sure if gr has shared with them

Christina Crimmins    2022-12-21  16:12:36

**@Jordan Furlong** Thoughts on how to balance "on by default" with not being prescriptive on amount of time?

Confidential                                                     TIKTOK3047MDL-036-LARK-00115464

 2022-12-21  16:13:14

Also need to think about any "graduation"/age-up experience at some point

 2022-12-21  16:15:18

E.g. if we believe that different levels of autonomy or different choices might be appropriate based on age... how would we relax restrictions or prompt users to revisit a choice when they get older without this being seen as a kind of dark pattern?

Jordan Furlong   2022-12-21   16:15:21

**@Christina Crimmins** million dollar question. I'm not sure. For the record I totally hear you! That's why we have taken an agency based approach and don't have a stance on screen time amounts

 *Christina Crimmins*

 2022-12-21  16:16:54

I appreciate that you have a lot of experience on the nuance/complexity; I think it's helpful to outline the spectrum of solutions, including "extreme" ones that might seem attractive on the surface, and explain the trade-offs/consequences

 *Jordan Furlong*    *Christina Crimmins*

Jordan Furlong   2022-12-21   16:17:19

**@Christina Crimmins** ideally the screen time prescription just doesn't come from us

Christina Crimmins   2022-12-21   16:17:45

I've been thinking a lot about the whole "addiction" narrative, and the physiological impact of the cold turkey approach. Though we're getting pressure to do it, it kind of runs counter to how to best support someone through addiction... [流泪] And all that said, how do we actually do what's right without

Confidential

implicitly conceding to the "addiction" claim? A hard limit can do some actual harm, yet would be considered leading in the space. UGHHH

*Jordan Furlong*

**Jordan Furlong   2022-12-21   16:19:23**

I'll write something up today

*Josh Stickler*

**Christina Crimmins   2022-12-21   16:20:17**

▊▊▊ how did your team navigate the privacy nudge in the EU? Maybe a parallel to draw to that concern over coming off as "ominous"?

**2022-12-21   16:22:18**

100%; I think there's a lot to reflect on re: relationship between "addressing a problem" and "being recognized as addressing a problem" as the two are often quite different

**2022-12-21   16:23:35**

**2022-12-21   16:23:44**

sourcekey: <▊▊▊▊▊▊▊▊>; attachment_id:

**2022-12-21   16:23:56**

TIKTOK3047MDL-036-LARK-00115466

The UI is very matter-of-fact

 2022-12-21  16:34:40

Making upsells for STM more common or aggressive seems like a challenging talking point, unless we were willing to publicize adoption statistics

Jordan Furlong   2022-12-21  16:37:28

**@Christina Crimmins** we could set that upsell trigger logic whenever. It's not tied to the daily limit configuration options

Jordan Furlong   2022-12-21  16:46:51

**@Christina Crimmins** another important gray area here is high usage vs addiction. Hard to size each group but would be helpful to know

 2022-12-21  18:27:22

Is there a Family Pairing tie-in? Like, on by default, but can be turned off/modulated via an age-verified FP administrator? (This was an EU GR suggestion)

 2022-12-21  21:29:57

 almost had a "spit out one's drink" reaction to this magnitude size [汗][大笑] so I anticipate some challenging conversations ahead, which can only happen w/ some kind of numbers substantiation/estimation

Jordan Furlong

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-036-LARK-00115463-TIKTOK3047MDL-036-LARK-00115467

**BEGATTACH:** TIKTOK3047MDL-036-LARK-00115463

**ENDATTACH:** TIKTOK3047MDL-065-LARK-00772610

**Attachment Count:** 7

**PRODVOL:** MDL-036

**Custodian:** CRIMMINS, CHRISTINA

**File Path:** /TIKTOK3047MDL-036-LARK-00115463.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:** LARK CHATS

**Author:**

**Create Date:** 12/21/2022 12:00 AM

**Last Modified Date:** 12/21/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-036-LARK-00115463.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**<u>Subject:</u>**

**<u>THREADID:</u>**

**<u>REDACTIONS:</u>**

**<u>REDACTION TYPE:</u>**

