# AMENDED Exhibit 486

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Matthew Tenenbaum和** ███████████



**Matthew Tenenbaum    2023-02-07    18:34:24**

Honestly, yeah that'd probably be really helpful haha.



**Matthew Tenenbaum    2023-02-07    18:35:24**

While we do want to move quickly on this, realistically everything is urgent right now and so something things have to wait a bit. This is one of those things that can wait lol



███████    **2023-02-07    19:05:35**

Amazing - moving!

*Matthew Tenenbaum*

**Matthew Tenenbaum    2023-02-07    19:11:05**

sourcekey: ███████████████████████ >; attachment_id: ████████████████████████████████████████

**Matthew Tenenbaum    2023-02-13    19:27:34**

Matthew Tenenbaum和███████████

*Forwarded*

████████ 2023-02-13 19:18:24

Confidential

**Matthew Tenenbaum** 2023-02-13 19:22:45

That's awesome! The marketing team did a great job with it.

**Matthew Tenenbaum**   2023-02-13  19:27:35

Fyi 😄

 

**Matthew Tenenbaum**   2023-02-20  21:35:51

[消息已撤回，无法查看内容]

**Matthew Tenenbaum**   2023-02-20  21:38:15

[消息已撤回，无法查看内容]

**Matthew Tenenbaum**   2023-02-27  18:17:01

Good morning! Hope you're feeling better [送心] With perf around the corner, would it be OK to add you as one of my 360 reviewers? Will gladly be one of yours as well!

715319414757743001B

████████   2023-02-27  20:30:13

Of course! And ditto, would love to add you to mine [碰拳]

 Matthew Tenenbaum    Matthew Tenenbaum

Confidential

▌  2023-03-13  21:45:38

**POST**

# Title:

**Text:**

Hi Matthew - hope you were able to enjoy the weekend after perf season!

Wanted to check back in on the FP Upsell workstream to understand:

1. Is this PRD still the latest doc to reference for anything related to our upsell efforts?

████████████████████████████████████████

2. Do we have an official launch date for the upsell?

 Matthew Tenenbaum

---

▌  2023-03-13  21:48:05

**POST**

# Title:

**Text:**

3. The upsell appears when on first open of app (for users) and for new users after 3 weeks of onboarding but still when they first open the app, correct?

---

Matthew Tenenbaum   2023-03-13  21:48:07

**POST**

# Title:

**Text:**

Freedom from perf is a lovely, lovely thing haha.

1. Yes!

Confidential                                        TIKTOK3047MDL-067-LARK-01027108

2. We launched the A/B test last night and will slowly ramp up traffic this week to the experiment target of █.

   a. If after 2 weeks we look good, we'll fully launch.

---

█████        2023-03-13   21:48:58

ah, congrats on launch!

Matthew Tenenbaum

---

█████        2023-03-13   21:49:07

Can you remind me, What is the A/B test supposed to be testing?

---

Matthew Tenenbaum    2023-03-13   21:49:42

Haha it's not a launch quite yet. This A/B test is to measure the tradeoff in stay duration/DAU from this launch.

---

Matthew Tenenbaum    2023-03-13   21:49:56

As long as we're not decimating core product metrics we're good to go.

---

█████        2023-03-13   21:51:09

ah wow, didn't realize an upsell could affect DAU (especially if it's a short pop-up that only shows once on first open of app, right?)

Confidential

**Matthew Tenenbaum**  2023-03-13  21:53:32

You'd be surprised how fickle users can be [捂脸] In this case the balance is more internal. GR really wants this so core product will step aside. But, it's potentially very politically expensive internally. If there's no impact to metrics then no-one cares. But if it does drop metrics, the key question will be by how much. Even a few minutes fewer means fewer ads and the impact on revenue at scale is significant.



█████████   2023-03-13  21:54:53

gotcha! I have some questions around how our Family Pairing ad (both US & UK version) can help / talk you through our latest US media plan that was developed as an ask from Shou ████ to keep driving in-app marketing messaging leading up to the congress hearing, etc.

 *Matthew Tenenbaum*

█████████   2023-03-13  21:55:47

I'll find time for us to connect ideally early half of this week, to pick your brain & see how truly the power of PM + PMM can come to life ...and who knows maybe Family Pairing upsell being a future use case for the power our teams working together can bring[送心] #reachingforthemoon

 *Matthew Tenenbaum*

**Matthew Tenenbaum**  2023-03-13  21:57:38

Yeah snag any open slot on my calendar and I'vd love to think through this together!



█████████   2023-03-13  21:57:47

Will you be in the SF office tomorrow by any chance?

Confidential

Matthew Tenenbaum   2023-03-13   21:57:53

I will!

Matthew Tenenbaum   2023-03-13   21:58:07

In person meeting?

😊 ▅▅▅▅

   2023-03-13   21:59:11

let's do it!

*Matthew Tenenbaum*

Matthew Tenenbaum   2023-03-13   22:01:49

My only concern at this point is annoying our users. It may be important to be cautious of retargeting users excessively with Family Pairing content. Even though awareness is important I think Family Pairing is rapidly reaching it's maximum feature density with none of the usability. On top of that, we don't really have a strong benchmark for how many DAU we think should be using it. So the feature related goals are a bit muddy. Ideally we can carefully balance awareness and annoyance while still driving interest. That way, the big user research push I want to do can ride this wave and finally start hearing from Parents and Teens about what they actually want to get out of this feature set [冲！]

👍 ▅▅▅   😍 ▅▅▅

   2023-03-13   22:05:12

Totally fair concern. For clarity, what is defined as "feature density"? and what's the max metric?

Matthew Tenenbaum   2023-03-13   22:16:58

TIKTOK3047MDL-067-LARK-01027111

Haha "feature density is my corporatese euphemism for we built too much stuff that sounds good but nobody uses".

---

Matthew Tenenbaum   2023-03-13   22:17:53

Really all I mean there is that we're thrown a lot of features that sound good at Family Pairing and now it's a pretty robust tool. But that also means that it takes quite a bit of work to manage.



Confidential                                                                                                        TIKTOK3047MDL-067-LARK-01027112

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-067-LARK-01027106-TIKTOK3047MDL-067-LARK-01027112

**BEGATTACH:** TIKTOK3047MDL-067-LARK-01027106

**ENDATTACH:** TIKTOK3047MDL-067-LARK-01027112

**Attachment Count:** 1

**PRODVOL:** MDL-067

**Custodian:** TENENBAUM, MATTHEW

**File Path:** /TIKTOK3047MDL-067-LARK-01027106.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 2/7/2023 12:00 AM

**Last Modified Date:** 2/7/2023 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-067-LARK-01027106.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

