# AMENDED Exhibit 487

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Post-Launch Report of Screentime Management Upsell for Minors

## Stakeholder

TnS Features     @Jordan Furlong

DS     ███████

PRD - [ HYPERLINK ████████████████████████

A/B test Design - [ HYPERLINK

████████████████████████


## Global Launch Results

Global launch after 10-19 -2022


pushpin

**Key summary**

* Globally launched in all countries, including US and CA

* On average, 2.7M minors got the upsell notification daily after they spent 100 mins on the app

* ~4% of minors turn on the daily limit screen feature from the upsell notification

* 234%(+3.4X) increase in usage of daily screen time limit for minors (L1 and L2) compared to the previous month.

* 98%(+2X) increase in users visiting screen time page.

  ○ There was an increase in users visiting the screen time page through inapp notification on the same day when the users got higher upsell notifications

* 31% increase in users opting for daily screen time limit feature and it's because of this upsell notification feature  (Chart screenshot below)

* No negative impact on the average session duration for minors


Confidential

# 1. All metric table

| Goals | Metrics | **Before Launch** July (2022-07-13 to 2022-08-13) (RoW) | **10% treatment and 10% Control group** Metrics (2022-08-18 to 2022-09-18) | **Global Launch** Metrics (2022-10-19 to 2022-11-19) | |
|---|---|---|---|---|---|
| **Primary metrics:-** | ❊ Average Adoption Rate for all users (Daily Screen time) - Use TEA | 3,096,331 | 3,438,850 | 4,51 8,84 2 | + 46%(bef ore vs global launch) |
| | ❊ Average daily minors whose feature is turned on ❊ Level range - 1: 13-15, 2: 16-17, 3: 18-24, 4: 25-34, 5: 35+ | 403,315 (level range 1,2) 13% | 505,987 (level_range 1,2) 14.7% | 1,34 7,56 2 | + 234% (before vs global launch) |
| | ❊ Average Daily Upsell notification sent to Minors | | 270,429 | 2,70 6,92 7 | |
| | ❊ Average daily minors turning the feature on after looking at upsell | | 13,449 (~5%) | 99,3 09(~ 4%) | |
| | ❊ Drop Rate (Users who | | 196,712 | 1,91 6,17 | |

TIKTOK3047MDL-111-LARK-05857229

| | | | | | |
|---|---|---|---|---|---|
| | got the notification but close the notification) | | (~73%) | 2(71%) | |
| | ⊛ Daily unique views of digital wellbeing page | 516,742 | 381,851 | 755,304 | +98% (treatment vs global launch) |
| | ⊛ Weekly unique views of Digital Wellbeing | 3,102,892 | 2,301,300 | 4,214,143 | +83% |
| Secondary Metrics:- | Average Session Duration By Age group L1 and L2 | L1 - 104 mins L2 - 103 mins | L1 - 98 mins L2 - 99 mins | L1 - 96 mins L2 - 98 mins | No Negative impact on session duration |

**31% increase in users opting for daily screen time limit feature and it's because of this upsell notification feature.**

There is an increase in minors usage compared to adults and unknowns where the numbers are pretty stable.



## Upsell Daily Limit



Increase is in 10-24, 10-31, 11-07 and 11-14

## Enter digital wellbeing Page

TIKTOK3047MDL-111-LARK-05857231



Increase of inapp notification is 10-24, 10-31, 11-07 and 11-14 which matches with the upsell daily limit increase.

# 1st launch - A/B Test

pushpin

**Key summary**

* Launched to 20% global users(50/50 split)(except US,CA)

* 270K minors got the upsell notification daily after they spent 100 mins on the app

* Out of 270K daily users, ~5% of minors turn on the daily limit screen feature

* 25% increase in usage of daily screen time limit for minors (L1 and L2) compared to the previous month.

* 35% decrease in users visiting digital wellbeing page from Setting&Privacy page. The trend is going up after 09/26 but we will keep track. There is no issue from the eng side.

* No statistically significant impact on guardrail metrics


Limitations - We're not tracking daily screen time limit options as it was developed in the past and there is no event tracking. With the new custom daily limit feature, we will track the time limit settings by users


**Next steps:-**

1. Globally launch the upsell feature for all minors (excluding US,CA)

   a. Next steps - Identify PM, DS from US - ███████

Confidential

2.      Decide a timeline to stop the upsell after we have achieved our desired target of increase in minor usage of daily screen time limit

Phased launch (2022-10-19)

███████████████████████████████████

Launched to 30% treatment and 30 control group

## 1. Feature Launch Results

Experiment Run Time - 2022-08-18 to 2022-09-18 (1 month)

## 2.1 All metric table

| Goals | Metrics | Previous Data July (2022-07-13 to 2022-08-13) (RoW) | Metrics (2022-08-18 to 2022-09-18) | |
|---|---|---|---|---|
| **Primary metrics:-** | ❖ Average Adoption Rate (Daily Screen time) - Use TEA | 3,096,331 | 3,438,850 | + 11% |
| | ❖ Average daily minors turning the feature on<br><br>❖ Level range - 1: 13-15, 2: 16-17, 3: 18-24, 4: 25-34, 5: 35+ | 403,315 (level range 1,2)<br><br>13% | 505,987 (level_range 1,2)<br><br>14.7% | + 25% |
| | ❖ Average Daily Upsell notification sent to Minors | | 270,429 | |
| | ❖ Average daily minors turning the feature | | 13,449 **(~5%)** | |

Confidential

TIKTOK3047MDL-111-LARK-05857233

| | | | | |
|---|---|---|---|---|
| | on after looking at upsell | | | |
| | ⊛    Drop Rate (Users who got the notification but close the notification) | | 196,712 **(~73%)** | |
| | ⊛    Total Users who got the upsell notification in a month | | 8,653,750 430,387 (~5%) | |
| | ⊛    Total Users who adopted the feature in a month | | | |
| | ⊛    Weekly unique views of Digital Wellbeing | 502,527 | 285,053 | |
| | ⊛    Weekly unique views of Digital Wellbeing without announce_notif_click | 314,617 | 204,258 | - 35% |
| **Secondary Metrics** | Average Session Duration By Age group | | | |
| **Guardrail Metrics (get this from libra)** | ⊛    StayDuration/U | | No statistically significant change | |
| | ⊛    Last 30-day ActiveDays/U | | No statistically significant change | |

TIKTOK3047MDL-111-LARK-05857234

| | Publish/U | No statistically significant change |
|---|---|---|
| | 1Day Retention | No statistically significant change |



## Huge Drop in Enter Wellbeing Page

Android Vs Ios

Recent Data - ███████████████████████



Previous Month data - ██████████████████

TIKTOK3047MDL-111-LARK-05857235



Decrease in Android Numbers

| Event | Operating System | Average Previous month 's data | Average New data | |
|---|---|---|---|---|
| Enter Wellbeing | Android | 359,363 | 182,525 | 49% Decrease |
| | ios | 143,163 | 102,528 | 28% Decrease |

Enter Wellbeing by entry points

Recent Data -



Previous Month data - Recent Data

Confidential

TIKTOK3047MDL-111-LARK-05857236



| Event | Entry point | Average | Average | |
|---|---|---|---|---|
| | | Previous month 's data | New data | |
| Enter Wellbeing | announce_notif_click | 197,903 | 84,450 | 57% Decrease |
| | snp_enter_wellbeing | 179,296 | 124,093 | 31% Decrease |
| | tab_pop_up_enter_wellbeing | 87,376 | 58,633 | |
| | inapp_notif_click | 48,211 | 21,924 | |
| | extended_notif_click | 388.1 | | |
| | 4 | 1,544 | 674 | |
| | 3 | 13 | 6 | |

Daily time limit feature by age range in previous month - 2022-07-13 to 2022-08-13

1    252,853

2    453,371

Confidential

TIKTOK3047MDL-111-LARK-05857237

| | |
|---|---|
| 5 | 617,383 |
| 3 | 2,387,545 |
| 4 | 1,073,683 |

Confidential

TIKTOK3047MDL-111-LARK-05857238

# DOCUMENT SLIPSHEET

**Bates Number:** TIKTOK3047MDL-111-LARK-05857228-TIKTOK3047MDL-111-LARK-05857238

**BEGATTACH:** TIKTOK3047MDL-111-LARK-05857225

**ENDATTACH:** TIKTOK3047MDL-111-LARK-05857264

**Attachment Count:** 0

**PRODVOL:** MDL-111

**Custodian:** CRIMMINS, CHRISTINA; ███████████ FURLONG, JORDAN; GROVER, SANDEEP; ████████████████████ MEDOFF, NATALIE; ████████ TENENBAUM, MATTHEW; ██████████

**File Path:** /DOXUSTPNVLNSP4J9S82DO7T9MDB.DOCX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 297B07E141985C980D787AEBD7C5E7C8

**DocType:** URL LINK DOCUMENT

**Author:**

**Create Date:** 11/11/2022 12:00 AM

**Last Modified Date:** 11/11/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** DOXUSTPNVLNSP4J9S82DO7T9MDB.DOCX

**Title:** POST-LAUNCH REPORT OF SCREENTIME MANAGEMENT UPSELL FOR MINORS

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

