# AMENDED Exhibit 488

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# [A/B Analysis]  Enable Weekly Screen Time Updates for Minors

## 1. Excutive Summary

monkey_face

* The feature update for Enable Weekly Screen Time Updates for Minors could  improve minor visibility of Screen Time Management, and increase feature adoption rate.

  ○ The 7-days Screen Time Management Page View Rate for the variant group is 5.95%, significantly higher than the control group at 4.25%.

  ○ The Feature adoption rate for screen time management for variant group is 0.46%, significantly higher than the control group at 0.37%.

* Default enablement could significantly improve the deature adoption rate, and users are willing to keep the feature enabled after default enablement.

  ○ Without the default enablement, the nature adoption rate for the feature is as low as 0.91%

  ○ The Opt-out rate for default enabled users is only 1.32%.

* While improving visibility and adoption of screen time management, the update does not have a negative effect on DAU, Stay Duration, and Retention. The metric discrepancies are light(<0.5%) and non-statistical significant.

Next Steps:

Based on the experiment result. We recommend launching the feature globally.

## 2. Background

This analysis is for the AB test on Enable Weekly Screen Time Updates for Minors.

| PRD | [ HYPERLINK ███████████████ |
| --- | --- |
| AB Test Design | [ HYPERLINK ███████████████ |

TIKTOK3047MDL-099-LARK-04557708



| | |
|---|---|
| Libra Link | [ HYPERLINK |

| Group | Traffic Allocation | Volume | Treatment |
|---|---|---|---|
| Control | 50% | 1,033,894 | Feature will not be enabled defaulty |
| Treatment | 50% | 1,032,249 | Feature will be enabled defaulty |

## What are we building?

Enable *Weekly screen time updates* toggle in Settings-->Digital Wellbeing for all new users and U18 users who have not visited the Digital Wellbeing page in order to

1.      Provide younger users with additional screen time management support

2.      Externally demonstrating our considerations for what is 'developmentally optimal' for our users

3.      Address our critics' concerns about the addictive nature of our platform

# 3. Analysis

## 3.1 Expectation

By the update of this feature, we have the following expectations:

*      Increasing the Minor visibility of Screen Time Management Page(aka digital wellbeing page).

*      Increasing feature adoption for Screen Time Management on Minor Users.

## 3.2 Core Metrics

We selected a cohort of users who participated in the experiment to build our analysis:

Cohort: Users from control and variant group joined the test from 2022-12-14 to 2023-01-05

Confidential

User's event data within 7 days since they joined are used to calculate the metrics [sheet-shtus4voovDy5KJZSDLSpxysj9e_enNDSe]

## What metrics are we testing?

### 3.2.1 Feature Impaction metrics

* % of UV who entered digital wellbeing within 7 days of joining the test

  ○ Using it to measure the visibility of Screen Time Management Page

  ○ Within the 7 days since the user joined the experiment, how many users visited the screen time management page at least once

* % of UV who enabled screen time management

  ○ Within the 7 days since the user joined the experiment, adoption rate for enable screen time management feature.

███████████████████████████

From the test results:

bulb

* The 7-days Screen Time Management Page View Rate for the variant group is 5.95%, significantly higher than the control group at 4.25%.

* The Feature adoption rate for screen time management for variant group is 0.46%, significantly higher than the control group at 0.37%.

* The feature update could significantly improve minor visibility of Screen Time Management Page.

* The feature update could significantly improve feature adoption rate of Screen Time Management Page.

### 3.2.2 Feature-User interaction metrics

███████████████████████████

umbrella_on_ground

* Without the default enablement, the nature adoption rate for the feature is as low as 0.91%

* Users are willing to keep the feature enabled after default enablement. The Opt-out rate for default enabled users is only 1.32%.

**Commented [1]:** ████████ Aside from the adoption rate, we wanted to see the increase in minor feature adoption. Can you please add that here too?

**Commented [2]:** The adoption rate and increase were already filtered to Minors for this analysis.

Confidential

TIKTOK3047MDL-099-LARK-04557710

### 3.3 Guardrail Metrics

chestnut

*   Test results of DAU, Stay Duration, and Retention metric discrepancies between the control and variant group are light(<0.5%) and not statistically significant.

*   The feature impactions on DAU, Stay Duration, and Retention are neutral.

### DAU Impact



### Stay Duration Impact



### Retention Impact

TIKTOK3047MDL-099-LARK-04557711

▸ Retention By Dimension   《Aggregate from source》   ⚙ Data output

| Experimental group | User ⊕ ⬦ | 1 Day Retention ⊕ ⬦ | 3 Day Retention ⊕ ⬦ | 7 Day Retention ⊕ ⬦ | 14 Day Retention ⊕ ⬦ |
|---|---|---|---|---|---|
| + 🔲 Control | 1,033,904 | 64.4486% | 50.853% | 43.0122% | 37.773% |
| + 🔲 t2 | −0.159% | −0.187% | −0.058% | −0.016% | +0.049% |
| | [redacted] | ±0.759% | ±0.25% | ±0.394% | ±0.474% |
| | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

## 4. Appendix

Querys:

Test users information: ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Group Summary for screen time management page view & adoption:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Feature adoption & Opt-out

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

TIKTOK3047MDL-099-LARK-04557712

# DOCUMENT SLIPSHEET

**Bates Number:** TIKTOK3047MDL-099-LARK-04557708-TIKTOK3047MDL-099-LARK-04557712

**BEGATTACH:** TIKTOK3047MDL-099-LARK-04557703

**ENDATTACH:** TIKTOK3047MDL-099-LARK-04557810

**Attachment Count:** 0

**PRODVOL:** MDL-099

**Custodian:** CRIMMINS, CHRISTINA; ███████████████████████████ FURLONG, JORDAN; ███████████████████████ LINTHICUM, RYN; ████████████████████ TENENBAUM, MATTHEW; ██████████████████████

**File Path:** /VFHYDQTJNO2PBMXBEVWUFHWTSEC.DOCX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** F0A427E52822B7EFC3A98A18A34AD6A7

**DocType:** URL LINK DOCUMENT

**Author:**

**Create Date:** 11/22/2022 12:00 AM

**Last Modified Date:** 11/22/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** VFHYDQTJNO2PBMXBEVWUFHWTSEC.DOCX

**Title:** [A/B ANALYSIS] ENABLE WEEKLY SCREEN TIME UPDATES FOR MINORS

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

