# AMENDED Exhibit 489

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Alex Zhu和 ██████████████

██████████████  2018-12-07  06:51:16

oh great

██████████████  2018-12-07  06:51:16

aha

Alex Zhu   2018-12-07  06:51:21

yes

Alex Zhu   2018-12-07  06:51:51

There are some others. Foster will send the list in that group

██████████████  2018-12-07  06:53:43

thanks. btw had a call with yujie earlier to clarify next steps re: GDPR age gate, and Adam and Foster are working on impact analysis - they defined a bunch of metrics. for each country in Europe I will make a score that take into account like activeness of regulator, PR history, size of userbase, marketing investment, presence of active consumer protection/social orgs etc. We will use that to weight the risk.

 *Alex Zhu*

██████████████  2018-12-07  06:53:49

Looks like there's, in general 3 options:

Highly Confidential (Competitor)

2018-12-07  06:54:10

(a) increase the age gate. (b) parental consent model (c) kids mode similar to COPPA mode.

Alex Zhu   2018-12-07   06:54:36

How do we do parental consent model?

Alex Zhu   2018-12-07   06:55:12

also a and c are not addressing the same problem?

Alex Zhu   2018-12-07   06:55:26

A is to address 13-15 years old

████████████   2018-12-07   06:55:32

I'm working with counsel to define the implementation paths within that option. Ex., email consent, credit card test.

Alex Zhu   2018-12-07   06:55:43

C is to address kids lying on the age

████████████   2018-12-07   06:57:17

(c) kids mode would be for users under the age of gdpr consent. e.g., to age 15 in France.

Alex Zhu   2018-12-07   06:58:28

I see. So basically change age gate to 15 and implement kids experience for everyone under 15

Highly Confidential (Competitor)

**Alex Zhu**  2018-12-07  06:58:39

Ftc experience with 15 as the gate

**Alex Zhu**  2018-12-07  06:58:50

doing more than a

 2018-12-07  06:59:12

right. i hadn't thought about this lately but it's an option.

**Alex Zhu**  2018-12-07  07:00:13

Yes, it's an option least preferable for us, but we might be forced to take this approach if EU regulators get inspired by FTC

████████████ 2018-12-07  08:08:58

████████████Yue Wang的会话记录

*Forwarded*

████2018-12-07 08:02:33

now, I am focused on the parents' monitoring platform (parents could bind their accounts with their kids, and they could monitor their kids' action remotely)

████████████ 2018-12-07 08:03:42

For tiktok-m? When would it be repressed?

████████████ 2018-12-07 08:04:02

Released

Highly Confidential (Competitor)                                                    TIKTOK3047MDL-087-LARK-03352508

■ 2018-12-07 08:04:37

Now, we are considering activate it in DOUYIN and TIKTOK-Japan， and we are now still discussing and designing it.

■ 2018-12-07 08:05:19

we haven't limit its age range, but we told in the terms that this feature is aimed for those who are teenagers

Alex Zhu   2018-12-07   08:09:50

Was not aware about this

Alex Zhu   2018-12-07   08:10:21

Can you check with legal and PR to see if there is any risk?

■ 2018-12-07   08:17:23

yes, I'm getting looped in. But this has some problems - if we do PR it will bring focus on kids.

Alex Zhu   2018-12-07   08:17:48

Yes that's my concern as well

■ 2018-12-07   08:17:49

so Douyin and Japan are better for this than the US.

Alex Zhu   2018-12-07   08:17:57

Correct

Highly Confidential (Competitor)

**Alex Zhu**   2018-12-07   08:18:46

what if this option is only provided for people who enter age < 16?

**Alex Zhu**   2018-12-07   08:19:36

From there parents can bind their own accounts

███████████████   2018-12-07   08:19:50

i think usage <1%

**Alex Zhu**   2018-12-07   08:20:02

This feature is not about usage

**Alex Zhu**   2018-12-07   08:20:09

But PR defensive weapon

Highly Confidential (Competitor)