# AMENDED Exhibit 490

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

█ Matthew Tenenbaum的单聊



Matthew Tenenbaum    2023-04-07    18:17:36

POST

# Title:

**Text:**

Yep! That's exactly right.

Happy to put aside the hypothesis too, that's just what's driving my curiosity to do the research [呲牙]

Right now, I envision this to be a qualitative study where we conduct in-depth interviews or focus group discussions with parents who claim that they want to use FP but haven't.

The only nuance here is that I think it's key to interview both existing FP users and non-users.

For existing users, we know that after linking the actual usage of FP is tiny.

So we have the problem of adoption (parents linking with their teens) and utilization (linked parents not using FP features).

█ 2023-04-10    02:12:16

Right. Considering the low adoption and utilization of FP, a potential blocker might be to recruit these parents. We might need to double confirm feasibility with our vendors if we were to take this further :)

 *Matthew Tenenbaum*    *Matthew Tenenbaum*

█ 2023-05-11    09:28:32

Hi Matthew, Hope all is well! Here's the proposal I drafted for your request regarding Family Pairing, and I'd love to hear your thoughts on it. Feel free to leave any comments! If you prefer to talk through it on a call, feel free to block my calendar :) █████

 *Matthew Tenenbaum*

Confidential

**Matthew Tenenbaum**  2023-05-11  13:36:20

Awesome! I'll try take a look today/tomorrow and set up some time next week [碰拳]



  2023-05-17  06:31:47

Hi Matthew, not sure if you have time to give this a read yet?

**Matthew Tenenbaum**  2023-05-17  16:34:51

Sorry, the week got away from me [不看] Let me look at our schedules and set up some time now.

**Matthew Tenenbaum**  2023-05-17  16:36:47

Family Pairing Research Proposal Sync

  2023-05-19  02:36:10

btw, you remind me of this report I was reading the other day. I'll give it one more read and update our proposal accordingly. Sharing here for your interest :)



Matthew Tenenbaum    Matthew Tenenbaum

曹萌  2023-05-24  08:37:22

POST

# Title:

**Text:**

Hi Matthew, quick question, do we know what the adoption funnel looks like for FP?

Confidential

- click on FP: x%

- Pairing rate: x%

- Usage rate (parents who use certain sub-features of FP): x%

If so, would you mind sharing with me?

---

 **2023-05-25  08:04:26**

The reason I'm asking is I wonder if we should add a section in the study, walking users and non-users through the FP linking & using experience, and ask them to identify barriers/ blockers. Knowing the real penetration data can help us pin-point where most parents "churn" from the whole process.

 *Matthew Tenenbaum*

---

**Matthew Tenenbaum    2023-05-25   16:23:39**

That makes a ton of sense! The family pairing linking funnel is a cliff. Around a million potential users a week will enter Family Pairing each week and when they reach the QR screen over 90% of them drop.

---

**Matthew Tenenbaum    2023-05-25   16:25:23**

The only potential issue I see with adding that to the research is that I'm launching two big improvements to help resolve this issue by Q3.

---

**Matthew Tenenbaum    2023-05-25   16:26:47**

So we can validate those choices with this research, which would be good [思考]

---

 **2023-05-26   02:03:35**

Do you want to make comparisons between the original design vs. new design with these two new improvement. If users still prefer the original design, are you willing to keep using the old design? If we're going to implement these two improvements in Q3 for sure, what else we can do is to walk users through the new UI experience, and ask for their feedback to fine-tune the new design. Which way do you prefer? Either approach, we might need you to share the new UI/design for us to show to the users.

Confidential                                    TIKTOK3047MDL-067-LARK-01027039

Matthew Tenenbaum  2023-05-26  18:31:07

POST

# Title:

**Text:**

The latter option is my preference.

To get even more specific here about the improvements, there are two key pieces of feedback I've received.

1. The QR code we use to currently facilitate pairing is very inconvenient.

Parents who discover FP cannot take action to invite their teens to link. Instead they have to wait until they are together with their teen and initiate linking in person.

2. Family Pairing settings aren't available in the Webapp.

There are concerns from parents about the TikTok app as well as data to indicate more desktop/mobile web preference for 35+ demographics. For this group being able to manage FP settings via the web provides a convenient opportunity to mitigate these concerns.

I have designs for #1 because we're working on adding a pairing link right now.

███████████████████████████████████

#2 is still a WIP.



Matthew Tenenbaum  2023-05-26  18:36:23

POST

# Title:

**Text:**



Here's the funnel for new parents in FP.

Users without an FP role enter in the first step.

They select the parent role in the second.

Confidential

sourcekey: < ███████████████████████████ >; attachment_id:
██████████████████████████████████████████████████

👍 ██

**2023-05-29  03:52:37**

Thanks for sharing the doc and information above. These are really helpful. I'll add a section in the discussion guideline, targeting parents' current pain-points in linking and their take on the improvement you plan to implement in Q3. I've just received the quote from the vendor. Seems like we've got enough budget to run the study in four markets: US, ID, BR, and FR or DE. Wanted to check with you again to see if you've got any preference between FR and DE? If not, I'm going to pick FR which is $500 cheaper haha

*Matthew Tenenbaum*

**Matthew Tenenbaum    2023-05-30  15:36:17**

Haha FR is my preference actually [钱]

**2023-05-30  15:49:23**

Perfect! I'll ask our vendor to finalize their proposal! Will keep you posted!

*Matthew Tenenbaum*    *Matthew Tenenbaum*

**Matthew Tenenbaum    2023-05-30  17:40:27**

Super random question but I recently came across this research doc:
████████████████████████████████████████ Do you know if there's any other research like it? Or anything more recent?

**2023-05-31  02:10:41**

Confidential

TIKTOK3047MDL-067-LARK-01027041

Unfortunately I'm not able to provide any similar documents that we worked on in the past TT PM's as this was something done by the former TT Strategy team.

 Matthew Tenenbaum   Matthew Tenenbaum

---

2023-06-13  06:43:32

Hi Matt, quick update on the FP qualitative research. We've aligned with vendor (MetrixLab) on the research proposal, methodology and timeline (see the doc [here] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for more details). Will share with you the RQ and DG once we receive those from vendor. Stay tuned!

 Matthew Tenenbaum

---

Matthew Tenenbaum   2023-06-13  17:29:04

Amazing news!

---

2023-06-16  10:30:57

Hi Matt, here's the RQ shared by vendor. Overall it looks pretty code and I've made a couple of minor comments. Feel free to give it a quick read and leave your comment where applicable. If this looks good to go, please kindly let me know. Thanks!

---

2023-06-16  10:30:57

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

Matthew Tenenbaum   2023-06-16  15:46:51

Amazing! Will look today [加油]



---

TIKTOK3047MDL-067-LARK-01027042

2023-06-19  02:24:06

Hi Matthew, any comments?

Matthew Tenenbaum   2023-06-20   03:03:35

No comments, it looks awesome! I'm very excited about this.



Matthew Tenenbaum   2023-06-20   19:46:23

Is there any chance we can sneak in a question about livestreaming in?

Matthew Tenenbaum   2023-06-21   00:09:27

Specifically, parental awareness/need for livestream safety tools?

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-067-LARK-01027037-TIKTOK3047MDL-067-LARK-01027043

**BEGATTACH:** TIKTOK3047MDL-067-LARK-01027037

**ENDATTACH:** TIKTOK3047MDL-067-LARK-01027044

**Attachment Count:** 1

**PRODVOL:** MDL-067

**Custodian:** TENENBAUM, MATTHEW

**File Path:** /TIKTOK3047MDL-067-LARK-01027037.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 4/7/2023 12:00 AM

**Last Modified Date:** 4/7/2023 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-067-LARK-01027037.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

