# AMENDED Exhibit 493

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Jordan Furlong和Matthew Tenenbaum的单聊**



Jordan Furlong   2023-01-31   21:08:13

Oh I didn't know about that. Do you have any mocks of that anywhere?

Matthew Tenenbaum   2023-01-31   21:10:21

I think the inbox team owns it but the notification looks like this:

Matthew Tenenbaum   2023-01-31   21:10:24

sourcekey: ◄ ████████████████████ ▶; attachment_id:
███████████████████████████████████████

Matthew Tenenbaum   2023-01-31   21:11:31

Selecting "View more" takes the teen to Family Pairing home.

Jordan Furlong   2023-01-31   21:12:32

Ah glad I asked. Thank you

*Matthew Tenenbaum*

Matthew Tenenbaum   2023-01-31   21:13:44

Here's the full list of current inbox notifications we send:
███████████████████████████████

Confidential

TIKTOK3047MDL-084-LARK-03148936

Matthew Tenenbaum    2023-02-01    00:38:40

> **Redacted - Attorney Client**

Matthew Tenenbaum    2023-02-01    00:41:29

> # Redacted - Attorney Client

Jordan Furlong    2023-02-01    06:56:45

> **Redacted - Attorney Client**

 *Matthew Tenenbaum*

Jordan Furlong    2023-02-01    06:57:04

> **Redacted - Attorney Client**

*Matthew Tenenbaum*    *Matthew Tenenbaum*

Matthew Tenenbaum    2023-02-01    11:52:45

> **Redacted - Attorney Client**

Matthew Tenenbaum    2023-02-01    11:52:58

> **Redacted - Attorney Client**

 *Jordan Furlong*

Confidential

Matthew Tenenbaum   2023-02-01   22:08:03

[消息已撤回，无法查看内容]

Matthew Tenenbaum   2023-02-01   22:08:12

[消息已撤回，无法查看内容]

Matthew Tenenbaum   2023-02-02   14:58:23

For default on daily screen time limit, I think it'd be good to also ask the experts about different days of the week.

Matthew Tenenbaum   2023-02-02   15:00:33

Since we've got day-by-day controls on the way, it would be good now to know if our default needs to apply uniformly or if we can put a shorter one for weekdays and a longer one for weekends.

Matthew Tenenbaum   2023-02-02   15:19:46

I just checked in FP and linking with a teen also automatically disables their daily screen time limit.

Matthew Tenenbaum   2023-02-02   15:21:53

Since we're going to enable it by default, I can write up a separate PRD or we can try to sneak retaining the teen's limit into the default work your doing.

Jordan Furlong   2023-02-02   16:14:47

Even if the setting hasn't been enabled?

Confidential                                         TIKTOK3047MDL-084-LARK-03148938

**Matthew Tenenbaum**  2023-02-02  16:18:11

Yeah is done automatically by the link. So if Teen User has a limit set to 60 min. They pair with Parent. Limit is reset to "Off".

**Jordan Furlong**  2023-02-02  16:20:24

Dangerous question, but do you know why lol

**Jordan Furlong**  2023-02-02  16:20:33

Or is it just a design flaw

**Matthew Tenenbaum**  2023-02-02  16:20:52

It's this one. It's ALWAYS this one [流泪]

🔵 Jordan Furlong

**Matthew Tenenbaum**  2023-02-02  16:21:26

Well actually it's a design flaw introduced by speedy development that didn't care about edge cases since urgency was more important than quality.

**Jordan Furlong**  2023-02-02  16:28:46

So weird to me when these things happen. We're held to such a higher standard

**Matthew Tenenbaum**  2023-02-02  16:33:58

Haha Family Pairing is where all good product design goes to die it seems.

Confidential

Matthew Tenenbaum   2023-02-02   16:34:24

It makes some sense though, it really hasn't been anyone's priority outside of urgent action in response to regulators.

Matthew Tenenbaum   2023-02-02   16:38:19

On a less depressing note, I caught up with ▮▮▮▮▮▮▮▮ last night and Search Safety has lept to support us in plugging the holes in FP's search restriction. I should hopefully have the PRD ready Monday morning for our review.

 Jordan Furlong

Matthew Tenenbaum   2023-02-02   16:38:49

They'll own the RD and Design so we're covered on resources.

Jordan Furlong   2023-02-02   16:48:59

Ah that's great!

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-084-LARK-03148936-TIKTOK3047MDL-084-LARK-03148940

**BEGATTACH:** TIKTOK3047MDL-084-LARK-03148936

**ENDATTACH:** TIKTOK3047MDL-084-LARK-03148940

**Attachment Count:** 0

**PRODVOL:** MDL-084

**Custodian:** TENENBAUM, MATTHEW

**File Path:** /TIKTOK3047MDL-084-LARK-03148936.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 1/31/2023 12:00 AM

**Last Modified Date:** 1/31/2023 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-084-LARK-03148936.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**<u>Subject:</u>**

**<u>THREADID:</u>**

**<u>REDACTIONS:</u>** Y

**<u>REDACTION TYPE:</u>** PRIV

