# AMENDED Exhibit 494

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Jordan Furlong和Matthew Tenenbaum的单聊**

Δ π EXHIBIT 22
TIKTOK-
Deponent TENENBAUM
Date 1/28/25 Rptr. AY
WWW.DEPOBOOK.COM

**Matthew Tenenbaum**   2022-11-22   03:09:09

To follow up with the next steps, this PRD was meant to provide enough context to bring in ████'s team. Any last changes/improvements before I share it with ████ so he can forward it over with a request for RD support?

**Jordan Furlong**   2022-11-22   03:46:39

By bring in you mean answer questions right? Id make the ask super clear and called out to the engineers. Right now it's a little unclear exactly what you need from them

 *Matthew Tenenbaum*

**Matthew Tenenbaum**   2022-11-22   16:15:16

<p>I've restructured the PRD and rewritten some sections to better break up Phases 1 and 2.</p> <p>Should bring more clarity to what I need RD support on in Phase 1, separating actual development work from brainstorming more clearly.</p><p>LMK your thoughts and if you feel it's ready to share with ████ </p> <p>████████████

**Matthew Tenenbaum**   2022-11-24   00:32:09

POST

# Title: State of Matthew 2022-11-23

**Text:**

Welcome to the Thanksgiving week edition of the State of Matthew!

Hope you have an amazing long weekend and eat lots of the foods that bring you the most join surrounded by people you love.

My current priorities:

BLOCKED

████████████████████████████

TIKTOK3047MDL-079-LARK-02280126

████████████████████████████████

- Soft block as RD has not had time to research deeply with colleagues about the targeting method approved in Tech Review

- Development was supposed to kick off S220829

- New targeting method in progress

IN-PROGRESS

- AMBER Alerts

- One Pager! ████████████████████████████

- Revising to bring into TnS Product Review next week

- ████████████████████████████████

- Reviewed in IMS product review

- Needs RD support for Phase 1

- Test environment configuration

- Targeting rules definition

- Leverage previous Upsell rules

- eg TikTok Now Upsell, Dangerous Challenges PSA

- User Education

- Have kicked off internal interviews to gather different viewpoints and initiatives already discussed

- Reviewed ████ previous work on
████████████████████████████████

- Began collecting additional backlog items

- Goal is to have completed backlog by end of Dec

- ████████████████████████████████

- Expected to be completed next week

- Coordinating QA/release plan this week

- Delayed release to after Thanksgiving

- ████████████████████████████████

- Ready for Tech Review

- Needs minor illustration adjustment

- ████████████████████████████████

- Ready for Tech Review

- Need to discuss EU flag for opt-in and best strategy for implementing this account flag.

Confidential

TIKTOK3047MDL-079-LARK-02280127

- A/B Test in Progress

- Initial results to be reviewed next week.

REVIEWING

- TT Now + Family Pairing

- Updated DM Settings in FP - ████████████████████████████████

- Webapp Family Pairing Settings

**Redated Attorney Client**

MONITORING

- FP Marketing Campaign

-
████████████████████████████████
-

On my Mind:

- User Education is a solution, not a problem area.

- What is the benefit I can offer as a TnS PM?

- While other teams are focused on growth, I can focus on safety

- In a large company, we can reduce the load by collaborating aggressively to improve the product.

- [Is user-education considered a security measure?]
(https://security.stackexchange.com/questions/165477/is-user-education-considered-a-security-measure)

- [User Education | Methods of User Education | Levels of User Education - Library & Information Manage]
(https://limbd.org/user-education-methods-of-user-education-levels-of-user-education/)

- https://uxdesign.cc/the-user-experience-of-apocalypse-c9614f6914cb

- https://uxdesign.cc/usability-heuristic-frameworks-which-one-is-right-for-you-1962387b7cc

 *Jordan Furlong*

Jordan Furlong   2022-11-29   19:09:04

Hey Matthew! Can you remind me of that new developer's name you mentioned?

Matthew Tenenbaum   2022-11-29   19:22:31

████████   is their name!

Confidential

TIKTOK3047MDL-079-LARK-02280128

**Matthew Tenenbaum**   2022-11-29   19:23:15

Rolls up into ███████████

**Jordan Furlong**   2022-11-29   19:23:23

Yup ok

**Jordan Furlong**   2022-11-29   19:23:56

I'm thinking I want to check in with the engineers first before sounding the alarm with management. Just want to make sure I have full context

 *Matthew Tenenbaum*

**Matthew Tenenbaum**   2022-11-29   19:26:18

I think ████████ is also a good person to speak with as he is pulled in a million directions across FP things and other tasks.

**Jordan Furlong**   2022-11-29   19:26:33

Right ya he's been the TL for my projects too

**Matthew Tenenbaum**   2022-11-30   21:47:54

POST

# Title: State of Matthew 2022-11-30

Text:

Welcome to this week's episode of the State of Matthew!

TIKTOK3047MDL-079-LARK-02280129

I hope you had a amazing Thanksgiving break and have smooth Fridays.

This time, I'm trying out something new with the Highlights section.

While I think the whole thing is worth reading, sometimes the good stuff can get buried.

If there's especially good or relevant news, I'll make sure to surface it at the top.

[惊喜] Highlights:

- A/B test results indicate expedited release of:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Quick work by RD's allowed this fix to move fast, should be releasing in the next week or so after I get a version to check ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[在做了] My current priorities:

BLOCKED

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ - Phase 1

- Phase 1 approved, but uncertainty around tech ownership has blocked progress

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Pending RD Assignment - No Manpower available since 8/1

- Potentially getting RD assignment due to new joiner

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Soft block as RD has not had time to research deeply with colleagues about the targeting method approved in Tech Review

- Development was supposed to kick off S220829

- New targeting method in progress

IN-PROGRESS

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ - Phase 2

- Second round of design review this week.

- User Education

- Interviewed ▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮ so far

- Scheduled more interviews for next week.

- Refining potential features in preparation for 2023 roadmap.

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- QA delay has pushed release slightly, coordinating for PM acceptance stage to expedite release.

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Ready for Tech Review

- Needs minor illustration adjustment

Confidential                                                    TIKTOK3047MDL-079-LARK-02280130

- Ready for Tech Review

- Need to discuss EU flag for opt-in and best strategy for implementing this account flag.

- ███████████████████████████

- Initial A/B test results show no impact on DAU, relieving Push team worries.

- Tentatively targeting release in 2 weeks!

[思考] On my Mind:

- [From "user education" to "product education" ████████████ (https://www ████████ com/from-user-education-to-product-education/)

- Focus on "teaching moments" to meet the user where they are with relevant information.

- Not just popups work as interventions, we can get creative.

- ███████████████████████████

- Speaking with the team from this Brazil win has really helped frame my perspective around small wins. There's plenty of bubbles we can target with experiments that only impact a tiny percent of DAU, allowing us to refine what interventions work and which don't

- "Leading Minors Off Platform" is a good example of this case, where IR will sweep away the trend but some people will return and keep posting. Small percent of DAU but the opportunity to test an intervention before scaling it up.

 Jordan Furlong

**Jordan Furlong   2022-11-30   22:35:02**

The user education mindset can encourage us to push our own goals on the user instead of focusing on theirs" this resonates a lot

[100] Matthew Tenenbaum

**Matthew Tenenbaum   2022-12-02   19:07:30**

I'll trade you a coffee for this one, but could you take a look at this announcement message before I blast it out in the MS XFN group? Haven't really been this publically loud before and figure a second pair of eyes would help [尬笑]

 Jordan Furlong

TIKTOK3047MDL-079-LARK-02280131

**Matthew Tenenbaum**  2022-12-02  19:08:01

Happy Friday everyone! I'm excited to announce that we launched a pretty critical fix to Family Pairing yesterday. Previously, any teen who linked or unlinked with their parent would have their privacy settings reset to default. This meant 16+ year old users who had set their accounts to private, disabled comments, or blocked downloads of their videos would suddenly have everything set public and open. As part of this fix, our amazing PnS collaborators also implemented a new structure for how a parent's changes to privacy settings will affect teens. When a parent makes changes to a setting, it will work work as an upper limit for their linked teens. Changing settings like who can comment, DM, or view linked videos will no longer automatically change the teen's setting to the less restrictive option but instead empower them to adjust to the level they find most comfortable. Excited for these improvements that help support the amazing marketing efforts currently actively promoting Family Pairing around the world.

**Jordan Furlong**  2022-12-02  19:27:37

POST

# Title:

**Text:**

Overall looks good! A few tweak ideas

- Add in and highlight any metrics/impact? Can include a doc link too for anyone who wants more context

- Not everyone will know PnS so consider clarifying that's engineering

- Looks like you decided against wanting to announce the RoW rollout of muting push notifications?

 Matthew Tenenbaum

**Matthew Tenenbaum**  2022-12-02  19:53:03

POST

# Title:

**Text:**

1. For metrics/impact were there any numbers that immediately came to mind? I struggled with it because our FP numbers are pretty tiny and there were constraints figuring out exactly how many users were impacted initially.

TIKTOK3047MDL-079-LARK-02280132

2. Make sense will make the change!

3. There was a very tiny increase in users opting out of push notifications so we're giving it a little more time so push feels good about it. Next Tuesday I'll have the release date set.

---

Jordan Furlong    2022-12-02    19:56:07

POST

# Title:

**Text:**

1. Not necessarily, overall just thought of that to make the impact more punchy

3. Maybe hold off on the announcement then to include both so it's more substantial?

---

Matthew Tenenbaum    2022-12-02    19:59:22

Got it! Maybe I just post this message in the IMS channel and I post the combined announcement in MS XFN next week?

*Jordan Furlong*

---

Matthew Tenenbaum    2022-12-05    20:25:46

Just as a heads up, I woke up today feeling a bit under the weather and tested positive for covid. Still feel mostly fine but I'll be skipping all the in person stuff until testing negative [雾霾]

---

Jordan Furlong    2022-12-05    20:27:19

Oh no! Sorry to hear that. Obviously feel free to take time off if you need

*Matthew Tenenbaum*

Confidential

TIKTOK3047MDL-079-LARK-02280133

Matthew Tenenbaum   2022-12-05   20:31:04

Luckily I've just got a bit of a sore throat and nothing more. But, if things start getting worse I'll definitely let you know.

 Jordan Furlong

Jordan Furlong   2022-12-05   20:47:30

Get well soon man! Remember we have that Covid specific sick policy so you don't need to use regular sick days

 Matthew Tenenbaum   Matthew Tenenbaum

Matthew Tenenbaum   2022-12-06   19:01:51

UG not touching L1 and L2 feels like an opportunity space. Leaning into churn prevention (as opposed to chasing growth) feels potentially like a helpful angle. Did you you get that sense as well?

Jordan Furlong   2022-12-06   19:03:13

Agreed it's an opportunity but it sounds like they are intentionally not working there for higher level reasons

Jordan Furlong   2022-12-06   19:03:32

Yes I got that sense too but tough thing there is how to attribute lower churn to what we build

Jordan Furlong   2022-12-06   19:03:42

I guess looking at churn rates for users of safety/wellbeing features?

Jordan Furlong   2022-12-06   19:04:20

TIKTOK3047MDL-079-LARK-02280134

*Matthew Tenenbaum*

Matthew Tenenbaum    2022-12-06    19:17:06

I think that's where I've been struggling a lot on this. Does trying to reduce churn or increase the LTV of users go against the goals of TnS? Part of me thinks yes but it's also so helpful if we can leverage it build things that are good for our users with less pushback and even demonstrate additional value to the business.

Matthew Tenenbaum    2022-12-06    19:23:09

I think it's this + looking at churn due to TnS focus areas like how many comment violations, interactions with content that later got removed, etc that users had before they dropped off. And leveraging those churn cases to be experiment groups for safety features or initiatives like User Education.

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-079-LARK-02280126-TIKTOK3047MDL-079-LARK-02280135

**BEGATTACH:** TIKTOK3047MDL-079-LARK-02280126

**ENDATTACH:** TIKTOK3047MDL-079-LARK-02280135

**Attachment Count:** 0

**PRODVOL:** MDL-079

**Custodian:** TENENBAUM, MATTHEW

**File Path:** /TIKTOK3047MDL-079-LARK-02280126.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 11/22/2022 12:00 AM

**Last Modified Date:** 11/22/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-079-LARK-02280126.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** PRIV

