# AMENDED Exhibit 495

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# [T&S] Screen Time Upsell for Minors

## Basic Info

### Partners // 合作方

*Please tag the POC you work with in this requirement, add roles if this template didn't cover, also add their comment on Sign off or not. // 请填写本需求的需求方或者密切合作方，可以根据需求添加或删除相应的角色，需要填写相关方的评估意见（是否 Sign off）*

| PRD status: | Under PRD writing/Finish T&S product review/ Under development/ AB test/Launched<br>Updated on 11.03, 2021 |
| --- | --- |
| Region： | Global/Regional |

| Team | [ HYPERLINK "https://www.teamgantt.com/blog/raci-chart-definition-tips-and-example" \h ] | POC | Comments |
| --- | --- | --- | --- |
| T&S PnP Feature | R<br>C | ███████<br>@Jordan Furlong | ☑S̶i̶g̶n̶-̶o̶f̶f̶?̶<br>☑S̶i̶g̶n̶-̶o̶f̶f̶?̶ |
| T&S Issue PnP | C | ███████ | ☑S̶i̶g̶n̶-̶o̶f̶f̶?̶ |



| | | | |
|---|---|---|---|
| Public policy | C | | ☑Sign-off? |
| | | | ☑Sign-off? |
| T&S Product Design | R | | ☑Sign-off? |
| Legal | C | | ☑Sign-off? |
| T&S UX Writer | R | | |
| | I | | ☑Sign-off? |
| | | | ☑Sign-off? |
| T&S Data Science | R | | ☑Sign-off? |



*Change Log*

| Date// 日期 | Description // 描述 |
|---|---|
| 1/24/22 | Create PRD |
| 1/26/22 | Design / UX Kick off |
| 2/22/22 | PRD Internal Safety Team Review |
| 3/3/22 | TnS Product Review |

*Relevant Links*

| | Links | POC |
|---|---|---|
| **Link to Meego** | | PM |

Highly Confidential (Competitor)



| **Ticket** | ████ | |
| **Link to Legal Ticket** | ████████████████ | Legal |
| **Link to Figma/Demo** | ████████████████ | Designer |
| **Link to Starling** | ████████████ | UX writer |
| | [ HYPERLINK ████████████ | |
| **Link to Event Tracking** | | DA |
| **Other Useful Links** | | PR, etc. |

*Projected Impact & Comprehensive Review //* 项目影响&是否参加 TikTok 综合评审

[ HYPERLINK ████████████████████████████████ ]

| | Region | DAU Percentage | Projection Confirmed by (Product Leader or DA) | Key Feature? | Comprehensive Review Date |
|---|---|---|---|---|---|
| Overall | All | .36% (2,499,382 - L1 and L2 users with more than 100 mins per day) | Yes - ████ | No | n/a |

Clients

████████████████████

TIKTOK3047MDL-111-LARK-05898271

## Priority // 优先级 -- P0

Specify the priority of this product requirement, which should be based on [
HYPERLINK ███████████████████████████████████
and aligned with your team lead. In addition, highlight & update the fitting criteria in
each category to justify the priority.

| Priority: P[0] | Extremely High | High | Medium | Low |
|---|---|---|---|---|
| User type | | ⊛ High risk user (eg minor)<br>⊛ High value user (eg, 10K+ creators, high value live hosts, Monetization user) | ⊛ Common user | ⊛ T&S internal user |
| Market type | | ⊛ Global market (at least 80% coverage of Country/Region/Language) | ⊛ Key markets | ⊛ Non-major market (excluding the Pilot rollout in global market) |
| Source of requirements | Related to P00 projects of main product | ⊛ T&S OKR bi-month projects<br>⊛ Main product P0 OKR | ⊛ T&S Feature bi-month major OKR | ⊛ Other requirements |
| Problems to deal with | ⊛ Market shutdown<br>⊛ Violation against laws and | ⊛ User personal life risk<br>⊛ Baseline safety strategy | ⊛ Potential legal risks<br>⊛ Major product iteration<br>⊛ Moderation | ⊛ UX optimization<br>⊛ Brand image improvement<br>⊛ Community sustainable |

Highly Confidential (Competitor)

| | regulations | modification | quality/efficiency improvement | development |
|---|---|---|---|---|
| | | ⁖ GR risk<br>⁖ Considerable negative revenue impact | ⁖ PR/Brand risk | |
| Expected returns | | ⁖ Positive impact on TnS core metrics (e.g. Badness, Overkill) | ⁖ Positive impact on LOB metrics or TnS metrics<br>⁖ AB testing with predicted Positive impact on TnS core metrics | ⁖ No clear or small quantifiable returns<br>⁖ AB testing with predicted Positive impact on LOB metrics or TnS metrics |

# Intro & Goal

## What are we building?

Adding in a screen time management upsell to teens when they are on the app for 100 minutes (default screen time management setting) in a single day. This will lead users directly to the screen time management tool so that they can quickly turn it on, however they have a clear option to dismiss the upsell.

Note that frequency controls are key to this experience, there is already an upsell to all users at the Take a Break Video screen, and the Screen Time Management Dashboard project includes a global inbox notification.

**Commented [1]:** [redacted] is this now 60 minutes or has it remained at 100?

**Commented [2]:** My understanding is currently its 60 minutes , but letme reconfirm with the RDs
[redacted] : [THANKS] 2024-03-28 00:31:39

## Why build it?

Our own survey research recently showed us that 59% of teens tell us that they need a screen time management tool, yet only 37% are aware that it exists. The **reported** usage of the tool is 15%, but in **reality** [ HYPERLINK [redacted]

[ HYPERLINK [redacted]

**Commented [3]:** Is this a research target on teens?
[THUMBSUP] 2022-02-23 09:53:56
[Yes] 2022-03-04 06:04:20

**Commented [4]:** It looks like the original link to the survey no longer works. Does the report still exist somewhere? It may also be useful to benchmark ourselves against other video or social network platforms. It may also useful to understand why they need screentime mgmt. For instance, do they think our content is not valuable outside of entertainment? If so, an alternative solution may be to provide more enriching content instead of screen time mgmt

Highly Confidential (Competitor)

 

59% need a screen time management tool    37% are aware that the tool exists on TikTok    15% reported usage    0.6% actual usage

Currently, this tool only exists behind a somewhat hidden series of menus. Our hypothesis is that by adding in a contextual "ad" (upsell) for the tool we'll be able to serve our exiting feature to users when they're most likely to need it, and see the benefits in increased usage, increased trust and safety perception, and improving the digital wellbeing of our users.

bulb

<u>Why is there a delta between survey data and metric data?</u>

> **Commented [5]:** Would it be useful to do another quick survey to users to better understand the discrepancies? (and some of the other questions I raised in the comment above)?

Three hypotheses:

* Users don't actually know about the STM feature, they use alternative methods to limit use

* Users don't see the value in the feature, opt to control their usage on their own terms

* Users think they want a feature, but in reality they really just want to relax on the app and STM feature off

We have an opportunity to strongly influence blocks one and two, but we should be aware that there are users in category three - so we shouldn't be *too* forceful

When we launched the safety series campaign in UK and Ireland, we saw a [ HYPERLINK ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to STM (UK +53%/ IE +132%). This shows us that once users learn about our features they're very likely to test them out - by bringing this advertising into the app we can create a more sustainable upsell.

## Quantitative Data - [ HYPERLINK
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Time spent data clearly shows that **minors spend 25% of time on the platform compared to adult (18+) users**, and that time spent **difference moves to 40% when looking at the 50th percentile of users.**

The below chart illustrates this stark difference in usage, and also highlights the extreme ends of this as we see in the 90th percentile of usage, minors spend 4 hours per day on the app.

Highly Confidential (Competitor)

## Average time spent - Age groups [Age Gate Data]

| Age level | Avg Daily Active Users | Avg Daily Accumulated Duration (minutes) | 50th percentile | 66th percentile | 75th percentile | 90th percentile |
|---|---|---|---|---|---|---|
| L1 (13-15) | 27,928,801 | 106.36 | 79.58 | 123.98 | 156.43 | 243.80 |
| L2 (16-17) | 41,622,675 | 106.78 | 81.25 | 124.17 | 155.63 | 241.10 |
| **L12 (13-17)** | **69,551,476** | **106.61** | **80.60** | **124.10** | **155.95** | **242.18** |
| L3 (18-24) | 205,994,552 | 96.12 | 69.00 | 109.17 | 139.50 | 224.17 |
| L4 (25-34) | 130,518,997 | 78.60 | 50.52 | 84.95 | 112.20 | 192.68 |
| L5 (35+) | 95,921,185 | 74.07 | 44.28 | 77.58 | 104.60 | 186.50 |
| *L345 (18+)* | *432,434,734* | *85.94* | *57.37* | *94.88* | *124.05* | *207.88* |

## Minor time spent - User groups [Age Gate Data]

| Daily Session Time (Minutes) | Avg active underage users / day | % total active underage users / day |
|---|---|---|
| (0, 40) | 21,604,254 | 31.1% |
| [40, 60) | 6,831,333 | 9.8% |
| [60, 80) | 6,164,989 | 8.9% |
| [80, 100) | 5,515,554 | 7.9% |

Highly Confidential (Competitor)

| [100, 120) | 4,867,482 | 7.0% |
| [120, 140) | 4,233,742 | 6.1% |
| [140, 160) | 3,634,236 | 5.2% |
| [160, 180) | 3,081,330 | 4.4% |
| [180, 200) | 2,583,829 | 3.7% |
| [200, 220) | 2,144,007 | 3.1% |
| [220, ) | 8,890,720 | 12.8% |

*User activity with STM turned on compared to non STM users [tbd tbd tbd]*

## Qualitative Feedback

We have learned from [ HYPERLINK ██████████████████████████████ that our users' biggest usage deterrent is that they think the platform is addictive

- According to a study of 1600 8-18 year olds, 8-12 year olds use almost 5 hours of entertainment screen media per day and teens use just over 7 hours per day, with 62% over 4 hours and 29% over 8 hours ([ HYPERLINK "https://www.commonsensemedia.org/sites/default/files/uploads/research/census_researchreport.pdf" \h ])

- Compulsive usage interferes with essential personal responsibilities like sufficient sleep, work/school responsibilities, and connecting with loved ones ([ HYPERLINK "https://europepmc.org/article/PMC/5380441" \h ])

## Why build for minors in particular?

exclamation

**Minor Safety Vision**: Be the best in the industry for a safe and enriching experience for minors (<18 users)

One of the key pillars for minor safety is to "improve minor digital wellbeing, tailor and upsell tools to minors & parents". This project directly aligns with our vision and top line goal, while having the added benefit of likely moving the needle on brand perception that we measure in our safety perception survey (secondary metric). [ HYPERLINK ████████████████████████

Highly Confidential (Competitor)

We need to develop solutions that are of best interest of a child as they merit specific protections in regards to their wellbeing. According to the Age appropriate design code[[ HYPERLINK ███████████████████████████████████████████████ platforms are required to protect and support the health and wellbeing of children.

Focus groups were conducted by GR and show strong support for this initiative

> "Teens associate spending more time on their screens than they intended with negative feelings (anger, frustration, disappointment, tiredness, boredom, guilt, anxiety)." To make sure we build towards the goal to give them enriching experiences, we need to apply special protections to them.

Note: This feature may be valuable for 18+ users with a secondary iteration, but we have a deep focus on minor wellbeing foremost. On top of that, we already do have tools to alert *all* users of our screen time management features, but adults have greater ability to naturally limit usage and more autonomy to consume media however they like.

## Current UI experience

### STM Settings Entry Point

This is the typical way a user will find screen time management settings - users won't see this unless they get one of the notifications described below, or explore settings and privacy tools.



### Existing notification "upsells" for screen time management

We have a few existing upsells for Screen Time Management - the primary one is the Take A Break video, which has a ~4% penetration rate. This will only show for users who spend either 60 or 80 consecutive minutes on the app (dependent of night time usage or day time), closing the app will reset the clock.

The inbox notification and push notification are one time sends that will correspond to the release of a new [ HYPERLINK ██████████████████████ \h ] in Mar-Apr bi month.

> **Commented [6]:** Hi@Jordan Furlongi know the 60 mins is for night users, and 80 mins is for day users, wondering what is the hour range for day user and what is the hour range for night users? thx
>
> **Commented [7]:** 10pm-8am = night

| Entry Point | [ HYPERLINK ████████████████████ | Screen Time Dashboard | Screen Time Dashboard Push |
| --- | --- | --- | --- |

Highly Confidential (Competitor)

| | Inbox Notif | Notif |
|---|---|---|
| **\h ] Entry Point (Old and New)** | | |
| UI  | | |
| **Trigger** Take a break video, shown every 60 or 80 minutes of **consecutive** use dependent on time of day (4% DAU) | One time launch of new screen time dashboard | One time launch of new screen time dashboard |
| **Audience** | All users | |

## What are our Success Metrics?

Overall we expect screen time management usage to increase. This will be reflected in raw data, and in the surveys that are sent out. A secondary metric will be perception of safety on TikTok, measured in a bimonthly report.

| Metric | | Expected Outcome | Why |
|---|---|---|---|
| **Primary** | STM usage | Increases | Directly up selling the tool should drive engagement and awareness |
| | STM traffic | Increases | |
| | STM awareness | Increases | |
| **Secondary** | Perception of safety | Increase | This [ HYPERLINK ████████ |

TIKTOK3047MDL-111-LARK-05898278

| | | | |
|---|---|---|---|
| y | survey | | ▮▮▮▮▮▮▮▮▮▮ measures two primary questions:<br><br>⊛     Is TikTok a Safe place for teens?<br><br>⊛     Does TikTok give me enough safety related tools to have a fun experience?<br><br>We believe that this tool will primarily impact the second question, with slight improvements to the first |
| Guar drail | MAU / DAU | Remains neutral | We don't expect this to impact more than 16M of our users based on the targeting method. These users are unlikely to stop using TikTok altogether, rather be more responsible |

# Requirement Detail

## Product Design

After a user hits 100 minutes on the app in a given day, they will be shown our screen time upsell on their next enter.

## Guiding Product Principles

white_check_mark

Guiding product principles were created in partnership with experts from our issue team ▮▮▮▮▮▮▮▮ and policy experts ▮▮▮▮▮▮▮▮▮▮

Highly Confidential (Competitor)

<u>Be a stop on the young person's journey of self discovery</u>

⁜    Young people are all on a journey to adulthood. How might we be a part of that journey instead of something that is fundamentally opposed to it?

<u>Be a guide, not a judge</u>

⁜    We don't want younger users to feel judged, after all we can't really measure the quality of time spent on TikTok based solely on the amount of time spent. But we can guide them to tools they might actually want to be using.

<u>Invite users to try something new</u>

⁜    Encourage users to try new things with digital wellbeing features and remind them that there isn't just one way to manage their time.

<u>Create a moment of reflection</u>

⁜    Find ways to create small moments of reflection that help users make decisions for themselves based on their individual needs.



## Design





❖    Note that user only needs to select a daily screen time limit if they press the "Daily time" selector

❖    Typical flow if user presses "Turn on" just requires the passcode, after which the duration is set

pushpin



## User Interaction & Design

| Scenarios | Design | Text |
|---|---|---|
| Once the user hits a certain amount of time on app (100 minutes) they'll receive this sheet on | | [Graph from STM dashboard]<br><br>Title: Find your screen time balance<br><br>Description: Try our daily screen time tool, so you can balance time on TikTok and exploring other things you |

Highly Confidential (Competitor)

their next
**session**

love.

Button:

❖ Daily time -> Directs user to daily screen time selector

❖ Turn On -> Directs user to password screen

User sets daily screen time

[User will not see this if they don't change the default time]




Existing screen time management screens

❖ Pressing "Set a time limit" brings user to the "select daily screen time" selector

Highly Confidential (Competitor)

| | |
|---|---|
| Users presses "Turn on"  | ◦ Pressing "Turn on" brings user to the "Set passcode" screen |
| Time limit now on  | Toast: Daily screen time is on. Go to Settings and privacy to manage your daily time. |

## Frequently asked questions

1. **How often will we show this?**

   a. Every 1 week that a user hits 100 minutes on the app in a single day (accumulate in the day, not based on a single session time) the user will see the upsell the next time they reopen the app

> **Commented [8]:** cc.␇
> [THUMBSUP] 2023-02-23 17:28:02
>
> **Commented [9]:** ███████

Highly Confidential (Competitor)

b. Graph below shows the effects of this. The green cells represent a day when the user will encounter the upsell, the grey highlights indicate the "cool off" period where they are not eligible for the upsell

c. **Why 100 minutes?**

  i.    Puts us right at the 60th percentile of time spent on the app for younger users

  ii.   Per day this means that roughly ~4M users will be eligible based on the rolling 7 day window

d. **Why 7 days?**

  i.    We don't want to overwhelm the user with too many notifications, some users might be totally okay with their habits and we need to respect that decision

2.    **What users are eligible?**

  a. Users between 13 - 17, based on age gate

3.    **Does this match advice from expert partners / how have we validated the experience?**

  a. Yes - This strongly adheres to our age appropriate design principles regarding impulse control and self-regulation. [ HYPERLINK



  b.   Matches expert guidance we received from "The Center for Humane Technology" [Recording of panel discussion [ HYPERLINK

   c. In line with our NGO partner SpunOut recommendations to teens

**Set yourself a time limit**

Once you know how long you're spending on certain apps and websites every day, think about how long you would like to spend on them. Set yourself a time limit, whether that's restricting the number of hours you spend online in a day, or only allowing yourself to use certain websites at certain times of the day. You can use apps to send reminders or to lock you out after you have used up all your time on restricted apps for that day or week.

This can be difficult, but if you stick with it, you will find it gets easier over time. Of course, if you need access to social media or other tools for work purposes, a time limit for the whole day might not work. In this case, try and think about how you use your phone outside of work, and address that instead.

4. **How do we know that these designs match teen expectations?**

   a. Noted in the survey mentioned in the beginning, the need for screen time management is expressed by 59% of teens. Further, we will be validating these designs with a subject matter expert from the NGO SpunOut -- https://spunout.ie/life/online-wellbeing/digital-detox

5. **How to interact with take a break?**

   a. Take a break videos will continue on their current schedule (being shown based on continuous usage

   b. This feature will show after a session is ended, and app is reopened. Meaning that it will not be on the same schedule as take a break

   c. The only instance a take a break video would show in the same session as the upsell is if the  user scrolls for an additional 60/80 minutes after seeing the upsell

6. **How does this interact with other screen time management upsells?**

   a. There should be at least 1 day of buffer between a notification [1 from the screen time dashboard that Jordan is building, 2 from the weekly notification] and this upsell

   b. This can be controlled by launch schedules (this will likely come after screen time management launch)

7. **Can users turn upsell this off?**

   a. With current designs no, we don't believe that this is intrusive enough to require a manual off switch. We want to cause a small amount of friction to users with this, allowing users to turn this off removes that

   b. [P1] Allow a ~3 month "snooze" period

8. **Will users be eligible for this immediately after joining TikTok?**

   a. Yes, they could in theory see this on their first day

9. **How do we measure a "day"?**

   a. Start at 12:01AM local time, ends at 11:59PM local time

   b. **Jesse to check on 4AM request**

10. **Will users be shown this upsell if they already have screen time management turned on?**

   a. No, this won't be available if any screen time management features are on (screen time notifications, session duration reminder, if timelock on through FP then no upsell)

Commented [10]:

TIKTOK3047MDL-111-LARK-05898285

11. **Do we need the passcode?**

   a. Yes - this is a key part of the screen time management friction

12. **Will this upsell show after after cold start and hard start?**

   a. Yes



Commented [11]: Added ▉ : [THUMBSUP] 2022-04-07 12:15:38 ▉ [THUMBSUP] 2022-04-07 12:15:57

## A/B Testing Setup

[ HYPERLINK ▉



| Group | Traffic Allocation | Key Hypothesis | Treatment (what's different) | Design |
|---|---|---|---|---|
| | | | | |

To start the experiment, you'll need to **send out an email to tiktok-product-update@tiktok.com**, please find the email [ HYPERLINK ▉

## Checklist

▉

## Appendix (Options Considered, etc)

**Brainstormed Ideas & Options Considered**

Link to References / Screenshot



## Considerations

- Product inspiration: Netflix

  - Are you still watching this?

  - This is a great example of contextual screen time management, it occurs right when the user is likely to need a break, or consider changing their habits

- Upsell design proposals

  - Create a mask layer video with a full screen experience that highlights screen time management

  - Potentially lean into notifications if a user

- Frequency control:

  - Dashboard and session reminder - things might become very spammy if launches all happen at once

  - Features shouldn't happen all at once

- Language considerations:

○ Language matters quite a bit for teens in particular - come from an angle that we care for the users with more human centered safety messaging

○ The language that we use is very important to perception. **Language** that **resonates w/ young people is very important**

○ Can we bring user centric wording / nudges to promote screen time?

○ Partnership with headspace recently went live for TAB

· Before: Directional and condescending... people made fun of it in comments / didn't take seriously --
https://www.tiktok.com/@tiktoktips/video/6781608404646464774



· Now (Headspace): It's much more supportive and warm, responses are m*uch\** more positive --
https://www.tiktok.com/@tiktoktips/video/6997542383869037829



Brainstorm ideas:

❀ Placement:

○ Obvious places:

· FYP

○ Opportunity spaces:

· Discovery, Profile (do you want to try this tool?)

❀ How to be warm:

○ Ask users if they want to try something out vs just turning it on

Highly Confidential (Competitor)

- · After using something for a bit people figure out that they like it
- · "Challenge" users to try it out - don't tell people that they're bad at STM
- · We can lean into the screen time dashboard features (i.e usage over time)

- ❖ Frequency

  - ◦ Don't show in the middle of a live

- ❖ Pie in the sky (Comms and Marketing):

  - ◦ IG announcements of features through stories

  - ◦ Can we announce on tiktok page (link up with Sofia)

  - ◦ CPO of coinbase is on twitter and links his new features there

  - ◦ Reach out to our high follower count users and see if they'd post some DW tools for us

- ❖ Leading by example

  - ◦ Can we add an indicator that they use a tool - maybe on their profile bio? Badge / Sticker

  - ◦ LinkedIn - Open for work, FB - profile banners

- ❖ Future enhancements

  - ◦ Attach this to onboarding flows, connect with Foster Xu

  - ◦ Explore segmenting the solution to reach a larger audience
    - · Age
    - · Minutes
    - · Frequency

- ❖ TODO:

  - ◦ What is the right frequency for the upsell? Do we have data?

**Competitors & Product Inspiration**

Instagram [Announcement notification, unclear what the trigger is for upsell]

Highly Confidential (Competitor)     TIKTOK3047MDL-111-LARK-05898289



Netflix [After two consecutive episodes]



**Future Work**

List follow-up features if there are any

# Feature representation and Data tracking after launch

Complete this section after development. This section is for sharing your feature results:

1.    **Visual representation**: Before the feature becomes available to any user, PM owner is responsible for sending a notification with screen recording or Screenshot to the Lark group **[TnS-PnP-Feature Syncup (no chat)]**.

Unable to copy while content loads

2.    **Usage data**: PM owner is responsible for sharing experiment results of the feature to the Lark group **[TnS-PnP-Feature Syncup (no chat)].**

Unable to copy while content loads

3.    If this is a Key feature on Comprehensive review, please follow[ HYPERLINK ██████████████████████████████████████████████] to share the info to the bigger group.

全文点赞列表

████████████████████

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-111-LARK-05898269-TIKTOK3047MDL-111-LARK-05898291

**BEGATTACH:** TIKTOK3047MDL-066-LARK-00942684

**ENDATTACH:** TIKTOK3047MDL-176-LARK-07561627

**Attachment Count:** 0

**PRODVOL:** MDL-111

**Custodian:** FU, YUYI; FURLONG, JORDAN; ZHU, ALEX

**File Path:** /DOXCNGHNAU9XNHMSS48YDYV2MEG.DOCX

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** 2E1ED73C6B84F41A86B6D1B855996EC2

**DocType:** URL LINK DOCUMENT

**Author:**

**Create Date:** 1/10/2022 12:00 AM

**Last Modified Date:** 1/10/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** DOXCNGHNAU9XNHMSS48YDYV2MEG.DOCX

**Title:** [T&S] SCREEN TIME UPSELL FOR MINORS

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

