# AMENDED Exhibit 497

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

T&S Product Review Meeting



System Message    2022-05-25  08:24:43

███████ invited ███ to this chat. New members can see all chat history.

System Message    2022-05-25  18:58:36

████████████ invited ██████████ to this chat. New members can see all chat history.

System Message    2022-05-26  03:24:29

███ invited ██████████████████ to this chat. New members can see all chat history.

Unknown    2022-05-27  01:55:06

> CARD
>
> ## Title: [该卡片没有标题]
>
> **Text:**
>
> Join T&S Product Review now and provide your feedbacks!

████    2022-05-27  01:56:08

T&S Product review today is cancelled, hope everyone has a productive T&S No Meeting Day[谢谢]

Confidential                                                                TIKTOK3047MDL-107-LARK-05472838

System Message  2022-05-30  06:18:18

███ invited ████ to this chat. New members can see all chat history.

System Message  2022-05-30  09:31:15

████████ joined the group via an invitation card shared by ████ New members can see all chat history.

████  2022-05-30  11:09:40

Team, we have 7 PRDs (3 Content Safety, 2 Account Safety, 1 LIVE Safety, 1 Search) for review in tomorrow 's session.████████████████████████████████████████████████ 3 P0 PRDs are listed below, which we will go through first for efficiency purposes:

████████████████████████████████

🖤 ███    🖤 ████

████  2022-05-30  11:16:59

Sorry, one more P0 PRD. Suggest to read & comment on the most related ones in advance.

████████████████████

🙏 ████

Unknown  2022-05-31  08:55:06

CARD

## Title: [该卡片没有标题]

**Text:**

Join T&S Product Review now and provide your feedbacks!

███████  2022-05-31  08:56:10

We will have the first 30 mins for reading & commenting as usual. Again we have a high number of 8 PRDs this time (due to session cancellations), please be selective if time is not sufficient to read all thoroughly. For efficiency, we will walk through the 4 P0 PRDs first with 15 min time limit for each. Pending comments/feedback will be aligned offline before we conclude the approval decision.

███████  2022-05-31  09:26:51

Starting in 3 min, welcome to join: ████████████████████████

███████  2022-05-31  14:42:30

Quick summary: Other than the 3 PRDs below, other PRDs were approved without further feedback. Feel free to refer to recording ([CN] ██████████████████████████████████████████ / [EN] ████████████████████████████████████ for details. ████████████████ PRD content conditionally approved, but additional PnP Leadership alignment needed ████████████████████████████████████ Approved. For additional context of AGS2.0, feel feel to refer to following recordings([AGS2.0 Kickoff Recording] ██████████████████████████████ [AGS2.0 Intro Recording] ██████████████████████████████) Follow up required for "human review holdoff" & "control group" for overall automoderation, not specific to this feature

███ ████  👍 ████████████

System Message  2022-05-31  15:44:12

████████ has left chat.

System Message  2022-05-31  20:48:27

**Jordan Furlong** invited ████████████ to this chat. New members can see all chat history.

Jordan Furlong  2022-05-31  20:51:53

Confidential

# Title: June 9th Launch: Screen Time Dashboard + Screen Time Breaks

**Text:**

Since I don't see a meeting scheduled for this Thursday eve, I wanted to async share our launch plans for next Thursday June 9th for the Screen Time Dashboard and Screen Time Breaks (Session Duration Reminder) features. A few important points:

1. The launch will include an Inbox notification sent to all users to let them know they can now access these features within the Digital Wellbeing menu in settings

2. Given the number of users we have on the platform, it will take 2-3 days for all users to receive this notification

3. Roughly ██ of users will not see this functionality given we are running a hold out test. We expect to fully roll out the functionality by end of July

AB test conclusion: ████████████████████████████████

☑ Expectations Met

- Slight drop in stay duration ███████ as we expected, but no impact to other core metrics (retention, publish, active days). This aligns with guidance (1) keep stay duration impact within a reasonable threshold (2) no impact to retention. This drop in stay duration is correlated with L3 users and medium to heavy users of the platform, which are target user groups for us

- An explanation for no correlation with L1+2 is that minors do not have executive mental function to control their screen time, while young adults do (this is supported by our partners at Stanford Brainstorm). Also, ████████████████████████ ████████████████████ should drive more adoption for L1+2

- Increases in our two primary success metrics

- Awareness: 12x increase in Digital Wellbeing UV, which exceeds our initial target of ████

- Adoption: The total adoption rate of the screen time management features in the experiment group is ██████ (unique users), which is 3.9X the control group adoption rate ████ This far exceeds our initial target of +25%

🕯 *Julie de Bailliencourt*   🖤 ████████████   😵 ████   🐝 ████████████████   👍 ████████

🕯 ████████████████████████

---

System Message   2022-06-01   01:47:56

████ invited ████████████████ to this chat. New members can see all chat history.

---

Confidential     TIKTOK3047MDL-107-LARK-05472841

System Message    2022-06-01  17:01:55

███████ invited ████████████ to this chat. New members can see all chat history.

System Message    2022-06-02  09:46:09

█████ invited ████████ to this chat. New members can see all chat history.

System Message    2022-06-02  17:31:15

████████ joined the group via an invitation card shared by **Reagan Maher**. New members can see all chat history.

System Message    2022-06-02  20:12:11

████████ joined the group via an invitation card shared by **Reagan Maher**. New members can see all chat history.

Unknown    2022-06-03  01:55:10

CARD

## Title: [该卡片没有标题]

Text:

Join T&S Product Review now and provide your feedbacks!

System Message    2022-06-06  17:48:43

███████ invited ████████ to this chat. New members can see all chat history.

System Message    2022-06-06  17:49:19

Confidential

TIKTOK3047MDL-107-LARK-05472842

█████ invited ████████ to this chat. New members can see all chat history.

System Message   2022-06-07   10:09:08

████ invited ██████████████ to this chat. New members can see all chat history.

System Message   2022-06-08   08:28:53

████ invited ████ to this chat. New members can see all chat history.

System Message   2022-06-09   08:52:29

████ invited ██ to this chat. New members can see all chat history.

████   2022-06-09   11:44:59

████████████████████ 7 PRDs for review tomorrow, 3 P0 PRDs are ████████████████████████ ██████████████████████████ 4 P1 PRDs (1 Hashtag Content, 2 Search, 1 User safety tool)

👍 ██████████████████

System Message   2022-06-09   14:43:18

████████ invited ██████████ to this chat. New members can see all chat history.

System Message   2022-06-10   01:50:49

████████ invited ████████████ to this chat. New members can see all chat history.

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-107-LARK-05472838-TIKTOK3047MDL-107-LARK-05472843

**BEGATTACH:** TIKTOK3047MDL-107-LARK-05472838

**ENDATTACH:** TIKTOK3047MDL-107-LARK-05472843

**Attachment Count:** 0

**PRODVOL:** MDL-107

**Custodian:** ███████████████ HAN, ERIC; MAHER, REAGAN; POBER, REBECCA; ██████████

**File Path:** /TIKTOK3047MDL-107-LARK-05472838.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** CA9D89D41F6B1EE3DAE1496F5453EBF8

**DocType:** LARK RENDERING

**Author:**

**Create Date:** 5/25/2022 12:00 AM

**Last Modified Date:** 5/25/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-107-LARK-05472838.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

