**AMENDED Exhibit 499**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# [T&S] Take a Break Video Friction Enhancement

- **Please make all docs viewable to necessary reviewers:**
  - Try to avoid "Everyone get link can read"
  - Open permission by default for product review meeting group and syncup group: "T&S Product Review Meeting" and "TnS-PnP-Feature Syncup (no chat) "
  - Others need apply permission

## Basic Info

*Partners*

| PRD status | Under PRD writing/Finish T&S product review/ Under development/ AB test /Launched |
| --- | --- |
| Region | Global |

| Team | POC | Comments |
| --- | --- | --- |
| PM | @Jordan Furlong | |
| Prod Ops | ██████████ | |
| UX Design | | |
| UX Writing | | |
| Data | ██████ | |
| Eng | ██████ (Server) | |
| | ██████ (Android) | |
| | ████ (iOS) | |
| Policy | ██████ EU | |



**TikTok-Furlong**

**92**

4/12/2025 - MOP

Highly Confidential (Competitor)

█████████████
NA

| Comms | ████████████ EU |
| | ████████████ JS |
| Marketing | ████████████ |

*Change Log*

| Date// 日期 | Description // 描述 | 修改人 // by |
| --- | --- | --- |
| | | |

*Relevant Links*

| | Links | POC |
| --- | --- | --- |
| **Link to Meego Ticket** | [ HYPERLINK ████████████████ | PM |
| **Link to Legal Ticket** | [ HYPERLINK ████████████████ | Legal |
| **Link to Figma/Demo** | [ HYPERLINK ████████████████ | Designer |
| **Link to Starling** | | UX writer |
| **Link to Event Tracking** | [ HYPERLINK ████████████████ | DA |



Commented [1]: ████████████ to do
████████ : [THUMBSUP] 2022-04-15 04:53:53

*Projected Impact & Comprehensive Review // 项目影响&是否参加 TikTok 综合评审*

[ HYPERLINK ████████████████████████████████████

| Region | DAU Percentage | Projection | Key | Comprehen |
| --- | --- | --- | --- | --- |

Highly Confidential (Competitor)

| | | **Confirmed** by (Product Leader or DA) | **Feature?** | sive **Review Date** |
|---|---|---|---|---|
| All | ~4% (TAB video DAU) | Confirmed by ███ ███ | No | N/A |

*Clients*

████████████████████

*Priority // 优先级*

| Priority: P[1] | Extremely High | High | Medium | Low |
|---|---|---|---|---|
| User type | | ⁕ High risk user (eg minor) | ⁕ Common user | |
| Market type | | | ⁕ Key markets | |
| Source of requirements | | | ⁕ T&S Feature bi-month major OKR | |
| Problems to deal with | | ⁕ GR risk | ⁕ Potential legal risks<br>⁕ Major product iteration<br>⁕ Moderation quality/efficiency improvement<br>⁕ PR/Brand risk | ⁕ UX optimazation<br>⁕ Brand image improvement<br>⁕ Community sustainable development |
| Expected returns | | ⁕ Positive impact on TnS core metrics (e.g. Badness, | ⁕ Positive impact on LOB metrics or TnS | ⁕ No clear or small quantifiable returns |

Highly Confidential (Competitor)

| | | |
|---|---|---|
| Overkill) | metrics | ❖ AB testing with predicted Positive impact on LOB metrics or TnS metrics |
| | ❖ AB testing with predicted Positive impact on TnS core metrics | |

# Intro & Goal

## What are we building?

This is an enhancement to the current Take a Break video feature that more explicitly encourages users to take a break by prompting them with a CTA to close the app.

Background on the Take a Break videos feature

Take a Break videos are currently shown to users after 80 consecutive minutes of usage during the day or 60 consecutive minutes of usage at night. In total, there are currently roughly 80 take a break videos live across [ HYPERLINK ███████████████████████████████████ For reference, here are the current live TAB videos in the US:

❖ [ HYPERLINK "https://www.tiktok.com/@tiktoktips/video/6997547210585984261" \h ]

❖ [ HYPERLINK "https://www.tiktok.com/@tiktoktips/video/6997542159805172997" \h ]

❖ [ HYPERLINK "https://www.tiktok.com/@tiktoktips/video/6997542383869037829?is_copy_url=1&is_from_webapp=v1&lang=en" \h ]

## Why build it?

**Problem Statement:** The current Take a Break video feature has very low friction involved with it, allowing users to easily skip past it and not be mindful of their time spent on TikTok. Not being aware and mindful of time spent on TikTok reduces user agency and can lead to people spending more time on the platform than they intend to.

❖ 91% of users watch less than 5 seconds of the TAB videos, so most people are not actually taking a break and reflecting on their screen time

**Commented [2]:** Why below is problem? How to define the "Effective"? How do we know these 4% user NEED to take a break or they don't NEED to? My concern is TAB is a Large impact ~4% DAU, so we should be cautious to design strong intervention until we find the right user group who need STM or TAB.

**Commented [3]:** ███████ To me, "effective" for this feature means that people take a minute to be mindful of their usage --> close the app, or continue watching. I re-phrased it to focus more on it being a low friction feature. We're not saying that everyone needs to take a break (which is why they can continue scrolling), but just that it's appropriate to have more of a pause to think about whether they really want to continue scrolling. The hypothesis is that more people actually want to take a break but the feature currently doesn't support that behavior very well

TIKTOK3047MDL-002-00091549

▪ Only 2% of users watch the complete take a break video

▪ Only [ HYPERLINK ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ]
of users close TikTok within 5 minutes of watching a TAB video and 55% of people stay on
for longer than 45 minutes after seeing a TAB video. This makes the total session 125/105
mins (~2hrs+ per session), indicating a stronger intervention is needed

*Source:* [ HYPERLINK ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Aside from the data above, this problem can be observed in the UX, where a user can
bypass the TAB videos by simply continuing to scxx1roll. Our users are aware of this and we
can even see comments mocking the feature's ineffectiveness:



### Opportunities

▪ Actually help people pause and be mindful of their screen time in our screen time
management channel with the broadest reach (24m/4% DAU). This is the clearest low
hanging fruit to enhance our existing screen time management offering to help people
manage their screen time

▪ Strong demonstration to regulators that we are serious about digital wellbeing
through a proactive/hard coded offering, rather than opt-in tools

## What are our Success Metrics?





Commented [4] ▮▮▮▮▮▮▮▮ 1 completed, curious if you
have any feedback

Highly Confidential (Competitor)

| Type | Goal | Metric | Expected Behavior |
|---|---|---|---|
| Success | Users close the app after seeing a Take a Break video | % of users who close the app within 5 minutes after seeing a TAB video | Increase |
| Guardrail | Observe potential trade-offs and impacts | StayDuration/U | No effect |
| | | Last 30-day ActiveDays/U | No effect |
| | | Publish/U | No effect |
| | | Average session duration from 10pm-6am | Small decrease |
| | | App uninstall rate | No effect |

**Commented [5]:** decrease?

**Commented [6]:** ▮▮▮▮▮▮ Hard to say... It should definitely effect session duration, but unsure about total stayduration

**Commented [7]:** Or we should observe those user who is easier addicted to Tiktok ?

**Commented [8]:** Break down effects by the different usage cohorts

# Requirement Detail

▮▮▮ feedback

- Who needs digital wellbeing features

    - + How do they need them?

- Philosophy on experimentation = we are open to testing when we are pretty confident and depends on product maturity

- Main concerns = generic, heavy handed, more solution options to evaluate

- Douyin defined a Tiredness group with a configurable threshold

    - Target = different threshold for different age groups

- Lufan offered to go through Douyin doc with data analyst

- Keep in mind the total cost to develop a feature

# User Interaction & Design

[ HYPERLINK ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

## Design Brief

Strongly encourage users to take a break from TikTok with the Take a Break video feature by enhancing the format in which the videos are played or giving users a clear stopping point with acknowledgement to the length of which they have been scrolling

DESIGN GOALS

Take a Break videos are not effective enough as a screen time management intervention because users can bypass them simply by continuing to scroll. We can see many comments mocking the feature and not taking it seriously because of this.

| Scenarios | Interactions | Online version | Expected design | UX Writing |
|---|---|---|---|---|
| User sees a Take a Break video<br><br>1. Has been on TikTok for 80 uninterrupted minutes during the day<br>**or**<br>2. 60 uninterrupted minutes at night | ◦ If the user attempts to scroll away from the TAB video before it has finished, a different half sheet will appear asking them if they want to take a break<br><br>◦ If the user watches the entire TAB video, a half sheet will appear at the end of the video asking them if they want to take a longer break—away | <br><br>After Screen Time Dashboard ships:<br><br> | Partial watch / full watch<br><br><br><br>Want a longer break?<br><br>Take this moment to reset your mind by closing the app.<br><br>Return to feed<br><br>Close app | *Content notes:*<br><br>*We're framing this half sheet as a "longer break" because, for some users, watching the entire TAB video is a suitable enough "break" for them. Here, we're prompting them to take a longer break (away from the app), if they feel like they need it.* |

Commented [9]: Are these 2 scenarios different wording needed since I guess Most user(Data X) watched these TAB videos more than once and they already familiar these videos?

Commented [10]: I'll let <at t████████ nd to this

Commented [11]: █████@Jordan FurlongThe different half sheets respond to where the user is, in that given moment. For example: - The "Want a longer break?" half sheet is for users who watch the entire TAB video. For some users, this is enough of a break. For others, they may want a longer break. This half sheet provides that "entry point", gently prompting them to take a break—away from the app. - The "Time for a break?" half sheet is for users who attempt to scroll away from the TAB video, indicating that they're not interested in the video. For this scenario, we want to gently prompt the user to consider taking a break and to "enjoy a different view" (whatever that means to them). This half sheet provides an entry point to close the app and reconsider taking a break. The content on these half sheets is intentional and respond to different scenarios and different user mindsets.

Highly Confidential (Competitor)

from the app

* The user can either dismiss the half sheet or close the app for a break

  ○ Tapping outside the half sheet or swiping it down dismisses it

*We're framing this half sheet as "Time for a break?" to gently suggest to the user that it might be a good time to take a break. Since they've attempted to scroll away from the TAB video, this half sheet framing provides one last friction opportunity for them to reconsider taking a break.*

*The content on this half sheet is different from the "longer break" half sheet because the user behavior is different. Here, we're asking them to close the app to "enjoy a different view" (considering they **didn't** take the time to watch the TAB video).*

*In the "longer break" half sheet, we simply say "Take this moment to reset your mind by closing the app" because, technically, the user already taken a break by watching the entire TAB video.*

*The distinction in the content is important as it reflects the user's feelings and behavior in each*

Highly Confidential (Competitor)

TIKTOK3047MDL-002-00091553

*given moment.*

User sees the next video

User taps on the "Close app" button on **either** half sheet

* If the user has the app closed for at least 5 minutes and at most 24 hours, an encouraging modal will appear over their For You feed upon opening the app again

    ○ This modal replaces the existing Screen Time entry point that is shown on the Take a Break videos. This is so that we focus on the primary

After Screen Time Dashboard ships:









A break goes a long way. Manage your future screen time on TikTok, or go to your feed for more videos.

Manage screen time

Go to feed

**Commented [12]:** Extend/remove this?

**Commented [13]:** Not sure I understand this, it means: Time 1. User open App. Time 2. User open app. If Time 2-Time 1 = 5mins~24hours, then we pop up? What is the data rationale?

**Commented [14]:** Time 1 = user close app Time 2 = user open app If Time 2 - Time 1 = 5mins~24hours, then we pop up  Our rationale was that we wanted to show this after someone had taken a meaningfully long break. Maybe we can increase the minimum to 10 or 15 minutes, but we thought 24 hours was a good maximum so that people understand why they are being shown this  Did you have an idea for how we could use data rationale?

**Commented [15]:** 1. Why we replace sth under AB test directly? 2. Seems like the Product goal changed from "Screen Time management" to "Close the App", why? 3. Seems like this design has nothing related to TAB if the trigger is 1. Why?

**Commented [16]:** 1. Because we think this is a better approach. We can still measure the impact in the AB test and see which is better based on the clickthrough rate into Screen Time settings. It's just a test 2. The goal still is screen time management, but isn't the whole purpose of the TAB video feature to get people to take a break from the app? The hypothesis is that more people want to take a break than currently are. We can see if this is true if more people close the app with this enhancement 3. This is so that we focus on the primary CTA of closing the app, rather than directing someone to settings. Like I said for 1, this is just a test to improve clickthrough rate into Screen Time settings, so we can keep the status quo if the data supports it.

Highly Confidential (Competitor)

CTA of closing the app, rather than directing someone to settings

* The user can tap on "Manage screen time", which takes them to the "Screen time" section of Settings

* Otherwise, the user can simply tap on "Go to feed" to start watching videos

* We will only surface this modal to users who:

  ○ Have not configured Daily screen time, Screen time breaks, or

     TIKTOK3047MDL-002-00091555

Weekly screen time updates

○ Aren't being shown the screen time upsell [ HYPERLINK "https://



## A/B Testing Setup

Details: [ HYPERLINK ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Commented [17]:** ▮▮▮▮▮ This is ready for you to fill in when you are ready. Left some notes for your consideration

| Group | Traffic Allocation | Key Hypothesis | Treatment (what's different) | Design |
|---|---|---|---|---|
| v1 (Control) | 50% of US users | | TAB video UX does not change at all | |
| v2 | 50% of US users | Increase % of users who close the app within 5 minutes of viewing a TAB | | |

Highly Confidential (Competitor)

video

To start the experiment, you'll need to **send out an email to tiktok-product-update@tiktok.com** , please find the email [ HYPERLINK

██████████████████████████████████████

# Checklist

Please fill in column B, C, and F if applicable.

███████████████████████████

# Appendix (Options Considered, etc)

**Brainstormed Ideas & Options Considered**

| Solution (sorted by friction level) | Pros | Cons |
| --- | --- | --- |
| Require a minimum watch time (5-10 seconds? Whole video?) | Heavy handed, a strong stance | Contradicts agency/choice, could be frustrating |
| Input a passcode to continue | Higher friction than 2 & 3 | May be frustrating |
| "Load more videos" button to continue - e.g. Snap does this with stories to enforce intentional views | Promotes intentionality | Still easy to bypass |
| Close app button on TAB video | Closing the app is what we are optimizing for | Easy to bypass |

**Product Inspiration**

* Douyin has 8 different kinds of STM interventions. This doc lists them out, sorted by level of friction [ HYPERLINK ███████████████████ \h ]

- Time management tools: dashboard, controls

- Reminder video = Take a Break

Highly Confidential (Competitor)

- Toast reminder

- Mask reminder - clickthrough

- Mask reminder - mandatory 15 min break

- Mask reminder - can't open until next day 6am (only

**Future Work**

List follow-up features if there is any

# Feature representation and Data tracking after launch

Complete this section after development. This section is for sharing your feature results:

1.    **Visual representation**: Before the feature becomes available to any user, PM owner is responsible for sending a notification with screen recording or Screenshot to the Lark group **[TnS-PnP-Feature Syncup (no chat)]**.

2.    **Usage data**: PM owner is responsible for sharing experiment results of the feature to the Lark group **[TnS-PnP-Feature Syncup (no chat)].**

3.    If this is a Key feature on Comprehensive review, please follow[ HYPERLINK ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ to share the info to the bigger group.

Highly Confidential (Competitor)

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-002-00091546-TIKTOK3047MDL-002-00091558

**BEGATTACH:** TIKTOK3047MDL-002-00091546

**ENDATTACH:** TIKTOK3047MDL-002-00091558

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-002

**Custodian:** JORDAN FURLONG

**File Path:** /

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** 45A78CD4E45B3FBB120C8860A35DCB96

**DocType:** E-DOC

**Author:** JORDAN FURLONG

**Create Date:** 1/24/2022 3:08 PM

**Last Modified Date:** 5/12/2022 7:05 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** [T&S] TAKE A BREAK VIDEO FRICTION ENHANCEMENT-DOCCNDTWG3KGTJQCC08BLPVBNHB.DOCX

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

