# AMENDED Exhibit 501

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Listening Project [Wave 2] Wellbeing and Agency - Screentime management ideas

## Background to Listening Project

In January 2021 EU Public Policy commissioned child online safety NGO Internet Matters to conduct  a listening project with teens and parents. From Jan-June 2021 [wave 1] the project focused on age assurance, and teens' views on what support and advice they want from parents and caregivers. The information and feedback we received has informed our age assurance strategy including our plans for processing underage appeals. The feedback also resulted in the launch of [ HYPERLINK "https://www.tiktok.com/safety/en-us/guardians-guide/" \h ]' in our Guardian's Guide and on platform within family pairing.

Wave 2 of the Listening project runs from July- December 2021. It explores how in control young people feel when it comes to their use of TikTok, and to better understand the link between perceived control and wellbeing. The project runs across five countries in Europe (UK, Ireland, Italy, Germany and France). Research is carried out in two parts: 25 focus groups with teens (five in each country) and and a five day online community with 100 families (20 in each country) consisting of one parent and one child. For further background, please see here[ HYPERLINK ▇

## Focus group feedback

### Focus group reports

We have now completed the 25 focus groups with teens. In each focus group we explored the role of agency in enhancing young people's wellbeing.  Specifically, we explored whether offering enhanced and more innovative screentime management tools could have a positive impact on how they feel about spending time on TikTok. Teens in each market came up with ideas for fun, helpful screentime tools.

More detail can be found in the individual country reports:

1.    [ HYPERLINK ▇
2.    [ HYPERLINK ▇

---

**Commented [1]:** You might consider adding a brief section at top of this doc "Purpose of the doc" - something along the lines of to provide insight to the product team around what teens want with regards to how we build our product ... Something better written than that ...

**Commented [2]:** Might be helpful to briefly add the scope of the study? How many interviewees, etc.
▇ [THUMBSUP] 2021-09-10 01:13:43

**Commented [3]:** Sure! The scope is the same for wave 1 and wave 2, but will add in the scope here.

**Commented [4]:** Tash - let's remove the references to wave 1 and 2.
▇ [THUMBSUP] 2021-09-10 01:20:10

**Commented [5]:** Has there been any consideration of doing something similar in other regions?

**Commented [6]:** I listened in on a focus group and I found the questions to be really inspiring and helped peak my curiosity in the answers. I'm wondering if it migth make sense to list the 3 big questions (as a tactic to inspire the curiosity and interest of the product folks who read this)
▇ [THUMBSUP] 2021-09-10 01:18:20

TIKTOK3047MDL-006-00326134

3.    [ HYPERLINK " ██████████████████████████████

4.    [ HYPERLINK " ████████████████████████████████

5.    [ HYPERLINK " ██████████████████████████████

**Working with Product**

We have listed ideas from the teens below, and we want to work and collaborate with Product to make our screentime tools the most innovative, valued and celebrated of any platform. Please note that we have synthesised and grouped solutions, for more detail please review the individual country reports.

# Screentime management ideas

## Time-related management

* **Time indicator:** Sits in the corner of the screen to keep users aware of how long they've been scrolling and to help prevent them from losing track of time.

* **Counter of clips:** A counter could pop up after a certain amount of time or number of clips viewed, or be a permanent feature, to keep you aware of time spent on the app. Suggestions were for 30, 45 and 60 minutes or every 50 clips.

* **A timer or alarm** to limit time on TikTok – similar to how some are using their phone's timer/alarm but integrated into the TikTok app. Teens envisage setting a limit at the start of a session and want the option of how long – a range of 5 mins to 5 hours was quoted.

* **TikTok- specific screen-time reports** (as opposed to the more generalist ones they receive now) showing data and graphs of use over time.

* **A pre-set daily limit on the app** (30 mins, or 1 or 2 hours), **with the inability to reopen the app for a certain amount of time:**

    o The screen turns black until the next day

    o Or it makes you watch the same video continuously

    o Or a sound starts when the time is over and does not stop until you close the app

    o This option of a pre-limited amount of time should be flexible depending on the period of the year

* **Downtime on notifications** The 'no notifications' element is important, as this can be a big distraction, drawing teens to their phones. Teens told us that they would expect to use this on the same occasions as for the time limit idea but could involve more advance planning for commitments with consistent timings e.g. morning schedule, bedtime. It could be useful to save settings from previous days / weeks.

**Commented [7]:** Are these listed in any particular order? Maybe prioritize based on what you recommend tackling first? Also, I've noticed that "fewer, better" approach to naming ideas gains more traction in this org. vs. a longer list of options that require a lot of cognition to ingest... something to consider
Jordan Furlong : [JIAYI] 2021-09-10 01:11:46

**Commented [8]:** Agreed, knowing your suggested P0/1/2 prioritization would be really helpful

**Commented [9]:** Would this mean on the core video-watching screen?

**Commented [10]:** This one is particularly interesting to me - creates a sense of clear-eyed decision making at the start of a TikTok session - I've noticed a lot of tiktok use happens with our "fast thinking brains" and not the "slow thinking part of our brains" - agency is all about creating brace for the slow, more deliberate and thoughtful parts of our brain

**Commented [11]:** This is on our roadmap!

**Commented [12]:** Would love to share some initial ideas I have for this feature since I'm trying to get it built this bimonth

**Commented [13]:** So a more strict version of our current Screen Time Management feature?
████████████ [PARTY] 2021-09-10 01:18:53

**Commented [14]:** So this could be downtime for the whole app or downtime on notifications. Can we split this out?
████████████ : [THUMBSUP] 2021-09-10 01:09:18

**Commented [15]:** I have this on our roadmap as "Quiet Mode" with the intention to not distract people during important parts of their day like sleeping, school, work, etc. I haven't spent enough time thinking about what we'd need to do aside from muting notifications

**Commented [16]:** @Jordan Furlongone thing that came up was those who make videos don't want to be locked out of our recording editing tools. This makes sense to me - creating content is very different to consuming it.

Highly Confidential (Competitor)

- **Countdown, warning or ability to snooze/ A warning, 5 or 10 minutes before the limit is up.** Rather than a clean cut-off, so they can finish what they're watching and more happily transition into the next task. Some want the ability to ignore the setting – but recognise this should require a conscious decision perhaps requiring approval or a password to continue.

- **'Take a break' alarm clock [using celebrity creators]:** There is interest in this idea, except for three older boys who are less interested in personalities, preferring instead a simple alarm or shutdown. For others, the idea of having Harry Styles, Taylor Swift or others encouraging you to take a break was highly motivating. There was no interest in paying for content.

> **Commented [17]:** This relates specifically to the idea of celebrity videos not the wider alarm clock idea.
> ▇▇▇▇▇: [JIAYI] 2021-09-10 01:15:54

### Limits

- **Different limits for different times of the day:** Allowing users to plan and set different limits for different dayparts (e.g. 30 minutes before leaving the house at 8am, 1 hour before dinner), and across different days (more on weekends than weekdays or less before exams).

> **Commented [18]:** How's this different than our current TAB videos? Is it just using different video content?
>
> **Commented [19]:** This feels arduous in terms of a "customer" experience - creates a ton of agency but the cost is high in terms of making all these decisions for different times of day
>
> **Commented [20]:** ▇▇▇▇▇▇▇▇▇▇ was thinking we could build preset options that could make configuring this a lot faster
>
> **Commented [21]:** e.g. You can select "student", "9-5", etc. And your schedule is set accordingly

- **Limit on number videos watched:** stopping the app after a certain number of videos (not time) could be a potential alternative - less frustrating; raises awareness of the number of videos that have been watched.

- **Inconvenience:** To avoid the option of simply ignoring it when a limit is reached, about half of the teens suggest making it more inconvenient to continue, e.g. shutting off the app and forcing the user to restart, possibly even adding a code or extra procedure to re-start. However, they also point out that it might lead to frustration and quickly getting rid of the limit. Making sure that videos are not stopped in the middle and adding a warning can reduce potential frustration.

> **Commented [22]:** This touches on the core issue - human nature. There's this fundemental tension between how much humans delight in convenience and "agency" / free will - let's discuss. It's a tricky balance to serve both our human needs for conveneine and our passion for agency. I think a lot of these products can be evaluated on those two dimensions - goal would be to hit a sweet spot / balance of the two values.
> Jordan Furlong : [THUMBSUP] 2021-09-10 01:19:12

### Education or warnings

- **Ads or push messages:** Encouraging users to take a break after a certain amount of time / number of scrolls. Making these 'must view' clips rather than something they can skip over could mean better impact.

- **TikTok messages to encourage breaks, alternative activities and communicating the benefits of this to a person's wellbeing:** Suggestions included: encouraging exercise and fresh air, TikTokers helping with studies, communicating the importance of sleep, alternative things to do when you're bored, 'make sure to do your work!' or 'you've missed half an hour of study!'.

- **A 'negative nudge'** Effectively encouraging you off the app with content that is unengaging (sending you uninteresting videos once the time limit is reached)

> **Commented [23]:** I'm imagining having a lot of fun making intentionally very boring videos
> ▇▇▇▇▇▇ [LOL] 2021-09-10 01:21:28

- **Raising awareness:** Raising awareness by illustrating on a regular basis how much time is already spent on TikTok can be very convincing and motivate users to limit the time.

Highly Confidential (Competitor)

- **Education:** For many teens education is the best and only effective way to change behaviour. A reminder should focus on the time spent online and the consequences of it.

## Rewards

- **Alternative rewards / incentives** could motivate teens. It could include challenges, TikTok coins, Vivo points, a trophy shelf on your account (like Snapchat), gifting to other users or earning access to new / exclusive content. Filters /stickers / effects hold appeal, especially if limited or exclusive – something teens would want to show off. The prospect of earning more exposure (and through that gaining more likes / followers) or privileges such as the ability to go live is motivating to those who post videos.

- **Combining a reward system with a time limit system.** Being rewarded for not using TikTok for a while (2 or 3 hours): a points system, e.g. You win 10 points if you decide to limit to 45 min, or 30 points if you decide to limit to 15 minutes

- **Competition:** Turning the acceptance of the limit into a competition to motivate users. The girls have set each other limits in the past when they were studying for exams and felt that it was a lot more motivating when someone else would notice, if you failed your own time limit. The boy points out that a better position on a scoring board for sticking to a limit can be very motivating and rewarding.

## Personalisation

- **Theming the For You Feed** - To fit with your next activity. For example clips of study tips if they need to revise, stretches if their dance class is coming up next, ASMR before bed.

- **Content that would invite / inspire users to do something outside the app:** Either an outdoor challenge, or sending inspiration on other activities to do (e.g. an inspiring video on drawing that challenges you to do the same)

- **Personalised warnings**

  - Personalised warning videos or messages when a limit is reached could improve the effectiveness of screen-time limits compared to current, rather neutral solutions.

    It can be more personalised and very focused on reminding the user of what he or she could be doing instead of being on TikTok.

  - Linking with calendar, e.g. get ready for football in 30 minutes, study for assignment X due in two days, etc.

  - Linking with to-do list to illustrate what you still wanted to do

  - Video reminds you of things you could do instead, e.g. outdoor activities, meeting friends

  - A video of yourself reminding yourself of what you wanted to do/ achieve that day

**Commented [24]:** Love / am curious about unintended consequences of incentivizing/gamifiying "wellbeing" objectives

**Commented [25]:** In the focus groups I joined they mentioned more socially focused rewards - planting trees was mentioned quite a few times.

**Commented [26]:** True, in Ireland that was mentioned a few times. I will add socially focused rewards into this point.

**Commented [27]:** This isn't something we'd want to lean into.
▮: [JIAYI] 2021-09-10 01:16:39

**Commented [28]:** This feels like potentially a healthy alternative to the competitive nature of the "streak" feature on snapchat - how do we inspire competition that promotes wellbeing (vs. Competition that promotes unhealthy habits, inauthentic connection)
▮: [JIAYI] 2021-09-10 01:20:26

**Commented [29]:** I think we also covered making your own 'take a break' videos.

**Commented [30]:** And being able to record them for others. For example older siblings, parents, friends etc.

**Commented [31]:** This is a really sophisticated idea. I like it but question feasibility.
▮: [JIAYI] 2021-09-10 01:17:40

**Commented [32]:** I really like it too. I thought how it could work - could teens capture what their next activity would be, and then videos would pop up relating to that? I would be interested in this feature too.

**Commented [33]:** Pairs well with setting a time limit on your session too

**Commented [34]:** It occurs to me, that when i use TikTok, a lot of the content DOES inspire me to do things outside the app. Interesting that this is a product intervention - speaks to how different the tiktok experience is for different users. Our product is doing different things for different people …. Does the algo need to more consistently promote inspiring moving off app?

**Commented [35]:** I like this - integrate with school schedule

TIKTOK3047MDL-006-00326137

* **Video or link to an alternative activity:** One younger girl suggested this, using examples of baking recipes or study tips. She envisaged selecting a theme for this at the same time as she set up the alarm. Again, this highlights the need for personalisation / customisation: teens want something specific to them.

* **Favourite song:** One younger boy suggested this as an alarm – but this changes according to his mood. An older boy said annoying alarms or noises would irritate him, but younger boys could see a benefit in this: if it's annoying you're more likely to want to turn the whole app off.

* **Different modes / screen lights (like dark / light mode)** the phone could brighten or darken as a visual warning of time spent on the For You Feed.

### Accountability

* **Buddying:** Working alongside friends for motivation (as they do with revision and exercise). Working together in this way helps friends stay focused and more able to attain their goals. Hence, they may want to confer with friends and work together on their limits, downtimes etc., possibly sharing screen management tools.

* **Study Bunny/Virtual Pet:** 'Study Bunny', an app that rewards study time with coins, which will then allow the user to feed a cute bunny. They can imagine the same approach being applied by TikTok with a happy virtual pet rewarded for limiting TikTok time.

**Commented [36]:** I like the sense of teamwork and connection but wouldn't want to create something that feels like an addiction/sponsor scenario.

**Commented [37]:** ███████ such an interesting perspective, would want to hear more.

**Commented [38]:** I had an idea to share here

**Commented [39]:** ███████ his reminds me of the tamagotchi I didn't keep alive

全文点赞列表

@Jordan Furlong

全文评论

**Commented [40]:** How should we think about the audience for these features? I'd argue we want to be more forceful in surfacing all this to compulsive/high screen time users, but could be annoying to people who don't even use the app much

Highly Confidential (Competitor)     TIKTOK3047MDL-006-00326138