# AMENDED Exhibit 503

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



EXHIBIT 42
WIT: Wenjie-TikTok
DATE: 5-28-25
C. Campbell, RDR CRR CSR #13921

## Document Produced As Native

Highly Confidential (Competitor)

TIKTOK3047MDL-015-00331402

Nov 2019

TikTok

# Algo's Best Practices

| | Content | | Creative | | Ops |
|---|---|---|---|---|---|
| Safe | Follows Community Guidelines | Format | Avoids non-TikTok video ratios (square, horizontal, etc.) and Reacts | Account Label | Labeled as **Whitelist+** or **Creator** |
| Age Level | L2345 | Video Length | > 5 seconds | Localization | Set as country of target audience |
| Original | Not a duplicated content, including reposts | Strong Caption | Authentic captions. No spam or growth hacks. | Sound | Approved Track ID: 1) Licensed in the US 2) Artist is not on Blacklist |





Playtime + Finish Rate

Share Rate

Like Rate

Follow Rate

Cover Rate

Head Rate

Algo's Metrics for Video Success



# 30-day VV Growth

The average vv distribution of a video over a 30-day period.



# 24-hr VV Growth

The average vv distribution of a video over a 24-hr period.



**Average VV% in 24 Hours**

Time Since Video Creation



# Follow Feed

How do we select videos in the Follow Feed?



1. Sort user's followings by following time

2. Sort creators' videos in the last 30 days by create time

3. Filter videos by candidate rules

4. Rank the videos based on models

TikTok

# Hashtag Feed

How do we select videos under a hashtag?



1. Filter all hashtag videos by candidate rules

2. Rank the videos by total likes

3. Boost videos from user's country

4. Demote videos by low level authors

TikTok



# For You Feed

How do we choose the best videos from an *expanse* of DAU?

# Recommendation Roadmap

**Step 1:** The Candidate Pool

**Step 2:** Recall 3000 Best Videos

**Step 3:** Filter Unsafe Videos

**Step 6:** The Rule System

**Step 5:** Predict User's Personality

**Step 4:** Rough Sort by Diversity





# Qualify.



## The Candidate Pool

To select the best videos from the historical video inventory, we condense our pool to the most recent, original, and TikTok-formatted videos created by 15+ users.
See the exact rules *here*.

TikTok

# Predict.



## How do we score a video?

Action rates play a key role throughout recommendation. All *user actions*, like clicks and playtime, are inputs used to predict a user's personality and engagement on a given video.



*an example of collaborative filtering*

**♪ TikTok**

# Personalize.



## Item Ranking

As we combine users' action rates (finish rate, like rate, follow rate, share rate, etc.) on each video, we rank videos by the **highest probabilities** of engagement by the user capped by frequency rules.



One Load

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

Highest score            Lowest score

One load = 8 videos



# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-015-00331402

**BEGATTACH:** TIKTOK3047MDL-015-00331402

**ENDATTACH:** TIKTOK3047MDL-015-00331402

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-015

**Custodian:** JORDAN FURLONG

**File Path:** /NATIVES/NATIVE001/TIKTOK3047MDL-015-00331402.PPTX

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** 5CCF6D299DD3CAD80DF8D604891EAB19

**DocType:** E-DOC

**Author:** ███████████@BYTEDANCE.COM

**Create Date:** 9/10/2019 12:00 AM

**Last Modified Date:** 4/7/2020 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** ALGO PLAYBOOK_1XHHEY_GCLGEDAE-9T-B5JWL5YQ6UY_AREH9JPRAZJ8S.PPTX

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** N

**REDACTION TYPE:**

