**Exhibit 509**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



Rabbit Holes --> No doubt about it; it will happen

⁕ You can burn a half hour very easily; find yourself in a very bizarre mode (part of the psychological wellness) --> trying to figure out how to incentivize this while also acknowledging business goals

⁕ Recognizing where we see more controversial content -- how do we increase pumping in more content (like that) --> quantify how effective they are (how long do they stay on?)

⁕ Putting in more ads --> to hit friction

⁕ Labels that TikTok currently uses

⁕ Ability for users to self curate their feed (easier than it sounds than reality)

○ Frequency of disturbing content that comes up a lot for them --> freedom for them to not see something very disturbing

○ People are filming all horrible things happening and getting in everyone's feed on a daily basis

○ Body image issues: The more people see one type of message, the more it normalizes the message (the more we increase the diversity of someone feed) -- how do we give equal weight to diverse perspectives and viewpoints

○ Real contagion effect to some violence --> suicidal ideation and behavior and the way that it is talked about on the platform (chatsafe guidelines --> talk responsibly online about suicide/self-harm); to what extent can there be self curation of our own feed

- Label content with sentiment (how does this make you feel)? How do we promote more positive experiences?

- Diversity of content --> one that we oftentimes we are celebrated by more diverse or discovery of diverse content (content has an opportunity to succeed) --> certainly the ones that are most popular (we are looking into if people can opt in by certain categories) --> starting with this based on educational content (few learnings from this but is in development)

○ Bikinis --> they dont want to see this content anymore

- Freedom of expression --> how do we ensure we maintain our neutrality as well as the safety of our users

⁕ Prompt the user

○ How are you feeling right now

⁕ ███████ observations

Confidential

- Similar everybody looks -- certain face and bodytalk (uniformity of appearances)

- Obvious and not obvious impact: Not just that it's traumatic content --> but it is also the performativity (unsettling); something so staged about it

  - Performativity --> Performative
  - This person is learning how to deal with grief

- Diversity

- Rabbit hole effect --> Like the idea of interventions of any kind (mindfulness, how are you feeling, distracting or innocuous cartoon) --> automatic trigger; seems necessary -- automated limit? Maybe some interruption

Confidential

TIKTOK3047MDL-004-00144764

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-004-00144763-TIKTOK3047MDL-004-00144764

**BEGATTACH:** TIKTOK3047MDL-004-00144763

**ENDATTACH:** TIKTOK3047MDL-004-00144764

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-004

**Custodian:** ERIC HAN

**File Path:** /ITEMS

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 1C945313A1A47D4A588EEE233A74B0E5

**DocType:** E-DOC

**Author:** ERIC HAN

**Create Date:** 4/28/2020 12:05 PM

**Last Modified Date:** 4/28/2020 12:18 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** UNTITLED-DOCCNIJJRZC5MV8OVXOAQLLUM4C.DOCX

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

