# AMENDED Exhibit 512

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

朱文佳和 ▮▮▮▮▮▮▮▮▮▮▮▮



EXHIBIT 34
WIT: Wenjin - TikTok
DATE: 5 24 25
C. Campbell, RDR CRR CSR #13921

朱文佳   2021-06-09   12:37:26

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

朱文佳   2021-06-09   12:37:38

▮▮▮▮▮▮▮▮   Can I share this document to my team members?

▮▮▮▮▮▮   2021-06-09   12:47:13

Yes definitely – this doc has the full context, and the link within it ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ has the ~40 findings they've shared with us

▮▮ 朱文佳

朱文佳   2021-06-09   12:49:20

What do you think of the priorities of issues mentioned by them? Shall we put it top priority?

朱文佳   2021-06-09   12:50:04

I think with enough effort, it's possible to solve these issues to a large extent.

▮▮▮▮▮▮   2021-06-09   13:01:30

I think there's general concern / fear over the concept of being able to end up in a feed that's all one thing. So while some of the issues they identify seem to be moderation (ex: why were they able to come across 1700 drug videos through an account's FYF), the finding that 93% of videos in a given time were on depression content is the fear that people have - is seeing almost exclusively one topic, whatever it is, too much // how do we keep diversifying that.

TIKTOK3047MDL-182-LARK-07920484

朱文佳  2021-06-09  13:03:03

▮ what's their top concern : 1. lack of diversity 2. too much negative content ?

▮ 2021-06-09  13:03:10

We're going to push them on "how did this content compare to what you'd see on other platforms" or "did you actually TRY to get out of these so-called rabbit holes" but I think to that they'll say, a 15yo shouldn't have to try, or wouldn't know or want to try, and that's the fear or fundamental risk of algorithms / TT's For You

朱文佳

▮ 2021-06-09  13:05:11

Lack of diversity - because that's the very core issue. If you saw some negative content, or some depressed content, it wouldn't be as harmful as if some users were served all negative / depressed / difficult content

朱文佳  2021-06-09  13:06:40

what if the feed contains only one category, but it's a positive category, for example, pets or travel ?

▮

▮ 2021-06-09  13:09:08

POST

# Title:

**Text:**

If our principle is that diversity is good - positive for the user, educational, informative, opens people's eyes, as well as that it breaks up patterns (bad ones), then interspersing even a pet-heavy feed with popular travel or art or humor content would still be a positive thing for the user and in line with our principle?

TIKTOK3047MDL-182-LARK-07920485

朱文佳    2021-06-09    13:10:26

yes, I'm trying to understand the priority, the difficulty is : we could add some diversity, but not too much, otherwise, users will leave (retention will drop)

朱文佳    2021-06-09    13:12:28

so if we want to solve the "too much negative content" issue by adding diversity, maybe it's impossible we need to solve it directly, for example, detect these content, demote them or disperse them



2021-07-01    00:37:37

CARD

## Title: more videos re WSJ story

Text:

2021-07-01    00:37:37

Hi Wenjia - for the Wall Street Journal algorithm story, we've just received these videos showing the "journey" of two of their bot accounts. We have the Safety team going through these to see whether content violates our policies. Would it be helpful to have someone on the algo side do any analysis around the video order, or is that irrelevant without knowing the signals these bots provided?

朱文佳    2021-07-01    03:16:30

It is still helpful, thanks

朱文佳    2021-07-01    03:16:40

TIKTOK3047MDL-182-LARK-07920486

███████████    2021-07-16  15:51:05

[消息已撤回，无法查看内容]

███████████    2021-07-16  15:53:23

[消息已撤回，无法查看内容]

朱文佳    2021-08-16  02:06:28

████████████████ I saw an article about referral program in Portgual
████████████████████████████████████

朱文佳    2021-08-16  02:07:32

How big do you think the risk is ? What's your suggestion for our next step?

███████████    2021-08-16  03:13:35

Hi Wenjia, the article highlights many of the risks - like minors being encouraged to use or refer more (addiction concern), age limit enforcement, Chinese apps turning to this to bring in users - that we know to be concerns with the program. But there is a tradeoff between the known / inflammatory risks and the hoped business benefits... let me check with Portugal PR ██████████████ for expected impact and influence of this particular publication

⊗ 朱文佳

███████████    2021-08-17  04:38:44

POST

# Title:

TIKTOK3047MDL-182-LARK-07920487

Coming back on this - as immediate next steps, we've engaged with the reporter to try to get some corrections and inclusions in the published article. Medium to longer term, we will plan to engage fully on these youth safety topics when we "open for business operations" in Portugal.

In the meantime, the core concern and media risk we face is around the concept of paying cash for referrals, so even if we take additional safety and security steps, the core cash referral concern will stay be there except it may be harder for product team to achieve the business goal of signups, which is the reason to justify the perception risk in the first place. So there may not be other steps for us to take here other than the media mitigation above.

Separately, last week we announced product changes in line with the AADC (such as no notifications for minor accounts past a certain hour), so we are leaning on our recent youth safety announcements to try to mollify media.

**朱文佳**   2021-08-17  04:55:41

got it, thanks ▮▮▮▮. BTW, the UG team is proposing a new referral program not based on cash, if it proves to be effective in the future, there'll be less concern~



**朱文佳**   2021-09-09  02:43:08

▮▮▮▮▮和▮▮▮▮▮▮▮▮的会话记录

*Forwarded*

▮▮▮▮▮▮   2021-09-09 01:06:00

In case you haven't seen it, this article made front (and center) page news on WSJ today

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮   2021-09-09 01:11:36

I'm not sure if you saw this article today. It appeared in one of the most serious and credible papers in the US - the Wall St. Journal. I think what this mainly points to is the importance of continuing to work on Trust & Safety tools. But I really do think this is the latest example that argues in favor of giving users an option to configure TikTok to get a feed of, for example, "popular videos" or something like that. That will help us with a talking point in the future when critics make these arguments that our algorithms are reinforcing bad content.

TIKTOK3047MDL-182-LARK-07920488

朱文佳 2021-09-09 02:00:54

We are working on a project to demote and disperse inappropriate content for teenagers, TNS has designed the policy, and we're waiting for the training samples to build a ML model.

朱文佳 2021-09-09 02:02:01

But in the past, we forgot to include eric-han, the project only contained people of PM and global-TNS. We will have a conversation with eric-han and have a better cooperation with him.

朱文佳 2021-09-09 02:03:17

██████████████████████████████████████

朱文佳 2021-09-09 02:03:25

sourcekey: <██████████████████████████████>; attachment_id:
████████████████████████████████████████████
████████████████████████

朱文佳 2021-09-09 02:03:48

this is the project to solve the problems mentioned by WSJ

████████████    2021-09-09 02:10:54

All great - good progress. Can you share with ████ so we can publish a follow up blog post to communicate these changes? Eric Han can sign the blog. I also think we should continue with the idea of the algorithm alternative.

朱文佳 2021-09-09 02:42:13

████████████████████████████████████ here's the labeling guidelines, it's designed to cover the cases in the report ~

朱文佳 2021-09-09 02:42:39

sure, we start the project because ████ gave us valuable input and suggestion

TIKTOK3047MDL-182-LARK-07920489

朱文佳    2021-09-09  02:43:43

██████████████  Do you know we are working on this project to solve the issues mentioned in the WSJ report?

🖤 ██████

██████████  2021-09-09  02:54:23

Today I was shared the "Project Plan - AI Ethics & Transparency (September 2021)" doc so I have gone through that but going through the above, I think it would be helpful if I schedule time with ██████ (or ████ and ████ ?) to catch up on what we would be able to talk about now (or, soon)

朱文佳    2021-09-09  02:59:16

maybe ██████ and she might add someone from TNS too

👍 ██████

朱文佳    2021-09-16  11:11:27

██████████████  I have seen your feedback about ██████ "... work talking about the algorithm for our TAC tours, and on this he has been tremendous. He brings calm, authority, and credibility to his explanations", since his role and responsibility changed recently. I'd like to know : Do you have the right person to explain our algorithm to others?

██████████  2021-09-16  11:37:27

POST

# Title:

Text:

Hi Wenjia, ah I didn't know! We have most often used ██████ whose tone (demeanor) is best externally, and also Drew, who is very good but comes off as a little bit less sincere (relatable) - we can work with him on this with speaker training, ██████ just has that naturally. Beyond those two, we haven't yet used anyone else but it would be great to evaluate who we can train to speak externally about the algorithm if

TIKTOK3047MDL-182-LARK-07920490

TIKTOK3047MDL-182-LARK-07920491

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-182-LARK-07920484-TIKTOK3047MDL-182-LARK-07920491

**BEGATTACH:** TIKTOK3047MDL-182-LARK-07920484

**ENDATTACH:** TIKTOK3047MDL-182-LARK-07920491

**Attachment Count:** 0

**PRODVOL:** MDL-182

**Custodian:** UNSPECIFIED CUSTODIAN

**File Path:** /TIKTOK3047MDL-182-LARK-07920484.PDF

**Confidentiality Designation:**

**HASHVALUE:** 190B65E3D7BBD6C30880C0DB67C9893F

**DocType:** LARK RENDERING

**Author:**

**Create Date:** 6/9/2021 12:00 AM

**Last Modified Date:** 6/9/2021 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-182-LARK-07920484.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

