# AMENDED Exhibit 519

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# [T&S/Algo] Non-Personalized Feed

> **Commented [1]:** Feature is currently on hold as we need to use another solution

## Basic Info

*Change Log*

| Date// 日期 | Description // 描述 |
|---|---|
| 11/30 | ☑ "Why build it" trimmed down, additional research referenced for Solution Validation |
| | ☑ Metrics updated and aligned with algo team |
| | ☑ Clarified UX writing |
| | ☑ Design updates: 1 time feedback collection, Not Interested entry point |

*Partners // 合作方*

| | |
|---|---|
| **PRD status:** | Under PRD writing/Finish T&S product review/ Under development/ AB test/Launched |
| **Region：** | Global |

| Team | [ HYPERLINK "https://www.teamgantt.com/blog/raci-chart-definition-tips-and-example" \h ] | POC |
|---|---|---|
| PM | R | @Jordan Furlong T&S |
| | | ▮▮▮▮ TikTok PM |

TIKTOK3047MDL-002-00091575

| Data | R | ████████ T&S |
|---|---|---|

*Algo will own AB test, T&S will own functional metrics

| UX Design | R | @████████ |
|---|---|---|
| UX Writing | R | @████████ |
| Strategy | R | @████████ |



| T&S Eng | R | ████ T&S Server |
|---|---|---|
| | | ████ T&S Android |
| | | ████ T&S iOS |
| TikTok Algo | R | ████████ TikTok Algo US |
| | | ████████ TikTok Algo US |
| Public Policy | C | ████████ EU |
| | | ████████ NA |
| Comms | C | ████████ EU |
| | | @Jamie Favazza NA |

*Execution Plan*

| Deadline | Description | Who |
|---|---|---|
| 11/5 | Feature kick off | All |
| | ☑[ HYPERLINK ████████████ | |
| | ☑~~Finalize execution plan 11/2~~ | |
| | ☑~~Algo+PnP brainstorm? 11/4~~ | |
| 11/10 | ☑~~Competitor research~~ ████ | |

     TIKTOK3047MDL-002-00091576



| | | |
|---|---|---|
| 11/23-30 | ☐ PnP internal product review | @Jordan Furlong |
| 11/30 | ☑ ~~Submit for compliance review~~ | @Jordan Furlong |
| 12/2 | ☐ T&S product review | @Jordan Furlong |
| 12/6-13 | ☐ TikTok comprehensive review | @Jordan Furlong ███ |
| TBD | ☐ Technical review | |
| TBD | ☐ Launch AB test - US+EU first | |
| TBD | ☐ GR/PR announcement plans | |
| TBD | ☐ Launch review | |
| TBD | ☐ Launch feature | |

**Commented [2]:** We should have a GR/PR plan on announcing this in advance. High level of (positive) interest from policymakers & regulators.

**Commented [3]:** @Michael Beckerman Agreed. Working closely with those POCs on this features

*Relevant Links*

| | Links | POC |
|---|---|---|
| **Link to Meego Ticket** | [ HYPERLINK ███ | PM |
| **Link to Legal Ticket** | [ HYPERLINK ███ | Legal |
| **Link to Figma/Demo** | | Designer |
| **Link to Starling** | | UX writer |
| **Link to Event Tracking** | | DA |
| **Other Useful** | | PR, etc. |

Highly Confidential (Competitor)

**Links**

*Projected Impact & Comprehensive Review // 项目影响&是否参加 TikTok 综合评审*

[ HYPERLINK ███████████████████████████████ ]

|  | Region | DAU Percentage | Projection Confirmed by (Product Leader or DA) | Key Feature ? | Comprehensive Review Date |
|---|---|---|---|---|---|
| Overall | All | <.01% |  | Yes | TBD |

Feature Target User: ~70k DAU

*Target User = DAU * Estimated Percentage = 697,849,918 * 0.01% = 69,785*

*DAU is calculated on average Feb 2022 data,* [ HYPERLINK ████████████████████████████ ]

*Our best reference point for DAU % is Toutiao, which has 6k DAU for non-personalized feed. That infers ~12k DAU for TikTok, but this is a low confidence estimate. We will update this after our AB test as that will inform a more accurate DAU % estimate.*

> **Commented [4]:** Is this accurate?
>
> **Commented [5]:** ████ That's the data ██ got from the Toutiao team. It's not very useful in my opinion though since it's a very different app with different user problems
>
> **Commented [6]:** ████████ @Jordan Furlongupdate another calculation logic here

*Clients*

████████████████████████████████

We don't advise against adding new features to Kids mode be default need to go through legal review process. If you want to, read this document [ HYPERLINK ████████████████████████████ ]

# Feature Results

Complete this section <u>after development</u>. This section is for sharing your feature results in two dimensions:

1.  **Visual representation**: Before the feature becomes available to any user, PM owner is responsible for sending a notification with screen recording to the Lark group **[TikTok New Feature Initial Release Notification]**.

█████████████████████████████

2.  **Usage data**: PM owner is responsible for sharing experiment results of the feature to the Lark group **[TikTok Feature Result Sharing]**.

█████████████████████████████

TIKTOK3047MDL-002-00091578

# Intro & Goal

## What are we building?

Users who are dissatisfied or troubled by the content they are seeing on TikTok can enable a non-personalized feed.

This is the first of several features we plan to build that will comprise an industry leading algorithm management solution. This feature is primarily aimed to help a small sub-set of users on TikTok and to address regulators concerns about our algorithm. More details can be found here: [ HYPERLINK ███████████████████████████████████ ]
███

## Why build it?

1. **User Problems**

❋ Users dislike the concept and user experience of filter bubbles. We confirmed that users find it inappropriate to show only one type of content, particularly with harmful content [ HYPERLINK ██████████████████████████████████ ] (N = 1610, conducted Nov. 2021)

❋ A small group of users have reported feeling like they are trapped in a **rabbit hole** of ineffectively personalized content  [ HYPERLINK ████████████████████████████████████████████ ] (focus groups across 5 EU countries)

   ○ [Placeholder] Negative Affect, ≤X% US DAU will fall into a filter bubble

❋ Users stop using the platform due to **content quality and trust** related issues [ HYPERLINK ████████████████████████████ ]
(311 inactive users)

   ○ 50% cited content quality issues; 31% cited repetitive content, 18% cited content not being useful, and 18% cited content not being relevant.

   ○ "Technical" and "Trust" related issues were slightly less common (30% of users cited each)

2. **Regulatory Pressure / Brand Safety**

❋ "Offering users a full reset button would go a long way to addressing policy makers' concerns about our algorithm"  [ HYPERLINK



> **Commented [7]:** Shall we adjust  part2 ahead of part 1 given that regulatory pressure is the main purpose of the feature?

> **Commented [8]:** Update later
> Jordan Furlong：[THUMBSUP] 2021-11-12 09:24:29

Highly Confidential (Competitor)

████████████████████████████████████(focus groups across 5 EU countries)

⬦ Lack of transparency is at the core of policymaker concerns over the use of algorithms in social media  [ HYPERLINK ████████████████████████████████

  ○ Another prominent concern is the potential for biases to be amplified by algorithms

  ○ Amongst the most challenging policy remedies are proposals to allow users to opt out by default and use alternative recommender systems

  ○ At an international level, the focus has been primarily on cross-sectoral themes concerning the ethics of AI rather than detailed assessments of algorithms in social media

3.    **Solution Validation**

⬦ "... [it would] help vulnerable users who need to distance themselves from their current viewing preferences.  The research indicates that we could offer a reset option for those 'in extremis' and the majority would not misuse it.  [ HYPERLINK ████████████████████████████████(focus groups across 5 EU countries)

⬦ Algo proposed "non-personalized feed" in consideration of algo explainability and technical feasibility.

|   | Algo proposed plans | Pros | Cons |
|---|---|---|---|
| 1 | Non-personalized feed | ⬦ High feasibility for algo; <br> ⬦ Algo Explainable for GR and PR | ⬦ Ads revenues decrease <br> ⬦ Potential effect to Live/ Commerce business |
| 2 | Create a new account for Reset and start as new users, won't delete history data | ⬦ High feasibility for algo; <br> ⬦ Support switch back to old account if possible | ⬦ Low feasibility with backend engineers |
| 3 | Not totally delete users' history in database but reset the 'embedding' (engagement data) | ⬦ High feasibility for algo | ⬦ The reset won't last too long( (~x batches) ,not consistent in terms of user experience |

Highly Confidential (Competitor)

| 4 | Totally delete users' history | ⍟ Meet GR's requirements | ⍟ High risk and investment for algo (≥ 2months) |
|---|---|---|---|

4. **Industry Leadership**

⍟ This is an opportunity to innovate and lead our industry [ HYPERLINK

███████████████████████████████

Commented [9]: Please update this section, currently it is not reflecting the actual practice.
Jordan Furlong：[THUMBSUP] 2021-12-18 02:39:57

Commented [10]: Update this

## How to define success?

Commented [11]: 1. Add engagement metrics 2.██ ██ to review proposal below and provide feedback + thoughts on how best to list out engagement metrics

A non personalized feed provides users a way to escape unwanted rabbit holes and enhanced data privacy for users

| Metric Type | Priority | Goal | Metric | Expected Behavior |
|---|---|---|---|---|
| TikTok Brand | P0 | Increase Algo Transparency in public | ⍟ Feature positive blogposts | ⍟ ≥1 positive blogposts when feature fully launches |
| User consumption<br><br>Observation | P0 | Provide another option for users who have privacy concerns or dissatisfied with contents | ⍟ Feature user penetration<br><br>⍟ % of User breakdown by feedback reasons<br><br>⍟ Frequency of switching back to For You Feed<br><br>⍟ When users are in popular feed<br>  ↳ Report Rate<br>  ↳ Badness | ⍟ User penetration: X% DAU |

TIKTOK3047MDL-002-00091581



| | | | | |
|---|---|---|---|---|
| Guardrail | P1 | Observe potential trade-offs and impacts | Rate<br><br>❖ Core Metrics: (New user & All users)<br>○ Stay duration<br>○ 1dRetention<br>○ Active Days/U<br>○ Publish<br><br>❖ Monetization Metrics:<br>○ Ad Revenue<br>○ CPM<br>○ ARPU<br><br>❖ Feed quality metrics:<br>○ report penetration<br>○ survey_not_like_rate<br>○ unapprove_vv_rate<br>○ violation_vv_rate | ❖ Core Metrics:<br>○ Stay duration loss ≤ -0.3%<br>○ Others: stable, non-significant decrease<br><br>❖ Monetization Metrics：<br>○ Ad Revenue loss ≤ X%<br><br>❖ Feed quality metrics:<br>○ stable, non-significant decrease |

> **Commented [12]:** Badness is kind of Hard to measure or need a new definition. SO there will no "Not interested feature " in this No-personalized feeds?

> **Commented [13]:** Update later

Monetization impacts

❖ Should be <.3%

❖ What is the current revenue from this target audience? Maybe it's not a 90% drop for them

❖ Can we run a simulation to see different scenarios play out?

Highly Confidential (Competitor)

# Requirement Detail

## User Interaction & Design

| Scenarios | Interactions | Online version | Expected design |
|---|---|---|---|
| 1. Entry points | ○ A user can access this via Content preferences in Settings and privacy<br><br>○ We prompt the user to switch their feeds if they press Not Interested on 3? videos in a session | | |
| 2. Understanding and enabling the feature | ○ There is clear and concise education on the feature and the implications for their FYP UX<br><br>○ There is a confirmation modal presented to the user<br><br>○ A user can switch back to their personalized feed<br><br>○ When a user switches to the non-personalized feed for the first time we prompt them for feedback asking about why | - | |

**Commented [14]:** May adjust based on data

**Commented [15]:** @Jordan Furlong1) should we consider press not interested N time consecutively? 2) should we consider session length here?

**Commented [16]:** ▆▆▆ think no to both because they seem like marginal value adds in exchange for higher implementation complexity

**Commented [17]:** What is the user coverage if we pop up this design?

**Commented [18]:** ▆▆▆ We are looking into that. That's probably the better DAU % estimate...

**Commented [19]:** I feels like user may use this feature as: Finding Popular videos on TikTok
Jordan Furlong：[JIAYI] 2021-12-01 09:49:26

**Commented [20]:** And their behavior in "Popular" will not impact their personal feeds recommendation system, right?
Jordan Furlong：[Yes] 2021-12-01 09:50:52

**Commented [21]:** Where is feedback like this typically sent?

TIKTOK3047MDL-002-00091583

3. Non-personalized feed experience

* There is a top level indicator for the user when they are on For You vs. Popular videos

* The user is shown a non-personalized feed of content that follows the following criteria

   a. Selection criteria

      i. Public videos

      ii. Status: Approve

      iii. Not any risk type

      iv. No warning

      v. Pass 3rd round of review

      vi. Audio track is not banned

   b. Ranked by number of likes( T-7, last 7 days)

   c. Sample gids from US（Top 100): [ HYPERLINK







Commented [22]: Please also involve ▮▮▮▮ o review on the new feed

Commented [23]: Hi ▮▮▮▮▮▮▮ I hope all is well. We'd greatly appreciate your review of this requirement and design

Commented [24]: Shall we add a part of non-personalized ad feed feature here?

Commented [25]: ▮▮▮▮▮▮ Yes, will do

Commented [26]: Ads logic pending response from monetization



Highly Confidential (Competitor)



Highly Confidential (Competitor)

TIKTOK3047MDL-002-00091585



Highly Confidential (Competitor)



* Delivered ads are non-personalized

4.     He
lp Center
article

[figma]([ HYPERLINK

Highly Confidential (Competitor)

## A/B Testing Setup

*Stage 1: US and EU; Stage 2: ROW*

| Group | Traffic Alloc ation | Key Hypothesis | Treatment (what's different) | Design |
|---|---|---|---|---|
| v1 (Contr ol) | ▮ | / | not offer "Non-personliazed" Feed | |
| v2 | ▮ | Short-term:<br>❖ stay duration loss; ad revenue loss;<br>Long-term:<br>❖ Increase TikTok brand safety | offer "Non-personliazed" Feed |  |

> **Commented [27]:** @Jordan FurlongAdd country here
> Jordan Furlong：[THUMBSUP] 2021-11-30 22:16:55

To start the experiment, you'll need to **send out an email to tiktok-product-update@tiktok.com** , please find the email [ HYPERLINK ▮▮▮▮▮▮▮▮▮▮▮▮ ]

## Checklist

Please fill in column B, C, and F if applicable.

▮▮▮▮▮▮▮▮

> **Commented [28]:** Patent application and GTM project plan?

> **Commented [29]:** @Jordan FurlongI can ask PR if they are interested in PR release. For previous Tns feature launch, will there be a PR blogpost on that?

> **Commented [30]:** Jordan to ask PR/GR what plans are for comms

## Appendix

## Brainstormed Ideas & Options Considered

**Algo + PnP Brainstorming**

[ HYPERLINK ▮▮▮▮▮▮▮▮▮▮ ]

| Algo proposed plans | Pros | Cons |
|---|---|---|
| Create a new account for Reset and start as new users, won't delete history data | ⚬ High feasibility for algo; <br> ⚬ Support switch back to old account if possible | ⚬ feasibility with backend engineers |
| Not totally delete users' history in database but reset his 'embedding' (engagement data) | ⚬ High feasibility for algo | ⚬ The reset won't last too long (~x batches) |
| Totally delete users' history | ⚬ Meet GR's requirements | ⚬ High risk and investment for algo (≥ 2months) |
| Non-personalized feed | ⚬ High feasibility for algo; <br> ⚬ Explainable for GR and PR | ⚬ Need double if this meet GR's requirement |

**Agency is our primary wellbeing goal**

⚬ We have thoroughly researched, validated, and cross functionally aligned on the key investment areas for wellbeing on TikTok ([ HYPERLINK ██████████████████████████████████████

    ○ External: Stanford Brainstorm, Digital Wellness Lab, ████████████████

    ○ Internal

        · ██████████████ - T&S PnP

        · ████████████ - T&S PnP

        · @Julie de Bailliencourt - T&S Product Policy

        · @Michael Beckerman - US Public Policy

        · ██████████ - US public policy

        · ████████████ - EU public policy

        · ██████████ - Global Comms

⚬ **The research confirms the hypothesis that having agency can play a positive role in a teen's mental wellbeing and that a lack of agency can have a negative impact.** When teens have agency, they report that life feels easier, relaxed and allows space for

TIKTOK3047MDL-002-00091589

other activities. Teens describe feeling happy and enjoying life. When they lack agency, they say they may experience stress and anxiety, a sense of being overwhelmed and missing out [ HYPERLINK ███████████████████████████████████

* ███████████████ Harvard Professor and [ HYPERLINK "http://www.pz.harvard.edu/who-we-are/people/██████████ \h ] researcher summarizes this well in her TikTank presentation: [TikTank_Digital Well-being_March 22 2021 (1).pdf]

- Agency = "people's beliefs in their capability to exercise some measure of **control over their own functioning and over environmental events**.'

- In stressful situations, people who believe they can manage or control threats are

  - more resilient

  - less vulnerable to anxious arousal, higher stress reactions

  - less vulnerable to health outcomes like depression

- People who repeatedly experience uncontrollability can develop learned helplessness

## Competitors & Product Inspiration

* This is an opportunity to innovate and lead our industry [ HYPERLINK ████████████████████████████████████████

**Implications for reset button**:

* TikTok would be the first in the industry to launch a reset button

* YouTube's and Google's Incognito Mode is the most similar, i.e. thincoe opposite of a reset button

* We need to discuss whether the reset button also impacts personalized ads

*Toutiao has a non-personalized feed feature and has 6k DAU / 300m DAU

## Future Work

* Algorithm reset / hard reset

* Shake it Up (1-2 bimonth)

## Meetings

TIKTOK3047MDL-002-00091590

1.    Meeting notes between T&S + Algo: [ HYPERLINK

███████████████████████████████████████

2.    T&S 11/9 Brainstorm

a. Reset

i.    Use case: a fresh start to help a vulnerable minority with an acute need

ii.    Volume: low/infrequent

b. Shake it Up

i.    Use case: exploration to alleviate frustration, lack of interest, curiosity, and more

ii.    Volume: high

c. Why explore both

i.    Clearly understand their relationship/place in the product

ii.    Hard to make a decision on priority without seeing how they work - I'm wondering if PR/GR will change their minds if they see how much more broadly applicable Shake it Up could be

Highly Confidential (Competitor)

TIKTOK3047MDL-002-00091591