# AMENDED Exhibit 523

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



EXHIBIT 48
WIT: Fu-Tiktok
DATE: 5-21-25
C. Campbell, RDR CRR CSR #13921

# NATIVE DOCUMENT PLACEHOLDER

# Please review the native document TIKTOK3047MDL-094-LARK-04062801.xlsx

| | Weekly Average 2022.5.16-2022.5.22 | | | | | Gap vs Douyin Main | | 6 month Trend | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | TikTok Global | TikTok US | Douyin Main | Douyin Main+Lite | Note | TikTok Global | TikTok US | TikTok Global | TikTok US | Douyin Main | Douyin Main+Lite | TikTok Global |
| 日均广告收入//Daily avg Ads revenue | | | | | | | | | | | | https://aeolu |
| 变现效率//Monetization Efficiency | | | | | | | | | | | | |
| 单用户变现效率// ARPU | | | | | | | | | | | | 近一周数：h |
| 单位时长（H）变现效率//Revenue per user per hour | | | | | | | | | | | | 近一周数：h |
| 千次展示计费CPM（限定竞价广告）// CPM (Auction Ads) | | | | | | | | | | | | 近一周数：ht |
| 人均Show//Shou per DAU | 14 | 22 | 20 | 26 | 日均总广告展示/DAU | 0.7 | 1.1 | | | | | 近一周数：ht |
| adload | 5.9% | 9.3% | 7.6% | 7.8% | | 0.78 | 1.22 | | | | | 近一周数：ht |
| 各广告类型收入占比//Rev % by ads type | | | | | | | | | | | | |
| 品牌广告收入占比//Brand Ads | | | | | | | | | | | | 近一周数：h |
| 搜索广告收入占比//Search Ads | | | | | | | | | | | | 近一周数：h |
| 闭环电商广告收入占比//Close loop e-commerce ads | | | | | | | | | | | | 近一周数：h |
| 总体电商广告收入占比//Overall e-commerce ads | | | | | | | | | | | | 近一周数：h |
| Promote（中国区DOU+）广告收入占比//Promote | | | | | | | | | | | | 近一周数：ht |
| 客户数-非Promote（中国区 非Dou+）//No of clients - non- | | | | | | | | | | | | |

| link TikTok US | Douyin Main | Douyin Main+Lite | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| https://aeolu | https://data.l | https://data.bytedance.net/aeolus/#/dataQuery?appId=555141&id=1807909736&sid=909004 | | | | | | | | | | | | |
| 近一周数: ht | https://data.l | sql : https://data.bytedance.net/aeolus/#/queryEditor/files/6333565?appId=555141&folderId=2723564&sToken&taskId=281474988776212  图    : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810206403&sid=115305 | | | | | | | | | | | | |
| 近一周数 : h | sql : https:// | sql : https://data.bytedance.net/aeolus/#/queryEditor/files/6333631?appId=555141&folderId=2723564&sToken&taskId=281474988776308  图    : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810218413&sid=115308 | | | | | | | | | | | | |
| 近一周数: ht | https://data.l | https://data.bytedance.net/aeolus/#/dataQuery?appId=555141&id=1811772906&sid=932878 | | | | | | | | | | | | |
| 近一周数: ht | sql : https:// | sql : https://data.bytedance.net/aeolus/#/queryEditor/files/6333793?appId=555141&folderId=2964784&taskId=281474988784530  图    : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810611728&sid=115337 | | | | | | | | | | | | |
| 近一周数: ht | https://mpdc | https://mpdc.bytedance.net/viz-design-center/visualization/report/10543/detail?hierarchyTypeId=1&site=china&businessLine=03948126aa732028060aaef92be1fbdd%2F100%2F1&lang=zh | | | | | | | | | | | | |
| 近一周数 : h | sql : https:// | sql : https://data.bytedance.net/aeolus/#/queryEditor/files/6334261?appId=555141&folderId=2723564&taskId=281474988777602  图    : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810173257&sid=115301 | | | | | | | | | | | | |
| 近一周数 : h | sql : https:// | sql : https://data.bytedance.net/aeolus/#/queryEditor/files/6334261?appId=555141&folderId=2723564&taskId=281474988777602  图    : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810181217&sid=115301 | | | | | | | | | | | | |
| 近一周数 : h | sql : https:// | sql : https://data.bytedance.net/aeolus/#/queryEditor/files/6334261?appId=555141&folderId=2723564&taskId=281474988777602  图    : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810185848&sid=115301 | | | | | | | | | | | | |
| 近一周数 : h | sql : https:// | sql : https://data.bytedance.net/aeolus/#/queryEditor/files/6334261?appId=555141&folderId=2723564&taskId=281474988777602  图    : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810193702&sid=115301 | | | | | | | | | | | | |
| 近一周数: ht | sql : https:// | sql : https://data.bytedance.net/aeolus/#/queryEditor/files/6334261?appId=555141&folderId=2723564&taskId=281474988777602  图    : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810197748&sid=115301 | | | | | | | | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily Active Customer | 40,574 | 11,504 | 108,157 | 109,514 | 非中国区为 Distinct Account Name | **0.38** | **0.11** | | | | | | 近一周数: ht |
| ARPA | | | | | | | | | | | | | 近一周数: ht |
| 5月月活客户数//Monthly active clients in May | | | | | | | | | | | | | 5月数: https： |
| 次月留存率（4月月活客户在5月留存情况）// Monthly r | | | | | | | | | | | | | 近半年数：h |
| 5月新客月活客户数//New clients in May | | | | | | | | | | | | | 5月数: https： |
| 新客次月留存率（4月新客月活在5月留存情况）// Monthly retention (New clients in April still active in May | | | | | | | | | | | | | 近半年数：h |
| Top 0.1%客户广告收入占比//Top 0.1% clients rev % | | | | | | | | | | | | | 近一周数：h |
| Top 1%客户广告收入占比//Top 1% clients rev % | | | | | | | | | | | | | 近一周数：h |
| Top 5%客户广告收入占比//Top 5% clients rev % | | | | | | | | | | | | | 近一周数：h |
| **客户数-Promote（中国区Dou+）//No of clients - Promote** | | | | | | | | | | | | | |
| Daily Active Customer | | | | | | | | | | | | | 近一周数: ht |
| ARPA | | | | | | | | | | | | | 近一周数: ht |
| 5月月活客户数//Active clients in May | | | | | | | | | | | | | 5月数：http： |
| **各行业3.2广告收入占比//Rev % by vertical industry** | | | | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 近一周数: ht https://data.l | https://data.bytedance.net/aeolus/#/dataQuery?appId=555141&id=1808887701&sid=909004 | | | | | | | | | | | |
| 近一周数: ht https://data.l | https://data.bytedance.net/aeolus/#/dataQuery?appId=555141&id=1808936993&sid=909004 | | | | | | | | | | | |
| 5月数: https: https://data.l | https://data.bytedance.net/aeolus/#/dataQuery?appId=555141&id=1810534964&sid=909004 | | | | | | | | | | | |
| 近半年数: l sql: https:// | sql: https://data.bytedance.net/aeolus/#/queryEditor/files/6336760?appId=555141&folderId=2723564&sToken&taskId=281474988784976 图 : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810608500&sid=115337 |
| 5月数: https: sql: https:// | sql: https://data.bytedance.net/aeolus/#/queryEditor/files/6336890?appId=555141&folderId=2964784&taskId=281474988785918 图 : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810712181&sid=115346 |
| 近半年数: l sql: https:// | sql: https://data.bytedance.net/aeolus/#/queryEditor/files/6336835?appId=555141&folderId=2723564&sToken&taskId=281474988785511 图 : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810692052&sid=115344 |
| 近一周数: l sql: https:// | sql: https://data.bytedance.net/aeolus/#/queryEditor/files/6336864?appId=555141&folderId=2723564&taskId=281474988785806 图 : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810704461&sid=115344 |
| 近一周数: l sql: https:// | sql: https://data.bytedance.net/aeolus/#/queryEditor/files/6336864?appId=555141&folderId=2723564&taskId=281474988785806 图 : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810704713&sid=115344 |
| 近一周数: l sql: https:// | sql: https://data.bytedance.net/aeolus/#/queryEditor/files/6336864?appId=555141&folderId=2723564&taskId=281474988785806 图 : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810704873&sid=115344 |
| 近一周数: ht sql: https:// | sql: https://data.bytedance.net/aeolus/#/queryEditor/files/6336149?appId=555141&folderId=2723564&taskId=281474988780974 图 : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810494405&sid=115329 |
| 近一周数: ht sql: https:// | sql: https://data.bytedance.net/aeolus/#/queryEditor/files/6336149?appId=555141&folderId=2723564&taskId=281474988780974 图 : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810495035&sid=115329 |
| 5月数: http: sql: https:// | sql: https://data.bytedance.net/aeolus/#/queryEditor/files/6336149?appId=555141&folderId=2723564&taskId=281474988781125 图 : https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810504470&sid=115331 |

| | | 近一周数： |
|---|---|---|
| 服装配饰行业广告收入占比//Clothing and apparel | | 近一周数： |
| 快速消费品行业广告收入占比//FMCG | | 近一周数： |
| 零售行业广告收入占比//Retail | | 近一周数： |
| 游戏行业广告收入占比//Gaming | | 近一周数： |
| 传媒及内容行业广告收入占比//Media and content | | 近一周数： |
| 其他行业广告收入占比//Others | | 近一周数： |

| 近一周数：| sql：https:// | sql：https://data.bytedance.net/aeolus/#/queryEditor/files/6334708?appId=555141&folderId=2723564&taskId=281474988777397 图 ：https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810100930&sid=115291 |
|---|---|---|
| 近一周数：| sql：https:// | sql：https://data.bytedance.net/aeolus/#/queryEditor/files/6334708?appId=555141&folderId=2723564&taskId=281474988777397 图 ：https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810104336&sid=115291 |
| 近一周数：| sql：https:// | sql：https://data.bytedance.net/aeolus/#/queryEditor/files/6334708?appId=555141&folderId=2723564&taskId=281474988777397 图 ：https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810122917&sid=115291 |
| 近一周数：| sql：https:// | sql：https://data.bytedance.net/aeolus/#/queryEditor/files/6334708?appId=555141&folderId=2723564&taskId=281474988777397 图 ：https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810127288&sid=115291 |
| 近一周数：| sql：https:// | sql：https://data.bytedance.net/aeolus/#/queryEditor/files/6334708?appId=555141&folderId=2723564&taskId=281474988777397 图 ：https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810149639&sid=115291 |
| 近一周数：| sql：https:// | sql：https://data.bytedance.net/aeolus/#/queryEditor/files/6334708?appId=555141&folderId=2723564&taskId=281474988777397 图 ：https://data.bytedance.net/aeolus/#/dataQuery?appId=666667&id=1810152041&sid=115291 |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-094-LARK-04062801

**BEGATTACH:** TIKTOK3047MDL-090-LARK-03948519

**ENDATTACH:** TIKTOK3047MDL-176-LARK-07611773

**Attachment Count:** 0

**PRODVOL:** MDL-094

**Custodian:** FU, YUYI; ZHU, ALEX

**File Path:** /NATIVES/0111/TIKTOK3047MDL-094-LARK-04062801.XLSX

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** E6878EA2F2C29D14FDB39EBE5694453E

**DocType:** URL LINK DOCUMENT

**Author:**

**Create Date:** 6/17/2022 12:00 AM

**Last Modified Date:** 6/17/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** SHTCNQXROIYQHMRCZFQ1NV7YAJG_LVSUN5.XLSX

**Title:**

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

●■■DISCO