# AMENDED Exhibit 525

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



EXHIBIT 44
WIT: Ph-Tiktok
DATE: 5-2-25
C. Campbell, RDR CRR CSR #13921

# NATIVE DOCUMENT PLACEHOLDER

## Please review the native document TIKTOK3047MDL-109-LARK-05635310.xlsx

| Category | Top level metric | Metric explanation | Supplementary Metrics | Metric explanation |
|---|---|---|---|---|
| **User** | DAU (MM) | Daily Active User | Net new DNU (K) | |
| | | | Net new DNU LT7 | |
| | Stay duration (min) | User's average stay duration time in TikTok per day | Duration impact - 1min+ | The A/B test impact on **average active days** in recent 30 days or **average stay duration** in recent 14 days or **average published days** in recent 14 days of all the features launched by different product teams. Check link here to look for more details and link here to track the data. |
| | Publish rate | Publish user / All user % | Publish active days impact - effect | |
| **Content** | vv% | VV%, vertical y = (Total # of VV labelled as vertical y) / (Total of labelled VV) | managed vv% | Managed VV%, vertical y = (Total # of VV labelled as vertical y from managed accounts) / (Total of labelled VV) |
| | Entertainment | *Based on following Taxonomy 4.0 definition:  Movies & TV Works, Theater and Stage, Entertainment News, Celeb clips & Variety Show, Cosplay and Comics, Cartoon & Anime* | | |
| | News | *Based on following Taxonomy 4.0 definition:  Social News*<br>NB.This definition should be viewed as a proxy for now and will evolve based on outputs from the Project Core working group | | |
| | Sports | *Based on following Taxonomy 4.0 definition:  Traditional Sports, Extreme Sports and Sports News* | | |
| | playtime%, 1min+ | | vv%, 1min+ | |
| **Social** | DAU impact | The A/B test impact on DAU of all the features launched by Social team | MUF>=5 Penetration | # of users with >=5 mutual followers / DAU |
| | Publish impact | The A/B impact on publish rate of all the features launched by Social team | DM Penetration | # of users send or like messages / DAU |
| **Creator** | Total creator earning, recent 28 days | Creator total earnings from Live, TCM, Creator Fund and E-commence. Parts of TCM income is estimated, parts of small portion of Live income, like guild earning, earning from activity and subscribing are not included for the difficult to calculate | Creator earning, Live (28d) | Creator earning from live. |
| | | | Creator earning, all brand content (28d) | Creator earning from all brand content, including official and non-official TCM earnings, as well as estimated earning from 3rd party platforms. Branded Content Recognition&AOV estimation. |
| | Meaningful earning rate recent 28 days | Percentage of creators whose earning is over the median earning in their country. Including revenue from TCM, Creator Fund, Live and E commence.<br>(Only US now and the median earning is 2867*28/30=2675.87. As the difficult to calculate and small portion of live activities, live subscribing earning and revenue from live agencies, these three are | Creator earning, TCM official (28d) | Creator earning from TCM official videos |
| | | | Benchmark: YouTube | See calculation details below:<br>TikTok US Creator M10N Status 2022.2<br> TikTok Strategy - Creator Monetization Database |
| | Video Creator Overkill | Creator Overkill Rate<br>COR = % of videos that are good in a sample of removed videos<br>TCOR = Applies to Top Creators mistakes, followers > 10k | | |
| | Live Creator Overkill | The overkilled number in the number of interruption penalties ÷<br>The number of interruption penalties (R1 Overkill)<br>TCOR = Applies to Top Creators mistakes | | |
| **Safety** | Video CGVR | Community Guidelines Violation Rate<br>CGVR = % of videos that are community guidelines violative in a view-weighted sample | | |
| | Live CGVR | Live Community Guidelines Violation Rate<br>The proportion of views on LIVE content (minute-level) classified as "BAD" and needs to be interrupted according to our Community Guideline against the total live content views | | |
| **Monetization** | Live Revenue (USD) | Bimonth Live streaming revenue to date | Live Penetration | Livestream UV/ DAU |
| | | | DAU watch duration (min) | Total watch time / DAU |
| | Ads Revenue (USD) | Bimonth Ad revenue to date | ARPU (USD) | Average revenue per DAU, bimonth to date |
| | | | Performance/Brand ratio | Performance Ad revenue/Brand Ad revenue, bimonth to date |
| | | | CPM | Cost per thousand impressions, bimonth to date |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-109-LARK-05635310

**BEGATTACH:** TIKTOK3047MDL-079-LARK-02498103

**ENDATTACH:** TIKTOK3047MDL-125-LARK-06440618

**Attachment Count:** 0

**PRODVOL:** MDL-109

**Custodian:** FU, YUYI

**File Path:** /NATIVES/0069/TIKTOK3047MDL-109-LARK-05635310.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** F226B47F314837273BD9217697915017

**DocType:**

**Author:**

**Create Date:** 7/7/2022 12:00 AM

**Last Modified Date:** 7/7/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** SHTCNEK6XS4JOZGW0MLUT6D13JD_UFADMJ.XLSX

**Title:**

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

