# AMENDED Exhibit 526

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation


EXHIBIT 49
WIT: Fu - TikTok
DATE: 5-2-25
C. Campbell, RDR CRR CSR #13921

**NATIVE DOCUMENT PLACEHOLDER**

**Please review the native document TIKTOK3047MDL-111-LARK-06058197.xlsx**

| Category | Metric | 2022 YTD | 2022 Target (M7 version) | 2022 progress | EoY 2021 | YoY Growth | Mid-year 2022 | 2022 H2 Growth | Douyin YTD | Gap w/ Douyin |
|---|---|---|---|---|---|---|---|---|---|---|
| **DAU & Engagement** | DAU *(mn)* | 867.3 | 981.6 | Below expectation | 667.8 | 30% | 794.9 | 9% | 761.8 | - |
| | | | | Meet expectation | 81 | 5% | 82 | 3% | 137 | 52 |
| **Creation, Social & Search** | Publish Rate (excl. L12, excl. RU, excl. Now) // 投稿率(不含L12, 不含俄罗斯, 不含TT Now) | 7.4% | 8.3% | Below expectation | 6.6% | 12% | 7.3% | 2% | 7.5% | - |
| | Social DAU impact | 4.5% | 5.0% | Meet expectation | 1.3% | 249% | 3.2% | 42% | 9.3% | 4.7 pp |
| | Search DAU impact | 1.7% | 2.45% | Below expectation | *n/a* | *n/a* | 1.1% | 54% | 6.5% | 4.7 pp |
| **Content & Safety** | 1min+ ST impact //中视频时长影响 | 14.8% | 15.2% | Meet expectation | 9.2% | 61% | 11.59% | 27% | 36.5% | 21.7 pp |
| | CGVR//违反《社区准则》下架内容播放量占比 | 0.74% | 0.80% | Exceed expectation | 1.02% | -27% | 0.86% | -14% | 0.38% | 0.36 pp |
| **Monetization** | Live Watch Penetration//直播看播渗透率 | 23.8% | 23.10% | Exceed expectation | 17.0% | 40% | 20.5% | 16% | 50.3% | 26.5 pp |
| | | | | | | | | - | - | - |
| | | | | | | | | - | - | - |
| | | | | | | | | - | - | - |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-111-LARK-06058197

**BEGATTACH:** TIKTOK3047MDL-090-LARK-03948519

**ENDATTACH:** TIKTOK3047MDL-176-LARK-07611773

**Attachment Count:** 0

**PRODVOL:** MDL-111

**Custodian:** FU, YUYI; ZHU, ALEX

**File Path:** /MDL-111/NATIVES/0336/TIKTOK3047MDL-111-LARK-06058197.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 8CDD05DD414C14651F53F275CE9BE083

**DocType:** URL LINK DOCUMENT

**Author:**

**Create Date:** 6/17/2022 12:00 AM

**Last Modified Date:** 6/17/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** SHTCNYGC3VO8FS0FYEJUGSSIGUC_7KTXGB.XLSX

**Title:**

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

