# AMENDED Exhibit 528

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# TikTok Push Overview

*2022 Jan.* 吴含笑 于飞

The document aims to give internal and external stakeholders an overview of push notification business and our planning on it from the 6 dimensions:

- Value Judgement

- Product Framework & Strategy

- Content Safety & Quality

- ~~2021 Achievements （可略）~~

- ~~Future Planning （可略）~~

- XFN Collaboration （调整）

## What't push notification?

**Commented [1]:** 类比 FYF，体现 push 是个小的推荐系统，引导听众

Push notifications are messages that can be sent directly to a user's mobile device. They can appear on a lock screen or in the top section of a mobile device, or in the .

  

## What's push used for?

Push messages as a way to widely inform users of information, are both valuable for the platform and users.

pushpin

**From the platform perspective, push notifications...**

- **Engage users**

  - Drive activeness: directly awake users

  - Lengthen stayduration: better engage users to stay in the app, socialize

TIKTOK3047MDL-094-LARK-04039604

with others, consume and produce more videos

- Improve business penatration: encourage users to explore new features

* **Improve brand image**: widely impact users' experience and build the positive platform image and positioning.

**From users' perspective, push notifications...**

* **Provide information timely**: Meet the needs of users for timely access to subscription content updates, hot information, station popularity, and functional service reminders

* **Satisfy users' socialization needs:** Keep updated of the current situation of friends and meet communication demands; establish new social relationships and expand social circles

In a word,

**Push's value = platform value + user value = Delta DAU + Stayduration impact + business penatration + experience perception**



Based on the value chain above, we can evaluate the benefits from the 3 perspectives of user growth, business penatration and brand image building.

| Values | Target | Metrics |
|---|---|---|
| Platform Value | Higher User Growth | Delta DAU, Avg.active days |
| | | * Send Count |
| | Longer Time | Stayduration |

TIKTOK3047MDL-094-LARK-04039605

| | Consuming | | ⊛ Click Count |
| --- | --- | --- | --- |
| | Deeper business penatration | Penatration% on social/live business | ⊛ CTR |
| User Value | Better user experience | ⊛ Dismiss rate | |
| | | ⊛ opt-in/out rate | |
| | | ⊛ uninstall rate | |
| | | ⊛ negative feedback rate (from feedback button) | |

## What're we aiming for?

The goal is to activate users and increase usage time, serve the penetration of vertical business, and simultaneously ensure and improve user push experience.

Benchmarking other competitors, there is still room for DAU contribution growth of 1%, time spent contribution growth of >2%, and strong need in establishing user experience indicators.

███████████████████████

*We evaluate the impact on DAU, time spent and business pentration by viewing the reverse experiments of cutting down push notifications sending.*

## How is Push Product Design and Strategy?

If we want to send a push, we should solve this problem: <u>When</u> do we send <u>what content</u> to <u>what kind of users</u> for <u>what purpose</u>.

Confidential



Who — When — What — Why



## How to guarantee safety & quality?

Commented [2]: policy 在哪些维度？跟 feed 比标准是更严还是更松；流程怎么生产出来的



## Overall principles

All push types follow the account/video privacy principles and minor protection principles. *(Details please refer to* [ HYPERLINK

███████████████████████████████████ *and* [

HYPERLINK ██████████████████████████████ )

## Guidelines and processes applied on manually selected push content

* Interest Push *(* [ HYPERLINK

████████████████████████████████

Policies: screening appropriate content used in off-app promotion that aims to offer high-quality content to users, build positive brand image, maintain platform neutrality, and increase user growth and retention. [ HYPERLINK

████████████████████████████████

Processes: Streamlined moderation, sampling&arbitration and topcase review processes to evaluate quality and efficiency metrics, guaranteeing content quality on push texts, videos and miniatures.




*Moderation and Arbitration Process*          *Weekly Topcase Review Process*

Confidential                                                    TIKTOK3047MDL-094-LARK-04039608

## 2021 Achievements



- ❖    Content Quality

Rolled out Push dedicated moderator groups in x queues, covering labelling and modifying content for 61% TikTok users in 26 markets, and x more to go. Accuracy has grown from 68% to 96% and mis-releasing risks are more manageable (<2,5%) due to timely sampling&arbitration process and weekly topcase review.

- ❖    Resources Management

Launched a standardized push requirement review process to reply XFN push product iteration requirements

Looped [ HYPERLINK ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ ] and launching [ HYPERLINK ⬛⬛⬛⬛⬛⬛ ]

- ❖    Industry insights & User Experience

Investigated domestic and overseas apps, output [ HYPERLINK ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ and [ HYPERLINK ⬛⬛⬛⬛⬛ , and generated much clearer [ HYPERLINK ⬛⬛⬛⬛⬛⬛⬛⬛ [ HYPERLINK ⬛⬛⬛⬛⬛⬛⬛ ].

Through [ HYPERLINK ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ , [ HYPERLINK ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ , we get to know the real situation of user experience and their satisfaction, and dig out the pain points of push frequency and content low-relevance issues.

## Future Planning

| Module | Project | Expecting DAU contribution | Referrence |
|---|---|---|---|
| Trigger | More personalized push strategy, like personalized | 0.1% | [ HYPERLINK ⬛⬛⬛⬛⬛ |

Confidential

| | | | |
|---|---|---|---|
| | timing strategy. | |  HYPERLINK<br><br>HYPERLINK<br><br>HYPERLINK<br><br>HYPERLINK<br><br>valuing push by calculating last sending interval, DAU+0.0295%<br><br>The best sending hour is positively related to users' frequent active hours. [ HYPERLINK |
| Recomm endation | Improve content cold start capability. Introduce author&content side features to rank model. | 0.1%～ 0.2% | [ HYPERLINK<br><br>HYPERLINK<br><br>HYPERLINK |

TIKTOK3047MDL-094-LARK-04039610



HYPERLINK

HYPERLINK

add author-user
relationship & live
content features,
DAU+0.07%

[ HYPERLINK

HYPERLINK

HYPERLINK

HYPERLINK

HYPERLINK

HYPERLINK

HYPERLINK

Confidential

| | | | |
|---|---|---|---|
| | | |  add user location/portrait&content tag features, DAU+0.07% |
| | Enrich our target metrics to better optimize the DAU impact, such as dismiss rate&opt-in rate. | **0.3%** | Live push -0.1% DAU from backtest Opt-out rate increase have negative impact on DAU in long-term.[ HYPERLINK |
| Content candidat es | Increase text interpretability to improve CTR. | 0.1% | Change the display name from username to nickname, DAU+0.011% [ HYPERLINK ' |
| | Introduce more personally related content. ⊛ like google Map's 'You are in a business district with many shopping malls, do you want to go?' | 0.2%~0.4 % | [ HYPERLINK <br><br> DAU in Douyin Lite +0.0666%，DAU in Douyin +0.027% <br><br> [ HYPERLINK <br><br> "Qq3y86" \h ] - 30d average active days+0.0931%, 1d average active days |

TIKTOK3047MDL-094-LARK-04039612

| Consumption | Optimize notification opt-on guidance & iterate channel by strengthening reachability | 0.2% | +0.0597%<br><br>[ HYPERLINK<br><br>█████████████<br><br>]<br><br>DAU+0.124% |
|---|---|---|---|



XFN Collabration



Commented [3]: 重点放在跟其他 pm 工作的相关性

Commented [4]: 历史合作的项目；未来启发

Appendix

[ HYPERLINK ████████████████████████████████ ]

[ HYPERLINK ████████████████████████████████ ]

Confidential

TIKTOK3047MDL-094-LARK-04039613