**AMENDED Exhibit 530**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Δ π **EXHIBIT** 30
Deponent. HAN
Date 3/11/25 Rptr. Lt
WWW.DEPOBOOKPRODUCTS.COM

# Minor Safety Policy Annual Review (2020)

## 1. What is "Minor Safety" for TikTok:

(1) Ensuring we are legally compliant

(2) Avoiding predator/ human trafficking

(3) Not normalizing controversial or dangerous behavior

## 2. Our Northstar of Minor Safety:

* Creating a positive experience and safe environment for minors

  * Share the rationale for Minor sexualization, e.g Butt Cheek

  * Recognizing the dignity of minors

  * Giving users the benefit of the doubt

## 3. Assumptions of Minor Safety:

* Minor Safety is an urgent issue that we must address effectively

* We need to be more creative in terms of minor safety

* Minor users are a protected group

* Social media is inherently dangerous and *all* minors are at risk when they engage on the platform

## 4. Methodology for Policy Making

* Proactive and Reactive Policy Making

* Policy clarification for grey-area cases (CQC: QA // CCM : Country POC).

* Trend identification mechanism

* OHR: to identify the problem.

* Comprehensive account review

## 5. Minor Safety 4.0 Structure.

> **Commented [1]:** <3 This section.

> **Commented [2]:** What does this mean? Do we need to define it more specifically, or be more expansive (than we currently are) in terms of how we perceive the issue?

> **Commented [3]:** Is this an assumption?

> **Commented [4]:** Yes. I actually want to argue that TV as well as Social media is not always harmful for minor user.
> ▮ : [THUMBSUP] 2020-03-03 01:00:23

> **Commented [5]:** I see! Very technically, minors ARE a protected group. If we rephrased this bullet to say "Minors are a sensitive group that need extra protection when using social media," would that work for what you hope to convey?
> ▮ [THUMBSUP] 2020-03-03 01:00:27

> **Commented [6]:** This may be redundant to the bullet above; please delete if so!

> **Commented [7]:** Deleted !

TIKTOK3047MDL-004-00144753



## 6. 2020 Goals for Minor Safety (need to prepare)

Minor Safety's goals for 2020 are to:

* Adopt and implement the 4.0 structure
* Develop and deploy a Global Predator Investigation Queue
* Engage with industry experts to better inform our understanding and approaches
* Creating a full-loop for moderation guideline cascading

## Minor Safety Documents

[ HYPERLINK
[ HYPERLINK
[ HYPERLINK
[ HYPERLINK
[ HYPERLINK
[ HYPERLINK

Other project related to minor safety

* Underage removing process.
* Aging up

**Commented [8]:** ▮ is there anything you would like to add in 2020 ?

**Commented [9]:** YES – but I need another week to think all of this through. How soon do you need to have this completed?

**Commented [10]:** The presentation in on Thursday. Therefore, I think we should probably get it ready by Tuesday.

**Commented [11]:** The audience is PR and GR. I suggest to give them something general

**Commented [12]:** I added three points. But would like to discuss with you mor▮

**Commented [13]:** Great! I will defer to your suggestions for now, given you have a more informed TT perspective right now. I slightly modified the wording for each bullet to signify actions we will take.
▮ : [HEART] 2020-03-03 01:54:06

**Commented [14]:** Added▮

**Commented [15]:** ▮ let me know if you wanted to cover this in your section or I can prepare too

**Commented [16]:** Yeah I can cover ML side and happy to let you cover this side ▮
▮ [OK] 2020-02-25 04:55:24

TIKTOK3047MDL-004-00144754

- Parental Family Mode: (Amanda find out when US will have it)
- Anti-Addiction
- Age Gate
- TikTok for Good
- Edu Tok: Under13 experience

  > **Commented [17]:** Why these two belong to technology?
  >
  > **Commented [18]:** I categorized these as XFN collaboration.

- DM strategy



# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-004-00144753-TIKTOK3047MDL-004-00144755

**BEGATTACH:** TIKTOK3047MDL-004-00144753

**ENDATTACH:** TIKTOK3047MDL-004-00144755

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-004

**Custodian:** ERIC HAN

**File Path:** /ITEMS

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 181B6598C4E75CC6F3329A819228003F

**DocType:** E-DOC

**Author:** ERIC HAN

**Create Date:** 2/18/2020 11:37 AM

**Last Modified Date:** 4/15/2020 2:12 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** MINOR SAFETY POLICY ANNUAL REVIEW (2020)-DOCCNGJW9WSEJVLHWJ7DWRYLIAH.DOCX

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

