# AMENDED Exhibit 531

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA                )
ADOLESCENT ADDICTION/PERSONAL      )
INJURY PRODUCTS LIABILITY          ) MDL No. 3047
LITIGATION                         )
_____    )
THIS DOCUMENT RELATES TO:          )
ALL ACTIONS                        )
_____
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES
UNLIMITED JURISDICTION

COORDINATION PROCEEDING        ) Lead Case No.
SPECIAL TITLE [RULE 3.550]     ) 22STCV21355
                               )
SOCIAL MEDIA CASES             ) JCCP No. 5225
_____)
THIS DOCUMENT RELATES TO:      ) Judge:
ALL ACTIONS                    ) Carolyn B.
                               ) Kuhl, Dept.12


MONDAY, MARCH 24, 2025

CONFIDENTIAL – ATTORNEYS' EYES ONLY –
PURSUANT TO PROTECTIVE ORDER
***CONTAINS REDACTED PORTION***

⬚ ⬚ ⬚
Videotaped deposition of Cormac
Keenan, held at the location of the witness
in Dublin, Ireland, commencing at 9:25 a.m.
Greenwich Mean Time, on the above date,
before Carrie A. Campbell, Registered
Diplomate Reporter, Certified Realtime
Reporter, Illinois, California & Texas
Certified Shorthand Reporter, Missouri,
Kansas, Louisiana & New Jersey Certified
Court Reporter.
⬚ ⬚ ⬚

A.    No.

Q.    Have you talked to anybody from TikTok who's been deposed?

A.    No.

(Keenan Exhibits 2 and 3 marked for identification.)

QUESTIONS BY MR. VERRIER:

Q.    Okay.  I'm going to hand you two documents.  We're going to mark these as Exhibits 1 and 2 -- I'm sorry, 2 and 3.

So Tab 2 will be marked as Exhibit 2.

Tab 3 is -- we've marked as Exhibit 3.

Okay.  So turning your attention to the document that we had marked as Exhibit 2, is that your résumé?

A.    It is, yes.

Q.    And you recognize that document?

A.    I do.

Q.    Does it accurately lay out your work history?

A.    Yes, it does.

Q.    If I could turn your attention

to the professional summary at the top.

A.    Yeah.

Q.    It says that you have extensive experience in trust and safety.

Is that accurate?

A.    I believe so, yeah.

Q.    And below that, you list your experience working for TikTok and ByteDance.

Is that right?

A.    Correct.

Q.    And originally you began at TikTok in February 2020?

A.    Yeah.

Q.    And you were the head of trust and safety for the EMEA?

A.    Correct.

Q.    And is that the Europe, Middle East and Africa region?

A.    Absolutely, yeah.

Q.    And after -- well, come November of 2020, you were elevated to the head of global trust and safety.

Is that right?

A.    That's correct.  Yeah.

Q.    And TikTok/ByteDance is a

global company.

Right?

A.    Yeah.

Q.    And they -- you originally had authority over the EMEA region.

Were there other regions also?

MR. DRAKE:  Object to form.

THE WITNESS:  At that stage --
so I joined TikTok in, as it says
here, early February, February 3rd, to
be precise.  At that point my -- my
role was essentially to build out the
trust and safety functions that were
supporting the European, Middle East
and Africa region out of Dublin.

So at that point, my only remit
was to support users and to build the
team supporting those users in the
EMEA region.

QUESTIONS BY MR. VERRIER:

Q.    Were there -- did TikTok have other regions that were in operation that other employees were building out the trust and safety operations for?

A.    Yeah.  So I had a number of

counterparts.  There was ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ who was based in Mountain View, building out the support for the -- essentially the Latin American region.

I had a colleague, ▮▮▮▮ who was in Singapore, essentially doing the same thing for the APEC region.

And then we -- from the day that I started, we had a separate organizational structure for the US.  So the US was under the remit of Eric Han in a team referred to as US Safety.  They reported up into a different part of the organizations. They reported up in to V Pappas and had responsibility for the US.

So I had direct -- my direct peers were ▮▮▮▮▮▮▮▮▮ and then Eric working in the US, but they were more independent.

Q.    And in November of 2020, you became the head of global trust and safety.

Is that right?

A.    That's correct.  Yeah.

Q.    And in that role, you were responsible for the global trust and safety

function?

A.   I was.  So my role encompassed at that stage the aforementioned regions, APEC and Latin America.

I also folded in as part of my new role responsibility for functions -- other functions that were in the global team. So they included our operations team, and its role is to build and manage the content moderation efforts.

The policy team, product policy team, which builds and publishes and manages our content policies, and they're published externally under the community guidelines.

And there were other teams, like strategy and operations, but the US remained separate.  So the US was something that never directly reported up in to me. That was a separate organization.

Q.   Okay.  And so prior to working at TikTok/ByteDance, you worked at Facebook, now Meta, for close to ten years.

Is that right?

A.   Correct.

Q.   And before that, you worked at

Google here in Dublin for a little over seven years as well.

Is that right?

A.    That's correct.

Q.    The second document I handed you that -- it's labeled Exhibit 3, this is a document that's titled "Amended Human Resources Information" -- or "Second Amended Human Resources Information."

Is that accurate?

A.    Yeah, that's correct.

Q.    And looking quickly at this, does this seem like an accurate reflection of your experience at -- at TikTok?

A.    It does except for the -- under the first bullet under Departments, that may be an administrative function from an onboarding perspective.  But obviously -- I'm sorry, that's incorrect.  My apologies.

Yeah, this all looks correct, yes.

Q.    Okay.

A.    I misread the date.

Q.    Now, you stopped being a TikTok employee in March of 2024.

Is that right?

A.    Correct.

Q.    But you went on to join the board of directors?

A.    I've been a member of the board probably since -- I don't remember the exact date, but a couple of years in my tenure I was already on the board.  So when I made the decision to leave, it was discussed whether I could or can continue in that role.

So I have been an independent, nonexecutive director on the TikTok Technology Limited board since that point.

Q.    So that would be since some point prior to -- oh, you've been an independent director --

A.    Yes, exactly.

Q.    Yeah, okay.

Prior to that time, sometime after, I guess, November of 2020, you became a member of the board --

A.    Yeah, I can't remember exactly the date, but I think it would have been in my first year.

Q.    Okay.  So sometime between 2020

and early 2021, you think?

A.      Yeah, that would be --

Q.      Okay.

A.      -- reasonably accurate.

(Keenan Exhibit 4 marked for identification.)

QUESTIONS BY MR. VERRIER:

Q.      I'm going to mark another document here, Exhibit 4.  This is Tab 4.

So I've handed you a document that is Bates-stamped -- bears the Bates stamp on page 1 of TIKTOK3047MDL-239-04865103.

Do you see that on the bottom right-hand corner, page 1?

A.      Yes, I do.

Q.      And this is a -- a letter of appointment dated April 3, 2024?

A.      Correct.

Q.      Do you recognize this document?

A.      I do.

Q.      If I turn your attention to the last page -- well, the last two pages are a legal, technical metadata, but three pages in it bears the Bates number at the bottom 5111.

don't think that we did.

(Keenan Exhibit 19 marked for identification.)

QUESTIONS BY MR. VERRIER:

Q.    That's Exhibit 19.

Mr. Keenan, I've handed you a document.  It's a Lark chat.  The first page bears the Bates number ending in 0824.

Do you see that?

A.    I do, yes.

Q.    And it's titled "P&C WSJ articles on TikTok algorithm."

Did I read that correctly?

A.    Yes, you did.

Q.    What does the P&C stand for?

A.    Protected -- protected and confidential?  Protected and client-privileged?  I think it could be interpreted different ways.

Q.    And WSJ means Wall Street Journal, I assume?

A.    Correct, yeah.

Q.    So this is a Lark chat between you and others, including TikTok CEO Shou Chew.

Is that right?

A.      That would appear so, yes.

Q.      And it begins in -- on December 7, 2021?

A.      Correct.

Q.      And the first message in the chat is from Mr. Chew.

Do you see that?

A.      I do.

Q.      And he says, "I think we have our new community guidelines coming out soon. The new community guidelines talk about eating disorders as well.  May want to sync up on timing of that."

Did I read that correctly?

A.      Yes, you did.

Q.      And if we move down to the bottom of the page, there's a message from ▉▉▉▉▉▉▉▉▉?

A.      Yeah.

Q.      Who is ▉▉▉▉▉▉▉▉▉?

A.      She was also a member of the communications team.

Q.      Communications.

And she says, "A few updates.

This is not going to be a good story."

Did I read that correctly?

A.    Yes, you did.

Q.    "Unlike The Wall Street Journal's previous bot-focused piece, these findings are interspersed with stories of teen girls sucked into eating disorder/dieting rabbit holes who attest that the content accelerated their descent, triggered an eating disorder or triggered a relapse."

Did I read that correctly?

A.    Yes, you did.

Q.    And then if I turn your attention to the last message on that page, the last bullet point, ▓▓▓▓▓▓▓ writes, "We prodded on whether these teens experienced similar paths on other platforms...the take is that the eating disorder content is inescapable on TikTok, because they didn't proactively seek it out."

Did I read that correctly?

A.    Yes, you did.

Q.    Now, this message goes to the top of the next page where it has additional

Q.    And it says, "New user activation is the process of taking a new user from opening the TikTok app to establishing a habit around the core value prop."

Do you see that?

A.    I do, yes.

Q.    Do you understand that to be core value proposition?

A.    That's how I would interpret it, yes.

Q.    Okay.  It also says, "An activated new user has to form a habit of coming to TikTok on a regular basis."

Do you see that?

A.    I do see that, yes.

Q.    And that's in bold?

A.    Correct.

(Keenan Exhibit 24 marked for identification.)

QUESTIONS BY MS. CRAICK:

Q.    Okay.  We can set this aside.

Then let's pull up FC4.  This is Exhibit 24.  Take a look through it.  Let me know when you're ready.

Okay?

A.     Sure.

Okay.

Q.     And this is a Lark chat titled "Adult nudity and sexual" --

What's the A?

A.     Activity.

Q.     -- "activity, trust and safety alignment channel."

A.     Correct, yes.

Q.     Okay.  And the first message is from ███████████ and she is tagging you.

Do you see that?

A.     I do, yes.

Q.     And this is from March 2021.

Right?

A.     Correct, yeah.

Q.     Okay.  And what was ████████ ███████ role?

A.     I don't recall specifically.

Q.     Okay.  Was she on your team?

A.     If she would have -- if she was in this group, she was in trust and safety. So, yeah, she was in trust and safety in some -- some role.  I'm not sure exactly what

her role was.

Q.    Okay.  And you can also see you're participating in this Lark chat?

A.    Yeah.

Q.    And you're participating in the regular course of your job at TikTok.

Right?

A.    Yes.

Q.    And you have no reason to believe the chat was altered in any way from how it existed in your files?

A.    I do not.

Q.    Okay.  So if we go to page 4, which is ending in 0456, at the very bottom of the page there's a start of a message from ███████

A.    Yeah.

Q.    And they're forwarding a chain of messages that continues onto page 5, Bates ending 0457.

Do you see that?

A.    I do.

Q.    Okay.  And at the bottom of the forwarded messages, one of the messages says, "I don't think the TikTok recommendation

system is suitable for abuse detection."

Do you see that?

A.    I do.

Q.    "The main goal of TikTok rec

sys" --

Is that recommendation system?

A.    I'm not entirely sure, but I think that's a good hypothesis.

Q.    Okay.  "The main goal of TikTok's recommendation system is to improve user retention and stay duration."

Do you see that?

A.    I do.

Q.    Is it your understanding that the recommendation system is sometimes referred to as the algorithm?

A.    Yeah, they're used interspersed.

Q.    Okay.  And that's one of the main things that powers the For You page that a user sees when they're scrolling through videos on TikTok.

Right?

A.    Correct, yes.

Q.    Okay.  And user retention, as

                    CERTIFICATE

            I, CARRIE A. CAMPBELL, Registered
Diplomate Reporter, Certified Realtime
Reporter and Certified Shorthand Reporter, do
hereby certify that prior to the commencement
of the examination, Cormac Keenan, was duly
sworn by me to testify to the truth, the
whole truth and nothing but the truth.

            I DO FURTHER CERTIFY that the
foregoing is a verbatim transcript of the
testimony as taken stenographically by and
before me at the time, place and on the date
hereinbefore set forth, to the best of my
ability.

            I DO FURTHER CERTIFY that I am
neither a relative nor employee nor attorney
nor counsel of any of the parties to this
action, and that I am neither a relative nor
employee of such attorney or counsel, and
that I am not financially interested in the
action.


        <%31964,Signature%>

        _____
        CARRIE A. CAMPBELL,
        NCRA Registered Diplomate Reporter
        Certified Realtime Reporter
        California Certified Shorthand
        Reporter #13921
        Missouri Certified Court Reporter #859
        Illinois Certified Shorthand Reporter
        #084-004229
        Texas Certified Shorthand Reporter #9328
        Kansas Certified Court Reporter #1715
        New Jersey Certified Court Reporter
        #30XI00242600
        Louisiana Certified Court Reporter
        #2021012
        Notary Public
        Dated:  April 14, 2025