# AMENDED Exhibit 542

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

 2021-08-19  15:35:00

Funny you mention and I agree. I raised this when I first started as well. There's some collaboration but not as much as there might be. I think we can def do more in the coming months

 Jordan Furlong

2021-08-19  15:35:51

Awesome - apologies i wasn't able to make b/c Im on east coast right now and was at dinner. Would love to set up a future 1:1 to chat more on all of your work as I'm super excited about it and would love to figure out how we can collaborate more

Jordan Furlong    2021-08-19  16:08:42

Let's include this as a topic to discuss in our 1:1! And no problem - I'm sure work is crazy for you right now. Do you have a preference on when to meet?

 2021-08-19  16:08:53

i'll find us some time next week

**TikTok-Furlong**

**10**

4/11/2025 - MOP

Jordan Furlong    2021-08-19  16:09:02

Sounds good. Looking forward to it

 2021-08-22  21:48:45

hey super random but do you know the major decision makers in lark? T&S has 2 massive pain points that would change our lives if Lark fixes: 1) track changes 2) delayed send messages (critical for improving WLB) The lark feedback group is a bit of a blackhole. Any advice?

Highly Confidential (Competitor)

Jordan Furlong  2021-08-22  23:44:56

Docs pm lead = ██████████ messenger pm lead = ██████████

██████████  2021-08-23  00:00:16

thanks!

Jordan Furlong  2021-08-23  00:23:25

Any time

██████████  2021-08-25  00:00:11

████████████████████████████████

Jordan Furlong  2021-08-25  00:10:16

Re: the gambling example you brought up, these podcasts are a conversation between Center for Humane Tech + someone who researched coercive design used in gambling. It was fascinating/terrifying to listen to. They directly mention how the TikTok UX feels like a slot machine too - you never know what's coming next https://open.spotify.com/episode/2oBKyGKMd0AjvJZXVcsMtO?si=5331db40abeb463e https://open.spotify.com/episode/7J820MYw7F2SAywDSkPvyd?si=cb110d8b3d5e435e

Jordan Furlong  2021-08-31  22:34:17

I threw that hot dog question in hoping you'd answer it exactly how you did. Well done

██████████  2021-08-31  22:34:27

i'm so grateful for that one

🎙 *Jordan Furlong*

Highly Confidential (Competitor)

 2021-08-31  22:34:42

it definitely helped with my own wellbeing

 *Jordan Furlong*

 2021-08-31  22:34:53

you are my favorite person of the day

Jordan Furlong   2021-08-31  22:35:19

It was the break from rto questions you deserve

♥

 2021-09-21  20:20:33

T&S Group (Bay Hub)

*Forwarded*

> **Jordan Furlong** 2021-09-21 19:14:10
>
> ██████████████████████ you may have finally answered all the questions!

██████████ 2021-09-21  20:20:33

Hard to top the hard hitting question of if a hotdog is a sandwich

 *Jordan Furlong*

Jordan Furlong   2021-09-21  20:21:15

Highly Confidential (Competitor)

Gotta keep you on your toes!

▮▮▮▮▮▮    2021-10-21  16:45:50

i'd love to get a revolving/new faces presenting for all-hands for different sections. For Product updates, other than you and ▮▮▮▮, who are the other product folks on the team in Bay?

Jordan Furlong    2021-10-21  17:25:00

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (just joined). Good point. Let me ask if ▮▮▮▮▮▮ are interested

▮▮▮▮▮▮    2021-10-22  01:24:08

awesome thanks!

 *Jordan Furlong*

▮▮▮▮▮▮    2021-10-25  07:44:55

▮▮▮▮▮▮Michael Beckerman的会话记录

*Forwarded*

> **Michael Beckerman** 2021-10-25 00:34:57
>
> Do we have internal scientific research on wellbeing?

> **Michael Beckerman** 2021-10-25 00:35:35
>
> I will be asked if we will disclose our internal wellness research. Anything that your team has done or is working on that I should know about?

▮▮▮▮▮▮    2021-10-25  07:44:55

Anything you got here?

Highly Confidential (Competitor)

Jordan Furlong    2021-10-25    15:49:40

Yep a lot. Follow this link ███████████████████████████████████████

Jordan Furlong    2021-10-25    15:49:58

Then there's a messier but more extensive list here
████████████████████████████████████████████████████

Jordan Furlong    2021-10-25    22:13:51

POST

# Title:

### Text:

Hey ████ Before ██ left we discussed the potential for ██████ to play the PMO or Program Manager role for the wellbeing initiative. 1-5 here = PgM, 4-5 = PMO. Was curious if you're on the same page here? Would love to more deeply engage with ████ if she's supposed to be working on wellbeing

Jordan Furlong    2021-10-25    22:14:52

RI Program Manager vs. PMO

1. Be a subject matter expert on a particular RI Partnership Area (e.g. wellbeing)

2. Act as a thought partner for "clients" (e.g. Jordan Furlong, who leads Digital Wellbeing Product work) to inform their work ****FOR THE FUTURE****

3. Amplify and/or accelerate the efforts of the "client" via introductions to external experts (e.g. Center for Humane Technology) and subject matter expertise --- in partnership with OPM

4. Put together the high-level project plan - Identify the objective, primary activities, roles and responsibilities, high level 6 month roadmap - meet with the wellbeing working group and/or project working group to get the project done (partner meaningfully with the executive sponsor)

5. Create materials (e.g. Deck synthesizing our vision and definition for wellbeing at TikTok and all the roles that each of us plays in bringing that to life) to facilitate more leadership buy-in and support ... and clarify narrative so we're all telling the same story

████████    2021-11-15    00:21:58

Highly Confidential (Competitor)    TIKTOK3047MDL-066-LARK-00951768

■■■■■■ 2021-08-22 21:48:45

hey super random but do you know the major decision makers in lark? T&S has 2 massive pain points that would change our lives if Lark fixes: 1) track changes 2) delayed send messages (critical for improving WLB) The lark feedback group is a bit of a blackhole. Any advice?

**Jordan Furlong** 2021-08-22 23:44:56

Docs pm lead = ■■■■■ messenger pm lead = ■■■■■■

■■■■■■ 2021-11-15  00:22:00

hey bud - i was going to reach out to the person doing lark messenger on delayed send. is this contact info still right

Highly Confidential (Competitor)

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-066-LARK-00951764-TIKTOK3047MDL-066-LARK-00951769

**BEGATTACH:** TIKTOK3047MDL-066-LARK-00951764

**ENDATTACH:** TIKTOK3047MDL-153-LARK-07392589

**Attachment Count:** 13

**PRODVOL:** MDL-066

**Custodian:** FURLONG, JORDAN

**File Path:** /TIKTOK3047MDL-066-LARK-00951764.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 8/19/2021 12:00 AM

**Last Modified Date:** 8/19/2021 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-066-LARK-00951764.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**<u>Subject:</u>**

**<u>THREADID:</u>**

**<u>REDACTIONS:</u>**

**<u>REDACTION TYPE:</u>**

