# AMENDED Exhibit 565

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

 **2022-04-18   09:41:13**

AB Test brief: iOS non-notch screen add time bar

**2022-04-27   01:01:26**

POST

# Title: [AB Analysis] Allow users to duet & stitch [60s,3m] videos

**Text:**

We are allowing longer videos to be duetted and stitched. The current limit is 60s, we are extending this to videos up to 180s long (10 minute videos not currently included in this test).

Hypothesis: extending the limit of videos that can be duetted and stitched will increase the use cases and encourage further duet/stitch publish content.

✅ Expectations Met

- No impact to core metrics or guardrails (vv/dau, vv/item)

- Increase in duet/stitch publish ratios

- V2: +0.65% stitch/duet publish pv ratio, V3: +0.83% stitch/duet publish pv ratio

- Increase in duet/stitch publish penetration

- V2: +0.55% stitch/duet publish rate, V3: +0.49% stitch/duet publish rate

Next Steps and Recommendations:

1. Fully ramp and launch V3 - 60s+ stitch and duet enabled, open hold out experiment

2. Consider extending usability to 10 min videos as they expand globablly

POCs:

DA:

PM: Michael Buzinover

*THUMBSUP*     *Michael Buzinover,*

2022-04-28  03:38:03

POST

# Title: Guide users to turn on push notifications

**Text:**

[Background]

Current push opt-in rate is around 60% for iOS and around 90% for Android. We noticed that for users who did not turn on push permission, the push permission pop-up coverage are not enough. We would like to add more scenarios and guide more users to turn on push notifications and increase DAU.

[Requirement]

Show a pop-up "Turn on push notifications?" after users publish/left a comment/DM/re-visited self's video on profile page. All panels share the same frequency control.

[AB test setup]

v1: online

v2: ask users who did not turn on the out-app push permission to turn on out-app permissions

v3: ask users who have already turned on the out-app push permission to turn on the toggles of more subtypes

v4: both

[Conclusion]

✅ Meets expectation

[Details]

iOS 7-Activedays+0.0304%, and not converged yet.

iOS push opt-in rate +0.78%,  Android push opt-in rate+0.1%

[ToDo]

Fully launch and leave a hold-out experiment with small traffic, so that we could observe the longterm impact.

[Appendix]

DA: ███████████████████████████

PRD: ██████████████████████

*THUMBSUP*

2022-04-28 07:39:30

POST

# Title: [Social]Profile views in US/EEA/UK/CH

**Text:**

[Background]

On the basis of user authorization, we add a profile viewes feature, users can receive interactive notifications when there are new viewers of their profile, and can also see profile viewer history on their own profile page.

We used a phased rollout starting outside US/EEA/UK/CH due to compliance requirements before, and now it has been fully launched in other regions, and this experiment is conducted in US/EEA/UK/CH.

[AB test setup]

V0: Control group

V1: Only have inbox notification

V2: Inbox notification +fixed entrance in profile

V3: Inbox notification +fixed entrance in profile+out-app push

[Conclusion]

☑ meet expectation

[Details]

1. Last 7-day ActiveDays/U +0.0704%, StayDuration/U +0.178%, Publish/U +0.368%，PubUser/U +0.664%, Mutual Follow Interaction UV/U +0.28%. Current authorization rate is ~18.71%

2. The benefits are still expanding with the increasing authorization rate. It is expected that the [long-term hold out experiment](https://libra-sg.bytedance.net/libra/flight/70139098/report/main#TC-31051) ActiveDays/U will increase more than +0.1%

[TODO]

Fully launch v3 in the existing experiment

[Appendix]

DA: █████████

PM: ██████

PRD: ███████████████████████████

AB analysis report: ███████████████████████

*THUMBSUP* ██████████████████████████████

Confidential                                                                 TIKTOK3047MDL-021-LARK-00014507

System Message   2022-04-29   03:45:51

█████ joined the group via an invitation card shared by ████ New members can see all chat history.

System Message   2022-04-29   03:48:24

█████ removed █████ from this chat.

System Message   2022-04-29   03:48:29

█████ removed ████ from this chat.

System Message   2022-04-29   03:48:36

█████ removed █████ from this chat.

System Message   2022-04-29   03:49:06

█████ removed █████ from this chat.

System Message   2022-04-29   03:55:35

█████ joined the group via an invitation card shared by ████ New members can see all chat history.

System Message   2022-04-29   04:14:56

█████ joined the group via an invitation card shared by █████ New members can see all chat history.

█████   2022-04-29   09:58:29

POST

Confidential    TIKTOK3047MDL-021-LARK-00014508

# Title: [Result Sharing]TikTok 'Like' effect optimization

**Text:**

[Background]

Optimize the animation effects by double-clicking to like and clicking to like on videos, to verify that the optimization of the "like" effect has a positive benefit to the core metrics

[AB Test Set-up]

V1: Control group

V2: Change the double clicking and icon clicking effects

[Conclusion]

❌ Don't meet expectation.

vv/U-0.04%

Like click pv/u-0.47%(Android-0.6%, iOS-0.1%)

The complicated 'like' effect brings burden from app performance perspective. Cause DropXCount/U has a significant negative impact on Android users(+0.27%).

Meanwhile, like-pv/u from different score devices has decreased, indicating that users are not satisfied with the new like effect.

[Todo]

1. Close AB test.

2. Explore the elements in the app that can degrade the animation, lower performance overhead can bring more benefit to consumption metrics.

[Appendix]

Designer: █████████

DA: ████████

PRD: ████████████████████████████████

AB report: █████████████████████████████████

---

█████  2022-04-29  10:17:25

result sharing- like effect optimization

---

TIKTOK3047MDL-021-LARK-00014509

██████████ joined the group via an invitation card shared by ████ New members can see all chat history.

 2022-05-06  07:13:24

POST

# Title: [Result Sharing]TikTok bottom banner Re-arrange

**Text:**

[Background]

Re-organize all the bottom banners on the video page, define the priority of the current bottom banner, formulate a unified specification for the bottom banner, avoid overlapping bottom banners online, and conflicts when new bottom banners are added to the business in the future.

[AB Test Set-up]

V1: Control group

V2: two containers, Container A:T&S, and business banner (take down > mute banner > customized notice banner > Warning >TCM=Disclaimer > election >video gift >playlist > trends > COVID > referral > anti addiction); Container B: the download of pictures and videos

V3: three containers, Container A: Warning Banner; Container B: T&S banner(except warning) & business banner(take down > mute banner > customized notice banner >TCM=Disclaimer > election >video gift >playlist > trends > COVID > referral > anti addiction); Container C: the download of pictures and videos

[Conclusion]

 Meet expectation-v3

No significant changes to iOS core metrics.

Android users - stayduration+0.03%, playtime+0.05% , due to the benefit of performance on Android devices(UI FPS+0.35%(0.17fps) and first feed duration-0.31%(8ms))

[Todo]

1. Fully launch v3. In the long run, as the exposure of warning and business banners increases, the video content will be blocked more, which may affect the consumption metrics. It is needed to keep a long-term reversal experiment.

2. Add event-tracking for containers exposuring and clicking

[Appendix]

DA: ██████████

Confidential

Designer: ████

AB report: ███████████████████████████

PRD: ████████████████████████

*THUMBSUP* ██████████████████████

████ 2022-05-06  07:25:54

result sharing- bottom banner

System Message    2022-05-06  11:19:02

████ invited ██ to this chat. New members can see all chat history.

System Message    2022-05-06  11:19:05

████ invited ███ to this chat. New members can see all chat history.

System Message    2022-05-06  11:19:07

████ invited ███ to this chat. New members can see all chat history.

System Message    2022-05-06  11:19:10

████ invited ███ to this chat. New members can see all chat history.

System Message    2022-05-06  13:27:15

████ invited ███ to this chat. New members can see all chat history.

████ 2022-05-07  08:03:42

Confidential

# Title: [Social] Motivate users to log in to find friends

**Text:**

[Background]

For non-logged-in users out of EU/US, show a pop-up right after cold start.

[AB test setup]

V0: Control group

V1: Show once per 24 hours, Wait for 60 days before the next round, if user dismissed 3 times.

V2: Show once per 24*3 hours, Wait for 60 days before the next round, if user dismissed 3 times.

☑ meet expectation

[Details]

No significant effect on core metrics.

Login rate +0.177%, social penetration +0.132%, users with Contact/FB relation penetration +0.236%, mutual follow PV among users with 0-5 mutual followers has positive trends.

[TODO]

1. Fully launch v3

2. Keep a long- term hold experiment to observe DAU impact as login rate increasing

DA█████████

PM████████

PRD████████████████████████

A/B report: █████████████████████████████

*PARTY* ████████████████ *THUMBSUP* ████████████████████

 2022-05-10  11:45:40

POST

# Title: Profile Favorites Tab

**Text:**

[Background]

Current favorites folder is hard for users to find. By moving it to be a tab, we aim to increase favorites revisit and usage in general, and further increase overall consumption and publish

[AB Set up]

v0: online design

v1: moved to tab, order: Video - Like - Favorites - Private

v2: moved to tab, order: Video - Private - Like - Favorites

v3: moved to tab, order: Video - Private - Like - Favorites (with Collection as a separate sub-tab)

[Key conclusions]

1. Favorites revisit uv/au: v2 +35.63%, v3 +23.79%, v4+25.76%

2. Overall vv: v4 +0.04% due to the increase of vv in favorites

3. Publish Days: v2 -0.12%, v3 -0.13%, v4 -0.11% due to the decrease in publish from profile draft and favorite sound (the decrease is getting smaller)

[TODO]

1. Full launch v4

2. Reserve a holdout experiment to (1) monitor the negative impact to publish (2) measure the long term value with the favorite volume increased as we expose favorite button on video

3. Improve product design, integrate collection into video tab to save more space for other tabs in favorites; and test switching Like and Favorites tab to further increase favorites revist

[Mics]

1. PM: ▉▉▉▉▉    DA: ▉▉▉▉

2. PRD: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

3. AB Report: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

*THUMBSUP* ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

---

System Message   2022-05-10   11:49:13

▉▉▉ invited ▉▉▉ to this chat. New members can see all chat history.

---

▉▉▉   2022-05-10   11:49:32

  2022-05-11  10:00:31

Quick Comment to Friends' Videos [Background] Building a short path for users to post comments on friends' videos will be beneficial for social comment metrics. More interactions received by video creators will likely produce social and therefore DAU benefits [AB Set up] v0: online design v1: quick comment on fyp, without avatar on the input box v2: quick comment on fyp, with avatar on the input box v3: quick comment on fyp+others' homepage, with avatar on the input box [Key conclusions] v3: social uv/au +0.36%, social pv/au +0.9%, social comment uv/au +18.7%, post commennt uv/au+2.63% [TODO] -Full launch v3 -Open a small traffic holdout experiment from creation side to monitor the long-term activedays benefits -Technical optimization to relieve performance issues -Future product planning in personalized emoji selection, setting up in different pages, and offering quick reply from video creator perspective [Mics] PM: ███████ DA: ███████ PRD: ████████████████████████████ AB Report: ████████████████████████

*THUMBSUP* ████████████████

  2022-05-11  10:00:41

[AB Brief] Quick Comment

  2022-05-12  06:28:41

POST

# Title:

**Text:**

POI publish wording and interaction improvement

[Background]

Test copywriting of "add location" and improve POI recommendation bar interaction (experiment 1), POI search page keyboard pop-up and font style (experiment 2)

Goal: increase POI publish uv/au

[AB Set up]

Experiment 1 (15% traffic each group):

v1: control (add location, no recommendation bar effect)

TIKTOK3047MDL-021-LARK-00014514

v2: add location+ POI bar effect

v3: tag location+POI bar effect

v4: location+POI bar effect

v5: Your location +POI bar effect

v6: Show location+POI bar effect

Experiment 2   (50% traffic each group)

v1: control

v2: show city poi address if country is included in database, keyboard pop-up, font style and spacing improvement.

[Key conclusions]

Experiment 1:

1. Poi publish uv/au: v2 +2.13%, v3 +2.90%, v4+6.09%, v5+ 5.57%, v6+1.48%

Experiment 2

2. No sig impact on POI publish uv/au

3. Search poi publish uv/au +1.59%, recommended poi publish uv/au -1.51%

[TODO]

4. Plan to launch experiment 1 v4 when double confirmed with local operation team

5. Discuss experiment 2 metric displacement and improve POI recommendation strategy before launching v2.

[Mics]

6. PM: █████  DA: █████

7. PRD: ████████████████████████████████

8. AB Report:

a.████████████████████████████████ (experiment 1)

b.████████████████████████ (experiment 2)

*THUMBSUP* ███████████████

█████  2022-05-12  21:56:32

Shared Group Chat: ████████████████

Confidential

2022-09-13 02:50:07

[AB Brief] Search rec at top of comments

TIKTOK3047MDL-021-LARK-00014516