# AMENDED Exhibit 567

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

█████████ 和Matthew Tenenbaum的单聊



█████████    2022-12-20  02:24:02

Or in venice?

Matthew Tenenbaum   2022-12-20  02:30:12

All good! You didn't miss much tbh [捂脸]



Matthew Tenenbaum   2022-12-20  02:30:21

I'll be back on the west side Thursday I think.

Matthew Tenenbaum   2022-12-20  02:30:28

So I can come by Venice!

█████████    2023-02-14  03:22:18

You did GREAT[送心]

 Matthew Tenenbaum

Matthew Tenenbaum   2023-02-14  03:24:16

Thanks so much!

█████████    2023-02-14  03:24:46

Highly Confidential (Competitor)

TIKTOK3047MDL-067-LARK-01027298

Wow the first hour of that meeting was about youth safety

🔳 *Matthew Tenenbaum*

**Matthew Tenenbaum**    2023-02-14    03:24:58

We're going hard right now

████████████    2023-02-14    03:24:59

Crazy times

**Matthew Tenenbaum**    2023-02-14    03:25:11

Haha Shou testifying in front of congress does that.

**Matthew Tenenbaum**    2023-02-14    03:25:19

6 Family Pairing PRDs are approved thanks to that

████████████    2023-02-14    03:25:19

we are preparing for some, um, intense public events happening in the near future

**Matthew Tenenbaum**    2023-02-14    03:25:33

Haha trying to keep it class [可爱]

████████████    2023-02-14    03:25:44

that's nuts

Highly Confidential (Competitor)

TIKTOK3047MDL-067-LARK-01027299

████████████    2023-02-14  03:25:51

I can't keep up

████████████    2023-02-14  03:26:05

But it's great

*⬧ Matthew Tenenbaum*

Matthew Tenenbaum   2023-02-14  03:26:21

It's honestly nothing new, sadly. Just all the things we talked about last year. Plus fixing all the holes I found but couldn't justify the resources for.

Matthew Tenenbaum   2023-02-14  03:26:34

But now it's going gangbusters.

Matthew Tenenbaum   2023-02-14  03:26:46

First 6 months of 2023 will have new features galore.

████████████    2023-02-14  03:27:03

Ir makes a massive difference to plug holes

*⬧ Matthew Tenenbaum*

████████████    2023-02-14  03:27:26

You need a strong foundation to build from

Highly Confidential (Competitor)

 *Matthew Tenenbaum*

▮▮▮▮▮▮▮▮    2023-02-14  03:27:50

Generally it feels like we are moving in the direction of more user agency

*Matthew Tenenbaum*

▮▮▮▮▮▮▮▮    2023-02-14  03:28:22

SO many new feed proposals

▮▮▮▮▮▮▮▮    2023-02-14  03:28:31

And content filtering mechanisms

▮▮▮▮▮▮▮▮    2023-02-14  03:28:42

It's really interesting

▮▮▮▮▮▮▮▮    2023-02-14  03:28:54

Sorry it's been a long day and I had caffeine way too late

*Matthew Tenenbaum*

Matthew Tenenbaum   2023-02-14  03:29:27

Haha we definitely are in a big way. It's exciting as hell. And it's pretty interesting to see the dynamic between these initiatives and algo team. Feels like there's alignment to let user agency guide the way to a new era

Highly Confidential (Competitor)                                    TIKTOK3047MDL-067-LARK-01027301

Matthew Tenenbaum    2023-02-14   03:29:53

For sure! And there's some exciting work building off this. Search in particular is getting a whole clean sweep.

Matthew Tenenbaum    2023-02-14   03:30:06

But the process will give us the first clear look into all the search entry points we've built.

Matthew Tenenbaum    2023-02-14   03:30:24

After that fun can being to really tune up how we restrict search in Family Pairing.

Highly Confidential (Competitor)

TIKTOK3047MDL-067-LARK-01027302

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-067-LARK-01027298-TIKTOK3047MDL-067-LARK-01027302

**BEGATTACH:** TIKTOK3047MDL-067-LARK-01027298

**ENDATTACH:** TIKTOK3047MDL-067-LARK-01027302

**Attachment Count:** 0

**PRODVOL:** MDL-067

**Custodian:** TENENBAUM, MATTHEW

**File Path:** /TIKTOK3047MDL-067-LARK-01027298.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 12/20/2022 12:00 AM

**Last Modified Date:** 12/20/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-067-LARK-01027298.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

