# AMENDED Exhibit 568

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**TikTok-Wang**

**18**

5/21/25 - J. Dunn, RMR, CRR

exhibitsticker.com

Adam Wang    2018-06-19   05:49:06

I will add that to the IES bi-weekly meeting todo

Alex Zhu    2018-06-19   05:49:15

Good

██████  2018-06-19   06:21:23

████████ 1. 完成手指滑动年龄识别数据收集功能开发，最快在2.1.0版本(7/8)开始灰度；2. 完成未成年人正面内容激励计划初稿，进入立项讨论阶段；3. 完成家长控制模式功能补齐及差异化、内容分级及国际化策略建议，等待立项讨论；

Adam Wang    2018-06-19   06:22:30

████ I will add those points to "全球未成年人保护策略"

👌 ████

yuyi    2018-06-19   07:04:22

激进穆斯林内容风险控制：从穆斯林宗教文化习俗，以及MTV现行的审核规则中，总结出可能冒犯穆斯林文化习俗的内容要素，和对应需具备的审核要素；按各地区开放程度，将穆斯林分布的国家分为六大区域，按区域调整审核元素并融合到审核流程中

██████████  2018-06-19   09:58:23

**@Alex Zhu** ████ Once M merged w/ TT the customer support poses challenges as TT today not using an advanced system like Zendesk. Really need to define the TT customer support plan and implement necessary process and platforms asap.

2018-06-19  10:11:57

Would be great if we can define the new owner by end of week so we can work thru necessary migration of processes, establishment of queues, keyword filters, etc, within the in-house system.

Alex Zhu   2018-06-19   10:12:34

We have agreed earlier that customer support should be done by a centralized team under ████ instead of ██████ team. Let me follow up

◖█ ███████████

████████   2018-06-19   10:13:24

████████████████████ yes, we're aware of this, we're working on the list of keywords and phrases, will be done by the end of the week

Adam Wang   2018-06-19   10:14:06

When the rebranding version is out, we can expect a large amount of support tickets. The local ops team is preparing a reply template in case we need to reply (automatic or not). It's helpful to have a clear owner for this issue.

█████████████   2018-06-19   10:15:23

████████ let's also list the features/functionality that we will be loosing during the migration away from Zendesk and explain the value so dev team can prioritize. For example, current BD solution doesn't support multi-language macros.

Alex Zhu   2018-06-19   10:33:36

sourcekey: ◖█████████████████████████████████████>; attachment_id:
█████████████████████████████████████████████████████

◖█ *Adam Wang*

TIKTOK3047MDL-199-LARK-08569298

Alex Zhu    2018-06-19   10:34:53

███████████████████████████the transfer of the CS work would be end of June or beginning of July. Please sync with Foster who is coordinating the timeline of the system integration.

████████████    2018-06-19   10:36:21

**@Alex Zhu** got it. And who is the specific person responsible within CCM? Or is that still TBD?

Alex Zhu    2018-06-19   10:38:06

████████████████    yes I just got the name from████. The person is███████████████

Alex Zhu    2018-06-19   10:38:18

sourcekey: ◄███████████████████►; attachment_id:
████████████████████████████████████████████

████████████    2018-06-19   10:39:28

**@Alex Zhu** thanks, Foster also not familiar with this person. Will create group to drive forward.

*Alex Zhu*

Adam Wang    2018-06-19   11:19:00

██████████████

Adam Wang    2018-06-19   11:22:19

TIKTOK3047MDL-199-LARK-08569299

**Redacted – Attorney Client**

█████████ 2018-06-19  11:29:56

███████████████████ just discussed with Foster. We will prepare keyword filters and our suggestions for the system and functionality in two days

👍 ███████████

████████████████  2018-06-19  11:32:44

**@Adam Wang** which product, and where is the survey - in app, social media share, 1:1?

Adam Wang   2018-06-19  11:33:58

████████████████████ M + T in app survey. We will push this survey on the second day after installing asking where he/she heard MT and the age (use education as a proxy)

Alex Zhu   2018-06-19  11:34:20

elementary?

Adam Wang   2018-06-19  11:34:44

Or we can do middle school, high school, college, working, and other

Alex Zhu   2018-06-19  11:35:08

Having elementary school is definitely violating coppa

Alex Zhu   2018-06-19  11:35:22

Also I don't think we should do this survey anyway

**Alex Zhu**   2018-06-19   11:36:22

If ftc knows about this survey, they might want us to submit the results, and I am not sure if it's good result

████████████████   2018-06-19   11:38:10

**@Adam Wang** for MT we must avoid any age demographic questions. Doing school level proxy would still be considered age demographics. We take the position in various cases and regulatory matters that we do not collect such information.

**Adam Wang**   2018-06-19   11:39:36

ok will make sure none of the age related questions will appear

████████████████   2018-06-19   11:43:40

**@Adam Wang** for your context this would be the consequence. (a) we would immediately have to delete all user who say they are elementary school. The highest grade in that school level is 5th and the average age is 10. we would probably also have to delete the respondents that say they are middle school. (b)

## Redacted - Attorney Client & Work Product

○K *Adam Wang*

TIKTOK3047MDL-199-LARK-08569301

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-199-LARK-08569297-TIKTOK3047MDL-199-LARK-08569301

**BEGATTACH:** TIKTOK3047MDL-199-LARK-08569297

**ENDATTACH:** TIKTOK3047MDL-199-LARK-08569301

**Attachment Count:** 0

**PRODVOL:** MDL-199

**Custodian:** ZHU, WENJIA

**File Path:** /TIKTOK3047MDL-199-LARK-08569297.PDF

**Confidentiality Designation:**

**HASHVALUE:** 5CE2C5B3CA091BCB788745C93A0E7BD2

**DocType:** LARK RENDERING

**Author:**

**Create Date:** 6/19/2018 12:00 AM

**Last Modified Date:** 6/19/2018 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-199-LARK-08569297.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** PRIV

