**AMENDED Exhibit 572**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Kersul Exhibit No.
**18**
8/20/2025   LT

# 「Project M」 Teen protection weekly syncs (Concluded)

## TL;DR   *(Updated on Mar 29, 4:00 PM PST)*:

**Context:**

Minor Safety and Teen Protection is important for our company. We are rallying cross-company efforts to create and/or enhance teen protection features and present positive TikTok's image to the public

**Project Conclusion :**

* We concluded the Project M weekly sync on Mar 29. Moving forward, each product owner will continue to monitor how those features land, and user adoption.

**Announcement Strategy:**

We will take a phased announcement approach, including three waves

- Announcement 1 - March 1 [Completed]: Teen & community screen time features & Family Pairing updates

- Announcement 2 - March 14th [Completed]: STEM feed

- Announcement 3 - March 16th [Completed]: Refresh

- Announcement 4 - TBD*: Keyword filters in Family Pairing (*depends on product readiness, risk item due to feature development in the early stage, and the delicate balance between the concerns of the parent groups who want this feature and advocacy groups who worry about it would let parents block sensitive keywords.)

**Estimated Major Milestone Timeline**

* **TBD*:** Announcement 4 - Keyword filters in Family Pairing (*depends on product readiness, high risk)

* **March 23:** Shou's congress testifying (plus Indiana)

* **March 16th:** Announcement 3 [Completed] - Refresh

* **March 14th:** Announcement 2 [Completed] -  STEM feed

* **March 7:** Shou in DC

Highly Confidential (Competitor)

- **March 1:** <u>Announcement 1</u> [Completed] - Teen & community screen time features & Family Pairing updates, (estimated to be 8 topics in total)

  - Completed with successful coverage

- **Feb 27:** Private account by default for teens [Resolved]- Decision by ████, target Feb 27 EOD (SG/CN time)

  - Private account by default for teens - Decision by ████, target Feb 27 EOD (SG/CN time) - OK to announce, but choose to not to due to uncertainty and risk

- **Feb 23:** Pending Decision Items stayed open [Resolved]

  - Private account by default for teens - Decision by ████ target Feb 27 EOD (SG/CN time)

  - No targeted ads to U18 users - Not to announce before March 23

- **Feb 22**: first round cutoff date for us to decide on what to include in an announcement [Resolved]



### Decision-making process

- Each feature owner runs their project autonomously.

- Every Weds Teen protection working group meets to update each other's status, and highlight risks and callouts

- Ad-hoc key decision group chat/meeting with Sandeep,████/Wenjia, Michael, (Shou if needed) whenever needed to unblock

# Projects Overview *(Updated on Mar 29, 4:00 PM PST)*

| TikTok Core Feature | Deliverables | Announcement Decision | Risk (L o | Launch Target | Final Status as Mar 29 | Discussion Group | PM Owner | RD Owner (TBC) | DSOwne | TPMs u |
|---|---|---|---|---|---|---|---|---|---|---|

     TIKTOK3047MDL-128-LARK-06477968

| | | | | |
|---|---|---|---|---|
| 7. No targeted ads to U18 users | Pending on alignment | Status:<br><br>Callout: Agreement to take a US-wide approach, not state-by-state<br><br>Need ~1 additional week for decisionmaking | ███████ | |
| 8. Private account by default for teens | Pending PRD work in progress | Status: changed to be announced in march, PRD work in progress. Engineering effort has not started yet.<br><br>Callout: owner to be found ████ (SG) | ██████ | |
| **Comms immediate announcement** | Immediate announcement<br><br>[ HYPERLINK  | Feb 22: cutoff date for us to decide on what to include in an announcement | Status:<br><br>Callout: [ HYPERLINK ████████████ | ██████<br><br>@Jamie Favazza |

# Feb 10

**Announcement**

☑ ~~Targetting to have a decision-making resolution:  Feb 15 next week wed~~

- ○ Sandeep, ████ /Wenjia, Michael , through Lark group

| TikTok Core Feature Announcement | Deliverables | Status Update | Owner |
|---|---|---|---|
| 1.    Screen time limits **on by default** for teens | [ HYPERLINK ███ | Status:<br>◈    Passed T&S product, content, UX, tech, compliance reviews<br>◈    Tech design in progress<br>◈    Comprehensive review on Monday<br>Callout:<br>◈    Need leadership sign off on 60 minute proposal, which drops global stay duration by 1.5%<br>◈    Current plan is to get rid of the custom pin code and to instead have a preset pin code. Any concerns with this?<br>◈    Still planning on testing a no pin and pin variant, but no pin does not have same level of friction. Should we even do this?<br>◈    Not technically possible to fully launch on 3/8 since we need to A/B test. To meet that, eng would have only had 1 week to code the whole feature. They are targeting completing code by 2/23 for app store deadline for a 3/8 experiment start date | @Jordan Furlong |
| | [ HYPERLINK ███ | Status: target sending it to leadership today, currently landing on 60min hard cap<br>Callout:<br>◈    need to add family pairing to kids mode | ███ |

Commented [49]: [image]
███ [THUMBSUP] 2023-02-11 00:11:52

Commented [50]: What will the app version be? 28.7?

Commented [51]: ███ Merge in 28.5

Highly Confidential (Competitor)

| | | | |
|---|---|---|---|
|  | | • will NOT be in march release, still needs to figure out timeline with engineers<br><br>• "No option to extend the time limit" is a stronger story, but may set a bad precedent on us "taking a stance" on acceptable screen time duration<br><br>• Not including family pairing, including hard cap, looking into family agency, keeping the options open with broad language | |
| 2. Push notifications **disabled at disruptive times** for teens | [ HYPERLINK | Status:<br><br>• Passed T&S product, push product, UG+push tech, content, UX, and compliance reviews<br><br>• Tech design in progress across T&S, push, and UG engineering teams<br><br>• Trying to figure out A/B test design<br><br>Callout:<br><br>• [Same as above] Not technically possible to fully launch on 3/8 since we need to A/B test. To meet that, eng would have only had 1 week to code the whole feature. They are targeting completing code by 2/23 for app store deadline for a 3/8 experiment start date | @Jordan Furlong |
| | [Impact Analysis] Disable push notifications during | Completed<br><br>-0.03%-0.05% DAU , no stay duration loss<br><br>Not move forward | @Jordan Furlong |

> **Commented [52]:** OK to start testing on 3/8
>
> **Commented [53]:** 99% chance design will stay the same. Low risk feature

Highly Confidential (Competitor)



| | | | |
|---|---|---|---|
| | school hours for minors | | |
| 3.     Greater **support to parents/care givers** in managing teen screen time (Family Pairing) | [ HYPERLINK | Status:  Ready for development<br><br>Callout: Pending Engineering Assignment - Following up Monday at start of iteration.<br><br>Europe will be delayed a bit due to extra engineering needs. (opt-in journey) | @Matthew Tenenbaum |
| | Announce marketing and educational campaign (partnering with PTA) for family pairing | Status:<br><br>Callout: | |
| | [ HYPERLINK | Status:  Family Pairing version complete<br><br>Callout: Need to align on releasing this as combined feature or not including this in our Project M scope. | @Matthew Tenenbaum |
| | [ HYPERLINK | Status: Complete - Going to Comprehensive review Monday<br><br>Callout: Need to align on final targeting strategy.<br><br>Aligned on L5, new + existing | @Matthew Tenenbaum |
| | Filter | Status: Proposal is being worked | @Matthew |

Highly Confidential (Competitor)



| | keywords | on - early next week, thinking process of risks<br><br>Callout: restriction on parents - all or nothing; important feature; sensitive keywords; timeline | Tenenbaum |
|---|---|---|---|
| 4.     Greater **user control** over For You Feed | [ HYPERLINK | Status:<br>❖     A/B test starting today<br>❖     Had to adjust configuration to the experiment based on engineering feedback<br>Callout:<br>❖     Coverage has already started<br><br>○ [ HYPERLINK "https://www.theverge.com/2023/2/2/23583225/tiktok-testing-refresh-button-fyp-algorithm-reset" \h ]<br><br>○ [ HYPERLINK "https://www.washingtonpost.com/technology/2023/02/02/ticktok-transparency-center-opens/" \h ]<br><br>○ [ HYPERLINK "https://techcrunch.com/2023/02/02/tiktok-introduces-a-strike-system-for-violations-tests-a-feature-to-refresh-the-for-you-feed/?tpcc=tcplustwitter&guccounter=1" \h ] | @Jordan Furlong |
| 5.     Expansion of **age assurance** measures | Integrate with 3P age verification solutions | Status: Product proposal in legal review, vendor review in progress<br>Callout:  no timeline from legal yet, may be next week<br>EU focused provider. How do we | @Natalie Medoff |

**Commented [54]:** Should we discuss keyword filtering here also? Do we consider this "in-scope?"

**Commented [55]:** @Jordan Furlongwhat do you think? Let me know if I should add in another additional item here. Thank you.

Highly Confidential (Competitor)



| | | frame it for US |
| | | Contract needs to be signed before announcement? |
| 6. STEM Feed | [ HYPERLINK ███████ | Status : Internal beta: 3/2, aiming Monday comprehensive review |
| | | Plan to rollout: week of 3/23 |
| | | Callout : consider ██████ ████ s feedback |

**Commented [56]:** @Jamie Favazza please discuss with ███████████ offline

**Commented [57]:** Bump

**Ads Monentization**

| 6. No targeted ads to U18 users | | Agreement to take a US-wide approach, not state-by-state |
| | | Need ~1 additional week for decisionmaking |
| 7. Private account by default for teens | | Status: changed to can announce in march, abtest is running, |
| | | Callout: owner to be found ██ █ (SG) |
| **Comms immediate announcement** | Immediate announcement [ HYPERLINK ██████ | Status: |
| | | Callout: ██████████ |
| | | ⬦ screen time limits by default (who are we working with, |

@Jamie Favazza

TIKTOK3047MDL-128-LARK-06478049

 what is the time limit), ability to commit publicly to no notifications during school hours, no personalized ads for teens, an age verification partner to name, etc

# Feb 9  - San Jose in-person meeting

**Attendees:** <span style="background:black"> </span>

**Agenda & notes:**

1. Program visibility/coordination/docs/groups/linking

2. Decision-making process , decisions needed

- Weekly working meeting

    - RACI matrix:

        * Product manager should be the decider, incorporating people's feedback

- Decision making meeting:  **Wed Feb 15 next week**

    - Sandeep, Fiona/Wenjia, Michael

- Some Decisions Needed

    - <span style="background:black"> </span> Screen Time Management Kids Mode + 13-17 (Jordan <span style="background:black"> </span>)

        * PIN? If so, logic?

        * Duration?

        * Differences between KM & 13-17?

        * Commit to FP support for KM? (Future of KM investment?)

    - <span style="background:black"> </span> STEM feed

        * Goals/Metrics/Success criteria:  Focus on trust and perception instead of adoption (Douyin < .5%)

        * Name & optionality (recommend STEM)

        * 3P decision?  (Algo PM)

            - Reuse existing content? What do we have?  Age based?

Highly Confidential (Competitor)

- Family pairing boost STEM in FYP? Recommend "no" for MVP, but cite trade-offs

**Timeline & work-back plan & resourcing**

- [ HYPERLINK ███████████████████████████████████
- Can we do it?  Eng leaders - ████████
- Should we do it? Risk

  Good and badvideos : two of each

**Deep-dive on Topics**

**Action Items:**

☑ ~~Add group chat~~

☐ Decision making meeting:  **Wed Feb 15 next week**

- Sandeep, ████/Wenjia, Michael

# Feb 1

Note:  From Adam: Shou will be testifying in Congress on March 23, it would be great to get the announcements out well in advance (like mid-late Feb)

**Announcement in Feb**

**Launch in March, two weeks before the testifying, March 9**

**Pre-announce mid-Feb, 2nd go-live announcement when features are ready in March**

| TikTok Core Feature Announcement | Deliverables | Status Update | Launch Target | Owner |
|---|---|---|---|---|
| 1. Screen time limits **on by default** for teens | [ HYPERLINK ████ | 2nd round design review today between UX and eng to get eng estimates on current options. Starting 3 needed product review meetings next Monday<br><br>YSW Policy Assessment: [ HYPERLINK ████████ | 3/8 / ASAP ? | @Jordan Furlong |

**Commented [58]:** Need external study validation to support the screen timelimits.

**Commented [59]:** May affect the timeline by 1-2 weeks.

**Commented [60]:** @Jordan Furlong ████████

**Commented [61]:** Digital safety group?

**Commented [62]:** Meeting scheduled for Monday

TIKTOK3047MDL-128-LARK-06478051



| | | | | |
|---|---|---|---|---|
| 2. Push notifications **disabled at disruptive times** for teens | [ HYPERLINK ███ | Reviewed designs yesterday, refining now. Starting 3 needed product review meetings next Monday | 3/8 / ASAP ? | @Jordan Furlong |
| | [Impact Analysis] Outright disable push notifications during school hours for minors V. Default push off for teens... | Global DAU loss 0.03%-0.05% , no stay duration loss ([ HYPERLINK ███ No push was sent to all teens from Mon-Sun, 9a-3p This will be used as impact estimate for new approach in above PRD to enable setting by default for teens | Completed | @Jordan Furlong ███ |
| 3. Greater **support to parents/caregivers** in managing teen screen time (Family Pairing) | [ HYPERLINK ███ | Arranging for RD assignment. | End of Feb/A SAP? | @Matthew Tenenbaum |
| | Announce marketing and educational campaign (partnering with PTA) for family pairing | | - | - |

> **Commented [63]:** Is there anything in family pairing or that we could add on the content side?

> **Commented [64]:** Why is this crossed out?

TIKTOK3047MDL-128-LARK-06478052



| | | | | |
|---|---|---|---|---|
| | [ HYPERLINK ▮ | Reviewing first design iterations today.<br><br>Starting 3 needed product review meetings next Monday | 3/15 / ASAP ? | @Matthew Tenenbaum |
| | [ HYPERLINK ▮ | Finalizing content this week.<br><br>Starting 3 needed product review meetings next Monday | End of Feb / ASAP ? | @Matthew Tenenbaum |
| 4.  Greater **user control** over For You Feed | [ HYPERLINK ▮ | Initial comms this Thursday, experiment to begin shortly after that pending fix to currently broken build pipeline | End of Feb / ASAP ? | @Jordan Furlong |
| 5.  Expansion of **age assurance** measures | Integrate with 3P age verification solutions | Initial assessment completed, need XFN review and sign off to proceed with Yoti integration phase 1 [ HYPERLINK ▮ | Pending assessment review (02/09) | ▮ @ Natalie Medoff ▮ |
| **Ads Monentization** | | | | |

Commented [65]: Not conformtable with ▮

Commented [66]: In US. We'll most probably go with Yoti in EU

▮ : [THUMBSUP] 2023-02-02 05:57:22

▮ : [Get] 2023-02-02 05:57:36

Commented [67]: Build in house vs 3rd party

Highly Confidential (Competitor)

| | | | |
|---|---|---|---|
| 6.  No targeted ads to U18 users | | | |
| 7.  Account privacy on by default for teens | [ HYPERLINK  | | |
| **Comms immediate announcement** | Immediate announcement | TBD, Feb. Needs more concrete content for comms purposes. | @Jamie Favazza |

# Jan 25

## [10 min] Project updates - @Jordan Furlong

| **TikTok Core Feature Announcement** | **Updates** |
|---|---|
| 1.  Screen time limits **on by default** for teens | [ HYPERLINK  would be good to review with this group, need to review options |

Highly Confidential (Competitor)

with client devs next week

* Q: No pin, pin, or pin optional? Does removing pin compromise feature at all?

  ○ ▮▮▮ fine to remove

  ○ Micheal: needs more time to consider/feedback

  ○ Jamie: science behind (jordan can share more offline)

  ○ ▮▮▮ Think about who is setting the limit

| | |
|---|---|
| 2. Push notifications **disabled at disruptive times** for teens | [ HYPERLINK ▮▮▮▮▮ ] - Kicked off with team, designs in progress, PRD expected to be completed next week<br><br>[Impact Analysis] Disable push notifications during school hours for minors - Push team running A/B test to get impact estimate |
| 3. Greater **support to parents/caregivers** in managing teen screen time (Family Pairing) | [ HYPERLINK ▮▮▮▮▮ ] Submitted to our RD team before the holiday and now only pending Inbox team feedback on notification work.<br><br>[ HYPERLINK ▮▮▮▮▮ ] Kicked off with design this week, aligning with DS, working to finalize PRD to be complete next week.<br><br>[ HYPERLINK ▮▮▮▮▮ ] Aligning on new targeting and content design with XFN partners. Expecting final legal review next week.<br><br>Announce marketing and educational campaign (partnering with PTA) for family pairing - N/A, campaign already running |
| 4. Greater **user control** over | [ HYPERLINK ▮▮▮▮▮ ] |

**Commented [68]:** @Matthew Tenenbaum Could you include some one liner updates on these projects like I did above? Just talking points to speak to live tomorrow. Also if you have a doc to link for #3 go for it

▮▮▮▮▮ [THUMBSUP] 2023-01-25 08:49:29

Matthew Tenenbaum：[OnIt] 2023-01-25 14:50:24

Matthew Tenenbaum：[DONE] 2023-01-25 23:50:11

TIKTOK3047MDL-128-LARK-06478055



| For You Feed | 1o" \h ] - Prepping for A/B test as soon as next week. Still finalizing timing of this with PR |
| --- | --- |
| 5. Expansion of **age assurance** measures | Integrate with 3P age verification solutions |

**Ads Monentization**

| 6. No targeted ads to U18 users | need stakeholders alignment |
| --- | --- |
| 7. Account privacy on by default for teens | Won't be in this announcement yet |
| **Commos Teenhub announcement** | Date TBD. Comms eeds more concrete content for announcemenmt purposes |

1.     [ HYPERLINK ███████████████████████ ██ refining design options, would be good to review with this group

2.     [ HYPERLINK ████████████████████

## [10 min] Project overview at the top

## [10 min] Action Items & Buffer discussion

# Jan 18

@Jordan Furlong

- **Screen time PRD** target next week after iron out design

- **Push notification disablement:** previous work exisited, but low priority, needs to adapt to family pairing , PRD to come

Highly Confidential (Competitor)

- Push notification disablement: Do we want to do it during school hours as well?
    - Not much progress yet, needs data science team support, delay due to spring festivals
    - Historical analysis, our own analysis
    - @Jamie Favazza/ @Jordan Furlong policy global implications, impact analysis, could be used outside of school hours as well. ~ 6 weeks to have the test. Needs PRD, and data analysis.
- ▮▮▮▮▮ US specifics needs discussion?
- **Family paring**: usage dashboard design, dev to start after spring festival
    - Education campaign: Jordan shared some previous results: [ HYPERLINK ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    - Time configuration: ongoing
    - Upsell: real goal needs clarification - awareness  or uptick adoption
        - ▮▮▮▮ wait for improvement if we try to prompt users multiple times -> marketing campaign ▮ is working on)
        - ▮▮▮▮▮▮ make the announcement, notify users until the user is ready
        - @Jamie Favazza clarification on what to announce, what will happen afterwards.
        - ▮▮▮▮ congress is moving fast, gr supports
        - ▮▮▮▮▮▮ we will take announcement, but implementation is better
            - Announcement sooner, implement slight different
            - @Jamie Favazza newsworthy material to create announcement-screen time , family pairing (QR code blocked by privacy legal), need to start abtesting for assurance
            - @Jordan Furlong get things into code asap
- **User control for your feed:** beyond minors
- **Education content:** not a comittment
- **Age assurance:** no comittment yet, next week to review,
    - ▮▮▮▮▮ external partners evaluations, need legal approval first
        - @Jamie Favazza need concrete first, will share commos strategies.
- No targeted ads to U18 users

**Redacted Attorney Client**

**Redacted Attorney Client**

Highly Confidential (Competitor)

&middot;    10th Feb with Shou

&#9900;   Account privacy by default

█████████  running test

AI :

&#10038;   Shou monthly set up?

&#10038;   [x] Project tracker

# Jan 11

## Discussion points

&#10038;   [ HYPERLINK ██████████████████████████████████

&#10038;   Comms (decisionmaking on what to announce; preparation & review of the announcement itself)

&#10038;   Analysis (ensuring we can predict with reasonable confidence what the impact of the changes will be overall and to various business lines)

&#10038;   Implementation (near-term implementation of anything we want to launch at the time of the announcement AND longer-term implementation of anything we promise now, but launch later)

## Notes

1.   ████████████  Misalignment between big bang newsworthy or not

  a.  ████████████

  b.  @Michael Beckerman sign off this week

2.   Recommendation for tomorrow

  a.  Age test: no abtest yet, 1% impact , reallocate misclassified teens (7% -> 14%)

  b.  @Jordan Furlong 6-12 months on behavior changes

  c.  ████████ and @Michael: We have 'Age Assurance(Verification)' on the roadmap for 2023. If that makes the announcement a 'big bang', we could announce something about that. However, I dont know if our age verification work would be 'industry leading'. - not leading, support adding by michael

  d.  Budget allowed for trust related

  e.  Time limit duration <- TnS justification

  f.  Stay away comparing agaisnt other platform, citing research would be helpful

  g.  Validation is lacking

Highly Confidential (Competitor)

h. Defensible - screen time: by default, 60min for 5 years old, pediatric

i. Comms - announcements have things in order

j. Transparency accountibility

k. Family pairing

l. Christina - push notificaiton disabled - granuality & family pairing

m. Later year to build it out

    i. Gradation between the age of the teen

n. Aspiration goal without hard commitments

    i. Monetizaiton : not the whole meeting


## To-Dos

☐ Goal: propose what we will/not do, committee, timeline

### AI from review session with Shou

* Teen advisory counsel & Child safety experts support

* Teenhub announcement:  Decided teen hub/youth hub relaunch is beyond the scope of this. ██████████████████ 's team from TnS is working on it. Tentative: April.

* Decided teen hub/youth hub relaunch is beyond the scope of this. ████████ ████████ team from TnS is working on it. Tentative: April.

Discussion notes:

* We can announce what we are doing before it finishes.

* Can we align the granuality for push notification - can be turned off (+ Michael, Jamie)

    ○ Commos need a sound rational:

    ○ Christina/Sandeep - AI:  getting scheduling right, launch it fast


## References

[ HYPERLINK ███████████████████████████████████

Highly Confidential (Competitor)

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-128-LARK-06477967-TIKTOK3047MDL-128-LARK-06478059

**BEGATTACH:** TIKTOK3047MDL-065-LARK-00768352

**ENDATTACH:** TIKTOK3047MDL-128-LARK-06478059

**Attachment Count:** 0

**PRODVOL:** MDL-128

**Custodian:** CRIMMINS, CHRISTINA; EBENSTEIN, ERIC; FURLONG, JORDAN

**File Path:** /MPLADLWJWOXCAAXBO0DUWMZ2SPH.DOCX

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** D79545C2CA3A36AE2DC1B49DEE6972B1

**DocType:** URL LINK DOCUMENT

**Author:**

**Create Date:** 3/29/2023 12:00 AM

**Last Modified Date:** 3/29/2023 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** MPLADLWJWOXCAAXBO0DUWMZ2SPH.DOCX

**Title:** PROJECT MTEEN PROTECTION WEEKLY SYNCS (CONCLUDED)

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** PRIV

