# AMENDED Exhibit 573

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: ▮▮▮▮▮▮▮▮ Adolescent ▮▮▮▮▮▮ /Personal Injury Products Liability Litigation

**MS + PM: Push Notification Restrictions for Teens**

Kersul Exhibit No.
**15**
8/20/2025   LT

系统消息    2023-01-12   17:46:14

**Christina Crimmins** invited **Jordan Furlong,** ██████████████████████████████
██████ to this chat.

Christina Crimmins    2023-01-12   17:52:48

> POST
>
> # Title:
>
> **Text:**
>
> @All - Hope I did the complexity of the push notification decision some level of justice. ██████████, is there someone on your team that @Jordan Furlong's team can partner with to strategize on options here?
>
> I think GR is interested in a broad swath disabling. All push notifications from ~9am-3pm for teens (today's discussion mentioning a 5% drop in DAU).
>
> I'm brainstorming a more nuanced approach that still grants us the "TikTok has disabled push notifications to teens during the school day" headline.
>
> A first conceptual pass at a balanced approach:
>
> 1. Outright disable all "limited-reach" push notifications during school hours
>
> 2. Default "strong-reach" push notifications off during school hours with option to opt-in
>
> 3. Leave "must-reach" push notifications as is
>
> I'm referring to the PRD re: overnight teen restrictions
> ████████████████████████████████████████) for definitions on Limited Reach, Strong, Reach, and Must Reach.
>
> Would love to partner to do an analysis that can compare the impact of the broad swath v. nuanced approach.

Jordan Furlong    2023-01-12   17:54:58

I assume ██████ or ██████ would be best?

TIKTOK3047MDL-182-LARK-07915057



██████████  2023-01-12  18:06:40

yes ██████ and ███████

*Christina Crimmins*

系统消息  2023-01-12  18:07:13

████████ invited ███████████ to this group. New members can see all chat history.

████  2023-01-12  18:31:53



POST

# Title:

**Text:**

@Christina Crimmins @Jordan Furlong Hi Christina and Jordan, so you need someone to review those strategies?

I think it's very clear.

sourcekey: ‹███████████████████████████›; attachment_id:
████████████████████████████████████████



Christina Crimmins  2023-01-12  18:44:31

██████████ Nice to e-meet you! Out of a discussion with Shou re: teen protections, we need to get more concrete with a proposal on an approach to restrict push notifications during school hours for teens. Trying to slow down the commitments so we can get a true assessment of impact.

TIKTOK3047MDL-182-LARK-07915058

█████ invited ██████ to this group. New members can see all chat history.

Jordan Furlong   2023-01-17   18:44:57

POST

# Title:

**Text:**

█████████ Actually just want to clarify here, we need to assess the impact of this approach:

1. Outright disable all "limited-reach" push notifications during school hours

2. Default "strong-reach" push notifications off during school hours with option to opt-in

3. Leave "must-reach" push notifications as is

Christina was just referring to that PRD (the screenshot you shared) for the definitions of limited/strong/must reach. Is there a data analyst on your team who can help us estimate the core metric impact of making these changes?

Jordan Furlong   2023-01-17   18:46:51

**@Christina Crimmins** Were school hours already decided on anywhere? If not I can check in with ████████ team on what they'd suggest

Christina Crimmins   2023-01-17   18:56:24

**@Jordan Furlong** I think an initial suggestion from GR was 9am-3pm, or at the least 10am-3pm. I'd agree next step is to vet with ██████ team.

 *Jordan Furlong*

██████ 2023-01-17   19:28:01

**@Jordan Furlong @Christina Crimmins** So sorry for the late reply. Do you have a deadline? I will talk to the DS colleague about priorities

**Christina Crimmins   2023-01-17   19:34:36**

██████████ I'll let **@Jordan Furlong** chime in. It would be great to work towards a deadline by end of this week so the US-based team has something to work with / push forward while CN is out next week.

*↩ Jordan Furlong*  ⚙🗙 ██████

**Jordan Furlong   2023-01-17   21:33:27**

POST

# Title:

### Text:

██████████ Another requirement we are being asked to build is allowing users to more granularly restrict push notifications for themselves and via family pairing. After speaking with ██████████ about his Do Not Disturb feature a while back ████████████████████████████████████, I'm thinking an efficient way to provide this is to re-surface those plans. What do you think? As a reminder, it sounds like the main reason we didn't do it before was because of algo bandwidth?

sourcekey: <████████████████████████████████>; attachment_id: ████████████████████████████████████████████

**Jordan Furlong   2023-01-17   21:33:45**

██████ Jordan Furlong, ████████████ and 1 more

*Forwarded*

> **Jordan Furlong** 2022-07-26 17:33:59
>
> POST

TIKTOK3047MDL-182-LARK-07915060

**Text:**



████████████ Looks like Do Not Disturb was removed from your PRD?

sourcekey: < ███████████████████████ >; attachment_id: ████████████████████████████████████████████

**Jordan Furlong** 2022-07-26 17:46:47

████████████ why?

████ 2022-07-26 17:51:19

@Jordan Furlong we have discussed with algo team,this featurn will cost a lot of bandwidth of them. So considering the project ROI we remove it in this requirement.

**Jordan Furlong** 2022-07-26 18:58:57

████████████ Do not disturb would cost a lot for them to build? Or the whole prd?

████ 2022-07-27 00:42:27

@Jordan Furlong do not disturb

Jordan Furlong   2023-01-17  21:38:20

████████████ Also, to be more specific on the analysis request here, we want to look at the projected aggregate impact (= impact to total population, not just impact to minors) of muting push notifications on Monday through Friday in these timeframes: 9am-10am, 10am-3pm, and 3pm-4pm. Context is there is a little flexibility on how we define the school day (according to our policy team), so we want to segment the impact in order to make our final recommendation to leadership

████ 2023-01-18  02:39:46

Confidential

**@Jordan Furlong** The goal is to do something for minors, right? So why do we need to know the impact to total population?

██████  2023-01-18  02:47:11

**@Jordan Furlong** how about join the PRD review meeting with your requirement? If you want to know anything about requirement review meeting, ████████████ could helps you

🖼 ██████

Jordan Furlong   2023-01-18   02:50:01

████████████ Correct, well I guess we want to know both but aggregate is important to understand the overall business impact of a change like this

██████  2023-01-18  02:50:09

**@Christina Crimmins @Jordan Furlong** It's a little hard for us. China will start its Spring Festival holiday in two days. We are trying to provide the data during the week from January 30 to February 3. Can it match with your planned launch date?

Jordan Furlong   2023-01-18   02:52:49

██████████████████████ I could do that, yes. Is there any other historical context I should know about for that feature though aside from the algo team's bandwidth?

Jordan Furlong   2023-01-18   02:58:16

██████████████ If it can be done early that week I think that can work. We just need to have a final recommendation of whether to commit to that change in an announcement comms will be making roughly a week after that, so timing will be a bit tight when we factor in XFN alignment. Definitely would be ideal to have it this week if that's at all possible so it's not so rushed

██████  2023-01-18  02:59:59

TIKTOK3047MDL-182-LARK-07915062

**@Jordan Furlong** Hi, jordan, glad i can help. there is no other issue with this feature, the only reason we didn't develop it is because of the priority.

 *Jordan Furlong*

---

Jordan Furlong   2023-01-18   03:02:13

 great, I can work on that prd then during spring festival then we can finalize details together and go through reviews?

---

2023-01-18   03:18:54

**@Jordan Furlong** sure, for the 「Do Not Disturb」 feature details, you can come to me for discussion any time~ maybe you can supplement more background information and the necessity of this feature on the PRD~

---

Jordan Furlong   2023-01-18   03:23:30

ok great thank you. Will do

---

Christina Crimmins   2023-01-18   04:55:58

**@Jordan Furlong** I agree, a full impact analysis requiring more time, and aiming for soon after the holiday, is understandable. Thinking out loud on how to best use our time this week before the holiday, would it be relatively easy to gather some preliminary insights that, although not yet getting at impact, can serve to orientate non-Produxt XFN stakeholders (such as GR) to the magnitude of this change? For instance:
1. # push notifications delivered to L1 and L2 users in each of the time windows mentioned
2. Typical conversion rate (from push to app opens) for those users

I'd find it valuable to know these numbers and be able to articulate the nuance and complexity behind what we're analyzing (and why a thoughtful proposal will take some time).



---

 2023-01-18   08:41:33

TIKTOK3047MDL-182-LARK-07915063

 invited  to this group. New members can see all chat history.

2023-01-18   08:41:57

"Translate as you type" is on. You can type in your preferred language to communicate

2023-01-18   08:46:54

**@Christina Crimmins @Jordan Furlong** We discussed it internally, and based on our experience: to get the most accurate estimate of impact, we need to open an AB experiment. So we suggest that you organize this requirement into a PRD, go through the Push requirement review meeting, and get an accurate estimate of impact. The timeline could be communicated at the requirement review meeting. If you have other more urgent background, such as a clear and urgent release deadline, please share with us cc <span style="background:black"> </span>

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-182-LARK-07915057-TIKTOK3047MDL-182-LARK-07915064

**BEGATTACH:** TIKTOK3047MDL-182-LARK-07915057

**ENDATTACH:** TIKTOK3047MDL-182-LARK-07915064

**Attachment Count:** 0

**PRODVOL:** MDL-182

**Custodian:** UNSPECIFIED CUSTODIAN

**File Path:** /TIKTOK3047MDL-182-LARK-07915057.PDF

**Confidentiality Designation:**

**HASHVALUE:** 806DB4254345A9EAA8E8AF837EA4ACEA

**DocType:** LARK RENDERING

**Author:**

**Create Date:** 1/12/2023 12:00 AM

**Last Modified Date:** 1/12/2023 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-182-LARK-07915057.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**<u>Subject:</u>**

**<u>THREADID:</u>**

**<u>REDACTIONS:</u>**

**<u>REDACTION TYPE:</u>**

