# AMENDED Exhibit 585

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**EXHIBIT**

17 E

# NATIVE DOCUMENT PLACEHOLDER

## Please review the native document TIKTOK3047MDL-290-LARK-08852028.XLSX

| | D | R |
|---|---|---|
| | ZD_created_at | ZD_comments.plain_body |
| 3548 | 2/6/2020 3:39 | Help I am getting addicted with this app. Please do something or suggest me something 😧 😧 😧 |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-290-LARK-08852028

**BEGATTACH:** TIKTOK3047MDL-290-LARK-08852028

**ENDATTACH:** TIKTOK3047MDL-290-LARK-08852028

**Attachment Count:** 0

**PRODVOL:** TB025

**Custodian:** TIKTOK

**File Path:** /NATIVES/0001/TIKTOK3047MDL-290-LARK-08852028.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** ED1E900FC1516E6180EF4CD28DAF1430

**DocType:** EDOCUMENT

**Author:**

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** USER FEEDBACK DATA.XLSX

**Title:** USER FEEDBACK DATA.XLSX

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

