# AMENDED Exhibit 586

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



EXHIBIT

17F

## NATIVE DOCUMENT PLACEHOLDER

**Please review the native document TIKTOK3047MDL-290-LARK-08852028.XLSX**

| D | R |
|---|---|
| ZD_created_at | ZD_comments.plain_body |
| 14776 9/15/2020 17:35 | Hi, My name is [Redacted-PII] and I think I'm addicted tik tok and after watching the movie, social dilemma" about social<br>media I've come to the decision to delete my account. However, in the time I've had tik tok my number has<br>changed so the verification code it wants me to type is sent to a number I no longer have. Is it possible to delete<br>it for good with my new number?<br> Thanks so much<br><br>----------<br>Ticket closed as part of transition for worldwide LERT-- gmail to ZenDesk. Official move March 01, 2021 |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-290-LARK-08852028

**BEGATTACH:** TIKTOK3047MDL-290-LARK-08852028

**ENDATTACH:** TIKTOK3047MDL-290-LARK-08852028

**Attachment Count:** 0

**PRODVOL:** TB025

**Custodian:** TIKTOK

**File Path:** /NATIVES/0001/TIKTOK3047MDL-290-LARK-08852028.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** ED1E900FC1516E6180EF4CD28DAF1430

**DocType:** EDOCUMENT

**Author:**

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** USER FEEDBACK DATA.XLSX

**Title:** USER FEEDBACK DATA.XLSX

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

