# AMENDED Exhibit 587

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



EXHIBIT

17 G

# NATIVE DOCUMENT PLACEHOLDER

## Please review the native document TIKTOK3047MDL-290-LARK-08852028.XLSX

| | D | R |
|---|---|---|
| | ZD_created_at | ZD_comments.plain_body |
| 26800 | 3/7/2021 19:09 | Country Code: US Email Address: [REDACTED-PII] Username: [REDACTED-SCA] Feedback: Hello. I would like the account permanently deleted as soon as possible associated with the following data: Tiktok account name: [REDACTED-SCA] Signup date: 2020, not sure what month Linked account email: Facebook account under [REDACTED-PII] Last login date: 03/06/2021 Last login device: iPhone 12 Pro Last login location: New York, NY Associated phone number: [REDACTED-PII] Trying to get over my tiktok addiction. Please delete, thank you. Screenshots: N/A <br>---------- <br>Hi there, Thanks for reaching out! The account you mentioned ([REDACTED-SCA]) and all the associated videos have been deleted as you requested. Please let us know if there's anything else that we can help with. Best, Abel <br>---------- <br>I just checked and my account is not permanently deleted. I can still login and see everything. Please permanently delete the account. Thanks. <br>---------- <br><br>Hi there, Thanks for contacting TikTok! The username you provided ([REDACTED-SCA]) does not match the information in our system. Could you please confirm the username so I can help you out with this issue? You can locate your username on your profile page, just below your profile picture (shown as @xxxx, with no capitals or spaces). Cheers, Abel |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-290-LARK-08852028

**BEGATTACH:** TIKTOK3047MDL-290-LARK-08852028

**ENDATTACH:** TIKTOK3047MDL-290-LARK-08852028

**Attachment Count:** 0

**PRODVOL:** TB025

**Custodian:** TIKTOK

**File Path:** /NATIVES/0001/TIKTOK3047MDL-290-LARK-08852028.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** ED1E900FC1516E6180EF4CD28DAF1430

**DocType:** EDOCUMENT

**Author:**

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** USER FEEDBACK DATA.XLSX

**Title:** USER FEEDBACK DATA.XLSX

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

