# AMENDED Exhibit 596

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Youth Centered Design 2024 Product Strategy [P&C]

## Overview

| | |
|---|---|
| **Description** | The purpose of this document is to provide a high level vision for investment areas and deliverables for 2024. More granular feature development plans will be split out into sub-pillar docs. |
| | Youth Centered Design Product is a product management team within minor safety led by @Jordan Furlong. This team specializes in building out user facing experiences dedicated to maximizing minor safety and wellbeing on TikTok. |
| **Vision** | TikTok is an industry leader in ensuring minor safety and improving digital wellbeing. |
| **Domains** | 1.  Attention Management |
| | 2.  Social Comparison |
| | 3.  Connection |
| | 4.  Family Pairing/User Education |
| | 5.  *Harmful Content & Interactions |

> **Commented [1]:** POCs WIP
>
> **Commented [2]:** Just to educate myself, is STEM feed one of those domains?
>
> **Commented [3]:** [image]
> [THUMBSUP] 2023-12-05 01:43:47

## Objectives

1.      Validate prioritization of problem/solution pairs via literature reviews, external expert consultations, and product analytics to ensure impact and defensibility

2.      Ship product changes that measurably improve teen mental health and clearly establish TikTok as industry leaders in addressing the [ HYPERLINK "https://www.hhs.gov/sites/default/files/sg-youth-mental-health-social-media-advisory.pdf" \h ] on teen mental health

3.      Coordinate strategy and positioning across PR, GR, Marketing, and Legal to maximize value for teen users and improve trust in TikTok

Highly Confidential (Competitor)

# Strategy

round_pushpin

While this strategy document builds on several years of related work across minor safety and wellbeing ([ HYPERLINK

<span style="background:black">████████████████████████████████</span>

HYPERLINK ████████████████  this 2024 version is closely anchored to the [ HYPERLINK "https://www.hhs.gov/sites/default/files/sg-youth-mental-health-social-media-advisory.pdf" \h ] (June 2023) on how social media negatively impacts teen mental health.

In doing so, we ensure our priorities are directly aligned with the US's formal position on teen wellbeing and helps decentralize decision making responsibility we'd have on this complex topic.

Research is ongoing to ensure this strategy is applicable to our global audience.

*Please view Further Reading for more inputs that informed this document*

# User Problems

1. **[Attention Management]** Responsibly managing screen time is a challenge especially for minors, which can lead to mental health risks and interference with other important areas of life like sleep, school, and relationships

   a. A longitudinal cohort study of U.S. adolescents aged 12–15 (n=6,595) that adjusted for baseline mental health status found that adolescents who spent more than 3 hours per day on social media faced double the risk of experiencing poor mental health outcomes including symptoms of depression and anxiety ([ HYPERLINK "https://jamanetwork.com/journals/jamapsychiatry/fullarticle/2749480" \h ])

2. **[Social Comparison]** Minors are especially prone to social comparison online, which can lead to feelings of inferiority based on body image, status, and lifestyle. This source of this issue is commonly tied to

   a. A synthesis of 20 studies demonstrated a significant relationship between social media use and body image concerns and eating disorders, with social comparison as a potential contributing factor. Social comparison driven by social media is associated with body dissatisfaction, disordered eating, and depressive symptoms. When asked about the impact of social media on their body image, nearly half (46%) of adolescents aged 13–17 said social media makes them feel worse, 40% said it makes them feel neither better nor worse, and only 14% said it makes them feel better ([ HYPERLINK "https://link.springer.com/article/10.1007/s10802-015-0020-0" \h ], [ HYPERLINK "https://www.tandfonline.com/doi/full/10.1080/15213269.2016.1257392" \h ])

Highly Confidential (Competitor)

3. **[Harmful Content & Interactions]** Extreme, inappropriate, and harmful content should not be accessible by children and adolescents. Examples include self harm content, eating disorders content, cyberbullying, and predator interactions. This can be spread through direct pushes, unwanted content exchanges, and algorithmic designs

> a. Roughly two-thirds (64%) of adolescents are "often" or "sometimes" exposed to hate-based content. Nearly 75% of adolescents say social media sites are only doing a fair to poor job of addressing online harassment and cyberbullying. ([ HYPERLINK "https://www.pewresearch.org/internet/2022/12/15/teens-and-cyberbullying-2022/" \h ])

> b. *This problem space broadly overlaps with other teams' scopes (MS Harms, Content Classification, Feed Quality, etc.), so in the short term, our team's effort will focus on identifying un-addressed opportunities within those teams*

**Commented [4]:** How is this defined?

**Commented [5]:** I honestly don't have a specific definition yet. I intentionally left this section more broad since there's so much potential scope overlap with other teams that needs to be teased out

[REDACTED]: [THUMBSUP] 2023-12-05 01:42:22

## Positives to Promote

1. **[Connection]** Social media can provide benefits for some youth by providing positive community and connection with others who share identities, abilities, and interests. It can provide access to important information and create a space for self-expression.

> ○ The ability to form and maintain friendships online and develop social connections are among the positive effects of social media use for youth. These relationships can afford opportunities to have positive interactions with more diverse peer groups than are available to them offline and can provide important social support to youth. ([ HYPERLINK "https://www.pewresearch.org/internet/2018/11/28/teens-social-media-habits-and-experiences/" \h ])

2. **[User Education]** We offer a broad suite of tools to enhance digital wellbeing that are not always easy to find or understand, so we need to continue helping our users find and fully utilize the value of what we have built

> ○ Social media-based mental health interventions may also be helpful for some children and adolescents by promoting help-seeking behaviors and serving as a gateway to initiating mental health care. ([ HYPERLINK "https://doi.org/10.1111/jcpp.13302" \h ], [ HYPERLINK "https://www.jmir.org/2014/3/e66/" \h ])

**Commented [6]:** OPM would welcome opportunities to collaborate with you on these items.

## Metrics & Tradeoffs (WIP)

| | Metric |
|---|---|
| **Success (quantitative)** | [ HYPERLINK [REDACTED] |

|  | Feature awareness, adoption, and retention |
|---|---|
|  | Meaningful Interactions (WIP) |
| **Success (qualitative)** | Positive PR Sentiment |
|  | Global Compliance |
|  | User/Creator/Regulator Trust (survey) |
| **Guardrail** | Core Metrics (Stay Duration) |

[ HYPERLINK " ████████████████████ ██

> **Commented [7]:** [F██████ ██████ the primary global PR contacts for the MH issue vertical, and@██████ the US market - as you're thinking through launches and promotion, they may be good people to connect with overall to drive positive media interactions.
> Jordan Furlong：[THUMBSUP] 2023-12-05 01:44:05

> **Commented [8]:** @Ryn Linthicum (they/them)wasn't aware of █████ thank you

> **Commented [9]:** @Jordan FurlongYeah, she isn't specifically assigned to MH but she's done a lot of the media pushes for publicizing YSW features in particular, and was the key organizer for our May US press briefing on MH.

> **Commented [10]:** What is the range that is accepted by the core team?

> **Commented [11]:** Depends on the project/context. Has been up to 5% for highly prioritized projects but nothing we've shipped has gotten close to that

# Tactics

## Roadmap

*This represents high level year-long goals for each workstream. Each project owner will have a more detailed roadmap and metrics for quarterly execution*

| Objective | Key Results |
|---|---|
| 1. [Attention Management] Help teens better manage and reduce problematic and excessive usage | 1. Significantly decrease total time spent for 95+ percentile users to mitigate highest mental health risk ([ HYPERLINK ████████████████████ |
|  | 2. Decrease late night usage so teens' sleep and overall health is not negatively affected by screen time ([ HYPERLINK ████████████████████ |
|  | 3. Improve efficacy and user experience of existing features based on new user research and behavioral trends |
|  | 4. Decrease platform prompted app opens with mechanisms like push notifications and other common triggers |
|  | 5. [To Research] Determine plan to increase |

active consumption and/or decrease passive consumption ([ HYPERLINK "https://deepblue.lib.umich.edu/bitstream/handle/2027.42/136039/sipr12033_am.pdf?sequence=2" \h ], [ HYPERLINK "https://journals.sagepub.com/doi/full/10.1177/09637214211053637?utm_source=researcher_app&utm_medium=referral&utm_campaign=RESR_MRKT_Researcher_inbound" \l "bibr29-09637214211053637" \h ])

2. [Social Comparison] Improve teen self image by de-emphasizing social metrics and celebrating authenticity

1. De-emphasize like/view counts to de-pressurize the social experience for minors ([ HYPERLINK ████████████████

   a. [To research] What are alternatives to social metrics that we can introduce to celebrate diverse interests and contributions to TikTok?

2. Limit access to beauty filters and effects that may cause negative self image ([ HYPERLINK ████████████████

3. Implement 1-2 recommendations from Authenticity research project conducted by EU GR ([ HYPERLINK ████████████████

4. [To research] Reduce exposure to content that advocates for unhealthy or unattainable goals (body, finances, etc.)

3. [Connection] Address the crisis of connection by facilitating more meaningful interactions

1. Educate and enable users to have more meaningful interactions online to address the crisis of connection ([ HYPERLINK ████████████████

> **Commented [12]:** Would be great to partner on this one specifically.

2. Increase active consumption and mutual friends to improve sense of belonging

> **Commented [13]:** How will we do this without undermining the excessive usage strategy?

3. Audit Social Product's approach to increasing

Highly Confidential (Competitor)

MuF with wellbeing lens to avoid counter-acting efforts ([ HYPERLINK

████████████████████████████

4.     Reduce Toxicity perception with minors in content and comments, in partnership with CX product ([ HYPERLINK

████████████████████████████

5.     [To research] Enable group interactions to build online community outside of 1:1 interactions

| | |
|---|---|
| 4.     [Family Pairing/User Education] Empower all parents to support their teens on TikTok and improve digital literacy | 1.     [FP] Bridge the Knowledge Gap: Integrate User Education to guide parents on what features are available, why they matter, and how they could be used to increase DAU by at least 2x<br><br>2.     [FP] Make Family Pairing more accessible and easier to use for more parents (increase utilization of FP)<br><br>3.     [FP] Integrate new insights and user data to improve existing features and ensure alignment with cutting edge research<br><br>4.     [UE] User education improves safety features' adoption rates/engagement/retention by better selling safety/wellbeing features to teens<br><br>5.     [UE] Improve psycho-education resource offering based on ██████████ work ([ HYPERLINK "https://osf.io/preprints/psyarxiv/mdbpa/" \h ]) |
| 5.     [Harmful Content & Interactions] Reduce harmful interaction and content experiences for minors | *TBD with CX Product (@██████)<br><br>1.     Reduce toxicity perception among minors<br><br>2.     Reduce harmful interactions in comments for minor creators<br><br>3.     Karma - gamified/decentralized moderation |

**Commented [14]:** @Jordan FurlongFor the Social Comparison and Connection domains, are each of initiatives in the right column intended to reflect individual PRDs? Trying to understand how much design work would be involved for these domains.

**Commented [15]:** Strong collab needed with my team for this.

**Commented [16]:** Is there a plan to prompts parents to correct the age of the child via FP? Or to address minors who are on the platform as 18+ with a guardian linked on FP?

**Commented [17]:** And here.

# Promotion

Planned:

 HYPERLINK

Mental health opportunities throughout the year:

- [February] Eating disorder awareness week
- [May] Mental health awareness week in the US
- [Aug] Bullying awareness for back to school
- [Oct] Mental health awareness week globally

## Resourcing

| Function | Current HC | Needed |
|---|---|---|
| PM | Jordan Furlong<br>Matthew Tenenbaum<br>▇▇▇ (Started 10/16)<br>▇▇▇ (starts EOY) | 1 |
| Data | ▇▇▇ | 1 |
| UXD<br>UXW | ▇▇▇ | WIP<br>1 - requested |
| Eng - BE | ▇▇▇<br>▇▇▇ (on leave) | 0 |
| Eng - Mobile | ▇▇▇ (iOS)<br>▇▇▇ (Android) | 1 - requested |

**Commented [18]:** Would it be worth adding T&S Product Policy folks ?

**Commented [19]:** Yes for OPM.



# Further Reading

## Industry Benchmarking

Highly Confidential (Competitor)

[ HYPERLINK

[ HYPERLINK

## Inputs

*Roughly sorted by usefulness*

- [ HYPERLINK ](Stanford Brainstorm)
- [ HYPERLINK "
- [ HYPERLINK "
  - [ HYPERLINK media-advisory.p
  - [ HYPERLINK "
  - [ HYPERLINK "
- [ HYPERLINK "
  - [ HYPERLINK "
  - [ HYPERLINK "
    - [ HYPERLINK
  - [ HYPERLINK
  - [ HYPERLINK
  - [ HYPERLINK
- [ HYPERLINK \h ]
  - [ HYPERLINK
  - [ HYPERLINK
  - [ HYPERLINK



Commented [20]: @
[THUMBSUP] 2024-03-14 01:58:16

Highly Confidential (Competitor)

* [ HYPERLINK ██████████████████████████████ ] (CHT Feb 2022)

* [ HYPERLINK ██████████████████████████████ ] (Stanford + Mobius 2021)

* [ HYPERLINK ██████████████████████████████ ]

* Can we leverage the Youth Council to help support ideating, development, eval?

**Investment Areas Brainstorm**

[ HYPERLINK "https://www.hhs.gov/sites/default/files/sg-youth-mental-health-social-media-advisory.pdf" \h ]

* **[Excessive/Problematic Use]** A longitudinal cohort study of U.S. adolescents aged 12–15 (n=6,595) that adjusted for baseline mental health status found that adolescents who spent more than 3 hours per day on social media faced double the risk of experiencing poor mental health outcomes including symptoms of depression and anxiety.(30)

  ○ A small, randomized controlled trial in college-aged youth found that limiting social media use to 30 minutes daily over three weeks led to significant improvements in depression severity(34) This effect was particularly large for those with high baseline levels of depression who saw an improvement in depression scores by more than 35%(35)

  ○ Another randomized controlled trial among young adults and adults found that deactivation of a social media platform for four weeks improved subjective well-being (i.e., self-reported happiness, life satisfaction, depression, and anxiety) by about 25–40% of the effect of psychological interventions like self-help therapy, group training, and individual therapy(36)

  ○ As of 2021, 8th and 10th graders now spend an average of 3.5 hours per day on social media.(31) In a unique natural experiment that leveraged the staggered introduction of a social media platform across U.S. colleges, the roll-out of the platform was associated with an increase in depression (9% over baseline) and anxiety (12% over baseline)(32) among college-aged youth (n = 359,827 observations). The study's co-author also noted that when applied across the entirety of the U.S. college population, the introduction of the social media platform may have contributed to more than 300,000 new cases of depression.(32)

  ○ For example, a study conducted among 14-year-olds (n = 10,904) found that greater social media use predicted poor sleep, online harassment, poor body image, low self-esteem, and higher depressive symptom scores with a larger association for girls than boys(43)

  ○ A majority of parents of adolescents say they are somewhat, very, or extremely worried that their child's use of social media could lead to problems with anxiety or

Highly Confidential (Competitor)

depression (53%), lower self-esteem (54%), being harassed or bullied by others (54%), feeling pressured to act a certain way (59%), and exposure to explicit content (71%).

○ Push notifications, autoplay, infinite scroll, quantifying and displaying popularity (i.e., 'likes'), and algorithms that leverage user data to serve content recommendations are some examples of these features that maximize engagement

○ According to one recent model, nearly a third (31%) of social media use may be attributable to self-control challenges magnified by habit formation(71)

○ Small studies have shown that people with frequent and problematic social media use can experience changes in brain structure similar to changes seen in individuals with substance use or gambling addictions(73,74)

○ A systematic review of 42 studies on the effects of excessive social media use found a consistent relationship between social media use and poor sleep quality, reduced sleep duration, sleep difficulties, and depression among youth.(42) Poor sleep has been linked to altered neurological development in adolescent brains, depressive symptoms, and suicidal thoughts and behaviors.(78,79,80)

● **[Harmful Exposure/Toxicity]** Extreme, inappropriate, and harmful content continues to be easily and widely accessible by children and adolescents. This can be spread through direct pushes, unwanted content exchanges, and algorithmic designs

○ [Self harm] a systematic review of more than two dozen studies found that some social media platforms show live depictions of self-harm acts like partial asphyxiation, leading to seizures, and cutting, leading to significant bleeding(48). Further, these studies found that discussing or showing this content can normalize such behaviors, including through the formation of suicide pacts and posting of self-harm models for others to follow

○ Nearly 75% of adolescents say social media sites are only doing a fair to poor job of addressing online harassment and cyberbullying.(61)

○ [Predators] Nearly 6-in-10 adolescent girls say they've been contacted by a stranger on certain social media platforms in ways that make them feel uncomfortable.(24)

● **[Body Image/Social Comparison]** A synthesis of 20 studies demonstrated a significant relationship between social media use and body image concerns and eating disorders, with social comparison as a potential contributing factor.(41) Social comparison driven by social media is associated with body dissatisfaction, disordered eating, and depressive symptoms.(53,54,55,56)

○ When asked about the impact of social media on their body image, nearly half (46%) of adolescents aged 13–17 said social media makes them feel worse, 40% said it makes them feel neither better nor worse, and only 14% said it makes them feel better.(57)

Highly Confidential (Competitor)

⊛ **[Connection]** Social media can provide benefits for some youth by providing positive community and connection with others who share identities, abilities, and interests. It can provide access to important information and create a space for self-expression.(9)

○ The ability to form and maintain friendships online and develop social connections are among the positive effects of social media use for youth.(18,19) These relationships can afford opportunities to have positive interactions with more diverse peer groups than are available to them offline and can provide important social support to youth.(18)

○ The buffering effects against stress that online social support from peers may provide can be especially important for youth who are often marginalized, including racial, ethnic, and sexual and gender minorities (20,21,22)

○ For example, studies have shown that social media may support the mental health and well-being of lesbian, gay, bisexual, asexual, transgender, queer, intersex and other youths by enabling peer connection, identity development and management, and social support.(23). Seven out of ten adolescent girls of color report encountering positive or identity-affirming content related to race across social media platforms.(24)

○ A majority of adolescents report that social media helps them feel more accepted (58%), like they have people who can support them through tough times (67%), like they have a place to show their creative side (71%), and more connected to what's going on in their friends' lives (80%).(25)

⊛ **[Psychoeducation]** In addition, research suggests that social media-based and other digitally-based mental health interventions may also be helpful for some children and adolescents by promoting help-seeking behaviors and serving as a gateway to initiating mental health care.(8,26,27,28,29)

## External Partners

⊛ DWL

⊛ CHT

⊛ Previous partners that we've consulted with who may be helpful here: ██████ ████ Black Dog Institute, (Movember may be helpful?)

⊛ Others who are very well-versed in the subject of social media, neuroscience, and mental health: ████████████ studied under him; he works for APA so not sure he would be available for consult, but is very knowledgeable), ████████████████ (these three have a joint lab at UNC studying the subject)

### Brainstorm

⊛ Encouraging values driven approach to TT usage - enable people to achieve their goals for using TikTok - what tools can we offer to people to accomplish this?

Commented [21]: Currently trying to plan a design offsite in March and would love to have a more targeted design sprint to ideate on some of these feature ideas. Let's have<at t@████████ t collecting some of these.
████████ : [THUMBSUP] 2024-01-04 04:49:01
Jordan Furlong ：[APPLAUSE] 2024-01-04 04:52:56

Commented [22]: @████████ Please keep me updated on your progress there! I agree that would be an awesome opportunity

Highly Confidential (Competitor)

- Access to resources to help flourishing
- Verification of expert credentialing badges?
- Increased loading friction for scroll screens?
- "Trusted Circle" - digital interface to promote smaller community webs?
- User education - explain research backing digital wellbeing nudges/options. e.g. " A small, randomized controlled trial in college-aged youth found that limiting social media use to 30 minutes daily over three weeks led to significant improvements in depression severity." ([ HYPERLINK "https://www.hhs.gov/sites/default/files/sg-youth-mental-health-social-media-advisory.pdf" \h ]) - this comes last as an "efficacy" assurance of core product changes



@Christina Crimmins @█████ @███████████ @██████████ @Matthew Tenenbaum
@Ryn Linthicum (they/them)

Highly Confidential (Competitor)