# AMENDED Exhibit 599

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Document Produced As Native

Confidential

TIKTOK3047MDL-023-00677516

# TikTok

# ESAC:
# Dangerous Challenges and Suicide and Self harm hoaxes

## pre-read

# Adolescent development and risk taking

 | 1

# Thoughts on Why Young People Engage with Challenges

Challenges are usually fun but are also meaningful opportunities to explore:

- Social validation/acceptance/belonging
- The quality of friendships/relationships (impress friend/others)
- Courage and determination
- Physical abilities and limits of the maturing body
- Other appealing qualities e.g. sense of humour
- How platforms or algorithms work
- How to be successful online

# Thoughts on Why Young People Engage with Hoaxes

Hoaxes appear designed to stimulate fear and so provide an opportunity to explore:

- Social validation/acceptance/belonging/impact of non-participation

- The ability to work out what is fake (cognitive skills)

- How to be supportive (altruism)

- Courage (no a child who becomes frightened)

- Resilience (coping with and recovery from distressing experiences)

- How to make sense of complex emotional or psychological states (such as feeling suicidal)

- How the Internet works (media literacy/impact of disinformation)

# How does TikTok approach this issue?

# Digital Literacy

# Our current approach



**TikTok tips**



**Safety Videos**



**Safety Partners**

ConnectSafely

- The Parent's Guide to TikTok

Family Online Safety Institute

- How To Be A Good Digital Parent Toolkit
- TikTok Parental Controls

Internet Matters

- Inside TikTok
- Parental Controls Guide

National PTA®

- TikTok Tips for Parents

**NGO off platform guides**



**Youth Portal**



**Learn on TikTok**

# Questions

Should we name challenges or does that generate heightened interest?

What about suicide, self-harm hoaxes? Could we be seeding suicidal, self harm ideation in young people who had never previously contemplated it?

If we do talk about these issues with young people, will their parents and teachers be supportive?

Should we call out the Galindos, Blue Whales and Momos as hoaxes?

What should we say? How should we say it?

What are the risks of raising challenges proactively with teens - will we be tipping them off?

How can we offer advice to caregivers on how to navigate conversations they are reluctant to have?

Should we name challenges or does that generate heightened interest?

## Slide 1

3    I am not sure i understand the question 'should we name challenges'
Julie de Bailliencourt; 9/3/2021 4:47:48 PM

3
NGOs are torn on whether to name specific challenges when they emerge.  So they will often produce quite generic advice about an 'upsetting challenge' and they will advise parents and scho ██████████ ing the name.  The problem is that hamstrings their ability to have an honest conversation. ██████████ calls it the 'Voldemort question.'
██████████ 9/3/2021 4:47:48 PM

# What the research tells us on challenges

## Schools

The majority of schools aren't talking about this topic with teens.

Teens are much more likely to hear information about challenges from their school than from their parents (44.2% vs 25.4%) so need to make sure schools have good information and advice to offer.

## Parents

Parents (33.8%) and teachers (29.4%) think it's difficult to talk about hoaxes without prompting interest.

Teens are much more likely to go to a parent than a teacher with questions (32% vs 10%).

## Advice

There is a lack of clarity not just on what good advice looks like but also on where to find it and whose responsibility it is to provide it.

Reading comments and watching warning videos are equivalent to parents as sources of information. (48.7% and 40%)

# What the research tells us on hoaxes

**Is this real?**

Only around a third of teens categorise the hoaxes they've seen as clearly fake / unbelievable (across all audiences) which suggests a difficulty in assessing what's genuine vs. Fake

**Where do teens go?**

As with challenges, teens seem to learn that speaking to friends about hoaxes isn't a good source of advice. 51% of 13-15s speak to friends vs 33% of 18-19s

As with challenges, watching warning videos and reading comments are much-used as sources of information although later teens seem to have learnt that warning videos aren't helpful. Why is this?

As with challenges, teens also learn that searching for information online is a good source of advice. How can we let young teens know this?

**Advice**

There is a lack of clarity not just on what good advice looks like but also on where to find it and whose responsibility it is to provide it.

Reading comments and watching warning videos are equivalent to parents as sources of information. (48.7% and 40%)

## Slide 1

**4**         suicide and self harm hoaxes
            Julie de Bailliencourt; 9/3/2021 5:04:52 PM

**4**         The definition we used didn't specifically call out SSH hoaxes but was wide enough to accommodate it.
            ▬▬▬▬▬▬▬ 9/3/2021 4:43:08 PM

**5**         Here's the definition we used in the TVE research: Online hoaxes (sometimes known as pranks or scams) are tricks that are created to make someone believe something
            frightening, but which isn't true. They can be quite extreme as they are created to cause panic.
            ▬▬▬▬▬▬▬ 9/3/2021 5:04:52 PM

# What TikTok might do differently?



On platform digital literacy interventions



Adolescent development and risk prevention research



Collaborate with global NGOs