# AMENDED Exhibit 606

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Kersul Exhibit No.
**17**
8/20/2025   LT

# [T&S] Mute push notifications in settings and Family Pairing

## Launch Deadline: March 8

*Requested by Shou*

**To dos * add in better project timeline**

☑PRD complete ~

    ☑PRD doc @Jordan Furlong

    ☑UX ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

    ☑Impact estimate, A/B test design

☑PRD approved - internal, T&S, core product

☑UX approved @▪▪▪▪▪▪▪▪▪▪ Wed, + Wed night steering)@▪▪▪▪▪▪▪▪ Wed)

☑Development begins (before final UX approval?) ~

☑Development complete ~

☑QA complete ~

☑A/B test begins ~

☑GTM plan @Jordan Furlong@Jamie Favazza@▪▪▪▪▪▪▪▪

☐ Help/Safety Center updates

☐ A/B test complete -

☐ A/B analysis complete / launch ready - ~3/15

> **Commented [1]:** Eng: Can at least start AB test by March 8, need to finalize schedule
>
> **Commented [2]:** Sync meeting set up
>
> **Commented [3]:** March 8, 12pm PST
> Jordan Furlong：[THUMBSUP] 2023-02-04 20:09:24

## Basic Info

### Partners // 合作方

Please tag the Main Contact you work with in this requirement, add roles if this template didn't cover, and add "Yes" or "No" under "Sign-off". // 请填写本需求的需求方或者密切合作方，可以根据需求添加或删除相应的角色，需要填写相关方的评

Highly Confidential (Competitor)

估意见（是否 Sign off）

| PRD status: | Under PRD writing/Finish T&S product review/ Under development/ AB test/Launched<br>Updated on xx.xx, 202x | | | |
|---|---|---|---|---|
| Region： | Global | | | |
| Team | [ HYPERLINK "https://www.teamgantt.com/blog/raci-chart-definition-tips-and-example" \h ] | Main Contact | Note | Sign-off (Yes/No) |
| T&S Product Core Safety | R or C | N/A | Is it owned by Core Safety? If yes, sub-pillar leader sign-off is required and it should go through the sub-pillar product review meeting.<br><br>Is it related to (but not owned by) Core Safety? If so, consult corresponding PM. | |
| T&S Product Live Safety | R or C | N/A | Is it related to Live Safety? If yes, sub-pillar leader sign-off is required and it should go through the sub-pillar product review meeting.<br><br>Is it related to (but not owned by) Live Safety? If so, consult corresponding PM. | |

Highly Confidential (Competitor)

| | | | |
|---|---|---|---|
| T&S Product Community Experience | R or C | N/A | Is it related to Community Experience? If yes, sub-pillar leader sign-off is required and it should go through the sub-pillar product review meeting.<br><br>Is it related to (but not owned by) Community Experience? If so, consult corresponding PM. |
| T&S Product Integrity & Minor Safety | R or C | @Jordan Furlong | Is there any Integrity or Minor Safety risks? If yes, consult @Jordan Furlong(IMS Product) and @Christina Crimmins (Minor Safety), or @███████ (IMS Product) and @███████ (Integrity & Authenticity) and go through IMS Internal Product Review meeting for live presentation (major changes) or offline comments (minor changes).<br><br>[ HYPERLINK ███████ ] |
| T&S Product High Harm Obstruction | R or C | N/A | Is there any extreme harm risks? If yes, consult @███████ and go through H2O Internal Product Review meeting for live presentation (major changes) or offline comments (minor changes). |
| T&S Market Integrity | R | N/A | Is this a region-related product design? If yes, You may need MI sign-off. |
| T&S Feature Policy/BP | R | | Sign off or not? |
| T&S Ops Team: | R | N/A | Sign off and the training will be on xx.xx Date |

Highly Confidential (Competitor)

| | | | |
|---|---|---|---|
| Workfollow/BP /QA, etc | | | |
| Platfom (Arena-T&S, TCS, etc) | R | N/A | Sign off or not? |
| Other teams such as TT Product/PR/G R/Legal | R | Alan - Tech Lead | Sign off or not? |

## Change Log

| Date// 日期 | Description // 描述 | 修改人 // by |
|---|---|---|
| 1/19 | PRD created | @Jordan Furlong |

## Relevant Links



| | Links | POC |
|---|---|---|
| **Link to Meego Ticket** | [ HYPERLINK ▮▮▮ Push: [ HYPERLINK ▮▮▮ | PM |
| **Link to Legal Ticket** | [ HYPERLINK ▮▮▮ | Legal |
| **Link to Figma/Demo** | [ HYPERLINK ▮▮▮ | Designer |

Highly Confidential (Competitor)



| Link to Starling | [ HYPERLINK | UX writer |
|---|---|---|
| Link to Event Tracking | | DA |
| Other Useful Links | | PR, etc. |

## Projected Impact & Comprehensive Review // 项目影响&是否参加 TikTok 综合评审

[ HYPERLINK



| | Region | DAU Percentage | Projection Confirmed by (Product Leader or DA) | Key Feature ? | Comprehensive Review Date |
|---|---|---|---|---|---|
| Overall | All | .09% (FP DAU) + .1%(Notifications settings page UV) = .19% | Confirmed @ ▮ | No | N/A |

Clients

## Priority - P00

Highly Confidential (Competitor)

Specify the priority of this product requirement, which should be based on [ HYPERLINK ████████████████████████████████████ and aligned with your team lead. In addition, highlight & update the appropriate criteria in each category to justify the priority.

| Priority : [PX] | Extremely High | High | Medium | Low |
|---|---|---|---|---|
| User type | | ⁜ High risk user (eg minor)<br>⁜ High value user (eg, 10K+ creators, high value live hosts, Monetization user) | ⁜ Common user | ⁜ T&S internal user |
| Market type | | ⁜ Global market (at least 80% coverage of Country/Region/Language) | ⁜ [ HYPERLINK ████████████ | ⁜ Non-major market (excluding the Pilot rollout in global market) |
| Source of requirements | ⁜ Part of P00 core product projects | ⁜ T&S OKR bi-month projects<br>⁜ Main product P0 OKR | ⁜ T&S Product bi-month major OKR | ⁜ Other requirements |
| Problem statement | ⁜ Market shutdown<br>⁜ Violation against | ⁜ User personal life risk<br>⁜ Egregi | ⁜ Potential legal risks<br>⁜ Major | ⁜ UX optimazation<br>⁜ Brand |

  TIKTOK3047MDL-116-04482858



| laws and regulations | ous risk safety strategy modification<br><br>⊛  GR risk<br><br>⊛  Considerable negative revenue impact | product iteration<br><br>⊛  Moderation quality/efficiency improvement<br><br>⊛  PR/Brand risk | image improvement<br><br>⊛  Community sustainable development |
|---|---|---|---|
| Expected returns | ⊛  Positive impact on TnS core metrics ([ HYPERLINK ████ | ⊛  Positive impact on LOB metrics or TnS metrics<br><br>⊛  AB testing with predicted positive impact on TnS core metrics | ⊛  No clear or little quantifiable returns<br><br>⊛  AB testing with predicted positive impact on LOB metrics or TnS metrics |

# Intro & Goal

## What are we building?

1.  Users can set a schedule for muting push notifications so they are not distracted during important parts of their day

2.  Parents can set a schedule for muting push notifications for their teen via Family Pairing

This work carries forward what was already started by @████ and the broader push team with the Do Not Disturb proposal: [ HYPERLINK ████████████

Highly Confidential (Competitor)

## Current state

| User settings | Family Pairing |
|---|---|
| User can only toggle push notifications off and on | A parent has no control over the teen's push notifications |

  

## Why build it?

1.  Mounting pressure from key opinion leaders globally that TikTok is "addictive", making it especially hard for teens to regulate screen time as their executive mental function is still developing

    a. [ HYPERLINK "https://www.wsj.com/podcasts/the-journal/what-up-with-all-the-tiktok-bans/148647e9-f836-44e6-8a70-5a2637a12ada" \h ] - Wall Street Journal

    b. [ HYPERLINK "https://www.cnet.com/tech/services-and-software/tiktok-under-pressure-as-biden-administration-scrutinizes-chinese-ownership/" \h ] - CNET

    c. [ HYPERLINK "https://www.theinformation.com/briefings/tiktok-u-s-sale-pushed-by-some-biden-administration-officials" \h ] - The Information

2.  Push notifications are regularly sent during disruptive times (9-3 for minors, 9-5 for adults)

    **Commented [4]:** DA: Validate with data from push team

    a. User feedback validates this by telling us that frequency and timing are the top reasons why users turned off push notifications, which are two problems that this feature can solve for



| Q4. Why have you turned off your TikTok push notifications? | | 国家 | | 活跃度 | | | |
|---|---|---|---|---|---|---|---|
| | Total | US | JP | 低 | 中低 | 中高 | 高 |
| *Base* | *708* | *604* | *104* | *201* | *178* | *129* | *201* |
| Push notifications are turned off for most of my apps in general | 55% | 55% | 53% | 61% | 53% | 48% | 55% |
| The notifications are sometimes irrelevant to me | 20% | 21% | 17% | 16% | 21% | 26% | 21% |
| The frequency is sometimes too high | 18% | 17% | 23% | 17% | 20% | 16% | 18% |
| The notifications are sometimes useless or not informative | 16% | 17% | 7% | 13% | 17% | 14% | 18% |
| They disturb me too early in the morning or too late at night | 15% | 15% | 11% | 12% | 18% | 15% | 14% |
| The notifications usually make me open TikTok and hence addicted | 8% | 8% | 14% | 6% | 13% | 10% | 8% |
| Other, please specify | 6% | 7% | 0% | 5% | 4% | 13% | 5% |

b. Enabling a time range to mute notifications can avoid disturbing users during important parts of their day like sleeping, working, or going to school

3. Give users more flexible options improves user experience and should reduce opt out rate (hypothesis to be A/B tested)

4. We are behind industry standards. [ HYPERLINK "https://edition.cnn.com/2023/01/19/tech/instagram-quiet-mode/index.html" \h ], Facebook offers fixed mute or scheduled mute, YouTube offers a daily digest

Instagram      FB            YouTube



**Redacted - SCA**

# What are our Success Metrics?

Success for this effort means improving the user experience and aligning with industry standards.

| Metric | | Expected Outcome | Why |
|---|---|---|---|
| **Success** | Media coverage | Positive from key opinion leaders | Providing more parental controls to help minors |

TIKTOK3047MDL-116-04482861

| | | | |
|---|---|---|---|
| | # of push notifications delivered | Decrease for users who enable the feature | Because the feature mutes them |
| **Observation** | Push notification opt out rate | Decrease | More flexibility for users should improve utility and adoption |
| | Feature DAU | - | No historical data |
| **Guard rail** | Stay duration | No impact | |
| | DAU | No impact | Low adoption rates won't have a stat sig aggregate impact |

## Requirement Detail

⊛    This will be launched globally to all new and existing users

*Historical context: @* ▮▮▮▮ *on the Push/core product team already vetted out a Do Not Disturb feature in user settings that we should just carry forward* [ HYPERLINK ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *The only reason this was not built by core product was due to resourcing constraints at the time. This does not include a solution for Family Pairing, so we'll need to build that.*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Highly Confidential (Competitor)

Receive notificaltons from



## User Interaction & Design

████████████████████████████████████████

## Settings

| Scenarios | Interactions | Expected design |
|---|---|---|
| 1. Entry point | * Entry point is located in Settings --> Notifications | |
| 2. Configuring the setting | * The setting is off by default<br>* For 13-15 year olds<br>○ We disclose that push notifications are already muted by the system from 9pm-8am | |

Highly Confidential (Competitor)

- ◦ Default values are from 9am-3pm
- ❋ For 16-17 year olds
  - ◦ We disclose that push notifications are already muted by the system from 10pm-8am
  - ◦ Default values are 9am-3pm
- ❋ If timeframe is changed, they disable, then re-enable, the latest timeframe they selected is still shown
- ❋ If the configured timeframe overlaps with the existing system restrictions of 9pm-8am or 10pm-8am, we inform the user of this
- ❋ For 18+ year olds default values are 12am-8am
- ❋ Toast appears if the user attempts to tap on the "Set time" area before toggling on the setting
- ❋ When feature is enabled, user can see the timeframe set one level higher within the Notifications page



**Commented [5]:** May I know how we inform user of the overlap? For the sake of transparency, I think it is necessary to inform users the actual muting period if they select a period of time within the existing system restriction (say 12am-6am); or alterantive, state how this management tool works in the disclosure, for example something like "Your push notifications are already paused from X to Y each day. You can set additional time if you wish to mute push notification during such period." cc.<at type="@▮▮▮▮

**Commented [6]:** @▮▮▮▮▮▮▮▮▮ What do you think of a warning toast like ▮▮▮▮'s suggesting?

3. Push notification logic

- ❋ Push notifications are not sent to the user during the timeframe they have configured in settings
  - ◦ They are also not delivered after the mute window(s), so the user never receives push notifications sent during the muted window(s)
- ❋ The configured timeframe is additive to the existing system restrictions of 9pm-8am for 13-15 year olds or 10pm-8am for 16-17

-

Highly Confidential (Competitor)

year olds

- e.g. Timeframe of 10pm-6am set for a 15 year old, then total muted time is 9pm-8am

- e.g. Timeframe of 9am-3pm set for a 16 year old, then total muted time is 10pm-8am + 9am-3pm

> **Commented [7]:** Is this existing logic ? And Is it filtered by server side?@▮▮▮▮
> Jordan Furlong : [Yes] 2023-02-10 11:38:12

## Family Pairing

| Scenarios | Interactions | Expected design | FINAL designs/content - added by @▮▮▮ |
|---|---|---|---|
| 1. Entry point | · A parent can find this via Settings --> Family Pairing --> clicking on a previously paired teen account |  Redacted - SCA | |
| 2. Parent configuration | · The setting is off by default and state should not change from linking or unlinking accounts<br><br>· The parent can set a start/end time<br><br>· The start/end time is shown at the Family Pairing settings level | | |
| 3. Teen experience | · Teen receives an Inbox notification to inform them that this setting has been enabled for | | |

> **Commented [22]:** Can we remove the username? - Talk to design

> **Commented [23]:** Need to make the disabled state clearer especially for set times

> **Commented [24]:** If a teen has feature on, parent enables, then parent disables, what is the state for the teen?
> ▮▮▮▮ [THINKING] 2023-02-09 08:46:39

> **Commented [25]:** @Jordan FurlongAny updates on this?

> **Commented [26]:** 1. To remove user name 2. Remove arrows, maybe gray out set times? 3. We think it should revert to the previous setting the teen had@▮▮▮▮
> ▮▮▮▮ : [THUMBSUP] 2023-02-10 03:26:22
> [THUMBSUP] 2023-02-10 03:39:14

> **Commented [27]:** @Jordan FurlongWill update the design

Highly Confidential (Competitor)

them via Family Pairing

◦　　Teen sees disabled page in settings that they cannot override

◦　　Toast appears if the teen user attempts to tap on the "Schedule pause" area or "Set time" area (if the parent has already paused the teen's push notifications in Family Pairing)



4.　P ush notificatio n logic

◦　　Push notifications are not sent to the paired teen during the timeframe the parent has configured in settings

◦　　The configured timeframe is additive to the existing system restrictions of 9pm-8am for 13-15 year olds or 10pm-8am for 16-17 year olds

◦　　e.g. Timeframe of 10pm-6am set for a 15 year old, then total muted time is 9pm-8am

◦　　e.g. Timeframe of

**Commented [8]:** What channel should the notification be sent from? Past Family Pairing-related inbox notifications used the "Account Updates" channel

**Commented [9]:** @▮▮▮▮▮et's be consistent with that then

**Commented [10]:** @Jordan Furlong@▮▮▮▮ ▮▮▮▮▮▮▮▮we use account updates like in the past, the style of the notification will be a little different than the image in the PRD. Just wanted to check if this is okay
[image]

**Commented [11]:** @▮▮▮▮▮That should be fine. But a few questions:  1. Would it still say:  Family Pairing  Your parent or guardian muted your push notifications from 9:00 AM-3:00 PM in Family Pairing.  View more  2. Would the "View more" take the teen to the main "Family Pairing" screen for the teen side, or to the "Mute push notifications" feature screen?

**Commented [12]:** @▮▮▮▮▮▮▮. The text based on the current Starling keys in the sheet would be   Push notifications  Your parent or guardian muted your push notifications from {{start_time}} {{start_time_type}}–

**Commented [13]:** @▮▮▮▮▮▮question 2, we can configure that ourselves. So based on the PRD, we'll make it go to the Family Pairing screen

**Commented [14]:** @▮▮▮▮▮OK, then I'll remove the "Push notifications" part. I want it to be relatively consistent with how the other updates in Family Pairing look.  I'd like

**Commented [15]:** @▮▮▮▮▮unds good. for the "Family Pairing" title, do you think we can re-use

**Commented [16]:** @Jordan Furlongshould we send this inbox notification every time the parent modifies the Do Not Disturb setting or only when it is turned from off to on?

**Commented [17]:** Only from off to on ▮▮▮▮▮▮   [THUMBSUP] 2023-02-16 02:53:30

**Commented [28]:** How about removing the arrow? It gives me the feeling that the teen can modify the time
[image]

**Commented [29]:** @▮▮▮▮Thoughts? ^

**Commented [18]:** @Jordan FurlongReasking this since the comment got deleted earlier,  would a 13-17 year user also have access to the general setting for Do Not Disturb? Wh

**Commented [19]:** @▮▮▮▮. Yes they would have access to it 2. If the setting has been enabled by their par

**Commented [20]:** @Jordan FurlongIf the setting was set first by the child and then the parent decides to change the setting via family pairing, would the setting become view

**Commented [21]:** @▮▮▮▮▮, if family pairing is enabled, that overrides the teen's settings and the teen is shown the restriction set by their parent

Highly Confidential (Competitor)

9am-3pm set for
a 16 year old,
then total muted
time is 10pm-
8am + 9am-3pm

> **Commented [30]:** Same comments as above re. transparency.
> Jordan Furlong：[THUMBSUP] 2023-02-10 02:15:22

## FAQ

❧    Will this negatively impact core metrics?

❍    Not necessarily. Since this provides more flexibility to users, it should increase usage of push notifications for certain people. This will be verified in the AB test

❧

# Redacted - Attorney Client

## Tracking Design

[ HYPERLINK "█████████████████████████████████████████████

## A/B Testing Setup - WIP

| Group | Traffic Allocation | Key Hypothesis | Treatment (what's different) | Design |
|---|---|---|---|---|
| v1 (Control) | | | | |
| v2 | | | | |
| v3 | | | | |

> **Commented [31]:** How to randomly AB test when parent/teen might not be in experiment group?
> ████████: [JIAYI] 2023-02-09 02:55:57
> ████████ [JIAYI] 2023-02-09 05:58:28
> ████: [JIAYI] 2023-02-09 11:58:12

> **Commented [32]:** @Matthew TenenbaumHow have you done this in the past?

> **Commented [33]:** @████████ agging you in, I'm sure of the mechanism for setting up an A/B test in this way.

> **Commented [34]:** Could we use the dependent experiment and make two test groups? For test_A, only fp users, and test_B only non-fp users?@████████

> **Commented [35]:** @████████'m not sure, we'll need to check and get back to you. There may be some issues with that approach for this project because we'll need to check the user's A/B status every time they load the app, and I'm worried with making sure a user stays in the same group if they turn the feature on/off

Highly Confidential (Competitor)

# Checklist

Please fill in column B, C, and F if applicable.

███████████████████████

# Appendix (Options Considered, etc)

### Brainstormed Ideas & Options Considered

3 design approaches considered:

█████████████████████████████

### Competitors & Product Inspiration

**Instagram**    **FB**       **YouTube**



### Future Work

List of follow-up products if there is any

# Product representation and data tracking after the launch

Complete this section <u>after development</u>. This section is for sharing your product results:

1.     **Visual representation**: Before the product becomes available to any user, PM owner is responsible for sending a notification with screen recording or screenshot to the Lark group **[TnS-Product Syncup (no chat)]**.

███████████████████████

Highly Confidential (Competitor)                                    TIKTOK3047MDL-116-04482868

2.      **Usage data**: PM owner is responsible for sharing experiment results of the product to the Lark group **[TnS-Product Syncup (no chat)].**

████████████████████████████████

3.      If this is a key product on the comprehensive review, please follow [ HYPERLINK

████████████████████████████████████ to share the info with the larger group.

Highly Confidential (Competitor)

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-116-04482853-TIKTOK3047MDL-116-04482869

**BEGATTACH:** TIKTOK3047MDL-116-04482751

**ENDATTACH:** TIKTOK3047MDL-116-04482931

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-116

**Custodian:** JORDAN FURLONG; TIKTOK

**File Path:** /TIKTOK3047MDL-116-04482853.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** 461F47015F9F809F59F24E7DC97BBEC0

**DocType:**

**Author:**

**Create Date:**

**Last Modified Date:**

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-116-04482853.PDF

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** PRIVILEGE; SCA

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** PRIVILEGE; SCA

