# AMENDED Exhibit 616

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

- **Trust & Safety** @Eric Han ([ HYPERLINK

  ██████████████████████████████████████████

  - Make our platform the safest place for younger users

    - **[Devious Lick]**

      - Continued monitoring of Devious Lick trend ([ HYPERLINK

        █████████████████████████████████████████

        ███████████████. In total, 200,352 videos were removed related to this trend. ~95k were auto-removed via model (100% of them taken down with 0 views and in less than 24 hours of being uploaded). ~80k were removed via manual reactive sweeps (96.8% taken down <1000 views).

      - Subsequently, confirmed hoaxes related to Devious Lick are attracting attention (e.g., SlapATeacher). Shout out to our PR team for working with media ([ HYPERLINK "https://www.insider.com/slap-a-teacher-challenge-tiktok-october-trend-2021-10" \h ], [ HYPERLINK "https://www.vice.com/en/article/3aq3e5/slap-a-teacher-tiktok-challenge-hoax" \h ]) and fact checkers ([ HYPERLINK "https://www.snopes.com/news/2021/10/07/slap-a-teacher-challenge-tiktok/" \h ]) to communicate to the public that these are not real trends.

    - **[Kids Mode]**

      - US Safety Ops launched Phase 1 of internal moderation for [ HYPERLINK ██████████████████████████████ ██ The first phase will support v0 of a new kid-appropriate model by reviewing ~42k videos a week via our Nashville Center of Excellence team.

      - Next steps, Phase 2 will enable users to submit questionable content for review in a user-friendly interface -- this moderation queue will have a target SLA of 15 minutes. Shout out to our Product team for shepherding this objective.

    - **[Algo Trust]**

      - Efforts to maintain an age-appropriate FYF experience picking back up on [ HYPERLINK

        ██████████████████████████████████████ efforts with Algo team after Golden Week

        - Labeling queue for borderline ANSA content - Launched (9/27)

  - Scale our safety operations for the next 500 million DAU

TIKTOK3047MDL-004-00145062

- **[Escalations]**
  - September review of US escalations complete (found here: [ HYPERLINK ████████████████████████████ ████████████]
    - Escalations in September centered around I&A and SSHDA issues, TikTok continues to be under the radar for Dangerous Acts and COVID mis and disinformation. Several P00 escalations, including [ HYPERLINK ████████████████████████████████ and [ HYPERLINK ████████████████████████████████

- **[Live]**
  - Live Weekly Ranking - Launched (9/22)
  - Live Round 3 policy transition to US Safety - Launched (9/27)
  - Live Impersonation + Live Gaming queues - Launched (10/4)

- **[Monetization]**
  - Safelist for Creator Next - Launched (9/29); full feature launch anticipated for 10/26

- **[Labeling + Quality]**
  - Round 1 model labeling queue - Launched 9/28
  - Round 2 model labeling queue - Launched 10/5
    - Queues will enable us to train models directly with US content to better fine-tune detection with local culture in mind

-
- [[ HYPERLINK ████████████████████████████████

**Overmoderation Protection**: Program focused on building platform features to protect against overmoderation -- progress below:

- RD Platform Development: RD commitment to develop new arbitration and configuration logic in our moderation tools (TCS) to automatically trigger secondary and senior reviews for overmoderated policy areas -- phase one will focus on Adult Nudity + Sexual Activities. [ HYPERLINK ████████████████████████████ in development.

TIKTOK3047MDL-004-00145063

- <u>Specialized Moderation Team</u>: Headcount coverage committed and finalized for secondary review moderation. Training material and onboarding on track to begin on 8/21.

- <u>Short Term Enforcement Protection</u>: While more precise moderation logic is built, we are reviewing ~800 accounts provided by the Creator team to evaluate broad enforcement protection labels. So far, we have labeled ~400 accounts.

- [[ HYPERLINK ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Age Appropriate Experience**: Content Classification Framework aims to provide users an age appropriate experiences based on content sensibilities that are most comfortable for themselves (as individuals or families). The framework aims to be an extension of features such as Family Pairing, Restricted mode, and Kids mode by (1) providing features for users to control their content experience and (2) ensuring the <16 content experience is age appropriate. While the Steering Committee broadly agrees on direction, decisions related to success metrics, experimental design, and opt-in/opt-out features are still in conversation.

- <u>Lowlights</u>

- **Afghanistan Rapid Response**: Incident and Crisis Management teams responding to content escalations relating to the events happening out of Afghanistan. Teams are monitoring for incitement of violence, glorification of violent extremism, misinformation, and sensitive/graphic content.

Confidential