# AMENDED Exhibit 621

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# NATIVE DOCUMENT PLACEHOLDER

## Please review the native document TIKTOK3047MDL-099-LARK-04757966.xlsx

Old 2023

| | Effect Name | Icon | Loki Link | Demo | Release Date | Category | Skin Whitening | Designer | Request From | Effect POC | 等级 | 峰值投稿 | Legal Ticket (if has) | Launched in the US/CA/AU? | Is it wholly original (e.g. doesn't incorporate and hasn't been inspired by any third-party content? | Third-party materials used/referenced (if any) (e.g. links to any underlying works that inspired it | Link to licenses for any underlying assets (if applicable) | Effect Ops Notes | US Ops Notes | TnS Notes | PR Notes | 备注 | 是否新能力道具 | New Capability? | 父记录 | 父记录 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PDF-6 (Row 1)** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **PDF-19 (Row 286)** | Bold Glamour | image.png | https://loki.tiktok-row.net/effect/site/app/184/stats/effectStats?id=14340800 | Bold Glamour.gif | 2023/02/24 | 妆容/Make-up | | 中国//APEC UED | 设计自驱//UED Self-driven | @陈嘉俊 | | | | Y | | | | | | | | | Y | | |
| **PDF-20 (Row 300)** | Teenage Look | image.png | https://loki.tiktok-row.net/effect/site/app/184/stats/effectStats?id=11590497 | Teenage Look.gif | 2023/02/17 | 风格化 Stylish | | 中国//APEC UED | 大型专项//AIGC Big Viral Project | @谢一杰 | | | | Y | | | | | potential T&S risks? "Age" | | | | Y | | |
| **PDF-9 (Row 69)** | Body Shrinking | image.png | https://loki.tiktok-row.net/effect/site/app/184/stats/effectStats?id=55627687 | Body Shrinking.gif | 2023/08/02 | 剪辑能力类 Editing | | 搬运//Transfer | 抖音原创//Douyin Community | @孙溪悦 | <B | | | Y | | | | | | | | | Y | | |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-099-LARK-04757966

**BEGATTACH:** TIKTOK3047MDL-072-LARK-01136236

**ENDATTACH:** TIKTOK3047MDL-111-LARK-05924635

**Attachment Count:** 0

**PRODVOL:** MDL-099

**Custodian:** FURLONG, JORDAN

**File Path:** /MDL-099/NATIVES/0384/TIKTOK3047MDL-099-LARK-04757966.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 27E81FFE5671A498B54FE721D2D7E20C

**DocType:** URL LINK DOCUMENT

**Author:**

**Create Date:** 3/28/2023 12:00 AM

**Last Modified Date:** 3/28/2023 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** BASCNZSI5Z4339WKEIXQ4ER82YF.XLSX

**Title:** RELEASE RECORD

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**<u>Subject:</u>**

**<u>THREADID:</u>**

**<u>REDACTIONS:</u>**

**<u>REDACTION TYPE:</u>**

