# AMENDED Exhibit 625

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

System Message 2023-02-28 09:14:48

[REDACTED] invited **Christina Crimmins, Jordan Furlong** to this chat.

[REDACTED] 2023-02-28 09:33:00

TikTok-Furlong
20
4/11/2025 - MOP

POST

# Title:

**Text:** [消息已撤回，无法查看内容]

[REDACTED] 2023-02-28 09:55:00

hey guys! tl;dr - we've been experiencing an increase in proposals that are related to ai filters and effects that can be damaging user's wellbeing specially minors and I would like to understand 1. your plans **@Jordan Furlong** and 2. how we collaborate to come up with strategies to influence developing safer effects and recommending some improvements. Relevant thing to mention, that influencing the effects team has been a challenging experience due to the risks of negatively impacting UG metrics.

[REDACTED] 2023-02-28 10:02:43

My P0 need is DS support to develop a request to understand user adoption, define primary users (hypothesis young girls), understand if there is correlation between primary users with promotion of risky content. But before that, I wanna make sure I am not duplicating any efforts with you.

Christina Crimmins 2023-02-28 15:10:53

As a next step, can we connect with **@**[REDACTED] ? I think having the T&S PM counterpart will be a great way for us to start providing expertise here. **@Jordan Furlong** , for context, there are some really high risk features being recommended, ranging from AI Baby (which can put TT at risk of generating CSAM) to beautification filters/effects that we'll want to give deeper consideration to in terms of the U18 experience.

THUMBSUP Jordan Furlong [redacted]

Jordan Furlong 2023-02-28 15:13:12

<p>In the medium to long term it would be best to have a policy foundation here so we can standardize reviews and enforcement. @[redacted] actually asked me about this topic yesterday. Have you been in touch with her at all?</p>

[redacted] 2023-02-28 15:18:33

Yes, we are aligned with [redacted] and her team, we are conducting these assessments together.

FISTBUMP Jordan Furlong

Jordan Furlong 2023-02-28 15:28:47

I'm a little confused on what the ask is for me. What about the regular review process isn't working? We've wanted to look into this for a while but haven't had bandwidth. Let's have a call?

[redacted] 2023-02-28 15:32:46

Sorry I'm in the middle of a meeting and can't fully share my thoughts. Basically, I want to understand if you have any plans on this, I've also heard from [redacted] that she was speaking with you so it is just to align and share my plans. I'll put some time for us to chat

Jordan Furlong 2023-02-28 15:34:22

@[redacted] no worries! Can you include [redacted] in that too? We can all come up with an action plan together

THUMBSUP [redacted]

Christina Crimmins 2023-02-28 15:39:28

At this point, I don't think we have PM ownership of anything re: Filters/Effects, even though we generally describe the scope of "Digital Wellbeing" in our PM team, it's primarily screen time management. **@Jordan Furlong** does that resonate with you? For how we influence here, @[REDACTED] I think we can call this Pillar 5's realm. And Jordan, if anything comes your way, I think directing towards [REDACTED] would be the way to go. Does that work for both of you?

*THUMBSUP Jordan Furlong,* [REDACTED]

Jordan Furlong 2023-02-28 15:40:07

[消息已撤回，无法查看内容]

Jordan Furlong 2023-02-28 15:41:31

**@Christina Crimmins** we've slotted this into the Belonging pillar for a while, so I can take whatever is needed for PM, otherwise can just support pillar 5's efforts where needed

*THUMBSUP* [REDACTED]

Christina Crimmins 2023-02-28 15:43:49

**@Jordan Furlong** Makes sense. In full transparency, I don't foresee new Filter/Effect product strategy coming out of our team any time soon; rather, playing a bit of defense as new features originate out of TT PM and helping augment safety strategies as new features originate out of Core Safety -- that's my thinking of mainly Pillar 5.

*JIAYI Jordan Furlong,* [REDACTED] *LGTM Jordan Furlong*

[REDACTED] 2023-02-28 16:07:27

**@Christina Crimmins** +1 to this, I knew I read somewhere that this was under Jordan and wanted to leverage on your expertise and understand if you've conducted any kind of analysis or plans that can help me justify the MS risks of this. Ok it's clear now, so let's skip for now this meeting, I'll reach out to the PM and come up with a plan and circle back to share next steps! Thanks!

*FINGERHEART Jordan Furlong*

Jordan Furlong 2023-02-28 16:12:22

@[REDACTED] I'll also share the little bit of research I did a while back

[REDACTED] 2023-02-28 16:15:44

Oh yes please

Jordan Furlong 2023-02-28 17:24:41

POST

# Title:

**Text:**

@[REDACTED] Ok so here's what I dug up

- [REDACTED] XFN brainstorm conducted for the digital wellbeing Belonging pillar

- [REDACTED] - incomplete, but synthesizes the themes of the brainstorm

- GR/PR have already advised on beauty filters in the past [REDACTED] I think this is important to build on and leverage these other teams who have a vested interest in this too

- [REDACTED] - this isn't directly relevant to filters/effects, but if you ever want to check for some wellbeing related topic, there's tons of research in here that is hopefully useful. I occasionally go back and just search the doc for keywords that are relevant to newer projects

*FINGERHEART* [REDACTED] *HEART* [REDACTED]

[REDACTED] 2023-02-28 19:05:17

This is great! Thanks Jordan!

Jordan Furlong 2023-02-28 19:07:48

Of course any time

Highly Confidential (Competitor)

TIKTOK3047MDL-090-LARK-03533299

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-090-LARK-03533295-TIKTOK3047MDL-090-LARK-03533299

**BEGATTACH:** TIKTOK3047MDL-090-LARK-03533295

**ENDATTACH:** TIKTOK3047MDL-111-LARK-05913089

**Attachment Count:** 6

**PRODVOL:** MDL-090

**Custodian:** CRIMMINS, CHRISTINA; FURLONG, JORDAN

**File Path:** /TIKTOK3047MDL-090-LARK-03533295.PDF

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** 3C4D174EF9DF5F94000F2BC987FABF0C

**DocType:** LARK RENDERING

**Author:**

**Create Date:** 2/28/2023 12:00 AM

**Last Modified Date:** 2/28/2023 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-090-LARK-03533295.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

