**AMENDED Exhibit 626**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Jordan Furlong和████████的单聊**

████████  2024-01-24  19:16:25

Sounds great. I appreciate folks' flexibility.

 *Jordan Furlong*

**TikTok-Furlong**

**16**

4/11/2025 - MOP

████████  2024-01-24  19:17:03

I jotted down some thoughts and questions for any product plan: I'll share these out with both of you later today or, at latest, tomorrow morning.

 *Jordan Furlong*

Jordan Furlong  2024-01-24  19:17:04

I really appreciate your partnership as well!



████████  2024-01-24  23:45:53

Thanks for the prompt and thoughtful responses to my comments! I figured that it would be easier to just add comments to your doc rather than create the one I had mentioned earlier.

Jordan Furlong  2024-01-25  00:09:12

Of course. They were great questions and considerations [谢谢]

Jordan Furlong  2024-02-13  14:54:05

TIKTOK3047MDL-072-LARK-01137552

Hey ▮▮ – meant to message you yesterday to thank you for taking the lead on so much of this while I was out. Matthew got me caught up on the progress you two made. Looks like that meeting was just moved to tomorrow. Will that time work for you?

▮▮ ▮▮

▮▮▮▮▮   2024-02-13   19:23:28

Yes, sounds good

👍 *Jordan Furlong*

▮▮▮▮▮   2024-02-15   16:34:43

Mandatory 2G connection mode for TikTok only [汗]

Jordan Furlong   2024-02-15   16:38:20

Actually having answers to all these in a week is the most unrealistic ask I've heard across all these projects we've done

▮▮ ▮▮

▮▮▮▮▮   2024-02-21   18:23:05

That doesn't match what you cited earlier

▮▮▮▮▮   2024-02-21   18:24:51

And that ▮▮▮ of users did not even encounter the limit

▮▮▮▮▮   2024-02-21   18:25:09

Who is the person who is citing this data?

TIKTOK3047MDL-072-LARK-01137553

Jordan Furlong   2024-02-21   18:25:58

That was the latest I've seen but USDS is working on an update to that. The data point I mentioned was RoW

Jordan Furlong   2024-02-21   18:26:07

Cooley lawyer

██████████   2024-02-21   18:27:54

I think that it would be very beneficial to have a dashboard for these kinds of key stats where all relevant parties are aligned on the methodology

██████████   2024-02-21   18:28:00

And that's always up-to-date

██████████   2024-02-21   19:28:52

Can you please ping/buzz me when we get to the Algo Modification session?

██████████   2024-02-21   19:29:16

I have the schedule for today's prep meetings, but I recognize that some sessions have run over, or that the agenda is subject to adjustment

Jordan Furlong   2024-02-21   19:40:53

Yep will do

█████████  2024-02-21  20:45:06

██ asked me to join the call; I'm in the waiting room, but I think that Cooley needs to accept my request

████████  2024-02-21  20:45:22

I buzzed ██ and ████ but they haven't responded

Jordan Furlong   2024-02-21  20:45:58

1 sec



████████   2024-02-21  20:48:44

What's the current topic of discussion?

████████   2024-02-21  20:48:56

Beauty filters?

Jordan Furlong   2024-02-21  20:51:23

Yes, social comparison

Jordan Furlong   2024-02-21  20:51:44

Ryn offered the idea of disclosing beauty filters for viewers

Jordan Furlong   2024-02-21  20:52:13

With the context that we are behind the industry in this problem space and there has been a lot of back and forth with ▮▮▮▮▮▮▮ team on this subject

██████████    2024-02-21  20:52:24

Got it

Jordan Furlong    2024-02-21  20:52:31

Also in RoW beauty retouching is automatically set

Jordan Furlong    2024-02-21  20:52:38

That got blocked for the US

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-072-LARK-01137552-TIKTOK3047MDL-072-LARK-01137556

**BEGATTACH:** TIKTOK3047MDL-072-LARK-01137552

**ENDATTACH:** TIKTOK3047MDL-072-LARK-01137556

**Attachment Count:** 0

**PRODVOL:** MDL-072

**Custodian:** FURLONG, JORDAN

**File Path:** /TIKTOK3047MDL-072-LARK-01137552.PDF

**Confidentiality Designation:**

**HASHVALUE:**

**DocType:** LARK CHATS

**Author:**

**Create Date:** 1/24/2024 12:00 AM

**Last Modified Date:** 1/24/2024 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-072-LARK-01137552.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

