# AMENDED Exhibit 628

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



EXHIBIT
23B

# NATIVE DOCUMENT PLACEHOLDER

**Please review the native document TIKTOK3047MDL-290-LARK-08852028.XLSX**

| | D | R |
|---|---|---|
| | ZD_created_at | ZD_comments.plain_body |
| 33865 | 6/2/2021 17:09 | Hello, my username on your app is [REDACTED- SCA] and I'm writing this email as a follow up to the complaint I made about there being an automatic filter on the app that gets applied as soon as you open the camera. It's something a lot of creators and other users have noticed. Below I have attached two screenshots I took. The first picture is of me when I open the camera and the next is mere seconds later. As you can see in the second screenshot, my pimples and skin textured have been smoothed out by some beauty filter. I did not apply that filter myself, this happens as soon as I open the camera.<br><br>I believe this is a major issue, a filter should absolutely not be applied on a person without their permission. This could trigger people's mental illnesses, body dysmorphia or dysphoria. Most users on TikTok are children, teens and young adults, such as myself. This is teaching these vulnerable and still developing age groups that they need a beauty filter to feel "beautiful" and be accepted on social media. That is not the case. I believe this is very harmful and kindly request that you review this matter and quickly resolve it. This shouldn't have to be said, but please take the filter off. It makes TikTok users extremely uncomfortable. |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-290-LARK-08852028

**BEGATTACH:** TIKTOK3047MDL-290-LARK-08852028

**ENDATTACH:** TIKTOK3047MDL-290-LARK-08852028

**Attachment Count:** 0

**PRODVOL:** TB025

**Custodian:** TIKTOK

**File Path:** /NATIVES/0001/TIKTOK3047MDL-290-LARK-08852028.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** ED1E900FC1516E6180EF4CD28DAF1430

**DocType:** EDOCUMENT

**Author:**

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** USER FEEDBACK DATA.XLSX

**Title:** USER FEEDBACK DATA.XLSX

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

