# AMENDED Exhibit 634

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

IMS - Integrity, Minor Safety, TR, CC

Δ π EXHIBIT 49
TIKToK-
Deponent TENENBAUM
Date 1/29/25 Rptr. 1✓
WWW.DEPOBOOKPRODUCTS.COM

Jordan Furlong    2022-09-16    20:23:53

@▓▓▓▓▓▓ aiming for the highest i see

YES▓▓▓▓

▓▓▓▓▓▓    2022-09-16    20:26:16



sourcekey: <████████████████████>; attachment_id:
████████████████████████████████████████

+1 ▓▓▓▓▓▓  📷 *Matthew Tenenbaum, Christina Crimmins*

Christina Crimmins    2022-09-16    20:39:34

sourcekey: <████████████████████>; attachment_id:
████████████████████████████████████████

📷 *Matthew Tenenbaum,* ██████████████

████████████████████    2022-09-20    19:35:08

TikTok Now Launch Announcement

*Forwarded*

▌    ▓▓▓▓▓▓    2022-09-20 19:32:59

▌    [Event Invitation]

▌    ▓▓▓▓▓▓    2022-09-20 19:33:11

Confidential                    TIKTOK3047MDL-090-LARK-03664360

████████████████████    2022-09-20  19:35:09

I've heard of some very valid concerns from a user safety perspective for this feature/product launch. Here are a couple options for the info session about TikTok Now. These might be educating in a way that we learn more about the feature and perhaps some safety by design features that are already in place!

 *Matthew Tenenbaum*

Jordan Furlong   2022-09-20  19:37:14

POST

# Title:

**Text:**

@████████████████looks like the events are private

sourcekey: ██████████████████████>; attachment_id:
████████████████████████████████████████

████████████████████    2022-09-20  19:37:56

**@Jordan Furlong** Yeah. I just noticed after I forwarded. #Fail. looks like invites don't show up on combined forwards!

Jordan Furlong   2022-09-20  19:39:01

@████████████████good call out though. Agreed this is very important

Confidential

████████████████  2022-09-20  19:39:24

[TikTok Now] Internal Info Session I

████████████████  2022-09-20  19:39:35

[TikTok Now] Internal Info Session II

████████  2022-09-20  19:45:49



POST

## Title:

**Text:**

@████████████████

sourcekey: ████████████████████████ >; attachment_id: ████████████████████████████████

██████████████

████████████████  2022-09-20  19:47:42

Shared Group Chat: TikTok Now Launch Announcement

████████████████  2022-09-20  19:48:15

@████████████ the invite is to everyone in this group. Can you join this group and access the invite?

**Matthew Tenenbaum**    2022-09-20    19:49:02

Worked for me once I joined the group [强]

Jordan Furlong, ▮▮▮▮▮▮        👍 ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮    2022-09-21    01:05:23

Yup, worked after joining the group and clicking the event invite in the group

▮▮▮▮▮▮▮

▮▮▮▮▮▮    2022-09-21    16:37:43

Hello does anybody know if there's a team/MC that can add partner orgs to exempt lists on the TT platform or lift takedowns on ads? For context, there's a partner that helps with CSAM intervention whose ads keep getting taken down but OPM is saying that the ads team isn't really able to help with this. My understanding is the content is not violative. Was wondering if anybody knows of a team/MC that can resolve something like this?

▮▮▮▮▮▮▮▮    2022-09-21    16:39:53

@▮▮▮▮▮ I am working on something similar with NCMEC. Let me DM you!

▮▮▮▮    ▮▮▮▮

▮▮▮▮▮▮    2022-09-22    01:55:15

I've got a lot of thoughts about TikTok Now. Don't think it's going to be a large risk to I&A (for now) but some other people are going to be having issues with it [吃瓜群众]

▮▮▮▮▮▮ Matthew Tenenbaum, ▮▮▮▮▮▮▮▮

Matthew Tenenbaum   2022-09-22  02:00:46

I think I'm mostly just grateful they didn't take the location sharing component of BeReal when they copied it [捂脸]



Matthew Tenenbaum   2022-09-22  02:05:41

From the Minor Safety side, I'm curious to hear about how the other folks feel about it. I have some deeper questions with how they're accounting for our U18 rules for visibility/sharing/privacy settings as well as the push notification rules.



2022-09-22  02:26:20

My thought when the app was being explained is that schools & teachers are going to hate it. Kids already have smart phone addiction in class, but you combine that with a synchronized push notification and a very real sense of FOMO if you don't post something right that second and you've got a recipe for trouble.

 *Matthew Tenenbaum*

Jordan Furlong   2022-09-22  02:56:43

@███████████████ put that way, it sounds like Snapchat



Christina Crimmins   2022-09-22  03:10:34

POST

# Title:

Confidential

Re: TikTok Now -- So appreciate this group's reflection on it and its safety implications! A whole lot of conversation took place on the topic of Minor Safety leading up to this launch. I'll do my best to represent the key takeaways -- @███████████████████ let me know if there's anything else you'd like to highlight:

- This was a massive collaboration across PnP + Policy, Issue + Feature, US + Global, TnS + Core Product.

- Healthy conflict is important, and through these efforts, MS has positioned itself as here to both challenge and to support as the business innovates.

- If we assume teens are going to do this anyway, we'd rather them be here on TikTok, (not BeReal, IG Candid, Snapchat Dual, etc.), as only here can we protect them.

- We identified the various MS risk vectors as: CSAM, harmful interactions, psychological pressures, underage detection and enforcement, 18+ age assurances, and developmental support.

- We also surfaced potential reputational and regulatory risks, and provided subject matter expertise while GR/PR and Legal partook in the process as well.

If you asked me - But how do you feel about the outcome? My answer: The TikTok version of BeReal's functionality is much more thoughtful about the safety of minors. But our work here is never done.



*Matthew Tenenbaum, Glenn Kelly*  ███████████  ██████  ████████████

---

████████████████  2022-09-22  04:30:30

You've covered it all in your usual eloquent manner. +1 to everything. Balancing business needs (user growth) and user safety is always a challenge. And particularly in this case, the T&S x-fn teams have been very vocal and that led to a) some safety features included for the initial launch and b) some safety features planned for a fast follow. Purely from a product standpoint if you are wondering why was there such a rush towards launching this feature+product, it is because BeReal for a few months has been the fastest growing product in the history of the internet. Are we witnessing a transformative phase on social media? It's hard to say that with conviction at the moment (although I have my thoughts on this). But sitting on the sidelines and watching was not an option. Especially here at TikTok with the pace at which we launch features/products.



*Christina Crimmins*  ███████████

---

████████████████  2022-09-22  05:05:07

I just noticed that Lark added the feature to "Reply in thread" along with the usual "Reply" option. Let's try to make use of it; especially in larger groups like this one.



*Jordan Furlong*  ████████████ *Christina Crimmins*

---

Confidential  TIKTOK3047MDL-090-LARK-03664365

 2022-09-22  14:41:44

Product Ops XFN Bi-month Review 7-8//2022

███████████████████ 2022-09-22  14:41:45

Apologies for the last minute notice. This is a meeting that discusses at a bi-month level all the new features being built at the code product level. A good forum to learn about the upcoming launches.

👤 *Matthew Tenenbaum*  , 👤 *Jordan Furlong,* ████████

Jordan Furlong  2022-09-23  15:31:35



sourcekey: ◄████████████████████████>; attachment_id:

████████████████████████████████████████████

Jordan Furlong  2022-09-23  15:32:12

It's that time of the week again

 *Matthew Tenenbaum*

Confidential

# DOCUMENT SLIPSHEET

**Bates Number:** TIKTOK3047MDL-090-LARK-03664360-TIKTOK3047MDL-090-LARK-03664366

**BEGATTACH:** TIKTOK3047MDL-090-LARK-03664360

**ENDATTACH:** TIKTOK3047MDL-090-LARK-03664366

**Attachment Count:** 0

**PRODVOL:** MDL-090

**Custodian:** CRIMMINS, CHRISTINA; FURLONG, JORDAN ███████████████ MEDOFF, NATALIE; TENENBAUM, MATTHEW

**File Path:** /TIKTOK3047MDL-090-LARK-03664360.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 1CE8C536F1B40C0F3584EAD44CC4BB63

**DocType:** LARK RENDERING

**Author:**

**Create Date:** 9/16/2022 12:00 AM

**Last Modified Date:** 9/16/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-090-LARK-03664360.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

