# AMENDED Exhibit 635

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA              )
ADOLESCENT ADDICTION/PERSONAL    )
INJURY PRODUCTS LIABILITY        ) MDL No. 3047
LITIGATION                       )
_____  )
THIS DOCUMENT RELATES TO:        )
ALL ACTIONS                      )
_____
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES
UNLIMITED JURISDICTION

COORDINATION PROCEEDING          ) Lead Case No.
SPECIAL TITLE [RULE 3.550]       ) 22STCV21355
                                 )
SOCIAL MEDIA CASES               ) JCCP No. 5225
_____  )
THIS DOCUMENT RELATES TO:        ) Judge:
ALL ACTIONS                      ) Carolyn B.
                                 ) Kuhl, Dept.12


WEDNESDAY, MAY 21, 2025

CONFIDENTIAL - ATTORNEYS' EYES ONLY -
PURSUANT TO PROTECTIVE ORDER

⬚ ⬚ ⬚

Videotaped deposition of Yue Fu, held at the offices of King & Spalding, LLP, 1 Raffles Quay, #31-01 North Tower, Singapore, commencing at 9:04 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri, Kansas, Louisiana & New Jersey Certified Court Reporter.

⬚ ⬚ ⬚

DIRECT EXAMINATION

QUESTIONS BY MS. CRAICK:

Q.    Good morning.  My name is Felicia Craick.  We met briefly this morning, but it's nice to meet you.  Thank you for coming in today.

A.    Good morning, Felicia.  Nice to meet you, too.

Q.    Could you please state and spell full your name for the record?

A.    Sure.  My legal name is Yue Fu.  Yue is my first name.  It's Y-u-e.  Fu is my last name.  It's F-u.  And usually I go by Yuyi.

Q.    Okay.  And do you have a Chinese name also?

A.    Yes.  It is the same pronunciation but retaining Chinese characters.

Q.    Okay.  And we're located in Singapore today.

Correct?

A.    Yes, we're in Singapore.

Q.    And do you live in Singapore?

A.    Currently, yes.

Q.    Okay.  And do you work in Singapore?

A.    Yes, currently I am.

Q.    Okay.  And what is your current job?

A.    I'm currently running a team to provide training data for the ByteDance self-developed LLM, large language model.

Q.    Okay.  And that is sometimes known colloquially as AI, or artificial intelligence?

A.    LLM is kind of AI, yes, but it belongs to that category.

Q.    Okay.  But you are an employee of ByteDance.

Correct?

A.    Yes, correct.

Q.    And ByteDance also owns and operates the TikTok platform?

A.    Just -- well, I think it really involves some kind of, like, entity structure, corporate structure kind of stuff. I -- in layman's term, it's like I also read from the news reports is that TikTok belongs to ByteDance, but specifically how does that

work, legally what structure, sorry, I don't have visibility or clarity about that.

Q.    No worries.

But at some point in your career, you have worked on the TikTok product for ByteDance.

Correct?

A.    Yes.  I have worked on TikTok products, yes.

Q.    Okay.  So I want to go over some basics.

Have you had your deposition taken before?

A.    Sorry, I probably need to understand the question a bit better.

Q.    Of course, yes.

Have you ever been in this type of situation where you're sitting under oath, where someone is asking you questions and you're giving answers under oath?

A.    No.  It's my first deposition, yes.

Q.    Okay.  So you understand that you swore to tell the truth today.

Correct?

certain content in internal employee groups.

Do you recall any of the content that was discussed?

MS. KAJAN:  Objection.  Asked and answered.  Object to form.

THE WITNESS:  No, because all I see is the link, and I couldn't click the link.  And also, I -- just by looking at the link, I cannot recall anything.  It's just a link.

QUESTIONS BY MS. CRAICK:

Q.    I understand.

A.    Yeah.

Q.    All right.  Did you create -- or take any notes during any of the meetings with your attorneys?

A.    No.

Q.    Okay.  And did you bring anything with you today to help you testify?

A.    No.  Only myself.

(Fu Exhibits 1 and 2 marked for identification.)

QUESTIONS BY MS. CRAICK:

Q.    Okay.  I would like to pull up Tab 1, and I'm going to mark that as

Exhibit 1, and also Tab 2 and Exhibit 2.

A.      Thank you.

Q.      And we're handing you what has been marked as Exhibit 1 and Exhibit 2.  This is a copy of your LinkedIn profile, and your -- a copy of your résumé will be Exhibit 2.

I will represent to you that when you print out a LinkedIn profile, it looks like Exhibit 1 with this -- they do different formatting than how you view it on the web.

If you look at the information on Exhibit 1, does that look like the information from your LinkedIn profile?

A.      Yes, I think so.  Yes.

Q.      Okay.  And do you have any changes or corrections to your LinkedIn profile?

A.      No, not at this point of time.

Q.      Okay.  It's accurate?

A.      Yes, I believe so.

Q.      Okay.  And same question for Exhibit 2, which is your résumé.

Do you have any changes or

corrections to your résumé?

A.    By looking at it, I think there are translation mistakes, but I think the essence probably is correct.

Q.    Okay.  What do you mean by "translation mistakes"?

A.    For example, there's a company, it's like in the experience here, it's like Bytehopper.  It's actually ByteDance.

Q.    Okay.  Is this résumé up to date?

A.    No.  It didn't capture my recent experience with ByteDance.

Yes, I rejoined ByteDance, so it was not shown here.

Q.    Okay.  And did you prepare this résumé?

A.    The original version, I did, but not the English version.

Q.    Oh, okay.

A.    The other version was in Mandarin.  I prepared that.

Q.    Understood.

Do you know who prepared the English version?

A.    I don't know specifically whom. I handed it over to our lawyers, and then, yeah.

Q.    Okay.  Understood.  Thank you.

So you have a degree in economics from Beijing University.

Is that accurate?

A.    Yes.  Usually the university is called Peking University.  Yes, I do have bachelor degrees from both Japanese language and also economics.

Q.    Yeah.

And your LinkedIn profile uses the name Peking University, right?

A.    Yes, correct.

Q.    Okay.  But it's the same school; it's not two different schools.

Correct?

A.    Yes, it's the same school.

Q.    Okay.  You also have a master of business administration from MIT.

Is that right?

A.    Yes.  Correct.  Yes.

Q.    Okay.  And a master's of public administration from Harvard.

Correct?

A.    Yes, correct.

Q.    And for those two universities, for MIT and Harvard, you did your coursework in English.

Correct?

A.    Yes, correct.

Q.    And at the bottom of your résumé, you note that you're fluent in English and Japanese.

Right?

A.    Yes, for business or for daily conversations, but I -- I'm not sure if I can fully understand all the legal terms.

Q.    Understood.

And you also -- your native language is Mandarin.

Is that right?

A.    Yes, correct.

Q.    Okay.  So just briefly talking about your work history, after college, you started working at the Boston Consulting Group.

Is that correct?

A.    Yes, that's right, in the Tokyo

office.

Q.    Okay.  In Japan?

A.    Yes.

Q.    And you worked there for about three years.

Is that right?

A.    Yes.  Three years.

Q.    Okay.  And it looks like you did a number of different kinds of interesting work.

You worked on sales strategy for a fresh food company, helping them to make about an additional $6 million.

Is that right?

A.    Yes.  Correct.

Q.    And you worked on the acquisition of a major Japanese commercial insurance company.

Correct?

A.    Yes, I did.

Q.    And helped provide sales training to more than 200 sales managers for a pharmaceutical company.

Correct?

A.    Yes, correct.

Q.    Okay.  And then you worked at -- the next company, is it Tencent?

A.    Yeah, it's Tencent.  Correct.

Q.    Tencent.  Okay.

And you were the associate director of strategic development.

Is that correct?

A.    Yes.  We also sometimes call it, it's like deputy director of strategic development, yes.

Q.    Okay.  And you were working in China at that time.

Correct?

A.    Yes, correct, in Guangzhou city.

Q.    Okay.  And Tencent is a technology company.

Is that right?

A.    Yes, it's also in the tech industry.

Q.    Okay.  And they make products like WeChat, which is a messaging app.

Right?

A.    Yes, correct.

Q.    And they're also, I saw,

involved in video games like Fortnite.

Is that right?

A.    Well, it's like Tencent was -- is still a very big company.  It has different products.  WeChat was -- is one of them.

The business unit I was serving was enter -- interactive entertainment group, gaming, comics, like animations, and also filming.  So it's like film industry is also part of its business as well.

The majority of my work is actually on comics animations and also on filming, making movies and also TV series.

Some of my projects is about gaming, for example, producing some of the IP work for the -- some of the games produced by Tencent.  That's it.

Q.    Okay.

A.    It's only supported part of the Tencent business instead of --

Q.    Okay.  And were any of the games or movies you worked on, do you know if they were available in America or in English language?

A.    I'm not sure.  I think in English language, but I'm not -- because even though I get involved in some of the -- a very few number of the gaming products, it was mainly for China markets.  The purpose of those projects was not international expansion or going to other markets.

But whether the game itself is offered in other markets or not, I'm not clearly aware of that because that was not part of the scope of my job.

Q.    Okay.  And you mentioned you worked in the entertainment group and on gaming and films.

Could you talk just briefly about what your day-to-day role was there?

A.    Sure.

A lot of the work is by project.  A lot of work is about, for example, introducing comics in Japan to China.  So it's like we go to publishers in Japan, negotiate with them, if they're happy with the terms, and then introduce them to China.

And also, a part of my job is

because in the training of producing a TV series or movie, there are -- we need to secure resources like the directors, the actors, the actresses, and also, very importantly, the screenwriters, so those who are writing play scripts.

And, you know, our strategic findings, we find that all of the resources of directors, actors, actresses, actually are very much secured by other players, more traditional players, in the market. But those who are writing screenplays are still a space that we can go in and secure some of the, you know, good stories.

So part of my job is talking to those new and young potential screenwriters and sign contract with them, and to see if we can secure some of their productions and authorize some of the productions to Tencent so Tencent can later make stories -- make movies or TV series out of those stories. That's the majority of my work.

Q.    Okay. So essentially -- and I don't mean to simplify it too much. But you were working to find -- work with

screenwriters, help buy the rights to various stories to create new content for Tencent.

Is that right?

A.    Yes, and also buying -- or negotiating with Japanese publishers to introduce the comics to China, yes.

Q.    Okay.  Thank you for that.

And then you started working for ByteDance in 2018.

Is that right?

A.    Yes, correct.

Q.    Okay.  And you became the global head of trust and safety.

Is that right?

A.    Yes, but it took some time.  So I wasn't hired as the trust and safety guy for TikTok at the very beginning.  I was hired for more on the operations side, more for the community.  So it's like how to engage our users, et cetera.

And also, I think it was starting from late Sep -- September or October -- I couldn't recall the exact month, but it was some month later I get involved in the trust and safety relevant work.  And then

I think it was in 2019-ish I become the head of trust and safety.

So it's like wasn't hired for that. Took some of the tasks, getting some of the programs, understanding the challenges we were facing, understanding the context, understanding the industry, and then I took the hat role. So it was a journey.

Q. Okay. So when you were hired, you said you were on the operations side. Could you talk a little bit more about that role you were initially hired for?

A. Yes. So we -- ByteDance was not a -- is not still, I think, not a company big on title. So at that time I think we were just started to expand globally for the product of TikTok. So we need to understand, you know, how to best locally service our users and how to assemble, like, local teams in order to better serve our users.

And if we have local teams, how can we help local teams to understand the product, because they're new hires -- right? -- understand the product, align on business goals. Are there any practices or

SOPs that we can teach them so they can ramp up the business quicker.  Those are the work that I was hired to do.

But of course learning period for myself also is needed.  So most of the time, the first two or three months for me is also learning, observing, as well.

Q.    Okay.  So you were learning about ByteDance's business goals and about how the company operated, those sorts of things.

Is that right?

MS. KAJAN:  Object to form.

And I'm just going to mention just to slow down a little bit just to make sure the court reporter can get everything.

THE WITNESS:  Oh, sure.  Thank you.

So let me -- yes.  So I will say, I'm trying to learn as part of it, but not all of it.  It's like ByteDance is -- was and is still a huge company.  So for me, it is very difficult to learn everything about

this company or the -- all of the goals of it.

For me, I was more focused just on TikTok at that point of time.

QUESTIONS BY MS. CRAICK:

Q.    Got it.

So ByteDance has a number of other products besides TikTok that it operates.

Correct?

A.    Yes.  Yes.

Q.    Okay.  But you were trying to learn the business goals and how the TikTok business specifically operated.

Correct?

MS. KAJAN:  Object to form.

THE WITNESS:  More on the latter.  So more how the operation works.

But on the specific business goals, I think it's more like we need to do our part of job first before understanding the bigger picture.  Or the bigger picture is given to us, but more as a context.  And so

specifically we participating in

building that bigger goals or

strategic goals.

QUESTIONS BY MS. CRAICK:

Q.      Okay.  TikTok had core metrics

or various goals that it used to track

progress -- strike that.

TikTok had things it called

core metrics, correct?

A.      I -- I am not sure if I

understand what core metrics are, but we do

use sometimes numbers to use to set up as

goals or track the business progresses.

Numbers involved, but I'm not sure if they

are describing the term core metrics.

Q.      Okay.  But, for example, TikTok

would track the number of DAU, or daily

active users.

Correct?

A.      Yes, we do.  We track, like, as

a business, track the DAUs, MAUs.  Those are

numbers that we looked at.

Q.      Okay.  And MAU is monthly

active user.

Is that right?

A.    Yes.  Correct.

Q.    Okay.  And so daily active user means someone who logs into TikTok and uses the platform every day.

Is that right?

A.    I'm not sure if I understand your description, but not every day.  Just like on this specific -- on a specific day, of course, how do we defined it because we have a time zone here.

Q.    Yeah.

A.    But let's assume that we -- even if our definition of a day, it's on this day, how many people logged in TikTok and also used it.  So that's what we called daily active user.

Q.    Understood.

So a daily active user -- strike that.

A count of the daily active users would be the number of people that logged in and used TikTok on, for example, May 21, 2025.

Is that correct?

A.    Yes, for that specific day.

Q.    Okay.  And then monthly active users would be the number of people that logged in and used TikTok over the course of a month, for example, May 2025.

Is that right?

A.    Yes.  Yes.

Q.    Okay.

A.    But just a caveat.  I'm not an expert on how to calculate DAU/MAU.  It was more presented to me as the outcome of numbers.

But I believe probably the data analytics on the business side will have, like, more specific measures.  I don't know.  Maybe just login, not play for a while.  It's not -- there are details to it.

Sorry, I cannot provide accurate information on that, but maybe there's some ways to cancel the noises or to calculate.  I only know that those are the two metrics and a very general definition of them.

Q.    Understood.

So you would see, you know, documents, for example, that had the number

of DAU or MAU, but you didn't know exactly how that was calculated.

Is that what you're saying?

A.    Correct.  I only know the general idea.  But specifically where do we get the data, how do they process it, was it accurate or not, are there any problems, no, that was not part of my job, and I just take that as a background information.

Q.    Understood.

When you joined ByteDance in 2018, none of your previous roles were in trust and safety departments at previous companies.

Correct?

A.    Yes.  Correct.  I think it was because I never planned myself to be someone who work in trust and safety.  It's like no matter when I graduated from schools or when I did the consulting work, I never imagined that.  I'm pretty open-minded.  But I think if I look backwards, I think the dots are connected.

So if I would just look at forward-looking perspective, I don't think I

designed my career path toward that role, but if I look backwards, I think it makes sense.

Q.    Okay.  You are familiar in general with the structure of trust and safety during the time that you were working in trust and safety at ByteDance.

Is that accurate?

MS. KAJAN:  Object to form.

THE WITNESS:  Sorry, I probably need your help to rephrase this question so I can understand a little bit better.

QUESTIONS BY MS. CRAICK:

Q.    Sure.

I understand that TikTok and ByteDance don't have formal organizational charts.

Is that right?

A.    At least not -- I can only tell what I know.  At least as an employee, as myself, I don't have the full organizational structure of this company.

Q.    Okay.  Did you receive any sort of charts or information about the organizational structure of the trust and

safety department, for example?

A.    You mean now or when I was --

Q.    When you -- oh, I'm sorry.

A.    Sorry.

Q.    When you were working there.

A.    Yes, I do have them because I was the head of trust and safety.  I designed the organization.  So, yes, we do have that, but it was more for organizational design purposes.

Q.    Okay.  And when you say "we do have that," what exactly are you referring to?

A.    You mean the organizational chart, right?

Q.    Right.

A.    Yes, we do have that as a blueprint as the organization.

Q.    Okay.  And in 2018 when you started, TikTok and ByteDance did not have an organization that was called trust and safety.

Correct?

A.    No.  If -- name by name -- do we have -- sorry.  Excuse me.  Do we have --

sorry, can I drink some water?

Q.      Yes.

A.      If you're asking, do we have an exact organization called trust and safety, no, we didn't have that in 2018.

Q.      Okay.  And you were leading a department that was originally called global community development strategy.

Is that right?

A.      Yes, I was leading that.

Q.      Okay.  And you had four people reporting to you.

Is that right?

A.      Yes, I believe -- sorry, I couldn't recall the exact numbers, but four sounds, like, right because, yes, we -- when we start at the team, it was really small.

Q.      And one of them was ▮▮▮▮▮▮?

Is that right?

I might not be pronouncing her name right.  ▮▮▮▮ --

MR. YANG:  ▮▮▮▮▮▮.

THE WITNESS:  Ah, yes, correct.

One of them, yes, it was ▮▮▮▮▮.

QUESTIONS BY MS. CRAICK:

Q.    Okay.  And then you started hiring people and expanding the group.

Is that right?

A.    Yes.  Sorry, excuse me.  Yes.  Correct.

Q.    And you were -- one of the things you were working on was setting metrics for the moderation team?

A.    Well, let me explain a little bit better on that.

So in 2018, even though we don't have a corporate name called trust and safety, safety work and moderation work was done for TikTok.  But it was more like a loose organization separated into two layers, managed by different teams for the specific moderation.

So at that time, my team was tasked to understand the -- better wholistically how the moderation work across two different teams.  And instead of saying, like, we set the goal for the moderation teams, it's like, we have all moderation, and they have own leaders, right?  Usually they

set the goals for themselves.

We're the ones try to help them to build a more robust metrics system to understand how moderation works, no matter it's quality, efficiency, HT, service level, et cetera, and then try to present those metrics more -- it's like in a wholistic view to the leadership so everyone understands what is going on.

And from there we can discuss what's the insight from those numbers, are there any things that we can improve or get better.

I think it's like we facilitate the goal setting, but do we say that we, as a team, single-handily decide what the moderation team should do?  I think that was not the very accurate description.

(Fu Exhibit 3 marked for identification.)

QUESTIONS BY MS. CRAICK:

Q.    Okay.  Can we look at Tab 3 and introduce that as Exhibit 3?

I've handed you what's been marked as Exhibit 3.  This is a Lark chat

So I would like to start off with some of that basic history, and I'm going to pull up Tab 4, which is going to be Exhibit 4, to help us with that.

A.    Okay.

Q.    So I've handed you what's been marked as Exhibit 4, and this is a document, and the first line is "The Success of ByteDance's Recommendation Engine."

Do you see that?

A.    "The Success of ByteDance Recommendation Engine."  Yes, correct, that's from the document.

Q.    Okay.  And then I'll give you a chance to read it in just a moment, but if you turn to the last -- or the second to last page, do you see on the -- it says -- the second comment up from above says, "Thanks, Yuyi."

Do you see that?

MS. KAJAN:  Sorry, Felicia, what's the Bates?

MS. CRAICK:  2918.

THE WITNESS:  Oh, I see.

QUESTIONS BY MS. CRAICK:

Q.    It's also up on the screen for you.

A.    Oh, thank you.

Q.    Do you see where it says "Thanks, Yuyi"?

A.    Yes.  Correct.  I see that from this document, yes.

Q.    Okay.

A.    It's from the document.

Q.    And then if you'll turn to the next page on the document, do you see that -- well, strike that.

We're going to be looking at sheets like this throughout the deposition. This is information that ByteDance and TikTok produced to us, and it provides information. For example, it says, "Custodian, Yuyi Fu."

Do you see that?

A.    Yes, I see that from this document.

Q.    Okay.  So this represents that TikTok and ByteDance produced this document to us out of your files.

Do you have any reason to

dispute that?

A.    I don't know exactly how this was produced, but if -- if it is produced from my file folders, I think I have no reasons to dispute that.

Q.    Okay.  If you need to take a second to look at the document, you can do so.

A.    Yeah, thank you.  Appreciate it.

Okay.  I think I roughly go through it, but if you have specific questions, please feel free to go ahead.

Q.    Thank you.

Do you have any reason to believe this document was altered in any way from how it existed in your files?

A.    I think it is a file from long time ago, and I'm familiar with some of the concepts it mentioned, but I -- I really don't have any reasons to believe it is altered or not altered.

So, yeah, I don't know.  It's, like, altered or not alters -- or altered, I don't have any comments on that.

Q.     Understood.

It's important for me to know if you believe it has been altered.  You don't have any reason to believe it has been altered.

Correct?

A.     I don't have any reason to --

MS. KAJAN:  Objection.  Mischaracterizes testimony.

THE WITNESS:  I don't have any reasons to believe it's not altered.

I don't have any reasons to believe it is altered.  It's just, like, neutral.

QUESTIONS BY MS. CRAICK:

Q.     Okay.  So this document starts off in the first paragraph.  It says, "ByteDance is an innovative technology company founded as a startup in 2012 by Chinese entrepreneur Yiming Zhang headquartered in China."

Do you see that?

A.     Yes, correct.  It's from this document.

Q.     Okay.  Is that accurate to your understanding?

A.      Well, let me explain a little bit about the context of this kind of document.

So in ByteDance, we are very big on documents, so we will receive documents from different teams and ask us to review.  For this specific document, to be honest, currently when I look at it, I couldn't recall why those documents was generated and for what kind of purposes.  But I believe I was asked to comment on part of the documents which I have knowledge about.

So even though I -- I've read this document and I've asked to comment on this doesn't mean that I need to read the parts or confirm the parts that I'm not familiar with.

So on this document, I think what I'm most familiar with is something that's regarding specific TikTok and algorithms that's -- my knowledge and understanding.  If it's algorithm outside of my knowledge, I wouldn't understand it, and I couldn't provide exact information.

So in this document, for

example, how ByteDance innovative technology company, by Yiming Zhang headquartered in China, or later it says the company structures, et cetera, those are the parts I don't feel like I have the knowledge or understanding to comment specifically because a lot of those are about company affairs, company structures, that I don't have the knowledge or understanding to comment on.

Q.    Okay.  But you said earlier that you learned when you were working at ByteDance --

A.    Yeah.

Q.    -- in general about the story of ByteDance.

Correct?

A.    Correct.  That's true.

Q.    So you know that ByteDance was founded in 2020 {sic} by Yiming and it's headquartered in China.

Correct?

A.    So what I --

MS. KAJAN:  Objection.
Mischaracterizes testimony and document.

THE WITNESS:  So what I understand is ByteDance is an innovative technology company.  Yes, that's what I understand.

Founded as a startup in 2012, as far as I understand, correct.

By Chinese entrepreneur, Yiming Zhang -- by Yiming Zhang.  Yes, that part I understand.

Headquartered in China, that part I don't understand because it's a corporate affair thing.

Where it is headquartered, I only know they have presence and teams in China, including myself for a period of time worked in China as well.

But it's like if you asked me, like, legally is headquartered in China, legally, Yiming Zhang is a Chinese entrepreneur, that part I really don't know.

QUESTIONS BY MS. CRAICK:

Q.    Understood.

But you understand that the

company -- Yiming was in China when he started the company.

Correct?

MS. KAJAN:  Objection.  Calls for speculation.

THE WITNESS:  I think the location where Yiming founded the company was in China.

QUESTIONS BY MS. CRAICK:

Q.    Okay.  And it also mentions in the next sentence, "The company launched its first flagship app."

Could you pronounce the name of that?

A.    Okay.  Yes.  It's Toutiao.

Q.    Okay.  And it says, "Toutiao is a news and content aggregating app developed for the Chinese market that uses a proprietary recommendation algorithm {sic} developed entirely in China by ByteDance's team of elite engineers with advanced training and expertise - and based upon cutting-edge, machine-learning and artificial intelligence technology - to create a personalized content feed for each user."

Do you see that in the document?

A.   Yes, it is from this document.

Q.   Okay.  In the second paragraph, in the second sentence, it says, "The core technology later used in several of ByteDance's other apps drew heavily on the recommendation engine ByteDance developed for Toutiao."

Do you see that in the document?

A.   It is from this document.

Q.   And it says, "For example, in September 2016, ByteDance launched in China a short entertainment video app called Douyin, which incorporates a recommendation engine heavily influenced by the Toutiao engine to recommend videos to Douyin users."

Do you see that in the document?

A.   Yes, it's from the document.

Q.   Okay.  Are you aware of any of that being incorrect or wrong?

MS. KAJAN:  Objection to the form.

MS. KAJAN:  Object to form.

THE WITNESS:  Sorry, my memory couldn't serve me to confirm or deny this.

QUESTIONS BY MS. CRAICK:

Q.    Did TikTok or ByteDance ever tell the public that TikTok could give users anxiety?

MS. KAJAN:  Object to form.

THE WITNESS:  Sorry, my memory couldn't serve me to confirm or deny.

(Fu Exhibit 34 marked for identification.)

QUESTIONS BY MS. CRAICK:

Q.    Okay.  Let's look at Tab 34, Exhibit 34.

I've handed you what's been marked as Exhibit 34.  This is an e-mail from one of the ByteDance employees to a number of people, including you.

Do you see that?

A.    Yes, I see that, yes, from the starting point of -- sorry, the starting section of this e-mail.

Q.    Okay.  And do you have any

reason to believe -- strike that.

This was produced to us by TikTok and ByteDance out of your files.

Do you have any reason to dispute that?

A.    No, I don't have any reason to.

Q.    And do you have any reason to believe it was altered in any way?

A.    No, I don't have any reason to believe it's altered or not altered.

Q.    Okay.  One of the other people that this goes to is Alex Zhu.

Do you see that?

A.    Let me -- let me read the whole recipient list.

Yes, I notice his name is in the cc column.

Q.    Okay.  And then towards the bottom of that list, another of the individuals that received this was Vanessa Pappas.

Do you see that?

A.    Yes, I also see her name in the cc.

Q.    And the date is March 17, 2019.

Is that right?

A.    Yes, correct, the date is as you just indicated.

Q.    And there are a number of comments in this e-mail, but number 3, do you see where it says, "Can become too addictive"?

A.    Yes, you read as can be too addictive, but I'm not sure if it is from -- a quote from ▮▮▮▮ or it is a statement from the sender.

Q.    Okay.  And it says, "A common concern among parents is that their kids have become addicted to TikTok."

Do you see that?

A.    Yes, I see that as a part of this e-mail.  But again, I'm not sure if it's just a quote from a lot of parents or it is something else.

Q.    Okay.  And then it says, "Well, this is a good thing for the platform, but concerning as young minds can get affected."

Do you see that?

A.    Yes, it is a part of this e-mail, but I don't know what was the context

document.

Q.    Okay.  All right.  Let's pull up Tab 44, Exhibit 44.

MS. CRAICK:  Actually, can we go off the record just a second?

VIDEOGRAPHER:  The time is 4:32 p.m.  We are off the record.

(Off the record at 4:32 p.m.)

VIDEOGRAPHER:  The time is 4:41 p.m.  We are back on the record.

(Fu Exhibit 44 marked for identification.)

QUESTIONS BY MS. CRAICK:

Q.    All right.  Let's actually do Tab 45, which will be Exhibit 44.

I want to talk a little bit about TikTok's core metrics.

Okay?

A.    Metrics?

Q.    Yes.

A.    Okay.

Q.    This is a document, and if you look on the last page, kind of the only page, you'll see that you are custodian of the document.

Do you see that?

A.    Yes, I see that.

Q.    Okay.  So this is a spreadsheet.  So you have a laptop, and you can manipulate it if you want, but it will also be up on the screen in front of you.

A.    Okay.  Thank you.

MS. CRAICK:  Vince, can you pull up the native version?

VINCE ROSICA:  Yes.

QUESTIONS BY MS. CRAICK:

Q.    This was produced to us by TikTok and ByteDance out of your files.

Do you have any reason to dispute that?

MS. KAJAN:  Sorry, it's not appearing.  I'm not sure --

VINCE ROSICA:  Refresh your browser.

THE WITNESS:  Oh, sorry about that.

Yes.  Okay.  Thank you for waiting.

QUESTIONS BY MS. CRAICK:

Q.    Okay.  So this was produced by

TikTok and ByteDance out of your files.

Do you have any reason to dispute that?

A.    No, I don't have any reasons to dispute that.

Q.    And do you have any reason to believe it's been altered in any way?

A.    No, I don't believe I have reason to suggest it's altered or not altered in any way.

Q.    Okay.  It has a category at the top listed as top-level metric.

Do you see that?

A.    Yes, I see that.  But also, I think according to metadata it's created in 2022, in July, when I am no longer with the company.  But, yeah.

Q.    Okay.  But you see it says "top-level metric" at the top.

Right?

A.    I can read from this document, yes.  There are called top-level metric in this -- in the -- in the headline of this table.

Q.    So, for example, in the User

category, one of the top-level metrics is DAU in millions.

Do you see that?

A.    Yes.  There is a cell says DAU MM, minutes.

Q.    And then next to that it says, "Metric explanation."

Do you see that?

A.    Daily active user, yes, I see that.

Q.    Okay.  And you're ahead of me. It says daily active user.

Correct?

A.    Yes, correct.

Q.    Okay.  And then the next top-level metric for users is stay duration in minutes.

Do you see that?

A.    Yes, correct.

Q.    And then next to it it says, "User's average stay duration time in TikTok per day."

Do you see that?

A.    Yes, I see that in this sheet.

Q.    And then the third one is

THE WITNESS:  If it is just simply a math calculation, I think, yes, 2 percent of a hundred is two minutes.  So a hundred minus 2 is 98 minutes.

(Fu Exhibit 46 marked for identification.)

QUESTIONS BY MS. CRAICK:

Q.    Okay.  Let's pull up Tab 47. This is Exhibit 46.

I'm handing you what's been marked as Exhibit 46.  This is a Lark chat titled "Trust and safety product review meeting."

Do you see that?

A.    Yes, I see that as the title and as the name of this group.

Q.    Okay.  And on the first page, do you see your name, "Leave your comments, and PM owner will answer @Yuyi"?

A.    {Reading sotto voce.}

Yes, I see the sentence, "Leave your comments, and PM owner will answer @Yuyi."  I see this from ███ s post.

Q.    And then if you look at the

second page, there's another reference to your name.

Do you see that?  On the third post down.

A.    Yes, it was @Yuyi from ███ ███

Q.    Okay.  If you look at page 3, there's a post titled "June 9th launch: Screen time dashboard plus screen time breaks."

Do you see that?

A.    Sorry.  Can you give me some time to --

Q.    Sure.

A.    -- read through?  Thank you.

Okay.  I've finished reading the message you're referring to.  You're referring to Jordan's message here.

Right?

Q.    That's correct.

And so if you look at the next page, there's a continuation of that message. It reports results from an AB test, and it says, "Expectations met."

Do you see that at the top?

A.      "Expectations met."  Yes, correct, I see this.

Q.      And it says -- and it says, "Slight drop in stay duration minus 0.07 percent, as we expected, but no impact to other core metrics, retention, publish, active days."

Do you see that?

A.      Yes, I see that.

Q.      And this says, "This alliance with guidance, one, to keep stay duration impact within a reasonable threshold; and two, no impact to retention."

Do you see that?

A.      Yes, I see that in the post.

Q.      And then it says, "This drop in stay duration is correlated with L3 users and medium to heavy users of the platform."

Do you see that?

A.      Yes, I see that.

Q.      And the next paragraph mentions L1 and L2 users.

Do you see that?

A.      {Reading sotto voce.}  Yes, I see that.

the e-commerce.

A lot of our focus was trying to acquire more merchants, more merchandise and more creators that would be willing to represent -- represent the merchants to sell the merchandise.

At that time, we are not yet at a stage to earn a lot of money for TikTok.  And a lot of times our focus is to get people on board.  So the making money efficiency is more managed by the algorithm product team, and I have very limited knowledge of that.

QUESTIONS BY MS. CRAICK:

Q.    Okay.  Are you aware of TikTok's daily average ads revenue?

A.    I think I might have access to that back when I was working for TikTok, but that was not the focus.  I couldn't recall those numbers right now out of my mind.

(Fu Exhibit 48 marked for identification.)

QUESTIONS BY MS. CRAICK:

Q.   Okay.  Let's look at Tab 51.

This is another Excel spreadsheet, so it will be up in your sheet -- Exhibit 48.

So I've handed you what's been marked as Exhibit 48, and the paper copy just has the metadata showing you are a custodian of the document.

Do you see that?

A.   Yes, I see that I'm on the list of custodian, yes.

Q.   Okay.  And so we can pull up the native version and take a look at that.

Let me know when you're ready.

A.   Okay.  Just give me one second.

Okay.  Yes, I saw this document right now.

Q.   Okay.

A.   Yeah.

Q.   And do you have any reason to believe this was altered in any way?

A.   I don't have any reason to believe that it's altered or not altered in any way.

Q.    Okay.  And do you see the top row says, "Daily average ads revenue"?

A.    Yes, I saw there is a cell B3, daily average ads revenue.

Q.    Okay.  And next to it there are Chinese characters.

Correct?

A.    Yes, there are.

Q.    And is that just the translation in Chinese?

A.    As far as I recognize, they are equivalent.

Q.    Okay.  And it says under TikTok US, it says the daily average ads revenue is about $11.5 million.

Do you see that?

A.    Yes, I see that number here on this table.  And actually, I'm a little bit surprised that I have access to this number because it was 22nd -- the year of 2022, May. At that time I was working for e-commerce, and e-commerce is a different department from ads.  That's a two different department.

I was surprised that I have access to this data.

Q.    Okay.  But it says here the average daily ads revenue in the US is about 11.5 million.

Correct?

A.    Yes, correct, based on this document.

Q.    And just doing some math, I'll represent to you that 11.5 times 365 is 4.2 billion.

Do you have any reason to disagree with me there?

A.    I think if it is simply math -- it's a simple math calculation, I don't have any concern regarding that.

However, if you are using that to approximate -- am I saying right, approximate? -- approximate what is the annual revenue, I think we need to consider if there is a seasonality or there is different trends that might happen across different period of this year.

Q.    Okay.  There is also on this sheet ARPU.

Do you see that?

A.    ARPU.  Yes, okay, I see that.

MS. KAJAN:  Object to form.

THE WITNESS:  Based on this number here presented on table, if we do a calculation, yes, it's five times more in the US than in the average global.

(Fu Exhibit 49 marked for identification.)

QUESTIONS BY MS. CRAICK:

Q.    Okay.  Let's go to Tab 48. This will be Exhibit 49.

So again, this is a spreadsheet.  I'm handing you what's been marked as Exhibit 49.

On the last page, do you see you're a custodian?

A.    Yes, I see myself as one of the custodians.

Q.    Okay.  And let me know when you have the file up and you're ready for questions.

A.    Sure.

It's 49, right?  Okay.  49. Just one second.

Yes, I see this document right

now.

Q.    Okay.  And the first category listed is DAU and engagement.

Do you see that?

A.    Yes, I see that from this document.

Q.    And DAU is daily active users.

Correct?

A.    Correct, if it does not refer to any other specific terms.  Because, again, this is a document after I left trust and safety, so I can only assume based on my common sense.

Q.    Okay.  Have you ever heard DAU used to refer to anything other than daily active users at TikTok?

A.    Not -- not -- not really.  Not out of my memory.

Q.    Okay.  And the metrics are DAU and average time spent.

Do you see that?

A.    Yes, I see that from this document.

Q.    And then next to average time spent, it has Chinese characters, and that's

average time per person.

Right?

A.      Average time per person, yes, correct.

Q.      Okay.  And it's measured in minutes.

Right?

A.      Correct, yes.

Q.      And in 2022 it says, "Year-to-date, 85."

Right?

A.      Yes.  According to the document, correct.

Q.      So that would be 85 minutes per person on average on TikTok every day.

Right?

A.      Yes, according to this table.

Q.      And the 2022 target is 90 minutes.

Correct?

A.      According to this table.  Even though I don't understand what does that M7 version means.

Q.      Okay.  And that would be 90 minutes per person on average on TikTok

CERTIFICATE

I, CARRIE A. CAMPBELL, Registered Diplomate Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, Yue Fu, was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

<%31964,Signature%>

_____
CARRIE A. CAMPBELL,
NCRA Registered Diplomate Reporter
Certified Realtime Reporter
California Certified Shorthand
Reporter #13921
Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter
#084-004229
Texas Certified Shorthand Reporter #9328
Kansas Certified Court Reporter #1715
New Jersey Certified Court Reporter
#30XI00242600
Louisiana Certified Court Reporter
#2021012
Notary Public
Dated:  May 28, 2025