# AMENDED Exhibit 636

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*****************************
IN RE:  SOCIAL MEDIA ADOLESCENT   Case No.
ADDICTION/PERSONAL INJURY          4:22-MD-03047-YGR
PRODUCTS LIABILITY LITIGATION
*****************************
This Document Relates To:         MDL No. 3047

 ALL ACTIONS
*****************************


     SUPERIOR COURT OF THE STATE OF CALIFORNIA
              COUNTY OF LOS ANGELES
              UNLIMITED JURISDICTION

************************
Coordination Proceeding    Judicial Council
Special Title              Coordination Proceeding
(Rule 3.550)               No. 5255

SOCIAL MEDIA CASES         Judge:  Carolyn B. Kuhl
                           Dept. 12
************************
THIS DOCUMENT RELATES TO:

ALL ACTIONS
************************

       CONFIDENTIAL - ATTORNEYS' EYES ONLY
          PURSUANT TO PROTECTIVE ORDER


                REMOTE VIA ZOOM
           VIDEOTAPED DEPOSITION OF
              WILLIAM B. CHANDLEE


                June 25th, 2025
                  9:08 a.m.




Reported By:

MAUREEN O. POLLARD, RDR, Notary Public

                    EXAMINATION

BY MR. MURA:

        Q.    Good morning, Mr. Chandlee.

        A.    Good morning.

        Q.    My name is Andre Mura, and I represent the plaintiffs in this litigation. Nice to me you.

        A.    You as well.

        Q.    Can you see and hear me okay?

        A.    You just went off camera.

            MR. DRAKE:  Yeah, your video has gone dead on the witness site here.

            THE WITNESS:  You were on and just went off.

            MR. MURA:  Okay.  If you don't mind giving us a moment to fix that.  I can see myself, so...

            THE WITNESS:  Must be on our end.

            MR. DRAKE:  I think it's just the feed into this monitor.

            THE VIDEOGRAPHER:  The time is 9:09 a.m., and we are off the record.

            (Pause.)

            THE VIDEOGRAPHER:  The time is 9:10 a.m., and we are on the record.

just the broader case itself.

MR. MURA:  Let's pull up the first exhibit which I'm going to introduce.  This is Tab 1, which we'll mark as Exhibit 1.

(Whereupon, Exhibit Chandlee 1 was marked for identification.)

BY MR. MURA:

Q.    Sir, throughout the day we'll have someone here who will hand you physical copies of the exhibits.

A.    Okay, great.  Is it going to come up on the screen as well, or is it just the physical?  Oh, okay, I see.

Q.    It will also come up on the screen. Let me know if at any point you need more time or you can't view something.

Why don't you take a chance to look at this document.

MR. DRAKE:  Do you happen to have any extra copies real quick?

MS. JOZEFCZYK:  Sorry, none of them with names on them.

MR. DRAKE:  That's okay.  Thank you.

(Witness reviewing document.)

THE WITNESS:  Yep, I'm familiar with the LinkedIn profile.

BY MR. MURA:

Q.    Okay.  If you've had a chance to review the document, I'll ask you a few questions, okay?

A.    Yes.

Q.    Sir, what is this document?

A.    This is my LinkedIn profile.

Q.    According to your LinkedIn profile, before you were at TikTok you were at Facebook for over 12 years.  Is that right?

A.    I was at Facebook for ten years. The way LinkedIn works, there's two years that I was at a company called Outcome Health which was removed from LinkedIn, so they just filled that gap with Facebook.  But Facebook was ten years.

Q.    So you were at Facebook for ten years?

A.    Yes.

Q.    And your highest position there was vice president of global partnerships, is that right?

A.    And I served at a variety of capacities in the business, most of them outside

the US as I launched all the businesses outside the US for the company. And then my last -- when I moved back to US from Europe, I took on the role of vice president global partnerships, correct.

Q.    And what did you do in that role?

A.    Managed the relationship with some of the world's largest advertisers and agencies, as well as different ecosystems partners for the company.

Q.    Is it fair to say that that describes your role in general when you were at Facebook?

A.    The beginning, actually the first seven years of Facebook, six or seven years of Facebook, was building the commercial organization in all markets outside the United States, so Europe, Asia Pacific, and Latin America.

Q.    And before Facebook, according to your LinkedIn, you were vice president in the Yahoo commercial operations department, is that correct?

A.    Correct.

Q.    And what did you do in that role?

A. So I was at Yahoo for four years. First two years were in the New York office building out some teams that were designed to help the company understand specific vertical markets like retail, consumer packaged goods, things like that.

And then the second two years I moved to London to help fix the UK business which was not performing well.

Q. So when you say it wasn't performing well, are you saying that Yahoo wasn't selling many advertisements in the UK?

A. Correct. It was -- coming from a revenue perspective, it was underperforming.

Q. So you were brought in to help grow advertising revenue?

A. Correct.

Q. And part of your work at Facebook was also to help grow advertising revenue, is that correct?

A. Yes, to build -- the Facebook role was to build -- the initial role was to build all the teams in different markets around the world to help drive the advertising business, yes.

Q.    So is it fair to say that before joining TikTok you worked for about 14 years helping to grow advertising revenues at these two companies, Yahoo and Facebook?

MR. DRAKE:  Object to form.

THE WITNESS:  Yes, that's true.

BY MR. MURA:

Q.    And so you joined TikTok in 2019, is that right?

A.    Correct.  April 2019.

Q.    And your title was president of global business solutions?

A.    No.  At the time I was just running the US and the European business.  So I don't remember what the title was, but for the first couple years were just the US and Europe.  And then we added in the broader global -- other regions, Asia, Latin America.  As we scaled those markets, they fell under my remit as well.

Q.    So what was your role when you joined TikTok?

A.    It was very early in the company's development, and so it was helping to initially establish the commercial model for the company in the US and Europe, which is where we have our

employee base.  That was the initial remit.

Q.    And how long did you serve in that role?

A.    Roughly two years in that role.

Q.    And then what role did you transition to within TikTok?

A.    Then I transitioned to the president of global business solutions, which included all advertising revenue and teams as well as ads policy, ads moderation, business marketing, ecosystem, so partnerships around the world, pretty much all responsibilities around advertising for the company.

Q.    Did you have any other responsibilities at TikTok that we haven't discussed?

A.    Those are the primary responsibilities, yeah.

Q.    And did you have any other titles while at TikTok that we haven't discussed?

A.    I don't believe so.  I think it was -- no.  The early titles were like head of North America and Europe, but since I took on the broader role, this has been the title.

Q.    So you talked about two roles.  In

the first role how many people were on your team?

A.    Well, we were scaling, we were growing very quickly, so we went from a handful of people to -- for the US and European business, I would say it was probably -- I'd say we went from 30 people to maybe 5- or 600 people in the course of that year and a half, let's say, the first year, year and a half.

Q.    And when you became president of global business solutions, how many people were on your team?

A.    It went from roughly that 500 number up to -- at a peak it was probably 9,000. That's inclusive of all the different functions under the global business solutions remit.

Q.    So there were 9,000 people on your team.  How many direct reports did you have?

A.    That's varying.  At different points in time there were up to 16 direct reports probably.

Q.    And help me understand, when you say there were about 9,000 people on your team, just broadly speaking what roles were they serving?

A.    So there were different roles. There were the go-to-market sales teams which were regional sales teams in different markets around the world.  That group probably consisted of, I'm going to guess, let's say, 3,000 people.

Then we had business marketing which was another couple hundred people.

We had what we called marketing science which was, you know, research and analysis.

Then we had our ecosystems, so the partnerships we had with third-party providers to help brands and agencies.

Then we had the moderation teams, which is the largest group probably.  Moderation teams included ads policy and moderation.  That was the teams who were making sure the ads that came on the platform were consistent with our policies.

And then we had small business -- SMB, which is small, medium-sized businesses, which were centralized teams by region, pretty large teams as well.

Q.    And it says here you are located in New York City.  Is that accurate?

A.     Divide time between New York City and Austin, Texas.

Q.     In your first role who did you report to?

A.     I reported to a gentleman named Lidong Zhang.

Q.     And who is that?

A.     He was one of the original founders of ByteDance, the parent company.

Q.     And in your second role as president of global business solutions, who did you report to?

A.     I continued reporting to Lidong until I transitioned over to Shou, who is the CEO of TikTok.

Q.     So you reported directly to the CEO?

A.     Yes.

Q.     How would you describe the team -- the term "global business solutions"?

A.     I would say it's a team that supports the advertising revenue for the company globally.

Q.     When you first joined TikTok you were brought in to help ByteDance and TikTok

expand internationally beyond the market in China, is that right?

A.   Correct.

Q.   And that would include the United States?

A.   Correct.

MR. MURA:  Let's bring up Tab 2 which we'll mark as Exhibit 2.

(Whereupon, Exhibit Chandlee 2 was marked for identification.)

(Witness reviewing document.)

A.   Okay.

BY MR. MURA:

Q.   Sir, this is an article from a publication called The Drum.

Do you see that?

A.   I do.

Q.   Have you read this article before?

A.   I'm sure I have.  It was a long time ago.

The only thing I'd point out is there's a little bit of inaccuracy, but only the reference to Yiming Zhang and Lidong Zhang, they're flipped in terms of their titles, but it's fine.

Q.    And it's -- the article is from June 18, 2019, is that right?

A.    That's correct.

Q.    And the title is, "ByteDance hires former Facebook executive Blake Chandlee to drive Tiktok's global expansion."

Do you see that?

A.    Yes.

Q.    And then on page 2, do you see where it says, "In a post"?  That paragraph?

A.    Yes.

Q.    It says, "In a post on Facebook, Chandlee said:  'I have joined ByteDance/TikTok to help Yiming Zhang, Lidong Zhang and the team scale the business outside of the domestic market in China.'"

Do you see that?

A.    Yes.

Q.    And this is where you were saying the titles were flipped in the article?

A.    Yeah.  Lidong is the senior vice president.  Yiming is the founder.

Q.    Okay.  Is the rest accurate?

A.    Seems that way, yes.

Q.    Sir, you were at TikTok for over

six years, is that right?

A.    I'm still officially an employee at TikTok.

But, yes, six years in that operating role.

Q.    Your six years -- and your position when you were head of global business solutions was through March 2025, is that right?

A.    Yes.  Correct.

Q.    And so you stepped down from -- as president of global business solutions in March of 2025.

But are you testifying today that you continue to work for TikTok?

A.    In an advisory capacity as an employee -- a full-time employee in an advisory capacity.  So I'm available to leadership as they need me to help with thinking through strategic alignment, operations, so on.

Q.    And what is your title?

A.    Advisor to the -- I think it's advisor to the CEO.

Q.    Is that a full-time position, or just an as-needed position?

A.    It's officially a full-time

position.  But the -- it's really more in an ad hoc, as-needed basis.

Q.    And is it to continue to give advice on the topics of growing advertising revenue?

A.    Yeah.  Advertising, go-to-market strategies, structure, so on.

Q.    Fair to say it's a continuation of your old job, just a different title?

A.    No.  I don't think it's -- the old job was very much everyday operating.  This is -- it's a very different capacity.

There's -- we restructured the organization.  So my role doesn't exist in the company anymore.  So it's actually a very different role.

Q.    So how is it different?

A.    I'm not involved in the day-to-day operations or movements of the company.  So, you know, decisions being made without my input or guidance, for the most part.

Occasionally I'll get a call asking around something around personnel or something. But the day-to-day business is being run by others.

Q.    And when you say that your department was "restructured," how was it restructured?

A.    We decided to align around product and go-to-market, which is a pretty natural evolution for big tech companies.  And so the -- within the monetization teams, there were product teams and there were sales teams, go-to-market teams.  GBS was the go-to-market team.

GBS and the products and engineering team have been collapsed together within -- within TikTok, and so that created -- we didn't need the role of the head of GBS anymore.

Q.    And what was the reason for collapsing those teams?

A.    The technology is changing the way sales organizations go to market and clients engage with these big tech platforms.  There's much more automation included in the technology now.

And so the role of sales teams is evolving, and the value they create is evolving pretty quickly.  So the decision we made was to

William B. Chandlee                                    34

try to bring -- be intentional, bring those two teams even closer together faster.  So rather than having them separate organizationally, we brought them together.

Q.    Is the monetization team now managed by the product team?

A.    It is, yes.

Q.    And when did that change occur?

A.    We announced it when I announced my leaving.  The change occurred at the end of Q1.

Q.    Was there any other organizational changes made at that time?

A.    Yeah.  There was -- there were a number of organization -- I mean, more personnel based versus structural.

But, yeah, there have been a number of organizational changes as teams have either come together or, you know, reoriented themselves.

Q.    Were any other --

A.    It's a pretty -- a pretty consistent theme for the company over time.

I apologize.

Q.    I apologize, sir.

It's a pretty consistent theme for

the company to place other teams under the product team?

A.    I think it's a pretty consistent theme that we like to change organizational structure quickly and often.  I think it was part of the -- just the overall culture of the company we wanted to create.

We wanted to avoid some of the pitfalls that other tech companies have fallen into, in terms of people becoming kind of lackadaisical or comfortable in roles.  So we wanted to constantly be changing.  So it was just a part of the ByteDance culture and TikTok culture.

Q.    And when --

A.    Sometimes related, sometimes not.

Q.    When you mentioned Q1 as the time when there was this organizational change, that's a reference to Q1 of 2025?

A.    Correct.  End of March 2025.

MR. MURA:  Let's pull up Tab 3, which is Exhibit 3.

(Whereupon, Exhibit Chandlee 3 was marked for identification.)

(Witness reviewing document.)

record.

THE VIDEOGRAPHER:  The time is 9:48 a.m.  We are off the record.

(Whereupon, a recess was taken.)

THE VIDEOGRAPHER:  The time is 9:56 a.m.  We are on the record.

BY MR. MURA:

Q.  Sir, I've just handed you what I've marked as Exhibit 4.

Why don't you take a chance to look at it.  Let me know when you're ready.

(Witness reviewing document.)

A.  Do you want me to read through the whole document?

Q.  I'm just going to ask you some questions about portions of it.  So if you just want to flip through it, and then I can direct you to the portions I might have questions about.

A.  It's a long document.  It's going to take a little while for me to flip through it.

Q.  Okay.  I don't -- I don't have a lot of questions, so --

A.  Just for reference, would it be

easier just to go through the sections you want a viewpoint on?

Q.   Sure.  Why don't I just start to direct you to those portions and then --

A.   That would be great.

Q.   -- if you need more time, you can let me know, okay?

A.   Yes.

Q.   All right.  This is a Lark chat, correct?

A.   It's referenced.  I -- it's not one that I've seen before.  But we get a lot of Larks, and so there's some that I just don't read.

But, yeah, this...

Q.   Can you turn to the last page of this document?

Do you see where it lists custodians?

A.   I'm looking at your screen at the same time as -- yes.  Yep.

Q.   Do you see it identifies you as a custodian of this document?

A.   Yeah.

Q.   I'll represent to you that this

document was produced in this litigation from your files.

Any reason to dispute that?

A.    No.

Q.    So going back --

A.    I'm not sure -- can I say I don't know what the definition of custodian in this situation is.  But I'm assuming that everything is coming right off the system, so...

Q.    Let's go back to the first page, sir.

A.    Yeah.

Q.    In this Lark chat, do you see it's titled, "Key Coverage"?

A.    Yes.

Q.    And the first message is from August 15, 2020?

A.    Yes.

Q.    And it appears to be a series of different news articles, is that fair?

A.    Yes.  It's a daily -- it's a daily report that's published and distributed to a list -- a distribution list that's pretty broad.

Q.    At the bottom of the page ending in 62, there's a news article, and it's titled, "UK

News."

Do you see that?

A.    Hold on.

Yes.

MR. MURA:  I'll give the videographer a moment to get there.  So if you blow up where it says, "UK News."  Thank you.

Q.    Do you see where it says, "TikTok sales saga may play into Facebook's hands"?

A.    Yes.

Q.    And if you flip to the next page, do you see it indicates that this article was published by the Financial Times?

A.    Yes.

Q.    And it indicates that it was published on August 20, 2020.

Do you see that?

A.    Yes.

Q.    Okay.  So going back to the page ending in 62.

A.    Yep.

Q.    So right below where it says, "TikTok sales saga may play into Facebook's hands," do you see where it says, "The battle"

--

A.    I see it.

Q.    Do you see it?  Okay.

A.    Yep.

Q.    And let me read it to you.  "The battle for TikTok is really about data harvesting.  The app's algorithm is worth fighting over.  What TikTok has not yet done is translate its popularity into sales.  Working out exactly how much the company is worth means working out what the data of its young users is worth to advertisers.  This is tricky."

      Did I read that correctly?

A.    Yes.

Q.    Do you agree that at that point in 2020, TikTok had not yet translated its popularity into sales?

A.    I'd have to go back.  But, yeah, that was part of the process for the first couple years was, you know, identifying what the revenue strategy for the company would be.  That was what we were doing.  Following --

Q.    Fair to say that is one of the reasons they brought you on board from Facebook?

A.    That was one of the reasons, yes.

William B. Chandlee                                    47

Q.    So as -- when you were at TikTok, you were on the business side of TikTok, is that right?

A.    Correct.

Q.    And you testified that one of your responsibilities involved TikTok's advertising revenue?

A.    Correct.

MR. MURA:  We can put this document down, sir.  We can take it down.

Q.    Sir, when you joined TikTok, what percentage of TikTok's revenue came from advertising?

A.    When I joined TikTok what percentage?  I would say probably -- I'd be guessing, but I'd say 70 to 80 percent would have been advertising.

Q.    And did that change during your time, or was that relatively consistent?

A.    It changed over time.  But it still remained roughly 60 percent of the revenue.

Q.    Did you have a goal for the percentage of revenue that would come from advertising?

A.    I wouldn't say it was goals.  It

STATE OF NEW YORK )

COUNTY OF ERIE     )

        I, MAUREEN O'CONNOR POLLARD,

Registered Diplomate Reporter and Notary Public

in and for the State of New York, do certify

that on the 25th day of June, 2025, at 9:08

o'clock, the person above-named was duly sworn

to testify to the truth of their knowledge, and

examined, and such examination reduced to

typewriting under my direction, and is a true

record of the testimony given by the witness.  I

further certify that I am neither attorney,

related or employed by any of the parties to

this action, and that I am not a relative or

employee of any attorney employed by the parties

hereto, or financially interested in the action.

        In witness whereof, I have hereunto

set my hand this 25th day of June, 2025.

        <%21527,Signature%>

        _____

        MAUREEN O. POLLARD, Notary Public

        My Commission Expires:  3/14/27

        Registered Diplomate Reporter