# AMENDED Exhibit 641

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**Keenan Exhibit**

**27**

3/25/25   Carrie Campbell, #13921

exhibitsticker.com

**From:** [redacted]@tiktok.com]
**Sent:** 9/15/2023 5:37:26 PM
**To:** [redacted]@bytedance.com]
**Subject:** Fw: Reflections on the current situation
**Attachments:** screenshot-20230109-144541.png; screenshot-20230113-105829.png; screenshot-20230113-105842.png; screenshot-20230117-180749.png; screenshot-20230109-150921.png

----------- Forwarded message -----------
From: [redacted]@tiktok.com>
Date: Wed, Jan 18, 2023, 8:34 PM
Subject: Reflections on the current situation
To: "Cormac Keenan"<[redacted]@bytedance.com>

[Please do not forward as this contains sensitive information (also from Bytedance Survey)]


Hi Cormac


This has been a while coming, but the most recent event on Dec 15th (Thursday) was the last straw. I wanted to share an update of how things have been going ever since Sandeep took up the product leadership role.


**Utter lack of empathy:** For context, I have a pregnant wife at home going through a high risk pregnancy; and Sandeep is very well aware of it.

Timeline:

Dec 12th: I was told that Sandeep was clear by this time to take I&A off from my leadership.

Despite the high risk situation at home, I made a call to travel to SF during the week of Dec 12th; ONLY to spend time with [redacted] and build the trust between us for working together (on I&A). Knowing the decision already made to take I&A off my plate, I would have wished for that to be shared at least just before I travelled so that I could have stayed back to support my wife. Unfortunately, there was a significant health incident with my wife that could have led to an extreme situation while I was in SF. Thankfully, she was able to go to the doctor in time and was able to get the care she needed. All through this, I was unable to help because I was in SF working with [redacted] on I&A. This was extremely emotionally challenging.

Dec 15th: Sandeep is very well aware of my personal situation as well as my reason to travel to SF; and consciously shared the update only on Dec 15th (Thursday). Even on Thursday, the update was shared with me after we finished an extremely productive one day offsite for Content Classification. While I met Sandeep earlier in the day for a 1:1. If he had shared the news even during our 1:1 on Thursday morning, I could have changed my travel plan to fly out later in the evening to be there with my wife.  All this looks tactful in the timing of the update; and dare I say extremely selfish with an utter lack of empathy towards his team person. The message was shared with me in a car drive to a restaurant for a team dinner.

Also, food for thought would be the fact that even with I&A, all the people problems surfaced as soon as Sandeep took over the org and not before that. I would like to clarify, I am NOT discussing the content of the update; i.e., the update of I&A being taken off my responsibility. While I have my thoughts on that topic, it is the mode and timing of communication (along with many such instances in the past) that I am sharing this update for.


**Tone of communication:** While we were discussing the update about I&A, these were the exact words Sandeep said: ***"You can surely go out and shout to everyone that this is what Sandeep did, that is up to you"***. Ironically, this was also in the context of keeping things professional. The kind of words used in communication from a senior leader reflects terribly on the culture and future prospects of the organization. Unfortunately, this is not the first time such words have been used in communication. Earlier, I was told as a proud proclamation of Sandeep's skills (by himself) that '***he is very good at politics'***. My experience working under him is proving his savviness in politics. And unfortunately, we need trust and empathy as a leader and not politics. There are many such instances that I am willing to share if you think it can lead to a better working setup.

TIKTOK3047MDL-081-02993554

**Feedback from my teams on Sandeep:**

1. █████ used to report to Sandeep and therefore Sandeep handled his perf delivery while █████ already moved to my team. In the perf delivery meeting, █████ felt so uncomfortable due to the nature of questioning and aggressive posturing. This was completely avoidable and the conversation could have been way more professional and productive.



After this chat, I had a meeting with █████ where he shared about his feelings of being super stressed in the perf feedback meeting due to Sandeep's approach.

2. Some feedback I received from my team in bytedance survey

| 6 | New VP – everything got noticeably worse once Sandeep took over. |
|---|---|
| 9 | Better transparency from leadership outside my direct org |

3. Christina shared her frustration too (as I shared with you before)

Highly Confidential (Competitor)





Christina Crimmins  Jan 4, 18:39

topic for 1:1 -- would love if you have any feedback on how I can better communicate to Sandeep. (noticed in this LIVE<>MS roadmap meeting there's probably more / better I can do)

█████████  Jan 4, 18:45

| Reply to Christina Crimmins: topic for 1:1 -- would love if you have any feedback on how I can better...

Let us discuss more in our meeting.

To understand the topic better, are you worried that something is lost in comms here ?



Christina Crimmins  Jan 4, 18:46

Yes, I think what I struggle with is ensuring he has full context (or, from my perspective, how can I better understand the context he does have and either close the gap or better align to his lens). I'll see this come up in scenarios where he'll assert a suggestion or direction that feels like it takes away from the true spirit or focus of what's being discussed.

4. My teams have been asking for a T&S Product level strategy/roadmap update from Sandeep. Typically, this is expected to happen much before the teams build their roadmap so that teams can a) understand what the leadership cares about the most and b) align their team roadmaps to that. Till date, we did not get any updates from Sandeep despite repeatedly asking for that.

I've heard similar feedback from others on my teams and elsewhere about similar difficulties. I am willing to share specific examples and context.

**Leadership Decision Making**

1. I have been highlighting that moderation quality issues are plaguing our enforcement significantly and we need to focus on it (with some ideas on how to improve it). Initially (In August 2022), the feedback I got was that we shouldn't worry about it at all and only focus on automating - while even automation depended on moderation quality (models for automation are built on data that moderators have labelled).

# 08/11/2022

 ~~Moderation quality~~                                                (notes from 1:1 doc)

Fast forward a few months and now moderation quality is P0 for      Sandeep. This gives a feeling that the team's experience and depth of understanding are not valued and he only learns from his experience.

2. Similar events happened for TikTok Now (TTN) launch and the MS risks. Rationale given was that we need to consider business growth in such cases even with lower safety. Turns out that a 1) TTN never got the traction that was expected and 2) MS is the biggest issue risk that surfaced from TTN. We are still tackling the image based MS risks on TTN.

**Unwillingness to listen to feedback**: This is one of the big reasons why I am reaching out to you. Every time I tried sharing any feedback with Sandeep, it was either stonewalled or turned around as a reverse feedback session with Sandeep immediately sharing feedback back to me; thereby missing the key points that I would have hoped to share with him to make a positive change.

While none of the above might be revealing or surprising, I wanted to still capture this on record via this email. There are many such examples and instances that display lack of maturity from a senior leader that I have experienced. My hope is that we build a collaborative and mutually respected setup.

███████

Highly Confidential (Competitor)

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-081-02993554-TIKTOK3047MDL-081-02993557

**BEGATTACH:** TIKTOK3047MDL-081-02993554

**ENDATTACH:** TIKTOK3047MDL-081-02993557

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-081

**Custodian:** ███████████████████████

**File Path:** /SELONIA-GMAIL004-000027201.EML

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** 2EBA7A7E0B96AC390548F4CCD0B261FF

**DocType:**

**Author:**

**Create Date:** 5/8/2024 12:00 AM

**Last Modified Date:** 5/11/2024 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** SELONIA-GMAIL004-000027201.EML

**Title:**

**DOCEXT:** EML

**Email From:** ███████████████████████████████████@TIKTOK.COM>

**Email To:** ███████████████████████@BYTEDANCE.COM>

**Email CC:**

**Email BCC:**

**Received Date:** 9/15/2023 5:37 PM

**Sent Date:** 9/15/2023 5:37 PM

**TIMEZONE:**

**Subject:** FW: REFLECTIONS ON THE CURRENT SITUATION

**THREADID:**

**REDACTIONS:** N

**REDACTION TYPE:**

