# AMENDED Exhibit 642

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# TikTok Now - Community Safety FAQs

## Key risks

❧ Many of the safety features and settings TikTok is known for <u>will not</u> be available for at least the first month after the introduction of TikTok Now. As this is a TikTok product, it's difficult to defend this lag given regulatory pressure, competitive pressure with other platforms rolling out more robust family safety controls, and it will highlight a tension between what we say (safety is our priority) and what we do.

- Family Pairing will not be available in the TikTok Now app – the timeline for development is TBD.

- Teens will receive notifications to engage with TikTok Now during school hours.

- People will not be able to set Screen Time limits via the TikTok Now app. Instead, from what we understand, they will be directed to their device setting (in contrast to TikTok where we offer granular Screen Time controls).

- Within the Friends feed, it is not clear that accounts under 18 will only receive content from 'Mutual Friends' (i.e. Not Matched). We recommended Mutual Friends only and would welcome clarity here to ensure we do not inadvertently recommend inappropriate contacts to under-18s.

- Teens may be comfortable having a public TikTok account but may expect more privacy surrounding TikTok Now as BeReal has become synonymous with sharing content with close friends. We are concerned that we are not offering teens enough information in-app to ensure they understand that if their TikTok account is public, their TikTok Now profile will also be public.

- Explore shows content that's 18+ only, meaning teens under 18 will not see content in Explore from people their age - this could increase pressure to create inappropriate content, even though their content will not appear in Explore.

## Comms fact finding

## Family Pairing



**Is it correct that Family Pairing will not be available when we first launch? If yes, what is the timeline to have FP available via the separate app?**

- FP available through TT main. Timeline for within separate app TBD.

**Is it correct that if someone wants to change their notification settings, we direct them to the Apple or Android settings? I.e. They cannot set limits in-app?**

- Not sure

> **Commented [1]:** Cc: @▮▮▮▮▮▮ may need your confirmation on this as well. Thanks Thanks!

## Content sharing

**Is it correct that under 18s will see content from 'Matched' Friends in their Friends feed? I.e. It will be not be restricted to Mutual only.**

- Should be mutual only (MUF).

**Is it correct that content shared by those aged over 18 will not be shown to under 18s in Explore?**

- No, U18 have access to Explore as consume-only, which means what they're seeing is only content from 18+.

**Is it correct that content shared by under 18s will not be shown to over 18s in Explore?**

- Correct, U18 can't post publicly to Explore.

**Is it correct that commenting options for 13-15 will be either Friends Only or No One. There will be no option for Everyone**

- Commenting feature is available only on Friends Feed. This means that only MUF or noone can comment for U18

**Is it correct that Suggest Your Account to Others is off by default for users aged 13-15**

- Cc: ▮▮▮▮ could you kindly confirm on by default?

> **Commented [2]:** Correct,  we do have this logic@▮▮▮▮▮▮ : [LightThanks] 2022-09-08 13:37:23

**Is there no way to delete a TikTok Now after sharing it?**

- No, user that has published can choose to delete

> **Commented [3]:** @▮▮▮▮▮▮ you know where users delete? I can't see it in the testing version
>
> **Commented [4]:** Based on product PRD: [image]
>
> **Commented [5]:** On the product UI you can delete only from the memories page.
>
> **Commented [6]:** [image] [image]



TIKTOK3047MDL-055-LARK-00698649

**Teens may be comfortable having a public TikTok account, but may expect that there is more privacy surrounding TikTok Now. Can you confirm that**

- **If a teen has a public TikTok account, their TikTok Now will also be public?**

    - TTN as feature would be just sharing with friends for now; TTN as app requires 18+ to post public to Explore

- **Will we show teens a clear prompt when they first download TikTok Now to help them understand their privacy settings?**

    - Not sure

- **If someone chooses to change their privacy settings on TikTok to make their account public, will we make it clear before they confirm their option that this also impacts TikTok Now?**

    - Not sure

> **Commented [7]:** Cc: Hi@█████████ could you kindly check and help to answer these two questions from PR team? Not very familiar on privacy settings' UI

## Teen settings

**Is it correct that teens will receive notifications during school hours but that through Family Pairing, we will add more granular notification controls?**

- Nothing more granular at MVP launch

**Can you confirm that accounts for people aged 13 - 15 are private by default?**

- Yes

**Will all global users aged 16 and older be shown a prompt asking them to confirm their sharing options when they first post (friends-only or everyone)?**

- Only 18+ can post publicly to Explore

**When we introduce DM, will people be limited to messaging mutual friends?**

- DM not applicable to TTN

**Is it correct that teens aged between 13-15 will not receive push notifications from 9pm, and accounts aged 16-17 will have push notifications disabled starting at 10pm**

- 9am to 9pm for push notification

> **Commented [8]:** Hi@█████████ could you kindly check if this answer on this question from PR team is correct. 9am to 9pm for all, right?

Confidential

**Under 18s will not be shown a time prompt (i.e. The 3 minute countdown timer)**

* Correct

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-055-LARK-00698648-TIKTOK3047MDL-055-LARK-00698651

**BEGATTACH:** TIKTOK3047MDL-042-LARK-00283597

**ENDATTACH:** TIKTOK3047MDL-078-LARK-01765847

**Attachment Count:** 0

**PRODVOL:** MDL-055

**Custodian:** LINTHICUM, RYN

**File Path:** /TIKTOK3047MDL-055-LARK-00698648.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:** LARK CHATS

**Author:**

**Create Date:** 9/7/2022 12:00 AM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-055-LARK-00698648.PDF

**Title:** TIKTOK NOW - COMMUNITY SAFETY FAQS

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

