# AMENDED Exhibit 644

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**EXHIBIT**

77  TIKTOK EBENSTEIN 3/12/25 dv

exhibitsticker.com

# [DRAFT] Recommendations for "Teenager Mode"

| | |
|---|---|
| **Document Owners** | @Michael Beckerman@ ████████ @████ |
| **Subject** | Draft GR recommendations for "Teenager Mode" |
| **Draft Date** | November 30, 2022 |
| **Revised** | |
| **Additional documents** | [ HYPERLINK ████████████████████ ] |

## Executive Summary

Objective(s): Identify opportunities to improve stakeholders' perception of TikTok as safe for teenagers.

In the US, TikTok is facing significant and impactful criticism that:

* "We" give "spinach" to kids in China and "optium" to kids in America: [ HYPERLINK "https://www.tiktok.com/@60minutes/video/7163362662066212142?_r=1&_t=8XWLFljPxWQ&is_from_webapp=v1&item_id=7163362662066212142" \h ]

* TikTok is "digital fentanyl: "Rep. Gallagher: [ HYPERLINK "https://gallagher.house.gov/media/press-releases/gallagher-tiktok-digital-fentanyl-addicting-our-kids" \h ]

These accusations are increasing in tempo and being used as a justification to ban TikTok in the US.

## Key Principles

* We should be 100 percent transparent about changes to improve the teen experience on TikTok.

* Improvements should be designed to give greater control to parents and teens rather than as a mandatory experience imposed by TikTok.



**Commented [1]:** What is the rationale behind this principle? The 60 Minutes story acknowledged that TikTok does offer certain digital wellbeing features, but emphasized that "those tools are entirely voluntary"

**Commented [2]:** For example, how would we consider the risk that we offer an optional "Educational Feed" but that creators whose content appears in it complain that their content gets little views or engagement. (e.g. How would we respond if some Gallup poll of teens who use TikTok indicates that <10% of them use the Educational Feed)

**Commented [3]:** Happy to discuss both offline as we continue this coversation

Highly Confidential (Competitor)

## Educational Feed / Content

To achieve our objections, AMS GR recommends evaluating two potential options:

1.      Develop an "Educational Feed" parrallel to the "ForYou" feed; and/or

2.      Insert more educational content into the ForYou feeds of teens.

For each of these potential options:

❖      There will be a need to provide appropriate content, either by identifying major accounts that have widely accepted educational information, or by partnering with other content providers (which could include grants to produce content). Examples [ HYPERLINK "https://edubirdie.com/blog/educational-tiktok-accounts" \h ] and [ HYPERLINK "https://www.care.com/c/educational-tiktok-accounts-kids/" \h ].

❖      ***Careful transparency and vetting will be needed. These accounts and focus areas will need to be carefully vetted and adjusted over time.***

❖      An important consideration is "who decides" what content is worthy of promotion? (*e.g.*, TikTok, independent experts/NGOs, parents): Content that one person might consider to be beneficial or educational might be viewed as controversial by others (e.g. sex education, climate study, demographic shifts). We believe this project is most likely to gain praise from external stakeholders if the parameters of the content is suggested/endorsed by independent experts or the CAC.

❖      Either of the below suggestions could be turned on by default for teens ages 13-15, but with an option to opt out.

❖      These features should be an "opt-in" option included in family pairing, so parents have the choice to turn on these settings for their teens.

❖      These features could also be a non-algorithmic feed, similar to the "popular feed" concept.

## Develop an "Educational Feed" / "Teenager Feed" parallel to the "ForYou" feed

❖      Create an optional additional feed more focused on high quality educational yet entertaining content, perhaps branded as an **"educational" feed** with videos from curated creators on topics like science, booktok, history, geography, language, and similar.

## Insert more educational content into teens ForYou feed

❖      Introduce additional educational/higher quality content into the feeds of teenagers. We should be transparent about which accounts are included, and what frequency they would cumulatively appear (suggest consulting with our external minor safety experts on the right ration, e.g., one out of every 5 videos? one of 10?).

## Additional Suggestions

---

**Commented [4]:** How might we avoid politicization of the content of such a feed? https://nymag.com/intelligencer/2020/09/trump-wants-usd5-billion-from-tiktok-for-patriotic-education.html

**Commented [5]:** Getting this right is critical. The risk with this effort is that it confirms our critics worst fears — that we do in fact have the power to shape what people can see, and we could be used as a tool of the CCP. We need to be able to do this without jeopardizing our ability to say "we don't curate content"
Michael Beckerman : [JIAYI] 2022-12-01 22:24:25

**Commented [6]:** A lot of ways to solve this. Partially by giving parents control and being transparent on the content that's here. Or can even have a trusted 3rd party involved. Maybe CSN? We have a deal with them that they're looking to extend. This is in their wheelhouse.

**Commented [7]:** But we're negotiating that contract now, so need to decide soon i'd guess.

**Commented [8]:** @ [redacted] ointers on where I can learn more about this CSN deal, or who is working on this?

**Commented [9]:** @Michael Beckerman?

**Commented [10]:** @ [redacted] @Eric Ebenstein. When we have something we're ready to get feedback on I can help make intros and reach out. Eric E has other groups we'd want to loop in too.

**Commented [11]:** Is the idea here that, instead of the "default landing page" experience of TikTok being the FY Feed, it would be an Educational Feed for teens 13-15?

**Commented [12]:** Is there a way to approach this less through the lens of boosting good content, and more through the lens of minimizing the content that doesn't meet that bar? The outcome is the same, but we might be able to explain it more like our community guidelines — so the content that doesn't meet that standard is removed or demoted. It will be difficult to define the standard, but perhaps easier to defend than who we've chosen to boost?

**Commented [13]:** To what extent do you expect that it would be permissible to personalize/localize this content? e.g. Showing studies of hurricanes to students in Florida and tornadoes to students in Oklahoma e.g. Showing a video about Olympic track athlete Jesse Owens to users interested in sports, but a video about astronaut Sally Ride to users interested in space

**Commented [14]:** The mental model here seems to be that "consumption of certain content in a certain volume is unhealthy." And that we might reduce this harm by creating a focused "place" in the app for "healthier" content. A salad aisle next to the junk food section, so to speak. I'm curious about folks' thoughts about other approaches, like encouraging more creation/participation rather than passive consumption. For example: 1. Adding a "activity level" analytics widget to video creation, similar to Strava, Garmin, etc. that encourages users to exercise by creating active videos 2. Encouraging users to Duet/Stitch certain "prompt" content to share their perspective and

Highly Confidential (Competitor)

Teen tech addiction is of particular interest to policymakers looking to address concerns about [ HYPERLINK

███████████████████████████████████████████, including enhancing screentime tools. The following recommendations would specifically address tech addition concerns:

## Default screen time limits for teens during the week

❖ Setting **default screen time limits** for teens during the week. EU GR suggests a daily limit of 120 minutes, AMS GR suggests a daily limit 90 minutes. (Teens *can* turn off this default limitation, but we should send more aggressive prompts/reminders to turn off TT if a teen watches more than the default.)

> **Commented [15]:** I'm curious if we ought to consider some carveout for teen influencers?

## Minimizing Notifications

❖ **Minimizing notifications** during school hours or after younger teens should be preparing for sleep would be helpful. (Currently teens receive TikTok Now notifications during the school day and teens age 13-15 receive prompts until 9pm, which is after the bedtime of many younger teens.)

## Strengthen Family Pairing

❖ Continue leaning into parent outreach to **encourage adoption of family pairing** to allow parents to set the screentime limits that are right for their teen.

❖ Existing family pairing marketing campaign can be extended.

❖ Close the option allowing teens to unlink from family pairing.

> **Commented [16]:** Seems like there are many edge cases that might warrant an exception

❖ Through Family Pairing, give parents the ability to select content (e.g. educational feed publishers),  to show up with more prevalence in their teen's FYF. ]

## Spending limits for teens

❖ As we move into ecommerce in the Americas, we should pay attention to the overall amount that teens are able to spend on the site, and add a function to family pairing **allowing parents to decide if their teens are allowed to shop on TT, or to set spending limits**.

# For Further Consideration

Since 2020, Public Policy has proposed a variety of product changes with the aim of improving perceptions of minor safety and public trust. These are not a set of legal requirements for product compliance: instead, these are requests that GR believes will help to *build our reputation as a safe platform for teens* or because it will *avert tougher regulation in future.*

Highly Confidential (Competitor)    TIKTOK3047MDL-155-LARK-07319718

* **Dispersing harmful** [ HYPERLINK ███████████████████████████████████████ ███████████████████████████████ that may have a perceived outsided risk to teens, such as disordered eating, excessive tic content, dangerous challenges. Past suggestions inlude [ HYPERLINK ███████████████████████████████████████ ███████████████████████ -- giving users the option to opt out of a personalised feed.  Users would be served top trending content only, without taking any of their personal preferences into account. [ HYPERLINK ███████████████████████████████████████ ██████████████████████ Allow users to reset the algorithm whenever they want. **(As of November 2022 this feature is ready on the product side but being held by legal.)**

* **Voluntarily offer** [ HYPERLINK ███████████████████████████████████████ ████████████████████████ Some AADC protections were rolled out globally, others limited to Europe only. Addressing this disparity will enable us to be more public about changes and meet growing calls for similar user protections in the US and Americas. For example, we have suggested **providing teen users outside of the EU with a** [ HYPERLINK ███████████████████████████████████████ ███████████████████████████████████████ "https://www.politico.com/f/?id=0000017f-6c5f-dea5-afff-efffdc5e0000" \h ], shows Americans strongly back legislative efforts to safeguard children's privacy online. At least 70 percent of those polled supported legislation requiring social media platforms to stop targeted advertisements to minors, annually audit the risk their products pose to children and give minors options for deleting their personal data. Most respondents "strongly supported" those efforts.

* We have frequently seen age inappropriate content when testing teen accounts (e.g., ████████████████████████████████████████ One way to address this content would be with [ HYPERLINK ███████████████████████████████████ which has been eagerly anticipated by external stakeholders and has the potential to provide parents with the ability to use family pairing to set the content maturity level appropriate for their teen. This project has stalled in 2022, but should be a top priority moving forward.

* Camera/DM safety issues [insert additional document to keep this one high level]

## How to Measure "Success"

[TBD]

Highly Confidential (Competitor)                                                      TIKTOK3047MDL-155-LARK-07319719

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-155-LARK-07319716-TIKTOK3047MDL-155-LARK-07319719

**BEGATTACH:** TIKTOK3047MDL-155-LARK-07319716

**ENDATTACH:** TIKTOK3047MDL-155-LARK-07319719

**Attachment Count:** 0

**PRODVOL:** MDL-155

**Custodian:** CRIMMINS, CHRISTINA; EBENSTEIN, ERIC; FURLONG, JORDAN; ZHU, WENJIA

**File Path:** /XHKEDYNV1ON4AXX9YHQUYEDYSQB.DOCX

**Confidentiality Designation:**

**HASHVALUE:** 10FD2D2AB324E2B086C17672A7EA5E4C

**DocType:** URL LINK DOCUMENT

**Author:**

**Create Date:** 11/17/2022 12:00 AM

**Last Modified Date:** 11/17/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** XHKEDYNV1ON4AXX9YHQUYEDYSQB.DOCX

**Title:** [DRAFT] RECOMMENDATIONS FOR "TEENAGER MODE"

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**<u>Subject:</u>**

**<u>THREADID:</u>**

**<u>REDACTIONS:</u>**

**<u>REDACTION TYPE:</u>**

