# AMENDED Exhibit 648

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

EXHIBIT
21 B

# NATIVE DOCUMENT PLACEHOLDER

**Please review the native document TIKTOK3047MDL-290-LARK-08852029.XLSX**

| | C | H |
|---|---|---|
| | pub_date | content |
| 58513 | 11/23/2022 | I have my notifications completely off (push and in app) and yet I still have notifications and numbers on my bottom bar. As someone with anxiety, being forced to constantly click through to get the red to go away is incredibly annoying. Please make them go away. |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-290-LARK-08852029

**BEGATTACH:** TIKTOK3047MDL-290-LARK-08852029

**ENDATTACH:** TIKTOK3047MDL-290-LARK-08852029

**Attachment Count:** 0

**PRODVOL:** 20250905_OVERLAY

**Custodian:** TIKTOK

**File Path:** /NATIVES/0001/TIKTOK3047MDL-290-LARK-08852029.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** BD6ACDEC196EC5F1009D1BB2CCADCAEF

**DocType:** EDOCUMENT

**Author:**

**Create Date:** 8/19/2025 12:00 AM

**Last Modified Date:** 12/30/1899 11:56 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** 20250819_USER COMPLAINT FEEDBACK DATA_CONFIDENTIAL.XLSX

**Title:**

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** SCA

