**AMENDED Exhibit 650**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



EXHIBIT

19A

## NATIVE DOCUMENT PLACEHOLDER

**Please review the native document TIKTOK3047MDL-290-LARK-08852028.XLSX**

| D | R |
|---|---|
| ZD_created_at | ZD_comments.plain_body |
| 783 12/4/2018 12:38 | Hi My daughter made an account a while ago and made videos which have now gone viral around her school and she is being bullied and is severely depressed over it. She is only 11 years old. Her username is [REDACTED-SCA] and we have been reporting this for months now. Please help us delete the account she does not have any of her log in details. Why are none of our reports being picked up? Please respond urgently, this is causing bullying and we need either the account removed or all videos. Kind regards, [REDACTED-PII] |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-290-LARK-08852028

**BEGATTACH:** TIKTOK3047MDL-290-LARK-08852028

**ENDATTACH:** TIKTOK3047MDL-290-LARK-08852028

**Attachment Count:** 0

**PRODVOL:** TB025

**Custodian:** TIKTOK

**File Path:** /NATIVES/0001/TIKTOK3047MDL-290-LARK-08852028.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** ED1E900FC1516E6180EF4CD28DAF1430

**DocType:** EDOCUMENT

**Author:**

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** USER FEEDBACK DATA.XLSX

**Title:** USER FEEDBACK DATA.XLSX

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

