# AMENDED Exhibit 651

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# NATIVE DOCUMENT PLACEHOLDER

**Please review the native document TIKTOK3047MDL-290-LARK-08852028.XLSX**

| | D | R |
|---|---|---|
| | ZD_created_at | ZD_comments.plain_body |
| 4612 | 3/19/2020 23:29 | My daughter, [Redact-PII] [Redact-PII], is only 10 years old! She is not allowed on social media! I'm requesting her account to be deleted and the method used to sign up BANNED. Her username is @[Redact-PII]She is also exposed on her friends UNDERAGE account in a plethora of PUBLIC videos dancing to extremely inappropriate and explicit music, talking about suicide, babies, drugs, etc. I demand her account removal also! They're both in FIFTH grade! Her username is @[Redact-PII]My daughter [Redact-PII] is recorded is MANY OF HER VIDEOS. Attached is [Redact-PII]'s birth certificate and my UNITED STATES passport ID! Please let me know if theres any other information you need. |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-290-LARK-08852028

**BEGATTACH:** TIKTOK3047MDL-290-LARK-08852028

**ENDATTACH:** TIKTOK3047MDL-290-LARK-08852028

**Attachment Count:** 0

**PRODVOL:** TB025

**Custodian:** TIKTOK

**File Path:** /NATIVES/0001/TIKTOK3047MDL-290-LARK-08852028.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** ED1E900FC1516E6180EF4CD28DAF1430

**DocType:** EDOCUMENT

**Author:**

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** USER FEEDBACK DATA.XLSX

**Title:** USER FEEDBACK DATA.XLSX

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**<u>Subject:</u>**

**<u>THREADID:</u>**

**<u>REDACTIONS:</u>**

**<u>REDACTION TYPE:</u>**

