# AMENDED Exhibit 652

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



EXHIBIT

19 D

## NATIVE DOCUMENT PLACEHOLDER

## Please review the native document TIKTOK3047MDL-290-LARK-08852027.XLSX

| D | R |
|---|---|
| ZD_created_at | ZD_comments.plain_body |
| 9/30/2021 17:45 | Hello Tiktok Customer Care, One of your customers,[REDACTED-PII], decided to contact you through reviews and complaints platform PissedConsumer.com. Message sent by [REDACTED-PII]: Phone: "+[REDACTED-PII]" Message Subject: "Child suicide attempt!" Message Body: "I have an 11-year-old daughter that has a TickTock account. I do not know why you guys would allow young children on your site without further identification verification. My child has been exposed to horrible things on TickTock on her account she has cried out it was suicide multiple times she's showing sexual videos and this account needs to be deleted immediately. I am blocked so I cannot report the page but I have screenshots of different parents sending me pictures of my child's TickTock and it being inappropriate" Please take a few minutes to answer[REDACTED-PII]directly. Regards, PissedConsumer.com Team P.S. Please consider joining our Free Program to monitor and address consumer reviews, questions and calls received for Tiktok. This email was sent by Pissedconsumer.com. Click here to unsubscribe or manage your subscriptions. Consumer Opinion LLC (DBA PissedConsumer.com) 1930 Village Center Circle #3-6853 Las Vegas, NV 89134 |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-290-LARK-08852027

**BEGATTACH:** TIKTOK3047MDL-290-LARK-08852027

**ENDATTACH:** TIKTOK3047MDL-290-LARK-08852027

**Attachment Count:** 0

**PRODVOL:** MDL-290

**Custodian:** TIKTOK

**File Path:** /NATIVES/0001/TIKTOK3047MDL-290-LARK-08852027.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** B9386B9AFD1FF1E9A760FB59C128318D

**DocType:**

**Author:**

**Create Date:** 12/30/1899 11:56 PM

**Last Modified Date:** 12/30/1899 11:56 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** ADDITIONAL USER FEEDBACK DATA.XLSX

**Title:**

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

