# AMENDED Exhibit 654

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# NATIVE DOCUMENT PLACEHOLDER

**Please review the native document TIKTOK3047MDL-290-LARK-08852029.XLSX**

| C | H |
|---|---|
| pub_date | content |
| 107742    11/21/2023 | This is my 11 year old child's account I reported a scammer but also I think it's a pedaphile this personwas acting like a celebrity trying to meet up with my daughter and tell her inappropriate things..I don't know what y'all can do but I hope y'all can look into this...I'm sending u screenshots of the person messaging my child ..I also want to know if y'all can set parental control on my daughter's account or something I don't know how but please for my daughter's safety...this is a pedophile |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-290-LARK-08852029

**BEGATTACH:** TIKTOK3047MDL-290-LARK-08852029

**ENDATTACH:** TIKTOK3047MDL-290-LARK-08852029

**Attachment Count:** 0

**PRODVOL:** 20250905_OVERLAY

**Custodian:** TIKTOK

**File Path:** /NATIVES/0001/TIKTOK3047MDL-290-LARK-08852029.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** BD6ACDEC196EC5F1009D1BB2CCADCAEF

**DocType:** EDOCUMENT

**Author:**

**Create Date:** 8/19/2025 12:00 AM

**Last Modified Date:** 12/30/1899 11:56 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** 20250819_USER COMPLAINT FEEDBACK DATA_CONFIDENTIAL.XLSX

**Title:**

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** SCA

