# AMENDED Exhibit 655

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



## NATIVE DOCUMENT PLACEHOLDER

**Please review the native document TIKTOK3047MDL-290-LARK-08852028.XLSX**

| D | R |
|---|---|
| ZD_created_at | ZD_comments.plain_body |
| 11887<br>9/14/2019 12:01 | I have a seven-year-old granddaughter somehow has been exposed to early for TikTok app she simply adores and absorbs what she sees. I have only one suggestion and I'm hoping that this is one that you've heard before. What I'm asking for is a parental control feature when that allows us who are concerned about children who are too young to experience your app. Also feel free to contact me I personally do not use social media at all. However I do have an email address that I use frequently that address is ; [REDACTED- PII]@yahoo.com. I look forward to hearing back from anyone who will get this and give me an opportunity to protect the little ones.<br>----------<br>a parental control feature |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-290-LARK-08852028

**BEGATTACH:** TIKTOK3047MDL-290-LARK-08852028

**ENDATTACH:** TIKTOK3047MDL-290-LARK-08852028

**Attachment Count:** 0

**PRODVOL:** TB025

**Custodian:** TIKTOK

**File Path:** /NATIVES/0001/TIKTOK3047MDL-290-LARK-08852028.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** ED1E900FC1516E6180EF4CD28DAF1430

**DocType:** EDOCUMENT

**Author:**

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** USER FEEDBACK DATA.XLSX

**Title:** USER FEEDBACK DATA.XLSX

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

