# AMENDED Exhibit 670

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮▮ [no-reply@asana.com] |
| **Sent:** | 6/25/2021 10:59:32 AM |
| **To:** | Michael Buzinover ▮▮▮▮▮▮▮▮@bytedance.com] |
| **Subject:** | [External] Investigate account deletion type [Data and Analytics Requests] |



## ▮▮▮▮▮ added to Data and Analytics Requests
View in Asana

## Task
**Investigate account deletion type**

**Assigned to**
—

**Due date**
—

**Description**
Currently, we received 300k~500k account deletion request per day. And we want to make sure only users who really want to delete account submit the deletion requests. To do so, we will have two projects:

1. Add a pre-check system to remind all tasks needed to be completed before deletion.
   https://bytedance.feishu.cn/docs/doccnAlM9XGy6TX38fycxk3Wvdf#
2. Add questionnaire to ask why users want to delete account
   https://bytedance.feishu.cn/docs/doccnLj9aM1jxqo5s9hOcVnOMic

For 1, need DA to help find: how many tasks that account deletion requesters averagely have?
For 2, need DA to help conduct a research on the reason based on the account type, user activity in-app like post, vv, duration, etc.

**Projects**
Data and Analytics Requests

**Custom Fields**
**Point of Contact** ▮▮▮▮
**Priority** Medium

▮▮▮added to Data and Analytics Requests Jun 25, 2021 at 2:58am ▮▮

TIKTOK3047MDL-081-02889388

Reply in Asana

Collaborators

Send us your feedback!

**Reply directly to this email to comment, and CC teammates to add them as collaborators.** If you want to stop receiving notifications about this task, you can remove yourself from it.

bytedance.com

Highly Confidential (Competitor)

TIKTOK3047MDL-081-02889389