# AMENDED Exhibit 671

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

[Retired] TikTok Feature Result Sharing



Confidential

POST

# Title: Account delete questionaire and pre-check post launch analysis

**Text:**

Backgroud:

In Oct, we launched pre-check system to ask users to review uncompleted task and suggest download data for users who request deletion.

In Nov, we launched questionaire with tips to ask users why delete account and provide some tips they may consider before deletion.

Key results:

1. Questionnaire & Pre-check contributed 28.4% of users to quit during the account delete process (quit/enter delete account). The biggest drop-off happens at questionnaire page (17.2%) and download your data page (9.1%). Small drop off at the general reminder page (1.9%).

2. Top delete account reason from questionnaire are temporal leave (27%) and other reason (25%).

-Top responses from other reasons: 'user already have another account', 'don't want this account anymore', 'I do not like it', and 'not my account'.

-54% of users that deleted their account login to another TikTok account.

3. 0.5% of users quit after checking a tip from questionnaire.

-Top selected tip: limit watch time (26%: quit/clicked tip hyperlink @███████FYI), setting up your profile (17% ███████████, and switching to private account & managing privacy settings (11%).

Next steps:

1. Provide temporarily deletion option when users request deletion

2. Adjust questionnaire based on users repsonse.

3. Explore opportunity on saving "Other reason" users.

PRD:



Report: ████████████████████████



Case 4:22-md-03047-YGR    Document 2877-67    Filed 03/25/26    Page 11 of 16

Confidential                    TIKTOK3047MDL-090-LARK-03389734