**AMENDED Exhibit 672**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT        Case No. 4:22-MD-03047-YGR
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION         MDL No. 3047

_____

This Document Relates to:

ALL ACTIONS

_____

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES
UNLIMITED JURISDICTION

Coordination Proceeding              Judicial Council
Special Title (Rule 3.550)           Coordination Proceeding
                                     No. 5255

SOCIAL MEDIA CASES
_____

THIS DOCUMENT RELATES TO:
ALL ACTIONS

_____

VOLUME I

VIDEOTAPED DEPOSITION OF ANDREW THOMAS TOMLINSON

NASHVILLE, TENNESSEE

October 1, 2025

Defendants and the Witness.

VIDEOGRAPHER:  The court reporter is Gina Williams, and will now swear in the witness.

- - - -

WHEREUPON,

ANDREW THOMAS TOMLINSON

was called as a witness and, after having been first duly sworn, was deposed and testified as follows:

EXAMINATION

BY MR. VERRIER:

Q    Good morning, Mr. Tomlinson.

Could you state your full name for the record?

A    Andrew Thomas Tomlinson.

Q    My name is Keith Verrier.

As you know, there's a litigation going on here with multiple groups of Plaintiffs.

I'll be asking questions today, and then a little bit later on I'm going to hand it over to my colleague, Alicia Armstrong, who will ask a few questions as well.

Have you ever been deposed before?

A    No.

Q    Have you ever testified under

record.

It's still your obligation to answer the question unless they specifically ask you not to answer the question.

Do you understand that?

A      Yes.

Q      And I'll try to stop periodically for breaks, maybe once an hour or thereabouts, depending on where the question is.

If you need a break at any other time, you just let us know, and we can take a break.

The only caveat to that is, if we're in the middle of a line of questioning, we might wait until after the line of questioning is done and then take the break.

Do you understand that?

A      Yes.

Q      Does that sound good to you?

A      Sounds great.

MR. VERRIER:  All right.  I'm going to --

Tab 1.

(Exhibit 1 was marked for identification.)

BY MR. VERRIER:

Q      I'm going to mark as Exhibit 1 --

This is, I believe, your resume.

Have you seen this document before?

A       Yes.

Q       Is it your resume?

A       Yes.

Q       And this document indicates that you reside right here in Nashville, Tennessee.

Is that right?

A       Correct.

Q       And how long have you lived in Nashville?

A       Just about 15 years.

Q       And you're still currently living here?

A       Yeah.

Q       At the very top under the very first sentence, you refer to yourself as someone who is a "Customer Experience & Operations Leader."

Is that right?

A       Yes.

Q       And then under "Core Competencies" you describe one of your core competencies as being "Customer Experience, Strategy & Transformation"?

Is that right?

A     Yes.

Q     And another one is "Operational Excellence & Scalable Process Design"?

A     Yes.

Q     And a couple of lines down you also refer to one of your core competencies as "CRM Strategy & Life Cycle Management."

Did I read that right?

A     You did.

Q     And what is "CRM"?

A     Customer -- or Client Relationship Management.

Q     And right after that you list "Technical Systems Integration" as one of your core competencies; is that right?

A     That's correct.

Q     And I see you list for platforms of sorts there Zendesk, SalesForce, Jira, Looker and Tableau?

Is that right?

A     That's correct.

Q     And are those --

What are those?

A     And those are technical systems

that are used to either visualize data or provide some sort of support, messaging with a user.

Zendesk and SalesForce are the primary ones there of reference for interaction between a user and the company.

Q    And have you used those at TikTok?

A    I've used Zendesk at TikTok, but not SalesForce, Jira, Looker or Tableau.

Q    Okay.  If we look under "Professional Experience," your current position is "TikTok User Operations Manager."

Is that correct?

A    That's correct.

Q    And you've been in that role since June of 2020?

A    I've been in that role specifically for about two or three years now.

Q    When you first were hired at TikTok, what was your position at that time?

A    User Support Lead I believe was the title.

Q    And you did that for a couple of years?

A    That's correct.

Q      Do you know when exactly you moved into the role as User Operations Manager?

A      I do not know specifically.

Q      Sometime around 2022, 2023?

A      That sounds about right.

Q      And was that a promotion for you?

A      That's correct.  It was a promotion.

Q      And if you look a couple of bullet points down under your description it says, "Led and developed seven user support leads... across seven diverse work streams."

Do you see that?

A      I do.

Q      And in this context what are the work streams you're referring to?

A      The work streams that I'm referencing there are the ones referenced below inside of my resume pertaining to "Executive Escalations, Better Business Bureau, Verification, Manage Creator Support Account Takeover, Younger Users, One Minute+ Support," as well as many --

There are a few more as well inside of what I've experienced during my time at TikTok.

Q      And these are user support work

streams at TikTok?

A     That's correct.

Q     And if you look at the next bullet point down it says, "Engineered a comprehensive ticketing system."

Do you see that?

A     I do.

Q     Is that a ticketing system for responding to feedback you get from users of TikTok?

A     That's correct.

Q     And below that it says, "Implemented targeted user training programs."

Do you see that?

A     I do.

Q     And is that training programs for training TikTok's user support staff to respond to feedback they get from clients?

A     That's correct, new hires and additional trainings that need to happen for our teams.

Q     So some initial onboarding training, would that be one example?

A     Yeah, exactly.

Q     And then additional, as you

worked there, updated trainings?

A      Correct, yeah.

Back in 2020 it was kind of all hands on deck with supporting the team so...

Q      And in 2020 when you were in the support lead role, were you still organizing trainings at that time?

A      That's correct.

Q      And then right below the "Implemented targeted user training" bullet there's one that says "Standardized user support processes."

Do you see that?

A      I do.

Q      And is it your position that improved productivity?

A      It is my position and what I have been responsible for, when time to update our support processes, to deliver on those things.

Q      And did it allow you to -- staff to move more quickly through user complaints?

A      I believe so.

MR. VERRIER:  You can put that aside.

(Exhibit 2 was marked for identification.)

BY MR. VERRIER:

Q    I'm going to hand you what's been marked as Exhibit 2.

This is a document titled "Notice of Oral and Videotaped Deposition of Defendants TikTok LTD., TikTok LLC, TikTok Inc., ByteDance LTD. and ByteDance Inc. pursuant to Federal Civil Procedure Rule 30(b)(6)."

Do you see that?

A    I do.

Q    Have you seen this document before?

A    I have.

Q    When did you first see it?

A    I'm not certain on the specific date.

Probably a few months ago.

Q    More than a month ago?

A    Yes.

Q    Less than six months ago?

A    Yes, probably.

Q    The --

If you turn your attention to the bottom of the first page where it lists the Defendants next to 2 where it says, "Defendants

TikTok Ltd., TikTok LLC, TikTok Inc. ByteDance Ltd.," on to the next page "ByteDance Inc.," do you see that?

A    I do.

Q    And then it says, "Collectively referred to as 'TikTok.'"

Do you see that?

A    I do.

Q    You understand that when I refer to "TikTok" today, I'm going to be referring to all of these companies listed above collectively.

Do you understand that?

A    I do.

Q    If at any time you believe there's a distinction that needs to be made, please feel free to bring that up, and then we can deal with it as it comes.

A    That sounds good.

Q    Okay.  Turning to the next page, page 3, middle of the page it says, "Notice Is Further Given."

Do you see that?

A    Yes.

Q    And towards the end of that first line it says, "Defendants shall designate" --

Do you see where that is right after it says "30(b)(6), Defendants shall designate and produce a representative or representatives, as may be required, to testify on behalf of TikTok concerning the topics identified in Schedule A attached hereto."

Do you see that?

A     I'm sorry.  Can you show me where?

Q     Sure.

Do you see where it says, "Notice Is Further Given" in all caps?

A     Yes.

Q     Okay.  And then if you proceed to the end of that line, the last word of that line is "Defendants."

A     Yes.  Sorry.

Q     So I'm going to pick up reading from there, okay?

A     Sorry about that.

Q     "Defendants shall designate and produce a representative or representatives, as may be required, to testify on behalf of TikTok concerning the topics identified in Schedule A attached hereto."

Did I read that correctly?

A     You did.

Q     And do you understand that you're the representative that's been designated to testify on behalf of TikTok pursuant to this notice?

A     I am.

Q     In other words, you're here to testify in a corporate capacity; right?

A     That's correct.

Q     And that is on behalf of TikTok; right?

A     That's correct.

Q     And if I could turn your attention to the next page, page 4, do you see where it says "Schedule A" at the top?

A     I do.

Q     And these are the deposition topics; is that right?

A     That's correct.

Q     When did you first learn that you were going to be designated as a representative on behalf of TikTok for this deposition?

A     It would have been a few months ago.

Q      Few months ago.

Prior to that time were you aware this litigation existed?

A      I was not.

Q      Do you know what this litigation is about?

A      I understand from the topics that we're discussing today.

Q      After learning that you would be sitting for deposition in this case, did you do an investigation of your own into the litigation?

A      No.

Q      If I could turn your attention to the first topic.

So Topic 1 says, "Complaints or other reports from users regarding the failure of the Your age gating and verification system and any discussions of the and Your response to those complaints and reports."

Did I read that correctly?

A      Yeah.

Q      Have you read this topic before?

A      Yeah.

Q      Is that a "yes"?

A      Yes.  Yes.  Sorry.

Q    And this topic addresses complaints and other reports made to TikTok from users related to age gating and age verification; is that right?

A    Yes.

Q    And TikTok's response to those complaints and reports; is that right?

A    That's correct.

Q    And you're the person designated to testify on behalf of TikTok regarding that topic?

A    I am.

Q    In your current capacity as user operations manager or in your prior user support role, did you personally deal with complaints in other reports that users make to TikTok related to age gating and age verification?

A    We --

Sorry.

One of the many things that we assisted users on were in regard to this topic, as well as many others, in terms of the process of age gating and questions around that process.

Q    And that's something you personally were involved in?

A       My teams -- my support teams were, yes.

Q       So you had oversight over people who were involved?

A       Correct.

Q       As well as some personal involvement?

A       Yes.

Q       In your current role --

Strike that.

In your roles at TikTok took, have you personally been involved with responding to the user complaints?

A       I have personally responded to feedback before.

Q       And based solely on what you know from your job at TikTok, are you knowledgeable to testify about this topic?

A       I am.

MR. PARKS:  Sorry.  Object to form.

BY MR. VERRIER:

Q       Did you take any steps to educate yourself beyond what you already knew in your capacity working at TikTok took so that you could testify about this topic?

A       No.

Q       Did you review any additional documents?

A       No.

Q       Did you review any data?

A       No.

Q       Any reports?

A       No.

Q       Did you meet with any individuals to ask them questions that might help you answer some questions here today?

A       No.

Q       Were there any sources of information related to age gating or age verification that you're aware of that you did not review in preparation for this deposition?

MR. PARKS:  Object to form.

A       Not that I know of personally.

BY MR. VERRIER:

Q       What date range did you consider when preparing to testify about complaints and responses?

MR. PARKS:  Object to form.

A       I'm not certain on the date ranges.

BY MR. VERRIER:

Q     You started at TikTok in 2020.

Did you consider any information that predated your arrival at TikTok?

MR. PARKS:  Object to form.

A     Not to my knowledge.

BY MR. VERRIER:

Q     Did you take any steps to educate yourself on this topic for the period that predated 2020?

A     No.

Q     Are you able to testify completely and accurately today about complaints or reports made to TikTok related to failures in the age verification and age gating system, as well as response to those complaints and reports?

A     Yes.

Q     Is there anyone at TikTok that you believe has more detailed knowledge about this topic than yourself?

MR. PARKS:  Object to form.

A     Yeah, not to my knowledge, but I'm sure there --

There are a lot of smart people at TikTok.

BY MS. ARMSTRONG:

Q    All right.  Let's turn down to Topic Number 2.

Topic 2 says --

I'm starting from the beginning.

-- "The general types of third-party complaints, if any, made to you directly regarding the use of your platform by students at or during school in the United States and your general types of responses to such complaints."

Did I read that correctly?

A    You did.

Q    And then it continues, if you look at 2A I should say, it says, "The topic includes but is not limited to the following information."

And 2A is "Complaints or concerns that users or third parties, including parents, teachers, school administrators, teachers unions or government bodies raised regarding any harm or impact on schools or students' participation or performance at school or in school, or the classroom or school environment related to the use of your platform and any discussions of the same."

Did I read that correctly?

A      You did.

Q      If you look at 2B, it also includes "Any response by you to the harm or impact on schools, students' participation or performance at school or in school, or the classroom or school environment reported by users or third parties, including parents, teachers, school administrators, teachers' unions or government bodies and any discussions of the same."

Did I read that correctly?

A      You did.

Q      Have you read these before?

A      Yes.

Q      This topic addresses complaints and concerns with respect to TikTok platform at schools; is that right?

A      Complaints, yes, understood.

Q      And TikTok's responses to those complaints and concerns; is that right?

A      Correct.

Q      And you're the person designated to testify on behalf of TikTok regarding that topic; correct?

A      That's correct.

Q    When were you first designated as the corporate representative for this topic?

A    I'm not completely sure or not entirely sure on the exact timeline.

Q    Would it be the same time period as your prior response --

A    That's correct.

Q    -- regarding Topic 1?

A    Correct.

Q    And if I were to ask you if you did any additional work in preparation for this topic, would your answers be the same as they were for Topic 1?

A    They would.

Q    If I could turn your attention to Topic 3, Topic 3 says, "User complaints regarding any adverse effect on minor users on your platform, including the user complaints identified in the user complaints spreadsheets provided by Defendants."

Did I read that correctly?

A    You did.

Q    Are you knowledgeable to testify about that topic?

A    Yes.

Q    Are you aware of the user complaints spreadsheets provided by Defendants in this litigation?

A    I am.

Q    I'm referring to "user complaints" here.

Do you understand we're referring to information received by TikTok from users, parents or other third parties through one of the user support channels TikTok has established for getting feedback from users.

MR. PARKS:  Object to form.

A    I'm aware of the spreadsheets provided and how those could contain complaints, but also just standard feedback regarding any of the topics that were provided to you all.

MR. VERRIER:  I would like to pull up the first of those spreadsheets, which is Tab 5.

(Exhibit 3 was marked for identification.)

(Exhibit 3A was marked for identification.)

BY MR. VERRIER:

Q    This is going to be --

We're going to mark this as Exhibit 3. It's going to be provided to you on the screen.

spreadsheets --

          A      Yes.

          Q      -- you looked at in preparation
for this deposition?

          A      Yes.

          MR. VERRIER:  Okay.  We're also going
     to mark as Exhibit 4 what's under Tab 6.
     This is the second spreadsheet.  We're going
     to do the same process where I'm going to
     hand you this.

          (Exhibit 4 was marked for identification.)

          (Exhibit 4A was marked for identification.)

BY MR. VERRIER:

          Q      So I'm handing you what's been
marked as 4A.  The spreadsheet you see on the
screen should be Exhibit 4.

          What I handed you as Exhibit 4A bears
the Bates number on the front
TIKTOK3047MDL-290-LARK-08852028.XLSX.

          Do you see that?

          A      I do.

          Q      And then if you turn to the
second page, again there's a metadata sheet.

          And three-quarters of the way down do
you see where it says "File Name"?

A       I do.

Q       And do you see that the name here is "userfeedbackdata.xlsx"?

A       I do.

Q       And that indicates that it is an Excel spreadsheet; correct?

A       That's correct.

Q       Do you want to take a minute to look at this spreadsheet and make sure it's one that you looked at?

A       I'm very confident in this one. Thank you.

Q       Okay.  So just to be clear for the record, you have seen this spreadsheet prior to your deposition here today?

A       I have.

MR. VERRIER:  Now we're going to pull up Tab 7 and mark this as Exhibit 5.

And simultaneously I'm going to mark as Exhibit 5A the cover sheet so that you have a hard copy to look at, and this is a cover sheet bears the Bates number TIKTOK3047MDL-290-LARK-08852029.XLSX.

(Exhibit 5 was marked for identification.)

(Exhibit 5A was marked for identification.)

BY MR. VERRIER:

Q    Do you see that?

A    I do.

Q    If you turn to the next page, again three-quarters of the way down, "File Name." Do you see that?

A    I do.

Q    And that file name is 20250819_usercomplaintfeedbackdata_confidential.XLSX.

And that indicates it's an Excel spreadsheet with user data; is that right?

MR. PARKS:  Object to form.

BY MR. VERRIER:

Q    Well, that indicates an Excel spreadsheet; is that right?

A    It does, yes.

Q    And you're looking now at the actual spreadsheet.

Is that also an Excel spreadsheet you have seen in preparation for this deposition?

A    It is.

Q    Okay.  We can put those aside for a second.  We'll turn ourselves back to Exhibit 2, the Deposition Notice, and we're going to go back

Q     Do you understand that you're still under oath?

A     I do.

Q     So as my colleague had explained earlier, we have a group of excerpts of the larger spreadsheets that I'm going to present to you, and we're going to proceed in that same manner. They're going to be very similar to the ones that you've already seen.

Does that work?

A     That works.

MS. ARMSTRONG:  So we're going to pull up Tab 20A.  We're going to be referring to Exhibit 4 as the larger spreadsheet and mark this as Exhibit 17A.

(Exhibit 17A was marked for identification.)

BY MS. ARMSTRONG:

Q     So I'm handing you an excerpt of the information found in Row 49773.

Please take a moment to review the contents of the excerpt.  Let me know when you're ready.

A     Go ahead.

Q     Do you have any reason to dispute the accuracy of this excerpt?

A       I do not.

Q       So the first column reflects the information found in Column D of the larger spreadsheet.

Do you see that?

A       I do.

Q       Column D represents the date and time that the feedback was received; correct?

A       Yeah, correct.

Q       And this user communication to TikTok and ByteDance is from July 5 of 2018; correct?

A       Correct.

Q       The next column reflects the information found in Column R.

Do you see that?

A       I do.

Q       Column R includes the content of that feedback; right?

A       Correct.

Q       This user writes, "I have two Musical.ly accounts."

Correct?

A       Correct.

Q       So this user is reaching out

right?

A       On a router level.

Q       So that's a yes they reached out asking for help to block TikTok?

A       From their home network, yes.

MS. ARMSTRONG:  We're going to pull up Tab 20C.

(Exhibit 17C was marked for identification.)

BY MS. ARMSTRONG:

Q       I'm handing you an excerpt from Row 40.  Please take a moment to review.  We will mark this as Exhibit 17C.

A       Go ahead.

BY MS. ARMSTRONG:

Q       Any reason to dispute the accuracy of this excerpt?

A       No.

Q       This user communication to TikTok and ByteDance is from February 23 of 2019; right?

A       Correct.

Q       This user gave the TikTok platform a one star rating.

Do you see that?

A       I see that there's one star highlighted inside of the feedback.

Q      And it's one star out of five; correct?

A      Correct.

Q      They report, "It got me addicted."

Right?

A      "And now I have to delete it" is what the user said, yes.

"It got me addicted, and now I have to delete it."

MS. ARMSTRONG:  Let's underline the word "addicted" in red, please.

BY MS. ARMSTRONG:

Q      And "it" would be TikTok; correct?

MR. PARKS:  Object to form.

A      It's not entirely clear.

BY MS. ARMSTRONG:

Q      Do you understand it to be referring to TikTok?

MR. PARKS:  Objection.

A      If we could look at the larger sheet, that would be great.  Thank you.

BY MS. ARMSTRONG:

Q      And this was out of Exhibit 4.

A       Am I good?

Thank you.  Go ahead.

Q       Do you understand them to be referring to TikTok?

A       Based off of the way that they're writing, I could read it as that, but it's also not clear by the user of what they're referencing when they say "it."

Q       Is it reasonable to conclude that they're saying "TikTok got me addicted"?

MR. PARKS:  Object to form.

A       No.

BY MS. ARMSTRONG:

Q       "No"?

A       I don't believe so.

Q       A moment ago you testified that you could see "it" as referring to TikTok; correct?

MR. PARKS:  Object to form.

A       Personally from an app store review perspective, I could understand why "it" would be -- could be in reference to that, but the user themselves does not clearly state "TikTok" specifically in their feedback on the rating.

BY MS. ARMSTRONG:

Q    And as you pointed out, the user informs TikTok and ByteDance that they have to delete their account because they are addicted; right?

A    Inside of the feedback, they reference that they now have to delete the account.

Q    Because they're addicted, right?

A    Based on --

MR. PARKS:  Object to form.  Sorry.

A    Based on the way the feedback is written.

BY MS. ARMSTRONG:

Q    In 2019 TikTok and ByteDance had reports that users were addicted; correct?

A    There's feedback that contains the word "addicted" inside of it.

MS. ARMSTRONG:  Let's pull up Tab 20D.

(Exhibit 17D was marked for identification.)

BY MS. ARMSTRONG:

Q    This excerpt is from Row 979, and we're going to mark this as 17D.

A    Okay, I'm ready.  Thank you.

Q    Do you have any reason to dispute

referencing the words "addiction" inside of our feedback.

BY MS. ARMSTRONG:

Q     And they were seeking help in 2020; correct?

A     This specific feedback asks for suggestions or for us to do -- or for TikTok to do something.

Q     Has TikTok or ByteDance ever informed users, parents or the public that in 2020 users reported developing an addiction to TikTok?

MR. PARKS:  Object to form.

A     I'm not sure.

MS. ARMSTRONG:  Let's pull up Tab 20F, which we'll mark as 17F.

(Exhibit 17F was marked for identification.)

BY MS. ARMSTRONG:

Q     This is an excerpt from Row 14776.

A     I see that.

Q     Do you have any reason to dispute the accuracy of this excerpt?

A     I don't.

Q     This user communication to TikTok and ByteDance is from September 15 of 2020; right?

A       Correct.

Q       The user reports, "I think I'm addicted TikTok."

Do you see that?

A       I see that.

MS. ARMSTRONG:  Let's underline the word "addicted," please.

BY MS. ARMSTRONG:

Q       In 2020 TikTok and ByteDance had reports that users were addicted; correct?

MR. PARKS:  Object to form.

A       There was feedback that contained the word "addicted," and this user specifically said, "I think I'm addicted TikTok."

BY MS. ARMSTRONG:

Q       Has TikTok or ByteDance ever informed users, parents or the public that in 2020 users reported having --

Strike that.

Has TikTok or ByteDance ever informed users, parents or the public that in 2020 users reported being addicted?

MR. PARKS:  Object to form.

A       I'm not sure.

BY MS. ARMSTRONG:

Q     The user then explains, "After watching the movie Social Dilemma about social media, I've come to the decision to delete my account."

Did I read that correctly?

A     You did.

Q     Are you familiar with The Social Dilemma?

A     I'm not.

Q     We're going to pull up Tab 31, which is a video, so I don't have anything hard copy for you, and we're going to watch a trailer for The Social Dilemma together, and then I'll have some follow-up questions afterwards.

Sound good?

A     Okay.

(Video of movie trailer for "The Social Dilemma" was played.)

MS. ARMSTRONG:  We're going to mark this as Exhibit 18.

(Exhibit 18 was marked for identification.)

MR. PARKS:  I'll just object to the lack of foundation.

BY MS. ARMSTRONG:

Q    Let's return to the specific complaint here.

The user reports that because of watching The Social Dilemma they need to delete their TikTok account; right?

MR. PARKS:  Object to form.

A    They reach out and they say they've come to a decision to delete their account.

BY MS. ARMSTRONG:

Q    After watching the movie Social Dilemma; right?

A    Inside of their feedback, that's the movie they reference.

Q    Has TikTok or ByteDance ever informed users, parents or the public that after watching The Social Dilemma users were compelled to delete their TikTok account?

MR. PARKS:  Objection, outside the scope, lacks foundation.  Object to the form. Go ahead.

A    I'm not sure.

MS. ARMSTRONG:  Let's pull up Tab 20G, which we'll mark as 17G.

(Exhibit 17G was marked for identification.)

BY MS. ARMSTRONG:

Q       This is an excerpt from Row 26800.

A       Okay.

Q       Do you have any reason to dispute the accuracy of this excerpt?

A       I do not.

Q       This user communication to TikTok and ByteDance is from March 7 of 2021; correct?

A       Correct.

Q       At the bottom of the first paragraph, the user tells TikTok and ByteDance that they are "trying to get over my TikTok addiction.  Please delete."

Do you see that?

A       I do see that feedback.

MS. ARMSTRONG:  Let's underline the word "addiction."

BY MS. ARMSTRONG:

Q       So this user is trying to recover from their TikTok addiction; right?

MR. PARKS:  Object to form.

A       They're requesting to delete their account.

A     I have not personally seen it.

BY MS. ARMSTRONG:

Q     Are you aware of any?

MR. PARKS:  Same objections, asked and answered.

A     I'm not.

MS. ARMSTRONG:  How long have we been on the record since the last break?

MR. PARKS:  About 50 minutes, I think.

MS. ARMSTRONG:  Is now a good time for a break?

THE WITNESS:  Yeah, that's fine.

VIDEOGRAPHER:  Stand by.  End of Media File 5.  Off the record at 1:53.

(Recess was taken.)

VIDEOGRAPHER:  Beginning of Media File 6.  We're back on the record at 2:05.

MS. ARMSTRONG:  We are going to pull up Tab 21A, which we're going to mark as 19A.

(Exhibit 19A was marked for identification.)

BY MS. ARMSTRONG:

Q     This is going to be out of Exhibit 4 ending in _2028, and this is an excerpt from Row 783.

A     Okay, thank you.

Q       Do you have any reason to dispute the accuracy of this excerpt?

A       I do not.

Q       This user communication to TikTok and ByteDance is from December 4 of 2018; correct?

MR. PARKS:  Object to form.

A       That looks correct.

BY MS. ARMSTRONG:

Q       And this report is from the parent of an 11-year-old; right?

A       That is the way that it's positioned inside of the feedback.

Q       The 11-year-old has a TikTok account; correct?

A       The user references that the user is 11 years old.

Q       So that's, yes, that they have a TikTok account?

A       The account that they're referencing says that there's a user name involved that would, according to the feedback, is their daughter's.

Q       TikTok's minimum age requirement is 13; correct?

MR. PARKS:  Objection, asked and

A    That's what they're saying based on their feedback.

MS. ARMSTRONG:  Let's underline "11 years old" in the second sentence, please.

And we're going to pull up Tab 21B, which we will mark as Exhibit 19B.

(Exhibit 19B was marked for identification.)

BY MS. ARMSTRONG:

Q    And this is an excerpt from Row 4612.

A    Okay, thank you.

Q    Do you have any reason to dispute the accuracy of this excerpt?

A    I do not.

Q    This user communication to TikTok and ByteDance is from March 19 of 2020; correct?

A    Yes.

Q    And this is another message from a parent; right?

A    The way that it's being written, yes.

Q    This parent is reaching out about their 10-year-old's TikTok account; right?

A    Correct.

Q    The parent informs TikTok and

ByteDance that the 10-year-old is not allowed on social media; right?

A    Based on the feedback provided.

Q    This parent wants their 10-year-old's account deleted; correct?

A    That is what they're requesting.

Q    Then they flag another underage user, their child's friend; right?

A    Inside of the feedback, that's what's referenced, yes.

Q    The parent tells TikTok and ByteDance that both children are in the fifth grade.

Do you see that?

A    I do see that.

Q    In 2020 TikTok and ByteDance had reports of underaged children accessing the platform; right?

MR. PARKS:  Object to form.

A    Based on the feedback provided.

MS. ARMSTRONG:  Let's underline "10 years old," please.

We're going to then pull up Tab 21C, which is taken from Exhibit 3.

(Exhibit 19C was marked for identification.)

right?

A    TikTok would help in that.

Q    And at the bottom of the message there's a note left by a TikTok employee; correct?

A    I believe so.

Q    The employee's note says "NRN," right?

A    Correct.

Q    Do you understand "NRN" to be no response necessary?

A    No response needed.

Q    Excuse me.

The note "NRN" means no response needed?

A    Correct.

MS. ARMSTRONG:  All right.  Let's pull up --

Excuse me.

Before we do that --

We are --

Let's pull up Tab 21D marked as Exhibit 19D.

(Exhibit 19D was marked for identification.)

BY MS. ARMSTRONG:

Q    This is an excerpt from Row

20517.

MR. PARKS:  Is there a question pending?  Sorry.

MS. ARMSTRONG:  No, sorry.  We're just reviewing.

A     Okay.

BY MS. ARMSTRONG:

Q     Do you have any reason to dispute the accuracy of this excerpt?

A     No.  It looks like it came through and has referenced the line appropriately.

Q     This user communication to TikTok and ByteDance is from September 30 of 2021; correct?

A     Correct.

Q     This is from the parent of an 11-year-old; correct?

A     This actually looks to be from "Pissedconsumer.com" or from a team maybe that forwarded some information over in regard to a submission.

Q     In the third line about halfway through where it says "Message Body," are you with me?

A     I am with you.  Yeah, thank you.

Q       It says, "I have an 11-year-old

daughter."

        Do you see that?

        A       I do.

        Q       So this message is in reference

to a parent discussing their 11-year-old daughter;

right?

        MR. PARKS:  Object to form.

        A       Based on the feedback that

they've provided to what looks like a third party,

"Pissedconsumer.com."

        MS. ARMSTRONG:  Can we underline

    "11-year-old," please.

BY MS. ARMSTRONG:

        Q       They write, "I do not know why

you guys would allow young children on your site

without further identification verification."

        Do you see that?

        A       I do see that.

        Q       And then they demand that their

child's accounts gets deleted immediately; right?

        A       Thank you.

        I do see that.

        Thank you.

        Q       In 2021 TikTok and ByteDance had

BY MS. ARMSTRONG:

Q    So let's turn back to this complaint.

This parent says they only learned their child had a TikTok account because they were sent screenshots from other parents; right?

Sorry.  That's about halfway in the middle.

A    I got there.  Thank you.

I do see the feedback that is referenced saying they have screenshots of different parents sending them pictures.

Q    Then when this parent went to report the account, they learned that their child had blocked them; right?

A    She references that "I am blocked" or they reference "I am blocked so I cannot report the page."

Q    In 2021 TikTok and ByteDance had reports that children were blocking their parents' account; right?

MR. PARKS:  Object to form.

A    Based on the feedback that's written.

MS. ARMSTRONG:  We're going to pull up

Tab 21E, which we'll mark as 19E.

And this is going to be out of Exhibit 5 spreadsheet ending in _2029.

(Exhibit 19E was marked for identification.)

BY MS. ARMSTRONG:

Q    Here you go.  This is an excerpt from Row 22267.

A    Okay.

Q    Do you have any reason to dispute the accuracy of this excerpt?

A    No.

Q    This user communication to TikTok and ByteDance is from June 28 of 2022; correct?

A    Correct.

Q    It is a submission from the parent of an 11-year-old; right?

A    The feedback states that their daughter is 11.

MS. ARMSTRONG:  Let's underline "11," please.

BY MS. ARMSTRONG:

Q    The parent informs TikTok and ByteDance that their 11-year-old daughter snuck onto TikTok; correct?

MR. PARKS:  Object to form.

A    In the first sentence, that's what they reference, "snuck and created" the account.

BY MS. ARMSTRONG:

Q    And the parent asks TikTok how to switch the 11-year-old's regular account to a kid's account; correct?

A    Based on the feedback provided.

Q    In 2022 TikTok and ByteDance had reports of underaged children accessing the TikTok platform; right?

MR. PARKS:  Object to form.

A    Based on the feedback provided.

MS. ARMSTRONG:  We're going to pull up Tab 21F, which we'll mark as Exhibit 19F.

(Exhibit 19F was marked for identification.)

BY MS. ARMSTRONG:

Q    This is an excerpt from Row 107742.

A    Okay.

Q    Do you have any reason to dispute the accuracy of this excerpt?

A    I do not.

Q    This user communication to TikTok and ByteDance is from November 21 of 2023;

<ex

correct?

A    That's correct.

Q    It is another submission from the parent of an 11-year-old; correct?

A    Based on the feedback provided.

MS. ARMSTRONG:  Let's underline "11-year-old child," please.

BY MS. ARMSTRONG:

Q    This 11-year-old also has a TikTok account; right?

A    That's what the feedback is referencing, yeah.

It doesn't state specifically if the person that's reaching out is the --

Yeah, the feedback here kind of makes it sound like this is a shared account potentially between a parent and an 11-year-old based on the user saying "This is my 11-year-old child's account."

They don't like specifically reference a handle is all I'm kind of referencing here, but continue.

Q    Just to clarify, they write "This is my 11-year-old child's account."

Correct?

A        Correct.

Q        In 2023 TikTok and ByteDance had reports of underaged children accessing the platform; right?

MR. PARKS:  Object to the form.

A        Based on this feedback.

BY MS. ARMSTRONG:

Q        Now this parent is also reporting an account; correct?

A        They reference reporting a scammer.

Q        They were reporting a pedophile; correct?

A        Based on the feedback provided, they reference that.

Q        The pedophile had messaged the 11-year-old on the TikTok platform; correct?

MR. PARKS:  Object to form.

A        Based on the feedback provided here.

BY MS. ARMSTRONG:

Q        The pedophile was trying to lead the 11-year-old off the platform and meet up with them in person; correct?

MR. PARKS:  Object to form.

MR. PARKS:  Same objection.

A      I'm not aware of any.

MS. ARMSTRONG:  Do you need a break?

THE WITNESS:  I can keep going if you're okay with that.

MS. ARMSTRONG:  We are going to pull up Tab 23A, which will be Exhibit 23A.

We're going to take this from Exhibit 4 Bates ending _2028.

(Exhibit 23A was marked for identification.)

BY MS. ARMSTRONG:

Q      This is an excerpt from Row 2862.

A      Okay.

Q      Do you have any reason to dispute the accuracy of this excerpt?

A      I do not.

Q      This user communication to TikTok and ByteDance is from December 9 of 2029 (sic); correct?

A      2019.

Q      What did I say?

A      2029.

Q      That would be a problem.  Let me reask the question.

A      Okay.  You're okay.

Q        This user communication to TikTok and ByteDance is from December 9 of 2019; correct?

A        Correct.

Q        The submission is discussing TikTok's beauty filters; right?

MR. PARKS:  Object to form.

A        It's referencing filters.

I'm not sure if they're beauty filters specifically, but filters on the app is what I understand.

BY MS. ARMSTRONG:

Q        Filters are tools within the TikTok platform that allow users to alter their pictures and videos; right?

A        Yes.

Q        And these filters are created and provided by TikTok for the use on the TikTok platform; right?

MR. PARKS:  Object to form, outside the scope.

A        I'm not aware of the specifics on those.

BY MS. ARMSTRONG:

Q        This user complaint is from the parent of a teenager; right?

A       Based on the feedback provided, yeah.

Q       The parent writes --

Strike that.

The parent tells TikTok and ByteDance that their filters "glamorize suicide and self harm."

Correct?

MR. PARKS:  Object to form.

A       Based on the feedback that they've provided here.

BY MS. ARMSTRONG:

Q       The parent writes, "When thousands if not millions of teens and pre-teens use your app, I am baffled these are even allowed in the first place."

Do you see that?

A       I do.

Q       And then the parent demands that TikTok and ByteDance remove these filters; right?

MR. PARKS:  Object to form.

A       They do share that they should be removed.

BY MS. ARMSTRONG:

Q       So in 2019 TikTok and ByteDance

Sorry about that.

MS. ARMSTRONG:  Tab 23B, please, which we are going to mark as 23B.

(Exhibit 23B was marked for identification.)

BY MS. ARMSTRONG:

Q     This is an excerpt from Row 33865.

A     Okay.

Q     This user communication is from June 2 of 2021; correct?

A     Correct.

Q     This message is a follow-up to a previously made complaint.

Do you see that?

A     I do see that.

Q     Meaning this user has previously contacted TikTok and ByteDance about this same issue; correct?

MR. PARKS:  Object to form.

A     Based on the feedback that we're looking at here from Row 33865.

BY MS. ARMSTRONG:

Q     The issue being discussed is automatic filters; right?

A     That's what they reference in the

feedback, yeah.

Q    Automatic filters get applied as soon as the user opens the camera; correct?

MR. PARKS:  Object to form, outside the scope.

A    Based on what these are sharing with us, they're sharing that that's what happens to them, yes.

BY MS. ARMSTRONG:

Q    Do you have knowledge, as a TikTok employee, that automatic filters work in this way?

MR. PARKS:  Object to the form, outside the scope.

A    I'm not.

BY MS. ARMSTRONG:

Q    With this submission the user attached two screenshots; correct?

A    They reference that they have, yes.

Q    The user explains to TikTok and ByteDance that the first screenshot depicts what the user naturally looks like; right?

A    Based on the feedback that they provided to us.

Q       The second screenshot depicts their appearance with the automatic filter turned on; correct?

A       Yes, based on -- based on the feedback provided.

Q       The user explains that the second screenshot was taken "mere seconds" after the camera was opened; right?

A       Based on the feedback, yeah.

Q       The automatic filter smoothed out their pimples and skin texture; right?

A       Based on their feedback.

Q       And the user clarifies that they did not apply the filter themselves; correct?

A       Correct.

Q       Instead, the app applied the filter as soon as they opened the camera; correct?

A       Based on their feedback.

Q       The user tells TikTok and ByteDance that applying a filter without a person's permission is a "major issue."

Right?

MR. PARKS:  Object to form.

A       Based on their feedback here, what they shared with us.

BY MS. ARMSTRONG:

Q    It is a major issue because it "could trigger people's mental illnesses, body dysmorphia or dysphoria."

Correct?

A    Based on the feedback that they've shared.

Q    The user then flags that "most users on TikTok are children, teens and young adults."

Right?

A    Based on their feedback.

Q    And the user informs TikTok and ByteDance that these automatic filters are "teaching these vulnerable and still-developing age groups that they need a beauty filter to feel beautiful and accepted."

Do you see that?

MR. PARKS:  Object to form.

A    I see -- I see the feedback.

BY MS. ARMSTRONG:

Q    The user describes this lesson as "very harmful."

Correct?

A    Based on their feedback provided

here.

Q    And they ask TikTok and ByteDance to remove the filters; right?

A    Yes.

Q    They write, "This shouldn't have to be said, but please take the filter off.  It makes TikTok users extremely uncomfortable."

Do you see that?

A    I do.

Q    So in 2021 TikTok and ByteDance had reports that its automatic filters could trigger mental illnesses; right?

MR. PARKS:  Object to the form.

A    Based on this feedback.

BY MS. ARMSTRONG:

Q    Has TikTok or ByteDance ever informed users, parents or the public that in 2021 users reported TikTok's automatic filters triggering mental illnesses?

MR. PARKS:  Object to the form, outside the scope.

A    I'm not aware of any.

BY MS. ARMSTRONG:

Q    In 2021 TikTok and ByteDance had reports that its automatic filters could trigger

BY MS. ARMSTRONG:

Q     I can.

Has TikTok or ByteDance ever informed users, parents or the public that in 2021 users reported that TikTok's automatic filters could trigger body dysphoria?

MR. PARKS:  Same objection.

A     I'm not aware of any.

MS. ARMSTRONG:  We're going to pull up Tab 23C and mark it as 23C.

This is now being pulled from Exhibit 5, Bates ending _2029, and this is an excerpt from Row 643.

(Exhibit 23C was marked for identification.)

A     Okay.

BY MS. ARMSTRONG:

Q     Do you have any reason to dispute the accuracy of this excerpt?

A     I don't.

Q     This user communication to TikTok and ByteDance is from January 31 of 2022; correct?

A     Correct.

Q     This user is reporting to TikTok and ByteDance that they cannot tell when a filter is being used on a video; correct?

A    Correct, based on the feedback.

Q    They write, "I just spent at least an hour trying to find how you can see what effect is on what video, and everything came up short."

Do you see that?

A    I do see that.

Q    The user explains that there are no indicators when filters are applied to videos; correct?

MR. PARKS:  Object to the form.

A    Based on the feedback provided.

BY MS. ARMSTRONG:

Q    And they indicate that there are a lot of other people experiencing the same problem; right?

A    Based on the feedback that they've provided.

Q    The user describes this as "brutal."

Correct?

A    Based on the feedback provided.

Q    The user tells TikTok and ByteDance that "This is brutal for PPL."

Do you understand "PPL" as being

people?

        A     I do.

        Q     So they're saying, "This is brutal for people who have body dysmorphia."

        Correct?

        A     Based on the feedback.

        Q     So this user is informing TikTok and ByteDance that undisclosed filter use is brutal to people with body dysmorphia; right?

        MR. PARKS:  Object to form.

        A     Based on the feedback that they've provided here.

BY MS. ARMSTRONG:

        Q     In fact, it is "extremely problematic to not show that" a filter is being used.

        Correct?

        A     Based on the feedback provided here.

        Q     And they ask TikTok and ByteDance to "Please help."

        Right?

        MR. PARKS:  Object to form.

        A     Based on the feedback.

BY MS. ARMSTRONG:

Q    The user is asking TikTok and ByteDance to add an indicator showing when a filter is applied; right?

MR. PARKS:  Object to form.

A    Could you ask the question again?

BY MS. ARMSTRONG:

Q    The user is asking TikTok and ByteDance to add an indicator showing when a filter is applied; right?

MR. PARKS:  Object to form.

A    Based on the feedback, they're sharing that they find it annoying that they can't see what filter or effect is being used.

BY MS. ARMSTRONG:

Q    Just to clarify, they're not just saying it's annoying.

They're saying that it's extremely problematic; right?

A    To show what filter is being used.

Q    So in 2022 TikTok and ByteDance has reports that undisclosed filter use harms people with body dysmorphia; right?

MR. PARKS:  Object to the form.

MS. ARMSTRONG:  We're going to pull up Tab 23D and mark that as Exhibit 23D.

(Exhibit 23D was marked for identification.)

BY SPEAKER 1:

Q     This is an excerpt from Row 65877.

A     Okay.

Q     Do you have any reason to dispute the accuracy of this excerpt?

A     I don't.

Q     This user communication to TikTok and ByteDance is from January 5 of 2023; correct?

A     Correct.

Q     And the user is discussing a filter that is applied to a user's nose; right?

A     Based on the feedback that they've provided.

Q     The user alerts TikTok and ByteDance that "This filter could possibly lead to body dysmorphia/self-esteem issues."

Right?

MR. PARKS:  Object to form.

A     Based on the feedback that they've provided here.

BY MS. ARMSTRONG:

Q    The user also tells TikTok and ByteDance that "It promotes the idea that your nose is something you can change/should change."

Correct?

MR. PARKS:  Object to form.

A    Based on the feedback here.

BY MS. ARMSTRONG:

Q    And they emphasize "That's completely wrong."

Right?

A    They do share that in the feedback.

Q    The user says the existence of this filter on the TikTok platform is "disgusting."

Right?

A    Based on the feedback provided.

Q    It is disgusting because it is "feeding off people who struggle with self-image issues."

Right?

MR. PARKS:  Object to form.

A    Based on the feedback provided here.

BY MS. ARMSTRONG:

Q     And the user demands that TikTok and ByteDance remove the filter from the TikTok platform; right?

MR. PARKS:  Object to form.

A     Based on the feedback provided here.

BY MS. ARMSTRONG:

Q     So in 2023 TikTok and ByteDance had reports that its filters can lead to body dysmorphia; right?

MR. PARKS:  Object to the form.

A     Based on the feedback here.

BY MS. ARMSTRONG:

Q     Has TikTok or ByteDance ever informed users, parents or the public that in 2023 users reported TikTok's filters could lead to body dysmorphia?

MR. PARKS:  Object to form, outside the scope.

A     I'm not aware of any.

BY MS. ARMSTRONG:

Q     In 2023 TikTok and ByteDance had reports that its filters can lead to self-esteem issues; right?

MR. PARKS:  Object to form.

A    Based on the feedback provided here.

BY MS. ARMSTRONG:

Q    Has TikTok or ByteDance ever informed users, parents or the public that in 2023 users reported TikTok's filters could lead to self-esteem issues?

MR. PARKS:  Object to the form, outside the scope.

A    I'm not aware of any.

MS. ARMSTRONG:  We're going to pull up Tab 23E, which we're going to mark as 23E.

(Exhibit 23E was marked for identification.)

BY MS. ARMSTRONG:

Q    This is an excerpt from Row 103654.

Do you have any reason to dispute the accuracy of this excerpt?

A    I don't.

Q    This user communication to TikTok and ByteDance is from October 8 of 2023; correct?

A    Correct.

Q    This user is discussing the dangers of the skinny filter; right?

MR. PARKS:  Object to the form.

A    Based on their feedback provided, they reference the skinny -- quote/unquote, skinny filter.

BY MS. ARMSTRONG:

Q    The skinny filter alters a user's appearance so that they appear thinner; correct?

MR. PARKS:  Object to the form, outside the scope.

A    I'm not sure.

BY MS. ARMSTRONG:

Q    The user informs TikTok and ByteDance that "A skinny filter is inherently fat phobic."

Correct?

A    Based on the feedback that they've provided here.

Q    And the user explains that the skinny filter "adds to poor body image, disordered eating and eating disorders."

Correct?

A    Based on the feedback that they've shared here.

Q    So in 2023 TikTok and ByteDance had reports that its skinny filter adds to poor

A     Okay.

Q     Do you have any reason to dispute the accuracy of this excerpt?

A     No.

Q     This user communication to TikTok and ByteDance is from January 4 of 2019; correct?

A     Correct.

Q     This message is a one star review of the TikTok platform; right?

A     Based on what we've discussed earlier.

Q     The user states, "Add parental controls on this app."

Right?

A     Yes.

Q     So the user is asking TikTok and ByteDance to create parental controls on the TikTok platform; right?

A     Based on what they wrote here.

MS. ARMSTRONG:  We're going to pull up Tab 25B, which we'll mark as Exhibit 25B.

(Exhibit 25B was marked for identification.)

BY MR. VERRIER:

Q     We are working with an excerpt from Row 11887.

A       Okay.

Q       Do you have any reason to dispute the accuracy of this excerpt?

A       I don't.

Q       This user communication to TikTok and ByteDance is from September 14 of 2019; correct?

A       Yes.

Q       It was submitted to TikTok and ByteDance by the grandparent of a 7-year-old; correct?

A       Based on what the user has shared with us here.

Q       The 7-year-old had a TikTok account; correct?

A       That's what's referenced.

Q       In 2019 TikTok and ByteDance had reports of 7-year-olds accessing the TikTok platform; right?

MR. PARKS:  Object to form.

A       Based on what this individual shared with us.

BY MS. ARMSTRONG:

Q       This grandparent is contacting TikTok and ByteDance to suggest adding parental

in-app timer's passcode negatively impacted user's addiction to TikTok; correct?

A     That's what this user is sharing with us.

Q     Has TikTok or ByteDance ever informed users, parents or the public that in 2023 users reported that being prompted with the in-app timer -- in-app timer's passcode negatively impact had their addiction to TikTok?

MR. PARKS:  Object to form, outside the scope.

A     Not to my knowledge.

BY MS. ARMSTRONG:

Q     We're going to pull up --

Let me ask, do you need a break?

A     A break would be good for me, if that's okay.

MS. ARMSTRONG:  Yep, that is fine.  How about a five-minute break?

VIDEOGRAPHER:  Stand by.  End of Media File 7.  Off the record at 4:34.

(Recess was taken.)

VIDEOGRAPHER:  Beginning of Media File 8.  We're back on the record at 4:53.

MS. ARMSTRONG:  We are looking at Tab

27A, which we're marking as Exhibit 27A.

(Exhibit 27A was marked for identification.)

BY MS. ARMSTRONG:

Q     This is from Exhibit 4, Bates ending _2028, and this is an excerpt of Row 49573.

A     Okay.

Q     Do you have any reason to dispute the accuracy of this excerpt?

A     I don't.

Q     This user communication to TikTok and ByteDance is from October 27 of 2021; correct?

A     Correct.

Q     This user asks TikTok to permanently delete their TikTok account; right?

A     Correct.

Q     The user informs TikTok and ByteDance that they want their account deleted because they're addicted to TikTok; right?

MR. PARKS:  Based on the feedback here.

MS. ARMSTRONG:  Can we underline the word "addiction," please.

BY MS. ARMSTRONG:

Q     They also report that their TikTok addiction has caused bad consequences in their life; correct?

A    Based on what they wrote.

Q    And the user tells TikTok and ByteDance, "I have already deleted the account several times within the 30-day deadline for permanent deletion."

Did I read that correctly?

MR. PARKS:  Object to form.

A    You did.

BY MS. ARMSTRONG:

Q    So this user has already tried to delete their TikTok account on their own; correct?

A    That's what they've said.

Q    In fact, they tried to delete their account several times; right?

A    Based on what they've shared.

Q    And the user indicates that there is a 30-day deadline before the account is permanently deleted; correct?

A    Correct.

Q    Isn't it true that when a user deletes their account, the account is first deactivated for 30 days before it is permanently deleted?

MR. PARKS:  Object to the form, outside the scope.

A    Based on my understanding of the deletion account process, yes.

MS. ARMSTRONG:  We're going to pull up Tab 34, which we're going to mark as Exhibit 28.

(Exhibit 28 was marked for identification.)

BY MR. VERRIER:

Q    Please take a moment to review that.

A    Could you zoom in on the computer screen?

Sorry.

Okay, thank you.

Q    I will represent to you that TikTok and ByteDance produced this document as an accurate depiction of what a user sees when they try deleting their account.

Do you have any reason to dispute the accuracy of this document?

A    I don't.

Q    Within the document you can see that the user is given the choice to either deactivate or delete their account; correct?

A    Correct.

Q    Deactivation is described as

"Temporary" and "Leave from TikTok."

Do you see that?

A    I do see that on the screen.

Q    And users are able to reactivate their account at any time; correct?

A    Correct.

Q    Choosing to delete the account will permanently delete the account's data; right?

A    Correct.

Q    However, the fine print states, "You may can sell the deletion request by reactivating your account within 30 days."

Do you see that?

A    I do see that.

Q    So if a user decides they no longer want to permanently delete their account, they can stop the process within that 30-day period; correct?

A    Correct.

Q    And the user would then be able to continue using TikTok; right?

A    That's correct.

MR. PARKS:  I'm just going to object to all the questions about this document, outside the scope and lacks foundation.

Go ahead.

BY MS. ARMSTRONG:

Q    TikTok does not waive or expedite that 30-day reactivation period, do they?

A    Not to my knowledge.

Q    So let's look back at this complaint.

For this user they report to TikTok and ByteDance, "Due to my addiction, I always end up redownloading the application and reactivating the account."

Correct?

A    I do see that.

Q    So this user reports they're addicted to TikTok; correct?

A    They reference that due to their addiction, they always end up redownloading the application, which could be assumed that they're referencing TikTok because they're reaching out to TikTok.

Q    And that would be during that 30-day period; correct?

A    I would assume so.

Q    And earlier in the message the user indicates that they have tried deleting the

account several times; right?

A    Yes.

Q    And isn't it reasonable to conclude that the user also reactivated their account during the 30-day reactivation period several times?

MR. PARKS:  Object to the form, calls for speculation.

A    Based off the feedback, it could be assumed that that's something that happened.

BY MS. ARMSTRONG:

Q    And the user reports to TikTok that this constant reactivation is causing them harm; right?

A    That's what they've said.

Q    And they ask TikTok and ByteDance to "Suspend my account so I can no longer access it."

Correct?

MR. PARKS:  Object to form.

A    That's what they shared.

BY MS. ARMSTRONG:

Q    In 2021 TikTok and ByteDance had requests to remove the 30-day reactivation period from the account deletion process; correct?

A    That's what they're sharing here.

Q    But every time she tries to delete the account, the mother receives a "Try Again" message; right?

A    They're referenced still trying to delete the app and receiving a "Try Again" message.

But yes, correct.

Q    Yes.  The mother is trying to delete the app and is receiving a "Try Again" message; correct?

A    Correct.

Q    The "Try Again" message is preventing her from deleting the app; correct?

A    That's what they're sharing with us, yeah.

Q    She concludes "This is done so people can't delete the app."

Correct?

A    That's what they've said.

MS. ARMSTRONG:  We're going to pull up Tab 27C, which we'll mark as Exhibit 27C.

(Exhibit 27C was marked for identification.)

BY MS. ARMSTRONG:

Q    This is an excerpt from Row

184763.

A        Okay.

Q        Do you have any reason to dispute the accuracy of this excerpt?

A        I do not.

Q        This user communication to TikTok and ByteDance is from September 25 of 2024; correct?

A        Correct.

Q        This user submission is from a student; right?

A        That's what they've shared with us, yeah.

Q        The student reports to TikTok and ByteDance, "I can't delete my account because I'm addicted to it."

Correct?

A        That's what they've shared here, yeah.

MS. ARMSTRONG:  Can we underline the word "addicted," please.

BY MS. ARMSTRONG:

Q        The student informs TikTok and ByteDance, "I've tried deleting it several times, but I always come back."

Right?

A    That's what they've said.

Q    So the student has tried deleting their TikTok account several times; right?

A    Based on their feedback.

Q    But they always come back and reactivate the account; correct?

A    Based on their feedback here.

Q    Because they are addicted to TikTok; right?

A    That's what they've shared.

Q    The student explains that they are spending most of their time on TikTok; right?

A    That's what they've shared.

Q    And they say this is "not okay," right?

A    That's what they've shared.

Q    So the student recognizes that they have a problem with spending most of their time on TikTok; right?

A    That's what they've said.

Q    But they're unable to delete their TikTok account themselves because they are addicted to TikTok; right?

A    They shared that they'll always

come back to it in a 30-day period.

Q    This student asks TikTok and ByteDance to "Delete it for me so I can never access it again."

Right?

MR. PARKS:  Object to form.

A    Based on the feedback that they've written, yeah, in the second line there. Thank you.

BY MS. ARMSTRONG:

Q    And the student explicitly asks TikTok and ByteDance, "Don't give me 30 days."

Right?

MR. PARKS:  Object to form.

A    That's what they've shared.

BY MS. ARMSTRONG:

Q    Isn't it reasonable to conclude that the student is referring to the 30-day reactivation period?

A    Based on the process of how deleting accounts worked, yes.

Q    The student does not want the 30-day reactivation period because "I'll always come back to it."

Right?

A        Based on what they've shared.

Q        In 2024 TikTok had requests to remove the 30-day reactivation period from the account deletion process; correct?

MR. PARKS:  Object to the form.

A        From this user, that's what they've requested.

BY MS. ARMSTRONG:

Q        Has TikTok or ByteDance ever informed users, parents or the public that in 2024 students requested the removal of the 30-day reactivation period from the account deletion process?

A        Sorry.  If you can ask me the question again, that would be great.

Q        Has TikTok or ByteDance ever informed users, parents or the public that in 2024 students requested the removal of the 30-day reactivation period from the account deletion process?

MR. PARKS:  Object to the form, outside the scope.

A        Not to my knowledge.

BY MS. ARMSTRONG:

Q        In 2024 TikTok and ByteDance had

reports that students were reactivating their TikTok accounts during the 30-day reactivation period because they were addicted to TikTok; correct?

A       Based on what this user shared with us.

Q       Has TikTok or ByteDance ever informed users, parents or the public that in 2024 students reported reactivating their TikTok accounts during the 30-day reactivation period because they were addicted to TikTok?

MR. PARKS:  Object to form, outside the scope.

A       Not to my knowledge.

MS. ARMSTRONG:  Let's pull up Tab 27D, which we'll mark as Exhibit 27D.

(Exhibit 27D was marked for identification.)

BY MS. ARMSTRONG:

Q       This is an excerpt from Row 191413.

A       Okay.

Q       Do you have any reason to dispute the accuracy of this excerpt?

A       I do not.

Q       This user communication to TikTok

and ByteDance is from October 26 of 2024; right?

A    Correct.

Q    The user asked TikTok and ByteDance, "Please delete my account immediately. I am unable to wait the 30 days because I'm addicted to this app."

Correct?

MR. PARKS:  Object to the form.

A    That's what they've said.

BY MS. ARMSTRONG:

Q    So again this user is reporting to TikTok and ByteDance that they are addicted to TikTok; correct?

MR. PARKS:  Object to the form.

A    Based on what they're sharing here.

MS. ARMSTRONG:  Can we underline the word "addicted," please.

BY MS. ARMSTRONG:

Q    And again the user is asking TikTok and ByteDance to delete their account immediately because they're addicted to TikTok; right?

MR. PARKS:  Object to the form.

A    They're asking for their account

to be deleted immediately without having to wait the 30 days, which could be assumed that they're referencing the deletion period.

BY MS. ARMSTRONG:

Q    And they say they're unable to wait during that 30-day deletion period, correct, or reactivation period?

Excuse me.

A    That's what they've shared in the first line.

Q    The user says, "Please just delete my account immediately without having to wait 30 days."

Right?

A    Correct.

Q    In 2024 TikTok and ByteDance had requests to remove the 30-day reactivation period from the account deletion process; correct?

MR. PARKS:  Object to the form.

A    That's what the user shared here.

BY MS. ARMSTRONG:

Q    Has TikTok or ByteDance ever informed users, parents or the public that in 2024 users requested the removal of the 30-day reactivation period from the account deletion

**Exhibit 672B**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION           MDL No. 3047

_____

This Document Relates to:

ALL ACTIONS

_____

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES
UNLIMITED JURISDICTION

Coordination Proceeding                 Judicial Council
Special Title (Rule 3.550)              Coordination Proceeding
                                        No. 5255
SOCIAL MEDIA CASES

_____

THIS DOCUMENT RELATES TO:
ALL ACTIONS

_____

VOLUME II

CONTINUED VIDEOTAPED DEPOSITION OF ANDREW THOMAS TOMLINSON

NASHVILLE, TENNESSEE

OCTOBER 2, 2025

VIDEOGRAPHER:  We are now on the record.  My name is Travis Temples.  I'm the videographer for Golkow.

Today's date is October 2, 2025.  The time is now 9:00 a.m. Central.

This video deposition is being held at Nelson Mullins, 1222 Demonbreun Street, Suite 1700, Nashville, Tennessee 37203 in the matter of Social Media Adolescent Addiction Litigation.

This is the continuation of the deposition of Andy Tomlinson.

Counsel will be noted on the stenographic record.

The court reporter is Gina Williams, and will now swear in the witness.

- - - -

WHEREUPON,

ANDREW THOMAS TOMLINSON

was called as a witness and, after having been first duly sworn, was deposed and testified as follows:

EXAMINATION, CONTINUED

BY MS. ARMSTRONG:

Q    Good morning, Mr. Tomlinson.
Thank you for coming back.  I'm hoping that we can

knock this out real quick in the morning, but I do have some more questions for you.

So do you understand that you're still under oath?

A    I do.

MS. ARMSTRONG:  We're going to pull up Tab 28A, which we're going to mark as 29A.

(Exhibit 29A was marked for identification.)

BY MS. ARMSTRONG:

Q    This is out of Exhibit 4, Bates ending _2028, and the excerpt is from Row 10000.

A    Okay.

Q    Do you have any reason to dispute the accuracy of this excerpt?

A    I do not.

Q    This user communication to TikTok and ByteDance is from August 8 of 2020; correct?

A    Correct.

Q    The user is reporting a TikTok account; right?

A    Yes.

Q    An account that they say is promoting eating disorders; right?

A    Based on their feedback they shared with us.

Q      And they provide an example of how this user is promoting eating disorders; right?

A      Based on the feedback, they do share an example.

Q      They say that the user posted an image of Eugenia Cooney; correct?

A      I do see that.

Q      Are you familiar with Ms. Cooney?

A      I'm not.

MS. ARMSTRONG:  Let's pull up Tab 20 -- or excuse me -- 35, which we're going to mark as Exhibit 30.

(Exhibit 30 was marked for identification.)

BY MS. ARMSTRONG:

Q      I'll give you a moment to review that.

A      Thank you.

Q      Does this refresh your recollection of who Ms. Cooney is?

A      This person looks familiar to me.

Q      Does this person look familiar to you as a TikTok influencer?

A      I have seen -- seen them.

I didn't recall the name of the

individual.  Thank you.

Q     I'm going to represent to you that this is a depiction of Ms. Cooney.

Will you accept that?

A     Yes.

Q     We're going to go back to the complaint.

This user reports that the account is showing images of Ms. Cooney; right?

A     The feedback does state that, yeah.

Q     But not only are they showing images of her, they are referring to Ms. Cooney as the "blueprint."

Do you see that?

A     I do see that feedback.

Q     Now, a blueprint is commonly used to refer to a model or a guide for others to follow; right?

MR. PARKS:  Object to the form, outside the scope.

A     Can you ask the question again?

BY MS. ARMSTRONG:

Q     Sure.

A blueprint is commonly used to refer

to a model or a guide for others to follow; right?

MR. PARKS:  Same objections.

A    Based on my understanding of a blueprint.

BY MS. ARMSTRONG:

Q    So by referring to Ms. Cooney as the blueprint, they are saying she is the model or guide for others to follow; right?

MR. PARKS:  Object to the form, calls for speculation, outside the scope.

A    Can you ask the question again?

BY MS. ARMSTRONG:

Q    Sure.

By referring to Ms. Cooney as the blueprint, they are saying she is the model or guide for others to follow; right?

MR. PARKS:  Same objections.

A    Based on their feedback.

BY MS. ARMSTRONG:

Q    That's supported by this report, which says, The user is telling others that Ms. Cooney is the desirable body type."

Correct?

MR. PARKS:  Object to the form.

A    Based on what they wrote.

BY MS. ARMSTRONG:

Q    Then the user provides methods for achieving this ideal body; right?

MR. PARKS:  Object to the form.

A    They're sharing the user at the top of the screen and then -- or at the top of the feedback and referencing what they are promoting and how to do that.

I'm sorry.

BY MS. ARMSTRONG:

Q    The user suggests "starving yourself, throwing up after meals," and "not stopping until you can see your bones."

Do you see that in this report?

A    I do see that feedback.

Q    We can agree that starving yourself can be harmful; right?

MR. PARKS:  Object to the form, outside the scope of the Notice.

A    Eating is definitely healthy for you.  So starving is not the answer.

BY MS. ARMSTRONG:

Q    And we can agree that starving yourself can be harmful to children; right?

MR. PARKS:  Same objections.

A    Can you ask that question again?

BY MS. ARMSTRONG:

Q    Sure.

We can agree that starving yourself can be harmful to children; right?

MR. PARKS:  Object to the form, outside the scope of the Notice.

A    Based on my understanding.

BY MS. ARMSTRONG:

Q    The user says, "This is harmful because it promotes eating disorders."

Right?

A    That is what they've shared in the feedback.

Q    And they demand that the account is taken down immediately.

Do you see that?

A    I do see that in their feedback.

Q    Because it could affect younger users on the app; right?

A    Based on their feedback here.

Q    As early as 2020, TikTok and ByteDance had reports that Eugenia Cooney was being depicted as the blueprint for the ideal body type; correct?

MR. PARKS:  Object to the form.

A    Based on their feedback here they shared with us in this message.

BY MS. ARMSTRONG:

Q    As early as 2020, TikTok and ByteDance had reports that users are being told to starve themselves to achieve a desirable body type like Eugenia Cooney; correct?

MR. PARKS:  Object to the form.

A    That's what they wrote here.

MS. ARMSTRONG:  We're going to pull up Tab 28B, which we're marking as Exhibit 29B.

(Exhibit 29B was marked for identification.)

BY MS. ARMSTRONG:

Q    This is an excerpt from Row 12360.

Do you have any reason to dispute the accuracy of this excerpt?

A    I don't.

Q    This user communication to TikTok and ByteDance is from December 20 of 2020; correct?

A    Correct.

Q    This user is also reporting an account; correct?

A     Yes.

Q     They say, "I'm e-mailing to report an account for promoting eating disorders to young vulnerable people."

Do you see that?

A     I do see that.

Q     So, again, there is a report of a user promoting eating disorders; correct?

A     Based on their feedback here, yes.

Q     And they are promoting eating disorders to "young vulnerable people."

Right?

A     Based on their feedback, yes. Thank you.

MS. ARMSTRONG:  Could we please underline "young vulnerable people," please.

BY MS. ARMSTRONG:

Q     The user indicates that "they are well-known online," right?

A     Yes.

Q     In fact, "They are well-known online for promoting eating disorders and causing people to relapse."

Do you see that?

A       I do see that.

Q       They are causing people to relapse from their own eating disorders; right?

MR. PARKS:  Object to the form.

A       Based on their feedback, it could be assumed that that's what they're referencing.

BY MS. ARMSTRONG:

Q       This person has had so much influence that they are directly impacting others to relapse from their eating disorders; correct?

MR. PARKS:  Object to the form, misstates the document.

A       Based on their feedback.

BY MS. ARMSTRONG:

Q       And this person is Eugenia Cooney; right?

A       I see their reference of Eugenia Cooney.

Q       So Eugenia Cooney is so influential that she has caused others to relapse; correct?

MR. PARKS:  Object to the form, outside the scope, mischaracterizes the document.

A       Based on what they're referencing here.

BY MS. ARMSTRONG:

Q     And this person wants her account removed because she is promoting eating disorders to young vulnerable people; right?

A     In their feedback they would like to report the account.

BY MS. ARMSTRONG:

Q     Promoting eating disorders is against TikTok's Community Guidelines; is it not?

MR. PARKS:  Object to the form, outside the scope.

You can answer if you know.

A     I would need to look at the Community Guidelines.

BY MS. ARMSTRONG:

Q     So as early as 2020, TikTok and ByteDance had reports that Eugenia Cooney was promoting eating disorders; correct?

MR. PARKS:  Object to the form.

A     Based on their feedback here.

BY MS. ARMSTRONG:

Q     Has TikTok or ByteDance ever informed users, parents or the public that in 2020 user reported that Eugenia Cooney was promoting eating disorders on the TikTok platform?

MR. PARKS:  Object to the form, outside the scope.

A     Not to my knowledge.

BY MS. ARMSTRONG:

Q     As early as 2020, TikTok and ByteDance had reports that Eugenia Cooney was well-known online for promoting eating disorders; correct?

MR. PARKS:  Object to the form, asked and answered.

A     Based on what they wrote here.

BY MS. ARMSTRONG:

Q     Has TikTok or ByteDance ever informed users, parents or the public that in 2020 users reported that Eugenia Cooney was well-known for promoting eating disorders on the TikTok platform?

MR. PARKS:  Object to form, outside the scope, asked and answered.

A     Not to my --

MR. PARKS:  Sorry.

A     Not to my knowledge.

BY MS. ARMSTRONG:

Q     As early as 2020, TikTok and ByteDance had reports that Eugenia Cooney was

promoting eating disorders to young vulnerable

people; correct?

          MR. PARKS:  Object to the form.

          A     Based on what they've written

here.

BY MS. ARMSTRONG:

          Q     Has TikTok or ByteDance ever

informed users, parents or the public that in 2020

users reported that Eugenia Cooney was promoting

eating disorders to young vulnerable people on the

TikTok platform?

          MR. PARKS:  Object to form, outside the

    scope, asked and answered.

          A     Not to my knowledge.

BY MS. ARMSTRONG:

          Q     As early as 2020, TikTok and

ByteDance had reports that Eugenia Cooney

influenced other TikTok users to relapse from

their eating disorders?

          MR. PARKS:  Object to the form,

    misstates the document, asked and answered.

          A     Not to my knowledge.

BY MS. ARMSTRONG:

          Q     Has TikTok or ByteDance ever

informed users, parents or the public that in 2020

Eugenia Cooney influenced other TikTok users to

relapse from their eating disorders?

MR. PARKS:  Object to the form, outside

the scope, misstates the document, asked and

answered.

A     Not to my knowledge.

BY MS. ARMSTRONG:

Q     At the bottom do you see the

response that was sent back to the reporter?

A     I do see that.

Q     This response tells the reporter

how to block Eugenia Cooney's account; right?

A     It also says --

It also shares information about how to

report accounts as well.

But, yes, there is reference of

blocking in the feedback.

Q     The response does not say that

TikTok will delete Eugenia's account, does it?

MR. PARKS:  Object to the form.

A     Based on this feedback that this

team replied with, it does not.

BY MS. ARMSTRONG:

Q     TikTok did not delete Eugenia

Cooney's account, did they?

MR. PARKS:  Object to the form, outside the scope.  You can answer if you know.

A     I don't know.

MS. ARMSTRONG:  We're going to pull up Tab 28C, which we'll mark as 29C.

This is out of Exhibit 5 Bates ending _2029.

(Exhibit 29C was marked for identification.)

BY MS. ARMSTRONG:

Q     It is an excerpt from Row 91596.

A     Okay.

Q     Do you have any reason to dispute the accuracy of this excerpt?

A     I don't.

Q     This user communication to TikTok and ByteDance is from July 18 of 2023; correct?

A     That's correct.

Q     This is another report related to Ms. Cooney's account; is it not?

A     Can you ask the question again?

Q     This is another report related to Ms. Cooney's account; correct?

A     Based on what they're sharing here, they're referencing Eugenia's health.

Q     Do you recall that I asked

whether TikTok deleted Eugenia Cooney's account?

MR. PARKS:  Object to the form.

A     I do.

BY MS. ARMSTRONG:

Q     This report is from 2023, and TikTok and ByteDance are still receiving reports about Eugenia Cooney's account; correct?

MR. PARKS:  Object to the form.

A     Based on what they're sharing here.

BY MS. ARMSTRONG:

Q     So TikTok did not delete Ms. Cooney's account, did they?

MR. PARKS:  Object to the form, outside the scope.

A     Not to my knowledge.

BY MS. ARMSTRONG:

Q     That means --

Strike that.

Let's look at the complaint.

They say, "TikTok should not penalize me for expressing genuine concern for Eugenia's health."

Did I read that correctly?

A     You did.

Q    Can we agree that "TT" refers to TikTok?

A    We can.

Q    So this user says, "TikTok has penalized them for raising concerns about Eugenia's health."

Right?

MR. PARKS:  Object to the form.

A    Based on what they've written.

BY MS. ARMSTRONG:

Q    They say, "It's irresponsible of TikTok to continue to allow her to profit from her ED on TikTok."

Did I read that correctly?

A    You did read that correctly.

Q    And I believe yesterday you testified that "ED" was eating disorder?

A    We did align on that yesterday.

Q    Here --

Oh, excuse me.

"Her" in this sentence is Ms. Cooney; right?

MR. PARKS:  Object to the form.

A    We can assume so.

BY MS. ARMSTRONG:

Q    This user is saying that it's TikTok's fault; correct?

MR. PARKS:  Object to the form.

MS. ARMSTRONG:  I am going to strike that question, and I'm going to reask.

BY MS. ARMSTRONG:

Q    This user is saying that it's TikTok that's at fault here; right?

MR. PARKS:  Object to the form.

A    They share that it's irresponsible for TikTok to continue to allow her to profit.

MS. ARMSTRONG:  We're going to pull up Tab 28D, which we're going to mark as 29D.

(Exhibit 29D was marked for identification.)

BY MS. ARMSTRONG:

Q    This is an excerpt from Row --

This is an excerpt from Row 99040.

A    Correct.

Q    Have you had a moment to review?

A    Oh, sorry.  No.

Okay.

Q    Do you have any reason to dispute the accuracy of this excerpt?

A       I do not.

Q       This user communication to TikTok and ByteDance is from September 6 of 2023; correct?

A       Correct.

Q       This is another complaint about Ms. Cooney; correct?

A       They do reference Ms. Cooney.

Q       This user says they blocked Ms. Cooney's account; right?

A       They do reference that.

Q       They blocked her account because they "do not want to see someone promoting severe self harm, ED and suicidal behavior."

Correct?

A       Based on what they're sharing here.

Q       So this user says that not only is Ms. Cooney promoting eating disorders, but she is also promoting self-harm; correct?

A       Based on what they're sharing in the feedback.

Q       Mrs. Cooney is also promoting suicidal behavior; right?

A       Based on what they're sharing

here.

Q    They say her account is "extremely harmful."

Right?

A    They reference that her content is extremely harmful.

Q    It is extremely harmful because she is promoting self harm, eating disorders and suicide; right?

MR. PARKS:  Object to the form.

A    Based on what they're sharing here.

BY MS. ARMSTRONG:

Q    The user informs TikTok and ByteDance that they are continuously blocking Ms. Cooney's page; right?

MR. PARKS:  Object to form.

A    They do say that they feel like they're continuously blocking the page.

BY MS. ARMSTRONG:

Q    The user has also continuously used the Not Interested button for Ms. Cooney's videos; right?

A    That's what they've shed.

Q    But they still see Ms. Cooney's

videos; right?

A    Based on how they're sharing that feedback with us.

Q    At the end of this message, the user says Ms. Cooney's account "needs to be taken down."

Right?

A    They do.

MS. ARMSTRONG:  We're going to pull up Tab 28E, which we'll mark as Exhibit 29E.

(Exhibit 29E was marked for identification.)

BY MS. ARMSTRONG:

Q    This is an excerpt from Row 101242.

A    Okay.

Q    This --

Strike that.

Any reason to dispute the accuracy of this excerpt?

A    No.

Q    This user communication to TikTok and ByteDance is from September 22 of 2023; correct?

A    Correct.

Q    This is another complaint about

Ms. Cooney; correct?

A    They do reference Eugenia, yeah.

Q    So TikTok did not take down Ms. Cooney's account, did they?

MR. PARKS:  Object to the form, outside the scope.

A    I'm not aware.

BY MS. ARMSTRONG:

Q    Can we agree that --

Strike that.

This user says "Eugenia promotes anorexia."

Correct?

A    Based on what they wrote here.

Q    So this is yet another user informing TikTok and ByteDance that Ms. Cooney is promoting anorexia on the TikTok platform; right?

MR. PARKS:  Object to form.

A    Based on the feedback written here.

BY MS. ARMSTRONG:

Q    And anorexia is a very serious eating disorder; right?

MR. PARKS:  Object to the form, outside the scope.

A    Based on my knowledge and understanding of anorexia, yes.

BY MS. ARMSTRONG:

Q    Isn't it true that people can die from anorexia?

MR. PARKS:  Object to the form, outside the scope.

A    I believe so.

BY MS. ARMSTRONG:

Q    The user says, "Allowing her to have a platform enables her to be unhealthy and ultimately die."

Correct?

A    Based on what they wrote.

Q    This user is telling TikTok and ByteDance that by allowing Ms. Cooney to have an account, they are enabling her own unhealthy lifestyle; right?

MR. PARKS:  Object to form.

A    Based on the feedback that's written here.

BY MS. ARMSTRONG:

Q    And this user believes Ms. Cooney will ultimately die from her eating disorder; correct?

MR. PARKS:  Object to the form.

A     That's what they've shared.

BY MS. ARMSTRONG:

Q     This user says, "We cannot allow this to continue.  We are watching her literally die in realtime."

Do you see that?

A     I do see that.

Q     Then they say, "TikTok has an opportunity to intervene and be the change she needs to become healthy."

Did I read that correctly?

MR. PARKS:  Object to the form.

A     "Interfere" instead of "intervene," but --

BY MS. ARMSTRONG:

Q     My apologies.  I'll reask the question.

A     Okay.

Q     Then they say, "TikTok has an opportunity to interfere and be the change she needs to become healthy."

Did I read that correctly?

A     You did.

Q     And by "interfere" they mean

deleting Ms. Cooney's account; correct?

MR. PARKS:  Object to form.

A     I would assume based on what they're referencing here.

MS. ARMSTRONG:  We're going to pull up Tab 28F, which we'll mark as 29F.

(Exhibit 29F was marked for identification.)

BY MS. ARMSTRONG:

Q     This is an excerpt from Row 102418.

A     Okay.

Q     Do you have any reason to dispute the accuracy of the excerpt?

A     I don't.

Q     This user communication to TikTok and ByteDance is from October 1 of 2023; correct?

A     Correct.

Q     And this is another complaint about Ms. Cooney; correct?

A     The feedback does reference Eugenia Cooney.

Q     This complaint says, "TikTok does not tolerate eating disorder promotions, but you continue to allow the world to view Eugenia Cooney."

Did I read that correctly?

A    You did.

Q    This user points out that promotion of eating disorders violates TikTok's Community Guidelines; correct?

MR. PARKS:  Object to the form.

A    They're referencing what TikTok does and does not tolerate, which could be alluded to the Community Guidelines.

MS. ARMSTRONG:  We're going to pull up Tab 28G, which we're going to mark as 29G.

(Exhibit 29G was marked for identification.)

BY MS. ARMSTRONG:

Q    This is an excerpt from Row 103043.

A    Okay.

Q    Do you have any reason to dispute the accuracy of this excerpt?

A    I don't.

Q    This user communication to TikTok and ByteDance is from October 5th of 2023; correct?

A    Correct.

Q    This is another complaint about Ms. Cooney; correct?

A       Correct, based on the feedback.

Q       This user also wants Ms. Cooney banned from TikTok; correct?

A       Based on what they're sharing here.

Q       Because Ms. Cooney promotes eating disorders; right?

A       Based on what they're sharing here.

Q       They say, "She is harmful to minors."

Do you see that?

A       I do see that.  Thank you.

MS. ARMSTRONG:  Could we underline "she is harmful to minors," please.

BY MS. ARMSTRONG:

Q       She is harmful to minors because she's promoting anorexia; right?

A       Based on what they wrote.

Q       She is harmful to minors because she's promoting an eating disorder that can be deadly; correct?

MR. PARKS:  Object to form.

A       Based on what they're --

Based on what they've provided here.

BY MS. ARMSTRONG:

Q     Then the user identifies exactly what section of the Community Guidelines Ms. Cooney is violating; correct?

A     I do see that they reference the Community Guidelines and reference a specific section.

Q     They say she's violating the "Suicide, Disordered Eating" and "Unhealthy Body Image" sections of the Community Guidelines; correct?

A     Based on what that they've provided.

Q     And they demand that Ms. Cooney is permanently banned from TikTok; right?

A     Based on what they wrote and requested.

MS. ARMSTRONG:  We're going to pull up 28H, which we'll mark as 29H.

(Exhibit 29H was marked for identification.)

BY MS. ARMSTRONG:

Q     This is an excerpt from Row 103549.

A     Thank you.

Q     Do you have any reason to dispute

the accuracy of the excerpt?

A    I don't.

Q    This user communication to TikTok and ByteDance is from October 7 of 2023; correct?

A    Correct.

Q    This is another complaint about Ms. Cooney; correct?

A    Correct.

Q    The user says they submitted two reports for Ms. Cooney's account; right?

A    I do see that.

Q    They reported her twice because she is glorifying anorexia; right?

A    Based on what they've shared here.

Q    They say her glorification of anorexia "has been incredibly damaging to young girls for years."

Do you see that?

A    I do see that.

MS. ARMSTRONG:  Can we please underline "damaging to young girls for years."

BY MS. ARMSTRONG:

Q    At this point TikTok already had reports that Ms. Cooney was harming its young

audience for years; did they not?

MR. PARKS:  Object to the form.

A     I believe, based on the dates we referenced earlier, there were -- there were -- there was feedback provided referencing Eugenia Cooney.

BY MS. ARMSTRONG:

Q     Reports all the way back to 2020; correct?

A     Is that when I first --

Q     You can take a look.

A     Okay.

Q     We're looking at Exhibit 29A and B.

A     Thank you.

I do see a reference from 2020.

Q     And now we're in 2023, and TikTok and ByteDance are still receiving complaints about Ms. Cooney's account; correct?

MR. PARKS:  Object to the form.

A     Based on the feedback that's shared here.

MS. ARMSTRONG:  We're going to pull up Tab 28I, which we'll mark as Exhibit 29I.

(Exhibit 29I was marked for identification.)

BY MS. ARMSTRONG:

Q    This is an excerpt from Row 114277.

A    Okay.

Q    Do you have any reason to dispute the accuracy of this excerpt?

A    No.

Q    This user communication to TikTok and ByteDance is from December 11 of 2023; correct?

A    Correct.

Q    And this is another complaint about Ms. Cooney; correct?

A    Based on the feedback shared.

Q    The user says "pleassse" with three Ss "remove Eugenia's Cooney's account." Correct?

A    Correct.

Q    They want her account removed because there are people who want to follow in her shoes; right?

A    Based on the feedback shared.

MS. ARMSTRONG:  Can we please underline "There's people who want to follow her shoes."

Andrew Thomas Tomlinson                                    438

CERTIFICATE

I, Gina Williams, Registered Professional Court Reporter, do certify that the above deposition was reported by me and that the foregoing transcript is a true and accurate record to the best of my knowledge, skills, and ability.

I further certify that I am not an employee of counsel or any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

Subscribed and sworn to before me when taken this 2nd day of October, 2025.

<%35221,Signature%>

_____

GINA WILLIAMS, RPR, CRR