**AMENDED Exhibit 673**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**NATIVE DOCUMENT PLACEHOLDER**

**Please review the native document TIKTOK3047MDL-290-LARK-08852028.XLSX**

| | D | R |
|---|---|---|
| | ZD_created_at | ZD_comments.plain_body |
| 49573 | 10/27/2021 9:34 | Hello, Normally I have a tiktok account named "[Redacted - SCA]" and I would like to know if you could suspend and delete it permanently? Let me explain to you, unfortunately I developed an addiction to this application with the videos that I liked and it causes bad consequences in my daily life. I have already deleted the account several times with the 30 day deadline for permanent deletion as indicated, but due to my addiction I always end up re-downloading the application and reactivating the account. This is causing a lot of harm to me and I would like to know if you could suspend my account so that I can no longer access it? If you do, you are doing me a huge favor ! Regards |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-290-LARK-08852028

**BEGATTACH:** TIKTOK3047MDL-290-LARK-08852028

**ENDATTACH:** TIKTOK3047MDL-290-LARK-08852028

**Attachment Count:** 0

**PRODVOL:** TB025

**Custodian:** TIKTOK

**File Path:** /NATIVES/0001/TIKTOK3047MDL-290-LARK-08852028.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** ED1E900FC1516E6180EF4CD28DAF1430

**DocType:** EDOCUMENT

**Author:**

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** USER FEEDBACK DATA.XLSX

**Title:** USER FEEDBACK DATA.XLSX

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

