# AMENDED Exhibit 674

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# NATIVE DOCUMENT PLACEHOLDER

## Please review the native document TIKTOK3047MDL-290-LARK-08852029.XLSX

| C | H |
| --- | --- |
| pub_date | content |
| **184763** 9/25/2024 | Please this is my account and I'm a full time student but I can't just delete my account because I'm addicted to it, so please delete it for me so I can never access it again. Please I've tried deleting it several times but I always come back. And that not helping me. I'm spending most of my time here, which is not okay, just delete this for me, but please don't give me 30 days because I'll always come back to it. Just delete my account please. |

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-290-LARK-08852029

**BEGATTACH:** TIKTOK3047MDL-290-LARK-08852029

**ENDATTACH:** TIKTOK3047MDL-290-LARK-08852029

**Attachment Count:** 0

**PRODVOL:** 20250905_OVERLAY

**Custodian:** TIKTOK

**File Path:** /NATIVES/0001/TIKTOK3047MDL-290-LARK-08852029.XLSX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** BD6ACDEC196EC5F1009D1BB2CCADCAEF

**DocType:** EDOCUMENT

**Author:**

**Create Date:** 8/19/2025 12:00 AM

**Last Modified Date:** 12/30/1899 11:56 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** 20250819_USER COMPLAINT FEEDBACK DATA_CONFIDENTIAL.XLSX

**Title:**

**DOCEXT:** XLSX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**THREADID:**

**REDACTIONS:** Y

**REDACTION TYPE:** SCA

