# AMENDED Exhibit 676

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Michael Buzinover和 ███████ 的单聊

**Michael Buzinover**   2021-01-11   20:58:42

Whats up dude



EXHIBIT 26
WIT: TiKTOK
DATE: 6·28·25
Marie Foley, RMR, CRR

**█████████**   2021-01-11   20:58:44

t&s global raised this and was wondering who is responsible for the effects interface

👍 *Michael Buzinover*

**█████████**   2021-01-11   20:59:44

sourcekey: ; attachment_id:
<aW1nXzJiOWEwMjE1LTBkNTktNGRkOS1iMjJmLTM1MTVhYjVhY2Q1Z0Bb5Zu-
54mHXUA3MzcyMjE5MDQxMjUzNzAzNjg0QDY2MDlyNzl1NzcxNjE3NTl1NzZANjkxNjYxMDExMTUzNjQx
NDcyMkAwQGV1X25j>

**█████████**   2021-01-11   21:00:24

this is quoted from ████████ she kust started but i feel she raises a valid point here

**Michael Buzinover**   2021-01-11   21:33:50

I'll raise it to the team

👍 ███████

**Michael Buzinover**   2021-01-11   21:34:23

She should put it in here:

Confidential

Michael Buzinover   2021-01-11   21:34:29

Shared Group Chat: [Retired/作废]TikTok Product Suggestions/Bugs

██████████   2021-01-11   22:06:14

looks like shes already in there

██████████   2021-01-11   22:06:16

thanks

██████████   2021-01-11   22:19:19

you seen the feed lately?

Michael Buzinover   2021-01-11   22:26:12

Have I seen the feed? Yeah? I watch everyday

Michael Buzinover   2021-01-11   22:26:17

TikTok is quite addicting

Michael Buzinover   2021-01-11   22:26:23

Much better than it was 2 years ago wow

██████████   2021-01-11   22:35:38

Confidential

really? my feed is so bad

    2021-01-11  22:36:01

a lot of overt sexualized content. maybe algo doing a good job of mitigating the bad content

Confidential

TIKTOK3047MDL-079-LARK-01993305

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-079-LARK-01993303-TIKTOK3047MDL-079-LARK-01993305

**BEGATTACH:** TIKTOK3047MDL-079-LARK-01993303

**ENDATTACH:** TIKTOK3047MDL-084-LARK-02951249

**Attachment Count:** 1

**PRODVOL:** MDL-079

**Custodian:** BUZINOVER, MICHAEL

**File Path:** /TIKTOK3047MDL-079-LARK-01993303.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 1/11/2021 12:00 AM

**Last Modified Date:** 1/11/2021 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-079-LARK-01993303.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**