**AMENDED Exhibit 677**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Document Produced As Native

Not Confidential

















1. Provide users a safe and compliant experience
2. Making gifting business model more mainstream in the US
3. Diversify the LIVE experience with gaming LIVE and multi-person LIVE













## Connectivity, interaction
## real people real time, here and now

"It heightens social interactions, bonds between people and groups, passes time and helps boredom, is highly entertaining depending on the stream and gives more variety to people in their lives."

"It is a great platform to view other people's lives and what they do in their time. It's a great way to make friends and just be apart of a community."

- TT LIVE users

20



## As LIVE grows rapidly, we are facing increasing scrutiny from users, media, regulators and society

Likability and negative perception of major LIVE platforms in US

☐ Dominant negative perception

|  | | TikTok LIVE | Facebook | YouTube | Instagram | twitch |
|---|---|---|---|---|---|---|
| # respondents aware of the platform's live feature with prompt | | 753 | 810 | 769 | 728 | 469 |
| **Likability** Top2Box % | | 35 | 37 | 44 | 36 | 34 |
| | Underage hosts going LIVE | 37 | 31 | 30 | 32 | 19 |
| | Addictive | 35 | 31 | 31 | 30 | 21 |
| **Negative perception** % respondents agreeing with the description | Negative impact to minors | 32 | 30 | 30 | 29 | 17 |
| | Sexually suggestive content | 31 | 27 | 27 | 31 | 20 |
| | Materialistic | 31 | 33 | 38 | 31 | 23 |
| | Vulgar, low quality | 28 | 26 | 27 | 25 | 19 |
| | Violent content | 19 | 25 | 27 | 22 | 15 |

♪ | 21

Source: LIVE BHT conducted in US



"It feels like they are just trying to make money or get famous. It also is very <u>addicting and harmful</u> to everyone, but <u>especially seems to harm teenagers</u>."

"I feel that there is an inherent <u>lack of moderation in the field</u>. There needs to be a slight barrier to entering into viewing the content as I feel <u>minors in particular are exposed to some content that they really shouldn't be</u>."

"Too many <u>vulgar comments</u>."

- TT LIVE users

22



# LIVE Priority:
## Establish TikTok LIVE as a Responsible Platform







### ★ Trust & Safety

- Reduce TnS issues such as minor safety, ANSA, political content, etc.
- External communications on TikTok TnS rules, values and commitment to our users & progress over time

### ★ Positive Social Impact

Support D&I, creator monetization, charity and causes through:

- Product
- Content
- Fundraising

### ★ External communications

PR/GR communications for external amplification, including:

- LIVE values
- LIVE impact
- Creator success stories
- Risks alarm / mitigation and crisis response

# Call for a US Responsible LIVE steering committee

 **Responsibility**

 **Committee mechanism**

 **Steering Committee** (proposal)

- **Decisions on priorities and resource** for Responsible LIVE Platform related projects (TnS, Positive Social Impact, External Comms)
- **Oversee progression** of Responsible Platform projects
- **Mediate /resolve escalations** in implementation

- Meeting cadence: SteerCo **every alternate week in the first bi-months**, then on a **monthly basis**
- **Update key progress** on Responsible LIVE
- **Decision making** through discussion and voting

- **LIVE Product & Ops**
- **TnS**
- **PR**
- **GR**

♪ | 25

## **Next steps** / focus of the next SteerCo

- **Discuss focused areas & align on key roadmaps**
  - **TnS** (minor safety, ANSA)
  - **Product:** responsible usage; social impact (e.g., NPO/NGO/SMB tools)
  - **Content:** themed content / campaigns
  - **Comms**
- **Align on Responsible Platform goals and measures**
- **Establish future cadence of info sharing & progress updates**

♪ | 26



**US Market** / **North Star**

Expand TikTok's content ecosystem and support the growth of TikTok's creator economy.

♪ | 30





## Creator Spotlight / @PrincessEtch

- **Meet Jane or PrincessEtch**
- **Professional Etch a Sketch Artist**
- **Attended Columbia College Chicago**
- **Streams Daily at 3pm PST/6pm EST**
- **Creates LIVE Etch A Sketch drawings**
- **Onboarded into our TikTok LIVE Creator Program in Feb 2022!**
- **TikTok LIVE gifting allows her to continue to create content for viewers**
  - **Average $80-$100 per stream**
  - **Moderation Challenges**
  - **Currently using Etsy for requests**





 | 34

- **9 Bans between December-end of January**
- **1 ban post management- successfully appealed**
- **Mismoderation - Giftbaiting**

 

**Creator Spotlight / @PrincessEtch**

- **Took 30 days to complete this challenge**
- **Received 28,154 unique gifts**
- **Gained 126,482 Followers**
- **Received 28,154 unique gifts**
- **Nearly 3 Million Diamonds**
- **True Community Celebration in the comments**
- **Creator Education is so important, transparent policies**
- **If we can align our policies to help support artists**



███ to introduce and present



██████ to present and transition to next slide over to Eric
How does Safety interact with Global
Breakout sessions - Decision based on samples(Exercise to show life of mod). Show borderline examples. Use 2 example slides from ██████(Things to be taken down from user perception but Policy regulation cannot take it down. This might create Bias etc. Not simple to just tweak Policy)



Eric to present



Eric to present



Eric to present







Less variances in Global and local policies (unless there is a specific regulatory need). This helps scale Algo's and have consistent product development efforts



Eric to transition over to ▮▮▮▮ and ▮▮▮▮▮

[REDACTED] to present

Safety Foundation / 3 pillars
-Eligibility
-Content Policy
-Exit Criteria



██████ to present


██████ Notes from discussion on 5/17:
██████ will tweak these slides to create more Policy specific examples where there are challenges (Things that are difficult to clarify using Policy alone. Need more Product and Tooling support to set better context for moderators etc)

There are risks that many folks don't really think about for policy decisions (e.g., media, regulatory, government briefings, employee questions, advertising concerns, etc.).
Regarding ANSA and borderline content, what we're trying to avoid are continuous media cycles and subsequent regulatory follow up related to coverage like the following:

https://theintercept.com/2020/03/16/tiktok-app-moderators-users-discrimination/
https://www.theguardian.com/technology/2019/sep/25/revealed-how-tiktok-censors-videos-that-do-not-please-beijing
https://www.buzzfeednews.com/article/adeonibada/lingerie-adore-me-tiktok-poc-plus-sized-women



to present



to present



██ to present

**to present**
Algo improvements for shooting etc. We can auto moderate, disperse etc. Visual signifiers is not enough. Look at comments, DM data etc and then train algo. Looks at holistic abusive behaviour. So there are many solutions to this
Breakout options: Buffalo shooter, ANSA etc

Current badness report: Each area draws 4800 cases, and the high, medium and low-risk buckets are 800/1600/2400 cases respectively. DS is checking with Global if this truly depicts the current ecosystem as we start building our US reporting system
https://bytedance.feishu.cn/docx/doxcnhVXZXwmSIBhhh8CvMb9eof

Right now , the global side doesn't own R3 and Product team owns it. Global already transferred policy issues like low visual quality to R3

Original text:
- Badness is the North Star metric used to assess risk exposure to LIVE viewers. Badness in LIVE has been widely used for mitigating baseline safety risks (*High-severity Badness rate*, aka. *R1 Badness*) and atmosphere safety risks (*Low-severity Badness rate*, aka. *R2 Badness*)

- In the past year, the US live Safety team successfully reduced R1 & R2 to a reasonable extent considering the growth of the platform. In 2022, we will

keep reducing the risk level in the live streaming and push the overall badness to a lower level (Target R1: 0.80%, R2: 4.0%)

- There are key areas like ANSA and I&A where badness is increasing in US Livestream. Apart from driving key projects like specific queues to moderate such hard verticals, we are also driving more cross functional partnership with business & policy to achieve some of these items:
  - Close loopholes in age gating which will reduce minor safety issues
  - Drive policy discussions to bring more clarity to business and moderation community so queues are properly moderated(not over moderated)
  - Drive more automation/training of algo so enquing is reduced to reasonable extent
  - Partner with QA moderation teams to keep improving accuracy. There are some gaps in QA errors as new moderation sites are coming online. Need to partner more to improve vendor management practises so all cross functional partners help move the needle of badness reduction



▮▮▮ to present, then transition to ▮▮▮

There is a metric called Machine Recall Rate (MRR), which is defined as percentage of enforced violations that were enqueued by a model before any views. MRR is one of the core KPIs for the Algo/MLE team.

For KOL today US has sample of 100(weekly) which creates variances. Global has 400 cases checked bi-weekly. So US is also planning/Brainstorming to increase sample size for KOL to check trending overkill. This would need more Mod HC focus



Reagan



- 2022 annual BPO moderation budget will be exhausted by Aug. due to unforecasted growth (DAU trend /= moderation volume trend)

- Increased operational complexity due to Project T impacting operational efficiency

████████ to present:
HC growth and queue complexity growth
Challenges with Project T
Even if DAU is constant creator badness trend does fluctuate

**████████ can speak to QA Accuracy improvements- ██████ is planning to add a slide after this**





Live coverage is currently at 51% of the production queues and takes up about 32% of the QA headcount
The average live queue takes 4.2 hours to complete the QA reviews
QA completion is strictly based on case reviews and does not include Calibrations/ calibration prep (1.5 hours), Appeals processing (1-3 hours), and data management (.5 hour). Time required can vary based on if the site is existing and if the queue can be included in a current calibration session





Reagan

# TDP: Product Exploitation

| Roles & Responsibilities | Approach | Launched Workstreams |
|---|---|---|
| • Draft baseline feature risk assessments & solutions<br>• Investigate escalated feature abuse cases<br>• Create & track feature-specific safety metrics<br>• Work XFN to propel proposed solutions | We combine a holistic training and overview of feature ecosystem with a data strategy to surface gaps across policy and product | • LIVE<br>• Monetization<br>• Effects<br>• Accounts<br><br>Coming soon:<br>• Comments/DMs<br>• Discovery (Search, Hashtags, Keywords) |

Reagan to present:
The Product Exploitation Hunt team identifies and investigates critical exploits of our core product features to inform product policy development, preserve platform integrity, and mitigate present and future risk.

Our Roles & Responsibilities on the left shed a little more detail on what we do. We deliver feature risk assessments with recommended solutions, handle investigations into escalations, establish our own metrics of success, and work XFN to propel our findings and solutions.

Our approach centers around establishing a baseline understanding of product, starting with holistic training of the product's policy, moderation SOPs and interfaces, and related moderation trends and data. We develop a data strategy based on this thorough understanding to surface gaps across product and policy.

Our team, which was formed in January, started with an investigation into the Livestream user experience at the request of Vanessa. Our team is most mature in this space. We've also been growing our capabilities around monetization, and have started workstreams on Effects and Accounts, though these are less mature.



Reagan to present:

Project Meramec was our flagship deliverable for Livestream during the Jan/Feb bimonth. Though that project, we made several discoveries that have positioned us to respond quickly to the Forbes article.

First, we identified a high # of underage hosts/ gifters
- 112k L1-Hosted Lives in January
- We found significant # of DMs sent by older users to these underage hosts direct via their livestream and alerted to the risk of grooming

Second, we found Significant Revenue from Transactional Gifting

- 1 million gifts➜ violated lives in 1 month
- Primarily in exchange for ANSA content

Live Interaction Enables Exploitation of Live Hosts
- Comments, DMs used to make requests, harass hosts
- hosts use features to share payment platforms, redirect users to riskier/higher revenue platforms

Prevalence of transactional sexual content in feed
- Algo prioritizes engagement ➜ filter bubbles

- Transactional sexual content hits most of business' metrics of success & is pushed to TopLives

A couple other items not mentioned on the slide:

Minors Easily Access Livestream Feed
- No age-related feed strategy

We made recommendations to close gaps & began Codebook project to better understand the type of content that was highlighted in the Forbes article.

One of our key discoveries during this project that has turned into a major challenge with Live business is that the content that gets the highest engagement may not be the content we want on our platform. Transactional sexual content incorporates tons of signals that inform the algo as well as Live Ops metrics of success - # of gifts, frequency of hosts going live, # of comments etc.



## Transactional Sexual Content: Codebook Deep Dive

Definition: Livestreams where viewers make sexually gratifying requests via comment which host performs in exchange for live gifts or fame.

Codebook Methodology
- Organic collection of 200 UIDs
- PEx developed codes
- Pulled 10 days of Room IDs
- 5 labelers, 10% test of codebook
- Iterated 3x to achieve reliability
- Coded final sample of 668 rooms

Most Prevalent Signals:
- Minimal clothing
- Intimate setting
- Sexually suggestive movements
- Account redirection

} creates intimate atmosphere where viewers may imagine they're in private space with host

---

Product Exploitation began our Codebook project in March to define and size the problem, as we suspected most rooms were not being caught by moderation because they were probably not hitting policy or were leaking as a result of moderation challenges.

Explain methodology

Limitations of dataset and approach:
- We did not do this in TCS, and coders had to flip between Lark sheets and Arena to view the rooms in Live playback. We asked them to view the first minutes, last minute, and 10 seconds before and after the dollar icon. Arena had some lags and some videos were not able to be viewed. This approach introduces human error and may not have allowed coders to identify all the signals we've found.
- Nonetheless, the most prevalent signals based on the coding exercise are consistent with our team's extensive firsthand experience viewing this content on our own feeds.
- Hosts are often wearing minimal clothing, are in an intimate setting (bedroom, bathroom, or body of water), perform sexually suggestive movements, and redirect users to other accounts and platforms.

One additional major limitation with the coding exercise was that our labelers didn't have ability to see comments and gifting in real time like any user would who is in the room. Being able to view the comments and gifting alongside the host's performance

is critical to recalling these rooms. For this type of ANSA content, we cannot only rely on visuals.

Less frequent codes included:
- Mood lighting
- Multiple devices
- Non face framing camera angles
- costumes



Must look at holistic abusive profile - on ANSA, we can't just rely on images - need to add signal from other places to understand and better catch this content. One recent case that we investigated showed a task that was not enqueued until 20 min in, when it was NR'd.
As a result, we did some subsequent NLP analysis on the comments in our dataset.

*Includes punished comments*

Topic modeling extracts common topics discussed in the room by identifying words that co-occur often with one another (see Chung & Pennebaker, 2008). To do this, text in the comment section for each room (N=570; 106 rooms removed because conversations did not exist) was aggregated and contained an average word count of 2072.64(*1911.70*) words.

***Getting to Know You*** revealed consumers feel comfortable in the spaces the host has created to share information and ask questions that will foster the development of the relationship, including profile information and even cell phone numbers.
anonymity increases people's willingness to disclose personal information
***Sex Talk*** represents conversations surrounding descriptions of the body, requests for sexual acts, and access points in which to see more sexual explicit content via social media platforms, such as Onlyfans, Twitter, Instagram, and Snapchat.
***Netspeak*** - common across social media platforms, often taking shorthand notation to represent longer words or phrases (e.g., wth, af, stfu)

*Sex Talk II* is similar to Sex Talk in that conversations capture consumers ability to describe sexual topics with their host in a free flowing manner. Many of the words in Sex Talk II suggest that the host will do certain acts, such as bouncing or jiggline one's breast. The word "cash" appears to emerge in this theme and captures strategies hosts/consumers ask/give money via a cash app.

*Get to Know You Talk II* showed a variety of get to know you topics, which ranged from consumers asking whether the host was in school, or the date of their birthday. Like many of the themes found in the comment section, there was a sexualized undertone to these conversations

*Request* was a topic often initiated by the consumer and asked for sexual favors, such as asking the host to describe their body, show their body, or acknowledge song requests. It appears that the host is taking and performing requests on demand. Often these request conversations allude to financial transactions, with phrases such as "Wanna request my cash app"

**Preshow Tease** confirmed that the intimate setting behavior identified in the codebook analysis facilitated a preshow tease for consumers.


# Additional Exploratory Investigative Text Analysis

Since many of the videos contained references to financial transactions, such as virtual gifts (e.g., rose) and money (e.g., cash app) and were referenced at high rates by the hosts and consumers within the comment section we explored the following financial terms: money, gift, cash, $. To do this, we used the contextualizer method (Rhidenour et al., 2021; Boyd, 2019) and extracted and used a 15-word rolling window the financial terms. For example, the keyword, "cash", and the 15 words before and after "cash" in the text were identified and extracted to create a Financial Corpora (N=2,062).



Need to clarify whats the request from Product development



Reagan to present

For age assurance - what does sensible friction look like? What do risk profiles look like?? Can product/eng help us test these hypotheses?



**Open topics to discuss- Post Summit**

Are we recalling the most bad situation quickly enough? (Algo NR speed & Mod Queue speed) - Build a working group to discuss these areas:

- Emerging Risk
- Active shooter
- SSH(Suicide & Self Harm)
- Elections /hate/misinfo
- High risk library, Better models for guns etc - Already progressing after the Buffalo incident
- ERT - Average Handling Time

Comments related editorial decisions to better tweak the model. How to reduce bias for LGBTQ compared to other users etc
Need more tooling to see trending of L5 to L2 users etc in real time. This can then be used to train the model. **Near term options to disperse such videos** to this L5 audience while product finalizes a complete end to end solution. If moderators take this down manually then it should be used in supervised machine learning

We will be opening this cases and let the audience make a judgement if this kind of content should indeed be taken down. And every group can add their perspective(policy strengthening, Algo tweaks to NR such content as this sort of content keeps popping up in feeds, Put some mod bandwidth to look at Arena to take such bad ecosystem content down)



Reagan to pass back to Eric for closing (leaving room for Q&A)



**LiveRoomBreakdownData**

| | LiveTab | SwapMore | ForuLiveCard | ForuAvator | InAppMessage | FollowingPage | Totals |
|---|---|---|---|---|---|---|---|
| show | 1475 | 3386 | 142402 | 0 | 113 | 45 | 151186 |
| stay_time | 35713 | 247722 | 1024663 | 0 | 995 | 1454 | 1336053 |
| stay_time_per | 24.495 | 74.413 | 135.951 | 0.000 | 995.000 | 161.556 | 107.064 |
| Avg | 16.801 | 20.614 | 78.82 | 40.727 | 101.547 | 109.823 | 49.575 |
| play | 1458 | 3329 | 7537 | 0 | 1 | 9 | 12479 |
| play/show | 98.847% | 98.317% | 5.293% | 0.000% | 0.885% | 20.000% | 8.254% |
| Avg | 79.820% | 98.460% | 6.280% | 1.652% | 1.120% | 4.400% | 5.590% |
| comment | 431 | 1665 | 7319 | 0 | 0 | 2 | 9621 |
| comment/play | 29.561% | 50.015% | 97.108% | 0.000% | 0.000% | 22.222% | 77.098% |
| Avg | 19.240% | 16.190% | 70.010% | 28.570% | 155.100% | 89.050% | 44.770% |
| follow | 2 | 21 | 88 | 0 | 0 | 0 | 112 |
| follow/play | 0.137% | 0.631% | 1.168% | 0.000% | 0.000% | 0.000% | 0.898% |
| Avg | 3.670% | 1.610% | 5.360% | 3.530% | 13.620% | 3.760% | 5.000% |
| gift | 1 | 25 | 27 | 0 | 0 | 0 | 53 |
| gift/play | 0.069% | 0.751% | 0.358% | 0.000% | 0.000% | 0.000% | 0.425% |
| Avg | 0.306% | 0.120% | 0.491% | 0.197% | 2.587% | 0.929% | 0.580% |
| share | 1 | 8 | 52 | 0 | 0 | 0 | 61 |
| share/play | 0.069% | 0.240% | 0.690% | 0.000% | 0.000% | 0.000% | 0.489% |
| Avg | 0.316% | 0.186% | 0.978% | 0.327% | 4.844% | 1.702% | 1.147% |
| unfollow | 0 | 4 | 3 | 0 | 0 | 1 | 8 |
| unfollow/play | 0.000% | 0.120% | 0.040% | 0.000% | 0.000% | 11.111% | 0.064% |
| Avg | 0.143% | 0.075% | 0.624% | 0.660% | 2.526% | 0.889% | 0.578% |
| report | 0 | 21 | 164 | 0 | 0 | 0 | 187 |
| report/play | 0.000% | 0.631% | 2.176% | 0.000% | 0.000% | 0.000% | 1.499% |
| Avg | 0.047% | 0.025% | 0.208% | 0.080% | 0.208% | 0.174% | 0.112% |
| dislike | 2 | 1 | 239 | 0 | 0 | 0 | 242 |
| dislike/play | 0.137% | 0.030% | 3.171% | 0.000% | 0.000% | 0.000% | 1.939% |
| Avg | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% |





## Global R3 Working Model

|  | LIVE | Global T&S | US Safety |
|---|---|---|---|
| Policy | Provide business insights | Owner | Leverage global policy |
| Moderation | Owner | Provide moderators | Provide moderators |
| QA | Owner | N/A | N/A |

♪ | 79

## Creator Spotlight / @TacticalGramma

- TacticalGramma, AKA Michelle Statham, a 57 year old grandma who plays Call of Duty live
- Onboarded to LIVE Creator program in December
- Was a stay at home mom and stumbled into streaming - TikTok content helped her and her family commit to full time this year
- Makes more $ on TikTok compared to Facebook and Twitch
- Streams 3x per week on TikTok
  - Prides herself on being exclusively PG streamer with only positive content
  - Banned 9 times for 7 days each; unable to participate in spotlight or campaigns when banned
  - Has concerns with bans and would stream more if our policy was clearer



**This grandma will kill you with kindness — and in 'Call of Duty'**

Michelle Statham, aka TacticalGramma, has become something of a TikTok sensation as a video game streamer.

NBC News article



My daughter now sends me @TacticalGramma tik tok streams via text to let me know she's **live** on friday afternoons. When I get home, my daughter will be drawing while listening to the stream. Thank you Gramma for providing a safe space. #tiktok #streamer

 | 81

## Creator Spotlight / Confusion and Anxiety

- "How TikTok regulates reports and punishment of creators makes me really scared to ever go live again." - Serack, @akaelve

- "I'm at the point where I realized my account would have been safer if I have never went LIVE... I blame TikTok for not caring enough to see if the reports are valid within the LIVE itself before banning the creator and causing all of this trouble for what is pretty much a livelihood for us." - Jacob, @stony_ley

- "It is becoming a huge issue with TikTok live... I am constantly hearing about my friends getting suspended or banned from live, I barely go live anymore cause I'm scared to get reported when I just do makeup or my account banned period due to this reason. I don't want to lose my account for things that aren't my fault." - Jennie, @jennie_mac

- "I just want to know what I did wrong, so I can avoid it in the future. If there is anything that you could do or point me in the right direction that would be greatly appreciated! I'm just really tired of these one week suspensions. I am trying so hard to improve my content and go full time." - Garrett, @its.processin

♪ | 82

## Creator Spotlight / Social Impact



TikTok ✔ @tiktok_us · May 15
if you're reading this, you need a glass of water
#MentalHealthAwarenessMonth 💧

💬 69    ⟲ 59    ♡ 364    ⬆

Vinny LoCasto ⬛ · May 15
If you just tweeted this you should release my ban on Tiktok because you guys took down one of my videos I appealed it and you put it back up so it was your fault

💬 7    ⟲ 2    ♡ 4    ⬆

⬛ t Report

Replying to ⬛ and @tiktok_us

This isn't even funny. I'm starting a movement. It's time to organize or we will continue to get taken advantage of as content creators on this app for them to take random dumps on us when they please, while we live in constant state of fear of ANOTHER wrongful ban.



officialsquadzy

@tiktok_us just saw a streamer get a ban from going live for "nudity" but was fully clothed. Saw another get banned for "hate speech" and was just doing dishes. FIX YOUR LIVE BAN ISSUES PLEASE YOUR HURTING CREATORS #TIKTOK #LIVEBAN #TIKTOKBAN



Mandy Smith

Replying to @⬛ re and @tiktok_us

I was in your live that night, I have no idea why you got banned, but it was ridiculous! They ban people for anything and everything!

♪ | 83



# Creator Spotlight

