# AMENDED Exhibit 679

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Reagan Maher,** ▮▮▮▮▮▮▮ , ▮▮▮▮▮▮▮

TikTok-Maher
**EXHIBIT**
**24**

System Message   2022-05-18   17:54:05

**Reagan Maher** invited ▮▮▮▮▮▮▮ , ▮▮▮▮▮▮▮▮▮ to this chat.

Reagan Maher   2022-05-18   17:54:51

hi! Here are a few trivia questions for the safety presentation tomorrow: In January 2022, how many US-registered Live rooms were closed for violations? 122,806 How many gifts were sent to these violated lives? 991,243 How many L1s hosted Livestreams in January? 100,939 Do L1 hosts have a higher or lower violation rate than L2-5s? Lower: 1.16% compared to 2.1%



▮▮▮▮▮▮▮   2022-05-18   18:13:07

Thanks Reagan! I will grab 2 of them.

▮▮▮▮▮▮▮   2022-05-18   18:18:02

Looking at the first and the 3rd question, L1 hosted room should be treated as violation and closed correct? Does it mean we only have 22k other violative rooms in Jan?



Reagan Maher   2022-05-18   18:30:31

[消息已撤回，无法查看内容]

Reagan Maher   2022-05-18   18:30:33

[消息已撤回，无法查看内容]

Highly Confidential (Competitor)

Reagan Maher   2022-05-18   18:31:14

no - because most of the L1 hosted lives weren't violated

Reagan Maher   2022-05-18   18:40:53

I hope that makes sense. There were something like 5.8m lives in Jan

Reagan Maher   2022-05-18   18:41:19

122k were marked as violations, total

█████████   2022-05-18   20:28:22

**@Reagan Maher** I think L1 are all minors which are not allowed to go LIVE?

Reagan Maher   2022-05-18   20:43:49

█████████ correct, I'm just saying you can't take 100k L1 hosts and subtract them from 122k violated lives

Reagan Maher   2022-05-18   20:43:53

they're different pieces of data

█████████   2022-05-18   20:46:42

gotcha! Thanks! L1 means age under 15 correct?

▓▓ *Reagan Maher*

Highly Confidential (Competitor)

████████  2022-05-18 20:47:28

Thanks! I will take the first and 3rd questions

████████  2022-05-19  03:26:29

**@Reagan Maher** for L1 did you use the model predicted L1? Have we tried to look at the minor violations directly?

👍 ████████

Reagan Maher   2022-05-19  03:28:14

We looked at the minor violations in Project M here

████████████████████████████████████████████

Reagan Maher   2022-05-19  03:29:13

POST

# Title:

**Text:**

we did not investigate the minor hosts beyond this:

- 54.3% of our L1 hosts signed up for TikTok through another platform: Google, Meta, Twitter, Apple, & Instagram

████████  2022-05-19  03:53:27

I see. Adam mentioned that L1 model is currently not accurate. To reduce the confusion, I am going to take this question off for now.

Reagan Maher   2022-05-19  03:58:48

Highly Confidential (Competitor)

TIKTOK3047MDL-045-LARK-00436387

I'd really like to hear more from him on that, because without accurate data, we can't prioritize our time and energy. Can we hear from him tomorrow on how many L1s the business side estimates are going live?

 2022-05-19  04:09:12

what's our current strategy using the model results. Say, if the user is classified as L1, do we send them age gate? Or send them for moderation

 2022-05-19  04:12:08

The reason I want to take the question off is that I don't want to pose confusion to people if people understand that L1 is not accurate. In terms of data, model predicated L1 could be the first step. Say milestone 1: could we reduce the predicted L1 number going live by x%

Reagan Maher   2022-05-19  04:29:42

 this is fine - I understand wanting to remove it. But we should definitely align on defining & sizing this problem too of # of underage hosts in order to figure out that milestone 1.

👍

2022-05-19  04:32:31

**@Reagan Maher** minor safety is definitely going to be one of the priorities we want to align with Safety

Highly Confidential (Competitor)

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-045-LARK-00436385-TIKTOK3047MDL-045-LARK-00436388

**BEGATTACH:** TIKTOK3047MDL-045-LARK-00436385

**ENDATTACH:** TIKTOK3047MDL-045-LARK-00436388

**Attachment Count:** 0

**PRODVOL:** MDL-045

**Custodian:** MAHER, REAGAN

**File Path:** /TIKTOK3047MDL-045-LARK-00436385.PDF

**Confidentiality Designation:**

**HASHVALUE:** 901D56D7D89A4F187965A5415E41386D

**DocType:**

**Author:**

**Create Date:** 5/18/2022 12:00 AM

**Last Modified Date:** 5/18/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-045-LARK-00436385.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**<u>Subject:</u>**

**<u>THREADID:</u>**

**<u>REDACTIONS:</u>**

**<u>REDACTION TYPE:</u>**

