# AMENDED Exhibit 681

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Amy Classen和██████████的单聊**

Exhibit 5     2.5.25 mlr

**Amy Classen**     2020-08-26     20:29:00

or like sorry let me clarify: Predator model= the model that's picking up a lot of sexual harassment, weird guys, some grooming but not that much, etc Dm predator queue: DMs that are flagged and reviewed by moderation and escalated to LERT cuz they look risky DM Predator account Model= I'm not sure

██████████     2020-08-26     20:31:00

id defer to ██████here

██████████     2020-08-26     20:31:00

sorry

██████████     2020-08-26     20:31:00

my understanding is yours

**Amy Classen**     2020-08-26     20:31:00

all good! I don't think it exists fwiw

██████ *HEART 2020-08-26  20:31:31*

Confidential

TIKTOK3047MDL-002-00076087

Amy Classen    2020-08-26    20:31:00

I'll ask the PMs in the doc

███████    *THUMBSUP 2020-08-26  20:31:32*

Amy Classen    2020-08-26    20:31:00

just needed to gut check with you to make sure I wasn't crazy

Amy Classen    2020-08-26    20:32:00

maybe you would say, "you've never heard of the model we use against DMs to identify grooming?" and I'd be like "omg I've been fighting for this for nothing! WOOHOO!" :)

███████    *HEART 2020-08-26  20:32:50*

███████████    2020-08-26    20:32:00

i wish amy

███████████    2020-08-26    20:33:00

but being lost and confused is just a part of the norm

███████████    2020-08-26    20:33:00

ive found

Confidential

TIKTOK3047MDL-002-00076088

Amy Classen    2020-08-26    20:34:00

YEP

Amy Classen    2020-08-26    20:34:00

do you use tiktok? I'm addicted. There's this whole trend for this song with the lyrics "I am lost" and it just makes me think of WORKING at tiktok every time I see it

███████ *FACEPALM 2020-08-26  20:41:07*

Betsy Valliant    2020-08-26    20:40:00

i do use tiktok.. it is hilarious and super fun

Amy Classen    2020-08-26    20:44:00

I seriously love it so much haha

Amy Classen    2020-08-27    18:41:00

hello friend, so I spoke with ███ about NCMEC and the engineers are confused about how NCMEC is hashing and they are wondering if they can arrange a technical conversation with someone on their end to run a test. The TLDR is that we aren't sure if we've hashed our images the same way that they have and when we test it the only images that are returned are 'pure color' images so they think that there's some difference in how they've hashed versus us. The background is that we used the hashing technique through Microsoft PhotoDNA but for some reason it is still returning no results. I added in comments to the doc but it sounds like using a test image (non-CSAM) is an option and the engineers are requesting this as well

███████ *THUMBSUP 2020-08-27  18:42:05*

Confidential

 2020-08-27    18:42:00

ill reach out to ▮▮ and set up a call

2020-08-27    18:43:00

she did say their video content is not that robust so that might be why - but we will start that conversation- no problem

Amy Classen    2020-08-27    18:43:00

nice, that is great

2020-09-09    18:40:00

hey there

2020-09-09    18:40:00

i guess i pissed some people off with my update about the ncmec reporting...i didn't mean to

2020-09-09    18:41:00

i guess the engineers who did the work thought i didn't recognize them at all.. when my update was more about the next phase of the roll out- and not about the amazing work they did

Confidential

TIKTOK3047MDL-002-00076090

 2020-09-09   18:41:00

if you hear anything, please echo that.. obviously their work is super critical and hugely important

 2020-09-09   18:41:00

:(

Amy Classen    2020-09-09   20:43:00

Hi hi it's ok and I'm so sorry that happened and I read this as an effort led by LERT with huge amounts of work done by others (as with any update we do). Don't beat yourself up about it. I think you've been an amazing partner. Separately, I also want to acknowledge I've been pinging you on a lot of separate threads and I'm sure that is stressful. Do you think a weekly or biweekly sync between us is useful? I want to be cognizant of your time considering every project will also have its own meetings spun up so let me know if YE OLDE LARK BONANZA works for you. Usually I just start the week going through the 900 messages I got over thr weekend and make my way through them and then start over again, and around and around we go. Lmk what you prefer on this and also you have been such a great partner on everything, I just wanted to say THANK YOU

 *HEART 2020-09-09  20:45:37*

 2020-09-09   20:45:00

a sync probably makes sense.. i know i have to review like 10 groups re the predator stuff

 2020-09-09   20:46:00

so let me catch up

Confidential

 2020-09-09   20:46:00

but yeah- i think a sync would work wonders

 2020-09-09   20:46:00

(i hate lark sometimes)

Amy Classen    2020-09-09    21:14:00

Me too :) let's do that. I'll start a 1:1 doc so there's a centralized list somewhere until we get asana rolled out

*HEART 2020-09-09  21:17:20*

Amy Classen    2020-09-09    21:14:00

That will help us all so much

*HEART 2020-09-09  21:17:22*

Amy Classen    2020-09-09    21:52:00

Here's our agenda <3

Amy Classen    2020-09-10    17:00:00

haii

Confidential

**Amy Classen**    2020-09-10    17:00:00

ignore the v

████████    *THUMBSUP 2020-09-10  17:01:14*

**Amy Classen**    2020-09-11    16:05:00

hello friend! We're going to be launching the ability to report a privacy violation (that your- or your child's- photo, voice, image, etc were used without your consent). ████████ is a new manager in Dublin who will be helping MS out while we hire our PgM there and she will be taking this on. I'll spin up a working group on this next week but I'm wondering if you think these reports should be handled by LERT, a different specialized team, or general moderators? My instinct here is that this will almost always need to be an email exchange because it's going to be really hard to get enough information from just a report but I'm wondering what your instincts are on this

████████████    2020-09-11    16:33:00

in-app you mean?

Confidential

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-002-00076087-TIKTOK3047MDL-002-00076093

**BEGATTACH:**

**ENDATTACH:**

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-002

**Custodian:** ██████████████

**File Path:** /TIKTOK3047MDL-002-00076087.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 8/26/2020 8:29 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-002-00076087.PDF

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

