# AMENDED Exhibit 688

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**EXHIBIT**

6 - VICTORIA McCULLOUGH







Erika Crowell    2023-10-25    20:39:26

Hey @**Victoria McCullough** I forget if I mentioned this to you but it turns out that the problematic ED account (Eugenia Cooney) is actually managed by us and apart of a LIVE programming we do and is in the creator fund.

TIKTOK3047MDL-159-LARK-07426298