# AMENDED Exhibit 698

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

EXHIBIT _8_
WIT _____
DATE: _12-18-24_
C. Campbell, RDR CRR CSR #13921

# USDS User Support SOP: Younger Users / U13

**MCs:** @Amber Miller ███████████

**Last updated:** 6/28/23

**Resource Guide:** [ HYPERLINK
███████████████████████████████

**Macros:** [ HYPERLINK
████████████████████████

**Case Labels:** [ HYPERLINK
████████████████████████

**Internal Notes:** [ HYPERLINK
████████████████████████

**U13 Trackers:** [ HYPERLINK
██████████████████████████████

]

## TL;DR / Background

This document outlines how to handle Younger Users / U13 account inquiries and more for our Younger Users in the United States (US).

Our team handles the following such as:

- Age appeals
  - Kids Mode (*u13*)
  - Age-Gate (*Normal Mode to Kids Mode*)
  - U16/U18 Privacy Settings (*Normal Mode age appeals - u16, u18, 18+*)
- Parent Deletion Requests
- 3rd Party Reports for Suspected Underage Users
- Feedback from U13 users in the Kids Mode Experience

Confidential

# Parental + 3rd Party Requests

Our team handles deletion requests of underage user inquiries from parents/guardians as well as, 3rd parties (friend, teacher, etc). Below is a flowchart showing when we action on an account, depending on the type of inquiry.



# Parent Managed Accounts

**We do not allow parent managed accounts.** If videos on an account are filmed in the perspective or viewpoint of the underage user (selfie mode), the account is subject to deletion or will remain banned.

- We do allow <u>Family Accounts</u> where it is obvious the parent or adult is responsible for the account.

  - **Examples** of this can include: description in bio, profile photo (child + adult), parent in video, etc

- The **parent must be the one filming and/or present** in the videos.

Confidential

TIKTOK3047MDL-002-00102077

1.    If a parent writes in stating they manage their child's account, respond with the '[ HYPERLINK

████████████████████████████████████████████████████

2.    If the parent reaches out a second time, follow up with the '[ HYPERLINK

████████████████████████████████████████████████████

## Parent Deletion Request

1.    **Parent writes in** to have their child's account deleted

2.    Review whether the case flowed into **In-App** or **Email**

   a. If the case is in ByteHi **Email**, **proceed to step 3**

   b. If the case is in ByteHi **In-App**, respond with the '[ HYPERLINK

████████████████████████████████████████████████████

   =QTEx" \h ]' macro. Currently, we are unable to add attachments to tickets in-app. Submit the case.

3.    **Search** for the account in Lighthouse to see if account is still active

   a. If you cannot find the account in Lighthouse, respond to let the parent know that we cannot locate the account with that username and send the '[ HYPERLINK

████████████████████████████████████████████████████

4.    If account is **still active + in Kids Mode**, move to step 5.

5.    If account is **still active + in Normal Mode**, conduct a check on the account for objective identifiers or visual signals that the user is under 13 years old.

   a. If you **can** locate identifiers or signals:

      i.    In Lighthouse, "**Delete Physically (Underage Ban)**" the account with the reason '**Underage Identified by Ourselves**'

      ii.   **Leave internal remarks**, 'UID, parent deletion request, Deleted Physically - Underage Ban identified by Ourselves'

      iii.  **Respond** to the parent with the '[ HYPERLINK

████████████████████████████████████████████████████

      ge=QTQ" \h ]' macro response, and remove the line "Thank you for getting back to us and completing that form!"

   b. If you **cannot** locate identifiers or signals, move to step 6.

6.    **Respond** to the parent with the "[ HYPERLINK

████████████████████████████████████████████████████

Confidential    TIKTOK3047MDL-002-00102078

██████████████████████████████████████████████████ to the email (See below)

7.    Once the **parent responds** with an attached PDR form, **check** that the form is fully complete, and indicates the child is under the age of 17

a. If the child is age 13+, we cannot fulfill the request because users 13 or older are allowed to create a TikTok account.  We only process parent deletion requests for children under the age of 13. Respond with the '[ HYPERLINK

████████████████████████████████████████████

█████████ macro.

i.    If the parent writes back again and gives push back on the same request of deletion, do **not** respond.

b. If form is incomplete or invalid, respond with the '[ HYPERLINK

████████████████████████████████████

█████████ macro

8.    If the form is complete, and the child is under the age of 13:

a. In Lighthouse, **Delete Physically (Underage Ban)"** the account with the reason **'Underage by Parent'**

9.    **Respond** to the parent with the "[ HYPERLINK

██████████████████████████████████████████

██████' macro response

10.    **Add an** [ HYPERLINK

███████████████████████████████████ relevant to this process using your Internal Remark SOP

## PDR Form

**(Current as of 2/1/2023)**

[file-2021 TikTok Parent Deletion Request Form_boxusZOZTUQcr983Uw1knzYd9gc.pdf]

## Miscellaneous Parent Requests

1.    If a parent asks to **pair their account with their child's U13 account**, respond with the '[ HYPERLINK

████████████████████████████████████████

█████macro.

2.    If a parent asks **how to delete their child's account**, respond with the '[ HYPERLINK

████████████████████████████████████████

█████macro.

Confidential

3.      If a parent asks about their **child's account** and it is **banned for being underage**, respond with the '[ HYPERLINK

█████████████████████████████████████████████

████  macro.

## 3rd Party Deletion Request

When a 3rd party (teacher, grandparent, friend, etc) reports a suspected underage user, we review the information given + visual signals on the reported account and determine if the user is under 13 or not.



1.      3rd party writes in to report an account for being under 13

2.      **Search** for the account in Lighthouse to determine if the account is in Kids Mode or Normal Mode

    a.  If the account is in **Kids Mode, do not action**

        i.      Respond to the 3rd party reporter with '[ HYPERLINK

████████████████████████████████████████████

        ██████  macro response

    b.  If the account is in **Normal Mode**

        i.      In Lighthouse, **review identifiers** on the account that indicate a user is underage or user admittance to being u13

            •       **The username handle @xxxx**

            •       **Nickname**

            •       **Bio**

            •       **Video captions**

            •       **Visuals in video or carousel posts**

TIKTOK3047MDL-002-00102080

ii.    **Review the last 6 videos** posted on the account to see if there are any visual signals in at **least 4 of the 6 videos** that the user is **under 13** (visual signals defined above)

iii.    If there <u>is</u> an indicator the user is underage

1.    In Lighthouse, "**Delete Physically (Underage Ban)'**" the account with the reason '**Underage by 3rd Party'**

○    **Leave an internal note in Lighthouse** with 'U13 account, 3rd party report - emailed on DATE, *insert case link*, insert u13 identifier'

2.    **Respond** to the 3rd party reporter with '[ HYPERLINK

████████████████████ macro

3.    **Add an** [ HYPERLINK

████████████████████████

relevant to this process using your Internal Remarks SOP

iv.    If there <u>is not</u> an indicator the user is underage

1.    <u>Do not action on the account</u>

2.    **Respond** to the 3rd party reporter with the '[ HYPERLINK

████████████████████████

████████████ macro response.

3.    **Add an** [ HYPERLINK

████████████████████████

relevant to this process using your Internal Remarks SOP

## Suspicious U13 Deletion Requests

Suspicious reports are considered reports made against accounts or users who are either clearly 13+, verified creators, or have a desirable username handle (brand names, short or specific words/handles), etc.

For suspicious U13 3rd Party or Parent Deletion Requests, **do not action on**.

❋    Please **record** all suspicious reports (even duplicates) in this tracker - [ HYPERLINK

████████████████████████

❋    **Add an** [ HYPERLINK

████████████████████████████████ **relevant to this**

**process using your Internal Remarks SOP**

## Physical Deletions

Confidential

TIKTOK3047MDL-002-00102081

# DOCUMENT METADATA

**Bates Number:** TIKTOK3047MDL-002-00102052-TIKTOK3047MDL-002-00102091

**BEGATTACH:**

**ENDATTACH:**

**Attachment Count:** 0

**PRODVOL:** TIKTOK3047MDL-002

**Custodian:** TIKTOK

**File Path:** /EXPORT_ALL_DOCS_BY_URLS-2023-06-30T01_37_56.567011-12DFFF31-3C7C-4352-AA1E-489151A5B8DB/USER_ID-3D68CA66/DOC

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 72D187A8F7B89CEFB64F2B76E3949A38

**DocType:** E-DOC

**Author:** AMBER MILLER

**Create Date:** 10-20-2020 8:00 AM

**Last Modified Date:** 6-28-2023 9:42 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** USDS USER SUPPORT SOP YOUNGER USERS U13-DOCCN0YJ5XDUJOTFKSWUTWO36LC.DOCX

**Title:**

**DOCEXT:**

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:**

**Subject:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

