# AMENDED Exhibit 1187

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

████████和Matthew Tenenbaum的单聊



Matthew Tenenbaum    2022-12-13   04:24:54

████████████████████████████████████

Matthew Tenenbaum    2022-12-13   04:26:28

Couldn't find any internal examples for this kind of proposal and so I put this together for us to help with your pitch.

████████

████████    2022-12-13   04:41:29

thanks man. do what i can tomorrow

💚 *Matthew Tenenbaum*

Matthew Tenenbaum    2022-12-19   20:12:57

Hey man! Hopefully you're recovering swiftly and able to get away from work a bit to rest.

Matthew Tenenbaum    2022-12-19   20:13:11

LMK if I can do anything to help push the swag stuff forward.

Matthew Tenenbaum    2022-12-19   20:13:25

Saw you invited ████████to the group so I can follow up with her.

Confidential

███████  2022-12-19  20:43:04

Both ███ and I tried to push it.

🖤 *Matthew Tenenbaum*

███████  2022-12-19  20:43:16

You can try to follow up to see if there's any movement

▨ *Matthew Tenenbaum*

███████  2023-01-19  03:22:45

great job...been a while since i heard you pitch. doing awesome

🖤 *Matthew Tenenbaum*

Matthew Tenenbaum  2023-01-19  03:23:43

Thanks man, I really appreciate it!

▨███████

███████  2023-01-19  03:25:56

come on, support circle. got you[加油][碰拳]

▨ *Matthew Tenenbaum*    ▨ *Matthew Tenenbaum*

███████  2023-01-25  00:34:53

yo u in office?

Confidential

Matthew Tenenbaum    2023-01-25    00:37:53

Yessir!

Matthew Tenenbaum    2023-01-25    00:38:18

Down on the 2nd floor dungeon today [骷髅]

███████████    2023-01-25    00:42:58

i'll come down to say hi

🔲 Matthew Tenenbaum

Matthew Tenenbaum    2023-01-25    00:45:32

Perfect, once I'm done with this call I'm free for the day.

███████████    2023-01-25    00:54:16

walking down

Matthew Tenenbaum    2023-01-25    00:55:49

Nice, just wrapping up shortly

███████████    2023-01-25    00:56:01

Where r u?

Matthew Tenenbaum    2023-01-25    00:56:15

Confidential

TIKTOK3047MDL-067-LARK-01024867

 2023-01-25  00:58:28

I AM NEXT DOOR

 2023-01-30  20:47:38

yo mattthew, i was working with designer ▇ earlier, he mentioned working on P00 project with you?

▇ 2023-01-30  20:47:47

digital wellbeing P00?

Matthew Tenenbaum    2023-01-30  20:48:35

Yeah! Project M is a combo of Digital Wellbeing, Family Pairing, and Age Assurance work to help combat the negative perceptions in US/EU

Matthew Tenenbaum    2023-01-30  20:48:53

Family Pairing finally has its moment in the light lol

👍 ▇

▇ 2023-01-30  20:51:35

yeah i heard a bit about project m, big project.

👍 Matthew Tenenbaum

▇ 2023-01-30  20:51:59

TIKTOK3047MDL-067-LARK-01024868

 *Matthew Tenenbaum*

**Matthew Tenenbaum**   2023-01-30   20:52:30

Yeah it's coming down from beckerman and Shou so we've got momentum.

**Matthew Tenenbaum**   2023-01-30   20:53:22

His answer went viral too lol. People using it to either prove parents suck at talking to their kids about tech or about how tech elites poison the masses but not themselves.

▮▮▮▮▮▮▮   2023-01-30   20:54:09

his answer was too natural as a parent

Confidential

TIKTOK3047MDL-067-LARK-01024869

# DOCUMENT SLIPSHEET

**Bates Number:** TIKTOK3047MDL-067-LARK-01024865-TIKTOK3047MDL-067-LARK-01024869

**BEGATTACH:** TIKTOK3047MDL-067-LARK-01024865

**ENDATTACH:** TIKTOK3047MDL-067-LARK-01024869

**Attachment Count:** 0

**PRODVOL:** MDL-067

**Custodian:** TENENBAUM, MATTHEW

**File Path:** /TIKTOK3047MDL-067-LARK-01024865.PDF

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:**

**DocType:**

**Author:**

**Create Date:** 12/13/2022 12:00 AM

**Last Modified Date:** 12/13/2022 12:00 AM

**LAST MODIFIED BY:**

**TRACK CHANGES:**

**COMMENTS:**

**HASHIDDENDATA:**

**Filename:** TIKTOK3047MDL-067-LARK-01024865.PDF

**Title:**

**DOCEXT:** .HTML

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:**

**THREADID:**

**REDACTIONS:**

**REDACTION TYPE:**

