**AMENDED Exhibit 859**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

------------------------------x
IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No. 4:22-md-
ADDITION/PERSONAL INJURY       ) 3047-YGR
PRODUCTS LIABILITY LITIGATION  )
------------------------------x


SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

SPRING STREET COURTHOUSE

COORDINATION PROCEEDING        )
SPECIAL TITLE [RULE 3,400]     ) Lead Case No. for
                               ) Filing Purposes
SOCIAL MEDIA CASES             ) 22STCV21355
_____ )
                               )
This Document Relates to:      )
STATE OF TENNESSEE, et al.,    )
     vs.                       )
META PLATFORMS, INC., and      ) CONTAINS HIGHLY
INSTAGRAM, LLC, Case No.       ) CONFIDENTIAL
23-1364-IV                     ) INFORMATION
------------------------------x


VIDEOTAPED DEPOSITION OF MICHAEL E. WEISSINGER

SEATTLE, WASHINGTON

WEDNESDAY, DECEMBER 18, 2024

9:18 A.M.


Job No.: 7024847

Pages: 1 - 344

Reported by: Leslie A. Todd, CSR No. 5129 and RPR

Q.      Okay.  And does this look like a true and accurate copy and summary of your education and experience?

A.      Yep.

Q.      Okay.  Anything notable missing or significant as it relates to your education or experience?

A.      No, this is -- at a high level, this is what it is.

Q.      Okay.  You can put that to the side.  Thank you.

What is your official title at Snap?

A.      My official title is principal product manager.

Q.      Principal product manager.

Okay.  What does that mean, just sort of in layman's terms?

A.      So I've had three titles at Snap. I was group product manager, I was senior manager, and now I'm principal product manager.

Product managers in general are the same -- basically are responsible for helping to define the product, and help to build plans and features that kind of align with what our goals

or objectives are.

Q.      Okay.  I think I understand.

Walk me through when you became principal -- I think you said principal product manager.  When -- when was that?

A.      So it's a little bit confusing.  So I've been at the same level, so Level 7, my whole period.  Just my name -- my title has changed.  We've just decided from an HR perspective that -- just the name Level 7 is different -- Level 7 product manager is a different title.

So there was no, like, formal promotion or anything.  It was more like a change in the organizational chart or -- so...

Q.      Structure.  Okay.  I understand.

And so you've been doing the same type of things along the way as group product manager and principal product manager.  Would you say that generally?

A.      Well, I have increased my scope of responsibilities during the time there.

Q.      Okay.  Tell me about that, please.

A.      So when I joined Snapchat, I was responsible for what -- content ranking.  I was the PM that supported our content ranking teams.

Content ranking is the set of teams that are responsible for deciding what content appears in the app.

Then I transitioned to a role where I was focused on what we call Spotlight. Spotlight is a short-form video product. And there I took on responsibilities of the -- the user experience, so like what the users see, as well as kind of the ranking aspect, so what -- what content is surfaced.

And then my next role was I became responsible for content product overall. So this is in addition to kind of Spotlight, our short-form video experience. I'm also -- the team that I'm leading now is also responsible for Stories, which is our product that allows users to post images and videos to our experience. So I'm responsible for the -- the user experience as well as the ranking and moderation and understanding.

And then as well on the creator experience side, how do we improve the experience for creators to submit and succeed in ranking, and also kind of how they can learn how they're performing.

Q.    Okay.  You're responsible for a lot.

A.    Mm-hmm.

Q.    Fair enough.

Okay.  Spotlight and Stories.  And what about Discover, is that sort of a part of Stories?

A.    So if you open up the app, you open up to a camera, and on the right side of the app there will be two tabs.  The first tab to the right of the camera is what we would call the Stories tab.  On that tab the first carousel you see is the friends' Stories carousel.  This is private stories that are shared and posted amongst friends.

The next carousel is our subscription Stories carousel.  These are stories that are posted by public creators who you have chosen to follow.

And then the last part of that tab is what we call Discover, which is a series of tile -- image face tiles that are stories from creators that you do not follow.

Q.    Understood.  And do you have a supervisory role over Discover as well?

A.    Yes.

Q.    Okay.  And that --

A.    From a product -- from a product perspective.

Q.    From a products perspective.  Okay.

And that includes ranking like you described?

A.    (The witness nods.)

Q.    Okay.

A.    Yes.

Q.    So we've got Stories, Discover, we've got Spotlight.  Anything else in a bucket that fits under your supervisory purview at Snap?

A.    The only other kind of like bucket that's most recently happened like in the past two to three months is I have a product manager who is responsible for what -- our machine learning platform.  So this is kind of the horizontal -- the platform that engineering teams will leverage if they're building or training machine learning models.

Q.    Okay.  And are you a part of that -- I think you said, "I have a product manager."  I didn't understand that.

So do you work with someone who

does that?

A.      Yeah, so a -- a person on my team works and interfaces with the engineering team that's responsible for our core ML platform, which internally is called Bento.

Q.      When you say "ML platform," that's machine learning, correct?

A.      So this is the platform that allows engineering teams at Snap to collect signals or information or data that are used to train models, machine learned-based models, and then are used to -- this platform is also used to infer or recommend or serve kind of that -- those recommendations from those models.

Q.      Okay.  And do you work on and with machine learning models?

MS. TELLER:  Objection.  Vague.

THE WITNESS:  I would say I work with the machine learning engineers who are responsible for those.

BY MS. LEYIMU:

Q.      When you talked about the person on your team who interfaces with engineers with respect to machine learning, who is that person?

A.      That's -- that's one -- that's one

person, and they're working on just that, the ML

platform.  But that's ███████████████.

Q.      Okay.  Can you spell that last name

for me, please.

A.      ████████████████

Q.      Okay.  Has he been on the team

since you've been there?

A.      He is.  He used to report into our

ads organization, and then we just made a

decision to kind of have him report into me

instead.

Q.      Okay.  When you talk about -- and

you said "ML" earlier, and I just want to note --

confirm what that is.

When you say "ML," you're

affirming -- referring to machine learning,

correct?

A.      That's correct.

Q.      When you talk about ranking and

your work with ranking, does that involve machine

learning?

A.      Yes, usually.  Yes.

Q.      When you spoke about signals

information and data that goes into the machine

learning -- and we can get into this later -- but

as Exhibit 13 -- 14.  I'm sorry.  Exhibit 14.
The Bates end in 2857687.

                (Exhibit No. 14 was marked for

                identification.)

BY MS. LEYIMU:

        Q.      I will give you a minute to orient
yourself, and then I will have a couple of
questions and I will direct you to where those
are.

        A.      (Peruses document.)  Okay.

        Q.      Now, the cover page is yellow with
a picture of the Snapchat logo like many other
sort of internal Snapchat presentations.

                Do you see that?

        A.      Yes.

        Q.      And it's called Stories Ranking
101.  Do you see that?

        A.      Yes.

        Q.      And have you seen this document
before?  Do you recognize it?

        A.      Yes.

        Q.      Okay.  And you saw this document
and recognize it from the ordinary course of
business working in your capacity at Snap.  Is
that right?

A.      Yes.  I believe ███████ on my team made this at that time.

Q.      Okay.  Did you say ███████?

A.      Yes.

Q.      All right.  And he's a product -- is he a product manager or group product manager? Who is he?

A.      He's a product manager, but he no longer works at Snap.

Q.      Okay.  When did he stop working at Snap, to your knowledge?

A.      Probably Q4 of 2023.

Q.      Do you know why he left?

MS. TELLER:  Objection. Foundation.

THE WITNESS:  I wasn't his manager at the time.

BY MS. LEYIMU:

Q.      Okay.  Okay.  Now, Stories ranking we had spoken about a little bit earlier today. Do you recall that?

A.      Mm-hmm.  Yes.

Q.      And I think we first talked about it in reference to the "What Weissinger is working on" e-mails that you used to send.  Do

you recall that?

A.    Yes.

Q.    All right.  And -- let's see here -- some of this has overlapped with what we just looked at, but it's all about ranking content within a particular feature of the app. Correct?

MS. TELLER:  Objection.  Vague, compound.

THE WITNESS:  Correct.

BY MS. LEYIMU:

Q.    Now, there are several different places where Snap ranks Stories.  Fair enough?

A.    Yes.

Q.    I'm going to direct your attention to Bates ending in 57689.

It says, "Where do we rank Stories?"  Do you see that?

A.    Yes.

Q.    And this page looks very similar to what we looked at with -- with Abigail on the demo screen with the phone.

Do you see that?

A.    Yes.

Q.    Except they have more friends.  And

it says, "Where do we rank Stories?" at the beginning.  Do you see that?

A.    Yes.

Q.    Okay.  Where -- where does Snap rank Stories?

A.    So we rank Stories in the friends carousel at the top, and then kind of the subscriptions carousel in the middle, and then the "foryou" section, which I believe -- or is called Discover now.

Q.    Okay.  And could you explain to the jury why Stories ranking is important?

A.    I think the -- because essentially we have thousands of stories that we could recommend to you, and so what we're trying to do is find the most relevant stories for you.

Q.    And we talked about relevance, what that means before, and relevant is indicative of a user action in response, such as a share, a reply, a favorite, that sort of thing, correct?

MS. TELLER:  Objection.
Mischaracterizes prior testimony.

THE WITNESS:  I mean, I think "relevance" I'm using as a term to say this is something that we think you'll

enjoy.  And there are signals that we talked about that can play a role in kind of understanding whether you will enjoy it or not.

BY MS. LEYIMU:

Q.    Understood.  And those signals in part are user behavior, correct?

A.    Correct.

Q.    And that -- and when I talk about favorite and tap and watch and view time, that's what we're talking about, correct?

A.    Yes.

Q.    What's a long watch?

A.    A long watch is five seconds -- a watch that's five seconds.

Q.    Okay.  So if a user on Snap is watching something that's longer than five seconds, Snap is tracking that, correct?

A.    Correct.

Q.    And Snap is using that as a signal to then rank, correct?

A.    Correct.

Q.    Okay.  Is -- you would agree that Stories ranking is also important to increase user engagement and generate advertising revenue,

correct?

A.      Yes.

MS. TELLER:  Objection.

BY MS. LEYIMU:

Q.      What was your answer?

MS. TELLER:  I'm sorry.  Let me just get an objection on the record. I'm reading the question in the prompter here.

MS. LEYIMU:  He was answering --

MS. TELLER:  The objection --

MS. LEYIMU:  -- before you objected.

MS. TELLER:  Okay.  I think --

MS. LEYIMU:  I just want a clean answer for the record.

MS. TELLER:  I totally understand, and I just want a second to read the question.  I need to do that while I'm not talking at the same time.

Objection.  Foundation, vague.

BY MS. LEYIMU:

Q.      Okay.  And if you go with me to 7690, Bates ending in 7690, could you read the first sentence of this slide, which states,

"Why" -- which asks, "Why is Stories ranking important?"

    A.   █████████████████████████████████████████████████████████████████████████████████████████████████████

    Q.    Okay.  You would agree that one of Snap's primary levers for growing engagement is Stories ranking.  Correct?

          MS. TELLER:  Objection. Foundation.

          THE WITNESS:  It's one of -- one of the areas of growth, yes.

BY MS. LEYIMU:

    Q.    Sure.  And you would agree, based on your experience and knowledge, that users express that they deeply want to engage with Stories shown by doing -- taking certain actions such as replying and sharing, correct?

          MS. TELLER:  One minute. Objection.  Foundation, vague.

          THE WITNESS:  User -- can you just repeat it one more time?

BY MS. LEYIMU:

    Q.    Sure.  Actually, let's do it this

way:  Do you agree with the third sentence on this slide that:  "When users are shown Stories they deeply want to engage with, example, reply and share, it inspires them, their friends, creators, and publishers to post more Stories, spinning the Stories flywheel faster."

Do you agree with that?

MS. TELLER:  Objection. Foundation.

THE WITNESS:  I -- so this sentence is getting at does surfacing more relevant content drive kind of creation.  I think for some users, it definitely does.  Showing them content that they are interested in will make them more likely to post.

I think for the majority of users, showing them content that they're interested in or enjoy will have no effect on kind of whether they will post.

BY MS. LEYIMU:

Q.      And you try to make -- as your part -- is it part of your job to figure out what will make them want to engage with that post?

MS. TELLER:  Objection.  Vague.

THE WITNESS:  I see our job as showing them content that they will enjoy and be entertained by.  That -- you know, how do we understand whether they enjoy or are entertained by it?  It can be that they interact with it.

Those are one -- parts to it, yep.

BY MS. LEYIMU:

Q.    Do you agree that key engagement metrics includes Stories view time, Stories viewers, and Stories replies?  Do you agree with that generally?

MS. TELLER:  Objection.  Vague.

THE WITNESS:  I would say those are a -- those are some of the key engagement metrics for Stories, yes.

BY MS. LEYIMU:

Q.    All right.  Turn with me, if you will, to -- let's see -- Bates ending in 694.

Actually, let's stop at 693 just before.

This is a similar image to the one we just saw in the last document that talks about inputs into the machine learning model, the

BY MS. LEYIMU:

Q.    Is that a new thing for you -- you to hear, that Snapchatters use Snapchat at school?

A.    No.

Q.    And you understand that teenagers use Snapchat during school hours?

MS. TELLER:  Objection. Foundation.

THE WITNESS:  They use Snapchat at school hours.  I will say their content view time is -- you can definitely see kind of when they're in school versus out of school.

(Exhibit No. 20 was marked for identification.)

BY MS. LEYIMU:

Q.    And let me hand you what's been marked as Exhibit 20.  Here you go.

Are you familiar with this document?

I'll give you time to review it, but are you familiar with this document, just at first blush looking at the presentation?

MS. TELLER:  Mr. Weissinger,

take the time you need to answer the question.

THE WITNESS:  It -- it appears to be a town hall slide deck.

BY MS. LEYIMU:

Q.    Okay.  The Bates on this document is SNAP2970343 for the record.

And what is the Snapchat Product Town Hall, as you've described?

A.    Generally the product and design team will do a presentation for all of Snap product and design.

Q.    Okay.  And have you seen this document -- this particular document before?

A.    Probably, but not since Q3 2023.

Q.    Okay.  And I will represent to you that this was produced to us from your custodial file.

When you've had sufficient chance to review the document, I have some questions for you.  Would you like a little bit of extra time?

A.    I mean it's over a hundred pages. How would you like me to proceed here?

Q.    What I think makes sense is that I can direct you to where I have my questions, and

you can review it, and then if you need any extra

time, you can ask for that.

How does that work?

A.      Okay.  Sounds good.

Q.      Okay.  All right.  If you could

turn with me to end Bates 70371.

And the title of this slide is

"Teens in the US Back 2 School."  Do you see

that?

A.      Yes.

Q.      Okay.  And there is a section that

says "High School Communities."  Do you see that?

A.      Yes.

Q.      Are you familiar with what high

school communities are on Snapchat?

MS. TELLER:  Objection.

Foundation.

THE WITNESS:  I'm familiar with

communities on Snapchat.  I know that we

have college communities on Snapchat.

I'm not sure if we ever launched high

school communities or not.

BY MS. LEYIMU:

Q.      Okay.  High school communities is

referenced here, and underneath it says:

"15 million students across 24,000 U.S. high schools."

Do you see that?

A.    Yeah, I see that.

Q.    Okay.  Turn with me, if you will, to Bates ending in 70359.

And you've got to flip up for that.

Okay.  Could you read the header for us, please?

A.    "Teens in the US Product Research."

Q.    And there's an Insight No. 1, and it says "Back to School."  Correct?

A.    Correct.

Q.    Okay.  Could you read what's under that?

A.    "Teenagers use Snapchat to connect with classmates and back to school is where we see the largest spike in friendships made throughout the year."

Q.    Okay.  And there are a couple of -- there's a graph, right, and in that graph, it shows "US group chat friending volume peaks during the first week of school," and in parentheses it says "2022."

Do you see that?

A.        Yes.

Q.        And there are a couple of quotes below.  Do you see that?

A.        Yes.

Q.        Okay.  Could you read those quotes for the jury, please.

A.        "I will use Snapchat more once school starts because I will make more friends and get to use it more often.  People will ask me for my Snapchat at school."

Q.        Okay.  During the course of your time at Snap, did you ever see any presentation by a Snap employee about how to decrease the risk of the app interfering with school systems and education?

MS. TELLER:  Objection.  Compound, foundation.

THE WITNESS:  I cannot recall that.

BY MS. LEYIMU:

Q.        Okay.  Teens are an important segment as far as users on Snap to you, correct?

A.        Yes.

Q.        Okay.  And they're important to Snapchat.  Fair enough?

CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

The undersigned Certified Shorthand Reporter does hereby certify:

That the foregoing proceeding was taken before me at the place and time therein set forth, at which time the witness was duly sworn; That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed, said transcript being a true and correct copy of my shorthand notes thereof; That the dismantling of the original transcript will void the reporter's certificate.

In witness thereof, I have subscribed my name this date:  January 6, 2025.

<%14542,Signature%>
LESLIE A. TODD, CSR, RPR

Certificate No. 5129

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)