# AMENDED Exhibit 913

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Key Findings[2]

Using the growth notifications holdout[3], we isolated the amount of incremental US Friend Story View UU due to growth notifications, and backed out the number of UU that would exist if growth notifications were turned off. We found that the apparent sharp divergence in April is an artifact of a slowing rate of improvement in the impact on Friend Story View UU from growth notifications. In particular, from April to August of 2022, **the impact of growth notifications on Friend Story View UU grew 46.5% (+1.46M), whereas from April to August of 2023, the impact only grew 12.4% (+610k).** The increases in impact of growth notifications have masked an even sharper decline in UU, and **the particular observed divergence beginning in April of this year is due to the rate of increase in growth notifications impact slowing.**

The top chart below shows actual US Friend Story View UU; the bottom chart shows the number of estimated incremental US Friend Story View UU due to growth notifications; the middle chart shows the estimated number of US Friend Story View UU without any growth notifications at all.



| | Daily Incremental FS View UU from Growth Notifications (April) | Daily Incremental FS View UU from Growth Notifications (August) | Absolute Increase in Incremental FS View UU From Growth Notifications (April-August) | Relative Increase in Incremental FS View UU from Growth Notifications (April-August) |
|---|---|---|---|---|

[2] Analysis code available here; queries available here.

[3] See here for an explanation of the growth notifications holdout strategy. In this analysis we compare the average performance of 2 holdouts (REHASHING_TEMPORARY_HOLDOUT_V2 and FIXED_TENTPOLE_HOLDOUT) against the average of 3 prod experiences (BASELINE, FIXED_MAX_CAPACITY, and FIXED_MAX_CAPACITY_EXCL_TENTPOLE). Thanks to ██████ ███████ the assistance here.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                      SNAP6027027

## Page 4 Comments

N23     @ FYI on this analysis.

         8/24/2023 08:47 AM

G24     based on the outsized impacts growth notifications drive for FS view UU, we need to find alternate ways to surface relevant and timely notifications for FS.

         8/25/2023 01:49 PM

D25     do you have any specific recommendations here?

         David Boyle, 8/25/2023 05:05 PM

G26     We plan to test the following with a goal to drive higher FS view UU via notifications:

1) Send Private Story notifications as transactional notifications, which will be real time and have a larger reach (not throttled by DAU pipeline guardrails).
2) Experiment with expiring stories notifications - to create a sense of urgency/FOMO for users who have available stories to view.
3) Upranking PS notifications vs general FS notifications as part of the FS notification campaign - ongoing AB.

         9/5/2023 01:26 PM

HIGHLY CONFIDENTIAL (COMPETITOR)