# AMENDED Exhibit 914

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

8/5/2022, 11:01 PM UTC

Labels

type: document

Quip

# [Notifs] Fullscreen Takeover Notifications Enable Prompt

**Core Growth | Onboarding/Notifications | JIRA: ACTIV-12709 | Target GTM: Oct 31, 2022**

## Feature Overview

Push notifications are a powerful lever for growth and engagement on Snapchat, giving us the opportunity to reach users with new and exciting content when they are outside the app. iOS requires that users explicitly grant permission in their system settings for us to enable notifications; while Android defaults to an opt-in state, the upcoming Android 13 update will also introduce the requirement for users to explicitly opt in at the system level to receive notifications.

With about 28 billion notifications driving about 1.6 billion app opens each day and about 26 million incremental DAU driven to open the app via growth pushes, notifications are a substantial driver of engagement. Given the impending Android 13 updates, we need to do everything we can to reduce the impact to notification enable rates, which are currently about 89% on Android.

This feature aims to leverage the Billboard infrastructure to introduce an aggressive Full Screen Takeover (FST), prompting users who have failed to opt into notifications during the registration or login flow during a new install or in cases where they have chosen to disable. This prompt should appear on iOS and Android (with Android as a P0 priority).

## Feature Goals

- Improve notifications system enable rate

## Owners

Sheet1

| Design | PM | Engineering | DS | QA | Comms / Marketing | Customer Ops | Localization |
|---|---|---|---|---|---|---|---|
| ▉▉ | Abby Tran | ▉▉▉▉▉▉▉ | ▉▉ | ▉ | FILL IN | ▉▉ | FILL IN |

## Related

- JIRA: https://jira.sc-corp.net/browse/ACTIV-12709

# User Spec

HIGHLY CONFIDENTIAL (COMPETITOR)                                              SNAP5147058

Summary

With Android 13 changes coming in the latter half of 2022, this presents significant risk to our ability to reach users with notifications with a new requirement for users to explicitly grant permissions before becoming eligible to receive any system push from Snapchat.


To provide additional prompts to users, we will aim to introduce a Full Screen Takeover (FST) to users who have opted out of system notifications permissions in the hopes of increasing enable rates.

User Story

If my system notifications permissions settings are off, I will receive a prompt telling me to enable notifications when I am on the camera, Friends Feed, or Discover tab depending on my eligibility. Tapping on the prompt either allows me to opt into notifications in the system prompt or takes me to system settings where I can make the update.

## 1. Display Logic

General Targeting

- Targeting:
  - Platform: Both iOS and Android
  - Settings: Show only if the user has system notifications DISABLED [said another way: the user has NOT opted-into system notifications for Snapchat]
    - Interaction/Frequency Caps:
      - Variable: we should test variable interaction cap logic, starting with 3, 5, and 10 thresholds within the last XX days (where if a user has "interacted" with the prompt by accepting or ignoring by tapping on the "Maybe Later" button, tapping outside the FST banner, or by pulling down the FST banner, we consider this an "interaction")
    - Cooldown Logic:
      - Variable: we should test variable cooldown logic, starting with 1, 2, 3, 4, 5 days
        - 2 day cool down = standard, should use this for MVP
    - Reintroduction/Recycling Logic:
      - OPTION 1: Once a user has exhausted their impression cap, we reset their impression to 0 after XX days so they are re-eligible to receive the prompt again
  - OPTION 2: Follow Billboard standard reintroduction logic (excluded from MVP, but will follow up)
    - Ranking:
      - Let's rank this second, after the In App Warning prompt:
        - "IN_APP_WARNING",
- "NOTIFICATION_ENABLE"
- "CHANGE_COMPROMISED_PASSWORD",
- "SNAP_PLUS_NOTICE_TRAY",
- "IDENTITY_VERIFICATION",
- "REACHABILITY_VERIFY",
- "CONTACT_PERMISSION_REPROMPT",
- "ADD_FRIENDS",
- "BITMOJI_CREATION",
- "SUGGESTION_TAKEOVER"
      - Note:
        - iOS: These all show camera (though there may be delay and this shows in Friends Feed on iOS since we need to fetch the state for targeting)
- Android: These definitely all show on the camera
- Cold Start vs. Warm Start: Cold Start as P0, Warm Start as P1 (hypothetically in Billboard, we will be able to do this in the future so we can show more frequently)

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP5147059

We want users to be eligible to receive the FST prompt in any of the three surfaces in the app:

- 1) Camera (P0)
- 2) Friends Feed Page (P1)
- 3) Discover Feed Page (P1)


Users with notifications disabled may not be active and we will therefore want the option to reach them in three places in the app that are upstream of more engagement actions. Targeting logic:

- Show on Camera If:
    - Has system notifications settings OFF
- User navigates to camera screen for the first time in session
- Has NOT seen this FST prompt more than XX times, per impression cap
- Has NOT seen this prompt on any other surface in XX cooldown
- Has NOT seen this prompt in the current session
- Has NOT seen system prompts in the current session (typically show in reg and log in flows during first session after new install)
- Has NOT seen the prompt on camera more than XX times
    - Show on Friends Feed If:
        - Has system notifications settings OFF
- User navigates to Friends Feed
- Has NOT seen this prompt more than XX times, per impression cap
- Has NOT seen this prompt on any other surface in XX cooldown
- Has NOT seen this prompt in the current session
- Has NOT seen system prompts in the current session (typically show in reg and log in flows during first session after new install)
    - Show on Discover Feed If:
        - Has system notifications settings OFF
- User navigates to Discover Feed
- Has NOT seen this prompt more than XX times, per impression cap
- Has NOT seen this prompt on any other surface in XX cooldown
- Has NOT seen this prompt in the current session
- Has NOT seen system prompts in the current session (typically show in reg and log in flows during first session after new install)

## 2. Visuals (WIP)

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                    SNAP5147060



# Turn on Notifications

You'll be able to see Snaps and chats you
receive from friends!

**Continue**

**Maybe Later**

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP5147061