# AMENDED Exhibit 917

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

[Notification] Community Story Posting Prompts

7/15/2023, 12:18 AM UTC
type: document

# [Notification] Community Story Posting Prompts

## Feature Overview

This feature sends a notification to community members to suggest a theme or topic for posting. On a given day, when this notification is triggered, all users will be receiving the same notification content. By tapping the notification, users will enter the reply camera directly and post to the community story directly.

## Feature Goals

- Encourage more community Story posting by providing inspiration and directly bring users to the reply camera

# User Stories

Notification

iPhone X / Default



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5447599



HIGHLY CONFIDENTIAL (COMPETITOR)



1. Interacting with the Community Story Prompt notification

- This notification is triggered where there is an active event.
  - Title: [emoji] Post to [community name] now!
  - Body: [Story theme]
- Tapping the notification will open reply camera (for the given community) directly.
  - Taking a snap and tapping the "Send" button from here will post this Snap to the Community Story directly

HIGHLY CONFIDENTIAL (COMPETITOR)          SNAP5447601

- On top of the Reply Camera, it should clearly state that this Snap will be added to a Shared Story
  - "Add to Shared Story", if community name is not available (current default behavior)
  - "Add to [community name]", if community name is available
- User targeting
  - Current community members
  - Notification trigger time: depends on the campaign, the notification prompt should be triggered at different time of the day, which acts as a surprise element for users.
- Cool down
  - Users should receive maximum 1 notification per day
  - Currently users cannot opt out of this notification
- Deeplink implementation

## 2. Notification use cases

This is an event based notification. We intend to send it when there are specific events that we want to remind users and encourage more Story posting, for example, back-to-school, major holidays, graduations, etc.

*Examples of story themes / campaigns for back to school 2023*

**High School Campaigns**

1

- Title: 😎 Share to [community name] now!
- Subtext: Show me a new meme?
- Trigger time: 8AM local time

2

- Title: ♪ Share to [community name] now!
- Subtext: What are you listening to?
- Trigger time: 2PM local time

3

- Title: 👀 Share to [community name] now!
- Subtext: What's everyone up to?
- Trigger time: 5PM local time

**College Campaigns**

1

- Title: 😎 Share to [community name] now!
- Subtext: Find your class group chat.
- Trigger time: 10AM local time

2

- Title: 📷 Share to [community name] now!
- Subtext: See what your class is up to.
- Trigger time: 10AM local time

3

- Title: 👀 Share to [community name] now!
- Subtext: What's everyone up to?
- Trigger time: 3PM local time

HIGHLY CONFIDENTIAL (COMPETITOR)

# Testing

**Test population:**

Sheet2

| | Cohort | UX | Allocation |
|---|---|---|---|
| 1 | Control | | 5% |
| 2 | Treatment 1 | | 5% |
| 3 | Treatment 2 | | 5% |
| 4 | Treatment 3 | | |

**AB test study name**: XXXX

**AB test variable:** XXXX

No user data. Advised the team to build a way for users to opt out of these notifications to avoid legal risks around dark patterns/nudging techniques. They have it on the roadmap for Q4.

The team wants to send notifications to the community members reminding them to post stories. The notification is deeplinked to directly open the camera screen from where user can post to the community page.
There is no major privacy implication in using deeplink here. If someone copies and sends the deeplink directly to the user, it will open the camera page. The user will still need to click on send button to post to the community story.

# SOX

Below this line is intended for projects that require SOX. If your project doesn't require SOX...feel free to ignore from here down.

## SOX Testing

*All changes should be appropriately tested with testing evidence provided here. This includes Engineering testing, User Acceptance Testing, and any required data validation testing. Link all testing evidence below (i.e., Quips, Tickets, Google Sheets, etc.)*

Template for UAT tracking. This template is for your convenience. If you can think of a better one for your project feel free to create and use it.

<insert guide and examples for what level of testing would be required for SOX testing>

## SOX Financial Approvals

*All project financial approvals should be retained and kept here for documentation purposes. This includes above testing approvals and Final Go-Live approval by appropriate Business and Engineering leadership.*

Sheet3

| | Review Type | Reviewer | Date | Status | Notes |
|---|---|---|---|---|---|
| 1 | UAT - Complete (validating UAT happened...details in section above) | | | | <insert link to test results, or link is in section abo |
| 2 | SOX - Engineering - Material Launch | | | | |
| 3 | SOX - Finance - Material Launch | | | | |
| 4 | | | | | |
| 5 | | | | | |

**Patent Review**

Redacted--AC

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5447603

**Redacted--AC**

# Zero Rating Partnership Review

Zero Rating is a special kind of partnership that mobile app companies like Snapchat negotiate with Mobile Data Service Providers (like Sprint, Verizon, T-mobile, Vodafone, Orange, etc.) Zero Rating makes our application "free" for users by omitting Snapchat data traffic from the mobile subscribers data plan. Users can enjoy Snapchat without using up their data quota. Learn more about Zero Rating here. We need your cooperation to make sure we don't introduce new domains with which Snapchat opens connections without notifying our mobile data service partners.

## Review Questions (eng)

*These questions must be filled out by an **engineer or engineering director two weeks before code freeze** for the target release.*

- Will your feature create any new domains to which the Snapchat mobile application opens network connections? For example, when Snapchat introduced integrations with the Giphy, our client code began opening connections with media.giphy.com. **Not sure if your domain is new?** See our current whitelist here.
  - 
- If yes to number 1, what is the new domain, and what is the purpose of the new connection?
  - 

*Once this section is completed and the spec is ready for review....*

- Email: ▮▮▮▮▮▮▮▮▮▮▮▮▮with a link to your PDR.
  Subject: Zero Rating Partnership Review; Body: (Target Release and Link to Quip and Jira Ticket).
- Fill in review request details below:

Sheet4

| | Review Requester | Date | Notes |
|---|---|---|---|
| 1 | | | |

## Review Results (Infrastructure)

*Only **Snapchat Infrastructure** should fill in this section. If Approved, any future changes will require a new review.*

Sheet5

| | Review Type | Reviewer | Date | Status | Notes |
|---|---|---|---|---|---|
| 1 | Network Infrastructure | | | | |
| 2 | | | | | |

Thread class
document
Created
2023-07-15T00:18:56+00:00
Updated
2024-02-13T21:02:50+00:00
Link
https://snapchat.quip.com/izycAZHY3Sfz
Shared folders
Profile
Expanded users





HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5447605



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5447606



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5447607



Users

Urls

- https://docs.google.com/a/snapchat.com/spreadsheets/d/1c6JZY-px_vXMAINzd3l2NtAa30Tgpl0gXEkL-f9hztk/edit?usp=sharing
- https://sites.google.com/a/
- https://docs.google.com/document/d/14m6WYqZc0IbjsTwMhWFffsxK5QcmsY-CFsG-T0BK9iM/edit
- https://wiki.sc-corp.net
- http://media.giphy.com
- https://docs.google.com/spreadsheets/d/1yuHmGel331pZ0wCAX2VztUXVmPLQzHCSJwLfOp0jRPY/edit#gid=0
- mailto:

Curious to learn the thoughts behind this, why we don't want to make it editable / draggable?
7/17/2023, 10:54 PM UTC

just didn't want to invest in a new creative tool, so keeping it simple
7/18/2023, 12:00 AM UTC
rework themes here
7/19/2023, 7:35 PM UTC
separate the context from college and high school
7/20/2023, 6:51 PM UTC

PASS Updated
7/27/2023, 9:49 PM UTC

Review marked Spec Incomplete
7/28/2023, 5:59 PM UTC
PASS Updated
7/28/2023, 5:59 PM UTC

HIGHLY CONFIDENTIAL (COMPETITOR)

PASS Updated
8/31/2023, 6:37 PM UTC
PASS Updated
8/31/2023, 6:38 PM UTC

-

  https://quip.com/UHNAEA0Nnaf to update
  8/31/2023, 9:44 PM UTC

- ███  ████████  ███

  ███  ███  **Redacted--AC**
  9/7/2023, 9:58 PM UTC

- ███  ███  ███

  PASS Updated
  9/15/2023, 2:49 PM UTC
  PASS Updated
  9/15/2023, 2:49 PM UTC
  PASS Updated
  9/15/2023, 2:49 PM UTC
  PASS Updated
  9/15/2023, 2:50 PM UTC
  PASS Updated
  9/15/2023, 2:50 PM UTC
  PASS Updated
  9/15/2023, 2:50 PM UTC
  PASS Updated
  9/15/2023, 2:50 PM UTC
  PASS Updated
  9/15/2023, 2:51 PM UTC
  PASS Updated
  9/15/2023, 2:51 PM UTC
  PASS Updated
  9/15/2023, 2:51 PM UTC
  PASS Updated
  9/15/2023, 2:51 PM UTC
  PASS Updated
  9/15/2023, 2:52 PM UTC
  PASS Updated
  9/15/2023, 2:52 PM UTC
  PASS Updated
  9/15/2023, 2:52 PM UTC
  PASS Updated
  9/15/2023, 2:52 PM UTC
  PASS Updated
  9/15/2023, 2:53 PM UTC
  PASS Updated
  9/15/2023, 2:53 PM UTC
  PASS Updated
  9/15/2023, 2:54 PM UTC

-

  PASS Updated
  9/15/2023, 11:19 PM UTC
  PASS Updated
  9/15/2023, 11:20 PM UTC
  PASS Updated
  9/15/2023, 11:20 PM UTC
  PASS Updated
  9/15/2023, 11:20 PM UTC

- ███  ███  ███

  like exams and sports events
  9/19/2023, 9:03 PM UTC

 edited at 2023-09-19T21:03:31.881Z

███  ███ edited at 2023-09-15T23:19:44.977Z

# Redacted--AC

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP5447609

█████ █ edited at 2023-09-15T14:49:19.556Z

- The team wants to add new campaigns for HS send notifications to the community acquisition & activation.
  This is an in-app experience not a notification members reminding them to post stories. The targeting criteria are innocuous and do not create any new information channels notification is deeplinked to directly open the camera screen from where user can post to the community page.

- There is no major privacy implication in using deeplink here. If someone copies and sends the deeplink directly to the user, it will open the camera page. The user will still need to click on send button to post to the community story.

█████ █ edited at 2023-09-10T18:27:36.230Z

-
-

████████████ edited at 2023-09-07T21:57:05.856Z

-
-
-
-

█████ █ edited at 2023-08-31T21:42:03.543Z

- Deeplink implementation
- 2. Notification use cases
- This is an event based notification. We intend to send it when there are specific events that we want to remind users and encourage more Story posting, for example, back-to-school, major holidays, graduations, etc.
-
-

- 2. Story *Examples of story themes / campaigns for back to school 2023*

- 4
- Title: 🐵 Share to [community name] now!
- Subtext: What's in your home screen.
- Trigger time: 11AM local time
- 5
- Title: 🎮 Share to [community name] now!
- Subtext: What game are you playing?
- Trigger time: 11AM local time

- 6
- Title: 📷 Share to [community name] now!
- Subtext: After school vibes...
- Trigger time: 4:30PM local time
- 7
- Title: 🖥 Share to [community name] now!
- Subtext: My fav TV show.
- Trigger time: 5PM local time

- 8
- Title: Share to [community name] now!
- Subtext: See what your class is up to.
- 4
- Title: ♪ Share to [community name] now!
- Subtext: What are you listening to?
- Trigger time: 2PM local time

- 5
- Title: 👀 Share to [community name] now!
- Subtext: What's your class schedule?
- Trigger time: 12PM local time
- 6
- Title: 🐵 Share to [community name] now!
- Subtext: What's in your home screen.
- Trigger time: 11AM local time

- 7
- Title: 🎞 Share to [community name] now!
- Subtext: My fav class...
- Trigger time: 11AM local time
- 8
- Title: 📷 Share to [community name] now!

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5447610

- Subtext: This my dorm...
- Trigger time: 4:30PM local time

- ~~9~~
- Title: 🍽 Share to [community name] now!
- Subtext: My campus food review...
- Trigger time: 5PM local time
- ~~10~~
- Title: 👀 Share to [community name] now!
- Subtext: Greek life.
- Trigger time: 12PM local time

- ~~11~~
- Title: ⚠ Share to [community name] now!
- Subtext: Homework help...
- Trigger time: 12PM local time
- ~~12~~
- Title: Got your schedule?
- Subtext: See who's in your class.
- Trigger time: 12PM local time

-
- ~~Backlog~~
- ~~3~~
- Title: 📷 Post to [community name] now!
- Subtext: What's in your home screen.
- Trigger time: 11AM local time
- ~~4~~
- Title: 📷 Post to [community name] now!
- Subtext: What's in my backpack?
- Trigger time: 10AM local time

- ~~5~~
- Title: ⚠ Post to [community name] now!
- Subtext: This happens during lunch break...
- Trigger time: 11AM local time
- ~~6~~
- Title: 📷 Post to [community name] now!
- Subtext: After school vibes.
- Trigger time: 4:30PM local time

- ~~7~~
- Title: 📷 Post to [community name] now!
- Subtext: Show off your friend group.
- Trigger time: 1PM local time
- ~~9~~
- Title: ☺ Post to [community name] now!
- Subtext: This is my class view.
- Trigger time: 11AM local time

- ~~11~~
- Title: ✏ Post to [community name] now!
- Subtext: Interview a classmate today!
- Trigger time: 10AM local time
- ~~12~~
- Title: 😇 Post to [community name] now!
- Subtext: My class schedule today
-

■■■■ edited at 2023-07-28T19:53:53.822Z

-
- **High School Campaigns**

- Subtext: What's your favorite Show me a new meme?

- Title: ♪ Post Share to [community name] now!
- Subtext: What are you listening to?
- Trigger time: 2PM local time

- 3
- Title: ❤ Post to [community name] now!
- Subtext: My back to school essentials.

SNAP5447611

- Trigger time: 8AM local time

- Title: 👀 Post Share to [community name] now!
- Subtext: What's everyone up to?
- Trigger time: 5PM local time

- 4
- Title: 🏠 Share to [community name] now!
- Subtext: What's in your home screen.
- Trigger time: 11AM local time
- 5
- Title: 🎮 Share to [community name] now!
- Subtext: What game are you playing?
- Trigger time: 11AM local time

- 6
- Title: 📷 Share to [community name] now!
- Subtext: After school vibes...
- Trigger time: 4:30PM local time
- 7
- Title: 🖥 Share to [community name] now!
- Subtext: My fav TV show.
- Trigger time: 5PM local time

- 8
- Title: Share to [community name] now!
- Subtext: See what your class is up to.
- Trigger time: 12PM local time
- 
- **College Campaigns**
- 1
- Title: 😎 Share to [community name] now!
- Subtext: Find your class group chat.
- Trigger time: 10AM local time

- 2
- Title: 📷 Share to [community name] now!
- Subtext: See what your class is up to.
- Trigger time: 10AM local time
- 3
- Title: 👀 Share to [community name] now!
- Subtext: What's everyone up to?
- Trigger time: 3PM local time

- 4
- Title: ♪ Share to [community name] now!
- Subtext: What are you listening to?
- Trigger time: 2PM local time
- 5
- Title: 👀 Share to [community name] now!
- Subtext: What's your class schedule?
- Trigger time: 12PM local time

- 6
- Title: 🏠 Share to [community name] now!
- Subtext: What's in your home screen.
- Trigger time: 11AM local time
- 7
- Title: 🎞 Share to [community name] now!
- Subtext: My fav class...
- Trigger time: 11AM local time

- 8
- Title: 📷 Share to [community name] now!
- Subtext: This my dorm...
- Trigger time: 4:30PM local time
- 9
- Title: 🍽 Share to [community name] now!
- Subtext: My campus food review...
- Trigger time: 5PM local time

- 10
- Title: 👀 Share to [community name] now!

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP5447612

- Subtext: Greek life.
- Trigger time: 12PM local time
- 11
- Title: ⚠ Share to [community name] now!
- Subtext: Homework help...
- Trigger time: 12PM local time

- 12
- Title: Got your schedule?
- Subtext: See who's in your class.
- Trigger time: 12PM local time
- 
- **Backlog**
- 8
- 10

████  ██  edited at 2023-07-20T18:56:57.433Z

- Title: ☺ Post Share to [community name] now!
- Subtext: Share What's your favorite meme. ?

████  ██  edited at 2023-07-20T00:11:14.125Z

- Subtext: Fit check of the day Share your favorite meme.

- Subtext: Show off What's in your classroom home screen.

████  ██  edited at 2023-07-19T04:27:17.175Z

- Body Subtext: Fit check of the day.

- Body Subtext: My back to school essentials.

- Body Subtext: Show off your classroom.

- Body Subtext: What's in my backpack?

- Body Subtext: This happens during lunch break...

- Body Subtext: After school vibes.

- Body Subtext: Show off your friend group.

- Body Subtext: What are you listening to?

- Body Subtext: This is my class view.

- Body Subtext: What's everyone up to?

- Body Subtext: Interview a classmate today!

- Body Subtext: My class schedule today

████  ██  edited at 2023-07-17T23:38:25.711Z

- Title: 📷 [emoji] Post to [community name] now!

- User targeting
- Current community members
- Notification trigger time: depends on the campaign, the notification prompt should be triggered at different time of the day, which acts as a surprise element for users.
- Cool down
- Users should receive maximum 1 notification per day
- Currently users cannot opt out of this notification
- On the bottom of the Reply Camera, a card with the [Story theme] should be attached, so that it is clear what the theme is.
- Users cannot remove or interact with this card.

- 
- 

- 2. Community Story Prompt notification themes / campaigns for back to school 2023

- 1

- Title: ☺ Post to [community name] now!
- Body: Fit check of the day.
- Trigger time: 8AM local time
- 2
- Title: ♥ Post to [community name] now!
- Body: My back to school essentials.
- Trigger time: 8AM local time

- 3
- Title: 📷 Post to [community name] now!
- Body: Show off your classroom.
- Trigger time: 11AM local time
- 4
- Title: 📷 Post to [community name] now!
- Body: What's in my backpack?
- Trigger time: 10AM local time

- 5
- Title: ⚠ Post to [community name] now!
- Body: This happens during lunch break...
- Trigger time: 11AM local time
- 6
- Title: 📷 Post to [community name] now!
- Body: After school vibes.
- Trigger time: 4:30PM local time

- 7
- Title: 📷 Post to [community name] now!
- Body: Show off your friend group.
- Trigger time: 1PM local time
- 8
- Title: ♪ Post to [community name] now!
- Body: What are you listening to?
- Trigger time: 2PM local time

- 9
- Title: 😊 Post to [community name] now!
- Body: This is my class view.
- Trigger time: 11AM local time

- 10

- Title: 👀 Post to [community name] now!
- Body: What's everyone up to?
- Trigger time: 5PM local time

- 11

- Title: ✏ Post to [community name] now!
- Body: Interview a classmate today!
- Trigger time: 10AM local time
-
-
-

- 12

- Title: 😲 Post to [community name] now!
- Body: My class schedule today
- Trigger time: 7AM local time

███ edited at 2023-07-17T22:52:44.914Z

███ ██ edited at 2023-07-17T20:58:32.528Z

-
-

- 2. Community Story Prompt notification themes campaigns

- TBD

-

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5447614

[REDACTED] edited at 2023-07-15T00:19:05.192Z

- Sheet2 updated

- Sheet3 updated

- Sheet4 updated

- Sheet5 updated

- [Notification] Community Story Posting Prompts
- Feature Overview
- This feature sends a notification to community members to suggest a theme or topic for posting. On a given day, when this notification is triggered, all users will be receiving the same notification content. By tapping the notification, users will enter the reply camera directly and post to the community story directly.
- Feature Goals
- Encourage more community Story posting by providing inspiration and directly bring users to the reply camera

- 
- User Stories
- 
- 1. Interacting with the Community Story Prompt notification
- This notification is triggered where there is an active event.
- Title: 📷 Post to [community name] now!
- Body: [Story theme]
- Tapping the notification will open reply camera (for the given community) directly.
- Taking a snap and tapping the "Send" button from here will post this Snap to the Community Story directly
- On top of the Reply Camera, it should clearly state that this Snap will be added to a Shared Story
- "Add to Shared Story", if community name is not available (current default behavior)
- "Add to [community name]", if community name is available
- On the bottom of the Reply Camera, a card with the [Story theme] should be attached, so that it is clear what the theme is.
- Users cannot remove or interact with this card.
- The content of this card should be the same as the body / [Story theme] of the notification.
- User targeting
- Current community members
- Cool down
- Users should receive maximum 1 notification per day
- Currently users cannot opt out of this notification

- 
- 2. Community Story Prompt notification themes
- TBD
- 
- 
- 
- Testing
- **Test population:**
- **AB test study name**: XXXX
- **AB test variable:** XXXX
- 
- 
- 
- pass
- SOX
- Below this line is intended for projects that require SOX. If your project doesn't require SOX...feel free to ignore from here down.

- **SOX Testing**
- *All changes should be appropriately tested with testing evidence provided here. This includes Engineering testing, User Acceptance Testing, and any required data validation testing. Link all testing evidence below (i.e., Quips, Tickets, Google Sheets, etc.)*
- 
- Template for UAT tracking. This template is for your convenience. If you can think of a better one for your project feel free to create and use it.

- 
- <insert guide and examples for what level of testing would be required for SOX testing>
- **SOX Financial Approvals**
- *All project financial approvals should be retained and kept here for documentation purposes. This includes above testing approvals and Final Go-Live approval by appropriate Business and Engineering leadership.*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5447615

- **<u>Patent Review</u>**
- Does this document describe a concept that is novel, non-obvious, and useful? If so, please fill out our Patent Disclosure Form or contact ███████ on the IP team. You can find more information about the Snap's Patent Program here.
-
- Zero Rating Partnership Review
- Zero Rating is a special kind of partnership that mobile app companies like Snapchat negotiate with Mobile Data Service Providers (like Sprint, Verizon, T-mobile, Vodafone, Orange, etc.) Zero Rating makes our application "free" for users by omitting Snapchat data traffic from the mobile subscribers data plan. Users can enjoy Snapchat without using up their data quota. Learn more about Zero Rating here. <u>We need your cooperation to make sure we don't introduce new domains with which Snapchat opens connections without notifying our mobile data service partners.</u>

- Review Questions (eng)
- *These questions must be filled out by an **engineer or engineering director two weeks before code freeze** for the target release.*
-

HIGHLY CONFIDENTIAL (COMPETITOR)