# AMENDED Exhibit 923

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**From:** ██ ██████████]
**Sent:** 6/4/2018 9:42:07 PM
**To:** Mary Ritt████████████
**CC:** Agatha Baldwin███████████; Jennifer Stout████████████████████████████ Rachel Racusen███████████████████████████████████
**Subject:** Re: BBC Panorama - Addictive Technology


Super. Thanks very much. I hope ███ is doing OK. And sorry you had to miss the offsite.

On 5 June 2018 at 01:36, Mary Ritti ██████████ wrote:

Thanks ████. Looks good! I made some edits in the doc.

On Mon, Jun 4, 2018 at 5:03 PM ██ ██ ████████████ wrote:

Hi all,

BBC Panorama is working on a program about habit forming, addictive technology. The program will explore whether various social media companies including Snapchat incorporate elements of addictive design to encourage high user engagement.

They have asked for a written response to a series of allegations. I need to get back to them by 10am PT tomorrow. I've put the questions and draft responses in this doc. It would be great to get your input.

Thx.

████

--
████ ███
Director of Communications, EMEA
Snap Inc.
████████████
+███████████
--
Mary Ritti
VP Communications
█████████

--
████ ███
Director of Communications, EMEA
Snap Inc.
████████████