# AMENDED Exhibit 926

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮
**Sent:** 1/9/2019 2:12:25 PM
**To:** Josh Siegel ▮▮▮▮▮▮
**CC:** ▮▮ ▮▮ ▮▮ ▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮
**Subject:** Re: Streak expiration notifications

This makes a lot of sense. I appreciate the openness and honesty



On Wed, Jan 9, 2019 at 2:07 PM Josh Siegel ▮▮▮▮▮▮ wrote:
Thanks, and yes, this is a common suggestion :) If you read some of our zendesk tickets or Twitter mentions, "Streak Expiration Notifications" is one of the most requested features.

The general product stance on Streaks is that we don't love them (it was an accidentally addictive, somewhat unhealthy feature that gamifies friendships in a weird way), but they're too delicate to touch right now. 50M+ users have streaks, a few million probably only use the app for streaks. We definitely don't want to invest in or exacerbate the problem right now, but I'm hoping it's something we can get to in 2019 via other ways to encourage daily behaviors.

On Wed, Jan 9, 2019 at 1:41 PM ▮▮▮▮▮ ▮▮▮▮▮▮ > wrote:
Free product idea below:

Mr Bo Jangles ▮▮ ▮▮ ▮▮ ) aka ▮▮ mentioned to me that he almost dropped his streaks today because he came in a bit late, fell out of his normal routine.

This prompted me to wonder aloud if we could implement a notification that tells users about a streak that is about to expire. Any user that has lost a streak would probably appreciate having such a feature. I personally don't maintain or believe in streaks, but I'm also not a typical user.

CONFIDENTIAL                                    SNAP4389271