# AMENDED Exhibit 929

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** Redacted--PII
**Sent:** 10/12/2018 7:18:49 AM
**To:**
**Subject:** Streaks on Snapchat

Hello Mr. Spiegel,

I'm a sophomore in high school and I'm writing a feature article on streaks on Snapchat. I would love for your help with writing my paper. What I'm wondering is if streaks was always apart of Snapchat since the release of the app and what your opinion is on streaks, especially the addiction of it among teenagers. I can't imagine how many emails you get per day from teenagers threatening you if you don't return a streak that they lost, haha. Thank you for your time.

Rachel
CONFIDENTIALITY: This e-mail (including any attachments) may contain confidential information. Unauthorized disclosure or use is prohibited. If you received this e-mail in error, please notify the sender and delete this e-mail from your system.

SNAP0896563