# AMENDED Exhibit 933

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

8/16/2018, 10:33 PM UTC
Labels
type: document

Quip

# Relationships (LOCAL)

If the intent of a streak was to be a virtual friendship bracelet, a tangible way to define the bond between you and your closest Snap friends, the end result has been the opposite; a compulsive behavioral pattern in which maintaining streaks, not friendships, becomes the goal.

For most social media networks this would be seen as a win, but for Snapchat it feels contrary to our values - maintaining a friendship on Snap shouldn't be a neurotic activity.

KEY ISSUES

There are two key issues re: Streaks -

- Streaks are too broad -
    - Streaks remain the same no matter what the context; a co-worker and your best friend are treated identically
- Streaks' lack of context strips them of meaning and emotional resonance
- This renders Streaks a self perpetuating, anxiety driven system. Streaks are no longer a reflection of your relationship, just a button that need to be pushed in order to increment a number lest you lose it all.
- Streaks are too binary -
    - Streaks follow a very simple set of rules - Snap a friend every 24 hours or less to maintain the streak
- This is at the heart to the compulsion issue - binary rules lead to binary behavior, either you don't care at all about Streaks or they. must. be. maintained. at. all. costs. There is no nuance.
- These rules don't reflect the arc of a relationship; your friend doesn't stop being your friend just because you haven't talked in 24 hours.

The real question is... how do we rework Streaks to actually be the friendship bracelet they were intended to be?

How do we make them a <u>meaningful</u> expression of a relationship?

PROPOSED SOLUTION

To re-orient streaks as described above, we need to...



## Build Relationships, not Streaks

- There is not one single kind of relationship on Snap - they can range from friendship to romance to influencer and fan
    - Relationships are a web of interconnected states, not a single state or a linear progression

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6145093

- Users can have multiple relationships with one another, e.g. your Best Friend is also a Long Distance Friend
- Relationships can include more than two people, e.g. friends from school or work
  - If we can determine what kind of relationship you are in, we can -
    - Provide contextually appropriate UX and rules, e.g. friend versus acquaintance versus influencer
- Reflect the evolution of that relationship, e.g. you may start as a Fan, but eventually become a Friend
- Provide a visual representation of a user's relationship web

(IMAGE - Relationship Web Example A)

## Change the Rules

- Rather than a binary 24 hour rule, we track relationships over time -
  - Each relationship category has it's own set of tracked values
- The key value is (X) - representing the user's current contribution to the relationship
- (X) is incremented by user actions that contribute to the relationship
    - Not all actions contribute equally, video messages, shared Snappable experience etc. adding more
- This weighting varies based on the relationship category
  - (X) is decremented by (V) over time - this represents a user neglecting a relationship
    - (V) is modified on a curve
      - Can be concave or convex
- Curve is bounded by (Y) as a maximum value and (Z) as a minimum
- Any user action will reset the curve / (V)
    - (Y), (Z) and the maximum value of (X) vary by relationship category
  - If the user hits maximum or minumum value of (X), the relationship will transition (see
    - When the user enters a new relationship -
      - The (X) value will default to a (P)% of its maximum value
- The prior relationship will on longer be tracked
  - By moving from binary rules to a deeper, more balanced ruleset, we can -
    - Reduce user anxiety - important relationships will be ok if you are offline for a week
- Allow for smarter, more nuanced rules within the context of a specific relationship
- Make it much more challenging to game the system

(IMAGE - Relationship Curve Example)

## Hide the Numbers

- The number on the Streak icon is one of the key drivers of the compulsion issue
- Putting a number on a relationship reduces it to a mechanical abstraction, stripping it of context and warmth
- Instead, replace numbers with "softer" mechanics with clear visual feedback-
    - Relationship icon type and size
- Relationship evolution over time
- Swapping binary mechanics for the relationship curve described above
  - This plus the accumulation, of streaks should help transform this into something still engaging but less needlessly compulsive

(IMAGE - Relationship UI Examples)

HIGHLY CONFIDENTIAL (COMPETITOR)                    SNAP6145094

By combining these three approaches, we can create a system that remains engaging while replacing the hard dopamine loop with a softer, more nuanced and user friendly system.

## ADDITIONAL SYSTEMS DESIGN

RELATIONSHIP WEB

Relationships are not a linear progression, they are a web of categories that users traverse through their actions and interactions.

(IMAGE - Relationship Web B)

- Each relationship can transition into any of the other relationships linked to it in the  web
  - Transitions can either be -
    - Evolutions (upgrades)
- Regressions (downgrades)
  - Transitions are linked separately for Evolution and Regression, e.g. Friend evolves into several other relationships, but only regresses to Friend

There are two base categories of relationship

- Basic relationships - entry points into the relationship web
  - *Examples* - Acquaintance, Fan (see RELATIONSHIP CATEGORIES (WIP): Relationships (WIP) for more)
    - Basic relationship is determined when users become friends on Snap
      - User enters an invisible "starter" state with friend
- User actions relating to that friend are tracked for (S) days
- After this period ends, relationship transition rules are applied to the tracked actions (see RELATIONSHIP TRANSITION RULES: Relationships (WIP))
- If none of the relationship categories apply, the user will enter a default "acquaintance" relationship with their friend
      - Basic relationships cannot regress
        - (X) will sit at minimum value until modified by user action
- After (D) days, the relationship will
        - No longer be tracked
- Removed from the UI
- If user interacts with that friend in the future, they enter a new starter state
  - Advanced relationships - achieved by progressing through the relationship web
    - Uses relationship transition rules (see RELATIONSHIP TRANSITION RULES: Relationships (WIP))
  - Users enter this new relationship with (X) at a halfway point between minimum and maximum values
  - (X) will not begin to decrement until -
    - An (A) day holding state has passed

      OR

    - The user has incremented (X) above a preset value

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6145095

- o Examples – Best Friend, Influencer (see RELATIONSHIP CATEGORIES (WIP) Relationships (WIP) for more)
- Users should be able to visually retrace the evolution of their friendships via the Relationship Web.

Certain advanced relationships cannot evolve, e.g. best friend.  In these cases -

- The user can exit the relationship via regression
- User actions will still increment (X)
   - o Prevent regression
- o If (X) hits maximum, user earns a "secondary relationship" with their contact -
     - Category is determined by relationship transition rules (see below)
- User gains an additional relationship icon for that contact in their UI
- User actions contribute to all tracked primary or secondary relationships
- If a secondary relationship (X) hits minimum value -
     - Secondary relationship does *not* regress
- Instead, it is removed from the UI and no longer tracked
     - (X) resets to (P)% of its maximum value

## *RELATIONSHIP TRANSITION RULES*

- User actions are tracked / tallied
   - o What action
- o When
- o Was there a response
- o We don't want to violate privacy - we need to know how communication occurred, not the message itself
     - If there is only 1 link for the specific transition, then that becomes the active transitions
- If there are multiple potential links -
     - o Each transition will have a set of associated rules that evaluate the tracked user actions
          - Which actions?
- How often?
- Was there a response? How long did it take?
     - o These rules can be simple or complex
- o One link will always be the default
     - If no other conditions are met, this becomes the active transition

## *RELATIONSHIP EVOLUTION*

If users contribute to a relationship to the point that (X) hits its maximum value -

- The relationship enters an (A) hour "holding state" - the relationship hasn't changed yet, but it has topped out
- The relationship visual presentation should subtly alter to reflect this
- After the holding state ends, the relationship regresses to its precursor, e.g. Best Friend becomes Friend

## *RELATIONSHIP REGRESSION*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6145096

If users neglect an advanced relationship to the point that (X) hits its minimum value -

- The relationship enters an (B) hour "holding state" - the relationship hasn't changed yet, but it has bottomed out
- The relationship visual presentation should subtly alter to reflect this
- After the holding state ends, the relationship regresses to its precursor, e.g. Best Friend becomes Friend

*MISC*

Users should gain access to a "Relationship Cloud", a visual aggregation of all of your relationships and their evolution in pretty 3D cloud. Potentially gated behind the first relationship evolution.

(IMAGE - Relationship Cloud)

*Question -*

Do we allow users to assign friends to certain specific relationship types - e.g. Romantic Partner - and then maintain them?

## GROUP RELATIONSHIPS

- Follow basic (X) incremented by user action / decremented by (Y) & (Z) rules

## BUT

- Interacting with the entire group grants you the entirety of the increment to (X)
- Interacting with an individual user that is a member of your Group Relationship only grants a % of the (X) increment

## VISUAL PRESENTATION

Follows the same basic "Icon in the UI" model as Streaks, but -

- Visible -
    - Alongside names / Bitmoji in contacts UI
- In any relationship web / cloud UI
    - Removes the numbers (see above)
- Adds Icons per relationship category
    - Each Icon has multiple states
        - Stable - incremented within (C) days
- Neglected - not touched for (D) days
- About to evolve

HIGHLY CONFIDENTIAL (COMPETITOR)                                      SNAP6145097

- Evolution complete (holding state duration)
- Above to regress
- `Regression complete (holding state duration)
  - ○ States should be subtle visual cues - we don't want to cause a compulsion loop, just provide hints and guidance

(IMAGE - UI Mockup)

INTERACTION CATEGORIES (WIP)

Text - Single User

Text - Group
Snap Image - Single User

Snap Image - Group

Snap Video - Single User

Snap Video - Group

*Note* - using Lenses for a video or image Snap take (E)% of the increment value and also adds it to (X)

Shared interest - sports, videogames, music  etc.

Shared location

Snappable Multiplayer

Shared Lens

RELATIONSHIP CATEGORIES (WIP)

*BASIC*

Acquaintance

Friend

*ADVANCED*

Close Friend

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6145098

Best Friend

Old Friend

Long Distance Friend


Shared Interest, e.g. sports, crafting


Fan - follows public stories but communication is mostly one way

Stan - follows public stories but also regularly communicates with Influencer

Influencer - has other users follow their public stories


Metadata of Relationships (LOCAL)

Thread class
    document
Created
    2018-08-16T22:33:23+00:00
Updated
    2020-04-02T06:17:19+00:00
Link
    https://snapchat.quip.com/gbbBAHxFdMNP
Shared folders
    —

Expanded users

    ▆▆▆▆▆
    —

Users
    ▆▆▆▆▆

Urls
- https://snapchat.quip.com/envjABIsOyfs#WJMACAmrQ1y
- https://snapchat.quip.com/envjABIsOyfs#WJMACAmdPPp
- https://snapchat.quip.com/envjABIsOyfs#WJMACAmdPPp
- https://snapchat.quip.com/envjABIsOyfs#WJMACAmrQ1y

Chat

—

Edits

 edited at 2018-08-22T15:48:14.481Z

- Relationships (WIP) (LOCAL)

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6145099

• If the user hits maximum or minumum value of (X), the relationship will transition (see RELATIONSHIP WEB: Relationships (WIP))


████████ edited at 2018-08-21T16:03:01.494Z

• MUM'S THE WORD
• Relationships (WIP)
• If the intent of a streak was to be a virtual friendship bracelet, a tangible way to define the bond between you and your closest Snap friends, the end result has been the opposite; a compulsive behavioral pattern in which maintaining streaks, not friendships, becomes the goal.
•
• For most social media networks this would be seen as a win, but for Snapchat it feels contrary to our values - maintaining a friendship on Snap shouldn't be a neurotic activity.

• KEY ISSUES
• There are two key issues re: Streaks -
• Streaks are too broad -
• Streaks remain the same no matter what the context; a co-worker and your best friend are treated identically
• Streaks' lack of context strips them of meaning and emotional resonance
• This renders Streaks a self perpetuating, anxiety driven system. Streaks are no longer a reflection of your relationship, just a button that need to be pushed in order to increment a number lest you lose it all.
• Streaks are too binary -
• Streaks follow a very simple set of rules - Snap a friend every 24 hours or less to maintain the streak
• This is at the heart to the compulsion issue - binary rules lead to binary behavior, either you don't care at all about Streaks or they. must. be. maintained. at. all. costs. There is no nuance.
• These rules don't reflect the arc of a relationship; your friend doesn't stop being your friend just because you haven't talked in 24 hours.

• The real question is... how do we rework Streaks to actually be the friendship bracelet they were intended to be?
•
• How do we make them a meaningful expression of a relationship?
•
• PROPOSED SOLUTION
• To re-orient streaks as described above, we need to...

•
• Build Relationships, not Streaks
• There is not one single kind of relationship on Snap - they can range from friendship to romance to influencer and fan
• Relationships are a web of interconnected states, not a single state or a linear progression
• Users can have multiple relationships with one another, e.g. your Best Friend is also a Long Distance Friend
• Relationships can include more than two people, e.g. friends from school or work
• If we can determine what kind of relationship you are in, we can -
• Provide contextually appropriate UX and rules, e.g. friend versus acquaintance versus influencer
• Reflect the evolution of that relationship, e.g. you may start as a Fan, but eventually become a Friend
• Provide a visual representation of a user's relationship web
• (IMAGE - Relationship Web Example A)

•
•
• Change the Rules
• Rather than a binary 24 hour rule, we track relationships over time -

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP6145100

- Each relationship category has it's own set of tracked values
- The key value is (X) - representing the user's current contribution to the relationship
- (X) is incremented by user actions that contribute to the relationship
- Not all actions contribute equally, video messages, shared Snappable experience etc. adding more
- This weighting varies based on the relationship category
- (X) is decremented by (V) over time - this represents a user neglecting a relationship
- (V) is modified on a curve
- Can be concave or convex
- Curve is bounded by (Y) as a maximum value and (Z) as a minimum
- Any user action will reset the curve / (V)
- (Y), (Z) and the maximum value of (X) vary by relationship category
- If the user hits maximum or minumum value of (X), the relationship will transition (see RELATIONSHIP WEB: Relationships (WIP))
- When the user enters a new relationship -
- The (X) value will default to a (P)% of its maximum value
- The prior relationship will on longer be tracked
- By moving from binary rules to a deeper, more balanced ruleset, we can -
- Reduce user anxiety - important relationships will be ok if you are offline for a week
- Allow for smarter, more nuanced rules within the context of a specific relationship
- Make it much more challenging to game the system
- (IMAGE - Relationship Curve Example)


- 
- 
- Hide the Numbers
- The number on the Streak icon is one of the key drivers of the compulsion issue
- Putting a number on a relationship reduces it to a mechanical abstraction, stripping it of context and warmth
- Instead, replace numbers with "softer" mechanics with clear visual feedback-
- Relationship icon type and size
- Relationship evolution over time
- Swapping binary mechanics for the relationship curve described above
- This plus the accumulation, of streaks should help transform this into something still engaging but less needlessly compulsive
- (IMAGE - Relationship UI Examples)


- 
- By combining these three approaches, we can create a system that remains engaging while replacing the hard dopamine loop with a softer, more nuanced and user friendly system.
- 
- 
- **ADDITIONAL SYSTEMS DESIGN**
- RELATIONSHIP WEB
- Relationships are not a linear progression, they are a web of categories that users traverse through their actions and interactions.

- 
- (IMAGE - Relationship Web B)
- Each relationship can transition into any of the other relationships linked to it in the web
- Transitions can either be -
- Evolutions (upgrades)
- Regressions (downgrades)
- Transitions are linked separately for Evolution and Regression, e.g. Friend evolves into several other relationships, but only regresses to Friend
- There are two base categories of relationship

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6145101