**AMENDED Exhibit 936**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET                    P-SNAP-0642

**Bates Number:** SNAP1806711-SNAP1806724

**Custodian:** BRODY_JACK

**Author:**

**Filename:** STREAKS UTILITY ANALYSIS - HIGH SCHOOL VS. COLLEGE USERS.DOCX

**Create Date:** 10/13/2022 12:00 AM

**Last Modified Date:** 10/13/2022 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /STREAKS UTILITY ANALYSIS - HIGH SCHOOL VS. COLLEGE USERS.DOCX

P-SNAP-0642

# Streaks Utility Analysis - High School vs. College Users

**DS&A**
**Contact:** ███████████
**Last Updated: 9/27/2022**

## Objective

The goal of this analysis is to explore how snapchat streak usage shifts for users from high school to college. In this document, we plan to compare the topline streaks usage of users age 13-17 vs. 18-24 to better understand different streak communication behaviors for high school and college students.

## Summary

- Streaks are more popular within the high school (HS) user cohort when compared to the college user cohort:
    - Penetration Rate: 41% of high school DAU (ages 13-17) vs. 37% of college DAU (ages 18-24) participate in streaks
    - The penetration rate for both cohorts have increased ~10% YoY [V2] but the growth has been slow down since April 2022
- High school students have higher streak engagement than college students:
    - HS users have ~9 streaks increase per user while college users have 7, on average
    - HS users have ~0.4 new streaks created per user while college users have 0.2, on average
    - The number of streaks per user for both cohorts have increased 35% YoY
- Overall, ~30% of DAU have streaks. Given that the college student cohort is more than 2x the size of the HS user cohort, college students make up 2x as much of the streak DAU population.
    - 55% of streak DAU are college students and 22% are high school students
- Most high school and college snap senders are Streaks DAU :
    - 91% of HS snap senders and 87% of college snap senders have streaks[3]
- Most of the bidirectional communications for HS and college users have streaks:
    - 75% of HS user bidirectional communications and 73% of college user bidirectional communications have streaks

HIGHLY CONFIDENTIAL (COMPETITOR)

P-SNAP-0642

## Page 1 Comments

J1    wow - is this consistent with growth over prior years?
*Jack Brody, 9/27/2022 04:53 PM*

V2    We do see the growth for both cohorts have been slow down since April 2022. Since
we can trace back the data to 5/2021 the earliest, I compared the growth rate from
May to Sept YoY. The growth rate for HS users drop from 3% to 0.5% and the rate for
college users drop from 1.7% to 0.1%.
▬▬▬▬▬    *9/28/2022 10:35 AM*

3    1 total reaction
Jack Brody reacted with ☐ ☐ at 2022-09-27 16:54 PM
*9/27/2022 04:54 PM*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1806712

P-SNAP-0642

## Dashboard:

- Topline Snap Streaks Metrics: (link)
- Streaks Metrics for 13-17 and 18-24 user cohorts: (link)

## User Cohort:

- High School Cohort: Reported Age 13-17
- College Cohort: Reported Age 18-24

## Analysis Period:

- 5/10/2021 - 9/22/2022

## Streaks DAU by Age Group

The chart below shows the Streaks DAU distribution by age group and the percentage of Streaks DAU over total DAU by age group.



Overall ~30% (107M/350M) of DAU have Streaks with friends. Among them, the Streaks DAU within the 18-24 age group is more than 2x the Streaks DAU in the 13-17 age group. 41% of 13-17 year-old DAU have Streaks, and 37% of 18-24 year-old DAU have Streaks.

In summary, the college students within age 18-24 is our biggest user cohort with Streaks in terms of the population followed by the high school cohort which have the highest streak penetration rate (41% of streak users within the user cohort).

HIGHLY CONFIDENTIAL (COMPETITOR)

## Streaks DAU Breakdown - Streaks Increase DAU

This chart displays the % of DAU with Streaks Increased which means the DAU with the streaks increment (streaks +1). Currently, ~40% of high school DAU and ~37% of college DAU maintain the incremental streaks with friends on a daily basis.



% of DAU with Streaks Increased (5/10/2021 - 9/22/2022)

Since May 2021, the relative streak popularity (% of DAU with Streaks Increased) have increased 10% YoY:
- Penetration Rate for HS cohort (13-17) increased from 36% to 41%
- Penetration Rate for College cohort (18-24) increased from 32% to 38%

## Streaks DAU Breakdown - New Streaks DAU

This chart displays the % of new Streaks DAU which means the DAU who creates new streaks with friends. Overall, ~16% of high school DAU and ~11% of college DAU create the new Streaks on a daily basis.

HIGHLY CONFIDENTIAL (COMPETITOR)

**P-SNAP-0642**



% of DAU with New Streaks Created (5/10/2021 - 9/22/2022)

Since May 2021, the relative new streak popularity (% of DAU with New Streaks Created) have increased ~20% YoY:

- Penetration Rate for HS cohort (13-17) increased from 13% to 16%
- Penetration Rate for College cohort (18-24) increased from 9% to 11%

In conclusion, Streaks have higher popularity within high school user cohorts than college user cohorts based on the streak increase and new streak penetration rate (% of user cohorts with streak increase and new streaks). However, given that the college student age cohort is more than 2x the population of the high school user cohort, college students make up 2x as much of the total streak DAU population.

## Streaks per DAU

This chart shows the average number of Streaks per DAU. Currently, high school students (age 13-17) have ~9.5 Streaks friends while college students (age 18-24) have ~7 Streaks friends on average.

HIGHLY CONFIDENTIAL (COMPETITOR)

P-SNAP-0642



Since May 2021, the average number of Streaks per DAU have increased ~35% YoY:
- The number for HS cohort (13-17) increased from 7 to 10
- The number for College cohort (18-24) increased from 4 to 7

## New Streaks per DAU

This chart shows the average new Streaks created per DAU. Currently, high school students (age 13-17) create ~0.4 new Streaks daily while college students (age 18-24) create ~0.2 new on average. [J4]



Since May 2021, the average number of new Streaks per DAU have increased ~35% YoY:
- The number for HS cohort (13-17) increased from 0.3 to 0.4
- The number for College cohort (18-24) increased from 0.2 to 0.25

HIGHLY CONFIDENTIAL (COMPETITOR)

**P-SNAP-0642**

## Page 5 Comments

J4          Also a key finding for relative popularity between the cohorts
            *Jeremy Voss, 9/16/2022 08:18 PM*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1806717

P-SNAP-0642

In conclusion, high school user cohorts have higher Streaks engagement than college students regarding the number of streaks increase and new streaks per users.

## % of Snap Senders Having Streaks by Age

This chart shows the percentage of snap senders who have Streaks by age group.



Since the Streaks usage heavily ties to snap send activities, we would like to explore the % of snap senders who are actually the Streaks DAU. Overall, both high school and college snap senders have a very high penetration rate (87%+) to be the Streaks DAU.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1806718

P-SNAP-0642

## Streaks per Streak Sender (P50 and P90)



P50 - No. of Streaks per Streak Sender by HS vs. College Cohorts



P90 - No. of Streaks per Streak Sender by HS vs. College Cohorts

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1806719

P-SNAP-0642

According to the P50 and P90 number of Streaks per Streak Sender, we can see high school cohorts have relatively higher streak engagement with more streak friends per user. Since the beginning of 2022, we have seen the median number of streaks remain steady while P90 has been increasing 20%, which indicates the increased streak engagement within the power users.

- P90 of HS cohort has increased from 50 to 55 streaks per user since 2022
- P90 of college cohort has increased from 36 to 43 streaks per user since 2022

## % of Bidirectional Communication Having Streaks



Currently for both high school and college students, **over 70% of their bidirectional communication happens within Streaks relationships**, which also indicates the nature of closed relationships for Streaks friends. Among them, high school students have a higher % of Streaks communication than college students.

Since 5/2021, the % of streak communication for HS users has increased 4% YoY (72% to 75%) and the number for college users has increased 7.5% YoY (67% to 72%). In conclusion, Streaks become more popular in communication for both user cohorts and college users have higher growth rate overtime.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1806720

## Page 8 Comments

J5     ███████████ there is a recent decline in % bidirectional with Streaks that's not reflected in the same period last year. Also likely downstream of Snap Creates and broader bidirectional comm from Send To but we will monitor

*Jeremy Voss, 9/26/2022 03:25 PM*

HIGHLY CONFIDENTIAL (COMPETITOR)

P-SNAP-0642

## Appendix:

% of Snap Views from Streaks Friends



% of Recipient Snap Sends to Streaks Friends



Streak Increase DAU

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1806722



New Streak DAU



Streak per DAU



New Streak per DAU

HIGHLY CONFIDENTIAL (COMPETITOR)

P-SNAP-0642



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1806724