# AMENDED Exhibit 939

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Q4 US Growth Product Sprint

*Past Updates*: US Growth Sprint Tracker

# Q4 US growth product sprint [Oct 6, 2023]

***US Summary Table*** *See* **Dashboard** -

| Metric | Current Value (Δ) | End of Q4 Top 5 Active Projects (+ETAs) |
|---|---|---|
| | | *SendTo, Interactions and Messaging (link)* |
| **Bidirectional Communication Friend Count** | ██████ | 1. **Real-Time Suggestions** Building (eng) **-** ~2 weeks until internal testing |
| **1:1 + In-Group Bidirectional Communication Friend Count** | | 2. **Boosting Inactive Friends in Recents** Scoping - Boost inactive users 1/3/5+ slots if inactive more than 1 day |
| | | 3. **Top Groups in Send To** AB (testing) -On for iOS Beta 12.55 prod test. Android 12.56 beta |
| **DAU with Bidirectional Communication Friend Count** | | 4. **Group Streaks** Building (eng) - Targeting 12.58 to start prod test |
| **DRU (Inactive 1+ Day) from Snap Send** | | 5. **Expand reply section window** AB (testing) Mixed results on Android; iOS in AB. Revisiting removal logic |
| **New or Resurrected Bidirectional Communication** | | |
| | | *Notifications (link)* |
| **Incremental DAU from Growth Notifs at Max Capacity (link)** *\*\*Value from 9/29 due to data anomaly on 9/30 impacting 7DA* | | 1. **Streaks Fire + Hourglass in Notifications** AB (testing) Started Friday 2. **Shrink Quiet Hours from 12-7am to 3-6am (AB Link)** AB (testing)- Seeing ████ ████████ with 40k uninstalls. We plan to iterate on this by removing notification sounds during these hours to improve UX. 3. **Post In-App Messaging Notifications to OS Tray** Building (eng) 4. **Send Friend Stories to DAU** Building (eng): test sending friend story notifs to DAU with a rate limit. Also test subscriptions 5. **Refresh Enable Notifications FHP With New Image and Copy** Building (eng): Test ETA Next week |
| | | *Friending (link)* |
| **New Friends with Bidirectional Communication** | | 1. **Replace Profile Snapcodes with QR Codes** AB (testing) iOS done. Android A/B - found bug with scanning QR codes on 12.50+. 2. **Add Friends Nearby** AB (testing) AB | iOS minors | iOS adults 3. **Mentioning Non-Friends in Chat // Friending Upsells** Off Track Building |

HIGHLY CONFIDENTIAL (COMPETITOR)