**AMENDED Exhibit 944**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:**   Jennifer Stout  [███████████]
**Sent:**   8/3/2018 10:51:51 AM
**To:**     [███████████]
**CC:**     [███████████████████████████████████████] Jacob Andreou [██████████████] [█]
            [███████████] Mary Ritti [███████████] [█]; Rachel Racusen
            [███████████████████████]
**Subject:**  Re: snapchat fueling mental illness


One other point we've used when discussing lenses has been they aren't just about beautification. They are silly and wacky and we've found that sometimes people find comfort in the anonymity lenses can provide. When using a lens that can mask your features, some people find it easier to express themselves without judgement or fear of retribution (in some repressive societies). Or talk about difficult situations that may have happened to them (bullying, coming out as LGBTQ, or as a victim of sexual abuse).

Jen

On Fri, Aug 3, 2018 at 1:47 PM, [████████████] [█████████████████]  wrote:
  Adding Jacob as him and I were discussing yesterday and he may have a PoV too

  @Jacob if you want off of the chain, just let us know

On Fri, Aug 3, 2018 at 10:37 AM [███] [█████████] [███████████]  wrote:
  HERE is near-final messaging for sales. Thank you [███████████] providing the bulk of it. Let me know any issues in the next 45 minutes before I ship to [███] and the In-Market team.


On Fri, Aug 3, 2018 at 10:09 AM, [████] [█████████] [██████████████]  wrote:
  I'm in touch with [█████████] I'm putting this into a sales-ready doc HERE. Thanks!

On Fri, Aug 3, 2018 at 10:05 AM, Rachel Racusen [████████████████████]  wrote:
  There's some helpful context in this Mashable story (which is actually pretty balanced) that we might want to point out for Sales too:

  "The most concerning thing here is that perhaps people wouldn't have otherwise found flaws in a few pimples or perfectly normal-sized eyes if face-tuning hadn't existed. Perhaps body dysmorphia is increasing thanks to Snapchat. ==However, at this point, anecdotal evidence from plastic surgeons, and opinion pieces like Thursday's articles, is insufficient to draw that causal connection.==" [Mashable, August 3]


On Fri, Aug 3, 2018 at 12:58 PM, Rachel Racusen [████████████████] wrote:
  It is a catchy weekend story -- I think we should continue to assess if these stories are overly singling us out or not, and if they seem like they are, reach out to reporters off the record with a little content.

  I'd recommend for Sales adding a little context into this "study":

  Something like -- a few things to keep in mind:

  • This appears to be an opinion article written in the Journal of American Medical Association (JAMA) that is about several platforms, and doesn't appear to have new studies or statistics attributing this more to Snapchat than other platforms that also offer lenses and filters

CONFIDENTIAL                                                    SNAP0755683

On Fri, Aug 3, 2018 at 12:52 PM, ████ ████████████████████ wrote:
Hi team,

This is a catchy weekend story and I'm seeing pick-up in bigger pubs like Mashable, Women's Health, Inverse, The Sun, Daily Mail, The Independent, etc.

I just heard from ████ ████ asking if we have language she can use with clients. We also have a new inquiry from TIME in our press inbox (most others have written without reaching out to my knowledge).

I'm okay with continuing to not engage w/ media here if Rach/████ think best, but let's create something easy for sales at least. How about the below, which could also work w/ reporters on background along with "we aren't commenting on this study specifically, but the following are some key points to keep in mind, provided on background":

• Helping Snapchatters feel comfortable expressing themselves is our number one priority.

• When Snapchat launched in September 2011, it was at a time when young people were already spending a lot of energy curating a perfect image of themselves on social media. The first core innovation of Snapchat -- ephemeral photos -- was designed to remove the pressure that came with communicating with your friends online. There is less pressure to look pretty or perfect when we're creating and sending images on Snapchat that don't have to be recorded or archived forever. Also in this spirit, Snapchat was designed without public vanity metrics, like public comments, likes or shares. Snapchatters also don't see metrics like how many friends they have, or how many friends other Snapchatters have; you can't see how many people view each other's Stories either.

• Snapchat Lenses were designed as a fun way to help lower the barrier to self-expression and storytelling on Snap. For example, many people weren't used to talking to a camera as a means of communicating before Snap came along and Lenses help us see how fun it can be!

• Every time you open the app, you'll see a mixture of Lens options available to you -- the silly and sometimes bizarre, mixed in with characters and make-up looks, in addition to World Lenses like our 3D Bitmoji Lenses, and even Snappables designed for interaction and play with friends through AR.

We could also plug the safety center?


On Fri, Aug 3, 2018 at 8:05 AM, Rachel Racusen ████████████████████ wrote:
Sorry for delayed follow up on this this morning -- but Marketwatch's piece turned out OK and didn't overly single us out, so I think not engaging was the right approach here.

We have a full roundup of the coverage this got in clips -- not a huge amount of mainstream US pickup, but CBS This Morning did mention it as a 15 second news read through in their 8:30 am block, and completely focused on Snapchat, which is frustrating (I think largely because we are the more well known company listed in this paper, and because this phenomena has been dubbed "Snapchat dysmorphia" -- which is really unfair. Here's the TV Eyes clip: http://mms.tveyes.com/PlaybackPortal.aspx?SavedEditID=28a04aca-54ef-4518-87cd-22c20ea27d1e

CBS reached out to us pretty late on this, and not sure we would have gained much by engaging given how short their mention was, but I am planning to call their producer about the study not just being about us or including anything new, and how skewed an image this presented to their viewers.

https://www.marketwatch.com/story/the-unsettling-relationship-between-selfie-filters-and-plastic-surgery-2018-08-02
**The unsettling relationship between selfie filters and plastic surgery**

SNAP0755684

Marketwatch
By Kari Paul
August 2, 2018

Your social media feed could be bad for your health.

Photos on Instagram FB, +0.67% Snapchat SNAP, +1.19% and other platforms are fueling a rise in mental health disorders, skewing users' self-perception and inspiring them to seek out plastic surgery procedures, a paper published in the Journal of the American Medical Association on Thursday said.

Photo editing apps and social media have caused people to compare themselves to unrealistic beauty standards, and can even lead to body dysmorphic disorder (BDD), it said. BDD is classified as a form of obsessive compulsive disorder in which a person becomes excessively preoccupied with a perceived flaw in appearance.

People are seeking changes to very small perceived flaws after spending too much time on social media, said Lara Devgan, the chief medical officer at plastic-surgery platform RealSelf.

"I've noticed an uptick in people looking for what I like to call micro-optimization — tiny, millimeter-level changes that together make the face look better," she said. Examples include requests for slightly fuller lips or narrower noses. "This is the principle behind Snapchat filters, and it has become the new norm with aesthetic medicine and plastic surgery."

Many patients don't realize the images they constantly see on social media are airbrushed, the paper said. Meanwhile, cosmetic surgery jumped 11% in 2017, with consumers spending more than $6.5 billion on procedures that year alone, according to the American Society for Aesthetic Plastic Surgery, a trade group.

The number of cosmetic procedures of all kinds has increased 115% since 2000, which many surgeons attribute to the rise of social media. The majority of plastic surgeons (66%) say that patients request procedures such as lip fillers based on posts by social media stars like Kylie Jenner.

More than 40% of surgeons in a recent American Academy of Facial Plastic and Reconstructive Surgery survey said looking better in selfies on Instagram, Snapchat, and Facebook FB, +0.67% was an incentive for patients getting surgery.

Doctor Michael Byun, a cosmetic surgeon in Chicago, said he has seen an increase in teens coming in for lip procedures citing photos of Kylie Jenner as inspiration. He struggles to balance their wishes with what is best for the patient.

"Patients are the most important person in the equation," he said. "But I should be protective of my patient and be an advocate. We surgeons should do procedures benefiting their physiology as well as their psychology."

Before Instagram and Facebook, patients would bring images of celebrities to their surgeons. But now, in a phenomenon dubbed "Snapchat dysmorphia," patients bring in edited versions of their own faces created with the retouching app Facetune or Instagram or Snapchat filters, showing fuller lips, bigger eyes, and a thinner nose, the researchers said. (Facebook, Instagram, Snapchat and Facetune did not immediately respond to requests for comment.)

"This is an alarming trend because those filtered selfies often present an unattainable look and are blurring the line of reality and fantasy for these patients," the authors of the JAMA article wrote. The

CONFIDENTIAL

SNAP0755685

paper was co-authored by four doctors at the Boston University School of Medicine based on their experiences.

The trend isn't just limited to women: Men accounted for 8% of those who got plastic surgery in 2017, up 1% from 2016. Men received contouring procedures such as liposuction (up 23%), tummy tucks (up 12%) and male breast reductions (up 30%) over the past year.

On Thu, Aug 2, 2018 at 3:12 PM, Rachel Racusen < █████████████████████ wrote:
Doesn't look like Kari has posted yet, and agreed that I don't expect this to get much traction. I think we can leave it be for now (I like the ideas of working him on background, but still think it could make us more the focus of this than we want to be).

On Thu, Aug 2, 2018 at 2:01 PM, ██████ ███████████████████████ wrote:
I agree with you both -- the idea that filters have given us unrealistic expectations of beauty is well-traveled territory and while it may get a bit of steam, most people can acknowledge that this is not a Snapchat-lead problem. Especially if there aren't new stats here.

Would it be worthwhile to point out off record that our Lenses encompass a vast variety of animations and effects that can be silly, world-facing, games with friends, etc.?

(And hopefully in the next ~3-6 months we have strong research findings from our grad research that shows the positive effects of creativity and self-expression with friends on Snap outweigh the cons and can make some noise with that.)

On Thu, Aug 2, 2018 at 9:26 AM, ██████████ ████████████████ wrote:
Since there is so little there, there, I'm with you on not commenting. If anything we should ask them to correct that you can't access Lenses with a swipe, and send them all of the examples of Lenses that make you look absolutely ridiculous. I don't expect this to get much traction and think we would only lend legitimacy by responding. Let's let Facetune carry the water here!

On Fri, Aug 3, 2018 at 00:16 Rachel Racusen ██████████████████████ wrote:
A reporter from Marketwatch just reached out to us about a new study published in the Journal of the American Medical Association (which is pretty legit), that claims "Snapchat selfies are fueling mental health disorders and ultimately plastic surgery in young people." I asked him for the study, since it isn't live on JAMA's site yet, and he sent me the attached PDF, which looks more like an issue paper summarizing a few recent studies as opposed to a new study. The study references this piece from the Huffington Post from last Feb, which some of you may remember: https://www.huffingtonpost.com/entry/snapchat-dysmorphia_us_5a8d8168e4b0273053a680f6

I'm not suggesting we comment -- esp since this doesn't appear to be a new study, but wanted to flag for this group and see if folks had thoughts in general.

Seems to me like:

1) A bit odd this paper focuses on Snapchat and Facetune, but not Instagram
2) I don't see the specific claim in this paper that Snapchat is fueling mental health disorders (in terms of any new stats, etc)

CONFIDENTIAL

---------- Forwarded message ----------
From: **Snap Communications** ███████████
Date: Thu, Aug 2, 2018 at 11:20 AM
Subject: Fwd: snapchat fueling mental illness
To: ███████ ████████████  Rachel ██████ ███████████████


---------- Forwarded message ----------
From: **Kari Paul** <kari.paul@marketwatch.com>
Date: Thu, Aug 2, 2018 at 4:15 PM
Subject: snapchat fueling mental illness
To: ████████████


Hello, I am writing about a new study that claims Snapchat selfies are fueling mental health disorders and ultimately plastic surgery in young people, published today in The Journal of the American Medical Association. Do you have any comment on this? My deadline is noon EST but happy to update the piece if you reply after that.

Thanks!


--
Kari Paul
Personal Finance Reporter

## MarketWatch

Office (212) 416-3731
Signal: (609) 535-3007
Twitter: @kari_paul




--


Rachel Racusen
Director of Communications
███████████████████
████████████


--

Rachel Racusen
Director of Communications

--

Rachel Racusen
Director of Communications

--

Rachel Racusen
Director of Communications

--

Rachel Racusen
Director of Communications

CONFIDENTIAL                                    SNAP0755688