# AMENDED Exhibit 947

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Why 13-17 female users are using lenses less often**
Product Research | May 31 2023


From qual that need validation:



- Cultural shift toward 'no filter' ('clean girl aesthetic') and 'informal' posting (photo dumps) > would be weird to use a Lens to keep up with these trends
- Negative perception of celebrities/influencers that use beautification Lenses/over editing > perception moves down into users own use of Lenses
- Mental health is already bad/fragile (more so than 13-17 male - tons of external research) > using a Lens can create or enhance the dysmorphia users are trying to avoid
- It's cringy to publicly admit you're trying to look better (beautification Lens) - sets off a chain of social effects (she doesn't even look like that, why is she trying so hard)[R1]
- There are only a few funny Lenses - which users said they will use - immediately available on the carousel and people are not going to put in effort into finding new ones, if it's there it's there
- Users only want to look like a funny or better version of themselves, nothing in between
- A Lens is a 'background' to the context of the photo - finding new ones or even using one isn't integral to the content of the Snap > Snap's perception for 13-17 is a communication app, not a camera app
- No one is posting Lenses on their Story on any platform
    - Could be an exception with TikTok but 'effect' use is: 1) to add humor 2) as a 'background' the content of the video 3) to create discourse on the effect itself 4) to go 'viral' via the use of a trending effect
- We haven't delivered on our promise of a more inclusive camera > not going to use a beautification lens that makes me look worse
- Users don't think to use world facing Lenses because they are primarily using front facing on Snap ▮▮▮▮▮ research showed preference for back camera on native device vs. Snap)
- Doesn't match the 'disposable'/digital camera aesthetic




- Users don't want to put in the effort to find and use a lens
- Users don't have the time to find and use a lens
- Users aren't looking for anything to change their appearance
- Users don't want to show others they are using a filter
    - Snapchat is for in the moment snaps -> users don't want to show others they're putting effort into these kinds of snaps
    - It's so easy to tell you're using a lens on Snapchat
- Lenses are seen as 'cringey'
    - They drastically change your face
    - The beauty standard is veering more towards natural beauty

  SNAP5996231

## Page 1 Comments

R1          this ones so good

           5/24/2023 09:57 AM

## Page 1 Comments

CONFIDENTIAL

SNAP5996232

- This cohort of users is more exposed to makeup / beauty skills (through social media), so maybe they've enhanced those skills to the point where they think they look better w/o filters [S3]
- Lenses are seen as 'immature'
  - Most of the funny ones have kid humor (e.g. peppa pig)
- Using a Lens decreases (already bad) camera quality
- Users aren't posting their face to their Story nowadays anyway, so they wouldn't need to use a lens if they're not showing their face
- If a user doesn't feel their appearance is good enough to show their face on Snaps to friends, they'll just send a Snap using the back facing camera, or their forehead
  - Bc it's easier, takes less time than finding a lens and making sure you're looking good with the lens
- Friends don't use it, so I don't
- The novelty wore off
- They don't think (beauty) lenses actually make them look better / good (i guess also mentioned above)
- Ppl send half their face / their forehead -> no need to use a lens for these types of Snaps


Use Case:
Entertainment mode (browsing): exploring lenses, scrolling through to see what new lenses are
Communication mode: going to quickly take a photo to share with my friends (often looking for a funny one)
Looking for a specific lens: to send to a friend or post on their story

## Page 2 Comments

R2      this is a wild one - but just thinking about why my age cohort used lenses when we were 13-17

███ █████, 5/23/2023 05:11 PM

S3      I LOVE your list - had a lot of the same ones in mind but never thought of this and do think there is something there. Like some of them are working so hard to follow all these new makeup trends, you'd want to show them off without a Lens if you mastered them (or even did your own makeup at all)

███ █████ 5/23/2023 06:13 PM

CONFIDENTIAL                                                                                                            SNAP5996234