# AMENDED Exhibit 949

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Channel #product-feedback - 2020-07-14 (UTC)

7/14/2020, 12:15 AM UTC
████  ██, Agatha Baldwin, ████  ███, and 27 others

<span style="background:red">Has deletions</span>
<span style="background:green">Has edits</span>

- ███████ (UG6HJJMPA)TY

Saw this Tweet and thought I'd share. Beautification is definitely one of the most popular lens features, and I am also guilty of promoting this feature to brands/advertisers. Initial thought: produce 'Here For You' content that talks about body dysmorphia; and toning down beautification levels in organic lenses. Thoughts?
7/8/2020, 7:40 PM UTC

  - ○ Agatha Baldwin AB

    cc: @Althea Tupper / @Deborah Oshuntola for fyi
    7/14/2020, 12:40 AM UTC

  - ○ Deborah Oshuntola D O

    @Mariia Apanovych ████ ████████ for viz
    7/14/2020, 6:13 PM UTC

  - ○ Mariia Apanovych MA

    Hey team, we had lot's of AB tests on beautification in Lenses. It brigs us +70% of engagement with lenses about 60% of our DNU which comes to Snapchat only because of lenses. If you are interesting to talk more about it, feel free to ping me directly. If you plan any actions on this please add me to the tread. Thanks!
    7/14/2020, 7:29 PM UTC

  - ○ ████████████████

    Hi @Mariia Apanovych are these positive metrics what's causing us to continue to apply beautification in this way? Have there been any studies using different approaches?
    7/14/2020, 9:19 PM UTC

  - ○ Mariia Apanovych MA

    We used approach to turn off 'beautification' and different levels to measure impact on engagement. Exactly what was proposed above. And also we have diverse set of lenses including some of non beautifying community lenses in carousel and ML ranking select the lenses based on personal+cohort preferences for the exact user.
    7/14/2020, 9:39 PM UTC

  - ○ ████████████████

    I see, are there any lenses currently that would allow our users to "look cute" without applying beautification? "looking cute" is subjective but I mean is there any lens that we think fits that category.
    7/14/2020, 9:43 PM UTC

- ███████  █████████████

Pretty spectacular application of spectacles! The bit where he introduces 'Face Cameras' almost feels like sponsored content (was it?), except when the Spectacles broke. https://youtu.be/aHyNYfFfXlg >
7/11/2020, 12:18 AM UTC

  - ○ ██████  ████████  ██

    This is incredible. VR memories, very creative.
    7/14/2020, 9:33 AM UTC

- ████████████  ██████████████

As one small, statistically insignificant data point, I'd like Bitmojis for work.
7/13/2020, 11:43 PM UTC

  - ○ ████████  ████  ██

    @███ █████████ thought that there's a Snapchat t-shirt bitmoji that only employees can wear. Or maybe that's just self selection bias lol.
    7/14/2020, 12:15 AM UTC

  - ○ ████████████  ████

    Hi ████  ████ When you say 'Bitmojis for work,' are you looking for custom text related to work? We have 100% rolled out the Customoji tool in the Google Chrome plug-in that let's you type in text and choose different template stickers to apply it to. Not all stickers are templatized yet, that's an on going project, and we do not current support multiple fonts types in one sticker (though perhaps an idea for the future). Depending on the length of your text, you'll get more or less sticker templates to apply it to. Hope this helps!
    7/14/2020, 5:37 AM UTC
    <span style="background:green">Hi @███ █████k! When you say 'Bitmojis for work,' are you looking for custom text related to work? We have 100% rolled out the Customoji tool in the Google Chrome plug-in that let's you type in text and choose different template stickers to apply it to. Not all stickers are templatized yet, that's an on going project, and we do not current support multiple fonts types in one sticker (though perhaps an idea for the future). Depending on the length</span>

of your text, you'll get more or less sticker templates to apply it to. Hope this helps!



7/14/2020, 5:38 AM UTC
AM UTC
Screen Shot 2020-07-13 at 10.37.03 PM.png7/14/2020, 5:37 AM UTC

○ ▮▮▮▮▮▮▮ ▮

7/14/2020, 5:37

I believe we have some existing Bitmojis for the artist and detective and want to see more professions from https://emojipedia.org/joypixels/ >
7/14/2020, 5:44 AM UTC

CONFIDENTIAL    SNAP0506750

 

   

   

   

   

   

   

   

   

7/14/2020, 5:44 AM UTC

CONFIDENTIAL                                                                    SNAP0506751

Image from iOS 7/14/2020, 5:44 AM UTC

CONFIDENTIAL

SNAP0506752

T-Mobile Wi-Fi 10:43 PM  59%

🔒 emojipedia.org

   

   

   

   

   

   

   

   

7/14/2020, 5:44 AM UTC

CONFIDENTIAL

SNAP0506753

Image from iOS7/14/2020, 5:44 AM UTC

CONFIDENTIAL

SNAP0506754


T-Mobile Wi-Fi    10:43 PM    59%
emojipedia.org

  
   
   
   
   
   
   
   

7/14/2020, 5:44 AM UTC

CONFIDENTIAL    SNAP0506755

Image from iOS7/14/2020, 5:44 AM UTC

○ [REDACTED]

But as a Bitmoji? Sorry if I'm not following, but those are emojis, not Bitmojis in your example ☺
7/14/2020, 5:46 AM UTC

○ [REDACTED]

Yes. Here are the Bitmoji Detective and painter. I'm wondering if we can do more like those



7/14/2020, 6:09 AM UTC                     7/14/2020, 6:09 AM UTC
Image from iOS7/14/2020, 6:09 AM UTC



                    7/14/2020, 6:09 AM UTC
Image from iOS7/14/2020, 6:09 AM UTC
The similarity with the :female-artist: and ⚒ is striking and would love to see the scientist for example :male-scientist:
7/14/2020, 6:11 AM UTC

○ [REDACTED]

I see, thanks for clarifying Zach. Will pass on the suggestion to the team!
7/14/2020, 4:16 PM UTC

• [REDACTED]

Time traveling powered by Spectacles (this is pretty cool.)
https://gizmodo.com/this-artist-filmed-his-life-with-snapchat-spectacles-fo-1844350795/amp?__twitter_impression=true
7/14/2020, 12:34 AM UTC
~~Time traveling powered by Spectacles (this is pretty cool.)~~
~~https://gizmodo.com/this-artist-filmed-his-life-with-snapchat-spectacles-fo-1844350795/amp?__twitter_impression=true~~
7/14/2020, 12:34 AM UTC

• [REDACTED]

Just saw someone post this to their story. Thought it might be informative.
7/14/2020, 7:27 PM UTC



                     SNAP0506756



CONFIDENTIAL

SNAP0506757



7:27 PM UTC
Image from iOS (F0173A15FH9)Image from iOS7/14/2020, 7:27 PM UTC

o ▮▮▮▮▮▮▮▮▮ ▮

<https://twitter.com/fandegregpernia/status/1283131985398030341>
7/14/2020, 9:26 PM UTC
saw this as well
7/14/2020, 9:26 PM UTC
Not sure if we're already tracking it somewhere @Josh Siegel FYI
7/14/2020, 9:29 PM UTC

o **Josh Siegel JS**

i don't know about that issue - is there a jira? cc @▮▮▮▮ ▮▮▮▮
7/14/2020, 9:45 PM UTC
cc @▮▮▮ ▮
7/14/2020, 9:46 PM UTC

o ▮▮▮▮▮ ▮▮▮▮▮▮

Seems like this UBN: <https://jira.sc-corp.net/browse/CAMERA-58018>

▮▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮ can you confirm?
7/14/2020, 9:58 PM UTC

o ▮▮▮▮▮▮▮▮▮▮

Yes that the user is likely referring to the black camera issue.
7/14/2020, 10:03 PM UTC
Most users were able to recover but uninstall/reinstall will resolve the problem as well.
7/14/2020, 10:03 PM UTC

• ▮▮ ▮▮ ▮▮▮▮▮▮

Shoutout to Pam for this incredible lens. This is right up there with the twerking alien. My team will be surfacing some of the best content from the lens for our Snaps of the Day franchise on Community 📸 https://www.snapchat.com/unlock/?
type=SNAPCODE&uuid=ce69bdd2713041779c7632fe363cc36a&metadata=01
7/14/2020, 7:41 PM UTC
Snap to Unlock!
Snapcodes link to Lenses, Filters, and more on Snapchat. Just Snap (or tap!) to unlock.

• ▮▮ ▮▮▮▮ ▮▮▮▮▮

u know where i am
7/14/2020, 7:48 PM UTC
u know where i am
7/14/2020, 7:48 PM UTC

• ▮▮▮▮▮▮ ▮▮▮▮

▮▮▮▮▮▮ has joined the channel

7/14/2020, 7:48 PM UTC

• ███████████  █████████████

this seems to be going around in IG...
7/14/2020, 8:00 PM UTC

CONFIDENTIAL

SNAP0506759

.ıll T-Mobile 📶    12:47 PM    🔔 51% 🔋

‹    **Photo**    ↺

---

🟥 MEME ZAR    **memezar**    •••

---

Really snapchat?! 👀





I'll delete snap

♡  ○  ◁                          🔖

**498,731 likes**

**memezar** Ima head out

View all 3,977 comments

**bviral** This best be a joke...                    ♡

1 day ago

7/14/2020, 8:00 PM UTC

CONFIDENTIAL                                    SNAP0506760

IMG_1744.jpg (F0173C7B9C3)IMG_1744.jpg7/14/2020, 8:00 PM UTC

○ ██ ██████ ██

I saw that on twitter too, fake right? (Altho unfortunate timing w the half swipe changes in NGS)
7/14/2020, 8:02 PM UTC

○ █████ ███████ █

I don't see a localized string for "half swiped"...
7/14/2020, 8:02 PM UTC

○ ███ ██████ ██

I assume they just changed a username to "[something] half swiped a chat"
7/14/2020, 8:02 PM UTC

○ ████████

Lol yes it's fake/a joke
7/14/2020, 8:02 PM UTC

○ ██████████ ██

exactly ^
7/14/2020, 8:02 PM UTC

○ █████ ███████ █

Lol, love the effort
7/14/2020, 8:03 PM UTC

○ ██████

Clever kids!
7/14/2020, 8:03 PM UTC

○ ████ █████ ██

Since the phrasing implied by "from max half swipes a chat" would be p weird
7/14/2020, 8:03 PM UTC

○ ████ ████████

if you search "half swiped your chat" in Search there are a handful of accounts with this in their display name
7/14/2020, 8:06 PM UTC
if you search "half swiped your chat" there are a handful of accounts with this in their display name
7/14/2020, 8:07 PM UTC

○ █████████████

there was lots of confusion and comments in the thread of the post with people wondering if it was fake and then others explaining it was a display name edit
7/14/2020, 8:38 PM UTC

○ ██████████████ ██

This is amazing
7/14/2020, 10:09 PM UTC

○ █████ ███████ ████ ███

surprise display name edits like this only work for non-friends in groups, right?
7/14/2020, 10:46 PM UTC

○ ██████████ ██

or non-friends if you accept chats from anyone
7/14/2020, 11:34 PM UTC

• ████ ██████ █████████████

This is interesting! Do we have anything showing the status of friends and if they're available to chat, video, call, etc. in our app? I've found I connect really easily with acquaintances on Houseparty since I'm notified when they are "in the house". Wroth exploring since this quarantine ain't over yet!

"Can an app revive acquaintanceship?"
7/14/2020, 10:47 PM UTC
Can an app revive acquaintanceship?
█████████████newsletter #9: Everyone feels lonely! Plus, podcast highlight app Tl;Dl

○ ██████████ ██

We have on our roadmap plans/ideas on how to make the calling experience more scalable and just allow you to let your friends know that you're keen to talk to them, rather than slamming them with incoming call that in a way says: "You, I, talk, now!". There is a lot of UX debt we have to pay before we get there (accidental calls, out of chat calling) but it's high there on the list of priorities. Stay tuned!

CONFIDENTIAL                                                                    SNAP0506761

7/14/2020, 10:54 PM UTC
- ◦ █████████

CONFIDENTIAL

SNAP0506762