**AMENDED Exhibit 950**

**PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**P-SNAP-0660**



# DOCUMENT SLIPSHEET

**Bates Number:** SNAP5059169-SNAP5059321

**Custodian:** ANDREOU_JACOB; APANOVYCH_MARIIA; BALDWIN_AGATHA; BONIAKOWSKI_JEB; BOYD_NATHAN; BRODY_JACK; ███████████; HAMMERSTROM_MORGAN; LEVENSON_DAVID; ████E; LUE_DAVID; MURPHY_BOBBY; OSBORNE_ALEX; PATEL_IMRAN; SCHRAEDLY_LAURYL; ████████ SIEGEL_JOSH; SPIEGEL_EVAN; SUNDARAM_SENTHIL; TRAN_ABBY; VOSS_JEREMY; YADEGAR_NONA; ██████N; ZICAFOOSE_KALE

**Author:** ████████████

**Filename:** [CHEETAH] DISCOVER FEED USER SPEC.HTML

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /[CHEETAH] DISCOVER FEED USER SPEC.HTML

[Cheetah] Discover Feed User Spec

> 10/19/2017, 11:58 PM UTC
> Labels
>     type: document

Quip

# [Cheetah] Discover Feed User Spec

## Feature Overview

Create a flexible and focused stories design. An infinite feed of ranked, interesting content.

### Feature Goals

- Deeper engagement and more time spent with public stories
- Drive an endless scrolling experience of interesting content
- A space to promote popular accounts, and encourage others to create more popular content

### Owners

- **Design:** ███████████████████████████ Jack Brody
- **PM:** ██████████
- **Engineering:** ████████████████████████
  ████████████
- **Customer Ops:** Agatha Baldwin Nona Farahnik ███████████
- **Localization:**

### Resources

- Project Cheetah Super Spec
- [Cheetah] Stories - Super Spec [v1]
- [Cheetah] Stories Ranking
- [Cheetah] Stories Plan B (Tab Design) User Spec
- [Cheetah] Fullscreen Player UI User Spec [v1]
- [Cheetah] Stories Content
- Stories Test Plan [Cheetah]
- Jira: https://jira.sc-corp.net/browse/SEARCH-15138

# User Stories

## Stories

### 1.0 Content

- See: [Cheetah] Stories Content

### 2.0 Visual Appearance

#### 2.1 General

- There are two columns of tiles
- There no longer are sections. We plan to take another look at this post launch.
- The first tile is inserted in the left column. After that, tiles are inserted into the shorter column. This should ensure column heights do not diverge too far.
- The '+' create story button is gone and no longer in the header

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5059169

- When I leave the Stories screen, the page re-orders based on the content I've viewed and new content that has been posted

- **2.4 New Users**
- New users have the same experience here as existing users
- 2.5 Hiding Stories
- I can hide stories I don't want to see
- We should use this as a signal in ranking
- 3.0 Video Tiles

- Videos will automatically play in line for some tiles.
- These videos will play on mute.
- Every 3 or more tiles have a video tile
- NOTE: We do not want videos closer than this, it gets too distracting
- We need streaming in order for these video tiles to work
- We'll need placeholder thumbnails for the first frame
- We may avoid using this tile type on bad network situations/areas. We should test this.
- We should select video tiles based on engagement score, with tiles that are more likely to be engaging getting a video tile.
- *NOTE: Eventually we'll want to split test individual stories as videos vs tiles to see how they perform on an individual basis. We already do something similar for Discover with multiple tiles.*

- 4.0 Ranking
- Content is ranked using ML based on engagement, time spent and retention. The more likely we think a user is to enjoy the content, the higher it is ranked
- We do not rank with any preference based on the type of content
- For now, we should not try to show a certain number of one type of content. Rely on the ranking.
- Human Input
- Our ranking system should be able to take input from humans in some cases. We can create scores which they can adjust: quality, timiliness, geo-sensitity, newsworthy-ness, etc
- *NOTE: We believe having a human touch will help us in the short term significantly improve the ranking and help train our ML model for the future*
- 6.0 Subscriptions
- I can subscribe to content and it is only used as a signal for ranking
- I can subscribe to Official Stories

- 7.0 Playback
- All content auto-advances from one story to the next
- TODO: We'll want to work on this transition
- Metrics
- Questions We Should Be Able to Answer
-
-

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5059321