# AMENDED Exhibit 953

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** Nona Farahnik Yadegar ▮▮▮▮▮▮▮
**Sent:** 10/13/2020 7:48:01 PM
**To:** Evan Geary ▮▮▮▮▮▮▮▮▮▮ ]
**Subject:** Re: Spotlight Q

lol ur emails are so funny

On Tue, Oct 13, 2020 at 5:17 PM Evan Geary < ▮▮▮▮▮▮▮▮▮ > wrote:
 Worth noting that all Spotlight content will be pre-reviewed by humans (TBD on how long that lasts).
 Not sure what to say about addictive endless scrolling. We already have an endless scroll design in Discover
 and I think we wish it was more ~~addictive~~ compelling.


On Tue, Oct 13, 2020 at 5:07 PM Jennifer Stout ▮▮▮▮▮▮▮▮ c▮ wrote:
 Rachel was not aware of the answer to the first question on the Social Dilemma and Spotlight. She agrees it is
 totally off and will work with Kevin to re-do.

On Tue, Oct 13, 2020 at 6:35 PM Mike O'Sullivan ▮▮▮▮▮▮▮▮▮▮▮ > wrote:

# Redacted--AC

PRIVILEGED & CONFIDENTIAL

# Redacted--AC

HIGHLY CONFIDENTIAL (COMPETITOR)



Δ π EXHIBIT 17
Deponent Yadegar
Date 12/16/24 Rptr. UE
WWW.DEPOBOOKPRODUCTS.COM

SNAP1393050

# Redacted--AC

--
Mike O'Sullivan | General Counsel | Snap Inc.

If you work at a Snap Inc. company, chances are this email is privileged. It's certainly confidential.

--
Mike O'Sullivan | General Counsel | Snap Inc.

If you work at a Snap Inc. company, chances are this email is privileged. It's certainly confidential.

--
**Evan Geary**
Policy Manager
Snap Inc.
c: █████████

--
Nona Farahnik Yadegar
Head of Product & Content Policy | Snapchat
Snap Inc.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1393051

█████████

HIGHLY CONFIDENTIAL (COMPETITOR)                                                  SNAP1393052

# DOCUMENT SLIPSHEET

Bates Number: SNAP4782071-SNAP4782126

Custodian: YADEGAR_NONA

Author:

Filename: T&S SAFETY INITIATIVE - SECURITY (NO CONTENT).PPTX

Create Date: 12-21-2018 12:00 AM

Last Modified Date: 12-21-2018 12:00 AM

TNAG BEGBATES:

TNAG ENDBATES:

MAAG BEGBATES:

MAAG ENDBATES:

File Path: /T&S SAFETY INITIATIVE - SECURITY (NO CONTENT).PPTX