# AMENDED Exhibit 955

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

| From: | Rachel Racusen (Google Docs) [comments-noreply@docs.google.com] |
|---|---|
| Sent: | 11/19/2020 12:14:08 PM |
| To: | ████████████████ |
| Subject: | Spotlight Policy Messaging |

Rachel Racusen resolved action items and comments in the following document



Spotlight Policy Messaging

Resolved

1 action item, 1 comment

# Resolved

## Action Items

Q: At a time when there are huge concerns about screen time -- won't this fuel addiction with your young users?



**R**  Rachel Racusen

@████████████████████████ see if you have more to tweak or add here

*Assigned to* ████████████

████████████

no objection to the points written, but it doesn't really answer the question...

**R**  Rachel Racusen

Agree. Do we have a better answer? ████████████████

*Reassigned to* ████████████

███ ████ ███

in general I think we know that Snapchatters use the app for short bursts of time, several times a day, rather than enormous spells of scrolling like on twitter... maybe we can refer to this, and say that what we know about our users suggest they enjoy high quality content on discover etc for short periods of time - and we envisage them using spotlight in the same way?

**R**  Rachel Racusen
**New**

*Marked as done*

ReplyOpen

## Comments

community

CONFIDENTIAL                                                                                                SNAP0187920

 ██████████

Kind of feels like we are calling political content unhealthy -- which is fine -- but flagging

██████████████

R   Rachel Racusen

What this is meant to get at is that the combo of political content with a more open newsfeed model, where it is harder to moderate political content fairly, can be harmful

R   Rachel Racusen

**New** ██████████████████████████████████████████████

*Marked as resolved*

ReplyOpen

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads. Change what Google Docs sends you. You can not reply to this email.

Google™

CONFIDENTIAL     SNAP0187921