# AMENDED Exhibit 957

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

## Distro

████████████████████████████████████

## Title

Product/Beta Alert: Account Reporting

## Body

Hi friends,

We have started testing Account Reporting to 100% of internal users and 50% of Beta users worldwide. We will be rolling out to 100% of Beta users this week and launching in 11.79 next week if metrics look good.

**WHY ARE WE DOING THIS**
In-app reporting is a critical safety tool that has significant gaps today: 96.7% of existing account reports don't lead to review (we prompt people to block the other person instead), and the content reporting menu no longer reflects our internal policies or what we report out on the Transparency Report. This redesign for Account Reporting will benefit Snapchatters by reducing the friction for reporting content in the app by 2 taps (5 → 3) and make sure that every reporting reason leads to an action or review from Snap. You can find a full feature walk through here, and if you have any issues, please shake to 'Safety'.

SNAP2202520

## Page 1 Comments

M1        is this a commitment that is made externally?
          *████ █████n, 5/11/2022 04:20 PM*

M2        also, what counts as a 'review from Snap'?
          *████ █████), 5/11/2022 04:21 PM*

J3        no, not a commitment made externally, just an internal aspiration. "review" or "action"
          means a review from a team like T&S or Identity Ops, or have the signal being
          actively used by a team like Spam & Abuse
          *Juliet Shen, 5/11/2022 04:51 PM*

CONFIDENTIAL                                                                              SNAP2202521

Current                              v3 Redesign 1st screen          v3 Redesign 2nd screen

 

## WHAT'S COMING NEXT?

We will be launching the new reporting flow for stories and other content later this month. More details to come, but the main changes will be a flattened reporting menu with updated abuse reasons that match our Transparency Report and internal policies.

## FEATURE DETAILS

Target Launch: May 16, 2022 (11.79 for Android and iOS)

Docs: Quip, Go To Market plan

Metrics we're watching:

- Dropout rate (blizzard)
- App crashes (JIRA/graphene)
- Volume of reports and tasks (looker/graphene)
- Enforcement rate by T&S (looker)

Huge thanks to the team who made this all possible:

Safety Product Eng: ███████████████████████████████████████████████

Oh Snap Eng: █████████████████████████

QA:
Design:
Operations: Matt Jackson,
Finance:
Data Science:
Privacy:
Policy: Nima Mozhgani, Nona Farahnik
Product: Juliet Shen

Cheers,
Safety Product

CONFIDENTIAL                                    SNAP2202523