# AMENDED Exhibit 965

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** ▮▮ ▮▮▮ ▮▮▮▮▮▮
**Sent:** 8/3/2018 7:10:58 PM
**To:** Peter Sellis ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Body dysmorphia press cycle -- sales messaging

I read it for the articles

On Fri, Aug 3, 2018 at 10:04 PM Peter Sellis ▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
> TIL: JAMA has opinion pieces.
>
> On Fri, Aug 3, 2018 at 11:57 AM, ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
>> + a few others
>>
>> Thanks, ▮▮▮ Super helpful! For everyone who is going to be speaking at a conference, on a panel, or large event about AR please review this messaging in case the question comes up!
>>
>> On Fri, Aug 3, 2018 at 11:53 AM, ▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮ wrote:
>>> Hi team,
>>>
>>> HERE is sales messaging should sales receive any questions about this press cycle (which isn't major at this point, but getting ahead of it).
>>>
>>> Please distribute to sales as you deem most strategic. Text below for in-email vis.
>>>
>>> Thanks!
>>>
>>> **<u>Reactive Sales Messaging - Body Dysmorphia</u>**
>>>
>>> **Context:** An academic-minded opinion piece on body dysmorphia trends was published in the The Journal of the American Medical Association. It focused on the impact of apps like Snapchat and Facetune, but didn't include any new studies or data (there has been similar coverage of this issue in recent months). CBS This Morning briefly covered this on air today, in a 15 second news spot. Please find reactive messaging below.
>>>
>>> **The following can be used <u>reactively</u> with clients -- verbally or via email:**
>>>
>>> • This was an opinion piece written in the Journal of American Medical Association (JAMA) about body dysmorphia that calls out several platforms, and doesn't appear to have new studies or statistics attributing issues to Snapchat more than other platforms with similar tools.
>>>
>>> • As Mashable wrote on Friday, August 3: "at this point, anecdotal evidence from plastic surgeons, and opinion pieces like Thursday's articles, is insufficient to draw that causal connection [between Snapchat and body dysmorphia]."
>>>
>>> • Helping our community feel comfortable expressing themselves is a top priority, and at the core of Snapchat's use case and popularity.
>>>
>>> • Snapchat AR Lenses were designed as a fun way to help lower the barrier to self-expression and storytelling on the app. Many people weren't used to talking to a camera as a means of communicating before Snapchat, and Lenses have helped our community see how fun and stress-free it can be.
>>>
>>> • Every time you open Snapchat, you'll see a wide variety of Lens options available -- the silly and sometimes bizarre mixed in with characters and makeup looks, as well as fun personal avatar 3D Bitmoji (NYT) and interactive AR Snappables for play with friends (video). We've also found that many in our community find comfort in the anonymity

                                                                    SNAP3784428

Lenses can provide in expressing themselves without fear of judgement (or retribution in some societies), or to talk about difficult personal situations (bullying, coming out as LGBTQ, or as a victim of sexual abuse).

- Stepping back, when Snapchat launched in 2011, it was at a time when young people were already spending a lot of energy curating a perfect image of themselves on social media. The first core innovation of Snapchat -- ephemeral photos -- was designed to remove the pressure that came with communicating with your friends online. There is less pressure to look pretty or perfect when creating and sending images on Snapchat that aren't recorded or archived forever. Also in this spirit, Snapchat was designed without public vanity metrics: likes, shares, public comments, view counts, friend counts etc.

--
You received this message because you are subscribed to the Google Groups "InMarket Product Strategy" group.
To unsubscribe from this group and stop receiving emails from it, send an email to

To post to this group, send email to
To view this discussion on the web visit
https://groups.google.com/a/snapchat.com/d/msgid/inmarketstrat/CAFutsmMubX0kxDaS%2BWrV%3Dam2-zDtRu-tHfnDuO6ELc5PQFtE4Q%40mail.gmail.com.

CONFIDENTIAL                                                      SNAP3784429