**AMENDED Exhibit 970**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**From:**

**Sent:** 10/4/2019 1:36:00 PM

**To:** Jeremy Voss

**CC:** Jennifer Stout

Nona Farahnik

**Subject:** Re: Evolving Streaks

JCL But you guys still have streaks. And so you've made streaks a little bit less prominent less easy to filter to see them, but you still reward people for constant interaction messaging back and forth with a friend every single day, you reward them that with this little emoji. Are streaks healthy?

ES: Well, taking a step back, when you look at mental health, the number one predictor of enduring a depressive event is having close friendships. So you have if you have real friendships with people that are close to you that can support you, it's much easier to bounce back from something bad happening in your life.

JC: So I think I hear that, but at the same time, streaks is not always true deep connection. These are people sending an image, that's just like a random photo with the word streak? to their friend hoping they'll send one back so they can keep that streak going, you've seen these images before, is that really healthy?

ES: Well we've studied this obviously extensively and we talked to our community about the way that they use streaks and actually I frequently get letters from people who will tell stories like we just hit 1000 days snapping back and forth we've been through a divorce. My friend had a kid. One of us graduated from college and actually this represents the fact that through all of that we talked to each other every day and so I'm sure you're going to be able to find examples of when someone you know, sends a message just to, you know, maintain their streak, but I think for a lot of people this idea of rewarding that deep friendship rewarding this idea of communicating back and forth. Every day is actually very enriching and it's very different than this idea of community competing, you know with friends to look cooler look prettier, be more popular...



On Fri, Oct 4, 2019 at 12:04 PM Jeremy Voss < ██████████ wrote:
 Awesome, thank you ██ We watched and think his response was great. First time he has not talked about sunsetting the feature and really defended its positives in a while!

On Fri, Oct 4, 2019 at 11:46 AM ████████ ████████████ > wrote:
 Will get the transcript and send to all. He's navigating well.

On Fri, Oct 4, 2019 at 11:45 AM Jennifer Stout < ████████████ wrote:
 Evan getting asked about streaks and mental health at tech crunch RN

On Fri, Oct 4, 2019 at 11:46 AM ████████████████ wrote:
 Hey Jeremy (And all!),

SNAP6424166

Looking forward to chatting. We've started to put thoughts together in a comms / policy doc about how we might approach. You can find it here, but have a few other questions to come up with a final recommendation for you and the ES review:

https://docs.google.com/document/d/1OZGpDGorOCs5T4VsZta0AuZb4x4bVM8YSR7yBqGbt4w/edit?ts=5d8bcd24



**Evolving Streaks**

| | |
|---|---|
| When | Fri Oct 4, 2019 10am – 11am Pacific Time - Los Angeles |
| Where | SMBP 3000 31st St.-1-Boo (6) [Event board, Hangouts, Phone] (map) |
| Joining info | meet.google.com/uze-asih-epu |
| | Or dial: ▮▮▮▮▮▮▮    PIN: ▮▮▮▮    More phone numbers |
| Who | • Jeremy Voss - organizer |
| | • ▮▮▮▮▮▮▮ |
| | • ▮▮▮▮▮▮▮ |
| | • Nona Farahnik |
| | • ▮▮▮▮▮▮▮ |
| | • ▮▮▮▮▮▮▮ |
| | • ▮▮▮▮▮▮▮ |
| | • ▮▮▮▮▮▮▮ |
| | • ▮▮▮▮▮▮▮ |
| | • ▮▮▮▮▮▮▮ - optional |
| | • ▮▮▮▮▮▮▮ - optional |
| | • ▮▮▮▮▮▮▮ - optional |

\--



Communications | ▮▮▮▮▮▮▮

\--



Communications ▮▮▮▮▮▮▮

CONFIDENTIAL                                                                                    SNAP6424167