# AMENDED Exhibit 971

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** Jack Brody ▮▮▮▮▮▮▮
**Sent:** 4/2/2018 5:18:53 PM
**To:** Jeremy Voss ▮▮▮▮▮▮
**Subject:** Re: Can I get a coherent plan for killing streaks?

"I think we have a good window to kill streaks now"

Hmmmm

But yeah man I'll think about it

On Mon, Apr 2, 2018 at 5:25 PM Jeremy Voss <▮▮▮▮▮▮▮▮> wrote:

Hey man, you mind reading the thread below and giving a little thought to how we could "evolve" streaks in a way that Evan would be comfortable with? Just want to get some more good minds on this because it's not an easy one.

Begin forwarded message:

**From:** Jeremy Voss ▮▮▮▮▮▮▮
**Subject: Re: Can I get a coherent plan for killing streaks?**
**Date:** April 2, 2018 at 2:57:17 PM PDT
**To:** ▮▮▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮, given his email, I'm thinking we are no longer tied to that principle...

▮▮▮ I agree that we should present options that bring the Story to the right side of the cell. But given how much we want to do on the right side (reply button, add friend button, etc.) I'd love to accomplish something simpler, especially if we'll have a Stories section back on the right side of the app, like having the blue ring and/or blurred thumbnail around the Bitmoji.

For Streaks, I think we have to do some real thinking on the mechanics and should think outside the box. While a binary (or binary with a few levels of intensity) solution could work, the ideal design would be something that encourages and rewards regular communication without leading to anxiety at high levels of streaks (e.g., I will cry if my 414-day streak ends so I have to give my login to my parents when I go to camp for them to maintain it).

For Friend Emojis, I agree that it's not possible to bring them ALL into the avatar. However, I think we could explore just bringing the best friends ones into the Bitmoji (Super BFF, BFF, Besties, BFs) and put the others (Their BF, but...; Mutual Besties; Mutual BFs) in the Unified Profile. We don't even have to be constrained to the current emojis, and could explore a treatment (starts, hearts, etc.) that unifies the best friends Friend Emojis visually on an increasing scale. With that said, we should also try options where the emojis are just at the bottom of the thumbnail as a decorator.

Let me know what you guys think.



Δ π EXHIBIT 26
Deponent Spiegel
Date 4/11/25 Rptr. ℋ
WWW.DEPOBOOKPRODUCTS.COM

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP0886013

On Apr 2, 2018, at 2:40 PM, ███████████████████████ wrote:

I still love the idea of showing the story instead of the bitmoji in search. top-left, utility list views and whatnot btw. Feel like it makes sense for the feed to be the one exception to this rule.

On Mon, Apr 2, 2018 at 5:38 PM, ███████████████████ wrote:
Jeremy, how much are we still tied to the *stories = bitmoji = identity* principle?

On Mon, Apr 2, 2018 at 2:26 PM, Matthew Grantham ███████████████████wrote:
███ and I chatted about this and we're pretty hot on our original cheetah exploration of story orbs on the right side, completely separate from the bitmojis.

This would allow us to:

- clearly separate stories
- kill the stories tab
- represent streaks with subtly animated fire (growing in intensity and color as the streak progresses)

For friend emojis I agree that it's impossible to represent level of friendship via avatar. We cycled on it during cheetah and it just didn't work. We could however look at using the existing friend emojis as a decorator on the bitmoji.



On Apr 2, 2018, at 5:10 PM, Jeremy Voss ██████████████ wrote:

FYI


Begin forwarded message:

**From:** Evan Spiegel ███████████████
**Subject: Re: Can I get a coherent plan for killing streaks?**
**Date:** April 2, 2018 at 1:58:56 PM PDT
**To:** Jeremy Voss ███████████████

The way everything is progressing I think it's very likely we will kill the Stories tab on friends feed

I really feel we are too attached to the past. It is worth a thorough exploration and it would be great to integrate into the avatar.. that will connect it to the person instead of the conversation.. when it's attached to the conversation it's perceived as a points system which is not what we want

On Mon, Apr 2, 2018 at 1:25 PM, Jeremy Voss ████████████████ wrote:
Hey,

I'll prioritize this and get it going in earnest today. I agree it's the right thing to do. It may take a bit of time to get solid explorations with the Bitmoji team but will get back to you as soon as we have something we feel good about.

HIGHLY CONFIDENTIAL (COMPETITOR)

On integrating Friend Emojis into the avatar, do you feel strongly about this from a philosophical perspective? I'm actually more concerned about the impact of this change because I think Friend Emojis are a clear feed indicator of your best friends that isn't as easily accomplished in the avatar. I've also attached a mock below that could be an interesting test to more clearly differentiate the All and Stories tabs: avatars above blurred Story thumbnails on the All tab, and the full thumbnail with no avatar on the Stories tab. Regardless, will definitely explore this as well.

Jeremy


<IMG_1227.jpeg>


On Apr 2, 2018, at 12:12 PM, Evan Spiegel ▮▮▮▮▮◯▮▮▮▮▮▮ wrote:

I'd also like to see if we can take the friendmojis and integrate them into the bitmoji profile pic...

Would be great to modify the bitmoji based on the relationship

We can also add some flames to the bitmoji for the streak and change the color over time but get rid of the counter entirely

This might open up the possibility of putting stories on the far right of the feed or some other variant..

I think we have a good window to kill streaks now and it's the right thing to do

HIGHLY CONFIDENTIAL (COMPETITOR)                    SNAP0886015

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP0886013-SNAP0886015

**BEGATTACH:** SNAP0886013

**ENDATTACH:** SNAP0886015

**Custodian:** BRODY_JACK

**Author:** JACK BRODY

**Filename:** ADB853CEFEE86AE86E479FCF0F9ABAFB0B73A4252CD50FEEE4EA223817BB4D4B.EML

**Create Date:** 4/2/2018 5:18 PM

**Last Modified Date:** 4/2/2018 5:18 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /ADB853CEFEE86AE86E479FCF0F9ABAFB0B73A4252CD50FEEE4EA223817BB4D4B.EML