# AMENDED Exhibit 973

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Power Friendships & Streaks:
# Problem Statements

**Design:** ███████████████████  ████████  ████

**PM:** ████████████  █

**Research:** ██████  █

**Data Science:** ████████  █  ██

**Product Science:** ████████

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2183204

## What are power friendships?

## How big are Streaks?

## Why are Streaks a target?

## What do users think?

## What role do Streaks play on our platform?

## UI Components AB Test

## Problem Statements

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                            SNAP2183205

**Power friendships are the people you communicate with the most and feel a long-term connection with.**

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP2183206

**Power friendships are the people you communicate with the most and feel a long-term connection with.**



**Engagement**

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2183207

**Power friendships are the people you communicate with the most and feel a long-term connection with.**



**Retention**

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2183208

POLITICS    JULY 30, 2019 / 1:44 PM / A MONTH AGO

# Oh Snap: U.S. senator proposes bill to ban Snapchat 'Snapstreaks'

Bryan Pietsch

## Technology

# Snapchat under scrutiny from MPs over 'addictive' streaks

f    ✉    🐦    ✉    ≪ Share

## #DitchSnapstreaks

By gamifying Streaks, Snapchat endangers its customers. Users may think they are in control of their streaks, but the despair that comes with losing a streak speaks to the power of the [?] itself. For Nilay Patel, editor-in-chief of The Verge, this [?] regulation on UI gamification would be a welcome cha[?]

SAY GOODBYE TO YOUR BEST FRIENDS

# GOP Sen. Josh Hawley wants to outlaw Snapchat streaks

July 30, 2019



nilay patel ✔
@reckless

New Hawley bill would ban endless scroll, snapstreaks, autoplay videos, basically any type of UI gamification. Wild to see Republicans try and regulate software companies so directly.

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP2183224

# Streaks are lumped together with unhealthy gaming mechanics from traditional social media...

**What Senator Hawley's bill does**

- **Bans infinite scroll, autoplay, and other addictive features on social media**
  - Infinite scroll, autoplay, and "achievements" such as "Snapstreak" exploit the media platform
    - Social media platforms would have to include natural stopping points

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2183225

# But Streaks also create problems of their own.

- It's stressful to have to send a Snap to my friend every day when a Streak gets big.

- I feel obligated to maintain my Streak because I'm afraid of my friend's reaction if I don't.

- The Snaps I send to maintain my Streaks may be low quality because I just want to get the task out of the way.

- With my Streaks-only friends, I miss good content because I just assume all the content is Streaks.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                              SNAP2183244

# Maintaining Streaks can become stressful, especially as they get big.

"You wake up and see those timers and you're like I need to reply back to all of them. That can be stressful."

"If you get to at least 20 you're like, 'Okay, I got this!'... If I get higher than 20-30 I'm like, 'I have to keep this!'"

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2183245

# Snapchat is the primary app used for many activities with their best friends. However, there may be an opportunity for Snapchat to target more share of screen time when it comes to communicating about making casual plans, planning group events, and sending memes



Q4B - Which app do you typically use the most to do each of the following activities with your in real-life best friends?

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2183275