**AMENDED Exhibit 979**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** ██████████████
**Sent:** 4/3/2017 12:25:24 PM
**To:** ████████████████████
**CC:** ███████████████████ Nona Farahnik ██████████████████
**Subject:** Re: Teacher Inquiry Feedback

Also, the parents guide has been updated! Here is the new link: https://storage.googleapis.com/snapchat-web/safety/parents-guide-en.pdf

On Mon, Apr 3, 2017 at 12:21 PM, █████████████████████ wrote:
Thanks █████

Will follow up with the teacher now and will include our parents guide as well :)

- █████

On Fri, Mar 31, 2017 at 2:00 PM, █████████████████████ wrote:
████ for visibility.

I think your proposed response works.

N███ would you want to beef it up at all by providing our parent's guide?
http://www.connectsafely.org/a-parents-guide-to-snapchat/

*Here is out proposed response:*

*Dear Mr. Carnaroli,*

*Thanks for following-up. Unfortunately, I am unable to provide assistance related to technologies outside of Snapchat.*

*Please refer to the Safety Center and our Community Guidelines for further information about our reporting processes and safety tools, should you need further assistance within the app.*

*Sincerely,*

*Let us know your feedback - we will probably continue to see requests like this in the future.*

*Thank you!*

On Fri, Mar 31, 2017 at 4:34 PM, █████████████████████ wrote:
Hi █████

Reaching out about a teacher inquiry from Zendesk that we want to get your perspective on.

The teacher followed up:

Hi ████

The issue is more so that students in the school are sending inappropriate messages to other students in the school using snapchat, over our school wireless network.

Δ π EXHIBIT 30
Deponent YAdegar
Date 12/16/24 Rptr. Lt
WWW.DEPOBOOKPRODUCTS.COM

CONFIDENTIAL

SNAP0867540

We are looking for a way to resolve this issue by blocking Snapchat from our school's router. Can you help with this?

Thanks.

Jonathan Carnaroli - OCT
Huron-Superior Catholic District School Board

[X]
[X]
[X]

_____



 ██████████ yWednesday 11:36 am
Dear Mr. Carnaroli,

I'm very sorry to hear about your student's experience. We take these matters very seriously and appreciate you bringing this incident to our attention.

Please provide the username(s) of the account(s) in question so that I can investigate and take appropriate action.

In the mean time, I encourage your student's to block these types of accounts. They may also choose to configure Snapchat to only accept messages from Snapchatters on your 'My Friends' list, go here for more information.

Please refer to the Safety Center and our Community Guidelines for further information.

Let me know if you have any other questions or concerns and I am happy to follow up.

Sincerely,

██████



CONFIDENTIAL

████████ Wednesday 11:26 am

Escalated to T&S lead



████████████ a Tuesday 04:01 pm

I actually have a question. I am a teacher within the Huron-Superior Catholic District School Board, and I would like to have the SnapChat app blocked from our router, as unrestricted use of this app has raised some concerns with harassment, etc, in our school.

It's easy to block websites, but not so much mobile applications. Can you provide me with the information I need to ensure that SnapChat is blocked from our school's router?

Thanks in advance.

Here is out proposed response:

*Dear Mr. Carnaroli,*

*Thanks for following-up. Unfortunately, I am unable to provide assistance related to technologies outside of Snapchat.*

*Please refer to the Safety Center and our Community Guidelines for further information about our reporting processes and safety tools, should you need further assistance within the app.*

*Sincerely,*

Let us know your feedback - we will probably continue to see requests like this in the future.

Thank you!

████

CONFIDENTIAL

SNAP0867542

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP0867540-SNAP0867542

**Custodian:** YADEGAR_NONA

**Author:** ███████████

**Filename:** D47673BEFCED7F156F20755E40CE829F4DFEFE0B7CE7F9A5655F4CA20C9344AC.EML

**Create Date:** 4-3-2017 12:25 PM

**Last Modified Date:** 4-3-2017 12:25 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /D47673BEFCED7F156F20755E40CE829F4DFEFE0B7CE7F9A5655F4CA20C9344AC.EML