**AMENDED Exhibit 1066**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

-----------------------------x
IN RE: SOCIAL MEDIA ADOLESCENT ) MDL No. 4:22-md-
ADDITION/PERSONAL INJURY       ) 3047-YGR
PRODUCTS LIABILITY LITIGATION  )
-----------------------------x


SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

SPRING STREET COURTHOUSE

COORDINATION PROCEEDING        )
SPECIAL TITLE [RULE 3,400]     ) Lead Case No. for
                               ) Filing Purposes
SOCIAL MEDIA CASES             ) 22STCV21355
_____ )
                               )
This Document Relates to:      )
STATE OF TENNESSEE, et al.,     )
     vs.                       )
META PLATFORMS, INC., and      ) CONTAINS HIGHLY
INSTAGRAM, LLC, Case No.       ) CONFIDENTIAL
23-1364-IV                     ) INFORMATION
-----------------------------x



VIDEOTAPED DEPOSITION OF ALEX OSBORNE

PORTLAND, OREGON

FRIDAY, JANUARY 10, 2024

9:43 A.M.


Job No.: 7080870

Pages: 1 - 416

Reported by: Leslie A. Todd, CSR No. 5129 and RPR

Do you see that?

A.    I do.

Q.    And is that accurate?

A.    It is, yeah.

Q.    And you were employed at Snap from about December of '15 through February of 2024?

A.    Yeah, it's actually -- it's not right.  It should be January 2024.

Q.    Okay.

A.    Yeah.

Q.    And you list your position at Snap as senior manager product management.  You see that?

A.    Yep.

Q.    Is that an accurate title for the entirety of your time, or did you kind of collapse your responsibilities there at Snap over those eight years?

A.    It's collapsed.  That was my title, I guess, when I -- at the time when I left Snap.

Q.    Okay.  What I want to try to do, with your help, is go backwards --

A.    Sure.

Q.    -- start there and go backwards to when you started at Snap, and I want to

understand the different positions that you held over the course of your time at Snap, okay?

So it sounds like the last position you held was senior manager product management, correct?

A.    Yeah.

Q.    And that's going to be from when to when?

A.    Oh, man.  So let me see here.  That would have been -- geez, I believe senior manager product management, August 2021 until January of '24.  Yeah.

Q.    Okay.  And what about before that?

A.    Before that, it would have been group product manager.  And that would have been -- oh, man -- December 2018 -- December 2018 until --

Q.    8/21?

A.    Thank you.  Yeah.

Q.    And what about before that?

A.    Geez.  I think it was product manager monetization.  I believe that was my official title, and that would have been from, you know, December 2015 until December 2018.

Q.    So only three separate titles over

the eight years?

A.    Yep.

Q.    Now, let's kind of start from the beginning, and let me get you to kind of just walk me through from a high level your duties and responsibilities for each of those three positions, okay?

A.    Sure.

Q.    So let's start with the first one, product manager monetization, which you held from December '15 through December '18.

A.    Yep.

Q.    Can you give me kind of from a high level perspective what your duties and responsibilities were --

A.    Sure.

Q.    -- in that position?

A.    Sure.  So I, you know, I guess as the title indicates, worked on monetization related products.  When I started my initial product area, there was this thing that we called on-demand geofilters.  It was a -- sort of a new advertising product that the team had sort of come up with right before I joined, and, you know, I was responsible for kind of thinking

about how to sort of prototype it, sort of launch it, sort of take it to market, and then kind of like build out the roadmap and execution beyond kind of the initial launch to try to make the product successful.

Q.    Okay.  Who would you have been reporting to during this time period?

A.    Peter Sellis.

Q.    And is he still with Snap?

A.    No.

Q.    Do you know where he is now?

A.    Discord.

Q.    Okay.  So you said you were working on monetization related products.

A.    Mm-hmm.

Q.    What does -- what does that mean?

A.    So I guess it was really like, you know, anything that -- because at the time Snap didn't have an advertising business.  The -- the -- most of the roadmap was primarily focused on just building out the organic products, and, you know, to -- as the company kind of expanded and grew, you know, there were people like me who were brought onboard to sort of help on new revenue-generating initiatives.  And so any

monetization product would be something that, you know, we -- we introduced to help the company generate revenue.

Q.    Okay.  So in that role you were working on -- on products or projects where the goal was to generate revenue for the business?

A.    Mm-hmm.

Q.    And help me understand what you meant by an on-demand geofilter and then how that drove revenue to Snap.

A.    Sure.  So a geofilter, when you take a snap or -- actually, it doesn't work like the same anymore, but at the time when you took a snap, you could swipe in the filter carousel and it would bring up all of these different layers on top of your photo or video that were geotargeted to the location that you were in.  So if you were in Portland, Oregon, like we are today, there might be like a Portland, Oregon geofilter, and that's kind of like a piece of art that you can use to sort of augment your snap.

And people really liked them in our community, really kind of took to them, and they're really great, just because, you know, they help kind of convey more context around, you

know, what you're doing and where you're at and all that kind of stuff.

We -- advertisers started coming to us to sort of say, Hey, like we would like to be able to create geofilters too.  And we thought this was a really cool opportunity because unlike most advertising products that I think, you know, can sometimes get in the way of the organic experience, like you're watching TV, you get interrupted with all these ads, geofilters are actually really great as an advertising product because a lot of time it actually enhances the organic experience.

So, you know, if you're at a sporting event or a concert, you know, it would be a nice thing to sort of have the Moda Center geofilter to be able to use on your Snap if you're watching a Portland Trail Blazers game. And it's kind of a win-win for Snapchatters, but also good for, you know, the Moda Center, who would be the advertiser in this case.  And so we wanted to turn that into a, you know, revenue-generating product, and that's -- that's kind of how it worked.

Q.    And where the revenue was generated

was, in your example, the concert venue or the sports team would pay money to Snap to have that geofilter.

A.        That's right.  Yeah.

Q.        Were there any other projects that you worked on that were kind of larger, more time-intensive projects for you in that position of product manager for monetization?

A.        So over that time period, that was really the core focus, you know, just overall kind of what -- I guess I would call it like the sponsor geofilter business.  It ended up, you know, being quite effective.  You know, I think it really resonated with advertisers and businesses, small businesses and large advertisers too, large grants, and it was also really great for Snapchatters.

And so, you know, we ended up -- that really kind of occupied the majority of my time for the first, I guess, really almost two years that I was at Snap.

Q.        And what are you doing?  I mean, are you writing code?  Are you designing the -- the geofilters themselves?  Are you negotiating with -- with ad buyers?

A.       So I was not writing code.  That is what, you know, our engineering teams do.

Product managers, you know, I think their role is a little bit different for everybody, but, you know, I think I -- I kind of viewed my job as to do what -- whatever was needed to make the product successful.  And so a lot of that was writing sort of documentation and product specifications around new features that we wanted to build to help improve the product. That's working with our operations team to kind of like help them understand how the product works and some of the new things that we're doing and to coordinate, you know, the right resourcing to be able to, you know, review new geofilters that are purchased, you know, before they go live and all that kind of stuff.  Working with our communications and marketing teams around, you know, how we should position the product and things we can do to help, you know, launch new features and take them to market effectively. And, you know, of course working with designers on the design team around, you know, how we should think about new features and, you know, where we can kind of continue to take the

product.

So in a certain sense, just kind of like coordinating across all those different teams to help, you know, drive the future direction to continue to make the product better.

Q.     So you're kind of the hub and you're dealing with folks from communications, folks from engineering, folks from advertising, and coordinating and organizing all of that.  Is that a fair way to say it?

A.     I think so.

Q.     Okay.  Who is -- who is -- is it you or is it somebody that would on your team or one of the folks who is going to the advertisers and making the pitch, Let us design a geofilter, here's the number of users we have, here's what your outreach would be, who's doing that?

A.     Sure.  So that would primarily be the sales team.  There's like an advertising sales team.  This product was a little different in the sense that it was like self-service.  So we had like a website where anyone could go to and sort of like sign up and say, Hey, I would like to buy a geofilter.  And then they could -- there was like a tool where they could kind of do

all of this on their own, and we sort of built out the tooling and the infrastructure on our end to be able to take these submissions, you know, review them to ensure they comply with our guidelines and all that kind of stuff before, you know, making them available in service.

Q.      Okay.

A.      Yeah.

Q.      Did you report to Pete the entire time you were in this role?

A.      Did I report -- yes.  Well -- okay. I -- I reported to Peter the entire time I was working on this, and -- let's see -- so if we fast-forward to call it December 2017, I started working on a different product area.  I had the same title technically, but I sort of transitioned from Peter's team working on monetization to a different team working on different products, although I did have the same job title.  Yeah.

Q.      And what was the kind of primary product or products you started working on in '17?

A.      It meaningfully didn't really start until 2018, early 2018, but I had toward the end

of 2017 heard whispers that we were contemplating working on a, like, gaming platform to -- to put basically games and other mini apps inside of Snapchat.

And I love video games, as a kid certainly, and so, you know, I think I felt really good about the sort of time I had put in working on revenue products.  I was kind of eager to explore a new opportunity, and so I got the chance to kind of jump in with the team that was sort of in the very early stages.  I mean, it was really like just an idea at that point, and, you know, I got the chance to jump in with the team and get working on that.

Q.    I think when I was reviewing materials for the deposition, I saw one presentation that I think you were involved in on Snap Games and you were all maybe making a pitch -- I don't know if it was internal or external -- on the concept of the different types of games you had and those types of things.

Is that something you worked on for about a year?

A.    That is something I worked on for -- let me think through this.  So December --

December '17, January '18, until, you know, we -- we were basically just designing and prototyping it until -- April 2019 was when we actually launched it, and I continued working on that area or adjacent areas that kind of extended from that until August '22.

Q.      And what was kind of the purpose of launching Snap Games from Snap's perspective?

A.      Yeah.  So Snapchat, like at its core, you know, is a communication service for -- for you and your closest friends.  And I think the original thought was that if Snapchat is the place where you're sort of freely kind of like expressing yourself with your friends, you know, what are -- like, and you're already talking and having those conversations, like, what are some of the other things that are awesome to do with your friends.

And we thought a lot about those, like, if you think back on, like, the mid-'90s when, like, Nintendo 64 came out, and after school you would run home and just everyone would be playing GoldenEye or Mario Kart, and you're just side by side playing having fun with your friends, like I think for a lot of us those were

some of our, like, favorite memories as kids hanging out with your friends.

And so we thought that with Snapchat there would be an amazing opportunity to be able to give that sort of experience to our community within the product, because they're already talking with their friends.  It was not that straightforward.  Video games are, like, quite technical and complicated, and there's like a lot of technology considerations, performance considerations, you know, device considerations, and all that kind of stuff.

But HTML5 technology had come a long way at that point.  Video game sort of like creation engines and tooling had come a long way at that point where we felt like there would be a chance to sort of allow creative developers who want to build experiences that people can enjoy with their friends, to make those types of products as Snap Games and make them available to our community, and do it in a way that, you know, wasn't going to -- were going to be like high quality, real-time, multiplayer experiences inside of Snapchat.

I think one of the things that was

really important for us as a games team that were working on that was that, you know, we didn't want to create all of these just sort of basic single player games.

At the time the mobile gaming industry -- you know, I think casual single player games were extremely popular, they were very profitable, but they're sort of like isolationist, like, you kind of just sit there and play by yourself, and we didn't think that that was interesting.  We thought it would be interesting to create an experience where you actually can connect with your friends and engage in that.  And so that was sort of like what was like the motivation for why we wanted to -- to do Snap Games.

Q.    Okay.  I want to move on to your next position, group product manager --

A.    Sure.

Q.    -- which you said you held from 2018 through approximately August 2021.  It sounds like you spent some of that time working on the Snap Games.

A.    Yes.

Q.    Are there any other -- any other

projects you were working on during that period?

A.      Sure.  So Snap Games was the main focus.  Snap Minis was the other focus.

Q.      What's that?

A.      Snap Minis is the -- I guess effectively games are just sort of like one type of experience that you can do with your friends, and we felt like there were other categories of experiences that would make sense to do with your friends.  Like, you know, it's actually quite an annoying and difficult thing to, like, coordinate going to the movies with your friends, for example, right?  Like, buying movie tickets.  Like, when can you go?  What show time?  Like, what do you want to see?  Like that kind of stuff.

And we felt like, well, what if, instead of having to go through 23 steps to like order these movie tickets on Atom Tickets' website, you can just do it directly in Snapchat, and it was kind of analogous to the same way that we were thinking about games.

And so we sort of extended our gaming platform to sort of encompass a variety of different -- to try to be supportive of, you

know, as many categories, if that makes sense.
And that was what Snap Minis was about.

Q.      Any other projects during the '18
to '21 time period?

A.      Those were the main ones.  You
know, there were like smaller things here and
there.

Q.      Who were you reporting to during
this time period?

A.      ██████████      Yeah.

Q.      And what was his role or title?

A.      What was his title?  I think
initially it was like director of product and
then vice president of product.  For a time.

Q.      Is he still at Snap?

A.      He's not.

Q.      Do you know where he is?

A.      Match Group.

Q.      And the last title you had is the
one listed on your LinkedIn, senior manager
product management --

A.      Yes.

Q.      -- which you told us you did from
approximately August '21 through when you left in
January of -- I guess about a year ago?

of their -- their safety and their experience on Snapchat would be to have the ability to report bad activity.  Correct?

A.      Yeah.

Q.      Okay.  And it could be the ability to communicate to Snapchat that something bad is happening and they want it to stop.  Correct?

A.      Yeah.

Q.      Okay.  One of the items that you said you worked on in your role as the product manager of safety was chat text reporting, correct?

A.      Yes.  Yeah.

Q.      All right.  You can put this document aside for a second.  I want to turn to another one.  Let me ask you a couple of questions before we look at it.

I want to make sure that I understand what chat text reporting relates to as far as the product feature of chat texts.  Can you -- I know what a Snap is, you take a photo and you send it, but how is that the same or different than chatting through the Snapchat app?

A.      So in Snapchats, if you are communicating with someone, there's I guess

different, like, objects that can be shared.  You can share snaps.  That's an object.  So that would be, you know, a photo or video from the Snapchat camera.  You can share chat media.  So that would be sharing something with someone in Chat from your camera roll.  And you can also type text messages in Chat.  And when we're talking about chat text reporting, we're talking about the ability to report those text messages.

Q.    Would it be fair to think of chat texts via Snap similar to iMessage or texting on the cell phone as far as the functionality?

A.    Yeah, that's probably -- I mean, it's different, the -- you know, the behaviors are different and whatnot, but at a high level, yeah, they're kind of the same.  They're kind of analogous, yeah.

Q.    My understanding is that you told us earlier Snapchat rolled out in 2011, right?

A.    Yeah.

Q.    And that when Snapchat rolled out in 2011, the primary feature at least -- there may have been others, but the primary feature was the ability to send snaps or ephemeral messages, correct?

A.        Yeah.

Q.        Do you know how long chat text has been available in Snapchat?

A.        Chat launched I believe in 2014, sometime in 2014.

Q.        Okay.  So right before you got there?

A.        I believe so.

Q.        Okay.

A.        Yeah.  Yeah.

Q.        And one of the projects that you worked on while you were the project manager over safety at Snap was the ability to report bad things, concerning things, troubling things that were happening in Chats.  Correct?

A.        Chat texts, yeah.

Q.        And that was giving Chats -- excuse me -- Snapchatters, including those that are 13 to 17, the ability to be able to report to Snap, Hey, this -- this thing is happening in the Chat, and I want you to be aware of it.  Correct?

A.        Yeah, that is generally what the capability was.  However, there are -- there were other ways for people to report that existed in the product.  You can report content related

things, and, of course, account reporting had been around for quite some time.

So chat text reporting was, you know, I think a very valuable and needed improvement. You know, again, I think -- I mentioned this before, you know, as a safety team always trying to get better, but, you know, of course, account reporting was a very valuable tool as well, and it had existed for quite some time. And as a team, we were also focusing on how to make account reporting even better, more effective.

So, you know, I think when you talk about, I guess, offering some of these tools so people are empowered to report, you know, chat text reporting I guess was one of - you know, a couple of different -- couple of different options that people had.

Q.      And chat text reporting was something that rolled out for the first time in 2023 when you were the product manager over safety, correct?

A.      Yep.

Q.      About eight, nine years after it had been launched at Snap, correct, as far as

CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

The undersigned Certified Shorthand Reporter does hereby certify:

That the foregoing proceeding was taken before me at the place and time therein set forth, at which time the witness was duly sworn; That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed, said transcript being a true and correct copy of my shorthand notes thereof; That the dismantling of the original transcript will void the reporter's certificate.

In witness thereof, I have subscribed my name this date:  January 19, 2025.

<%14542,Signature%>
_____

LESLIE A. TODD, CSR, RPR

Certificate No. 5129

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)