# AMENDED Exhibit 1145

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

| | |
|---|---|
| **From:** | Morgan Hammerstrom ███████████████ |
| **Sent:** | 12/21/2023 11:56:49 AM |
| **To:** | Evan Spiegel ███████████ |
| **Subject:** | Fwd: [Research Report] Why and how users disable notifications on Snapchat |

[For vis] Survey results on why and how Snapchat users **disable notifications** and if users are aware of different ways to customize notification experiences.

Summary

- Overall, users have positive notification experiences which significantly contribute to retention intent of Snapchat [Link]

- About 17-20% of users who turned off notifications in the past 30 days are unfamiliar with notification customization within Snapchat, including private messages (17%), group chats (20%) and other specific types of notifications (19%) [Link]

- Users have mainly disabled friend suggestion notifications, followed by new Stories, and some or all group message notifications on Snapchat [Link]

- The main reason users disabled Snapchat notifications is because they want to focus on school, work, or friends when they hang out with them or receive too many notifications [Link]

- Users usually disable Snapchat notifications for a short period of time, up to a few days [Link]; they tend to disable notifications at a fix time: when sleeping at night, on weekdays during school or work hours or in the morning before they go to school or work [Link]

---------- Forwarded message ---------



From: ███ ████████ ████████████████████
Date: Thu, Dec 21, 2023 at 11:34 AM
Subject: [Research Report] Why and how users disable notifications on Snapchat
To: ████ █████ ███████ ███ ███ ██████████████ Claudia Chan
███████, Abby Tran ███████████

Cc: David Boyle ◁ ████████████████

Hi team,

The Product Research team recently completed a quantitative user survey to understand why and how Snapchat users disable notifications and if users are aware of different ways to customize notification experiences. In this email, I'm sharing the main takeaways and recommended actions:

**Important Insights**

- Overall, users have positive notification experiences which significantly contribute to retention intent of Snapchat [Link]

- About 17-20% of users who turned off notifications in the past 30 days are <u>unfamiliar</u> with notification customization within Snapchat, including private messages (17%), group chats (20%) and other specific types of notifications (19%) [Link]

- Users have mainly disabled friend suggestion notifications, followed by new Stories, and some or all group message notifications on Snapchat [Link]

- The main reason users disabled Snapchat notifications is because they want to focus on school, work, or friends when they hang out with them or receive too many notifications [Link]

- Users usually disable Snapchat notifications for a short period of time, up to a few days [Link]; they tend to disable notifications at a fix time: when sleeping at night, on weekdays during school or work hours or in the morning before they go to school or work [Link]

**Recommended actions**

- Explore ways to limit or collapse friend suggestions and new Stories notifications to reduce notification frequency

- Allow easier notification management; set up a centralized, go-to spot for all notification customization; place 'Manage Story Notifications' in Notifications Settings directly underneath the 'Stories from Friends' cell

- Allow users to turn off specific notifications for a certain period of time (i.e. 3 hours, 6 hours, until tomorrow, etc.)

- Consider allowing users to enter a focus mode / do not disturb mode

Please follow this link to review the full report.

Thanks and please let me know if you have any comments or questions!


███████ ██████ ███
Lead User Researcher
Snap Inc.
--
You received this message because you are subscribed to the Google Groups "designteam" group.
To unsubscribe from this group and stop receiving emails from it, send an email to
████████████████████████
To view this discussion on the web visit
https://groups.google.com/a/snapchat.com/d/msgid/designteam/CA%2BCQ9fZP0DKbQB7kMpy%2B3_EX3cX-7FNS12Ga14-s21Vxt6XKKg%40mail.gmail.com.
--
You received this message because you are subscribed to the Google Groups "productresearch" group.
To unsubscribe from this group and stop receiving emails from it, send an email to
████████████████████████████
To view this discussion on the web visit
https://groups.google.com/a/snapchat.com/d/msgid/productresearch/CA%2BCQ9fZP0DKbQB7kMpy%2B3_EX3cX-7FNS12Ga14-s21Vxt6XKKg%40mail.gmail.com.

 SNAP2974827

--

**Morgan Hammerstrom** (she/her)

Sr Manager, Product Research | Snap Inc.

CONFIDENTIAL

SNAP2974828