# AMENDED Exhibit 1146

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Pause Account MVP

12/18/2023, 8:51 PM UTC
Labels
    type: document

Quip

# Pause Account MVP

## Feature Overview

Snapchat offers users the ability to delete their accounts via an account deletion flow. Users have 30 days after beginning deactivation to reactivate their account by logging into Snapchat. Accounts that are not reactivated are purged after 30 days.

We receive customer feedback that Snapchatters would like the ability to pause or deactivate their account instead of going straight to deletion. This feature will give users the ability to do that.

## Feature Goals

- Let users pause or deactivate their account

## Owners

Sheet8

| Design | PM | Engineering | Data Science | QA | Comms / Marketing | Customer Ops | Localization |
|---|---|---|---|---|---|---|---|
| ■■■■ | Claudia Chan | FILL IN | FILL IN | FILL IN | FILL IN | FILL IN | FILL IN |

## Resources

- **Jira Task Link:**

# User Stories

Summary

**Privacy Consideration:** If user consent is required to process data for this feature, consider excluding this processing for children (ages 13-15).

[DESIGN: ADD FLOW DIAGRAM]

Stories

HIGHLY CONFIDENTIAL (COMPETITOR)



EXHIBIT ___31___
WIT: ___Chan___
DATE: ___2/7/25___
Maureen O. Pollard, RDR

SNAP6050928

**Privacy Consideration:** Will people understand who can view the information they share (e.g. other users or the general public)?

Section 1

-

Section 2

-

Logic

**Privacy Consideration:** If this feature collects location data or information from the user's contact book, you must ensure we have asked the user for consent.

LOGIC 1

Strings

- *String Name*
  - "String"

# Visuals

Animations

Animation 1

Redlines

Section 1

# Assets

[DESIGN: ADD FILE NAMES & REPLACE LINK]

**Assets are available on Google Drive here. The file names are:**

- New Asset Filenames
  -
- Existing Assets
  -

# Metrics

[DESIGN: ADD METRICS]

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6050929

•

# Testing

**Hypothesis**: [BRIEFLY EXPLAIN THE IMPACT YOU BELIEVE THIS FEATURE WILL HAVE]

**Success metrics:**

- Primary:
- Secondary:

**Test population:** [WHO WILL SEE THIS TEST, e.g. country, version, location, all users]

Sheet7

|   | Cohort | UX | Allocation |
|---|--------|-----|-----------|
| 1 | Control | | X% |
| 2 | Control 1 | | X% |
| 3 | Test group 1 | | X% |
| 4 | Test group 2 | | X% |

**AB test study name**: XXXX

**AB test variable:** XXXX

# SOX

Below this line is intended for projects that require SOX.  If your project doesn't require SOX...feel free to ignore from here down.

## SOX Testing

*All changes should be appropriately tested with testing evidence provided here. This includes Engineering testing, User Acceptance Testing, and any required data validation testing. Link all testing evidence below (i.e., Quips, Tickets, Google Sheets, etc.)*

Template for UAT tracking.  This template is for your convenience.  If you can think of a better one for your

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6050930

project feel free to create and use it.

<insert guide and examples for what level of testing would be required for SOX testing>

## SOX Financial Approvals

*All project financial approvals should be retained and kept here for documentation purposes. This includes above testing approvals and Final Go-Live approval by appropriate Business and Engineering leadership.*

Sheet3

| | Review Type | Reviewer | Date | Status | Notes |
|---|---|---|---|---|---|
| 1 | UAT - Complete (validating UAT happened...details in section above) | | | | <insert link to test results, or link is in section above> |
| 2 | SOX - Engineering - Material Launch | | | | |
| 3 | SOX - Finance - Material Launch | | | | |
| 4 | | | | | |
| 5 | | | | | |

## Patent Review

Does this document describe a concept that is novel, non-obvious, and useful? If so, please fill out our Patent Disclosure Form or contact ▮▮▮▮▮▮ on the IP team. You can find more information about the Snap's Patent Program here.

# Zero Rating Partnership Review

Zero Rating is a special kind of partnership that mobile app companies like Snapchat negotiate with Mobile Data Service Providers (like Sprint, Verizon, T-mobile, Vodafone, Orange, etc.) Zero Rating makes our application "free" for users by omitting Snapchat data traffic from the mobile subscribers data plan. Users can enjoy Snapchat without using up their data quota. Learn more about Zero Rating here. We need your cooperation to make sure we don't introduce new domains with which Snapchat opens connections without notifying our mobile data service partners.

Review Questions (eng)

*These questions must be filled out by an **engineer or engineering director two weeks before code freeze** for the target release.*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6050931

- Will your feature create any new domains to which the Snapchat mobile application opens network connections? For example, when Snapchat introduced integrations with the Giphy, our client code began opening connections with media.giphy.com. **Not sure if your domain is new?** See our current whitelist here.
  - ○
- If yes to number 1, what is the new domain, and what is the purpose of the new connection?
  - ○

*Once this section is completed and the spec is ready for review….*

- Email: i█████████████████████ with a link to your PDR.
Subject: Zero Rating Partnership Review;  Body: (Target Release and Link to Quip and Jira Ticket).
- Fill in review request details below:

Sheet4

|  | Review Requester | Date | Notes |
|---|---|---|---|
| 1 |  |  |  |

## Review Results (Infrastructure)

*Only **Snapchat Infrastructure** should fill in this section. If Approved, any future changes will require a new review.*

Sheet6

|  | Review Type | Reviewer | Date | Status | Notes |
|---|---|---|---|---|---|
| 1 | Network Infrastructure |  |  |  |  |
| 2 |  |  |  |  |  |

# Privacy Review

***Security and Legal** must complete this section before any feature is released. Once completed, any changes to the feature will require additional review. **If Legal believes a Privacy Impact Assessment (PIA) or Legitimate Interest Assessment (LIA) is required for this feature, please** submit a request **as soon as possible.***

Sheet9

| Reviewer | Date | Status | PIA required? | LIA required? | DMD? | Notes |
|---|---|---|---|---|---|---|
| Legal Reviewer |  |  |  |  |  |  |
| Eng Reviewer |  |  | n/a | n/a | n/a |  |

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6050932

*PIAs are required for high risk data processing activities. Processing of high risk data categories (e.g. biometric data and children's data) and long retention periods are indicators that a PIA may be required.*

*LIAs are required if we rely on legitimate interest as a ground for processing and the processing does not fall within existing processing activities.*

Metadata of Pause Account MVP

Thread class
    document
Created
    2023-12-18T20:51:06+00:00
Updated
    2023-12-18T20:53:15+00:00
Link
    https://snapchat.quip.com/9BZCAzxG5Id1
Shared folders
    —
Expanded users
    Claudia Chan
    —
Users
    Claudia Chan
Urls
- https://quip.com/NdQAEAIDdJt
- https://snapchat.quip.com/NdQAEAIDdJt
- https://quip.com/ZGFAEA5Gxfe
- https://snapchat.quip.com/ZGFAEA5Gxfe
- http://www.google.com
- https://docs.google.com/a/snapchat.com/spreadsheets/d/1c6JZY-px_vXMAINzd3I2NtAa30TgpI0gXEkL-f9hztk/edit?usp=sharing
- https://sites.google.com/a/snapchat.com/legal/patents/idea-disclosure-form
- https://docs.google.com/document/d/14m6WYqZc0IbjsTwMhWFffsxK5QcmsY-CFsG-T0BK9iM/edit
- https://wiki.sc-corp.net/display/INF/Zero+Rating
- http://media.giphy.com
- https://docs.google.com/spreadsheets/d/1yuHmGeI331pZ0wCAX2VztUXVmPLQzHCSJwLfOp0jRPY/edit#gid=0
- mailto:in█████████████████
- https://goo.gl/forms/Vzt4LIqZQWIxhemR2

Chat

—

Edits

Claudia Chan edited at 2023-12-18T20:51:10.181Z

- Sheet8 updated

- Sheet7 updated

- Sheet3 updated

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP6050933

- Sheet4 updated

- Sheet6 updated

- Sheet9 updated

- Pause Account MVP
- Feature Overview
- Snapchat offers users the ability to delete their accounts via an account deletion flow. Users have 30 days after beginning deactivation to reactivate their account by logging into Snapchat. Accounts that are not reactivated are purged after 30 days.
-
- We receive customer feedback that Snapchatters would like the ability to pause or deactivate their account instead of going straight to deletion. This feature will give users the ability to do that.

- Feature Goals
- Let users pause or deactivate their account
- Owners
- Resources
- **Jira Task Link:**
- User Stories
- Summary
-
-

- **Privacy Consideration:** If user consent is required to process data for this feature, consider excluding this processing for children (ages 13-15).

-
- [DESIGN: ADD FLOW DIAGRAM]
- Stories
- **Privacy Consideration:** Will people understand who can view the information they share (e.g. other users or the general public)?
- Section 1
-
- Section 2
-
- Logic
- **Privacy Consideration:** If this feature collects location data or information from the user's contact book, you must ensure we have asked the user for consent.

- LOGIC 1
- Strings
- *String Name*
- "String"
-
- Visuals
- Animations
- Animation 1
- Redlines
- Section 1
-
- Assets
- [DESIGN: ADD FILE NAMES & REPLACE LINK]
-
- **Assets are available on Google Drive here. The file names are:**

- New Asset Filenames
-
- Existing Assets
-

-
- Metrics
- [DESIGN: ADD METRICS]
- Questions We Should Be Able to Answer
-
- Testing
- **Hypothesis**: [BRIEFLY EXPLAIN THE IMPACT YOU BELIEVE THIS FEATURE WILL HAVE]
-
- **Success metrics:**
- Primary:
- Secondary:
- **Test population:** [WHO WILL SEE THIS TEST, e.g. country, version, location, all users]

- **AB test study name:** XXXX
- **AB test variable:** XXXX
-
- SOX
- Below this line is intended for projects that require SOX. If your project doesn't require SOX...feel free to ignore from here down.
- **SOX Testing**

- *All changes should be appropriately tested with testing evidence provided here. This includes Engineering testing, User Acceptance Testing, and any required data validation testing. Link all testing evidence below (i.e., Quips, Tickets, Google Sheets, etc.)*
-
- Template for UAT tracking. This template is for your convenience. If you can think of a better one for your project feel free to create and use it.

-
- <insert guide and examples for what level of testing would be required for SOX testing>
- **SOX Financial Approvals**
- *All project financial approvals should be retained and kept here for documentation purposes. This includes above testing approvals and Final Go-Live approval by appropriate Business and Engineering leadership.*

- **Patent Review**
- Does this document describe a concept that is novel, non-obvious, and useful? If so, please fill out our Patent Disclosure Form or contact ██████ on the IP team. You can find more information about the Snap's Patent Program here.
-
- Zero Rating Partnership Review
- Zero Rating is a special kind of partnership that mobile app companies like Snapchat negotiate with Mobile Data Service Providers (like Sprint, Verizon, T-mobile, Vodafone, Orange, etc.) Zero Rating makes our application "free" for users by omitting Snapchat data traffic from the mobile subscribers data plan. Users can enjoy Snapchat without using up their data quota. Learn more about Zero Rating here. <u>We need your cooperation to make sure we don't introduce new domains with which Snapchat opens connections without notifying our mobile data service partners.</u>

- Review Questions (eng)
- *These questions must be filled out by an **engineer or engineering director two weeks before code freeze** for the target release.*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6050935

- Will your feature create any new domains to which the Snapchat mobile application opens network connections? For example, when Snapchat introduced integrations with the Giphy, our client code began opening connections with media.giphy.com. **Not sure if your domain is new?** See our current whitelist here.

- If yes to number 1, what is the new domain, and what is the purpose of the new connection?

- *Once this section is completed and the spec is ready for review….*
- Email: ███████████████████ with a link to your PDR.

Subject: Zero Rating Partnership Review; Body: (Target Release and Link to Quip and Jira Ticket).
- Fill in review request details below:

  - Review Results (Infrastructure)
  - *Only **Snapchat Infrastructure** should fill in this section. If Approved, any future changes will require a new review.*
  - Privacy Review
  - ***Security and Legal** must complete this section before any feature is released. Once completed, any changes to the feature will require additional review. **If Legal believes a Privacy Impact Assessment (PIA) or Legitimate Interest Assessment (LIA) is required for this feature, please submit a request as soon as possible.***

    - *PIAs are required for high risk data processing activities. Processing of high risk data categories (e.g. biometric data and children's data) and long retention periods are indicators that a PIA may be required.*

    - *LIAs are required if we rely on legitimate interest as a ground for processing and the processing does not fall within existing processing activities.*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6050936

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP6050928-SNAP6050936

**BEGATTACH:** SNAP6050928

**ENDATTACH:** SNAP6050936

**Custodian:** CHAN_CLAUDIA; SUNDARAM_SENTHIL

**Author:** CLAUDIA CHAN

**Filename:** PAUSE ACCOUNT MVP.HTML

**Create Date:**

**Last Modified Date:**

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /PAUSE ACCOUNT MVP.HTML