**AMENDED Exhibit 1160**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Snap's mission is *"empowering people to express themselves, live in the moment, learn about the world, and have fun together"*. Content's role in fulfilling that mission is to increase time well spent to such an extent that it drives deeper and retentive relationships with your friends. In other words, our North Star is that Snapchatters find watching content on Snapchat both entertaining and as a positive driver of retention via conversations with their friends and community. However, today we do not measure content's impact in terms of time well spent - due to challenges in doing so - or its impact on friend communication - as historically we have kept our content experience separate from your friends.

Instead, we optimize for behavioral proxy metrics like view time, shares, favorites, subscribes and replies (see current objective functions), but we know that those are not representative of our North Star because CSAT results tell us so (i.e. 37%, 44% of Discover (aka For You) users are satisfied or entertained with the experience; 30%, 37% of Spotlight users are satisfied or entertained with the experience) and our overall app experience has limited mechanisms for Content to be enjoyed amongst friends and community.

In this document, we describe how we are going to improve our measurement and optimization of our Content experience towards our North Star output metrics, as well as describe the set of input metrics that will give us confidence we are moving in the right direction.

## Content Time Well Spent Principles & Tenets

When building an experience that optimizes for time well spent, we follow these principles and tenets:

1. ***Content time well spent drives conversations between friends.*** We believe content is best enjoyed with friends, and therefore content that drives bi-directional conversations amongst friends is a good thing (and aligns with our core product value.)
2. ***Content time well spent means increasing viewer positive sentiment with our content and Creators.*** While time spent is important, we seek to optimize the viewer experience beyond in-session engagement (e.g. view time). While today we use in-session positive actions (e.g. Favorites, Shares, Subscribe, Replies) to proxy positive sentiment, we strive to improve our understanding of long-term viewer sentiment.
3. ***Content time well spent means discouraging negative sentiment with our content and Creators.*** We seek to minimize disappointing experiences with content and Creators, and are comfortable limiting (or in some cases stopping) distribution of certain types of content. For example, while polarizing content like sexually suggestive, sensitive, and political content meet our content policy guidelines, we proactively seek to limit its distribution to only those who show an explicit interest in it - even if this means short-term negative impacts to engagement. For content like clickbait and engagement bait, we proactively seek to stop its distribution. We use in-session negative actions (e.g. report, hide), but seek to supplement them with signals with greater coverage (e.g. skip, comments/reply sentiment) and better content understanding (e.g. engagement bait and suggestive classifiers)
4. ***Content time well spent means seeing original and Snappy content.*** What makes Snapchat unique are all the features and capabilities it offers like Lenses, Cameos, Places, and Music. We proactively promote this type of content because we believe that doing so is beneficial to both Viewers and Creators in the long-term - even if this means short-term negative impacts to engagement.
5. ***Ultimately, content time well spent means Snapchatters are more likely to return and increasingly deepen their engagement because they are satisfied with the content surfaced to them.***
6. ***We do not launch a change / feature just because it increases content view time.*** With every launch candidate, we evaluate our time well spent metrics for regressions before making a final launch decision.

In the sections below, we speak to our progress toward each of these principles and how we measure success.

## Time well spent input metrics

### Increasing content time spent with friends:

We believe content is best enjoyed with friends, and have evidence that when incorporating the Snapchat community and friends more into the content experience we see increasing engagement and compounding network effects driving more viewers.

This year, in Spotlight we have added share counts to the Spotlight experience , the capability to watch your Spotlight feed in-chat and increased the importance of sharing in our objective functions (1) (2) (3) (4) - resulting in an increase in the % of users sharing on Spotlight from 6.3% in January to 8.8% in May (+39%).

HIGHLY CONFIDENTIAL (COMPETITOR)                                                SNAP2047572

## Page 1 Comments

**D1**   While I am all for moving away from time spent to time well spent, I am not sure about going so far as to measure it through the lens of "positive driver of retention via conversations with their friends and community."   Is sharing of content such a habit that we can use it as our north star for determining if we served the right content to the right user, driving snapchatter satisfaction and retention?  Below there are other ways we measure it - want to make sure that the construct of time well spent includes those as well (e.g. what drives positive long term positive viewer sentiment, what avoids negative sentiment, etc.).  And how are we going to measure engagement that drives habit - content that drives long-term positive habit is important identify and lean into
*David Brinker, 5/31/2023 09:47 PM*

**M2**   @████████████ it sounds like we're aligned on retention being a metric we should optimize for as one of the outputs of time well spent. regarding whether or not sharing content with your friends is an indicator that you're enjoying your experience, we've taken an action to do this analysis using our CSAT data and slicing it by this user cohort. FYI for @█████████████ who owns the CSAT survey data and @c████████████████ who is going to be helping from the DS side.
████████████, 6/1/2023 09:26 AM

**D3**   To be clear, I think it's a great input, but the first paragraph seemed to be more of a declaration that this is THE signal.
████████, 6/1/2023 10:11 AM

**M4**   That wasn't the intent, so the misunderstanding is due to poor wording. Ok, to be super clear then :) - here's what we're actually saying are the time well spent metrics.

\*Output Metrics (i.e. North Star metrics):\*
- Content retention
- Viewer Satisfaction

\*Input Metrics\*
- Bi-directional conversations attributed to content
- Positive interactions
- Negative interactions (and reducing policy violating content prevalence
- Snap native (i.e. Snappy) content prevalence (and reducing reposted content)
████████████, 6/1/2023 10:38 AM

**J5**   This is a fantastic link.  Lots of ways id love to see the data sliced: By phone type, countries where retention is high vs lo are a couple of things that come to mind.
*Jerry Hunter, 5/30/2023 09:22 AM*

**M6**   Adding ████████████████ and @████████████, who own the CSAT process and dataset.
████████████ 5/30/2023 09:42 AM

**A7**   Awesome ☐ ☐ one of the great benefits of running these in-app is that we have the ability to connect responses to additional data points like these. They aren't immediately available in the output we receive, but we can partner with DS to get these cuts. @████████████████████who would be best to partner with on your team on these?

On the country front, we've recently added UK, DE, KSA, IN, and FR to these surveys, so we'll have insight into those markets in this next round of results (ETA next week)
████████████████ for vis
███████2023 11:47 AM

**J8**   This makes sense intuitively, but have we sliced the CSAT data by people who share and is it empirically true?
*Jerry Hunter, 5/30/2023 09:23 AM*

**M9**   No. This is a good callout and action item we will investigate. In other words, are Snapchatters who share content with each other more likely to enjoy their overall app experience? CC:

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP2047573



Page 1 Comments (Continued)

A10    ☐ ☐ we can dig into this alongside the additional data cuts above

cc: ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮, 5/30/2023 12:00 PM

J11    Humm, I am not sure if I agree or disagree with this. If someone explicitly wants to see super suggestive content, does that mean we want to show it. For instance, most 14 year old boys would want that, but do we want that. You might say, ok, how about 20 year olds. I think I'd say its ok for them to not get it and go somewhere else for it. Do we want our platform to be in zones that are making other platforms get in trouble? Same with Qanon like stuff. Just because they want it, does that mean we should give it? THis is where these tenets and a shift policy can come into conflict.
*Jerry Hunter, 5/30/2023 09:31 AM*

M12    These are all great points and we have been actively discussing and iterating on this topic.
Few notes -
1. We don't show suggestive content to minors (below 18) and in sensitive countries at all.
2. Overall, less than 1% of total Spotlight Views are on suggestive content. For now, we are limiting this distribution to 18+ users who subscribe or favorite this content. Agree that we can take a more policy driven decisions here.
▮▮▮▮ ▮▮▮, *▮▮▮▮2023 09:51 AM*

M13    *If someone explicitly wants to see super suggestive content, does that mean we want to show it.*

My opinion is that our content policy should ensure that nothing more extreme than 'PG-13' is allowed on the platform. Content more extreme than PG-13 should be moderated off the platform.
▮▮▮▮ ▮▮▮▮▮ *5/30/2023 09:54 AM*

J14    Why do we think this? an answer could be, we think it promotes snapchatter features that promotes retentive friend interaction. do we have measures that prove that out?
*Jerry Hunter, 5/30/2023 09:33 AM*

M15    We think this because unique Snapchat features provide a reason for Viewers and Creators to return to Snapchat (as opposed to going to other platforms).
▮▮▮▮ ▮▮▮▮▮, *5/30/2023 09:56 AM*

J16    This is a great tenet
*Jerry Hunter, 5/30/2023 09:34 AM*

J17    Nice! Might be interesting to see what percentage of that was sharing to chat, which is retentive.
*Jerry Hunter, 5/30/2023 09:36 AM*

M18    We saw network effects of these sharing improvements on Spotlight from early Feb to March.
cc @▮▮▮▮▮▮▮▮ to share more info on % of sharing to chat.
▮▮▮▮ *5/30/2023 10:02 AM*

H19    @▮▮▮▮▮▮▮ , @▮▮▮▮▮▮▮▮▮▮ less than 0.1% of Spotlight shares are shared externally. So, almost all shares are shared to chat.
▮▮ ▮▮▮▮ *5/30/2023 01:32 PM*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2047574

Case 4:22-md-03047-YGR    Document 2878-60    Filed 03/25/26    Page 5 of 15

In Stories, we deepened the integration with chat by launching auto-advance for Friend Stories (FS) on the chat tab (will extend to Creator Stories (i.e. Non-Friend Stories) by end of Q2), introduced the ability to save a FS in Chat, and improved the sharing UX (e.g., when sharing, include the whole story rather than just the individual Snap). Separately, we continued to scale the new Community Stories format (2.9M unique users, 27 snap views per viewer), rolling it out to High Schools (700K unique users) and increasing the number of adjacent communities a member is eligible to view (other classes from the user's school).

Next up, in Discover, we will make the experience feel more social and Snappy by highlighting more of the Snapchat community - introducing public comments for both Community and Creator Stories (Q2), launching public communities and shared stories in Discover in Q3 (e.g., a "fan club" of a creator or sports team), and experiment with showing saved stories from friends in Discover (Q3). On Spotlight, we will add threaded comments and mentions (Q3) and build a 'For Us' Spotlight feed (Q4).

For both Stories and Spotlight, we will begin to *measure success* more directly by the number of bi-directional conversations started by content. We will also begin to incorporate friend signals into retrieval and ranking (Q2 for Spotlight, Q3 for Creator Stories), and continue to improve the sharing UX.

## Increasing positive sentiment with content and Creators:

Increasing positive interactions (e.g. favorite, share, subscribe, open profile) plays an important role in understanding whether viewers are enjoying their experience beyond pure consumption. They provide higher intent signals beyond pure view time metrics, because they require the Viewer to go beyond a pure 'lean back' experience. In Spotlight, where we have begun to implement and measure them first, we have seen them increase faster YoY than view time per viewer. (i.e. Spotlight Positive Interaction UU per Spotlight Story View UU has increased +128% YoY vs +98% YoY for View Time per Viewer) However, it is important to view them in the context of other aspects of time well spent, because evaluated in isolation they can be misleading in edge cases (e.g. in Spotlight, sexually suggestive content has the highest favorite rate, but also the highest hide rate and shocking content has higher share rate, but also has higher hide/report rate).

In Spotlight, we will test adding common interaction paradigms like 'double-tap to favorite', scrubbing, and pausing - which Viewers have told us the absence of makes their experience feel strange relative to other platforms like Reels, TikTok, and Shorts where this exists.

In Stories, we are currently experimenting with a new favorite action in Discover as part of a new vertical actions bar in opera that will make it easier for viewers to provide explicit feedback (e.g., make the 'subscribe' button more prominent). In addition, we are improving the responsiveness of Discover and Subscription feeds to update recommendations based on the user's latest actions, including dynamically determining which stories to auto-advance a viewer into based on their interactions with the previous story. The work here is also paving the way for better developer efficiency when it comes to adding new user understanding and content understanding signals.

For both Stories and Spotlight, we *measure success* in terms of the number of positive interactions users have with the content they're watching. For Creator Stories, this year we have also started tracking the *% of daily viewers with 2+ min of view time* (i.e., % of "high quality" viewers) and are prioritizing growing this number over overall viewers.

## Decreasing negative sentiment with content and creators:

In Stories, we exited the Discover Tile Quality Code Red in Feb by drastically reducing the prevalence of objectionable Tiles (as defined by the Content Team) from ~30% to near 0% for new users. Third party vendor reviews observed a similar reduction in global prevalence from 30% to 7%. Through this exercise, the team has built a strong playbook of how to tackle content quality issues including Publisher and UGC creator Strike systems, leveraging state-of-the-art Computer Vision models (CLIP) for similar image detection, and leveraging Publisher and creator reputations to throttle future distribution. The team has since extended the impact to 60 day new users and are working to extend it to all users. In parallel, the team is also tackling clickbait and "tricky" tile issues by updating the Tile Optimizer objective function from pure click through rate to a long view through rate, with ETA of 06/15 to start the experiment.

In Spotlight this year, we have made seeing Suggestive content an 'opt-in' experience where to see Suggestive content in their feed a Viewer must first favorite or subscribe to a Creator of suggestive content, we profile Creators of Suggestive content to ensure that their posts always receive human moderation, enabled OCR detection of engagement bait to EN and FR languages, and have begun labeling sensitive content. Next up is demoting sensitive content in the Spotlight feed (Q2), incorporating 'report' into our utility function (Q2), and expansion of engagement bait detection to AR, HI, and DE languages.

For both Stories and Spotlight, we *measure success* in terms of the prevalence of policy violating content as well as hide and report rates. For Stories, this year we have also started tracking clickbait and shallow engagement through: *% of stories views*

HIGHLY CONFIDENTIAL (COMPETITOR)                                                      SNAP2047575

J20   Love these!  How often to people who open in chat, actually go with any depth into the content that is auto advancing?
*Jerry Hunter, 5/30/2023 09:37 AM*

Y21   @████████████████████████
      ████████  *5/30/2023 11:58 AM*

J22   This feels important.  Also, seems we should take all things that are retentive, Chatting, group chatting, Story posting, saving in memories(is that a thing on spotlight?), and connect content to it and drive those things too.
*Jerry Hunter,  5/30/2023 09:43 AM*

M23   *we should take all things that are retentive, Chatting, group chatting, Story posting, saving in memories(is that a thing on spotlight?), and connect content to it and drive those things too.*

This is a good framework for investigating ideas on where/how to incorporate content. We will take this as an action item.
████  ████████ *5/30/2023 09:58 AM*

D24   What content drives habitual viewing more than other content?
*David Brinker,  5/31/2023 09:56 PM*

M25   This was referring to the retention studies done for the most retentive actions in the app. Top retentive action is group chats. Link below:

https://docs.google.com/document/d/1N9sNpZCFnl5kQ0uIu64bGIOj4T4Ugg9rpPDe1YAIu10/edit#heading=h.v5hohfrgicp8
████  ████ *r, 6/1/2023 09:10 AM*

J26   ALthough I have seen an increasing trend of creators putting a complete non-sequitor sexually suggestive snap at the end of a set of snaps that are not sexually suggestive at all.  Shows they are getting people to tap into the story with that.
*Jerry Hunter, 5/30/2023 09:46 AM*

Y27   Yes. In the coming weeks, we will test auto-replacing suggestive tiles with the last snap in the story that is not suggestive (we already do this in FY for new users).

In Q3, we will start working on auto-playing tiles, which will also help a lot with this.

https://snapchat.quip.com/WjYUA5ZjHCSx
████  ████ *5/30/2023 12:03 PM*

Y28   Potential solutions aside for clickbait, from a tracking perspective, one new metric we started tracking recently is the '% of creator story (NFS) views where the avg. time per snap is less than 1sec.' This is essentially a viewer tapping super quickly through snaps, presumably to get to that last clickbaity snap.
Even if that's not the reason, we don't think tapping through snaps super fast (takes the brain ~1sec to comprehend what it is seeing) is "time well spent" that helps deepen relationships.

Right now ~25% of NFS views have an average of less than 1sec view time per snap. We would like to bring that significantly down.
████████ *, 5/30/2023 12:14 PM*

D29   +1. This creates a lot of havoc.
████  ████ *5/31/2023 10:01 PM*

J30   For this paragraph, what percentage of snapchatters have opted-in and what percentage of content is suggestive?  ie, how much of our ecosystem is driven by this?
*Jerry Hunter, 5/30/2023 09:52 AM*

M31   1. Less than 1% of total Spotlight Views are on suggestive content.
2. Will collect and share the % of users who have opted-in by subscribing or favoriting suggestive

HIGHLY CONFIDENTIAL (COMPETITOR)   SNAP2047576

*with an average of less than 1sec view time per snap* (i.e., viewers mindlessly tapping quickly through snaps), *% of Stories with less than 3sec view time*, and *% of Stories exited after the first snap.*

**Increasing Snappy (i.e. quality 'Snap-native') content prevalence:**

Last year, we defined Snappy content as Snap-native content (e.g. Lenses, Music, Cameos) that meets a definition of quality that can be determined by human labelers. We also found that operationalizing this is challenging because of the following:

1.  *Experiments to increase the prevalence of Snap native content in our feeds result in engagement losses.* We ran experiments to boost Snap-native content aggressively in the Spotlight feed and launched Cameos in Spotlight and found that boosting native content leads to engagement declines, and not necessarily significant increases in native supply. We learned that the solution is not just a ranking problem to solve but one in which we need to address across the flywheel of seeding quality content, promoting it, inspiring Creators, and making it easy for them to mimic and submit. Finally, we learned that this is not a problem unique to Snap, and that competitors have faced similar short-term engagement vs. supply tradeoffs. [M33]

    As a result in Spotlight, we are first narrowing the problem to increasing the prevalence of viral lens content in Spotlight in partnership with the Camera, Lens, and Camera platform teams. Our goal is to use lens content as a proof point that we can successfully drive native content creation through Spotlight, support viral lens distribution, and develop a replicable process for increasing the creation and distribution of other Snap native content types. In Q2, we are working with Lens and CamPlat teams on ensuring we have viral lenses that inspire Spotlight creation, we have seeded inspiring lens content, we aggressively promote this content, and address the points of friction in our UX between inspiration and submission. We will also establish a long-term guardrail 'budget' for engagement loss required to increase native supply.

    In Creator Stories, our focus is on making Discover feel more Snappy by highlighting more of the Snapchat community in the experience. In Q2, we are laying the groundwork by introducing basic functionality such as public comments. In Q3, we will experiment with surfacing "semi-friends" content in Discover - community stories, public saved stories from friends, and public shared stories.

2.  *Developing a definition of quality that can be agreed upon by a global set of human labelers is challenging.* We found that cultural norms and context oftentimes can prevent labelers in other countries from agreeing on a nuanced quality definition. (e.g. Lebron James walking through and reminiscing in his old high school could be considered a quality video from a labeler with the context on who he is and his story but could be considered low quality without that context.)  We have now developed a 'good', 'not good' quality definition that has a high agreement rate (KA > 0.8) and has over 6MM labels that we can build an ML classifier for. We will test building a model based on these labels and applying it in Spotlight by end of year.

For both Stories and Spotlight, we will *measure success* in terms of reducing reposted content from other platforms and the increase in native Snap content.

### *Time well spent output metrics*

**Increasing Content retention:**

The efforts described above are intended to drive our output success measures for time well spent by increasing both Viewer retention and their satisfaction with their experience. Retention is measured both in terms of the % of content viewers from yesterday who returned today to view content, as well as our leading indicators of content retention (e.g. for Creator Stories is Viewers with 2+ minutes per day, and for Spotlight its Viewers with 5+ view sessions).

**US Content Retention & Retention Drivers**



HIGHLY CONFIDENTIAL (COMPETITOR)                                                          SNAP2047577

J32      So this suggests that you think it will not be a long term problem?  Why?
*Jerry Hunter, 5/30/2023 09:54 AM*

M33      This sentence was written after chatting with some folks from IG responsible for driving native content creation on their platform. As of ~6-12 months ago, they had not found a relationship between native content supply and engagement, but took it as an article of faith that native supply was important long-term if they were to become a credible content platform. Therefore, they established 'budgets' for how much engagement they were willing to sacrifice to drive native content creation.
     ████ ████    *5/30/2023 10:01 AM*

J34      Looks like friend stories is increasing differently that other years, good news.  I dont understand creator stories?  I suspect its the definition of creators and how we are tracking them.
*Jerry Hunter, 5/30/2023 09:57 AM*

M35      Creator Stories = Non-Friend Stories (i.e. Subs + Discover)
     ████ ████    *5/30/2023 10:04 AM*

HIGHLY CONFIDENTIAL (COMPETITOR)



See additional inputs into retention in the Metrics section in the Appendix.

For both Spotlight and Creator Stories, improving view depth in the US is our primary focus. In Q2, on Spotlight, we are making investments in reducing distractions once a viewer is watching Spotlight (e.g. we will test a full screen experience), educate users that they can 'swipe up for more', improve ranking by experimenting with models specific to new users and auto-tuning our objective function, increasing positive interactions (e.g. with larger, refined vertical action icons), removing ads for new users for up to 60 days, and improving the performance on iOS. In Stories, we are making it easier for users to get into / remain in content by improving the UpNext logic that auto-advances viewers into the next story, making it easier to resume watching after being interrupted by chat (PiP - for both Stories and Spotlight), introducing comments to enrich the viewing experience, and will be experimenting with auto-playing tiles in Q3.

### Increasing Viewer Satisfaction:

We measure CSAT quarterly via in-app survey (n=1000), asking Stories and Spotlight users whether they're satisfied with their experience and for Discover and Spotlight whether they're entertained by it. In the US in Q1, we saw small positive increases in satisfaction, but small negative regressions in entertainment. Feedback is consistent with our priorities for Time well spent - for Stories the primary verbatim feedback is around Ad load and Discover content quality and for Spotlight is not unique content (relative to competitors) and content quality is low. We are partnering with the user research team to improve our capability to survey Viewers more frequently in 2023.

We are NOT satisfied with the trajectory of these CSAT scores, but believe them to be a lagging indicator due to the impact of the projects launched so far this year not fully being represented in them based on the positive trends seen in the input metrics / success measures in the sections above.

| | | | | | |
|---|---|---|---|---|---|
| Friend Stories | | 63% | 69% | 64% | 66% |
| Discover | | 34% | 40% | 38% | 39% |
| Spotlight | 24% | 30% | 35% | 32% | 36% |
| | | | | | |
| Discover | | 41% | 45% | 45% | 43% |
| Spotlight | 29% | 38% | 41% | 40% | 39% |

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                    SNAP2047579

# FAQs & Appendix

1. **What do we optimize for today across Content (i.e. what are our objective functions)?**
   a. Discover
      i. 1.4 * E(view time) + 60 * p(long watch (>5s)) + 37.8*p(complete) + 76.4*p(subscribe) + 700 * p(send) - 600 * p(hide) - 6 * p(ultrashort (viewtime<1.5s)) -256000*p(in-app report)
      ii. Approximate importance of the various term:
         1. View time - 50%
         2. Long Watch & Complete - 20%
         3. Subscribe & Send - 20%
         4. Hide, UltraShortViewtime & Report - 10%
   b. Spotlight
      i. 0.15 * E(view time sec) + 102 * P(boost&complete) + 100 * Ns * P(Share) + 2.5 * P(complete watch) + 5 * P(View > 5s) - 5 * P(View < 3s) + 400 * P(subscribe) + 30 * H(send reply) + 5 * H(open reply) - 7000 * H(hide)
      ii. Ranking impact of each term

| Viewtime | Boost | Share | Complete Watch | View > 5s | View < 3s | Subscribe | Send Reply | Open Reply | Hide |
|---|---|---|---|---|---|---|---|---|---|
| 9.04% | 39.48% | 30.9% | 8.62% | 15.47% | -13.3% | 11.78% | 0.17% | 1.71% | -3.34% |

2. **What are the gaps in our capabilities and what would help us improve our understanding of Content time well spent?**

   In an ideal state, we would be able to directly identify, measure and optimize for Content time well spent independently of overall time spent. To get to that ideal, we need to close the following gaps in our capabilities.

   a. We don't have creator value components in the objective function, and therefore do not optimize for it today. This is actively being worked on in collaboration with Data Science and Applied Research teams.
   b. We don't have an understanding of long-term viewer and creator retention, and therefore do not optimize for it today. This is an ongoing area of investment by Data Science.
   c. We need more explicit positive and negative signals from Viewers. For example, today only 4% of Spotlight views result in a 'favorite' action by Viewers, but we know that competitors like TikTok have a favorite rate as high as 16%. As mentioned above, we continue to invest in improvements in our design to increase our signal from Viewers.
   d. We have limited mechanisms for asking viewers how they feel about their content experience (e.g. quarterly surveys) when other platforms like Meta and Google have much more robust and frequent surveying capabilities. Building this capability will require significant investment.
   e. Even after we have long-term value / CSAT metrics, it's very challenging to move them directly in the AB and therefore we will continue to need good short-term input metrics (that are correlated with LTV metrics) to optimize against.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                       SNAP2047580

**Appendix**

**Reference docs**

- Internal
    - [What should we optimize for in Spotlight? | 08/05/2021](#)
    - [State of Discover Ranking - How we will close the gaps between Discover and Spotlight ranking](#)
    - [Spotlight User Perception Survey](#)
    - [2022 SSP - Stories](#)
    - [Spotlight Utility Function Next Steps - CPR](#)
    - [Spotlight Snappy Content (State of the Union)](#)
        - [Lenses x Spotlight Initiative | 2023](#)
        - [Spotlight + Lenses Insights](#)
    - [Key Metrics Proposal](#)
    - [Snap's Content Strategy | April 2023](#)
    - [View Time per User by products (Global and US)](#)
    - [2023_Q1: CSAT Insights - Stories/Discover (US) *INTERIM DATA*](#)
    - [2023_Q1: CSAT Insights - Spotlight (US) *INTERIM DATA*](#)
-

**Metrics**

- [Content KPIs and Input Metrics](#)
- [5-Tab CSAT Hub](#)

[Spotlight Positive Interaction UU per Spotlight Story View UU](#)





HIGHLY CONFIDENTIAL (COMPETITOR)                                                          SNAP2047581



## Content Time Spent OKRs

- Increase Non-Friends View Time per Viewer Globally and in US
  - Increase Global Non-Friends Stories View Time per Viewer from 8.6 minutes per Viewer to 9.8 minutes per Viewer (+14% YoY)
  - Increase US Non-Friends Stories View Time per Viewer from 4.1 minutes per Viewer to 5.3 minutes per Viewer (+28% YoY)
- Make Spotlight content entertaining to Snapchatters
  - Increase Global Spotlight View Time per Viewer from 5.6 minutes per Viewer to 9.24 minutes per Viewer (+65% YoY)
  - Increase US Spotlight View Time per Viewer from 4.4 minutes per Viewer to 7.7 minutes per Viewer (+75% YoY)
  - Increase total Global Spotlight View Time from 4.5MM hours/day to 8.7MM hours/day (+93% YoY)
  - Increase total US Spotlight View Time from 810K hours/day to 1.38MM hours/day (+70% YoY)
  - Increase the % of Global Spotlight Daily Viewers with sessions of 5+ views from 29% to 35% (+20% YoY)
  - Increase the % of US Spotlight Daily Viewers with sessions of 5+ views from 16.6% to 20% (+20% YoY)
  - Increase the per-viewer rate of positive interactions (favorite, share, subscribe, open reply tray, open profiles) by 20% (from 21% to 25%)
- Improve the quality of content that viewers see on Discover and Spotlight
  - Increase the % of Spotlight users who find Spotlight entertaining by 10%, from its Q4'22 level of 40%
  - Increase Spotlight Snappy (i.e. Perceivable Snap-Native content) view prevalence by 2000% from 1% → 20% for Active Creators (those who have submitted public content in the past 7 days). (joint with Spotlight Ranking)
  - Reduce prevalence of Sensitive/Suggestive tiles at the top of Discover feed (80% of impressions) from 10% to 3%

## 05/30 Notes

**Attendees**: Jerry Hunter, ██████ █████ ██ █████ █████ █████ █████ ████ ██ Jack Brody, █████ ███ ███████

## Action Items:

1. Cut CSAT content data by additional dimensions including users who share content with one another, so we can answer the question, "are Snapchatters who share content with each other more likely to enjoy their overall app experience?" - ██████ █████ ████████
2. Investigate the most retentive actions / areas of the app, and how Content can be incorporated to support them? - █████ ███ ████ █
3. Test the removal of Suggestive and Shocking content in Discover (and Spotlight) to understand the short/long-term engagement impact so we can quantify the tradeoff. How could we declaratively assert that we do not allow sensitive or shocking content on our platform prior to back-to-school? - █████ ████ █████ █ ██████ ██████ ███████

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                    SNAP2047582

a. [Discover Tile Quality Code Red Long Term Impact Analysis](M36)

**Notes:**
- Jerry: there are assumptions that are framed as tenets.
  - We've been hearing that content is going to be retentive for 7 years, and it still hasn't been that way. What can we lean into to make content retentive? Can we make this an explicit goal? Right now it's snapping, chatting, friend stories, and memories that drive retention to the app? How can we add all of the content into this area?
- ████ there's a concept of high value actions (idea from Amazon), so that each of the actions have accompanying incremental long term retentive value. These actions may actually have short-term time spent.
  - Jerry: this is a great generalized framework. (e.g. how to land things into Stories -> Revenue -> general retention). This gives us a value for each of the incremental actions.
  - ████ we know chatting is retentive, but having a framework like ████ mentioned can be very helpful.
    - We also see content is retentive in markets that do not have the strong fundamental behavior. Can we make sure that content funnels into retentive behavior across the app (list Jerry mentioned above)
- Jerry: the notion that we're accepting sexually suggestive content is the default engagement generator? What % of content engagement is driven by sexually suggestive content?
  - ████ : totally agree. Today in Spotlight, less than 1% of our views is on sexually suggestive content. It used to be 2%, but after opt-in experiences (aggressive stance), it's much lower.
  - We've taken policy stances around this.
  - Jerry: we want this provocative conversation: how about we just ban it from the platform?
  - This is not a conversation about viewer value. This is about what we want to be as a platform? What do we want the legacy of this platform to be?
  - We're talking about principles of content. Characterize that content.
  - ████ : what about expression and freedom of expression for creators? That's the tricky part. Drawing a line from a policy perspective because the burden of that lands very differently with different people.
  - Jerry: sliding scale makes sense - what does sexually suggestive actually mean? And that turns into a process conversation. E.g. wearing a short-sleeved shirt in some markets. However, I think this may be worth still writing down about. 20-40 bullets.
  - ████ we have done that
  - Jerry: yes but those are not close to what i'm thinking. **shows a patrick zillany creator who is now showing a tile with girls with big chests** Every one of their stories ends with sexualized snap. This is about cooking, why is it up there? Content moderators are going to have a hard time catching this.
- ████ sometimes it's about the context. Has a screen of tiles where it's just all people showing their butts to the camera. ███ : it's maybe about the aggregate policy-violating-adjacent content and behavior.
  - The problem is the behavior and perception and incentives. Right now it's probably ranking and tile selection UX. We have a plan for ranking, but right now we need to figure out the UX issue.
- Jerry: in a world of tenets, you get to be idealized. We're an entertainment platform where parents are ok with their kids for coming on board. We're not building a free-speech platform.
  - Jack: one action out of this for sexually suggestive piece, we can probably take a much more aggressive stance here, which can simplify all of this. Just taking the extreme stance doesn't make the issue easier. It just moves the line. I would like us to take an action to actually discuss this. I feel that what the team is doing now is giving us confidence to move forward here.
  - ████ we should hone in on the Creator Stories.

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP2047583

Page 8 Comments

M36     From ████████████████████████████████████████ ▮

█████████████████████ interesting results after 4-weeks of the discover tile quality experiment.

████████████ 6/2/2023 03:33 PM

HIGHLY CONFIDENTIAL (COMPETITOR)                                     SNAP2047584

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2047585