# AMENDED Exhibit 1162

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Appendix

## Appendix A. **Friend Recommendation System**

The Friending product is a key lever to user engagement and retention and an enabler for many other products, including friend story, chat, maps, games, etc. Previous study shows that Day-30 user retention is 50% and 150% higher respectively when the user has 1 and 5 friends compared to users without friends. Quick Add in Snapchat surfaces friend suggestions and helps users find and make virtuous friends. As of May 2022, an average of ████ daily friend requests are sent via Quick Add accounting for ████ of daily friend requests. Particularly, Quick Add is an even stronger lever of friending for new users which contributes to ████ of friend requests from new users.



In 2022, the Friending team hit new all time highs globally for % DNU with 1+ friends by day 7 with **+38% YoY** growth, with many regions growing even faster.



**Figure A2. Percent DNU with 1+ friends by day 7 (left) and Country breakdown of top 13 DNU countries in September.**

## Appendix B. **Friending Client System**

Besides owning the various friending UI surfaces across the app, the friending client team also owns the SCSnapchattersServices (iOS), Friend (Android) which manages various types for friending data and APIs to provide support for multiple external teams. This service is widely used by more than 200 modules. The two most important data we provide are the user's core friend data and contacts data.

    SNAP3654435

V24        what is 'Contact_book' here?

           Is "QuickAdd" accounting for the add-friends screen we show in Reg or after Reg (when they finish
           Reg and then later on they go into QA list) ?
           ▮▮▮▮  *11/18/2022 12:45 AM*

J25        contactbook is to add friends via the contactbook page. QA here count both reg and post reg. This
           figure shows DNU not just registration.
           ▮▮▮  *11/22/2022 10:35 PM*

V26        we were not able to move MX? i remember there was some focused investigation into MX. Can
           someone provide a tldr?
           ▮▮▮  *11/18/2022 12:47 AM*

J27        This figure is a bit outdated. We managed to move MX across our goal line give a feature called
           "starter friends in reg".

           https://docs.google.com/presentation/d/1g1jlMQ7rUOclk0a2t56TLLzKTz14AUSKKhLLscq24UU/e
           dit#slide=id.g15b1b7bb2d6_0_0
           ▮▮  *11/22/2022 10:37 PM*

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                            SNAP3654436