# AMENDED Exhibit 1166

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

A/C Privileged and Confidential
Last updated June 15, 2022

# Exec Summary: Child Sexual Grooming

## Summary

NCMEC defines online grooming of children for sexual purposes as "an individual communicating with someone believed to be a child via the internet with the intent to commit a sexual offense or abduction. This also includes instances when a child is being groomed to take sexually explicit images and/or ultimately meet face-to-face with someone for sexual purposes, or to engage in a sexual conversation online or, in some instances, to sell/trade the child's sexual images."

We hear from parents, young people, law enforcement, and regulators that grooming is prominent on Snapchat and predators feel confident because we have not gone looking for them to date. Grooming is also one of the toughest challenges in online safety; few platforms have figured it out, and it remains a difficult crime to detect despite advancements in technology. This document goes over the current state of what we know about child sexual grooming on Snapchat, and opportunities for us to make a bigger impact. This has been an increasingly high priority for global child safety groups (eg. INHOPE has hosted webinars on grooming, the Tech Coalition named it one of the top 3 priorities for the year) and law enforcement (eg. Sergeant Mason's letter).

## Recommendations

1. Align on prioritization of grooming detection and enforcement in proactive detection from the Triad (Product, Eng, Operations).
   a. Per the harm prioritization framework, child safety ranks the highest.
   b. There are potential trade-offs if we change course to take on grooming as the highest priority. Several proactive initiatives recently kicked off where XFN teams have spent time developing models, training, and policies around (weapon sales, sexual exploitation which can also include grooming).
2. Invest in teams to fulfill the roadmap and build out infrastructure for detecting grooming.
   a. [A/C Priv] Anti-Grooming Tactical Plan
3. Revisit Policy definitions around child sexual grooming and review policies for actor-level enforcements vs content-level

Due to the nature of the app, we have focused our safety efforts on visual content and accounts rather than private chat messages. We have historically never supported reporting chats (although chat media is reportable), and there are technical limitations to 'chat scanning'. There is also a principle "limitation" by design because privacy is core to Snap's identity and value to the world and true to that, we have not built ways to look at people's private conversations even for our operations teams. At present, we are not leveraging any grooming-specific detection technology. Through our existing channels, we have found that grooming at Snap has manifested in different ways:

CONFIDENTIAL

## Page 1 Comments

K1       Which platforms have figured it out?
                      █████ █████   *7/8/2022 11:28 AM*

J2       I don't think any platform or company has fully figured it out. Grooming is by no means 'solved' since bad actors continue to change their behavior.
               *Juliet Shen,  7/18/2022 01:57 AM*

CONFIDENTIAL                                          SNAP5288466

A/C Privileged and Confidential

- Sexual grooming with the intent of physical sexual abuse by one person or others
- Minor enticement with the intent of soliciting CSAM
  - Sextortion between an adult and a minor
  - Sextortion between minors (ie. baitout/shoutout/expose accounts at a school)
  - Enticement for the purpose of blackmail/extortion. Underage users may or may not be intentionally targeted.

# Policy

## What is our policy?

While "sexual grooming" is not mentioned specifically in any of our policy documents and our policies focus primarily on content, we do not allow solicitation or enticement of minors to engage in sexual acts or produce sexual images.

Under our Broadcast UGC policy (Spotlight, Discover Public User Stories, and the Map) we do not allow:

- Solicitation of a Minor: Written caption or Snap video requesting that users under the age of 18 send nude images, or solicitation directed to a user that is a minor.

In our Private UGC policy (My Story, chat media, Snaps, Group Stories, Custom Stories) we prohibit

- Any communication that attempts to persuade or coerce a minor to create or send sexually explicit images of themselves or other minor children.
- Minors or adults requesting/encouraging/enticing/coercing minors to engage in sexual acts or produce sexual images (e.g., "bait out" accounts)

## Policy Landscape

On May 26, an XFN Snap team met with two officers of the Texas Attorney General's Office, Child Exploitation Unit (SGT Andre Mason & CPT Cody Smirl) to discuss SGT Mason's experience investigating online child exploitation crimes and his suggestions for process improvements. The conversation was the outgrowth of an April 26 email sent by SGT Mason directly to Snap's CEO. SGT Mason spoke at length about his experience as a state investigator trying to shut down and prosecute a variety of child exploitation crimes. He is very well acquainted with our platform and our LE operations, and has submitted more than 100 requests to Snap over the last three years. SGT Mason described two types of crimes originating on Snapchat in his active cases: 1) foreign-based perpetrators who encourage minors to create and share sexual material then used as the basis of an ongoing blackmail scheme, and 2) Individuals who seek to exploit minors through a direct relationship. **He estimates that 85% of his 140 active cases have a Snapchat component, typified by the use of Quick Add to spam large numbers of users at random and using Chat to communicate with those that respond.** Further details can be found here with the Texas Attorney General's Office requests.

1

                                                                 SNAP5288467

A/C Privileged and Confidential

In addition, Jacqueline Beauchere recently represented Snap at the WeProtect summit, a global gathering of child safety organizations, regulators, law enforcement, and tech companies. From her recap of a meeting with the head of the European Commission, Directorate-General for Migration and  Home Affairs, they had strong words for Snap, its private nature, and the fact that she hears from prosecutors across Member States that **all instances of child online grooming for sexual purposes are linked to Snap**. ["When I talk to prosecutors, every one (says their case) has a connection to Snapchat over grooming."] The CSAM regulation, she added, will call on companies to take "legitimate, proportionate, effective measures" to detect child grooming for sexual purposes.  We have heard from multiple law enforcement agencies around the globe that over 80% of child sexual grooming cases handled by them are associated with Snapchat.

## How Do We Detect Grooming, What Have We Found?

We don't have a clear measure of how much grooming activity is taking place on Snapchat since the victim may not have the tools or the ability to report the person grooming them due to psychological manipulation. We do not measure prevalence in chat, which is where the majority of grooming takes place. In the past 14 days, we have received 234 in-app reports involving the word "grooming" or "groomed". However, it's currently Pride month and accusations of grooming are closely correlated with homophobic narratives which may skew the data (a manual review confirmed this bias).

### In-App Reporting

As of June 2022, our in-app reporting coverage includes content and accounts, though we are aiming to deliver chat text reporting in Q4 of 2022. When T&S agents review these reports, they use Oh Snap to evaluate whether the content or account should be taken down based on the comments users write in, the media and any caption or commentary, and metadata on the reported user. The most frequent reports include signs of the beginning of a grooming situation (ie. Snap me if you're under 16 and wanna trade nudes) or reports against a person's account or unrelated story with a comment detailing allegations of sexual grooming.

Although we don't have specific reporting options for "grooming" we see grooming reported for "Violent and Disturbing", "Solicitation", and "Bullying and Harassment". Most details come in through the freeform text box in in-app reporting where people describe grooming situations.

2

A/C Privileged and Confidential



(Example Task A)          (Example Task B)          (Example Task C)

Example Task A: This **story** was reported for "**Solicitation**" by a 19 year old claiming that their "slaves" (a term often used in BDSM relationships) are underage. This is similar to other cases T&S has seen where predators groom minors into pseudo-BDSM relationships that are actually sextortion and abuse. This Snap was deleted by T&S auto-enforcement.

Example Task B: This **chat media** was reported for "**Violent & Disturbing**" by a 14 year old Snapchatter with the comment "he keeps calling this gc and won't stop we are 13 year old and keeps trying to call to see our faces we have tried to make him stop and leave but he won't leave the group chat he is grooming us". The media was not actioned or escalated to Snap by the vendor team.

Example Task C: This **story** was reported for **"False Information"** by a 31 year old for soliciting minors for romantic or sexual intents. The Snap was not actioned or escalated to Snap by the vendor team.

3

SNAP5288469

A/C Privileged and Confidential



| (Example Task D) | (Example Task E) | (Example Task F) |

**Example Task D**: This **story** was reported for **"Commercial Nudity"** by a 29 year old. The bad actor is promoting a nude trading group chat targeting people 13-15 years old. This snap was deleted, but the person was not reported to NCMEC.[T3]

**Example Task E**: This **story** was reported for "**Threat**" by a 28 year old. The bad actor is looking for 1-1 interactions in a private setting. This snap was deleted, but the person was not reported to NCMEC.

**Example Task F:** This **story** was reported for "**Solicitation**" by an 18 year old. This is a pattern known as Sugaring where older men or women compensate younger people (not always minors) for their time with money and gifts. There were numerous examples of relationship types such as sugar relationships and BDSM relationships that can be healthy if between two consenting adults, but when one person is a minor it is abusive and exploitative as a type of grooming. This snap was deleted.

## Support Site

We see the majority of grooming cases come through the Support Site to T&S, with most coming from Trusted Flaggers. Trust & Safety does not have a specific investigation method for grooming to differentiate from other types of CSAM and sexual harassment. There are 2,077 results for "grooming" in Zendesk, with 549 assigned to T&S[1]. When investigating grooming involving a minor, T&S follows this process:

---

[1] non-T&S tickets could contain grooming in the T&S sense and just haven't been appropriately routed, or they could involve entirely different non-T&S meanings of 'grooming'

4

                    SNAP5288470

## Page 5 Comments

T3        Should it have been based on the process outlined below?  Are these tasks handled by
          a vendor of RFT's?
          ██ ██████   6/15/2022 08:10 AM

CONFIDENTIAL                                                                      SNAP5288471

A/C Privileged and Confidential

1. Confirm friend link between the two users
2. Create a preservation for manual investigation
3. In the Preservation, look for CSAM or other violations[2] (chat content is sparse due to retention).
4. If a grooming situation is specified in the ticket and there are snaps found related to the situation, those Snaps would be included as supplementary evidence.
5. There is a 30 minute time limit for investigating preservations. This limit can be extended with Lead approval.
6. If there is CSAM, T&S sends a report to NCMEC and deletes the account. If no CSAM is found but other types of dedicated violations are found in the preservation, the account is deleted but not reported to NCMEC.

**Account Takeovers**

Predators will often target teenage accounts to take over and impersonate before messaging the teen's friends and convincing them to send CSAM.



Descriptions via Account Reports from 2022:

- "Hello I am Andrew and someone has hacked my old account "andrew20crew". They are asking my friends for nudes and I want my account back!!!!" (task link)
- "This is my old account I used to have to prank friends. Someone has hacked into it that is not a minor asking for nudes from me and several others to give me the so called password to this account." (task link)
- "They hacked my old snapchat from when I was underage and are sending my nudes to people asking to buy their premium" (task link)

**Impersonation and Grooming**

Related, but not always due to ATO, a common report is that predators impersonate a teen and add their friend circle, or steal photos of teens and catfish minors to request CSAM (nudes). Currently, our NCMEC backend requires media in order to send a CyberTip report. The Safety

---

[2]Preservations do not include chats, so with current tooling and access, non-violating images that were accompanied by text chat would go undetected in these investigations.

5

A/C Privileged and Confidential

Triad is working on updating workflows and tooling to support non-media CyberTip reports to NCMEC.

**Snap 4 Snap (s4s) and Trading Groups**

Snap 4 Snap is a popular behavior on Snapchat where people try to boost their snap score by adding and snapping strangers in "S4S circles". These along with "trading groups" often include people who rarely know each other in real life sending random snaps and friend requests to boost their Snap score. Similarly, group chats are often used as nude trading groups (ie. "groupsunder14" is a dedicated account creating group chats for swapping nudes for <14 year old kids).

# Age

Most teens feel comfortable lying about their age online. Thorn's report on online child sexual grooming showed that over 85% of all minors surveyed believe that pretending to be older than they were is common.

| | Total happens | Very common | Somewhat common | Not very common, but happens | Never happens |
|---|---|---|---|---|---|
| All Minors | 85% | 20% | 33% | 32% | 15% |
| All Girls | 86% | 20% | 31% | 35% | 14% |
| All Boys | 85% | 19% | 37% | 29% | 15% |
| Ages 9-12 | 84% | 20% | 32% | 33% | 16% |
| Girls 9-12 | 83% | 18% | 30% | 35% | 17% |
| Boys 9-12 | 85% | 21% | 33% | 31% | 15% |
| Ages 13-17 | 86% | 20% | 35% | 32% | 14% |
| Girls 13-17 | 88% | 22% | 32% | 34% | 12% |
| Boys 13-17 | 86% | 18% | 40% | 28% | 14% |
| LGBTQ+ | 85% | 24% | 30% | 31% | 15% |
| Non-LGBTQ+ | 86% | 19% | 35% | 32% | 14% |

At Snap we rely on the "reported age" based on what the person set as their birthday, but we also have "inferred age" which is owned by the Ads Targeting team. Neither is perfect, and since we are not a "real person platform" we do not verify people's ages. This can dilute safety defenses around friending and messaging that rely on age as part of the logic.

R7

# What's Next?

**Roadmap**

6

    SNAP5288473

## Page 7 Comments

T4    Do we need to go all in on placing education on the site for under 18's? Basically a
      required tutorial when they sign up for how to identify grooming and what actions to
      take if approached?  Plus something for parents that they can use to speak to their
      children?
      ███████████    *6/15/2022 08:18 AM*

J5    cc ███████████████████████████████████████

      We can think about this as we start planning for SSP and next year. Family Center
      seems like the best home for discussion topics and educational resources but I've seen
      some innovative ways other apps have gamified tutorials/quizzes on online safety and
      identifying grooming and bullying
      *Juliet Shen,  6/15/2022 08:48 AM*

T6    I think we need to do both - something targeted at parents int eh Family Center (how
      to talk to your kids about this), and something targeted at kids in other places in the
      app.  My sense is we should have two equally important tracks - 1) identifying and
      stopping grooming, and 2) Educating kids and parents.
      Curious what others think...
      ██ ████    *6/15/2022 08:50 AM*

R7    I agree with this (education for u18s, plus ways for their parents to talk to their kids
      about it. Maybe we could run some PSAs in addition, in partnership with a reputable
      group). But I think education upon signup, as part of onboarding -- could go a long
      way. Might not just need to be about grooming, but identify the risks of
      accepting invites from strangers.
      *Rachel Racusen,  6/15/2022 02:05 PM*

CONFIDENTIAL                                                                                              SNAP5288474

A/C Privileged and Confidential

| Project | Description | Target Date | Owner |
|---|---|---|---|
| Permanent Device Fingerprinting | A permanent device ID would remain consistent even after device resets. We are aligning with privacy and legal to ensure this doesn't cross our privacy values. | TBD | Juliet Shen/David Boyle, ███████ ███, Jeb Boniakowski |
| Proactive Detection for Commercial Sexual Exploitation | Due to the nature of this area, and because the image classifier powering the rule is age agnostic, there is a possibility that we will see a small increase in NCMEC following the launch due to discovery of trafficking or other sexual exploitation crimes against minors. For the time being, the rule will only run on public stories, so the total rule volume is expected to be approximately 400 tasks per day. | June 22 | ██████████i, ██████████ |
| Family Center | Family Center is an in-app feature that gives parents visibility into their teens' friends list and who they have messaged in the last 7 days, letting parents easily report accounts when appropriate. Parents 25+ will be able to invite their teens under 18 years old to Family Center, and teens must opt in to join. (You can find a full feature walk through [here]). | August 9 | Abby Tran, ██ ████, |
| Chat Text Reporting | Chat is where we see the majority of child exploitation, based on our existing CSAM detection (which only works on media). We are delivering an option to report a chat message in a privacy-friendly way, which will include a new set of reporting menu options that better reflect the type of abuse that happens over text. | Q4 | Abby Tran/Juliet Shen, ███t ███████, Messaging/PIE |
| Rapid Rules for Child Safety | Run Rapid Rules for caption, OCR, computer vision to detect grooming and child sexual exploitation | Q3 (exact date TBD) | ███████k ████/Juliet Shen, ████████ |
| Abusive Language Detection | We are in the process of integrating Thorn's keyword list to Snap's internal Abusive Language Detection service. | June 30 | Juliet Shen, ███████, ███████, |
| Behavior ML detection | We have started several deep dive investigations on specific cases to better understand how predators behave and use | Q3 | █████████/Juliet Shen, █████ |

7

SNAP5288475

## Page 8 Comments

D8    ██████████████████████ had an idea here which is family center could be a good checkpoint for parents to ensure their kids have a legit birth year, and help correct some of the behavior of lying about birth year which then means the younger users bypasses things like age gating and other safety protections for minors
*David Boyle, 6/14/2022 12:35 AM*

J9    that could work - but I'm worried that could lead to a surge in fake snapchat accounts like IG saw. maybe Family Center can host some content at some point (ie conversation prompts or media) that talks about why lying about age can lead to dangerous situations
*Juliet Shen, 6/14/2022 08:52 AM*

R10    One open question -- would we ever consider turning Quick Add off by default for users under 18 or under 16? ██████████████. Not sure how much the data supports Quick Add being a vector here, but I think it would go a long way reputationally.
_Assigned to David Boyle_
*Rachel Racusen, 6/15/2022 02:12 PM*


██████ ██████ A), 6/15/2022 12:33 AM

L12    Good to know, thank you ██ for the information. I think we can change the target date to Q3.
██████ S██, 6/15/2022 09:51 AM

J13    just to clarify this one -- ████████████ this item is just a manual addition of words into ALD, which I'm planning to do this week/next week
*Juliet Shen, 6/15/2022 10:19 AM*

L14    Got it! You are right, I think we will need to onboard a new context and add words.
████ ██  6/15/2022 11:09 AM

T15    ██████████████████████████ Will this keyword list keep expanding? And is this the same effort as the keyword hub mentioned by the tech coalition?
██ Z██, 6/15/2022 01:31 PM

J16    different effort! this is just Meta/thorns list that's on threatexhange. the keyword hub is a separate API and also separate from the classifier.
*Juliet Shen, 6/15/2022 02:03 PM*

T17    Cool. Thanks for clarification. For the meta keyword list, do we need to periodically add new words to the ALD system? If so, do we plan to do that manually for now?
██ ████, 6/15/2022 03:24 PM

CONFIDENTIAL    SNAP5288476

A/C Privileged and Confidential

| | | | |
|---|---|---|---|
| | Snapchat (similar to what we did for drug dealers), so that we can explore behavioral ML to detect child predators (just like fentapill dealers) in H2 and beyond. | | ██████ |
| Inference ML for chat | To preserve the privacy of chat conversations while still looking for signs of grooming, we can develop inference-based grooming detection at the **conversation level** in addition to at the **actor level**. By using signals like age of friend graph, inferred age, frequency and time of communication, reports and source of friending we can detect potential predators and their victims. | TBD/2023 | ████ Juliet Shen/Abby Tran, TBD |
| Privacy-friendly Grooming Detection | To preserve the privacy of chat conversations, we are brainstorming potential ideas with Privacy Eng and Spam & Abuse. This may look like Password Compromise Threat and Defenses or something entirely new. | TBD | Juliet Shen, ██████ |
| Thorn Grooming Classifier | The Thorn Grooming Classifier is an ensemble of three different models: a language model, a utterance classifier, and a conversation classifier. Currently, this ensemble only supports English language text. We can pilot this with the comments left by Snapchatters and story captions before experimenting in chat. | Q4/Q1 '23 | Juliet Shen, ████ |
| Tech Coalition Keyword Hub [cross-company] | Snap leads the engineering working group in the Technology Coalition, a cross-industry child safety coalition. Grooming is of the main priorities for 2022-2023 and the TC is working to improve the TC Keyword Hub API by adding more useful information so that TC member orgs are incentivized to ingest and contribute keywords that aid in the detection of grooming behavior in text-based environments. This project will benefit Snap's own detection ability through text analysis on Story captions. | Q4 | Juliet Shen, Tech Coalition |
| Other signals for proactive detection | A common "rule of thumb" for age differences is "half the older person's age + 7". We could use this same logic as a sufficient proxy for detecting potentially risky interactions. | TBD | TBD |
| Friending Ranking Changes | | | ██████ |

CONFIDENTIAL                                                                                                                          SNAP5288477

## Page 9 Comments

J18          @████████████ can you add some project ideas from Friending here and
potential resource need?
_Assigned to ██ ███████
*Juliet Shen,  6/23/2022 08:52 AM*

CONFIDENTIAL                                                              SNAP5288478

A/C Privileged and Confidential

A19

## Upcoming Products

The PM team works closely throughout the product development cycle with the Safety XFN to build them in a way that fosters responsible growth. However, some features that are coming up inherently increase risk due to the nature of the product:

Mutual Contacts Messaging

- 18+ only (using reported age)
- New users no longer need to wait for friend request approval to experience the magic of Snapchat communications with people who they know on the platform
- (theoretical risk) Existing Snapchatters can chat with people in their contact book J20 without having to commit to a bidirectional friendship upfront which also entails sharing stories and(or) map locations
- Messages are only delivered if recipients have turned on the setting of "Anyone in My Contact Book can contact me" and have saved senders in their contact book

Snap Anyone R21

- Users can send a Snap to a phone number.
- If the target phone number has not registered snapchat, they will get an invite SMS message.
- After the target user registered Snap and verified phone number, MCS will create a conversation between sender and receiver, and then transfer the pending Snaps to the new conversation.

Shared Stories R22

- Verified Communities (for high school)
  - Verified Communities are currently only aiming to test with colleges, but would like to extend to high schools at some point. While you need a verified email associated with the community to join, some high schools allow alumni to keep their emails for a period of time. This can expose someone as young as 13/14 to someone who is 18+. L27
- Public Shared Stories
  - This feature is still in development, but would add an entry point to a Shared Story in any participant's profile so their friends can find, view, and join too.

Electric Eel

- While this could lead to more risk around grooming, one of the core tenets for Project Electric Eel is that we will not compromise on our child safety detection as we build.

9

SNAP5288479

## Page 10 Comments

A19     @ ▮▮▮▮▮▮▮▮ is there any concern around Snapchat for Desktop just making a lot of things "faster" - people are no longer limited to chatting via phone, and will really quickly be able to navigate between multiple chats, type quicker, send web media easier, etc.
▮▮▮ ▮▮▮▮  6/17/2022 02:55 AM

J20     Important clarification here: if you are 18+, you can chat with people in your contacts who also have you in their contact book (it is not that you can chat any people in your own contact book as written here). So these are people who, if you messaged them on iMessage, would see you as a known sender.
Jeremy Voss,  6/16/2022 03:27 AM

R21     Does this apply to anyone of any age? Also seems like a big concern.
Rachel Racusen,  6/15/2022 02:10 PM

R22     Would strongly suggest keeping this gated to users 18+ -- think there is significant risk in allowing it for under that
Rachel Racusen,  6/15/2022 02:11 PM

D23     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ we can age people out of verified high schools if we wish - maximum of 4 years? and if you add a verified college that then subsequently drops the high school?
_Assigned to ▮▮▮▮ ▮▮▮
David Boyle,  6/14/2022 12:37 AM

N24     we should spend time meeting about the release to HSs as that carries lots of risk we should prepare for cc ▮▮▮▮▮▮▮▮▮▮
Nona Yadegar,  6/14/2022 09:49 PM

J25     Ack - ▮▮▮ and I will set time up for that discussion.
Juliet Shen,  6/15/2022 06:02 AM

R26     From a reputational standpoint, extending this to high schools, which has not been shared with me as a possibility to date, seems like a major red zone we may not want to cross. I think we will get big blowback from the media and advocacy groups -- and would likely throw regulators in the mix. Would strongly recommend that we really debate the pros and cons of adding high schools to this -- there are already many reputational risks we are worried about on the college side alone. So big red flag from me here. ▮▮▮▮▮▮
Rachel Racusen,  6/15/2022 02:09 PM

L27     @ ▮▮▮▮▮▮▮▮ we have discussed communities primarily in the context of colleges so far. we understand the increased risks when it comes to HS, and will set up separate reviews and discussions for that. will work with ▮▮▮▮▮▮ to get that convo started.
▮▮▮▮  6/15/2022 03:15 PM

A/C Privileged and Confidential

# Appendix

- [2022+: The Future of Child Safety at Snap](#)
- [Notes - Privacy-friendly grooming detection](#)
- [Meeting Summary: Child Exploitation Assistance with Texas Attorney General's Office](#)
- [Grooming at Snapchat](#)
- [2018 notes on grooming at Snapchat](#)
- [WPGA Summit_Side Meetings_May/June2022](#)
- [WPGA Summit_Report-Out_June2022](#)
- [WABF_Side Meetings_November2021](#)
- [External: Tech Coalition] [Next Steps: Global Behavior Grooming Detection](#)
- [External: Tech Coalition] [[TC] Global Behavior Grooming Subgroup](#)
- [External: Tech Coalition] [Keyword Hub Improvements Proposal](#)
- [Thorn's research report on child sexual grooming](#)

## Glossary [J28]

1. <u>CSAM Solicitation:</u> Advertising or soliciting buyers for CSAM - these may contain CSAM as a "preview" but often do not as to evade detection.
2. <u>CSAM Distribution</u>: Sharing or distributing CSAM via Snapchat. This can include known CSAM as well as novel CSAM.
3. <u>Grooming:</u>
   a. Grooming for in-person sexual exploitation (eg, human trafficking, rape / stat rape):
   b. Grooming for scaled, financially motivated sextortion
   c. Grooming for sexually / otherwise motivated sextortion
   d. Grooming for other CSAM sharing production / sharing (eg, trading groups, purchases, )
4. <u>Solicitation of minors (e.g. Enticement of Minor to Produce Sexual images)</u>:

**Comments written by Snapchatters in Account Reports**

- "here the mother of the girl of this profile. this man approached my daughter and her friend for sex acts while he was masturbating himself. the girls are 10 years old; pedophilia/grooming. I have screenshots of this conversation." (translated from Dutch, [task link](#))
- "she's grooming my little sister, and trying to send nudes. she send nudes to people she doesn't even know. she we did exchange some words but very safe words ! she tried to get information about my little sister. please ban this account" ([task link](#))
- "They are pretending to be a 15 year old boy and catfishing young girls and grooming them" ([task link](#))
- "This person is using my personal information and account id and contacting young including my friends I have told my parents and they have told me to report it to you as this could be potential grooming" ([task link](#))

10

    SNAP5288481

## Page 11 Comments

J28     @▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ can you help define these areas please? We need some clear definitions so that the team knows what we're looking for and building for. Thanks!

cc ▇▇▇▇▇▇▇▇▇▇

*Juliet Shen, 6/30/2022 08:56 AM*

CONFIDENTIAL

SNAP5288482

A/C Privileged and Confidential

# List of Trusted Flaggers [M31]

Trusted Flaggers are organizations in the online safety space such as NGOs & helplines who are given a secure reporting channel to prioritize and expedite safety issues. These groups go through a vetting and onboarding process before they are given access to this private alias "███████████████ The expected TAT for Trusted Flagger reports is 24 hours.

1. e-Enfance
2. Australian Government, Office of the eSafety Commissioner
3. UK Safer Internet Centre
4. UK Revenge Porn Helpline
5. Netsafe Online Safety for New Zealand
6. National Center for Missing and Exploited Children
7. Telecommunications Regulatory Authority
8. Department for Internet Services and Social Media
9. Ditch The Label
10. Point de Contact
11. NCA-CEOP National Crime Agency - Child Exploitation and Online Protection
12. National Online Hate Crime Hub - True Vision Team The National Online Hate Crime Hub on behalf of the NPCC
13. Save the Children Denmark
14. DWP UK - The Department for Work and Pensions
15. DCPCU UK - The Dedicated Card and Payment Crime Unit
16. The ISOC-IL - Internet Society of Israel
17. Norwegian NCIS
18. Information & Technologies Branch Department of Education
19. Child Focus Belgium
20. Helpwanted.nl
21. Momio
22. Bill Marczak and Kristin Berdan of Citizen Lab
23. CITRA, the Kuwaiti media and telecoms regulator
24. THORN
25. Helpline for Children and Youth 116 111, Poland
26. BEE SECURE Helpline / (KJT) Kanner-Jugendtelefon
27. BeSmartOnline Helpline / Childwebalert hotline, Malta
28. Center for Digital Pædagogik (CfDP) / Centre for Digital Youth Care, Danish helpline
29. TOM telefon, Slovenian helpline
30. Professionals Online Safety Helpline
31. Report Harmful Content
32. Grooming Argentina
33. CANADIAN CENTRE for CHILD PROTECTION INC
34. CST - Protecting Our Jewish Community
35. DSTA - Danish Safety Technology Authority

11

                                                                 SNAP5288483

## Page 12 Comments

L29    Should we add a visual queue on OnSnap that identify tasks coming from trusted flaggers, or automate escalation of those tasks? This will decrease our misses on reported grooming and also decrease the amount of time the vendor spend of those tasks
▉▉▉▉ ▉▉▉▉ ▉▉▉ 8/24/2022 08:49 AM

J30    good idea! I think most trusted flaggers report via Zendesk where there's a dedicated queue. ▉▉▉▉▉▉▉▉▉▉▉▉▉ can confirm
Juliet Shen,  8/24/2022 09:06 AM

M31    correct, but very open to ideas for streamlining these typically good leads.
▉▉▉▉▉▉▉
▉▉ ▉▉▉▉ 8/24/2022 10:54 AM

CONFIDENTIAL

SNAP5288484

A/C Privileged and Confidential

36. ADL - Anti-Defamation League
37.  LA vs HATE
38. LICRA
39. India Legal Compliance
40. National Danish Children's Rights Association / Børns Vilkår
41. ECPAT
42. FSM


## Oh Snap tasks with comments alleging grooming

1. https://sc-review-tool.appspot.com/en-US/task/0a3c9b63-d8a4-4af9-95e5-5979b5ad5f71 (allegations of 18 year old grooming 14 year old)
2. https://sc-review-tool.appspot.com/en-US/task/c7dbd339-b6d0-4a59-b775-c75081305400 (pretending to be 15)
3. https://sc-review-tool.appspot.com/en-US/task/fc1e65b5-55cf-4de8-8be7-a036546cc263 (pretending to be casting company and paying young girls for nudes)
4. https://sc-review-tool.appspot.com/en-US/task/1f09fc7b-3fb7-4caa-9db7-599a3dc2c930 (advertising a group chat to swap nudes, only allowing people ages 13-15. This is an adult)
5. https://sc-review-tool.appspot.com/en-US/task/5488d67a-050c-4457-a67f-d9d0bcc1ef08 (impersonation and enticement)
6. https://sc-review-tool.appspot.com/en-US/task/271f0d48-badc-44d2-9839-e8e300c032a5 (impersonation and enticement)
7. https://sc-review-tool.appspot.com/en-US/task/0a3c9b63-d8a4-4af9-95e5-5979b5ad5f71 (impersonation and enticement)
8. https://sc-review-tool.appspot.com/en-US/task/51404d15-a8b3-4f67-b661-ffe2ac79682a (impersonation and enticement)
9. https://sc-review-tool.appspot.com/en-US/task/ec61cd67-505b-4d06-846b-76347bd403d3 (impersonation and enticement)

12

 SNAP5288485