**AMENDED Exhibit 1167**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

8/14/2018, 10:36 PM UTC

Labels

type: document

Quip

# Grooming on Snapchat

## Questions

- How do offenders find individuals to groom?
- Repeat offenders? (We can re-vamp device blocking measures)
- Any links to tickets for grooming? (as examples/case studies)
    - search in ZD (Trust and Safety): tags:ts-all-abuse-1 tags:ts-impersonation-1b tags:ts-reported-content-2 tags:ts-rso order_by:created sort:desc groom
- search in ZD (Law Enforcement): tags:leo-abuse-reviewed leo-abuse order_by:created sort:desc groom
- https://snapchat.zendesk.com/agent/tickets/28035635
- https://snapchat.zendesk.com/agent/tickets/23499795
    - How can we compute stats for grooming tickets?
        - How long is our retention on these things?
    - Tools for banning
        - Device ID targeting

Why 30 day retention for in-app-reporting? Why not longer?

Caveats: limited infrastructure to ascertain grooming activity; numerous sources of grooming reports (ZD + in-app), as well as numerous terminologies for it

## How they find:

- (Potential) Quick Add
- (Potential) Reddit or other forums - gamifying snap score
- (Potential) Instagram or other social media where they reveal handle

## Potential Mitigations

Ordered by either high impact or low FPs.

- Better job blocking devices
- Scanning Chat Media text before delivering and inserting a warning message on certain texts
- Blocking certain "Add Friend" events
    - Maybe computing something like "add-back" ratio (assuming groomers have a low add-back ratio) for each user
- Possibly also checking if a user is trying to break into a lot of disparate social networks
- It might be slightly tricky differentiating between a groomer and a new Snapchat user in high school
    - On-device detection

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                SNAP6144987

Additional potential proactive measures flagging grooming behavior (this was done at FB)

- Victim's age x 2 - 7 = Suspect's age (the objective was to have sufficient buffer between victim/suspect age)
    - If 1:1 message between a 15yo and 23yo or over, combined with flagged chat messages or media, flag for review.
        - If victim is 14yo, and suspect age is 21 or over, flag
- If victim is 13yo, and suspect age is 19 or over, flag
        - Use of 3rd party app (Snaplion: locked for 3rd party) can be another potential marker for grooming behavior

Shadowing █████

**How would you protect against this?**

**How often do unsolicited genitals photos occur?**:

https://snapchat.zendesk.com/agent/tickets/28550835

Occurs frequently, stated in various ways. 'keeps sending me sexual pictures' 'naked images' 'nude photos,' etc

In some cases the parent will write in indicating that the victim is a minor

**Inappropriate stories?**

Master policy
doc: https://docs.google.com/document/d/1JpY7oYSsv0cAawUzDAfIx6B1IB7VYkfz_gGn43TB7FY/edit?usp=sharing

Tier 2 Snap Deletions: https://lk.sc-corp.net/█████████████████████

NCMEC: https://lk.sc-corp.net/█████████████████████

Metadata of Grooming on Snapchat

Thread class
    document
Created
    2018-08-14T22:36:13+00:00
Updated
    2021-06-25T11:38:49+00:00
Link
    https://snapchat.quip.com/fDTCAP7KECHr

Shared folders
–
Expanded users
Agatha Baldwin, ███████████████ ,Juliet Shen, ████ █████
–
Users
Agatha Baldwin, ███████████████ Juliet Shen, ████ █████
Urls
- https://snapchat.zendesk.com/agent/tickets/28035635
- https://snapchat.zendesk.com/agent/tickets/23499795
- https://snapchat.zendesk.com/agent/tickets/28550835
- https://docs.google.com/document/d/1JpY7oYSsv0cAawUzDAfIx6B1IB7VYkfz_gGn43TB7FY/edit?usp=sharing
- https://lk.sc-corp.net/explore/customer_operation/customer_ops_iaa?qid=2pgejdC4RGmr08LwASeCda&toggle=fil
- https://lk.sc-corp.net/explore/customer_operation/customer_ops_iaa?qid=3rHRQYi9dSJUSGNNGlaYSH&toggle=fil

Chat

–

Edits

███████ edited at 2018-08-22T19:01:41.709Z

- Occurs frequently, stated in various ways. 'keeps sending me sexual pictures' 'naked images' 'nude photos,' etc
- In some cases the parent will write in indicating that the victim is a minor
- Master policy doc: https://docs.google.com/document/d/1JpY7oYSsv0cAawUzDAfIx6B1IB7VYkfz_gGn43TB7FY/edit?usp=sharing

- ⸺
- ⸺
- Tier 2 Snap Deletions: https://lk.sc-corp.net/explore/███████████████████████
- NCMEC: https://lk.sc-corp.net/explore/███████████████████████

██ ██████ edited at 2018-08-22T16:29:01.155Z

- ⸺
- 

- Shadowing ██████

- How would you protect against this?
- 
- 
- How often do unsolicited genitals photos occur?:
- https://snapchat.zendesk.com/agent/tickets/28550835
- 
- 
- Inappropriate stories?

██████ edited at 2018-08-21T20:25:23.959Z

- Why 30 day retention for in-app-reporting? Why not longer?

██████ edited at 2018-08-20T17:56:08.356Z

-

- Additional potential proactive measures flagging grooming behavior (this was done at FB)

- Victim's age x 2 - 7 = Suspect's age (the objective was to have sufficient buffer between victim/suspect age)
- If 1:1 message between a 15yo and 23yo or over, combined with flagged chat messages or media, flag for review.
- If victim is 14yo, and suspect age is 21 or over, flag
- If victim is 13yo, and suspect age is 19 or over, flag
- Use of 3rd party app (Snaplion: locked for 3rd party) can be another potential marker for grooming behavior

██████ edited at 2018-08-15T23:40:50.700Z

- (Potential) Quick Add
-
- (Potential) Reddit or other forums - gamifying snap score
- (Potential) Instagram or other social media where they reveal handle

- —
- —
- —

- Potential Mitigations

- Ordered by either high impact or low FPs.
- Better job blocking devices
- Scanning Chat Media text before delivering and inserting a warning message on certain texts
- Blocking certain "Add Friend" events
- Maybe computing something like "add-back" ratio (assuming groomers have a low add-back ratio) for each user
- Possibly also checking if a user is trying to break into a lot of disparate social networks
- It might be slightly tricky differentiating between a groomer and a new Snapchat user in high school
- On-device detection
-

-
-

██████ edited at 2018-08-15T23:25:11.431Z

-
- Caveats: limited infrastructure to ascertain grooming activity; numerous sources of grooming reports

HIGHLY CONFIDENTIAL (COMPETITOR)

(ZD + in-app), as well as numerous terminologies for it.
• ←

[REDACTED] edited at 2018-08-15T23:12:39.782Z

• 
• Why 30 day retention for in-app-reporting

Juliet Shen edited at 2018-08-15T23:05:44.656Z

• ←
• ←

• How they find:

• (Potential) Quick Add
• 
• 

[REDACTED] edited at 2018-08-15T23:05:24.782Z

• 

•  How they find:

• 

[REDACTED] edited at 2018-08-15T22:17:40.423Z

• Any links to tickets for grooming? (as examples/case studies)
• search in ZD (Trust and Safety): tags:ts-all-abuse-1 tags:ts-impersonation-1b tags:ts-reported-content-2 tags:ts-rso order_by:created sort:desc groom
• search in ZD (Law Enforcement): tags:leo-abuse-reviewed leo-abuse order_by:created sort:desc groom
• https://snapchat.zendesk.com/agent/tickets/28035635
• https://snapchat.zendesk.com/agent/tickets/23499795

[REDACTED] edited at 2018-08-15T19:26:40.751Z

• Repeat offenders? (We can re-vamp device blocking measures)
• Any links to tickets for grooming? (as examples) examples/case studies)
• How can we compute stats for grooming tickets?
• How long is our retention on these things?

• 

[REDACTED] edited at 2018-08-15T00:44:10.856Z

• Grooming on Snapchat

• TODO - Questions

• How do offenders find individuals to groom?

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP6144991

- Repeat offenders?
- Any links to tickets for grooming? (as examples)
- How can we compute stats for grooming tickets?
- Tools for banning
- Device ID targeting
- 
- 


█████ edited at 2018-08-14T22:36:18.336Z

- Grooming
- 
- TODO -
- 
- 

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6144992