[*Submitting Counsel on Signature Page*]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

THIS DOCUMENT RELATES TO:

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------------------

This Filing Relates to:

*All Actions*

MDL No. 3047

Case Nos. 4:22-md-03047-YGR-PHK

**TEMPORARY SEALING MOTION RE JOINT LETTER BRIEF REGARDING STATE AGS' MOTION TO COMPEL UNREDACTED COPY OF "DOCUMENT 4" ADDRESSED IN COURT'S PRIOR CRIME-FRAUD RULING AND UNDERLYING SLIDE DECK**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the parties submit this Temporary Sealing Motion regarding their Joint Letter Brief Regarding Attorney-Client Privilege of Certain Documents. Pursuant to that Order, the reasons for sealing (if any) will be addressed in a forthcoming omnibus stipulation or omnibus motion.

| Docket No. | Document | Whether the document contains a party's confidential information |
|---|---|---|
| ECF No. 2879 | Joint Letter Brief Regarding State AGs' Motion to Compel Unredacted Copy of "Document 4" Addressed in Court's Prior Crime-Fraud Ruling (ECF 2629, | Publicly filed with redactions |

1

| | | |
|---|---|---|
| | 2633-1) and Underlying Slide Deck | |
| ECF No. 2880-3 | Exhibit A – "Document 4" Addressed in Court's Prior Crime-Fraud Ruling | Publicly filed with redactions |
| ECF No. 2880-4 | Exhibit B – July 5, 2023, Version of a PowerPoint Titled "Leading on IG Youth Protections" | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2880-5 | Exhibit C – July 6, 2023, Version of a PowerPoint Titled "Leading on IG Youth Protections" | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2880-6 | Exhibit D – July 7, 2023, Version of a PowerPoint "Titled Leading on IG Youth Protections" | Temporarily filing under seal because document contains information that Meta may consider to be confidential |
| ECF No. 2880-7 | Exhibit E – Meta's Privilege Log served January 16, 2026 | Publicly filed with redactions |
| ECF No. 2880-8 | Exhibit F – December 18, 2025 Declaration of Sam Yang (previously filed under seal at 2594-3) | Public |

DATED: 03/25/2026

Respectfully submitted,

By: */s/ Jason Slothouber*
Chief Trial Counsel, Consumer Protection
Colorado Attorney General
CO Reg. No. 43496, *pro hac vice*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)

2

Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*


**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Jason Slothouber*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.
Philip J. Weiser, Attorney General*


**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),

3

*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Assistant Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs*
*Matthew J. Platkin, Attorney General for the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs*

TEMPORARY SEALING MOTION RE JOINT LETTER BRIEF REGARDING STATE AGS' MOTION TO COMPEL UNREDACTED COPY OF "DOCUMENT 4" ADDRESSED IN COURT'S PRIOR CRIME-FRAUD RULING AND UNDERLYING SLIDE DECK
4:22-md-03047-YGR-PHK; 4:23-CV-05448-YGR

By:  /s/ Ashley M. Simonsen

**COVINGTON & BURLING LLP**

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorneys for Defendants Meta Platforms, Inc. and Instagram, LLC*

## SIGNATURE CERTIFICATION

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: 03/25/2026

/s/ Jason Slothouber
Jason Slothouber

*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*