[*Submitting Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

THIS DOCUMENT RELATES TO:

IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION

---------------------------------------------------------------

This Filing Relates to:

*All Actions*

MDL No. 3047

Case Nos. 4:22-md-03047-YGR-PHK

**DECLARATION OF JASON SLOTHOUBER IN SUPPORT OF JOINT LETTER BRIEF REGARDING STATE AGS' MOTION TO COMPEL UNREDACTED COPY OF "DOCUMENT 4" ADDRESSED IN COURT'S PRIOR CRIME-FRAUD RULING AND UNDERLYING SLIDE DECK**

Judge: Hon. Yvonne Gonzalez Rogers

Magistrate Judge: Hon. Peter H. Kang

I, Jason Slothouber, of full age and duly sworn according to law, declare:

I am the Chief Trial Counsel with the Consumer Protection Unit in the Colorado Attorney General's Office. I submit this Declaration in support of the State Attorneys General's portion of the Joint Letter Brief Regarding State AGs' Motion to Compel Unredacted Copy of "Document 4" Addressed in Court's Prior Crime-Fraud Ruling and Underlying Slide Deck ("Joint Letter Brief"). I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

1

The following paragraphs in this declaration identify the exhibits referenced and/or cited in the State AGs' Joint Letter Brief.

1. Attached hereto as Exhibit A is a true and accurate copy of "Document 4" addressed in the Court's prior crime-fraud ruling (ECF 2629, 2633-1), dated July 8, 2023, and reflecting chat communications dated July 7, 2023.

2. Attached hereto as Exhibit B is a true and accurate copy of a July 5, 2023, version of a PowerPoint titled "Leading on IG Youth Protections," produced by Meta in this litigation pursuant to the Court's prior crime-fraud ruling.

3. Attached hereto as Exhibit C is a true and accurate copy of a July 6, 2023, version of a PowerPoint titled "Leading on IG Youth Protections," produced by Meta in this litigation pursuant to the Court's prior crime-fraud ruling.

4. Attached hereto as Exhibit D is a true and accurate copy of a July 7, 2023, version of a PowerPoint titled "Leading on IG Youth Protections," produced by Meta in this litigation pursuant to the Court's prior crime-fraud ruling.

5. Attached hereto as Exhibit E is a true and accurate copy of the log for Meta's privilege redactions to the four documents addressed in the Court's prior crime-fraud ruling, produced by Meta in this litigation on January 26, 2026, pursuant to the Court's prior crime-fraud ruling.

6. Attached hereto as Exhibit F is a true and accurate copy of the December 18, 2025, Declaration of Sam Yang, previously filed under seal by Meta at 2594-3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2026, in Denver, Colorado.

/s/ Jason Slothouber
Jason Slothouber
Chief Trial Counsel
Consumer Protection Unit
1300 Broadway
10th Floor
Denver, CO 80203
Jason.Slothouber@coag.gov

DECLARATION OF JASON SLOTHOUBER IN SUPPORT OF JOINT LETTER BRIEF REGARDING STATE AGS' MOTION TO COMPEL UNREDACTED COPY OF "DOCUMENT 4" ADDRESSED IN COURT'S PRIOR CRIME-FRAUD RULING AND UNDERLYING SLIDE DECK
4:22-md-03047-YGR-PHK; 4:23-CV-05448-YGR