Meta Platforms, Inc. Privilege Log

In re: Social Media Adolescent Addiction/Personal Injury Products
Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR

January 26, 2026

| PRIV LOG ID | LOCATION OF REDACTION | BEGBATES | ENDBATES | BEGATTACH | ENDATTACH | ALLCUSTODIANS | FILENAME |
|---|---|---|---|---|---|---|---|
| META3047MDL-PLOG024-000001 | META3047MDL-047-00396577 | META3047MDL-047-00396577 | META3047MDL-047-00396577 | META3047MDL-047-00396577 | META3047MDL-047-00396577 | ███████ | Message summary [{"otherUserFbId":100041723408674,"threadFbId":null}] |
| META3047MDL-PLOG024-000002 | META3047MDL-047-00706694 | META3047MDL-047-00706694 | META3047MDL-047-00706694 | META3047MDL-047-00706694 | META3047MDL-047-00706694 | █████ | Message summary [{"otherUserFbId":100028925479616,"threadFbId":null}] |
| META3047MDL-PLOG024-000003.1 | META3047MDL-050-00353504.a | META3047MDL-050-00353504 | META3047MDL-050-00353505 | META3047MDL-050-00353504 | META3047MDL-050-00353505 | ███████ | Message summary [{"otherUserFbId":null,"threadFbId":6149505601759615}] |
| META3047MDL-PLOG024-000003.2 | META3047MDL-050-00353504.b | META3047MDL-050-00353504 | META3047MDL-050-00353505 | META3047MDL-050-00353504 | META3047MDL-050-00353505 | ███████ | Message summary [{"otherUserFbId":null,"threadFbId":6149505601759615}] |
| META3047MDL-PLOG024-000003.3 | META3047MDL-050-00353504.c | META3047MDL-050-00353504 | META3047MDL-050-00353505 | META3047MDL-050-00353504 | META3047MDL-050-00353505 | ███████ | Message summary [{"otherUserFbId":null,"threadFbId":6149505601759615}] |
| META3047MDL-PLOG024-000004.1 | META3047MDL-111-00468708 - META3047MDL-111-00468713 | META3047MDL-111-00468706 | META3047MDL-111-00468719 | META3047MDL-111-00468706 | META3047MDL-111-00468727 | █████ | Message summary [{"otherUserFbId":null,"threadFbId":6277237262383547}] |
| META3047MDL-PLOG024-000004.2 | META3047MDL-111-00468714 | META3047MDL-111-00468706 | META3047MDL-111-00468719 | META3047MDL-111-00468706 | META3047MDL-111-00468727 | █████ | Message summary [{"otherUserFbId":null,"threadFbId":6277237262383547}] |
| META3047MDL-PLOG024-000004.3 | META3047MDL-111-00468715 | META3047MDL-111-00468706 | META3047MDL-111-00468719 | META3047MDL-111-00468706 | META3047MDL-111-00468727 | █████ | Message summary [{"otherUserFbId":null,"threadFbId":6277237262383547}] |

Meta Platforms, Inc. Privilege Log

In re: Social Media Adolescent Addiction/Personal Injury Products
Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR

January 26, 2026

| EMAILSUBJECT | AUTHOR | FROM | TO | CC | BCC | DATETIMESENT | DATETIMERECEIVED | DOCDATE | DOCUMENT TYPE |
|---|---|---|---|---|---|---|---|---|---|
| Message summary [{"otherUserFbId":100041723408674,"threadFbId":null}] | | ▮ | ▮ | | | 11/22/2022 17:07 | 11/22/2022 17:07 | | E-mail |
| Message summary [{"otherUserFbId":100028925479616,"threadFbId":null}] | | ▮ | ▮ | | | 11/22/2022 20:29 | 11/22/2022 20:29 | | E-mail |
| Message summary [{"otherUserFbId":null,"threadFbId":6149505601759615}] | | ▮ | ▮ | | | 3/10/2023 12:56 | 3/10/2023 12:56 | | E-mail |
| Message summary [{"otherUserFbId":null,"threadFbId":6149505601759615}] | | ▮ | ▮ | | | 3/10/2023 12:56 | 3/10/2023 12:56 | | E-mail |
| Message summary [{"otherUserFbId":null,"threadFbId":6149505601759615}] | | ▮ | ▮ | | | 3/10/2023 12:56 | 3/10/2023 12:56 | | E-mail |
| Message summary [{"otherUserFbId":null,"threadFbId":6277237262383547}] | | ▮ | ▮ | | | 7/7/2023 18:42 | 7/7/2023 18:42 | | E-mail |
| Message summary [{"otherUserFbId":null,"threadFbId":6277237262383547}] | | ▮ | ▮ | | | 7/7/2023 18:42 | 7/7/2023 18:42 | | E-mail |
| Message summary [{"otherUserFbId":null,"threadFbId":6277237262383547}] | | ▮ | ▮ | | | 7/7/2023 18:42 | 7/7/2023 18:42 | | E-mail |

Meta Platforms, Inc. Privilege Log

In re: Social Media Adolescent Addiction/Personal Injury Products
Liability Litigation, MDL No. 3047, Case No. 4:22-md-03047-YGR

January 26, 2026

| HASHVALUE | ALLFILEPATHS | DATELASTMODIFIED | THREADID | Privilege Description | PRIV TYPE |
|---|---|---|---|---|---|
| 864b69d60145aff508d1d04fc8daf154 | █████████████ | | | Redaction of chat messages among employees reflecting legal advice of ██████████! and Outside Counsel! in anticipation of litigation and in relation to language in the background section of a research plan. | Attorney-Client Privilege; Work Product |
| 5e118f76b16b6dce9e45833b3d076cfe | █████████████ | | | Redaction of chat messages among employees reflecting legal advice of █████████! and Outside Counsel! in anticipation of litigation and in relation to language in the background section of a research plan. | Attorney-Client Privilege; Work Product |
| c56ba55a4992fcaeccc81d7cbc014c9d | █████████████ | | | Redaction of chat messages among employees seeking legal advice of Jen Newstead! in relation to research study. | Attorney-Client Privilege |
| c56ba55a4992fcaeccc81d7cbc014c9d | █████████████ | | | Redaction of chat messages among employees seeking and reflecting legal advice of In-house Counsel! in relation to research study. | Attorney-Client Privilege |
| c56ba55a4992fcaeccc81d7cbc014c9d | █████████████ | | | Redaction of chat messages among employees seeking legal advice of ████████! in relation to research study efforts. | Attorney-Client Privilege |
| 582bc06cf9b7c03f23199b8b6944560f | █████████████ | | | Redaction of chat messages between employees reflecting and discussing legal advice of ██████████! in relation to draft slide presentation. | Attorney-Client Privilege |
| 582bc06cf9b7c03f23199b8b6944560f | █████████████ | | | Redaction of chat messages among employees reflecting legal advice of In-house Counsel! in relation to litigation risk. | Attorney-Client Privilege |
| 582bc06cf9b7c03f23199b8b6944560f | █████████████ | | | Redaction of chat messages among employees reflecting legal advice of In-house Counsel! in relation to draft slide presentation. | Attorney-Client Privilege |