# Exhibit F

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | |
| *All Actions* | **DECLARATION OF SAM YANG IN RESPONSE TO DECEMBER 17, 2025 ORDER RE FURTHER INFORMATION RE META'S MOTION FOR PROTECTIVE ORDER** |
| | Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

## **DECLARATION OF SAM YANG**

I, Sam Yang, declare and state as follows:

1.     I am a Forensic Technology Lead on the eDiscovery and Information Governance team at Meta Platforms Inc. ("Meta").  I have been employed at Meta since January 22, 2019, and I have held my current position since that date.  The contents of this declaration are true and correct to the best of my knowledge, information, and belief, and are based on my personal knowledge of Meta's discovery capabilities as they relate to Meta's communication tools and data sources, materials that were provided to me and reviewed by me, and/or informed conversations with other knowledgeable employees of Meta. If called upon as a witness in this action, I could and would testify competently to the matters discussed in this declaration.

2.     Meta personnel commonly create documents using Google Docs, which is part of a suite of cloud-based productivity and collaboration tools called Google Workspace.

3.     Google Docs are edited in real time, often by multiple collaborators at once.  While Google Workspace maintains a robust version history, it does not maintain every single keystroke or edit applied to a document.  Rather, Google Workspace captures moment-in-time versions of documents at various stages of drafting, coupled with a built-in nondeterministic algorithm that constantly evaluates the edited contents for changes, which drives the frequency of the versioning.  Google Docs could save multiple versions within a single minute, but it does not capture every single real time change to a document.

4.     Google Vault is a built-in module of Google Workspace that facilitates the retention and preservation of documents and data created through Google Workspace apps like Google Docs.  Vault is a policy management tool that systematically applies rules to documents and data; it is not a back-up storage nor does it create copies of any files to an archive.

5.     Google Vault does not have functionality that would permit Meta to export every historical version of a document in an automated manner.  Vault only allows a date input parameter to retrieve the version of a document for a given date.  Vault exports are limited to the latest version of a document on a given day, so when a version date parameter is given, even if there are multiple daily versions preserved, Vault will only export the latest version on that day.

6.     Google Vault does not have a function to permit access to all versions of a Google Doc. The only way to collect all versions of a Google Doc would be to manually locate and download each version one at a time from Google Docs, but that collection approach, in addition to being highly burdensome, does not allow for the collection of all metadata.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed on December 18, 2025 in Anaheim, California.

By: _____

Signed by:

*Sam Yang*

CEBCF21B984B431...

Sam Yang

---