# AMENDED Exhibit 712

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Google-YouTube-Goodrow
2/19/2025

**Exhibit 25**

Cristos Goodrow

**2018 Annual Planning: S&D two-pager questions**

Resources:

[ HYPERLINK "https://docs.google.com ███████████████████████████████████
████████████████ \h ]
[ HYPERLINK "https://docs.google.com ██████████████████████████████ \h ]

| Topic & link to paper | Question |
|---|---|
| [ HYPERLINK "https://docs.google.com ████████ ██████████ ██████ \h ] | The primary metric that YouTube's Search and Discovery systems optimizes around is time (currently watchtime, evolving to YouTube time). We have an ambitious goal to get to 4B YouTube hours by 2020. In recent years, we've introduced other objectives that are important to us (like subscriptions, freshness, interactivity, community, frequency) and the world has evolved such that we've imposed certain constraints on ourselves (extreme and fringe content, ML fairness). What responsibilities do we have as a large platform? How do we get people out of their filter bubbles rather than pushing them to the extremes? Given these goals, constraints, and responsibilities, how should we balance our objectives, make decisions, and still achieve our growth goals? |
| [ HYPERLINK "https://docs.google.com ████████ \h ] [ HYPERLINK "https://docs.google.com ████████ \h ] | Our Search and Discovery systems have long time been a driver of growth and we anticipate will continue to be as we focus on YouTube Time and DAU. With long term future watch time as our goal across all markets what initiative do we need to pursue? What role will personalization play? How do we think about areas like clickbait, extreme content and fringe content? How will users discover new interests on YouTube and become more satisfied with the time they spend here? What are new ways to partner with the main app team or the emerging markets team to drive growth? |
| [ HYPERLINK "https://docs.google.com ████ █ ████████ | We are making considerable investments in content over the next few years (Music, Originals, Watercooler, etc.) and want to achieve distribution of that content while honoring our commitments to our users to provide them the best content. Should we have a way to promote content in our systems? What are the volumes that will need to be promoted and what are the other avenues to build audiences? Should that be paid or labeled? Can it be used for anything we wish to promote or only content? What is Nitrate's role in this? What are the alternatives (e.g., creation |



| | of channels where we build audiences and drive traffic for premium content)? |
| \h ] | |
| [ HYPERLINK "https://docs.google.com/ ████ \h ] | How can we build a more compelling and insightful consumption experience for news content -- whether it's serious "hard" news or fun "soft" news? |

For Reference:
[ HYPERLINK "https://docs.google.com/ ████ \h ] for 4B Hours with Constraints

GOOG-3047MDL-02024106

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-02024105-GOOG-3047MDL-02024106

**BEGATTACH:** GOOG-3047MDL-02024105

**ENDATTACH:** GOOG-3047MDL-02024106

**PRODVOL:** PROD023

**Custodian:** GOODROW, CRISTOS

**File Path:** /2018 ANNUAL PLANNING_ S&D TWO-PAGER QUESTIONS (GO_YT-S&DTWOPAGERS).DOCX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 1A900C799349244071DC7B90DD93CC0C

**Document Type:** PDF

**Author:** ███████████████████

**Family Date:** 11/16/2017 11:54 PM

**Last Modified Date:** 11/16/2017 11:54 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** 2018 ANNUAL PLANNING_ S&D TWO-PAGER QUESTIONS (GO_YT-S&DTWOPAGERS).DOCX

**Title:** 2018 ANNUAL PLANNING_ S&D TWO-PAGER QUESTIONS (GO_YT-S&DTWOPAGERS).DOCX

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO