**AMENDED Exhibit 713**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Reid's Watch data Crash Course

[ HYPERLINK
"https://docs.google.com ███████████████████████████████
████████████████████████████ August 2021

---

**tl;dr**: This doc is a quick intro to data questions you might encounter as a PM on watch / Main App.  Solutions to exercises are linked at the bottom, but don't look at the answer until you've given it a shot yourself :D

## Terms you should know

We love our terminology!  There are plenty of terms not covered here, but here are some of the most common ones you'll hear as you dig into data.

## Watch Time (WT)

How much time the user spent watching videos!  This metric has a long and famous history at YouTube, ever since we started optimizing for Watch Time [ HYPERLINK "https://blog.youtube/news-and-events/youtube-now-why-we-focus-on-watch-time" \h ].

## Daily Active Viewers (DAV)

The number of signed in / signed out users with total WT > 0.

## Views and playbacks

Any time you watch a video (for any length of time), that's considered a "playback".  However, not all playbacks are considered views.  If a user is quickly tabbing through a playlist, they might generate a lot of playbacks, most of which won't be considered "view eligible".

Only views contribute to Watch Time.  We still record "playback time", which includes non-view playbacks, but we don't optimize for it.  See [ HYPERLINK ████████████████████████████████ \h ] for our policies around what makes a view vs. a playback.

## YouTube Time (YTT)

While Watch Time is great for its simplicity, it doesn't capture all the behaviors we want to optimize for at YouTube.  What about a user who finishes a video, then spends ten minutes reading and responding to comments?  That's a great experience, and something we *should* optimize for.

**Deposition Exhibt**

**4**

Google/YouTube - Reid Watson

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-02531686-GOOG-3047MDL-02531695

**BEGATTACH:** GOOG-3047MDL-02531686

**ENDATTACH:**

**PRODVOL:** PROD025

**Custodian:** ███████████████

**File Path:** /REID'S WATCH DATA CRASH COURSE.DOCX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 7BDA15B82D03B22D2DC90969C2BCFD70

**Document Type:** PDF

**Author:** ███████████████

**Family Date:** 4/25/2024 1:38 PM

**Last Modified Date:** 4/25/2024 1:38 PM

**TRACK CHANGES:** YES

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** REID'S WATCH DATA CRASH COURSE.DOCX

**Title:** REID'S WATCH DATA CRASH COURSE.DOCX

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO