**AMENDED Exhibit 717**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Highly Confidential Competitor

## Tom Saffell 30(b)(6) Notes Sheet

### Appendix

Age Assurance ……………………………………....1
     Timeline of Key Launches/Changes …………...1-2
     Age Assurance Model (EU) ...…………….….2
     Protections Applied in EEA/UK/CH ………..3
     Expansion of Age Assurance to US ………...3
Age Verification …………………………….……..4
     BCF/SURF v. Age Verification ……….…..…4
     Visual of Patronus Intake to BCF …….…...…..5
     Age-Gating Flows for MA+ Content ….…..…6
Declared Age ……………………………….……..8
Logged Out Users ……………………………...…..9
Colleagues Consulted for Education ………..…..…9

### Age Assurance

1. *How Defendants' age inference (age assurance) modeling works, and what protections apply to Users inferred as likely to be under 18 years of age in the European Union*

2. *Defendants' February 2025 announcement to expand its age assurance model to the United States*

### Timeline of Key Launches/Changes

- **September 2020 - Google Launches YMCA (applies EU, UK, CH, AU (2022))**

  In order to comply with the EU's Audiovisual Media Services Directive (AVMSD), Google launches YouTube Mature Content Access (YMCA). YMCA uses signals to infer a likelihood that a user is an adult (18+) whenever an EU user tries to access or purchase certain MA+ content. Unlike age assurance, this early model could not assess a likelihood that a user was U-18. Users could be asked to provide proof of age (originally, only government ID or credit card).

- **September 2021 - Google Launches Age Assurance in EEA/UK**

  In response to the UK ICO's Age Appropriate Design Code (AADC) and the Irish Fundamentals for a Child-Oriented Approach to Data Processing (Irish Fundamentals), Google develops and launches a model in the EEA and UK that helps Google assess a likelihood that a user is over or under the age of 18. The model ingests user activity data to generate a confidence score indicating how likely it is that a particular user is an adult; it does not and cannot estimate the age of the user. Based on the confidence score, the model assigns a binary label predicting whether or not the user is likely under or over the age of 18, and inferred teens will be placed in a "minor mode" experience. If the model erroneously infers that the user is likely under the age of 18, the user has the option to complete an age assurance flow that gives them multiple ways to verify that they are over 18 years old. More details below.



Δ π EXHIBIT __1__
Deponent __30b6 Saffel__
Date __4|1__ Rptr. __tt__
WWW.DEPOBOOKPRODUCTS.COM

**Highly Confidential Competitor**

- **February 2025 - YouTube Announces Global Expansion of Age Assurance Model**

  YouTube announces plans to expand age assurance modeling, which will begin with calibrating and testing the model in the U.S. in mid-2025, and is anticipated to expand to other markets later in 2026.

Age Assurance Model (EU)

- **Sample age assurance signals (signed-in users, current)**:
  - Google Web & App Activity data (*e.g.*, if the user has activated the Web & App Activity setting, Android app usage, data from Google search, Play Store activity and purchases)
  - YouTube Activity Data (*e.g.*, brands user engaged with on YouTube via ads, YouTube watch history categories, YouTube search history categories)
  - Google Account Attributes & Analytics (*e.g.*, users' declared date of birth/age provided via in-app surveys, length of time the user has had their account, whether a credit card is associated with a payment card, existence of a profile photo, Google service usage (*e.g.*, whether the account uses gmail, but *not* the contents of messages), and account value (*e.g.*, existence of ads conversions))
- **Signed-out users**: Age assurance signals for YouTube are typically the user's YouTube activity data.
- **Confidence Scoring**:
  - Above a 90% confidence threshold $(0.9) \rightarrow$ considered high likelihood adults.
  - Scores of 50% or below $(0.5) \rightarrow$ considered likely minors and placed into "minor mode."
  - A score from 0.5 to 0.9 is considered "unknown," and YT does not make a determination whether the user is likely over or under 18 at that time.
    - Logged-out users who still have a confidence score in the "unknown" range after 14 days are defaulted to minor mode.
  - Until the model makes its binary determination regarding whether a user is likely over or under 18, the model runs–and therefore the confidence score may be updated based on new activity–daily.
- **Model's "Output"**
  - When the model has sufficient data/confidence, it generates a binary label predicting that an account is likely over/under 18 years of age.
  - Logged-in users: Model's determination is keyed to Gaia ID, and persists for the life of the account, unless and until (i) the user successfully age verifies as over 18; or (ii) a re-inference occurs (post-2024).
  - Logged-out users: If a YouTube session lasts long enough to permit a likely U/O-18 inference/output, that determination is keyed to Visitor ID and persists for the life of the cookie on the user's device (or until successful age verification).

2

**Highly Confidential Competitor**

Protections Applied (pre- and post-inference) in EEA/UK/CH

| YouTube "Baseline" Protections Period (EEA/UK/CH) | YouTube Protections for Inferred U-18 ("Minor Mode") (EEA/UK/CH) |
|---|---|
| Applies pre-inference (all users) + to "unknown" signed-in users | Applies post-inference (all users) + to "unknown" signed-out users after 14 days |
| *No personalized ads (signed in) & mature ads categories blocked (all)<br>*No access to age-restricted content (all)<br>*Forced choice at account creation to select autoplay setting (signed in) | *No personalized ads & mature ads categories blocked (all)<br>*No access to age-restricted content (all)<br>*Teen low-quality content protections (VIBE) applied to recommendations (signed in)<br>*Video uploads are private by default (teen must choose to change setting to public) (signed in)<br>*Settings review prompt, including autoplay ("minor moment") (all) |

Expansion of Age Assurance Modeling to United States:

- Trade-offs, *e.g.*,
    - privacy,
    - adults' access to information,
    - inability to age verify,
    - impact on creators,
    - Google-wide impacts
- Technological advancements (both inference and verification)
- Time to adapt

3

**Highly Confidential Competitor**

## Age Verification

3. *How Defendants' age verification processes work, including the circumstances under which Users are prompted to age verify, and how Users may verify their age.*

BCF/SURF v. Age Verification

| | **Birthday Correction Flow (BCF) (aka Suspected Underage Remediation Flow or "SURF")** | **Age Verification Flow** |
|---|---|---|
| When launched | 2015 | 2020 |
| Application | Global:  Accounts suspected to be controlled by users under the age of consent (U-13 in the U.S.) | EEA/UK/AU: Users inferred to be likely U-18 (2021) and declared adults in certain situations; will be expanded in the U.S. with the expansion of age assurance |
| Intake channels | Many, including: \*Athena classifier, \*Livestream classifier, \*other Trust & Safety/Legal Ops reviews/workflows, \*external reporting, \*user self-declarations under AOC (*i.e.,* changes in account settings) | \*Google age assurance model (EU since 2021; U.S. in 2025); \*User corrections to declared age in account settings (under 18 to over 18) (U.S. since 2024) |
| Age Verification Methods (all devices types, except selfie prompts user to mobile) | \*Government ID (transitioned over time from more manual to more automated processes) \*Credit card \*Digital ID / mDL (since 2024) (available in Arizona, California, Colorado, Georgia, Maryland, and New Mexico) (Android & Chrome) | \*Government ID; \*Credit Card; \*Selfie verification (since 2023) (must complete through mobile; QR prompt on other devices) \*Email look-up (since 2024) (geographic limitations) |

4

**Highly Confidential Competitor**

**Visual of Patronus Intake to BCF (as of March 2025):**



**Highly Confidential Competitor**

<u>Age-Gating Flows for MA+ (Mature or over) Content:</u>

- Logged-out user **(as of March 2025)**:



- Declared teen user **(as of March 2025)**:



**Highly Confidential Competitor**

Age verification UI for a **declared teen** who tries to **change DOB to be 18+** in Google user settings **(as of March 2025)**:





**Highly Confidential Competitor**

**Declared Age**

4. *The reliability of declared age in the account creation process*

- *Methods for Encouraging Reliable Declared Age at Account Creation*

    1. Google uses an age-neutral sign-up flow to collect date of birth (blank-box date-of-birth screen, no indication to users that they must be over 13 to create an account until after date of birth is collected).

    2. In 2016, Google began requiring users to provide a date of birth at account creation.

    3. Since approximately 2017, Google prevents users who enter an under-AOC birthdate in the account creation flow, from changing their birthday to be over the AOC. The user is told to get a parent **(as depicted in March 2025)**:



    If the user tries to "Back" button to change their date of birth, the flow will block them from doing so, and again instruct them to get a parent **(as depicted in March 2025)**:



    4. Additionally, Android devices will block a user who attempts to create an unsupervised account under the AOC from creating any account for two hours. This protection has been in place since about 2016.

    5. Parents can use Family Link on Google-compatible operating systems (e.g., Android device, Chromebook) to control access to YouTube at the device level, which includes blocking the ability of the child to create any account or access YouTube outside of the supervised account the adult has created.

8

**Highly Confidential Competitor**

### Logged Out Users

5. *The ability to access the YouTube Platform as a guest or without logging in to an Account*

| Protective Features | Description |
|---|---|
| Age-appropriate Content Controls | Age-gated content is unavailable to logged-out users. |
| Mental Health Interventions in Search | *E.g.*, Crisis resource panels, search friction, and health content shelves on certain content equally available to logged-out users. |
| Parental Controls | Family Link: Can be used to block devices set up for children from accessing YouTube in a logged-out state and to provide content and other settings protections; Device-level controls (including on screen time) also available. Time-Watched Profile available. |
| Recommendations & Content Quality Classifiers (UKQ, etc.) | Myriad efforts, including Community Guidelines enforcement, content quality classifiers, content ratings, etc. MFK designation applies to YouTube Main content directed to a child audience. Even in a signed out state, users can disable personalization by clearing or pausing YouTube watch and search history. |
| Reporting Content / Channels / Comments | Logged-out users in California can report content via a webform. |
| Interactive Features Unavailable | *E.g.*, like/dislike, subscribe, comments, livestream, ability to upload (or use creation features, like video filters), superchat/superstickers, notifications. |
| Autoplay | Can be disabled using the toggle on the watch page |
| Personalized Ads | Logged-out users can disable personalization. Google-wide Ads policies apply. |

### Colleagues Consulted for Education Purposes



- 
- 
- 
- 
- 

9

1

# From the YouTube CEO: Our big bets for 2025

▶ **blog.youtube**/inside-youtube/our-big-bets-for-2025

Neal Mohan                                                                                    February 11, 2025



TV is now the primary device for YouTube viewing in the US.

This year marks YouTube's 20th birthday. In two decades, YouTube has transformed culture through video and built a thriving creative economy. Today's creators have moved from filming grainy videos of themselves on desktop computers to building studios and producing popular talk shows and feature-length films. And people aren't just watching YouTube on their computers or phones. TV has surpassed mobile and is now the primary device for YouTube viewing in the U.S. (by watch time),[1] and according to Nielsen, YouTube has been #1 in streaming watch time in the U.S. for two years.[2] And while it's still early days, AI is making a big difference in how people create and consume content on YouTube.

Twenty years in, it's exciting to be at this moment. As I do every year, here are four big bets for YouTube in 2025.

## #1: YouTube will remain the epicenter of culture.

For over a decade our mission has been to give everyone a voice and show them the world. That means we provide a platform for free speech and creative expression unlike any other. This vibrant ecosystem fuels cultural trends and fandom – music videos, trending Shorts, episodic content and hour-long live streams.



This was clear in the lead up to the 2024 U.S. Presidential election as Americans came to YouTube for election-related content from a broad range of sources, including Joe Rogan's interview with President Trump which garnered 55 million views (and counting) and primetime comedy sketches on Saturday Night Live. On election day alone, over 45 million viewers across the U.S. watched content related to the election on YouTube. Some even called it "the YouTube election," echoing a similar sentiment to the 2008 "YouTube Debates." From elections to the Olympics to Coachella to the Super Bowl and the Cricket World Cup, the world's biggest moments play out on YouTube.

One of the most relevant formats driving culture – podcasts – is thriving on YouTube. YouTube is now the most frequently used service for listening to podcasts in the U.S. We've long invested in the podcast experience and creators have found that video makes this format even more compelling. This year we'll roll out more tools to support podcasters, improve monetization for creators, and make it even easier to discover podcasts.

YouTube is also a stage for cultural exchange, where content transcends borders. In 2024, more than 95% of French creator Sarah Lezito's watch time came from outside of France. And The Amazing Digital Circus, an animated series from the Australian-based channel GLITCH, became a global sensation, appearing in YouTube's annual End of Year list across eight countries.

More than just a platform, YouTube is the epicenter of culture, and we're committed to fostering a vibrant community where everyone has a voice.

## #2: YouTubers are becoming the startups of Hollywood.

Every thriving industry needs a healthy startup culture. Creators are bringing that startup mindset to Hollywood: leaning into new models of production, building studios to elevate their production quality, and exploring new creative avenues. They are creating a whole new playing field for entertainment and the businesses behind them.



Last November, I attended the opening of Alan Chikin Chow's 10,000 square foot studio in Burbank. It was a bold, fun and colorful space filled with cutting edge equipment that produces incredible entertainment watched by millions around the world. And this isn't just happening in Hollywood: Kinigra Deon is building a studio in Birmingham, Alabama, and last November the creators behind channels Mia Plays and Kouman opened their studio in North Vancouver.

We're committed to meeting creators where they are with tools and features that power their businesses and communities. We'll continue to support their growth through more traditional revenue streams like ads and YouTube Premium, while introducing new ways for creators to partner with brands to bring their products to life.

Like startups everywhere, creators are also getting savvy about finding new ways to build their businesses, and we're unlocking more ways for them to earn. Last year, more than 50% of channels earning five figures or more (USD)[3] on YouTube made money from sources other than ads & YouTube Premium. Shopping recommendations are also becoming a key revenue stream for many creators, like Bora Claire who recently shared with us that she generated hundreds of thousands of dollars in sales from a single video reviewing cashmere cardigans. And last year we saw more than a 40% increase in channel memberships.[4]

We're also introducing a whole new level of interaction on the platform, giving fans more ways to engage with and support the creators and communities they love. We just opened Communities to thousands more creators and we'll continue expanding access this year. We'll also bring Hype, a new feature that helps fans rally around up and coming creators, to more markets around the world.

It's still the very early stages of what creator-led startups will achieve and we'll be there to support them at every step of the journey.

## #3: YouTube is the new television.



alt=""

YouTube CEO — 2025 Big Bets for Creators

For more and more people, watching TV means watching YouTube. Viewers are watching, on average, over 1B hours of YouTube content on TVs daily, and TV is now the primary device for YouTube viewing in the U.S.[5] But the "new" television doesn't look like the "old" television. It's interactive and includes things like Shorts (yes, people watch them on TVs), podcasts, and live streams, right alongside the sports, sitcoms and talk shows people already love.

As more creators produce content for the big screen, we're bringing the best of YouTube to TVs, including a second screen experience that lets you use your phone to interact with the video you're watching on TV — for example, to leave a comment or make a purchase. We're also experimenting with a new feature called Watch With, which enables creators to provide live commentary and real time reactions to games and events. We began testing this feature last year with the NFL and will experiment with other sports and types of content this year.

Our growth on connected TVs is also attracting new advertisers and we continue to introduce formats that work particularly well on the big screen, like QR codes and pause ads. Our subscription services are seeing a lot of momentum, too: YouTube TV has more than 8 million subscribers and YouTube Music & Premium has more than 100 million subscribers (including trials). We'll continue to improve fan-favorite YouTube TV features, like Key Plays and multiview, and bring new benefits to YouTube Premium subscribers.

With innovative features, diverse content, and growing subscription services, we're defining the television experience for a new generation.

## #4: AI will make it easier to create and enhance the YouTube experience for everyone.

AI has long been a part of our journey, from powering recommendations to producing captions to helping us identify and remove harmful content. As we look ahead, we'll continue investing in AI tools that empower creators and artists throughout their creative journey. Last year we rolled out Dream Screen and Dream Track which generate image backgrounds, video backgrounds and instrumental soundtracks for Shorts. We'll continue investing in these features, including integrating Veo 2 into Dream Screen soon.



As impressive as the generative models are, creators tell us they're most excited about the ways AI can help with their bread-and-butter production. That's why we're investing in tools to help them in the everyday work of creation, like coming up with a new video idea, title or thumbnail.

We're also using AI to help creators find new audiences. For videos with dubbed audio, more than 40% of the total watch time comes from viewers choosing to listen in a dubbed language. Last year we launched auto dubbing, which helps creators translate their videos

into multiple languages with a touch of a button. We'll soon make auto dubbing available for all creators in the YouTube Partner Program. We'll continue to make improvements here and expand to more languages throughout the year.

Across all of our AI efforts, we're focused on building the right guardrails to protect creatives on YouTube. This means developing new tools to help individuals detect and control how AI is used to depict them on YouTube. Through a pilot with the creative industry, some of the world's most influential figures will soon have access to this early-stage technology and are providing critical feedback to help us build our detection systems and refine the controls.

We're also laser focused on protecting our youngest users. That's why we built YouTube Kids and rolled out supervised accounts. That's why we've invested in the learning and education experience: improving the way videos are shown in educational tools, making it easy to learn more about topics in a video and offering creators a way to produce courses. And that's why we'll use machine learning in 2025 to help us estimate a user's age — distinguishing between younger viewers and adults — to help provide the best and most age appropriate experiences and protections.

We'll continue to responsibly harness the power of AI to enhance the YouTube experience for everyone.

## More like this

News and Events

## Supporting our Los Angeles community

## Looking ahead to the next 20 years

It's remarkable to think that YouTube has been helping people create, learn, connect and more for two decades. As we embark on our next chapter, we're committed to empowering creators, fostering community, and continuing to redefine how the world watches, listens, and connects.

Thank you to our incredible community of creators, artists, viewers, advertisers and partners for making YouTube the platform it is today. We can't wait to see what we create together in the next 20 years.

1. *as of Dec 2024, across all YouTube services*
2. *Nielsen's The Gauge Report, Feb'23 - Jan'25*
3. *in the YouTube Partner Program*
4. *as of Dec 2024*
5. *by watch time across all YouTube services, as of Dec 2024*

Want more from The YouTube Blog? Join our newsletter!

Subscribe

2

≡   Google Account Help     🔍  Describe your issue                                                                ⋮⋮⋮  Sign in

Help Center    Community    Improve your Google Account                                                          Google Account ☒

GOOG-3047MDL-00073264

## Update your account to meet age requirements

To manage your own Google Account, you must meet the minimum age requirement for the country associated with your account.

If we have learned that you may not be old enough to manage your own account:

- You'll have 14 days to either set up supervision for your account or verify that you're old enough to manage your account. During this grace period you can log in and use your account as normal.
  - If your account is through work, school, or another organization, your account may not be eligible for parental supervision. If that is the case, your account will be disabled immediately. You should contact your admin if you have questions.
- If you choose not to set up supervision or verify you're old enough to manage your account within 14 days, your account will be disabled and your account information will be deleted after 30 days.

**Important:** If your account is disabled, content you've published will be hidden. For example, YouTube videos you've created won't be visible while your account is disabled. If you re-enable your account it may take up to several days for your content to show up again.

### Set up supervision for your account

If you're not old enough to manage your own account, you can have a parent use their Google Account to set up supervision so you can continue using your account. You have 14 days after you entered your birthdate to enable supervision before your account will be disabled. After your account is disabled, you have 30 days to enable supervision before your account will be deleted.

**Tip:** Supervision can't be set up for a Brand Account. You'll need to delete or change who manages your Brand Account before you can set up supervision.

### Verify you're old enough to manage your account

If you meet the minimum age requirements, you can use a government ID or credit card to verify your age ⊠ .

If you take or upload a photo of your ID, your ID will be securely stored, won't be made public, and will be deleted after your date of birth is successfully verified.

If you use a credit card, any temporary authorization will be fully refunded.

**Important:** After you sign in to your Google Account, you'll get instructions on how to directly take or upload a photo of your valid ID, enter credit card information, or use other methods of verification. Google will never ask you to provide this type of information in an email.

Use a government ID                                                                                      ⌃

You can take or upload a photo of a valid government ID that shows your date of birth. We review most requests within 24 hours and your ID will be deleted after your date of birth is successfully verified. You can also cover the identification number to keep it private.

**Tip:** Use an image file format like .jpg or .png. Do not upload a .pdf file.

Use a credit card                                                                                        ⌃

**Important:** This option is not available in some countries.

After we confirm that your credit card is valid, we'll retain this data only as long as necessary to meet regulatory requirements for a credit card transaction.

If you use a credit card to verify your date of birth, you might see an authorization for a small amount on your account. This checks that your card and account are valid. Your card won't be billed and the authorization will go away soon.

**Tip:** If your authorization doesn't go through, check if you're using an invalid card or have provided incorrect information.

Check the status of your request                                                                         ⌃

- Within the first 14 days, you can check the status of your request ⊠ . If you have more than one account, make sure you're signed in to the correct account.
- If your account is disabled, sign in as normal to view the status of your request.

### Download data from your account

If you're waiting for your account to be re-enabled or you can't re-enable your account, you may be able to download and save account data from some Google Services.



Welcome to your Google Account!

We see you have a new Google Account! Learn how to improve your experience with your Google Account checklist.

GOOG-3047MDL-00073265



Within the first 14 days, you can sign in to your account and download your data.

If your account has been disabled, you may be able to download and save account data from some Google services.

## Delete your Google Account

If you don't want to add supervision or verify your birthdate, you can choose to delete your Google Account before it is disabled.

☐ Give feedback about this article

---

### Need more help?
Try these next steps:

● Post to the help community
Get answers from community members

---

©2024 Google - Privacy Policy - Terms of Service    English ▾

GOOG-3047MDL-00073266

3

( INSIDE YOUTUBE )

# YouTube's principled approach for children and teenagers

BY **NEAL MOHAN**, *CHIEF EXECUTIVE OFFICER, YOUTUBE*

OCT 16, 2023    –    5 MINUTE READ

Children and teenagers today can access a world of possibilities on YouTube. Whether it's exploring important topics around the world or looking up a video to help with algebra homework, they've never known a reality without this world at their fingertips. And as they've grown up, so has the internet. Conversations are taking place around dinner tables and at the highest levels of governments about how to help young people to thrive and be safer online.

## As young people continuously evolve the way they show up online, so will our services and policies.

As the leader of YouTube and a father of three, I believe it's crucial we create a healthy experience for young people of all ages. Over the years, we've built a robust set of policies and services that protect our entire community and connect people to trusted sources, from combating the promotion of eating disorders and suicide to guarding against dangerous challenges. YouTube Kids and our supervised experiences for older children offer different libraries of content for different levels of maturity, and give families extensive tools to manage their children's screen time. Built in partnership with child development experts, these experiences reach more than 100 million active logged-in and logged-out viewers every month. And we offer a range of protections for anyone under 18, from take a break and bedtime reminders to age-restricting content inappropriate for younger viewers. And our work on further safeguards across our platforms continues.

Families everywhere deserve the same safe, high-quality experience online, no matter where they live. And all children and teenagers ought to have the same access to the opportunities the internet provides. As young people continuously evolve the way they show up online, so will our services and policies. Today, I'm sharing the five core principles that we will adhere to in our work at YouTube. But we can't do it alone. That's why we support policymakers, families, researchers, companies and experts coming together to define a set of consistent standards for companies serving young people online.

### Principle #1: The privacy, physical safety, mental health, and wellbeing of children and teenagers require special protections online.

We aim to build great experiences for young people, which is why their privacy, safety, wellbeing and mental health is at the core of our service and policy development. We want our services and policies to better reflect how young people actually use YouTube. For example, we explicitly prohibit cyberbullying or sexualizing young people, and are improving how we identify early signals of this bad behavior to prevent it on YouTube.

### Principle #2: Parents and caregivers play an important role in setting the rules for their family's online experiences, particularly for the youngest children.

CONFIDENTIAL

From setting clear screen time boundaries to teaching their children and teenagers to make responsible choices online, parents and caregivers can deeply influence young people's behavior. We at YouTube are also committed to doing our part to empower families. One area of focus will be exploring different models of supervision for teenagers, building on our existing family controls.

## Principle #3: All children and teenagers deserve free access to high-quality and age appropriate content that meets their individual interests and needs.

It's not enough for young people to safely view videos that suit their age — we want them to watch content that enriches their lives and sparks their imagination. We'll continue to partner with top experts in areas like child development, digital learning and citizenship to expand our work. And we'll build on our guidelines around high-quality content for children and to better meet the needs of teenagers.

Of course, quality content doesn't do much good if it's not affordable for everyone to access. Advertising allows us to offer each child the same wealth of content, no matter how much money their families do or don't have. And on YouTube Kids and for anyone under 18 on YouTube, we do not and will not serve personalized ads.

**With clear safeguards and industry standards, together we can make sure the internet continues to be a powerful force for good for generations to come.**

## Principle #4: The developmental needs of children differ greatly from those of teenagers and should be reflected in their online experiences.

As teenagers build independence, find identity and look for community, they need the freedom to explore a broader range of important content and form connections that bring understanding and acceptance. And for this generation, content doesn't stop at viewing — they're posting, commenting, and engaging. But teenage brains are still developing and work differently than adult brains, particularly when it comes to decision-making or self-regulating.

We'll explore a range of solutions across YouTube's services and policies to keep up with the quickly evolving online habits of teenagers. This includes providing more healthy friction for in-the-moment learnings — from "take a break" interstitials when watching content, to civility reminders and prompts to not share private information when creating videos.

## Principle #5: With appropriate safeguards, innovative technologies can benefit children and teenagers.

Whether it's the latest device or exciting new generative AI tools, today's young people are eager to test and adapt to technological innovation. From wellbeing guardrails to automated learning tools, we'll incorporate our Youth Principles in the development and use of new technologies. And we'll continue looking at the ways we can collaborate with experts across the industry to identify actions we can take together, as research on how the internet impacts young people continues to evolve.

### A consistent standard for children and teenagers

Policymakers around the world are understandably focused on the safety of children and teenagers online. We need a clear regulatory blueprint for the policies and services needed from websites and platforms across the internet. This could include requiring companies to provide parents and teenagers with comprehensive privacy controls, to develop tools that further mental health and wellbeing, and to publish information about their content policies and settings that young people can understand.

This work should be built on a nuanced understanding of how the online behavior of young people changes as they grow older. This is why we need a consistent standard — one that tailors protections to the age of the child, nurtures mental health and wellbeing, tackles different risks with proportional responses and gives space for the next wave of technological innovations. We've shared more detail on how we're thinking about this across Google and YouTube here, building on Google's work to protect, respect, and empower today's young people. With clear safeguards and industry standards, together we

More like this

CONFIDENTIAL

GOOG-3047MDL-00390421



Inside YouTube
**On policy development at YouTube**

can make sure the internet continues to be a powerful force for good for generations to come.

## Related Topics

Policy     Executives     YouTube Kids

▶ **YouTube Official Blog**

Explore the latest company news, creator and artist profiles, culture and trends analyses, and behind-the-scenes insights on the YouTube Official Blog.

**Our Channels**

YouTube
YouTube Creators
Creator Insider
Team YouTube (Help)
YouTube Liaison

**X (Twitter)**

YouTube
YouTube Liaison
YouTube Creators
TeamYouTube
YouTube Gaming
YouTube TV
YouTube Music
YouTubeInsider

Connect  

**About YouTube**

About
Press
Jobs
How YouTube Works
YouTube Culture & Trends
Community Forum

**YouTube Products**

YouTube Go
YouTube Kids
YouTube Music
YouTube Originals
YouTube Premium
YouTube Studio
YouTube Tv

**For Business**

Advertising
Developers

**For Creators**

Artists
Creators
Creator Academy
Creating for Kids
Creators Research
Creators Services Directory
YouTube NextUp
YouTube Space
YouTube VR

**Our Commitments**

Creators for Change
CSAI Match
Social Impact

YouTube     Policy & Safety     Copyright     Brand Guidelines     Privacy     Terms          Help     English

CONFIDENTIAL

GOOG-3047MDL-00390422

4

☰ **Google**   The Keyword                                                      🔍

---

🏠   >   **OUTREACH AND INITIATIVES**   >   **PUBLIC POLICY**

# Google's legislative proposal for keeping kids safe online

Mar 12, 2025  ·  3 min read                                    ⌁ Share

Legislation pushed by Meta would share kids' information with millions of developers without parental consent or rules on how it's used; we have a better way.

K     **Kareem Ghanem**
      Director, Public Policy

---

**Listen to article  5 minutes**

Everyone wants to protect kids and teens online, and make sure they engage with age-appropriate content, but how it's done matters. There are a variety of fast-moving legislative proposals being pushed by Meta and other companies in an effort to offload their own responsibilities to keep kids safe to app stores. These proposals introduce new risks to the privacy of minors, without actually addressing the harms that are inspiring lawmakers to act. Google is proposing a more comprehensive legislative framework that shares responsibility between app stores and developers, and protects children's privacy and the decision rights of parents.

## Where current legislative proposals fall short

One example of concerning legislation is Utah's App Store Accountability Act. The bill requires app stores to share if a user is a kid or teenager with all app developers (effectively millions of individual companies) without parental consent or rules on how the information is used. That raises real privacy and safety risks, like the potential for bad actors to sell the data or use it for other nefarious purposes.

This level of data sharing isn't necessary — a weather app doesn't need to know if a user is a kid. By contrast, a social media app does need to make significant decisions about age-appropriate content and features. As written, however, the bill helps social media companies avoid that responsibility despite the fact that apps are just one of many ways that kids can access these platforms. And by requiring app stores to obtain parental consent for every single app download, it dictates how parents supervise their kids and potentially cuts teens off from digital services like educational or navigation apps.

## A legislative framework that better protects kids

By contrast, we are focused on solutions that require appropriate user consent and minimize data exposure. Our legislative framework, which we'll share with lawmakers as we continue to engage on this issue, has app stores securely provide industry standard age assurances only to developers who actually need them — and ensures that information is used responsibly. Here are more details:

- **Privacy-preserving age signal shared *only* with consent:** Some legislation, including the Utah bill, require app stores to send age information to all developers without permission from the user or their parents. In our proposal, only developers who create apps that may be risky for minors would request industry standard age signals from app stores, and the information is only shared with permission from a user (or their parent). By just sharing with developers who need the information to deliver age-appropriate experiences, and only sharing the minimum amount of data needed to provide an age signal, it reduces the risk of sensitive information being shared broadly.

- **Appropriate safety measures within apps:** Under our proposal, an age signal helps a developer understand whether a user is an adult or a minor — the developer is then responsible for applying the appropriate safety and privacy protections. For example, an app developer might filter out certain types of content, introduce take a break reminders, or offer different privacy settings when they know a user might be a minor. Because developers know their apps best, they are best positioned to determine when and where an age-gate might be beneficial to their users, and that may evolve over time, which is another reason why a one-size-fits-all approach won't adequately protect kids.

- **Responsible use of age signals:** Some legislative proposals create new child safety risks because they establish no guardrails against developers misusing an age signal. Our proposal helps to ensure

that any age signals are used responsibly, with clear consequences for developers who violate users' trust. For example, it protects against a developer improperly accessing or sharing the age signal.

- **No ads personalization to minors:** Alongside any age assurance proposal, we support banning personalized advertisements targeting users under 18 as an industry standard. At Google, this is a practice we've long disallowed. It's time for other companies to follow suit.

- **Centralized parental controls:** Recognizing that parents sometimes feel overwhelmed by parental controls across different apps, our proposal would provide for a centralized dashboard for parents to manage their children's online activities across different apps in one place and for developers to easily integrate with.

Google has demonstrated our commitment to doing our part to keep kids safe online. We're ready to build on this work and will continue engaging with lawmakers and developers on how to move this legislative framework for age assurance forward.

**POSTED IN:**

Public Policy          Families          Safety & Security          Google Play