# AMENDED Exhibit 718

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation




# Project Alaska: Master PRD

**[PRIVILEGED & CONFIDENTIAL]**

Authors: ▆▆▆
Contributors: ▆▆▆▆▆
▆▆▆
Status: **Final**
Updated: May 26th, 2020
Related PRDs:
go/projectalaska-fl
go/projectalaska-1p
Self Link: go/projectalaska
UX: go/alaska-ux

Owners
PM: ▆▆▆
ENG: ▆▆▆
UX: ▆▆▆
UXW: ▆▆▆
UXR: ▆▆▆
PgM: ▆▆▆

Reviewers
▆▆▆
[]
[]
[]
[]



# Table of Contents

1. Motivation
    1.1 Overview
    1.2 Context
    1.3 AU Accounts Metrics

2. Terminology
    2.1 General
    2.2 Identity Terms
    2.3 Relevant Account Types
    2.4 Relevant XFN Projects

3. Background
    3.1 Previous Failed Attempts
    3.2 Project Griffin

4. Goals and Non-Goals
    4.1 Goals
    4.2 Non-Goals

5. Eligibility Criteria
    5.1 Child Account Eligibility
    5.2 Parent Account Eligibility

GOOG-3047MDL-00427650

6. Account State Changes and Supervision Features
      6.1 Griffin v1 and Griffin v2
      6.2 Supervision Features
      6.3 Parent Password Reset and Set screen lock

7. Child and Parent Onboarding
      7.1 Entry Points
      7.2 End-to-end User Journey
      7.3 Account Type Conversion Matrix
      7.4 Supported Platforms
      7.5 Onboarding Flow
      7.6 UX Research

8. First-Party Products Integration
      8.1 Context and Prioritization
      8.2 Tools for 1P Service Conversion
      8.3 1P Service Integration Options
      8.4 1P Conversion Handling Timing

9. Graduation

10. Metrics and Analytics

11. Support

12. Internationalization

13. Related Documents

CONFIDENTIAL

# 1. Motivation

## 1.1 Overview

This document describes our approach to allowing users with existing Google accounts, to change their age to be under their country's age of consent (aka AOC) while continuing to retain their Google account. Eligible Google account holders who declare their age to be under AOC will need their parent to provide verifiable parental consent for their child continued use of their Google account. The conversion process will enable parental supervision of the child's account moving forward while allowing the child to keep their existing Gmail address. It will also allow the child, for the most part, to continue accessing their existing data in Google's various products and services.

## 1.2 Context

About 5000-9000 times a day, Google account holders change their age to an age below their country's AOC. The AOC varies by country. It is usually 13, but it can be as high as 16, primarily in the EU (see go/aoc for the age of consent by country). The result of the user changing their age is that their account is being age-disabled since Google does not provide a mechanism to convert from a regular consumer account into an account state that is appropriately compliant for their age. 30%-35% of the age-disabled accounts are reactivated once the user proves that their changed age was incorrect and that they are older than their country's AOC. 65%-70% of the users that made such an age change abandon their account (which results in the account's deletion after 30 days), ostensibly because their age is actually under their country's AOC. This is a terrible user experience and we strive to do better for our users. In addition, this can be done in a way that does not place undue burden on Google resources.

Project Alaska is part of a larger x-PA effort, Project Audubon, which aims to reduce and eventually eliminate all active consumer Google accounts without a user-declared date of birth (DOB), which are also known as "age unknown" (AU) accounts. Details behind the business rationale for project Audubon are not covered in this document. However, even without project Audubon, there is a significant user value in investing in project Alaska since ~41K users per week become age-disabled as of today.

## 1.3 AU Accounts Metrics

As of May 2019:

- There are 768M 28DA AU accounts and 7B inactive AU accounts.
  - ~200M 28DA accounts are used on pre-Lollipop Android devices, mostly KitKat.

CONFIDENTIAL    GOOG-3047MDL-00427652

- Many of these accounts were created before mid-2016 when we began requiring DOB in most signup flows.
- However, there are still 800K AU accounts being created per day on pre-Lollipop Android devices.
  - These devices have native signup flows that we can't update to require a DOB.
  - 90% of these accounts churn within the first year, therefore this "loophole" adds around 30M "stable" AU accounts per year.
- AU accounts are distributed globally and use a mix of products similar to other regular consumer accounts.

Count of AU accounts (As of May 2019):

| Engagement | Count | Percentage |
|---|---|---|
| 28 DA | 786M | 10.1% |
| Less than 28 DA | 7B | 89.9% |

Estimated age distribution of regular consumer AU accounts, based on inferred age (As of May 2019):

| Estimated age | Count | Percentage |
|---|---|---|
| >=18 | 573M | 92.5% |
| <18 | 46.5M | 7.5% |

# 2. Terminology

## 2.1 General

**IBA** - *Interest based advertising*
**2SV** - *2-step verification*
**YTK** - *Youtube Kids*
**AFF** - *Actions for families*
**FL** - *Family Link app*
**Go1d** - *Geller on a one ("1") device (Geller account creation flow)*

## 2.2 Identity Terms

**AU** - *Age Unknown. A consumer account without a user declared date of birth.*
**AOC** - *Age of consent. The minimum age required to create a regular consumer Google Account. AOC differs by country. Below this age, a Google Account should be supervised.*

CONFIDENTIAL

**DOB** - *Date of birth.*
**BCF** - *Birthday Correction Flow. A service that allows a user to submit a DoB correction request if their account is disabled because the DoB is below AoC.*
**HoH** - *Head of Household (a.k.a Family Manager)*

**Dasher Account** - *A G Suite account.*
**Sidewinder Account** - *A restricted account for the Play Store.*
**EDU Account** - *A G Suite for EDU account.*
**Madison Account** - *User accounts whose primary use-case is to represent businesses at Google.*

## 2.3 Relevant Account Types

**Unicorn** - *A new Google account that was created for an account holder with an age that is below the AOC in their country.*

**Griffin v1** - *An existing Google account that was placed under supervision when GDPR laws raised the AOC in EU countries (above 13). This account type exists only in the EU for account holders with an age between the age of 13 and the AOC in their country. Griffin v1 account type will be replaced by Griffin v2 account type when project Alaska launches.*

**Griffin v2** - *An existing Google account that was placed under supervision since the account holder age is under the AOC in their country.*

**Geller** - *A supervised Google account for an account holder with an age above AOC in their country.*

## 2.4 Relevant XFN Projects

**Project Audubon** - *An x-PA effort to reduce the number of active consumer accounts without a user-declared DOB.*
**Project Bower** - *A set of campaigns aimed to prompt AU account holders to provide a DOB. This project also provides the required interfaces for collecting DOB from users.*
**Project Patronus** - *A project aimed to drive improvements to the "age-disabled" state, including the addition of Takeout, scaled birthday correction, and a grace period before an account is age-disabled.*

CONFIDENTIAL

# 3. Background

## 3.1 Previous Failed Attempts

Past attempts to allow account type conversion from a regular consumer account to a supervised account in 2016-2018 failed (see go/epona-accounts, go/button-prd). The approach that will be taken in project Alaska will be different in the following aspects from the previous attempts:

1. Minimize disruption to the user's experience and removal of account capabilities.
2. Avoid defining a new account type forcing refactoring of existing 1P products integrations.
3. Focus on a few high-risk 1P products that require modifications in order to properly handle child data collection and handling.
4. Focus on MVP integration with the prioritized 1P products that can launch under a strict deadline.
5. Focus on the user journey before and after entry/exit to the Alaska conversion flow.

We believe that applying the above principles will allow project Alaska to succeed where other projects have failed in the past.

## 3.2 Project Griffin

Google launched Project Griffin to help Google account holders in the EU to enter a compliant state after their existing account was reclassified as being under the AOC when GDPR went into effect on May 25th 2018. This process involved letting the child specify a parent, asking the parent to provide consent for the child's account, and then letting the parent manage the child's account and devices via the Family Link app. Throughout this document, we will refer to the account type that was created as part of project Griffin as Griffin v1 account state.

A similar account state can be applied to help users who have a valid consumer Google account but then enter or change their age to an age under their country's AOC. This requires some changes to the user's account state in order to allow the addition of a parent supervision and remove certain services that are not well-positioned to handle children's data, either for legal, policy, product, or engineering reasons.

CONFIDENTIAL

GOOG-3047MDL-00427655

# 4. Goals and Non-Goals

## 4.1 Goals

- Provide a straightforward way for users under AOC to keep their existing Google account after entering a DOB.
- Allow users under AOC to maintain access to their data in Google's various products and services following a conversion from a regular consumer account to a Griffin v2 account state, unless legally or technically not feasible.
- Allow parents to have the same supervision features, as much as possible, as they would have with a newly created Unicorn account, following their child's Google account conversion to a Griffin v2 account state.
- Allow parents to put their child's Android devices (Lollipop or above) in a supervised state, following their child's account conversion to a Griffin v2 account state.
- Allow Google products and services a path to customize their offerings to Griffin v2 account state holders if they wish to do so.

## 4.2 Non-Goals

- Provide users under AOC with an identical access to all of Google's products and services as they had before their Google account went through Alaska account conversion to a Griffin v2 account state.
- Provide users under AOC that went through Alaska account conversion with an identical access to all of Google's products and services as a Unicorn account type.
- Maintain an identical access to all of Google's products and services for existing Griffin (Griffin v1) accounts before and after the Alaska conversion. Although Griffin level of access and feature set will be the baseline for the Alaska conversion (Griffin v2), we do not aim to keep it exactly the way it is today, nor do we consider it as a constraint for this project.

# 5. Eligibility Criteria

## 5.1 Child Account Eligibility

Not all Google accounts are eligible for conversion to a Griffin v2 account state. The following cases must be satisfied for an account to be eligible for a conversion:

- A regular Google consumer account (not a Dasher, Sidewinder, EDU, Griffin or Unicorn). Note that a Geller account type can still go through the Alaska conversion.

CONFIDENTIAL

- The child and parent need to be under the same Play country in order for the child to be able to be added to the parent family.
- Not an owner or manager of a Madison account.
- Not a Family Manager or parent for an existing Google family group. Note that a Family Manager with no family members or family subscriptions is still eligible for Alaska conversion (the existing empty family should be deleted as part of the conversion).
- Not located in Quebec Canada (Existing Griffin v2 accounts should also be blocked from signing into new devices in Quebec).

Note that some of the above eligibility criteria will be enforced in project Bower campaign eligibility criteria, others will be enforced in project Patronus flow and some in Alaska conversion flow itself. Our goal is to provide a seamless user experience to every account holder that tries to add supervision to their account. Therefore, we aim to not show an option to add supervision to an account if the account is not eligible for Alaska conversion, nor get an account into an age-disabled state and, consequently, to a deleted state, as a result of ineligibility.

Note that a user can make changes to their account eligibility during the 2 weeks grace period (after setting or changing their age to be under AOC) that will render them ineligible for Alaska conversion. We will handle such cases using online checks when the user lands in the Patronus landing page. This will guarantee that a non-eligible user will not be able to enter the Alaska conversion flow when they are not eligible for it.

## 5.2 Parent Account Eligibility

Parent accounts must also meet certain eligibility requirements. These are the same requirements that apply for existing Family Managers within Google family groups.

- Meets Family Manager eligibility requirements:
  - At least 18 years old worldwide. See exceptions to this age threshold here. The parent age will be screened if their age is unknown.
  - Play country where a supervised account creation is permitted. Note that the child and parent need to be under the same Play country for the child to be able to be added to the parent family.
  - Additional criteria applicable to a Family Manager (e.g. a regular consumer Google account, etc)
- For parents who are already Family Managers, either:
  - Family has < 6 total members (room exists to add converted child's account to a family).
  - or the child's account is already a member of the family.

CONFIDENTIAL

# 6. Account State Changes and Supervision Features

## 6.1 Griffin v1 and Griffin v2

Griffin v1 is an existing Google account that was placed under supervision when GDPR laws raised the AOC (above 13) in the EU countries. This account type exists only in the EU for account holders with an age between the age of 13 and the AOC in their country. The various supervised account types before project Alaska launches are as follows:



\* The various supervised account types, as of today, before project Alaska launches

Griffin v2, which will be based on Griffin v1 account state, will be expanded to all the countries that support account supervision, globally. It will also include an extended age range from the age of zero to the AOC in each country. Griffin v2 account state will therefore handle any existing Google account that was placed under supervision since the account holder age was under the AOC in their country.

Griffin v1 account type will be replaced by Griffin v2 account type once project Alaska launches. The various supervised account types following project Alaska launch will be as follows:

CONFIDENTIAL

* The various supervised account types after project Alaska launches

The "Alaskan" state will be named throughout this document as Griffin v2 account state. This account state has two key design heuristics:

- From parental controls perspective, it will be as close as reasonably possible to a Unicorn account type. However, from a technical perspective, it is built upon the foundation of Griffin, aka Griffin v1, necessitating the need for reasonable compromise.
- From 1P services perspective, it will be as reasonably close as possible to a Unicorn account type. However, since users may have data in many services that are not supported by Unicorn, there is a tradeoff to be made optimizing for several different variables: user experience, conversion coverage, legal and policy risk, eng complexity, organization complexity, etc.

## 6.2 Supervision Features

The table below describes the key differences between Griffin v2 state and Unicorn, Griffin v1 and Geller states.

| Functionality | Unicorn | Griffin v1 | Griffin v2 (Alaska) | Geller |
|---|---|---|---|---|
| Exit supervision | Not exitable until AoC | Not exitable until AoC | Not exitable until AoC | Exitable at any time |
| Parent password reset | Y | N | Y (will not change for | N |

GOOG-3047MDL-00427659

| | | | existing accounts) | |
|---|---|---|---|---|
| Android 'Set screen lock' | Y | N | Y (will not change for existing accounts) | N |
| 2SV blocked | N (Will be changed to N as part of this project) | N | N | N |
| YTK Settings | Y | N | Y | N |
| OAuth switch | N/A | Y | Y | Y |
| AFF-only on Assistant | Y | N | Y | N |
| IBA | N | N | N | Y[1] |
| Parents can change a child's birthday | Y (up to AOC) | Y (up to AOC) | Y (up to AOC) | N |
| A child can change their birthday | N | N | N | Y |

[1] In the EU IBA is disabled for any user with an age below 16

Several items have clear legal and policy repercussions, so we noted them here explicitly even though Griffin v2 state would aim to mirror the Griffin state.

- Parent Account deletion: parents can delete a Griffin v2 account, similarly to Griffin v1.
- Discoverability and Reachability: disabled, similarly to Griffin v1.
- Profile Photos: available, similarly to Griffin v1.
- Location history: blocked.
- Face clustering in Photos: disabled.
- Self-account deletion: disabled for Unicorn. enabled for Griffin v1. enabled for Griffin v2.
- Deleting Google services: allowed.
- Blocking non-Play purchases: not blocked.
- Address fields: not removed.

CONFIDENTIAL

GOOG-3047MDL-00427660

The complete list of all the supervision features for Griffin v2 account state can be found in go/supervised-features. You can find in this spreadsheet the detailed differences between individual supervision features across Unicorn, Geller, Griffin v1 and Griffin v2 account states.

### 6.3 Parent Password Reset and Set screen lock

The parent 'password reset' and 'set screen lock' features should not be applied to existing Griffin account type holders, aka Griffin v1, since the 'parent password reset' and 'set screen lock' features were not enabled as part of the onboarding flow of Griffin v1 account type. The parent 'password reset' and 'set screen lock' features should only be enabled for newly onboarded Griffin v2 account holders as part of their onboarding flow.

# 7. Child and Parent Onboarding

## 7.1 Entry Points

The entry points to the Alaska conversion to a supervised account will the following:

1.  A user will be asked to enter their DOB following campaigns which will be part of project Bower. The user will be directed to the Alaska conversion flow after declaring their age to be under AOC and choosing to add supervision in order to keep their account. These campaigns will include Android system-level notifications and web sign-in interstitials.



\* Mockup of project Bower Android system-level notification.

2.  Users proactively updating their DOB from being over AOC to being under AOC in myaccount.google.com/birthday.

3. Other "moments" that can be added at a later stage following project Audubon rollout (e.g. purchases, login and/or signup, etc).
4. Existing age screening for parents as part of the "family group creation" section in Unicorn or Geller account creation flows or the Alaska conversion flow ("About supervision section").
5. Email sent once every 2 weeks to "Griffin eligible" account holders. These users will be directed to the Alaska conversion flow.

Note that the Audubon campaign will not aim to age screen accounts with a pre-Lollipop Android device. This means that in phase 1 of project Audubon, notification asking for DOB will not be sent to such accounts.

Although we currently do not support supervision on pre-Lollipop Android versions, we will not prevent an Alaska conversion from happening on such a device or prevent the conversion of an account that is signed-in to such a device. Adding supervision support for pre-Lollipop Android devices is out of scope for this document.

Google

### Add your birthday

elisa.g.beckett@gmail.com

⚠ Your date of birth is missing

| January | 18 | 1990 |

This won't make your birthday public

Your age may be used for personalization across Google, including to make the ads you see more relevant to you. Learn more

You can change this info and manage how it's used at account.google.com

Not now                     Save

* Mockup of the age collection screen which is part of project Bower.

GOOG-3047MDL-00427662

## 7.2 End-to-end User Journey

As part of project Audubon, Google will actively age screen users (as described above in the various Audubon entry points). The date of birth collection itself will be handled as part of project Bower. Users may also choose to update their date of birth in myaccount.google.com/birthday.

Whenever a user enters or updates their age to be under AOC, the user will enter the following flow. Note that the option to add supervision to the user account, will only be shown if the user passed the eligibility criteria described in the Child Account Eligibility section.



* Audubon key user journey

GOOG-3047MDL-00427663



\* Mockup of the Patronus options screen during the grace period.

1. The user will be presented with four options as part of project Patronus:
    1. Set up supervision:
        - The child and their parent will go through the Alaska onboarding flow on the child's device (detailed flow is described in the <u>Onboarding Flow</u>).
        - Note that unlike the Griffin onboarding process, the child and parent portions of the flow take place at the same time on the child's device (similarly to the Go1d flow).
        - The parent provides consent.
        - The parent can manage the child's account and the child's supervised devices via the Family Link app.
    2. Correct my birthday:
        - This assumes that the user entered the wrong age in the DOB collection screens.
        - The user provides a government ID or a credit card as proof for their age correction.
        - The user age is changed back to above AOC and the account goes back to a regular consumer account type.
    3. Takeout:
        - A regular takeout of the user data is available.
    4. Delete my account:

CONFIDENTIAL                                                                      GOOG-3047MDL-00427664

- ▪ A regular takeout of the user data is available.
- ▪ The user can proactively delete their account.

2. The user can choose to ignore the options provided in the Patronus screen.
3. If the user does not choose any of the available options, the user account remains unchanged, active and unsupervised.
4. The user has 2 weeks (aka as the 'grace period') to choose one of the four options above. The user is notified daily through all reasonable means. This includes project Patronus daily Android system notifications.
5. If the user fails to complete one of the three options (the takeout option is not included here) within 2 weeks, their account is then age-disabled.
6. During the age-disable state, the user can't access any of Google services, but only choose one of three remaining options: set up supervision, correct their age or takeout for their account data (the account deletion option is removed). Note that only a limited takeout option is available to the user during the age-disabled period (takeout includes: Gmail, contacts, photos and Youtube).
7. The user has 30 days to complete one of the three options or else their account is deleted (the takeout option is not included here).



\* Mockup of the Patronus options screen during the age-disable state.

CONFIDENTIAL

Another possible entry point to the Alaska conversion is the email sent once every 2 weeks to "Griffin eligible" account holders. The only difference in this entry point is that the user will be sent directly to the Alaska conversion flow, rather than to the Patronus options screen.

## 7.3 Account Type Conversion Matrix

The conversion to Griffin v2 account type will be supported from the following account types:

1. A regular consumer Google account
2. A Geller account type

We will convert all Griffin v1 account type holders to Griffin v2 account state as part of project Alaska launch. A proper MSA will be sent to every Griffin v1 account holder, as well as their head of household, upon conversion to the Griffin v2 account state.

Note that after project Alaska launches, we plan to add a DOB collection screen [P1] to the Geller Go1d flow. It will collect a DOB from all AU accounts and will add an appropriate supervision for a child under AOC.

## 7.4 Supported Platforms

[P0] A web onboarding flow will be used in Chrome on iOS and PC platforms (CrOS, macOS, Windows, etc). A matching webview will be used on Android devices.

[P1] A native Android onboarding flow will replace the webview flow on supported Android devices once ready.

Devices with Android version 4.4 or below (aka pre-Lollipop) can not be supervised (not supported by the FL app). Users should be able to use an unsupported device for the Alaska conversion flow by utilizing the webview version of the onboarding flow, but they will not be able to login to the device after the onboarding is completed since the device can not be supervised.

CONFIDENTIAL

## 7.5 Onboarding Flow



\* The onboarding stages in the Alaska conversion flow

Alaska onboarding flow will be based on the existing Go1d (Geller on one device) flow for Android and Chrome OS with necessary adjustments. This Go1d flow is the result of extensive development and UX improvements done to the Geller onboarding flow in 2019. One of our goals in using the Go1d flow is to give parents maximum transparency with regards to their child supervision, as well as, provide them with all the available supervision controls by offering to install the FamilyLink app automatically on the parent's Android devices.

These are the main stages in the Alaska onboarding flow:

1. **Grab your parent**: A call for action for the child to bring their parent to the device screen, since we are working under the assumption that the child will not be able to fully grasp and understand the complexity of the onboarding process. Although the parent is only required for the consent moment during the onboarding flow, we also want them to read and understand the rest of the flow screens, alongside the child, from the earliest point possible in the flow.

2. **Explain account supervision, parental controls and next steps**: The following screens should explain the need for account supervision for a child under the AOC. It should also describe the next steps in the onboarding flow and the process duration. Following these screens we will conduct eligibility checks for the child's accounts.

3. **About supervision and child re-auth**: The 'About supervision' screen aims to explain to both the parent and the child all the supervision elements. It should describe what the parent can see and do as part of the supervision and what the parent has no access to. At the bottom of the screen the child should be asked to re-authenticate (i.e. enter their account password) in order to prove that they are physically present and agree to the parent supervision. Following these screens we will conduct eligibility checks for the parent's account.

                                                  GOOG-3047MDL-00427667

4. **Privacy notice to parents and parental consent**: This is the point in the flow where we ask for the parent consent on behalf of the child. If the parent does not provide consent we should provide them an option to delete the child's account (part of the Patronus options screen).

5. **Child and parent accounts linking**: At this point, the child's account is linked to the parent's account and the supervision is enabled.

6. **Set filters and settings**: The parent is asked to review all the content settings for their child (e.g. Play TV and movies, GPM, etc), as well as any filters set for Chrome and search. The default settings and default filters will be set appropriately for a child, but the parent can choose different settings as they see appropriate.

7. **Download Family Link to parent devices:** This section auto installs the Family Link app on the parent's supported Android devices.

8. **Collateral: Set supervision features for child devices**: The collateral section of the flow is executed on each of the child's supported Android devices. The parent must complete the enrollment of the supervision on each supervised child device by activating the Family Link manager on the device and reviewing the apps installed on it.

The latest version of the detailed flow and its screens can be found in Alaska Flow Gallery.

In order to remove obstacles from successfully completing the Alaska conversion flow, we will remove from the family group eligibility checks, the check for the number of times the child switched a family group in the past 12 months. We will allow the child to join a new parent family group regardless as part of the Alaska conversion.

If the child abandons the onboarding flow before completion, we will send them an email explaining how to complete the process, stressing the time remaining, and provide a link for them to do so. If we know the email address of the parent (e.g. the child holds a Geller account or provided a parent email address during the onboarding flow), we will also send them an email with similar guidance.

## 7.6 UX Research

Usability studies with children and their parents will be done for the above onboarding flow. These usability studies will be done both in the US and internationality in key territories (South Korea, Brazil, France, Germany and the UK). The main focus of these studies will be on the effectiveness of the entry points, Bower and Patronus screens and the beginning of the Alaska flow. Since the majority of the Alaska onboarding flow will be based on the existing Go1d flow, there is no need to conduct extensive research on the Go1d sections of the flow.

                                                    GOOG-3047MDL-00427668

# 8. First-Party Products Integration

## 8.1 Context and Prioritization

The usage of the top 10 Google services by AU accounts is: (as of January 2019)



Following product management and product counsels discussions, it was decided that special care will be taken for the following 1st party products and services. The following products will be considered as P0 integrations for the launch of the Alaska conversion.

1.  Youtube
2.  Location History
3.  Location Sharing
4.  Google Account Linking (GAL)
5.  Photos
6.  Assistant
7.  Ads
8.  Payments
9.  Nest
10. Google Fit/Wear OS
11. Play Commerce

The detailed integration scope of each one of the products listed above can be found in go/projectalaska-1p. Note that the integration scope is dynamic as it's being scoped throughout Q2-Q4 2019.

All other 1P products and services will be offered to Griffin v2 account holders (Accounts that went through Alaska conversion) in the same manner that they are offered to regular consumer Google account holders unless a service chooses to enable independently a custom user

CONFIDENTIAL

experience and/or data handling for Griffin v2 account state. Such service integration will be based on the tools that the Unicorn-Identity team will provide to all 1P product teams.

## 8.2 Tools for 1P Service Conversion

Unicorn-Identity team will provide the following tools that will allow 1st-party products a way to handle the conversion of an existing regular consumer or Geller account to a Griffin v2 account state (account state for a user under AOC).

1.  Conversion-triggered integration

    Provide a way for a 1st-party service to update their systems in order to comply with Griffin v2 account data retention policies and account state functionality.

-   Synchronous integration:
    -   Set user settings for 1st-party services that are required to succeed before the account can be converted to a Griffin v2 state.
-   Asynchronous integration:
    -   Integrate with 1st-party services that need to change settings or delete part of the user data associated with a Griffin v2 account as soon as possible after the account conversion.

2.  Service-level user data verification

    Monitor Griffin v2 account type user data stored by a 1st-party service and alert a service about storing non-compliant data for a Griffin v2 account.

3.  Service-level access control

    Provide a way for a 1st-party service to block access to a Griffin v2 account.

4.  Account type detection

    Provide a way for a 1st-party service to identify a Griffin v2 account.

Proving an eligibility criteria, based on 1P service data, in order to determine whether an account is eligible for an Alaska conversion is out of scope for this project for various reasons that will not be specified in this document. We aim to not introduce such an eligibility criteria for the Alaska conversion.

## 8.3 1P Service Integration Options

No Integration:

CONFIDENTIAL                                                                                      GOOG-3047MDL-00427670

   a.  The default behaviour will be such that a user will be able to keep using a service in exactly the same way that it was used before the account conversion.
   b.  A service will provide full access to a Griffin v2 account type. No change to user data and/or access to any of the service features will be done upon the Alaska conversion.
   c.  The service will be able to treat a Griffin v2 account differently post conversion if it chooses to do so since this account state will be identifiable.

Integrated Service:

   a.  A service is notified upon conversion of an account to Griffin v2 state in order to ensure the data for the account is fully compliant. Griffin v2 account holder will be able to keep using the service.
   b.  The service will be able to treat a Griffin v2 account differently post conversion if it chooses to do so since this account state will be identifiable.

Service Blocking:

   a.  A service will be blocked for Griffin v2 account access. The service will also need to remove all its data stored for the account holder.
   b.  The service should allow the user to perform a takeout of their data whenever possible.
   c.  We will monitor the service in order to make sure that it does not store data for a Griffin v2 account after the conversion.

A service may not choose to filter its users from the Alaska conversion flow.

## 8.4 1P Conversion Handling Timing

Our goal is to allow services to update the required user settings and delete and/or change data as soon as possible following the conversion event. We will support (1) integrations blocking the conversion flow for critical high-profile settings (e.g. disabling IBA); (2) immediate but non-blocking integrations for user-visible data (typically called within minutes).

We will support the following data deletion and/or settings change timing requirements:

   1.  Synchronous integration (e.g. Location history, etc). Failure to perform the deletion and or settings change will block the conversion of the account to a Griffin v2 state.
   2.  Asynchronous but need to be completed in a matter of minutes (e.g. Google Photos disabling face clustering). This deletion type will be non-blocking for the account conversion.

The data deletion and/or change timing requirements will not differ between web or a native Android based client that will be used for the Alaska onboarding flow.

Note that we wish to limit the number of synchronous integrations to the minimum essential from a compliance perspective in order to reduce the probability of a conversion failure. Therefore, synchronous integrations should be reserved to highly critical services only.

CONFIDENTIAL                                                                  GOOG-3047MDL-00427671

# 9. Graduation

When a Griffin v2 user reaches AOC, they can switch their account state to a regular consumer Google account (aka graduate) similarly to a Griffin v1 user reaching AOC. This will remove the compliance and supervision the parent has over the child's account, and will not allow the parent any further ability to help the graduated child exert their data subject rights.

Graduation of Griffins v2 will follow the notifications and flow of Unicorn/Griffin v1 user graduation. Email notifications will be sent to the parent and child as follows:

- 1 month before reaching AOC, all parents (not just HoH) and the Griffin v2 user will receive an email to inform them of the upcoming graduation eligibility and to explain to them what will change with their account upon graduation.
- 1 week before reaching AOC, all parents and the Griffin v2 user will receive a reminder email.
- When a Griffin's v2 user reaches AOC, all parents and the Griffin v2 user will receive an email to inform them about the graduation eligibility, as well as to explain what will change with their account upon graduation.
- Periodic reminders will be sent if a Griffin v2 user chooses not to graduate yet. A Griffin v2 user can choose from 1 month to 6 months increments in which to receive these email reminders.
- When a Griffin v2 user completes the graduation flow and has graduated to a regular consumer Google account, the Griffin v2 user and all their parents will receive an email informing them that graduation has been completed

1st-party services will provide regular consumer Google account access to Griffin v2 account holder upon graduation, therefore special integration with these services will not be required for the graduation flow.

When a Griffin v2 user follows the notification email and chooses to take control of their account, a Griffin v2 graduation flow should be invoked. This flow is based on the Unicorn/Griffin v1 graduation flow with required modifications.

The latest version of the detailed flow and its screens can be found in Alaska Graduation Flow Gallery.

The planned graduation of a Griffin v2 account state directly into a Geller state is out of scope for this document. A separate PRD will be written for this functionality which will cover this user journey for Unicorn and Griffin accounts types.

GOOG-3047MDL-00427672

# 10. Metrics and Analytics

Griffin v2 account state metrics should be collected similarly to Unicorn/Geller account type metric.

- We need to be able to distinguish parents of Griffin v2 users.
- go/unimetricsv3 will provide a way to distinguish between Griffin, Unicorn and Geller account types.
- All of the existing 'engagement' HEART metrics should be tracked for Griffin v2 users in a way that Griffin v2 user behavior and Griffin v2 parent behavior can be analyzed independently from Unicorn user and parent behavior.
- For 'adoption' metrics, we should track the following:
  - Number of accounts enrolled in Griffin v2 supervision, parsed by time window (1DA/7DA/28DA), activity (7DA), country, and declared user age dimensions.
  - Track sign-in attempts for Griffin v2 users, parsed by platform.
- All of the existing 'retention' HEART metrics should be tracked for Griffin v2 users in a way that Griffin v2 user behavior and Griffin v2 parent behavior can be analyzed independently from Unicorn user and parent behavior.
  - Additionally, we should track the frequency of Griffin v2 'deletion rate', parsed by country.
- For the conversion flow, we will use the go1d (Geller on one device) onboarding flow as a baseline and we should track the following ('task success' metrics):
  - The number of successful and attempted Griffin v2 enrollments, filterable by country and age.
  - % of successful Griffin v2 enrollments, filterable by country and age.
  - Time required to complete the flow, filterable by country and age.
  - Alaska onboarding flow, screen by screen drop off rates, filterable by country.

We also want to track the following metrics for the overall Alaska conversion based on Audubon campaigns and account retention:

- Audubon:
  - % of users triggering the Alaska conversion flow from all the accounts that got notified to enter DOB (CTR), sliced by age, country and OS.
  - % of users triggering the Alaska conversion flow from all the accounts that entered DOB under AOC, sliced by age, country and OS.
  - Histogram of the time to trigger "add supervision" for accounts that entered DOB under AOC.
  - % of users triggering the Alaska conversion flow and ended up with:
    - Regular consumer Google account
    - Griffin v2 account state
    - Age-disabled account

CONFIDENTIAL

- Deleted account
- All these endpoints should be sliced by age, country and OS
  - Total # of Griffin v2 enrollments associated with a specific Bower campaign.
- Retention and engagement:
  - Resultant Griffin v2 retention rates.
  - Feature usage/adoption rates.

# 11. Support

gTech (gUP) involvement will be required in order to plan the global deployment of this conversion flow. A detailed support plan is out of scope for this document, but will accompany the launch of project Alaska.

Support activities will cover a large set of Help Center articles that will be u[dated to detail all the product changes applicable to convert accounts, Play store credit manual refund process and support agents training and preparation for a global rollout.

# 12. Internationalization

Griffin v2 account conversion should be rolled out globally to all the Play countries that support account supervision. This means that Griffin v2 account state and the conversion flow will be available in every country that already supports Unicorn accounts today.

# 13. Related Documents

Overview:
- Project Alaska Overview
- Project Audubon Overview
- Project Bower Overview
- Patronus: Pre-disable grace period for Age disable
- Patronus: Age disabled accounts

PRDs:
- Supervision Features Matrix
- Project Alaska: Family Link PRD
- Project Alaska: 1P Products PRD
- 2SV for Unicorn

Design Documents:
- Project Alaska Overview
- Alaska Account State

CONFIDENTIAL                                                                 GOOG-3047MDL-00427674

- Project Alaska: Supervision Features
- Alaska Supervision
- Project Alaska: Onboarding Frontend
- Project Alaska: Onboarding Backend
- Project Alaska: 1P Integrations
- Project Alaska: Service-level access control
- Project Alaska: Service-level user data verification
- Project Alaska: Asynchronous service notifications
- Project Alaska: Ads behavior for recently graduated Griffins
- Project Alaska: YouTube and U13 Griffins
- Project Alaska: Location History Integration
- Project Alaska: Griffin Graduation Backend
- Project Alaska: Griffin graduation settings update
- Project Alaska: Onboarding Flow Metrics

1P Products:
- Project Alaska: 1P Integration Guide
- Project Alaska: 1P Integrations Tracker

UX:
- Alaska Flow Gallery
- Alaska Graduation Gallery
- Alaska UX documentation
- Audubon-Bower-Patronus UX

UXW:
- Project Alaska Copy
- Escurel for Griffin v2
- Project Alaska 1P Products Copy
- Alaska emails
- Learn more repository
- Audubon Patronus grace period

gUP (Support):
- Alaska and other HC Updates
-  Alaska FAQ's and CR's

PR/Comms:
- Audubon Support & Communications
- Project Audubon | Comms Doc 2019

CONFIDENTIAL                                                                                     GOOG-3047MDL-00427675