**AMENDED Exhibit 725**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



Produced in Native



CONFIDENTIAL

GOOG-3047MDL-00666027



ATTORNEY CLIENT PRIVILEGED • Confidential Proprietary

# Project Strider

# A Vision for Young Creators on YouTube

go/projectstrider • December 2019 • Visioning, YT Kids, Trust & Safety, & Community teams • ▮▮▮▮▮▮▮▮▮▮▮



ATTORNEY CLIENT PRIVILEGED · Confidential & Proprietary

**Both young people and their parents see a lot of benefits to creating videos**






ATTORNEY CLIENT PRIVILEGED · Confidential & Proprietary

In fact, **VIDEO CREATION IS PREFERABLE TO PASSIVE VIDEO WATCHING**

**Video is a powerful tool for developing confidence & creativity**



We felt it would help with his confidence and build his skill sets. And thanks to how he's learned to describe things to his audience, ██████ has top marks in his school. (Dad)

It's given me confidence to push myself because I know I can do it. ██████

██████ Father and ██████ (10 y.o.), 1.2K Subs



Starting a YouTube channel has been one of the most impactful gifts I have given her.

It helped develop her public speaking skills and the ability to express an idea.

Saying "I love dinosaurs" and talking about them for 2 minutes in a video are two totally different things.

██████ Father of ██████ 1.8K Subs



ATTORNEY CLIENT PRIVILEGED · Confidential & Proprietary

# Parents have concerns, but many lack the know-how to navigate the creation process for their children

This includes managing technology, child safety and digital wellbeing.

Common parental states

| | |
|---|---|
| Unaware and/or uniformed | Hands-off and trusting |
| Informed but anxious | Hands-on and engaged |

ATTORNEY CLIENT PRIVILEGED · Confidential & Proprietary

**Even hands-on parents find it difficult to stay on top of their kids' activity**



My wife and I had so many questions at first. We spent months thinking about whether we should allow him to start a channel.

We could have done with some help and guidance.



It's changing all the time. There are new apps and things every day. I can't keep up with all of it. As she gets older I'll have to let go of more of it.

That doesn't mean she's still safe, but I'll have to choose [what to regulate].


Father and ___ (10 y.o.), 1.2K Subs


Father of 11 y.o. creator

ATTORNEY CLIENT PRIVILEGED · Confidential & Proprietary

## In 2020, YouTube will launch Kid Accounts and experiences on Main App

But the current plan is to turn creation features off for <13.

We have an opportunity to rethink a fun and safe creation experience for tweens and teens on our platform, rather than turn creation features off entirely.

### TikTok stops young users from uploading videos after FTC settlement

By Dam Lee | @dam_lee | Feb 27, 2019, 4:04pm EST

 **ava roy**
@avaroyyy

I'm so mad, i literally cried. all of my memories,and fans, all gone. the birthdate selector wasn't sliding so i put 2019. my mistake, i know. but i didn't know they would actually delete my acc 😭 seriously. undo the update, i'm 13 and that's old enough to be on the app.

♡ 10   10:10 AM - Feb 28, 2019                              ⓘ

### As Instagram Hides Likes, Young Users are Switching to Business Accounts, Exposing Personal Data

*Turning off features entice kids more*

ATTORNEY CLIENT PRIVILEGED · Confidential & Proprietary

**Young creators want to be on YouTube**

# 85k

underage accounts deleted each week on YouTube

# 1B

Daily Active Views on content from young creators which is as big as the YouTube Learning corpus!



**Making children invisible as customers doesn't make them actually disappear from your platform.**
Irene Leino, Corporate Responsibility, UNICEF Finland

ATTORNEY CLIENT PRIVILEGED · Confidential & Proprietary



**With Shorts, there is a likelihood that tweens and teens will be an important audience of this feature.**

# 41%
of TikTok users are under 24yo [1]

# 48 out of 50
Top TikTok creators are 18 or younger [2]

# 55%
of TikTok MAVs have uploaded at least one video [3]

ATTORNEY CLIENT PRIVILEGED · Confidential & Proprietary



What are tweens and teens into in terms of video creation?



**Traditional video**
YouTube

**39M**
creators with an inferred age <18

**Short-form mobile video**
Tik Tok, Instagram, Likee

**48** out of **50**
Top Tik Tok creators are 18 or younger [1]

**Live streaming**
Younow, Yubo.Live, LiveMe

**70%**
of YouNow's users are under the age of 24 [2]

Slide 1

The first example seems also a live stream
1/25/2020 12:47:59 AM

**Business opportunity for YouTube**

→ Instill good values in creators at a young age
  ◆ Safety
  ◆ Content appropriateness
  ◆ Respectful & responsible behavior (Digital Citizenship)
  ◆ Creative expression

→ Retain and grow the next generation of creators, otherwise they could leave for other platforms and never come back

ATTORNEY CLIENT PRIVILEGED · Confidential & Proprietary

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-00666027

**Custodian:** BESER, JAMES; ██████████████ HALPRIN, MATT; KASAVANA, TANAYA; ██████████ RAMNATH, JYOTI; TURNER, ERIN

**Author:**

**Filename:** PROJECT STRIDER- VISION FOR YOUNG CREATOR_1CYCMP154OOWP27IXW299CXJWDAPEWHLGPHKQ_S5ZJJM.PPTX

**Create Date:** 2-20-2024 6:16 PM

**Last Modified Date:** 2-20-2024 6:16 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /NATIVES/NATIVE401/GOOG-3047MDL-00666027_CONFIDENTIAL.PPTX