**Exhibit 726**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



Δ π EXHIBIT 23
Deponent BESER
Date 4/2/25 Rptr. [signature]
WWW.DEPOBOOKPRODUCTS.COM

Privileged and confidential

*This doc is meant to capture the problem statement and some ideas - it's a conversation starter and not a final proposal*

### Problem

While we estimate that upwards of 20% of YT Kids app usage today comes from 8+ aged kids, the experience today was designed to appeal to younger kids.  This is a major problem as kids approaching their teens (Tweens and pre-tweens) are anxious to grow up and seem to often have visceral reactions to even the word 'kid'.

Aging-up is of strategic importance to Youtube overall.  At or around the time they turn 8, Kids will be likely to find other video/entertainment sources used anonymously, or be forced to "co-view" with their parents, which is not only a suboptimal way to experience YT for the kid, it also diminishes the Parent's YT experience (ie. polluted Rec's).  Further, from an ads pov, the tween market is far more valuable than younger kids and thus there is an overall desire to reach this audience. Thus, defining a cogent strategy to address the 8-13 market is a key challenge and opportunity for Youtube.

### Context

The opportunity for 8 to 13 year old kids is nuanced.  First, there seem to be at least two specific age cohorts with significant differences across Gender ([ HYPERLINK "https://docs.google.com/██████████████████ \h ]):

| Age | Gender | Example Preferences |
|---|---|---|
| Pre-tween (8, 9, 10) *Elementary school* | Boys | General audience Video Games, ie Minecraft |
|  | Girls | Watching TV |
| Tween (11, 12) *Junior High* | Boys | More mature video games, i.e. GTA, CoD |
|  | Girls | Hanging out with friends |

Research seems to indicate diverging Gender entertainment preferences as kids age. Also the likelihood that 8+ users have their own mobile devices, used in their rooms away from adult supervision goes up significantly - so in general we may be able to conclude that the Parent-as-User focus may diminish in importance (indeed, the more oversight we give Parents the less 'cool' the platform may be for these Kids)

**Commented [1]:** While gender is obviously a major factor, the research that summary was based on is from traditional media sources that have historically approached all children's' products this way. At YT, we can cater to a number of specialized interest groups (and that's the strength of our platform). I'd much rather us lean on interest clusters and not force a two cluster model. Here's from our study: https://docs.google.com██████████████

**Commented [2]:** to be validated

**Commented [3]:** I think the Unicorn team has a lot of research around privacy expectations for older kids/tweens. I'll see if we can get access to it.

Areas that need be addressed when considering older age appeal:
- **Independence**: Diminishing level of Parental oversight/influence on screen time
- **Not a 'kid'**: Aspirations of 'growing up' or being seen as older/mature
- **Seasonal Routine**: Weekend vs. Weekday, Summer vs. School year (more detail [
  HYPERLINK
  "https://docs.google.com/█████████████████████████
  ████████████████████ \h ])
- **Education**: Bigger part of kids lives as they age (i.e. longer school days, homework, etc)
- **Social**: Growing importance of friends, socializing, status and social media
- **Regional**: do kids grow up faster in developed world wrt digital?

*Unicorn*

There is a Google-wide Tween-focused initiative internally dubbed "Unicorn". While there is a lot of context here, the main relevant point is that teams work on 'kid accounts' for which the parent has given 'full' consent (requiring a credit card auth) - Kid accounts are linked to the Parent's GAIA. These accounts are so far limited to U.S only and there seems to be no plan to support non web/iOS/Android platforms (like Living Room). Further, the plan for Unicorn accounts on YT main is strictly to limit the content and features - the same content and features that can be accessed anonymously, diminishing the value for tween users.

**Proposal: Thread the needle from YTK through to Main**

A 3-step proposed approach/strategy:
1) "Age up" the YT Kids app to better appeal to pre-tween (8,9,10)
2) "Age down" a logged-in version of YT main that is 'better' than the logged-out or current Unicorn experience
3) New features that span the gap between #1 and #2
   a) YT Kids to YT main 'tween' accounts to bridge #1 and #2
   b) Sharing, co-viewing, templated/guided creation, 'safe' commenting

| Strategy | Goal | Features |
|---|---|---|
| 1) Age-up Youtube Kids app | Without losing any of the current magic, add 'sticky' features and experiences for kids that have equivalents on Main+Kid accounts | - Channel Subscriptions<br>- Kid-friendly commenting (i.e. emoticons)<br>- Whitelisting in YTK "Parent Zone" to allow parents to add in more mature (i.e. PG) content as they see fit<br>- Age-based Search (in progress)<br>- Kids as creators with templated/guided creation tools (i.e. FaceSwap) |

GOOG-3047MDL-01608332

| | | |
|---|---|---|
| *2) Age-down Youtube Main app* | Create a logged-in experience on Main that is better than anon access | - Channel Subscriptions<br>- Kid-friendly commenting (i.e. Emoticons)<br>- Parent-driven whitelisting directly from Main<br>- Backstage<br>- Kids as creators with templated/guided creation tools (i.e. Musica.ly)<br>- Unique content (i.e. YTO) |
| *3)Identity spans the gap #1 → #2* | Kid accounts that are portable across YT properties with minimal upfront burden on parents to set up | - Passwordless Kid profiles (delegated GAIA) in all countries<br>- Seamless upgrade path to full unicorn when kid ready for creation/sharing features |
| | | |
| | | |

CONFIDENTIAL

GOOG-3047MDL-01608333

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-01608331-GOOG-3047MDL-01608333

**BEGATTACH:** GOOG-3047MDL-01608331

**ENDATTACH:** GOOG-3047MDL-01608333

**PRODVOL:** PROD022

**Custodian:** BESER, JAMES

**File Path:** /YTK AGE UP MANIFESTO_1RC98ABD2-
CEP9ENYEYHNZ2KBEQ6KLS7B530R74XOPAY.DOCX

**Confidentiality Designation:**

**HASHVALUE:** 48B42624C5187E83E1F80CB69D01384C

**Document Type:** PDF

**Author:** ▮▮▮▮▮▮▮▮▮▮▮▮

**Family Date:** 6/7/2016 10:06 PM

**Last Modified Date:** 6/7/2016 10:06 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** YTK AGE UP MANIFESTO_1RC98ABD2-
CEP9ENYEYHNZ2KBEQ6KLS7B530R74XOPAY.DOCX

**Title:** YTK AGE UP MANIFESTO.DOCX

**DOCEXT:** DOCX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO