# AMENDED Exhibit 727

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

G/YT-Iyengar-10
30(b)(1)
3/13/2025
Jenny L. Griffin, CSR

CONFIDENTIAL

GOOG-3047MDL-03457045





# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-03457045

**BEGATTACH:** GOOG-3047MDL-03457045

**ENDATTACH:** GOOG-3047MDL-03457045

**PRODVOL:** PROD026

**Custodian:** IYENGAR, RAJ

**File Path:** /NATIVES/NATIVE058/GOOG-3047MDL-03457045_CONFIDENTIAL.PPTX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** A54D3F8CBF0174A6E5E71E17A7FC39F5

**Document Type:** POWERPOINT

**Author:**

**Family Date:** 12/16/2021 12:35 AM

**Last Modified Date:** 12/16/2021 12:35 AM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** YTK STRATEGIC ONSITE 08.21.2019 [PRIVILEGED & CONFIDENTIAL].PPTX

**Title:** YTK STRATEGIC ONSITE 08.21.2019 [PRIVILEGED & CONFIDENTIAL].PPTX

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO