# AMENDED Exhibit 728

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** ███████████████████████████
**Sent:** 3/14/2023 10:13:23 PM
**To:** ███████████████████████████
**Subject:** 3vHqnAAAAAE-MBI-FLAT:2023-03-14T03:13:23.241679

████████████████  March 14, 2023 at 10:13:23 PM UTC
Traffic is pretty bad

████████████████  March 14, 2023 at 10:13:43 PM UTC
I could take our 1:1 from the car

████████████████  March 14, 2023 at 10:13:58 PM UTC
i'm gonna email you and try to get some time tomorrow

████████████████  March 14, 2023 at 10:14:23 PM UTC
want to go over the teen Q1 update pulse deck, and a few open questions there on growth targets

████████████████  March 14, 2023 at 10:14:30 PM UTC
it'll be in the email i'm sending shortly

████████████████  March 14, 2023 at 10:18:57 PM UTC
We can actually chat at 330 in the car if you want

████████████████  March 14, 2023 at 10:19:05 PM UTC
I have Bluetooth in this car

████████████████  March 14, 2023 at 10:19:09 PM UTC
sg

████████████████  March 14, 2023 at 10:19:16 PM UTC
It's a very modern car

████████████████  March 14, 2023 at 10:19:19 PM UTC
i'll also email you since i typed it up already

████████████████  March 14, 2023 at 10:19:20 PM UTC
i bet

CONFIDENTIAL

███████████████ March 14, 2023 at 10:19:30 PM UTC

My other car I couldn't

████████████████ March 14, 2023 at 10:30:12 PM UTC

call number or gvc?

███████████████ March 14, 2023 at 10:30:21 PM UTC
████████████████████

███████████████ March 14, 2023 at 11:31:48 PM UTC

we should likely sign up for pulse on this

███████████████ March 15, 2023 at 5:26:22 PM UTC

https://docs.google.com ████████████████████████

https://docs.google.com ████████████████████████
████████████████████████████████████

███████████████ March 15, 2023 at 5:26:49 PM UTC

https://docs.google.com ████████████████████████
https://docs.google.com ████████████████████████
████████████████████████████████

████████████████ March 16, 2023 at 12:00:10 AM UTC

we should chat about hc plan

███████████████ March 16, 2023 at 12:03:11 AM UTC

ok

███████████████ March 16, 2023 at 12:03:15 AM UTC

now?

████████████████ March 16, 2023 at 12:03:30 AM UTC

gvc?

███████████████ March 16, 2023 at 12:03:38 AM UTC
████████████████

CONFIDENTIAL                                                    GOOG-3047MDL-01741440

March 16, 2023 at 12:03:38 AM UTC

March 16, 2023 at 12:03:44 AM UTC

i'll join yours

March 16, 2023 at 12:11:28 AM UTC

on this 5 harvesting, is that sharable with my PM leads?

March 16, 2023 at 9:04:37 PM UTC

so we have a fun afternoon together

March 16, 2023 at 9:05:00 PM UTC

this meeting, it seems all things lining up for us and there is less controversy

March 16, 2023 at 9:05:34 PM UTC

next meeting (DSA corex pr), its weedsy but nitin tells me its for cristos

March 16, 2023 at 9:05:45 PM UTC

and then pulse, deck here:

March 16, 2023 at 9:05:47 PM UTC

https://docs.google.com
https://docs.google.com

March 16, 2023 at 9:05:48 PM UTC

so who is here repping ads

March 16, 2023 at 9:05:52 PM UTC

March 16, 2023 at 9:06:23 PM UTC

she here?

March 16, 2023 at 9:06:26 PM UTC

crap, she declined. so its

CONFIDENTIAL

GOOG-3047MDL-01741441

March 16, 2023 at 9:06:38 PM UTC

likely b/c we resolved the controversy

March 16, 2023 at 10:14:08 PM UTC

yo ushould have someone think about

March 16, 2023 at 10:14:17 PM UTC

"is there a strategic value to having kids product at yt"

March 16, 2023 at 10:15:04 PM UTC

yes

March 16, 2023 at 10:15:06 PM UTC

they grow up

March 16, 2023 at 10:16:09 PM UTC

https://kidscreen.com/2023/03/14/tiktok-use-is-aging-down-with-uk-kids/
https://kidscreen.com/2023/03/14/tiktok-use-is-aging-down-with-uk-kids/

March 16, 2023 at 10:16:34 PM UTC

is it a defensive move or an offensive move

March 16, 2023 at 10:16:39 PM UTC

both?

March 16, 2023 at 10:16:44 PM UTC

"they grow up"

March 16, 2023 at 10:16:45 PM UTC

depends on how quickly we act

March 16, 2023 at 10:16:48 PM UTC

need to quantify this

March 16, 2023 at 10:17:00 PM UTC

i also grew up and don't like the things i used to do when i was younger

CONFIDENTIAL

March 16, 2023 at 10:17:14 PM UTC

we have yt kids for them to shed

March 16, 2023 at 10:17:22 PM UTC

as their 'fisher price' moment

March 16, 2023 at 10:17:24 PM UTC

but there are also things i like to do now bc they are things i've grown up with

March 16, 2023 at 10:17:42 PM UTC

i think TT took advantage of our softness with tweens to win with teens

March 16, 2023 at 10:17:43 PM UTC

does fisher price have this effect?

March 16, 2023 at 10:17:47 PM UTC

"shedding" and "growing out"

March 16, 2023 at 10:17:50 PM UTC

yes

March 16, 2023 at 10:18:12 PM UTC

making yt kids be the vehicle to satisfy that feeling...

March 16, 2023 at 10:18:14 PM UTC

interesting.

March 16, 2023 at 10:18:59 PM UTC

i recall we looked at musical.y in the manuel years

March 16, 2023 at 10:19:06 PM UTC

and it was all tween age girls dancing so we passed

March 16, 2023 at 10:19:13 PM UTC

well, those tween age girls are now teens

March 16, 2023 at 10:22:39 PM UTC

CONFIDENTIAL

GOOG-3047MDL-01741443

I'd argue that mfk shorts, done right, is our best shot at winning the next gen of teens. Todays teens are gone

███████████████████ March 16, 2023 at 10:28:29 PM UTC

back it up

███████████████████ March 16, 2023 at 10:31:32 PM UTC

would 3p data convince you?

███████████████████ March 17, 2023 at 5:36:38 PM UTC

hey - for gapp████████ later where we'll discuss utah, i built slide 9. ptal and also lmk if you think this is a better view to discuss high level product directions with neal than slide 10

███████████████████ March 17, 2023 at 5:36:46 PM UTC

https://docs.google.com ████████████████████████████████████████

https://docs.google.com ████████████████████████████████████████

███████████████████ March 17, 2023 at 9:32:42 PM UTC

fyi i'm presenting slide 9

CONFIDENTIAL

GOOG-3047MDL-01741444

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-01741439-GOOG-3047MDL-01741444

**BEGATTACH:** GOOG-3047MDL-01741439

**ENDATTACH:** GOOG-3047MDL-01741444

**PRODVOL:** PROD022

**Custodian:** BESER, JAMES

**File Path:** /2F5B9F56E87EAA559F1C8B7EB0864494FE208DE5DA58094475D191A6BCB63170.EML

**Confidentiality Designation:**

**HASHVALUE:** BF63B2D427A0275A15B35068FC6DC604

**Document Type:** EMAIL

**Author:** █████████████████████

**Family Date:** 3/14/2023 10:13 PM

**Last Modified Date:** 3/14/2023 10:13 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** 2F5B9F56E87EAA559F1C8B7EB0864494FE208DE5DA58094475D191A6BCB63170.EML

**Title:** 3VHQNAAAAAE-MBI-FLAT:2023-03-14T03:13:23.241679

**DOCEXT:** EML

**Email From:** <█████████████████████

**Email To:** <████████████████████████████████████

**Email CC:**

**Email BCC:**

**Received Date:** 3/14/2023 10:13 PM

**Sent Date:** 3/14/2023 10:13 PM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:** 3VHQNAAAAAE-MBI-FLAT:2023-03-14T03:13:23.241679

**REDACTION TYPE:**

**REDACTIONS:** NO