# AMENDED Exhibit 729

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native



CONFIDENTIAL

GOOG-3047MDL-02850443



Agenda - Progress Update June 09, 2021

1) SupeX Launch Update
   a) Reception from KOFs
   b) User Stats

1) Inclusion Focus - Corpus
   a) Policy Development and User Feedback post-Launch
   b) Classifier Precision/Recall and Fairness

1) Follow-up on Action Items from Review #1

1) OWLs Update (consultation with child development experts)
   a) Focus on development of supervised Creation, Community
   b) Opportunity for Inclusion Working Group participation

2  Confidential & Proprietary                                      ▶ YouTube



**SUPEX PRE-ANNOUNCE UPDATE**

## SupeX successfully pre-announced on Feb 24

- Successfully landed w Press, KoFs – shaped public narrative and set expectations globally
- Neutral, contained press cycle with the majority of reporters nailing our key messages
- Social sentiment on day 1 has been predominantly neutral (80.7%) with lower mentions (892) than comparable benchmarks; down 21% vs. YMCA, 45% vs. MFK



- Overall Week-1 retention rate of SupeX is 76% compared to 60% in the YTK app

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-02850443

**BEGATTACH:** GOOG-3047MDL-02850443

**ENDATTACH:**

**PRODVOL:** PROD025

**Custodian:** WU, ALICE

**File Path:** /NATIVES/NATIVE332/GOOG-3047MDL-02850443_CONFIDENTIAL.PPTX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** BDB736E02358560D047A886A85836862

**Document Type:** POWERPOINT

**Author:** ███████████████

**Family Date:** 3/10/2022 5:14 PM

**Last Modified Date:** 3/10/2022 5:14 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** YES

**Filename:** SUPEX AT IWG - JUNE 09, 2021 - PRIVILEGED & CONFIDENTIAL.PPTX

**Title:** SUPEX AT IWG - JUNE 09, 2021 - PRIVILEGED & CONFIDENTIAL.PPTX

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:** 12/31/9999 7:00 PM

**Sent Date:** 12/31/9999 7:00 PM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO