# AMENDED Exhibit 735

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-02820161



**Policy Review**

# Unified CR1: Young Teen Policy

April 2020
ATTORNEY - CLIENT PRIVILEGED

Confidential & Proprietary

 **Trust & Safety**

## Unified CR1 Policy and Rating Overview



Confidential & Proprietary

YouTube



**Young Teen Policy was developed from the following principles:**

- Balances user safety and appeal.
- Topics that put young teens at risk based on developmental factors
- Topics that bother teens most online
- Topics that teens seek out most on YT
- Transparent and explainable to creators and parents

Confidential & Proprietary

YouTube

## Under and over 15 on the developmental scale

: & Safety

**13 to 15**

- Changes in brain development predisposes **young teens to act more impulsively, show a greater tendency towards risk taking, and lead to an increased interest in riskier content**, including sexual content and absurd humor with adult themes
- **Executive functions aren't fully developed at this age** (e.g., self-regulation and decision-making capabilities)
- More **self-conscious** and concerned about how they appear to others
- **Stronger advanced reasoning skills** - no longer takes the world for what it is and will question what they watch and learn
- Develop an interest in **major global issues**

**16 to 18**

- Preference for riskier content begins to decline as a result of advancements in executive functions.
- Older teens' understanding of humor becomes more advanced and are able to grasp all forms of adult humor.
- Media preferences begin to mimic adults

Source: *Plugged In: How Media Attract and Affect Youth* by Patti M. Va kenburg and Jessica Taylor Piotrowski

13-15
- Significant changes in brain development lead to an increased interest in riskier content
- As young teens begin to develop and understand their sexuality, they look to media for advice on sexual situations and behaviors, so content that features sexual scenes or sexual innuendo are particularly appealing
- As young teens become interested in more complex forms of humor, content that pairs absurdist and irreverent humor with more adult concepts or taboos are particularly appealing (especially for boys)

16-18
- Preference for riskier content begin to decline as a result of advancements in executive functions
- As older teens' understanding of humor becomes more advanced, they are able to grasp all forms of adult humor and their media preferences begin to mimic adults

18+
- Prefrontal cortex continues to develop
- Media preferences and humor mimic adults





# Young Teen: Sex and Nudity

: & Safety

**Policy**

**Sex.** ▮▮▮▮▮▮▮▮▮▮

**Nudity.** ▮▮▮▮▮▮▮▮

**Validation by Experts or Research**

As Young Teens begin to develop and understand their sexuality, they look to the media for advice on sexual situations and behaviors. However, young teens do not always understand the consequences of actions and are predisposed to engage in risky behavior despite being aware of the risks.

Being exposed to highly sexualized content is the top content concern reported by Young Teens. There needs to be sufficient educational or scientific context to balance the amount of nudity shown.

**Examples**

ATTORNEY-CLIENT PRIVILEGED



Pre-teen: ███████████████████████████

Pre-teen: ███████████████████████████

## Young Teen Examples: Sex and Nudity



# Young Teen: Violence

: & Safety



| Policy | Animated & Scripted Violence. | Real-world Violence. |
|---|---|---|
| Validation by Experts or Research | Research has shown exposure to such content may desensitize young teens to this type of violence and/or encourage and aggressive behavior. This is also the type of content that young teens report bothers them online. | Young teens are most bothered by graphic violence related to real-world events, as the factual nature and cultural importance of this type of violence makes it particularly upsetting.<br><br>Exposure to VE content may incite young teens to adopt extreme political, social, or religious beliefs or commit serious violent acts. |
| Examples | | |

ATTORNEY-CLIENT PRIVILEGED

Young Teen Examples:

: & Safety



## Young Teen Examples:









# Young Teen: Harmful & Dangerous

: & Safety

**Policy**

**Validation by Experts or Research**

**Dangerous Acts.** ██████████

Significant changes in brain development during early adolescence also lead to an increased interest in riskier content. Neuroimaging studies demonstrate that young adolescents may experience greater emotional satisfaction with risk-taking behaviors, and this satisfaction can predispose them to engage in behavior despite being aware of risks.

**Drugs and Alcohol.** ██████████

Younger adolescents may be unable to understand the consequences of actions, link cause and effect in regard to health behavior, and be prepared to avoid risk.

**Examples**

ATTORNEY-CLIENT PRIVILEGED













: & Safety

 : agrees that we should take a more protective stance on Interactions.
From *"engaging with a child elevates risk of harm"*