# AMENDED Exhibit 736

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native



GOOG-3047MDL-02031811

# Pulse Review
# Responsibility Metric

Feb 2018

Confidential & Proprietary











# Project Spiderman

Defining and measuring Responsibility at YouTube

PRIVILEGED AND CONFIDENTIAL



## Broad Context - Badness / Responsibility at YouTube

### Three broad efforts to ensure good / responsible growth:

| Reduce content badness | Identify & address borderline / grey area content | Grow content / viewership driving social good; encourage responsible consumption |
|---|---|---|
| Reduce amount of policy violating content on platform<br>*(Owner: T&S / Abuse teams)* | Examples:<br>Misinformation, clickbait<br>*(Owner: S&D team)* | Examples:<br>Education/ "skilling"; Also includes addressing tech addiction, well being, harm, etc.<br>*(Owners: S&D, Main App, Growth)* |

### And three major measurement workstreams to define & measure success:

| Define/Build "Badness" metrics | Define success metrics to measure grey content | Measure responsible growth that drives social good (OKR) |
|---|---|---|
| *(Owner: T&S / Abuse teams)* | *(Owner: S&D Team)* | (Owner: xfn team of S&D, Data Sci, Prod Ops<br>**(Focus of this deck - Project Spiderman)** |

## Project Scope

**In scope**

// Exploring all possible dimensions to well-being and positive impact

// Range of verticals including Kids content, News, social issues, etc

// Extra emphasis on vulnerable groups (kids, teens, Protected groups)

// Mix of user, company, and opinion leader perspectives

// Global perspective (to the extent possible)

**Out of scope**

// Corporate Responsibility (crisis intervention, crisis response, donations)

//

## Project Timeline for Spiderman

| 1 Week | | Activity |
|---|---|---|
| 1 | 2/5 | Align on project team, scope and timeline, prep for 2/12 Pulse Review |
| 2 | 2/12 | Complete lit review, Strategy workshop to review and evaluate emerging themes |
| 3 | 2/19 | Assumptions validation, how we'd measure |
| 4 | 2/26 | Development of a v1 Responsibility framework / definition |
| 5 | 3/5 | Pulse Review feedback on v1 of framework & metrics |
| 6 | 3/12 | Iterate on framework and metric(s) |
| 7 | 3/19 | Iterate on framework and metric(s) |
| 8 | 3/26 | Product Review to share Responsibility framework & metric + roadmap |

KD OOO week of 2/19 and out 3/7 and 3/9



## Team Structure for Spiderman

|  | Core Working Team (Responsible for this work) | Stakeholders (Our sponsors) | Extended Team (People we keep updated or reach out to for expertise) |
|---|---|---|---|
| PM | Woojin K, ▇▇ | ▇▇ | Erin Turner, ▇▇ |
| UX | Laura Naylor, ▇▇ | | ▇▇▇▇▇▇ |
| ENG | ▇▇▇▇ | Cristos G, ▇▇ | |
| MARKETING | TBD | | |
| DATA SCIENCE / PROD OPS | John Hebda, ▇▇ | Itamar | ▇▇ |
| CONTENT OPS | ? | | ▇▇ |
| POLICY / LEGAL | ▇▇▇ | | ▇▇▇ |

Marketing: Needed for us to align with brand values, also brand survey work. Legal involved in meetings.