# AMENDED Exhibit 738

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-05255563

EXHIBIT

11



In 2017, technology's potential to negatively affect people's lives and wellbeing entered the press.

'Time well spent' is shaping up to be tech's next big debate **THE VERGE**

[ Center for Humane Technology ]

National Day of Unplugging: When It Comes to Digital Detox, Millennials Are in the Lead   The Harris Poll

## Generation Z: Online and at Risk?

SCIENTIFIC AMERICAN

Recent research and reporting has raised debate over "addictive" technology. There is growing awareness of and concern about the effects of modern tech, smartphones, and social media on individual and collective wellbeing.

*Generation X More Addicted to Social Media Than Millennials, Report Finds*
The New York Times

World Health Organization
https://www.psychiatry.org/patients-families/internet-gaming

**Royal Society for Public Health Report 2017:**
https://www.rsph.org.uk/uploads/assets/uploaded/62be270a-a55f-4719-ad668c2ec7a74c2a.pdf

**Pew 2018 Study of Teens and Social media:**
http://assets.pewresearch.org/wp-content/uploads/sites/14/2018/05/31102617/PI_2018.05.31_TeensTech_FINAL.pdf

006

## We responded with some quick wins based on Android insights and introduced features at I/O 2018



NOTIFICATIONS DIGEST          BREAK REMINDERS          QUIET HOURS

But we needed a full understanding of digital video's wellbeing effects, and a vision for YouTube.



Some 1,150 experts responded in this non-scientific canvassing. Some **47%** of these respondents predict that individuals' well-being will be *more helped than harmed* by digital life in the next decade, while **32%** say people's well-being will be more *harmed than helped*.

Recent research and reporting has raised debate about "addictive" technology. There is growing awareness of and concern about the effects of modern tech, smartphones, and social media on individual and collective wellbeing.

World Health Organization

https://www.psychiatry.org/patients-families/internet-gaming

**Royal Society for Public Health Report 2017:**
https://www.rsph.org.uk/uploads/assets/uploaded/62be270a-a55f-4719-ad668c2ec7a74c2a.pdf

**Pew 2018 Study of Teens and Social media:**
http://assets.pewresearch.org/wp-content/uploads/sites/14/2018/05/31102617/PI_2018.05.31_TeensTech_FINAL.pdf

# But negative wellbeing effects can result from user behaviors

**POSITIVE**

From lifting mood, to feeling more connected, to learning information and job skills for free, most users see YouTube as a net positive.

**NEGATIVE**

On reflection about time spent though, many regret time lost when they unintentionally "go down the rabbit hole" or feel like YouTube "distracted" them from work or even getting to bed on time.



# A single behavior may drive in multiple effects

**HABITUAL HEAVY USE**

**Physical**
"My eyes get really tired after a long time of not blinking."

**Mental/Social:**
"I don't go out and play with friends like I used to in India. Technology is the only option I have when I'm bored."

**Self-purpose:**
"I guess I could be a lot more productive."

**Tina, 14**





## Four video-watching behaviors bring about the majority of negative wellbeing effects.

| Behavior | Behavior | Behavior + Content | Content |
|---|---|---|---|
| ☾ **Late night Use** | ᴵᴵᴵ **Habitual Heavy Use** | ↻ **Unintentional Use** | ⚠ **Problematic Content** |

**HIGH** Scientific Evidence
_ Physical: Sleep Quality / Duration
_ Mental: Stimulation, Mood
_ Effectual: Displacement of obligations

**MED-HIGH** Scientific Evidence
_Physical: Sedentary Cardiometabolic
_Physical: Eye
_Mental: Overstimulation
_Effectual: Productivity
_Social: Isolation, Social skills, Escapism
_Emotional: Mood

**MOST FREQUENT** User Regret
_ Effectual: Productivity
_ Mental: Distraction
_ Financial: Regretted Spending

**HIGH** Expert and Parent Concern
_ Physical: problematic how-tos, misinformation
_ Mental: Body image issues
_ Emotional: Shock, Graphic content
_ Social: Bullying

2hr habit:

Bedtime:

## Main App: Design Philosophy



Focus on young users (13-24).

Make tools available for everyone.



Provide awareness, education and insights based on expert recommendations.

We don't nag.



Give users choice and control.

We never stop people from watching.



*Until the singular "wellbeing metric" is tested and in use, component metrics (targeted at specific behaviors) may be used to develop product solutions.



behaviors mapped to wellbeing survey responses)

# For Users (Teens & YA)

**Product and Program Recommendations**



## Slide 1

1  fyi for our current visioning project

; 1/24/2020 10:42:26 PM

## Nearly every participant we spoke with told stories of loss of sleep

" It delayed my sleep a lot. I'd watch until 2:00 or 3:00 in the morning, and I'd feel tired in that moment but I'd be so invested that I'd keep watching.

" Now I set limits for myself of how much I watch and when I need to go to sleep. I just try to watch the time. I have this [thought] in mind, kind of bothering me, that I should get off and go to sleep.

**Nadia, 16,** is into photography, music, and playing video games with her brothers. She watches digital video (YT, NF) every day. Nadia limits her video use in certain ways--she avoids multi-tasking and doesn't like to watch any screen for more than two hours--but she's struggled to curb late-night use. Her current strategy involves just trying to watch the clock.



## Interactive technologies keep people alert

" I would go overboard binge watching, especially on school breaks when I knew I didn't have to do as much the next day. I'd stay up later.

" My husband noticed I'd be restless and talkative if I watched until I went to sleep. Now, I shut my computer 30 minutes before bedtime, and I don't even bring it with me into our room.

**Rita, 24,** is a full-time student and mom to a toddler. YouTube is a big part of her day-to-day: she uses YT for everything from trying a new recipe for dinner to educating herself about financial management to passing time while her son is down for a nap. She hadn't realized the impact of some of her video habits until her husband pointed it out.



# Disrupted sleep is the best-understood negative health effect of night time screen exposure.

**SLEEP TIME**



National Sleep foundation recommends:
Teens: 8-10h
Young Adults: 7-9h

**National Sleep Foundation**
2015

**SLEEP QUALITY**

AMA

Blue light from media use at night negatively affects the sleep patterns of children and adolescents and suppresses melatonin concentrations.

**American Medical Association**
2012

**WELLBEING IMPACT**

*The National Academies of*
SCIENCES · ENGINEERING · MEDICINE

Secondary effects: Obesity in adults and children, Diabetes, Cardiovascular disease, hypertension, Anxiety symptoms, Depressed mood

**Sleep Disorders and Sleep Deprivation**
2015



"In the last week which of the following applied to you?"

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-05255563

**BEGATTACH:**

**ENDATTACH:**

**PRODVOL:** PROD027

**Custodian:** WATSON, REID

**File Path:** /NATIVES/NATIVE2750/GOOG-3047MDL-05255563_CONFIDENTIAL.PPTX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 07A3B8BF9EC85444E88395ABDB4E808C

**Document Type:** POWERPOINT

**Author:** ███████████████████

**Family Date:** 5/9/2024 5:30 PM

**Last Modified Date:** 5/9/2024 5:30 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** YES

**Filename:** [MEGA] YT WELLBEING VISION - ATTORNEY-CLIENT PRIVILEGED _ CONFIDENTIAL.PPTX

**Title:** [MEGA] YT WELLBEING VISION - ATTORNEY-CLIENT PRIVILEGED _ CONFIDENTIAL.PPTX

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO