# AMENDED Exhibit 746

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-04853250



**SPEAKER:**

## Player for Learning is YouTube's commitment to learning wherever it happens



### Distraction free player

No ads, recommendations or links to YT, COPPA compliant, signed-out only & works in browsers & mobile app WebViews



### Discover learning content more easily

Search API for Learning content - to allow 3rd parties to search the YT Learning corpus programmatically



### Increase access

New domain name enables access to learning content through firewalls where YouTube is blocked



### Creator compensation

Monetization via charge to 3P platforms



Confidential & Proprietary      *NOTE: Finalizing MVP details*      ▶ YouTube

**SPEAKER:**

- Player for Learning: YouTube's commitment to learning, wherever it happens

- Player for Learning: bringing the world's largest library of education content available to learners wherever it happens?

# SupeX + PfL approach

**Background**

- Forcing user sign-in to Google could be a barrier to entry for 3P EdTech apps since they often have their own login
- Compliance requirements (mostly from Classroom) require a clean separation of the viewership so PfL playbacks do not appear in the signed-in user's Watch History
- Therefore, PfL is designed to be signed-out which means there will not be a connection to the user's Google account settings for SupeX
- We want to ensure that we have a clean GTM story around SupeX + PfL despite these challenges

Confidential & Proprietary

Attorney-client privileged



# SupeX + PfL approach

| Option | Pro | Con |
|---|---|---|
| #1: Require sign-in | ● Account-level corpus controls applied | ● EdTech apps unlikely to approve and barrier to entry for using PfL |
| #2: Allow integrators to specify spiciness level | ● Gives EdTech apps flexibility<br>● Enables YT corpus controls | ● Account-level corpus controls not applied |
| #3: Do not provide any corpus control | ● Cheapest | ● GTM risk about inconsistency with corpus controls |



**Recommending Option 2**
● Integrator can specify a spiciness level for content as a parameter into the API (Search, Player)
● If Integrator uses spiciness controls they must adhere to brand/language consistency guidelines wherever they are configured

Confidential & Proprietary                    Attorney-client privileged

▶ YouTube