# AMENDED Exhibit 747

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-05993998

# YouTube learning

Architecture & Naming Recommendation



April 19 2022

## Agenda

**Objective**

Define the right
narrative and naming
approach for YouTube
in the learning space

**Where we've been**

- 11/8/21: Shared draft mission/ vision for learning + Study Hall branding ask
- Enrolled ███████ (Brand Studio) and ███ (brand consultancy), immersed and engaged cross-functional leads
- Approved high-level narrative
- Approved name for YT learning offering

**Where we are today:**

- Naming recommendations for all offerings
- Approved architecture

**Where we're going**

- Guide how branding/naming applies to the offering and components across the journey

A reminder: Our focus is defining the relationships between YouTube's learning components and how they relate to the core YouTube platform



From there, we can look outward to understand the role of YouTube Learning in Google's broader Learning commitment and relationship with institutional partners.





Presenter: ▮▮▮

Player for Learning is one of the major initiatives from the YouTube Learning team to engage students off-platform.

PfL is a new product & business model targeted two things:

1.  delivering a great embedded YT experience in schools through EdTech apps
2.  sustaining the learning creator ecosystem on YT even in an ad-free environment

Today, the flywheel is broken:

- Creators upload learning/academic content to YT
- This content is embedded in EdTech apps by teachers/students, and then it's viewed in districts and schools
- Schools pay for the EdTech app, but they don't pay for the content → this money doesn't make it back to creators

What we're building is a dependable & distraction free YT player that will be sold to (& embedded in) EdTech apps, and creating a payout model that redirects funds back to learning creators.

Effectively, we're feeding the extended flywheel by partnering with 3Ps.

A note: This is a different concept from Player for Publishers, where we trade our video player for the publisher's content.

- PfL shows content already on YT, and we partner with EdTech apps to fix the monetization problem for Creators in those environments

Proprietary + Confidential

**Player:** To align on a name for this product, three distinct components to define:

### Brand

Which YouTube brand the product name is anchored in

**+**

### Descriptor

Identifies *what* the product fundamentally is

**+**

### Modifier

Describes who or how the product helps

Proprietary + Confidential

**Player:** To align on a name for this product, three distinct components to define:

**Brand**

Which YouTube brand the product name is anchored in

➕

**Descriptor**

Identifies *what* the product fundamentally is

➕

**Modifier**

Describes who or how the product helps

↓

↓

↓

Lead with **YouTube**, not YouTube Learning

Leading with YouTube may imply limited, learning-specific content (but any content is potentially relevant in this context)

Use "**player**" to describe subproduct

"Player" is clearest and aligns with how YouTube currently describes similar products.

Modify with "**for education**"

It conveys use case and audience more clearly than "for learning" or other benefit-driven modifiers. It also aligns with (1) existing player naming conventions and (2) Google for Education convention

Proprietary + Confidential

**Player:** Naming recommendation

# YouTube Player for Education

**WHY IT WORKS:**

Aligns with YouTube **naming conventions** for players (e.g., Player for Publishers)

**Telegraphic of sector** to edtech and edu partners, *without* implying the content is limited to learning content aka content with an "intent to teach"

**Avoids collision with YouTube Learning**, and **parallels Google for Education** and clearly distinguishes between "Learning" more broadly and Edu (aka "School")

**Matches URL** owned by Google (youtubeeducation.com), which school leaders/admins preferred over other options tested

**EXPLORATION:**

Audience+Player

YouTube Player for Learning
YouTube School Player
YouTube In-Class Player
YouTube Classroom Player
YouTube Study-Safe Player
YouTube Scholar Player
YouTube Edu-Player
YouTube Education Player
YouTube Player for School
YouTube Player for Classroom

Benefit+Player

YouTube Productivity Player
YouTube Full-Focus Player
YouTube Zero-Distraction Player
YouTube Distraction-Free Player
YouTube Concentrate Player
YouTube Mindful Player
YouTube Study-Wise Player

Clarifies  Education content vs. Education sector; manages potential for confusion between similar language with YouTube Learning and Education; Player from YouTube vs. YouTube learning (broader content)



Proprietary + Confidential

# **Emerging brand for Learning:** Naming criteria

### **Cohesive with portfolio**

Cohesive with existing nomenclature and naming standards at this level in the hierarchy

Encourages equity flow to YouTube

▶ YouTube Shorts

▶ YouTube Gaming

▶ YouTube Music

### **Telegraphic to users**

Fits category heuristics using standardized language that has clear and common understanding

Facilitates navigation, decreases product messaging burden

**Linked** in Learning



Apple Teacher Learning Center

### **Accommodates vision**

Carries the right level of information for growth, broad enough to be future -proof

Encompasses a wide range of learning paths, allows for a fluid experience (e.g. skills, credits, etc)

Not too formal, academic
Not too casual, skill-oriented
Not too suggestive, overly branded

### **Clarifies relationships**

Creates a connection with broader learn initiatives at Google without creating confusion

Can be implemented clearly and effectively across all brand touchpoints

Isn't confused with programs, commitments, or product suites — and sounds like a product

E.g.,

Google Classroom



Other:
- **Not easy to find things:** "The playlist experience on YT is fundamentally flawed. The reason for that is that we haven't properly integrated them into our search and discovery - haven't prioritized it - in a way that allows them to reward people for creating good playlists. You could curate the greatest top music playlists in the world and the only people that see it are the people who search for what you named it, or who you share it with."
- **Not suited to classrooms:**
    - "There's so many restrictions on YT today in a standard classroom that it can be difficult to build any sort of specialized experience for classroom use on YT."
    - " it's critical, teachers really have a problem with it - at the end of the day, they're the ones who feel the burden and are going through these bad experiences, doing the work to try to make their students lives easier."
- **Not creating money for creators:** "YT Creators create content that's very valuable for different parties - so far education it shows up in videos but they're not really getting compensated, there's no value being created monetarily. "
- **General purpose**: "What would specialized learning experiences look ike on YT, the platform is pretty general purpose. But if you are studying for a last minute exam, trying to learn something in a couple days - what does the ideal experience look like? "
- **Short term journey:**
    - "YT fundamentally operates off people open the app for a reason or no reason, then we have these primary surfaces that drive traffic. I think the evolution of those things has been quite short term, trying to optimize for the user having a good experience right now."
    - "an algebra user isn't going to want to watch algebra videos for all time. So when you start getting good at algebra showing you advanced topics or other topics. Our ability to keep the right number of touchpoints and nudge them along but not going too far and making people think we're just an education platform trying to shove stuff down peoples' faces all the time - that will be the balance."

Proprietary + Confidential

# YouTube Learning: Naming criteria

**CRITERIA:**
**Telegraphic to users**

Fits category heuristics using standardized language that has clear and common understanding

Facilitates navigation, decreases product messaging burden

**EXPLORATION:**
**In media and content brands with learning verticals/offers, "learn" and "learning" are industry-standard terms.**

Proprietary + Confidential

# YouTube Learning: Naming criteria

**CRITERIA:**
**Accommodates vision**

Carries the right level of information for growth, broad enough to be future-proof

Encompasses a wide range of learning paths, allows for a fluid experience (e.g. skills, credits, etc)

**EXPLORATION:**
**We identified some pitfalls...**

| Too formal, academic: | Too casual, skills: | Too suggestive, branded |
|---|---|---|
| YouTube Edu | YouTube Skills | YouTube Brightmind |
| YouTube Academy | YouTube Smarts | YouTube Shrewd |
| YouTube Courses | YouTube KnowHow | YouTube Sage |
| YouTube Classes | YouTube Upskill | YouTube Illuminate |
| YouTube Studies | YouTube ThinkSpace | YouTube Grasp |
| YouTube Student | YouTube Mind | YouTube Dome |

**...a few opportunities to expand existing perception of current offer...**

Modifier to guide UX

YouTube Knowledge Lab
YouTube Learning Lab

Formal and informal

YouTube Classes and Skills
YouTube Skills and Education

**...and some other ways of saying "Learning":**

YouTube Knowledge
YouTube Knowable
YouTube Instruct
Learning with YouTube

Proprietary + Confidential

# YouTube Learning: Naming criteria

**CRITERIA:**
**Clarifies relationships**

Can be implemented clearly and effectively across all brand touchpoints

Creates a connection with Google learn initiatives without creating confusion

**EXPLORATION:**
**A lengthy phrasal name is challenging to implement across the UX and likely to be abbreviated, leading to inconsistency and potential confusion**



**There's a precedent that phrasal names signify programs**

**OPPORTUNITIES**
Names that clarify the relationship with Google—a product serving as a proofpoint for an initiative

**PITFALLS**
Names that could be confused for a separate program/campaign or product suite

Our products
Check out the products we've built to help you learn online.

 

Grow with **Google**     **Google** for Education

**Learn with**  **YouTube**

Proprietary + Confidential

**Emerging brand for Learning:** The current name is the best fit to portfolio, user information needs, and product vision

**Name recommendation**

## YouTube Learning

**EXPLORATION:**
**We identified some pitfalls...**

Too formal, academic:

YouTube Edu
YouTube Academy
YouTube Courses
YouTube Classes
YouTube Studies
YouTube Student

Too casual, skills:

YouTube Skills
YouTube Smarts
YouTube KnowHow
YouTube Upskill
YouTube ThinkSpace
YouTube Mind

Too suggestive, branded

YouTube Brightmind
YouTube Shrewd
YouTube Sage
YouTube Illuminate
YouTube Grasp
YouTube Dome

**...a few opportunities to expand existing perception of current offer...**

Modifier to guide UX

YouTube Knowledge Lab
YouTube Learning Lab

Formal and informal

YouTube Classes and Skills
YouTube Skills and Education

**...and some other ways of saying "Learning":**

YouTube Knowledge
YouTube Knowable
YouTube Instruct
Learning with YouTube

## ALT QUOTES

1. Where does learning fit in the overall YT hierarchy?
"You may be coming to YT for learning but also use it as a source of entertainment. Want the platform to flex for both those needs. I think the learning experience should be something more focused."
"Now that we have a proper team in place we want to make sure that going forward whatever we do has longevity and is taking the history of what some folks might remember into consideration but really building for the future."

2. What's the best way to organize sub-offerings and their components?
"It can be difficult to understand that there's more to a series; it's easy to find the single video you are looking for, on the homepage we highlight a lot of single videos. So you may be watching a part of a course but you might not know that the rest is there in some ways."
"We will most likely have a lot of that lifelong learning stuff - job prep etc is a little tough to put a box around, e.g. a coding class might fall into that. So maybe I'd phrase it as non credit bearing opportunities, some of which might be life learning, some might be academic etc. - then over time we would lean more into those."

3. What brand relationships do we need to bring closer or further apart?
"There's reasons to do a separate product like if you wanted to do something

co-branded or something university oriented, then makes sense to have a YT University for that sort of thing. But i think in general YT overall will be better if we make it better for learning and education rather than trying to fork off a different version of the product."

"Where it could get funky is that from a feature perspective—the user's interaction—earned credits could end up looking a lot like courses. Tests, quizzes, etc. but with all these other pluses. Calling it two separate things potentially could feel weird if it feels the same."