# AMENDED Exhibit 751

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-00647420





# Pent up demand for EDU Content

Quick Informal Poll:
- OSHEAN: 10,000-50,000/day
- Browning Public Schools: 100-200/day
- Five-Star Technology: 50/day
- Washington County School District: 1,000-10,000/day
- Kokomo schools: 1000-1500/day
- Corvallis School District         100/day
- Farmington Municipal Schools   1000+/day
- IES La Laboral: 100/day
- Independence Charter School 500
- Bulloch County Schools         50,000

On average: 8300/day per school district * 14000 districts ==> 42B views / year in US alone!

And this is all from schools that they are blocked!!!

Google Confidential and Proprietary



## Problems we're trying to solve

| Challenge | Impact | Ideal Solution | Other options |
|---|---|---|---|
| More than 70% of schools in the US block YouTube | Perception & Watch Time | New Domain | YouTube for Schools |
| Adoption of YouTube for Schools is 4% across 14000 school districts | Perception & Watch Time | New Domain | Work with proxy companies |
| YouTube for Schools can be bypassed using https | Erosion of YT4S -> Perception & Watch Time | New Domain | nossl redirect |
| Site is moving to https for logged in users | Erosion of YT4S -> Perception & Watch Time | New Domain | Redirect to logged out experience for students |
| Khan Academy and MIT use YouTube for hos ing, but are blocked as embeds | Threat of moving off YouTube | New Domain | New domain for streaming embeds, rest of site stays as is |

Google Confidential and Proprietary

Google | You Tube

Global solution
Partner w/ DoE

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-00647420

**BEGATTACH:** GOOG-3047MDL-00647420

**ENDATTACH:** GOOG-3047MDL-00647420

**PRODVOL:** PROD016

**Custodian:** BESER, JAMES; ███████████████████; ████████████████; ECHT, KAT; HALPRIN, MATT; HARDING, JOHN; JAIN, ADI; KASAVANA, TANAYA; ████████████; L████████, J████████; ████████████; OSTERGAARD, KATHARINA; ████████████; RAMNATH, JYOTI; SAPHIR, BILL; STOVEZKY, SHARON; TURNER, ERIN

**File Path:** /NATIVES/NATIVE381/GOOG-3047MDL-00647420_CONFIDENTIAL.PPTX

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** C06D014FD2CBA0E7518B5D758D44F1CC

**Document Type:** POWERPOINT

**Author:**

**Family Date:** 2/1/2024 12:58 AM

**Last Modified Date:** 2/1/2024 12:58 AM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** -LEGACY- YOUTUBE EDU DOMAIN PRODUCT REVIEW_1XIJYOFK6M8AAXZYCKQPULZGIJ4FGT2JSUXMG6O5QSGW.PPTX

**Title:** [LEGACY] YOUTUBE EDU DOMAIN PRODUCT REVIEW.PPTX

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO