# AMENDED Exhibit 752

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-02000370



## Proposal:

## Make EDU a P1 vertical because:

- We have ecosystem pressure
    - Khan, MITx, edX threatening to pull content
    - Coursera wants to use YT but can't
    - Tons of investment happening around us (Apple, Netflix, Zuck, George Lucas, Gates)
- Building the domain does not fit in with core needs
    - Can not fit it in with any existing efforts

## Else, make it a P4

- Be transparent externally and internally,
    - Reset expectations
- Kill YouTube for Schools and EDU Browse

Google Confidential and Proprietary



## Slide 1

1      I don't think Defense should be our strategy. I suggest to build a case for offensive strategy instead.
        ▇▇▇▇▇▇▇ ; 11/7/2012 4:01:49 PM

2      What is the trade off? Is this incremental headcount, or something else gets deprioritized. If so, what?
        ▇▇▇▇▇▇▇ ; 11/7/2012 3:59:18 PM



EDU has opportunity to be key driver of view growth. If everyone ███████████ ████████ agrees, we can skip this section.

# Imagine a world where...

**Parents ask** their children **"Why aren't you watching more YouTube?"**

**Children** from small villages can become **engineers and doctors**

**Teachers** can uplevel their classroom by **curating the best videos** against their syllabus

School Administrators **shift** budgets from **Textbooks to YouTube subscriptions**

Google Confidential and Proprietary





# EDU content fits well with our endemic demos

Country → Plumbing → Faucets

**U.S. Demographics:** Comscore vs. YouTube
% of total views

Comscore ■ YouTube logged-in users

*Endemic* ←                    → *Developing*

YouTube logged-in users skew significantly toward ages 18-24 & away from 35+; use comScore as "truth"

Preliminary categories:

- **_Endemic (52% of views):_** top 4 segments; males 13-44
- **_Adjacent (37%):_** next 5 segments; primarily females 13-44
- **_Developing (11%):_** last 5 segments; ages 45+

Google Confidential and Proprietary

Google | You Tube

# EDU Funded Channels: top performers

| Top Performers By Watch Time | | | | |
|---|---|---|---|---|
| Channel Name | W1 | W2 | w/o/w | Cumulative |
| thewarnersound | 475,457 | 453,233 | -0.05 | 7,276,757 |
| sourcefed | 153,510 | 126,355 | -0.18 | 5,204,594 |
| motortrend | 228,480 | 217,092 | -0.05 | 3,861,179 |
| vice | 397,048 | 332,828 | -0.16 | 3,490,747 |
| noisey | 61,868 | 74,536 | 0.2 | 2,373,118 |
| entv | 52,030 | 63,461 | 0.22 | 1,896,497 |
| geekandsundry | 75,681 | 68,274 | -0.1 | 1,889,316 |
| drive | 73,901 | 76,604 | 0.04 | 1,854,810 |
| shutupcartoons | 53,302 | 50,409 | -0.05 | 1,738,211 |
| ycmyomf | 33,890 | 22,284 | -0.34 | 1,538,907 |
| wwefannation | 38,365 | 40,053 | 0.04 | 1,499,632 |
| tomorrowlandchannel | 375,330 | 656,727 | 0.75 | 1,322,324 |
| crashcourse | 44,236 | 45,412 | 0.03 | 1,112,699 |
| scishow | 42,713 | 27,679 | -0.35 | 915,555 |
| monotransistor | 18,850 | 21,134 | 0.12 | 866,911 |
| ridechannel | 29,953 | 31,413 | 0.05 | 779,574 |
| nuevon | 107,965 | 73,616 | -0.32 | 724,616 |
| nerdist | 24,423 | 42,492 | 0.74 | 719,361 |
| start | 22,920 | 25,486 | 0.12 | 700,361 |
| redbull | 32,874 | 29,007 | -0.12 | 669,167 |
| clevvernews | 44,355 | 42,863 | -0.03 | 618,561 |
| mymusicshow | 26,591 | 25,567 | -0.04 | 615,907 |
| danoton | 12,745 | 12,013 | -0.06 | 581,696 |
| numberphile | 37,450 | 31,203 | -0.17 | 580,396 |
| mmafightingonsbn | 39,040 | 26,645 | -0.32 | 552,934 |

| Highlights / Takeaways |
|---|



- Most metrics will continue to be dominated by top performers like TheWarnerSound and SourceFed, but...

- Channels like VICE, G&S, and **Crash Course** have demonstrated that viewers are willing to watch longer form content on YouTube



Other stats about 13 EDU Funded Channels, $14M investment:
- 4 channels have >100K subs; 2 have ~250K subs, putting them in the Top 10 of all funded channels.
- -CPVH of 2 most successful channels (~$0.10) is significantly below total funded portfolio average.

Numberphile has the highest ROI out of ALL funded channels (projected to recoup 314% of our investment), it's one of the most efficient (~$240 cost per minute), and the audience is highly endemic (~60% <35 yrs old).

Engagement is really strong as well. Numberphile hit the 100k subscriber mark in August and is already almost at 200k just 3 months later. Brady, the creator, also has two other channels that also have over 100k subs (periodicvideos, sixtysymbols).

## EDU Funded Channels are some of the most efficient



If you think back to the start of the funded channels process, EDU wasn't even one of our targeted verticals, until Larry Page asked us to focus "Science & Technology"

Looking at the metrics now, it turns out that EDU channels are some of our most successful:

- **Four EDU channels have surpassed 100k subscribers, putting them in the top 2% of all partner channels on YouTube**
- Overall, cost per viewing hour is lower than the funded portfolio, whereas our revenue as a percent of cost is higher

So not only are they successful, EDU channels are some of our efficient investments.

- SciShow and CrashCourse have amassed **225k** and **250k** subscribers, respectively, putting them in the Top 10 of all funded channels
- In aggregate, these channels have garnered over **3.5M** hours of watch time (that's 400 years!)
- RPMs trending low due to the EDU brand platforms not yet selling through

Data source:
https://docs.google.com/

## Blocked requests from schools

**42B views / year in US are blocked in schools**

Blocked requests / day from Router Providers:
- **OSHEAN:** 10,000-50,000/day
- **Browning Public Schools:** 100-200/day
- **Washington County School District:** 1,000-10,000/day
- **Kokomo schools:** 1000-1500/day
- **Corvallis School District**        100/day
- **Farmington Municipal Schools**  1000+/day
- **Independence Charter School** 500
- **Bulloch County Schools**        50,000

─────────────────────────────

Average: 8300/day per school
Total: 8300 *14,000 school districts = 42B views / year

And this is all from schools that know they are blocked!!!

Google Confidential and Proprietary





# EDU partners win on the Sybil change
film & animation and gadget and games higher than EDU



# Imagine a world where...

**Parents ask** their children **"Why aren't you watching more YouTube?"**

**Children** from small villages can become **engineers and doctors**

**Teachers** can uplevel their classroom by **curating the best videos** against their syllabus

School Administrators **shift** budgets from **Textbooks to YouTube subscriptions**

Google Confidential and Proprietary



## Three areas of focus

| | **Global Classroom** | **Content Eligibility and Curation** | **Distribution & Sustainability** |
|---|---|---|---|
| **EDU-SPECIFIC** | Access in K-12 schools<br>• Domain for embeds (P0)<br>• Domain for site (P1) | Eligibility<br>• Curation + Algo + Whitelist (P1) | Sustainability<br>• EDU Subscriptions for schools (P1)<br>• Sponsorship Marketplace (P2)<br>• Fund<br>Distribution<br>• Android EDU Play (P1)<br>• DoE Learning Registry (P2) |
| **CORE** | • In-player interactivity (P1)<br>• Anonymous comments (P1) | • Curation tools (P1)<br>• Navigation / C4 migration (P0) | |

# Navigation & Taxonomy

# Distribution via Android



## Disruption is occurring across the EDU landscape

### Pre-K/Primary

- Tablets, 'Passback viewing' from parents to children
- Proliferation of kid-focused destinations and offerings, fueled by smartphone / tablet / app explosion

### Secondary

- Flip the classroom
- Adoption of common core standards in US
- Personalization + adaptive learning
- Rising costs, budget cuts

### Higher Ed

- Online learning platforms (MOOCs), incl. assessment
- Increased scrutiny of for-profit unis
- Int'l demand for access to top brands

### Lifelong Learning

- Infinite electives
- Increased demand for skills-based training to increase employability in challenging economy

These disruptive forces are at work in each of the major learning segments.

1. In Pre-K/Primary, the proliferation of tablets and other mobile devices have given rise to behaviors like passback viewing and various kid-focused offerings
2. In the Secondary world, teachers are experimenting w. popular methods like 'flipping the classroom', whereby they assign videos for homework and use lecture time for discussion instead
3. In Higher Ed, online players are holding massive open online courses (aka MOOCs) to go beyond campus and reach students all over the world
4. In LLL, the web has enabled the notion of infinite electives, where anyone can learn anything

# Trends in Edu: K-12
## *The teacher as a facilitator - not a lecturer*

### *"Flip the classroom"*



- Students learn curriculum from teacher created videos out of class
- Class time is used for teachers to interact with students, instead of lecturing
- Allows students time to move at own pace
- Shift from "Teacher to student ratio" to "Teacher Time per student", from monologue to dialogue

**Bill Gates** *"supports use of flipped classrooms and teachers' use of videos for classroom instruction"*

### *"Bring Your Own Device":* Technology in the classroom



- Devices are sweeping the classroom...*but key is for teachers to integrate it with curriculum*
- Wider options for teachers to draw from:
  - Gaming apps
  - Online videos
  - Data and analytics
- Students make more of their own choices in learning
- Fueled by smartphone / tablet / app explosion

*"Education is deep in Apple's DNA and iPad may be our most exciting education product yet,"* **Phil Schiller, Apple SVP**