# AMENDED Exhibit 757

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

# YouTube via G Suite

Q1 2019



EXHIBIT
GOOGLE/YOUTUBE
KURTZ 30(b)(6)
35
3/28/25

CONFIDENTIAL

GOOG-3047MDL-01689011

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

Proprietary + Confidential

# Context, agenda, and goals

Context

- YouTube is distributed an "additional service" within G Suite

- Last December, the G Suite team presented at YTPR to share an overview of the existing product, and also surface some issues and emerging risks; Susan's guidance was to come back with a plan to address

- Since then, we've been granted +3 SWE HC from the Central EDU team ███████████████ to help de-risk and stabilize our existing products, and uplevel them in the future

Agenda

- Quick overview of YouTube / G Suite relationship and Managed Restricted Mode (MRM) product

- Review key issues with existing products and associated risks

- Discuss recommended near-term solution and timeline

Goals for today:

- Approve absorption of +3 SWE into [TEAM] to begin implementing these solutions

CONFIDENTIAL                                                                   GOOG-3047MDL-01689012

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

Proprietary · Confidential

# Managed Restricted Mode (MRM)
Enterprise management tool used by 18M users each month (~33% of total)



MRM is an admin console within G Suite that allows administrators to manage users and permissions in a domain

Admins are able to control YouTube functionality:

- Enable or fully block (*default setting*)

- Content moderation
    - MRM Moderate (Y+G+PG, i.e., YT RM)
    - MRM Strict (Y+G)
    - Whitelist individual videos/channels

- Feature restrictions: comments, chat, and live

MRM has been historically under-resourced (~0.5 PM from G Suite, 20% time from YouTube), which has led to increasingly common user issues and emerging business risks

CONFIDENTIAL

GOOG-3047MDL-01689014

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

# YouTube in Schools

## via G-suite for Education



Q1 2019

CONFIDENTIAL

GOOG-3047MDL-01689077

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

Proprietary + Confidential

# Context, agenda, and goals

Context
- YouTube is an "additional service" within G Suite for Education

- Managed Restricted Mode (MRM) allows administrators to broadly restrict and individually whitelist viewable content for their organization, and is enabled for 33% of US K12 G Suite users, incl. large districts (e.g., LAUSD)

- At YTPR on 12/12, Susan's guidance was to ensure YT and G Suite teams are coordinated around product, fix P0 bugs, and address lack of corpus alignment

Agenda
- Revisit our rationale for re-evaluating a solution for schools

- Discuss three examples of current product issues in-market (two driving risk, one missing an opportunity)

- Discuss proposal for de-risking our existing offering

- Discuss proposals to better serve G Suite users

Goals for today:

- Determine how to secure HC to support and maintain MRM (per Susan's ask at YTPR)

- Align on 'plan of record' to better serve EDU users when the time is right

CONFIDENTIAL                                                                          GOOG-3047MDL-01689078

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

Proprietary • Confidential

# Video is a critical tool for learning in schools
As a leader in video, YouTube is under increasing pressure to "get it right"

 YT working well in schools is critical for Google to succeed in EDU

KOF/Press/Creators  YT's broader investments in Learning suggest that it should also properly serve EDU users

However, historical underinvestment has led to customer/user issues and legal/reputational risk

CONFIDENTIAL

GOOG-3047MDL-01689079

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

# The YouTube experience in K-12 schools is broken
Example 1: Outstanding bugs lead to escalations and push partners away from YT

Select impacted partners/users:

 

- Whitelisted videos still appear blocked to administrators (bug)

- Causes anxiety about video availability and whitelist reliability

- In advance of major events (e.g., Hour of Code), CEOs have escalated to Susan /▮



★ Video not approved for homeroomacademy.com.    Approve  x

NASA: Need Some Space?

To ensure users can access their videos, and as a result of these concerns, partners are building their own video players

CONFIDENTIAL

GOOG-3047MDL-01689080

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

# The YouTube experience in K-12 schools is broken
## Example 2: Lack of features controls has resulted in YT being blocked



Select impacted partners/users:

- Students were able to upload publicly-available videos, as MRM doesn't restrict uploads

- YouTube was blocked district-wide as a result



*Letter sent to staff/faculty:*

*"As a district we are charged with ensuring student safety...and such responsibility overrides...our ability to provide open access to technology that does not have appropriate controls built into it."*

YouTube remains blocked from ███████████ students (and from ~40% of US K12 students), which damages our brand and reputation in EDU

CONFIDENTIAL

GOOG-3047MDL-01689081

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

# The YouTube experience in K-12 schools is broken
## Example 3: Ads and content appropriateness concerns cause YT to be blocked

Select impacted partners/users:



**Department of Education**

- YouTube via G Suite is ads-supported and brings some content risk

- NYC DoE doesn't consider this an appropriate product for schools



YouTube is blocked from NYC's 1.1M students, precluding them from associating YouTube with 'nutritious' content, and removing a valuable teaching tool from classrooms

CONFIDENTIAL

GOOG-3047MDL-01689082

## DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-01689011-GOOG-3047MDL-01689109

**BEGATTACH:** GOOG-3047MDL-01689011

**ENDATTACH:** GOOG-3047MDL-01689109

**Custodian:** BESER, JAMES

**Author:**

**Filename:** YOUTUBE VIA G SUITE -PRIVILEGED AND CON_1YLDF3JXLTSRVF1KJK44Q2DLEYGUK2JJ7XYVGPQDB6Y0.PPTX

**Create Date:** 10/23/2020 7:19 PM

**Last Modified Date:** 10/23/2020 7:19 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /YOUTUBE VIA G SUITE -PRIVILEGED AND CON_1YLDF3JXLTSRVF1KJK44Q2DLEYGUK2JJ7XYVGPQDB6Y0.PPTX