# AMENDED Exhibit 758

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native



CONFIDENTIAL

GOOG-3047MDL-02146255



# G Suite for Education

YouTube Product Review - 12.12.18

*ATTORNEY CLIENT PRIVILEGED*

Google Cloud

Original template

## Goal

Create shared understanding of G Suite for EDU efforts, and how YouTube fits in.

## Agenda

- Recap of recent GSFE incident
- G Suite for EDU (GSFE)
  - 2018 overview and 2019 strategy
- YouTube in schools: early work and scoping
- *Not covered today:*
  - *YouTube learning foundation work (courses, learning grants)*

Original template



Original template



- What you'll hear today is just the tip of the EDU iceberg. There are dozens of education projects across Google -- across product PAs, programs for CS education and universities, and more than ▮▮▮ in philanthropy to educational nonprofits through google.org
- But given limited time, today we're going to focus in on recent G Suite updates, and we're hoping to do a broader overview of EDU across Google at a future TGIF.



- What you'll hear today is just the tip of the EDU iceberg. There are dozens of education projects across Google -- across product PAs, programs for CS education and universities, and more than ▮▮▮▮ in philanthropy to educational nonprofits through google.org
- But given limited time, today we're going to focus in on recent G Suite updates, and we're hoping to do a broader overview of EDU across Google at a future TGIF.

# YouTube isn't safe, often blocked in schools

From marketing analysis



### YouTube isn't safe for students, so it's blocked in schools

No way to block unsafe content, comments, ads. ▮ of US K12 schools block YouTube

*"I don't like my students going to YouTube and seeing all the comments and ads and related videos."*
*"The parents in my very rural school district are upset with student access to YouTube."*



### Efforts to make YouTube safe for schools have yet to work

Restricted Mode doesn't work like it's supposed to, YouTube for Schools deprecated in 2015

*"YouTube's Restricted Mode has blocked a poem I wrote for a gay friend" "Is YouTube anti-LGBT?"*
*"With YouTube for Schools going away, I've had to block YouTube access entirely for my students."*



### YouTube has rich EDU content, but isn't designed for formal learning

Poor discoverability. No options for student interaction, sequencing for progressive learning

*"Watching a video on YouTube is no more active or engaging than reading a textbook. And what happens when a high school student is assigned videos from all six of her classes?"*

Source: GfE call reports & product forums

Google



Context of schools in overall learning efforts

-

Not ready for prime time

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

# Context: G Suite and YT in Schools today

**"Core services" meet school compliance and regulatory requirements**

- "Core services" meet requirements of legislation like COPPA & FERPA

- Includes items like not tracking location, no targeted advertising

- Google's existing core services: G Suite for Education, Chromebooks (including Chrome Sync)

   



**G Suite** For Education

   

**YouTube is currently an "additional service"**

- YouTube "off" by default (off = no sign-in)

- "Managed Restricted Mode" (MRM) provides basic content filtering but has gaps

- Contextual ads still served, and removing ads is difficult as creators rely on m10n

- No admin support

   

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

# YouTube videos are commonly shared via Classroom

**Top 10 channels (>50k Classroom shares each)**

- CrashCourse
- Khan Academy
- TED-Ed
- Amoeba Sisters
- Bozeman Science
- mathantics
- Senor Jordan
- TEDx Talks
- Tyler DeWitt
- CrashCourse Kids

 

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

## Managed Restricted Mode (MRM) used by ▮▮▮▮ K12 G-Suite EDU users... but unsupported

- Launched in 2015 (original YTPR deck), ▮▮▮▮▮▮▮▮▮ now have MRM enabled ▮▮▮▮▮▮▮▮▮

- **Many of the largest K12 districts in the US are on MRM**: (eg: LA Unified - 285k, Clark County, Vegas - 248k)

- In "maintenance mode", but **major regressions in prod not being prioritized** (bug filed 8 months ago), even when they affect major YT creators (eg: code.org)

- No support to close remaining product gaps





CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

## Overall, most US K12 schools still filter or block YouTube

■ Blocked for Students  ■ Allowed, but filtered for Students  ■ Open to all

| 37.5% | 46.5% | 16.0% |
| --- | --- | --- |
| YT is blocked | YT is filtered | YT is open |
| **Adams 12 Five Star Schools (CO)** | **Lee's Summit School District (MO)** | **EDU Customer Reports (2018)** |
| **YT disabled for students** after discovering that students could upload videos with their EDU accounts | Students **unable to watch an appropriate video** about broadcast journalism titled "Behind the Scenes" because of the word "behind" | Risk of students watching inappropriate videos, brand risk of ads in schools |

Source: Google Consumer Survey of 1,500 respondents self-identifying as teachers re: status of YT in their schools

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

## A robust YT product for EDU needs 4 key features

| Feature category | Description |
| --- | --- |
| Enterprise management | Set of admin controls used to manage users, devices, content, and features |
| Safe, relevant content | Robust corpus of appropriate and credible academic content |
| Ads-free viewing | No ads, which can be distracting to learning (at a minimum, no targeted ads) |
| Policy compliance | COPPA, FERPA, collection and usage of user data only used to run the service |

Creators need us to solve this so they can be in schools

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

## There are various options that address different problems



| | Enterprise Mgmt | Safe, relevant content | Ads-free viewing | Policy compliance | PM/Eng effort |
|---|---|---|---|---|---|
| **Status quo / do nothing** *YT in G Suite with poorly supported MRM* | | | | | |
| **Improve MRM** *Properly maintain our existing product* | | | | | |
| **"YT for EDU"** *Build separate instance of YT fully tailored for schools* | | | | | |



Original template