# AMENDED Exhibit 765

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native



EXHIBIT 7
WITN: _____
DATE: 2-20-25
C. Campbell, RDR CRR CSR #13921

CONFIDENTIAL

GOOG-3047MDL-00767071



## Measuring success - growth

*Overall YouTube metrics*

**Watchtime**
**Daily Active Viewers**

*Key supporting metrics (shared with partners)*

**Home engaged watchers**  Daily Home visitors that watch at least 5 minutes that day

**Daily Active Subscribers**  People who view their Subscriptions daily

**Query abandonment rate**  % of search queries where user does not click a result

**Red metrics**  *Acquisition:* # of new users
*Retention:* % CC trial to paying member, % monthly churn

## Vision

*We aspire to create an app that is......*

**Best in class**  Viewers should prefer to watch videos in our app even if they're available elsewhere, and they should consider our recommendations superior to those they find elsewhere

**Robust**  Our app should set and constantly raise the standard for reliability and snappiness throughout the entire experience

**Innovative**  We should introduce delightful new features big and small before other apps do. We value rapid-fire experimentation and taking risks by trying new things we're not sure about

**Cohesive**  All user journeys should be intuitive and effortless, and the level of quality is always consistent throughout the app

**Addictive**  Our app experience should compel users to come back more and more often

**Polished**  Unparalleled UI is all about details, and no detail is too small to get right. We are proud perfectionists, and we hold other teams to the same standard

*To be refined through XFN team offsites - Product Excellence; Product Playbook*



**Main App users are....almost a billion DAVs around the entire world!**

| Top 20 Countries Watch Time Minutes (Jan 25) | |
|---|---|
| United States | 6,852,664,753 (17%) |
| Brazil | 2,650,323,582 (6.5%) |
| Mexico | 1,978,775,806 (4.9%) |
| Russia | 1,818,760,693 (4.5%) |
| Vietnam | 1,665,219,488 (4.1%) |
| Japan | 1,429,475,687 (3.5%) |
| United Kingdom | 1,348,014,034 (3.3%) |
| Thailand | 1,201,767,349 (3.0%) |
| Germany | 1,178,688,988 (2.9%) |
| Turkey | 1,061,869,677 (2.6%) |
| France | 904,912,400 (2.2%) |
| India | 824,004,333 (2.0%) |
| South Korea | 809,747,685 (2.0%) |
| Canada | 807,138,042 (2.0%) |
| Argentina | 758,584,979 (1.9%) |
| Saudi Arabia | 719,681,205 (1.8%) |
| Indonesia | 652,296,342 (1.6%) |
| Spain | 635,191,350 (1.6%) |
| Ukraine | 626,567,774 (1.5%) |
| Poland | 626,047,296 (1.5%) |

0 ▬▬▬▬▬▬▬▬▬▬ 196,894,305,671

Content from:





## 2015 Priorities for Main App

- Desktop AutoNav
- Fusion Nav
- Inline Playback
- YouTube Red
- Emerging Markets
- "Fixing the Sub Box"
- App Excellence
- Unicorn

# Desktop AutoNav - motivation

Continuously watch videos without constantly looking for what to watch next – we envisioned a "win-win" for users and YouTube growth

*Before: Users had to look for next videos to watch at the end of every video.*



## Desktop AutoNav - results

We implemented a system that counts down, then auto-plays the next video determined by S&D "Watch Next" algorithm. This was the single most impactful launch in YouTube history, with +8% desktop watchtime, +4% overall watchtime increase



## Unicorn - motivation

We invested in supporting Google kid's accounts on YouTube (targeting ages 9-12) in order to help grow the Android ecosystem, which drives much of YouTube's growth

   

Background about Family Link:

Family Link helps families stay connected and keeps parents in the loop. Parents and kids can track where each other are. Parents can also supervise their kids device usage -- for example, understanding a child's app usage and setting screen time limits. In addition, parents can use Family Link to create an account for their kids under 13 years old and control the experience their child gets on Google products, such as YouTube, Chrome and Search.

## 2016 Priorities for Main App

Deliver **Unparalleled App Excellence**

Create a **Next Gen *Watch* Experience** that viewers love

Create a **Next Gen *Search* Experience** that viewers love

Create a **Next Gen *Browse* Experience** that viewers love

**Attract and retain YouTube Red Members**

## Next gen watch - Autonav

### Goal

/ 2% increase in site-wide WT

### Key Projects

/ Autoplay on mobile
/ Endscreen on mobile
/ Watch Next UX in fullscreen





## Next gen browse

### Goal
/ 300M daily Home Engaged Watchers (up 50% from 200M)
/ 1%+ WT increase

### Key Projects
/ New shelf types (e.g., larger thumbnails with less text, horizontal scrolling shelves)
/ Live thumbnails in feeds
/ "Housewarming" experience for new and low-set-up users
/ Gestures in feeds, e.g., swipe to dismiss, swipe to next video, etc
/ Watch Later/Queue

