**AMENDED Exhibit 771**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-04982587



# YT GAPP Refresher: Youth Launches

- YouTube Youth Principles & Google-wide Legislative Framework
- YouTube Teen Wellbeing

2/2024

## Q3 2023 launches can help us navigate a patchwork of kids bills

**Oct. ~16** - - - - - - - - - - - - - - - - - - - - → **Nov. 2**

### Youth Framework & Principles Launch

Announcing Google-wide regulatory framework and YouTube's principles for Youth experiences. No public product announcements.

**Goals:**

1. Position Google & YouTube as industry leading and distinguish ourselves from our peers
2. Push the conversation towards a consistent standard that protects kids and teens online
3. Preempt potential KOF criticism by demonstrating our willingness to do more

**Audience:**

- KOFs

### Teen Responsibility "Moment"

Announcing (and pre-announcing) teen-wellbeing product and partnership bundle.

**Goals:**

1. Tangibly demonstrate YouTube's commitment to Youth Principles (*KOFs*)
2. Evidence continued care and investment in teen safety and wellbeing on YouTube (*KOFs, Parents*)
3. Reinforce YouTube's commitment to being a positive in teens ives (*Parents*)

**Audience:**

- Parents (& GenPop), KOFs

- As a reminder, we landed two major Q4 launches that were informed by the busy kids legislative landscape, as well as our own vision of user needs.
- The first was an October GAPP-led launch of a Google-wide legislative framework and YouTube principles.
    - The Legislative Framework provides considerations policymakers might take into account as they explore ways to ensure children and teens have safer and more enriching experiences online.
    - The YT Principles outline the principles that inform YT's approach to its product and policies.
- The second was a November teen wellbeing launch.
- We'd like to refresh everyone on key details, since maintaining a steady drumbeat on youth issues is a high priority for our team.





- YT developed both the youth principles shown on this slide and the more detailed legislative framework we'll cover next, which we then expanded to include Google.
- YT assessed that upleveled, digestible public principles would be useful in conversations with KOFs and media.
- We already adhere to these principles in our product and policy work, but we've reframed theme to be more KOF-friendly.
- The **first** outlines special protections we aim to provide for kids and teens online.
- The **second** lays out our views on the role for parents, alluding to out view that we think parents should have a larger role for kids that tapers off as teens mature.
- The **third** puts forward our belief that kids and teens should be able to access our products regardless of ability to pay. This is a nod to our approach of disabling personalized ads while retaining contextual ads, and also refers to our belief that our personalized recommendations are beneficial.
- The **fourth** emphasizes that we design our products for both kids and teens, and that what is appropriate for one age

- group is not necessarily appropriate for the other–we want to treat kids as kids and teens as teens.
- Finally, the **fifth** is a nod to GAI and other future product innovations, and our position that access for kids and teens should not be cut off by default if appropriate guardrails are in place.

Principle #1: We have a fundamental responsibility to understand their needs, safeguard their mental health, and serve as allies and advocates for their wellbeing.

Principle #2: We design different modes of YouTube, parental controls, features, and settings for different age ranges, so families can choose what's right for them.

Principle #3: We keep high-quality and age-appropriate content free and accessible to all young people — never using personalized advertising to pay for it.

Principle #4: We work with outside experts to develop age-appropriate experiences that support and protect young people at every stage of life.

Principle #5: Young people are often early adopters when it comes to innovation. We want to safely support this exploration, so assessing and mitigating risks from the outset is essential.

## Google & YT also announced a youth legislative framework

- The Google-wide youth legislative framework lays out what we see as key components of good legislation.
- It can be used to push for a more consistent standard for youth regulation, and clarify what we support.

| Respect the best interests and developmental stages of children & teens | Provide age-appropriate controls and features |
| Reduce content risks while maintaining benefits | Ensure oversight & accountability |

Google | ▶ YouTube

Privileged & Confidential

- We also collaborated with Google to push for a consistent standard that still accounts for unique views of different societies on how best to protect their young people.
- We did this through a legislative framework that outlines key themes for youth online safety legislation, which was amplified in blogs by Kent and Neal.
- While we do not anticipate that many markets would adopt our framework wholesale, we hope that it helps inform the work of the policymakers and experts addressing these issues and lays out what we think good legislation looks like.
- In general, the framework includes points on the four buckets to the right.
- 1) Respecting the best interests and developmental stages of children and teens:
  - Require online services to prioritize the best interests of children and teens in the design of their products.
  - Take a risk-based approach when requiring age assurance.
  - Increase protections for teens between the age of parental consent and 18, in a manner that reflects their

- increased maturity.
- 2) Provide age-appropriate controls and features
  - Address the need for robust parental control options that also respect the increased abilities and autonomy of teens.
  - Require online services to take measures to support mental health and wellbeing for children and teens.
  - Ban personalized advertising for children and teens.
- 3) Reduce content risks while maintaining benefits
  - Require platforms to give teens and parents of children tools to manage the use of their online viewing and search history in personalized recommendations.
  - Require platforms to take a responsible and transparent approach to developing and enforcing content policies.
- 4) Ensure oversight & accountability
  - Use risk-based impact assessments to foster accountability.
  - Encourage regulatory harmonization and global interoperability.
  - Recognize differences among services.



**YouTube Teen Wellbeing: 11/02**



**1) Mental Health:** WHO Principles publication released on Safer Internet Day via blog post (details about how we plan to use with creators + product are still in progress)

**2) VIBE:** While this launched in the US first, more markets are coming soon! English-speaking EU markets in April/May, and further internationalization pending results of experiment data.

**3) TAB:** These improvements to our existing breaks are now live on android, and coming to ios by EOQ. Bedtime reminder updates will likely be bundled with teen supervision announcement in July.

**4) Teen creation guides in partnership w/CSN:**
- Written guides are live (parent guide went live with blog post). These include a parent guide, a 1-pg parent tip sheet, and a 1-pg teen tip sheet.
- Videos are being developed. Written guides include a) parent guide b)

We developed robust GTM docs for all of these launches, and would be happy to reshare links to anyone looking to dig in more.

Slide 1

████████████████████ updated. Callouts for mtng 1) WHO Principles publication released on Safer Internet Day via blog post (details about how we plan to use with creators + product are still in progress) 2) Included timelines for VIBE 3) TAB live on android ; ios by EOQ; Bedtime reminder updates will likely be bundled with parental tools announcement in July 4) CSM Written guides are live (parent guide went live with blog post) and videos are being developed. Written guides include a)  parent guide b) Parent 1pg tip sheet c) Teens 1pg tip sheet.
Caitlin Niedermeyer; 2/29/2024 6:57:02 AM

Couple of Qs:
1) Fair to start off by saying that minus US VIBE, the rest of what we announced in Nov were pre-announcements?
2) VIBE: Is AU not in the April/May EN wave? And, will all YT P0 markets be covered by EO 2024?
████████ ; 2/29/2024 6:57:02 AM

# Q&A





**Respect the best interests
and developmental stages
of children & teens**

**1** Require online services to prioritize the best interests of children and teens in the design of their products.

**2** Take a risk-based approach when requiring age assurance.

**3** Increase protections for teens between the age of parental consent and 18, in a manner that reflects their increased maturity.

Google | ▶ YouTube

Privileged & Confidential

**Provide age-appropriate controls and features**

4. Address the need for robust parental control options that also respect the increased abilities and autonomy of teens.

5. Require online services to take measures to support mental health and wellbeing for children and teens.

6. Ban personalized advertising for children and teens.

Google | ▶ YouTube

Privileged & Confidential





