# AMENDED Exhibit 776

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

To get a printable version of this document, please email  ▓▓▓▓▓▓

# 2022 YouTube Strategy Summit Two Pagers
## **PRIVILEGED & CONFIDENTIAL**

[ HYPERLINK \I ▓▓▓▓▓▓ \h ]

### CORE & RESPONSIBILITY

[ HYPERLINK \I ▓▓▓▓▓ \h ]               [ HYPERLINK \I ▓▓▓▓ \h ]

[ HYPERLINK \I ▓▓▓▓▓ \h ]               [ HYPERLINK \I ▓▓▓▓▓ \h ]

[ HYPERLINK \I ▓▓▓▓▓ \h ]               [ HYPERLINK \I ▓▓▓▓▓ \h ]

[ HYPERLINK \I ▓▓▓▓▓ \h ]               [ HYPERLINK \I ▓▓▓▓▓ \h ]

[ HYPERLINK \I ▓▓▓▓ \h ]                [ HYPERLINK \I ▓▓▓▓ \h ]

### YOTTI

[ HYPERLINK \I ▓▓▓▓▓ \h ]               [ HYPERLINK \I ▓▓▓▓▓ \h ]

[ HYPERLINK \I ▓▓▓▓▓ \h ]               [ HYPERLINK \I ▓▓▓▓▓ \h ]

### CREATOR

[ HYPERLINK \I ▓▓▓▓▓ \h ]               [ HYPERLINK \I ▓▓▓▓ \h ]

[ HYPERLINK \I ▓▓▓▓▓ \h ]               [ HYPERLINK \I ▓▓▓▓▓ \h ]

[ HYPERLINK \I ▓▓▓▓▓ \h ]

### RESPONSIBILITY

[ HYPERLINK \I ▓▓▓▓▓ \h ]               [ HYPERLINK \I ▓▓▓▓ \h ]

[ HYPERLINK \I ▓▓▓▓▓ \h ]               [ HYPERLINK \I ▓▓▓▓ \h ]

[ HYPERLINK \I ▓▓▓▓▓ \h ]               [ HYPERLINK \I ▓▓▓▓ \h ]

### SHOPPING

[ HYPERLINK \I ▓▓▓▓▓ \h ]               [ HYPERLINK \I ▓▓▓▓ \h ]

EXHIBIT 2L
WIT: Hardin
DATE: 3/25/25
Maureen O. Pollard, RDR

1

CONFIDENTIAL                                                    GOOG-3047MDL-00606768

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

## ADS

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

[ HYPERLINK \l ███ \h ]

## EMERGING EXPERIENCES AND COMMUNITY

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

## MUSIC AND SUBSCRIPTIONS

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

[ HYPERLINK \l ███ \h ]    [ HYPERLINK \l ███ \h ]

2

CONFIDENTIAL

GOOG-3047MDL-00606769

3

CONFIDENTIAL

GOOG-3047MDL-00606770



CONFIDENTIAL

GOOG-3047MDL-00606771

4

# Advancing Recommendations

*Imagine a perfect recommendation system (across VODs and Shorts) five years out. What are the gaps from where we are today? To what extent should we take risks on our Watch/Home page to change the recommendations paradigm? What would be the projects you would embark upon in 2022 to move in that direction? What product and technical investments would you need to make?*

## Problem Statement and Background

Our Discovery team's mission is to help users have the most delightful experience finding content they'll love every time they visit, and we've achieved incredible feats:

- In the last 5 years, Daily Home Engaged Watchers who use our Home as a starting point grew from 450M to 1.2B
- We've moved beyond optimizing only for Engagement by investing in Responsibility and Satisfaction
- 87% of our Watchtime is Valued (rated 4+ stars by users on Satisfaction surveys).
- New capabilities like Chips give users agency in steering our recs if our recs aren't giving them what they want
- Our feeds handle 12+ different content types beyond VODs in one ranked list: Shorts, Stories, Posts, Ads, Nitrate promos, news shelves.

But we still have a long way to go in our vision. Even though users are satisfied with the individual videos they watch, when we ask a more holistic, *experience-level* question of "How are your video recommendations lately?", only 58% respond 4+ stars. Additionally, as market penetration approaches saturation, retaining core users will be just as important for DAU as converting casual users to core users.

## Proposed Solution

We are good at the incremental, game-of-inches approach to improving our systems, one launch at a time, hundreds of launches per year. But every so often we also need big shifts in mindset and approach to escape local maxima. Here, we propose a more holistic and long-term oriented approach to recommendations

[ HYPERLINK "https://docs.google.com

CONFIDENTIAL

GOOG-3047MDL-00606772

5



[ HYPERLINK "https://docs.google.com/ \h ].

### What about Shorts?

All these concepts apply to Shorts. But beyond that, because the cost of "recommending the wrong video" is lower with Shorts, Shorts presents us with additional opportunities to improve all of our recs: Shorts can be a canvas to try out more aggressive ideas; learnings & data from Shorts can be better integrated into general recs (e.g. drive more aggressive interest exploration thru Shorts, use that information on VODs).

### Taking the long view, and taking risks to get there

Let's drop YTT goals and focus only on DAU (or kdDAU or proxy metrics thereof); let's track but not goal-set on a quarterly basis. Bigger bets will require increased focus and investment time horizon because they are open research problems. We'll also need to tolerate more risk in launching changes with short-term costs (for example, in resources or metrics) in order to achieve long-term rewards. Lastly, we can help the velocity of these projects by establishing a budget for ads revenue impact to reduce some of the cross-team dependencies. That said, we should not take on risks in the Responsibility area in pursuit of engagement and satisfaction objectives.

### 2022 Success Metrics

- How will we know we have succeeded in 2022? Many of these themes are multi-year strategies. By the end of the year, we hope to have initial versions that indicate the viability of further investment.
- What will we look at in 2022 to know whether our hypothesis/idea/strategy is succeeding? We'll identify initial and intermediate milestones for each investment area, to help confirm the opportunity or stop the effort.
- What 2-3 success metrics can we measure?

### Discussion Questions

- Should recommendations focus on only DAU proxies and not YTT? These projects are likely to span multiple years and involve solving open research problems with significant infrastructure investments; it will be ineffectual to switch to

CONFIDENTIAL

6

GOOG-3047MDL-00606773

focusing on DAU in 2022 and switch back to YTT in 2023. ███████████████

- What are the guardrails? ███████████

- UI evolution and moving towards a "learned UI" approach will require aligned product and technical strategy across CoreX, verticals, UX. Do we have sufficient alignment that this is where we'd like to be in 5 years?

7

CONFIDENTIAL

GOOG-3047MDL-00606774