# AMENDED Exhibit 777

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** Reid Watson ██████████████

**Sent:** 2/1/2023 6:20:52 AM

**To:** Erin Turner ██████████

**CC:** ████████████████████████████████████████████████

**Subject:** Re: success criteria for DWB screens and settings

- # of users who see a take a break reminder: ████████████████
- # of users who see a bedtime reminder: ████████████████████
- # of users who check their time watched stats: ████████████████
- We also check topline YTT metrics when rolling out new features to make sure we didn't break anything. They're expected to be neutral though.

On Tue, Jan 31, 2023 at 10:15 PM Erin Turner ████████████████████ wrote:

Thanks Reid. could you remind me of the metrics you track on them?

----------------

**Erin Turner, YouTube Group Product Manager**
YouTube Youth Responsible Content

On Tue, Jan 31, 2023 at 7:21 PM Reid Watson ████████████████ wrote:

Good questions, and unfortunately we don't have a super clear answer. When we first launched digital wellbeing tools it was tied in with the larger Google IO announcements about DWB. We focused success measurement on launching and getting adoption.

Part of the problem with measuring success with these launches is that its tough to measure the impact of an opt-in feature on people who use it. You can't set up a control group who toggled on the feature but didn't actually receive it.

Instead, we focused primarily on adoption. Were users actually choosing to enable the breaks? For the users who enabled the breaks: do they actually see them? How often? It's definitely not an ironclad answer, but it's about as good as we got.

All the best,
Reid

On Mon, Jan 30, 2023 at 9:51 PM Erin Turner ████████████████ wrote:

Hi Reid and ████████ - wondered if you can share the framework for measuring success of digital wellbeing breaks and bedtime reminders that you implemented a few years ago?

----------------

**Erin Turner, YouTube Group Product Manager**
YouTube Youth Responsible Content

**Deposition Exhibt**

**23**

Google/YouTube - Reid Watson

GOOG-3047MDL-02486605

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-02486605

**BEGATTACH:** GOOG-3047MDL-02486605

**ENDATTACH:** GOOG-3047MDL-02486605

**PRODVOL:** PROD024

**Custodian:** TURNER, ERIN; WATSON, REID

**File Path:** /BE220B9BFF3BA3DE45B9A730FE16693C90286879E454A397BFA17722FCC38E06.EML

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** AB9E45488E896AAEBAC49F174A99B6D6

**Document Type:** EMAIL

**Author:** REID WATSON

**Family Date:** 2/1/2023 6:20 AM

**Last Modified Date:** 2/1/2023 6:20 AM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** BE220B9BFF3BA3DE45B9A730FE16693C90286879E454A397BFA17722FCC38E06.EML

**Title:** RE: SUCCESS CRITERIA FOR DWB SCREENS AND SETTINGS

**DOCEXT:** EML

**Email From:** REID WATSON █████████████████████

**Email To:** ERIN TURNER █████████████████████

**Email CC:** ██████████████████████████████████; █████████████████████████████; ████████████████████████████████

**Email BCC:**

**Received Date:** 2/1/2023 6:21 AM

**Sent Date:** 2/1/2023 6:20 AM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:** RE: SUCCESS CRITERIA FOR DWB SCREENS AND SETTINGS

**REDACTION TYPE:**

**REDACTIONS:** NO

Case 4:22-md-03047-YGR    Document 2882-41    Filed 03/26/26    Page 4 of 4