**AMENDED Exhibit 778**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-01082600

# YouTube Time & DAU Check-in

November 1, 2017

Confidential & Proprietary





# Reminder: What is YouTube Time?

Watch Time: Playback Time EXCEPT playback time exceeding 75 minutes since last user action ("lact"), skipped ads, inline playbacks < 10 seconds, etc. (follows Viewcount Policy)

U

Active Time: time users spend interacting with the app in some way (clicking, scrolling, typing, etc.)

Watch Time    Active Time    YT Time

Confidential & Proprietary

 4

1. Watching video
2. Time doing things (clicking, commenting, etc)

- They're not mutually exclusive, now we're going to talk about the numbers

## Early learnings

**01 Numbers**
02 Experiment observations

Now that we've defined and can measure "goodness", let's look at some of the efforts we have around improving it.

Research link: QUAL 99



