# AMENDED Exhibit 781

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

From: ██████████████████████████
Sent: 5/6/2021 3:09:12 AM
To: ██████████████████████████
CC: ███████████████████████████████████████████████ Bill Saphir
██████ YouTube User Data Council ██████████████████
Subject: Re: Visitor inferred age for AADC (b/186578271)

I was +1 to ████████████████████████ ". That said, I don't have a strong preference on naming and maybe we can finalize it on CL review?

Re specific vs generic: I think it's quite specific, for compliance purposes. It's very coarse grained (only two buckets) and is not supposed to be used for recommendations.

I think it's not the home for existing Kansas data types. Different corpora would allow us to more easily manage ACLs, etc.

On Wed, May 5, 2021 at 6:14 PM █████████████████████████ wrote:
+1 to which name? Did we decide we want to be very specific and narrowly scoped, or use this as a more general data type for age inference in USS? Would this eventually be the home for the existing Kansas data type, for example?

On Wed, May 5, 2021 at 5:55 PM ██████████████████████ wrote:
That xyz@ can probably be ██████████ since it will also include ████████ our primary product counsel for AADC

███████ PgM for YouTube Identity + ████████████████ San Bruno, CA
Privacy | 94066
**Upcoming OOO FYI: I will be away on the following dates, please be sure to connect with me ahead of time on any time sensitive requests:**
**Thur, May 6, 2021 - Mon, May 10, 2021**

On Wed, May 5, 2021 at 5:38 PM ██████████████████████ wrote:
+1 to the name. (plus some comment saying that it is used for compliance instead of personalization, and talk to xyz@ before using it, etc)

On Wed, May 5, 2021 at 4:42 PM ██████████████████████ wrote:
I think the key part to make it clear is this is for minor/adult inference. Something like ████████████████████████ ?

On Wed, May 5, 2021 at 4:31 PM ██████████████████ wrote:
Is it possible there will ever be different age thresholds for different regulations? Maybe the name should be more generic.

On Wed, May 5, 2021 at 4:31 PM █████████████████████ wrote:
Except that in USS, data types are defined by an enum rather than a string, so it would be something like U18_AGE_INFERENCE_CORPUS. Do we need the u18 part?

CONFIDENTIAL

GOOG-3047MDL-03772447

EXHIBIT
5

On Wed, May 5, 2021 at 4:13 PM ███████████████████████ wrote:
 Yeah, I was thinking something like u18_age_inference.

On Tue, May 4, 2021 at 5:49 PM Bill Saphir ███████████████ wrote:
 Thanks for digging into this. SGTM. Now all we need is a name for the new datatype that makes its use clear...


On Tue, May 4, 2021 at 5:25 PM ███████████████████████ wrote:
 Hi,

Following up on the discussion from yesterday. I've confirmed with AudienceOne team, the other kansas column yt-user-profile is an age inference (which is 10-year) for recommendation/analysis purposes and pre-dates the AADC regulatory purpose of having 18+ vs U18.  That yt-user-profile age inference should not be used for AADC.

The new age inference for 18+ vs U18 should only be used for regulatory purpose, i.e. AADC(and maybe AVMS), not for recommendations, or anything else. It means this will be a new data type in USS, and co-exist with the yt-user-profile kansas column, for separate use cases.

- ████
--
You received this message because you are subscribed to the Google Groups "YouTube User Data Council" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ███████████.
██████████████████████
To post to this group, send email to ██████████████████
To view this discussion on the web visit ████████████████████████████
████████████████████████████████████████
████████


--

Bill Saphir |                     Software Engineer |           ████████████  |      ██████████

--
You received this message because you are subscribed to the Google Groups "YouTube User Data Council" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ███████████.
██████████████████████
To post to this group, send email to █████████████████████.
To view this discussion on the web visit ████████████████████████
████████████████████████████████████████
--
You received this message because you are subscribed to the Google Groups "YouTube User Data Council" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ███████████.
██████████████████████
To post to this group, send email to █████████████████████.
To view this discussion on the web visit ███████████████████████████data-

CONFIDENTIAL

███████████████████████████████████████████████████████████
██

--
You received this message because you are subscribed to the Google Groups "YouTube User Data Council" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ████████████
███████████████████
To post to this group, send email to ███████████████████
To view this discussion on the web visit ███████████████████████
███████████████████████████████████████████████████████████ ᴴ.

--
You received this message because you are subscribed to the Google Groups "YouTube User Data Council" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ███████████
████████████████
To post to this group, send email to ████████████████
To view this discussion on the web visit ███████████████████████████
██████████████████████████

CONFIDENTIAL

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-03772447-GOOG-3047MDL-03772449

**BEGATTACH:** GOOG-3047MDL-03772447

**ENDATTACH:** GOOG-3047MDL-03772449

**PRODVOL:** PROD026

**Custodian:** SAPHIR, BILL

**File Path:** /78F9D93EEA0F2B3C0E68B3FA21E1CCC7F29A27E8921A752694E30CD45B7704B2.EML

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 5D591FEAF3B221306C7BD04FE70A9CE0

**Document Type:** EMAIL

**Author:** ▮▮▮▮▮▮▮▮▮▮

**Family Date:** 5/6/2021 3:09 AM

**Last Modified Date:** 5/6/2021 3:09 AM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** 78F9D93EEA0F2B3C0E68B3FA21E1CCC7F29A27E8921A752694E30CD45B7704B2.EML

**Title:** RE: VISITOR INFERRED AGE FOR AADC (B/186578271)

**DOCEXT:** EML

**Email From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Email To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Email CC:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ BILL SAPHIR ▮▮▮▮▮▮▮▮▮▮ YOUTUBE USER DATA COUNCIL ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮

**Email BCC:**

**Received Date:** 5/6/2021 3:09 AM

**Sent Date:** 5/6/2021 3:09 AM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:** RE: VISITOR INFERRED AGE FOR AADC (B/186378271)

**REDACTION TYPE:**

**REDACTIONS:** NO