**AMENDED Exhibit 783**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-00654060





# AADC Key Requirements

## Data Protection

- Do not process cross-product/session processing

- Do not process data not directly connected to elements of the service in which the child is actively engaged

- Do not process high-risk data (e.g. health and biometric)



## Transparency

The privacy information you provide to users, and other published terms, policies and community standards, **must be concise, prominent and in clear language suited to the age of the child**. **Provide additional specific 'bite-sized' explanations** about how you use personal data at the point that use is activated



## Age Verification

Products must verify the age of all users or apply requirements to all age unknown users



# AADC Key Requirements

## Defaults

Privacy settings (e.g., personalization and location), must be "high privacy" by default.

## Nudge Techniques

Design features must not lead children to provide unnecessary personal data or turn off privacy protections



## Child Safety

Products must consider potential non-privacy harms related to content safety, etc



COREX

# Digital Wellbeing

Wellbeing defaulted enabled for declared teens

Privileged + Proprietary

## Digital Wellbeing Current state

Digital Wellbeing settings like 'Take a break reminder' and ' Bedtime reminder' are **at the moment defaulted to OFF** for all users above consent (13<). However, Teens would benefit from more conservative digital well-being settings than adult users.

Privileged + Proprietary

## Digital Wellbeing AADC Changes

YouTube will enable by default (but the user may modify) a. bedtime and b. take-a-break reminders for Declared Teens.

○ Take a break reminder
   **ON set to every 75 min.**
○ Bedtime reminder
   **ON set to 11:00pm – 5:00am**



Privileged + Proprietary

Settings YTAP

# Settings - p13n update

Ads personalization controls visibility removed for these users

Privileged + Proprietary

# Settings -AADC Changes

For Declared Teens and Inferred Minor (under 18), we will require ads personalization to be disabled. Because of this, YouTube will need to update the ads personalization toggle by **removing the p13n toggle and adding strings to inform users that ads personalization has been turned off.** There will also be a way for users to **sign-in to turn this feature back on**.



(Signed out U18)

PM WIP mock

Privileged + Proprietary