# AMENDED Exhibit 786

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native



GOOG-3047MDL-01435767



Confidential & Proprietary

# Executive Summary

- We propose ways to leverage **demographic signals (today's focus)** to make YT Discovery recs more relatable to Youth (other areas in Relatable Recs include location signals and creator connections).

- **Goal: Share learnings and solicit feedback from leads on ideas and roadmap**

# Contributors

- ▇ Eng
  - ○ YT Home: ███████████████████████
  - ○ YT Watch Next: █████████████████
  - ○ Ads A1: ███████
  - ○ YT Youth: ███████
- Product: ████████████████
- DS: ████████████████████

Confidential & Proprietary

▶ YouTube

# Relatable recs is a key pillar of the Discovery for Youth 2023 Strategy

*H1 OKR:* ████ ████ ██ ██████ *or overall through launches*

| 1. | 2. | 3. | 4. |
|---|---|---|---|
| Make recs more relatable to youth | Elevate fresh, trending content | Drive efficient browsing and content | Increase fun content |

Today's focus





Youth also primarily use Home and then Search to find relatable content:

So in order to improve within this space we needed to understand what relatable means to youth. Relatable content can be put into three categories — relevant to direct interests and values, considers their lived experiences and future life plans, and is made by creators similar in identity to them.



# However, YouTube lags behind in relatability for youth

**Content Gaps for Gen Z**

When looking for a "relatable" video to watch in a session, our users were successful only ~50% of the time.

GenZ who couldn't find a relatable video to watch were more likely to abandon the task and leave the app compared to Millennials.

Google

Source: *go/GenZNeeds, go/relatabletoGenZ*    Confidential + Proprietary



**User demographic signals are a critical first step in considering a users' life stage and identity, yet there are gaps in the Discovery system**

Current state

- Calibration on [REDACTED] shows headroom

Confidential & Proprietary

Calibration from *go/genz-deep-dive-analysis* [REDACTED]    ▶ YouTube



Calibration based on similar analysis for US Millennial women (go/yt-user-

Youth Home Hydra pCTR Calibration by S2



# Understanding demographic signals: What are they

- Available categories
  - ○ **Declared** user age and gender
  - ○ **Inferred** user age and gender
- Summary in the next slide, some nuances
  - ○ Declared age
    - Required during registration starting from 2018
    - 0 is default value
    - 13-17: set by users, accounting for ▇▇▇ DAU
  - ○ Inferred age

**YouTube**

Slide 1







# 👤 Declared vs. Inferred age signals: Key differences

📱 **Declared age recall for Teens is low**: most actual YT Teens users did not declare themselves between 13-17[1]. This partially explains why only around 3-4% of the YT DAU are Teens users based on the declared age.

1. **Inferred age does not cover Teens users**: inferred age can't be applied to U18 users. Both 1 and 2 cause some major challenges on identifying Teens users on YT and improve their experiences.

1. **Inferred age has much lower coverage than declared age**: 33% of Home DAU do not have inferred age, compared to 6% do not have declared age



YT DAU Distribution by Declared & Inferred Age Buckets

2020 | CONFIDENTIAL AND PROPRIETARY

Detailed analysis doc









Despite various challenges (legal, privacy, signal quality), we've made a lot of progress in adding demo signals across

# Recap & Next steps

1. We have **identified and closed multiple gaps** across the recs stacks
   - ██████████████████████████

2. More gaps remain, and there are **further opportunities** to improve our recs relatability for Youth through
   - Demographic signals (cont.)
   - Youth-specialized modeling and features (e.g. █████████████████████████████)
   - Teen tastes model (led by YT Youth team)

3. In addition to improving applications of demographic signals, there are opportunities in **improving the raw signals themselves (**███████████████
   - ██████████████████████████████
   - ██████████████████████████████
   - ██████████████████████████████

2020 | CONFIDENTIAL AND PROPRIETARY

YouTube

Video Virality score boosting experiment ████ ████████████████████████████████ DAU for 13
-17

# Recap & Next steps

🔳 Declared and inferred age usage
  - ○ Fallback: if there's no declared age, fallback to inferred age (for user age >= 18)
  - ○ ██████████████████████████
  - ○ 
- Collaboration with A1
  - ○ Demographics for U18
  - ○ Improve coverage
- Demographic sliced signals
  - ○ ██████████████████████

Close limitations and collaborate with other teams
  - Not every model has this feature, will hand off to others :-)

2020 | CONFIDENTIAL AND PROPRIETARY  ▆▆ YouTube

Video Virality score boosting experiment ██ ██████████████████████ ██ DAU for 13 -17