# AMENDED Exhibit 787

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation





# Age Assurance
# Follow-up

Global Velocity
January 27th, 2025

Privileged & Confidential

HIGHLY CONFIDENTIAL (COMPETITOR)



EXHIBIT 12
WIT: Justine Neha
DATE: 4/6/25
C. Campbell, RDR CRR CSR #13921

GOOG-3047MDL-05867998

# Context

**Dec 2024**

GV greenlit plans to prepare for Google-wide minor inference to rollout in 2025 in the US, with an YouTube-led announcement as part of Neal's annual letter early February

**For today**

Recap & dive deeper into:

1. What does the **YT and Google-wide announcement** look like?

2. ███████████████████████

HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-05867998_001



HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-05867998_002

## YouTube announcement
Feb 11
Safer Internet Day

Within annual letter from the CEO

- Already includes points on youth
- Newsy, but tempered

Same day Safer Internet Day blog covering a
YouTube Kids & Teens products and partnerships

Privileged & Confidential

HIGHLY CONFIDENTIAL (COMPETITOR)

" And that's why we'll be deploying AI in 2025 to help us determine a user's age–distinguishing between younger viewers and adults–to ensure they receive the best and most age appropriate experiences

GOOG-3047MDL-05867998_003



Appendix
GAPP strategy

Privileged & Confidential

HIGHLY CONFIDENTIAL (COMPETITOR)

# GAPP Strategy for Age Assurance Rollout

**Topline goal**

**Positively shape policies and legislation focused on the protection of minors**



HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-05867998_017

# GAPP Strategy Detail



HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-05867998_018

**Slide 18 Notes**



HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-05867998_019



Appendix

Privileged & Confidential

HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-05867998_020

# U18 GenAI Governance

| PA | VP (monthly) | Director (monthly) |
|---|---|---|
| Core | | |
| K&I | | |
| GDM | | |
| P&D | | |
| EDU | | |
| T&S | | |

Privileged & Confidential

## Highest priority experiences to unblock for minors ahead of age assurance roll out

| | Product / feature | A18 status | Teen priority (U18) |
|---|---|---|---|
| K&I | Learn About X (standalone) | Launched | |
| | AI Mode (incl Learn About) | Q2 | |
| GDM / Research | Gemini Image Gen | Launched | |
| | Gemini Live | Launched | |
| | Gemini Premade Gems (e.g., learning coach) | Launched | |
| Labs | NotebookLM | Launched | |
| P&D | GenAI Photo Editing Effects | Launched | |
| | Pixel AI Features (Screenshot & Studio) | Launched | |
| | Android Tools (e.g. gboard, talk back, stylus) | Launched | |

HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-05867998_021





HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-05867998_026



HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-05867998_027



HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-05867998_028



HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-05867998_029



HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-05867998_030



HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-05867998_031