**AMENDED Exhibit 789**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Autoplay off by default YTPR

█████ | Oct. 2019

go/AutonavYTPR





**PRIVILEGED & CONFIDENTIAL**

GOOG-3047MDL-00641947

# Meeting goal

## Goal

Discuss whether or not we should turn autoplay off by default.

## Agenda

- **Background** on the value of autoplay
- **Challenges** autoplay currently faces
- **Idea** for autoplay off by default

CONFIDENTIAL

# Autoplay is a great feature for users

CONFIDENTIAL

GOOG-3047MDL-00641949

# What is Autoplay?

- **Automatically plays a recommended video** after your current video finishes. Autoplay makes YouTube more like TV, creating a more seamless viewing experience.

- An 8 second countdown gives users the chance to see what will play next

- First launched on desktop in 2015, mobile in 2016

- *Note*: playlists always auto-advance and never have a countdown



Autoplay countdown

Autoplay toggle

GOOG-3047MDL-00641950

## Slide 4 Comments

1  Autoplay is a great feature
, *11/1/2019 01:55 PM*

CONFIDENTIAL

GOOG-3047MDL-00641951

# Autoplay was a great launch

On launch, autoplay was a win for both viewers and metrics.  Autoplay was on by default because:

- **We expected Autoplay on by default to generate more WT**.  We did not experiment with off by default
- Other apps have Autoplay on by default
- Users could easily opt out

See the mobile launch review deck here

| Launch metric | Android | iOS |
|---|---|---|
| Watch Time | +3.5% | +5.0% |
| DAV | +0.2% | +0.4% |
| Revenue | +1.4% | +7.4% |
| Advertiser value | -1.4% | -1.1% |
| Opt-out rate | 31% | 27% |

CONFIDENTIAL

GOOG-3047MDL-00641952

## Slide 5 Notes

One of the launch criteria was that we established that users could opt-out by monitoring opt-in/out rates and waiting to stabilize.

## Slide 5 Comments

1      Perhaps a voice-over: one of the launch criteria was that we established that users could opt-out by monitoring opt-in/out rates and waiting to stabilize.

 *, 11/1/2019 06:49 PM*

2      Agreed, added to speaker notes
*Reid Watson, 11/1/2019 06:49 PM*

CONFIDENTIAL

GOOG-3047MDL-00641953

# Autoplay drives 9% of total Watch Time

**YouTube overall**
Across all interfaces, Autoplay drives 9% of WT

**Main App**
On Main App (Android, iOS, Web, mWeb), Autoplay drives 7.4% of WT

**Other interfaces (LR mostly)**
On other interfaces, autoplay drives 17.9% of WT



Overall Watch Time by source

CONFIDENTIAL

GOOG-3047MDL-00641954

## Slide 6 Notes

LR is around 22%, heavily driving the "other interfaces"

CONFIDENTIAL

GOOG-3047MDL-00641955

# But it has some challenges ...

CONFIDENTIAL

GOOG-3047MDL-00641956

# Policymaker scrutiny on digital addiction and well-being

*Social Media Addiction Reduction Technology (SMART) Act*
Sen. Hawley, proposal

"Bans infinite scroll, autoplay, and other addictive features on social media"

**"**Social media platforms would have to include natural stopping points"

*Age Appropriate Design Code*
UK ICO, consultation

"Do not use nudge techniques to lead or encourage children to provide unnecessary personal data, turn off privacy protections, or extend use."

CONFIDENTIAL

GOOG-3047MDL-00641957

**REDACTED - PRIV**

4

## Digital Wellbeing

### YouTube Feigns Interest In Your Digital Wellbeing With 'Take a Break' Notifications

*"Here's all you need to know about where the company's interests lie:* **autoplay [...] is on by default. The new 'take a break' notifications have to be turned on manually***"*

**GIZMODO**

## Radicalization

### YouTube, the Great Radicalizer

*"YouTube started to recommend and* **"autoplay" videos for me that featured white supremacist rants, Holocaust denials and other disturbing content***."*

The New York Times

## Kids content

### YouTube Weighs Major Changes to Kids' Content Amid FTC Probe

*"While that default setting… has helped boost audience hours to new heights, it has also opened the company up to criticism that* **children and parents can select innocuous videos only to be automatically transferred to inappropriate fare***."*

THE WALL STREET JOURNAL.

GOOG-3047MDL-00641958

**Slide 9 Comments**



1     REDACTED - PRIV
      11/1/2019 07:00 PM

2     REDACTED - PRIV
      Reid Watson, 11/1/2019 06:46 PM

3     REDACTED - PRIV
      Cristos Goodrow, 11/1/2019 06:55 PM

4     REDACTED - PRIV
      11/1/2019 07:00 PM

CONFIDENTIAL

# High LACT Autoplay creates multiple issues

**High LACT WT** is WT where the user hasn't interacted with the app in over 10 minutes.

This has created issues with:

- **Advertiser value**: Following the rollback of SmartPricing in March we don't run ads on high-LACT content.

- **Music partners**: We're required to show forced ads and interrupt playback as part of our deals with music partners.

See July review deck here



GOOG-3047MDL-00641960

## Slide 10 Notes

67% of high LACT WT comes from Watch Next autoplay, the remaining 33% comes from playlist autoplay
Broadly speaking, autoplay monetizes significantly (~30%) worse than non-autoplay WT

CONFIDENTIAL                                                                                                           GOOG-3047MDL-00641961

# Autoplay may create digital wellbeing issues for some users

4

We believe **unintentional use is a top Digital Wellbeing risk**

- 45% of survey respondents "unintentionally stay on YT longer than they want".

- Autoplay's share of watch time <u>doubles at night</u>, possibly indicating sleep disruption or lack of presence

- Autoplay can be a source of conflict for parents managing usage of their children (UXR)



YT Weekly Watchtime by Hour of Day (CA-US)

CONFIDENTIAL

GOOG-3047MDL-00641962

## Slide 11 Comments

1      is this related specifically to autoplay (or generally  WN and other recommendations)?
      █████ ████,  *10/19/2021 09:45 PM*

2      This is a general statement from the overall digital wellbeing research.
      *Reid Watson,  11/4/2019 03:04 PM*

3      _Marked as resolved_
      █████ ████,  *10/19/2021 09:45 PM*

4      _Re-opened_
      █████ ████,  *10/19/2021 09:45 PM*

CONFIDENTIAL

GOOG-3047MDL-00641963

# What might we change?

## "Easy to turn on" rather than, "easy to turn off"

CONFIDENTIAL

GOOG-3047MDL-00641964

**REDACTED - PRIV**

**REDACTED - PRIV**

We can distinguish two types of users:

- **Default state**: never touched the autoplay setting
- **Explicit choice**: manually toggled autoplay on or off in the past

On our mobile apps, **over 2/3 of users are have already made an explicit choice**.

In total, 2.5% of WT comes from autoplay by Main App users in the default state.



GOOG-3047MDL-00641965

## Slide 13 Notes

86% of mobile app autoplay WT comes from users in an intentional state.
Only 28% of desktop users are in an intentional state

## Slide 13 Comments

1  to do what? turn it on? turn it off? or both?
   [REDACTED], *11/4/2019 03:02 PM*

2  Manually turned autoplay on or off -- both count.
   *Reid Watson, 11/4/2019 03:02 PM*

3  [REDACTED] is the proposal to change the default only for the 1/3 of users who are not in an intentional state?
   [REDACTED], *11/4/2019 03:00 PM*

4  The proposal would turn off for everyone.
   *Reid Watson, 11/1/2019 05:46 PM*

5  why all if 2/3 have intentionally taken action?
   [REDACTED], *11/4/2019 03:31 AM*

CONFIDENTIAL

## Slide 13 Comments (Continued)

6    We have the ability to target just people who toggled and if we experiment we can definitely test it. The concern was that it would seem confusing why the change did or didn't show up for some people. Users can't tell and likely may not remember whether they've used the autoplay toggle in the past.
*Reid Watson, 11/4/2019 03:00 PM*



**REDACTED - PRIV**

*11/1/2019 06:56 PM*

**REDACTED - PRIV**

*Cristos Goodrow, 11/1/2019 06:53 PM*

**REDACTED - PRIV**

*Reid Watson, 11/1/2019 06:56 PM*

CONFIDENTIAL

# Idea: "easy to turn on" instead of "easy to turn off" on YT Main App

We pay a **large reputational cost for a smaller benefit** by having autoplay on *by default*. Why don't we **get all of our users to make an explicit choice?**

We could switch **Autoplay off by default on Main App** (Android, iOS, web, mWeb).

For existing users who had their autoplay setting force-changed we'll provide notice and the option to re-enable the setting if they choose.



*Forced choice prompt at the end of the video*

CONFIDENTIAL

# What would the metrics impact be?

If launched, we expect to see a **sitewide loss of -1% WT**:
- **Mobile:** -0.9% WT
- **Desktop:** -2.3% WT

Impact on DAU is expected to be neutral.

Worst case: -3% sitewide WT. Assumes no one re-enables autoplay and usage shifts back to click-to-play.

|  | % of DAU (per platform) | % who'll re-enable (estimate) |
| --- | --- | --- |
| **Mobile** explicit on | 34% | 80% |
| **Mobile** default on | 32% | 50% |
| **Desktop** explicit on | 14% | 80% |
| **Desktop** default on | 73% | 30% |

*Full model, script for expected case*

CONFIDENTIAL

GOOG-3047MDL-00641969

## Slide 15 Notes

Let's say we disabled autoplay by default for new users, and prompted existing users to confirm whether they'd like to change their setting.

Model spreadsheet: https://docs.google.com/

## Slide 15 Comments

1    Do we have any knowledge of valued watch time as a percent of autoplay wt vs a percent of all wt?
     ███████ ███████, 11/4/2019 06:31 PM

2    Working on getting the WT numbers, but so far we see that:

     - 7.6% of autoplay views are non-valued (92.4% are valued)

     - 11% of views are non-valued for everything else (89% are valued)
     ████ █████, 11/4/2019 05:42 PM

3    In terms of WT, 94.0% of autoplay WT is valued vs. 92.8% for non-autoplay.
     ████ █████, 11/4/2019 06:31 PM

GOOG-3047MDL-00641970

# Why not include other platforms?

- **YouTube Music**: Autoplay is a normal feature when listening to music and hasn't generated the same risks / concerns.

- **YouTube TV / Living Room**: TV has had Autoplay for as long as TV has existed, and interaction with living room devices is difficult



CONFIDENTIAL

GOOG-3047MDL-00641971

# Other Platforms: YouTube Kids

- Plan to add Autoplay on/off setting across all surfaces by Q1

- Looking into setting design and defaults (parent control vs kid control), possibly by age

- This will eventually be managed by Parent Zone



CONFIDENTIAL

GOOG-3047MDL-00641972

**Slide 17 Comments**



GOOG-3047MDL-00641973

Slide 17 Comments (Continued)



CONFIDENTIAL

GOOG-3047MDL-00641974

**Slide 17 Comments (Continued)**



# Shouldn't we start with an experiment?

While we can run an experiment with turning autoplay off by default, we should go in with the expectation that:

- The experiment will be noticed by press

- It **will be extremely difficult to leave autoplay on** going forward, even if we don't like what we see in the experiment



GOOG-3047MDL-00641976

## Slide 18 Comments

1   This summarizes the PR concern pretty well :)
▉▉▉▉ ▉▉, *10/18/2019 10:51 PM*

2   +10000
▉▉ ▉▉▉▉, *10/18/2019 10:51 PM*

GOOG-3047MDL-00641977

# Appendix

CONFIDENTIAL

GOOG-3047MDL-00641978

# What would an announcement look like?

**Objective**
- Demonstrate our ongoing commitment to digital wellbeing (larger Google narrative)
- Keep this separate from radicalization (to the extent we can)
- Create a new responsibility moment in the press beyond recs and Magna

**Messaging**
- Last year, we announced new features to help users take control of their digital wellbeing
- We've delivered over 1B Take a Break Reminders since we introduced the feature
- We're also bringing these tools to the homepage
- Since then, we've continued our research to understand how we can help users manage their digital well-being. We've learned that people want help with "unintentional activity", like when you come to YouTube for the latest viral video, but end up discovering a new great song.
- That's why, we're going to be turning off autoplay in the Main YouTube app. Users will be able to opt back in if they want.

CONFIDENTIAL

GOOG-3047MDL-00641979

**Slide 20 Notes**

What's our proposal: announce => phased rollout in <1 month

Creator and partner impact

**Slide 20 Comments**

1     ███████████████ I get where this is going but this doesn't sound like the unintentional activity people really have a problem with! Maybe it's more, that song was great, but I wish I hadn't watched 25 of them
      ███ ████████, *10/18/2019 10:53 PM*

CONFIDENTIAL

GOOG-3047MDL-00641980

# When would we announce this change?

## Announce at 1%    *or*    Announce at 100%

| PLAN OF ACTION | PLAN OF ACTION |
|---|---|
| Make an announcement that Autoplay will be off by default | Quietly start experiments with Autoplay off by default, analyze impact |
| Immediately start a 1% rollout, verify it works as intended | If noticed, respond to inquiries that "we're always experimenting" |
| Rollout to 100% shortly after | Use data to inform final comms |

| RISKS | RISKS |
|---|---|
| We **won't know impact on** creator and advertiser metrics at announcement | It's **harder to control the narrative** around our early experiments. |

CONFIDENTIAL

GOOG-3047MDL-00641981

Slide graveyard

CONFIDENTIAL

GOOG-3047MDL-00641982