**AMENDED** Exhibit 790

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-05193823



# Pulse review

2019-05-08

## Meeting goals

- Decide whether to turn autoplay off by default
- Align on when and how to announce



## Background: what is autoplay?

- **Automatically play a recommended video** after your current video finishes

- Users see an **8 second countdown** before the next video starts playing

- First launched on desktop in 2015, mobile in 2016

- Autoplay is on by default for new users

- Playlists automatically play the next video with no countdown



Autoplay countdown

Autoplay toggle

## What does autoplay look like from a metrics standpoint?

| Interface | % of WT on this interface from autoplay | % of site-wide WT from autonav on this interface | % of DAV who've opted-out of autoplay |
|---|---|---|---|
| iOS and Android Apps | 6% | 3.9% | 34.6% |
| mWeb | 11% | 0.6% | 3.3% |
| Web | 18% | 2.3% | 16.1% |
| Living Room | 22% | 2.3% | 3.6% |

## Slide 1

Is this driven by music?
5/8/2019 5:25:16 AM

Heavily.  See slide 11 -- the majority of desktop autoplay WT is from music content.
Reid Watson; 5/8/2019 4:42:24 AM

and we wouldn't exclude music?
; 5/8/2019 4:43:03 AM

Nope, music would be treated the same as any other content and autoplay would be off by default.  Note that for Mix and Playlist content we would keep our existing autoplay behavior.
Reid Watson; 5/8/2019 4:44:32 AM

and i assume in YT Music app we'd keep autoplay?
5/8/2019 4:51:49 AM

I think that's reasonable.  I don't believe that music listening presents a wellbeing problem.
Reid Watson; 5/8/2019 5:25:16 AM

**At launch, autoplay was enabled by default**

Autoplay aims to improve the viewing experience by allowing more immersive, leanback experiences.

We enabled autoplay by default when autoplay launched for two reasons:

1. **Industry precedent**: Most other apps with autoplay had it on by default
2. **On by default generates more WT**: More autoplay = more WT, and that was an explicit goal of the project
3. **It's easy to turn off**: the autonav toggle is the only persistent setting available within a single tap

## However, the situation has changed in recent years

- Autoplay **opt-out rates are high**
  - 35% of mobile DAU have opted-out
- We've identified **unintentional use as a top Digital Wellbeing issue**
  - 45% of survey respondents  unintentionally stay on YT longer than they want".
  - Autoplay's share of watch time doubles at night, possibly indicating sleep disruption
  - Autoplay can be a source of conflict for parents managing usage of their children

> " When I tell my kid (13+) that we can watch one video and it turns off and starts again, it's really hard to deal with the upset once the video has started. And also [turning off autoplay] helps break the monotonous "oh it's just one more one more one more"and then 40 minutes have gone by.     --Source

## Slide 1



## Rising concerns around autoplay from media, KOFs, legislators

### Digital Wellbeing

**GIZMODO**

VIDEO   REVIEWS   SCIENCE   IO9   FIELD GUIDE   EARTHER   DESIGN   PALEOFUTURE

GOOGLE

**YouTube Feigns Interest In Your Digital Wellbeing With 'Take a Break' Notifications**

AJ Dellinger
5/12/18 12:45pm · Filed to YOUTUBE

*"Here's all you need to know about where the company's interests lie: **autoplay [...] is on by default. The new 'take a break' notifications have to be turned on manually***" – Gizmodo*

### Radicalization



The New York Times

**YouTube, the Great Radicalizer**

By Zeynep Tufekci

March 10, 2018

*"YouTube started to recommend and **"autoplay" videos for me that featured white supremacist rants, Holocaust denials and other disturbing content**." – New York Times*

### Kids content



The Washington Post
*Democracy Dies in Darkness*

Technology

**YouTube says it bans preteens from its site. But it's still delivering troubling content to young children.**

By **Craig Timberg**
March 14

*YouTube's recommendation algorithm, they say, fails to reliably segment content by appropriate age levels, and **its default autoplay feature delivers almost-endless streams of videos that confuse, upset and titillate young minds** – Washington Post*



## Proposal: off by default

With this launch, autoplay will be off by default for new users.

Existing users must make a choice whether they want autoplay or not.  We want to be transparent that we've modified a setting on their behalf.





*Feature education for brand new YT users*

*Forced choice prompt  for users who'd previously engaged with autoplay*

*In parallel: rename  autoplay on home" => play as you browse"*

Slide 1

2      █████████████ lets engage with UX writing and determine the button weights/ordering
█████████ 5/7/2019 11:25:48 PM

## Should we include desktop?

**We recommend launching desktop**, but we anticipate greater user impact due to:

**Background music listening:**
Some users use YT to listen to audio in a background tab, which isn't a wellbeing issue
- 54% of autoplay WT on desktop comes from music content
- 33% of autoplay WT on desktop comes from background playback

**Signed out / incognito users:**
Our default choice is more meaningful when cookies are often reset (e.g. incognito)
- 36% of autoplay WT on desktop comes from logged out users



27% of web autoplay WT comes from music + background usage

## YouTube Kids App

- Today, the YT kids app does not have an autoplay toggle
- Removing autoplay may shift some UI to search (potentially less safe content)
- Digital wellbeing tools are less developed on YTK



27% of web autoplay WT comes from music + background usage

## What would the metrics impact be?

If launched, we expect to see a sitewide loss of **-1% WT**:
- **Mobile:** -0.9% WT
- **Desktop:** -2.3% WT

Impact on DAU is expected to be neutral to slightly negative.

Worst case: -3% sitewide WT. Assumes no one re-enables autoplay and usage shifts back to click-to-play.

|  | % of DAU (per platform) | % who'll re-enable (estimate) |
|---|---|---|
| **Mobile,** setting explicitly on | 34% | 80% |
| **Mobile,** setting never changed | 32% | 50% |
| **Desktop,** setting explicitly on | 14% | 80% |
| **Desktop,** setting never changed | 73% | 30% |

*Full model, script for expected case*

Let's say we disabled autoplay by default for new users, and prompted existing users to confirm whether they'd like to change their setting.

Model spreadsheet:
https://docs.google.co ███████████████████████

## What would an announcement look like?

**Objective**
- Demonstrate our ongoing commitment to digital wellbeing (larger Google narrative)
- Keep this separate from radicalization (to the extent we can)
- Create a new responsibility moment in the press beyond recs and Magna

**Messaging**
- Last year, we announced new features to help users take control of their digital wellbeing
- We've delivered over 1B Take a Break Reminders since we introduced the feature
- We're also bringing these tools to the homepage
- Since then, we've continued our research to understand how we can help users manage their digital well-being. We've learned that people want help with unintentional activity", like when you come to YouTube for the latest viral video, but end up discovering a new great song.
- That's why, we're going to be turning off autoplay across YouTube and YouTube Kids. Users will be able to opt back in if they want.

## What would we have to do?

- **YT main, mobile / desktop**: Build out  forced choice" dialog and user education on mobile / desktop
- **YT Kids**: Add the ability to disable / enable autoplay (doesn't currently exist)
- Experiment with turning autoplay off by default for 1% of users
- Prepare to launch

Let's say we disabled autoplay by default for new users, and prompted existing users to confirm whether they'd like to change their setting.

Model spreadsheet:
https://docs.google.com/ ███████████████████████
███████████████████████████