# AMENDED Exhibit 791

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
on behalf of ▮▮▮▮▮▮▮▮▮▮▮
**Sent:** 3/27/2015 9:45:58 PM
**To:** yt-autoplay▮▮▮▮▮▮▮▮▮▮▮
**BCC:** ▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Launched: Autoplay on youtube.com

> **EXHIBIT**
>
> **13**
>
> YOUTUBE-KIM 3/11/25

Hey folks,

Autoplay launched to all YouTube desktop users last Wednesday, 3/18. Autoplay plays the next suggested video at the end of the current video.

The launch's impact has been huge. Autoplay now generates 16% of YouTube's desktop watch time. Amazingly, ~90% of autoplays last longer than 10 seconds, and YouTube's desktop site grew by 8% in watch time with the launch (graph, zesta). Users from across the world are thanking us (one, two, three, four). A favorite quote: "The autoplay function on YouTube is just the best thing ever."

Check it out below:

To all of you who worked on autoplay and to all of you who offered feedback / bug reports --- thank you! It took a village:
- **Desktop:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- **Watch Next:** ▮▮▮▮▮▮▮▮▮▮▮
- **P13N Infrastructure:** ▮▮▮▮▮▮ Bill Saphir
- **Client Infrastructure:** ▮▮▮▮▮
- **Quantitative Analysis:** ▮▮▮▮▮▮▮▮▮
- **View counting:** ▮▮▮▮▮▮▮▮ (PM Emeritus), ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮
- **Ads:** ▮▮▮▮▮▮▮▮▮▮▮
- **Eval:** ▮▮▮▮▮▮
- **UER:** ▮▮▮▮▮▮
- **UX:** ▮▮▮▮
- **PR:** ▮▮▮▮▮
- **Product specialists:** ▮▮▮▮▮▮▮▮

CONFIDENTIAL

GOOG-3047MDL-04613300

- **Leadership**: ██████████████████████████████████████
  ████████ Cristos Goodrow, John Harding, Itamar Herzberg, ████████████████████

On behalf of the team,

████████

--

CONFIDENTIAL

GOOG-3047MDL-04613301

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-04613300-GOOG-3047MDL-04613301

**BEGATTACH:**

**ENDATTACH:**

**PRODVOL:** PROD027

**Custodian:** KIM, WOOJIN

**File Path:** /9B5DAACD5A41CCB275C11E64CD74611CC24890847CF3830FEB3ADB22C1203758.EML

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 0A2DD9A7E4845C0B5AEEAFB113553254

**Document Type:** EMAIL

**Author:** ▮▮▮▮▮▮▮▮▮▮▮▮

**Family Date:** 3/27/2015 9:45 PM

**Last Modified Date:** 3/27/2015 9:45 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** 9B5DAACD5A41CCB275C11E64CD74611CC24890847CF3830FEB3ADB22C1203758.EML

**Title:** LAUNCHED: AUTOPLAY ON YOUTUBE.COM

**DOCEXT:** EML

**Email From:** <▮▮▮▮▮▮▮▮▮▮▮▮>

**Email To:** YT-AUTOPLAY <▮▮▮▮▮▮▮▮▮▮▮▮>

**Email CC:**

**Email BCC:** ▮▮▮▮▮▮▮▮▮▮▮▮>

**Received Date:** 3/27/2015 9:47 PM

**Sent Date:** 3/27/2015 9:45 PM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:** LAUNCHED: AUTOPLAY ON YOUTUBE.COM

**REDACTION TYPE:**

**REDACTIONS:** NO