# AMENDED Exhibit 792

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** Neal Mohan ████████████
**Sent:** 7/15/2020 3:35:58 PM
**To:** ████████████████
**Subject:** Recapping the last few weeks

Hi everyone,

As many of us continue working from home, I wanted to start sending a more regular touchpoint with all of you. We'll try it for a few weeks and see how it goes, and I welcome your feedback on how to evolve it over time.

During this time, I've been reminded why YouTube's mission "to give everyone a voice and show them the world" is so important. I've been inspired to see us developing ways to build a fairer, more equitable platform for Black and Brown creators, and in particular the efforts outlined in Susan's mid-year community letter. And before that, in the wake of Covid-19, teams worked around the clock to raise authoritative health information, remove misinfo and connect people while sheltered in place. On top of that, we also had to reprioritize and change some of our OKRs. A big thanks goes out to everyone who helped on all these efforts

The last few weeks we released a number of products and features to support users, creators and brands. On the user side we finalized the new Watch Feed on mobile to create an infinite scroll experience with opportunities for more dynamic builds and easier navigation. We expanded the availability of YouTube Kids to Amazon Fire TV, giving more families access to quality, educational content. YouTube TV also expanded its channel lineup to include ViacomCBS networks and announced a price increase (a tough decision, but one that reflects the rising costs of content licensing). We launched new info panels to deliver authoritative context around searches related to depression and anxiety and expanded our wellness efforts with Bedtime Reminders to help users manage their time spent on YouTube and get a good night's rest. All this supports our helpfulness work and gives users a better, more engaging product experience, no matter their reason for visiting YouTube.

For creators, in addition to the amazing reimagined Creator Studio, new and expanded services like Automod help protect marginalized creators by detecting potentially inappropriate comments and holding them for review, and analytics for artists allow for greater control, more comprehensive audience data and more meaningful audience engagement. Much of this work is informed by critical research delivered by the UX team, whose briefs on racial justice and health/medical info uncovered timely new insights around user behaviors and consumption patterns.

We've also continued our responsibility work with the TnS team removing a handful of channels that violated our hate and harassment policies, and we are in the process of removing 300M+ hateful and harassing comments. The launch of How YouTube Works signaled progress with key opinion formers and gives a transparent look at how we think about child safety, misinformation, copyright, learning, etc., and includes highlights from the Q2 transparency report, which shows the impact of Covid-19 on our review operations. These are important building blocks in the responsibility framework we developed a little over three years ago and shows we're committed to keeping our platform safe for creators, users and advertisers.

I also wanted to use this space to recommend a few reads and watches that I think are a good use of your time:

- 
- I sat down with Cheddar a few weeks ago to talk about how we're handling **Covid-19 misinformation** and the launch of #CampYouTube, which gives kids access to fun summertime activities while they stay at home.

- 
- The Verge covered the release of our **new studio metric RPM** (revenue per mille), which pulls in multiple variables to give creators a more complete picture of their earnings. This is an important addition to analytics because before all creators had was CPM, which accounted for ad revenue. Now, there are many ways creators can monetize, which will help them understand what's working and what's not.

- 

CONFIDENTIAL

- **Sundar hosted a powerful <u>fireside chat</u>** with UC Berkeley Professor of Law, African American Studies and Ethnic Studies john a. powell. A must watch as we think about how to be good allies to our fellow YouTubers.

Thank you again for all your effort these past few months.  I hope you'll each find some time to step away from work for vacation (<u>research</u> shows we all need to detach from work).

-Neal

CONFIDENTIAL

GOOG-3047MDL-00225069

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-00225068-GOOG-3047MDL-00225069

**BEGATTACH:** GOOG-3047MDL-00225068

**ENDATTACH:** GOOG-3047MDL-00225069

**PRODVOL:** PROD016

**Custodian:** BESER, JAMES; HALPRIN, MATT; HEBDA, JOHN; WATSON, REID; ▮▮▮▮▮▮▮

**File Path:** /62B51DCB7417D928832CFB34A71567F7E9A6F38625DCD77C79074C2E44CA3988.EML

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** F19D8AF783A8B6FA6D9E34F877187422

**Document Type:** EMAIL

**Author:** NEAL MOHAN

**Family Date:** 7/15/2020 3:35 PM

**Last Modified Date:** 7/15/2020 3:35 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** 62B51DCB7417D928832CFB34A71567F7E9A6F38625DCD77C79074C2E44CA3988.EML

**Title:** RECAPPING THE LAST FEW WEEKS

**DOCEXT:** EML

**Email From:** NEAL MOHAN ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Email To:** <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Email CC:**

**Email BCC:**

**Received Date:** 7/15/2020 3:39 PM

**Sent Date:** 7/15/2020 3:35 PM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:** RECAPPING THE LAST FEW WEEKS

**REDACTION TYPE:**

**REDACTIONS:** NO