**AMENDED Exhibit 794**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-01878685

Brand Studio

# I Been TikTokin'

Exploring teen and millennial perceptions of TikTok.

June 2020

Google

 InsightsLab

# TikTok can be *extremely* addictive - fueling a love-hate relationship.

Unlimited content and an ingenious algorithm send teens down a rabbit hole that is difficult to escape.

It was a love-hate relationship from the start. I spent way too much time with you and my grades suffered, my relationships suffered, I even forgot to eat dinner six nights in a row! You got me in trouble in school when I couldn't stop hanging out with you.
Brynne, 13

Sometimes I don't like the content on your app, sometimes I love the creativity you produce and the times you make me laugh. We have a love-hate relationship. You tend to distract me a lot, and that's my fault, but I'm working on it.
Joelliane, 13

I have a love-hate relationship with TikTok. It can be a huge waste of time and a distraction.
Anelisse, 15

**The New York Times**

## How TikTok Is Rewriting the World

"Why not just start showing people things and see what they do about it? Why not just ask people to start making things and see what happens? If engagement is how success is measured, why not just design the app where taking up time is the entire point? There's no rule, in apps or elsewhere, against engagement for engagement's sake."

John Herrman, New York Times, 3/10/2019

2019 | Confidential and Proprietary

# A potential upside of a possible TikTok ban: less tech addiction.

While many users would miss TikTok, some do feel a ban would give teens more time back in their day.



I would miss the source of entertainment and creativity but on the other hand, TikTok takes so much time from young people and a lot of people spend many hours obsessed and addicted to the app.

**Nora, 14**

2019 | Confidential and Proprietary

27