# AMENDED Exhibit 796

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Teen responsibility roadmap

## WORKING DOC, THINK OF THIS AS A WHITEBOARD AND NOT (YET) A DECK

CONFIDENTIAL

GOOG-3047MDL-03488071

# Overuse Roadmap (WiP): Helping Teens monitor and self-regulate



### HABITUAL HEAVY USE

### UNINTENTIONAL USE



### LATE NIGHT USE

    

**Phase 1 (Q4 2023)**

More effective break reminders, especially for Shorts

**Phase 2 (H1 2024)**

Interventions for long Shorts sessions (pivots, Teen relevant creator breaks)

**Phase 3 (TBD)**

More effective bedtime moments, "wind-down" mode

(ALL MOCKS CONCEPTUAL, WIP)

Confidential & Proprietary

 YouTube

ATTORNEY CLIENT PRIVILEGED
CONFIDENTIAL

GOOG-3047MDL-03488132

Slide 31 Notes

We'd like to recap that we're also looking at wellbeing holistically; the three key concerns highlighted by experts, parents, and teens themselves are One) problematic content, Two) habitual heavy use, and Three) risky participation. There are ongoing efforts for all three areas but we are focused on the first of those three concerns for this Pulse.

Now, within the first problem, there is bad content that's age-inappropriate, violative, or borderline-violative; however, today we're discussing the content that doesn't meet the criteria for those policies & definitions, but is content that is **risky primarily in repetition or volume**.

_____

On digging in we've found 3 key concerns highlighted by parents experts and youth - first problematic content, that does not necessarily violate policy but when consumed in high volume can be potentially negative,  second habitual heavy use - i.e. endless scrolling and unintentional consumption and third which will begin to play a larger part as we launch creation and comments - risky participation.

Today, we're looking into the first problem.

Source: https://docs.google.com/

CONFIDENTIAL                                                                                                       GOOG-3047MDL-03488133