# AMENDED Exhibit 798

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:**
**Sent:** 10/25/2012 3:28:59 AM
**To:** John Harding [ ]
**Subject:** Fwd: YT Growth update - 2012-10-17

And here - are you on yt-growth-xfn?

---------- Forwarded message ----------
From: **Itamar Herzberg** < >
Date: Wed, Oct 17, 2012 at 3:31 PM
Subject: YT Growth update - 2012-10-17
To: YouTube Growth Cross-functional Team <
Cc:

Hi team,

It's been a busy few weeks and with the start of Q4, we've been ironing out what our inaugural set of OKRs will look like for the growth team. These are very closely aligned with the projects already underway with the hope of having a few clear deliverables closed by the end of the year.

## Q4 OKRs:

1. Experimentation framework/analysis: *[Onboarding, YT Data]*
   Launch the "Welcome to hitchhiker" flow on the homepage using the onboardlet framework, with 30% of users having more subscriptions or more connected accounts after seeing the flow and the ability to experiment, evaluate, and measure effect on long-term watch time / activity.

2. Notifications: *[Onboarding, Mobile, YT Data]*
   Launch reengagement emails targeted at less engaged users, doubling the number of site visits driven by email, and built on a notification service which we'll work to extend to mobile app notifications in Q1.

3. Sticky channels: *[p13n, YT Data, Partner Promo]*
   Identify a methodology (e.g. c-swat*) and use identified universally sticky channels to increase subscription driven watch time (swat**) from channel recommendations and sticky channel measurement in promotion.

## Other updates:

- Bill submitted the first pass at c-swat w/ the preliminary results here. Next steps include exposing this in Arcata (allowing other teams to build off it it) and combining it w/ some of the latest research from Christyn [link].
- ▇▇▇▇▇▇▇ joined the UER team last week (and I'll let his self description speak for itself) and he'll first focus on why our users engage with YouTube at different frequencies - thinking beyond notifications about other techniques that might drive more watch time.
- We're also very interested in scoping out an experiment with octopus using personalized channel recommendations as the sole input for ad-targeting to verify how/if effective user

CONFIDENTIAL

GOOG-3047MDL-03360466

signals can be in the monetization system and vice versa. It doesn't look like we'll have resources to work on in Q4, but we'll hopefully scope something for Q1.

- GAIA sessions are now live and currently include GAIA weblogs only. GData GAIA tmp logs are now live. Videostats GAIA tmp logs are partially rolled out.  GAIA session logs will include account attributes and the other GAIA sources in the next month or so. (woot!)
- We are working on a plan (led by Biswa) for a next generation version of rasta which will allow us to do experiment analysis broken out by user and video attributes, which will be critical for growth projects. (design doc)

Cheers,

 Itamar, and █

*Channel Subscription Driven Watch Time*
**Subscription driven watch time*

GOOG-3047MDL-03360467

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-03360466-GOOG-3047MDL-03360467

**BEGATTACH:** GOOG-3047MDL-03360466

**ENDATTACH:** GOOG-3047MDL-03360467

**PRODVOL:** PROD026

**Custodian:** HARDING, JOHN

**File Path:** /19B14215A96FECCDC099E7A21E3BF0E498B0CA6F6341ED23EC4C123721479838.EML

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 278A6473036572F032D4706A7B60CECB

**Document Type:** EMAIL

**Author:** ▇▇▇▇▇▇▇▇▇▇▇

**Family Date:** 10/25/2012 3:28 AM

**Last Modified Date:** 10/25/2012 3:28 AM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** 19B14215A96FECCDC099E7A21E3BF0E498B0CA6F6341ED23EC4C123721479838.EML

**Title:** FWD: YT GROWTH UPDATE - 2012-10-17

**DOCEXT:** EML

**Email From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Email To:** JOHN HARDING ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ >

**Email CC:**

**Email BCC:**

**Received Date:** 10/25/2012 3:29 AM

**Sent Date:** 10/25/2012 3:28 AM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:** FWD: YT GROWTH UPDATE - 2012-10-17

**REDACTION TYPE:**

**REDACTIONS:** NO

Case 4:22-md-03047-YGR    Document 2882-59    Filed 03/26/26    Page 5 of 5