# AMENDED Exhibit 1007

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** ▮▮▮▮▮▮▮▮ (Google Slides) [comments-noreply@docs.google.com]
**Sent:** 5/28/2020 3:42:41 PM
**To:** ▮▮▮▮▮▮▮▮▮
**Subject:** Parent experience... -▮▮▮▮▮▮▮▮▮ - For Watch Hist...

▮▮▮▮▮▮▮ replied to a comment in the following document

Parent experiences_Spec v1 | Privileged & Confidential

Tanaya Kasavana

▮▮▮▮▮▮▮▮▮ - For Watch History, are we directing a parent to get their child's device and then go to the my activity page to see what they've been viewing? Is it not an option to pull their child's watch history into this parent settings experience?

cc: ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

correct - you have to basically login as the child to see WH. Parents don't have access.

Tanaya Kasavana

Will parents ever have access to their kids watch history within Parent Zone?

▮▮▮▮▮▮▮

What's the context of the question? Related to blocking?

Yes, but with a caveat. We haven't designed it at all. Obviously the big issue is child's privacy And bad scenarios. We just need to guard Against that.

I suspect we'll do parent accessible watch history, but the child may have to give the parent permission. Or maybe it's just insights, and not at the video level.

▮▮▮▮▮▮▮

Hi Tanaya, I've created a conceptual/vision deck around this and have done international research around it that I can share with ya. The balance of transparency and privacy will be a debate for quite some time, but I'm hoping that this MVP will push users to request WH type of features which will help define the balance.

▮▮▮▮▮▮▮

Why do parents need to request watch history when we know that they want it? Parent focused features are getting chipped away with SupeX MVP settings which is alarming. I understand we want to respect privacy but we're still talking about under 10 year olds. Some sort of WH should be available.

CONFIDENTIAL



New

let's get on VC real quick.

Just want to be clear:
- For MVP: Parents have to go through their kids device for WH. Same way it works today through YTK. Parents don't have access to unicorns my activity unless they go through the Unicorn. This shouldn't be a chipping away, unless I'm missing something.

- Past MVP, in Parent Zone: We will be provide parents some level access. What that is, how it works, etc. Is all up for debate. Haven't put too much thought into this besides offhand convos with ███████████ (from Family Link team).

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.



GOOG-3047MDL-02616135