# AMENDED Exhibit 1015

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Family Link 2.0 Website Redesign Doc

**FOR GROWTH LAB SEO TEAM (please see full keyword research [ HYPERLINK "https://docs.google.com.████████████████** ████████████████████████ \h ] for reference)

| PRIMARY KEYWORD | SECONDARY KEYWORD | TERTIARY KEYWORD |
|---|---|---|
| parental control(s) (12,100 avg. monthly searches) | filter content/content filtering (4,400 avg. monthly searches) | screen time limits (2,400 avg. monthly searches) |

**Please do not rewrite the recommended Title and/or Meta Description as there are several SEO best practices to consider when doing so. If you have revisions we ask that you leave comments or work in suggested edit mode**

SEO TITLE (65 characters max): Family Link from Google - Family Safety & Parental Control Tools

META DESCRIPTION (150 characters max): Explore Family Link tools designed to help parents set screen time limits, filter content, and better understand how their families spend time online.

URL SLUG RECOMMENDATION: /families.google.com/familylink-parental-control-tools

**Commented [1]:** Approved! ████████

HIGHLY CONFIDENTIAL (COMPETITOR)

| APPROVAL ITEM | APPROVAL STATUS (Y/N)<br>If N - please provide suggested edits/comments - do no revise directly | APPROVER | APPROVAL DATE |
|---|---|---|---|
| [ HYPERLIN K "https://docs .google.com ▮▮▮▮ \h ] | | | |
| [ HYPERLIN K "https://docs .google.com ▮▮▮▮ \h ] | | | |
| URL Slug Review | | | |

HIGHLY CONFIDENTIAL (COMPETITOR)

[ HYPERLINK "https://families.google.com/familylink/" \h ]
[GLOBAL]

| FL Header | |
|---|---|
| Homepage Headline — | Help keep your family safer online<br><br>— |
| Body | With Family Link, you can choose what works decide what's best for your family. Easy to use tools allow you to understand how your child is spending time on their device, share location, manage privacy settings, and more.* |

[Module 1]

| Header | Establish digital ground rules |
|---|---|
| Subheader | Set screen time limits |
| Body | Find the screen time that works best for your child. Family Link lets you set downtime for their device and time limits for apps, so you can help your child find a healthy balance. |
| Subheader | Guide them to age-appropriate content |
| Body | Approve or block apps your child wants to download. Family Link also allows you to choose the right YouTube experience for your child: a supervised experience on YouTube, or YouTube Kids. |

HIGHLY CONFIDENTIAL (COMPETITOR)

[Module 2]

| Header | Manage and secure your child's account |
|---|---|
| Subheader | Protect their privacy |
| Body | Permissions management in Family Link allow you to make meaningful choices about your child's data. You can view and customize~~manage~~ permissions for websites and extensions accessed through Chrome as well as apps downloaded on your child's device. |
| Subheader | Secure their account |
| Body | Family Link gives you access to manage your child's account and data settings. As a parent, you can help change or reset your child's password if they forget it, edit their personal information or even delete their account if you feel necessary. |

[Module 3]

| Header | Stay connected on the go |
|---|---|
| Subheader | See where they are |
| Body | It's helpful to be able to find your family when they're on the go. With Family Link, you can locate your children on one map, as long as they're carrying their device.** |
| Subheader | Get notifications and alerts |
| Body | Family Link delivers critical notifications including when your child arrives or leaves a certain location. You can also ring devices and view the device's remaining battery life. |

## Footer:

* Children and teens can run Family Link on certain Android and Chrome devices. [ HYPERLINK "https://families.google.com/familylink/setup/" \h ].

** Child or teen's device must be powered on, recently active, and connected to the internet.

HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-03721201

[ HYPERLINK "https://families.google.com/familylink/" \h ] [EMEA Only]

| FL Header | |
|---|---|
| Homepage Headline — | Help keep your family safer online. — |
| Body | With Family Link, you decide what's best for your family. Easy to use tools allow you to understand how your child is spending time on their device, manage privacy settings, and more. |

[Module 3]

| Header | **Stay connected on the go** |
|---|---|
| Subheader | Stay updated on battery life |
| Body | It's not always easy to communicate when on the go. With Family Link, you can stay in the know and view a device's remaining battery life. |

HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-03721202

[ HYPERLINK "https://families.google.com/familylink/device-compatibility/" \h ]

**FOR MEDIA LAB SEO TEAM (please see full keyword research** [ HYPERLINK "https://docs.google.com/██████████████████ ██████████████████████████████ \h ] **for reference)**

| PRIMARY KEYWORD | SECONDARY KEYWORD | TERTIARY KEYWORD |
|---|---|---|
| Device compatibility (1,000 avg. monthly searches) | phone compatibility check (1,300 avg. monthly searches) | Family Link android (590 avg. monthly searches) |

**Please do not rewrite the recommended Title and/or Meta Description as there are several SEO best practices to consider when doing so. If you have revisions we ask that you leave comments or work in suggested edit mode**

**SEO TITLE** (65 characters max): Check Your Device Compatibility - Google Family Link
**META DESCRIPTION** (150 characters max): Whether you have a parent account or a supervised child account, discover how to check your device and phone compatibility for Android and Chromebook.

HIGHLY CONFIDENTIAL (COMPETITOR)

| APPROVAL ITEM | APPROVAL STATUS (Y/N) If N - please provide suggested edits/comments - do no revise directly | APPROVER | APPROVAL DATE |
|---|---|---|---|
| [ HYPERLIN K "https://docs .google.com ██████ \h ] | Yes | NT | 10/24/22 |
| [ HYPERLIN K "https://docs .google.com ██████ \h ] | Yes | NT | 10/24/22 |

| HEADER | |
|---|---|
| | |

HIGHLY CONFIDENTIAL (COMPETITOR)

| Headline | Check your device compatibility |
|---|---|

| Audience | |
|---|---|
| Headline | **For kids and teens** |
| Body | Family Link supervision can run on Android devices with version 7.0 (Nougat) and higher. Devices running Android versions 5.0 and 6.0 (Lollipop and Marshmallow) may also be able to have Family Link settings applied to them. See our [ HYPERLINK "https://support.google.com/families/answer/7101025" \h ][ HYPERLINK "https://support.google.com/families/answer/7101025" \h ] for more details. |
| Headline | **For parents** |
| Body | Parents can run Family Link on Android devices running versions 5.0 (Lollipop) and higher, and iPhones running iOS 11 and higher. |

**Commented [2]:** link: https://support.google.com/families/answer/7101025

| 1 | |
|---|---|
| Headline | **Find what Android version you're running** |
| Body | 1. Open the Settings app on your Android device.<br><br>2. Scroll to the bottom.<br><br>3. Tap About phone or About tablet to see your version number. |
| UI: | Phone screen of Android |

HIGHLY CONFIDENTIAL (COMPETITOR)

| 2 | |
|---|---|
| Headline | **Family Link runs on Chromebook too** |
| Body | Stay in the loop when your child signs into a Chromebook with their own account. Family Link supervision can run on Chromebooks with Chrome OS version 71 or higher. |
| UI: | Same picture as on the site right now |

[ HYPERLINK "https://families.google.com/familylink/faq/" \h ][ HYPERLINK "https://families.google.com/familylink/faq/" \h ]

**FOR MEDIA LAB SEO TEAM (please see full keyword research** [ HYPERLINK "https://docs.google.com/█████████████████

█████████████████████████████ \h ] **for reference)**

| PRIMARY KEYWORD | SECONDARY KEYWORD | TERTIARY KEYWORD |
|---|---|---|
| Family link faq (50 avg. monthly searches) | How does family link work (260 avg. monthly searches) | Family link account (210 avg. monthly searches) |

**Please do not rewrite the recommended Title and/or Meta Description as there are several SEO best practices to consider when doing so. If you have revisions we ask that you leave comments or work in suggested edit mode**

**SEO TITLE** (65 characters max): Frequently Asked Questions and Answers - Google Family Link
**META DESCRIPTION** (150 characters max): Discover frequently asked questions and answers about Family Link including how the app works and account specific information.

HIGHLY CONFIDENTIAL (COMPETITOR)

| APPROVAL ITEM | APPROVAL STATUS (Y/N) If N - please provide suggested edits/comments - do no revise directly | APPROVER | APPROVAL DATE |
|---|---|---|---|
| [ HYPERLINK "https://docs .google.com ███████ \h ] | Yes | NT | 11/14/22 |
| [ HYPERLINK "https://docs .google.com ███████ \h ] | Yes | NT | 11/14/22 |

| FAQ | |
|---|---|
| Headline | **FAQ** |

HIGHLY CONFIDENTIAL (COMPETITOR)

| FAQ | |
|---|---|
| Body | We've collected answers to some of the most frequently asked questions about Family Link. If you're already using the app and have a question of your own, you can check out our [ HYPERLINK "https://support.google.com/families" \l "topic=7327495" \h ][ HYPERLINK "https://support.google.com/families" \l "topic=7327495" \h ] for more information. |

| Headline | How it works |
|---|---|
| Question | **How does Family Link work?** |
| Answer | Family Link from Google helps parents stay in the loop and keep their child or teen safer online as they explore across Android and ChromeOS devices.<br><br>First, a child/teen will need a compatible device ([ HYPERLINK "https://families.google.com/familylink/compatible-devices" \h ]). Then, sign the child/teen into the device. If the child/teen is already supervised by Family Link, the sign-in will help them set up parental controls. Parents can also add Family Link from Android Settings if the teen is not already supervised by Family Link.<br><br>Parents can also create a Google Account for their child under 13 (or the [ HYPERLINK "https://support.google.com/accounts/answer/1350409" \h ]). Once complete, children can sign-in to their device with their new account.<br><br>Once the accounts are linked, parents can use Family Link to help them do things like keep an eye on screen time and guide their child to age-appropriate content. |
| Question | **Does Family Link block all inappropriate content for my children?** |

HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-03721208

| Headline | How it works |
|---|---|
| Answer | Family Link does not block inappropriate content, but the settings within provide you with filtering options. Certain Google apps like Search, Chrome, and YouTube have filtering options that you can find in Family Link. Please note that these filters are not perfect, so explicit, graphic, or other content you may not want your child to see makes it through sometimes. We recommend reviewing app settings, and the settings and tools Family Link offers, to decide what is right for your family. |
| Question | **Can parents use Family Link on Android?** |
| Answer | Yes. Parents can run Family Link on Android devices running Lollipop (5.0) and higher. |
| Question | **Can parents use Family Link on iOS?** |
| Answer | Yes. Parents can run Family Link on iPhones running iOS 11 and higher. |
| Question | **Can parents use Family Link on a web browser?** |
| Answer | Parents can manage pretty much all of their child's account settings and features [ HYPERLINK "http://familylink.google.com" \h ][ HYPERLINK "http://familylink.google.com" \h ] No app download needed. |
| Question | **Can children or teens be supervised by Family Link  on Android devices?** |
| Answer | For best results, we recommend that children or teens being supervised with Family Link are using Android devices running version 7.0 (Nougat) or higher. Devices running Android versions 5.0 and 6.0 (Lollipop and Marshmallow) may also be able to have Family Link settings applied to them. To find out more, see our [ HYPERLINK "https://support.google.com/families/answer/7158477" \h ]. |

**Commented [3]:** this website: is familylink.google.com

HIGHLY CONFIDENTIAL (COMPETITOR)

| Headline | How it works |
|---|---|
| Question | **Can children or teens be supervised by Family Link on a Chromebook (ChromeOS)?** |
| Answer | Yes, children and teens can be supervised when they sign into their Google Account on Chromebooks. Parents can do things like manage their child's Chromebook and account settings, and set website restrictions. Learn more [ HYPERLINK "https://support.google.com/families/answer/7680868" \h ]. |
| Question | **Can children or teens be supervised by Family Link on iOS devices and web browsers?** |
| Answer | Children or teens signed into iOS, web browsers, or other unsupervised devices can only be partially supervised. Children and teens can sign into their Google Account on iOS devices and web browsers with their parent's consent. Parents can continue to manage some of their child's account settings on YouTube and Google Search, and those settings will apply when the child is signed in and using Google apps and services on an iOS device or on the web. Other features in the Family Link app, like managing the apps your children can use, filtering what they see on Chrome, and setting screen time limits, will not apply to the child's activities on their iOS device or on the web. Learn more about child/teen sign in on [ HYPERLINK "https://support.google.com/families/answer/9037996" \h ] and [ HYPERLINK "https://support.google.com/families/answer/9043123" \h ]. |
| Question | **How long does it take to set up a child's device and Google Account?** |
| Answer | You should plan to budget about 15 minutes to set up your child's Google Account and Android device. |

HIGHLY CONFIDENTIAL (COMPETITOR)

| Headline | Accounts |
|---|---|
| Question | **Is there a minimum age for a child to have a Google Account managed with Family Link?** |
| Answer | No. It's up to you to decide when your child is ready for their first Android or ChromeOS device |
| Question | **Will my child see ads while signed into their Google Account?** |
| Answer | Google's services are ad-supported and your child may see ads when using our products. However, they will not see personalized ads and you will be provided with tools to identify when the child is seeing ads in apps. |
| Question | **Can I use Family Link to supervise my teenager?** |
| Answer | Yes, Family Link can be used to supervise teenagers (children over the age of 13 or applicable age of consent in your country). Unlike children under the age of consent, teenagers have the ability to stop supervision at any time. If they do, you will be notified and their Android device will be temporarily locked for 24 hours unless you unlock it. As a parent, you can also choose to remove supervision for teenagers at any time without any impact on their device's usability. |
| Question | **Can I use my account I got through school or work to manage my family?** |
| Answer | No. Accounts provided through work or school cannot be used to manage a family group or manage supervision via Family Link. You can use a personal Google Account, such as your Gmail account with Family Link. |
| Question | **Can children have multiple Google Accounts added to their supervised devices?** |

HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-03721211

| Headline | Accounts |
|----------|----------|
| Answer | Not in general. Children are only allowed to add a Google Workspace for Education Account besides their personal supervised Google Account. This restriction helps us maintain important product behaviors. For example, if another account was present on the device, children could switch to that account to download apps from Play without parent approval. |
| Question | **What happens when my child turns 13 (or the applicable age in your country)?** |
| Answer | When your child turns 13 (or the [ HYPERLINK "https://support.google.com/accounts/answer/1350409" \h ]), they have the option to graduate to an unsupervised Google Account. Before a child turns 13, parents will get an email letting them know their child will be eligible to take charge of their account on their birthday, so you can no longer manage their account. On the day they turn 13, children can choose whether they want to manage their own Google Account or continue to have their parent manage it for them. As a parent, you can also choose to remove supervision at any time when the child is over the age of 13. |

Markets:
- [ HYPERLINK "http://manage" \h ]

HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-03721212