# AMENDED Exhibit 1017

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-05042542



# Supervision onboarding for ▮▮▮▮▮

Part of Kids Platform Pillar

Last updated: Aug 2022

## How we measure success

  

**19M**
28D Active **Parents**

**34M**
28D Active Kids
**on supervised devices**

**4.3/4.6**☆
Family Link rating
**Play Store / App Store**

Awareness of Family Link among parents today is low (~15%)