# AMENDED Exhibit 1020

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Help Center          Announcements                                                                    Partner Operations KB ⧉

Weekly announcements          Agent resources          How to share feedback

Kids  ›  **Supervised Experiences for Teens**

Note: Keep an eye on who is CC'd on your cases. Remember to remove any executives that have been CC'd on your replies to users (at all interaction points).

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                                        GOOG-3047MDL-05719044

Kids

📄  Child Safety initiative

📄  Made for kids

📄  Performance diagnosis for Kids content

📄  YouTube Kids

📄  Age Appropriate Design Code (AADC)

📄  What to do if a kid contacts support

📄  Supervised Experiences for Pre-teens

📄  **Supervised Experiences for Teens**

# Supervised Experiences for Teens

Last updated: September 4, 2024

## Overview

We will expand our YouTube supervision offerings for families in August 2024, introducing a new supervised experience designed for teens and their parents.

Review the Supervised Experiences for Pre-Teens ☑ article to learn about our current supervision offerings for users under 13 (or the appropriate age in their country/region ☑ ).

Parents and teens can voluntarily link their YouTube accounts through the YouTube Family Center, granting parents access to a **Channel Activity** dashboard that provides insights into their teen's YouTube usage. Additionally, parents receive email alerts for key events such as video uploads or live stream starts.

The Channel Activity dashboard provides the following insights:

- The channels owned by a teen and the channel names where they can upload videos. Parents can see details like profile picture, channel banner, handle, bio, and number of subscribers.
- The total number of public, private, and unlisted videos (including long-form videos and Shorts) uploaded by the teen to their channels.
- The number of live streams hosted by the teen on their channels.
- The number of comments posted by the teen on other videos.
- The number of channels subscribed to by the teen.

## Troubleshooting

[██████████] If the parent or teen (over the age of consent) is experiencing any of the issues below, please consult with the ██████████████.

- Issues with linking accounts in YouTube Family Center.
- Not receiving notifications of new uploads/live streams.
- Questions about the Channel Activity dashboard.

> Do not provide support to users under the age of consent ☑ . If contacted by underage users, follow the workflow outlined here ☑ .

### Canned Responses ⌃

| Topic | Hotkey |
|---|---|
| What is the YouTube supervised experience for teens? | ██ ██ |
| How is a teen supervised experience different from a pre-teen supervised experience or YouTube Kids? | ██ ██ |
| With a teen supervised experience, what channel activity info can parents see about their teen? | ██ ██ |
| What email notifications do parents get when their teen is using a supervised experience? Do teens get them too? | ██ ██ |
| With the introduction of teen supervised experiences, are there any changes to pre-teen supervised experiences? | ██ ██ |

### [External] FAQs ⌃

**How is this different from the current supervised experience for pre-teens on YouTube? What about YouTube Kids?**

- Every family's relationship with media and technology is different, so we offer options for you to decide what's best for yours. We regularly update our products to meet the diverse needs of families and deliver age-appropriate experiences, and do so in consultation with our advisory committee ☑ of independent experts. As kids get older, their unique developmental needs and online journeys change. We recognize that by offering different experiences and choices for families:
  - Since 2015, we have offered **YouTube Kids** as a separate app built from the ground up for kids to explore. This app is designed for an under-13 audience, and offers content settings and parental controls for parents to choose the best experience for their child.
  - And in 2021, we introduced **supervised experiences for pre-teens** on YouTube. These supervised experiences are designed for a pre-teen (or "tween") audience, and allow parents to give their kid access to the YouTube experience while managing their content settings and controls.
  - And starting in Aug 2024, we are offering a new option that is designed for teenagers and their parents. This **supervised experience for teens** on YouTube allows parents and teens to voluntarily link accounts, to help give parents insights about their teens' creation and participation journey on YouTube, spark conversations between parents and teens, and provide in-the-moment learning opportunities about how to safely

GOOG-3047MDL-05719045

create on YouTube.

**How do I set up this supervised experience for teens?**

- To set up the supervised experience for teens:
  1. Navigate to YouTube Settings, by selecting 'You' from the bottom navigation bar and then selecting the Setting gear icon.
     a. On Desktop, you'll need to select your profile picture in the upper-right corner and then select 'Settings'.
  2. Select 'Family Center'.
  3. In the YouTube Family Center:
     a. If you are a parent, select 'Invite a teen'.
     b. If you are a teen, select 'Invite a parent'.
  4. Select 'Create Invite'. This will then generate a unique QR code, or an option to share a link instead.
     a. If you are a parent, the QR code must be scanned on your teen's device.
     b. If you are a teen, the QR code must be scanned on your parent's device.
  5. Once the invite has been accepted, accounts will be linked!
     a. If you are a parent, you'll see your linked teen's account in Family Center, along with their channel activity dashboard.
     b. If you are a teen, you'll see your linked parent's account in Family Center.

**What email notifications will parents receive? Do teens get these emails too?**

- During account linking, emails will be sent to teens & parents:
  - When the parent or teen invites the other to initiate the linking process.
  - When the linking process has been completed and supervision is set up.
  - If the linking request is rejected by the other party, or if supervision features are turned off (either by the parent or the teen).
- At key events, parents receive email notifications when:
  - The teen uploads a new video (either public, private, or unlisted) – including both long-form videos and YouTube Shorts.
  - The teen starts a live stream.
  - If the video privacy settings are updated for videos (e.g. a video is changed from Public to Private).
- Note that teens will also receive emails letting them know that we've notified their parent. This is to help ensure transparency between the parent and the teen throughout this supervised experience.

**Can I opt-out of email notifications, but keep accounts linked to still see metrics and information in the channel activity dashboard?**

- Yes, users will have the ability to turn off email notifications if they no longer wish to receive these. Turning off email notifications will not revoke supervision, however – accounts will remain linked and parents can still see insights in the Channel Activity dashboard.
  - To turn off email notifications:
    1. Navigate to YouTube Settings, by selecting 'You' from the bottom navigation bar and then selecting the gear icon
    2. Select 'Family Center'
    3. Select 'Notifications', and turn off emails

**Can I turn off supervision? How?**

- Yes, either teens or parents will have the ability to turn off supervision on YouTube at any time in YouTube Family Center. This is a voluntary experience for parents and teens to use. If a teen turns off supervision after accounts have been linked, the parent will receive an email notification alerting them that supervision has been turned off.
  - To turn off supervision:
    1. Navigate to YouTube Settings, by selecting 'You' from the bottom navigation bar and then selecting the gear icon
    2. Select 'Family Center'
    3. If you are a parent, select your teens' account that you want to turn off supervision. If you are a teen, select your parent's account.
    4. Select 'Turn off supervision features'
    5. Once supervision has been turned off, the teen's account will no longer be visible in the parent's Family Center. The parents can re-invite their teen to set up supervision again at any time.

---

Resources                                                              ︿

- Help Center article ⧉
- go/ytcomms-TeenSupervision ⧉

⚑ Give feedback about this article

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    GOOG-3047MDL-05719046



©2024 Google – Privacy Policy – Terms of Service

HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-05719047