**AMENDED Exhibit 1026**

**PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Teen Well-being

—

## Mission: Fun, Responsible, Useful

May 3, 2022

**Youth Team**



**EXHIBIT**

**2**

YOUTUBE-NIEDERMEYER

PRIVILEGE

Privileged &
Confidential

CONFIDENTIAL

GOOG-3047MDL-01372609

## Slide 1 Notes

Hi everyone, today we're talking about youth well-being

CONFIDENTIAL

# well-being

(noun) \ ˈwel-ˈbē-iŋ

an overall outcome described as judging life positively and feeling good;

primarily characterized by its emotional, social, physical, and developmental components

*Centers for Disease Control: Well-being Concepts*




CONFIDENTIAL

Privileged &

GOOG-3047MDL-01372611

Slide 2 Notes

Intro
Youth team:
- Developmental needs of youth
- Started by looking at developmental needs of young kids and creating a kids quality metric & signal to reduce low quality & raise high quality kids content.
- Now thinking about developmental needs of teens & exploring the teen wellbeing problem

What is Wellbeing?
In general terms, wellbeing is an overall outcome described as judging life positively and feeling good. It can be further broken down into sub-components, primarily emotional wellbeing, social wellbeing, physical wellbeing, and developmental wellbeing.

Wellbeing is particularly important for teens because positive wellbeing enables them to deal with the challenges of adolescence and eases their transition into adulthood.

https://www.cdc.gov/hrqol/wellbeing.htm

CONFIDENTIAL

GOOG-3047MDL-01372612

# Teens are different from adults…

## Forming an identity

**Teens are establishing their identities and understand who they are *in relation to others***



## Highly Impressionable

**The perception of norms, influenced by external cues like social media, *shape behavior***



## More Impulsive

**Teens are "sensation seekers", look for and *emulate extreme experiences* without**



*TLDR:* **Teens look to external cues to establish norms and are easily influenced by the repetition of messages they see online.**

Source: Teen Psychology UXR

CONFIDENTIAL

Privileged &

GOOG-3047MDL-01372613

## Slide 3 Notes

 Slide

In the context of teens, they are particularly sensitive because teens have different developmental needs from adults. The 3 key developmental factors of teens:

- They are still forming their identity
- They are highly impressionable
- They are more sensation seeking

Thus, teens are looking for external cues to establish norms and more heavily influenced by the repetition of messages online.

CONFIDENTIAL

# YT has a suite of interventions to support teen wellbeing challenges, but there is a gap.



CONFIDENTIAL

Privileged & Confidential
GOOG-3047MDL-01372615

Slide 4 Notes

What does this mean for YT?

YT has a suite of interventions to support the top wellbeing challenges teens face, but there is a gap.

Led by foundational efforts across many other teams, these examples show how we support wellbeing challenges for all users.

For instance, on the left, a challenge could be spending too much time on YT, and for that we have take a break reminders. Challenges on the left affect more people but might have lower impact per individual.

On the right, a smaller # of people face high impact challenges, like moment of crisis or watching a video with harmful mental health misinfo, and examples of our support there are the crisis onebox and raising authoritative content.

Wrt teens, we aren't finished in these areas; however, the biggest gap in our intervention space is the Problem of Volume: content problematic in volume, which is teens watching too many potentially negative videos that impact their wellbeing, and that's what we're going to talk about today.

_____

These are examples of support we have in general for all users, but we aren't finished in these areas and there is ongoing work to adapt some of these to be more teen centric. However, the biggest gap in our intervention space is the problem of volume, which is what we're talking about today.

There is a foundation of work led by other teams, but wrt to teens, this is an effort we need to focus on and should adapt some of these foundational work to be more teen centric

CONFIDENTIAL

GOOG-3047MDL-01372616

# Problem: Watching a <u>high volume</u> of content that has potential negative impact (PNI) to wellbeing

For example, negative social comparison of physical appearances:



| Fake A Nose Job with Makeup I Christen Dominique | How to have snatched nose 🔪 #shorts #makeup... | How to Contour the NEW Technique! I Christen... | How to fake nose job with Makeup 👃#JazMakeupTips... | viral contour hack   #shorts #contourhack... | TWEEZER NOSE CONTOUR HACK?! | NOSE CONTOUR HACK!! *snatched nose everytime... | ;ATISFYING CONTOUR !LENDING VIDEO!!! | Sydne... |

 **Quotes from Teen Developmental Experts**

"Watching too many, someone may start thinking:
"

"Seeing these on repeat as they construct worldview
"

Privileged & Confidential

CONFIDENTIAL

GOOG-3047MDL-01372617

## Slide 5 Notes

To reiterate, the problem is teens are watching a high volume of content that has potential negative impact (or PNI) to wellbeing by repeating skewed norms.

Example: Negative social comparison videos that are all sending the same message to teens "make your nose smaller because that's better".

In our lit reviews & consultations with developmental experts,, they have said that too much of this content may lead teens to normalize this and feel pressured to do the same thing because their perception of reality is distorted

A key point we want to make here is that it's a problem of volume, and individually, or even a few of these videos may be OK.

CONFIDENTIAL

# A feed in a teen session can have a high volume of videos that repeat the same message



**Negative Social Comparison**

*Concentrated*



*May be OK*





*Concentrated*



*A feed in general terms could be a WatchNext panel, Home page, or Shorts Player

CONFIDENTIAL

Privileged &

GOOG-3047MDL-01372619

## Slide 6 Notes

Once you watch a few of these, your feed might become concentrated w/ a high volume of content that repeat the same message.

Example: Social Comparison video, which is OK on its own, but sometimes the Watch Next feed may have many more videos that repeatedly make negative social comparisons of physical features.

Video Watchpage: https://www.youtube.com/watch?v=SiTagRKUGYY

CONFIDENTIAL

# Not all videos from one genre are negative. We worked with T&S and developmental experts to objectively define PNIIV video attributes

| Non-problematic | Problematic in Volume | Problematic in 1 Video |
| --- | --- | --- |

**Neutral or positive videos** highlight or enhance a natural feature, but not to look "more attractive"





Negative Social Comparison videos encourage drastically altering physical features to obtain an idealized physical appearance by containing:

- **Sharp contrasting imagery** where one appearance is judged to be "better"
- **Comparison commentary** on appearance attractiveness
- **Explicit calls to change** appearance for something "better" (eg. "do this to look hot")



Policy-violative videos show glorification or promotion of disorders.



CONFIDENTIAL

## Slide 7 Notes

We want to be able to differentiate videos in the same genre by identifying the objective attributes that make it encourage negative social comparison.

We're also collaborating with T&S and developmental experts to define these.

On the left, a video that highlights or enhances natural features but not necessarily to obtain an idealized appearance is neutral or positive

In the middle, a video that's problematic in volume encourages social comparison by containing:
1) Sharp contrasting imager,
2) Comparison commentary, OR
3) Explicit calls to change
That encourage drastic alterations to physical features to obtain an idealized appearance.

On the right, the most egregious video is policy violative when it shows glorification or promotion of eating disorders.

CONFIDENTIAL

GOOG-3047MDL-01372622

# Top 3 categories of concern from developmental experts.

In volume, this content has **P**otential **N**egative **I**mpact (PNIIV) to teens & wellbeing

### Negative Social Comparison
Encourage drastically altering physical features to obtain an idealized physical appearance.




**Remove Fat in 2 WEEKS!...**



**SLIM YOUR FACE…**

### Social Aggression
Display realistic intense physical or non-physical aggression, including school altercations, road rage, and disruptive plane passengers.



**Street Fight**



**Girl Fight on Cam…**

### Antisocial Behavior
Encourage humiliating others, such as name-calling, gossiping, spreading rumors, excluding from a group, and "stealing" friends.



**Influencer being rude**



**SHE GOT DUMPED FOR THIS**

## Consulted with child development experts **globally**













CONFIDENTIAL

Privileged & GOOG-3047MDL-01372623

## Slide 8 Notes

Negative Social Comparison isn't the only type of PNI. Child development experts have also identified other types of content problematic in volume.

 social aggression, which is…

And anti-social behavior, which is…

The content types that are problematic in volume.

***Literature review***

CONFIDENTIAL

GOOG-3047MDL-01372624

# These concerns have also been escalated in the news by parents & KOFs

| Negative Social Comparison | | Social Aggression | Antisocial Behavior |
|---|---|---|---|

**The New York Times**

 **Canadian Broadcasting Corporation**

**NBC 15** Local News

**Education Week**

A social media diet of perfect bodies is spurring some teenage boys to form "bigorexia"

Thousands of videos perpetuating an unrealistic standard…make you feel like you're the only person who isn't already "that girl"

Five teens facing charges for attacks on homeless. "The fact that they were going to capture this on video and then share this on social media played a big role."

Students are behaving badly in class. Excessive screen time might be to blame.





Becoming "That Girl" is Toxic



AUBURN POLICE

AUBURN POLICE FILE MORE CHARGES AGAINST TEENS DURING INVESTIGATION INTO ASSAULT ON HOMELESS    HAPPENING NOW



2
CONFIDENTIAL

Privileged &
GOOG-3047MDL-01372625

## Slide 9 Notes

We've also seen many of these escalated in the news by parents & KOFs and there is an ongoing social listening study to quantify social buzz around this problematic content.

Our plan is to start by defining one of these types clearly,

## Slide 9 Comments

1      ▇▇▇▇▇▇▇▇▇▇ were you looking for negative headlines?
     _Assigned to ▇▇▇▇▇▇▇_
     ▇▇▇  10/18/2022 10:11 PM

2      Update images
     ▇▇▇  4/25/2022 03:02 PM

3      skip this if short on time
     Erin Turner,  5/2/2022 05:28 PM

CONFIDENTIAL



# Why Now? YT can do more to support teens and their wellbeing

From teen perception survey responses and the internal responsibility product audit, YT risks falling behind



Teen wellbeing & mental health are in "crisis"

## U.S. Surgeon General Issues Advisor Mental Health Crisis Further Exposed Pandemic

**Get off social media after a half hour and you might be happier**

A new study recommends limiting your time on social media to around 30 minutes a day.

Increased regulatory scrutiny & legislation for tech companies



platforms and other interactive digital service providers should be required to prioritize and ensure the health, safety and well-being of children

1 Source: Comparison on Youth Responsibility Product Audit

2 Source: Q4'21 Brand Health Tracker. Showing TB/T2B perceptions among weekly+ users of the platform, aged 14-17 years old.

3 US Surgeon General Issues Advisory on Youth Mental Health Crisis

4 Source: Whitehouse FACT SHEET President Biden to Announce Strategy to Address Our National Mental Health Crisis

YouTube

CONFIDENTIAL

Privileged &

GOOG-3047MDL-01372634

# How much of our feeds is concentrated on potentially <u>n</u>egative <u>i</u>mpact content?



██% of WN panels have high concentration of PNI*

██% of Shorts Player feeds have high concentration of PNI**

**Directional** estimates based on ████████████
High concentration is ██ ███████████████████████████
████████████████
████████████████████████
██████████████████████████████████

Privileged & Confidential
GOOG-3047MDL-01372644

CONFIDENTIAL

# Encouraging negative social comparison

**Quotes from Experts**

"Watching too many, someone may start thinking:"

"Teens struggling with these issues"



**Girl lets me into her parents' MANSION**
Female character lets narrator into her house to show off her parents' expensive mansion



**Captain Bling Bling Is A Gentleman**
Characters showing off all of the luxury gifts they purchased for their anniversary



**How to Whiten Your Teeth**
Character encourages getting whiter teeth using hydrogen peroxide.



**CONTOUR WITH ME**
Female character piles on makeup and contours her neckline and shoulders to look "muscular".



**Huge Transformation | Fat to Shredded | Gym Motivation**
Character shows scenes of himself at the gym and bulking

CONFIDENTIAL

Privileged & Confidential
GOOG-3047MDL-01372649

Slide 22 Notes

Let's take a look at some example categories that we've identified may be potentially negative in high volume due to teens' developmental characteristics. These are not definitive categories or comprehensive by any means, but are early examples for demonstrative purposes.

Like we mentioned before, a positive sense of self is vital because it shapes a teen's perception of belonging not just for their teen years but for most of their adult life

Thus, a high volume of content that encourages negative social comparison may establish or reaffirm negative or unrealistic norms during a formative time in teens' life when they are figuring out their own sense of self.

Here are some examples showing negative social comparisons of expensive mansions, excessive material possessions, and even altering physical features and ppearances.

CONFIDENTIAL                                                                    GOOG-3047MDL-01372650