# AMENDED Exhibit 1028

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-00236723







To make product that addresses heavy habitual on the platform we must consider both expert recommendations as well as user perception (survey).

| 2hrs | 4hrs | 6hrs |
|---|---|---|
| **AHA recommendation*** **for daily screen time** | **Screen time likely uses all free time. Starts to cut into protected time** | |

1 hr 26 mins **Average Daily YT WT AGE 13-24**

**10%** of users age 13-24 watch **2hrs** habitually

**5%** of users age 13-24 watch **3hrs** habitually

**1-2%** of users age 13-24 watch **4hrs** habitually

**Product limit-setting defaults should be set to 2 hrs or less.**

**Targeted alerts and active education depending on pattern of use**

Alerts and active education will be targeted to the users with behaviors that predict heavy habitual perception. It likely will be in this range. See "Heavy Use_Metric" work.

Why 2 hrs:
AHA scientific positioning based on 185 studies and sources.
https://docs.google.com ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Other insights:
_ Dose dependent, the more watch time, the more effects
_Preventative care is more effective intervention. For Youth, start early.

Estimated 69M Teens on YouTube
Estimated 390M Young Adults on YouTube

Habitually = 4 or more days a week on the week we surveyed

** Global. Computed based on sample of signed in users April 2018:
https://docs.google.com ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**4 hr 45 min**
**Average 18+ TV usage, US**