# AMENDED Exhibit 1037

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-00995283





On digging in we've found 3 key concerns highlighted by parents experts and youth - first problematic content, that does not necessarily violate policy but when consumed in high frequency can be detrimental,  second habitual heavy use - i.e. endless scrolling and unintentional consumption and third which will begin to play a larger part as we launch ▮▮▮▮▮▮▮▮▮▮ - risky particpiation



**Most unique thing about teens & tweens is their identity development**

1. **Sense of identity is still in formative stages**. External cues have stronger influence on them.

**Similar to younger kids**

1. **Self-regulation is still not as developed**, so they are less able to moderate in the reflect when they're watching thrill-seeking content

2. **Less able to put things in context** compared to adults and are more susceptible to performatory videos.

# APPENDIX

Proprietary & Confidential

## Teens & Tweens are in a unique developmental stage

**Most unique about teens & tweens is their identity development**

1. **Sense of identity is still in formative stages**. External cues have stronger influence on them.

**Similar to younger kids**

1. **Self-regulation is still not as developed**, so they are less able to moderate in the moment when they're watching thrill-seeking content

2. **Less able to put things in context** compared to adults and are more susceptible to performatory videos.



Owls Notes:
https://docs.google.com/

On of the themes you've heard us talk about before is younger kids have lower levels of self-regulation, and that's still an issue for teens and tweens.

## Slide 1

5    this is great but too dense. suggest making a copy in appendix and cutting this down. i like the visual.
Erin Turner; 3/8/2022 8:05:57 PM

6    ███████████████
Erin Turner; 3/8/2022 8:05:57 PM

## Teens & Tweens are in a unique developmental stage

1. **Sense of identity is still in formative stages**. Teen identity develops as teens try out different roles and attitudes in different settings. A positive teen self-identity is vital because it shapes a teen's perception of belonging for teen years and most of adult life.

2. **External cues have stronger influence** on teens and they can take external cues from what they see online. Inundation of the same cues from online content can greatly influence their identity development.

3. **Self-regulation is not as developed** in their prefrontal cortex, so they are less able to moderate and self-reflect in the moment.

4. Teens are **less able to put things in context** compared to adults

5. **Thrill-seeking content are more appealing to teens** than adults, such as content with shock factor, "look at me" attitude, and para-social connections (relating/creating relationships with an influencer from watching them)



Owls Notes:
https://docs.google.com

