# AMENDED Exhibit 1041

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native



CONFIDENTIAL

GOOG-3047MDL-01776693



Responsibility

# What does taking responsibility look like?

## Analogous Industry: Automotive Industry

| TOOLS | ENVIRONMENTAL NUDGES | REGULATION |
|---|---|---|

  

Seat belts reduce serious crash-related injuries by half.

Road diets improve safety by reducing traffic and improving driver attentiveness. It reduces overall crash frequency by 43%

In CA, teens drivers, for the first year, must be accompanied by an adult when driving between 11p-5a. (among other rules)

## Analogous Industry: Food Industry

| TOOLS | ENVIRONMENTAL NUDGES | REGULATION |
|---|---|---|

 





Nutritional labels and portion-sizing education gives people tools to make food choices

Small plates make people feel fuller than big plates. Salads are placed first in school cafeterias so that kids take more healthy options first.

In CA, a bill proposes the default beverage that is part of a kid's meal be milk or water. In SF, one-cent-per-ounce Sugary drink Tax passed for distributors in 2018.

## Why take responsibility

W◻L-I

Especi
h, rathe

**USERS FIND IT HARD TO MAKE RATIONAL DECISIONS IN THE YT ENVIRONMENT WE DESIGNED**
Youtube is not a neutral environment. It's been optimized over the years to increase people's time and attention on the platform.

**MANY PEOPLE AREN'T AWARE OF HOW THEIR USAGE AFFECTS THEM.**
The positive effects of YouTube are intertwined with the negative. The utility and entertainment value of YouTube often outweighs the side effects.

**MANY OF OUR HEAVIEST USERS, OFTEN YOUNG PEOPLE, DON'T FEEL THEY NEED HELP WITH DIGITAL WELLBEING.**
Teens and young adults are more vulnerable and need extra guidance and education.

**WELLBEING IS MULTI-DIMENSIONAL AND IS A RESULT OF DIFFERENT PLATFORM BEHAVIORS**
One size fits all won't work. A suite of tools is need to address that variety of behaviors and effects.

**YOUTUBE IS NOT A NEUTRAL ENVIRONMENT.**
It's been designed over the years by PMs, Engineers and Designers (and even user's unconscious behaviors) to optimize for more of users' time and attention.

**027**

Slide 1

I agree with the top level point about how user behavior is irrational (or better maybe unconscious would be a better word?). But the explanation seems to take me in a different direction and a different point. While I agree that a targeted approach makes sense, it doesn't fit under "why take responsibility." It's more of a "how to take responsibility" point.  The point about teens / young people is potentially a different point which is that there are populations who are vulnerable and need extra attention / protection. Final point: Irrationality and netrual environment might be the same point .Which is that the environment (we design) has a huge impact on people's behaviors despite their intentions.
█████████ 8/21/2018 11:19:13 PM

028



https://www.usatoday.com/story/opinion/2018/08/22/netflix-not-trusted-content-proves-turned-back-families-column/1012736002/



## International institutional efforts curb usage

**FRANCE**
France Bans cell phones from school for children under 15.

**CHINA**
China's rising cases of myopia in children leads them to restrict gaming

**SOUTH KOREA**
South Korean creates Cinderella law banning users under 16 from playing games between midnight and 6am.

**FINLAND**
City of Helsinki has education campaign for parents after study shows they have highest data use.

https://amp.businessinsider.com/france-bans-children-using-phones-at-school-2018-9

Taking responsibility means truly considering users' best interests, having informed expert guidelines, and standing by our principles.

Raw thoughts (

Taking a responsibility means…

… having solid principles and guidelines to stick by as north star when decisions get hard to make

… taking a more active stance on populations that truly need the help (teens for example) "Duty"

… making hard choices as a company even if it hurts our overall metric.

…Trust

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-01776693

**BEGATTACH:** GOOG-3047MDL-01776693

**ENDATTACH:** GOOG-3047MDL-01776693

**PRODVOL:** PROD022

**Custodian:** BESER, JAMES; ▮▮▮▮▮▮▮▮ KASAVANA, TANAYA; ▮▮▮▮▮▮▮▮ RAMNATH, JYOTI; TURNER, ERIN

**File Path:** /NATIVES/NATIVE177/GOOG-3047MDL-01776693_CONFIDENTIAL.PPTX

**Confidentiality Designation:**

**HASHVALUE:** D7ED36816FEE42FA096DFB87F46FC109

**Document Type:** POWERPOINT

**Author:** ▮▮▮▮▮▮▮▮

**Family Date:** 2/12/2024 5:39 PM

**Last Modified Date:** 2/12/2024 5:39 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** -MEGA- YT WELLBEING VISION - ATTORNEY-C_1R_W6G9ES7_VW-FMERMMU0NDFOQPQGLBZMCUZDZP4VSQ.PPTX

**Title:** [MEGA] YT WELLBEING VISION - ATTORNEY-CLIENT PRIVILEGED _ CONFIDENTIAL.PPTX

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

Subject:

REDACTION TYPE:

REDACTIONS: NO