**AMENDED** Exhibit 1048

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

HIGHLY CONFIDENTIAL (COMPETITOR) - EXPORT CONTROL PROTECTED MATERIALS GOOG-3047MDL-05530744.ECM

| Project / Area | 2018 OKRs — Objective | Key Result(s) | 2018 Score & Rationale | Q1 2018 OKRs — Objective | Key Result(s) | KR Score & Rationale | Q2 2018 OKRs — Objective | Key Result(s) | KR Score & Rationale | Q3 2018 OKRs — Objective | Key Result(s) | KR Score & Rationale | Q4 2018 OKRs — Objective | Key Result(s) | KR Score & Rationale | For Product Ops — Ops Review | YT Stats |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Wide DAU target | 1.64B DAU (+22% y/y) | | | 1.45B DAU | | | 1,480M DAU | | | 1.6B DAU | | | 1.7B | | | | |
| | Grow notifications reach and impact | 200m DNO, 50m DAVs from algorithmic notifications | | Grow notifications reach and impact | | | Grow notifications reach and impact | | | Grow notifications reach and impact | | | Grow notifications reach and impact | | | | |
| Notifications | Quality and Sustainabilit | | | Quality and Sustainability | | | Quality, responsibility and sustainability | | | Quality, responsibility and sustainability | | | Quality, responsibility and sustainability | | | | |
| | Improve HP engagement for casual users | | | Improve HP engagement for casual users | | | Improve HP engagem | | | Improve HP engagement for casual users | | | Improve HP engagement for casual users | | | | |
| Casual to Core | Habit formation | | | Habit formation | | | | | | Explore Entertainment as a path to habit formation | | | Explore Entertainment as a path t habit formation | | | | |
| Embedded Player | | | | | | | | | | row DAVs via Embed Nativ DK integrations | | | Grow DAVs via Embed Native SDK integrations | | | | |
| | | | | | | | | | | rive more traffic to YouTube | | | | | | | |
| | Improve discovery for fDAVs | | | Improve discovery for fDAVs | | | | | | | | | | | | | |
| | Increase fDAV content supply | | | Improve content for fDAVs | | | | | | | | | | | | | |
| | Deepen engagement wit fDAVs | | | Hire Casual User PMM | | | | | | | | | | | | | |
| Underserved audiences | Increase 35+ reach | | | Increase 35+ reach | | | | | | | | | | | | | |