# AMENDED Exhibit 1049

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

HIGHLY CONFIDENTIAL (COMPETITOR)

GOOG-3047MDL-03928001



Hi everyone and welcome to the 2021 notifications summit! My name is Ofer and I'm on the Growth and Notifications (GaNT) team and am one of this year's organizers. Over the next two days we're excited to bring speakers from across the company together to share the latest in notification strategies, analysis insights, and platform updates.

When we first started talking about this year's summit back in June we were optimistic that we would be able to meet all of you in person but unfortunately our travel is still limited due to the pandemic and of course our top priority is the health of all of us so we are doing it virtual one more time. If you attended last year's summit you already know how this work but I'll go over some logistics for the people who this is their first time.

## YouTube's Journey

### 2015

<320M daily sends
240M daily recipients
<10M daily algo sends
Algo notifs: +0.225M inc. DAV

### 2021

14.3B daily sends (5.2T per year)
1.65B daily recipients
3.1B daily algo sends
Algo notifs: +44M inc. DAU (2.3% of YT)

Confidential & Proprietary

We started with nascent efforts in 2015, and didn't always get it right. Now we've grown to huge scale, reliability and generated a lot of growth. Centhithread bug from 2015: b/22460838 (397 comments) from when we got recs wrong

Sources
2015 algo sends citation: ███████████████████████
████████████████████████████
2015 growth citation ████████████████████████████

009