# AMENDED Exhibit 1053

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

| | |
|---|---|
| **From:** | Katrina Echt ████████████ |
| **Sent:** | 1/26/2023 9:31:23 PM |
| **To:** | ████████████ |
| **Subject:** | Re: Some non published data (Metal Health and Parents) |



We certainly do have a lot to do :)  I love your reframing here.  I'm so thankful for your fresh perspective and passion and I can't wait to see how you apply it to solving some very big opportunities for YouTube!

More to come from me once I have more details on project staffing this quarter.  I should know more Friday/Monday, but in the meantime here is a copy of the multi-format research brief that PMM ████████ ████████ drafted in case you want to see the current list of business questions they're seeking to answer.  When/if we confirm you'll be the Insights Lead on the project, I'll introduce you to ████████ and ████████ on the Core team so we can align on project scope/phasing, identify a vendor, etc

Kat

\* \* \* \*

**Kat Echt | YouTube Marketing Insights**
*Want more Insights? Check out our hub at* **go/youtube-viewer-insights**
*Feedback for me?  Fill out this* **anonymous form** *(go/kat-feedback)*

On Thu, Jan 26, 2023 at 1:21 PM ████████████████ wrote:
Please see my POV below in red.

On Thu, Jan 26, 2023 at 12:30 PM Katrina Echt ████████████ wrote:
Sharing data that could be used/referenced by those not in favor of certain beauty/fitness filters so you are aware.  YT will definitely be under the microscope if it's perceived to be encouraging **unrealistic** standards (As AI evolves, the world will be in a more unrealistic virtual space - a new norm. This comment sounds like an old school, just like all other migrations: from SMS to GPT, TV to Internet, landline to mobile, long to shots,...As of now, we never met in person, I couuld be an "AI" to the team😊)  for people viewing the content. **But creativity loves constraint.** (really?) If people want these filters (as evidenced by app popularity) perhaps the question becomes **"how do we responsibly provide features that can augment a person's appearance?"** (First of all, define the score of responsibility on a person's appearance, classify "responsible" and "irresponsible" features, then answer the question: "**who has the right to decide users apearance on any platform?**" Under the political-correctiness scrutiny, It could be a delemma/a struggle/a fight? But at the end of the day, it is always the users/people themselves to make their decisions, on any of the plafforms.)
**What we need to do**: bring KOFs with us into the new reality, in a friendly way (visual instead of Slides/reports, e.g. stories in short videos), build relevance around them: show them how their friends and kids live on TikTok today and GPT tomorrow.
We have a lot to do

\* \* \* \*

**Kat Echt | YouTube Marketing Insights**
*Want more Insights? Check out our hub at* **go/youtube-viewer-insights**
*Feedback for me?  Fill out this* **anonymous form** *(go/kat-feedback)*

GOOG-3047MDL-00085593

---------- Forwarded message ---------
From: ██████████████    ███████████████████████
Date: Wed, Nov 30, 2022 at 11:55 AM
Subject: Some non published data (Metal Health and Parents)
To: Katrina Echt ███████████████████

Hi Kat,

Wanted to reach out with some new insights that ████ just shared with me. Below are some findings from a September survey that shows how different demos view social media as impacting their mental health.

What stuck out to me from the below chart was how Gen Z adults, across age demos, were most likely to say that social media had a somewhat negative or strongly negative effect on their mental health.



### Social Media's Impact on Mental Health

Respondents were asked if they thought social media had a positive or negative effect on their mental health

| | Somewhat or strongly negative | Somewhat or strongly positive |
|---|---|---|
| All adults | 40% | 26% |
| Gen Z adults | 46% | 33% |
| Millennials | 37% | 45% |
| Gen X | 40% | 34% |
| Baby boomers | 42% | 25% |

MORNING CONSULT                  "Don't know/no opinion" responses are not shown.

Survey conducted September 17-18, 2022, among a sample of roughly 2,200 U.S. adult social media users, with an unweighted margin of error of +/-2 percentage points.

Another chart of interest is the one below - reasons why parents have recently stopped their kids from using social media. This seems relevant to YouTube in its efforts to keep YouTube Kids as a safe environment for young users, and indicates what YouTube should market most as features of YouTube Kids to parents that are deciding whether the platform is right for their children.



### Share of Parents Who Said Each Was a "Major" Reason Why They Stopped their Children from Using a Social Media Platform

Q: Thinking of the social media platform(s) you stopped your child(ren) from using, are any of the following a reason for stopping?

| Reason | % |
| --- | --- |
| It was too easy for strangers to communicate with my child(ren) | 57% |
| There was too much inappropriate content on the platform | 54% |
| The platform was bad for my child(ren)'s mental health | 52% |
| No longer trusting the platform | 51% |
| My child(ren) were using the platform too much | 50% |
| There wasn't enough relevant content for my child(ren) on the platform | 44% |
| My child(ren) were being cyberbullied | 41% |

Survey conducted from September 17-18, 2022, among 209 U.S. adult parents who said they stopped their child(ren) from using a social media platform for any reason within the past 12 months, with an unweighted margin of error of +/-7 percentage points.

M MORNING CONSULT

The data/insights above have not been published in any content from our team, so hope these extra data points prove to be useful to your team. Let me know if there are any questions!

Best,

█████

--

█████ | Managing Director, Commercial- West

**MORNING CONSULT** | Intelligent Data, Intelligent Decisions
MorningConsult.com | LinkedIn | Facebook | Twitter

CONFIDENTIAL

GOOG-3047MDL-00085595

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-00085593-GOOG-3047MDL-00085595

**BEGATTACH:**

**ENDATTACH:**

**PRODVOL:** PROD007

**Custodian:** ECHT, KAT

**File Path:** /FFA6C2289E2EB862854D2459E891DF961CF6F40A339D4A485DFFDC5943CC6E79.EML

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 879DFC89C1F33C9CE30454987BB131A2

**Document Type:** EMAIL

**Author:** KATRINA ECHT

**Family Date:** 1-26-2023 9:31 PM

**Last Modified Date:** 1-26-2023 9:31 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** FFA6C2289E2EB862854D2459E891DF961CF6F40A339D4A485DFFDC5943CC6E79.EML

**Title:** RE: SOME NON PUBLISHED DATA (METAL HEALTH AND PARENTS)

**DOCEXT:** EML

**Email From:** KATRINA ECHT ███████████████████████

**Email To:** ███████████████████████

**Email CC:**

**Email BCC:**

**Received Date:** 1-26-2023 9:31 PM

**Sent Date:** 1-26-2023 9:31 PM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:** RE: SOME NON PUBLISHED DATA (METAL HEALTH AND PARENTS)

**REDACTION TYPE:**

**REDACTIONS:** NO

**REDACTIONS:** NO