# AMENDED Exhibit 1055

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

From: Katrina Echt [                    ]
Sent: 3/3/2023 7:45:32 PM
To:
CC:
Subject: Re: >>> TikTok's new AI filter "Bold glamour" attracts millions

I'll say that when Janie first brought these kinds of filters to my attention my knee jerk reaction was that filters like this are net negative to society because it advances certain beauty ideals (thin, light skinned, young, etc).

The thoughtful follow-up Janie offered was that filters serve another important purpose at an individual level when it comes to creating the psychological safety needed to put yourself out there when creating content and posting on very public platforms.

It's an important counterpoint that I'll admit I hadn't considered.  So the design thinker in me started thinking: "How might we employ filters that give people the confidence to post on YouTube--filters that help them feel good about themselves and the way they're choosing to self-express?"  FWIW, the 'sock puppet' filter is not that for me personally ☐

Excited to hear others' perspectives.

Kat

* * * *

Kat Echt | YouTube Marketing Insights
*Want more Insights? Check out our hub at* **go/youtube-viewer-insights**
*Feedback for me?  Fill out this* **anonymous form** *(go/kat-feedback)*

On Fri, Mar 3, 2023 at 11:21 AM ▮ ▮                    wrote:
Hi Team,

Check this out:

- https://www.youtube.com/watch?v=tw2euJzOk60
- https://abcnews.go.com/GMA/Wellness/tiktok-face-filters-rack-millions-views-stirring-controversy/story?id=97443381

**TIkTok** just launched a new feature "bold glamour" a few days ago. Its Chinese sister company **Douying** (watch a clip here; both under **Bytedance**) launched it a long time ago, the TikTok's "bold glamour" seems to be an improved version.

These features/filters can do the following that attracts millions of viewers and turn them into creators fast:

1. Younger versions of themselves (Within 3 days, "the #boldglamourfilter hashtag specifically has already accumulated over 60 million views on TikTok" - abc)
2. Lighter skin tone
3. Better body shape
4. All that makeup can do, tiktok can do better and much easier (hairstyle, eye color, ...)

CONFIDENTIAL                                                                                      GOOG-3047MDL-02299400

**Researcher's question**: the competition in the shorts category is really about the platform/ product/ tool. **Is YouTube having a fair competition** here? Can YouTube do what TikTok is doing?

Best,

███

CONFIDENTIAL

GOOG-3047MDL-02299401