# AMENDED Exhibit 1057

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# ACE[M1] Effect Experiences 2024 Strategy Memo



**Author(s):** ████ ████████ ████ ████ | **Contributors:** ██ ██
████

**Started**: Aug 8, 2023 | **Last Updated**: Sep 18, 2023
**Related docs**: 3P effects strategy, go/shortsCreation2024, go/creation2024, go/shorts2024

---

**PROMPT**
**Future of Effects & UGC w/ Generative (Captain:** ████████████ **)**
- Where does generative help us unlock (wasn't previously possible) v. accelerate (possible but now easier)?
- What is the plan for remixable effects and experiences?
- What are the experience building blocks we need to start building first?
- How do we make progress on multi-year goals (e.g., ██████████████████ with the strategy we lay out for 2024? H toward the future state we want v. from what we have today?
- Where do we gain leverage with UGC? How might this influence our current plans?
- Build, partner, buy: what is our reason that we need our own proprietary UGC ecosystem? Could we hit our goals better/ s buy?

---

## Background

Content is king and the creators who make it are YouTube's lifeblood.[2] For the past 15 years, YouTube set the standard as the largest public video platform and a true home for the creator economy. Our initial set of global technically-savvy creators had strong intent - we delivered fame, fortune, and community in exchange for their highly produced content. Today, everyone has a mobile production studio in their pocket and this has driven a rapid 8 - 100X expansion of creation -- primarily driven by competitors. YT is no longer the platform of choice for this emerging creator segment. For YouTube to remain the home of public video where *everyone* has a voice, we need to attract, inspire, and incentivize the next generation of creators.

YT has a goal of ██████████████████████████ In 2024, we'll start executing on our cross-team plan to both acquire more creators and retain them by converting viewers and commenters into creators across all platforms. We will do this making it easy, fun, and lightweight to jump in regardless of where you are in the creation journey.

Creators broadly define effects as anything that affects either *visual* and *audio* elements of an original video. Effects are necessary table stakes - lack of effects are a top reason why users don't create and access to effects makes them create more often. Several EmCo teams work on effect-like products:

| "Effect" | Product(s) | Surface | Ownin |
|---|---|---|---|
| ████████ | ████████ | Shorts Camera | ACE + |
| ████████ | ████████ | YT Create | ACE + Shorts |
| ████████ | ████████ | Shorts Editor, YT Create | Comm |
| ████████ | ████████ | Shorts Camera, Shorts Editor, YT Create | ACE E Experi |
| ████████ | ████████ | Shorts Camera, YT Create | ACE E Experi |

GOOG-3047MDL-04601837

## Page 1 Comments

**M1**   This came a long way ████████████████ and team.  Thanks for working so hard on thinking through next year.

Overall, the strategy makes sense as a continuation what we've been doing and double down on areas where we've learned more.  It will likely get exposed more in the roadmap, but I found myself asking more of the "so, what?" questions for what we'll build.  E.g., Is ██████████ just focused on the consumption flows called out here next year?  What does the 2P/UGC section mean for Effect Maker v. Mobile Confingurable?

Those were my big open ones, otherwise it was a very useful read.  Thanks!
████████ *9/19/2023 03:23 PM*

**2**   1 total reaction
████████████ reacted with 🍗 at 2023-08-27 19:14 PM
*8/28/2023 02:14 AM*

**B3**   todo: link 2024 paper
████████████ *9/19/2023 05:16 AM*

CONFIDENTIAL

GOOG-3047MDL-04601838

This paper uniquely focuses on the "picker effects" opportunity - **creators who use Effect Picker are** ████ ████████████████ n the next month than average and **effect pivot pages drive** ██ █ ███ █ ██████████ Today, picker effects ████████████████████████████

Our target users create for social reasons. ██████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████

## Proposed Solution

*"[Creators] find inspiration by latching onto the energy that other people are putting out."*

With Shorts, creation begins with consumption. Out of all 2024 creation efforts, ████████████████████████████████████████ ████████████████████████████ (of all trend types).

We propose activating first-time creators with the █████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████

We'll do this all responsibly and with inclusivity.

Operationally, we'll also gain an increased user understanding through more rigorous experimentation & data analysis.

## Top 3 Focus Areas

**[Focus Area #1]** ████████████████████████████████████

Think about a toybox analogy - certain toys have long-lasting value (ex. Barbie/My Little Pony/Lego + accessories) and many more toys are quick fads (ex. Slime/Furby/Hatchimals). Effect usage follows ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████

We're prioritizing ████████████████████████████████████████ ████████████████████████████████████████

How many effects do we need? ████████████████████ ████████████████████████████████████████

GOOG-3047MDL-04601839

## Page 2 Comments

I4          Completely agree with this paragraph!
            *9/19/2023 06:10 PM*

CONFIDENTIAL

GOOG-3047MDL-04601840

**Effects that we make (1P):** 1P effects are low volume + high cost per effect, so we'll focus our limited internal resources on ▮▮▮▮▮▮▮▮▮▮▮▮▮ Appearance, Media Insert, and Interactive effects drive ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮. We'll execute on our ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ while defining & executing ▮▮▮▮▮▮▮▮▮▮▮ What about audio? ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

To give longevity and repeat value, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Technically, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Throughout 2024, this will likely be our ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ At some point, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Effects that makers make (2P/3P/UGC):** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ - They are cool, hyper local, timely, meme'y, and reflect what's going on around the world. We are deeply biased, reputationally risk-averse, and realistically will never be able to unlock this potential at the global scale we need. Therefore, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

That being said, the total required 3P effect volume is TBD. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q: Should we bypass UGC for GenAI? ▮▮▮

1. Policies will limit scope of GenAI: There's a lot that our GenAI solutions won't be able to do initially (ie. named people).
2. Drive impact sooner: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ - it'll take time for the tech to reach the quality we need, for us to sort through the policy q's, and be able to address the wide variety of use cases that UGC effects can.
3. Learn more sooner: We'll learn a lot from UGC effects that will help guide development of GenAI. To date, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ YT is our own distinct platform - what works elsewhere might not work here & vice versa. We need to learn about our users on our platform.
4. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## [Focus Area #2] Gotta Generate 'Em All!

GenAI reduces technical barriers for truly transformative visual & audio changes. In the next few years, we'd love to live in a world with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ It'll take a hot minute for the tech to get there and for creators to be savvy enough to use it. Once there, we expect a substantial blurring between *effect usage* and *video creation*.

## Page 3 Comments



M5    What is the diff (if any) from the previously ratified content strategy? CC: ▮▮▮ 9/19/2023 03:03 PM

M6    I don't think, as written, this stands up to scrutiny.  There's some good points mixed with intuition mixed with conjecture.  I think it could just use a few more specifics.

E.g., "Building a generative solution is very expensive (e.g., Image model took 9+ months prior to TT).  Effects are cheaper to scale and learn from in the near-term to inform where we want to make future looking generative replacement investments." ▮▮▮ 9/19/2023 03:09 PM

R7    beyond policy, ▮▮▮ 10/2/2023 08:38 PM

8    1 total reaction ▮▮▮ reacted with ＋ at 2023-10-02 13:39 PM 10/2/2023 08:39 PM

M9    This is an area we need to partner with and get a strategy and roadmap with ▮▮▮ once she can support full-time.  There's 10 different focus areas we could turn to Media Gen next, but we'll need to prioritize. ▮▮▮ 9/19/2023 03:11 PM

GOOG-3047MDL-04601842

- ○ ████████████████████████████████
- ○ ████████████████████████████████

- <other generative capabilities, as they become available>

The Effect Experiences team will support all generative effect efforts, including ████████

████████████████████████████████████████

**[Focus Area #3]** ████████████████████ ████

████████████████████████████████████████

We need to scope a comprehensive roadmap here. It gets complex really quickly. At a high level, we need:

- ████████████████████████████████████
- ████████████████████████████████████
- ████████████████████████████████████
- ████████████████████████████████████

- ████████████████████████████████████

- ████████████████████████████████████

Over time, we're building & storing a ████████████████ - this is the start of what others call

- ████████████████████████████████████
  - ○ ████████████████████████████████
- ████████████████████████████████████
  - ○ Effect Maker
  - ○ ████████████████████████
  - ○ ████████████████████████
- ████████████████████████████████████

## What does Effect Experiences team need to build?

████████████████████████████████████████

CONFIDENTIAL

## Page 4 Comments

**B10**    todo: link 2024 paper

        █████ █████   *9/19/2023 05:16 AM*

**B11**    Terminology nit: Folks have been using ████████████████████

        ████████████████████████

        ████ is an overloaded term and it's been confusing folks in this context.

        We'd like to propose a new verb: ████

        (open to other suggestions)

        █████ █████   *9/19/2023 05:46 AM*

**M12**    <u>I had a cheap idea here.</u> ████████████████████

        █████ ███   *9/19/2023 03:12 PM*

**B13**    oh ho! Do assets have pivots?

        █████ █████   *9/19/2023 05:14 PM*

CONFIDENTIAL

███████████████████████████████████████████

- **Mobile Client**

███████████████████████████████████████████

- **Machine Learning**

███████████████████████████████████████████

- **1P content:**

███████████████████████████████████████████

## EOY Goal

- Proof points of our ███████████████████ taking off - means we've delivered on all core CUJs (discovery, usage, etc.) successfully across all major surfaces, there's a decent enough ███████████████████████
- ███████████████████████
- Increased user understanding: With complete CUJs + █████████████ we'll unlock richer user understanding to guide future of effects + generative

## Measuring Success

More work to be completed in Q4 on a set of north star metrics for Effect Experiences. We'll likely land with:

Primary - *Tells us how successful we are in finding product market fit at this early stage*
- Creation adoption - likely something around # usages or users / time (users: DAU/WAU/MAU; usages: videos, segments)
    - Likely sliced by ██████████████████
    - ██████████████████

Secondary - *Quantifies how much creators value the feature, and how sticky it is*
- Creation retention - ███████████
- Responsibility / business health ████████████

## What fell below the line?

- Editor
    - ███████████████████████
- Monetization -
    - No $$ targets / goals
    - ███████████████████████
    - TBD if we need principles / EM TOS to disallow that use case.
- ███████████████████████
    - Identified in UXR as a top need

GOOG-3047MDL-04601845

## Page 5 Comments

R14    do we know what this percentage is? i'm sure it's user-specific, and mine is
       approximately 0%.
       ███ ███  *10/2/2023 08:46 PM*

R15    Such a miss. Might stop reading here. ;)
       ███ ███  *10/2/2023 08:48 PM*

CONFIDENTIAL

GOOG-3047MDL-04601846

## Requirements [A16] to be Successful

| | | |
|---|---|---|
| Shorts | Creation | |
| | Consumption | |
| | Discovery | |
| ACE | Capabilities | |
| | Media Gen / GenAI | |
| | Media Platform & Effects Runtime | |
| Research | Xeno & others | |
| TnS + IWG | Responsibility & Inclusivity | |

**New HC Asks**
- We're probably fine here but ███████████████████████

**Opex** [B17]
- Same as last year (?)

**Drop this investment/project**
- n/a

## FAQ

1. How does your strategy support lightweight creators?

   ███████████████████████████████████████████████

2. How does your strategy incorporate Generative AI and the expanding capabilities of what's possible?

   ███████████████████████████████████████████████

GOOG-3047MDL-04601847

## Page 6 Comments

A16
, 9/25/2023 05:59 AM

B17  todo
8/25/2023 05:37 AM

CONFIDENTIAL

GOOG-3047MDL-04601848

3. How does this build into  thesis?
   a. Focus Area #3

4. How does your strategy support YouTube Create?
   a. 

5. Your paper reads as a "me too" play. Where are your differentiators, allowing us to leapfrog competitors?
   a. 

6. How much should this team own effect discovery vs. prioritizing on partner teams?
   a. TBD

**Notes**

EM risks:
https://docs.google.com/

**Aug 31, 2023 | ACE Leads Summit #2**
**Attendees:**

**Goals for today:**
- Better explore the GENAI + "picker effect" opportunity space

**PIllars:**
- Appearance
  - ○
  - ○
  - ○
  - ○
  - ○
  - ○
  - ○
- Audio
  - ○
  
  - ○

GOOG-3047MDL-04601849