# AMENDED Exhibit 1059

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-00237457







## DYNAMIC DASHBOARD
# YT Time Manager

Helps users see their use and access healthy limit setting resources.
[basic profile launched Aug 2018]

Visualizes:
- Daily time total
- Times checked per day
- Evening use
- Session length averages/peaks
- Content types watched



- Daily total time
- App opens per day
- Weekly content categories of frequent use.

## Slide 1

4       █████████████████ here's a mock on creating positive reinforcement around behaviors.
███████ 9/19/2018 6:31:13 PM



-    Daily total time
-    App opens per day
-    Weekly content categories of frequent use.

## Slide 1

What's the thought about how "viewers like you" would be defined?
8/30/2018 4:28:59 PM

Perhaps same age range: younger teens, older teens, young adults.
8/30/2018 4:13:52 PM

As a user I would want to know. Also, not sure how accurate our declared age data is.
8/30/2018 4:28:59 PM

**DYNAMIC DASHBOARD**

Wellbeing

Reduce the barriers for users and make
it easy for them to adopt and opt-in to
wellbeing features.

Helpful for parents who may not have
time to go into the details of each
feature.



- Daily total time
- App opens per day
- Weekly content categories of frequent use.

## Slide 1

6                              here's a mock on an easy

9/19/2018 6:31:36 PM