# AMENDED Exhibit 1061

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



Produced in Native

CONFIDENTIAL

GOOG-3047MDL-01714567



Slide 1

FYI ███████████████
████████ 9/15/2021 12:34:26 AM

Hi ████ great stuff in here. Are you familiar with / have you seen the work from project Double Rainbow?
████████ 9/14/2021 10:14:49 PM

Yes! I was definitely inspired by the double rainbow vision/UXR regarding wellbeing :)
████████ 9/14/2021 10:35:48 PM

Cool. Did sleep / late night use come up as an area? I didn't see it / may have missed it in the deck. Maybe iterating on that feature isn't nearly the priority as the other areas. But I think we could do some innovative things such as helping users fall sleep (surfacing curated audio for example).
████████ 9/14/2021 11:12:13 PM

It was something we looked into (it would fall likely under the empower or protect pillars) but it generally just wasn't as high a ROI compared to some of the other projects. However, we do intend to work on bringing bedtime reminders to platforms other than mobile (as covered in the DWB on Desktop section)
████████ 9/14/2021 11:54:48 PM

makes sense to cover other unattended areas versus going deeper in one
████████ 9/15/2021 12:34:26 AM

## Objectives of today

**1** Overview **motivations** & **strategy** for YT digital wellbeing & autoplay

**2** Provide quick overview of **potential autoplay** & **DWB projects**

**3** Get feedback on **H2 roadmap** & **prioritization**

YouTube

Proprietary & Confidential

05



HOW DO WE DEFINE DIGITAL WELLBEING?

UXR has defined wellbeing by a list of positive and negative facets of wellbeing as they relate to YouTube (go/measurewellbeing)

**Lack of intentionality** appears to be consistent theme amongst negative facets



LC

## Investment Themes/OKRs

Educate

Proprietary & Confidential

*"I felt myself mentally deteriorating. I was distracted all the time. I blocked YouTube, Facebook, and Reddit on my laptop during work hours. But your phone is always in your pocket...I still felt the temptation to go on and watch."*



### Educate

Help viewers be aware of their habits & viewing patterns



### Empower

Empower users to make intentional & informed decisions about how they incorporate YT into their lives



### 🔒 Protect

Protect our younger user base by defaulting to states that maximize their wellbeing

 YouTube

08

Slide 1

4                    Go through kids and family principles language and make sure we
                     align
                     ▮▮▮▮▮▮ 9/27/2021 10:40:27 PM



Autoplay drives 9% of Main App's mobile watchtime.2.2% of sessions use the autoplay toggle each day on mobile.
Autoplay drives 11% of YTT

Slide 1

Update that
████████ 9/27/2021 10:46:44 PM

Possibly disproportionate impact on legal compliance/public
perception for the value it brings?
████████ 8/4/2021 4:32:50 PM

# Prioritized
# Features

Slide 1

7                    put into our narrative that 1-4 are obvious following through on
                     promises we've made and 5 & 6 are industry leading projects
                     ▮▮▮▮▮ 9/27/2021 10:56:01 PM

Confidential & proprietary

### Protect
# Autoplay Parental Toggle

__PRD__

Status Quo As a part of AADC compliance, we are adding autoplay toggles for the YT Kids app and defaulting off for both kids and SupeX YT viewers. These toggles are accessible by the user.

Protect We are adding a parental toggle to disable this in-app control for parents who want to restrict their child's ability to turn autoplay back on.



**14**

Slide 1



Thanks ▮▮ -- overall LGTM
Raj Iyengar; 9/8/2021 7:20:09 PM

Confidential & proprietary

Empower

# DWB Reminders on Desktop

go/yt-dwb-desktop



Status Quo Take a Break and Bedtime reminders are currently only available on Android/iOS, despite ~12% of YTT taking place on Web. DWB settings are also device-scoped currently.

Empower We want to bring Desktop closer to parity with mobile and allow for a more consistently strong digital wellbeing experience across our interfaces. Moving to user-scoped DWB reminders also allows us to bring these reminders to all interfaces.



Note: Not coming to LR or mWeb until 2022

9

**16**

Slide 1



Confidential & proprietary

Protect & Empower

## Per-User, Per-Interface Server Driven Autoplay

go/per-user-per-interface-autoplay

Status Quo We have inconsistent autoplay settings across device, platform, and age group. Client-driven autoplay settings make scaling autoplay changes expensive and inconsistent cross-interface & platform experiences make autoplay confusing to use.

Protect Per-user autoplay settings allow us to better default to protecting younger viewers.

Empower Per-interface settings allow for per device flexibility to allow users to watch YT in the way that best suits the product/interface.



10

18

Slide 1



@ ████████████ FYI
/8/2021 11:29:57 PM ·

LGTM from LR side, we're working on our plans for per-user autoplay on LR.
████████ 9/8/2021 11:29:57 PM

Confidential & proprietary

Empower
Frictionless Leanback

go/FrictionlessLeanback

Status Quo Leanback refers to viewers consuming multiple content items without having to make an explicit decision between each watch. It accounts for ~17% of YTT through autoplay & mixes/playlists.

Empower We are partnering with Discovery to invest in removing existing frictions from the leanback experience so they can be more intentional and secure in their autoplay experience.



11

Slide 1

@█████████████Not sure how in depth you want to go, but could mention that there are frictions are starting leanback and then continuing/staying in leanback (or actually enumerate some of the frictions if you want to get really specific)
█████████ 9/8/2021 4:58:51 PM

I think for now we're trying to keep it high level since obviously leanback is a pretty complex topic and so we don't want to get into the details too much in this presentation. I'm hoping for this slide to be more of an FYI that leanback is resourced through this initiative and less about the goals of leanback itself.
███████ 9/8/2021 4:58:51 PM

@██████████████ FYI
███████ 9/8/2021 4:57:44 PM

LGTM -- one way I see this relating to well being is that we want to get users to be more intentional about leanback. Today with the autoplay countdown, for some users it's a stressful thing that they often race to beat and for other users it's a nuisance of wasted time between videos. HMW get users that want a 0-second countdown that smooth experience and users that don't want it have easy access if they want it later but then don't need to worry about a stressful countdown after every watch?
███████ 9/8/2021 4:44:12 PM

I think that makes sense - I also think the focus on intentionality is a huge pillar of the empower theme. If you intentionally choose to leanback when you start watching, you won't retroactively feel like you spent your time in a way you didn't intend to.
███████ 9/8/2021 4:57:44 PM





42

Slide 1

21    Unsure if we already do this if unprompted suggestion to take a break
      ██████ i; 8/3/2021 5:29:43 PM

22    Do people even know we have these tools? How many people
      actually use them?
      ██████ i; 8/4/2021 5:30:52 PM

3     I really like this idea, could be really neat
      Reid Watson; 8/5/2021 12:38:45 AM

42



## Slide 1

23     TODO - reach out to marketing and see if they have any measurement already and/or if they would be willing to collaborate on creating a tracker
      ▬▬▬▬ 8/4/2021 11:17:04 PM

24     TODO verify if this is true
      ▬▬▬▬ 8/5/2021 12:40:37 AM

4     you got it lol.  It's REALLY hard to measure this.  Take a look at this horribly formatted sheets walkthrough I did for some interesting / tangentially related tidbits
     : https://docs.google.com/▬▬▬▬▬▬▬▬▬▬▬▬▬▬
     ▬▬▬▬▬▬▬▬▬▬▬

     Reid Watson; 8/5/2021 12:40:37 AM

25     What is the status of this? Is it used for anything? (it says no data for me)
     ▬▬▬▬ 8/3/2021 7:21:51 PM

44

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-01714567

**BEGATTACH:** GOOG-3047MDL-01714567

**ENDATTACH:** GOOG-3047MDL-01714567

**PRODVOL:** PROD022

**Custodian:** BESER, JAMES

**File Path:** /NATIVES/NATIVE113/GOOG-3047MDL-01714567_CONFIDENTIAL.PPTX

**Confidentiality Designation:**

**HASHVALUE:** 43DA9E496651944841A3764F22475E10

**Document Type:** POWERPOINT

**Author:** ▮▮▮▮▮▮▮▮▮▮▮▮

**Family Date:** 3/17/2022 8:07 PM

**Last Modified Date:** 3/17/2022 8:07 PM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** AUTOPLAY & DIGITAL WELLBEING H2 2021 RO_1Q0MOACOJVELAZ5WPYO1-MZJP5Z7HXOCTVXO5GH2U950.PPTX

**Title:** AUTOPLAY & DIGITAL WELLBEING H2 2021 ROADMAP (PRIVILEGED & CONFIDENTIAL).PPTX

**DOCEXT:** PPTX

**Email From:**

**Email To:**

**Email CC:**

**Email BCC:**

**Received Date:**

**Sent Date:**

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:**

**REDACTION TYPE:**

**REDACTIONS:** NO