# AMENDED Exhibit 1063

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-02085800

# Major Launch Review Agenda

May 14th 2020

All slides and schedule go/MLR
Guidelines and FAQ go/MLRguidelines

Confidential & Proprietary



# MLR Comms Approval Process (go/MLRguidelines)

This review is really focused on your Go-To-Market plan and it should be thoughtfully prepared with your Product Specialist, PR, and Marketing counterparts:

- Go-To-Market comms plans should be prepped 4-6 weeks ahead of the major launch date. Timeline visualization here. In partnership with your xfn teams, choose the right strategy and associated levers to launch your product.
- If the GTM plan includes **Blog Posts, Forum Posts, Pro-active Tweets, Yoda, and/or MSA email, your PA lead needs to specifically read these comms** and should always be signing off on the latest version.
  - This should be 2-4 weeks ahead of MLR to account for localization (It's hard to translate with last minute changes.)
  - PA approvers will review comms for positioning, accuracy, and the right levers chosen
- Only come to Major Launch Review when all your comms are ready and signed off
- If your launch includes any of these five comm types, the **PM will send it to Neal one day ahead of MLR and cc**  (includes xfn comms leads) with the subject "[MLR Comms Approval] Short title of launch" linking directly to the comms that need to be reviewed
- For those launch comms that need a further look and are "Conditionally Approved" during MLR, Neal will review within a 32hr SLA, with the decision made by Friday EOD by responding back to the email thread

Confidential & Proprietary

You Tube



## Roll Out plan:

05/14 (today)  -> 1%

05/20            -> 10% + Forum post + Press + Help Center article

05/26            -> 99% + TYT and @YouTube tweets go live

6/5                 -> Ramp to 100%  + Nitrate in product education

goes live

## Nitrate promo:

- Mealbar: 1 impression in a lifetime for all users including premium
- Compact Banner (only for non-premium)
  - 3 impressions  in a lifetime for users with no late YT usage
  - 9 impressions max in a lifetime for users with late YT usage (11pm - 5am)

# Appendix

Confidential & Proprietary



**Setting**

Settings > General     OR     Account > Time Watched     Time Selector



Autoplay is paused. Next video does not play.





**Nitrate promo:**
- Mealbar: 1 impression in a lifetime for all users including premium
- Compact Banner (only for non-premium)
    - 3 impressions in a lifetime for users with no late YT usage
    - 9 impressions max in a lifetime for users with late YT usage (11pm - 5am)
    - Dismissal cap: 1 dismissal in lifetime (if user removes promo from the feed, we will never show it again)