# AMENDED Exhibit 1071

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIALGOOG-3047MDL-00442481



# Caveat

[1]There is a debate around this effect category – sometimes called "*Beauty Effects*" in some markets (e.g. France).

The following presentation is an objective analysis of this type of effects in an attempt to understand how they are used in SFV.

## Slide 1

1         **What's the debate?**
          █████████████ 6/6/2023 12:42:12 AM



of videos uploaded use appearance effects*

appearance effects have been reviewed

trends supported effects

of the effects capture 80% of creations*

categories capture 97% of all creations*

Effects are developed in-house

*in the UK alone

**Definition**

Appearance Effects are all effects that alter someone's appearance, e.g. makeup, hair dye or stickers. Most of them are focused around the **face**.

REF: Spark AR defines Appearance effects as Cosmetic and stylized effects that alter someone's appearance.



**What do Appearance Effects unlock for users?**

We analysed ▮ effects and identified users' need when using these effects.

1 To Share / express themselves

2 To have fun / to make user and viewer laugh

