# AMENDED Exhibit 1074

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-02426813



## Background

Shorts are an especially popular format with youth. In SupeX, Shorts views account for 87% of views. In Shorts creation, camera filters, effects, and retouch can be used to alter the physical appearance of those in the video.

Today, these appearance alterations are not transparently communicated to our viewers. This may adversely impact teen self-esteem and self-image since teenage years are a critical time when they are developmentally susceptible to negative social comparison of physical appearance.

Our competitors Instagram Reels and TikTok are already clearly labeling image altering effects transparently on their watch page.

## Currently available tools...

### iOS

**Filters** (color filters)

**Retouch** (skin smoothing effect)

**Lighting** (adjusts lighting in dark/dim environments)

**Effects picker** Opens library (currently has 21 effects)

### Android

**Filters** (color filters)

## Effects

The Shorts team is currently working on labeling effects used with the Suggested Action chip in the watch player. This is great for transparency, and also engagement.

## Retouch, Filters, Lighting

The Shorts team decided that these image altering tools will not be labeled using the Suggested Action chip and instead could live within the Structured Description page. The work was approved, but implementation was deprioritized.

Here's where we come in 🌐







**Why be transparent**

about Retouch, Filters, & Lighting

**Wellbeing Impact on Teen Users**

- Appearance filters and comparison may be correlated with negative wellbeing, especially in youth (Forbes Article, International Journal of Eating Disorders)
- Video beauty filters were perceived to be highly severe by *teens* and drive a high amount of social conversation from teens.
- Anecdotally, users of beauty filters and effects recognize the impact on teens and want platforms to be responsible and transparent about their usage.

**Regulatory Pressure**

- UK recently passed a law for greater transparency of digitally altered appearance images. Disclosures of appearance filters are now required for sponsored or branded content in order to not mislead viewers.

- Expert researchers have found beauty filters and negative social comparison may be correlated with negative wellbeing, especially in youth:
  - In 2018, researchers discovered 55% of surgeons are now seen by patients looking to improve their appearance for selfies (up from 42% in 2015) and that the pervasive nature of filtered images regularly trigger body dysmorphia. Forbes Article
  - "Usage of specific features such as touch-up feature…and amount of time spent looking at oneself were associated with appearance comparisons. Additionally, adjusting lighting and camera angles and amount of time spent looking at oneself are associated with self-objectification" International Journal of Eating Disorders
- In a teen social listening study, video filters were perceived to be highly severe by teens and drive a high amount of social conversation from teens.
- Anecdotally, users of beauty filters and effects recognize the impact on teens and want platforms to be responsible and transparent about their usage.

# Other Apps



Beauty effects are shown on the Watch page both on Tiktok & IG reels.

Retouch/ Beauty mode on TikTok is not transparent.

Filters are also not transparent on TikTok; but, Instagram users have asked for some beauty filters to be disclosed:

"Let's talk about the Paris filter on Ig stories- it's an *instant-smoothing, mood-lifting, feel-good filter but I think when used, it should have a disclosure tag*. Imagine teenagers going through puberty and acne issues comparing themselves with unrealistic and impossible filters they see on social media! So I am making a formal request to **@instagram** to put disclosures on their story filters, everyone please do the same ☺"

Instagram Beauty Influencer Tina Chen Craig

## Overview

*A lot of competitors beauty altering options are labeled Effects*

|  | 2 | How does it alter appearance? | Shorts | Tiktok | Instagram/ Reels |
|---|---|---|---|---|---|
| Our Focus | **Filters (color filters)** | Changes skin undertone | Not Transparent | Not Transparent | Stories has filters that are not transparent |
| Our Focus | **Retouch** | Smoothes skin (blurs lines, texture, and pigmentation) | Not Transparent | Not Transparent | N/A (IG does not have retouch) |
| Our Focus | **Lighting** | Brightens skin | Not Transparent | Not Transparent | N/A (IG does not have lighting) |
| Shorts Team 'Q1 | **Effects Picker** | Overall glow-up (More appearance effects will be available in future) | Watch player (TBC: Q1) | Watch player | Watch player |

# Considerations

**1** Adding retouching information to the Structured Description makes sense, however hiding this important information behind multiple clicks, diminishes our mission of transparency.

**2** We also should consider that the 3 dot menu that triggers the Structured Description is sometimes a different icon, which is confusing and could be misleading

**3** Filters and Effects information is most often buried below the fold of the initial engagement panel height for Structured Description, thus burying it even further.



# Explorations



**Option 1**
Catch all badge



**Option 2**
Text label



**Option 3**
Animate stars to icon



**Option 4**
Add animation to shadow



# Additional Animation

Watch page iconography + Structured Description

**Important: DON'T ADD CLUTTER**

**Animation** using the star from the "Filter" face icon. (dots to stars and back for a subtle nod to filters in use and more info behind ***)

# Helpful Resources

**PRD**

Ca  ea F te  T a s  a e  cyo   S o ts

**UXD**

YAAAS Fig   a
St uctu ed Desc i  tio   Fig   a

**UXR**

Filters vs Effects Understanding Value

Shorts Wellbeing Principles in Design

How & Why do people participate in SFV Trends

**Milestones**

**DWB & Youth Principles**

INTERNAL ONLY: Confidential + Proprietary

YT Shorts Brainstorm UX principles synthesized

When designing for digital wellbeing, support creators' and viewers' intentions by applying these 3 principles

**01 Empowerment**
Start with supportive defaults

**02 Transparency**
Provide clear information on what's happening

**03 Safety**
Make everyone feel welcome and protected

INTERNAL ONLY: Confidential + Proprietary

## Empowerment

Start with supportive defaults.

We: 1. anticipate users needs, assist them with completing their tasks easily (spend no more time than needed/wanted)

2. enable users to feel in control of their experience & help them maintain/embrace positive self-image.

## Transparency

Provide clear information on what's happening.

We build user trust by providing helpful information about content they consume or create to give them necessary context that help them make informed decisions.

## Safety

Make everyone feel welcome and protected.

We help users feel welcome, respected, and protected by showcasing content representative of many, offering tools to reduce negativity, and promoting positive feedback.

Product example

## Empowerment
## Start with supportive
## defaults

**Filters & Retouching:**

For features that alter self-image, set
defaults to *off* & let users opt in, not out.



Filter default (Concept)

Empower users to opt in, not opt out for tools that alter original content (ex.
Filters, VFX).

Product example

## Transparency
Provide clear information on what is happening

**Suggested Action:**

Suggested action can inform viewers when image is heavily altered using filters and/or effects.



Visual effects/ Filters
Suggested Action (Concept)

# Teens Responsibility Principles Adapts our NSPs



**Kids must be protected**
therefore reaching and engaging them on YouTube is a privilege.



**Kids want to use YT**
and we strive to serve their varied interests and creativity.



**We help parents/caregivers**
make the right choices for each and every kid.

## Teen Principles

**Set a higher bar for safety of teens**
in areas where they're more vulnerable

**Teens want to be supported, inspired, and connected;**
strive to serve their developmental needs & interests

**Teens want independence, give them awareness & control**
instead of restrictions that turn them away and towards less-safe options

## Step 1: Structured Description for Effects, Filters, Retouch, and Lighting



Youth Wellbeing

- Aggregate number of shorts is not needed for wellbeing
- Thumbnails aren't needed
- Would not need a CTA for Retouch, Filters, and Lighting

### Step 2: Brainstorm Principles

When does the appearance alteration need to be more prominently visible to viewers for transparency & wellness?

1. When viewing the alteration is associated with negative outcomes for the viewer

   ○ Implies when there are many alterations layered because the difference is drastic [TBD from #3]
2. Support young creators who feel more positive and build confidence by making small enhancement
3. Lean on expert research for the tipping point between increasing self-confidence vs reduced self-esteem

Step 1: Starting on Structured Description for all ingredients used to create the Short.

But, when does the appearance alteration need to be more prominently visible to viewers for transparency & wellness?

1. When viewing the alteration is associated with negative outcomes from the viewer
   ○ Implies when there are many alterations applied/ layered because the difference is drastic [Base on research from principle 3]
2. Support young creators who feel more positive and build confidence by making small enhancement
1. Lean on expert research for the tipping point between increasing self-confidence vs reduced self-esteem