# AMENDED Exhibit 1077

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-02307348



## Engaged Educational Users (EEV)

**2023 Annual OKR:** Grow 28-day average Educational Engaged Users from █ to █

# Educational = Academic + Skilling

Videos related to subjects taught in school

Videos related to digital skills, plan to expand to professional skills & trade skills

# Engaged = Watch EEV + Active EEV

█

Users who engaged with an educational feature, such as:
- *Answered a Quiz*
- *Opened MegaTranscript*
- *Left a Comment*

2019 | Confidential and Proprietary

 : Are Live Viewers being counted?