# AMENDED Exhibit 1081

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-00793501







**WELLBEING
MISSION**

Youth <mark>feel positive</mark> about themselves after spending time anywhere on YouTube

# 3 key concerns highlighted by parents, experts and youth

## HABITUAL HEAVY USE

*Endless scrolling and unintentional consumption*

Take a break, daily limits, quiet mode etc.

## PROBLEMATIC CONTENT

*Content that may have potentially negative impact*

Diversification, S&D tweaks, filter transparency,

## ONLINE SAFETY

*Youth putting themselves at risk or needing help in crisis*

Crises one box, Info hubs, civility reminders

Slide 1

should we reorder to show content first ? ██████████████
██████ ; 4/29/2022 3:23:55 PM

## 3 key concerns highlighted by parents, experts and youth



**Today's focus**

### HABITUAL HEAVY USE

*Endless scrolling and unintentional consumption*
Take a break, daily limits, quiet mode etc.

### PROBLEMATIC CONTENT

*Content that may have potentially negative impact*

Diversification, S&D tweaks, filter transparency,

**Content that is potentially negative in high volume**

### ONLINE SAFETY

*Youth putting themselves at risk or needing help in crisis*
Crises one box, Info hubs, civility reminders

## On Shorts, one after another video encouraging negative social comparison

Child development experts say these videos appeal to teens because of the *thrill-seeking* factor and the *surprise* element. But teens *don't have self-discipline abilities to discern negative effects in the moment until 16-17 yrs old.*

    

**Jojo Siwa shows me her personal car collection (Custom Tesla)**
She's driving a custom BMW 4 series and has received a custom Tesla Model X for her 16th birthday from her manager.

**Girl lets me into her parents' MANSION**
Female character lets narrator into her house to show off her parents' expensive mansion

**Captain Bling Bling Is A Gentleman**
Characters showing off all of the luxury gifts they purchased for their anniversary

**The Life of A Billionaire**
Male character calls himself "Captain Bling Bling" and shows off his extreme wealth through regular everyday activities

**CONTOUR WITH ME**
Female character piles on makeup and contours her neckline and shoulders to look "muscular".

## Problem: Watching high volumes of certain content can potentially negatively impact (PNI) teen wellbeing

Teens' self-awareness to identify negative effects in the moment isn't fully developed until 16-17 yrs old.

**High Volume Potentially Negative**

  

**NEGATIVE SOCIAL COMPARISON**

**Experts on these videos:**

*"Watching too many, someone may start thinking: maybe this is what I'm supposed to be doing"*

*"Teens struggling with these issues will also seek out more"*

*"Difficult to interpret effects without the social and cultural context"*

   

**SOCIAL AGGRESSION**

**Experts on these videos:**

*"Immediate physiological effects, eg. hands sweaty, chills"*

*"Feeding highly intense emotional content can trigger anxiety for those already stressed"*

*"Model behavior from people that look more like them, depending on cultural and developmental environment"*

**Policy violative videos about permanent cosmetic procedures, body valuation issues, violence, dangerous pranks, etc, are NOT the focus of our discussion**

**Permanent cosmetic procedures, body valuation issues, etc.**

**Violence, realistic guns, etc.**



