# AMENDED
## Exhibit 1082

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:**     Jeremy Doig [▮▮▮▮▮▮▮▮]
**Sent:**     1/9/2018 5:03:30 PM
**To:**       Cristos Goodrow [▮▮▮▮▮▮▮▮]
**Subject:**  Re: Responsible growth

And I don;t know anything about people throwing and catching balls of various sizes. I never understood that stuff.

On Tue, Jan 9, 2018 at 9:02 AM, Jeremy Doig <▮▮▮▮▮▮▮▮> wrote:

I think we're talking about different things. I think that "responsible growth" is about limiting session duration independent of content goodness (for kids).
Whilst we may be proud that we can create an endless list of delicious videos - should we ? I think that's the question. Especially for kids.

On Mon, Jan 8, 2018 at 8:12 PM, Cristos Goodrow <▮▮▮▮▮▮▮▮> wrote:

Hmm, no binge watching Ted Talks?  Or vintage USC Football?  Or classical music?

No binge watching Sesame Street?  What about cartoons?  I am sure I spent at least four hours every Saturday morning of my childhood watching cartoons on television.  Wouldn't we allow that?

The thing I don't like about "responsible growth" is that it seems for form this false dichotomy or tension between responsibility and growth.  As you surely know, the reason we have been cautious about removing or censuring bad videos has nothing to do with a concern about growth, but instead it has been entirely about safe harbor.

In fact, somewhat paradoxically, I believe that removing as many bad videos as you like will probably accelerate growth.  We have seen this with Clickbait (fka Trashy) here, and recently with even bigger wins from Satisfaction.

Instead of "responsible growth", perhaps we should call the project "faster growth"?

Cristos.

On Mon, Jan 8, 2018 at 6:26 PM, Jeremy Doig <▮▮▮▮▮▮▮▮> wrote:

This hot topic has been coming up recently - and it resonates with my personal situation too. Ie: kids who spend hours on YouTube just watching one thing after another. Do we have any responsibility to moderate binge watching ?
What's our position on this? From observing my daughter, she always skips the ads...

Thanks,
Jeremy

CONFIDENTIAL