# AMENDED Exhibit 1112

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-05984227

Proprietary + Confidential

# YT Shorts – G Leads

September 27, 2021



Proprietary + Confidential

## Short form video is driven by easy creation, user engagement, and trends







### Frictionless Creation

asy to use camera eatures, remixing, and instant engagement encourage creators to participate in trends and memes

### Viewer Engagement

nd ess eed o short videos immediate y avai ab e when opening the app, o ering instant engagement

### Music & Trends

Discovery a gorithm tuned to content ike y to trend, especia y or music.

As you know, Short Mobile Video is a critical innovation for YT and; we're aggressively building our offering for the next generation of Creators and to meet User needs.

We knew there was a new type of creator relying exclusively on mobile to express themselves and they needed creation tools that make easy and fun to create these videos on YT and tell their stories to the world. They expect to be able to find an audience quickly.

We knew viewers were interested in short bursts of entertainment throughout the day and that we had to build an experience that made discovery effortless and we had an opportunity to fit into small moments throughout viewers day.

And not only did we need to build creation and viewing experiences optimized for short form, but also about how we do recommendation, including tuning our recommendations to expose users to trends.

And for that we built shorts

End of Q2 data to be comparable

## Short form video has seen explosive growth spurred by TikTok

| | DAUs | Growth (Y/Y) | WT/DAU /Day | Primary Geo | Trends / Recent developments |
|---|---|---|---|---|---|
| G Reels | ~450M A ume 50% of IG DAU v ew 1 Reel due o home feed pla eme mu h of u a e u e o al | <1y o d | | A e icas | • au c ed i Aug 2020 to oo i itia eactio ; quick y add essi g ga s |
| TikTok | ~437M | ~23% | ~90 i | A e icas | • Des ite a i dia (Ju e 2020), st o g g owt co ti ues • Tested ive s o i g (w/Wa a t) |
| S o ts (Actuals) | ~355M | ~623% | ~16 i | A e icas | |
| S ap Spotlig t | ~90M | <1y o d | | A e icas | • Payi g c eato s i io s e o t ased o vi a ity of osts |
| Douyi | ~750M | ~25% | | C i a | • Po i e t ive co e ce wit i a c eckout • Custo ized a ge s & sticke s |
| Kwai | ~300M | ~15% | 85 i | C i a | • We t u ici HK ea y Fe at ~$180B va uatio • Po i e t Paid Digita Goods; use s get aid fo se di g i k to a f ie d |
| ikee | ~25M | <0% P ma ly due o l da ba | 13 i | SEA | • Hig y ga ified; use s ust eac ce tai "eve s" to access "ivi eges" suc as ive |

Includes ~ M DAU for Indi (vi VPN) does not include the 5M DAU in Indi pre-b n in Q2 2020
Note Shorts DAU nd time per DAU is the ver ge for une 202

Short form video has been taking off across the industry.

What you see here is EO Q2 data on viewership.
Although we are in the early days of Shorts, we are #3 when it comes to global viewer numbers.
A couple points to note on competition:
IG Reels is diff: Even though IG looks like the first one with their Reels format – they count reels even if they are seen in the main feed.
For TT:
This data laps last years india ban; so that is why it looks low for growth (in Q2 of 2020 their DAUs included india)


They were in india in q2 of last year and are no longer in india in this q2

Also interesting APAC based like Kwai.

DAU Sizing Notes:

- IG Reels DAU based on YTC Metrics total IG DAU for Q4 (~860M); assume 50% of DAU engage with Reels at least once per day
  - If a user scrolls the IG homefeed for more than one minute, they will technically "view" at least 1 Reel video. We estimate that DAUs spend ~40min/day on IG, therefore, 50% of IG DAU is quite conservative.

TikTok, Douyin, Kwai, Likee all have intentional DAUs, whereas our IG Reels figure captures unintentional DAUs

- ○ We have a low degree of confidence in this estimate given the lack of publicly available information and difficulty in estimating the figure given it is not a standalone app.
- TikTok DAU based on YTC Metrics estimation for Q4
  - ○ Does not include India numbers due to the ban - 115M DAUs as of end of Q2
- Snap Spotlight based on publicly released information of 100M MAU engaging with Spotlight, 1:2 DAU:MAU ratio applied based on App Annie
- Douyin publicly released 600M DAU in Q3'20, trend forward to end-Q4 based on Statista historical data
- Kwai based on publicly disclosed filings
- Likee based on August '20 report of 150MAU, scaled up based on AppAnnie growth and applied 2:5 MAU ratio based on App Annie

EO Q2 numbers

> Get #s of user base from India (TT), get definition of DAU for Shorts #s

Proprietary + Confidential

## YT launched Shorts first in India (Sept '20), followed by US (Apr '21), and globally (July '21)

### Creator experience



- Make Creation too s ront and center

- aunch Remix VOD eature

- 20  Creation aunches
  - ○ Music in ditor
  - ○ Camera Speed Contro
  - ○ And more

### Viewer experience



- Dedicated Shorts tab and she on mobi e

- asy to swipe vertica p ayback experience

- ngagement options on RHS menu (e.g., ike, comment, share)

- 57  Discovery aunches

We've come a long way with both the creator experience and the viewer experiences. Shorts creation tools and user product experience is now available worldwide. At this time last year we had just launched our tools in India, then we launched in US in Q2 of this year and and we launched WW earlier than originally planned and are showing strong early progress.

Starting with Creation, we've made the ability to create front and center within the app, as you can see with the + button on the bottom left

ANd we launched a key differentiator for YT: the ability to use audio from our long form corpus - users can remix not just shorts but bring in audio from oru longform corpus. This unlocks new use cases that can only happen on YT.

And we continue to improve our camera and editing features.

On the viewer front, we have been improving our playback experience, and we have launched a dedicated tab on mobile which you can see on the bottom. And over 57+ discovery launches in Q3 that have driven viewer engagement. Note that our discovery launches also focus on given new creators a chance at their shorts being seen.



Good early traction with Creation.  781K using our tools to create their video –
the large recent increase coming from our launch to over 100 countries. Shorts
cratedw tih our tools represent 31% of all Shorts on YT.

Shorts is is playing a significant role wrt new creators coming to the platform.

 Currently, ~50% of all 'new' creators are Shorts Only or Shorts Dominant, and
this has been growing.
 There are promising indications of early traction with GenZ  (46% of Shorts Creators are
GenX

(I'm defining "new" as uploaded for the first time within 90 days)



We are holding ourselves to 10min+. Not just counting if a user watches a few
s of a short or even just a couple shorts.
Getting close to 200M daily users watching at least 10min
Small recent dip in this graph is bc of a responsibility launch -

Shorts now represents 38% of all YT mobile views and 7% of mobile WT. If
you look across all of YT, not rescricting only to mobile,
31% of total YT views.  ( 4.4% of total YT WT)
(source)

- Shorts Creators skew younger than YouTube's viewers
  population, with 45.7% Shorts creators in the 13-24
  age group (vs. 27.2% of YT DAVs)

Proprietary + Confidential

## Ads experiments were initiated in May

- Start ng w th App Install v deo ads between Shorts

- Early results show that users are engag ng w th Shorts ads and prom s ng advert ser value, ████████

████████████████████████

████████████████████████

- Initial launch expected in Q4



Ads formats: App install video (already under test on Android), as you can see on tehr ight. ██████████████████████████

██████████████

Action Video (launch in Q4 21) and Discovery Image (launch in H2 2022)

Proprietary + Confidential

## To drive Shorts uptake, we are running several Creator and User adoption initiatives

### Creator Adoption

- ███ Creator Acqu s t on fund, targeted at top 1K off p atform Creators e.g., top k ok creators
- $100M Shorts Creators fund, month y reward to Creators w th top v ewersh p

### User Awareness

- Launch campa gns n the US and nd a
- Pa d med a campa gns n UK, BR, JP and others p anned to go ve n ear y September





Two types of funds:
- Creator acquisition fund where we are directly engaging top TT creators to create original shorts on YT.
- W want Shorts creators to not only find fame but financial rewards too. In August we launched our $100M Shorts Fund where any shorts creator,can make between 100-10K depending on how their shorts performed the last month. We thought it was important to give new creators a shot at making $, so creators are eligible regardless if they are in our partner program or not. This was very positively received. Across our 10 launched markets, we invited ██████████ .At the end of Sep, we'll announce an additional 30+ (taking us to 40+ total).

████ of last month's winners were non-monetizing so the shorts fund is their first form of monetization on YT.

We are also actively running campaigns to build awareness of Shorts amongst users, on and off platform. These have also been highlighting the unique ability on yt to pull audio from our longform corpus, like you see in this creative on the right.

Proprietary + Confidential

## Case study: BTS Dance Challenge

Campa gn for v ewers to post dance Shorts with launch of K
-pop band BTS's newest single: Perm ss on to Dance



- ▇ of creators were first time Shorts creators

- ▇ views on related Shorts ▇ % of goal)

- Most socially discussed dance challenge s nce 2018

- Up next: Ed Sheeran campaign

Dance challenges big trend in short form video
▇ derivative videos created through 30 days of the challenge

As a user awareness example, I thought I would give you some behind the
scenes on our collaboration with the South Korean boy band BTS.
they actually came to us excited to be a first mover with Shorts with their new
single Permission to Dance. We collaborated to accelerate our global launch
and accelerate key features to make this successful. The call to action to their
fans was to create a short for their dance challenge. A unique spin was at the
end BTS would create a full YT video complication with the best fan-created
Shorts. Great example of how short form and long form on the same
platform... The results were very strong: ▇ views. And the majority of
creations were by first time Shorts Creators.



In short form video - the connecting between watching and creation is very important: users get inspired by what they watch and then feel like they can join in too - ███████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

Next:
Creators are noticing that Shorts are getting an audience and getting views; that means bad actors have as well and we are seeing channels rip off other ppl's content and re-upload to YT to grow a channel. We are taking this into account and ██████████████████████████████████████████
████████████████████████

Starting with App Install video ads between Shorts
██████████████████████████████████████████████████
██████████████████████████████████████



We are here in q3
Original plan was to have competitive product EO 2022
We are working on an acceleration across YT, to pull this timeframe in to mid next year. Teams across YT have identified over 270 projects.

Next step:
More broadly across Google - how can we leverage knowledge and expertise others teams we are hoping to work with. i..e we have been reaching out to teams we work with, like RMI and COre.



Looking forward we will have a suite of monetization options.

Shoptube - we think shorts is a great format for discovering and purchasing products; we have just kicked off a pilot here with a set of Shorts creators.
Ads formats: we'll expand to from App install video (already under tests) to Action Video (launch in Q4 21) and Discovery Image (launch in H2 2022)
PDG - enable viewers to directly recognize their favorite shorts creators

ust at ve mocks

**2021 / 2022:** Strengthen product differentiation

   

| **Green screen** | **Toolbelt** | **Collabs** | **Audio Trends** |
|---|---|---|---|
| mpower sers to dep oy any backgro nd | xpand o r too be t to nc de more feat res | Co-create asynchrono s y w th any other v deo | A gor thm ca y enco rage part c pat on n trends |
| Q3 '21 Ga ery , H1 '22 Y V deos | Q4 '21 | H1 '22 | M d '22 on-go ng a nches |

I wanted to highlight a few things coming up next:

1. We have started to rollout the first stage of Greenscreening, which enables users to switch out the background of their video to make it more engaging. Our plan here is to unblock the whole corpus of YT videos to enable any YT video to be your background next year. emix audio to remix video - codename for this is MultiMix.

2. We have many Creation tools planned, cinluding expanding our effects and filters so that creators have a comprehensive toolbet of features

3. Collabs will  let you go to any long form yt video, like this mr beast one and tap Create and pull a portion of the video into your short - so here this woman is reacting to mr beast with her short. So the way tot hink abotu this and Greenscreen are: the who of YT becomes  inspiration and ingredients for creation. -today you can pull in portions of audio; with these features, you will be pull any part of thevideo to create.

5. We have a big focus on driving trends - a key workstream here is getting smart about repeatedly exposing viewers to an audio track while they are watching, so they recognize it and then want to jump in on the trend and create.





