# AMENDED Exhibit 1116

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

| | |
|---|---|
| From: | ███████ ████████ |
| on behalf of | ████ ██████████ |
| Sent: | 6/8/2012 9:44:42 AM |
| To: | █████ ███████ |
| CC: | kubrik ████████ |
| Subject: | Re: Notes from iOS Creator App review (6.7.12) |

Awesome notes, sounds like the review was both interesting and useful.

From just reading the notes/summary, the only point of moderate concern is that the phrase "(not v1)" isn't cited against a LOT more items. Given the proposed timelines for this project, we are going to have to be studious in picking only those features that are absolutely critical to the success of a v1 app.

None the less, a LOT of really good feedback in there... exciting.

On Thu, Jun 7, 2012 at 6:37 PM, ███████ < ████████████ > wrote:



**Notes from iOS Creator App review (6.7.12)**
CONFIDENTIAL - DO NOT FORWARD

**Attendees**

████████████████████████████████████
███████████

**Deck**

██████████████████

**Mocks**
Slidey: ██████████████
Chunky: ████████████
Rotator: ████████████

**Value prop**

- Question about how to make the value of the app clearer
- Stabilize and color corrections are subtle
- Suggestion to do something to make the improvements more obvious
- Perhaps a side-by-side preview? (as we do on web)
- Maybe show the amount of shakiness?
- Perhaps an animation, as in ████████ mocks
- Socialcam & Viddy should not be the model this app is based on; they don't get it right except for more FB usage
- Goal is not viewership, it's viewer addiction

**Features**

- Maybe add a way to mark scene breaks, i.e. a star while recording?
- Is there something from SLRs that we can do that other apps don't? Maybe artificial low depth of field?
- Suggestion to consider adding titles/annotations, perhaps at scene breaks
- Should explore auto scene detection; could show markers of scene breaks while trimming
- Should explore live streaming
- Should explore uploading while recording
- Should explore people tagging (not v1)
- Taking photos while shooting videos useful (exists on Android)
- Effect previews while recording is hawt (ex: Luma)



EXHIBIT 16
WIT: Hadus
DATE: 3/25/25
Maureen O. Pollard, RDR

## Research

- Should look at a random sample of ~100 mobile uploaded videos (esp autosync'd) and categorize them & figure out what enhances they'd benefit from
- Should give more thought to the private sharing use case; ██████ thinks there is more potential here
- Should experiment requiring logging-in initially vs. at sharing stage


- Should check usage of RTL languages and evaluate eng time to determine RTL launch timing
- Should explore eventual integration w/ Android camera app


## Branding

- should not use made up names
- [action verb] by YouTube may be OK-- depends on action verb
- Should follow up once we have specific suggestions


## UI/Design

- It's much more comfortable to hold the phone vertically
- Should explore recording landscape while in portrait mode, understanding it will lose resolution
- Don't have a strong preference between 3 prototypes shown; overall, positive feedback on progress
- Linear path (as in ████████ mocks) was clearest
- Likes duration display in seconds, but does not like pressure applied by rotating circle bar (as in ████████ mocks)


--
████████
Engineering Manager for Player | YouTube
████████████  *  ████████████

CONFIDENTIAL

GOOG-3047MDL-03360357

# DOCUMENT SLIPSHEET

**Bates Number:** GOOG-3047MDL-03360356-GOOG-3047MDL-03360357

**BEGATTACH:** GOOG-3047MDL-03360356

**ENDATTACH:** GOOG-3047MDL-03360357

**PRODVOL:** PROD026

**Custodian:** HARDING, JOHN

**File Path:** /47D304F8624CDE746CA41AC30E83426D838575D85E5127810A92174E548EDB2E.EML

**Confidentiality Designation:** CONFIDENTIAL

**HASHVALUE:** 6A6C3B7D8901CE657C936197BAD0854E

**Document Type:** EMAIL

**Author:** ▮▮▮▮▮▮▮▮▮▮

**Family Date:** 6/8/2012 9:44 AM

**Last Modified Date:** 6/8/2012 9:44 AM

**TRACK CHANGES:** NO

**COMMENTS:**

**HASHIDDENDATA:** NO

**Filename:** 47D304F8624CDE746CA41AC30E83426D838575D85E5127810A92174E548EDB2E.EML

**Title:** RE: NOTES FROM IOS CREATOR APP REVIEW (6.7.12)

**DOCEXT:** EML

**Email From:** <▮▮▮▮▮▮▮▮▮>

**Email To:** ▮▮▮▮▮ <▮▮▮▮▮▮▮▮>

**Email CC:** KUBRIK <▮▮▮▮▮▮▮▮>

**Email BCC:**

**Received Date:** 6/8/2012 9:44 AM

**Sent Date:** 6/8/2012 9:44 AM

**TIMEZONE:** (UTC) COORDINATED UNIVERSAL TIME

**THREADID:**

**Subject:** RE: NOTES FROM IOS CREATOR APP REVIEW (6.7.12)

**REDACTION TYPE:**

**REDACTIONS:** NO