# AMENDED Exhibit 1123

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



Katharina Østergaard

ALL YouTube Channels

Athena Classifier

External Web Forms

Trust + Safety
· live videos
· suspicious

Vendors (India) Human Review ?

NO ?

Age Verification Team

Katerina Ostergaard

1 member plus 2 back-up

Underage Acct. Workflow

Approve As not underage.

EXHIBIT 16