# AMENDED Exhibit 1136

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-03539659

# North America
# K-12 EDU Sales Team Overview

Google for Education

# EDU North America K-12 Sales Objectives

EDU K-12 is an *indirect\** sales team that drives revenue, adoption, branding+trust



**Champion our 1:1 device, collaboration, and communication platforms.**

**Drive growth and renewal of Chrome and G Suite solutions in partnership with our Channel.** (Eg. Chromebook Education Upgrade, G Suite Enterprise for Education)

**Advise and empower customer success.**

**Drive ongoing awareness and adoption of our EDU Programs and Partners.** (eg. Teacher Certifications, School Transformation, Services and PD Partners)

**Foster trust in Google as a holistic partner**

**Provide K-12 with a main POC bridging to all of Google.** (eg. Eng-Edu, Community Affairs, Legal, Youtube, Child Safety, Public Sector, etc.)

**Google** for Education

\* Products are sold by resellers and chromebook manufacturers, not Google directly

# 2021 K-12 Market Segmentation




**LCS** ■ **Field Sellers** — ■ **Accounts**
- **Over 40K Students** (e.g. Chicago Public Schools, LAUSD, NYCDOE, etc.)

**MCS** ■ **Field Sellers** — ■ **Accounts**
- 5-40k Students (e.g. midsized school districts)

**Scale** ■ **Program Managers** ■ **TVC** — ■ **Accounts**
- Less than 5K Students (eg. small districts, privates, and charters)

~■ **Customers**

■ **Total Googlers and Contractors**

**Google** for Education



# K-12 Sales Execution (by market segment)



**Google** for Education

*Our Vision*

# An Equity-Based, Multi-Tiered GTM Approach



*Our Strategy*

# Differentiate actions to **meet the equity goals** of our customers by need



Google for Education

# **Universal** Tier Efforts





**Google** for Education

# **Targeted** Tier Efforts



 Google for Education

# **Intensive** Tier Efforts







**Google** for Education

# Our Team's Abilities

**What we CAN do**

- Work with customers to evaluate Google solutions

- Help customers understand what programs and partners can help them successfully adopt Google solutions

- Provide professional development services through partners along with the purchase of Chromebooks and G Suite Enterprise for Education

- In some cases with larger initiatives, provide additional funding for deployment, professional development services or sponsor large events

**What we CAN'T do**

- Provide customers with donations of Google products

- Help customers solve connectivity issues (eg. giving out hot spots, free home internet, etc)

- Provide Googlers to train teachers or students