# AMENDED Exhibit 1137

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-00864164



Key takeaways:
- Teen responsibility is a YT/Google wide problem
- Thus the first step was to build the coalition across YT
- This team has spent several hours together coming up with the longer term solution (a sub-group of folks here are also working on the 2023 'drumbeat' launches/announcements but that is not in scope for this doc - it will be in scope for pulse and we'll come separately with these details)



## Should we require 18+ verification or inference to access MA+?

Teens must be protected, proportionate to the risks

Context: Declared teens do not get access to MA+ content, they are asked to age verify (see screenshot). This happened in Sept 2021, when we launched AADC protections globally for declared teens.  But this is likely a minority of of the actual teens on the platform (which is closer to 15% of DAV vs the 4% who declare).

**It appears that our peers do infer ages for some protections…should we?**

**Options**
1) Leave as is, no change
2) (recommended) ████████████████
   ████████████████████████
3) ████████████ AND disable p13n ads and set safer user defaults

Confidential & Proprietary

Confidential & Attorney Client Privileged

▶ YouTube

# Age-gate MA+ content in the US (for unverified users which has teens and some adults)