# AMENDED Exhibit 1142

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Produced in Native

CONFIDENTIAL

GOOG-3047MDL-00957770



Attorney-Client Privileged & Confidential

# Kids & Families

Exec Council



January 2020

## Exec Council refreshed

Attorney-Client Privileged & Confidential

- Refreshed Tiger Team with active engagement from your teams

- Co-ownership of this Exec Council by ▮ and ▮ to ensure greater relevance from a x-PA standpoint

- **Topics for today:**

  - Address any concerns with longer-term vision

  - Align on short list of P0 topics from this group's POV - what would you like to cover together in 2020? (juxtapose against Tiger Team shortlist)

  - Discuss a few key areas:
    - **Private scanning** - very high volumes. Will heighten focus on reviewer wellness, in particular.
    - **Trust** - opportunities to provide more industry leadership?
    - **Age verification** - UK ICO launched, begin to discuss approach.

Google

Speaker: ▮

# Deep Dive #3: Imminent regulation will raise the bar on Google's approach to age verification

| GDPR | • Age verification requirement implicit; service providers must use **age-verification methods proportionate to the nature and risks of the underlying processing** |
|---|---|
| **UK ICO Age Appropriate Design Code** (Q1-21 likely enforcement deadline) | • Requires online services provide **either a child-appropriate experience for all users, or apply an "age assurance" model with a sliding scale of different levels of age verification depending on nature and risks associated with processing**<br>• Also includes requirements for conservative default settings, additional location data restrictions, and other data minimization requirements |
| **Irish DPC** | • Expected to publish guidance on children's data processing, including age verification, imminently. |
| **EU Audiovisual Media Services Directive** (Sep-20 enforcement) | • Video sharing platforms (e.g., YT, Google Play Movies and TV) required "to establish and operate **age verification systems for users of video-sharing platforms with respect to content which may impair the physical, mental or moral development of minors.**" |

Google

Speaker: ███