# AMENDED Exhibit 1143

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Comms Doc**
**Family Link App**
**Early access program: March 15, 2017**

## Overview

On Wednesday, March 15th at 9am PT, we will announce the early access program for Family Link, a new app that can help parents stay in the loop while their kids explore on their Android phone or tablet. Parents can use Family Link to set certain digital ground rules that work for their family -- like managing the apps their kid can use, keeping an eye on screen time, or setting a bedtime and daily limit for their kid's device.

However, Family Link can't make the apps or services on their phone that were designed for adults, kid-safe; it's up to parents to review apps and services to determine what's right for their kid. When parents make the decision to give their child their own device, Family Link can serve as a tool that keeps parents in the loop as kids begin to explore online.

We'll be pairing Family Link with a [ HYPERLINK "https://families.google.com/familylink/family-tips/" \h ] ([ HYPERLINK "https://docs.google.com ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ \h ]), developed in partnership with the [ HYPERLINK "https://www.fosi.org/" \h ] to help parents teach their kids about how to make smart choices when using their mobile device.

We will begin rolling this out in a staged approach:
- March 15, 2017: Launch of early access program
- April 13, 2017: Addition of iOS capability for parent device
- June 2017 (TBD): Full public launch (internal-only)

**People and Responsibilities**
- PM: ▮▮▮▮▮▮▮▮▮▮▮▮▮
- Marketing: ▮▮▮▮▮▮▮▮▮▮▮▮
- PR: ▮▮▮▮▮▮▮▮▮▮▮▮
- Internal comms: ▮▮▮▮▮▮▮▮▮
- Policy: ▮▮▮▮▮▮▮▮▮▮
- Legal: ▮▮▮▮▮▮▮▮▮▮



## Launch Content

**Launch day key messages**
- Navigating technology can be particularly tricky for families with kids. That's why we developed the Family Link app - to help you stay in the loop while your kid explores on their Android device.
- Starting today, parents across the US can take part in the [ HYPERLINK "http://g.co/familylink" \h ][ HYPERLINK "http://g.co/familylink" \h ], which will allow eligible parents and kids to test out the app and provide feedback before it becomes available to the public.
- Family Link allows parents to set certain digital ground rules that work for their family -- like helping to manage the apps their kid can use, keeping an eye on screen time, or setting a bedtime for your kid's device.
- Here's how it works: First, apply for an invitation to the [ HYPERLINK "http://g.co/familylink" \h ][ HYPERLINK "http://g.co/familylink" \h ]. Once invited, your kid will need a new or factory reset device that runs Android Nougat (7.0) or higher. Then, download the Family Link app onto your device and create a Google Account for them through the app. Finally, sign them into their new device.

GOOG-3047MDL-01621942

- ○ It's important to note, that kid's Google account is much like the parent's existing account except that parents can manage certain aspects of it.
- Family Link is available to parents of kids under 13 years old, since users 13+ can create their own Google account.
- Family Link connects your Android or iPhone to your kid's Android phone or tablet, to help parents manage the apps their kids can use, keep an eye on screen time, and set a device bedtime.
- While Family Link can help you set certain ground rules around how your kid uses their device, it can't make the apps or services on their phone that were designed for adults -- kid-safe; it's up to parents to review apps and services to determine what's right for their kid.

**Ideal Headlines**
- Google makes being a parent in the digital age even easier
- Kids can finally get Google Accounts -- with great parental supervision features
- Android establishes itself as THE platform for kids and parents

**Useful stats to reference**: ([ HYPERLINK "https://docs.google.com/█████████████████████ \h ]: Kids Say Tracker 2015, Common Sense Media, AVG Digital Libraries, 2014)
- Among families with children age 8 and under, there has been a five-fold increase in ownership of tablet devices, from 8% of all families in 2011 to 40% in 2013.[ HYPERLINK █████████████████████████ ][

  HYPERLINK █████████████

  ]The percent of children with access to some type of "smart" mobile device at home (e.g., smartphone, tablet) has jumped from half (52%) to three-quarters (75%) of all children in just two years.[ HYPERLINK ████████████████████████

  ][ HYPERLINK ████████████████████████

  ], 2013 p. 20.
- For tweens, kids ages 8 - 12, 80% have a tablet in the home and 79% have a smartphone in the home.[ HYPERLINK "https://www.commonsensemedia.org/sites/default/files/uploads/research/census_research report.pdf" \h ], 2015 p. 22
- 84% of kids 6-12 are using tablets on a weekly basis. Young Love 2016 Study
- 77% of kids 6-12 are using smartphones on a weekly basis. Young Love 2016 Study
- 38% of children under age 2 have used a mobile device in 2013 per [ HYPERLINK ████████████████████████

  █████████ p. 9

**Communications Plan**

**PR Logistics and Strategy**
- *Date and Time*: Embargo lifts on Wednesday, March 15th at 9am PT
- *Goals and Audiences:* Launch humbly but land well, under-promising and over-delivering
- *Spokespeople*: ████ █████, Product Manager, with vision-setting by Pavni Diwanji, VP of Engineering, and ████ █████, Director of Product Management

CONFIDENTIAL

**PR Plan**
- *Pre-Launch*: Reactive until launch of early access program
- *Early Access Program:*
  - Conduct 2-3 embargoed deskside briefings with consumer journalists in NYC, providing early access to the app and a device to use with their kid (March 6-7)
    - Press targets: USA TODAY, Parents.com, and Mashable
  - Conduct 2-3 embargoed deskside briefings with tech journalists in SF, providing early access to the app and a device to use with their kid (March 8-9)
    - Target press: CNET and WSJ
- *Internal comms plan*
  - Insider post for dogfood [Done - Aug 24]
  - TGIF segment on Unicorn [March 9]
  - Daily Download on internal homepage [Launch day - March 15]
  - TBD - Note to API organization from Pavni or ▉ [Launch day - March 15]
- *Social media plan*
  - Marketing to secure social posts targeting core Android enthusiasts, including Android and Nexus outlets. Hold on official @Google post until broad launch in EOQ2 2017

**PR plan for addition of iOS capabilities for parent device in early access program**
- *Date:* Wednesday, April 12, 2017
- Manage reactively with press as needed

**Materials**
- [ HYPERLINK "https://docs.google.com ▉▉▉ \h ]
- Briefing doc
- [ HYPERLINK ▉▉▉
- Coverage doc

**FAQS**

**Launch-specific:**
**What is Google announcing today?**
Navigating technology can be particularly tricky for families with kids. That's why we developed the Family Link app - to help you stay in the loop while your kid explores on their Android device. When your kid is ready for their first Android device, Family Link allows parents to set certain digital ground rules that work for their family -- like helping to manage the apps their kid can use, keeping an eye on screen time, or setting a bedtime for your kid's device.

Starting today, parents across the US can take part in the Family Link early access program. This initial rollout will allow qualifying parents who have Android for their kids under 13 years old, to access Family Link.

**Where is this feature available?**
During the early access program, Family Link will be available (by invitation only) to parents in the US who have of kids under 13 years old. To get started, you'll need:
- Apply and receive an invite to the [ HYPERLINK "http://g.co/familylink" \h ][ HYPERLINK "http://g.co/familylink" \h ]
- To create a Google account for your kid through Family Link.
- A compatible Android device for your kid.
  - Kids need a device running Android Nougat (7.0.0) or higher to use Family Link.
- Parents can use Family Link on Android devices running Kit Kat (4.4) and higher, or on iPhones running iOS 9 or higher

GOOG-3047MDL-01621944

- Your own Google account.

In the future, we hope to make Family Link available more broadly.

**Is Family Link available on iOS?**
Family Link works with kid devices running Android Nougat (7.0.0) or higher. Parents can download Family Link on Android devices running Kit Kat (4.4) and higher or iPhones running iOS 9 or higher.

**How does it work? Do both the parents and their kid have to download the Family Link app?**
Here's how it works: First, your kid will need a new device that runs Android Nougat (7.0) or higher. Then, download Family Link onto your device and create a Google Account for your kid through the app. Finally, sign your kid into their new device, and you can then use Family Link:

- Manage the apps your kid can use
- Approve or block the apps your kid wants to download from the Google Play Store.
- Keep an eye on screen time
- See how much time your kid spends on their favorite apps† with weekly or monthly activity reports, and set daily screen time limits for their device.
- Set device bedtime
- Remotely lock your kid's device when it's time to play, study, or sleep.

**What features are available to parents in the Family Link app?**
You can use the Family Link app to stay in the loop while your kid explores on their Android phone or tablet. Remotely on your Android or iOS phone, you can use Family Link to:

- **Manage the apps your kids can use**
  Approve or block the apps your kid wants to download from the Google Play Store.
- **Keep an eye on screen time**
  See how much time your kid spends on their favorite apps with weekly or monthly activity reports, and set daily screen time limits for their device.
- **Set device bedtime and screen time limits**
  Remotely lock your kid's device when it's time to play, study, or sleep.
- **See your child's device location**
  Locate your child's device on a map.
- **Manage certain settings in Google and Android**
  Filter websites on Chrome, adjust Play content restrictions and purchase approvals, and more

**Is the experience the same for parents across iOS and Android devices?**
All the features available on Android are also available on the parent's iPhone, but they may have some small changes on the user experience. For example:
- User needs to use a browser to manage purchase approval settings, instead of going to Google Play (not available on iOS)
- Support for remote approvals is implemented on Family Link instead of taking the user to Google Play.

**Can two parents manage have access to the Family link account?**
Yes, the family manager can elect another family member as a second parent. The second parent has nearly all the same capabilities as the first parent. The only differences are that a second parent can't do family management functions, like adding or removing family members.

**I know you can limit screen time overall, but you can't do it for a specific app--that is, you'd let the kid read but not play a game at a certain point?**
That's correct. Screen time limits is for use of the device, not for specific apps. We'll continue to watch feedback in this area (amongst others) during the early access period.

GOOG-3047MDL-01621945

**What apps are available to the kid?**
During setup, parents can choose to from the pre-installed apps that came with their kid's device. By default, parents can also choose to approve or deny apps their kid wants to download from the Google Play store. By default, apps rated Mature and Adult are not browseable or available for download or purchase by kids. Parents can modify approval and content catalog defaults in Family Link, as they see fit.

**Does Google limit the capabilities of various Google apps for kids?**
While Family Link can help you set certain ground rules around how your kid uses their device, it can't make apps or services on their phone that were designed for adults -- kid-safe; it's up to parents to review apps and services to determine what's right for their kid. However, we have put some filters in place to help limit various experiences in appropriate ways. For example, in Search, SafeSearch is on by default.

**Is Google Search available? Is the app different in any way?**
The Google app is available on kid's devices. Parents can choose to disable the Search function in the app. By default [ HYPERLINK "http://www.safesearchkids.com/" \h ] is on, helping to filter sexually explicit and violent content from kids.

**I know a parent can choose a SafeSearch filter, but at this point it isn't working perfectly. Case in point from the kid phone, I was able to use search terms like sex and sexting and open Web articles on the topic.**
By default [ HYPERLINK "http://www.safesearchkids.com/" \h ] is on, which helps to filter sexually explicit and violent content from kids. However, it's important to note that the SafeSearch filter used is the same one for adults -- meaning that it's not designed to suppress informational or news-worthy articles on topics like sex education and sexting, even if graphic. Parents are of course free to choose a more limited browsing experience for their kids via Chrome's restrictions in Family Link, although these changes will not impact Search results. Parents can also choose to turn off the Search app.

**Is Google Chrome available?**
Parents choose which apps are available on their kid's device during setup and can choose to approve the download of other apps. If parents choose to allow Google Chrome on their kid's Android device, it will by default, try to block sexually explicit and violent websites. For example we do our best to block explicit sites automatically to help stop a kid from stumbling upon one. Parents can also tweak these settings to block or allow sites they specify. Kids can request access to a blocked website and parents can choose to accept / deny this request via Family Link.

Signing in to Chrome OS, Chrome on a computer or iOS is not available to kids at this time.

**Is the Google Assistant available to kids?**
The Assistant is available both in Allo, Pixel and other specific Android devices.

**What about Google Home?**
Google Home is not available for kids accounts at this time.

**Are Android Wear, Android TV and Android Auto available to kids?**
These platforms are not available for kids accounts at this time.

**Is Google Photos available? Is the app different in any way?**
Parents choose which apps are available on their kid's device during setup and can choose to approve the download of other apps. If parents choose to allow the Google Photos app on their kid's device, the ability to share photos directly from within the app is blockable by parents if they choose. Private face grouping is not available for kids.

**Is Google Maps available? Is the app different in any way?**

CONFIDENTIAL

GOOG-3047MDL-01621946

Parents choose which apps are available on their kid's device during setup and can choose to approve the download of other apps, including Google Maps. If parents choose to allow the Google Maps app on their kid's device, it is available for use with minor changes. Certain features, like leaving local reviews and calling a rideshare company are disabled.

**Is Timeline in Google Maps available?**
Yes. Kids must manually add items to the timeline -- Location History is not available for kids at this time.

**Can kids drop a pin and share the link externally from Maps?**
Kids are able to share a link to a dropped pin or to a place externally from Google Maps and other apps where this function is available, if parents have allowed those apps on their kid's device.

**Can kids suggest edits to Google Maps or business information in Maps?**
The functionality to suggest edits to business information in Google Maps is not available to kids. However, kids can report a problem if they notice an issue with a map.

**Can kids write reviews on Google Maps?**
The functionality to write a review on Google Maps is not available to kids.

**Can kids share UGC photos on Google Maps?**
The functionality to share photos or photospheres to Google Maps is not available to kids.

**Can kids use Google Location Sharing to share their real-time location with other users?**
When on Google services, kids can only share their real-time location with their parents. Other apps and services may have different policies that would allow a kid to share their location with others.  Parents can disable location services on their child's device or choose to change location permissions for a specific application.

**Is Location History enabled in Google Search and Maps? If not, why?**
Location data can be sensitive, and therefore we have limited our long term storage of location data associated with a kid's account.  We may consider offering more robust location history  features if they are requested by our users.

**Are Allo and Duo available? Is the app different in any way?**
Yes, Allo and Duo are available, should a parent choose to approve them for use by their child.

**Is Google Play available? Is the app different in any way?**
Google Play is available on kid's devices. By default, parents are required to approve purchases and downloads of new apps and content, but parents can modify this setting, to only approve paid content, only in-app purchases, or to remove approvals.  Regardless of the setting, apps that have been previously downloaded, apps that have been shared through Family Library, and app updates (even those that may expand requested permissions) do not require approval. Kids can browse most content in the Play store but by default, Parental Control settings restrict apps that have been rated MA, R+ movies, TV-MA+ shows, and explicit books and music. Parents can modify both approval and content settings as they see fit from Family Link and in the Play Store.

**Is Google Now available?**
Google Now is not available for kids.

**Will the YouTube experience be YouTube Kids? Is the app different in any way?**
Parents may approve download of the YouTube Kids app for their kid but the other YouTube apps, such as the main YouTube app, YouTube Gaming, and YouTube Music are not available.

Because two years ago we launched YouTube Kids, a safer version of YouTube for kids under 13, children with Google accounts will be able use them to sign into YouTube Kids (and those without Google accounts can continue to use the app unauthenticated). Since YouTube is the only Google product that

CONFIDENTIAL

has designed an app from the ground up with kids in mind, we naturally decided to allow kids with Google Accounts to access the YouTube Kids experience rather than the regular version of YouTube. As is usual with YouTube Kids, parents have to go through an onboarding flow when their child signs into the app for the first time with their Google account.

The YouTube Kids app and the parent onboarding flow have been changed to support the broader range of kids' interests.

**What's appropriate for kids varies by country/culture. Do you intend on localizing the Google experience for kids?**
The early access program is only available in the US at this time. In the future, we hope to expand the program, and we will definitely take this into consideration.

**What about other apps like Facebook and Twitter?**
It's up to parents to decide which apps are a good fit for their kid and to approve the download of any new apps on a child's device. This is done in two places: during Android sign-in for pre-installed apps, and in the Play store before a child is able to download new apps.

**Is it correct that you cannot block a specific contact on the phone? So your kid can message or text anyone or send email at this stage?**
Family Link does not provide separate blocking functionality for parents. However, Google's communication apps generally have blocking functionality built into the app.  For example, in Gmail a user can block a sender by selecting "Block [sender]" after clicking the down arrow in the top right corner of the message.

**I noticed in the Play Store that Facebook or Instagram are not available on the kid phone but Facebook Messenger is and various apps related to FB and Instagram are available?**
By default, only apps with IARC ratings of Mature or Adults-Only are blocked for kids. Parents can change these settings to be more restrictive or more permissive. Both Facebook and Instagram are rated Teen. You can check your kid's Play content catalog settings in Family Link under Settings-> Controls in Google Play. Also, keep in mind that by default parents need to approve new purchases and downloads.

<u>Early access program:</u>
**Who qualifies for the early access program?**
At this time, Family Link is available in the US (by invitation only) to parents of kids under 13 years old. To get started, you'll need:
- Apply and receive an invite to the [ HYPERLINK "http://g.co/familylink" \h ][ HYPERLINK "http://g.co/familylink" \h ]
- To create a Google account for your kid through Family Link.
- A compatible Android device for your kid running Nougat (7.0.0) or higher.
- An Android device running Kit Kat (4.4) or higher or an iPhone running iOS 9 or higher for yourself
- Your own Google account.

**How do I get an invitation?**
Start by [ HYPERLINK "http://families.google.com/familylink/" \l "invite" \h ] for us to see if you're eligible. If you meet the eligibility criteria for the program, we'll send you an invite as soon as we can. We're expanding slowly so we have the opportunity to listen to and address user feedback along the way.

Please note, the invitation may not be immediate. We're limiting the number of families who can take part in the program initially to make sure we can listen and react to user feedback.

**What do I do after I get an invitation?**

GOOG-3047MDL-01621948

.

You'll get an invitation at the Gmail address you provided during sign up, with a link to download Family Link from the Google Play store or App Store. Once you've opened the app, you'll receive instructions on how to set up your kid's Google account and then their Android device.

Please note, the invitation may not be immediate. We're limiting the number of families who can take part in the program initially to make sure we can listen and react to user feedback.

### Google Accounts created through Family Link:
**Is there a minimum age for a Google Account created for kids through Family Link?**
No. It's up to parents to decide when their kid is ready for their first phone or tablet.

**What is the difference between an under 13 Google Account and a standard Google Account?**
The primary difference is that parents can manage certain aspects of Google Accounts for kids under 13. Your kid's Google Account will be very similar to your own and offers access to many of Google's products and services that you may use yourself, such as Chrome, Gmail, Google Play, Maps, etc. Many products and services that will be available for your kid have not been designed for children, and we recommend reviewing the settings and tools that Family Link has to offer to decide what's right for your family.

**What about kids that already have accounts?**
We currently don't allow users who are under 13 (age requirement varies in a few countries) to have Google Accounts. Existing Google Accounts cannot be managed in Family Link.

**Why can't kids over 13 use Family Link?**
Kids can continue using their account with Family Link up until age 18. If a kid has not taken charge of their account by age 18, their account access will be restricted until they do so. We let kids over 13 decide whether or not to take charge of their account, since they already have the ability to create regular accounts at that age. Parents can not manage the devices and accounts of teens that already have accounts, but we might consider this as an option based on the feedback we receive from our users.

**Why am I charged a fee to create a Google Account for my kid?**
In order to comply with federal privacy and protection regulations, we're required to obtain verifiable parental consent before collecting personal information from children, and credit cards are one of the FTC approved methods. The thirty cent charge serves as verification that you, as the parent, gave your consent. Payment is required so that you have the chance to see the payment on your credit card statement and can object if consent was improperly provided.

**Can I use my account I got through school or work to manage my family?**
No. Accounts provided through work or school cannot be used to manage a family group. You can use a personal account, such as your Gmail account, to create an account for your kid and manage it with Family Link.

**Why do you only allow kids to have only one account installed on their device?**
This restriction helps us maintain important product behaviors. For example, if another account was present on the device, kids could switch to that account to download apps from Play without parent approval.

**What happens when my kid turns 13?**
Today, if someone is at least 13, they can set up a Google account without parental consent or involvement. Consistent with that, when a child who has a Google Account created by their parent turns 13, they'll be given the option of "taking charge" of their account, meaning that they can continue to use their account without parental management. Our approach is to give parents and kids transparency, and encourage a family conversation around this moment. We send emails to parents and teens-to-be beginning a month before the child's 13th birthday. Those emails inform both the parent and child of some of the changes that will take effect if the child decides to graduate. For example, the parent will no longer



**Commented [1]:** ▮▮▮▮▮▮▮ how will the invite be sent to iOS users?

**Commented [2]:** The EAP invite email should also mention App Store.

See screenshot: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Commented [3]:** Keep in mind that it may take a few days to rollout this change on emails to prod

CONFIDENTIAL

be able to use Family Link to manage the child's account, and features like screen time limits, location sharing to parent, and bedtime settings will no longer work.

<u>Security and safety for kids:</u>
**Does Family Link block all inappropriate content for my kids?**
While Family Link can help you set certain ground rules around how your kid uses their device, it can't make apps or services on their phone that were designed for adults -- kid-safe; it's up to parents to review apps and services to determine what's right for their kid.

We're pairing Family Link with a [ HYPERLINK "https://docs.google.com ███████████████ \h ], developed in partnership with the [ HYPERLINK "https://www.fosi.org/" \h ], to help parents teach their kids about how to make smart choices when using their mobile device.

**How confident are you that my children will not see inappropriate or dangerous content? What measures are you taking?**
While Family Link can help you set certain ground rules around how your kid uses their device, it can't make apps or services on their phone that were designed for adults -- kid-safe; it's up to parents to review apps and services to determine what's right for their kid.

We're pairing Family Link with a [ HYPERLINK "https://docs.google.com ███████████████ \h ], developed in partnership with the [ HYPERLINK "https://www.fosi.org/" \h ], to help parents teach their kids about how to make smart choices when using their mobile device.

**Different content is appropriate at different ages, so how are you solving for different levels of safe?**
Our core philosophy is to provide tools to parents to help them manage their kid's digital lives. One such tool is app management: it's up to parents to decide which apps and content are right for their kid. In Google's own apps, parents can tweak content settings for each kid as they grow up, via Family Link. For example, in Google Play, parents may choose to adjust the content their kid can browse in Play as their kids grow older.

**What data are you collecting about children under 13? What will you do with this data?**
Generally speaking, the data we collect from kids is very similar to the data we collect from adults (e.g., search history, websites visited) as is disclosed in the Family Link Privacy Notice (see our Disclosure to Parents [ HYPERLINK "https://families.google.com/familylink/privacy/notice" \h ]).. It's also used for similar purposes -- to improve the services we provide (e.g., search ranking, or easy access to favorite websites), provide a service that the kid or parent has requested (e.g., sharing a kid's location with parents), internally improve our own services for all users (e.g., reporting Spam in Gmail) or other similar functions.

**Are you COPPA-compliant? What steps did you take to ensure this?**
Yes, we are COPPA-compliant. There are a number of steps we've taken to ensure our compliance. Key among these are (1) ensuring parent disclosure and consent before creating the account and (2) giving parents access and control over their child's information.

<u>Background and ecosystem:</u>
**Why is Google getting into the kid space?**
Kids and teens make up 1/4 of the world's population, and we want to do our part to help make the web and technology accessible and useful for them, while also helping parents stay in the loop..

**What took so long to roll this out? You first mentioned your interest in this space back in [ HYPERLINK "http://www.usatoday.com/story/tech/2014/12/03/google-products-revamped-for-under-13-crowd/19803447/" \h ].**

CONFIDENTIAL

GOOG-3047MDL-01621950

[please contact ███████ if this question comes up]

**Is this just Google's way of ensuring kids grow up relying on Google -- so you can capture potential users even earlier?**
Our goal with this initiative is to help families navigate technology together. We want to help families explore the digital world together using technology, and make it easier for them to discover, create and share as a family. We believe we also have the opportunity to help our users by bringing the best of the Android and Google ecosystems to kids and parents.

**Is this just Google's way of creating a data profile about my kid?**
No. Our goal with this initiative is to help families navigate technology together, and to make it easier for kids and parents to discover, create and share as a family. The information we collect is used to make our services faster, smarter and more useful to our users, including kids and parents.

**Kids already spend too much time in front of screens. What are we doing to get them _away_ from computers?**
Our core philosophy is that Google is not the parent, we're here to provide tools for parents. Therefore, it's up to a parent to decide how much screentime is right for their kids. We just give them the tools to help. For example, parents can limit the amount of time in a day that their kids can use a device. They can also set a bedtime for the device to limit usage after a certain time, say 8pm.

**Many of us, when we were younger, may have used technology in ways that our parents didn't approve of, and benefited from it. How are you addressing the possible conflicts between the interests of children and the interests of parents?**
One of our core philosophies is that we are building products for both kids and parents. And that means taking into account both their needs. One way we do this is through transparency -- many of the things that a parent can see about a child in Family Link is also visible to the child as well.

**Are you just building this to compete with Amazon and Apple that are already far ahead of you in terms of building their tools for families?**
It is great to see many companies tackling this challenge. Everyone wins with more minds thinking about these problems. We think we're helping parents by giving them the ability to manage aspects of their kid's Android and Google experience remotely from their own devices and an advanced set of app and screen-time management tools. We hope that our users will find this experience helpful in their day-to-day lives.

**What makes Google unique in this space? Why should I use Google to improve my family time?**
We think we're uniquely positioned to help parents by giving them the ability to manage aspects of their kid's Android and Google experience remotely from their own devices. In addition, we provide an advanced set of app and screen-time management tools. We hope that our users will find this experience helpful in their day-to-day lives.

**Ads:**
**Will my child see ads when using a Google Product?**
Yes. Google's services are ad-supported and your child may see ads when using our products. We strive to show ads that are family-friendly. All ads undergo a review process for compliance with our policies.

_If pressed..._
We wanted to create an experience that was available to everyone free of charge, so the product will be ad-supported. This way we can ensure that great online experiences and creative content is accessible to all kids across platforms.

For Google services, such as Search and YouTube Kids, we strive to show ads that are family-friendly and our ads undergo a rigorous review process for compliance with our policies.

CONFIDENTIAL

GOOG-3047MDL-01621951

Where possible, we try to provide parents with choices, like providing the Google Play Family Music plan for an experience free of paid ads in both Google Play Music and YouTube Kids.

**Will my child see ads on the web?**
Yes. The web contains ads both from Google's ad network and many others.

**Will my child see ads in 3rd party apps?**
In the app details page for parent approvals, we inform parents if an app contains ads. Thus, parents can consider this as a factor when deciding whether or not to approve or block an app .

**What kinds of ads will my child see?**
We have extensive policies in place ([ HYPERLINK "https://support.google.com/adwordspolicy/answer/6008942?hl=en" \h ]) that govern the ads we show. We are placing additional limitations on the content of the ads that will be shown to younger users across Google properties. If we find instances of ads that don't meet these guidelines, we will take swift actions to address. Younger users will continue to see a broad range of ads from a variety of providers across 3rd party apps and websites.

**How do you make sure ads are age appropriate?**
We only show ads that are classified as family-friendly. All ads undergo a rigorous review process for compliance with our policies.

**Can I opt-out of ads for my child? Is there an ads free subscription service?**
In some cases, yes. Parents can sign up for the Google Play Family Music plan, which allows your child to get an experience free of paid ads in both Google Play Music and YouTube Kids.

We're always looking for more opportunities to provide this type of choice to parents who can afford to support children's content creators via subscriptions, while still keeping an ad-supported model to keep the internet free and open.

**Where will ads be shown?**
Ads may appear to users on Google properties, as well as on the many non-Google websites and apps that partner with Google to show you ads.

**What about ads on sites that are not served by Google?**
Google is one of 100+ online ad networks. Google's serves ads on Google services, like Search and YouTube Kids, as well as 2+ million non-Google websites and apps that partner with Google to show ads. On partner sites not every ad will be an ad shown by Google, since website and apps often work with more than one ad network. If Google is showing the and we know this is a child user, we will show ads that are COPPA compliant and classified as family-friendly. All ads undergo a rigorous review process for compliance with our policies. If we find instances of ads that don't meet these guidelines, we will take swift action to address.

**Can companies target kids with ads?**
No. Advertisers are not able to target campaigns to show only to child users or to directly target a specific child user.

**How do you protect kids privacy? How is my child's account data used for ads?**
Child privacy is critically important to Google. We use children's data only as allowed and in accordance with COPPA, applicable child protection laws, and Google's Privacy Policy. For example, we do not track child users for the purpose of serving them interest-based advertising.

**What's your approach to ads with regards to kids?**
- Google's services are ad-supported and your child may see ads when using our products. We strive to show ads that are family-friendly, and our ads undergo a review process for compliance with our policies.



**Commented [4]:** ▮

...across 3rd party apps and websites?
_Assigned to ▮

**Commented [5]:** Ping for ▮ Could you please take a look? Thanks!

**Commented [6]:** _Marked as done_

**Commented [7]:** _Re-opened_
Updated and resolved.

_
▮ | Google ▮

If pressed:

- Ads are important to support the many free services we provide (e.g ., Search, unlimited Photo storage, Chrome, Docs/Drive, and even Family Link) and also compensate content producers for the content they provide (e.g., videos in YouTube Kids).
- All advertising is restricted as we currently do for COPPA and child-directed sites/apps — there is no interest-based advertising or remarketing. On our owned and operated sites (like Search and YouTube Kids), advertising meets careful policy guidelines — e.g., no horror movie or weight-loss pills ads.
- All this said, we know that many parents may have strong feelings about advertising and our goal is to provide parents with choice, where possible.
  - In Play, parents can see when the apps their kid requests are ad-supported, so that they can make an informed choice.
  - In YouTube Kids, parents can choose an experience free of paid ads, which is available via YouTube Red with the Google Play Family Music plan.
  - Lastly, parents have an option to disable Search, which they can do if they have concerns about Search ads.
  - We're always looking for opportunities to provide parents with more choice.
- No matter your age, we do not sell your personal information to anyone.

### Aren't ads bad for kids?

One of our core philosophies is around giving parents choices. We believe that parents are in the best position to decide what is right for their kids. So we help them make choices about ads and many other topics. For example…

- In Play, parents can see when the apps their kid requests are ad-supported, so that they can make an informed choice.
- In YouTube Kids parents can choose between an ad-supported or an experience free of paid ads via the Google Play Family Music plan.
- Lastly, parents have an option to disable Search, which they can do if they have concerns about Search ads.
- We're always looking for opportunities to provide parents with more choice.

### Why do you show ads to kids?

Ads help keep Google's services free for everyone. Through programs like AdSense, millions of websites earn money to keep the lights on and pay staff - by displaying ads ([ HYPERLINK "https://support.google.com/ads/answer/1634057?hl=en" \h ]).

For example, when it comes to bringing great online experiences and creative content to kids, there are limited ways to pay for that content while making it both free and and accessible to all kids across platforms. There are great content creators out there who are devoted to providing the best possible experience for kids, but who tell us they can't stay in business today without ads revenue. For example, on YouTube Kids, this is also how our partners make a living a continue to create standout videos.

That said, we know this is a sensitive area for many parents and we're working to create more options. For example, if  parents sign up for the Google Play Music Family Plan, their children will have an experience free of paid ads in both Google Play Music and YouTube Kids.

### What is different between the Unicorn ad experience and Google for Education ad experience?

Google Apps for Education accounts were created for use in the school setting, whereas these are standard Google accounts. So the ads experience is tailored to the difference in contexts. Accounts

CONFIDENTIAL

GOOG-3047MDL-01621953

created through Family Link are ad-supported subject to certain limitations, like no ads personalization for children's accounts.

**YouTube Kids:**

**What is the difference between the main YouTube site and YouTube Kids?**
YouTube Kids is the first Google product built from the ground up with kids and families in mind. The YouTube Kids app offers a more contained YouTube experience for kids. The content is generated by YouTube creators, but uses the power of our systems to try to filter out content that may not be appropriate for kids.

**Isn't this interface too "kiddy" for older kids?**
We're constantly refining our products based on user feedback. As our early access program expands, we will monitor this product and others and update as needed based on what we hear from our users.

**What was wrong with regular YouTube? You offer almost all other Google apps as-is**
YouTube Kids is has been specifically designed from the ground up to be the YouTube experience for all kids under 13. As such, YouTube Kids is the right home for kids with Google Accounts created in Family Link to access YouTube videos.

**Is this the same YouTube Kids app?**
When a child uses YouTube Kids with a Google Account created in Family Link, the app also allows parents to choose an "Older" content mode that will allow kids to have access to a wider set of videos. When used with a Google Account created in Family Link, YouTube Kids also only has kid accessible settings inside the app. All parent settings are only available inside Family Link.

**Will the features for YouTube Kids with Family Link also be available without a Family Link account?**
We are always working to improve YouTube Kids and we do expect some of the new features available with Family Link to show up in the YouTube Kids app more broadly over time.

**Can I track the videos my kids watch in the app?**
Yes, parents will be able to see which videos their kids have watched as long as YouTube Watch History setting is on for their child's account. If YouTube Watch History  is on, they can go to [ HYPERLINK "http://history.google.com" \h ] in Chrome on their child's device to see the list of recently watched videos in YouTube Kids.

**If my child searches for a video in Google Search, will it automatically direct to the YouTube Kids app if it is age appropriate to watch?**
The video that your child is searching for will surface in Google Search but it will not be watchable unless the parent has enabled YouTube Kids on the child's device and that particular video is available to that child in the app.

CONFIDENTIAL

GOOG-3047MDL-01621954