# AMENDED Exhibit 17

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

| | |
|---|---|
| From: | Miki Rothschild [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=██████████████] |
| Sent: | 3/12/2021 5:34:59 AM |
| To: | Miki Rothschild ███████████ ]; ██ ███████████ |
| Subject: | Message summary [{"otherUserFbid":100010256717076,"threadFbid":null}] |

Michael Yehuda Rothschild (3/11/2021 08:16:37 PST):
>FYI, chatted with the team. I'm aligned with option 2 on Explore/Reels and we can have an option 1 type BTG ready (I think we already do) but not exercised. The biggest problem for IG is search, suggested users, and hashtags, and it sounds like they're covered separately from this (content vs entities):

Michael Yehuda Rothschild (3/11/2021 08:16:42 PST):
>"Confirming on this piece that both would be covered under the 'entities dedicated to B2V' non rec enforcement – Accounts dedicated to B2V would be non rec and thus not eligible for Suggested Users units. Hashtags dedicated to B2V would be non-rec and put into our exact match search treatment (Tier 2.5)."

Michael Yehuda Rothschild (3/11/2021 08:32:32 PST):
>Shoot, just realized this was 8 and not 8:30...

Michael Yehuda Rothschild (3/11/2021 08:37:40 PST):
>Sounds like that's where you all landed. I'm supportive.

██████ ████████████ (3/11/2021 08:37:46 PST):
>Yep

██████ ████████████ (3/11/2021 08:37:54 PST):
>I supported your POV and relayed what you said basically.

██████ ████████████ (3/11/2021 10:08:13 PST):
>hey do you have context on hashtag challenges

Michael Yehuda Rothschild (3/11/2021 10:10:43 PST):
>in the context of B2V?

██████ ████████████ (3/11/2021 20:53:10 PST):
>nope – generally

██████ ████████████ (3/11/2021 20:53:42 PST):
>e.g. the product allowing you to start a <keyword>challenge hashtag and get 3x amplification on FB

██████ ████████████ (3/11/2021 20:54:18 PST):
>super high risk, last time it was launched #killchallenge went viral. recipe for e.g. tide pod challenge disaster

██████ ████████████ (3/11/2021 20:54:22 PST):
>https://fb.quip.com/HNsXAb1TrRBk

██████ ████████████ (3/11/2021 20:54:26 PST):
>just reviewed it on FB today

██████ ████████████ (3/11/2021 20:54:49 PST):
>given recent mura escalation too – I think we need to think about (not urgent, but relatively soon) a x-famly hashtag policy + framework to drive consistency

██████ ████████████ (3/11/2021 20:55:21 PST):
>anyway – that's not too urgent. the one thing I want you to glance at is notes from covid decision mtng today, can you check my IG framing and edit as necessary to align w/ your POV https://fb.quip.com/OVvSArTKTbWK

Michael Yehuda Rothschild (3/11/2021 20:55:22 PST):
>It's kind of like Recommendations -- I'd start with what we have on IG

Michael Yehuda Rothschild (3/11/2021 20:55:41 PST):
>It's so much bigger on IG than FB and been built over years

Michael Yehuda Rothschild (3/11/2021 20:55:48 PST):
>(just like Explore for Recommendations)

Michael Yehuda Rothschild (3/11/2021 20:56:07 PST):
>There's a ton under the hood on IG for hashtags integrity

Michael Yehuda Rothschild (3/11/2021 21:13:23 PST):
>LGTM

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL_RVOL003     META3047MDL-003-00030070

 (3/11/2021 21:15:17 PST):
>exactly - just like recs. IG is a bit further ahead

(3/11/2021 21:15:22 PST):
>just need to formalize in to FB inc wide policy

(3/11/2021 21:15:25 PST):
>thanks!

Michael Yehuda Rothschild (3/11/2021 21:34:58 PST):
>WDYT about this JD?

Michael Yehuda Rothschild (3/11/2021 21:34:59 PST):
>Youth and Teens are critically important to Instagram. While Instagram has strong market-fit with Teens, we know we need to constantly "re-win" this segment as there's a new group of 13-year-olds every year and the competition over their Social Media engagement has never been more fierce. We have an opportunity to responsibly introduce young people to Instagram.
>
>To that end, we're building a new pillar within Instagram focused on Youth. Our goal is to ensure that Instagram continues to have a strong fit with teens by offering as much of Instagram's value to tweens as possible. ** Tweens are teen-aspirational - they want access to the same Instagram that teens get. Parents want a safe space for Tweens to grow and experiment free from any potential harm, e.g. online bullying. Our product will build at the intersection by providing access to Instagram for tweens by requiring parental content, transparency, and controls. *[Internal]* This will be one of Instagram's top priorities and we're aiming to launch this new version of Instagram.
>
>We're looking for a senior product leader to build, grow and lead this new org. The ideal candidate is a strategic product thinker with strong track record launching 0→1 initiatives and are comfortable driving complex cross org execution. They are excellent communicators who are able to lay out a clear vision and represent that effectively working closely with senior leadership. Finally, they are strong managers, who are able to hire quickly and create a strong culture for a new team.

HIGHLY CONFIDENTIAL (COMPETITOR)        META3047MDL_RVOL003                META3047MDL-003-00030071