# AMENDED Exhibit 22

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MDL No.: 4:22-md-3047-YGR

IN RE: SOCIAL MEDIA ADOLESCENT    |
ADDICTION/PERSONAL INJURY         |
PRODUCTS LIABILITY LITIGATION     |
                                  |
_____|

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES - SPRING STREET COURTHOUSE
COORDINATION PROCEEDING SPECIAL  |
TITLE [RULE 3.400]               |
                                 |Lead Case for Filing
SOCIAL MEDIA CASES               |Purposes
_____|22STCV21355
                                 |
This Document Relates to:        |
                                 |
STATE OF TENNESSEE, ex rel.      |
JONATHAN SKRMETTI, ATTORNEY      |
GENERAL and REPORTER,            |
v.                               |
META PLATFORMS, INC., and        |
INSTAGRAM, LLC,                  |
                                 |
Case No. 23-1364-IV              |
_____|

DEPOSITION OF KENZIE SNYDER
Volume 1
Taken on Behalf of the Plaintiffs

DATE TAKEN:    Thursday, February 27, 2025
TIME:          9:08 a.m. - 6:20 p.m. EST
PLACE:         Delta Hotels by Marriott
               1301 Belvedere Road
               West Palm Beach, Florida 33405

Examination of the witness stenographically reported by:
SUSAN D. WASILEWSKI, RPR, CRR, CMRS, CRC, FPR

Page 2

APPEARANCES IN WEST PALM BEACH, FLORIDA

Counsel for Plaintiffs:
    MOTLEY RICE
    BY:  NELSON L. DRAKE, ESQUIRE
         ndrake@motleyrice.com
    401 9th Street, NW, Suite 630
    Washington, DC 20004
    Telephone:  (202)849-4966


Counsel for Massachusetts Plaintiffs:

    OFFICE OF THE ATTORNEY GENERAL
    BY:  CHRISTINA CHAN, ESQUIRE
         christina.chan@mass.gov
         KAITLYN R. KARPENKO, ESQUIRE
         kaitlyn.karpenko@mass.gov
    One Ashburton Place, 18th Floor
    Boston, Massachusetts 02108
    Telephone:  (617) 963-2912

Counsel for Tennessee Plaintiffs:
    OFFICE OF THE ATTORNEY GENERAL
    BY:  MATTHEW JANSSEN, ESQUIRE
         matthew.janssen@ag.tn.gov
    USB Building, 20th Floor
    315 Deaderick Street
    Nashville, Tennessee 37243
    Telephone:  (615) 741-1671

Counsel for Arkansas Plaintiffs:
    ROBBINS GELLER RUDMAN & DOWD, LLP
    BY:  NICOLLE B. BRITO, ESQUIRE
         nbrito@rgrdlaw.com
    225 NE Mizner Boulevard, Suite 720
    Boca Raton, Florida 33432
    Telephone:  (561)750-3000

Page 22

to use throughout the deposition so we have a clear record and you have an understanding what I mean by certain words and terms.

So when you started working at Meta, it was called Facebook; is that correct?

A.    Correct.

Q.    And it changed its name to Meta in late 2021?

A.    Yes, I believe so.

Q.    Okay.  Yeah.  I'll represent to you that it --

A.    Okay.

Q.    -- did change its name to Meta Platforms in late 2021.  And so that we don't get confused, I'll be referring to the parent company as Meta --

A.    Okay.

Q.    -- even when we're talking about the pre-2021 time frame, and when I use the word "Facebook," I'll be referring to the social media app Facebook.

A.    I understand.

Q.    Great.  And if it ever becomes unclear, just let me know and I'm happy to try to clarify.

A.    Okay.  Thank you.

Q.    And then also the same for Instagram.  In

Page 23

general, I'll use the word "Instagram" or "IG" to refer to the social media app Instagram.  Is that clear?

A.    I understand.

Q.    And then I may use the words "teens, adolescents, kids, young users, young people, minors," but by using any of those terms, I'll be referring to individuals ages 13 to 17 unless I say otherwise.  Is that clear?

A.    Okay.

Q.    So, Dr. Snyder, I'd like to ask you some questions about your education and employment.

A.    Okay.

MS. CHAN:  Can we please mark CC1?

(Meta - Snyder Exhibit 1 was marked for identification.)

MS. CHAN:  Excuse me, CC1 and CC2.

MS. KARPENKO:  Yeah.

(Meta - Snyder Exhibit 2 was marked for identification.)

BY MS. CHAN:

Q.    So, Dr. Snyder, I'm showing you what's been marked Exhibit 1 and Exhibit 2.  I'll represent to you that these are printouts of your LinkedIn profile that were printed on February 1st, 2025,

Page 24

and Exhibit 1 is a printout of your full profile page and Exhibit 2 is a printout of just the experience section of your LinkedIn profile but fully expanded so that we can see all the text.

A.   Okay.

Q.   Can you please review and let me know if that's a fair and accurate representation of your LinkedIn profile page?

A.   Yes.

Q.   Great.  And did you author the contents of your LinkedIn profile?

A.   Yes.

Q.   Does the LinkedIn profile you authored accurately reflect your educational background and work experience?

A.   Yes.

Q.   Okay.  Let's quickly go through both.  You currently work at Meta; is that correct?

A.   That's correct.

Q.   And you have been Lead UX Researcher at Instagram from June 2019 to present, correct?

A.   Currently I am on Threads, which is now independent from Instagram in terms of our organizational structure.  I just haven't updated my LinkedIn yet, but --

Page 25

Q.    Okay.

A.    -- for the last year and about -- almost two years now, I've been supporting the Threads app, research for the Threads app.

Q.    So approximately starting when did you transition to Threads?

A.    Starting in July of '23.

Q.    Got it.  So you are currently doing two jobs?

A.    I'm currently working for Threads.  I just haven't ended on my LinkedIn that --

Q.    I see.

A.    Okay.

Q.    So the Instagram Lead UX Researcher should say the dates from June 2019 to July 2023?

A.    That's correct.

Q.    Got it.  And at Threads currently, since July 2023, you're Senior UX Research Lead; is that correct?

A.    That's correct.

Q.    And is UX user experience?

A.    That's correct.

Q.    And then so prior -- prior to your current job as Threads UX Research Lead, you were a Lead UX Researcher at Instagram; that's correct?

Page 26

A.    That is correct.

Q.    And then prior to that, you were a UX researcher at Facebook for approximately two years, from May 2017 to June 2019, correct?

A.    That is correct.

Q.    And May 2017 is when you first got hired by Meta; is that correct?

A.    That is correct.  I was hired earlier that -- I started May 2017 but I was in a car accident and had to delay my start.

Q.    Okay.  And would you say that it was difficult to get hired by Meta?

A.    The interview process is obviously very rigorous.  I -- it was a very natural fit for me given my interest in relationships, social psychology.

There were, you know, people in similar programs that I was acquainted with through Columbia that were beginning to work with Meta and chatted with them and it just -- it was a very easy, natural fit.

Q.    Would you say that they demand a fairly high level of qualification to hold a Senior UX Researcher role?

A.    Absolutely.

Page 27

Q.    And you met those standards because you obviously got hired, correct?

A.    Yes.  At the time I was hired as a university grad but, obviously, with my tenure there, I've continued to grow.

Q.    And as you just mentioned, before working at Meta you received your Ph.D. from Columbia University in social psychology; is that correct?

A.    That is correct.

Q.    And can you describe what it means to get a Ph.D. in the field of social psychology?

A.    A Ph.D. in social psychology, it requires the defending of a thesis, and it normally is about a five-year program.  You acquire a master's after your second year, which also involves a master's talk, master's presentation, and then that work continues till your dissertation defense.

Q.    And specifically can you describe the field of social psychology?  What does that mean?

A.    It's -- can mean -- it's broad encompassing. My particular focus within social psychology looked at social support and relationships.  I looked to understand both romantic couples and how they can best support each other, but also parents and adolescents during the college application process.

Page 28

Q.   And does it cover the concept of how human behavior affects mental well-being?

A.   No, my personal research did not.

Q.   Okay.  Did you gain familiarity with that in terms of levels through your basic training course work throughout the Ph.D. program?

MS. BARNHART:  Object to the form; asked and answered.

A.   No, that was -- that was not my focus.

Q.   Okay.  Even though it wasn't your focus, though, I assume there is some base level training, though.  Is that not --

A.   I mean --

Q.   Is that not correct?

A.   -- in high school you get --

Q.   Okay.

A.   -- kind of basic psych 101, and that was really the extent of mine as well.

Q.   Got it.  And did your social psychology training include understanding the psychology of teens?

MS. BARNHART:  Object to the form.

A.   I did not focus on teens.  I -- my work that did touch on the college application process, it was more focused on the parent and how they can best

support their adolescent.

Q. Okay. Was there a base level of training on just the concept of psychology based on age?

MS. BARNHART: Object to the form.

Q. Sorry, let me clarify. I.e., is there different psychol -- adolescent developmental concepts that apply to adolescents as opposed to adults, did you gain any familiarity with that?

A. I personally did not gain familiarity because that wasn't my focus, but you are correct in that there is different developments for adolescents.

Q. Got it. And through your Ph.D. training did you gain expertise on understanding self-control and self-regulation and how that might have an impact on well-being?

MS. BARNHART: Object to the form.

A. I -- the work I did around self-control, it was not in regards to well-being.

Q. Could you describe what it was in regards to?

A. It was related to how we understood support and in terms of when to offer support versus when to let your partner handle the stressor on their own, and so it was understanding it in that context.

Q.   Okay.  And have you utilized your background and training in social psychology while in your job at Meta?

A.   The skills that I was taught in terms of research methodology and how to conduct rigorous research, of course, applies.

Q.   But were there any specific psychology concepts that have been relevant to your work at Meta?

A.   More of from a methodological standpoint.

Q.   Sorry.  So you're referring to kind of research design and --

A.   Correct.

Q.   Got it.  Okay.  And so looking at Exhibit 2, it says while you were a Ph.D. student at Columbia -- so if you look at the section where you describe your Ph.D., the first bullet says that you developed and designed an original research program exploring the intersection between social support and self-regulation that includes both intensive longitudinal and in-lab experimental design across five unique studies.

Is that correct?

A.   That is correct.

Q.   And so then as you just referred to, you

Page 250

A.    Yeah, which is standard.  Every time -- you know, we don't want to -- you know, we wanted to leverage what others have learned before us to be able to design the highest quality research study.

Q.    Do you know how long ████████████ had been working on notifications as part of Facebook?

A.    I don't.

MS. CHAN:  Can we mark CC19?  Thank you.

(Meta - Snyder Exhibit 18 was marked for identification.)

BY MS. CHAN:

Q.    Dr. Snyder, I'm showing you what's been marked as Exhibit 18.  Is that correct?  Okay.

A.    I'm just going to take a second to --

Q.    Sure.

Sorry.  And for the record, this is a document that begins with Bates Number METAMAAG-001-00021749.

A.    Okay.

Q.    Okay.  Thank you.  Dr. Snyder, this is a doc -- research note entitled "The Role of the Teen in Shaping a Household's Experience of Instagram" that you authored, and it shows the last edit date is January 20, 2021.  Is that correct?

A.    That's correct.

Page 251

Q.   And you generated this research note during the course of your work -- normal course of your work at Instagram, correct?

A.   I generated this note using the insights that ███████████ produced from the household study as one of the many, many different types of projects I was currently working on.

Q.   Okay.  And under Executive summary it says: Context:  The Household Ecosystem Study was a multimethod approach to understand how the use of social media products, like Instagram, impacts a household.  We looked across teen and preteen siblings and their parents/guardians and discovered yet another reason why teens matter for Instagram: Teens shape the household's perception of Instagram.

And so what were the already acknowledged reasons of why teens matter for Instagram?

MS. BARNHART:  Object to the form.

A.   The one that comes to mind for me is more just in the sense of within the family of apps, Instagram was -- is the teen app, while Facebook tends to be coined as the one for older adults.

Q.   And why is that?

MS. BARNHART:  Object to the form; asked and answered.

Page 252

A.   That's -- as I had shared earlier, I don't -- I don't know.  It's been that way since I joined the company.  I'm not sure.

Q.   But fair to say that teens -- a reason why teens matter for Instagram, and you're saying it's because teens are the primary users of the Instagram app, is because they want to cater to their core base; is that fair?

A.   I'm --

MS. BARNHART:  Object to the form; foundation.

A.   I wouldn't say that.  What I'm saying is that when leadership will describe the Meta portfolio of apps, the family of apps, as we call it, just historically, Instagram has been, you know, more for the teen audience and Facebook more for the old people audience, if I can describe it.

Q.   Okay.  And so you're saying you discovered yet another reason why teens matter for Instagram, and then under that, you say Insight Number 1 for this is that "Teens were often the reason that other household members joined Instagram."

Did I read that correctly?

A.   I'm saying that teens, because they're the ones that are typically on Instagram, they're the

Page 253

ones that other members of the household learn about Instagram through.

Q.   Okay.  And so then the implication, as you note in the bullet below, is that teens have the power to influence acquisition and retention for others; is that correct?

A.   As I said, that teens are often the ones that other members of the household learn about not only Instagram, but social media in general through.

Q.   And therefore, you're noting here that an implication is that they have the power to influence acquisition and retention for others.

Did I read what you wrote correctly?

A.   Yeah, but as I -- it's not necessarily limited to, like, a particular social media app. Just this is more like a general -- that the role of teens in the family as the ones that are typically the users of social media, they're the ones that other members learn about social media through.

Q.   As the title of this research notes, this is your study of the household's experience of Instagram, correct?

A.   That's what the title says but the overall research, as we had talked about, does not focus just on Instagram.  It's social media in general.

Page 254

Q.    Did it not specifically recruit participants who were users of Instagram?

MS. BARNHART:  Object to the form.

A.    The teen was a user of Instagram.  The younger sibling and the parent did not need to be.

Q.    Okay.  But you're noting that there was potentially the power for teens to influence acquisition and retention for others on social media apps, including Instagram?

A.    I didn't -- I don't -- I didn't write "including Instagram."  Again, it's --

Q.    Okay.  Then the default would be because the title above it is that teens were often the reason other household members joined Instagram, that it applied to only Instagram, then?

MS. BARNHART:  Object to the form.

A.    It matters -- they could influence acquisition on any app, one of which, yes, potentially Instagram.

Q.    Okay.  If you turn to the next page, under "Setting the stage" heading it says:  Historically, teens have been a key focus for IG.  Acquiring and maintaining them continues to be a priority, reflected by investment in new features like Reels.

How did investment in new features like

Page 455

C E R T I F I C A T E

I, Susan D. Wasilewski, Registered Professional Reporter, Certified Realtime Reporter, Certified Manager of Reporting Services, Certified Realtime Captioner, and Florida Professional Reporter, hereby certify that the witness named herein appeared before me on Friday, February 28, 2025, and was duly sworn.

I FURTHER CERTIFY that I was authorized to and did stenographically report the examination of the witness named herein; that a review of the transcript was requested; and that the foregoing transcript is a true record of my stenographic notes.

I FURTHER CERTIFY that I am not related to or an employee of any of the parties, nor am I related to or an employee of any of the parties' attorneys or counsel connected with this action, nor am I financially interested in the outcome of this action.

WITNESS my hand this 18th of March, 2025.

_____

Susan D. Wasilewski, RPR, CRR, CMRS, CRC, FPR