# AMENDED Exhibit 33

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



META3047MDL-047-00066030-META3047MDL-047-00066030

**Document Provided in Native Format**

CONFIDENTIAL

META3047MDL-047-00066030



# IG Brand in App Insights

January 2024

# IGMI & MCL Team Vision & Purpose

The Instagram Marketing Insights + Meta Culture Lab teams are the stewards, guides, and enablers of the IG brand strategy throughout the organization.

The **brand in app** unlocks user value by improving existing products, and inspiring and launching new ones in service of our brand strategies





2024 Support Framework

## IGMI Brand in App Insights Pod
Lead: Wendy

**2024 Goal:** Unlock the value of our apps for people by improving existing products, and inspiring and launching new ones in service of our brand strategies

**Goaling principles for measurable impact:**

What decisions did we inform and how did those decisions move our products or business forward in an impactful way?

What capabilities did we build in the organization (tools, frameworks, new habits) and how did they improve operational efficiency?

In what ways have we learned from, or been consultative to FoA insights and XFN partners?

## IGMI Brand Experiences Insights Pod
Lead: Wendy

**Over the course of 2024, our work will ladder to the following four outcomes:**

| Brand proof-points | Teen acquisition | Threads | Creators |
|---|---|---|---|
| Drive the user value of connection through brand accretive products | Drive acquisition of teens | Define the Threads brand and drive retention for it | Bring our brands to life for Creators |

**Prioritization framework:**

Products are accretive to our brand - or have the potential to be

Products are resonate with our core target audiences

Products are high priority for the business & we have an opportunity for impact

Where appropriate, we partner with brand experiences pillars across the family of apps marketing organization; the Instagram brand foundations, communications, and brand-in-product pillars; and consult for the public affairs marketing insights team (parental perceptions and teen acquisition).

# Focus Areas



**Wendy Gross**
Team Lead

IG Brand Experiences

Teen Acquisition

Creator Marketing

Threads





**Brand proof-points**

# Drive the user value of connection through brand accretive products

**Why this matters**

Core to our brand strategy

**Big research questions**

For both existing and new products, we will evaluate their potential for teen resonance as well as the ways that they unlock user value.



Teen acquisition

# Drive acquisition of teens

**Why this matters**

Acquiring new teen users is mission critical to the success of Instagram.

██████████████████████

██████████████████████████

█████████████████████

████████████████████████

████████████████████████

███████████████████████████

██████████████████████████

███████████████████████

██ ▪ █████████████████

████████████████████████

████████████████████

████████

**Big research questions**

Our core research questions include:

███████████████████████

██████████████████████

██████████████████████

███

██████████████████████

███████████████████

████████████████████

████████████████████

███████████████████

████████████████

██████████████████████

███████████████████

████████

**Potential projects include:**

• Young teen foundational research

Threads

# Define the Threads brand and drive retention for it

**Why this matters**

Threads launched in July 2023 as a sub-brand of Instagram, with the assumption that it inherited the equities and values of Instagram. A lack of familiarity and differentiation are top barriers to using Threads, suggesting that we need to define and differentiate the app from both Meta's other offerings and competitor apps.

As we prove Threads out as a healthy business over the next 6-12 months, we need to better understand and validate the core components of its value proposition in order to establish product market fit. We will understand what must be true in order for Threads to be a proof point for the Instagram brand strategy and maximize the potential for the app's success.

**Big research questions**

- What needs to be true in Threads for the app to be a proof point for Instagram?

**Projects include:**

███████████████

**Creators**

# Bring our brand to life for Creators (TBD)

**Why this matters**

Creators are an integral part of the Instagram and Facebook experiences. Creators make the content that sparks interactions for consumers on Instagram and promotes social discovery on Facebook. To win with our core consumer audiences, we must also win with creators.

In 2023, we established creator positionings that ladder into the brand apps. We must unpack what these brand strategies mean and how they come to life in order to establish a durable strategy to appeal to the creators crucial to each app.

**Big research questions**

- What should our creator marketing strategy be for Instagram and Facebook?
- How do our products live up to the brand truth for Instagram and Facebook?
- How do we set up creator outbound for success?

**Potential projects include:**



In H2, we will dive deeper into our product knowledge to launch and accelerate brand accretive products