**AMENDED Exhibit 37**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# 2017 Teens Strategic Focus

Review

10/27/2016

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134688

# Our goals for this meeting

- Align on goals for teens
- Share initial research and align on key age and geo segments
- Share initial product proposals for feedback
- Identify key gaps to address over the next 4-6 weeks

2

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134689

# H2 Timing leading to H1 Build

- Sept. 8:    Kicked off age modeling, Understand sprint
- **Now:**    Understand work:  Research, Data, Modeling, Legal
- **Now:**    Joint planning with partner teams
- Nov. 22:    Agree key project goals, partner teams, staffing
- Dec. 7:    Confirm plans at H2 reviews
- Dec 15:    All Understand research + data lands
- Jan 2:    Finalize product goals, build
- Feb:    Age Affinity model live in deltoid/dash

3

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL-003-00134690

# Our 2017 Goal & Market Position

4

HIGHLY CONFIDENTIAL (COMPETITOR)

# 2017 Top-Line Goal

- Strategic goal: Time Spent Share
  - What percent of all <= 18 smartphone + tablet time is an FB experience?

- Operational metric: Aggregate Total Time Spent
  - e.g. "15 billion minutes/day across FB Family"
  - Built from MAP * DAP/MAP * TS/DAP

- Total time is the product of participation and engagement
  - Rewards both Growth and Engagement wins

- Diverse projects can all be sized by contribution to time

HIGHLY CONFIDENTIAL (COMPETITOR)

# We estimate that we have 32% of global youth smartphone time spent

|  | United States | Western Europe | RoW |
| --- | --- | --- | --- |
| **Smartphone Daily Hours** | 23M Android<br>60M iOS<br>**83M Total** | 36M Android<br>40M iOS<br>**76M Total** | 371M Android<br>59 M iOS<br>**430M Total** |
| **FBF Daily Hours** | 5.7M Android<br>7.6M iOS<br>**13M Total** | 10.4M Android<br>11.4M iOS<br>**22M Total** | 131M Android<br>21M iOS<br>**152M Total** |
| **Facebook Inc. Share** | 25% Android<br>13% iOS<br>**16% Total** | 29% Android<br>28% iOS<br>29% Total | 35% Android<br>36% iOS<br>**35% Total** |

**Note:** Youth: <=18. Estimates are approximate based on a combination of Onavo and internal data.

6

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134693

# The two key drivers of youth smartphone time spent are social and entertainment

| Millions of Hours | United States | Western Europe | RoW | Total (M hours) |
|---|---|---|---|---|
| **Social: Broad Sharing** | 22% | 18% | 23% | 22% |
| **Social: Small Group Sharing** | 15% | 19% | 20% | 19% |
| **Entertainment: Video** | 30% | 30% | 19% | 22% |
| YouTube Only | 17% | 22% | 15% | 16% |
| **Entertainment: Gaming** | 9% | 13% | 14% | 13% |
| **Other** | 24% | 21% | 24% | 23% |
| **Total (Daily Hours)** | 100% | 100% | 100% | 100% |
| **Total (Daily Hours)** | **83M** | **76M** | **430M** | **589M** |

**Notes:** (1) Youth: <=18. (2) Smartphone inclusive of iOS and Android.

7

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134694

# Our MAP, DAP, and TS trends break out clearly by US, EU, and ROW



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134695

# To win social time spent share, being #1 for each user is crucial

**Share of Total Daily Time Spent on Social Apps, US Android Teens**



Source: Onavo. Note: This analysis is based on 7-day average daily social app usage between 9/2-9/9/2016. While the data shown is for US teens, the trend is relatively consistent across international markets.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134696

# Smartphone TS is approx. 26% of developed world youth* digital media consumption

| | United States | Western Europe | RoW | Total |
|---|---|---|---|---|
| Public Sharing | 18.4 | 13.4 | 100.6 | 132.3 |
| Private Sharing | 12.5 | 14.3 | 87.6 | 114.4 |
| Entertainment: Video | 25.7 | 22.5 | 81.9 | 130.1 |
| YouTube Only | # | # | # | # |
| Entertainment: Gaming | 7.3 | 10.0 | 59.4 | 76.6 |
| Other | 20.6 | 16.0 | 101.8 | 138.4 |
| Total (Daily Hours) | 84.4 | 76.1 | 431.3 | 591.8 |

Smartphone 26%

TV 25.5%

PC 16%

Tablet 15%

Game Console 8.5%

Other Digital Devices 9%

* Youth = <=18. Figure is approximate for US and Western Europe.

10

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134697

# Our current results are despite FB choosing not to serve the U13 segment

- All of our youth products are for 13-18+

- In regulated markets we legally restrict access for underage youth

- We have not built and launched any products to serve the significant social and entertainment needs of younger kids

- Tablet and smartphone usage trends continue to push the age of first connected device and first social needs younger

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134698

# U13: Significant tablet usage starts at 3-4



**Tablet ownership, by age of child: 2010, 2012, 2013, 2014 and 2015**

Source: UK data. Ofcom Children and Parents: Media Use and Attitudes Report. November 2015.
Base: Parents of children aged 3-4 (688 in 2015) or 5-15 (1379 aged 5-15, 399 aged 5-7, 492 aged 8-11, 488 aged 12-15 in 2015) - significance testing shows any change between 2014 and 2015.
Note: Ofcom was established in the British Communications Act of 2003 as "the independent regulator and competition authority for the UK communications industries."

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134699

# U13:  Smartphones dominate from age 10



Figure 12: Smartphone ownership, by age of child: 2015

**Source:  UK data.** Ofcom Children and Parents: Media Use and Attitudes Report.  November 2015.
**Base:** Parents of children aged 3-4 or 5-15 (371 aged 3, 317 aged 4, 160 aged 5, 129 aged 6, 110 aged 7, 171 aged 8, 118 aged 9, 94 aged 10, 109 aged 11, 164 aged 12, 108 aged 13, 97 aged 14, 119 aged 15)

13

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134700

# U13:  Social identity is an unmet need ages 5-11



Figure 48: Children who go online and have an active social networking site profile (2010, 2012) or social media profile or account (2014, 2015), by age

**Source: UK data.**  Ofcom Children and Parents: Media Use and Attitudes Report.  November 2015.
**Base:** Parents whose child ever goes online at home or elsewhere aged 3-4 (262) or 5-15 (1176 aged 5-15, 260 aged 5-7, 441 aged 8-11, 475 aged 12-15). Significance testing shows any change between 2014 and 2015. Question amended from 2014 to refer to social media sites or apps, previously referred to social networking sites. From 2014 responses are taken from the child aged 8-11 or aged 12-15 rather than the parent

14

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134701

# What We're Building & Why

15

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                    META3047MDL-003-00134702

# For U13 kids, we should build Facebook One

- **Goal: Grow MAP, DAP, and time spent among U13 kids**
- A new Facebook app
- Visual & text messaging with parents and friends
- Feed of video and entertainment content
- Identity and platform login to power many partner games and apps
- Parents use FB Blue to message, share video, and manage kid account
- COPPA-compliant and launched in the U.S. ~August
- **Rationale:**
  - Market need is growing
  - Lack of clear winner
  - Our strength with parents is valuable
  - Platform login can accelerate adoption by making existing kid apps social and better
  - May give us advantage to retain kids as they become teens

16

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134703

# For RoW teens, we should build social video around teen stars

- **Goal:  Increase RoW teen time spent**

- Through partnerships, monetization guarantees, and better tools for creators, significantly grow the VoD content from teen stars on Facebook

- Initial pilots underway in Egypt and Colombia

- Targeting ~250 high quality new hours of inventory per country per month

- Time spent goals drive Q2 expansion to 10 MENA, LATAM, APAC countries

- **Rationale:**

  - Teens love video of all kinds, and teen stars produce very engaging and social content
  - Teens interact with these stars like their friends, generating intense social activity around the video content
  - Our teen distribution strength in RoW makes us compelling to teen stars
  - Relative lack of YT focus and low cost in RoW enables easier scaling of content

17

META3047MDL-003-00134704

# For U.S. teens, we should bet big on Instagram Direct + Stories to beat Snapchat

- **Goal:  Increase U.S. teen time spent**

- Make Instagram Direct and Instagram Stories the best platform for U.S. teen messaging and sharing

- **Rationale:**
  - Messaging + Stories is key to winning social for U.S. teens
  - Instagram is our strongest platform with this audience
  - This is hard but important
  - There may be leverage in Instagram's strength around topical public content + teen interests

18

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134705

# For U.S. Teens, we should focus Facebook on high school communal activities

- **Goal:  Grow MAP, DAP, and time spent among U.S. teens**

- News and Events

- Group features for clubs & activities

- High school sports: live broadcast + was-live highlights to drive teen and parent social engagement during and after games

- **Rationale:**
  - High school is the key driver of U.S. teen social activity and occupies 6+ hours per day
  - Research indicates that we have "FB" and "non-FB" high schools; tipping schools may be high impact
  - Parents play a big role in extracurricular events and sports fandom -- leveraging where teens and parents are socially aligned may be a viable strategy

19

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-003-00134706

# On a global basis, we should rebuild core Facebook to work better for teens

- **Goal:  Retain MAP and DAP, grow teen time spent**

- Shift <u>feed</u> towards an entertainment-focused surface to better match the interests and needs of teens

- Build a new <u>media composer</u> to create and share GIFs, memes, music clips, and more non-original self expression

- Build a new <u>profile</u> that de-emphasizes timeline and past sharing, and allows greater self-expression and personalization

- Use <u>Stories + Direct</u> for OBPS, and Feed for entertainment and media

- Build <u>audience controls</u> and help new FB teens <u>manage their graph</u>

- **Rationale:**
  - Our entire product needs to evolve into a coherent sharing space that meets key teen needs of social + entertainment
  - For teens, Social biases toward messaging and small-group sharing, and Entertainment benefits from the  broad sharing and viral aspects of Feed

20

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                    META3047MDL-003-00134707

# Summary: Our big 2017 bets

| | U13 | Teens |
|---|---|---|
| Social | Kid messaging with parents and peers | Win @ Messaging + Stories<br>High School Communities |
| Entertainment | Kid Video & Entertainment | Video that drives social engagement - Teen Video Stars<br>Entertainment-focused Feed & composer |
| Foundational Work | Facebook Kid Account + Platform Login | Clean Graph for new FB & IG teens that stays clean<br>Repair Graph for existing FB & IG teens |

21

HIGHLY CONFIDENTIAL (COMPETITOR)　　　　　　　　　　　　　　　　　　　　　　　　META3047MDL-003-00134708

# Things we don't know yet

- How much emphasis on FB vs. IG for teen Stories + Direct?

- If we pivot FB toward entertainment, are we OK with OBPS impact?

- U13 people problem Research is in progress

- IG or WhatsApp or Flash for RoW messenger – how can we help?

- How important is tipping U.S. high schools?

- It's unclear how Messenger can help – everywhere but not 1st anywhere

22

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134709

# Appendix

24

HIGHLY CONFIDENTIAL (COMPETITOR)                                                            META3047MDL-003-00134711

# We estimate that we have 32% of global youth smartphone time spent

| | United States | Western Europe | RoW |
|---|---|---|---|
| **Smartphone DAP (<18)** | 8M Android<br>21M iOS<br>**29M Total** | 14M Android<br>14M iOS<br>**29M Total** | 134M Android<br>21M iOS<br>**155M Total** |
| **Smartphone TS/DAP** | **2.9 hours/DAP** | **2.6 hours/DAP** | **2.8 hours/DAP** |
| **Smartphone Daily Hours** | 23M Android<br>60M iOS<br>**83M Total** | 36M Android<br>40M iOS<br>**76M Total** | 371M Android<br>59 M iOS<br>**430M Total** |
| **FBF DAP** | 5.2M Android<br>6.7M iOS<br>**12M Total** | 8.4M Android<br>8.9M iOS<br>**17M Total** | 91M Android<br>12M iOS<br>**103M Total** |
| **FBF TS/DAP** | 1.10 hours/DAP Android<br>1.13 hours/DAP iOS<br>**1.12 hours/DAP Total** | 1.25 hours/DAP Android<br>1.28 hours/DAP iOS<br>**1.27 hours/DAP Total** | 1.44 hours/DAP Android<br>1.83 hours/DAP iOS<br>**1.48 hours/DAP Total** |
| **FBF Daily Hours** | 5.7M Android<br>7.6M iOS<br>**13M Total** | 10.4M Android<br>11.4M iOS<br>**22M Total** | 131M Android<br>21M iOS<br>**152M Total** |
| **Facebook Inc. Share** | 25% Android<br>13% iOS<br>**16% Total** | 29% Android<br>28% iOS<br>**29% Total** | 35% Android<br>36% iOS<br>**35% Total** |

**Note:** Youth: <=18. Estimates are approximate based on a combination of Onavo and internal data.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134712

# The two key drivers of youth smartphone time spent are social and entertainment

| Millions of Hours | United States | Western Europe | RoW | Total (M hours) |
|---|---|---|---|---|
| Social: Broad Sharing | 18.4 | 13.4 | 100.6 | 132.3 |
| Social: Small Group Sharing | 12.5 | 14.3 | 87.6 | 114.4 |
| Entertainment: Video | 25.7 | 22.5 | 81.9 | 130.1 |
| YouTube Only | 14.3 | 16.4 | 64.8 | 93.4 |
| Entertainment: Gaming | 7.3 | 10.0 | 59.4 | 76.6 |
| Other | 20.6 | 16.0 | 101.8 | 138.4 |
| Total (Daily Hours) | 84.4 | 76.1 | 431.3 | 591.8 |

**Notes:** (1) Youth: <=18. (2) Smartphone inclusive of iOS and Android.

26

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134713

# In the United States, per-high school adoption is a crucial driver of teen Facebook engagement

- Teens at 'Facebook schools' have similar user-level engagement (L28,OBPS,TS) to the overall US FB MAP population

- Real World Matters:  Teens more closely connected to local teens are more daily active on FB

- High school network effects is likely a key determinant of teens' Facebook engagement



Source: Johannes Ferstad:  https://www.facebook.com/notes/johannes-ferstad/winning-teens-winning-high-schools/353381161673482

HIGHLY CONFIDENTIAL (COMPETITOR)

# In the United States, per-high school adoption is a crucial driver of teen Facebook engagement

- **"FB High Schools" (>75% adoption) have:**
  - 15% higher avg L28
  - 22% more TS per MAP
  - 14% more NF TS per MAP
  - 81% more Post Sessions per MAP
  - 71% more OBPS per MAP
  - 69% more Comments per MAP
  - 94% more Wall Posts per MAP

- compared to high schools with 5-30% FB adoption

Source: Johannes Ferstad: https://www.facebook.com/notes/johannes-ferstad/winning-teens-winning-high-schools/353381161673482

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134715

# Strategic Logic:  Social Needs

- Three key social needs are critical to our success:

| | |
|---|---|
| **Small Group Sharing** | Let me hang out and keep up with my friends and peers |
| **Entertainment** | Show me the content and videos that I want, and allow me to share, remix, and express that content<br>Allow me to play with friends, strangers, and solo |
| **Broad Sharing** | Allow me to express, explore, and evolve my identity; publicly share and promote what I care about; and participate in a collective experience |

- Utility and the quality of the friend graph are additional factors that impact our product plans

29

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134716

# Strategic Logic: Age

- **As kids grow up, there are multiple key transitions in usage and graph where we can win or lose;  most notably at kid-> tween and tween -> teen**
  - Hypothesis:  It's easier to keep winning than to win back
  - Counter-Hypothesis:  Presence at younger age can impact usage at older age

- Preferences are formed and networks can be built from this early age, even if initially limited to parents and siblings

- Small group audience is critical at every age, and changes with age
  - Hypothesis:  It's easier to start correct & maintain than to fix/nuke

30

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                     META3047MDL-003-00134717

# Strategic Logic:  Geography

- Based on stage of development of social media, connectivity, wealth, and competition within the market, we can broadly divide the world into three segments:

- United States

- Europe

- Rest of World

31

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134718

# Strategic Logic:  U13 has unique advantages and challenges

- **Huge:** The size of the audience is much larger than teens
- **Leverage:** We can build on our strength with parents to build for the audience (this is much harder with teens)
- **Time Advantage:**  Initially, we may have a unique safe private identity
- **Fragmented:** M&A is easier with many smaller players

- **New:** We have zero presence in U13 due to regulatory choices
- **Complex:** The category has multiple age segments plus parents
- **Regulated:** Privacy, policy, and regulatory issues will be front and center
- **Contested:** Competitive, regulatory, and policy responses will happen

32

META3047MDL-003-00134719

# Building the Age Affinity data platform

- **Age model: 11/1 ETA of V0 model**
  - Year of birth model
  - Includes IG validation
- Reference + playbook for product teams
  - Deltoid, Dashboards
- State of the Union on & off FB surfaces
  - Onavo
  - Platform App Data
- Progress
  - Target countries identified: US (>13 only), UK, AU, FR, IN, EG, TH (U13), BR (U13)
  - Purchase of external data in progress
  - Processing new internal data
    - Happy 'nth' Birthday posts <22 produced 2m in US, 6m RoW

33

HIGHLY CONFIDENTIAL (COMPETITOR)                                                            META3047MDL-003-00134720

# "Nielsen Families" show the pattern of age misrepresentation (circa 2013)



*Ceci n'est pas une pipeline*

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00134721