# AMENDED Exhibit 60

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Document Provided in Native Format

HIGHLY CONFIDENTIAL (COMPETITOR)



## Agenda

1. Overview
2. Impact report
3. Back to School - US roll out
4. Back to School Calendar overview
5. EVERFI – events
6. Professional Development
7. LIVE Series
8. State Chiefs Roundtable
9. Marketing collateral
10. Confirmed International launches
    • Example EMEA launches
11. Questions

# Program Overview

Get Digital is Facebook's signature digital citizenship and wellbeing program designed to:

- provide educators and parents with the support and resources they need to help young people navigate and thrive in today's complex, connected digital world;

- provide youth with the opportunity to apply skills learned in building competencies to succeed in the 21st century.

## Target Audiences

- Educators/Youth Program Coordinators

- Parents and Caregivers (including seniors/grandparents)

- Youth (ages 10 – 18)



Get Digital Homepage

3

## Content Pillars



Get Digital is a citizenship and well-being platform that is divided into 5 pillars

Foundations – online safety
Wellness – How you can support yourself online
Engagement – How you interact with others and the wider world
Empowerment – How you can use the online world to promote social good
Opportunities – a look at how you can prepare yourself for 21st Century Careers

Experts have told us that the well-being of a young person online is dependent on all of this.

 ## Distribution Partners



- **UNESCO** – Cross promotion with existing Education Partnership relationships.

- **Everfi** – Platform integration into 20,000 schools across the United States, 4 activation events throughout 2020 and in-school trainings

- **ISTE** – showcased on the DigCit platform.

- **National Parent Teacher Association** – Included in back-to-school resources, PTA connected program and hosting roundtables to promote with parents at key conferences.



5

 ## Educator Resources

Expert informed resources curated into five content pillars that provide educators the ability teach digital citizenship and wellbeing skills.

Resources:

- Facilitator Guide
- Lesson Plans
- 37 Lessons

Partners:

- Youth and Media team at the Berkman Klein Center for Internet & Society at Harvard University
- Teaching Tolerance
- *Greater Good Science Center*

Note: First full program created to align with the ISTE DigCitCommit standards: Alert, Engaged, Inclusive, Balanced, Informed





6

Now we will focus specifically on resources designed for Educators.

Activity based lessons that can be taught independently or in sequence.
Fully scripted so ready to use immediately in the classroom or online.

## Facilitator Guide



. Designed with teachers in mind to support them as they prepare to use this in the classroom.

Includes:
○ overview of lessons & objectives
○ glossary of key terms
○ FAQ for educators (how to incorporate lessons into classrooms).

7

**We suggest you have a look as this may answer some of your questions.**

## Digital Wellness

Lessons and activities in this section help young people use technology to promote their health and digital wellbeing.

Core skills include:

○ managing stress and other emotions
○ developing resilience
○ recognizing healthy relationships.



8

The whole curriculum is a well-being curriculum but we have one pillar that targets wellness specifically. We think of this pillar as supporting students in how they can take care of themselves in an online world.

Digital Wellness Lessons



**DIGITAL WELLNESS**

| Lesson | Topic | Objective |
|---|---|---|
| ▶ 1 | Reputation | Students will consider how publicly available online information helps form others' opinions about them. They will identify audiences for different types of online communication, consider what information they want to appear when someone searches for their name and learn various ways to respond to Internet content about them they do not like. |
| ▶ 2 | Social media & sharing | Students will think about privacy in terms of how they share information and communicate with others online, specifically regarding social media use. They will be able to explain tradeoffs in privacy in the context of social media and learn how to use online privacy settings effectively. |
| ▶ 3 | Online presence | Students will be able to identify one type of personal information they can manage online, one form of information they can't totally control online and one thing they can do about some aspect of their personal information online not directly controlled by them. |
| ▶ 4 | Different perspectives | Students will examine the role of perspective when evaluating information linked to their online presence or the online presence of others. They will gain awareness of the relevant contextual factors (e.g, time, cultural, social, local/regional/global) that impact one's online presence. Additionally, students will consider the implications of the information they put online on their relationships with family, friends and authority figures (e.g., teachers, employers). |
| ▶ 5 | Who do you want to be? | Students will examine how their online identity and the content they create and share relates to their goals (e.g., career-related, academic, interests they would like to pursue). They will explore how to manage an online persona that considers subject, platform, name, visual representation and privacy settings. |
| ▶ 6 | A moment for me: a self-compassion break for teens | Students will compare and contrast the ways they respond to a close friend in distress (versus themselves) and consider how they might adjust what they say to themselves when they are struggling. |
| ▶ 7 | A time I felt grateful | Students will define gratitude and give an example of a time they felt grateful and understand that there are many types of things we can feel grateful for |

9

This is a quick overview from the Facilitator's Guide of the lessons available in

## Parent Resources

Expert informed resources that align with and reinforce classroom training for youth.

Resources:

- Introductory Videos
- Tip Sheets
- Conversation Starters
- Activities

Guidance from Safety Advisory Board members.



Video

10

 **Youth Resources**



Expert informed youth activities designed to reinforce and expand on the digital skills youth are learning at school and at home.

Resources:

- Tip Sheets
- Activities (hi-tech/low-tech environments)
- Highlights of 'Youth in Technology'

Partners:

- Yale Center for Emotional Intelligence, Yale University
- Greater Good Science Center, University of California
- Microbit Educational Foundation
- Beyond Differences

11

In addition to teacher resources we also have resources designed specifically for young people that can be used by educators to reinforce lessons taught in class while at home.
- Mindful Breathing
- Finding Support
- Building Resilience
- Taking a Break

