# AMENDED Exhibit 61

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Get Digital

## A DIGITAL CITIZENSHIP AND WELLBEING PROGRAM CLASSROOM CASE STUDIES



**FACEBOOK**

CONFIDENTIAL

META3047MDL-046-00138682

# Contents

GET DIGITAL OVERVIEW                                              03

PILOT PROGRAM                                                    04

PREPARATION AND PILOT DESIGN OVERVIEW                            05

CASE STUDIES                                                     06
Arizona University Prep Digital                                  06
Wellington Middle School                                        08
Bismarck Career Academy & Technical Education Center            10
Stacy Kaye Danielson Middle School                              12

CONFIDENTIAL                                                 META3047MDL-046-00138683

# Get Digital Overview

Facebook's Get Digital Program launched in March 2020 as a resource for educators, parents and youth.

Developed from lessons drawn from the Harvard Berkman Klein Center for Youth and Media, Teaching Tolerance, Greater Good Science Center, Net Family News, Micro: Bit Educational Foundation, Beyond Differences and the Yale Center for Emotional Intelligence, Get Digital provides research-informed lessons, tips and resources to help parents, educators and young people develop the skills they need to become wise, empowered and responsible digital citizens who creatively, compassionately and safely use, control and build technology to improve individual and community prosperity, and wellbeing.

Get Digital's Facilitator Guide features lessons that have been carefully curated for middle and high school students into **five content pillars:**

**1  Foundations**

Using basic skills to protect personal information and data.

**2  Wellness**

Promoting health, wellbeing and resiliency when using technology.

**3  Engagement**

Evaluating media sources and building safe, inclusive communities.

**4  Empowerment**

Using the power of technology and social media to create positive change.

**5  Opportunities**

Developing a digital skill set to prepare for future careers in technology.

To advance this work, Get Digital launched five pilots with five different schools and educators to explore the usage of Get Digital curriculum and professional development materials to learn what works best and to equip young people with the skills and tools they need to not only engage better digitally, but also lead others in their lives and communities to do so.

Get Digital

3

CONFIDENTIAL

META3047MDL-046-00138684

# Pilot Program

From January 2021 to May 2021, we worked with educators and schools across four different states, including Arizona, Colorado, North Dakota and Texas, to pilot Get Digital curriculum and professional development materials. Pilots were voluntary, geographically diverse and ranged from single school implementation to statewide workshops. The goals of the pilots included:

 Providing case studies of real educators and teachers using Get Digital in classrooms across America to develop a strong narrative for the importance of digital lessons.

 Gathering actionable feedback from students, educators and teachers on the efficacy of the Get Digital content and ways it can improve.

 Collecting authentic artifacts and evidence of successful use of Get Digital resources that can be amplified and showcased broadly as examples to support digital citizenship education in classrooms, schools and communities.

Get Digital

CONFIDENTIAL

# Preparation and Pilot Design

Each pilot was provided for approximately 15 weeks to execute some or all of the Get Digital curriculum and/or professional development materials. During this time, pilots designed either exemplary professional development, lesson plans or creatively incorporated Get Digital materials into their curriculum or workshops and gathered feedback on the efficacy of the content. Pilots encompassed a wide range of implementation sites that included:

- Middle and high school classroom implementation

- Middle and high school schoolwide implementation

- Statewide virtual professional development workshop

To ensure flexibility, each pilot determined the frequency of lessons or professional development training. Pilots participated in peer-to-peer networking calls to share key learnings and engage in professional learning with their colleagues. Pilots also completed one 30-minute survey to provide feedback on the content and how the content was received by students, teachers or workshop participants.

**SURVEY QUESTIONS INCLUDED**

- What is the biggest digital safety, wellness or engagement challenge facing your school, district and/or individuals [students/teachers/parents/etc.]?

- How did Get Digital resources help you achieve your goal or solve the identified challenge/problem?

- What is the single biggest reason you would recommend educators use Get Digital resources?

- Why does digital wellness matter and how is it impacting students, educators, families and/or your community?

- What is your call-to-action for educators?

- Provide an artifact to highlight and/or showcase your Get Digital pilot.

Each Get Digital pilot has been reviewed and highlighted as an individual case study. Case studies provide a deeper look into how Get Digital resources and materials may be integrated into a specific context and provide ideas and insights for how educators and caregivers can implement promising practices to support their students and children to be active, healthy and balanced digital leaders.

Get Digital

CONFIDENTIAL

META3047MDL-046-00138686

CASE STUDY

# Arizona State University Prep Digital

**Arizona State University Prep Digital**
**Arizona Virtual Teacher Institute:** Arizona State University Prep Digital, Arizona

**Pilot Lead:** Betsy Fowler, Executive Director of Strategic Initiatives

## BACKGROUND

Arizona State University Prep Digital (ASU Prep Digital) is an online school serving students in grades K-12 and school partners around the world. They are a college prep option where online high school and university courses converge in a unique learning opportunity for all students. As an accredited, rigorous virtual school program, they also support educators, teachers and districts in Arizona, while serving students and schools around the world. Their mission is to personalize education, improving outcomes for all students.

ASU Prep Digital has created the Arizona Virtual Teacher Institute to help Arizona teachers thrive in the new reality where online instruction is a part of every school plan. This training is provided at no cost to schools or teachers through the generous investment of the Arizona Department of Education, the Governor's Office, Helios Education Foundation and Arizona State University.

## DESIGN, PROCESS AND DEMOGRAPHICS

ASU Prep Digital offered a two-hour Saturday virtual workshop free of charge to 15 voluntary participants who signed up through the ASU Prep Digital Training Calendar. The pilot was conducted remotely and participants engaged with the Get Digital professional development slide decks. Participants represented:

 Educators and teachers who work in rural, urban, suburban and reservation schools

 Educators and teachers who work or teach in elementary, middle and high school

 Educators and teachers who teach special education, English as a second language, newcomers and bilingual education

 Caregivers and postsecondary students

 Educators and teachers from Title I schools

CONFIDENTIAL

Case Study: Arizona State University Prep Digital

## PILOT EXPERIENCE AND FINDINGS

### Digital Challenges

Participants who engaged in the two-hour training shared that the biggest challenge related to digital safety facing their community of students teachers, and caregivers included:

- An overwhelming number of websites with ads, pop-ups and clicking on unsafe content

- Supporting students to use technology appropriately—staying on task when working on assignments

- The social and emotional wellbeing of students especially when dealing with physical isolation or cyber bullying

### Get Digital as a solution

Teachers shared that Get Digital resources could drastically help them solve for these challenges. Overall, they felt that the content of the Get Digital lesson plans would be beneficial for students. Specifically, they identified that lessons could be modified to help students become more aware of the importance of practicing digital safety and using time wisely with technology.

Teachers also reported that they were planning to implement 1-2 prompts daily for discussion in their classrooms, in weekly social-emotional learning meetings and in content areas where students work in a computer lab or with technology in the classroom after becoming aware of the Get Digital resources.

### Recommendations

Training participants shared that the single biggest reason they would recommend Get Digital resources to educators, parents or caregivers is to provide them with ideas about how to talk to their children and students about digital citizenship. Overall, they felt that the resources provided a comprehensive overview of topics that are important for students and their safety and how they might be supported and trained in digital tools and resources. Participants also shared that the Get Digital resources were easy to use and ready for teachers to implement topics needed right away.

### Call-to-Action

ASU Prep Digital training participants believe digital wellness is important for everyone, and that it is essential for **both caregivers and educators to take an active role in educating their children and students on the importance of the topic and using digital resources responsibly.**

Get Digital                                                                 7

CONFIDENTIAL                                          META3047MDL-046-00138688

CASE STUDY

# Wellington Middle School

**Wellington Middle School:** Wellington, Colorado

**Pilot Leads:** Kip Hottman, Spanish Teacher and Luke Hughes, Language Arts Teacher

## BACKGROUND

Wellington Middle School (WMS) is a public school located in rural Wellington, Colorado in the Poudre School District of North Colorado. Wellington Middle School maintains approximately 35 teachers and 550 students in grades 6-8 and has served the community for over 55 years. WMS offers many acceleration opportunities for students including Pre-Advanced Placement courses for students in 7th and 8th grade, and a school-wide AVID (Advancement Via Individual Determination) program that helps prepare students for high school and post-secondary success.

Extracurricular activities at WMS include a music program, competitive and intramural athletics, Preparing for Academic Student Success (PASS), United Kids of WMS, W.E.B. (Where Everyone Belongs), and Eagle Power student government. Wellington is a National and Colorado "School to Watch," a National Green Ribbon School and an International AVID Demonstration School.

## DESIGN, PROCESS AND DEMOGRAPHICS

Wellington Middle School piloted a two-month Get Digital program that began as an individual course before being adapted to their student advisory time. Advisory is held everyday at the end of the school day for 40 minutes. WMS made an intentional decision to choose to host a daily advisory as evidence suggests that this type of support for students in grades 6-8 is extremely beneficial. The program was built as a synchronous and asynchronous course to allow for learning to be self-paced. During this time students engaged in various activities and learning experiences related to social-emotional learning, digital literacy, academic advising and proactive and restorative circles.

After assessing students, each teacher determined that the best approach for their students would be to focus on building a strong digital foundation. They chose to implement the Get Digital Digital Foundations and Digital Wellness Pillars. Each teacher piloted the Get Digital lesson plans specific to these pillars. Lessons were developed using Google classroom, shared documents and slide decks.

Get Digital

META3047MDL-046-00138689

Case Study: Wellington Middle School

The WMS' pilot impacted a group of middle school students and teachers. Students represented:

 Rural 6-8th graders

 English learners

 Students who receive free and reduced lunch

## PILOT EXPERIENCE AND FINDINGS

### Digital Challenges
The teachers who implemented the Get Digital pilot at Wellington Middle School feel that the biggest digital challenge related to digital safety facing their community of students, teachers and caregivers is the simple fact that most teachers, students and caregivers have not received any formal training on what it means to be a healthy digital citizen.

### Get Digital as a solution
Pilot teachers shared that the Get Digital lesson plans and resources were filled with important information and concepts essential for middle school students. When they dove deeper into content, they quickly realized the importance of discussing privacy with their students.

### Recommendations
Within their context, the Wellington teachers identified that the majority of adolescents often receive a device without spending time practicing or understanding why it is crucial to be a healthy digital citizen. They also believe that owning and operating a device is essential and that young people need dedicated time to learn how to use it. One pilot teacher shared that after teaching high school for 15 years, they have personally witnessed both the positive and negative impacts that devices can have on our youth. They recommended that teachers and caregivers use Get Digital lesson plans to create a solid pedagogy to bridge these gaps.

### Call-to-Action
**The Wellington Middle School pilot leads are calling on teachers, caregivers and leaders of education systems across the country to make digital safety and digital wellness a priority.** They believe that it is unfair to avoid these conversations with children and students, and to then expect them to behave appropriately in a digital world. The teachers aspire to find creative ways to ensure that all students graduate with a stronger awareness of why it is important to be a healthy digital citizen and to find additional ways for educators and caregivers to serve as models for future generations.

Get Digital

CONFIDENTIAL

META3047MDL-046-00138690

CASE STUDY

# Bismarck Career Academy & Technical Education Center

**Bismarck Career Academy & Technical Education Center:** Bismarck, North Dakota

**Pilot Lead:** Baron Blanchard, Technology and Engineering Teacher

## BACKGROUND

Bismarck Career Academy & Technical Education Center (CATC) is a public school open to students in grades 9-12 in the greater Bismarck area. As part of the Bismarck Public School District, CATC students are provided with a personalized learning opportunity through the district's Innovation Pathway initiative. Students are provided a personalized pathway to graduation based on who they are and how they learn best.

CATC offers courses that are geared toward career pathways. Each year, over 1,400 students enroll in courses, such as Agriculture, Aviation, Cybersecurity, Digital Art & Photography, Engineering, Graphic Design, Informational Technology, Medical Careers, Robotics and STEM. CATC also offers internships and hands-on learning courses geared toward Automotive Technology, Auto Collision, Carpentry, Nursing and Welding.

Bismarck Career Academy & Technical Education Center supports three very active student organizations:

Future Farmers of America (FFA), SkillsUSA and the Technology Student Association (TSA). Students also have access to career advisors who support job search organizational skills, resume writing, employment applications and interview preparation. These services are supplemental to guidance and advising services.

## DESIGN, PROCESS AND DEMOGRAPHICS

Bismarck Career Academy & Technical Education Center conducted a Get Digital pilot that was embedded into 16 Foundations of Technology Classes. The pilot engaged 33 students in grades 9-12 and represented traditional suburban and urban populations.

## PILOT EXPERIENCE AND FINDINGS

### Digital Challenges

The Get Digital pilot lead expressed that their biggest concern as a career academy and technical education center is that both students and teachers are often victims of online scams and corrupted links. While the district has worked diligently to protect online users, it is not uncommon for students and teachers to be targets of phishing emails, social media, SMS messages, fake tech support phone calls, scareware and more. As distance learning and connectivity

CONFIDENTIAL

META3047MDL-046-00138691

Case Study: Bismarck Career Academy & Technical Education Center

become readily available, more and more students and teachers are online the majority of the day and digital safety has become an ongoing area of concern and a priority.

## Get Digital as a solution

The pilot teacher integrated Get Digital lesson plans into their daily curriculum through direct instruction and experiential learning. As lessons were taught, students were provided authentic visuals to connect what they were learning with the concepts being taught. For example, during the Cybersecurity, Phishing and Spam lesson students were provided a list with both suspicious scams and legitimate links to help them identify how information is harvested and how to weed out bad links. When students were engaging with the Public Wi-Fi lesson they were then taken down the hall and shown the school server. Providing real experiences to augment Get Digital lessons helps students to gain a better understanding of the hardware and software that power their devices and how they directly impact our ability to engage online.

## Recommendations

Bismarck Career Academy & Technical Education Center is preparing high school students to enter the workforce. With all of the technology that is utilized in society, they feel that schools and districts should play a major role in ensuring that students and teachers develop a basic understanding of safe and responsible use of technology. Additionally, CTAC understands and acknowledges that as technology evolves, so does the complexity by which

personal information is harvested and the susceptibility of becoming a cyber-victim.

## Call-to-Action

Digital footprint is becoming a significant way by which identifying information is created, stored and viewed by the masses. Employers are using social media searches to facilitate background checks and vet possible employees, and it is essential that students and teachers understand that information that is posted and identities that are portrayed are difficult to change or erase. In the Bismarck community, they are trying to educate students about the implications of online bullying, spreading of damaging content/information, and sharing images. **Their call-to-action is that educators not only teach students the impact they have on their current selves, future selves and others, but to practice responsible use of technology and to be cognizant of their digital identity and how they use technology to share themselves with the world.**

CONFIDENTIAL                                    META3047MDL-046-00138692

CASE STUDY

# Stacy Kaye Danielson Middle School

**Stacy Kaye Danielson Middle School:**
Leander, Texas

**Pilot Leads:** Adrian Velasquez, Dual Language Arts Teacher and Jennifer Worley, Technology Applications Teacher

## BACKGROUND

Stacy Kaye Danielson Middle School (DMS) is a new public school serving students in grades 6-8. The school opened its doors in 2020 in the Leander Independent School District (LISD). DMS maintains approximately 77 teachers and 1,200 students and offers rigorous coursework in Math, Science, Social Studies and English Language Arts. Danielson Middle School also offers dual language instruction, technology application classes and STEM exploration courses. Extracurricular activities, clubs and organizations for students include Girls Who Code, Anime, Dance, AVID, Band, Athletics, Student Council and the Alliance club.

## DESIGN, PROCESS AND DEMOGRAPHICS

Danielson Middle School piloted a two-month Get Digital program that was implemented during their Technology Applications (Tech Apps) and English Language Arts (ELA) classes. During Tech Apps, instruction focused on the Digital Foundations pillar, while ELA students took a deeper dive into the Digital Empowerment pillar. Each teacher piloted the Get Digital lesson plans specific to these pillars. Lessons were developed using Google classroom, shared documents and slide decks.

The DMS pilot impacted about 115 middle school students and teachers. Students represented:

 Suburban 6-8th graders

 Special education students

 Bilingual students

 English language learners

Get Digital

CONFIDENTIAL

META3047MDL-046-00138693

Case Study: Kacy Danielson Middle School

# PILOT EXPERIENCE AND FINDINGS

## Digital Challenges

The teachers who implemented the Get Digital pilot at Danielson Middle School feel that the biggest digital challenges facing their students are:

- Learning to maintain a healthy balance of being online and offline

- Digital safety

- Authentic digital learning that connects culture and real-world experiences

## Get Digital as a solution

Pilot teachers shared that the Get Digital lesson plans and resources were filled with helpful content. In Tech Apps, students participate in activities focused on evaluating online sources for accuracy and validity, protecting their personal information and digital reputation, standing up to cyberbullying and balancing the time they spend online and using social media. In ELA, students engaged with the Social Media for Social Action and Hashtags lessons in project-based learning to research current advocacy campaigns and social movements as inspiration for the creation of their own unique poems, as an expression of voice. They expressed that the Get Digital lessons provide a great deal of research and content to develop background knowledge, and often used them as reading material and informational articles for students.

## Recommendations

The pilot teachers at Danielson Middle School understand their role and the importance of classroom teachers in supporting students to learn how to be balanced and safe when engaging online. While they have the ability to teach students during school hours, they feel that caregivers, parents and youth themselves play a critical role in how they interact online and offline outside of school hours. Pilot teachers were able to pull resources for parents and caregivers, and youth as supplemental tools that are offered in multiple languages, such as English and Spanish, to share with intended audiences for additional support during out of school time. Additionally, pilot teachers described that Get Digital lessons were a great foundational tool and starting point that allowed them the flexibility to adapt content and learning exercises to the needs of their students.

## Call-to-Action

The Danielson Middle School pilot leads recognize that middle school students today are constantly connected to the world around them through the Internet, and while this can be amazing because it gives students access to a large database of knowledge, it is also scary because students might not yet grasp the principles of Internet safety. They agree that the Internet lets students see, research and understand the world, but they also understand that the world can see them back. They have witnessed the excessive overuse of social

CONFIDENTIAL                                              META3047MDL-046-00138694

Case Study: Kacy Danielson Middle School

media and the toll it can take on a student's self-esteem, and physical and mental health. Pilot leads strongly feel that digital wellness matters because of the amount of digital engagement students do on a daily basis. While they feel that students need more safety practice, they also feel that a robust digital wellness education is necessary for students to be proficient at accessing and utilizing digital resources. **They call for a holistic approach where teachers, families and communities come together to teach and help students to maintain balance both online and off.**



Get Digital

META3047MDL-046-00138695