# AMENDED Exhibit 62

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



HIGHLY CONFIDENTIAL (COMPETITOR)

## Today's Meeting goals

1. Ensure you are as up to date as ███ and my team on our strategy (in advance of the 6/2 dinner with tech leaders)
2. Understand your goals for the dinner and what you'd like the guests to take away
3. Determine if you have any questions or additional needs of us that we can prepare

2

HIGHLY CONFIDENTIAL (COMPETITOR)

# Strategy Planning Update

- Kicked off xfn groups for strategy planning & review
  - Weekly mtgs b/w ███ , ███ , and ███ to lead process
  - Monthly mtgs with ███ , ██ , Policy, Comms
    - Goals: External FB comms plan, comms packet for Basecamp schools, 2016/17 school recruiting, federal and state policy (analysis and cultivating influencers), cultivating publisher relationships to support PLP as a content distribution channel (not just threat to legacy business)
  - Regularly scheduled mtgs for additional specific xfn working groups:
    - e.g. "Edu Research (model/efficacy)", "PD/Teacher Training", "National Change Management", "Growth", "Product Roadmap", "PR/Comms"
  - Tons of one-off meetings/interviews with thought leaders and innovation partners ███ ██ ██ ██ ██ ███ ██ ██ ██ ██ , etc…)
- Potential strategy consultant interviews in process

HIGHLY CONFIDENTIAL (COMPETITOR)

# We revised our guiding question

We revised our group's guiding question to focus on vision, rather than on tactics.

**Old Framing**

- How can we create impact by growing the PLP, launching FB@Schools, and opening a for-profit chain of schools?

**Current Framing**

- Where are there gaps in preK-12 education:
  - That, if closed, would have a transformative impact on children's abilities to achieve their dreams?
  - To which Facebook brings unique value?
  - That are likely to reach as many people as possible (scalable solutions)?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-050-00174380

# Strategy Development Timeline

**May** → **June** → **July** → **August**

**MZ review (today!)**
- Interviews w/ advisory group & potential consultant

- Draft product roadmap
- Draft comms & policy plans
- Draft financial model
- Advisory group meetings cont…

- Market research v1
- Team feedback on implications for product, rollout, and enabling environment
- Revised comms, policy, & school recruiting strategies
- Revised financial model

**MZ review**
- Strategy development complete
- Market research, landscape analysis incorporated into strategy

HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)
META3047MDL-050-00174382



Growth and impact will require building out full-stack of products and services for all of preK-12

**2015**

PLP for 4-12 (Products for Schools & Teachers)

**2016**

Teacher Training / PD Products and Services

**2017**

PreK-3 Products and Supporting Services

Non-Product development activities required throughout, supported by our xfn teams:

National Change Management

Policy and Communications

Publisher and Influencer Partnerships

7

HIGHLY CONFIDENTIAL (COMPETITOR)

## PLP will power the majority of US K-12 learning by 2025

| Schools | Teachers | Individuals |
|---|---|---|
| End-to-end student experience supported by our PLP platform | Modular components from the PLP teachers anywhere can use | Anyone with a connected device anywhere can have free access to a quality K-12 education |
| 90% of K-12 edu occurs in public schools | Proven strategy for rapid growth of K-12 content & tools | Connecting the world's students through learning communities |
| 50% of K-12 students come from low-income families (free and reduced lunch) | Bottoms-up approach creates demand, tips school & district leaders | |

We're starting where we can prove out the model beyond Summit and where we'll have the biggest impact on students.  That means starting in public schools, where 90% of K-12 education occurs and half of the students come from low-income families. This is both where we can build out the full experience that will extend to more use cases, and where we can do the most good.

In 2015, we're expanding to 20 schools across the country, including 2 schools doing 5th grade.

We're exploring working with Milpitas and Lindsey Unified School Districts, pioneers of personalized learning in elementary school, for additional insights into making the PLP or potential spinoff products work in lower grades.

Next we plan to release modular components extracted from the PLP that teachers anywhere can use, both in the US and internationally. Modular content is exploding in education, displacing traditional publishers, driving even greater demand, and tipping districts from the bottom up.

This will ultimately result in anyone with a  connected device having free access to a quality K-12 education and a vibrant personalized learning community.

8

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-050-00174384

# Our K-12 Edu products are deeply social

## Examples of meaningful interactions the PLP will support:

|  | Students | Teachers | Parents | Volunteers |
|---|---|---|---|---|
| Student to... | Students are resources for each other -- content tutoring, peer editing | Students craft their own plans, allowing teachers to provide targeted support on goals & reflections | Work together on college goals, applications, choice. Connect w/ additional parents to share info & support | Coach students and provide authentic, real-world experiences (e.g. Marine Bio from Monterey Bay Aquarium) |
| Teachers to... | Provide feedback throughout projects, not just at the end | Collaborate on curriculum | A student's mentor, parents, teachers can all view the student's goals and can engage and support the student | Develop rich projects; help teachers build and deepen expertise in new fields |
| School Leaders | Connect with students around goals and provide opportunities for student leadership in the school | Use shared information to understand student progress and areas for teacher growth | Engage parents regularly on students' experiences and growth | Build broad community support for innovation |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-050-00174385

**████ and close partners are leading a national conversation to soften the ground for widespread change**

- Change management has been neglected in education
- As a result, many high-potential initiatives have imploded during rollout
    - Common Core State Standards
    - inBloom
    - LA iPads
- Partnering with leaders on change management will be critical to our success



Kotter's 8-step Change Model

# We are planning for international growth in 3 types of markets: Core, Growth, and Goodwill

| | PLP school, teacher, individual | Teacher Training school, individual | PreK-3 school, teacher, parent |
|---|---|---|---|
| **Core** US + developed nations w/ established demand for education and increasing dissatisfaction w/ current offering | 2015 | 2016 | 2017 |
| **Growth** BRIC countries + others with rapidly growing populations and high demand for education | 2016 | TBD | 2018 |
| **Goodwill** Markets w/ no meaningful edu offerings: deep poverty, natural disasters, displaced persons | 2017 | TBD | 2019 |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-050-00174387



Appendix:
Overview of K12 at FB
Deck for Sheryl's 6/29 Biz Ops meeting

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL-050-00174388



How can k12 schools pave the way for all students to achieve their goals in college, career, and life?

Mark, Sheryl, and many of the company's leaders are passionate about supporting education.

But the idea of having a k12 team here at Facebook started just over a year ago, when Mark first visited the Summit Public Schools.

Summit is one of the most innovative charter school networks in the country, and they've been working to pioneer a new model of personalized learning to ensure every student is truly ready to succeed in college and their career.

Summit had made good progress, but when Mark asked how he could help, Summit's CEO said that to really drive next-generation learning forward, we needed a great engineering team.

13

HIGHLY CONFIDENTIAL (COMPETITOR)



So, what does a next-gen school look like?

To prepare a diverse student population for success in a four-year college or university, and to be thoughtful, contributing members of society, Summit has identified Four Elements of College Readiness that we instill in everything we do.

The role of a teacher shifts away from being a one-size-fits-all lecturer, to instead being a mentor and coach, as students each work on a personalized learning plan customized around their own needs and interests.

We define college readiness with these four elements.

Students work collaboratively on rich Projects to develop cognitive skills like critical thinking, problem-solving, and communication.

For content knowledge, students master every topic before moving on to more advanced content

Meta-Cognitive Skills are just as critical, and student develop persistence, grit, and other habits of success through the increased responsibility of directing their own learning

And finally, students explore their passions in authentic, real-world experiences

14



## Impact and Results at Summit Schools

- A diverse student population spanning all backgrounds
- 99% of Summit students are accepted to a 4-year college
- 50% of students are first in their families to go to college
- College graduation 2x the national average
- 1,000 visitors per year asking "How can we do what you're doing?"

College Acceptance

College Graduation

The results have been profound. 99% of Summit Students are accepted to at least one 4-year college

Summit recruits a diverse student population spanning the entire socio-economic spectrum, half of whose parents didn't go to college. So this model is truly changing people's lives.

And college acceptance isn't the end of it… to see whether students are truly college ready, you need to see whether they actually graduate.

And Summit students graduate from college at twice the national average.

And as a result, Summit attracts over a thousand visitors per year, often asking "How can we do what you're doing?"

Historically, there hasn't been a great answer. But with our support, we're working to scale this model to schools everywhere with our Personalized Learning Platform.

15

HIGHLY CONFIDENTIAL (COMPETITOR)

## PLP - Personalized Learning Platform

- Facebook partnered with Summit Public Schools to build the software that enables the Summit Model

- All student work (projects, playlists, goals, feedback) in one simple interface – the PLP connects long-term goals to daily actions



- Students move at their own pace, learning how to learn, receiving targeted support

- Teachers, Mentors, and Parents are empowered with real-time data

- Includes an online, free, crowd-sourced curriculum developed by leading educators

In the past, keeping track of a full classroom of students with different needs all working on different things would be crazy difficult, but the PLP makes this possible in one simple interface.

Students can move at their own pace, learning how to learn along the way, and receiving targeted support both from both their peers as well as teachers and parents who have real-time data showing exactly how all their students are doing.

Moreover, the platform provides a crowd-sourced curriculum that's been developed over the past decade with Learning Experts from Stanford and SRI, and these shared resources are continually improved by everyone using the system.

16

HIGHLY CONFIDENTIAL (COMPETITOR)



## K12 & Connecting to Facebook's Mission

- Facebook's focus is not just connecting the world, but how being connected can empower people to improve their lives

- Educational Technology makes it possible to scale the world's best learning experiences, transforming traditional "Factory Model" schools into personalized learning communities

**summit** public schools
*Changing Education, Changing Lives*

As Facebook becomes increasingly successful at connecting the world, we can broaden our work to include how being connected empowers people to improve their lives.

Educational Technology it possible to scale the world's best learning experiences, transforming "factory model" schools into personalized learning communities.

Summit took twelve years to grown its personalized learning community from 0 to 2,000 students.

The PLP platform is going to support growth from 2,000 students to all students across the world.

17

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-050-00174393

## Change requires vision + patience + talent

- Demand is huge – half of teachers say current products are ineffective
- Current addressable market is tiny – 80% locked up in salaries & benefits
- Results in ed tech companies failing to attract talent, getting diverted by investors seeking short-term returns, or tackling problems that don't matter (or don't exist)
- We're doing this because it is valuable for the world

But that change is going to require vision, patience, and talent.

Demand for transformative education technologies is huge. Right now, half of US teachers say the ed tech products they're using are ineffective. Not just that they aren't great, but that the product actually don't work for their students at all.

Despite this, the current addressable market is tiny – 80% locked up in salaries & benefits. This year Facebook will make double the entire market for instructional resources, from textbooks to state tests.

This results in companies failing to attract talent, getting diverted by investors seeking short-term returns, or tackling problems that don't matter (or don't exist).

We're doing this because it's valuable to the world – and we're in a unique position to have real impact.

18

HIGHLY CONFIDENTIAL (COMPETITOR)                                        META3047MDL-050-00174394

## Roadmap

| Schools | Teachers | Individuals |
|---|---|---|
| **End-to-end student experience supported by our PLP platform** | **Modular components of the PLP teachers anywhere can use** | **Anyone with a connected device can have free access to a quality K-12 education** |
| **90% of K-12 edu occurs in public schools** | **Proven strategy for rapid growth of K12 content & tools** | **Connecting the world's students to the world's best learning experiences** |
| **50% of K-12 students come from low-income families** | **Bottoms-up approach creates demand, tips school & district leaders** | |

We're starting where we can prove out the model beyond Summit and where we'll have the biggest impact on students. That means starting in public schools, where 90% of K-12 education occurs and half of the students come from low-income families.

Next we plan to release modular components of the PLP that teachers anywhere. Modular content is exploding in education, displacing traditional publishers, driving even greater demand, and tipping districts from the bottom up.

This will ultimately result in anyone with a connected device having free access to a quality K-12 education and a vibrant personalized learning community.

19

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-050-00174395



Basecamp Partner Schools 2015-2017

Over the next few years, this will look like continued use of the PLP software in Summit's schools, which you see in California and Washington State in yellow.

This fall, we're expanding to support the 20 schools shown in red in using the software and adopting Summit's model through a closed pilot program called Basecamp.

And in 2016, we expect to grow by a factor of 10, building on the first pilots and establishing new clusters in cities like Chicago and New Orleans that are active in personalized learning.

20

HIGHLY CONFIDENTIAL (COMPETITOR)



Our team has grown to 10 of the most talented people both across the company and throughout the world of Education. And we're just getting started, with plans to grow to 20 people by the end of this year.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-050-00174397



If you're interested in learning more, check out these links, or please reach out to us anytime. Thank you!

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-050-00174398