# AMENDED Exhibit 66

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation





**2024 IG (US) CAMPAIGN ON A PAGE**

| | |
|---|---|
| Goal | **Drive consideration (& ultimately preference) for IG among teens** in service of long term teen MAU growth |
| Target Audience | Teens (13-17), US |
| Insights | ███████████████████████████████ |
| Brand Strategy | ███████████████████ |
| Key Message | **Small, playful actions on Instagram can lead to big friendships** (Proof points : Teen first products that helps them connect; Add yours, Music Stickers, Close friends, Notes, Reshares, Profile) |
| Job to be Done | ███████████████████████ |
| Timing | Chapter 3: August 12 - October 6 |

| Comms Task #1: Reappraise Value | Comms Task #2: Product Familiarity | Comms Task #3: Culture |
|---|---|---|
| ████████████ | ████████████ | ████████████ |

HIGHLY CONFIDENTIAL (COMPETITOR)



IG'S BRAND JOURNEY SO FAR

We have successfully driven teen consideration through our brand strategy of 'everyday creativity' anchored on teen use cases of our platform, and this is a continuation of the approach

Instagram is for everyday creativity that connects you

**US Ch1**
Jun - Oct '23

**US Ch2**
Apr - Jun '24

**US Ch3**
Aug - Oct '24

FOR REVIEW TODAY

Hero Film "Small Fries" (Multi)
Watch here

"Now Close" (Close Friends)
Watch here

Hero Film "Making of friendships"
Watch here

"Listen Together" (Music Sticker) :
Watch here

ONP Stills / Gifs

OOH

ONP Stills / Gifs

OOH

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-146-00052284



HIGHLY CONFIDENTIAL (COMPETITOR)







Connection_Ch3_FirstFirstDay_15S_FBIG0771_Master_1080x1920

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-146-00052288

CREATIVE TESTING
The ads resonate with Teens and Parents, showcasing the value of IG and driving re-appraisal.



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-146-00052289

REDUCING THE NOISE + MANAGING RISK

We're partnering closely across teams to advance our narrative that shows how teens connect over creativity, while defusing any inaccurate accusations or negative noise during the campaign.

| SHOW TEENS THE VALUE IG PROVIDES THEM | SHOW PARENTS/POLICY ELITES OUR COMMITMENT TO SAFETY | REACTIVE MITIGATION/BREAK GLASS MEASURES |
|---|---|---|



Examples: IGU Crew, Close Friends Only Podcast, ongoing trend and product pitching, leverage creators as storytelling channels

Messages to land:
- ████████████████
- ████████████████

**PRIV**

Positive reception in creative pre-testing with parents in qual focus groups

Educating parents about our safety tools is a multi-faceted effort spanning marketing, comms and policy and includes:

- Consumer parent programming to increase tools awareness and demonstrate teen value (ex: Screensmart event series)
- Demonstrate alignment with parents through Adam's channels
- Youth product drum beats (ex: Nido)
- Support active policy discussions

Coordination with Project Nido

**PRIV**

HIGHLY CONFIDENTIAL (COMPETITOR)



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-146-00052291