# AMENDED Exhibit 86

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

created this group

 created the group.

Hi guys – David Ginsberg asked that the MYST study be flagged to Adam (Mosseri) and Alex Schultz before we proceed. I've pinged ▮▮▮ separately on the legal piece to understand the status there, but think the flag would be best coming from research, not comms or legal. Are you ok to take the pen on a high level summary of the research? ▮▮▮ I think we'll need to spell out how this research fits into the broader sprint re. potential plans for publication.

David also asked that we drop the acronym, his specific feedback was "I would say I really prefer not to have a cute acronym (MYST).  That makes things sound more interesting when/if it leaks.  Can we please keep our names as boring and uninteresting as possible."



 2

CONFIDENTIAL