# AMENDED Exhibit 91

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

From:          ████ ████ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=████████]
Sent:          9/19/2019 11:14:41 PM
To:            ████ ██ (████████]; ████ ████████]
Subject:       Message summary [{"otherUserFbId":100010162124354,"threadFbId":null}]


████ ████ (9/19/2019 15:43:54 PDT):
>so if we get the nielsen results back, if they are good would we publish or is there no intention of
publishing?

████████ (9/19/2019 15:45:09 PDT):
>we CAN publish -- we just aren't planning on it

████ ████ (9/19/2019 15:49:36 PDT):
>ok. and just curious, do we think the results will be that negative? ive got to think that even if
slightly negative they wont be THAT bad...i feel like all the well being research ive seen if it says FB
isnt good for people it's always jsut like a smallllll percentage over neutral

████████ (9/19/2019 15:49:52 PDT):
>that is correct

████ ████ (9/19/2019 15:49:55 PDT):
>idk maybbe im being naive but i feel like that this will bbe fine

████████ (9/19/2019 15:50:01 PDT):
>I think we'll see some positive

████████ (9/19/2019 15:50:06 PDT):
>some negative

████ ████ (9/19/2019 15:50:06 PDT):
>yeah i agree

████████ (9/19/2019 15:50:10 PDT):
>and most neutral

████████ (9/19/2019 15:50:19 PDT):
>and anything positive or negative will be small

████████ (9/19/2019 15:50:30 PDT):
>FB is just a minor piece of people's lives

████████ (9/19/2019 15:50:42 PDT):
>it's an hour amongst 24

████ ████ (9/19/2019 15:50:49 PDT):
>yeah for sure

████████ (9/19/2019 15:50:53 PDT):
>and this is just a week without it

████ ████ (9/19/2019 15:52:19 PDT):
>someone just said to me if the results are bad and we dont publish and they leak is it going to look
like tobacco companies doing research and knowing cigs were bad and then keeping that info to themselves

████ ████ (9/19/2019 15:52:21 PDT):
>i went...oh

████████ (9/19/2019 15:53:12 PDT):
>no because we will do something about it

████████ (9/19/2019 15:53:34 PDT):
>i don't want to work at a company that's long-term bad for people, i don't think many of us do

████████ (9/19/2019 15:53:48 PDT):
>we don't want to bad in people's lives, so if we are, we need to know s█ we can fix it

████████ (9/19/2019 16:03:04 PDT):
>also we already have that info about us

████████ (9/19/2019 16:03:10 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)

>and we admitted it publicly

███████████████ (9/19/2019 16:10:54 PDT):
>this is stressful -- we've been putting this project through review for 1.5 years!!!!

███ ████ (9/19/2019 16:14:11 PDT):
>itll work out!

███ ████ (9/19/2019 16:14:22 PDT):
>i think it's probably going to be fine

███████████████ (9/19/2019 16:14:29 PDT):
>will it!?! it feels like it's completely unraveling again

███████████████ (9/19/2019 16:14:34 PDT):
>basically feels like comms review again

███████████████ (9/19/2019 16:14:41 PDT):
>tomorrow I'm getting legal to look at it again

HIGHLY CONFIDENTIAL (COMPETITOR)