# AMENDED Exhibit 94

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

**From:**  Alex Dow [/O=THEFACEBOOK/OU=EXTERNAL
(FYDIBOHF25SPDLT)/CN=███████████████████████

**Sent:**  5/4/2021 9:03:40 PM

**To:**  Alex Dow ███████ ; Moira Burke ███████

**Subject:**  Message summary [{"otherUserFbId":100022016951165,"threadFbId":null}]


Paul Alexander Dow (5/04/2021 12:09:11 PDT):
>hey. you might have told me this, but, if so, i forgot. what ever happened with the Nielsen deprivation study? I think I lost track when covid hit. I know there was one or more pilot studies completed, but did they ever do the full thing?

Moira Kathleen Ballantyne Burke (5/04/2021 12:12:07 PDT):
>There were two one-wave pilot studies and the findings have been shared with leads internally, but afaik we're not planning to do a longer-term study. The findings were basically that people's expectations totally drove the results, and we weren't able to use the data to disentangle those expectation effects.
Summary:  https://fb.quip.com/MkxAA3gfY84C

Paul Alexander Dow (5/04/2021 12:29:55 PDT):
>well, shit. that seems like a result worth publicizing on its own. not that anyone would want to hear it from us. maybe that is a study for FORT, what is the role of expectation effects on social media deprivation studies. i see ████ has a deprivation study in her list of research projects for the Problematic Use stream.

Paul Alexander Dow (5/04/2021 14:03:40 PDT):
>thanks for offering to run another IC takeover meeting. let me know if you'd like me to just drop the calendar invite, so you can create a new one.

CONFIDENTIAL

META3047MDL-040-00213905