# AMENDED Exhibit 103

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET



**Bates Number:** META3047MDL-044-00075012-META3047MDL-044-00075021

**BEGATTACH:** META3047MDL-044-00075012

**ENDATTACH:** META3047MDL-044-00075021

**Attachment Count:** 0

**PRODVOL:** META3047MDL_VOL044

**Custodian:** BHUTADA_SHRUTI; CHENG_JUSTIN; GROSS_WENDY; MODY_SHILPA

**File Path:** /GROSS_WENDY/TOP OF PERSONAL FOLDERS/INBOX; /BHUTADA_SHRUTI/TOP OF PERSONAL FOLDERS/INBOX; /CHENG_JUSTIN/TOP OF PERSONAL FOLDERS/INBOX; /MODY_SHILPA/TOP OF PERSONAL FOLDERS/INBOX

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**HASHVALUE:** D2D75D7BC9C8E98513C3C34B1F5E0E08

**Author:**

**Family Date:** 9/30/2021 5:48 PM

**Create Date:** 9/30/2021 5:48 PM

**Last Modified Date:** 9/30/2021 5:48 PM

**LAST MODIFIED BY:**

**TRACK CHANGES:** N

**COMMENTS:** N

**HASHIDDENDATA:** N

**Filename:** MESSAGE SUMMARY [{"OTHERUSERFBID":NULL,"THREADFBID":3807495232654946}]

**Title:**

**DOCEXT:**

**Email From:** <████████████>

**Email To:** WENDY GROSS <██████████████████>; SHRUTI BHUTADA <██████████████>; JUSTIN CHENG <████████████>; SHILPA MODY <██████████>

**Email CC:**

**Email BCC:**

**Received Date:** 9/30/2021 5:48 PM

**Sent Date:** 9/30/2021 5:48 PM

**Subject:** MESSAGE SUMMARY [{"OTHERUSERFBID":NULL,"THREADFBID":3807495232654946}]

**THREADID:** D0004ED1E

**REDACTION TYPE:**

**REDACTIONS:** N

Message
_____

**From:**     Shilpa Mody [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=█████████████████]

**Sent:**     10/1/2021 12:48:56 AM

**To:**       Wendy Gross █████████████; Shruti Bhutada [███████████]; Justin Cheng █████████████; Shilpa Mody

**Subject:**  Message summary [{"otherUserFbId":null,"threadFbId":3807495232654946}]


Wendy Tegge Gross (9/30/2021 09:01:50 PDT):
>I am reaching out to the researchers I know were affected to offer my support ☺
>
>Or maybe it's less floral and more responsible to say, the researchers who say they may have been affected

Shilpa Mody (9/30/2021 09:45:42 PDT):
>Is it just me or did that research q&a somehow manage to make things worse??

Wendy Tegge Gross (9/30/2021 09:47:29 PDT):
>*I might perceive that I somehow felt a little worse after that Q&A, but I can't express causality

Wendy Tegge Gross (9/30/2021 09:47:35 PDT):
>(I think that's what you meant)

Shilpa Mody (9/30/2021 09:49:11 PDT):
>Yes, totally

Shilpa Mody (9/30/2021 09:49:45 PDT):
>Oh wait I didn't weight my data - I mean yes, 80% +/- 5

Shruti Bhutada (9/30/2021 09:54:07 PDT):
>It did for me too

Shruti Bhutada (9/30/2021 09:54:34 PDT):
>Sorry, trying to say this as un-florally as possible

Shruti Bhutada (9/30/2021 09:54:56 PDT):
>Wendy, HALP, did we show design concepts to those girls in San Ramon?

Shruti Bhutada (9/30/2021 09:55:00 PDT):
>@Wendy

Shruti Bhutada (9/30/2021 10:01:05 PDT):
>nvm. I sent it

Shruti Bhutada (9/30/2021 10:01:07 PDT):
>Its 10 am

Shruti Bhutada (9/30/2021 10:02:03 PDT):
>hey at least the qual annotations dont imply that i am an absolute degenerate XD

Wendy Tegge Gross (9/30/2021 10:03:19 PDT):
>but I'm a little concerned with how often they mentioned the third party vendor

Shruti Bhutada (9/30/2021 10:03:58 PDT):
>yeah

Shruti Bhutada (9/30/2021 10:04:28 PDT):
>I know now DSS is writing these annotations but they sound so lawyer-y. Like in case this goes to shit -- third party vendor!

Wendy Tegge Gross (9/30/2021 10:04:56 PDT):
>I just wrote this to ████
>Thank you ████. To be completely honest, I'm having a hard reconciling the internal expressions of support with the tone of some of the external annotations. I don't want to speak for the other researchers, but I know it's been tough

Shruti Bhutada (9/30/2021 10:06:37 PDT):
>I am happy to send this verbatim but I said it to ████ And cried. And said its ironic to see floral language used to critique our use of floral language also WTF does floral language even mean

Shruti Bhutada (9/30/2021 10:07:18 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00075012

>But as an aside, maybe I over-estimated Chris Cox. XD.

Wendy Tegge Gross (9/30/2021 10:08:17 PDT):
>█████ said she and ███████ have been pushing back on the external narrative, so at least there's that

Shruti Bhutada (9/30/2021 10:08:35 PDT):
>like MAN what a let down. I actually liked that dude over Zuck

Shruti Bhutada (9/30/2021 10:08:54 PDT):
>So apparently FB published the deck before WSJ and thats really bad practice in comms

Wendy Tegge Gross (9/30/2021 10:09:04 PDT):
>yup

Shruti Bhutada (9/30/2021 10:09:11 PDT):
>I am more worried they keep making this into a bigger fire than hurt.

Shruti Bhutada (9/30/2021 10:09:15 PDT):
>And I am hella hurt

Shruti Bhutada (9/30/2021 10:10:12 PDT):
>like PLEASE just focus on what they are REALLY criticizing you about and acknowledge it and stop throwing your researchers under the bus and double crossing journos so this can all end PLEASE

Shilpa Mody (9/30/2021 10:11:17 PDT):
>Wait are the annotating more decks now?

Wendy Tegge Gross (9/30/2021 10:11:41 PDT):
>the ones that the WSJ published last night

Wendy Tegge Gross (9/30/2021 10:12:07 PDT):
>it's unclear whether we'll release the annotated versions now that they're out there

Shruti Bhutada (9/30/2021 10:12:32 PDT):

shared: http://www.facebook.com/1084011669092145 as 185129484_346018507088249_2893954704120703709_n.gif

Shruti Bhutada (9/30/2021 10:12:45 PDT):
>DSS dropping diss tracks left right and centre.

Shruti Bhutada (9/30/2021 10:13:33 PDT):
>can you say your researchers are shit AFTER ppl have read the research or it is more effective WHILE they are reading the research.

Shruti Bhutada (9/30/2021 10:13:41 PDT):
>That is the research question.

Wendy Tegge Gross (9/30/2021 10:17:13 PDT):
>how can we design an experiment to identify the causal mechanism?

Shruti Bhutada (9/30/2021 10:19:25 PDT):
>just went to research non managers and YUP the townhall made it worse

Shruti Bhutada (9/30/2021 10:19:48 PDT):
>i dont know man. Most days I dont even know what my objectives are for my current work

Shruti Bhutada (9/30/2021 10:43:09 PDT):
>To be fair, after having gone through the anger and disbelief phase, I actually feel pretty horrible for the DSS folks who got pulled into this too.

Shruti Bhutada (9/30/2021 10:43:45 PDT):
>The only people I feel really disappointed in is senior leadership

Shilpa Mody (9/30/2021 10:45:49 PDT):
>Oh yeah I'm not mad at DSS people, they were just doing what they were told to do

Shilpa Mody (9/30/2021 10:46:30 PDT):
>And honestly some of the points raised by the annotation are reasonable (although many are not, and the tone is really inappropriate)

Shruti Bhutada (9/30/2021 10:46:57 PDT):
>+1000

Shilpa Mody (9/30/2021 10:47:01 PDT):
>There is a world where they could have annotated with actual context instead of a tear down, and that would have been a reasonable outcome

Shruti Bhutada (9/30/2021 10:47:18 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00075013

>yeah i told that to ███ And illustrated with an example.

Shruti Bhutada (9/30/2021 10:48:03 PDT):
>Like instead of saying the headline is myopic, you could say it sounds causal, but referring back to the study design, you cant make causal claims from this study at all.

Shruti Bhutada (9/30/2021 10:48:16 PDT):
>which is both true and fair

Shilpa Mody (9/30/2021 10:53:00 PDT):
>And less mean and more clear

Wendy Tegge Gross (9/30/2021 11:04:12 PDT):
>agree to all of this. I'm hearing it was direction from MZ

Shruti Bhutada (9/30/2021 11:04:26 PDT):
>WHAT

Shruti Bhutada (9/30/2021 11:04:33 PDT):
>I mean not surprised but still WHAT?

Wendy Tegge Gross (9/30/2021 11:05:01 PDT):
>"ended up being basically an MZ call on how it was handled"

Shruti Bhutada (9/30/2021 11:05:05 PDT):
>Like MZ asked Cox and Adam to say research used flowery language and asked researched leadership to as their own ICs to flame other ICs research?

Shruti Bhutada (9/30/2021 11:05:41 PDT):
>researched leadership bahahahahaha

Shruti Bhutada (9/30/2021 11:05:57 PDT):
>Sorry but I feel like leadership needs to google what leadership means

Wendy Tegge Gross (9/30/2021 11:08:06 PDT):
>I get the impression that MZ decided how to frame the external narrative, that other teams fought back hard and lost

Shilpa Mody (9/30/2021 11:11:46 PDT):
>It does feel like the tone of the response has shifted… like Adam previously sounded like "the wsj was misleading, and the numbers aren't as bad as they look, but also we acknowledge there's a problem and here's what we're doing about it"

Shilpa Mody (9/30/2021 11:11:54 PDT):
>That last part has definitely dropped off now

Shilpa Mody (9/30/2021 11:13:03 PDT):
>Btw did either of you watch any of the hearing?

Shruti Bhutada (9/30/2021 11:13:14 PDT):
>I watched the first 35 mins

Shruti Bhutada (9/30/2021 11:13:30 PDT):
>then 'regretfully' decided to (waste time) on that (pointless) townhall

Shilpa Mody (9/30/2021 11:13:52 PDT):
>Anything interesting?

Shruti Bhutada (9/30/2021 11:13:58 PDT):
>I saw Sen Colburn (?)'s questions?

Shruti Bhutada (9/30/2021 11:14:07 PDT):
>It was quite interesting!

Shruti Bhutada (9/30/2021 11:15:02 PDT):
>One senator asked about our findings (looked like they had Moira and Justin's data from Dec 2020? or maybe Wendy? idk). And Antigone was like: The research is not a bombshell

Shruti Bhutada (9/30/2021 11:15:15 PDT):
>and he was like: No, actually this research is a bombshell

Shruti Bhutada (9/30/2021 11:15:26 PDT):
>Another asked about what IG did about the findings

Shruti Bhutada (9/30/2021 11:15:37 PDT):
>And Antigone started saying its nor causal yada yada

Shruti Bhutada (9/30/2021 11:16:02 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00075014

>And the senator was like: I am asking if you were aware and if you did something about it

Wendy Tegge Gross (9/30/2021 11:16:20 PDT):
>it's not a bombshell internally but is a bombshell that these internal research decks exist. So both the senator and Antigone are right

Shruti Bhutada (9/30/2021 11:16:21 PDT):
>And there was more: research isnt causal and its not that bad yada yada

Wendy Tegge Gross (9/30/2021 11:17:02 PDT):
>my example to ▮ was:
>For example: "When reporting on qualitative research results, some conclusions/statements may be researcher speculation versus what was actually reported by participants" makes it sound like I was just guessing or making things up rather than finding the common themes across the qual groups.

Shruti Bhutada (9/30/2021 11:17:30 PDT):
>The senator was asking about what IG did so I think it wasnt helpful to just be like: research isnt causal. Since causality isnt the point.

Shruti Bhutada (9/30/2021 11:18:10 PDT):
>I... dont know how they get it this wrong

Shruti Bhutada (9/30/2021 11:18:56 PDT):
>Like just answer their actual question. They know you think the research is shit but in this area theres also external research. And 1 in 3 or 1 in 5 makes no difference when they are asking you what you did about that 1.

Shruti Bhutada (9/30/2021 11:19:11 PDT):
>or maybe they cant say that. idk.

Shruti Bhutada (9/30/2021 11:20:24 PDT):
>I felt a bit bad for Antigone.

Shruti Bhutada (9/30/2021 11:21:19 PDT):
>Ok so I found out about Ryan Mac from Adam Mosseri and his tweets are hilarious.

Shruti Bhutada (9/30/2021 11:21:53 PDT):
>"As someone who was a teenage girl myself" : FB: This research is anecdotal. FB exec: in my past life. XD

Shruti Bhutada (9/30/2021 11:22:01 PDT):
>some of it.

Shruti Bhutada (9/30/2021 11:22:18 PDT):
>(it seems like FB employees keep talking to this dude... wtf he is like a leak factory)

Shruti Bhutada (9/30/2021 11:22:28 PDT):
>Sorry live messaging and reading twitter

Wendy Tegge Gross (9/30/2021 11:22:51 PDT):
>I just picked up my phone to check WhatsApp, and got a notification that Shakira was attacked by wild boars, and I can't stop laughing

Shruti Bhutada (9/30/2021 11:23:11 PDT):
>shit wait I shouldnt laugh

Wendy Tegge Gross (9/30/2021 11:23:11 PDT):
>and wanted to pass along a bit of levity

Shruti Bhutada (9/30/2021 11:23:20 PDT):
>poor shakira

Shruti Bhutada (9/30/2021 11:23:31 PDT):
>OMG I am wheezing

Wendy Tegge Gross (9/30/2021 11:23:59 PDT):
>I'm not laughing that Shakira was attacked, I'm laughing at the juxtaposition

Shruti Bhutada (9/30/2021 11:24:11 PDT):
>same

Shilpa Mody (9/30/2021 11:24:28 PDT):
>ok I'm not giving constructive examples like you both are, just ranting about how shitty and inappropriate this feels

Shilpa Mody (9/30/2021 11:26:20 PDT):
>Omg that's so wildly ridiculous

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00075015

Shruti Bhutada (9/30/2021 11:26:20 PDT):
>I appreciate the honesty.

Shruti Bhutada (9/30/2021 11:26:55 PDT):
>THIS sums up everything though

Shilpa Mody (9/30/2021 11:27:58 PDT):
>█ said I should tell Kristin/Curtiss/Pratiti how shitty this feels. And she is also telling them that the tone of the annotations and town hall were not helpful

Shruti Bhutada (9/30/2021 11:28:11 PDT):
>Like way to call out un-rigorous research using words like "flowery", "floral", "irresponsible". Should someone tell leadership to define and operationalize their constructs?

Shruti Bhutada (9/30/2021 11:28:29 PDT):
>I can chime in too. Do we just ping them?

Shruti Bhutada (9/30/2021 11:28:50 PDT):
>Or write something together and vet it for floral language 9sorry, last joke. i clearly deal with pain using mirth)

Wendy Tegge Gross (9/30/2021 11:28:52 PDT):
>and maybe add █

Wendy Tegge Gross (9/30/2021 11:30:19 PDT):
>but let me ping him first

Shruti Bhutada (9/30/2021 13:00:14 PDT):
>Added Justin.

Shruti Bhutada (9/30/2021 13:00:29 PDT):
>For group hug

Jus-Tin Cheng (9/30/2021 13:02:14 PDT):
>Finally, some sensible discussion!

Shruti Bhutada (9/30/2021 13:02:49 PDT):
>I used up all my mirth, but I am pretty sure I will rack it up in a bit.

Shilpa Mody (9/30/2021 13:03:41 PDT):
>I just flipped back to this tab and remembered the Shakira thing again and am now laughing

Shruti Bhutada (9/30/2021 13:03:45 PDT):
>In the meantime, how do I respond to leaders checking in and asking how they can support me? Whats a non-causal, non-floral way of saying: You could start by not throwing us under the bus and giving us boiler plate replies?

Shilpa Mody (9/30/2021 13:05:33 PDT):
>this is a good question! I just replied honestly to █ and █ about how I feel betrayed, that the town hall was tone deaf, etc. But not sure if that's also the right response to give to Kristin etc

Shruti Bhutada (9/30/2021 13:05:59 PDT):
>I want to say that.

Shruti Bhutada (9/30/2021 13:13:31 PDT):
>Ok I wrote this to Diego, tell me if a version of this can be sent to Kristin etc: I am disappointed in senior leadership and how they are responding to this. I am disappointed in the constant use of vague words like "floral, flowery, hyperbolic" to describe our words and the focus on how the research was done rather than the external critique which is about why nothing was done as a result of it. It was extremely hurtful and disappointing to see our work (and abilities) flamed in the annotations (and I dont know see that helps contextualize or critique the work in a useful way). But most of all I am just sad me, Shilpa, Wendy, Justin, you and █ have to go through this.

Jus-Tin Cheng (9/30/2021 14:07:16 PDT):
>+1000 (and also Moira)

Shilpa Mody (9/30/2021 14:35:52 PDT):
>Should we do a group chat? I was thinking just with Kristin (mostly because I def can't handle Curtiss right now and don't know how much of a human Pratiti is). Will it be useful / cathartic or just frustrating?

Shruti Bhutada (9/30/2021 14:36:43 PDT):
>Yeah lets do that

Shruti Bhutada (9/30/2021 14:36:55 PDT):
>Sorry the haha is for the pratiti comment

Shruti Bhutada (9/30/2021 14:37:17 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)

>it could be either, but that largely depends on Kristin's response

Shruti Bhutada (9/30/2021 14:55:13 PDT):
>I was also gonna say, dont feel pressured to do this today.

Shruti Bhutada (9/30/2021 14:55:32 PDT):
>We can talk to her when we feel better, not so crappy

Shruti Bhutada (9/30/2021 14:58:17 PDT):
>imma go wolf down a pint of ice cream and laugh with mirth

Shruti Bhutada (9/30/2021 14:59:04 PDT):
>lol in another news, I tagged ██████████ and accidently added a vendor to our e mail chain about annotations BAHAHAHA I was like: See you world, so long. XD But she said its ok.

Shruti Bhutada (9/30/2021 15:00:16 PDT):
>WENDYYYY

Shilpa Mody (9/30/2021 15:11:38 PDT):
>Omg thats alarming !!!

Shruti Bhutada (9/30/2021 15:11:48 PDT):
>I know.

Shilpa Mody (9/30/2021 15:12:08 PDT):
>I guess vendors are NDAed?

Shruti Bhutada (9/30/2021 15:12:39 PDT):
>yeah. Lauren (the vendor) actually pinged me and said she deleted it.

Shruti Bhutada (9/30/2021 15:12:44 PDT):
>well I asked her

Shruti Bhutada (9/30/2021 15:13:04 PDT):
>and they are under NDA. and the other ██████ said they usually dont have incentive to leak

Shilpa Mody (9/30/2021 15:17:58 PDT):
>Also..... if we feel like it, i think there could be an opportunity to reply to Adam's email and push him to be bolder on mwb work. Like literally the best thing you could do to support us right now is to take seriously the possibility that we haven't done enough here, and that we should consider bigger bets that take a stronger POV to show teens and the public that we actually care about this problem.

Wendy Tegge Gross (9/30/2021 15:18:54 PDT):
>Shilpa bringing the guys

Wendy Tegge Gross (9/30/2021 15:18:58 PDT):
>Guts

Shruti Bhutada (9/30/2021 15:22:15 PDT):
>I was wondering about responding to that but then wondering if he will go: I take back my compliments about your graciousness and professionalism. Asking us to pay attention to research is deeply unprofessional. Can you please go back to staying quiet while we tell the world how much of a joke your research is? tysm.

Shruti Bhutada (9/30/2021 15:22:23 PDT):
>Ah man, I cant be a kind human today

Shilpa Mody (9/30/2021 15:25:46 PDT):
>I mean I definitely don't care what Adam thinks of me

Shilpa Mody (9/30/2021 15:26:46 PDT):
>But also, there's a way to say "hey please think about going bigger on this work" in a polite way, right? Like not blaming anyone for not doing so yet, just let's do so now

Wendy Tegge Gross (9/30/2021 15:34:03 PDT):
>It would need to be so diplomatic. Like support us by showing that you value the research and invest in the space. But not calling out that the company has thrown us under the bus and not making it seem like we don't understand trade offs the company has made

Shruti Bhutada (9/30/2021 16:15:56 PDT):
>Salt n Starw chocolate gooey brownie is amazing y'all

Jus-Tin Cheng (9/30/2021 16:17:08 PDT):
>Salt & Straw is good ice cream, regardless of what you get!

Shruti Bhutada (9/30/2021 16:18:01 PDT):
>they have 5$ off on 35$ on doordash!

HIGHLY CONFIDENTIAL (COMPETITOR)

Wendy Tegge Gross (9/30/2021 16:19:08 PDT):
>does Salt n Straw arrive still frozen on doordash? I've always been too nervous to try for delivery

Shruti Bhutada (9/30/2021 16:20:10 PDT):
>Sorry wendy i am still laughing at this. this read as hilarious as the shakira getting hit by wild boars

Shruti Bhutada (9/30/2021 16:20:34 PDT):
>it does!

Shruti Bhutada (9/30/2021 16:20:47 PDT):
>its 25 mins from my place and still frozen

Wendy Tegge Gross (9/30/2021 16:23:28 PDT):
>Maybe shilpa brought the guys to laugh at the boars

Wendy Tegge Gross (9/30/2021 16:23:38 PDT):
>that's a ringing endorsement!

Shruti Bhutada (9/30/2021 16:24:23 PDT):

shared: http://www.facebook.com/1188469715014376 as 50176047_2261505620845367_4819414173282729984_n.gif

Shruti Bhutada (9/30/2021 16:24:52 PDT):
>its not even in those spacesuit type bags

Jus-Tin Cheng (9/30/2021 16:25:31 PDT):
>Boba always >> ice cream, so that's what I'm getting

Shruti Bhutada (9/30/2021 16:25:57 PDT):

shared: http://www.facebook.com/363913485419372 as 50130401_944868002379240_945500444208136192_n.gif

Wendy Tegge Gross (9/30/2021 16:29:31 PDT):

shared: http://www.facebook.com/123719249951623 as 132038246_395900998379239_5253429357852338827_n.gif

Wendy Tegge Gross (9/30/2021 16:29:31 PDT):
>Wine >>> ice cream >> boba

Shruti Bhutada (9/30/2021 16:30:12 PDT):
>I could use a wine boba ice cream mocktail rn XD

Shruti Bhutada (9/30/2021 16:31:04 PDT):
>I finished my ice cream lol. I have only ever had a full pint of ice cream once before in my life, and that was also in 2021. Man this year really blows.

Shilpa Mody (9/30/2021 16:32:16 PDT):
>Btw are you guys working today? I told ▇▇▇ I'm out for the rest of the week, which I'm pretty sure means I can start drinking before 5pm

Shruti Bhutada (9/30/2021 16:32:54 PDT):
>I didnt work.

Shruti Bhutada (9/30/2021 16:33:04 PDT):
>I mean, I sort of had to a bit.

Wendy Tegge Gross (9/30/2021 16:33:54 PDT):
>I worked today cause I had to. I think I'm taking a sick day tomorrow

Shruti Bhutada (9/30/2021 16:33:56 PDT):
>its a bit trippy to also be in some of the product threads where ▇▇▇ or Miki will literally say, we should just do this, teens dont want that, what about lava lamps for take a break.

Shruti Bhutada (9/30/2021 16:34:22 PDT):
>And I want to write something but by the time I am donw caveating I sound like scratched CD XD

Shruti Bhutada (9/30/2021 16:34:52 PDT):

shared: http://www.facebook.com/416796213200628 as 19292148_1845416669110246_1891271282377359360_n.gif

Shruti Bhutada (9/30/2021 16:34:53 PDT):
>I am drunk on ice cream! sugar high

Shruti Bhutada (9/30/2021 16:35:32 PDT):
>aaaah can i take a sick day and ONLY show up for a candidate interview?

Shruti Bhutada (9/30/2021 16:35:41 PDT):
>wait, that seems like a waste of a sick day

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-044-00075018

Wendy Tegge Gross (9/30/2021 16:35:53 PDT):
>it's not like we have to ration them

Shruti Bhutada (9/30/2021 16:36:16 PDT):
>true

Shilpa Mody (9/30/2021 16:38:11 PDT):
>Ok also people keep offering "support" but like… what are the options?

Shilpa Mody (9/30/2021 16:38:15 PDT):
>Serious question

Shruti Bhutada (9/30/2021 16:38:27 PDT):
>therapists?

Shilpa Mody (9/30/2021 16:38:29 PDT):
>I feel like I don't know what to ask for, but should probably be asking for something

Jus-Tin Cheng (9/30/2021 16:38:53 PDT):
>I think ask for leadership to reaffirm that they care about researchers

Wendy Tegge Gross (9/30/2021 16:39:00 PDT):
>4 extra vacation days

Shruti Bhutada (9/30/2021 16:39:07 PDT):
>"our company has great mental health resources for when we throw you under the... i mean point out your irresponsible reporting"

Shruti Bhutada (9/30/2021 16:40:54 PDT):
>sorry I was in a townhall once after the june 2020 racial justice movement and this woman was crying about how her family is secretly racist to her husband and the ppl started empathizing before a HR person literally went: We have great mental health resources. You can check out Lyra.

Jus-Tin Cheng (9/30/2021 16:41:33 PDT):
>I expect that people will forget about this by Monday, and nothing will have changed.

Shruti Bhutada (9/30/2021 16:42:23 PDT):
>We should probably ask for clarification: They say they value our research. But at the same time, Adam, Cox and even the anotations have repeatedly used words like "flower, floral, hyperbolic, irresponsible, myopic and sensationalist" to describe it. Is there a reason for this?"

Shruti Bhutada (9/30/2021 16:44:23 PDT):
>yeah. Except for a couple dozen ICs who saw this play out and will probably be shit scared about saying anything meaningful

Shruti Bhutada (9/30/2021 16:44:40 PDT):
>on decks

Shilpa Mody (9/30/2021 16:44:53 PDT):
>I feel like they've said they care about us plenty of times. But their actions don't feel like they align. I wish they would just be honest and say something like "we know that our attack was unfairly harsh and called you out for doing things that are typical of most FB research. We had to undermine your research for xyz strategic reason, and we're sorry."

Shilpa Mody (9/30/2021 16:45:12 PDT):
>There's a lot of "we're sorry this is happening to you" and no "we're sorry we're doing this to you"

Shruti Bhutada (9/30/2021 16:45:44 PDT):
>yeah. Every time they say we are sorry this is happening to you, I want to scream: YOU ARE LITERALLY DOING THIS TO US WTF?

Jus-Tin Cheng (9/30/2021 16:47:42 PDT):
>A vast majority of CDS is pretty outraged about this - but I don't have visibility into what's happening in UX.

Shruti Bhutada (9/30/2021 16:48:18 PDT):
>I did think about that. I cant tell if they are publicly making a show of how 'we need to avoid this sort of language' to reinforce that the research was shit and should not be taken seriously and WSJ took it way out of context. Or if they genuinely feel angry at what we wrote and think its hyperbolic

Shilpa Mody (9/30/2021 16:48:31 PDT):
>I asked ▮▮ if he had any insight into how they decided that undermining our research was the best strategy. And also whether anyone stood up for us.

Shruti Bhutada (9/30/2021 16:48:37 PDT):
>UXR seems to be too.

HIGHLY CONFIDENTIAL (COMPETITOR)

Shilpa Mody (9/30/2021 16:48:43 PDT):
>He said he doesn't know but will find out

Shruti Bhutada (9/30/2021 16:48:54 PDT):
>SHILPA REALLY BRINGING THE GUTS

Shruti Bhutada (9/30/2021 16:49:17 PDT):
>he reached out to me and clarified that they didnt share annotations with him

Shruti Bhutada (9/30/2021 16:50:15 PDT):
>We have a research non-managers group Justin. Many UXRs are pretty outraged too. Someone wrote "I would have felt worse about that talk than I would have after finding out if my research was leaked" and I had to use all my impulse control to not heart that

Jus-Tin Cheng (9/30/2021 16:51:14 PDT):
>And also the supportive twitter responses

Shruti Bhutada (9/30/2021 16:52:49 PDT):
>omg its really messed up when twitter is more supportive than the company XC

Shruti Bhutada (9/30/2021 16:53:37 PDT):
>its also wild that they didnt share the annotated files or why they were releasing it with ███ or ███

Shruti Bhutada (9/30/2021 16:54:20 PDT):
>Also did you see Adam's post? Be kind to researchers today? They make it seem like their hands are being twisted by someone to throw us under the bus. :-/

Shilpa Mody (9/30/2021 16:54:37 PDT):
>I assume they thought ███/███ would fight back and didn't want to deal with that?

Shruti Bhutada (9/30/2021 16:54:53 PDT):
>Probably.

Shruti Bhutada (9/30/2021 16:55:19 PDT):
>In some senses I am glad. It would have hurt more if ███/███ had approved this.

Jus-Tin Cheng (9/30/2021 16:55:27 PDT):
>What does the post say?

Jus-Tin Cheng (9/30/2021 16:55:45 PDT):
>It does make me feel better too that ███/███ weren't involved.

Shruti Bhutada (9/30/2021 16:56:33 PDT):
>Show the Research Team Some Love ♥
>This has been a rough couple of weeks across the company. The leaks, barrage of headlines, and then today's testimony have felt, at times, overwhelming. One thing I hope we all do right now is focus on supporting one another.
>There's no question this has been especially hard on our Research Team. I've been nothing but impressed with how the team has handled these last two weeks - especially those who are directly affected by the leaks and the response. I want to make sure everyone at Instagram understands a few key things:
>Though most of the materials that were leaked were research decks, please don't assume that it was a researcher who leaked the materials. It's unlikely, and there's no evidence to suggest that's what happened.
>I want to reiterate that research is the foundation of everything we do and we're nothing without the research team's tireless work. It's our responsibility to understand and gather input from the people who use our platform, so we can make Instagram better.
>These decks were written to inform the product teams that work to make Instagram better. While some of the leaked material could have been written more precisely, even the most considered overview of subjects as contentious as these can be easily misconstrued to back up whatever narrative someone prefers.
>Research on sensitive and complex areas is important and it's also really hard. I'm personally extremely grateful to the individuals who step up to do this work with integrity and compassion.
>We are working on ways to better support our teams and to evolve our processes going forward so that we are not in a position to be defending our work against mischaracterizations and misunderstandings. For now, please know that our Research Teams are going through a lot. My ask of all of you is to show them some love and support. If you are struggling or just need a break (and, to be clear, we all need breaks), please prioritize yourself and your mental health above all else. Take advantage of the mental health benefits we have, decline the meeting, step back, take a walk without your phone, lean on a colleague - figure out what you need to do to take care of yourself and do it. For everyone else, lean in where you can - if you see a colleague who is struggling, pitch in and see what you can do to help lighten their load. Take care of yourselves and take care of each other. 🙏

Shruti Bhutada (9/30/2021 16:56:46 PDT):
>^ Adam's post

Jus-Tin Cheng (9/30/2021 16:57:26 PDT):
>Is it trustworthy?

HIGHLY CONFIDENTIAL (COMPETITOR)                              META3047MDL-044-00075020

Shruti Bhutada (9/30/2021 16:57:55 PDT):
>I... have no idea

Jus-Tin Cheng (9/30/2021 16:58:16 PDT):
>Also with the peace sign at the end.

Shruti Bhutada (9/30/2021 16:58:28 PDT):
>I cant tell if this is some PR strategy where they publicly discredit their own research to save their backs

Shruti Bhutada (9/30/2021 16:59:03 PDT):
>Or if senior leadership is just... going through it

Shilpa Mody (9/30/2021 16:59:19 PDT):
>I did appreciate that Adam reaffirmed that the way the research was worded isn't the reason for this shitstorm (it would have happened no matter how it was written). And also acknowledging that this research is hard.

Shruti Bhutada (9/30/2021 16:59:33 PDT):
>like every time they see a leaked screenshot they scream at the causal language and curse at us then realize that was mean and say we are valued

Shilpa Mody (9/30/2021 17:01:17 PDT):
>It is absolutely a PR strategy to publicly discredit the research. I think they are seriously afraid of legal/regulatory repercussions if there are acknowledged causal links.

Shruti Bhutada (9/30/2021 17:03:30 PDT):
>I wonder if there would have been better ways of doing this without demoralizing all researchers and causing a PR fire where it looks like the company is throwing its own people under the bus.

Wendy Tegge Gross (9/30/2021 17:04:35 PDT):
>it absolutely is. ███ told me he went through something similar a few years ago

Shruti Bhutada (9/30/2021 17:05:11 PDT):
>FB needs to hire another PR agency... man...

Shruti Bhutada (9/30/2021 17:08:18 PDT):
>ok, a researcher sent me this and it genuinely touched me so I am going to pass it on to you all too since it applies to all of us

Shruti Bhutada (9/30/2021 17:08:25 PDT):
>"wanted to pass on this thought from my dad (after he read the WSJ stuff): "I think it shows that you guys [researchers] are really advocating for your users!" So good on ya!  ♥"

Wendy Tegge Gross (9/30/2021 17:10:59 PDT):
>I got this from ███████████ (head of MI for FB app) "Hang in there.  We've got your back.  This could have happened to any of us, so it happened to all of us."

Shruti Bhutada (9/30/2021 17:36:14 PDT):
>ok imma send y'all a group hug.

Shruti Bhutada (9/30/2021 17:37:07 PDT):
>Wendy

Shruti Bhutada (9/30/2021 17:37:08 PDT):
>Wendy

Shruti Bhutada (9/30/2021 17:37:14 PDT):
>You also cc'ed the vendor

Shruti Bhutada (9/30/2021 17:37:15 PDT):
>OMG

Wendy Tegge Gross (9/30/2021 17:41:33 PDT):
>dude, it has been a *DAY*

Shilpa Mody (9/30/2021 17:46:17 PDT):
>I know this isn't funny but somehow it really is

Wendy Tegge Gross (9/30/2021 17:47:50 PDT):
>Agreed. Now it's time for wine. And then cupcakes

Wendy Tegge Gross (9/30/2021 17:48:56 PDT):
>So did Adam say "don't assume it was a researcher who leaked it" because he's gotten those questions? Or is he being more sinister here?

HIGHLY CONFIDENTIAL (COMPETITOR)