# AMENDED Exhibit 112

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| From: | ▮▮▮▮▮ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮▮RBA2] |
| Sent: | 10/29/2020 8:44:57 PM |
| To: | ▮▮▮▮▮ [▮▮▮▮▮]; ▮▮▮▮▮ [▮▮▮▮▮]; Wendy Gross [▮▮▮▮▮]; Diego Castaneda [▮▮▮▮▮] |
| Subject: | Message summary [{"otherUserFbId":null,"threadFbId":3688697581187003}] |
| Attachments: | 122805392_690281255027138_6659448679474485731_n.png |

EXHIBIT
Meta-
▮▮▮▮▮-26
depobook.com

Dr. Diego Emiliano Castaneda (10/29/2020 08:25:49 PDT):
>Hi Wendy (and all).. good morning. Would love your take on something when you can manage the time this morning. As you know, we've all been working on elucidating the relationships between mental health and social media behaviors like social comparison and bullying. ▮▮ ▮▮, and I are working on making that bullying social comparison relationship clearer via a conceptual model. As you might have seen, ▮▮ had added in a diagram into the people problems document you've been added to https://fb.quip.com/QyhJAYUhYlhJ#XOLACA3Hrdj  sourced this a Narrative summary on digital technology and youth written by ▮▮▮▮▮ from WB. You've probably seen that as well. Anyways, I think the model is a great way to socialize the relationship, however, it needed a little more clarity to showcase the centrality between social comparison, bullying, and mental health challenges. Also, to see if I could tease out the strength of relationships.  I took a stab at making it clearer and even added my interpretation to also include some of the strengths of relationships, which come from what looks like the original source, which is a Lancet article, which I've sourced in the comments.  Here is my venture. https://docs.google.com/presentation/d/13AQ3ihSnV1aJziFOWb7isBsz82p2IdXwp28uE92kztc/edit?usp=sharing The ask is if you (and also extend this invite to ▮▮ and ▮▮) can take a look anytime this morning and give us your feedback (in the comments is fine)? Does it communicate purposefully? Am I stretching the relationships (I was trying to be careful to use the evidence from the Narrative and Lancet article)? Can the header be improved?  Thanks.

Wendy Tegge Gross (10/29/2020 09:40:02 PDT):
>Hi Diego - happy to take a look

Wendy Tegge Gross (10/29/2020 09:47:34 PDT):
>are you wanting feedback on the blue or the black diagram?

Dr. Diego Emiliano Castaneda (10/29/2020 09:50:21 PDT):
>Thanks Wendy! The blue one please. Sorry I wasn't clear. The black one came from the lancet article and was there for reference purposes.

Wendy Tegge Gross (10/29/2020 10:20:32 PDT):
>so I can't comment in the doc but will put my thoughts here:
>I like the idea of calling out the stronger relationships, but I also wonder if there's a way to de-emphasize the things IG won't be working on directly (e.g., poor sleep).
>This chart also gives off the impression that existing vulnerabilities goes through the path of social media use to get to mental health challenges, so we should either be clear that this is only showing the path through social media or connect those two boxes

Wendy Tegge Gross (10/29/2020 10:21:09 PDT):
>what about something like this:
>https://docs.google.com/presentation/d/1cFJ4hBjBaBafHyOxf1NQQZ2V2PWz1Dl1gIkT39eVR4s/edit?usp=sharing

Dr. Diego Emiliano Castaneda (10/29/2020 10:43:07 PDT):
>thanks Wendy (and sorry about the challenges with commenting~ I moved my diagram over to see both at the same time). I really like your version. Feels reallly streamlined.

Dr. Diego Emiliano Castaneda (10/29/2020 10:44:06 PDT):
>also cleaner by using shading to deemphasize.

Dr. Diego Emiliano Castaneda (10/29/2020 10:47:49 PDT):
>@▮▮ and @▮▮ how do we feel about porting over Wendy's version into https://fb.quip.com/0ba9AA8yerHv for  feedback there? should I place directly under the table under the Support section?

▮▮▮▮▮ (10/29/2020 11:03:05 PDT):
>I'm supportive of including to reinforce the points we're making in the bullets. I even think it should go above the table.
>
>I added some comments focused mostly on presentation.
>
>One comment on content: Should teens be included in the population segments at the left?

▮▮▮▮▮ (10/29/2020 11:03:48 PDT):
>actually, to be more opinionated: if we don't include teens at the left, this may not really reinforce the bullets like we're hoping

Dr. Diego Emiliano Castaneda (10/29/2020 11:10:14 PDT):
>that's a good point. the general data and conceptual model appears to come from this study with adolescents (I sourced this from the Narrative document by ▇▇▇ that you had found) so I think we can add Teens to the language. https://www.thelancet.com/journals/eclinm/article/PIIS2589-5370(18)30060-9/fulltext.

Dr. Diego Emiliano Castaneda (10/29/2020 11:41:33 PDT):
>made some changes@▇▇ and @Wendy. also a request to look at the header for possible wordsmithing.

Dr. Diego Emiliano Castaneda (10/29/2020 11:43:06 PDT):
>#thanks @Wendy for taking the time to help to adapt a conceptual model of adolescent social media behaviors and mental health so we can clearly and coherently present the relationships between negative social comparison and online bullying and mental health.

▇▇▇ ▇▇▇▇▇▇ (10/29/2020 12:19:20 PDT):
>suggested alt for the title:
>> Populations are most at risk for developing mental health challenges when they are also more likely to have unhealthy social media use. The relationship between these behaviors and challenges can develop into a feedback loop.

▇▇▇ ▇▇▇▇▇▇ (10/29/2020 12:23:47 PDT):
>resulting slide, edited for format a bit more:

▇▇▇ ▇▇▇ ▇▇▇ (10/29/2020 12:23:49 PDT):

shared: 122805392_690281255027138_6659448679474485731_n.png

Dr. Diego Emiliano Castaneda (10/29/2020 12:29:50 PDT):
>thanks ▇▇ Added to the people problems document. happy to take it out and workshop some more as needed but I think it looks good.

▇▇▇▇▇▇ ▇▇▇ (10/29/2020 12:57:59 PDT):
>sorry, been in reviews and interviews all day. I like the blue highlights. I do worry about the phrase 'unhealthy social media use' as I'm not sure it incapsulates that these are experiences ppl are going through vs how they're using the product. Maybe even being more explicit about ties w/ bullying and social comparison '...more likely to experience negative social comparison and bullying on social media'?

Dr. Diego Emiliano Castaneda (10/29/2020 13:08:26 PDT):
>"engage in negative social media experiences"?

Dr. Diego Emiliano Castaneda (10/29/2020 13:09:06 PDT):
>or are you saying we should be more specific for the IG product?

▇▇▇▇▇▇ ▇▇▇ (10/29/2020 13:11:44 PDT):
>i think some of what we wanted to communicate here was that a lot of these areas are related and contribute to mental health. And, I was saying this might also be an opportunity to help draw a link between this chart and that first bullet that bullying experiences and neg. social comparison in particular are both contributors to this.

Dr. Diego Emiliano Castaneda (10/29/2020 13:13:53 PDT):
>sorry, I missed your last sentence in your previous comment. I like it's explicitness and changed to refllect that.

Dr. Diego Emiliano Castaneda (10/29/2020 13:16:22 PDT):
>and updated the document

▇▇▇ ▇▇▇ ▇▇▇ (10/29/2020 13:37:40 PDT):
>thanks Diego. left a formatting comment

▇▇▇ ▇▇▇ ▇▇▇ (10/29/2020 13:38:06 PDT):
>re: overall readiness to share, anything left we'd want to do?
>
>the one open item I'm aware of is the feedback to reinforce urgency

Dr. Diego Emiliano Castaneda (10/29/2020 13:44:57 PDT):
>changed and updated the quip

**Populations are most at risk for developing mental health challenges when they are also more likely to have unhealthy social media use.** These behaviors and challenges can develop into a feedback loop.



Adapted from Narrative Summary: Digital Technology & Youth Social/Emotional Health (CP WB)