**AMENDED Exhibit 115**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**EXHIBIT** 5
WIT: Mita
DATE: 12-16-24
C. Campbell, RDR CRR CSR #13921

Message

**From:**        ▓▓▓▓ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=▓▓▓▓▓▓▓▓▓▓

**Sent:**        7/13/2022 7:36:42 PM

**To:**            George Volichenko [▓▓▓▓@fb.com] ▓▓▓▓▓▓ [fb.com] ▓▓▓▓▓▓▓▓

**Subject:**    Message summary [{"otherUserFbId":null,"threadFbId":3679698335487723}]

▓▓▓▓▓▓ (7/13/2022 12:10:01 PDT):
>Hi both! Just wanted to clarify my point in the various chats - simply put, I'd like you all to lead the way here. Tell the team what the problem is, how bad it is or isn't, what areas are worth focus on vs. not ☺ I want to take your insights and then determine how to proceed. My comments in ▓▓▓▓ presentation were an observation that the numbers seem small - but if you all say there are other ways to look at it that isn't as small or that yes its small so questioning whether we work it - this is all fair game.

▓▓▓ ▓▓ (7/13/2022 12:10:21 PDT):
>I don't want to bias or pressure us in any one direction. We are looking to you to guide us here ☺

▓▓▓ ▓▓ (7/13/2022 12:10:45 PDT):
>Does this make sense?

▓▓▓▓▓ (7/13/2022 12:16:20 PDT):
>Yep!

Georgy Volichenko (7/13/2022 12:20:30 PDT):
>That makes sense and we can definitely add some numbers for late night specifically, luckily there are plenty to choose from in ▓▓▓▓ analysis. My point in the Leads deck chat was that if we need to explain why we chose late night and frequent use, we won't be showing numbers because that's not really how we made that decision.

▓▓▓▓▓ (7/13/2022 12:22:16 PDT):
>For context, ▓▓▓ - the Insights team worked with CWB to prioritize the four sub areas based on what we know today about PU in general, using the more 'clinical' definition. That is the table ▓▓▓ shared.

▓▓▓▓▓▓ (7/13/2022 12:22:29 PDT):
>From this doc:
https://docs.google.com/document/d/1XoqL7aibB8D4PbvDnZmwGzfhMx59VVA1bFAQJ4Opb1A/edit#heading=h.xuip0gc5rs9o

▓▓▓▓▓ (7/13/2022 12:22:55 PDT):
>We took into account severity but it was in the sense of, do we have causal evidence in the literature that these behaviors lead to negative life impact

▓▓▓▓▓ (7/13/2022 12:23:02 PDT):
>vs. a sizing exercise on IG

▓▓▓▓▓ (7/13/2022 12:24:32 PDT):
>For late night use, the negative impacts, such as on work/school performance and mood, of little or poor sleep (especially on young people) are well-documented.

▓▓▓▓▓ (7/13/2022 12:25:36 PDT):
>And product coverage was low, while competitors are making progress in this space. So those were the primary inputs to deciding late night use should be a priority area for us

▓▓▓▓▓ (7/13/2022 12:27:40 PDT):
>We cited this stat in our H2 plan: Late Night: 20% of global WAU teens have a daily average of 1 session between 12 and 4am over one week.

▓▓▓▓▓ (7/13/2022 12:29:06 PDT):
>Also reach on IG - we have this as 45% of teen WAU - what time frame is that George?

▓▓▓▓▓ (7/13/2022 12:32:31 PDT):
>I have a meeting in a few mins but after that, George let's side bar and figure out how to present the data we have in a coherent and compelling way, with appropriate caveats (bc there will be caveats! 😃)

▓▓▓▓▓ (7/13/2022 12:35:59 PDT):
>I see your respective points. What'll help is having something for me to react to. So if you could take a stab at the deck directly at answering this question -
>What does data and research say to support us working on late night (and frequent) use? - I can then help fine tune/frame. That'll help us avoid the back and forth/confusion around this ☺

CONFIDENTIAL

████████ (7/13/2022 12:36:42 PDT):
>Yep, agreed!

CONFIDENTIAL

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-014-00002192-META3047MDL-014-00002193

**Custodian:** █████████████

**Author:**

**Filename:** MESSAGE SUMMARY [{"OTHERUSERFBID":NULL,"THREADFBID":3679698335487723}]

**Create Date:** 7-13-2022 12:36 PM

**Last Modified Date:** 7-13-2022 12:36 PM

**TNAG BEGBATES:** METATNAG-002-00002192

**TNAG ENDBATES:** METATNAG-002-00002193

**MAAG BEGBATES:** METAMAAG-005-00002192

**MAAG ENDBATES:** METAMAAG-005-00002193

**File Path:** /MESSAGE SUMMARY [{"OTHERUSERFBID":NULL,"THREADFBID":3679698335487723}]