# AMENDED Exhibit 122

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA                      )
ADOLESCENT ADDICTION/PERSONAL    )
INJURY PRODUCTS LIABILITY           ) MDL No. 3047
LITIGATION                                    )
_____    )
THIS DOCUMENT RELATES TO:        )
ALL ACTIONS                                 )
_____
    SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES - SPRING STREET
                    COURTHOUSE
 COORDINATION PROCEEDING            )
 SPECIAL TITLE [RULE 3.400]            ) Lead Case No.
                                                  ) for Filing
 SOCIAL MEDIA CASES                     ) Purposes
 _____) 22STCV21355
 This Document Relates to:               )
 STATE OF TENNESSEE,                    )
 Ex rel. JONATHAN SKRMETTI,         )
 ATTORNEY GENERAL and REPORTER, ) Case No.
 v.                                                 ) 23-1364-IV
 META PLATFORMS, INC., and          )
 INSTAGRAM, LLC,                          )

MONDAY, NOVEMBER 18, 2024

CONFIDENTIAL - ATTORNEYS' EYES ONLY -
PURSUANT TO PROTECTIVE ORDER
- - -
Videotaped deposition of Shruti Bhutada, held at the offices of Covington & Burling LLP, 3000 El Camino Real, 10th Floor, Palo Alto, California, commencing at 9:11 a.m. Pacific Time, on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri, Kansas, Louisiana & New Jersey Certified Court Reporter.
- - -
GOLKOW LITIGATION SERVICES
877.370.DEPS
deps@golkow.com

A P P E A R A N C E S :


GOZA HONNOLD
BY:   KIRK GOZA
      kgoza@gohonlaw.com
      GRACE QUINLAN
      gquinlan@gohonlaw.com
      LYNNETTE SIEGEL          (VIA ZOOM)
      lsiegel@gohon.law.com
9500 Nall Avenue, Suite 400
Overland Park, Kansas   66207
(913) 675-5560

and

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
BY:   LEXI J. HAZAM          (VIA ZOOM)
      lhazam@lchb.com
275 Battery Street, 29th Floor
San Francisco, California   94111
(415) 956-1000

and

MOTLEY RICE LLC
BY:   PREVIN WARREN          (VIA ZOOM)
      pwarren@motleyrice.com
      ABIGAIL BURMAN          (VIA ZOOM)
      aburman@motleyrice.com
401 9th Street NW, Suite 630
Washington, DC   20004
(202) 386-9610

and

MOTLEY RICE LLC
BY:   KATY LAWRIMORE          (VIA ZOOM)
      klawrimore@motleyrice.com
28 Bridgeside Boulevard
Mount Pleasant, South Carolina   29464
(843) 216-9000

and


SEEGER WEISS LLP
BY:   ERICA KUBLY              (VIA ZOOM)
        ekubly@seegerweiss.com
        LAURA MULDOWNEY        (VIA ZOOM)
        lmuldowney@seegerweiss.com
55 Challenger Road, Sixth Floor
Ridgefield Park, New Jersey  07660
(973) 639-9100


and


ANAPOL WEISS
BY:   PAIGE BOLDT              (VIA ZOOM)
        pboldt@anapolweiss.com
130 North 18th Street, Suite 1600
Philadelphia, Pennsylvania  19103
(215) 929-8822
Counsel for MDL Plaintiffs


WAGSTAFF & CARTMELL LLP
BY:   JONATHAN P. KIEFFER   (VIA ZOOM)
        jpkieffer@wcllp.com
        LUCY R. MALONE        (VIA ZOOM)
        lmalone@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, Missouri  64112
(816) 701-1100


and


BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES
BY:   JOSEPH VANZANDT        (VIA ZOOM)
        joseph.vanzandt@beasleyallen.com
        JENNIFER K. EMMEL      (VIA ZOOM)
        jennifer.emmel@beasleyallen.com
218 Commerce Street
Montgomery, Alabama  36104
(800) 898-2034
Counsel for JCCP Plaintiffs

CONFIDENTIAL

Page 4

ROBBINS GELLER RUDMAN & DOWD LLP
BY:   TAEVA SHEFLER
        tshefler@rgrdlaw.com
        SNEHEE KHANDESHI
        skhandeshi@rgrdlaw.com
One Montgomery Street, Suite 1800
San Francisco, California  94104
(415) 288-4545
Counsel for the Plaintiff State of
Arkansas


TENNESSEE ATTORNEY GENERAL'S OFFICE
BY:   MATTHEW D. JANSSEN
        matthew.janssen@ag.tn.gov
        BRIAN PHELPS         (VIA ZOOM)
        brian.phelps@ag.tn.gov
        KEATON MURPHY        (VIA ZOOM)
        keaton.murphy@ag.tn.gov
P.O. Box 20207
Nashville, Tennessee  37202-0207
(615) 741-3519
Counsel for Plaintiff State of
Tennessee, Office of Attorney
General and Reporter


COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
BY:   CHRISTINA CHAN        (VIA ZOOM)
        christina.chan@mass.gov
        CAMY RUCK            (VIA ZOOM)
        camy.ruck@mass.gov
        ADAM CAMBIER         (VIA ZOOM)
        adam.cambier@mass.gov
One Ashburton Place, 18th Floor
Boston, Massachusetts  02108
(617) 963-2912
Counsel for Plaintiff Commonwealth
of Massachusetts Attorney General's
Office

CONFIDENTIAL

Page 5

STATE OF COLORADO
DEPARTMENT OF LAW
BY:   KRISTA BATCHELDER
      krista.batchelder@coag.gov
      BIANCA MIYATA          (VIA ZOOM)
      bianca.miyata@coag.gov
      MEGAN PARIS RUNDLET   (VIA ZOOM)
      megan.rundlet@coag.gov
      ELIZABETH OREM         (VIA ZOOM)
      elizbeth.orem@coag.gov
1300 Broadway, 7th Floor
Denver, Colorado  80203
(720) 508-6000
Counsel for the Plaintiff State of
Colorado, ex rel, Philip J. Weiser,
Attorney General


STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
BY:   NATHANEIL KOSSLYN      (VIA ZOOM)
      Nathaniel.Kosslyn@ag.ny.gov
28 Liberty Street
New York, New York  10005
(212) 416-6129
Counsel for Plaintiff New York State
Attorney General and MDL


ATTORNEY GENERAL STATE OF NEW JERSEY
BY:   MANDY K. WANG          (VIA ZOOM)
      Mandy.Wang@law.njoag.gov
124 Halsey Street, 5th Floor
Newark, New Jersey 07101
(973) 648-2052
Counsel for Plaintiffs New Jersey
Division of Consumer Affairs

ARIZONA ATTORNEY GENERAL'S OFFICE
BY:   NATHAN WHELIHAN        (VIA ZOOM)
      Nathan.Whelihan@azag.gov
2005 North Central Avenue
Phoenix, Arizona  85004
(602) 542-5025
Counsel for the State of Arizona

WEST VIRGINIA ATTORNEY GENERAL
BY:   LAUREL K. LACKEY        (VIA ZOOM)
        Laurel.K.Lackey@wvago.gov
812 Quarrier Street, First Floor
Post Office Box 1789
Charleston, West Virginia  25326-1789
(304) 558-8986
Counsel for Plaintiff State of West
Virginia


SPECIAL DEPUTY ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
BY:   CHARLES G. WHITE       (VIA ZOOM)
        cwhite@ncdoj.gov
114 West Edenton Street
Raleigh, North Carolina  27603
(919) 716-6015
Counsel for Plaintiff State of North
Carolina


OFFICE OF THE ATTORNEY GENERAL
BY:   KAREN E. BERGER        (VIA ZOOM)
        karen.berger@myfloridalegal.com
        DIANE OATES           (VIA ZOOM)
        diane.oates@myfloridalegal.com
        MILES VAUGHN          (VIA ZOOM)
        miles.vaughn@myfloridalegal.com
110 SE 6th Street, Floor 10
Fort Lauderdale, Florida  33301-5000
(954) 712-4600
Counsel for Plaintiff State of
Florida



STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
BY:   MEGAN O'NEILL          (VIA ZOOM)
        Megan.Oneill@doj.ca.gov
455 Golden Gate Avenue, 11th Floor
San Francisco, California  94102
(916) 210-6276
Counsel for Plaintiff State of
California

CONFIDENTIAL

Page 7

CONNECTICUT OFFICE OF THE ATTORNEY
GENERAL
BY:   TESS SHAW              (VIA ZOOM)
         tess.shaw@ct.gov
         LAUREN BIDRA        (VIA ZOOM)
         lauren.bidra@ct.gov
165 Capitol Avenue
Hartford, Connecticut  06106
(860) 808-5318
Counsel for Plaintiff State of
Connecticut

ATTORNEY GENERAL COMMONWEALTH OF
KENTUCKY
BY:   ZACH RICHARDS         (VIA ZOOM)
         Zach.Richards@ky.gov
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky  40601
(502) 696-5300
Counsel for Plaintiff Commonwealth
of Kentucky

WASHINGTON STATE OFFICE OF THE
ATTORNEY GENERAL
BY:   ALEXANDRA KORY        (VIA ZOOM)
1125 Washington Street SE
Olympia, Washington  98504
(360) 753-6200
Counsel for Plaintiff State of
Washington


MUNGER TOLLES & OLSON LLP
BY:   GARRETT SOLBERG       (VIA ZOOM)
         Garrett.Solberg@mto.com
350 South Grand Avenue, 50th Floor
Los Angeles, California  90071
(213) 683-9100
Counsel for Snap, Inc.

CONFIDENTIAL

Page 8

COVINGTON & BURLING LLP
BY:   MICHAEL X. IMBROSCIO
        mimbroscio@cov.com
        PAUL BANKS
        pbanks@cov.com
        HASSAN AHMAD            (VIA ZOOM)
        hahmad@cov.com
850 Tenth Street, NW
Washington, DC  20001-4956
(202) 662-6000

and

COVINGTON & BURLING LLP
BY:   LINDSEY BARNHART
        lbarnhart@cov.com
3000 El Camino Real, 10th Floor
Palo Alto, California  94306-2112
(650) 632-4700

and

BASS BERRY + SIMS
BY:   ALEX AGEE                (VIA ZOOM)
        alex.agee@bassberry.com
100 Peabody Place, Suite 1300
Memphis, Tennessee  38103
(901) 543-5900
Counsel for Meta Platforms, Inc., f/k/a
Facebook, Inc.; Facebook Holdings, LLC;
Facebook Operations, LLC; Facebook
Payments, Inc.; Facebook Technologies, LLC;
Instagram, LLC; Siculus, Inc.; and
Mark Elliot Zuckerberg

CONFIDENTIAL

MILBANK LLP
BY:  GRANT R. MAINLAND
      gmainland@milbank.com
      MCKENZIE HARTMANN    (VIA ZOOM)
      mhartmann@milbank.com
55 Hudson Yards
New York, New York 10001-2163
(212) 530-5000
Counsel for the Witness


WILLIAMS & CONNOLLY LLP
BY:  NEELUM WADHWANI
      nwadhwani@wc.com
680 Maine Avenue, SW
Washington, DC  20024
(202) 434-5547
Counsel for Alphabet Inc., Google LLC,
and YouTube, LLC



KING & SPALDING LLP
BY:  MICHA NANDARAJ GALLO  (VIA ZOOM)
      mnandarajgallo@kslaw.com
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia  30309
(404) 572-4600
Counsel for TikTok, Ltd.; TikTok, LLC;
TikTok, Inc.; ByteDance Ltd.; and
ByteDance Inc.


ALSO PRESENT:

      LANCE HOEPPNER, trial technician,
Precision Trial Solutions
      CHRIS REYNOLDS, trial technician,
Covington & Burling

      HOLLY TAMBLING, Associate General
Counsel, Litigation, Meta Platforms, Inc.
      DIANA ANDERSON, paralegal, State of
Delaware, Attorney General (VIA ZOOM)

Page 10

VIDEOGRAPHER:

MIGUEL CONCEPCION,

Golkow Litigation Services

- - -

Page 32

Q.    And as part of your training in moral psychology, did you work -- or did part of your education include the idea of doing different kinds of studies?

A.    Yes.

Q.    Okay.  Would those include -- or why don't you tell me the kinds of studies that you would be involved in doing or learned how to do.

A.    It would be quite a broad range, but let me try to see if I can summarize.

We would definitely be doing experiments, and this would be either field experiments, lab experiments, survey experiments, literature reviews, surveys. I -- it could also include some qualitative methods like interviews and diary studies.

Q.    And would it include some quantitative methods as well?

A.    So all of the experiments are quantitative studies.  Surveys, they're all quantitative studies, yes.

Q.    Got it.

So as part of your educational

Page 33

background, you learned a broad field of studies, including experimental field, lab surveys or lab studies, literature reviews, qualitative and quantitative studies.

Is that correct?

A.    That is correct.

Q.    And one of the -- I was interested in reading your CV.  One of the studies is it looked like you conducted while you were at the London Business School, it says -- and I think if we look at the Ph.D. researcher...

Let's see.  What's this?

Going on page 2, if we go down it says, "Led research project to study causes of unethical behavior in organizations.  Surveyed over 200 employees on Amazon MTurk-proposed prescriptions to reduce unethical behavior."

Did I see that -- read that correctly?

A.    That -- you did read that correctly.

Q.    Okay.  So tell me this.  As part of your research in that project to

Page 34

determine the causes of unethical behavior, did you determine that money or economics can be one of the things that is a cause of unethical behavior?

MR. IMBROSCIO:  Object to form.

THE WITNESS:  Honestly, I don't remember.

QUESTIONS BY MR. GOZA:

Q.    Okay.

A.    This was, I believe, ten years ago or so.

Q.    Uh-huh.

A.    I would not remember --

Q.    Okay.

A.    -- the exact details.

Q.    Would you agree with me that when companies balance money against risks, that that can be one of the drivers of unethical behavior?

MR. MAINLAND:  Objection to form.

THE WITNESS:  Could you rephrase that question?

QUESTIONS BY MR. GOZA:

Q.    Sure.

Page 35

I'm simply asking, can the effort at profits sometimes result in unethical behavior?

MR. MAINLAND:  Objection.

THE WITNESS:  Do you want me to comment as a layperson, like my opinion, or --

QUESTIONS BY MR. GOZA:

Q.    I want you to comment as somebody who has spent time developing a Ph.D., doing studies both in the field, experimental studies, and who has worked at various companies, simply if you can answer that question.

MR. MAINLAND:  I'm going to object to the question as lacking a foundation.

THE WITNESS:  Honestly, at this point I can only speculate, and that's because a lot of this material is not fresh for me.  So...

QUESTIONS BY MR. GOZA:

Q.    Okay.  Let's cover your professional background.

You started -- after you

Page 36

graduated, it looks like you stayed at the London Business School for a period of time.

A.    Uh-huh.

Q.    Is that correct?

A.    For a year -- for about nine months, yeah.

Q.    Okay.  And then you went on to go to work for Apple.

Is that correct?

A.    That is correct.

Q.    And what did you do for Apple?

A.    I was a market research analyst there.  Market research.

Q.    Okay.  And when you say "market research," what would that have included?

A.    If I remember correctly, we did sort of market surveys.  So just -- yeah, I believe we were looking at specific stores and just looking at people's experience in those stores.

Q.    All right.  Then you went on to go to work for Meta.

True?

A.    That is correct.

Q.    Okay.  And during the course of

Page 37

this deposition, just to keep things straight, Meta has two platforms:  social media -- well, more than that.  But we've got Meta is the parent company of both Instagram and Facebook.

Is that correct?

A.    That is correct.

Q.    Okay.  And did you actually go to work for Meta?

A.    Could you --

Q.    Was Meta Meta when you came there?

A.    Oh, it was not called Meta when I came there.

Q.    Okay.  That's what I was getting at.

It was called Facebook at that time; is that right?

A.    That is correct.

Q.    Okay.  And then it became Meta when?

A.    If I remember, it was towards the end of my time there.

Q.    Okay.  So sometime in 2021.  Would you agree with that?

Page 38

A.    If I -- if my memory serves me right, yes.

Q.    Okay.  And is it -- so as -- for purposes of today, I'm going to refer to Meta as "the company," and if I want to refer to a specific platform, I'll either use the word "Instagram" or "Facebook."

All right?

A.    Okay.

Q.    Okay.  Would you agree that as part of your training in -- educational training that you were trained to interpret and assess the findings and data that you found from your surveys and other field work that you did?

A.    Yes.

Q.    And were you trained to assess the reliability of those findings?

A.    Yes.

Q.    And I am assuming that you believe that the work that you did at Meta was good, competent research work.

True?

A.    That is true.

Q.    And you believe that your team

Page 204

had done at Meta?

Well, let me strike that.  Let me ask this again.

A.    Okay.

Q.    Is it fair to say that that theme among teen girls specifically, social comparison and body images, stand -- stood out as things that Instagram made worse?

A.    I believe in the Hard Life Moments we did flag that I believe one in three teen girls who experience body image issues said that Instagram made it worse, which was a -- which is fairly high up among the things that -- if you rank/order the things that teens would blame us for after having experienced it, I would believe it was either like the top or the second for teen girls, body image issues, yes.

(Bhutada Exhibit 21 marked for identification.)

QUESTIONS BY MR. GOZA:

Q.    All right.  Let me hand you Exhibit 21, which is the Hard Life Moments - Mental Health Deep Dive --

A.    Yes.

CONFIDENTIAL

Page 214

simply, was that consistent with the findings that you made?

A.    Teen girls are more susceptible compared to adult men?

Q.    Yes.

A.    Again, I would imagine yes, but let me see if we have the actual breakdown by gender for that specific group here.  It should be -- I know the reach is higher among teens than it is among adults.

And hold on.  Let me see if we have reach numbers by gender.

Q.    That's all right.  If it's going to take too long --

A.    Yeah.  Yeah.

Q.    -- I think my point is made here.

So let's just look at your slide and go back to 14 again.

A.    Yeah.

Q.    What you found was that you made body image issues worse for one in three teen girls.

Right?

A.    We found that one in three teen

Page 215

girls that reported having body image issues said Instagram made it worse.

Q.    Yeah.  Okay.  And then -- and on page 26 you said, "Social comparison ranks highest amongst issues Instagram should care about."

Did I get that correctly?

A.    Sorry, it's 26.  This slide.

Yes, you've read that correctly.  Yes.

(Bhutada Exhibit 22 marked for identification.)

QUESTIONS BY MR. GOZA:

Q.    Okay.  Let me hand you what's been marked as Exhibit 22.

MR. IMBROSCIO:  Are we done with 21?

MS. QUINLAN:  Yes.

MR. IMBROSCIO:  Awesome.

QUESTIONS BY MR. GOZA:

Q.    And this is entitled "Social Comparison Exploratory Research."

A.    Yes.

Q.    And again, this is a document that you did with, this time, Wendy Gross?

CONFIDENTIAL

Page 478

CERTIFICATE

I, CARRIE A. CAMPBELL, Registered Diplomate Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, Shruti Bhutada, was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action

_____
CARRIE A. CAMPBELL,
NCRA Registered Diplomate Reporter
Certified Realtime Reporter
California Certified Shorthand
Reporter #13921
Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter
#084-004229
Texas Certified Shorthand Reporter #9328
Kansas Certified Court Reporter #1715
New Jersey Certified Court Reporter
#30XI00242600
Louisiana Certified Court Reporter
#2021012
Notary Public
Dated:   November 27, 2024