# AMENDED Exhibit 123

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET

EXHIBIT 21
WIT: Mitu Bhutada
DATE: 11-18-24
C. Campbell, RDR CRR CSR #13921

**Bates Number:** META3047MDL-003-00095008-META3047MDL-003-00095034
**BEGATTACH:**
**ENDATTACH:**
**Attachment Count:** 0
**PRODVOL:** META3047MDL_RVOL003
**Custodian:** BHUTADA_SHRUTI
**File Path:** /FBK_OAG006-000171/FBK_OAG006-
000171/BHUTADA_SHRUTI/WSJS_0000298/20220131_ZUR-
051/WSJS_0000298/BHUTADA_SHRUTI/EMAIL/20220127_ZURICH_DOJ_3B_SHRUTI
BHUTADA_21248/20220127_ZURICH_DOJ_3B_SHRUTI BHUTADA_28.PST/TOP OF OUTLOOK DATA
FILE/INBOX/MESSAGE SUMMARY [{"OTHERUSERFBID":100022409259488,"THREADFBID":NULL}]
**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)
**HASHVALUE:** A29E266D27CA321F53381D4CA3499AF4
**Author:**
**Family Date:** 11/6/2019 9:42 AM
**Create Date:** 12/31/9999 7:00 PM
**Last Modified Date:** 11/6/2019 12:00 AM
**LAST MODIFIED BY:**
**TRACK CHANGES:**
**COMMENTS:**
**HASHIDDENDATA:**
**Filename:** HLM_TOPLINE_FINAL.PDF
**Title:**
**DOCEXT:** PDF
**Email From:**
**Email To:**
**Email CC:**
**Email BCC:**
**Received Date:** 12/31/9999 7:00 PM
**Sent Date:** 12/31/9999 7:00 PM
**Subject:**
**THREADID:**
**REDACTION TYPE:**
**REDACTIONS:** NO



# HARD LIFE MOMENTS-MENTAL HEALTH DEEP DIVE

Shruti Bhutada and Shilpa Mody

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00095008

# TL;DR: HARD LIFE MOMENTS ON INSTAGRAM – MENTAL HEALTH

**Across 13 mental health and well-being issues, we tried to understand the reach, intensity, impact of Instagram and degree to which users wanted us to provide support.**

**1** **Prioritization:** Social comparison stands out as a high reach, moderate intensity issue where users want support. It ranks top among the mental health issues Instagram should care about.

**2** **Impact of IG:** Across issues, a majority of users felt that Instagram either had no impact or made things better. Over 30% of users across age cohorts felt that Instagram made problematic use worse. ~ 30% of teen girls also felt that Instagram made dissatisfaction with their body worse.

**3** **Expectation of support:** Teens generally felt that it was important for Instagram to support people when they were having a hard time irrespective of the issue. Adults had stronger opinions re problematic use, social comparison, SSI and sadness/depression.

**4** **Usage during distress:** Most users used Instagram to distract themselves when they were having a hard time. Most also wished Instagram had given them better control of what they saw and helped connect them with people who had had a similar experience

2

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00095009

# OBJECTIVES

**We wanted to understand Instagram's role (for better or worse) in the hard experiences in peoples' lives.**

How does Instagram magnify or reduce harm, pain and support during these moments? Where could we be better supporting our Instagram community? What experiences should we prioritize? We wanted to understand:

- Which hard experiences are most common and most intense among IG users?

- Which hard experiences do users want Instagram to support them with?

- Which hard experiences does IG make better? Which does it make worse?

- How do people interact with IG when they have hard experiences? What use cases do they recruit IG for?

- How do they want to be supported when they have hard experiences? Does the support they want vary by the kind of hard experience they are having?

IN ORDER TO:

- Prioritize mental health and well-being issues Instagram should focus on next

- Understand areas in which our users may need most support

HARD LIFE MOMENTS?: These do not refer to just one time instances but difficult and negative experiences that may impact well-being. We looked at 23 issues ranging from mental health to interpersonal issues and life events

3

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00095010

# WHAT WE DID

**We surveyed 22,410 users across United States, Japan, Brazil, Indonesia, Turkey and India (stratified across markets) between the ages of 13 to 65+**



**General Reach Questions:** In the last 30 days have you experienced (6 randomly selected experiences out of 23)

**Deep dive with one experience**

- [Intensity] How bad did this experience make you feel?
- [Impact] What impact did using Instagram have on this experience?
- [Expectation] How important is it to you personally that Instagram tries to support people who have similar experiences?
- [Self-reported Usage] When you had this experience, did you use Instagram in any of these ways? Please select all that apply
- [Support] What do you wish Instagram could have done to better support you during this experience? Please select all that apply

**ANALYSIS:** We only focused on the 13 mental health issues for this report. Summary chart (at the end) includes all 23 experiences for better comparison.

4

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00095011

# HARD LIFE MOMENTS

**do not refer to just one time instances but difficult and negative experiences that may impact well-being. We looked at 23 issues ranging from mental health to interpersonal issues and life events**

| Area | Category | Question (In the last 30 days...) |
|---|---|---|
| Mental Health | SSI | have you had serious thoughts of suicide or self harm? |
| | Body Image | have you frequently disliked the way your body looks? |
| | Loneliness | have you frequently felt lonely? |
| | Social comparison | have you frequently felt bad about yourself after comparing yourself to someone else? |
| | Financial stress | have you experienced frequent financial problems or worries? |
| | Work/school stress | have you experienced frequent stress at work or school? |
| | Family stress | have you experienced frequent stress from your family situation, such as from taking care of children, or parents fighting or getting divorced? |
| | Sadness/depression | have feelings of sadness interfered with your daily activities? |
| | Anxiety | have feelings of anxiety interfered with your daily activities? |
| | Sleep problems | have you had frequent trouble falling asleep, staying asleep, or sleeping too much? |
| | Problematic social media use | have you found it difficult to manage the amount of time you spend on social media? |
| | Eating disorders | have you felt that you have an unhealthy relationship with food? |
| | FOMO | have you felt anxious that you were missing out on fun or rewarding experiences? |
| Interpersonal | Bullying/harassment | have you felt bullied, harassed, or verbally attacked? |
| | Conflict | have you had a major conflict or disagreement with someone close to you? |
| | Discrimination | have you felt that someone was discriminating against you because of your gender, race, religion, sexual orientation, or another part of your identity? |
| | Authentic self-expression | have you felt like you have to hide a part of yourself from people close to you? |
| Life Events | Breakup | have you experienced the end of a romantic relationship, such as a breakup, separation, or divorce? |
| | Natural disaster | have you experienced a natural disaster, such as an earthquake or flood? |
| | Death | have you had someone close to you pass away? |
| | Illness | have you or someone close to you experienced a serious illness or injury? |
| | Life change | have you experienced stress as a result of a major life change, such as changing schools or jobs, starting college, or moving to a new city? |

5

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095012



# MENTAL HEALTH FINDINGS

Deep dive into the Reach, Intensity, IG Impact, Expectation, Self Reported Usage and Support of mental health issues. Overall analyses and analysis split by age when relevant

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095013

# WORK/SCHOOL STRESS HAS THE HIGHEST REACH

## Over half of users also experienced sleep issues, body image issues, sadness and financial stress



Reach of mental health issues

Q: In the last 30 days have you experienced [X]
N = 22410 users across US, JP, IN, ID, BR, TR,

7

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095014

# MOST ISSUES HAD HIGHER REACH AMONG TEENS

**While financial and family stress which were higher for adults, social comparison and body image issues had higher reach among teens**



Q: In the last 30 days have you experienced [X]
N = 22410 users across US, JP, IN, ID, BR, TR, MX

8

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095015

# SSI WAS THE MOST INTENSE EXPERIENCE

## Social Comparison, Loneliness, Stress and Depression ranked next, were similar in intensity and moderately negative



Q: How bad did this experience make you feel?
*Buckets highlight groups of issues that were not stat sig different from each other.
**Differences are statistically significant at 95% CL. No significant differences between Social Comparison, Stress, Depression and Loneliness.

9

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00095016

# SSI WAS THE MOST NEGATIVE EXPERIENCE ACROSS TEENS AND ADULTS

**Social comparison and loneliness were equally intense experiences and significantly more negative than problematic use for teens and adults**





Q: How bad did this experience make you feel?
*Buckets highlight groups of issues that were not stat sig different from each other.
**Differences are statistically significant at 95% CL. No significant differences between Social Comparison, Stress, Depression and Loneliness.

10

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095017

# PEOPLE EXPECT SUPPORT FROM INSTAGRAM

## Generally people felt that it was moderately to pretty important that IG support users who were having a hard time



Expectation

| Category | Value |
|---|---|
| SSI | 3.92 |
| Social Comparision | 3.71 |
| Problematic Use | 3.7 |
| Sadness | 3.63 |
| Anxiety | 3.6 |
| Family Stress | 3.57 |
| FOMO | 3.56 |
| Work Stress | 3.55 |
| Loneliness | 3.51 |
| Body Image | 3.47 |
| Sleep Problems | 3.46 |
| Food Issues | 3.42 |
| Financial Stress | 3.38 |

Q: How important is it to you that Instagram supports users who have been through a similar experience?

11

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095018

# TEENS AND ADULTS HAD SLIGHTLY DIFFERENT EXPECTATIONS

**Teens generally thought that it was somewhat important for IG to support people going through a hard time, irrespective of experience. Adults had stronger opinions about SSI, problematic use, depression and social comparison**



Responsibility - Teens

| | |
|---|---|
| SSI | 4.02 |
| Social Comparision | 3.97 |
| Loneliness | 3.75 |
| Problematic Use | 3.73 |
| Anxiety | 3.73 |
| Family Stress | 3.72 |
| Food Issues | 3.65 |
| Body Image | 3.65 |
| Sadness | 3.61 |
| Sleep Problems | 3.59 |
| FOMO | 3.58 |
| Financial Stress | 3.57 |

Responsibility - Adults

| | |
|---|---|
| SSI | 3.96 |
| Problematic Use | 3.79 |
| Sadness | 3.7 |
| Social Comparision | 3.66 |
| Anxiety | 3.62 |
| FOMO | 3.59 |
| Sleep Problems | 3.52 |
| Family Stress | 3.5 |
| Body Image | 3.48 |
| Loneliness | 3.46 |
| Food Issues | 3.41 |
| Financial Stress | 3.38 |

Q: How important is it to you that Instagram supports users who have been through a similar experience?
*Differences are not stat sig for teens

12

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095019

# INSTAGRAM IS MORE LIKELY TO MAKE THINGS BETTER THAN WORSE

**Generally users thought that IG made things better or had no impact. However, they were more likely to think that IG made problematic use worse, followed by social comparison, body image, FOMO, sleep issues, SSI and anxiety*.**



Q: What impact did using Instagram have on this experience?
There were no stat sig differences between those that thought IG made things better vs. had no impact.
* Differences are statistically significant at 95% CL. There are no meaningful differences between social comparison, body image, FOMO, Sleep issues, SSI and Anxiety.

13

HIGHLY CONFIDENTIAL (COMPETITOR)       META3047MDL_RVOL003       META3047MDL-003-00095020

# BUT, WE MAKE BODY IMAGE ISSUES WORSE FOR 1 IN 3 TEEN GIRLS

**Teens also generally thought that IG made things better or had no impact. However they were also more split around problematic social media use and the role we played in it. More teen girls thought that IG made body image issues worse rather than better**



Q: What impact did using Instagram have on this experience?
*Buckets highlight groups of issues that were not stat sig different from each other.
**All differences called out are statistically significant at 95% CL following a Bonferroni correction for multiple comparisons.

14

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00095021

# MOST USERS USED INSTAGRAM TO TAKE THEIR MIND OFF EXPERIENCE

They also used Instagram to find inspiration when having a hard time and get support from friends and family. Instagram was rarely used to raise awareness, learn more about the experience or inform friends and family about it. Self-reported usage of Instagram did not differ between teens and adults.

| | Distract from experience | Did not engage | Get support from friends and family | Find Inspiration | Raise Awareness | Inform friends and family | Learn more about it | Something else |
|---|---|---|---|---|---|---|---|---|
| SSI | 49.40% | 32.70% | 15.50% | 25.00% | 4.20% | 6.50% | 5.40% | 5.40% |
| Body Image | 27.90% | 43.30% | 8.70% | 22.40% | 9.50% | 3.50% | 13.00% | 6.20% |
| Loneliness | 50.00% | 30.10% | 17.70% | 27.30% | 6.60% | 6.60% | 7.40% | 6.00% |
| Social Comparison | 41.50% | 31.00% | 13.80% | 25.80% | 9.50% | 5.30% | 10.50% | 5.20% |
| Financial Stress | 39.90% | 36.80% | 11.50% | 21.40% | 5.80% | 4.60% | 8.80% | 6.10% |
| Work Stress | 52.90% | 30.10% | 12.70% | 21.50% | 7.90% | 6.90% | 7.90% | 6.90% |
| Family Stress | 52.20% | 31.10% | 14.60% | 21.10% | 7.90% | 7.20% | 8.80% | 4.90% |
| Sadness/Depression | 54.00% | 24.40% | 12.90% | 24.20% | 7.00% | 7.10% | 10.60% | 9.10% |
| Anxiety | 58.00% | 26.90% | 14.40% | 23.60% | 8.50% | 7.50% | 9.60% | 4.50% |
| Sleep Problems | 38.00% | 42.90% | 10.80% | 15.30% | 6.00% | 5.70% | 8.90% | 6.30% |
| Problematic social media use | 28.70% | 40.00% | 15.60% | 19.20% | 10.10% | 9.80% | 12.10% | 8.20% |
| Eating Problems | 28.20% | 44.50% | 8.40% | 15.80% | 7.40% | 5.40% | 9.90% | 6.70% |
| FOMO | 43.90% | 27.50% | 15.30% | 23.40% | 10.20% | 7.40% | 14.50% | 7.30% |

Q: When you had this experience, did you use Instagram in any of these ways? Please select all that apply:

*% correspond with colors such that the higher the % of people that selected the options, the darker the color of the tile and the lower the percentage of people that selected an option, the lighter the color of the tile.

15

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095022

# MOST WISHED INSTAGRAM HAD GIVEN THEM BETTER CONTROL OVER WHAT THEY SAW (EXCEPT SSI)

Apart from content controls, ability to connect with others who had gone through similar experiences was another area where users wished Instagram had supported them. Teens and adults had similar expectations of support from Instagram.

| | Connected with Experts | Connected with close friends and family | Connected with people with similar experience | Given me control over what I saw | Helped me share my experience | Something else |
|---|---|---|---|---|---|---|
| SSI | 37.00% | 17.90% | 30.20% | 24.10% | 14.20% | 7.40% |
| Body Image | 20.60% | 10.40% | 26.30% | 26.90% | 10.40% | 16.20% |
| Loneliness | 18.70% | 19.90% | 26.90% | | 11.50% | 11.60% |
| Social Comparison | 19.60% | 17.80% | 25.20% | 35.70% | 16.60% | 10.30% |
| Financial Stress | 20.50% | 16.70% | 19.50% | 21.60% | 10.10% | 15.80% |
| Work Stress | 16.60% | 17.70% | 21.60% | 28.90% | 14.00% | 14.00% |
| Family Stress | 18.70% | 17.30% | 24.10% | 27.50% | 10.20% | 14.10% |
| Sadness/Depression | 20.80% | 19.80% | 25.90% | 29.00% | 17.70% | 13.80% |
| Anxiety | 16.90% | 17.30% | 25.60% | 30.60% | 12.70% | 11.90% |
| Sleep Problems | 19.00% | 16.80% | 21.60% | 25.60% | 13.80% | 16.20% |
| Problematic social media use | 18.60% | 19.90% | 22.00% | 30.30% | 15.60% | 12.00% |
| Eating Problems | 17.40% | 13.70% | 21.00% | 27.90% | 11.00% | 15.60% |
| FOMO | 17.60% | 21.10% | 24.50% | 30.00% | 17.70% | 13.60% |

Q: What do you wish Instagram could have done to better support you during this experience? Please select all that apply:

*% correspond with colors such that the higher the % of people that selected the options, the darker the color of the tile and the lower the percentage of people that selected an option, the lighter the color of the tile.

16

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095023



# PRIORITIZATION

Which issues come on top and what should we care about?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095024

# SOCIAL COMPARISON HAS HIGH REACH, MODERATE INTENSITY AND WE ARE MAKING IT WORSE FOR 1 IN 4 PEOPLE

**Just under 1 in 3 people blame Instagram for making problematic social media use worse. However this issue is specific to social media use only (unlike others)**



Intensity x % Made worse x Reach

*Bubble sizes represent reach of issues such that the larger the bubble, the larger reach an issue has.

Mental Health   Other

18

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL_RVOL003     META3047MDL-003-00095025

# BODY IMAGE (A RELATED ISSUE) ALSO STANDS OUT FOR TEENS

**1 in 3 teen girls blame Instagram for making their body image issues and problematic social media use worse. Social Comparison is a high reach, high intensity issue that 1 in 5 teens thought we made worse**



Intensity x Proportion IG Made worse x Reach - For Teens

*Bubble sizes represent reach of issues such that the larger the bubble, the larger reach an issue has.

19

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095026

# SOCIAL COMPARISON RANKS HIGHEST AMONG ISSUES IG SHOULD CARE ABOUT

**We ranked issues by each category (reach, intensity, IG impact and expectation), to generate a composite average rank such that lower average indicates that the issue should be higher on our list.**

o Based on composite ranked scores, social comparison ranked highest across all age cohorts

o SSI ranked second, followed by depression (sadness), body image, anxiety and loneliness

o <u>FB Survey</u>: In the 2017 FB survey, social comparison ranked well below SSI, loneliness, anxiety and body image issues

o **Opportunity:** Negative social comparison is a unique opportunity area for Instagram to tackle given its relatively higher reach, intensity and our assumed responsibility.

| | Reach Rank | Intensity Rank | Expectation Rank | Impact Rank | Overall Rank |
|---|---|---|---|---|---|
| Social Comparison | 8 | 6 | 2 | 2 | 1 |
| SSI | 12 | 1 | 1 | 6 | 2 |
| Depression (Sadness) | 3 | 4 | 4 | 10 | 3 |
| Body Image | 2 | 8 | 9 | 3 | 4 |
| Anxiety | 5 | 7 | 5 | 7 | 5 |
| Loneliness | 7 | 3 | 8 | 8 | 6 |
| Sleep Issues | 1 | 10 | 10 | 5 | 6 |
| Problematic Use | 10 | 12 | 3 | 1 | 6 |
| FOMO | 6 | 9 | 7 | 4 | 6 |
| Family Stress | 11 | 2 | 6 | 12 | 7 |
| Financial Stress | 4 | 5 | 12 | 11 | 8 |
| Eating Issues (relationship with food) | 9 | 11 | 11 | 9 | 9 |

*Rankings do not take into account stats sig differences or lack thereof and simply rank issues based on % and means.

20

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095027

# FOR TEENS, IT IS FOLLOWED BY BODY IMAGE ISSUES

**We ranked issues by each category reach, intensity, IG impact and expectation, to generate a composite average rank such that lower average indicate that the issue should be higher on our list.**

o Based on composite ranked scores, social comparison still ranked highest for IG teens.

o For teens, body image (an issue related to and exacerbated by negative social comparison) ranks second.

o **Opportunity:** Negative social comparison and related issues with body image are especially crucial to tackle given the high ranking among teens

o **Opportunity:** There is opportunity to understand social comparison and the role it plays in impacting body image issues of teen girls

| | Reach Rank | Intensity Rank | Expectation Rank | Impact Rank | Overall Rank |
|---|---|---|---|---|---|
| Social Comparison | 2 | 2 | 2 | 3 | 1 |
| Body Image | 3 | 7 | 8 | 2 | 2 |
| Loneliness | 6 | 3 | 3 | 8 | 2 |
| SSI | 12 | 1 | 1 | 9 | 3 |
| Problematic Use | 9 | 10 | 4 | 1 | 4 |
| Anxiety | 5 | 8 | 5 | 7 | 5 |
| Depression/Sadness | 4 | 4 | 9 | 10 | 6 |
| Sleep Issues | 1 | 11 | 10 | 5 | 6 |
| FOMO | 7 | 9 | 11 | 4 | 7 |
| Eating Issues (relationship with food) | 8 | 12 | 7 | 6 | 8 |
| Family Stress | 11 | 5 | 6 | 12 | 9 |
| Financial Stress | 10 | 6 | 12 | 11 | 10 |

*Rankings do not take into account stats sig differences or lack thereof and simply rank issues based on % and means.

21

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095028



22

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00095029

# TEENS HAD SIMILAR EXPECTATIONS OF SUPPORT AS ADULTS FOR IG

**Teens who experienced social comparison wished Instagram had helped them share their experience in a more authentic way**

| | Connected with Experts | Connected with close friends and family | Connected with people with similar experience | Given me control over what I saw | Helped me share my experience | Something else |
|---|---|---|---|---|---|---|
| SSI | | 15.50% | 36.20% | 15.50% | 15.50% | 10.30% |
| Body Image | 17.30% | 12.00% | 28.90% | | 8.40% | 11.10% |
| Loneliness | 14.80% | 19.60% | 27.30% | | 7.70% | 12.00% |
| Social Comparison | 16.80% | 13.80% | 26.30% | | 14.70% | 10.80% |
| Financial Stress | 14.70% | 18.60% | 19.40% | 25.00% | 10.90% | 11.60% |
| Family Stress | 15.10% | 18.90% | | 25.50% | 6.60% | 11.30% |
| Sadness/Depression | 17.50% | 19.50% | 22.00% | | 17.00% | 17.50% |
| Anxiety | 15.20% | 18.70% | 23.30% | | 11.60% | 8.10% |
| Sleep Problems | 15.70% | 19.60% | 21.20% | | 14.50% | 13.70% |
| Problematic social media use | 21.60% | 23.40% | 26.10% | | 19.20% | 10.20% |
| Eating Problems | 19.50% | 17.80% | 21.30% | | 10.70% | 11.20% |
| FOMO | 19.50% | 19.00% | 25.30% | | 18.10% | 11.30% |

23

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095030

# RELATIVE IMPORTANCE OF ISSUES

**Bullying, SSI and Discrimination are lower reach, but issues users feel we should provide support for. Social Comparison stood out as a high reach, moderate intensity issue that users want support for.**



Intensity x Responsibility x Reach

Intensity Q: How bad did this experience make you feel?
Responsibility Q: How important is it to you personally that Instagram tries to support people who have similar experiences?

24

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095031

| | Reach Rank | Intensity Rank | Responsibility Rank | Role Rank | Overall Rank |
|---|---|---|---|---|---|
| **Social Comparison** | **2** | **2** | **2** | **3** | **1** |
| Body Image | 3 | 7 | 8 | 2 | 2 |
| Loneliness | 6 | 3 | 3 | 8 | 2 |
| SSI | 12 | 1 | 1 | 9 | 3 |
| Problematic Use | 9 | 10 | 4 | 1 | 4 |
| Anxiety | 5 | 8 | 5 | 7 | 5 |
| Depression/Sadness | 4 | 4 | 9 | 10 | 6 |
| Sleep Issues | 1 | 11 | 10 | 5 | 6 |
| FOMO | 7 | 9 | 11 | 4 | 7 |
| Eating Issues (relationship with food) | 8 | 12 | 7 | 6 | 8 |
| Family Stress | 11 | 5 | 6 | 12 | 9 |
| Financial Stress | 10 | 6 | 12 | 11 | 10 |

*Rankings do not take into account stats sig differences or lack thereof and simply rank issues based on % and means.

25

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095032

# RELATIVE IMPORTANCE OF ISSUES

**Bullying, SSI and Discrimination are lower reach, but issues users feel we should provide support for. Social Comparison stood out as a high reach, moderate intensity issue that we should support users on.**



Intensity x Responsibility x Reach

Intensity Q: How bad did this experience make you feel?
Responsibility Q: How important is it to you personally that Instagram tries to support people who have similar experiences?

26

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095033

# RELATIVE IMPORTANCE OF ISSUES

**Bullying, SSI and Discrimination are lower reach, but issues users feel we should provide support for. Social Comparison stood out as a high reach, moderate intensity issue that we should support users on.**



Intensity x Responsibility x Reach

Intensity Q:
Responsibility Q:

27

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL_RVOL003

META3047MDL-003-00095034