# AMENDED Exhibit 124

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

October 17, 2024
**EXHIBIT**
**Meta-Sismondo-21**

Message

**From:**       Charles Sismondo [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=█████████████████████████

**Sent:**       3/17/2020 7:06:36 PM

**To:**         ████████████████████: Charles Sismondo █████████████

**Subject:**    Message summary [{"otherUserFbId":100036005934007,"threadFbId":null}]

**Attachments:** sticker.png

████████████████     (3/17/2020 11:41:28 PDT):
>Hm radical things as in specific projects?

Charles Lawrence Sismondo (3/17/2020 11:41:40 PDT):
>or even directions

████████████████     (3/17/2020 11:42:03 PDT):
>I think the radical move is that the team's vision should be to move IG out of the position of being
uniquely worst for teens' social comparison and body image

████████████████     (3/17/2020 11:42:34 PDT):
>It's the only social media app that's consistently placed into the "high effect on feeling bad about
myself"

████████████████     (3/17/2020 11:43:09 PDT):
>And accomplishing something of that magnitude requires much more than just some changes to ranking and
dialogs saying we care about a user

Charles Lawrence Sismondo (3/17/2020 11:44:44 PDT):
>Maybe influence our teams north star

Charles Lawrence Sismondo (3/17/2020 11:55:05 PDT):
>I think it is really importan to have the big, radical thinking on the table

Charles Lawrence Sismondo (3/17/2020 11:55:18 PDT):
>even in the end if we don't exuecute on it, its important to tink it through

████████████████     (3/17/2020 12:06:36 PDT):

shared: sticker.png

CONFIDENTIAL