# AMENDED Exhibit 125

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

**From:**      Alex Schultz [/O=THEFACEBOOK/OU=EXTERNAL
              (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=8160BD8722DD44899C7AC509B531B362]
**Sent:**      3/13/2019 11:31:43 PM
**To:**        David Ginsberg ███████████ ; Margaret Stewart ███████████ ]; Alex Schultz ███████████
**Subject:**   Message summary [{"otherUserFbId":null,"threadFbId":2179596198797844}]
**Attachments:** sticker.png


David Ginsberg (3/13/2019 07:58:53 PDT):
>I missed the leadership meeting yesterday as we were at an FB leads offsite.  Heard there was a well
being question.  We just did a review with sheryl/cox/will on the topic and our plans last week.  Let me
know if there's anything needed as follow up.

Alexander Paul Schultz (3/13/2019 08:35:46 PDT):
>https://fb.workplace.com/groups/224663028271795/permalink/449714372433325/ is ███████ post. Was ███████
in that review?

David Ginsberg (3/13/2019 13:21:12 PDT):

shared: sticker.png

Margaret Gould Stewart (3/13/2019 15:38:35 PDT):
>Important to note that just because they haven't found evidence of causation doesn't mean that it
doesn't exist; they may just not have find the way to detect/measure it. I can tell you as someone who
spends a LOT of time with teenage girls, both in my own home and through the high schools, it seems
patently obvious that phone usage, selfie-culture, and photo editing are contributing to anxiety,
depression, and body dysmorphia. While we may not have a smoking gun on the cause, I think we have to
assume we are contributors/amplifiers and tread very carefully on anything that further contributes.

Margaret Gould Stewart (3/13/2019 16:31:42 PDT):
>Reading through the UK doc, I see similar sentiments:

Margaret Gould Stewart (3/13/2019 16:31:43 PDT):
>"Even though no causal effect is evident from existing research between screenbased activities, or the
amount of time spent using screens, and any particular
>negative effect, it does not mean that there is no effect. It is still wise to take a
>precautionary approach. This needs to be balanced, however, against the
>potential benefits that CYP can derive from their screen-based activities. "

HIGHLY CONFIDENTIAL (COMPETITOR)                                    META3047MDL-014-00360058