# AMENDED Exhibit 130

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA            )
ADOLESCENT ADDICTION/          )
PERSONAL INJURY PRODUCTS       )   MDL No. 3047
LIABILITY LITIGATION           )
                               )
                               )


 SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE
   COUNTY OF LOS ANGELES - SPRING STREET COURTHOUSE

COORDINATION PROCEEDING        )
SPECIAL TITLE [RULE 3.400]     )
                               )
SOCIAL MEDIA CASES             )   Lead Case No.
_____)   22STCV21355
This Document Relates To       )
                               )
STATE OF TENNESSEE, ex rel.)
JONATHAN SKRMETTI,             )
ATTORNEY GENERAL and           )
REPORTER,                      )
v.                             )
META PLATFORMS, INC., and      )
INSTAGRAM, LLC.                )
_____)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER
VOLUME 1
VIDEO-RECORDED
DEPOSITION OF MOIRA BURKE
(Pages 1 - 410)
Covington & Burling
415 Mission Street, San Francisco, California
Tuesday, January 28, 2025, 9:06 a.m.
- - - -
REPORTED BY:  ELAINA BULDA-JONES, CSR 11720

CONFIDENTIAL

Page 2

APPEARANCES

For the Plaintiffs:
        BY: JACK HYDE, ESQ.
        BY: MATTHEW KAUFMAN, ESQ.
        Wagstaff & Cartmell
        4740 Grand Avenue, Suite 300
        Kansas City, Missouri 64112
        816.701.1100
        jhyde@wcllp.com
        mkaufman@wcllp.com


For the Defendants Meta Platforms, Inc., f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook
Operations, LLC; Facebook Payments, Inc.; Facebook
Technologies, LLC; Instagram, LLC; Siculus, Inc.;
and Mark Elliot Zuckerberg:

        BY: LINDSEY BARNHART, ESQ.
        BY: MARCELA INTERIANO, ESQ.
        Covington & Burling LLP
        3000 El Camino Real
        Palo Alto, California 94306-2112
        610.632.4706
        lbarnhart@cov.com
        minteriano@cov.com
        BY: ALEX AGEE, ESQ.
        BY:  MICHAEL K. BASSHAM, ESQ.
        Bass, Berry & Sims PLC
        100 Peabody Place, Suite 1300
        Memphis, TN 37203
        (901) 543-5916
        alex.agee@bassberry.com

CONFIDENTIAL

Page 3

For the State of Massachusetts:
        BY: KAITLYN KARPENKO, ESQ.
        BY: AARON DAVIS, ESQ.  (VIA ZOOM)
        BY: DOUG MARTLAND, ESQ. (VIA ZOOM)
        BY: CHRISTINA CHAN, ESQ. (VIA ZOOM)
        Office of the Attorney General
        State of Massachusetts
        1 Ashburton Place, 20th Floor
        Boston, Massachusetts 02108
        617.727.2200
        kaitlyn.karpenko@mass.gov


For the State of Tennessee:

        BY: MATTHEW JANSSEN, ESQ.
        BY: JIMMIE WEBB (VIA ZOOM)
        BY: CHRIS DUNBAR, ESQ. (VIA ZOOM)
        State of Tennessee
        Attorney General
        UBS Tower
        315 Deaderick Street
        Nashville, Tennessee 37238
        615.741.3519
        matthew.janssen@ag.tn.gov

For the State of Arkansas:
        BY: SNEHEE KHANDESHI, ESQ.
        Robbins Geller Rudman & Dowd LLP
        One Montgomery Street, Suite 1800
        San Francisco, California 94104
        415.288.4545
        skhandeshi@rgrdlaw.com

CONFIDENTIAL

Page 4

For the Defendant Snap:
      BY: MOHAMED SAID, ESQ.
      Munger Tolles & Olson
      350 South Grand Avenue, 50th Floor
      Los Angeles, California 90071-3426
      (213) 683-9205
      mohamed.said@mto.com


For the Defendants TikTok, Ltd.; Tiktok, LLC;
Tiktok, Inc.; ByteDance Ltd.; and ByteDance, Inc.:
      BY: MICHA NANDARAJ GALLO, ESQ.
      King & Spalding
      1180 Peachtree Street, NE Suite 1600
      Atlanta, Georgia 30309
      404.572.2830
      mnandarajgallo@kslaw.com


For the Defendants Google and YouTube:

      BY: TOMAS ARRIAGA, ESQ. (VIA ZOOM)
      Wilson Sonsini Goodrich & Rosati
      953 East Third Street, Suite 100
      Los Angeles, California 90013
      323.210.2942
      tarriaga@wsgr.com

For the State of Colorado:

      BY: ELIZABETH OREM, ESQ.
      State of Colorado
      Office of the Attorney General
      1300 Broadway, 10th Floor
      Denver, Colorado 80203
      720.508.6000
      Beth.orem@coag.gov

CONFIDENTIAL

Page 5

Also present:

Michael Fronzaglia, trial tech
Chris Ritona, videographer
Holly Tambling, Meta
Krista Batchelder
Corin Stigall
Angela Priest
Abby Cunningham
Alyssa Metcalf
Nathan Whelihan
Keaton Murphy
Melissa Roberts
Mandy Wang
Zach Richards
Tom Cartmell
Meera Khan
Verna Pradaxay
Chris Ayers
Kathleen Hudnall
Shaheen Sheikh
Lucy Malone
Previn Warren
Paul Banks
Matthew Cocanougher
Alex Kory
Jon Kieffer
Sophie Assadnia
Steven Kaufmann
Paige Boldt
Tess Shaw
Keaton Murphy
Verna Pradaxay
Jon Kieffer

CONFIDENTIAL

Page 15

Q.   Would you please tell us your full name.

A.   I'm Moira Kathleen Ballantyne Burke.

Q.   Okay.  And who do you work for?

A.   I work for Meta.

Q.   Okay.  And what's your title at Meta?

A.   I'm a research scientist.

Q.   I understand that you have a Ph.D.; is that correct?

A.   Yes.

Q.   Do you go by Dr. Burke or Ms. Burke?

A.   Dr. Burke.

Q.   Okay.  Dr. Burke, my name is Jack Hyde and I represent plaintiffs in this case.

Do you understand that?

A.   Yes.

Q.   Okay.  They've sued Meta.

Do you understand that?

A.   Yes.

Q.   I represent individuals and families of youth who claim they've been harmed by Meta's platforms.

Do you understand that?

A.   Yes.

Q.   Okay.  And I represent school districts across the United States who are suing for harms

CONFIDENTIAL

Page 16

caused to the educational process.

Do you understand that?

A. Yes.

Q. And do you understand that you're here today as a witness in this case because you've worked for many years for Meta in areas of work involving youth mental well-being?

A. Yes.

Q. Have you ever given a deposition before?

A. No.

Q. Have you ever testified at a trial before?

A. No.

Q. And you're here today with counsel that represents you; is that correct?

A. Yes.

Q. Okay. And do you consider the counsel here today to be your lawyers?

A. Yes.

Q. And do you know who is paying your lawyers today?

A. I believe Meta is.

Q. How much time did you spend preparing for this deposition?

A. Approximately 20 hours.

Q. Did you meet with your lawyers to do that?

CONFIDENTIAL

Page 217

A.   It's summarizing several studies that I think we've already started to talk about.

Q.   Okay.  Let's look at page that ends in 1895.

The first bullet point on this slide states, "About one out of ten people experience negative social comparison on Instagram often or always."

Do you see that?

A.   That's right.  So one out of ten people who answered this study reported these three questions related to negative social comparison often or always.

Q.   And that was a finding of your study?

A.   Yes.

(Whereupon, a brief discussion off the record.)

MS. BARNHART:  Object to the form.

THE WITNESS:  That was one of the findings in this study.

BY MR. HYDE:

Q.   And one in ten Instagram users would be millions of people; is that correct?

MS. BARNHART:  Object to the form. Foundation.

CONFIDENTIAL

Page 218

THE WITNESS:  That's my understanding, yes.

BY MR. HYDE:

Q.  And the second bullet point indicates, "About one in four people think that Instagram makes social comparison worse."

Do you see that?

A.  I do.  And that's from a different study that I didn't run called the Hard Life Moments survey.  And it's about people's perceptions about various hard moments in their lives, including social comparison.

Q.  Okay.  But the statistic of one in four people think that Instagram makes social comparison worse.  Is that your understanding of what the data showed?

MS. BARNHART:  Object to the form.

THE WITNESS:  That's my understanding of what this study said, yeah.

BY MR. HYDE:

Q.  Let's look at the next page.

The first bullet point on this slide states, "Negative social comparison on Instagram is more common in globally western countries."  And an example of that would be the U.S.; is that correct?

CONFIDENTIAL

Page 551

STATE OF CALIFORNIA   )

COUNTY OF YOLO        )

I, ELAINA BULDA-JONES, a Certified Shorthand Reporter of the State of California, duly authorized to administer oaths pursuant to Section 2025 of the California Code of Civil Procedure, do hereby certify that

MOIRA BURKE,

the witness in the foregoing deposition, was by me duly sworn to testify the truth, the whole truth and nothing but the truth in the within-entitled cause; that said testimony of said witness was reported by me, a disinterested person, and was thereafter transcribed under my direction into typewriting and is a true and correct transcription of said proceedings.

I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing deposition and caption named, nor in any way interested in the outcome of the cause named in said deposition dated the  _____ day of _____, 2025.

ELAINA BULDA-JONES, CSR 11720