# AMENDED Exhibit 140

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Have we made people addicted to Facebook?

 THURSDAY, AUGUST 3, 2017 · READING TIME: 9 MINUTES

This summer, I've been interning on the News Feed Ecosystems project as a Data Science Intern working to answer the following: "Are there people addicted to Facebook and if so, how can we identify and size this population so we can help them?" When my intern manager ███████████ first called me to tell me this, the timing seemed comical. Just an hour before, I had deleted the Facebook app from my phone because I thought I was obsessively using Facebook. By deleting the app, I was hoping to reclaim my time and hopefully decrease my internalized instinct to keep opening Facebook. Now, I had lea... my 12 weeks here would be around figuring out how we can improve the Facebook

Chats

EXHIBIT

**9**

HAUGEN - 9/25/25

Haugen_00016893

ok/1766984813316275/?hc_location=ufi

This summer, I've been interning on the News Feed Ecosystems project as a Data Science Intern working to answer the following: "Are there people addicted to Facebook and if so, how can we identify and size this population so we can help them?" When my intern manager, ████████████ first called me to tell me this, the timing seemed comical. Just an hour before, I had deleted the Facebook app from my phone because I thought I was obsessively using Facebook. By deleting the app, I was hoping to reclaim my time and hopefully decrease my internalized instinct to keep opening Facebook. Now, I had learned, my 12 weeks here would be around figuring out how we can improve the Facebook experience to make sure people like me don't feel the need to just leave Facebook. As I wrap up my internship, here's what I learned this summer in terms of addiction to Facebook.

## What does it even mean to be addicted to Facebook?

How can we understand what being addicted to Facebook means? At the start of this project, ██████████████████ Ime Archibong, █████ and myself talked with Nir Eyal, author of the book *Hooked*. In this book, Nir discusses his extensive research into creating habit-forming products and the Hook model, "a four-step process embedded into the products of many successful companies to subtly encourage customer behavior" to ultimately get users to voluntarily choose to open your app without the need for external advertising.

Companies like ours have implemented the hook model well. However, Nir notes that using apps like ours in some cases leads a user from having a habit of using the app to being addicted. The difference between habit and addiction from Nir's perspective is harm: an addicted user is one who cannot stop using a product to the point where it can cause them harm.

Chats

Haugen_00016894

Confidential

ook/1766984813316275/?hc_location=ufi

Companies like ours have implemented the hook model well. However, Nir notes that using apps like ours in some cases leads a user from having a habit of using the app to being addicted. The difference between habit and addiction from Nir's perspective is harm: an addicted user is one who cannot stop using a product to the point where it can cause them harm.

---

> *"When we feel overly stressed, we seek serenity, perhaps finding relief in sites like Pinterest. When we feel lonely, destinations like Facebook and Twitter provide **instant social connections**"*

---

While there are many factors that could lead to someone becoming addicted to Facebook, Nir noted that he expected the number of addicted people to be low. I hoped so too based on his definition. Now let's get into the data behind this project.

## Deactivations

While working on studying how to find addicted users, we realized that deactivations data could be quite helpful in this process. To explain how, I'll show the current deactivati Chats flow.

Haugen_00016895

Confidential

ok/1766984813316275/?hc_location=ufi

# Deactivations

While working on studying how to find addicted users, we realized that deactivations data could be quite helpful in this process. To explain how, I'll show the current deactivations flow.



Confidential



Haugen_00016897

Confidential

The flow is fairly aggressive as we try to stop people from leaving Facebook. We list your some of your friends to remind you that they will no longer be able to contact you through the site and more importantly, we require the user to choose a reason for why they're leaving. For my analysis this summer, we focused on two specific categories: people who said they spent too much time on Facebook and those who selected that their leave was temporary and that they planned to return (since many of these people listed similar reasons for deactivating their accounts). This subset provided a good signal for people who could be addicted, who ultimately leave Facebook as a solution. In a given week, approximately **5.9 million people leave Facebook** for just these two reasons alone so clearly we have work to do here if we want to improve the Facebook experience so they do not feel compelled to deactivate their accounts.

After settling on analyzing these two categories, I dug into these users' metrics and found a few interesting things. For the sake of keeping this note succinct, I'll only include a few of the findings and link to my full deck at the end of this for those interested in more information about what I found.

Haugen_00016898

Confidential

few interesting things. For the sake of keeping this note succinct, I'll only include a few of the findings and link to my full deck at the end of this for those interested in more information about what I found.



PDF distribution of number of sessions across TMT/T and all users.

Haugen_00016899



PDF distribution of number of sessions across TMT/T and all users.

One interesting insight discovered was that while people deactivating their accounts citing too much time/temporary had a similar time spent to the average user, they had a higher number of sessions in a day (we define a session as an instance where the user opens the FB app on their phone). This user subset also spent less time per session. From this, it appeared that an addicted user is not necessarily just someone who spends several hours a day on Facebook, but rather someone who had a high number of sessions compared to their time spent.

Analyzing notifications data, people in the TMT/T subset both received more notifications than the average user and also responded to them faster.

**TMT/T users get 60% more push notifications**

Push Notifications Delivered (7d Average)

Haugen_00016900

Confidential

Analyzing notifications data, people in the TMT/T subset both received more notifications than the average user and also responded to them faster.



**TMT/T users get 60% more push notifications**

Visualization of average push notifications a user gets in a day.

Haugen_00016901



Average time it takes a user to click on a delivered push notification.

Haugen_00016902

Confidential



book/1766984813316275/?hc_location=ufi

Average time it takes a user to click on a delivered push notification.

# Surveying Users/Building a Model

We wanted to learn about whether people would admit they were addicted to Facebook. To do this, I worked with ████████████████ and the Communications team to make a branded survey that asked users the following questions:

**How often in the last month have you:**

•Spent a lot of time thinking about Facebook or planned use of Facebook? (0.61)

•Thought about how you could free more time to spend on Facebook? (0.42)

•Thought a lot about what has happened on Facebook recently? (0.55)

•Spent more time on Facebook than initially intended? (0.68)

•Felt bad if you, for different reasons, could not log on to Facebook for some time? (0.58)

We left the survey running for a week and focused on Facebook users living in the United States. In that week, we received around 1300 responses. The main insight we found was that for most questions posed to these survey takers, people who marked often/very often had an average higher time spent and number of sessions than someone who said rarely/never (I've excluded notifications data here because while we log them well, in their current form it's hard for us to analyze the data over long periods for all users).

Chats

Haugen_00016903

Confidential

excluded notifications data here because while we log them well, in their current form it's hard for us to analyze the data over long periods for all users).




# There are noticeable trends in people's answers

Sample of results from user survey.

Confidential

Haugen_00016904

Sample of results from user survey.

Next, we built out a model to try and size the number of addicted users. To build this, we used both sessions data and average time spent and looked at the deactivation rate in each bucket.



A model of mapping addicted users. The darker the area, the more deactivated TMT/T users that were in that bucket. Note: This is only U.S. users.

Haugen_00016905



Haugen_00016906



cebook/1766984813316275/?hc_location=ufi

A model of mapping addicted users. The darker the area, the more deactivated
TMT/T users that were in that bucket. Note: This is only U.S. users.

From here, we plotted out the number of people that could be considered addicted based on the threshold we set. This threshold is based on the TMT/T deactivated users as a percentage of total DAP. At a minimum threshold of 1%, that would be ~15k people we could call addicted, but if we loosen the threshold to 0.2%, that's nearly 200k people.

Haugen_00016907



A plot with approximate line of best fit of how many users could be considered addicted based on threshold set. Note: the trend line does not fit well after 0.02%.

Haugen_00016908

Confidential



Screenshot of Take a Break Tool and Beach Mode

Haugen_00016909

Confidential



Screenshot of Take a Break Tool and Beach Mode

In order to help these users, we can create new tools that don't stop them from using Facebook, but help them feel more in control of when they choose to visit the app. To this end, we could leverage the easy to navigate structure of the Take a Break tool by the Protect and Care team. The tool, designed for breakups, makes it easy for someone to adjust their settings to see less of a person in their feed, photos, or messages. Rather than digging through the settings tab, this tool makes it easier to find the relevant settings a person may want to change.

Haugen_00016910

Confidential

## We're here to help if you need a break

Here are some changes we think might be helpful so you can take a break and stay friends on Facebook.

Don't worry, we won't notify ████████ about changes you make.

Take a break from someone else.

### See Less of ████

See ████ on Facebook only if you visit his profile.

See Options

### Limit What ████ Will See

Update your privacy settings so he won't see your posts.

See Options

### Edit Who Can See Past Posts

Change who can see past posts of you and ████

See Options

### Want to make more changes?

Visit the **Help Center** to see more options.

DONE

Take a Break tool by the Protect and Care team.

Chats

Haugen_00016911

Confidential

3316275/?hc_location=ufi

## We're here to help if you need a break

Here are some changes we think might be helpful so you can take a break and stay friends on Facebook.

Don't worry, we won't notify ▮▮▮▮ about changes you make.

Take a break from someone else.

### See Less of ▮▮▮

See ▮▮ on Facebook only if you visit his profile.

See Options

### Limit What ▮▮▮ Will See

Update your privacy settings so he won't see your posts.

See Options

### Edit Who Can See Past Posts

Change who can see past posts of you and ▮▮▮

See Options

### Want to make more changes?

Visit the **Help Center** to see more options.

DONE

Haugen_00016912

Confidential



Something like this tool could be made in conjunction with the Beach Mode option we use internally. This could range from allowing users to choose periods where they receive no notifications to choosing what types of notifications they receive (ex. choosing not to be notified when someone likes their post) . This could help "twitchy" users who may keep entering the app because of the push notifications they receive.

In addition, we could also change some of our strategies for increasing app usage. One main example of this is badging. In the screenshot below, I captured just some of the badging used in the current Facebook family of apps as well as some intended badging strategies.

... and probably change some of our growth

Haugen_00016913

Confidential



Haugen_00016914

Confidential



Screenshots of badging added to different parts of the Facebook family of apps.

Now this is not to say that we should never notify users. But, if people are addicted to our products, we do have an obligation to help them. Rather than inundating users with excessive notifications, we should focus on creating experiences that users to willingly want to come back. As we work towards creating meaningful connections on Facebook, **we should focus more on quality time spent than just time spent**.

# Where do we go from here?

# Which quadrant are we targeting?

Haugen_00016915

Confidential



Haugen_00016916

Confidential



The manipulation matrix (from Nir's blog).

Haugen_00016917

| The maker does not use it | The maker uses it |
|---|---|

NirAndFar.com

The manipulation matrix (from Nir's blog).

I'll end this note with the Manipulation Matrix that Nir discusses in his book. The matrix has four sections: each defining the type of product you can create based on whether we as Facebook employees would actually use it and whether it helps people's lives. As Mark said when he announced the company's new mission statement, "we have a unique opportunity and platform to bring people closer together, and now more than ever, we each have a responsibility to make the most of our opportunity to do this." As we work to build community on Facebook, it is important that as we create new products and tools we continue to build things that we both use and know help people's lives. While boosting metrics with products that are not helping people's lives can work in the short term, in the long term we need to focus on making products that align with our company's mission and make sure people feel in control of their time spent on Facebook.

Haugen_00016918

Confidential



👍❤️😮 52

9 Comments  2 Shares

⤴ Share                              🔖 Save

■■ Link to Powerpoint deck: https://www.facebook.com/media/set/...
👍 1
3y

■ This is awesome!
👍 1
3y

■ great job ■ i'm really glad this was your project this summer and it was great working with you!

for posterity, i'll add here that we had some good conversations as to whether we could actually label these people "addicted" which is a pretty specific term. for instance, the survey items that you used were the most tame ones from an existing scale so may not really be picking up on "addicting" but likely picking up on patterns of use that we wouldn't want to be encouraging. I think all of your research and analyses suggest we should continue to dig deeper here, so thanks for all of your hard work!

cc: Moira, ■■
👍 6
3y

■ Moira Burke Agree that this is really interesting and something that a lot of people here care about! Great work, ■■ point is good, as well, that "addicted" has clinical implications (including that the addiction interferes with other aspects of your life), but that in general, we care about providing people with meaningful, high-quality social connections and not just a junk food time-sink.
👍 5
3y

■ 👤 It was great working with you as well ■ We should definitely look into other ways to define these users. While I think addicted is the easiest word, I think we could have a clearer word for these users because our data confines to how they act on Facebook and we don't know if they're suffering from other non-online addictions. One good adjective I've been thinking about is "twitchy" since it seems these users just feel jumpy and keep coming into the app.
3y

■ ■■
3y

■ ■■ This is awesome, nice job ■ To your point around allowing users to choose periods where they receive no notifications/choosing what types of notifications they may want to receive, I saw that Google announced "Inbox Pause" today which allows people to adjust their settings so emails come in at a designated schedule and cadence. http://www.boomeranggmail.com/inboxpause/?ref=producthunt. Is this similar to what you had in mind for notifications?

Chats

fht back against email overlo

MacBook Pro

Haugen_00016919

Confidential

ok/1766984813316275/?hc_location=ufi



to be encouraging. I think all of your research and analyses suggest we should continue to dig deeper here, so thanks for all of your hard work!

cc: Moira, ███ ███                                                                                              👍 6

3y

**Moira Burke** Agree that this is really interesting and something that a lot of people here care about! Great work, █████████'s point is good, as well, that "addicted" has clinical implications (including that the addiction interferes with other aspects of your life), but that in general, we care about providing people with meaningful, high-quality social connections and not just a junk food time-sink.                                              👍 5

3y

🙂 It was great working with you as well ████████ We should definitely look into other ways to define these users. While I think addicted is the easiest word, I think we could have a clearer word for these users because our data confines to how they act on Facebook and we don't know if they're suffering from other non-online addictions. One good adjective I've been thinking about is "twitchy" since it seems these users just feel jumpy and keep coming into the app.

3y

3y

This is awesome, nice job ████. To your point around allowing users to choose periods where they receive no notifications/choosing what types of notifications they may want to receive, I saw that Google announced "Inbox Pause" today which allows people to adjust their settings so emails come in at a designated schedule and cadence. http://www.boomeranggmail.com/inboxpause/?ref=producthunt. Is this similar to what you had in mind for notifications?

ght back against email overlo

**BOOMERANGGMAIL.COM**
INBOX PAUSE
**Inbox Pause: Eliminate Interruptions, Stop Stress, and Feel Free**
                                                                                                                👍 1

3y

🙂 yeah, this is a cool idea! This is by Baydin (but their main products run as gmail extensions). I think this is a good start followed by general ways to filter out specific notification types. For example, choosing to not get notified if someone liked your status (since you can't really do anything because of it).                                              👍 1

3y · Edited

Makes sense, that's an interesting idea!

3y

Chats

MacBook Pro

Haugen_00016920

Confidential