# AMENDED Exhibit 158

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

## Adam Mosseri 2022 H2

### Impact

I'll speak to my personal 2022 goals that were product focused.

**App Engagement.** My primary goal was to ensure the app remains culturally relevant as measurement by sessions, time, and sharing, particularly with teens. Overall this went well. Reels have driven time to all time highs at ~41.9m per DAU globally and ~37.4m in the US. Sessions are up X% globally and roughly flat year on year in the US. The sum of Feed, Stories, and producer participation rate is up above 20% and has grown more than 6% globally and above 18% and up 2.6% in the US.

**Simplicity.** I also wanted to simplify the app around our bets. Here we made less progress. In-Feed recommendations did not grow to nearly as large a percentage of Feed as we wanted to and Immersive Feed failed in a very public and painful way. On the other hand we did ship the full merge of Reels and Feed video, and are shipping the simplified navigation in the next month.

**Reels.** My stretch goal was to get on track to pass TikTok in terms of time spent worldwide by doubling our market share relative to theirs. While it's certainly premature to claim we're on track to pass TikTok, we did remarkably well increasing Reels time / TikTok time from ~17% to ~40%.

**Creators.** My goal was to get us started on a path to 1M creators making a living on our platform. I was hoping to get more done this year that moved top-line creator metrics. 2022 was productive, but it was more laying foundation than moving overall creators. We found early product market fit with subscriptions on Instagram and the Creator Marketplace (which matches creators and brands). We launched initial support for NFTs, and started testing minting and selling in-app. We continued to improve creator measurement, distribution, and well-being experiences. But the work has not yet translated into movements of top-line creator metrics.

**Youth.** My goal this year was the establish a sustainable working model, which included a state of the union, a strategy framework, and finding the team a permanent home. I'm proud that we managed to accomplish all three. There's still a lot of work to be done, but we're in a much better place now.

—

Outside of my product goals I also did a fair amount of public speaking on behalf of the company. I've managed to produce a fair amount of content and help humanize Instagram with ~an hour of work a week, and did a number of external engagements including TED. This work ebbed and flowed during the year, and will continue to do so, but I believe high ROI particularly given how efficient I've managed to make doing the work.

### Capacity

One of my top goals for the year was to establish my leadership group as a focused group of people who get things done. We made a lot of progress improving the collaboration and trust between people in the group, defined our purpose as "focusing the app and the team." That said there are still a few rough spots to smooth out. I'm hoping to slightly reduce the size of the group, and iron out the last remaining bumps this year.

Another personal goal was to make more space for other people to step up and lead. Here I think I did well, formally naming decision makers across most product areas, pulling myself out of plenty of reviews, and publicly deferring a lot of decisions. All that said, there is still a cultural bias towards coming to me for decisions, and there is more work to do to correct it.

**EXHIBIT**
PENGAD 800-631-6989
#24 Birnbaum
8/15/25

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-047-01210347

My third capacity goal was to establish myself as an inspiring leader. That's a harder one for me to speak to, so I'll wait and see some of the peer feedback before sharing how I think I did.

## Organization

Contributions to the broader company weren't a large part of what I spent time on this half. The biggest thing I took on was driving an audit of our XFN review processes and coming up with a proposed set of changes as part of our Efficiency work.

## Collaboration

I feel better about my, and Instagram's, collaborations with other teams than a year ago. I feel like things are in a very good place with Infra, Ads, Integrity, MRS, and now Messenger since the latest re-org.

On leading the Reels and Creators cross-company initiatives I think things are going well, but both initiatives feel more like collaborations than single initiatives.

## 2023

These goals are a second iteration for 2023, and are still being revised, so any and all feedback is welcome.

### Product Goals

- **Stabilize Instagram with teens (US teen MAP).** This is both the most important and most difficult of my goals for 2023. We have a 10% chance of hitting this goal at best, but we'll do well to think big and swing big.
- **Measurably grow Instagram's relevance (40 minutes / DAU * 1.5B DAU).** This goal measures both our relevance and our primary way of contributing to the business. These specific numbers may need to be revisited because they are based on projections from early December.
- **Significantly close the gap between Reels and competition (60% TT TS).** To do this we'd need to grow Family Reels by an addition 300M hours a day assuming TikTok grows by only 10%, which is as many hours as we grew by in 2022. This is a stretch goal given how much low hanging fruit we've worked through, but necessary if we're going to be on a credible path to being the largest short-form video platform.
- **Sustainably grow creators who create (21M daily producing creators).** 21M isn't an arbitrary number, but the binary difference between previous years and this is growing significantly and staying completely flat.

### People Goals

Help my leadership team level-up as a group (productive → trust) and individually. I'd like to go from productive  collaboration to a tight team that deeply trusts each other. I'd also like to make sure each of my reports grows significantly towards their long term goals and visibly.

**Make the Instagram team measurably (20%?) more efficient.** How to measure this exactly is very unclear, but we need to do our part.

HIGHLY CONFIDENTIAL (COMPETITOR)

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-047-01210347-META3047MDL-047-01210348

**Custodian:** MOSSERI_ADAM

**Author:** ███████████

**Filename:** ADAM MOSSERI 2022
H2_1RA95YA0FAU6UEU6VDT5EPWFKTE8EGV4SZCW4PVSOPOU.DOCX

**Create Date:** 1/9/2023 12:00 AM

**Last Modified Date:** 1/10/2023 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /MOSSERI_ADAM

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**META_Pointee:**

**META_Pointer:**