# AMENDED Exhibit 159

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| **From:** | Ronan Bradley ███████████████ |
| **Sent:** | 8/11/2023 2:44:42 PM |
| **To:** | Facebook FYI ████████████████████ |
| **Subject:** | [Facebook FYI] H2'23 FB App Goal Map, Goals and Goal Metric Targets |





**Ronan Bradley** posted in Facebook FYI
August 11 at 7:44 AM

## H2'23 FB App Goal Map, Goals and Goal Metric Targets

The Facebook goals and goal map reflect the work happening across the app, in support of our vision that **Facebook is for social discovery that opens your world in big & small ways.** This half, we will continue our focus on delivering value for all of our users, especially key cohorts (Young Adults, US/Ca), supporting our business, and ensuring we maintain product quality and integrity.

## OUR GOAL MAP

Every half, we create a goal map, which illustrates how team goals and metrics relate, and ultimately support our app-level strategy.

The Facebook strategy will continue to serve as the foundation of our goal map and the strategy statements as our app-level goals. As a reminder, our strategy (and app-level goals) is to deliver value to our users by helping them to:

- **Find, enjoy and create interesting content**
- **Strengthen their relationships**
- **Create communities, both big and small**
- **Realize economic opportunities**

You can find the Facebook goal map and goals glossary on the wiki.

## OUR FACEBOOK GOAL METRICS

In my last post, I walked through our app-level goals, which remain largely consistent with H1'23 and collectively reflect whether we are delivering on our strategy. These metrics include:

- **App Health:** DAU (US/Ca DAU, Global DAU), MAU (US/Ca MAU, Global MAU) and Core Sessions Cap 15
- **Business Value:** Revenue Weighted Time Spent (rTS)
- **Product Quality:** Bad Startup, Crash Rate, Product Performance Outliers
- **Integrity:** Severity Weighted Overall Prevalence (SWOP)

HIGHLY CONFIDENTIAL (COMPETITOR)

In addition, we will continue our focus on specific cohorts and product areas that we believe are critical to make progress each half. Unlike the app-level goals, we expect these focus areas to change as priorities evolve. With that said, this half, we will continue to focus on making progress with the YA cohort and ensuring Reels' continued success.

- **Young Adults:** US/Ca YA DAU, US/Ca YA Core Sessions Cap 15
- **Reels:** Reels Incremental DAU (US/Ca), Reels Incremental Revenue

This half, we will also track the following metrics, for consideration as app-level goals in H1'24:

- **Revenue weighted VPVs (rVPVs):** helps us to understand the revenue potential of growing engagement. As compared to rTS, rVPVs more closely match ad impression opportunities and are less susceptible to changes introduced with our evolving Video/Reels ecosystem. This metric is a candidate to replace rTS
- **Social DAU:** a new composite metric that captures participation on a set of social behaviors (from private sharing and commenting, to friending and group joins) that we believe are a core part of Facebook's value proposition. To learn more about Social DAU, see the post.
- **Core Sessions Cap 5:** similar to Core Sessions Cap 15, we plan to track to understand if it will better reflect our increasing focus on delivering additional value to marginal users. This metric is a candidate to replace Core Sessions Cap 15

## ANNOUNCING OUR GOAL METRIC TARGETS

- **App Health**
  - Global DAU: 2112M *(+5.3% YoY)*
  - US/Ca DAU: 204.8M *(+2.8% YoY)*
    - US/Ca DAU stretch target: 205.8M *(+3.14% YoY)*
  - Global MAU: 3074M *(+3.7% YoY)*
  - US/Ca MAU: 274.1M *(+3.2% YoY)*
  - US/Ca Core Sessions (Cap15): 8.67 *(+4.6% YoY)*
- **Business Value**
  - rTS: 238.7M *(-0.9% YoY)*
- **Product Quality**
  - Startup: 16.89% *(no YoY data available)*
  - Crash Rate: 1.71% *(0% YoY)*
  - Product Performance Outliers: TBD
- **Integrity**
  - SWOP: No aggregated H2 goal, teams will take guardrails
- **Reels**
  - Reels Incremental Revenue: Stat sig positive measured in Reels long-term holdout *(no YoY data available)*
  - Reels Incremental DAU (US/Ca): 0.1% *(no YoY data available)*

- **Young Adults**
  - US/CA YA DAU: 42.55M *(0.9% YoY)*
    - US/Ca YA DAU stretch target: 42.67M *(+1.16% YoY)*
  - US/CA YA Core Sessions (Cap15): 9.05 *(+2.1% YoY)*

A REMINDER ABOUT GOAL METRICS

As a reminder, a goal metric is the best approximation of the goal and allows us to measure our progress. In defining a goal metric, we use existing measures that best represent the spirit of our objective or create a new metric. In both scenarios, establishing a goal metric is a process of continual iteration and collaboration between DS, DE, UXR, Eng and PM, in which we will evolve the metric as we learn more about how it works, its relationship to the goal and the evolving needs of our users. I also want to acknowledge that it is possible to hit a goal metric but not actually achieve the goal itself. Therefore, with each goal metric, we also track and understand movement in other health and counter metrics to avoid negatively impacting well-being, increasing integrity issues or generally making it harder for our users to get the value they want from our app.

### TO LEARN MORE

We have updated our dashboards to reflect the H2'23 app goal metrics and we have posted the complete set of goal metric forecasts here.

 Like                 Comment                 Share

Was this email: Useful   Not Useful

**View on Workplace**

This message was sent to ▌▌▌▌▌▌▌▌

If you don't want to receive these emails from Workplace in the future, please **unsubscribe**.

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL-065-00337079

Meta Platforms, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025



HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-065-00337080

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-065-00337077-META3047MDL-065-00337080

**Custodian:** HEGEMAN_JOHN

**Author:**

**Filename:** [FACEBOOK FYI] H2'23 FB APP GOAL MAP, GOALS AND GOAL METRIC TARGETS

**Create Date:** 8/11/2023 7:44 AM

**Last Modified Date:** 8/11/2023 7:44 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /HEGEMAN_JOHN/TOP OF PERSONAL FOLDERS/ ███████████ (MAINARCHIVE)/RECOVERABLE ITEMS

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**META_Pointee:**

**META_Pointer:**