**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING OMNIBUS STIPULATION RE SEALING (*BREATHITT* MOTIONS IN LIMINE)** |
| *Breathitt County Board of Education vs. Meta Platforms, Inc. et al* Case No.: 4:23-CV-01804 | Judge: Hon. Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang |

The Court has considered the Parties' Omnibus Sealing Stipulation regarding information Defendants seek to seal in materials filed with the Parties' Motions in Limine, filed March 2, 2026, and the briefs and exhibits submitted in support thereof and in opposition.[1]  Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's Order Setting Sealing Procedures (ECF 341), the Court rules as follows on the undisputed redactions set forth in the chart in the Omnibus Sealing Stipulation:

| Document | Portion to be Sealed | Action to be taken | Court Order |
|---|---|---|---|
| Plaintiff's Motion in Limine No. 2, Exhibit 1, ECF 2792-3 | Name of non-executive employee appearing at pages 365, 708:9, 18, 717:10, 729:8<br><br>Private information about employee's family, appearing at pages 711:2-6, 13-14, 23-25, 712:1-21, 713:2, 4, 713:14-21, 716:24-718:20, 718:22-23 719:12-721:9, 727:20-21, 728:15-17, 733:23 | Redact specified portions | X |
| Plaintiff's Motion in Limine No. 5, – Exhibit 1, Opening Report of Dr. Mattmann [Dkt. 2799-3] | Sealed in its entirety | Seal in its entirety | X |
| Plaintiff's Motion in Limine No. 5, – Exhibit 2, Rebuttal Report of Dr. Mattmann [Dkt. 2799-4] | The following pages not cited in Plaintiffs' MIL: 2-9, 11, 13-21, 57-317<br><br>Description of internal proprietary processes in the following paragraphs: the second sentence of 9, the first sentence of 10, the | Redact specified portions | X |

---

[1] These materials include Defendants' Motions in Limine Nos. 1 through 5 and exhibits thereto, Plaintiff's Motions in Limine Nos. 1 through 5 and exhibits thereto, and all oppositions and replies filed in connection with these motions.

1

| | first sentence of 11 and the phrase after the word "system" and before the word "will" as well as the phrase after the word "to" and before the word "such",  99-105, phrase in parentheses in paragraph 106, phrases after "negatives" in paragraph 107, paragraphs 108-115, 117, 119-124, the first sentence of 125, 131, the second sentence of 132, 133-135, the phrase after "levels" and before "provide" in 136, the last sentence of 138, the phrase after "masks" in 153, the percentage number in 157, the first two bullets of 185, the first sentence and the last four sentences of the third bullet, the phrase after "including" in the last bullet, the section before the bullets in 186, the phrase after "level" and before "enhancing" in 187, the phrase after "of" and before "moderation" in 194, the phrase after "includes" in 204.<br><br>Information contained in the following footnotes: | | |

[PROPOSED] ORDER GRANTING OMNIBUS STIPULATION RE SEALING (*BREATHITT* MOTIONS IN LIMINE)

4:22-md-03047-YGR

| | 1, parenthesis of 18, 25, 29, parenthesis of 36, 39, and 40, 41-43, parenthesis of 52, parenthesis of 58-59, the last sentence of 62, parenthesis of 63, 85, 86, 88 | | |
|---|---|---|---|
| Plaintiff's Motion in Limine No. 5, – Exhibit 4, Deposition excerpt of Suzy Loftus [Dkt. 2799-6] | Names of non-executive employees appearing at pages 243:1-2, 243:4, 243:7, 245:22, 245:24, 258:1, 258:3, 258:9, and 258:15 | Redact specified portions | X |

**IT IS SO ORDERED.**

DATED: __March 26, 2026_____

YVONNE GONZÁLEZ ROGERS

UNITED STATES DISTRICT JUDGE

3

[PROPOSED] ORDER GRANTING OMNIBUS STIPULATION RE SEALING (*BREATHITT* MOTIONS IN LIMINE)
4:22-md-03047-YGR