# AMENDED Exhibit 199

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Child Safety State of Play (9/24)

*Note: This document is out-of-date. It reflects where are were with the various policy discussions relating to children on our apps as of 9/24.*

## Child Exploitation

### Policy Landscape

*Our encryption announcement has created tremendous anxiety among CSAM safety stakeholders, and generated significant legislative activity across the globe centered around exceptional access and other technical requirements and/or intermediary content liability, as well as calls to break us up. Multi-national and multi-sector bodies, including the Five Eyes, the EUIF, and the WePROTECT Global Alliance, are driving a coordinated campaign against our message encryption plans, which has caught the attention of our advertising clients as well as large foundations such as the Oak Foundation and Skoll, and driven shareholder inquiries. A spike in CSAM reporting and increased dependence on online technologies during the pandemic has made this issue COVID 19 resilient. There is some risk we become isolated from the rest of industry, which could result in FB specific solutions (e.g., Apple has tried to differentiate FB e2e messaging based on social graph). Priority Countries: US, UK, Australia, India, EU and Brazil (other potential hot spots due to high incidence rates and/or active child exploitation legislation Philippines, S. Korea, Taiwan, Japan, and South Africa).*

### Legislative/Regulatory Action

**Trends:**

- **Child Safety concerns leading to expansion/conflation of illegal and harmful content regulation.** Following UK's Online Harms Paper and Germany NetzDG, Australia has proposed expanding the eSafety Commissioner's remit to enforce on expanded harms (e.g bullying & harassment) not only for children but also adults and is also extending the scope of harms from illegal to harmful content. Countries such as Brazil, the Philippines and Indonesia are all considering misinformation and child safety in the same category in recent legislations. In Pakistan child safety issues are being used to push the Citizen Online Protection Rules to curb free speech.
- **Dedicated child safety regulators being proposed.** Australia and Fiji already have an eSafety Commissioner. Legislators in Ireland, Taiwan, the Philippines, and South Korea are considering similar offices and India has proposed an eSafety Commissioner for each state.
- **Multiple reporting requirements:** India, South Korea, and Portugal are introducing legislations that will require us report CSAM directly to local authorities and not accepting NCMEC reports.
- **Competing legislation exposing safety/privacy tensions**: The ePrivacy Directive v eSafety strategy, and secrecy of communications provisions in Japan v Japan's Amended Telecommunications Broadcasting Act guidelines on SoC provisions and and secrecy of communications provisions Korea v intermediary liability law for NCII and CEI that requires collecting and sharing of more user information with local authorities/civil complainants.

**Specific Bills:**

- US: EARN-IT, DoJ/White House Section 230 reforms, Platform Accountability and Consumer Transparency Act, Online Freedom and Viewpoint Act, House Appropriations Bill on Labor, HHS, and Education funding, Transparency about Online Child Sexual Abuse Material Act
- UK: Cloud Act negotiations, TCN, Online Harms Bill
- AU: ongoing consultation on Online Safety Act, e-Safety Commissioner Safety by Design Principles
- Five-Eyes: Voluntary CSEA Principles
- India: traceability, amendments to "Protection of Children from Sexual Offenses Rules, 2020" requiring direct reporting w/liability
- Brazil: proposed amendments to "good samaritan provision" in Marco Civil
- EU: EUIF technical requirements and best practices, EU CSAM hub, Audio Visual Media Services Directive, Digital Services Act, CSAM Legislation
- Philippines: Anti-ATIP bill (intermediary liability, duty not to host CEI, mandates turn-around-times, requires platforms to preserve evidence and proactively report CEI directly to local LE. Safer Internet Bill (parental consent for U18s , TATs, 'harmful' content regulations); Anti-ATIP bill (intermediary liability, mandated TAT, evidence preservation requirements and proactively report CEI directly to local LE)
- South Korea: intermediary liability law for NCII and CEI
- Japan: National Police's annual report on Child Sexual Exploitation and Sexual Solicitation of Minors; Amended

META3047MDL-034-00037237

Telecommunications Broadcasting Act guidelines on SoC provisions; Provider Limited Liability Act (provision of user information to civil complainants, incl phone numbers)

- Belgium: NCII legislation 6 hr takedown or liability
- Germany: NetzDG
- Ireland: Online Safety and Media Bill
- Kenya: Cybercrime Bill 2018
- Zimbabwe: Data protection and Cybercrimes Bill 2020
- Other: S.Africa, Japan, and Taiwan also have legislative activity

*Where we think we are most vulnerable and need to step up our efforts.*

## Immediate Product Vulnerabilities

- CEI classifiers: low accuracy prevents auto actioning
- Grooming classifiers: lack global efficacy
- Rooms: livestreaming abuse
- Ephemerality: negative impact on ability to report
- Interop: increased discoverability and reachability across apps, particularly for IG where we have few child safety protections in place
- NCMEC reporting: spike in volume, poor metric, new safety mitigations have not yet driven down numbers and resistance to measures that likely will
- WhatsApp: link sharing on social platforms + WA group discovery apps in app store enable CSAM discovery and sharing

- COVID review constraints
- IG: unconnected adults being able to find and message minors in Instagram Direct, coupled with significant implicit sexualization of minors and evidence of potential trafficking and solicitation

## Areas of Improvement

While some governments will not be satisfied with anything short of a backdoor, offering limited client-side scanning will satisfy leading safety stakeholders (NCMEC, IWF, NSPCC, Thorn,...) and many governments. It will, however, alienate some privacy stakeholders. Other areas where we can step up our efforts to help manage our vulnerabilities and push back against efforts to require encryption backdoors are listed below (some of which are underway)

- **CSAM:**
    - improve CEI classifier, use Google safety API to help prioritize and launch CEI solicitation classifier
    - contextualize NCMEC numbers, stand up better metrics
    - close enforcement gap w/r/t CEI recipients
    -
    - demonstrate through upselling of reporting and packaging of metadata and info from public spaces, etc. that we can still aid/enable more investigations than LE currently pursues
- **Minor Sexualization:**
    - launch stricter policies and enforcement w/r/t the sexualization of minors on our services
    - develop specific stricter policies for groups (e.g., group names, comments,...)
    - improve minor sexualization classifier.
- **Trafficking:** build sex trafficking classifier with a focus on minor sex trafficking
- **TC Project Protect:** fast track some key wins like universal video hash sharing, research on client-side solutions, independent accountability system that tracks to CSEA vol principles
- **Livestream, real time calls and other remote presence products:** develop content independent CSAM detection tech, wiretap capability, in-call reporting/reportability with evidence capture to ensure reviewability upon report, user education/self-remediation interventions before, during, or after (e.g., safety notices, upsell reporting/blocking)
- **Interop:** strong discoverability and reachability controls, including further restrictions to PYMK and GYSJ
- **Ephemerality:** adult<>minor carveout for Vanish Mode and/or some way to enable content reporting and review
- **Classifier global resilience and efficiency:** comprehensive audit to assess and ensure child safety classifiers are effective globally. Improve global efficacy of our text classifiers that detect inappropriate interactions with children, which would help enable automation of hard actions (disable/report) against groomers.
- **IG:**

- o Extend existing MSGR Safety tips for scams, impersonation, child safety/IIC in IGD;
- o Expand policies on borderline content re minor sexualization and build classifiers to detect and take action on problematic aggregated content on surfaces like Explore, hashtag pages, Reels,
- o better age-related logic for preventing conversations between unconnected adults and minors
- o Private by Default for Teens

- **Reporting:**
  - o Launch "Involves a Child" feedback tag where missing e.g., in FB Groups and IG comments.
  - o Build access to emergency support into reporting

- **Groups:**
  - o
  - o robust system for removing apps that categorize and make searchable group invite links to WA groups in violation of our terms of service
  - o robust system notifying platforms when users share group invite links for alleged WA CSAM groups

- **User Education:** robust ongoing in-product user education on safety and privacy tools, as well as global program
  - o Well-funded global digital citizenship and wellbeing program similar to Google's Be Internet Awesome
  - o Safety education video for minors at sign-up or early in account and potentially to unlock certain features

- **Review Capacity**
  - o Legal signed off on WFH review, fast tracking discussions with GenPac

- **Big Bets:**
  - o We also should consider establishing ourselves as the industry's world leader on child safety through a large scale investment @$20-40M in the development of robust external ecosystem to thwart CSAM and support victims ("Big Safety Investment"), would include initiatives like global child help textline, global case management tool that aggregates all case data for investigations and helps with prioritization, and scaleable automated system for x-industry threat information sharing.
  - o Develop a white paper following on our content regulation white paper that outlines a robust way to successfully and measurably address industry efforts to thwart CSAM

*Extent to which there is work ongoing to address the 'areas for improvement' and opportunities flagged.*

## Internal Readiness/State of Play

With a strong PM, the pressure of e2e, and a fundamental commitment to child safety, we are making real progress across many of the areas of improvement listed above, BUT we could be doing more faster if we had a dedicated pillar within the company and an executive level sponsor.

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Area | Additional notes | | | | |
| 2 | **Ready; work is complete / ongoing and on track** | | | | | |
| 3 | Sexualisation of minors policy | Ongoing: Expanded minor sexualisation policy in October | | | | |
| 4 | CSAM profile level reporting on IG | Completed: profile-level reporting option for CEI | | | | |
| 5 | CEI Search Intervention | Shipped deterrance search intervention. Work ongoing to ingest new keywords, adjust to adversarial action and make available on additional products (IG hashtags, IG handle names, IG direct thread names and discovery search) | | | | |
| 6 | Rooms | | | | | |

| # | Item | Status | | | | |
|---|------|--------|---|---|---|---|
| | | ████████████████ | | | | |
| 7 | Video Chat | Completed: Suspected groomers are blocked from video chatting with minors. | | | | |
| 8 | NCMEC numbers contextualization | Ongoing: prioritized by Child Safety DS | | | | |
| 9 | Interop minor protections | Ongoing: Just as unconnected FB adults cannot currently initiate messaging with FB minors, IGD adults will not be able to initiate messages with FB minors (ETA ahead of Interop global launch); preventing unconnected FB adults with a high IIC score from being able to reach out to IG minors. Completed: most conservative/private reach and messaging controls for minors and high volume recipients. | | | | |
| 10 | Messenger Safety Tips | Ongoing: Safety Tips for Minors when interacting with suspected groomers is planned for cross-app communications. ETA for IG: October/November | | | | |
| 11 | Tincan /Secret Conversations and Vanish Mode carve-out | Completed: Suspected groomers are now blocked from Secret Conversations and will be blocked for Vanish Mode. Users will be educated on their ability to report Vanish Mode messages for 1 hour (on Messenger) and 14 days (on IG Direct) after the message is seen. Needed: understand work on 1 hour retention period and CO review capacity to upsell reporting in addition to education | | | | |
| 12 | IIC classifier use on IG | Completed: IIC Classifier calibrated and operational allowing child safety mitigations such as gating suspected groomers from Vanish Mode. | | | | |
| 13 | Improving text classifiers to detect grooming | ████████████████████ | | | | |
| 14 | ███████ | ████████████████████ | | | | |
| 15 | COVID review challenges | In Progress: Legal has signed off on WFH review of graphic content on a voluntary basis, thereby increasing internal review capacity and allowing us to bring on vendor(s) whose employees are voluntarily willing to on CSAM review. CO has initiated conversations with vendors (in particular Genpact) but it will take weeks to get this up and running. | | | | |
| 16 | Google API | In Process: started using Google's Safety API, which includes a powerful child nudity classifier enabling us to more rapidly enqueue and review CEI and significantly improve our action rate. | | | | |
| 17 | **Somewhat ready; work is ongoing but more resources are needed** | | | | | |
| 18 | Interop: discoverability and reachability | Needs more resources: Strong discoverability and reachability controls, including further restrictions to PYMK and GYSJ | | | | |
| 19 | Interop minor protections | Planned: Hiding minors' context lines from unconnected adults when they message minors in cross-app communications and blocking | | | | |

HIGHLY CONFIDENTIAL (COMPETITOR)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | message initiation from suspected IG groomers to IG minors. | | | | |
| 20 | RTC and Rooms | On-going: In-call reporting with evidence capture work; RTC has commited to bringing themselves into parity with Rooms safety mitigations, which at minimum includes feature gating high-risk users. *In discussion*: user education/self-remediation interventions (i.e. safety notices, upsell reporting/blocking) and gating NCMEC reported users. | | | | |
| 21 | ▉▉▉ and ▉▉▉ ▉▉ | Ongoing: ▉▉▉ ▉▉▉ ▉▉▉ ▉▉▉ ▉▉▉ . *Needs more resources*: Child Safety CI team's ▉▉▉ ▉ ▉ ▉ ▉▉ | | | | |
| 22 | X-industry video hash sharing | Needs more resources: Initial conversations underway to develop universal video hash sharing in collaboration with key partners like Thorn who have done early work and our opensourcing of PDQ-TMKF in 2019. | | | | |
| 23 | ▉▉▉ ▉▉▉ ▉▉▉ | ▉▉▉ ▉▉▉ ▉▉▉ ▉▉▉ ▉▉▉ ▉▉▉ ▉▉▉ ▉▉▉ ▉▉▉ conversation up through Monika to meet with MLT and could use your support. We are also getting ready to meet with ▉▉▉ to discuss how best to present ▉▉▉ ▉▉▉ ▉▉ | | | | |
| 24 | Classifier global resilience | Needed comprehensive audit to assess and ensure child safety classifiers do not operate with bias; Ongoing: Child Safety engineer work to update text classifiers to more easily internationalize and integrate new languages for proactive grooming detection. Needed: Similar efforts for language-agnostic, image-based classifiers. | | | | |
| 25 | IG Private by Default for Minors | Two-week test running to explore the viability of Private by Default for all minors | | | | |
| 26 | Recidivism | Ongoing: Experimenting with SUMA (Single User Multiple Accounts) to identify links between accounts controlled by the same person who has been identified as as groomer and then applying friending restrictions to new accounts created by the same actor. Results are promising (prevalence delta between test and control is ~45%) and show that actor-level restrictions can amplify our ability to prevent recidivism on our platform. Need More Resources: We currently don't device disable accounts flagged for grooming if it is associated with 5 active, non-fake accounts. However, preliminary data analysis has shown that the majority of devices we were not able to disable were grooming violators and were not disabled precisely because of this 5 account rule. | | | | |
| 27 | **Not ready: work has not been prioritised and more resources are needed** | | | | | |
| 28 | ▉▉▉ ▉▉▉ ▉▉ | ▉▉▉ ▉▉▉ ▉▉▉ ▉ | | | | |

HIGHLY CONFIDENTIAL (COMPETITOR)

| # | | Description | | | | |
|---|---|---|---|---|---|---|
| 29 | Aggregated content on IG surfaces | Build classifiers to detect and take action on problematic aggregated content on surfaces like Explore, hashtag pages, Reels | | | | |
| 30 | Detecting minor sexualization | Minor sexualization policies launching in October, however AI tooling is not mature enough to proactively detect this content at scale | | | | |
| 31 | Block reach of unconnected adults to IG minors | Unlike MSGR, on OG messages can be initiated by unconnected adults to minors. For Interop, this rule is preserved in MSGR, but not for cross-network messages sent by FB adults to IGD minors or IGD adult to IGD minors. Grooming on IG ~38x as much as FB. Growth however concerned about blocking FB parents and older relatives from being able to reach out to their IGD children/relatives. | | | | |
| 32 | Reporting CSAM | Launch "Involves a Child" feedback tag where missing e.g., in FB Groups and IG comments. | | | | |
| 33 | Upsell reporting for Vanish Mode | Vanish Mode messages sent in IGD are retained for 14 days and in MSGR are retained for 1 hour. The bulk of user reports for IIC (57%) and CEI (46%) in MSGR and IGD are sent within the first hour. After the first hour, the number of reports drop off dramatically (2-5% made within each subsequent hour). However, product does not have the CO resource capacity to support reporting upsells within Vanish Mode to educate the user that even ephemeral messages can be reported and that they have a limited window of time in which to do so. Once our transparency report is released, governments will seize upon spikes in our NCMEC reporting numbers during COVID-19 to fuel calls for exceptional access legislation. We should make clear to product and CO that during a time when we have increased CEI activity on our platform, we should prioritize reporting upsells for Vanish Mode before global launch. | | | | |
| 34 | Sex trafficking classifier | We have one engineer dedicated to this work and we have no data science support to do some basic understand work to lower the strikes threshold for prostitution and sexual solicitation strikes (currently set at 17x, which is too high). This area is severely under-resourced given our SESTA-FOSTA liability. | | | | |
| 35 | Proactive CEI video and image classifier | Our CEI video and photo proactive classifiers do not perform well enough to auto-action content because we don't meet required hard action (delete) or soft action (downrank/quarantine/friction) thresholds. This has implications for company priority products and the future of their child safety measures. | | | | |

*Suggestions on how we might kick start conversations on this work.*

HIGHLY CONFIDENTIAL (COMPETITOR)

## Recommendation

Overall, we have XFN alignment on the areas of improvement and priorities and with a strong PM a good bit of this work is in process and on a relatively fast track. The biggest challenges here are structure and resourcing

On the product side child safety sits inside broader integrity efforts, which means priorities are balanced against all harms. As a result, we sometimes have to deprioritize child safety when certain issues take precedence (e.g., US Elections, racial injustice,...). We should consider setting child safety up as a separate vertical similar to privacy, with requisite staffing and funding. Assuming the vertical had an executive level sponsor, doing so also could help with weighting v growth and privacy when making decisions (e.g., ██████ ██, ██ ██ ██, age modeling, client side scanning). We might even want to consider a structural change closer to what we have done with health where we pull together the integrity challenges (child safety) and opportunities (youth centered features and apps) work; perhaps this could unlock all kinds of product opportunities (e.g., Messenger Kids, tween apps).

That said, if pushing for this is too big a lift, perhaps policy leadership could initiate a comparative analysis of how we prioritize child safety versus other top areas of concern like privacy (e.g., headcount, research funding,...) and then use that to have a more robust internal conversation regarding our commitment to child safety; and in the meantime, to deal with the most immediate existential threats outlined above policy leadership could:

> provide HC for a child safety policy SME who focuses solely on driving a child safety strategy
>
> push for product shifts that would dramatically decrease the number of cybertips ahead of e2e launch (e.g., ██████ ██ ██ ██ ██ ██)
>
> push for whatever HC and resources are needed by child safety team in CI to help them do more, faster ahead of e2ee; *note: this isn't something I have run by Guy*
>
> push to improve our age models and make them globally operational since all child safety mitigations rely on underlying age models; *note: some of this was discussed as part of age verification discussion, and there was commitment to do some of this but*
>
> help unlock exploration of the most privacy sensitive client-side scanning in case we need it as an off ramp
>
> consider a large scale investment @$20-40M in the development of robust external ecosystem to thwart CSAM and support victims ("Big Safety Investment")

---

# Age Assurance/Appropriateness

*Where are we with the various policy discussions relating to children on our apps.*

## Policy Landscape

*With increasing frequency safety stakeholders are demanding that we do our utmost to keep U13 users off our platform and that we appropriately account for U18 users in the design of our services. Gaps in this area help fuel online harms legislation and regulation of various kinds, as well as significant negative stakeholder feedback and PR. With a few key product changes, regulatory collaboration and/or investment in research we can prevent ill-considered legislation (e.g., requiring id age verification at sign up, 18+ requirement for social media,... ), secure the support and confidence of child safety stakeholders, including policymakers parents/caregivers, and reduce bad press. Priority Countries: countries of jurisdiction, US and Ireland, and countries that are highly vocal and influential in region AU, UK, Brazil, South Africa and India.*

## Legislative/Regulatory Action

Trends:

- **Growing momentum for mandatory child safety by design:** Prompted by UK's ICO Age Appropriate Design Code and Australia's eSafety Commissioner's Safety By Design principles', more and more policymakers around the global are looking at child safety by design requirements

- **Increasing number of countries adopting >13 age of digital consent, parental consent and age verification laws:** Policymakers in India have proposed legislation requiring parental consent for those under 18; policymakers in various African countries exploring the same; and in Korea where such legislation already exists they are exploring mechanisms for verifying parental consent.

Specific Bills:

- US: FTC to update COPPA rules (expected in 2020)
- UK: Age Appropriate Design Code (likely implemented in H1 2021 subject to Parliamentary approval), Online Harms Bill

- Ireland: Child Safety and Media Regulation
- Australia: eSafety Commissioner's Safety by Design principles, amendments to the Online Safety Act
- Brazil: Internet Steering Committee ("CGI") focused on ads for minors and use of minors data (e.g. Bill 1746/2015)
- Germany: Federal and Interstate Youth Law (likely to come into effect in H2 2020; proposes browser-level age verification for German citizens)
- South Africa: Protection of Personal Information Act 4 of 2013 (July 1, 2021)
- Philippines: Safer Internet Bill (parental consent for U18s)
- India: Personal Data Protection Bill, 2019 (requires age verification and parental consent)
- SSA: Zimbabwe's Cyber crimes bill (parental consent and robust age verification), South Africa Films and classification amendment act 2020 (registration, self classification, age verification for pornographic sites), Kenya Data Protection Act 2019 (age verification for under 18's on social media platforms)
- Indonesia and Philippines: Draft bills w/r/t age-verification to ensure minors not exposed to "inappropriate/immoral content"
- South Korea and Japan: Proposals requiring we verify age through mobile phone numbers
- Colombia/Peru/Paraguay/CENAM: routine bills on mandating blocking content for kids (video games, social media, educational, etc)

*Where we think we are most vulnerable and need to step up our efforts.*

## Immediate Product Vulnerabilities

- We lack a U13 classifier, insufficient means to detect and remove u13s at scale
- We also have deprioritized u13 enforcement because COPPA compliance is at risk when we sit on knowledge of u13, incentivizes not knowing
- Age prediction models are not that accurate, reducing the efficacy of classifiers like the grooming classifier and requiring more reliance on human review
- Age prediction models are not globally operational; as a result, integrity measures that leverage age are inconsistent and unreliable, including child safety protections
- Age prediction models are not globally resilient, they tend to perform better in Western markets and worse in emerging markets
- Age models do not work as well on IG; as a result, we have no ability to more granularly gate minors out from age-related experiences on Instagram.
- As a result of all of the above, are age-gating doesn't work as well as it should yet we offer age-gated products like Watch Together, FB Dating,... and we have minors who appear as young as 12 years old.
- Lack of u18 checkpoint: Risk having u18 users on 18+ products like FB Dating, Marketplace, Mentorship, or as under-age parents on Messenger Kids
- Age verification: We remain reactive on age verification, pushing for a device side solution, when we're getting increasing policymaker pressure to be proactive while our competitors improve their approaches

## Areas of Improvement

The development of a device-side system for age verification to block U13s from our services will go a long way to addressing the concerns of child safety stakeholders, but we should fast track that effort. We also should improve our age identifying classifiers and expand "age appropriate" protections and experiences. Below are specific suggestions:

- **U13 enforcement:**
  - Prioritize cross-enforcement of u13s on IG who have hard-linked FB accounts.
  - Clear current u13 backlog (~700K job backlog) which is currently not resourced.
- **U18 enforcement:**
  - Create an u18 checkpoint to effectively manage gating u18s from 18+ products
- **Age verification:**
  - Use age prediction in combination with age verification checkpoints to gate based on age-gated product or content.
- **Age Model improvements:**
  - Expand best available age models to more markets
  - Improve age model accuracy in emerging markets
  - Improve age models on IG, we currently only have stated age for ~67% of IG users and age models don't work as well, need IG leadership to consider collecting age for the remaining users for whom we have no stated age.
- **Age Audit:**

- - o Review our default settings and gating for minors, pressure test them identify improvements (e.g. GYSJ and PYMK restrictions), and implement them
  - **Safety by Design:**
    - o Develop a "safety by design" process or product safety review similar to privacy review
  - **Education:**
    - o In product U18 specific user education on safety and privacy tools (e.g., unique user education at sign up)
  - **Age appropriate experiences:**
    - o Develop 13-16 yo, 16-18 yo and 18+ experiences

*Extent to which there is work ongoing to address the 'areas for improvement' and opportunities flagged.*

## Internal Readiness/State of Play

Overall we are quite vulnerable when it comes to age management on our apps. To some degree that is because leadership has decided to live with certain risks at least in the near term. For example in March, we decided we would not build a classifier to detect minors under 13 years old. Identity Integrity identified a PM who will own age verification but we will only prioritize this work when we face clear legal obligations to do so. Instead, we will push industry partners for device/OS level age verification and management solutions as they are best placed to do this well. At the same time, leadership did not rule out improving our age classifiers and we are building age specific experiences, but that work is not advancing with the same speed as external pressures on this subject.

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Area | Additional notes | | | | |
| 2 | Ready; work is complete / ongoing and on track | | | | | |
| 3 | Preventing unconnected adults from initiating messages with FB minors | Using a combination of stated age, age prediction models, and hard-matched or high-confidence soft matching, product work is ongoing and on track to prevent unconnected IG adults from initiating messaging with FB minors in cross-app communications. | | | | |
| 4 | Parental Controls | Work is ongoing to bring parental controls to Oculus -- the only gaming platform that doesn't have parental controls. Unification across the company and account linking puts Oculus on notice of users' ages. But as a platform that will largely pull from FB data to predict age, backend protections for minors on Oculus will also rely upon improving our age models. | | | | |
| 5 | Somewhat ready; work is ongoing but more resources are needed | | | | | |
| 6 | IG Age Affinity Models | Core Dimensions is building out age affinity models to drive the appropriate usage of age on IG through better onboarding, usability and enforcement. However, age models do not work as well on IG because IG only started to collect age data for new sign ups in December 2019. Thus, we currently only have age for ~65% of IG global Monthly Active Users using stated age (using either an IG stated or FB hard match). Age collection on IG has previously been criticized as being for the purpose of targeting ads, and intrusive to users who do not necessarily need to bring their authenticated selves to the platform. Relying on stated age on similar apps in the industry also have also resulted | | | | |

META3047MDL-034-00037245

| | | | | | | |
|---|---|---|---|---|---|---|
| | | in age lying and misrepresentations, and fines for collecting children's personal information. While IG leadership has been periodically engaged with Core Dimensions, we'd recommend accelerating progress on these improvements and have strong leadership backing to prioritise age model maturity on IG. | | | | |
| 7 | U13 enforcement | Ongoing: Recently, Identity Integrity did agree to enable cross-enforcement of u13s on IG who have hard-linked FB accounts since basic COPPA compliance is at risk when product does not prioritize checkpointing and disabling u13s. There is a chance, however, that this fails to get resourced because of engineering constraints on that team. However, there's also a current u13 backlog (~450K job backlog) that must be addressed via workload allocation and automation (i.e. auto-accept all other age change requests, which is a combo of people going from 13-18 > 18 and people going from >18 to 13-18). This backlog is currently not resourced and has been escalated to Ops Resources. In the current state, we would not be able to reduce the backlog to zero for another year. The cross-enforcement of u13s may also be at risk if the 2020 elections need more investment. | | | | |
| 8 | Global use of age models | The best performing age model is not yet globally operational, which leads to a patchwork of integrity measures across the company that leverage age, including our Child Safety models that provide protections for minors on our platform. We need more (a) review resources to establish ground truth data on age in priority markets, which takes headcount and capital, as well as (b) more engineering resources to invest in model improvements where accuracy is poor (e.g., India). We could start by engaging with Core Dimensions (the product team who owns the age models) on what markets we've identified and stack ranked as a Policy org to prioritize with their available H2 resources. | | | | |
| 9 | Accounts You May Follow (Instagram) | Unlike Facebook's People You May Know model, which prevents unconnected adults from discovering or initiating conversations with minors, Instagram has no similar logic for Accounts You May Follow, largely in part because we historically did not have age-related data for IG accounts. We're in the process of deep-diving into true positive prevalence labels to determine the most common surfaces where violators find their victims, so we can measure the impact of our efforts to reduce minor discoverability | | | | |

HIGHLY CONFIDENTIAL (COMPETITOR)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | on selected surfaces (e.g. search, suggested accounts). | | | | |
| 10 | Not ready: work has not been prioritised and more resources are needed | | | | | |
| 11 | Age data on IG | Age models do not work as well on IG because IG only started to collect age data in December 2019. In addition, Adam Mosseri will not support upselling age collection for existing users because he sees it as intrusive data collection. Thus, we currently only have stated age for ~67% of IG users. We recommend engaging with IG leadership on collecting age for the remaning ~33% and prioritizing age model maturity on IG. | | | | |
| 12 | Addressing virality on Instagram | Minors who go viral on Instagram will likely experience increased interactions with unknown people. As their content and by extension their account becomes surfaced to more unconnected people, they would benefit from additional protections that they can turn on, like limiting who can send them private DMs or follow requests. However, with a lack of age data, we cannot effectively develop solutions at scale that address virality of minors on Instagram without also generating a large number of false positives / false negatives. | | | | |
| 13 | Inability to automate groomer disables | Our biggest enforcement gap in relation to age for child safety is currently our inability to automate decisions accurately to enforce against groomers. The Adult Classifier — while it is our best available age model to determine whether someone is a teen or non-teen — cannot determine age gaps at a granular level which hampers our ability to action our policies, which rely on making specific age determinations, i.e. if the victim is 14 years old or younger and the offender is 18, disable and escalate but if the victim is 15 and the offender is 18, checkpoint the offender. However, single-year granularity is really difficult to achieve with machine learning models. Thus, we'd also need additional human reviewer investment to get better at this. | | | | |
| 14 | U18 checkpoint | We do not yet have product support or resources for an u18 checkpoint where we can efficiently manage u18 users who are reported or detected on 18+ products like FB Dating, Marketplace, Mentorship, or as under-age parents on Messenger Kids. Identity Integrity, which owns underage checkpoints, has no plans to invest in age management in H2 and will instead prioritize impersonation work. Central Privacy has decided to | | | | |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00037247

| | | | | | | |
|---|---|---|---|---|---|---|
| | | stand up a small team on youth privacy but they have not yet hired a PM and have offered to prioritize a few low business cost/high policy impact projects for H2. If Identity Integrity cannot prioritize age because of U.S. GE 2020, our best opportunity might be with Central Privacy's willingness to help and we could push for immediate hire of a PM to make some progress on this work in H2. | | | | |
| 15 | Age verification pressures | We will likely continue to face external pressure to verify age. YouTube announced this week that they will ask European users to provide proof that they're above 18 if they seek to access age-restricted videos. The goal is to help YouTube comply with the EU's audiovisual media services directive, which requires platforms to protect minors against harmful material. We could take a similar approach where we use age prediction to put people into additional age verification checkpoints based on whether a piece of content or product feature is age-gated. We could also treat all users as u18 for any of these age-gated features or content until our age models generate a prediction that they're over 18. The challenge is getting our age models globally operational and justifying such an approach to product growth teams. | | | | |

*How we might kick start conversations on this work.*

## Recommendation

Our overarching recommendation is the same as mentioned above, create an independent child safety vertical, and include this issue as a priority within that vertical to ensure it the proper focus and resources . Again, if that is too big a lift, to deal with the most immediate vulnerabilities w/r/t to age assurance, management and appropriate design policy leadership could:

> provide HC for a child safety policy SME who focuses solely on driving a child safety strategy

> sign off to conduct an expert audit of our default settings and protections for minors, identify improvements (e.g. GYSJ and PYMK restrictions), and implement them.

> ensure product and CO have the resources need to act on knowledge we already have, i.e. clear our backlogs, disable verified u13s, build an u18 checkpoint to review minors who have been reported on 18+ products like FB Dating, etc..

> establish as basic company principle that if we're using predicted age for business purposes, we should do the same for enforcing on age/safety

> support improving our age classifiers and operationalizing them based on a stack ranking of our most sensitive policy markets

> prioritize rapid improvement of IG age models given younger demographic

> urge Central Privacy to fast track hiring of a youth privacy PM and to prioritize a few low business cost/high policy impact projects for H2

---

## SSI

### Policy Landscape

*While SSI experts support our existing policies and our commitment to ongoing review of our policies, the need to explain the ever increasing rate of death by suicide and concerns about the impact of social media on youth well-being more broadly keep*

META3047MDL-034-00037248

*us under heightened scrutiny in this area — most notably in the UK. Specifically, this translates into concern among some policymakers and stakeholders that almost any exposure to this content for minors "normalizes" it and puts them at risk, and these concerns which help fuel online harms legislation to ensure we behave responsibly. At the same time, some policymakers, most notably the IDPC, and health policy experts are raising privacy related questions w/r/t our work in this area, creating a tension between those who push for increased scanning and those who want us to take a more privacy sensitive approach. This tension begs for a forward leaning approach involving both sets of stakeholder to come to agreed upon norms.*

## Legislative/Regulatory Action

- UK: Coroner's report from inquest into the death by suicide of British teenager Molly Russell due (pre-inquest review hearing September 25); Online Harms Act; UK Samaritans guidance for industry released 9/10 recommending a single PoC, clearer policies to prohibit "normalizing" SSI and no encryption* to ensure can scan for this content in messaging
- Ireland/IDPC/EU: IDPC has continuing privacy concerns around processing of mental health data when running our SSI classifiers, as a result we are taking a far more limited approach in the EU which means we are susceptible to more press fires
- EU: under the e-privacy directive scheduled to take effect in December 2020, OTT communication services have to get explicit individual opt ins (~GDPR) for the classifiers we run, including SSI classifiers.
- Denmark: Documentary on Danish group suicides leading to proposals from Danish regulators for regulating social media
- Korea: bullying of celebrities in Korea (K-Pop) driving regulatory initiatives, incl. liability for platforms failing to remove content, or compelling data disclosure to victims in civil claims.
- Japan: Proposed 'defamation' and cyber-bullying' regulation following celebrity cyber bullying case connected to a suicide.

## Immediate Product Vulnerabilities

- only one classifier running in the EU → escalations, heightened risk on IG specifically because of how #tags work
- lack self-harm support resources (e.g. eating disorders, cutting); currently, we send suicide prevention resources and tips to people engaging in any kind of self-harm; facing particular scrutiny on this w/r/t eating disorders
- lack different resources and specific actions for users who are using our platform to promote versus admit suicidal ideation
- lack population/risk specific resources on the SSI checkpoint
- IG:
  - lack classifiers to detect and take action on problematic aggregated content on surfaces like Explore, hashtag pages, Reels
  - spaces like IGD being used to encourage or promote suicide e.g., group suicides in Norway that occurred last year and we don't scan there, without e2e resilient detection mechanisms
- Borderline content: borderline SSI policy in place but still waiting on a classifier; labelling exercise required to inform the classifier is on hold due to limited COVID-19 reviewer capacity
- Product infrastructure limitations: inhibit our ability to make necessary guarantees around protection of mental health related data; resourcing and prioritizing Purpose Policy Framework for protection of health information

## Areas of Improvement

Resolving the conflict with the IDPC so we can use our existing SSI classifiers in the EU will go a long way to addressing the policy heat we face in the UK in particular. That said, we should continue to stress test our SSI policies and implementation standards including on borderline content and SSI promotion vs. admission, and build a more context sensitive response system with differentiated actions and resources. We also have an opportunity to lead here by 1) working with privacy and safety stakeholders together to develop best practices with regard to AI, responses, data retention,... and 2) helping build a global crisis text line system.

***Extent to which there is work ongoing to address the 'areas for improvement' and opportunities flagged.***

## Internal Readiness/State of Play

On SSI, we are making progress on policy development re boderline content and strengthening our engagement x-industry and with experts. Our key limitation here remains the inability to use our existing SSI classifiers in the EU. We also don't have work underway to build classifiers on IG to detect and take action on problematic aggregated content on surfaces like Explore, hashtag pages, Reels. In addition we need to continue to refine our ability to provide people with more local/ culturally relevant resources depending on the crisis they are experiencing (self harm vs eating disorders vs suicidal ideation...).

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Area | Additional notes | | | | |
| 2 | Ready; work is complete / ongoing and on track | | | | | |
| 3 | SSI industry guidelines | Launched, with a focus on providing tech companies with a | | | | |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00037249

| | | | | | | |
|---|---|---|---|---|---|---|
| | | menu of options rather than prescriptive guidance | | | | |
| 4 | Detection and actioning of Borderline SSI content based on new policy | Ongoing (ETA: H1) | | | | |
| 5 | Splitting out our violation types between more narrow categories within Admission and Promotion and action appropriately | Ongoing (ETA: end of Q3) | | | | |
| 6 | Prioritization to weigh various safety risks associated with the types of SSI videos. | Ongoing (ETA: Q4) All SSI live videos currently carry same weight for reviewers, need to assess how to streamline more severe ones and how defined. | | | | |
| 7 | Addressing harmful content by understanding if a frequency based prevalence metric can measure harm | Ongoing (ETA: H2) | | | | |
| 8 | Updating search interstitials and content takedown messaging incorporating more helpful, educational, and empathetic language | Ongoing (ETA: Q4) | | | | |
| 9 | **Somewhat ready; work is ongoing but more resources are needed** | | | | | |
| 10 | Establish processes to look for SSI misses, improve escalation connections and protocols for LIVE, improve our escalation recall, and increase the number of escalations to Law Enforcement | Better understand and respond to content indicating credible intent of suicide; potential constraints due to classifier limitation in the EU | | | | |
| 11 | Addressing gaps in resources and coverage for specific types of self-harm, breaking apart eating disorders, cutting, suicide, etc. | Address current resource provision for all forms of SSI centering around suicide; particularly relevant for eating disorders on IG | | | | |
| 12 | Address gaps in LIVE SSI escalation protocols | Exploring feature blocking in specific circumstances, removing VOD, better defining movement from passive to active attempt) | | | | |
| 13 | Adoption of self-applied warning screens for people demonstrating an intention to share self-harm. | Testing adoption, need clearer policy education for violations without appearing to punish those using platform for admission and recovery purposes | | | | |
| 14 | Detection and actioning of Borderline SSI content based on new policy | Ongoing (ETA: Q3) | | | | |
| 15 | **Not ready; work has not been prioritized and more resources are needed** | | | | | |
| 16 | Spaces like IGD used to encourage or promote suicide in the EU | Build classifiers to detect and take action on problematic aggregated content on surfaces like Explore, hashtag pages, Reels | | | | |
| 17 | Bullying of celebrities | Revisiting definitions of public | | | | |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00037250

| | | | | | |
|---|---|---|---|---|---|
| driving regulatory initiatives | figures with OCP and making the case for more narrower scoping, but we may not make movement on policy in time and past efforts to narrow what can be said towards public figures have been challenging | | | | |

*How we might kick start conversations on this work.*

## Recommendation

To the extent we want to make faster headway on the "areas of improvement" w/r/t SSI and well-being, safety policy needs more HC to support our health policy lead as she currently manages SSI, health and well-being policy. The product teams have grown in these areas and need more policy support.

---

## Well-Being

### Policy Landscape

*While we have made product adjustments to address concerns in this area (e.g., changes to Newsfeed, hiding likes on IG,...) thought leaders and academics continue to ask questions about the impact of our apps on the social and emotional development and well-being of young people (e.g., recent release of the "Social Dilemma"). At the same, the physical distancing requirements of the COVID-19 pandemic have generated greater appreciation among policy makers and the press for the role technology can play in supporting mental health and well-being (e.g., keeping people connected, managing loneliness, etc.). This shift of focus from how tech may create, increase or exacerbate mental health and well-being issues to how tech can assist in combatting some of them is an opportunity for us. Of course, a failure to execute well could surface an even worse "tech backlash" around mental health and well-being issues negatively associated with technology (e.g., passive time spent, pressure to be perfect, FOMO, etc.) and fuel some ongoing legislative/regulatory efforts.*

### Legislative/Regulatory Action

- US: FTC to update COPPA rules (expected in 2020)
- UK: Women and Equalities Select Committee Changing the Perfect Picture: an inquiry into body image to study impact of advertising and social media on body image
- Denmark: concerns around wellbeing and loneliness have led to calls for regulating content on social media.
- Zimbabwe: Cyber Security and Data Protection Bill
- Mexico: Persistent bullying issues in schools spilling over online, President's son bullied publicly raising questions of censorship on social media.

### Immediate Product Vulnerabilities

- Some core features of products connect to larger societal challenges around body image and objectification of women (e.g., AR face altering filters on Instagram, likes, etc.)
- Some core features of products connect to larger societal issues around social comparison and picture perfect lives (e.g, likes and comments)
- Prominence of eating disorder-related content in searches and recommendation surfaces like Explore because of both (a) limited policy definitions around what constitutes ED content and (b) no ED-related classifiers that we can run across our surfaces.
- Some gaps in tools to protect against bullying:
  - IG DM: minimal control re: who can send you a DM request
  - IG DM: no keyword filter tool
  - FB: no mass comment moderation tool

### Areas of Improvement

There is a need for stronger research around how our apps and social media broadly impacts the social and emotional development and well-being of young people, particularly w/r/t to issues of social comparison. Until we have that we will be chasing the narrative and those who want to capitalize on the issue. To lean into the issue, not only can we support research efforts, which will take time, in the short term we also can to demonstrate our commitment to building a supportive community through efforts such as building group admin support learning units, expanding WA business API for crisis support orgs, funding CSOM and the connected generations initiative.

- **Research**: support internal and external research around social comparison and loneliness w/r/t social media, and any

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00037251

pontential connections to SSI, bullying, and harassment

- **Product:**
  - o Proactive bullying AI comment filters on FB to get parity w/ IG and mass comment moderation tools
  - o Need to ensure global mental health efforts are culturally sensitive and align with existing approaches towards mental health;
- **Policies:** Refining public figure definitions and developing more protections from harassment for public figures, including protecting them from attacks on their physical appearance, gender, race, or other protected characteristics; including focusing on U18 public figures as this is an area of vulnerability for IG
- **Resources:** Expanding mental health resource pages that are easily accessible to users and regionally and age applicable

*Extent to which there is work ongoing to address the 'areas for improvement' and opportunities flagged.*

## Internal Readiness/State of Play

We're making progress connecting people with resources on the COVID Information Center and with a new mental health resources landing page. We need more product work on issues such as social comparison, bullying of minor public figures. We are expanding CSOM but need more resources on product given the need to demonstrate value of encrypted surfaces for connecting people with safe, private and secure support.

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Area | Additional notes | | | | |
| 2 | **Ready; work is complete / ongoing and on track** | | | | | |
| 3 | Mental health resources aimed at addressing specific challenges experienced during pandemic | Fuller set of tips and resources covering a range of mental health topics and needs appearing on COVID-19 information center | | | | |
| 4 | New mental health resources landing page under development | Ongoing: Pilot in subset of countries to ensure cultural risks are mitigated | | | | |
| 5 | Wellness Guides | In-app, invite-only product for mental health organisations to share wellness and mental health tips. Partnerships with IG creators to amplify Guides | | | | |
| 6 | **Somewhat ready; work is ongoing but more resources are needed** | | | | | |
| 7 | Social comparison | Social comparison product work was deprioritised in H2 in favour of election preparation; we need to reinvest in it in H1 | | | | |
| 8 | Expanding crisis service over messenger | Expansion with one US partner under way, product resources secured; should explore global expansion tied to concurrent Connected Care health work | | | | |
| 9 | Creating loneliness focused product experiences | More important than ever to help connect people during this time; research continuing, goal for product ideas Q4 | | | | |
| 10 | Eating disorders | Build classifiers to detect and take action on eating disorder content specifically on both FB and IG; Commission research into eating disorders and | | | | |

HIGHLY CONFIDENTIAL (COMPETITOR)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | how people engage with this content on Instagram and Facebook (pending final agreement and funding) | | | | |
| 11 | Hiding Likes | Users commonly compare validation metrics such as like & follower counts to trigger negative social comparison. While we initially experimented with Project Daisy (hiding Likes), broader rollout on Instagram has been put on hold while Facebook considers bringing Daisy to the Blue app. We need to prioritise rollout on Instagram as soon as possible given the younger demographics. | | | | |

*How we might kick start conversations on this work.*

## Recommendation

Given the lack of solid research in this area, making it hard for us to move quickly and thoughtfully on the product side amid continuing pressure from thought leaders and influencers in countries of jurisdiction, we'd recommend a high profile demonstration of our commitment to the issue that also helps us advance strong actionable research such as supporting the launch of the Digital Wellness Lab with the Center for Media and Health at Boston's Children Hospital and Harvard Medical School. A commitment of this kind, alongside efforts like hiding Likes, building ED classifiers for content removal, expanding support resources, should help us lean in to this issue and be seen as acting responsibly.

## Racial Justice

*Also suggest internal audit to ensure that all safety classifiers are globally resilient, globally operational and without bias.*

## Additional Quips/Docs

- Child Safety State of Play Interim update - September 2020
- Child Safety - State of Play (7/20)
- H2020 Global Safety, Health and Well-Being Policy Plan
- H12020 Plans (Review)
- Safety Policy Product Asks
- H2 Plans
- Safety Legislative / Regulatory Tracker
- Managing CEI Reviews During COVID-19

Contact Support

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00037253