# AMENDED Exhibit 318

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

(Meta) Zuckerberg Exhibit 91   3.27.25 mlr

Message

| | |
|---|---|
| **From:** | ▇▇▇▇▇▇ [/O=THEFACEBOOK/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=▇▇▇▇ |
| **Sent:** | 2/25/2009 5:53:11 PM |
| **To:** | Chris Cox ▇▇▇▇▇▇ ▇▇▇▇ ▇▇▇▇ ]; Mike Schroepfer ▇▇▇▇ ]; Mark Zuckerberg ▇▇▇▇ |
| **Subject:** | Re: Let parents be parents on Facebook |

What got me thinking about this was that there was a recent meeting at my daughter's high school here in Palo Alto, where a number of parents boasted that they do not allow their 13-16 year old children on Facebook. I believe that the perception these parents have of the site is formed by the incidents that get reported by the popular media, and are "confirmed" by numerous signals such as "online social networks" being a checkbox on popular family firewalls. These parents believe that they are being responsible by not allowing their children on Facebook. I want to create the conditions that would help them overcome their fears by allowing parents to feel (and actually be) responsible while bringing both parent and child to Facebook. I don't have hard data to confirm how widespread these concern are, but my gut feel is that as the age of the child decreases the percentage of reluctant parents increases, and by the time we are talking about under-13 users this would be the majority of parents. In stepping back and thinking as an unbiased parent,  if I could chose between my child using a social network that gave me some monitoring and one that didn't, I would direct my child to the network that included the monitoring, and would engage with that network myself to accomplish that goal.

▇▇

On 2/25/09 8:42 AM, "Chris Cox" <▇▇▇▇▇▇▇> wrote:

> Thanks ▇▇. This is interesting. It doesn't immediately strike me as high-leverage as much as nice to have. This seems like a bunch of work for things that the parent could do manually, i.e. reviewing this with the child (I.e. Logging in with them) vs using specific software to manage their account externally.   On first pass it would easily get complicated from a UI/UEX perspective unless we were prepared to put a lot of time into it.
>
> How much of a problem is it today that we can't do this?
>
> On 2/24/09 5:38 PM, "▇▇▇▇▇" ▇▇▇▇▇▇▇▇ wrote:
>
>> I suspect that this feature may be somewhat controversial, so to limit the distraction, I'll bounce this off the three of you first to get some feedback on whether this is worth exploring further. I would like to see us add an opt-in feature, which would allow a Facebook user (child) to designate another user (the parent) to have certain auditing rights and limited controls over the child account. There would be no mechanism for one user to force or even request this of another, and thus this would only be imposed via social contract between the parent and child, such as "If you want to be on Facebook, then you must designate me as your parent and give me parental auditing". The dynamic that this creates is to give parents an opportunity to act as parents on Facebook as they would in other dimensions of their children's lives, shifting the primary responsibility for protecting and supervising children from Facebook to parents, which I believe is the only scalable and effective way to address the issues of minors on Facebook.
>>
>> The auditing that I had in mind for the initial version of this product is quite simple, but addresses three key issues.

CONFIDENTIAL

1. The ability to review financial transactions generated by the child account. This will address the common chargeback issue of parents who contest charges on their credit card generated by their children.
2. The ability for a parent account to approve friend requests that don't meet specific criteria, such as the number of existing friends in common between the new friend and the child, or age restrictions. Obviously, this contributes to online safety.
3. Parents could receive notifications of UO warnings against a child account. We want to encourage parents to take a role in managing their children's online behavior, as we can't afford to act as the parent for all the underage users on Facebook. This role could be extended to include other support functions that parents could provide for their children, such as password reset and other account management issues.  While this type of auditing might be controversial and be a concern for some minors, it could also have the effect of being a deterrent to behaviors that might otherwise require further attention by UO.

The parent account would be able to view the permissions granted to them by a child account, and would be notified of any change in the granted permissions, but would not be able to impose permissions, as those could only be given by the child. However, for children under the age of 13, we could require that the child account designate a parent and grant them specific auditing rights.

I believe that this would be growth positive as it creates an additional option for parents over today's binary choice between "sure you can go on Facebook, just be safe", or "you can't use Facebook". Further, as it would require that parents be on Facebook in order to participate in the system, this could be a catalyst for adoption by this demographic. I expect that this feature would have tremendous PR value, and given that it is a 100% opt-in program under control of the child account, I wouldn't expect meaningful backlash from privacy advocates.

█

CONFIDENTIAL

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-040-00225130-META3047MDL-040-00225131

**Custodian:** COX_CHRIS; ZUCKERBERG_MARK

**Author:**

**Filename:** RE: LET PARENTS BE PARENTS ON FACEBOOK

**Create Date:** 2/25/2009 9:53 AM

**Last Modified Date:** 2/25/2009 9:53 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /ZUCKERBERG_MARK/TOP OF PERSONAL FOLDERS/INBOX; /COX_CHRIS/TOP OF PERSONAL FOLDERS/INBOX

**Confidentiality Designation:** CONFIDENTIAL

**META_Pointee:**

**META_Pointer:**