# AMENDED Exhibit 321

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

EXHIBIT 8
Deponent Sinha
Date 12/5/24 Rptr. LT
WWW.DEPOBOOKPRODUCTS.COM

Message

**From:** ████████████ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=28CF7572B739406CB5935BC7D0FD6D4A████]

**Sent:** 1/15/2024 12:55:21 AM

**To:** ████████████ ]; Ravi Sinha [████████@meta.com]; ████████████ ]; ████

**Subject:** Message summary [{"otherUserFbid":null,"threadFbid":24230036373307842}]

**Attachments:** 418964846_378998361375558_183941025795471679_n.png; 418658110_1072190597459905_4522473452912131958_n.png

████ (1/14/2024 15:48:58 PST):
>Ravi/████ - apologies for the late sunday ping - crashing on getting MZ some CSAM materials shortly - ive flagged this comment for Antigone via ping but in case either of you can also confirm, would be much appreciated

████ (1/14/2024 15:49:16 PST):
shared: 418964846_378998361375558_183941025795471679_n.png

████ (1/14/2024 16:09:23 PST):
>confirmed with Antigone it's correct! @silent

████ ████ (1/14/2024 16:35:28 PST):
>I'll be offline for the night. If csam related please ping Ravi. I cover youth well being. Thx

████ (1/14/2024 16:35:54 PST):
>Please call me directly if it's an emergency. Thx

████ (1/14/2024 16:36:15 PST):
>will hope to avoid that! thank you!

Ravi Sinha (1/14/2024 16:37:56 PST):
>████ - I don't think the highlighted section is correct.  Is that the part you're trying to confirm?

Ravi Sinha (1/14/2024 16:39:36 PST):
>Prior to the Task Force, we had some limitations the recommendations between minors and potentially suspicious adults, but they didn't cover everything and we're always bi-directional.  As part of the task force, we rolled out bi-directional protections to, most notably, PYMK recommendations.  But they didn't exist there prior to the Task Force.

████ (1/14/2024 16:41:02 PST):
>hi Ravi - yes, especially in relation to the added comment (highlight on the right with the comment vs highlight on the left from the graphic)

████ (1/14/2024 16:43:31 PST):
>this is what Antigone said for full vis - want to just make sure we're all aligned before we lock that slide in

████ (1/14/2024 16:43:36 PST):
shared: 418658110_1072190597459905_4522473452912131958_n.png

Ravi Sinha (1/14/2024 16:45:15 PST):
>Ok, thanks.  We can spin up a chat with Antigone and others as needed. My understanding is that, prior to the CSTF, we were recommending minors to potentially suspicious adults and vice versa in PYMK. Closing that gap, which we did, was accomplished as part of the CSTF.  Here's post documenting that we closed it in H2 of last year:

Ravi Sinha (1/14/2024 16:45:36 PST):
>https://fb.workplace.com/groups/friendingteam/permalink/25122540500701228/

Ravi Sinha (1/14/2024 16:45:46 PST):
>https://fb.workplace.com/groups/2359448527672153/permalink/3653537714929888/

████ (1/14/2024 16:46:37 PST):
>i can just add here here if that works?

Ravi Sinha (1/14/2024 16:46:51 PST):
>Sure, please do.

████ (1/14/2024 16:47:22 PST):

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-073-00003522

>hi Antigone, sorry to add you to yet another chat - just wanted to have full clarity on this slide that we're finalizing

█████████ (1/14/2024 16:47:49 PST):
>this is Ravi's recollection so just want to make sure we give OC the latest guidance on what that slide should say

Ravi Sinha (1/14/2024 16:53:51 PST):
>@█████ - Could you please confirm that:
>(1) we implemented bi-directional MaCSA protections for adult-minor PYMK recommendations
>and
>(2) that MaCSA-based adult minor-PYMK protections didn't exist prior to the CSTF?

Ravi Sinha (1/14/2024 16:55:21 PST):
>███'s team drove that work as part of the Task Force, as I recall.  Here's the escalation doc for it: https://docs.google.com/document/d/15vpR9H1eO2CP4SMdwAyWNP2q6qkhZNiYr1LQICkwUGM/edit
>
>#shareadoc

HIGHLY CONFIDENTIAL (COMPETITOR)

# Document Withheld for Privilege

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-073-00003524

## Document Withheld for Privilege

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-073-00003525