# AMENDED Exhibit 323

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-034-00120531-META3047MDL-034-00120585
**Custodian:**
ANDREWS_KYLE;███████████;BHUTADA_SHRUTI;BURKE_MOIRA;CASTANEDA_DIEGO;███████
BRANSON_HITOMI;HENDRIX_KRISTIN;████████████MODY_SHILPA;█████████████
**Author:** HITOMI HAYASHI-BRANSON
**Filename:** RESEARCH PLAN - SETTINGS AND PRIVACY - LA (SMART DEFAULTS)
**Create Date:** 8-5-2019 12:00 AM
**Last Modified Date:** 2-4-2024 12:00 AM
**TNAG BEGBATES:**
**TNAG ENDBATES:**
**MAAG BEGBATES:**
**MAAG ENDBATES:**



# Research Plan - Settings and Privacy - LA (Smart Defaults)

*US Smart Defaults Plan approved: T46017675*
*International plan Pending approval: A/C Priv - T47822280*

## Goals

- To develop an understand of how users us existing tools and settings and how they can be improved (for users who have been bullied).
  - Understand how targets use (or don't use) privacy settings, and identify opportunities for improvement
  - Understand expectations of privacy and reachability

## Specific Aims

### Understand work

- To explore users' understand of existing tools
- To explore when and why users implement these tools
- To explore gaps in existing tools
  - Private
  - DM reachability
  - Tags
  - Mentions

### Testing products

- **Privacy/Smart Defaults: To understand different privacy and security concerns and needs across:**
  - Different populations (e.g., teens versus adults, communities/groups)
  - Situations/scenarios/Use cases (e.g., when i'm looking for a job, when i'm being bullied)
  - To understand what default packages would be useful for users who are starting an account
  - (Definitions: Security- account access and use, Privacy- account content and interaction)
- **Away mode**
  - To understand different situations when users would want to take a break from IG and social media
  - To understand what factors are most disruptive (e.g., notifications and which ones)
  - To test away mode concepts
- **Settings/Existing tools**
  - [fill]

## Methods

- 1-1 In-depth interview

## Location

- US - LA (High D&D rate and also the second highest MAP)
  - https://our.internmc.facebook.com/intern/daiquery/report/32208087872853 8/680239925778399/407046776828026/ - the absolute number of deletions and deactivations, and also % of D&D against DAP - LA has a high D&D rate and also the second highest MAP

| city | ig_map_30 | avg_daily_deletions | avg_daily_deactivations | daily_deletion_percentage | daily_deactivation_percentage |
|---|---|---|---|---|---|
| New York | 6157126 | 884 | 1825 | 0.014367 | 0.0262868 |
| Los Angeles | 3730799 | 734 | 1079 | 0.0196171 | 0.0286992 |
| Chicago | 2088940 | 293 | 320 | 0.0140627 | 0.0154816 |
| Houston | 1919185 | 323 | 430 | 0.0168568 | 0.0225587 |

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00120531

o https://fburl.com/daiquery/Senhjid9 (count for taking a break and privacy concerns is higher in NY, but percentage of daily D&D for these reasons are higher in LA)

| city | ig_map_30 | deactivation_reason | avg_daily_deletions | avg_daily_deactivations | daily_deletion_percentage | daily_de |
|---|---|---|---|---|---|---|
| New York | 6197134 | privacy concerns | 85 | 94 | 0.0013716 | 0.001516 |
| Los Angeles | 3760799 | privacy concerns | 70 | 64 | 0.0016613 | 0.001701 |
| Chicago | 2086343 | privacy concerns | 25 | 20 | 0.0011933 | 0.000958 |
| Houston | 1916185 | privacy concerns | 29 | 25 | 0.0015134 | 0.001304 |

o

| city | ig_map_30 | deactivation_reason | avg_daily_deletions | avg_daily_deactivations | daily_deletion_percentage | daily_c |
|---|---|---|---|---|---|---|
| New York | 6197134 | need break | 0 | 925 | 0 | 0.0149 |
| Los Angeles | 3760799 | need break | 0 | 581 | 0 | 0.0154 |
| Chicago | 2086343 | need break | 0 | 167 | 0 | 0.0079 |
| Houston | 1916185 | need break | 0 | 228 | 0 | 0.0117 |

o

## Vendor

- Answerlab

## Schedule

- Sept 16

## Sample

| | A |
|---|---|
| 1 | **Group** |
| 2 | **New account (n=10, 7 teens)** |
| 3 | New user (completely new users): Joined IG in last 30 days - lists |
| 4 | Existing user (New secondary accounts): Started a new account in the past 30 days |
| 5 | **Not active (n=10, 7 teens)** |
| 6 | **Churn** - taking a break (hasn't used for last 45 days) - |
| 7 | **Alternative:** Took a break from IG in the past |
| 8 | If possible - **never used** |

## Other

Smart Defaults Survey copy: Planned survey on Privacy on IG



### Current Private Behavior

Even though "Private" prevents unconnected users from seeing their content, these accounts can still heavily interact via DMs, Tags, and Mentions

Currently there's no way to stop such behavior.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00120532



Two-factor authentication has the lowest level of awareness among the features surveyed. Privacy features have higher awareness than security features, except *"reset my password or username"*.



## Recruit

For most up to date recruitment, refer to:
https://docs.google.com/spreadsheets/d/1HnG-jVu88S0wIFIlcgnYN4C99JFLvp-4V-GHzKVnduk/edit?usp=sharing

## Materials

- Mocks - to present on screen
    - Settings menu [pending]
- Privacy and security lists
    - Settings
        - Made your account private
    - Privacy Tools
        - Hid your activity status
        - Controlled if tagged photos of your showed up on your profile
        - Story controls (hid your stories, limited who can see your stories)

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00120533

- Comment controls (block comments, hide comments, filter comments)
- Created a Close Friends list or Added people to my Close Friends list
    o Other actions
        - Blocked accounts
        - Removed followers
        - Reported accounts or posts
        - Muting
        - Created a separate account (with smaller network)
- Whiteboard - to brainstorm

---

## Screener questions

*[Administered via email survey by vendor]*

### Inclusion Criteria

- Must be 13+ years old
- Teens who have been bullied
- Equal representation from
    o Gender
    o Private and public profiles
- [We will try to recruit the below populations, but if not possible, will focus on bullied teens]
    o New users - First account, Multiple accounts
    o Churned user, Took a break (for privacy reason)

**Instagram Research Participation Survey**

Thank you for your interest in Instagram research! We are constantly trying to improve your Instagram experience and would love your feedback.

This will be a 60-minute session taking place in-person on **[dates] at our Instagram office in [fill]**. If you are selected and participate in-person, you will receive a **$100 [fill compensation type]** (redeemable for a selection of gift cards from popular retailers).

We value user privacy and your answers to this survey will be strictly confidential and ONLY be used for recruiting purposes.

What is your age? →**prioritize teens**
    **13 to 17**
    18 to 24
    25 to 34
    35 to 45
    45 or older

What is the gender you identify with?
    Female
    Male
    Non-binary/third gender
    Other
    Prefer not say
    Prefer to self-describe:___

Which of the following apps do you currently use on your mobile phone? (select all that apply)?
    Facebook
    Instagram → **if not selected, continue to Q4, if selected → Q8**
    Snapchat
    Twitter
    WhatsApp

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00120534

Messenger

None of these → **if selected, continue to Q4**

In the past, have you ever had an Instagram account?

Yes → **Q7**

No, I've never had an Instagram account → **Not active-users group - never had an account** → **Q5**

Why have you never had an Instagram account? → **prioritize those with safety and privacy concerns** → **Q6**

I didn't know how it worked

I was too busy/I didn't have time to use Instagram

I thought it'd be too distracting

I was concerned about my data

I was worried about who would find me

I was worried about who could see my information

I was worried about who could see what I posted

I was worried about what others would do with the things I posted

I was worried others would steal my pictures or identity

I was never interested in having an account

Something else:___

Even though you have have never had your own account, have you ever used Instagram. Meaning, have you used someone else's Instagram account?

Yes → **Skip to contact info**

No, I've never used Instagram → **Skip to contact info**

How many total Instagram accounts have you had in the past? → **Q9**

1

2

3

4

5+

How many total Instagram accounts do you have?

1

2

3

4

5+

Have you **completely stopped** using Instagram for the past 45 days?

Yes → **Churned user** → **Q10**

No → **Q11**

Why did you **completely stop** using Instagram in the past 30 days? → **prioritize those with safety and privacy concerns** → **Skip to contact info**

Can't find people to follow

Want to remove something

Too many ads

Too busy/too distracting

Concerned about my data

Created a second account

Trouble getting started

Privacy concerns

I was using Instagram too much and just needed a break

I had a negative interaction with someone else on Instagram

I was feeling overwhelmed

I needed a break

Something else:___

Have you **taken a break** from using Instagram in the past?

Yes → **Took a break from IG group** → **Q12 to determine when**

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00120535

No → **Q14**

When did you take a break? → **prioritize users who took a break more recently**
Insert times

Why did you take a break? → **prioritize users who took a break more recently** → **Continue to determine if also new account**

Can't find people to follow

Want to remove something

Too many ads

Too busy/too distracting

Concerned about my data

Created a second account

Trouble getting started

Privacy concerns

I was using Instagram too much and just needed a break

I had a negative interaction with someone else on Instagram

I was feeling overwhelmed

I needed a break

Something else:___

Have you opened an Instagram account in the past 30 days
Yes → Continue to assess if first account or or multiple accounts

No → **Not Eligible (unless met criteria for taking a break)**

Was this account your first account?
Yes → **First account group → skip to Q17**

No → **Multiple accounts group (but newly opened account in the past 30 days)**

Why did you open up another account? → **prioritize those who opened another account due to safety and privacy concerns**

The new account served a different purpose

I wanted to limit my network

I had privacy concerns with my previous account

Something else:___

When opening up your account, did you have any concerns? → **prioritize those with safety and privacy concerns**
I didn't know how it worked

I thought it'd be too distracting

I was concerned about my data

I was worried about who would find me

I was worried about who could see my information

I was worried about who could see what I posted

I was worried about what others would do with the things I posted

I was worried others would steal my pictures or identity

Something else:___

How frequently in the last month have you used IG?
Daily (Every day)

5-6x per week

3-4x per week

1-2x per week

Less than once per week →skip to end

Never →skip to end

Do you have (a) public or private Instagram account?
I have a private account(s)

I have a public account(s)

I have private and public accounts

Have you used any of the below to make your account/content more private or secure?
Made your account private

Blocked accounts

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00120536

Removed followers

Reported accounts or posts

Hid your activity status

Controlled if tagged photos of your showed up on your profile

Story controls (hid your stories, limited who can see your stories)

Comment controls (block comments. hide comments, filter comments)

Muting

Created a separate account

Created a Close Friends list or Added people to my Close Friends list

I have never used any tools or controls on Instagram to make my account/content more private or secure

Other (please specify):____

In the past 30 days, have **other users** done any of the following to you on Instagram? (select all that apply) ⟶ **Prioritize those who have been bullied**

Threatened to physically harm you (or your possessions)

Insulted or disrespected you

Excluded you or left you out

Contacted you against your wishes

Damaged (or threatened to damage) your reputation

Put down your religion, ethnicity, gender, class, or other group you belong to

Disrespected your friend or family member

I haven't experienced anything like this in the past 30 days ⟶ **Not a target, end**

Who has done this to you on Instagram? Please select all option(s) that describe who has targeted you in the past 7 days. ⟶ **Prioritize actors that the target knows**

Strangers or someone I don't know

Someone I've interacted with briefly in person

Someone who I interact with only online

Acquaintances

Classmates, coworkers, or neighbors

Family members

Friends

Romantic partners

Former romantic partners or friends

Other (please specify below):___

Where did you experience this on Instagram? Please select all that apply to these experiences. ⟶ **Prioritize users who were targeted in DM and in a comment on their post(s)**

A comment on one of my posts

A comment on someone else's post

A direct message

A reply to my Story

Someone else's story

My Feed (the first tab on the left)

A hashtag page (a page that shows posts with a specific hashtag)

[Contact info]

Thank you!

---

## Discussion questions

## Part 1. Intro

Hi [participant name], thank you for taking the time to speak with me.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00120537

**Who we are**

Hi, my name is ___ and I'm a researcher working with Instagram. Thank you for taking out time to speak with us today.

**Why we're doing this (purpose/goals of the study)**

To goal of this research is to learn more about your positive and negative experiences on Instagram.

This interview will last around 1 hour.

**Emphasize confidentiality**

This conversation is confidential. While we may write up high level findings, nothing you say will be attributed directly to you. Findings will only be shared internally.

What you say will remain confidential.

All data will be de-identified, and nothing they say will be communicated externally.

I also wanted to remind you of the Research Participant Agreement (RPA) that you signed which basically ensures that you will not share or talk about what is discussed today (e.g., what IG is exploring and possibly planning to do).

**Setup of room / equipment**

As I mentioned to you earlier, with your permission, I will be recording this session (voice and video).

I also have a member of our team dialed in so they can take notes from our session.

**Introduce overview of time together & set expectations**

As I mentioned earlier, we are looking to learn about your experiences on Instagram, and specifically what you do when you encounter something that you believe should not be on Instagram.

I'm here to learn from, so there is no wrong answer or response.

We'd like to hear all of your opinion, so please feel free to speak openly. I also want you to feel comfortable sharing **both negative and positive experiences/opinions about our products.** Any and all insight and help that you can give us to improve our product is valuable.

There may be moments when I am silent. I just want to makes sure that you have enough time and space to express yourself and share your experience in its entirety.

**Before we begin, do you have any questions for me?**

"Great, so let's jump into the interview."

## Part 2. Participant background

**Tell me about yourself ...**

How old are you?

Hobbies and interests?

What is your favorite subject in school?

Who do you hang out with?

What's your relationship with your friends like?

Do you ever have disagreements?

How do you handle them?

**Internet / social media use**

Can you tell me generally about your use of social media ?

What sites do you use?

What do you use them for?

Walk me through a typical session when you use Instagram

Probe: What do you do on Instagram? [let them guide, add suggestions as needed]

Probe: Storing or sharing photos or videos, Keeping in touch with friends and family, Connecting with new people, Finding people who have similar experiences, Keeping up with my interests, Getting information about businesses, Following celebrities or other public figures, Learning new knowledge or skills, Being entertained or passing time.

What kinds of accounts do you follow?

What other sites do you use? [Probe into use of other social media]

What are different reasons for using each type?

Are certain sites better for some things and worse for others? (e.g., sharing, connecting with friends etc.)

**Instagram accounts**

How many account do you have?

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00120538

**What do you use they accounts for? What is the purpose of these accounts?**

When starting these accounts did you know what you'd use these account for?

Or did the purpose change over time?

What are things that helped you better define what you wanted to use your IG account for?

[e.g., Viewing how others use? seeing how others respond to your content?]

Did the purpose change over time?

You said that you started this account to [x] have you been successful in this?

Why or why not?

If not,

What did you do? Did you do anything to try to improve this?

How did this impact how you used Instagram?

## Part 3. Bullying experience

Now that we have a good idea of how you use social media, I'd like to learn more about the good and bad experiences that you've had on social media.

Let's start with a **positive experience**

What happened

What about it made you feel good

What role did IG (or other social media) play

Now I'd like to learn more about **negative experiences** on social media [probe into unwanted interactions].

**Can you tell me more about what happened? [Have you ever been targeted by bullying?]**

What did you experience (on and offline)?

What was happening in the time before? What led up to this?

What triggered or caused this?

What is your relationship to the person that bullied you?

Were there others involved?

What was their role?

How did this make you feel?

How long was this happening?

**What did you do? (on and offline)**

How did you react?

Did you reach out to the person?

What happened?

How did they respond?

**What did you do (on and offline)?**

Did you report this to Instagram?

Why/Why not?

Can you walk me through your experience in doing this?

Did you feel supported?

[Online strategies- Blocking, muting, unfollowing]

What was your goal in doing this? (e.g., block at the user level? block at the surface - story, comment, DM - level? other?)

**Were these useful?**

**Were they appropriate?**

**Were there any limitations to these tools?**

Can you tell me how you did this?

What tools did you use?

Were these controls easy to use?

Were these controls easy to find?

What would make this easier to find?

What were some challenges?

What would improve this experience?

What other controls would you like to see?

[Offline strategies]

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00120539

What other strategies did you use?

**Did you take a step away from social media?**

Why?

What did you do in the meantime?

Did this fix the problem?

Why or why not?

When returning to use IG, was the problem resolved?

Did taking a break solve the problem?

Why or why not?

When returning to IG did you use IG differently?

How so?

**How did you feel after you did this?**

**Were the above actions that you took successful? (Did this fix the issue?)**

Why or why not? How so?

What happened next?

How long did this take to resolve (if at all)?

Has this happened again?

By the same person? Someone else?

How frequently?

How have you responded?

Has your response changed over time? How so?

If this happened again, would you handle this differently? How so?

**What do you think IG can do to support you in this experience?** See below responses and probes.

Remove the content

Ban the account   .

Punish/Take action against the actor

What punishment makes sense?

Educate the actor

What education would you like them to receive?

**[For friends]**

What happened from your perspective?

What was your role in this?

How did you help [participant's name]?

## Part 4. Privacy

**[The goal of this is to 1) Understand how targets use (or don't use) privacy settings, and identify opportunities for improvement, 2) Understand expectations of privacy and reachability.]**

Early we talked about actions that you took when [describe experience being targeted]. You mentioned that you used [list what they used], I'd like to get a better understand your expectations of privacy and how we can improve Instagram to meet your needs.

How would you define privacy [fill out below table then add next column title - security]

[for each row dig into the "from who" and "what"]

What is most important?

What do you value?

[Dig into how people think about privacy. Do users think about privacy in terms of discovery (who can find my account), visibility (who can see my info), and interactions (who can interact with me)?]

How would you define security

Repeat above Qs.

How would you define safety

| | A | B | C | |
|---|---|---|---|---|
| 1 | | | Privacy (Y/N) | [fill c Safe: |
| 2 | Who can interact with you | [Privacy] Limiting who can interact with you/reach you | | |

HIGHLY CONFIDENTIAL (COMPETITOR)

| 3 | Who can find/reach you | [Privacy] Limiting who knows about your account | |
|---|---|---|---|
| 4 | Who can see your content | [Security and privacy] Limiting who can see your content | |
| 5 | Who can use/take your content | [Security and privacy] Protecting your content | |
| 6 | Who can interact with your content | [Security and privacy] Protecting your content/Limiting how people can interact with your content | |
| 7 | Who can see your information | [Security and privacy] Protecting your information/Limiting who can see your information | |
| 8 | Your location | | |
| 9 | Protecting your identity | [Security and privacy] Protecting your identity | |
| 10 | Protecting your account | [Security] Protecting your account | |
| 11 | Who can see your activity | | |
| 12 | Other? | | |

How are privacy, security, and safety different?

How would you control- tools are they using, and what words or labels are they looking for.

Your privacy on IG?

Your security?

Your safety?

## Part 5. Public/Private profile

What does it mean when you have a **public profile** [fill out below table]

[refer to responses above on having public/private profiles] Why did you choose to make your [x] profile public?

What did you hope to achieve with a public profile?

[Visibility] Of what by who?

[Discoverability] By who?

[Interactions] Type by who?

[Connection/attachment to posts] From who/to what?

**What does having a public profile help you to do? [It helps me to discover new accounts, it help me to figure out which friends use IG]**

| | A | B | C | D |
|---|---|---|---|---|
| 1 | [x] | Who can/Can they... | How do you feel about others' ability to [x] | For participant who are not satisfied with [x], What should [x] do? |
| 2 | DM you | | | |
| 3 | Add you to group DMs | | | |
| 4 | Tag you | | | |
| 5 | Mention you | | | |
| 6 | Search or find you | | | |
| 7 | See your information | | | |
| 8 | See your posts | | | |
| 9 | See your stories | | | |
| 10 | Interact with your content (and how so) | | | |

What does it mean when you have a **private profile** [fill out above table]

Dig into how people think about privacy. Do users think about privacy in terms of discovery (who can find my account), visibility (who can see my info), and interactions (who can interact with me)?

[refer to responses above on having public/private profiles] Why did you choose to make your [x] profile private?

What did you hope to achieve with a private profile?

[Visibility] Of what by who?

HIGHLY CONFIDENTIAL (COMPETITOR)

[Discoverability] By who?

[Interactions] Type by who?

[Connection/attachment to posts] From who/to what?

How can private mode be improved? What is private missing?

[probe into expectations/limitations/wants based on bullying experience]

Do you want Private to be different when you are having these experiences? How so?

[probe into what are pain points- e.g., make it harder to connect]

Will it be harder for people to find you? For you to find people? For you to grow your network or find things that you want to follow?

**Are there time that you choose to change your profile from public to private or private to public?**

Why?

What initiates this?

[probe into experiences of aggression]

Has this been a successful strategy?

What or why not?

What initiated you to change it back?

Now thinking about these different controls [x], I'd like to walk through your experiences using IG, and see which ones should be turned on or off automatically? [Fill out row 1 with relevant time points and experiences]

[Fill in the below table with the below levels of access]

Inclusion

All off

All on

Only followers

Only following

Only mutual follows

Exclusion

No strangers

Unconnected accounts

[fill]

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 |  | **Starting account** | **Type of account** (e.g., public account, private account, meme account, interest account) | **What I'm posting** | **x experience** |
| 2 | Reach you via DM |  |  |  |  |
| 3 | Add you to group DMs |  |  |  |  |
| 4 | Tag you |  |  |  |  |
| 5 | Mention you |  |  |  |  |
| 6 | Find you |  |  |  |  |
| 7 | See your information |  |  |  |  |
| 8 | See your posts |  |  |  |  |
| 9 | See your stories |  |  |  |  |
| 10 | Interact with your content (and how so) |  |  |  |  |

## Part 5b.

[Review mocks]

Dig into language, use cases, impression etc. for mocks here (https://www.dropbox.com/s/5zimtm7zhw61lxr/Privacy%20research_mocks.key?dl=0)

Key questions are embedded in the presenter notes.

## Part 6. Privacy tools

Now i'd like to discuss what you think about other privacy tools that we offer. Above, you mentioned that you used [fill in tools mentioned above] when you were going through [describe experience of aggression], so let's start there.

[Refer to below table: Start with tools they have used and then go through rest of list].

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00120542

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | [x] | Have you ever used [x] [if not indicated above] | What happens when you [x]* | Why did you use [x]? | What were you goals in doing this? | Was x effective/suful? |
| 2 | Blocked accounts | | | | | |
| 3 | Unfollowed | | | | | |
| 4 | Muting | | | | | |
| 5 | Removed followers | | | | | |
| 6 | Hid your activity status | | | | | |
| 7 | Controlled if tagged photos of your showed up on your profile | | | | | |
| 8 | Story controls (hid your stories, limited who can see your stories) | | | | | |
| 9 | Comment controls (block comments, hide comments, filter comments) | | | | | |
| 10 | Created a Close Friends list or Added people to my Close Friends list | | | | | |

*[For "What happens when you [x]"]

Reach you via DM

Add you to a group chat

Tag you

Mention you

Find you

See your information

See your posts

See your stories

Interact with your content (and how so)

## Part 7. Other actions

Now i'd like to discuss other actions that you have taken to protect your privacy or be more safe on IG. Above, you mentioned that you used [fill in any action mentioned above ] when you were going through [describe experience of aggression], so let's start there.

[Refer to below table: Start with tools they have used and then go through rest of list].

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | [x] | Have you ever used [x] [if not indicated above] | What happens when you [x]* | Why did you use [x]? | What were you goals in doing this? | Was x effective/suful? |
| 2 | Reported accounts or posts | | | | | |
| 3 | Created a separate account (with smaller network) | | | | | |

- [For "What happens when you [x]"] - see above probes

## Part 8. Check in & Wrap up

How are you doing/feeling?

Is there anything else that you would like to share?

Do you have any additional questions/comments about this research study?
Participant might ask about compensation: **Thank you gift** *$100 Instagram e-Reward, redeemable for a selection of popular e-gift cards through PerksWW*

**Would you be interested in participating in future research on this topic.**

Thanks for participating in our research. Your feedback and time is very important to us. Your ideas and insights are

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00120543

extremely valuable and will help us as we continue thinking about how we can make a positive impact in this space. Thank you again for you time.

You will be able to redeem your e-Reward in the Reward Zone for a selection of amazing gift cards.
Eight of our most popular brands* include:

   

   

**END**
Contact Support

# Conversation History

**Quipbot#04** removed QuipBot and Quipbot#04 from the thread *Aug 24 at 11:01 pm*

———

**Quipbot#04** added Quipbot#04 to the thread *Aug 24 at 11:01 pm*

———

**Quipbot#04** added you to a document *Aug 24 at 10:56 pm*

———

**QuipBot** *Jul 30 at 2:05 am*

========IMPORTANT========

This Quip file has been copied to Google Workspace (https://docs.google.com/document...) as part of the Quip2Google migration efforts. Quip is moving to **Read-Only**. Please work in the new Google file moving forward.

**Learn more**

https://fb.workplace.com/groups...

**Questions?**

Visit the Quip2Google Migration Feedback Group (https://fb.workplace.com/groups...).

**Note**

New edits in this Quip file will NOT be automatically synced to Google Workspace.

———

**QuipBot** added QuipBot to the thread *Jul 30 at 2:10 am*

———

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-034-00120544