**AMENDED Exhibit 335**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-003-00106619-META3047MDL-003-00106621
**Custodian:** CASTANEDA_DIEGO
**Author:**
**Filename:** MESSAGE SUMMARY
[{"OTHERUSERFBID":100012506229121,"THREADFBID":NULL}]
**Create Date:** 12-31-9999 7:00 PM
**Last Modified Date:** 3-16-2020 7:58 PM
**TNAG BEGBATES:** METATNAG-003-00107180
**TNAG ENDBATES:** METATNAG-003-00107182
**MAAG BEGBATES:** METAMAAG-001-00107298
**MAAG ENDBATES:** METAMAAG-001-00107300



EXHIBIT
META-
Castaneda -13

Message
─────────────────────────────────────────────────

From:          ██████████ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CCF485A3CF4B4A9AA686D628D153D934-/████████]
Sent:          3/16/2020 11:58:33 PM
To:            ██████████████████  Diego Castaneda ██████████████
Subject:       Message summary [{"otherUserFbId":100012506229121,"threadFbId":null}]
Attachments:   89873459_197857071511721_8482338261006548992_n.png

██████████ (3/16/2020 00:01:17 PDT):
>=

██████████ (3/16/2020 00:01:18 PDT):
shared: 89873459_197857071511721_8482338261006548992_n.png

Dr. Diego Emiliano Castaneda (3/16/2020 00:04:54 PDT):
>https://fb.quip.com/OCCkABRuT1Zr

██████████ (3/16/2020 00:12:08 PDT):
>https://fb.quip.com/vZkGAsGsWkSE

██████████ (3/16/2020 00:12:30 PDT):
>https://fb.quip.com/DFYsAyuoOKaP

Dr. Diego Emiliano Castaneda (3/16/2020 05:30:40 PDT):
>@silent https://fb.quip.com/OCCkABRuT1Zr take a look when you can. sorry to deliver this at last minute. nothing should be surprising. the second question (data framework) kind of sucks. ok, going to get a few hours. brutal

██████████ (3/16/2020 09:24:05 PDT):
>This is the first time ██ has talked about this in these meetings ☺

Dr. Diego Emiliano Castaneda (3/16/2020 09:24:37 PDT):
>☺☺☺

██████████ (3/16/2020 09:41:13 PDT):
>I think that if we showed up in bandages or maybe a cast we could convince ██ that we expended enough time and energy in creating the document

Dr. Diego Emiliano Castaneda (3/16/2020 09:41:59 PDT):
>I know. what a sourpuss

██████████ (3/16/2020 09:42:37 PDT):
>☺ you realize that the DM reachability experiment results is literally the only thing that he could think of to knock what we have, and that's not even our work. It's literally not something we were responsible for

Dr. Diego Emiliano Castaneda (3/16/2020 09:43:08 PDT):
>I know. man.

██████████ (3/16/2020 09:43:29 PDT):
>Got me there ██! I didn't fully incorporate a completely different group of people's work into this document we worked on all weekend.

████████████ (3/16/2020 09:43:39 PDT):
>☺

Dr. Diego Emiliano Castaneda (3/16/2020 09:47:36 PDT):
>dude. I felt dressed down.

████████████ (3/16/2020 09:47:55 PDT):
>It's always like this

████████████ (3/16/2020 09:53:25 PDT):
>"Include nothing interesting in the slide". ☺          ✓✓✓✓✓

████████████ (3/16/2020 09:53:45 PDT):
>This is probably the most boring thing I have ever worked on. ever

Dr. Diego Emiliano Castaneda (3/16/2020 09:59:17 PDT):
>dude.

████████████ (3/16/2020 09:59:40 PDT):
>Did you catch ████ snapping at ████ for not knowing/acknowledging that the decision to default teens to private has already been made? I have had to be a jerk about continually going back to what decisions are we actually making here? It's been impossible to get her to that point

Dr. Diego Emiliano Castaneda (3/16/2020 10:00:33 PDT):
>yikes. lets catch up in a bit. I have a candidate interview.

Dr. Diego Emiliano Castaneda (3/16/2020 10:46:13 PDT):
>you got a minute?

████████████ (3/16/2020 10:46:41 PDT):
>yup

Dr. Diego Emiliano Castaneda (3/16/2020 13:13:45 PDT):
>Was just thinking out loud. Sorry, didn't mean to give you (if I did) a data ask. I've got a candidate interview but can chat later if you want.

Dr. Diego Emiliano Castaneda (3/16/2020 14:13:57 PDT):
>sorry you have to deal with this man. you are trooper.

████████████ (3/16/2020 14:14:52 PDT):
>..... brb one sec

████████████ (3/16/2020 14:20:22 PDT):
>Yeah I don't really know how to describe working on these projects with ████ except that it royally sucks and involves almost nothing I enjoy. Nothing ever feels done. She changes her mind a million times and everything is dependent on what some product bro randomly thinks of in a meeting or takes 5 seconds to type in an email. I have no time to think about anything. It's pretty much the opposite of what this job is supposed to be

Dr. Diego Emiliano Castaneda (3/16/2020 14:27:18 PDT):
>dude.. well, I'll step up for you whenever you need. I think we did a lot of due diligence on this one. Maybe I could have presented the quote from users describing value sooner in the presentation but they arent new teens! its hard to say that they would say the same thing without knowing about the user journey. maybe I'll try and reach out to ████ (UXR on growth) to understand that. Hitomi's note (case for defaults) made the case for safety. https://fb.workplace.com/notes████████████████/past-privacy-research-at-ig-and-fb-the-evidence-supporting-smart-defaults/331245711109954/.

Dr. Diego Emiliano Castaneda (3/16/2020 14:29:23 PDT):
>though there is this "users were more likely to control content at the content level. In fact, most never actually went into the settings menu

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00106620

>very few could accurately or confidently" so pretty much worse case scenario. so we need a better entry point or other contextual education. ISnt safety the whole point of this team?

██████████ (3/16/2020 14:30:08 PDT):
>The point of this team is to prevent another Atlantic article about how shitty instagram is

Dr. Diego Emiliano Castaneda (3/16/2020 14:31:23 PDT):
>totally. so fucking shit.. lets man up and default people. tell them in rosy language and spend 2 million dollars on an ad campaign .. "we care about your kids" "we care about you.. that whjy toady we are launching the...

██████████ (3/16/2020 14:31:43 PDT):
>exactly

Dr. Diego Emiliano Castaneda (3/16/2020 14:32:15 PDT):
>they should put us in charge

██████████ (3/16/2020 15:30:45 PDT):
>I cannot wait to one day create a doomed start up and make reckless decisions that destroy my company ☺

Dr. Diego Emiliano Castaneda (3/16/2020 15:43:19 PDT):
>lets do it. but shit just got even more real. a friend of mine just called me. his moms is in hospital with pneumonia. went on a trip last weekend (dumb) and is paying for it.

██████████ (3/16/2020 15:43:54 PDT):
>damn

██████████ (3/16/2020 16:56:49 PDT):
>Still can't find toilet paper in neighborhood. God people are assholes

Dr. Diego Emiliano Castaneda (3/16/2020 16:57:14 PDT):
>Oh fuck.

██████████ (3/16/2020 16:57:53 PDT):
>I was in an uber earlier and I saw a crowd of at least 150 people in line at a grocery store. wtf

Dr. Diego Emiliano Castaneda (3/16/2020 16:58:04 PDT):
>Damn.

Dr. Diego Emiliano Castaneda (3/16/2020 16:58:33 PDT):
>Lock down is coming

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00106621