**AMENDED Exhibit 337**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-003-00120623-META3047MDL-003-00120624
**Custodian:** CASTANEDA_DIEGO
**Author:**
**Filename:** MESSAGE SUMMARY
[{"OTHERUSERFBID":100012506229121,"THREADFBID":NULL}]
**Create Date:** 12-31-9999 7:00 PM
**Last Modified Date:** 10-12-2020 6:32 PM
**TNAG BEGBATES:** METATNAG-003-00121174
**TNAG ENDBATES:** METATNAG-003-00121175
**MAAG BEGBATES:** METAMAAG-001-00121302
**MAAG ENDBATES:** METAMAAG-001-00121303



EXHIBIT
META –
Castaneda – 17

Message

| | |
|---|---|
| **From:** | /O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN █████████] |
| **Sent:** | 10/12/2020 10:32:53 PM |
| **To:** | ]; Diego Castaneda [ ] |
| **Subject:** | Message summary [{"otherUserFbId":100012506229121,"threadFbId":null}] |

Dr. Diego Emiliano Castaneda (10/12/2020 12:38:17 PDT):
>IG research will feature your safety work in the upcoming HPM. This was a question from ████████ who is organizing. "trying to pull out 1 insights or interesting stat from the "keeping youth safe" work - is there one you recommend?"

Dr. Diego Emiliano Castaneda (10/12/2020 12:49:44 PDT):
>more context: "comms suggested including a data point that would make people want to click and learn more"

██████████████ (10/12/2020 13:03:58 PDT):
>ohhhhh when you would need this by?

Dr. Diego Emiliano Castaneda (10/12/2020 13:04:29 PDT):
>oh...anytime today. no rush.

Dr. Diego Emiliano Castaneda (10/12/2020 13:04:48 PDT):
>I already submitted a blurb. ████ wanted a stat to call ou.

██████████████ (10/12/2020 13:06:15 PDT):
>ok cool. ████ is digging into more data and I want to make sure we find the best one.

Dr. Diego Emiliano Castaneda (10/12/2020 13:06:48 PDT):
>cool. it should be in your Note though. since we will link to that.

██████████████ (10/12/2020 13:07:20 PDT):
>Ooooooo ok got it.

Dr. Diego Emiliano Castaneda (10/12/2020 13:14:27 PDT):
>sorry, wasnt super clear! thanks!

██████████████ (10/12/2020 13:19:14 PDT):
>Context: In August 2020, we found out that there are ~38x as many IIC victims on IGDM as on FB Messenger (Aug 2020). Despite this, CEI deletes on IG are ~21x lower and IIC auto-enforcing on IG is 90x lower compared to on FB. (Source: https://fb.workplace.com/groups/135709743752034/permalink/624917758164561/)
>
>
>Actors take advantage of our tools on Instagram to find and inappropriately engage with children. While we have made strides in tackling the worst of the worst, from CEI to IIC, Instagram has a long journey ahead in understanding how these interaction play out on Instagram and how bad actors use our systems and products to do harm, especially on newer and unique surfaces to IG.

██████████████ (10/12/2020 13:22:51 PDT):
>Context: In August 2020, we found out that there are ~38x as many IIC victims on IGDM as on FB Messenger (Aug 2020). Despite this, CEI deletes on IG are ~21x lower and IIC auto-enforcing on IG is 90x lower compared to on FB. (Source: https://fb.workplace.com/groups/135709743752034/permalink/624917758164561/)
>
>Actors take advantage of our tools on Instagram to find and inappropriately engage with children. While we have made strides in tackling the worst of the worst, from CEI to IIC, Instagram has a long journey ahead in understanding how these interaction play out on Instagram and how bad actors continue to use our systems and products to do harm, especially on newer and unique surfaces to Instagram.
>

HIGHLY CONFIDENTIAL (COMPETITOR)

>This note summarizes how these interactions look like on Instagram and opportunities we have to continue ensuring the safety of younger users.

Dr. Diego Emiliano Castaneda (10/12/2020 14:41:14 PDT):
>I would add this sentence to the top of your note (with link to this work and if it's cool with comms)  "In August 2020, a new metric (IG IIC) estimating prevalence of minor/adult sex talk conversations found that there were ~38x as many victims on IG Direct as on FB Messenger."

████████████████████ (10/12/2020 15:23:12 PDT):
>Since this data was shared to other open groups on workplace, I think that it is safe to include in the note. I'll include that.

Dr. Diego Emiliano Castaneda (10/12/2020 15:29:59 PDT):
>btw.. here is the blurb I wrote for ████████████ to summarize your research in the upcoming HPM. It had to be super short so I wasn't able to be as inclusive like in our own Well-being HPM. but do let me know if you want to change anything by commenting here.
https://fb.quip.com/jRKpAeeW3rrR#bcLACAWx18M

████████████████████ (10/12/2020 15:32:53 PDT):
>This is great! Thanks Diego!