**AMENDED Exhibit 339**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-020-00652959-META3047MDL-020-00652960
**Custodian:** NEWTON_KARINA
**Author:**
**Filename:** RE: [INSTAGRAM][SEV2] TEENS RECEIVING DM REQUESTS FROM UNCONNECTED ADULTS
**Create Date:** 3-10-2022 12:00 AM
**Last Modified Date:** 3-10-2022 12:00 AM
**TNAG BEGBATES:** METATNAG-005-00783111
**TNAG ENDBATES:** METATNAG-005-00783112
**MAAG BEGBATES:** METAMAAG-008-00783111
**MAAG ENDBATES:** METAMAAG-008-00783112



EXHIBIT
META –
Castaveda–19

Message

_____

**From:**  ▓▓▓▓▓▓▓ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=23F1ABE9F4D841C5BEAF8C6D0EFB5E96▓ ▓▓▓▓▓

**Sent:**  3/11/2022 1:53:54 AM
**BCC:**  Karina Newton ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:**  Re: [Instagram][SEV2] Teens receiving DM requests from unconnected adults

---

**SEV Manager S262678 (Updated, In Progress)**
**Teens receiving DM requests from unconnected adults**

### Recent activity by ▓▓▓▓▓▓

1. In terms of POC, Message delivery controls are owned by the UC team ▓▓▓▓▓ is the PM, I'm the designer and ▓▓▓▓▓▓▓▓▓ is the eng who knows all the rules). Adult/minor interventions are own by the Child Safety team ▓▓▓ is the PM, and I built the design).

2. An adult cannot message a teens, in the experience the composer is blocked

3. There is no difference between private and public default reachability settings: FoF on FB + Followers + FB friends + other on FB + other on IG go in your message request folder by default for IGD.

▓▓, I'm talking under your control

---

**Click here to view the SEV**

Post a Comment · Subscribe · Set SEV Level

---

**Status:** In Progress

**Impacted Areas:** Instagram > Community, Privacy Incident > Privacy, Privacy Incident, Instagram

**Level:** 2

**Created at:** 2022/02/28 10:42am UTC-10:00 **Started at:** Not Specified

**How the issue was detected:**

**User impact:** Teens receiving DM requests from unconnected adults, breaking public commitment that we made. 2 specific potential issues being investigated:

Account without predicted age (but with stated age) potentially are not included in the logic to block DM requests from adults to minors. Expected by product team but potentially breaks public commitment.
Accounts with predicted age not being blocked from sending/receiving DM requests. Not expected by product team, bug if occurring.

Commitment
(https://l.facebook.com/l.php?u=https%3A%2F%2Fabout.instagram.com%2Fblog%2Fannouncements%2Fcontinuing-to-make-instagram-safer-for-the-youngest-members-of-our-

META3047MDL-020-00652959

community%3Fref%3Dshareable&h=AT0TdTMKv6FuRTLgSGmzgs_MC_vfmsRw-q5sdsknAmT2WWVjrQfOm7WEYuLII0BVRe6-tJMexEVjj0ZRaxRbuLmfMRJFyvoYSlzjXpZixn8oj64t2tYJ-8ihlIzMpFQlIu948ifZvcTOBSP0zKfKmzgs_g&s=1): "feature that prevents adults from sending messages to people under 18 who don't follow them. For example, when an adult tries to message a teen who doesn't follow them, they receive a notification that DM'ing them isn't an option. This feature relies on our work to predict peoples' ages using machine learning technology, and the age people give us when they sign up."

---

Summary of what we know now (as of 2022/03/03, 11:39 AM EST):
1) 50% of message requests to predicted teen dau are from predicted non-teens
a) In this 50% estimate only, "predicted" includes the case where when we have no stated age
b) In this 50% estimate only, the logic is: use US age-integrity model for teen/non teen, else use stated age, else (if stated age is missing) assume non teen.
2) 97% of non-teen -> teen message requests are either because
a) The adult sender is 18-20 years old, (66.6%)
b) We have neither age-integrity-model predicted nor stated age for the sender (30.3%)
i) In these situations, we believe the sender is more likely to actually be an adult
ii) The age-integrity model operationally only covers the US
3) The remaining 3% of non-teen -> teen requests may be because users are shielded (verified/celebrities), and analytics/eng are looking into this to confirm.

**Owner:**

███████████████( ███████████████ Work: ███████████

**Opened by:**

██████████████████████████ Work: ┤███████████

You were sent this email because a new comment was posted to a SEV you are subscribed to.
You can provide direct feedback on this tool in the Incident Management Tools Users (including SEV manager Users) group.

CONFIDENTIAL

META3047MDL-020-00652960