# AMENDED Exhibit 342

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| **From:** | ████████ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN████████] |
| **Sent:** | 8/29/2019 2:28:51 PM |
| **To:** | Darius Kilstein ████████████ ████████ ████████]; ████████ ████████ |
| **Subject:** | Message summary [{"otherUserFbId":null,"threadFbId":3002645153082777}] |
| **Attachments:** | sticker.png |

Meta-Kilstein-29
12/17/2024
Jenny L. Griffin, CSR

████████ (8/29/2019 13:40:45 PDT):
>I just caught up with Brett W and he forgot to give us some relevant feedback in the morning review around private accounts. It seems that in the Tuesday review for Well-being, Adam and Vishal both pushed on us starting to move towards creating accounts private by default.

████████ (8/29/2019 13:41:09 PDT):
>The ask in that meeting was apparently how to go about testing the effects of that

████████ (8/29/2019 13:43:39 PDT):
>immediately

████████ (8/29/2019 13:45:24 PDT):
>My thought is that we could identify a few cohorts for whom we think this is useful (teens 13-18, women in emerging markets, potentially secondary accounts)

████████ (8/29/2019 13:45:55 PDT):
>to get the ball rolling on this

████████ (8/29/2019 14:16:10 PDT):
>ah thanks. I just got looped into a thread here from ████████. I asked about default to private vs. defaulting no DM'ing from people you aren't connected to as part of private account. My POV is the latter would be more impactful for bullying. We have tested this in the past and it has been very negative for ecosystem metrics IIRC

████████ (8/29/2019 14:16:53 PDT):
>I think we could try for Teens in the US as a first pass. we can't really do Teens outside US as we don't have age modeling esp at registration. I'm not sure we have the data at registration to be confident in teen/non-teen at registration either, tbh

████████ (8/29/2019 14:18:40 PDT):
>i think the discussion was for when we add age to registration in October

████████ (8/29/2019 14:19:04 PDT):
>so we'll have the specific cohort of teens 13-18 based on self-reported age

████████ (8/29/2019 14:19:42 PDT):
>considering the data Vivek showed for India (63% of women going in and making their accounts private post-factum)

████████ (8/29/2019 14:19:48 PDT):
>I'd say it's worth testing there too

Darius Kilstein (8/29/2019 14:20:03 PDT):
>holy shit

Darius Kilstein (8/29/2019 14:20:21 PDT):
>What's the rationale for the push?

Darius Kilstein (8/29/2019 14:20:41 PDT):
>This will likely smash engagement, DAP, MAP etc

████████ (8/29/2019 14:20:53 PDT):
>current climate? policy pressure? potentially contributing to teen suicides?

Darius Kilstein (8/29/2019 14:21:24 PDT):
>what policy pressure?

████████ (8/29/2019 14:21:36 PDT):
>What are we doing to protect minors

Darius Kilstein (8/29/2019 14:21:40 PDT):
>i see

Darius Kilstein (8/29/2019 14:21:44 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00005175

>so is this just for minors?

Darius Kilstein (8/29/2019 14:21:46 PDT):
>or for everyone?

█████ █████ (8/29/2019 14:21:48 PDT):
>This is why Karina is pushing us to bundle some defaults with age

Darius Kilstein (8/29/2019 14:22:37 PDT):
>I see

████████ (8/29/2019 14:25:19 PDT):
>i think it's worth chatting in person. Meet at 3 for 15min chat? I put it on the calendar

Darius Kilstein (8/29/2019 14:26:21 PDT):
>sounds good :)

███████████████ (8/29/2019 14:28:51 PDT):

shared: sticker.png

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003          META3047MDL-003-00005176