# AMENDED Exhibit 344

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:23-cv-01804-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

**From:** ▮▮▮▮▮▮ [/O=THEFACEBOOK/OU=EXTERNAL
(FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=D2B69FE1765642668FFD394CC7F15B3A]

**Sent:** 8/21/2020 6:27:28 PM

**To:** Darius Kilstein ▮▮▮▮▮▮   ▮▮▮▮▮▮

**Subject:** Message summary [{"otherUserFbId":100022405501890,"threadFbId":null}]

Meta-Kilstein-31

12/17/2024

Jenny L. Griffin, CSR

▮▮▮▮▮▮ (8/21/2020 09:28:40 PDT):
>hey morning Darius, just wanted to understand more about the ask for changing the nux step experience, what is the objective here and how can we conclude PBD work? I understand we are doing this due to drop in metrics but by running this test, what do we hope to achieve? Obvious thing is metrics will drop less, but by how much would be enough to ship? and how much more work do we need to do in space when growth isn't even the main stakeholders for shipping this experience (pxfn and wb team are). I am asking since you already know we have other priorities such as US dau, su in stories, etc just making sure we don't keep going back and forth on this for next few weeks or longer. And i know you may not have all the answers to this but just wanted to get more clarity on expectations and objectives so we know why we are doing this work and hoping to help close this out soon. thanks!

Darius Kilstein (8/21/2020 09:29:42 PDT):
>Hey

Darius Kilstein (8/21/2020 09:29:44 PDT):
>Fair question

Darius Kilstein (8/21/2020 09:29:56 PDT):
>I see blocking this launch as more impactful than US DAU

Darius Kilstein (8/21/2020 09:30:23 PDT):
>We're ensuring that our core demographic for the family (Teens) continue to have a strong experience on the platform

Darius Kilstein (8/21/2020 09:30:35 PDT):
>There's a 2.2% hit to US DAU

Darius Kilstein (8/21/2020 09:30:43 PDT):
>and 2.2% hit to global for teens

Darius Kilstein (8/21/2020 09:30:45 PDT):
>that is HUGE

Darius Kilstein (8/21/2020 09:30:52 PDT):
>so I see this as future-proofing and longterm

Darius Kilstein (8/21/2020 09:30:59 PDT):
>and I'd actually stack rank this above US DAU

Darius Kilstein (8/21/2020 09:31:08 PDT):
>▮▮▮ is putting together a plan now

Darius Kilstein (8/21/2020 09:31:34 PDT):
>We will make sure that the people that work on this are recognized

Darius Kilstein (8/21/2020 09:31:52 PDT):
>gotta run to a meeting but i can write more a bit later

▮▮▮▮▮▮ (8/21/2020 09:32:15 PDT):
>thanks for the context Darius!

▮▮▮▮▮▮ (8/21/2020 09:32:40 PDT):
>i know your views on this and understand that this is the right thing to do for growth

▮▮▮▮▮▮ (8/21/2020 09:33:28 PDT):
>just wondering for after we run this test, we should see less drop, do you have any baseline in mind where less say if its only x% hit to us dau it'd be fine

▮▮▮▮▮▮ (8/21/2020 09:33:46 PDT):
>from data perspective

▮▮▮▮▮▮ (8/21/2020 09:36:04 PDT):
>is this test a way for us to mitigate as much of the drop (by not defaulting ppl to private) and then seeing if the metrics drop from this is much less detrimental to the ecosystem thus shipping this

HIGHLY CONFIDENTIAL (COMPETITOR)

experience instead? i guesss im wondering is this purely understand test or something we are pushing to ship if metrics impact are a lot lower

Darius Kilstein (8/21/2020 10:49:53 PDT):
>Pushing to ship

Darius Kilstein (8/21/2020 10:49:58 PDT):
>Basically they were going to ship the last thing

Darius Kilstein (8/21/2020 10:50:11 PDT):
>So we want to see how much better this is for the ecosystem

Darius Kilstein (8/21/2020 10:50:15 PDT):
>and then let ▮▮▮▮ choose

Darius Kilstein (8/21/2020 10:50:24 PDT):
>between Private by default, or this new method

Darius Kilstein (8/21/2020 10:50:35 PDT):
>Based on Pricavacy Wins vs Ecosystem impact for the two approaches

▮▮▮▮▮▮▮▮ ▮ (8/21/2020 10:55:44 PDT):
>i see, that makes sense

▮▮▮▮▮▮▮▮ ▮ (8/21/2020 10:56:32 PDT):
>basically having 2 options with different levels of impact on metrics, wb, policy etc and let ▮▮▮ decide based on the results

Darius Kilstein (8/21/2020 10:58:42 PDT):
>exacto!

Darius Kilstein (8/21/2020 10:58:48 PDT):
>i cant answer your question on X% really

Darius Kilstein (8/21/2020 10:58:50 PDT):
>its his call

Darius Kilstein (8/21/2020 10:59:18 PDT):
>I'd hope to see half

Darius Kilstein (8/21/2020 10:59:20 PDT):
>of what we see now

Darius Kilstein (8/21/2020 10:59:27 PDT):
>as a rough guideline

▮▮▮▮▮▮▮▮ ▮ (8/21/2020 10:59:30 PDT):
>ya for sure, it's more from our side we can only say we obviously want the one with less impact on metrics as a growth team

▮▮▮▮▮▮▮▮ ▮ (8/21/2020 11:00:20 PDT):
>yaa that's reasonable given its opt in, possibly lower

▮▮▮▮▮▮▮▮ ▮ (8/21/2020 11:00:33 PDT):
>but i guess the better thing for metrics will be worse for wb/policy pov

Darius Kilstein (8/21/2020 11:03:50 PDT):
>yep totally

Darius Kilstein (8/21/2020 11:04:12 PDT):
>What they really want is to fix direct

Darius Kilstein (8/21/2020 11:04:16 PDT):
>because strangers reach out

Darius Kilstein (8/21/2020 11:04:20 PDT):
>so they should just do that

Darius Kilstein (8/21/2020 11:04:24 PDT):
>thats what im trying to tell them

Darius Kilstein (8/21/2020 11:04:32 PDT):
>stop creeps reaching out to kids in direct

Darius Kilstein (8/21/2020 11:04:33 PDT):
>its simple

Darius Kilstein (8/21/2020 11:04:33 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)

>lol

Darius Kilstein (8/21/2020 11:04:36 PDT):
>anyways

Darius Kilstein (8/21/2020 11:04:43 PDT):
>thank you for helping here, this is extremely impactful work

Darius Kilstein (8/21/2020 11:05:05 PDT):
>If we get this through, our org will get recognition from VP's in FB

Darius Kilstein (8/21/2020 11:05:18 PDT):
>Great PSC headline for you all! lol

Darius Kilstein (8/21/2020 11:06:00 PDT):
>I just think its the right thing to do, that feed creation decrease is just so scary and we dont understand the network effects of that, my guess is the experiment is double as bad as we ee in deltoid

███████████████ (8/21/2020 11:09:53 PDT):
>interesting they went to quite extreme to do this

███████████████ (8/21/2020 11:10:00 PDT):
>i always thought we did this in conjunction to age

███████████████ (8/21/2020 11:10:10 PDT):
>we didnt want to collect age for no added benefits

███████████████ (8/21/2020 11:10:25 PDT):
>so headlines will just say "ig started collected age for nothing"

Darius Kilstein (8/21/2020 11:11:53 PDT):
>ah yeh thats probably a cosnideration too

███████████████ (8/21/2020 11:11:57 PDT):
>yaa that's fair, though i feel we probably should/could have pushed earlier against on/flagged this since we had the data from holdout for a while (just lesson for me in hindsight)

Darius Kilstein (8/21/2020 11:12:12 PDT):
>It's a lesson for all of us!

███████████████ (8/21/2020 11:12:34 PDT):
>i think the hard part of all this was we werent even stakeholders

███████████████ (8/21/2020 11:12:41 PDT):
>we just trying to not kill our metrics

███████████████ (8/21/2020 11:13:14 PDT):
>whether we ship or not doesnt seem to be that important and shipping is actually worse for our org than not shipping

Darius Kilstein (8/21/2020 11:14:16 PDT):
>totally!

███████████████ (8/21/2020 11:16:04 PDT):
>yaa also seemed weird wb wanted this the most yet they barely contributed

███████████████ (8/21/2020 11:16:25 PDT):
>i feel thats what ████ was alluding to in ████ review as well

███████████████ (8/21/2020 11:16:34 PDT):
>or at least thats how i felt haha

Darius Kilstein (8/21/2020 11:16:59 PDT):
>Yeh my guess is they had no bandwidth

Darius Kilstein (8/21/2020 11:17:06 PDT):
>But if its such a priority

Darius Kilstein (8/21/2020 11:17:14 PDT):
>they should have made bandwidth

███████████████ (8/21/2020 11:18:03 PDT):
>exactly we can say the same about bandwidth since this isnt even our project lol

███████████████ (8/21/2020 11:18:24 PDT):
>just simple prioritization

Darius Kilstein (8/21/2020 11:20:47 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00538211

>The way I spoke to community leads about it was that Growth can sprint on the reg changes and maybe some eduction in-app or NUX in the next few weeks

Darius Kilstein (8/21/2020 11:20:58 PDT):
>at which point we hand back over to Wellbeing and htey manage Child Safety in the longterm

Darius Kilstein (8/21/2020 11:21:06 PDT):
>Community leads and WB leads were aligned

Darius Kilstein (8/21/2020 11:21:50 PDT):
>So eng wise ideally we can get the follow ups done in the next week or so (depending on how long it takes, i dont know what the estimates would be, i'd look to you for that) at which point I hope eng work stops forever

Darius Kilstein (8/21/2020 11:21:50 PDT):
>lol

████████████████ (8/21/2020 11:26:22 PDT):
>thanks that makes sense, im scoping out the eng work already for nux changes, shouldn't be more than 1-2 weeks of work based on my understanding of the experience

████ ██ ████ (8/21/2020 11:26:44 PDT):
>will see what in app we want to do, i see the self profile entrypoint, that is prob easier and quicket than qp

Darius Kilstein (8/21/2020 11:27:03 PDT):
>legend! thank you!

████████████ (8/21/2020 11:27:04 PDT):
>#thedream

████████████ (8/21/2020 11:27:28 PDT):
>ofc np!

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-020-00538212