# AMENDED Exhibit 345

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Meta-Kilstein-35**

12/17/2024

Jenny L. Griffin, CSR

| Metric | Private First (recommended) | Public First | QP | Private By Default |
|---|---|---|---|---|
| Overall DAP | -0.55% | -0.43% | NSS | -2.20% |
| Overall Sessions | -0.50% | -0.55% | NSS | -1.90% |
| Overall Time Spent | -0.49% | -0.59% | NSS | -1.90% |
| Overall Feed Impressions | -0.54% | -0.72% | NSS | -2.30% |
| Overall Story Impressions | 0% | 0% | NSS | -1.70% |
| Overall Feed Production | -2.10% | -1.49% | NSS | -4.40% |
| Overall Story Production | -1.10% | -1.79% | NSS | -2.60% |
| Inbound Follows | -8.40% | -6.90% | -2.10% | -15.80% |
| % in Private Accounts after 7D (12% for control) | 42% | 39% | 16% | 61% |
| Awareness of which account they're in | +14pp | +14pp | +3pp | Not Tested |

CONFIDENTIAL