# AMENDED Exhibit 346

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Message**

| | |
|---|---|
| **From:** | Darius Kilstein [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=████████)] |
| **Sent:** | 9/2/2020 2:26:18 PM |
| **To:** | Darius Kilstein [███████████]; ████████████████ |
| **Subject:** | Message summary [{"otherUserFbId":100010708396309,"threadFbId":null}] |

Meta-Kilstein-33

12/17/2024

Jenny L. Griffin, CSR

Darius Kilstein (9/02/2020 13:59:52 PDT):
>On career convo's i was part of that D&I crew. We can get more in-depth data from ███████████ who prepared a deck. Have you seen that deck?

Darius Kilstein (9/02/2020 14:00:04 PDT):
>I got some data for Growth specifically a while back I think

████████████████████ (9/02/2020 14:00:34 PDT):
>I haven't! that's awesome. I reached out to ████ and she was interested in having folks who could help push that along, maybe she's still ramping up to know ████ had done some work there

Darius Kilstein (9/02/2020 14:00:36 PDT):
>The issue was many people did not take the survey, so there was massive selection bias. I think the PSC data would be helpful too to triangulate as we'd get better coverage

Darius Kilstein (9/02/2020 14:00:43 PDT):
>Yeh

Darius Kilstein (9/02/2020 14:00:53 PDT):
>I was the Career Convo Manager trainer last half

Darius Kilstein (9/02/2020 14:00:58 PDT):
>So was in weekly meetings

Darius Kilstein (9/02/2020 14:01:01 PDT):
>Let me get the deck

Darius Kilstein (9/02/2020 14:01:04 PDT):
>1sec

████████████████████ (9/02/2020 14:01:12 PDT):
>i suspected as such, the micro pulse bot can come in at some tricky times. the psc review should get us much closer to full participation

Darius Kilstein (9/02/2020 14:03:06 PDT):
>Can you access this link: https://www.dropbox.com/s/xjy8ea8cvcvckwe/h1_analysis.key?dl=0

Darius Kilstein (9/02/2020 14:03:34 PDT):
>Otherwise i'll DL and get it to you another way

████████████████████ (9/02/2020 14:03:57 PDT):
>got it!

Darius Kilstein (9/02/2020 14:04:54 PDT):
>Also i'd like to checkin at some point in the next week or so, i feel like we've done a pretty shitty job incorporating your PBD feedback into the latest round, just because it's extremely difficult to do, so would love to spend some time debriefing on that.

████████████████████ (9/02/2020 14:06:25 PDT):
>The CC deck is insightful I hadn't seen this shared before, hopefully we can get an update with the PSC data - I'll reach out to Donna/HR team on that

████████████████████ (9/02/2020 14:07:07 PDT):
>Yeah I've jumped into the PBD doc and it seems very much WIP at different stages each time I peek at it. Thanks for flagging, I think we're anchoring a bit on current systems of measurement that may be detracting from the narrative I'm trying to help craft.

Darius Kilstein (9/02/2020 14:13:09 PDT):
>Ya I see this as two workstreams that are separate but related.
>
>1. Keep regulators away, keep teens engaged
>
>2. Make teens safe
>
>I think where Growth is coming from is that for us, we only really have bandwidth for 1/.
>

>We all believe 2/ is important, and the right thing to do, and so the question is, how important is it for Community Leads + IG Leads, and who should invest in it?
>
>what we've learnt is that the hatchet approach of defaulting people to private on day 1 means that people just use the platform a lot less, so it's not really the most elegant solution to solving the specific teen safety concerns.
>
>I think the biggest areas we should be looking at for teen safety are: 1/ DM Reachability, 2/ Discoverability ( Following lists, like lists SU, Mentions/comments).
>
>
>
>I guess the misalignment between where you & I are today is, should we take the hatchet approach or not?
>As a guardian of ecosystem metrics, of course i'm going to favor the nuanced approach. And you as a guardian of "doing the right thing", will favor safety at all costs. Neither of us is right or wrong! :)
>
>Anyways it's a great conversation to have and i'm looking forward to our next catchup!

████████████████ (9/02/2020 14:15:51 PDT):
>I think I'm more of a nuanced POV than you might suspect!  I would love to see a world where we can parse the content visibility (including followers list) from the DM reachability - and giving people those controls upfront or more accessible is where I'd like to take it.  Looking forward to chatting more!

Darius Kilstein (9/02/2020 14:26:18 PDT):
>Makes sense!

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00011386