# AMENDED Exhibit 348

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

**From:**     Darius Kilstein [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN ███████]
**Sent:**     3/26/2021 7:32:03 PM
**To:**       ████████████████████     Darius Kilstein ████████████████
**Subject:**  Message summary [{"otherUserFbId":100039054732356,"threadFbId":null}]
**Attachments:**  165411936_189386109415354_4584297144204434788_n.png

Meta-Kilstein-34

12/17/2024

Jenny L. Griffin, CSR

Darius Kilstein (3/26/2021 11:56:14 PDT):
>Hey buddy, chag sameach!

Darius Kilstein (3/26/2021 11:56:26 PDT):
>Guess what, they're reviving private by default LOL

Darius Kilstein (3/26/2021 11:56:31 PDT):
>mygod

Darius Kilstein (3/26/2021 11:56:45 PDT):
>Remember this

Darius Kilstein (3/26/2021 11:56:45 PDT):

shared: 165411936_189386109415354_4584297144204434788_n.png

Darius Kilstein (3/26/2021 11:56:59 PDT):
>Was Private By Default (we give them the option to choose private and public and private is defaulted)

Darius Kilstein (3/26/2021 11:57:04 PDT):
>i cant remember lol

████████ (3/26/2021 12:07:25 PDT):
>chag sameach!

████████ (3/26/2021 12:07:53 PDT):
>Yeah, I heard that this morning... I felt bad for everyone involved in this next round of litigation

████████ (3/26/2021 12:08:22 PDT):
>You are correct- private by default was where they had the option to choose private or public and private was defaulted

████████ (3/26/2021 12:10:42 PDT):
>Great monthly fyi posts btw. I'm a MAU of your post outs.

Darius Kilstein (3/26/2021 12:31:46 PDT):
>haahahahah great to hear! Yeh they are being really well received

Darius Kilstein (3/26/2021 12:31:55 PDT):
>there's a detailed version that goes to IGLeads, Cox, Schultz

Darius Kilstein (3/26/2021 12:32:00 PDT):
>Schultz told me its one of his fav emails

Darius Kilstein (3/26/2021 12:32:03 PDT):
>so things are going well!

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-047-01177502