# AMENDED Exhibit 349

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Meta-Kilstein-37**

12/17/2024

Jenny L. Griffin, CSR

Message

| | |
|---|---|
| From: | Darius Kilstein [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=████████] |
| Sent: | 7/29/2021 3:43:55 PM |
| To: | ████████████ ████████████ Darius Kilstein [█████@██████] ██ ██████ [███████████@fb.com]; ██████ [████████@fb.com] █████ ████████ [██████@fb.com] ██████ █████ [██@fb.com] █████ [███████@fb.com] █████████ ████████ █████ ████ ]; █████ [██████@fb.com] █████ [████@fb.com] Kenzie Snyder ████████ ]; █████████████████ |
| Subject: | Message summary [{"otherUserFbId":null,"threadFbId":3337735886336665}] |

████████ (7/29/2021 14:00:47 PDT):
>awesome job ████ !! great discussion 🙌👏

████████████ (7/29/2021 14:01:05 PDT):
>yay that went smoothly!!

████████ (7/29/2021 14:01:05 PDT):
>Thanks!

████████████ (7/29/2021 14:01:22 PDT):
>And thanks to ████ and ██████ for helping out with screen sharing and notes!

████████████ (7/29/2021 14:49:13 PDT):
>Here are the notes, feel free to tweak if I missed something! https://fb.quip.com/OtbNAHOvfTbX

████████████ (7/29/2021 14:52:52 PDT):
>Good notes - the pushback against boosting from the leads made sense. However, the overall Android retention workstreams main approach is to just boost the crap out of new Android users - so its basically the default of what is going to happen if we dont consider teens carefully as a seperate problem

████████████ (7/29/2021 15:04:40 PDT):
>Great notes!

████████████████ (7/29/2021 15:05:04 PDT):
shared: http://www.facebook.com/156643203219898 as 50258164_324772011499277_8648275142826262528_n.gif

████████████ (7/29/2021 15:05:12 PDT):
>#wut PBD

████████████ (7/29/2021 15:05:33 PDT):
>Private by default :) At first I was also confused and thought it was PVD or something

████████████ (7/29/2021 15:07:05 PDT):
>Ok got it. Yes ████ has warned us for a while now. Sorry for being a dumb n00b, but boosting is what, having new teens content ranked higher so they get more engagement or am I way off?

████████████ (7/29/2021 15:10:11 PDT):
>It was mainly in the context of Graph, boosting Teen (/Android) in Suggested Users

████████████ (7/29/2021 15:10:18 PDT):
>So they get more follows

████████████ (7/29/2021 15:11:38 PDT):
>Yeah it was about boosting teens appearances in Suggested Users. WHich is something growth is testing now for US Android in general

████████████ (7/29/2021 15:12:03 PDT):
>My idea of boosting production is a different one I haven't shared outside this group yet - still trying to investigate how impactful it might be

████████████████ (7/29/2021 15:22:45 PDT):
>Thanks both. I'm still kinda confused about the goal. We want to make sure teens don't accidentally share more than they want, and avoid creepers, but then some of them totally want that and then if we boost them, we are inviting people to see more teens in their suggestions. Is it about decoupling clear privacy control from integrity issues, or is it about saying we want to reduce integrity problems, but not wanting the consequence of less interactions and follows?

████████████ (7/29/2021 15:28:36 PDT):

>It is about looking good to regulators so that they don't block our under 13 year old IG version we are working on. Thats it. It has a terrible impact on teen engagement and retention and no detectable benefit on integrity metrics

███████████ (7/29/2021 15:29:01 PDT):
>On the other hand the numbers I pulled for PBD stat review made the front page of the BBC yesterday :)

███████████ (7/29/2021 15:29:17 PDT):
>So I can probably take the rest of the year off :)

███████████ (7/29/2021 15:31:08 PDT):
>The fundamental issue is that new teens dont understand the difference between public and private and will just go with the default without even thinking. So the ones that lose all the engagement just think 'IG sucks' and churn without even realizing it could have been different. While the ones that we are saving from harassment - well a week later they would have just switched to private anyway so we didn't really achieve anything

███████████ (7/29/2021 15:31:33 PDT):
>Ok just confirming. So do teens actually want this at all? Are they more likely to use IG if their parents are more comfortable? I feel like the helicopter parents are small compared to the opportunity we throw away if teens get more exposure on another platform. Aligned with your thinking and/or UXR? Kenzie Junia Kevin

███████████ (7/29/2021 15:32:18 PDT):
>afaik there's a whole UXR team working on this

███████████ ███████ (7/29/2021 15:35:01 PDT):
>I feel like we heavily underestimate the intelligence of young people. I remember being frustrated about that at 13. I'm sure it varies by education, country, etc, but the teens admiring Billy Eilish, and lip syncing about their daily life don't seem that confused about public vs private… maybe it's as simple as a NUX where people do a practice post and see that people they don't know can see and comment.

███████████ (7/29/2021 15:35:35 PDT):
>Teens already using IG aren't confused. But brand new users are

███████████ (7/29/2021 15:36:47 PDT):
>Or to be more precise - they are not confused - they never even think about it before they churn

███████████ (7/29/2021 15:38:20 PDT):
>I, probably erroneously, thought PBD was more about getting in front of regulators and buying us some good will?

███████████ (7/29/2021 15:40:29 PDT):
>Yep thats what it is

██████ ███████ (7/29/2021 15:43:28 PDT):
>Got it. Let's just make a toggle button that starts with "Private by default" in ugly sad colors and the flip will be a bright green "You're a ⋆ " with slot machine music and cute [boys-girls] looking really impressed.

██████ ███████ (7/29/2021 15:43:55 PDT):
>#PBD

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003                    META3047MDL-003-00016694