# AMENDED Exhibit 353

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

**From:** Vaishnavi J [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=21D2B48C61C849F8B5DD710074F39986█████████]
**Sent:** 8/24/2020 6:40:39 PM
**To:** Vaishnavi J [███████████]; [███████ [██████████████]]
**Subject:** Message summary [{"otherUserFbId":100017055759548,"threadFbId":null}]
**Attachments:** sticker.png

Ms. ████████████████ (8/24/2020 09:46:56 PDT):
>hi! hope you are doing well. do you happen to know the status of the IG Smart Defaults launch?

Vaishnavi Jayakumar (8/24/2020 10:05:32 PDT):
>I do - we were initially supposed to launch private by default on september 2 after approval from IG
leads, but that has now been scrapped due to growth concerns, and the product team has been given some
time to come up with ways to mitigate the drop in growth

Vaishnavi Jayakumar (8/24/2020 10:05:42 PDT):
>happy to chat more on a quick call today if you'd like more details

Ms. ████████████████ (8/24/2020 10:10:36 PDT):
>Hi! That would be great if you have time. This came to mind because in light of the Age-Appropriate
Design Code coming into effect on 9/2 with a 12 month compliance period

Ms. ████████████████ (8/24/2020 10:12:31 PDT):
>As well as the anticipated IDPC guidance that we're expecting soon

Vaishnavi Jayakumar (8/24/2020 10:37:53 PDT):
>Sure - I'm in a meeting till 11.30 but could chat then if you're free

Ms. ████████████████ (8/24/2020 10:40:10 PDT):

shared: sticker.png

Ms. ████████████████ (8/24/2020 10:40:19 PDT):
>I'll grab 15 min for us then :)

Ms. ████████████████ (8/24/2020 11:40:39 PDT):
>██ ██ ┆ **PRIV** ┆

HIGHLY CONFIDENTIAL (COMPETITOR)

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-050-00285759

**BEGATTACH:** META3047MDL-050-00285759

**ENDATTACH:** META3047MDL-050-00285760

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**Create Date:** 8/24/2020 11:40 AM

**Last Modified Date:** 8/24/2020 11:40 AM

**Custodian:** JAYAKUMAR_VAISHNAVI

**Title:**

**Author:**

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**META_Pointer:**

**META_Pointee:**