# AMENDED Exhibit 354

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

META3047MDL-020-00128524

## Metadata

| All Custodians | Crenshaw_Liza ████████████ | SEMANTIC |
|---|---|---|
| All Paths | /Crenshaw_Liz ████████ ook data file/Inbox;/Crenshaw_Liza/Top of Personal Folders/Inbox;/█████████/Top of Personal Folders/Inbox | SEMANTIC |
| Confidentiality | HIGHLY CONFIDENTIAL (COMPETITOR) | SEMANTIC |
| Date Sent | 11/02/2021 6:19 pm | SEMANTIC |
| From | ████████████ | SEMANTIC |
| Primary Date | 11/02/2021 6:19 pm | DOC_TYPE_ALIAS |
| To | ██████ < ████████████ >; Liza Crenshaw < ████████████ > | SEMANTIC |

EXHIBIT
Liza Crenshaw

Social Media MDL 3047

**Crenshaw 0052**

Message
_____

**From:**      Liza Crenshaw [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2E80C09EC6F9459BB0281ED6DC601D4A- ███████]
**Sent:**      11/2/2021 6:19:57 PM
**To:**        ██████████ [ ███████████████ ]; Liza Crenshaw [ ████████████ ]
**Subject:**   Message summary [{"otherUserFbId":100024423100577,"threadFbId":null}]
**Attachments:** 249317974_250554210276399_5368562044694284371_n.png

Elizabeth Crenshaw (11/02/2021 09:46:04 PDT):
>Interested in what u think about this

████████████████ (11/02/2021 09:46:18 PDT):
>LOVE THIS

████████████████ (11/02/2021 09:46:28 PDT):
>wbu?

████████████████ (11/02/2021 09:46:40 PDT):
>realistically it won't stop the racists

Elizabeth Crenshaw (11/02/2021 09:46:42 PDT):
>I love the intent the language was kindaaaa weird

Elizabeth Crenshaw (11/02/2021 09:46:54 PDT):
>like patronizing, so we're trying to update a bit

████████████████ (11/02/2021 09:47:00 PDT):
>and will land badly if we're still not taking enough action

████████████████ (11/02/2021 09:47:29 PDT):
>yes would def love us to be able to review the copy

Elizabeth Crenshaw (11/02/2021 09:51:16 PDT):
>yeah…ima take a closer look at this today and work on reactive etc

████████████████ (11/02/2021 10:07:26 PDT):
>another qq - i saw on the agenda yesterday that teen defaults are down for 11 nov - what does that refer
to?

Elizabeth Crenshaw (11/02/2021 10:58:52 PDT):
>same thing i sent the photo of last week!!

Elizabeth Crenshaw (11/02/2021 10:58:54 PDT):
>lemme find

████████████████ (11/02/2021 10:58:59 PDT):
>gah sorry

Elizabeth Crenshaw (11/02/2021 10:59:04 PDT):
>its ok lots of tings

████████████████ (11/02/2021 10:59:09 PDT):
>in IG pals chat? i can look if so

Elizabeth Crenshaw (11/02/2021 10:59:17 PDT):
>yes!

Elizabeth Crenshaw (11/02/2021 10:59:17 PDT):

shared: 249317974_250554210276399_5368562044694284371_n.png

████████████████ (11/02/2021 10:59:25 PDT):
>oh fuck yeh sorry!

Elizabeth Crenshaw (11/02/2021 10:59:45 PDT):
>i did ask on our pals call though what ppls preference was on announcing and when

████████████████ (11/02/2021 11:00:09 PDT):
>hmmm - prob when we announce take a break?

████████████████ (11/02/2021 11:00:15 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)                                            META3047MDL-020-00128524

>although these are pretty minor right

Elizabeth Crenshaw (11/02/2021 11:00:23 PDT):
>very minor

Elizabeth Crenshaw (11/02/2021 11:00:30 PDT):
>we were thinking about take a break but theyre pretty privacy focused

Elizabeth Crenshaw (11/02/2021 11:00:43 PDT):
>feels kinda different

███████████████████████ (11/02/2021 11:01:00 PDT):
>honestly these are like hygiene - i wouldnt even announce, would just reference in our normal talking points

Elizabeth Crenshaw (11/02/2021 11:01:52 PDT):
>yeah - we're going to create a little infographic/timeline of youth safety efforts that we were thinking we'd include them in

███████████████████████ (11/02/2021 11:01:57 PDT):
>oh nice

Elizabeth Crenshaw (11/02/2021 11:02:30 PDT):
>and perhaps just give small heads up to a few reporters but nothing major

Elizabeth Crenshaw (11/02/2021 11:02:33 PDT):
>to ur point

███████████████████████ (11/02/2021 11:04:57 PDT):
>id be slightly nervous about alerting reporters to the fact that these privacy settings were defaulted off before ☹

███████████████████████ (11/02/2021 11:05:37 PDT):
>also - it occurred to me the other day - we say 'there are lots of valid reasons why young people woudl have public accounts', and cite the example of creators/young entrepreneurs

Elizabeth Crenshaw (11/02/2021 11:05:46 PDT):
>yes we do

███████████████████████ (11/02/2021 11:05:49 PDT):
>but wouldnt they have a creator/biz accounts, which are automatically public?

Elizabeth Crenshaw (11/02/2021 11:10:10 PDT):
>yes

Elizabeth Crenshaw (11/02/2021 11:10:14 PDT):
>but still valid

Elizabeth Crenshaw (11/02/2021 11:10:22 PDT):
>i think???

███████████████████████ (11/02/2021 11:11:04 PDT):
>it just made me think, then what example are we actually thinking of when we say there are lots of valid reason why young people would want/need a public PERSONAL account

Elizabeth Crenshaw (11/02/2021 11:12:00 PDT):
>well some athletes and such still use personal accounts

███████████████████████ (11/02/2021 11:12:13 PDT):
>i guess

███████████████████████ (11/02/2021 11:12:33 PDT):
>just feels like we're then making the rules for those exceptions, versus deciding to err on safety and just say under 16 accounts on IG are private

███████████████████████ (11/02/2021 11:13:13 PDT):
>the risk could then be if u16s then switched to professional accounts so they could have public accounts - but im not sure how big a risk that is

Elizabeth Crenshaw (11/02/2021 11:14:02 PDT):
>i dont disagree

Elizabeth Crenshaw (11/02/2021 11:14:08 PDT):
>but you know how contentious this change alone was

███████████████████████ (11/02/2021 11:16:54 PDT):
>it's absolutely mad that it was so contentious

HIGHLY CONFIDENTIAL (COMPETITOR)

████████████████ (11/02/2021 11:17:01 PDT):
>with adam or others too?

████████████████ (11/02/2021 11:17:17 PDT):
>we will never get out of this mess if he/we're not just prepared to ERR ON THE SIDE OF SAFETY

████████████████ (11/02/2021 11:17:18 PDT):
>jesus

████████████████ (11/02/2021 11:17:39 PDT):
>i know i'm advocating for NOT letting them switch back - but i don't get why defaulting into private was contentious, given they CAN just switch back!

Elizabeth Crenshaw (11/02/2021 11:17:45 PDT):
>it was mostly adam for sure

Elizabeth Crenshaw (11/02/2021 11:17:49 PDT):
>it was a huge growth hit

Elizabeth Crenshaw (11/02/2021 11:17:55 PDT):
>like shockingly so

████████████████ (11/02/2021 11:18:25 PDT):
>would he want any tom dick or harry being able to see all his kids' content, follow them etc? is he fucking nuts?

████████████████ (11/02/2021 11:18:41 PDT):
>interesting

████████████████ (11/02/2021 11:18:54 PDT):
>well not doing it for that reason would have been unforgivable so im glad we did!

Elizabeth Crenshaw (11/02/2021 11:19:52 PDT):
>i mean we did NOT do it for a very long period of time because of that

Elizabeth Crenshaw (11/02/2021 11:19:57 PDT):
>i agree though

HIGHLY CONFIDENTIAL (COMPETITOR)