**AMENDED Exhibit 362**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

| | |
|---|---|
| From: | Adam Mosseri [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=███████████] |
| Sent: | 11/18/2019 9:04:37 PM |
| To: | Karina Newton [████████ ████]; ████ ████ [████████]; ████████]; ████ ███ |
| CC: | ████████]; Justin Osofsky [████████]; ████] |
| Subject: | Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies |
| Attachments: | image001.png; image002.png; image003.jpg; image004.png; image005.png; image006.png; image007.jpg; image008.png; image009.png; image010.png |

I hear you, it's pretty clear where you stand on this. For what it's worth I'm more focused on the effects than the stakeholders, but appreciate that both are important.

On the thread Boz suggested we have different policies for recommendations than for hosting, which I actually am open to, but he didn't suggest what exactly those policies should be.



**From:** Karina Newton <████████████>
**Sent:** Monday, November 18, 2019 12:04:52 PM
**To:** ████ ████ <████████>; Adam Mosseri <████████>; ████ <████████>; ████ ████ <████████>
**Cc:** ████ <████████>; Justin Osofsky <████████>; ████ <████████>
**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

I've heard Boz has come back with suggesting we don't recommend these (put in gallery) but allow for them with the argument that removing them will just push people to other platforms where we won't have influence. The distinction of not recommending them vs allowing for them will not be in any way meaningful with policy and safety stakeholders — ████████ would love your thoughts on comms. Given that we are the biggest platform for these, I would argue our decision here will actually put pressure on other platforms in positive ways. But more fundamentally, of all the myriad of ways we are being accused of being bad for young people, I don't know why we wouldn't take this opportunity to lead on well-being. Instagram is intrinsically a huge target (social comparison, image based platform/body image issues, branded content, rising teen anxiety, tech addiction, etc) this is an easy win and place to draw strength from as we defend what's core to our product and value to people.

**From:** Karina Newton <████████████>
**Sent:** Monday, November 18, 2019 10:14 AM
**To:** ████████; Adam Mosseri; ████ ████ ████
**Cc:** ████████; Justin Osofsky; ████████
**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Policy and product have synced – this is about to go back to the thread which will hopefully clarify the scope:

Hi all – I wanted to clarify the scope of this proposal. This would **not** be a blanket ban on all facial distortion. The policy would ban effects that have facial distortion intended to mimic the results of cosmetic surgery. However, this would allow effects that fully transform the wearer into an animal, character, or fantastical version of yourself (e.g. becoming a baby or a cat).

**Policy's Proposal:** Reject cosmetic effects that change the user's facial structure in a way that's only achievable by cosmetic surgery for the purposes of beautification (in a way that cannot be achieved by makeup). This *does not apply* to effects that change a user's facial structure for the purpose of turning the user into a character or animal.
- *Deny*: Effects that change the size or shape of facial features (eyes, nose, chin, lips, etc.) for cosmetic purposes.
- *Allow*: Effects that give the user makeup (skin smoothing, lipstick, eyeshadow, eyelashes, etc.), as long as the make-up is not coupled with facial distortion.
- *Allow*: Effects that transform the face in an extremely exaggerated or grotesque way, so that it's obvious that the point of the effect is not cosmetic or beauty but rather humor OR fantastical transformation (e.g. becoming a witch, a dog, an alien, the Mad Hatter)

**Policies that are already live today:**
- No effects that explicitly promote cosmetic plastic surgery (e.g. nip/tuck lines on the face)
    - The effect in the Spark AR press articles with nip/tuck lines should have been rejected - it was mistakenly approved by a rater.

Additional policy details in Margaret's original email. Please reach out if you have any questions, thank you.



**From:** Karina Newton < ▮ >
**Date:** Monday, November 18, 2019 at 8:56 AM
**To:** ▮ < ▮ >, Adam Mosseri < ▮ >, ▮ < ▮ >, ▮ < ▮ >
**Cc:** ▮ < ▮ >, Justin Osofsky < ▮ >, ▮ < ▮ >
**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Thanks ▮ – I think these internal guidelines below might help on understanding the distinction that is being made. Adam, what I am hearing from you is you want to ensure creative use of facial augmentation can be allowed but are comfortable with the goal of not allowing filters that are solely mirroring plastic surgery. Is that fair?

**Internal Operational Guidelines:**
*Reject:*
Effects that distort the user's face in a way that can only be achieved through cosmetic surgery and is not in service of creating a character transformation. This includes:
- Effects with cosmetic surgery elements and no other elements (see below for list of elements)
    - Example
- Effects with cosmetic surgery elements AND added [accessories] that are not in service of creating a character.

- [Accessories] include: [a][b][c][d]
  - Freckles, sparkles, beauty mark, hair bow, headband, flower crown, glasses, hat, makeup
  - Clouds, rainbows, sunshine rays, rain, lightning, etc.
  - Example
- Effects with cosmetic surgery elements AND less than three [e][f]elements of a character transformation.

*Allow:*
Effects that distort a users face in a way that can only be achieved through cosmetic surgery BUT is in service of creating a character transformation. This includes:
- Effects with cosmetic surgery elements AND three or more elements of a character transformation.
- Note: if the transformation of the face is *extremely* exaggerated or grotesque (so that it's obvious that the point of the effect is not cosmetic or beauty but rather humor) but contains less than three character elements, please escalate to your lead. [g][h]

Examples of facial distortion that can only be achieved through plastic surgery:
1. Enlarging of the eyes/lips
2. Changing shape (typically making narrower) of nose/chin
3. Changing position or shape of the eyes (moving further apart)

IGNORE the following effect elements:
1. Skin smoothing
2. Lengthening eyelashes
3. Blush, eyeshadow, lipstick, eyeliner
4. Contouring, highlighting
5. Freckles, beauty marks

**Define "character"**
Non-human or fictional figure, where the human face would need to be distorted in shape in order to achieve a likeness to the character.
Examples:
- Animals
- Fictional figures (e.g. Queen of Hearts, Mad Hatter, Pinocchio, Cleopatra[i][j][k][l][m][n])
- Fantasy creatures (e.g. goblin, devil, leprechaun, vampire, witch)

**The below chart is not policy** -- just to help guide the creation of the final policies. We are trying to create the internal and external guidance to ban columns #1 and #2 but allow #3 and #4.

| 1.  **Cosmetic only** | 2.  **Accessories** |
|---|---|
| Changes size or shape of facial features only | Changes size or shape of facial features PLUS adds one or mo |
|  | Ex: flower crown, freckles, glasses, bow, hat, sparkles |

# Redacted for PII

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00178110

# Redacted for PII

HIGHLY CONFIDENTIAL (COMPETITOR)

# Redacted for PII

HIGHLY CONFIDENTIAL (COMPETITOR)

**Redacted for PII**

HIGHLY CONFIDENTIAL (COMPETITOR)



From: ▇▇ ▇▇▇▇▇ <▇▇▇▇▇▇▇>
Date: Monday, November 18, 2019 at 8:47 AM
To: Adam Mosseri <▇▇▇▇▇>, Karina Newton <▇▇▇▇▇▇▇▇>▇▇▇▇ <▇▇▇▇▇▇>, ▇▇ ▇▇
<▇▇▇>
Cc: ▇▇▇▇ <▇▇▇▇▇>, Justin Osofsky <▇▇▇▇▇▇>, ▇▇ ▇▇ <▇▇▇▇▇▇▇>
Subject: Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Thanks. I caught up with the team this morning - Karina I'll ping you directly so we can follow up with Margaret.

1. Agree with you that there's clearer language we've had than "cannot be achieved with makeup".
2. On the sticky settings point, I think the important thing is that these effects and enhancements should be off by default. I think a user choosing to do something once or on a recurring basis should be fine, and I know team agrees.

Get Outlook for iOS



From: Adam Mosseri <▇▇▇▇▇>
Sent: Monday, November 18, 2019 8:34 AM
To: Karina Newton; ▇▇▇ ▇▇▇▇ ▇▇▇ ▇▇
Cc: ▇▇▇; Justin Osofsky; ▇▇ ▇▇
Subject: Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

I think the confusion is because 'what can be achieved makeup' and 'must be achieved by plastic surgery' aren't comprehensive mutually exclusive concepts. Margaret just replied to the thread saying that'd take another pass, so it might be best to connect with her. I have a separate thread with her as well.



From: Karina Newton <▇▇▇▇▇▇▇>
Sent: Monday, November 18, 2019 07:01
To: ▇▇ ▇▇▇; Adam Mosseri; ▇▇ ▇▇ ▇▇▇ ▇▇
▇▇ ▇▇; Justin Osofsky; ▇▇ ▇▇
Subject: Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Yes, this is narrowly scoped and was pressure tested against popular Spark filters today along with ones that have been submitted – examples Adam listed would be allowed as we would allow face distortion when turning into a fantastical transformation, such as an animal, Halloween creature, or character. The scope of what isn't allowed is effects that can't be achieved without plastic surgery or chemical procedures – you can see prime examples of these here:
https://fb.quip.com/tHwnAjbRVlu7

I'm not sure why the vaguer high-level language was emailed below when it's caused so much confusion – will send the proposed implementation guidelines for reviewers later this morning which helps clarify the scope.

Would also point out that we have a broad strict temp policy as a result of the fires last month and this is step #2 to formalize a more scoped version -- I would argue it's better to start stricter and loosen if we see valuable creativity is lost than to be put in a position again where we're having to do something amidst a dumpster fire.



**From:** ▮▮▮▮ ▮▮▮▮▮▮ < ▮▮▮▮▮▮▮▮▮ >
**Date:** Sunday, November 17, 2019 at 9:49 PM
**To:** Adam Mosseri < ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ < ▮▮▮▮▮ >, ▮▮▮▮na < ▮▮▮▮▮▮ >
**Cc:** Karina Newton < ▮▮▮▮▮▮ ▮▮▮▮▮ < ▮▮▮▮ >, Justin Osofsky < ▮▮▮▮▮ >, ▮▮▮ ▮▮▮
< ▮▮▮▮▮▮ >
**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

As ▮▮▮▮ said, the examples Adam shared should all be allowed based on my understanding of where we landed. But I agree the wording could be clearer and I want to confirm that nothing changed while I was out last week so I'll follow up with the team and then close the loop here.

Get Outlook for iOS



**From:** Adam Mosseri < ▮▮▮▮▮▮ >
**Sent:** Sunday, November 17, 2019 9:08:20 PM
**To:** ▮▮▮▮ < ▮▮▮▮▮ >; ▮▮▮▮ ▮ana < ▮▮▮▮▮ >
**Cc:** ▮▮▮ ▮▮▮ < ▮▮▮▮▮ >; Karina Newton < ▮▮▮▮▮ >; ▮▮▮ < ▮▮▮▮▮ >; Justin Osofsky ▮▮▮▮▮ >; ▮▮
< ▮▮▮▮ >
**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Seems a bit unclear to me actually, though I missed the word 'character' in my first read. I think the confusion on the thread, as it's still going back and forth, might be because of the line 'cannot be achieved by makeup,' which implies a very broad set.

Sent from a phone



**From:** ▮▮▮▮ < ▮▮▮▮▮▮ >
**Sent:** Sunday, November 17, 2019 9:02:42 PM
**To:** ▮▮▮ < ▮▮▮▮▮ >; Adam Mosseri < ▮▮▮▮▮ >
**Cc:** ▮▮▮ ▮▮▮ < ▮▮▮▮▮ >; Karina Newton < ▮▮▮▮▮ >; ▮▮▮ < ▮▮▮▮▮ >; Justin Osofsky < ▮▮▮▮▮ >; ▮▮
< ▮▮▮▮ >
**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Correct, the proposal is pretty clear that we would allow for those kinds of "fantastical" effects:

HIGHLY CONFIDENTIAL (COMPETITOR)

**Policy recommendation:** *Reject cosmetic effects that change the user's facial structure in a way that cannot be achieved by makeup and must be achieved by plastic surgery. This excludes fantastical effects that change a user's facial structure for the purpose of turning the user into a character or animal.*



**From:** ▓▓▓▓ ▓▓ < ▓▓▓▓▓▓ >
**Date:** Sunday, November 17, 2019 at 7:12 PM
**To:** Adam Mosseri < ▓▓▓▓ >
**Cc:** ▓▓▓ < ▓▓▓ >, ▓▓▓ < ▓▓▓ >, Karina Newton < ▓▓▓ >, ▓▓▓ < ▓▓▓ >, Justin Osofsky < ▓▓▓ >, ▓▓▓ < ▓▓▓ >
**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

I'm pretty sure that a lot of that is still allowed but I'll let Karina or ▓▓▓ chime in - it's more about not allowing effects associated with plastic surgery.

> On Nov 17, 2019, at 6:54 PM, Adam Mosseri < ▓▓▓ > wrote:
>
> Adding ▓▓▓ and ▓.
>
> I agree with John actually, but would probably frame things differently as I think his not isn't quite earning him credibility with Margaret and crew.
>
> I'd be happy to support effects that mimic plastic surgery, but all effects you can't do without makeup ends up disallowing gender swap, old version of yourself, baby face, non-animal monster looking self for hallloween making you look like someone else, etc, which doesn't seem right. Do you all think banning the broad category is just easier to enforce, or do you not think we should allow those types of masks?
>
> I also disagree with the sticky setting policy. I don't think we'd ever make settings sticky the way they're worried about us doing so — defaulting you a filter because you used it once before — but banning UI practices with policy seems like a slippery slope and the wrong place to try and apply pressure.
>
> Sent from a phone
>
> > On Nov 17, 2019, at 2:27 PM, ▓▓▓ ▓▓ < ▓▓▓ > wrote:
> >
> > Agree with all of this. I'm all for option value, but the argument that this decision might move people into other apps doesn't carry weight with me If it means we're not setting a good example/being a good steward for young people.

HIGHLY CONFIDENTIAL (COMPETITOR)

On Nov 17, 2019, at 11:26 AM, ▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮> wrote:

I personally fall on the side of being more principled and disallowing any type of effects that cannot be achieved with makeup. I think this is especially challenging for us because whatever decision we make here will impact IG first given (a) the dominance of camera usage vs the rest of the family and (b) our position of strength with young people.

There is an interesting debate here on what it means to give "people what they want" and how that applies to people who are more easily influenced in early stages of their life. I think we have made a lot of decisions on IG to help protect young people and this falls in that camp.

Now one way to approach this is policy violating vs. non-recommendable but I'd prefer we did the former.

Sent wirelessly at 100mph

> On Nov 15, 2019, at 4:36 PM, Karina Newton <▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

> Hi,
> This email was just forwarded to me from FB colleagues. I have no strong feelings on sticky settings, but it's been our strong recommendation from comms, marketing, policy, and engagement with nearly 20 outside experts and academics that we pass this policy which codifies a more refined and pressure tested version of our temporary policy (the one we made after the uproar last month) which disallows effects that mimic plastic surgery.

> As you know, these Spark filters primarily live on IG right now and are overwhelmingly used by teen girls. Some of the arguments below seem to be rooted in 'not giving people what they want/being paternalistic' views but think it undermines the seriousness of the subject -- we're talking about actively encouraging young girls into body dysmorphia and enabling self-view of an idealized face (and very western definition of that face by the way) that can result in serious issues. It's also unrealistic to expect a large body of academic research on these subjects given the newness of the technology but the outside academics and experts consulted were nearly unanimous on the harm here.

> It is also clear from the coverage we have gotten that no one separates these as not approved by Instagram (aka even if 3rd parties are developing these filters, we will be the people held to account for what we are promoting by allowing them in our platform). I think it's important that our voice is in this conversation and decision...is there disagreement amongst us that we shouldn't be supporting these plastic surgery effects?

HIGHLY CONFIDENTIAL (COMPETITOR)

Karina

---

**From:** Andrew Bosworth < ▮▮▮▮ >
**Date:** Thursday, November 14, 2019 at 12:47 PM
**To:** Will Cathcart < ▮▮▮▮ >, Margaret Stewart < ▮▮▮▮ >,
John Hegeman < ▮▮▮▮ >, Adam Mosseri < ▮▮▮▮ >, ▮
< ▮▮▮▮ > ▮ ▮ ▮ ▮ ▮ ▮
< ▮ ▮ > ▮ ▮ ▮ ▮,
< ▮ ▮ >, ▮ ▮ < ▮ ▮ >, ▮ ▮ < ▮ ▮ >,
< ▮ > ▮ ▮ < ▮ >
**Cc:** ▮ < ▮ >, ▮ ▮ < ▮ >,
< ▮ >, ▮ < ▮ >, ▮ >,
< ▮ com>
**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Margaret – to your question about what changed, I can't speak for others but I may have initially misunderstood the scope we aspired to here with this policy. I agree filters that encourage plastic surgery (as the one on IG recently) are too far but as written below I worry we are taking too aggressive a stance.

I share your desire to take a leadership position and I find the research compelling. However I worry if we are too severe in denying users something for which they have demand then all we will do in practice is move them into other apps which aren't likely to be as restrained (and then import them into our apps). Applying the right amount of restraint in our own apps where we don't allow things we agree are harmful but also don't send users elsewhere feels like the way to have the biggest overall impact towards your goal to me.

I also share the concern others have raised about the cultural lens of the research as it does seem to be applying a western standard across cultures, though I haven't read every study in depth so this may just be a misreading on my part.

I wonder if creating a "nofilter" (or equivalent) tag to positively affirm photos that *don't* have these modifiications (at the users discretion, of course) would be a tool we could deploy also.

boz



**From:** Will Cathcart <                                    >
**Date:** Wednesday, November 13, 2019 at 6:37 PM
**To:** Margaret Stewart <                        >, John Hegeman <                        >,
Adam Mosseri <                    >, Andrew Bosworth <

**Cc:**

**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

as FYI

I think given that WA is going to be trailing (at best) on any advanced camera or AR effects, we'll happily sit these debates out and accept that any policy decisions the rest of the group makes here will apply to us.



**From:** Margaret Stewart <                        >
**Date:** Wednesday, November 13, 2019 at 5:26 PM
**To:** John Hegeman <                        >, Adam Mosseri <                        >, Andrew
Bosworth <

**Cc:**

**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Hi John,

The team put together a one(-ish) pager on the academic research and external engagement that was conducted before forming the policy recommendation. I think it outlines some compelling motivations for formalizing these policies.

https://docs.google.com/document/d/1JYY60GeffqAAg_ZkQ61GcAHXsfIBDr2koliFZP
T1v_w/edit#

These restrictions on plastic surgery effects have been informally in place for a long time so I am a bit surprised to hear the push back. When we last talked, all teams were in support of these guidelines. Is there something specific about the wording that causes concern? Or do you feel these are different than what we discussed in the past?

WRT the sticky setting, we noted in the email that this was something we needed to discuss as there is not yet alignment on this issue. The outstanding concern in my mind which we've discussed is whether making the effects sticky after a single use was a strong enough signal of user preference.

Thanks,
Margaret

_____
Margaret Gould Stewart
VP of Product Design
Facebook, Inc



**From:** John Hegeman <                    >
**Sent:** Wednesday, November 13, 2019 3:14 AM
**To:** Adam Mosseri <            >; Andrew Bosworth <        >;      
<      >;      <            >; Margaret Stewart <        >  
<      >; Will Cathcart <            >;  
<        >;      <        >;      <        >;  
Vincent Hardy <        >;      <        >;  
<      >
**Cc:**

<      >

**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

I'd also love to go deeper on our understanding of the harm and where we are relative to the broader market and cultural norms across the world. In general I worry that our approach to these policies is too US-centric and also doesn't put enough emphasis on giving people the power to represent themselves in the way that they would like.

On the specific suggestions:

1. **Plastic Surgery:** I think a blanket ban on things that can't be done with make-up is going to limit our ability to be competitive in Asian markets (including India). I'd much rather see us develop a more nuanced framework for responsible use that still allows us to build the products that people clearly want and intentionally seek out.

2. **Default On/Sticky Settings:** Similar to our last discussion I'm supportive of not making these effects default on but I don't think we should have a blanket ban on sticky settings provided that it is clear when they are being applied. The concept of "sticky settings" also seems a little obscure so would be a little surprised if we actually get a lot of credit for committing to this.



**From:** Adam Mosseri < ██████████ >
**Date:** Tuesday, November 12, 2019 at 9:01 PM
**To:** Andrew Bosworth < ████████ >, ████ < ████████ >, ██ ██ < ████████ >, Margaret Stewart < ██████████ >, ████ < ████████ >, Will Cathcart < ████████ >, ████ < ████████ >, ██ < ████ < ████ >, ████ < ██████ >, ████ < ████████ >, ████ < ████████ >, ██ < ████ >
**Cc:** ██ ██ ██████████ ██ ██, John Hegeman ████████ ██
**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Adding ████ and ████ as I'm on the road.

**From:** Andrew Bosworth < ████████ >
**Date:** Wednesday, November 13, 2019 at 8:55 AM
**To:** ██ ████████ < ████████ >, ██ ████ < ████████ >, Margaret

Stewart <     >,       <                   >, Adam Mosseri
<              >, Will Cathcart <                   >,
<              >,       <                   >,
<              >,   |   <                   >
Cc:

                                          John Hegeman
                    >,              <                   >
**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Just FYI I mentioned this to Mark and he might want to review before implementing. He is concerned about whether we have good enough data that this represents real harm

Boz

**From:**     <              >
**Date:** Tuesday, November 12, 2019 at 3:53 PM
**To:**       <                   >, Margaret Stewart <                   >,
          >, Andrew Bosworth <              >, Adam Mosseri
<              >, Will Cathcart <                   >,
<              >,       <                   >,
<              >,   |   <                   >
Cc:

                                          John Hegeman
                    >,              <                   >
**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

**From:**     <              >
**Date:** Wednesday, November 13, 2019 at 7:44 AM
**To:** Margaret Stewart <                   >,       <                   >, Andrew
Bosworth <              >, Adam Mosseri <                   >,
<              >, Will Cathcart <                   >,
<              >,       <                   >,



**Cc:** John Hegeman

**Subject:** RE: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Hey Margaret, great timing then! [redacted], could you loop Margaret into your upcoming meeting? Thank you!





**From:** Margaret Stewart <[redacted]>
**Sent:** Tuesday, November 12, 2019 3:42 PM
**To:** [redacted] <[redacted]>; [redacted] <[redacted]>; Andrew Bosworth <[redacted]>; Adam Mosseri <[redacted]>; Stan Chudnovsky <[redacted]>; Will Cathcart <[redacted]>; [redacted]; [redacted]
**Cc:** [redacted]; John Hegeman

**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Hey [redacted], would be great to participate in the discussion about default/stick settings since this is something the FB app team is also looking at.

Get Outlook for iOS



**From:** [redacted] <[redacted]>
**Sent:** Tuesday, November 12, 2019 3:40:29 PM
**To:** [redacted] <[redacted]>; Andrew Bosworth <[redacted]>; Margaret Stewart <[redacted]>; Adam Mosseri <[redacted]>; [redacted]; [redacted]; Will Cathcart <[redacted]>; [redacted]
**Cc:** [redacted]; John Hegeman
<[redacted]>

**Subject:** RE: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Thank you *Margaret*! ☺



**From:** ▮▮ <▮▮▮▮▮▮▮>
**Sent:** Tuesday, November 12, 2019 3:39 PM
**To:** ▮▮ <▮▮▮▮>; Andrew Bosworth <▮▮▮▮>; Margaret Stewart <▮▮▮▮>; Adam Mosseri <▮▮▮▮>; Will Cathcart <▮▮▮▮>; ▮▮▮▮ <▮▮▮▮>; V ▮▮▮▮
**Cc:** ▮▮▮▮ John Hegeman ▮▮▮▮ <▮▮▮▮>
**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Margaret is driving this, not me :)

**From:** ▮▮ <▮▮▮▮▮▮▮>
**Sent:** Tuesday, November 12, 2019 3:38:16 PM
**To:** ▮▮ <▮▮▮▮>; Andrew Bosworth <▮▮▮▮>; Margaret Stewart <▮▮▮▮>; Adam Mosseri <▮▮▮▮>; Will Cathcart <▮▮▮▮>; ▮▮▮▮ <▮▮▮▮>
**Cc:** ▮▮▮▮ John Hegeman ▮▮▮▮ <▮▮▮▮>
**Subject:** RE: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

▮▮ and ▮▮ for Spark AR

Thanks for the update ▮▮ Spark AR is fully supportive of the policy around plastic surgery effects. Meanwhile, ▮▮ ▮▮ , PM Lead for Spark AR, already has time scheduled to discuss default-on/sticky settings.

▮▮

**From:** ▮▮ <▮▮▮▮▮▮▮>
**Sent:** Tuesday, November 12, 2019 2:48 PM
**To:** Andrew Bosworth <▮▮▮▮>; Margaret Stewart <▮▮▮▮>; Adam Mosseri <▮▮▮▮>; ▮▮▮▮ <▮▮▮▮>; Will Cathcart <▮▮▮▮>;

HIGHLY CONFIDENTIAL (COMPETITOR)



**Cc:** John Hegeman

**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Adding John for Blue



**From:** Andrew Bosworth <████████>
**Sent:** Tuesday, November 12, 2019 2:43:15 PM
**To:** Margaret Stewart <████████>; ████████ <████████>; Adam Mosseri <████████>; ████████ <████████>; Will Cathcart <████████>; ████████ <████████>; ████████ <████████>
**Cc:** ████████

**Subject:** Re: [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

████████ for SparkAR

Boz



**From:** Margaret Stewart <████████>
**Date:** Tuesday, November 12, 2019 at 1:56 PM
**To:** ████ <████████>, Adam Mosseri <████████>, ████████ <████████>, Will Cathcart <████████>, Andrew Bosworth <████████>
**Cc:** ████████

**Subject:** [Feedback needed] Plastic Surgery AR Effects + Camera Settings Policies

Hi ████, Adam, ████ Will & Boz,

As a continuation of our previous conversations on the topic of camera effects, wanted to bring your attention to some policy updates that are going to be brought to Product Policy Forum. Please feel free to loop members of your teams in as needed.

**Ask:** We are asking for your support to update our policies to:

1. Disallow effects that mimic plastic surgery for first party (FB/IG/MSGR) and third party effects.
2. Disallow default-on settings, including sticky settings, for camera effects and filters (*to be discussed further, see next steps*)

**Products Impacted:** Instagram, Spark AR, Messenger, Facebook, WhatsApp

**Next Steps:**

- **Disallowing Plastic Surgery in Effects (Nov. 19)**: The policy recommendation for effects that mimic plastic surgery will be presented at the Nov. 19th Product Policy Forum (PPF) for final feedback from Content Policy leadership (Monika Bickert), so any feedback would need to be captured beforehand. Content Policy is happy to present to you or your team before this if you want to discuss. You are also welcome to join that forum.
- **Disallow Default-on/Sticky Settings (Fast-follow):** We want to discuss this with you and your teams to have internal alignment on this approach. The first party settings policy recommendation will be passed once we have final input from you and your teams.

Additional background and policy details below.

**Google has recently reached out to us to discuss collaborating on "over beautification" of selfie cameras.** We're setting up an initial meeting with them soon

(date tbd), so we'd like to have our policy position on settings and plastic surgery within effects locked down prior to this meeting. More info on this below.

Best,


Margaret, ███ ██ ███ ████


--------------------------------


**Background**:


**PR Fire on Plastic Surgery:** In mid-October 2019, there was a PR fire about third party effects that stated Instagram was allowing the promotion of plastic surgery. The concern by press and mental health experts were on the impact that those effects were having on mental health and wellbeing, especially for more vulnerable users (youth, women). This resulted in a set of interim guidelines banning plastic surgery effects and moving the Effects Gallery to whitelist only. These guidelines were received extremely well by the press, though many of the creators of these effects lamented this policy and its impact on their scope. We are now working to resolve this interim state and finalize our guidelines for creators and our external narrative.


**Google Outreach:** Google reached out to us in September 2019 to collaborate on addressing "over-beautification".  For Android R (launching in May 2020), one of the areas that the Android team wants to help address is "over-beautification" of selfie camera.  One of their main initiatives is called "Consented Beautification" – meaning they want any beautification on Android to be done with user consent. We are still investigating what this means in practice wrt default and sticky settings. Google is talking to equipment manufacturers for native cameras and various developers to understand how

HIGHLY CONFIDENTIAL (COMPETITOR)

to solve this issue together. Having a buy-in from big developers like FB would help push this effort forward.


**Policy Recommendations:**


**1. Third + First Party Policy on Beauty Effects:**

**Issue:** We're seeing a rise in popularity of beauty effects — both in creation and in use — which has reinvigorated the conversation on the stance that Facebook, Instagram, Oculus, etc. should take on how those filters relate to body image, mental health, and wellbeing. This is especially sensitive for its potential impact on our younger users, who are the biggest demographic using our Spark effects. You can see some example effects here.


**Policy recommendation:** *Reject cosmetic effects that change the user's facial structure in a way that cannot be achieved by makeup and must be achieved by plastic surgery. This excludes fantastical effects that change a user's facial structure for the purpose of turning the user into a character or animal.*


*Note:*

- *This excludes effects that give the user makeup, as long as they are not coupled with facial distortion.*
- *Skin smoothing is permitted.*
- *We do not refer to any editorial camera effects or filters as "beauty" or "beautification" effects or filters.*


*\*Policies that are already live\**

HIGHLY CONFIDENTIAL (COMPETITOR)       META3047MDL-003-00178128

- *No effects that explicitly promote plastic surgery (e.g. nip/tuck lines on the face)*
- *No negative stereotypes are allowed to be depicted in effects (e.g. blackface)*
- *Effects that lighten the user's skin for the purpose of making their skin tone seem lighter is already not allowed. Entire image luminescence in the case of a colored filter (either pre-capture or post-capture) is permitted.*

**PPF:**

On November 19th, this issue is being brought to the Product Policy Forum for a decision. For the past few months (and predating the PR escalation that happened in October), a cross-functional working group composed of members of the Spark AR and IG product teams, product and public policy teams, AR/VR and IG comms teams,  legal, ops, research, etc. has worked on this issue. This has included extensive research gathering and outreach to external stakeholders.

Research and external outreach has largely unanimously pointed us towards the recommendation below.

**2. First Party Camera Settings Policies**

**Issue:** As an extension of our approach to authentic identity, we want people who use our platform and creative tools to know Facebook thinks they look fine just the way they are. We also want to provide people with creative tools to adjust their captures to help them be more comfortable with sharing, and to provide a creative outlet for expression and sharing with our fantastical masks and filters.

**Policy Recommendations:**

HIGHLY CONFIDENTIAL (COMPETITOR)

## 1. Default Settings

All camera product features should be opt-in and NOT default-on. This ensures that the null state of what someone sees is as close to natural as possible before they engage with an effect for the first time

The only accepted default modifications are limited to the correction of distortion produced by camera lenses native to the device.

## 2. Sticky Settings

Settings cannot be sticky for camera effects and filters. Users need to explicitly opt-in to using a filter each time they use the camera.

## Appendix:

**Detailed Policies**

FB Inc: Guidelines for Camera Art and Product Features:
https://docs.google.com/document/d/1r0ZUYpxlnWlx7RkxQy7kLyUfa8Afa5FfEhg30Nf Zdas/edit#

**Spark AR Internal Policies:**
https://docs.google.com/document/d13mCKmKXG_xBebN0Jr6wL7PIFTa0x9UYHsuUk YAzhjXY/edit#

_____
Margaret Gould Stewart

HIGHLY CONFIDENTIAL (COMPETITOR)

VP of Product Design
Facebook, Inc

HIGHLY CONFIDENTIAL (COMPETITOR)                    META3047MDL_RVOL003                    META3047MDL-003-00178131