# AMENDED Exhibit 368

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**META3047MDL-003-00074488**

## Metadata

| All Custodians | ldwert_Dayna;Gross_Wendy;Jayakumar_Vaishnavi; ███████ | SEMANTIC |
|---|---|---|
| All Paths | /Crenshaw_Liza/Top of Outlook data file/Inbox;/Crenshaw_Liza/Top of Personal Folders/Inbox;/Geldwert_Dayna/Top of Outlook data file/Inbox;/Geldwert_Dayna/Top of Personal Folders/Inbox;/Gross_Wendy/Top of Personal Folders/Inbox;/J_Vaishnavi/Top of Outlook data file/Inbox;/Jayakumar_Vaishnavi/Top of Personal Folders/Inbox;/█████████/Top of Outlook data file/Inbox;/█████████ Top of Personal Folders/Inbox;/████████ Top of Outlook data file/Inbox;/█████████ Top of Personal Folders/Inbox | SEMANTIC |
| Confidentiality | HIGHLY CONFIDENTIAL (COMPETITOR) | SEMANTIC |
| Date Sent | 04/02/2021 12:06 pm MDT | SEMANTIC |
| From | ███████ | SEMANTIC |
| Primary Date | 04/02/2021 12:06 pm MDT | DOC_TYPE_ALIAS |
| To | ███ Wendy Gross ███ Vaishnavi J ███ | SEMANTIC |

EXHIBIT
Liza Crenshaw

Social Media MDL 3047

**Crenshaw 0017**

Message

**From:** ███████████ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=██████████]

**Sent:** 4/2/2021 6:06:55 PM

**To:** ████████████████████████████████████

Wendy Gross ██████████████████████████████████████████████ ; Vaishnavi J ████████████████████████████████████████████████████████████████████████████████████ Liza Crenshaw ██████████████ ; Dayna Geldwert ████████████ ██████

**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":2925157480909922}]

Elizabeth Crenshaw (4/02/2021 07:15:57 PDT):
>some flags for this crew:
>- *MIT Tech Review piece on beauty filters* -- it's not a great piece and does a lot of speculating about the long-term impacts of filters on identity + distortion of reality, esp for young girls. it's focused on the industry at large with fairly equal balance between us + snap, TT. worth a read for sure.
>- *Insider on Hailey Bieber + mental health* -- talks about how she takes a break when bullying gets intense, and how it helps her mental health. seems like some of our product work could align nicely with this.

Elizabeth Crenshaw (4/02/2021 07:16:03 PDT):
>https://www.technologyreview.com/2021/04/02/1021635/beauty-filters-young-girls-augmented-reality-social-media/

Elizabeth Crenshaw (4/02/2021 07:16:07 PDT):
>https://www.insider.com/hailey-bieber-does-a-weekly-detox-from-instagram-after-cyberbullying-2021-4

Dayna Geldwert (4/02/2021 07:21:47 PDT):
>Looking forward to reading these -- thanks for sharing, Liza

██████████ (4/02/2021 07:31:23 PDT):
>This makes me so sad to read. Especially knowing how hard we fought to prevent these on IG. "But her younger sister, ██████, who was a fifth grader at the time, disagrees. "I definitely was—me and my friends definitely were," she says. "Twelve-year-old girls having access to something that makes you not look like you're 12? Like, that's the coolest thing ever. You feel so pretty."

Elizabeth Crenshaw (4/02/2021 07:37:47 PDT):
>i know, it's pretty dispiriting to think about. and the fact that we have no idea what the long-term effects will be for this generation that has grown up comparing themself to something that's...totally fake

██████████ (4/02/2021 08:06:39 PDT):
>One question I think we can re-raise is the "promotion" of these beautification filters. I know most people discover filters from stories, but to the extent we're promoting any (either in the effects gallery under the "appearance" tab or in tray through ranking), I think it's worth re-looking at our decision and confirming with product that we're not promoting these types of filters.

██████████████ (4/02/2021 08:14:27 PDT):
>Agreed. I'm also a little concerned about a category being called "appearance" in general, especially after our discussions around the Reels tool. But I know these are different use cases

██████████ (4/02/2021 09:49:54 PDT):
>I have a hard time believing that we'd do this, but it is still worth the effort IMO.  Given all the continued coverage on the impact of beauty filters on youth, I'd want us to consider age-gating these effects to U18 accounts that we have (stated, hard-matched, etc.).

██████████ (4/02/2021 09:50:47 PDT):
>Especially b/c over the last year we've considered more age-gated experiences and defaults.

██████████████ (4/02/2021 10:38:46 PDT):
>would there ever be a world where an individual user could opt out of seeing these filters? like a specific evolution of the mute tool - "mute appearance filters"

██████████ 4/02/2021 11:06:18 PDT):
>I would love to see a test like this and compare it to the number of uninstalls or drops in MAP or weekly actives because I imagine giving people more choice over some of the features they see might reduce the nuclear option of uninstalls or staying away for periods of time

HIGHLY CONFIDENTIAL (COMPETITOR)        META3047MDL_RVOL003        META3047MDL-003-00074488

██████████ (4/02/2021 11:06:55 PDT):
>I know there is a thin line between choice and simplicity but I feel like it could definitely be a tradeoff worth exploring for some features like that