# AMENDED Exhibit 392

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



## Tier 0

Page score: 100 · Updated 3 months ago · 74 views · Managed by:

collection name: `instagram:tier0`

Tier 0 metrics constitute North Star goal metrics for IG app. These are the key indicators of app success for each product group, such as retention, revenue, and integrity, and changes in these metrics should always be treated as key factors when making ship/no-ship decisions. If a change increases metrics mapping to at least one of these IG goals while not regressing other metrics beyond thresholds, we should ship in most cases. We should be extremely judicious about regressing tier 0 metrics - we generally can't regress these metrics at the PG-level and in the rare case where a proposed launch candidate regresses or trades off tier 0 metrics, we should escalate to the pillar leads of the team running the experiment as well as the pillar owners of the metrics being regressed (listed in the table below). You can use this email template for the escalation.

Tier 0 metrics are often noisy, and lagging indicators of success. They are also often difficult to move in individual QEs. When claiming wins in tier 0 metrics, you should **strongly** consider running a replicate pre-test to validate these wins before making a ship decision. Read more about the advantages of this approach here.

*Note that certain launch candidates in different orgs may be geared more towards certain tier 0s, and teams/pillars should keep this in mind when making ship/no-ship decisions for these candidates.*

The following are the **tier 0** metrics for all of Instagram. *Thresholds refer to projected topline impact, but we heavily encourage teams to dig deeper if the raw % delta exceeds the threshold:*

| Tier | Product Group | Metric Name | Metric Name | Metric Threshold - Genpop | Metric Threshold - Teen (if applicable) |
|---|---|---|---|---|---|
| 0 | Home | Instagram Classic DAU | instagram:growth:instagram_classic:dau:overall | -0.05% | -0.12% |
| 0 | Home | Cap15 Sessions | instagram:sessions:core_foreground_sessions_cap15_per_user:overall | -0.05% | -0.12% |
| 0 | IGB | BBR (Ad Revenue) | instagram:business:ad_metrics_core:revenue:overall | -0.15% | -0.37% |
| 0 | Product Foundation | IG Normalized Power | instagram:efficiency:normalized_power:overall | N/A - rely on LLRT process | |
| 0 | Trust & Safety | Severity Weighted Overall Prevalence (SWOP) | community_integrity:cep:viewer:swvp_organic_ig_content_severity_weighted_overall_prevalence_volume | 0.10% | 0.24% |

For IG BBR (Ad Revenue) regressions beyond the -0.20% threshold, you must flag to the RISE oncall by posting your canonical review deck/doc in the oncall workplace group.

**Since Google Docs/Wiki does not lend itself well to large tables.... for a full list of tier 0-2 metrics, please refer to this link.**

« Metric Tiers                                                                 Tier 1 »

HIGHLY CONFIDENTIAL (COMPETITOR)                                        META3047MDL-208-00057539

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-208-00057539

**Custodian:** META PLATFORMS

**Author:**

**Filename:** TIER 0 - WIKI.PDF

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /META PLATFORMS

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**META_Pointee:**

**META_Pointer:**