# AMENDED Exhibit 468

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

**From:**       Guy Rosen [/O=THEFACEBOOK/OU=EXTERNAL
                (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=█████████████████████]

**Sent:**       1/31/2024 4:41:13 PM

**To:**         █████████ ; █████ ███████████████ ; Guy Rosen █████████ ;
                Molly Cutler ████████

**Subject:**    Message summary [{"otherUserFbId":null,"threadFbId":7379360188752491}]

**Attachments:** sticker.png


████████████████ (1/31/2024 08:40:08 PST):
>given MZ is in testimony - there is a sev in progress on search results for CS "TLDR: We've discovered
that a number of Child Safety banked search terms are not correctly applying an inform treatment and
blocking results on the Instagram Search surface."

████████████████ (1/31/2024 08:40:15 PST):
>https://www.internalfb.com/sevmanager/view/392041

████████████████ (1/31/2024 08:40:22 PST):
>just making you aware

Molly Cutler (1/31/2024 08:41:13 PST):

shared: sticker.png

                                    META3047MDL-286-00011412