# AMENDED Exhibit 664

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

1:1 chat with ████████████ @s.whatsapp.net

From: me; time: 10/06/2021 05:55:04; timestamp: 1633524904224

Not sure if you saw my post yesterday. It's not the last thing I'll say on this, but I started laying the out the messages we discussed: (1) I care deeply about protecting kids, (2) we are industry-leading, and (3) congress needs to pass laws to tell companies how to balance social issues. I'm curious what you thought.

From: me; time: 10/06/2021 05:55:26; timestamp: 1633524926101

https://www.facebook.com/zuck/posts/10113961365418581

From: ████████ @s.whatsapp.net; time: 10/06/2021 05:56:22; timestamp: 1633524982088

been studying it since 3;40 am ; liked some , some issues in how things said.  believe it might be time to come on soon

From: ████████ @s.whatsapp.net; time: 10/06/2021 05:56:38; timestamp: 1633524998080

chief focus

From: ████████ @s.whatsapp.net; time: 10/06/2021 05:56:50; timestamp: 1633525010784

will address core values

From: ████████ @s.whatsapp.net; time: 10/06/2021 06:10:34; timestamp: 1633525834145

am trying   change values

From: me; time: 10/06/2021 06:10:46; timestamp: 1633525846520

Change values?

From: me; time: 10/06/2021 06:10:52; timestamp: 1633525852357

My values are my values

From: ████████ @s.whatsapp.net; time: 10/06/2021 06:12:23; timestamp: 1633525943131

look at your site

From: me; time: 10/06/2021 06:12:43; timestamp: 1633525963935

?

From: ████████ @s.whatsapp.net; time: 10/06/2021 06:15:29; timestamp: 1633526129146

1 be bold. 2. focus on impact, 3 move fast 4 be open. 5 build social value.. please please add safety ! this is from your recruiting site! i said you are doing a good job and are doing right things but must be more

From: me; time: 10/06/2021 06:25:04; timestamp: 1633526704205

Those are more internal values. We have a list of principles we stand for that is: (1) voice, (2) connection, (3) opportunity, (4) serving everyone, and (5) safety.

From: ████████ @s.whatsapp.net; time: 10/06/2021 06:25:10; timestamp: 1633526710087

fact based questions not yesterdays nonsense. i see what toy are doing . â€œi am a parent and i will not stop working on this even if we are industry leading.â€ its semantics i know but it is far more constructive than what others are saying in the media . i am constructive .. you want me to be that eat

From: me; time: 10/06/2021 06:25:36; timestamp: 1633526736177

But I take your point about being louder about the safety point.

From: ████████ @s.whatsapp.net; time: 10/06/2021 06:25:48; timestamp: 1633526748854

of course they are internal; even better to make change

HIGHLY CONFIDENTIAL (COMPETITOR)

From: ████████ @s.whatsapp.net; time: 10/06/2021 06:27:03; timestamp: 1633526823541

do you think i am out to hurt you? i offering a constructive course you believe in passionately. take my course ! you are a parent !!!

From: ████████ @s.whatsapp.net; time: 10/06/2021 06:31:56; timestamp: 1633527116872

i am on tv and doing this week

From: ████████ @s.whatsapp.net; time: 10/06/2021 06:33:15; timestamp: 1633527195284

constructive

From: ████████ @s.whatsapp.net; time: 10/06/2021 06:43:38; timestamp: 1633527818596

internal recruitment site : great way to show people what else really matters. yes. be louder on safety .you are a parent as you said : doubling down on safety. we are industry leading ; we can demonstrate that but even that is not enough, we offer shying to come in and see the other side of these memos . there is another side that vindicates but as a parent i am making this MY issue !!!

From: ████████ @s.whatsapp.net; time: 10/06/2021 06:48:06; timestamp: 1633528086568

i am not saying facebook is duplicitous and evil. i am saying the opposite, you have heard the chorus and will PERSONALLY make this issue over adolescents your issue

From: me; time: 10/06/2021 06:50:54; timestamp: 1633528254302

I care deeply about this and we'll continue focusing on being industry-leading with young people, but I'm not going to say it's my personal main focus when I have a number of other areas I'm more focused on like building the metaverse. But I will emphasize this more.

From: me; time: 10/06/2021 06:51:47; timestamp: 1633528307216

But I can certainly be louder about safety.

From: ████████ @s.whatsapp.net; time: 10/06/2021 06:53:26; timestamp: 1633528406877

let me help you! for what it is worth i have the highest rated business shows on earth and have done massive homework and have offered ideas to you that i think have been valuable

From: me; time: 10/06/2021 06:53:45; timestamp: 1633528425939

Absolutely

From: me; time: 10/06/2021 06:53:58; timestamp: 1633528438036

I am grateful and really value your input

From: me; time: 10/06/2021 06:54:21; timestamp: 1633528461167

Lots of great ideas on small businesses over time, etc.

From: ████████ @s.whatsapp.net; time: 10/06/2021 06:54:46; timestamp: 1633528486961

i know you are a good man. i love opportunity to work with you to make the world greater .

From: ████████ @s.whatsapp.net; time: 10/06/2021 07:01:30; timestamp: 1633528890512

your call. i know you care but when people don’t believe make it simple: this is MY issue . this is so important! safety is paramount. what do you have to lose! it is true !!!

From: me; time: 10/06/2021 08:38:40; timestamp: 1633534720153

Thanks -- I think you're right that I need to be clear that I personally care about this.

From: ████████ @s.whatsapp.net; time: 10/06/2021 08:46:27; timestamp: 1633535187330

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-065-00522509

i always like to say that this point has the added advantage of being true. i have not worked with you but i have many good friends at facebook who know you care and would love to hear this personal commitment at a thursday town hall , This can be your legacy if you address this personally and if you spot those who are not focused on safety first they have to go

From: me; time: 10/06/2021 08:48:50; timestamp: 1633535330357

How do you think this fits with our focus on promoting building the metaverse as the next major opportunity? We have our Connect "conference" at the end of this month and I was planning on having big announcements about us pivoting focus to building the metaverse in a number of areas. That's not at odds with safety, but it's a much different and more innovation-focused message. I'm curious how you'd navigate that.

From: ███████@s.whatsapp.net; time: 10/06/2021 09:01:27; timestamp: 1633536087924

jensen is a friend. he has thought about these issues more than anyone. He knows that a lonely person  could create a room full of interesting people to talk about shakespeare or Cezanne v. Matisse or the Bible . i love that. but i posed the question of safety and the need to be sure it couldnâ€™t be used for evil. he had a lot of ideas on it and other aspects of the metaverse and how it will be much bigger than the actual world (some hyperbole). Jensen is a humanist and i defer to that great man on safety and the need for care about the most important invention of the next era. i have ultimate respect for his views on the subject.

From: me; time: 10/06/2021 09:03:00; timestamp: 1633536180460

Good idea.

From: ███████@s.whatsapp.net; time: 10/06/2021 13:22:25; timestamp: 1633551745601

you holding up okay ? i worry

From: ███████@s.whatsapp.net; time: 10/06/2021 14:46:25; timestamp: 1633556785060

i talk about your situation at the top of the show

HIGHLY CONFIDENTIAL (COMPETITOR)

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-065-00522508-META3047MDL-065-00522510

**Custodian:** ZUCKERBERG_MARK

**Author:**

**Filename:** ZUCKERBERG_MARK_███████@S.WHATSAPP.NET_20211006.TXT

**Create Date:**

**Last Modified Date:**

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /ZUCKERBERG_MARK

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**META_Pointee:**

**META_Pointer:**