# AMENDED Exhibit 1068

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

_____

**From:**        (CI) [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=                    ]
**Sent:**        9/10/2021 7:15:21 PM
**To:**          Miki Rothschild                    ;
**Subject:**     Message summary [{"otherUserFbId":100023330522197,"threadFbId":null}]


Michael Yehuda Rothschild (9/10/2021 11:41:59 PDT):
>Hey! Sorry to hear you're doing this on Friday night!

                 (9/10/2021 11:42:12 PDT):
>no probs - this is an important topic :)

Michael Yehuda Rothschild (9/10/2021 11:42:13 PDT):
>You should seriously say no to this stuff

                 (9/10/2021 11:42:39 PDT):
>it's kind of my fault, too much of this stuff is in my head - i need to be less of a single point of failure

Michael Yehuda Rothschild (9/10/2021 12:02:45 PDT):
>QQ for you, is Guy aware of the gap in resourcing you highlighted to cover tablestakes P1 work?

                 (9/10/2021 12:04:10 PDT):
>yep - it's a P1 in our roadmap and a highlighted risk in our child safety deep dives

                 (9/10/2021 12:04:41 PDT):
>before my time (when covid hit), the decision was made to prioritise our (tiny) amount of review capacity for English only, FB only

                 (9/10/2021 12:05:02 PDT):
>which means 1% of total reports. Our goal this half it to be able to deal with 100%

                 (9/10/2021 12:05:12 PDT):
>and i'm pretty shocked i had to fight for resource to close that gap

Michael Yehuda Rothschild (9/10/2021 12:05:37 PDT):
>You should just escalate this stuff directly to Guy -- or let me know and I can do that

Michael Yehuda Rothschild (9/10/2021 12:05:52 PDT):
>We have ~1000 ENG across Integrity.

Michael Yehuda Rothschild (9/10/2021 12:06:16 PDT):
>We should be able to find a few ENG to help close these gaps :)

                 (9/10/2021 12:06:23 PDT):
>yeah, i'm getting a bit tired of us being traded off against far more mild harms. I feel like all i do is escalate

                 (9/10/2021 12:06:35 PDT):
>luckily this one got approved by Amit

Michael Yehuda Rothschild (9/10/2021 12:06:55 PDT):
>(y)

                 (9/10/2021 12:07:11 PDT):
>look at this - i had to deprioritise goals AGAIN today because we have such a massive codebase to maintain https://fb.workplace.com/groups/135709743752034/permalink/852306742092327/

                 (9/10/2021 12:07:25 PDT):
>anyway, rant over - have a fab weekend

Michael Yehuda Rothschild (9/10/2021 12:09:03 PDT):
>How big is your team? It could be that the baseline resourcing needs some revisiting such that you don't have to constantly escalate.

                 (9/10/2021 12:11:16 PDT):
>5 eng, 1 open head + 2DS, 1DE

Michael Yehuda Rothschild (9/10/2021 12:11:53 PDT):
>And this is to cover all child safety problems? i.e. IIC, CEI etc?

                                    META3047MDL-014-00355137

██████████████████ (9/10/2021 12:12:21 PDT):
>plus the multiple other problems that i have to 'non goal' on
>
>- no sexual child abuse
>- child nudity

██████████████████ (9/10/2021 12:12:59 PDT):
>which means i practice we have like 1 engineer for all of IIC, one for all of CEI etc

██████████████████ (9/10/2021 12:13:04 PDT):
>which feels pretty wild to me

Michael Yehuda Rothschild (9/10/2021 12:13:42 PDT):
>Ouch. Ok, let me see if I can help. I feel for you...

██████████████████ (9/10/2021 12:14:51 PDT):
>i'm sure our strategy is correct, and our priorities are correct, we're just hamstrung on team size
>
>do you know ███████████████? He's our eng director, i know he's plugged in with Pavni to try to solve this, might be worth joining that conversation

Michael Yehuda Rothschild (9/10/2021 12:15:01 PDT):
>Enjoy the rest of your weekend!

Michael Yehuda Rothschild (9/10/2021 12:15:12 PDT):
>Yes, I know ██████

██████████████████ (9/10/2021 12:15:21 PDT):
>likewise!

CONFIDENTIAL

META3047MDL-014-00355138