# AMENDED Exhibit 1113

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

| | |
|---|---|
| **From:** | Jennie Pearson [Jennie@peerlessinsights.com] |
| **Sent:** | 3/18/2019 2:35:41 AM |
| **To:** | ██████████ |
| **CC:** | Young Ko [young@peerlessinsights.com]; Wendy Gross ███████████ |
| **Subject:** | Invoice Peerless Insights FBK-042-002 PO 1161261 |
| **Attachments:** | Invoice Peerless Insights FBK-042-002 PO 1161261.pdf |

Hello,

Please find attached the second and final invoice for the Teen Well-Being Foundational Quant Study.

Please let us know if any other info is needed for processing.

Thank you and regards,

Jennie

--------------------------------------------------------------------------------------

Jennie Pearson | Group Research Director | Peerless Insights
415.656.6886 | jennie@peerlessinsights.com | www.peerlessinsights.com

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

META3047MDL-014-00256147
METAARAG-001-00486147