# AMENDED Exhibit 1114

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



**Peerless Insights, Inc.**
5211 Geary Blvd
SAN FRANCISCO, CA  94118
(415) 341-6449
young@peerlessinsights.com

# Invoice

**BILL TO**
Instagram, LLC
1601 Willow Rd
Menlo Park, CA  94025 USA

**INVOICE #** FBK-042-002
**DATE** 03/17/2019
**DUE DATE** 04/16/2019
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **FBK-042**<br>Teen Well-being Foundational Quant<br>PO: 1161261<br>Requester: Gross, Wendy<br>Total Cost:  $93,300<br>Second and final invoice | 1 | 46,650.00 | 46,650.00 |

BALANCE DUE  **$46,650.00**

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

META3047MDL-014-00256148
METAARAG-001-00486148