# AMENDED Exhibit 1175

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

October 16, 2024

**EXHIBIT**
Meta-Sismondo-10

Message

| | |
|---|---|
| From: | ███████ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=███████ |
| Sent: | 9/2/2020 7:15:01 PM |
| To: | ███████████████████████ , Charles Sismondo ████████ |
| Subject: | Message summary [{"otherUserFbId":null,"threadFbId:3205571879541351}] |

███ ███ (9/02/2020 11:54:24 PDT):
>One juicy question I forgot to ask you both live: what's your sense of the headwinds for bold social comparison interventions like Daisy, which may be associated with (not yet crystal clear) impacts on traditional metrics?

Charles Lawrence Sismondo (9/02/2020 12:01:00 PDT):
>The feedback we got in our IG leads review recognized this as a big problem that IG core mechanics makes worse, but one we should address.  The difficulty in executing on a bold bet was recognized, with the comparison to Daisy also made.  From a 'people first' perspective we have support to deal with the problem, but the headwinds will be the core mechanics itself and making sure we account for the impact on growth and engagement metrics.  There is also an acknowledgment, when you zoom back, that if IG makes people feel bad about themselves, we lose in the long run.  I think in general the desire is to see bigger impactful moves that address the problem.

███ ███ (9/02/2020 12:03:07 PDT):
>Are there clear next steps for Daisy itself?

Charles Lawrence Sismondo (9/02/2020 12:03:56 PDT):
>███ might be better able to answer this one, I'm out of the loop on where Daisy going wide is

███ ███ (9/02/2020 12:05:27 PDT):
>last I heard, this was stuck on needing FB app to have a equivalent so there's a coherent approach across apps per Mark review
>
>for integrity launches, we've gotten clearer guidance from Cox reinforcing that for proactive comms launches we need coherence across apps
>
>maybe there would be an exception if super urgent for an app, with clearly measurable impact

███ ███ (9/02/2020 12:05:53 PDT):
>meantime afaik, the IG teams that were working on this have been super busy making very large changes to how IG feed works

███ ███ (9/02/2020 12:06:07 PDT):
>and the reorg from a couple weeks ago also disrupted the teams that were on this

███ ███ (9/02/2020 12:07:05 PDT):
>so I doubt that there's anything active near-term here and we'd need a bigger plan to get it going
>
>having a more solid positive impact measurement plan would probably be key to 2021 progress if we wanted to push here

███ ███ (9/02/2020 12:07:54 PDT):
>I assume the large changes to how IG feed works are not to unblock or otherwise related to Daisy specifically?

███ ███ (9/02/2020 12:10:25 PDT):
>not about Daisy, no

███ ███ (9/02/2020 12:10:30 PDT):
>about general IG ecosystem health

███ ███ (9/02/2020 12:10:55 PDT):
>generally feed wasn't getting much attention for a few years as Stories dominated

███ ███ (9/02/2020 12:11:24 PDT):
>there's a renewed awareness that feed is particular important for "interests" use cases (vs. friends an family, which maps to stories, or entertainment, which maps to Reels)

███ ███ (9/02/2020 12:12:17 PDT):
>examples of new work in IG feed:
>- feed recs (publicly "suggested posts")
>- stories in feed units and reels in feed units

███ ███ (9/02/2020 12:15:01 PDT):
>Got it and awesome. This clarity really helps me and the health team contextualize our work on non-IG surfaces -- super appreciated.

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00044451