# AMENDED Exhibit 1178

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Confidential Treatment Requested by Facebook, Inc.

# FACEBOOK

## Privacy Review Statement

**Name of Project:** Time-of-day optimization for kid campaign notifications

**Decision:** Approved

**Date of Decision:** 11/4/2021

**Material Risk:** Yes - It involves higher risk activity or sensitive factors

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-019-00128980

Confidential Treatment Requested by Facebook, Inc.

---

**The project's retention period:**

90 days in hive tables.

---

II. **Project Information**

a. **The Project Involves**

---

Using existing Covered Information in a new way

---

**i. Using existing Covered Information in a new way**

---

**Types of Covered Information the project uses:**

Reference 'Data Used' in Project Synopsis.

**Reason(s) the project uses Covered Information:**

Provide and improve the product/service

**Covered information provided by an affiliate:**

No

---

III. **Notice and Transparency**

Privacy Review has determined the below notice to be sufficient.

a. **Data Policy**

---

**The section of the Data Policy covering user notice:**

We collect the following information from children and their parents or guardians when they sign up for and use Messenger Kids.

Messenger Kids Account Details: Depending on the features you and your child use, we collect the following information:

Your child's full name;

---

3

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL-019-00128982

Confidential Treatment Requested by Facebook, Inc.

Your child's profile picture;

Any log-in details you or your child provide;

Your child's demographic information, such as gender and birthday, if you choose to provide them;

Unique identifiers for your child, like a Messenger Kids username;

Your child's connection to their parents or guardians on Messenger Kids; and

Additional information about your child that you or your child may provide.

Use of Messenger Kids: We collect the following types of information about your child's use of Messenger Kids:

Content and Communications: We collect the content and type of messages, including stickers, gifs, photos, or videos, your child shares from both sent and received messages in Messenger Kids. These may include your child's image or voice if provided. We also collect information about this content, like metadata, which can include information like file size, name of a photo or video, and date or time the photo was taken.

Contacts: We collect information about your child's contacts on Messenger Kids and how your child interacts with them—for example, their most frequent contacts.

Usage: We collect information about how your child uses Messenger Kids, such as the features they use, use of audio or video calling, game play, and how they engage with the app.

Contact forms and surveys: We collect information your child provides to us through surveys and contact forms, for example product features or bug reports in the Messenger Kids App.

Device Information: We collect information about the phone or device your child uses to access Messenger Kids. This information includes:

Device attributes: information like the operating system, hardware and software versions, and available storage space.

Identifiers: unique identifiers, device IDs, and Facebook Family Device IDs (or other identifiers unique to Facebook Company Products associated with the same device or account).

Data from device settings: information provided through device settings you or your child turn on, like time zone and access to your camera, photos, or microphone.

Network and connections: information like language, IP address, and connection speed.

Enable your child to communicate: We use the information we have about you and your child to enable them to connect and communicate with others.

Personalize your child's Messenger Kids experience: We use the information we have to optimize

4

HIGHLY CONFIDENTIAL (COMPETITOR)
META3047MDL-019-00128983

Confidential Treatment Requested by Facebook, Inc.

Messenger Kids for your child and others, including personalization of product features and suggesting contacts for your child. This includes placing the people your child communicates with the most at the top of their contact list, recommending features like a new sticker pack, or suggesting other Messenger Kids connections.

Communicate with parents or guardians and their children: We use the information we have to communicate with you and any other parent or guardian managing your child's account. We may also use this information to communicate with your child. For instance, our communications may include information about your child's activities and connections, updates to the Messenger Kids product, and information about our policies, terms, and practices. When you or your child contact us, we also use this information to respond to those communications.

## IV.    Risks and Safeguards



## V.    Safeguards identified but not implemented

Not Applicable

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-019-00128984