# AMENDED Exhibit 1180

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

**From:**      Dayna Geldwert [/O=THEFACEBOOK/OU=EXTERNAL
               (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=██████████████████]
**Sent:**      8/31/2021 9:47:32 PM
**To:**        Dayna Geldwert ██████████; ██████████████
**Subject:**   Message summary [{"otherUserFbId":100021172392499,"threadFbId":null}]


Dayna Geldwert (8/31/2021 09:24:12 PDT):
>I had to drop off to connect with ██ about this before a Girl Scout meeting

Dayna Geldwert (8/31/2021 09:24:18 PDT):
>will try to pop back on

████████████████ (8/31/2021 09:24:32 PDT):
>kk

Dayna Geldwert (8/31/2021 09:52:29 PDT):
>I am so devastated

Dayna Geldwert (8/31/2021 09:52:45 PDT):
>We have to pull back on all our comms / efforts for Girl Scouts

████████████████ (8/31/2021 09:52:53 PDT):
>omg what

████████████████ (8/31/2021 09:52:57 PDT):
>why

Dayna Geldwert (8/31/2021 09:53:08 PDT):
>Strategic Response said we can't given the leak

Dayna Geldwert (8/31/2021 09:53:14 PDT):
>I am so so sad because I care so so much about it

████████████████ (8/31/2021 09:53:19 PDT):
>i don't understand why!?

Dayna Geldwert (8/31/2021 09:53:21 PDT):
>I could cry lol

████████████████ (8/31/2021 09:53:35 PDT):
>i feel for you!!!! that is kinda ridic i seriously don't understand why

Dayna Geldwert (8/31/2021 09:53:40 PDT):
>Their sense is would seem strange/reactive/not land well to go hard on how we're supporting girls just
days after a very damning article comes out about how we are damaging the well-being of girls

████████████████ (8/31/2021 09:53:54 PDT):
>i mean can't we wait and see how it comes out?!

████████████████ (8/31/2021 09:54:03 PDT):
>the NYT leak about footballer abuse went nowhere

████████████████ (8/31/2021 09:54:16 PDT):
>can't we just space a few weeks?!

Dayna Geldwert (8/31/2021 09:55:01 PDT):
>Yeah, that's the option we're toying with right now. But Girl Scouts is also going to be super jumpy
once we tell them

████████████████ (8/31/2021 10:03:28 PDT):
>ugh ya that really sucks. really hope it works out!!!!!

████████████████ (8/31/2021 14:18:53 PDT):
>do you happen to have anyyyy screenshots of recent TT take a break?? or know how long i need to scroll
for to find it lol

Dayna Geldwert (8/31/2021 14:26:38 PDT):
>How recent does it have to be?

Dayna Geldwert (8/31/2021 14:26:48 PDT):
>I deleted the app because I was ... addicted

EXHIBIT
#20 Gettle A
5/8/25
PENGAD 800-631-6989

HIGHLY CONFIDENTIAL (COMPETITOR)

Dayna Geldwert (8/31/2021 14:26:52 PDT):
>But I def have old one s

████████ (8/31/2021 14:26:56 PDT):
>HAHA i feel you

████████ (8/31/2021 14:27:02 PDT):
>but also i don't know why I'm not getting them

████████ (8/31/2021 14:27:06 PDT):
>bc rushtok has me scrolling way more

████████ (8/31/2021 14:27:17 PDT):
>i'm trying to make a case for why we can't water down our Take a Break

████████ (8/31/2021 14:27:25 PDT):
>so i want to show Miki etc what TT already does

Dayna Geldwert (8/31/2021 14:27:33 PDT):
>Ah gotcha

Dayna Geldwert (8/31/2021 14:27:42 PDT):
>would old ones help or nah?

Dayna Geldwert (8/31/2021 14:28:04 PDT):
>When I was addicted in 2020, I think it was like... 40 mins of consecutive scrolling

████████ (8/31/2021 14:28:20 PDT):
>yah old ones are fine!!!

Dayna Geldwert (8/31/2021 14:29:27 PDT):
>Kk i'm about to do a girl scout panel but will send after!

████████ (8/31/2021 14:29:31 PDT):
>ok wow found the newest one with Headspace

████████ (8/31/2021 14:29:37 PDT):
>kk!!!

████████ (8/31/2021 14:29:56 PDT):
>i found some on their TTTips channel so actually this should be fine for now, but if you can easily find screenshots that's great too!

Dayna Geldwert (8/31/2021 14:31:16 PDT):
>Oooh yes they're all there

████████ (8/31/2021 14:31:23 PDT):
>ughh they've already done everything we were brainstorming lol

Dayna Geldwert (8/31/2021 14:31:23 PDT):
>I forgot about that

Dayna Geldwert (8/31/2021 14:31:31 PDT):
>Yuuup

Dayna Geldwert (8/31/2021 14:31:40 PDT):
>I do think it benefits us to think of a new-ish angle

Dayna Geldwert (8/31/2021 14:31:48 PDT):
>So it doesn't feel like one more thing we're catching up to TT on

████████ (8/31/2021 14:37:59 PDT):
>yea im kinda stuck on how we'd do that

████████ (8/31/2021 14:38:07 PDT):
>but if anything we can't be WORSE

Dayna Geldwert (8/31/2021 14:38:17 PDT):
>Lol good point

████████ (8/31/2021 14:38:33 PDT):
>██ is like so concerned about us telling people to leave the app

████████ (8/31/2021 14:38:40 PDT):
>he's not helping us w anything right now

████████ (8/31/2021 14:38:42 PDT):

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00573629

>i will vent later lol

Dayna Geldwert (8/31/2021 14:38:47 PDT):
>That's so annoying

Dayna Geldwert (8/31/2021 14:39:00 PDT):
>Telling them to leave and forcing them to leave is different

████████████ (8/31/2021 14:39:07 PDT):
>exactly

████████████ (8/31/2021 14:39:38 PDT):
>i think what we'd do differently is allow people to customize -- choose after how long they see the breaks etc

████████████ (8/31/2021 14:39:46 PDT):
>but he wants this to be OPT IN and im like n0

Dayna Geldwert (8/31/2021 14:43:42 PDT):
>ok but we keep making tools no one is using

Dayna Geldwert (8/31/2021 14:43:46 PDT):
>because we make it a control

Dayna Geldwert (8/31/2021 14:43:49 PDT):
>sooooooooo

████████████ (8/31/2021 14:44:07 PDT):
>ya like we have to at least show ppl!!!!

████████████ (8/31/2021 14:44:13 PDT):
>maybe we could show it like 3 times and stop showing if they don't opt in

████████████ (8/31/2021 14:44:16 PDT):
>but no one will

████████████ (8/31/2021 14:44:24 PDT):
>i said do it for teens at least!

Dayna Geldwert (8/31/2021 14:44:44 PDT):
>Ugh

Dayna Geldwert (8/31/2021 14:44:54 PDT):
>ok going into the panel meow -- chat later !

████████████ (8/31/2021 14:47:32 PDT):
>yay have fun!!!

HIGHLY CONFIDENTIAL (COMPETITOR)