**AMENDED Exhibit 1182**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

META3047MDL-046-00071961

## Metadata

| All Custodians | Bhutada_Shruti;Mody_Shilpa | SEMANTIC |
|---|---|---|
| Date Sent | 09/29/2021 11:53 pm | SEMANTIC |
| From | ▮▮▮▮▮ | SEMANTIC |



PENGAD 800-631-6989   EXHIBIT   3.14.25
13
Meta-Mody 5

Message
_____

**From:**     Shilpa Mody [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=███████
**Sent:**     9/29/2021 11:53:22 PM
**To:**       Shruti Bhutada [███████████]; Shilpa Mody [███████████]
**Subject:**  Message summary [{"otherUserFbId":100027372548112,"threadFbId":null}]


Shruti Bhutada (9/29/2021 11:26:09 PDT):
>Shilpa! I felt like I never replied to the recruitment question

Shruti Bhutada (9/29/2021 11:26:24 PDT):
>Yes we want their phone numbers too. Although most people give garbage numbers XD

Shruti Bhutada (9/29/2021 11:28:51 PDT):
>"Facebook Research would like to talk to people [18 years or older living in your area between Monday
Feb 1, 2016 and Friday Feb 5, 2016]. If you are selected to participate, you will receive compensation
[XXX] to thank you for your time. The research topic is [Facebook mobile apps] and will be conducted by
[Insitum] on Facebook's behalf. Please note that by completing this form, Facebook may provide your
contact information and answers to our partner research company, [Insitum]. Expressing interest on this
form does not guarantee you will be selected to participate."

Shruti Bhutada (9/29/2021 11:28:57 PDT):
>This is the language we need to use

Shilpa Mody (9/29/2021 11:45:29 PDT):
>ah ok! I've also used more open-ended language before that's just like we want to talk to people, are
you interested? but if we know the info like dates, compensation, etc I will add it

Shilpa Mody (9/29/2021 11:45:49 PDT):
>will it be through a vendor or will you contact them directly?

Shruti Bhutada (9/29/2021 11:45:54 PDT):
>I am confirming with ██████. They keep changing policies so its a bit annoying.

Shruti Bhutada (9/29/2021 11:46:07 PDT):
>I am checking if participant recruiting can contact them

Shilpa Mody (9/29/2021 11:46:37 PDT):
>ok, I'll just put in some stuff as placeholder for now

Shruti Bhutada (9/29/2021 11:46:49 PDT):
>thank you!!

Shilpa Mody (9/29/2021 11:47:59 PDT):
>Oh whoa they just moved the curtiss/██████ mtg

Shilpa Mody (9/29/2021 11:48:17 PDT):
>Btw is there a link to the annotated deck somewhere? Should I look at it?

Shilpa Mody (9/29/2021 11:48:26 PDT):
>Do you know what the point of this mtg is?

Shruti Bhutada (9/29/2021 11:48:53 PDT):
>I have no idea honestly

Shruti Bhutada (9/29/2021 11:48:59 PDT):
>I also dont have access to the annotated deck

Shruti Bhutada (9/29/2021 11:49:07 PDT):
>yeah, its way too late for you

Shruti Bhutada (9/29/2021 11:49:59 PDT):
>Their previous time co-incided with a interview for me and those are not movable. But I can just say
that since you will be there, I can skip

Shruti Bhutada (9/29/2021 11:50:19 PDT):
>If its for the hearing tomorrow I imagine Curtiss prefers an earlier time too

Shruti Bhutada (9/29/2021 11:51:16 PDT):
>ok they moved it to 12:15

Shilpa Mody (9/29/2021 11:51:55 PDT):

>yeah it's soon! i'm glad i checked my email because i don't always see last min calendar changes

Shruti Bhutada (9/29/2021 11:52:33 PDT):
>yeah its crazy. ███ sent me and Wendy a meeting invite for 8:30 am at like late evening and I missed it because I dont check WP or e-mails then

Shruti Bhutada (9/29/2021 12:31:30 PDT):
>aaaaaah

Shruti Bhutada (9/29/2021 12:31:36 PDT):
>i guess we will know the leaker tho

Shruti Bhutada (9/29/2021 12:31:42 PDT):
>So know where to direct my curses XD

Shilpa Mody (9/29/2021 12:31:52 PDT):
>yeah this is kind of what i expected but still whaaaaaaaat

Shruti Bhutada (9/29/2021 12:31:57 PDT):
>i know

Shilpa Mody (9/29/2021 12:32:19 PDT):
>I have never been so happy that I don't use twitter

Shruti Bhutada (9/29/2021 12:32:19 PDT):
>Like how hard did this person work to read, take graony pictures of and leak thousands of docs?!

Shilpa Mody (9/29/2021 12:32:57 PDT):
>yeah it's pretty crazy

Shruti Bhutada (9/29/2021 12:32:59 PDT):
>TBH I only use it for following BTS so usually I am blissfully unaware of whats going on. But, I made the mistake of searching wsj IG and...

Shruti Bhutada (9/29/2021 12:33:35 PDT):
>But, it was funny because BTS usually get like a million likes on their tweets. So I saw 1000 ppl liking posts and was like: Meh, this doesnt seem very newsworthy i guess XD

Shilpa Mody (9/29/2021 12:34:00 PDT):
>when curtiss said "this is going to be a moment in facebook history.." i like oh fuck this really is going to be a moment fb history

Shruti Bhutada (9/29/2021 12:34:14 PDT):
>HAHAHAHAHAHA

Shilpa Mody (9/29/2021 12:34:49 PDT):
>also this is hands down the nicest i've ever seen curtiss

Shruti Bhutada (9/29/2021 12:34:50 PDT):
>What a weird way to get famous Shilpa XD

Shilpa Mody (9/29/2021 12:34:54 PDT):
>i didn't even know he had a nice mode

Shruti Bhutada (9/29/2021 12:34:55 PDT):
>OMG I know!

Shruti Bhutada (9/29/2021 12:34:59 PDT):
>I was so scared

Shruti Bhutada (9/29/2021 12:35:08 PDT):
>I thought they were gonna give me the stink eye and they smiled

Shruti Bhutada (9/29/2021 12:35:17 PDT):
>I was like: Uhhh is this good or bad?

Shilpa Mody (9/29/2021 12:35:23 PDT):
>I thought there was a reasonable chance that curtiss would be mean and kristin would have to rescue us

Shruti Bhutada (9/29/2021 12:35:42 PDT):
>I know. I logged in when he and ███ were there

Shruti Bhutada (9/29/2021 12:36:05 PDT):
>and I was like: Wow what a way to meet the VP of research for the first time haha, is this my last day here.

Shruti Bhutada (9/29/2021 12:36:31 PDT):
>But they were laughing

Shilpa Mody (9/29/2021 12:37:10 PDT):
>there was a brief period of time (when i was doing primacy stuff for messenger) when she knew who i was! like she would say hi and stop to chat when she ran into me. but then i'm pretty sure she forgot

Shilpa Mody (9/29/2021 12:39:15 PDT):
>ugh anyway i'm pretty sure reading the annotation will feel kind of cutting, but having all these people keep reinforcing that we don't suck has definitely helped

Shruti Bhutada (9/29/2021 13:20:24 PDT):
>Yeah that will likely sting.

Shruti Bhutada (9/29/2021 13:21:10 PDT):
>It was crazy, when Curtis was saying "I really want you all to internalize" I thought he was going to say something like: that we should never use causal language unless data is causal and add context where necessary, I hope you learnt your lesson" XD

Shilpa Mody (9/29/2021 13:24:39 PDT):
>YES! I literally also thought this

Shilpa Mody (9/29/2021 13:25:35 PDT):
>I feel like I can't even really identify how I'm feeling. Like I want someone to list out the options of plausible ways that someone could feel in this situation so that I can attempt to identify.

Shilpa Mody (9/29/2021 13:25:56 PDT):
>… crap, what I'm saying is that I want a multiple choice survey question about my own feelings

Shruti Bhutada (9/29/2021 13:26:08 PDT):
>█████ and Kristin keep asking me if I want to chat and I am like: No I want to chat to another person who understands right now. Also I dont know how I feel.

Shruti Bhutada (9/29/2021 13:26:18 PDT):
>BHAHAHAHA same.

Shilpa Mody (9/29/2021 13:26:50 PDT):
>Yes! They keep asking if they can support in any way and I'm like, what are the options for support? I literally don't know what to ask for

Shruti Bhutada (9/29/2021 13:26:59 PDT):
>Like I appreciate that they are trying to understand how we might feel and try and address it. BUT HOW ARE YOU SUPPOSED TO FEEL WHEN HISTORIC EVENTS HAPPEN?

Shruti Bhutada (9/29/2021 13:27:21 PDT):
>I love that you are like: sure, what sort of support are y'all offering

Shilpa Mody (9/29/2021 13:27:25 PDT):
>Is there one where I can hide under a rock for a couple weeks but also my team can launch awesome products?

Shruti Bhutada (9/29/2021 13:27:32 PDT):
>I usually hug react and hope they wont ask more XD

Shruti Bhutada (9/29/2021 13:27:43 PDT):
>OMG I RELATE TO THIS SO MUCH

Shruti Bhutada (9/29/2021 13:28:29 PDT):
>Like, I cant share with my team, when I am not on 100% they get impatient and start planning research around me and if I tell them its about the leak they tell me to just ignore it. XD.

Shruti Bhutada (9/29/2021 13:28:55 PDT):
>Also I am still more mad about the take a break being opt in control than anything else

Shruti Bhutada (9/29/2021 13:29:33 PDT):
```
PII
```

Shruti Bhutada (9/29/2021 13:29:41 PDT):

shared: http://www.facebook.com/163094215980564 as 83919635_637696980311811_7085944054050979840_n.gif

Shilpa Mody (9/29/2021 13:34:04 PDT):
>Yeah I am generally kind of like why are we only considering weak sauce ideas? It just feels like we're not taking the problem seriously, even now

Shilpa Mody (9/29/2021 13:38:54 PDT):
>That time that Adam was like, maybe it's also bad if I'm looking at basketball for a long time…. Like hang on, what plausible story is there for how that might be bad?? Why are you so obsessed with being topic-agnostic?

Shruti Bhutada (9/29/2021 14:05:47 PDT):
>Yeah

Shruti Bhutada (9/29/2021 14:06:04 PDT):
>And he was like:" Yeah go big... have a HUUUUGE interruption for Alt topic nudge

Shruti Bhutada (9/29/2021 14:06:06 PDT):
>Like wtf dude

Shruti Bhutada (9/29/2021 14:07:40 PDT):
>I dont think they are. Actually I remember when in 2020 ██████ said "We know this is an important problem. But its so fundamental that we dont think we can change it" or something like that

Shruti Bhutada (9/29/2021 14:07:52 PDT):
>I assumed Adam probably doesnt think in that way

Shruti Bhutada (9/29/2021 14:07:59 PDT):
>But I am afraid he probably does

Shruti Bhutada (9/29/2021 14:10:55 PDT):
>This is actually something I am pissed about. I feel like the leak and critique is about why IG didnt do anything if they know we have negative impact on teen girls. But the focus internally is on the finding itself (that we have an impact).

Shruti Bhutada (9/29/2021 14:12:23 PDT):
>Like is it really hard for Adam to be like, we try to prioritize what we can, and elections and equity took priority over this issue? And then maybe revisit his priorities in light of this?

Shilpa Mody (9/29/2021 14:17:19 PDT):
>Yeah totally. We're getting super hung up on whether IG causes these experiences, but what we definitely know is that teens have these experiences *on* IG, and that's typically enough to justify/prioritize work (eg nobody had to spend time arguing about whether IG causes more bullying, we just noted that users experience and see a ton of bullying on IG and we can so something about that).

Shilpa Mody (9/29/2021 14:18:16 PDT):
>I understand why they have to defend against the causal claim externally, but internally why is it so hard to take responsibility for shitty experiences that users have on the platform that we absolutely could do more to limit?

Shruti Bhutada (9/29/2021 14:21:27 PDT):
>yeah its a bit odd. Like I doubt anyone would say IG 'caused' or 'created' social comparison because thats existed for ages.

Shruti Bhutada (9/29/2021 14:21:51 PDT):
>But we have a responsibility to act on things even if we didnt cause them. Why else do we work on equity of elections?

Shruti Bhutada (9/29/2021 14:22:28 PDT):
>idk if they see it this way. Like idk if Adam is like: Oh yeah, why DIDNT I prioritize this. He thinks the langauge and the claim in the leak is the problem

Shilpa Mody (9/29/2021 14:26:22 PDT):
>Oh yeah totally. I think their perception is that the worst thing here is the leak itself, followed by the language/mischaracterization of the article, followed by the actual problem facing humans and the fact that we haven't devoted enough resources to it.

Shilpa Mody (9/29/2021 14:40:09 PDT):
>I asked Curtiss whether anyone on DSS did a weighted version of the analysis, and if so whether we could see it. Not sure if that's an appropriate ask, but I'm honestly kind of curious about how much that would change the results / conclusions.

Shilpa Mody (9/29/2021 14:40:34 PDT):
>Like did we end up making the wrong decisions because we didn't weight, or is it just shifting numbers around?

Shruti Bhutada (9/29/2021 14:42:28 PDT):
>I just saw

Shruti Bhutada (9/29/2021 14:42:34 PDT):
>and saw his response too

Shruti Bhutada (9/29/2021 14:42:50 PDT):
>I remember us looking at the populations and making a decision to not weigh

Shruti Bhutada (9/29/2021 14:43:05 PDT):
>its 2 years ago though so i am not sure if the memory is accurate

Shruti Bhutada (9/29/2021 14:43:12 PDT):

>I am curious if the results will change

Shilpa Mody (9/29/2021 14:43:24 PDT):
>Ah damn, I was hoping they might have done this

Shruti Bhutada (9/29/2021 14:43:28 PDT):
>but I cant think of why.

Shilpa Mody (9/29/2021 14:44:20 PDT):
>It feels kind of weird to dwell on the weighting on every slide's annotation. Like sure it's true that it's not weighted, but people stop listening when you say the same thing over and over

Shruti Bhutada (9/29/2021 14:44:29 PDT):
>maybe numbers will be higher for some things (like presumably more disengaged people either are facing acute issues or IG is making it worse for them and we were not really able to capture their experience as well

Shruti Bhutada (9/29/2021 14:44:39 PDT):
>yeah

Shruti Bhutada (9/29/2021 14:44:46 PDT):
>I mean this whole thing feels defensive

Shruti Bhutada (9/29/2021 14:45:21 PDT):
>Ultimately it might just seem like we are trying to devalue our internal work when the finding or the rigor behind it was never the controversial piece

Shruti Bhutada (9/29/2021 14:45:55 PDT):
>Like they arent mad that 1 in 3 girls think we make BI worse. They are mad we 'hid' it and they think that because we didnt do anything + publicly said the effects are mixed.

Shilpa Mody (9/29/2021 14:46:24 PDT):
>Yeah — I think the thing that's weird is that it feels like it's defending by saying "we can't take anything away from this" rather than something stronger like "the actual number is less bad"

Shruti Bhutada (9/29/2021 14:46:30 PDT):
>and the last statement was about overall well-being (social comparison and BI are just a few things that impact that). So just saying that would be sufficient right?

Shilpa Mody (9/29/2021 14:47:51 PDT):
>Right, totally. But I don't think FB will actually make that clarification because they are literally still using that defense of saying the impact on WB is mixed

Shilpa Mody (9/29/2021 14:49:40 PDT):
>Like they always distract from specific problems by trying to focus on positive/neutral overall net impact (eg pushing voter registration instead of being upfront about misinfo, which is what people actually want us to solve)

Shruti Bhutada (9/29/2021 14:49:42 PDT):
>haha i didnt realize there were errors in the slide. But them calling it out seems a bit odd.

Shruti Bhutada (9/29/2021 14:49:48 PDT):
>Like the family stress finding.

Shruti Bhutada (9/29/2021 14:50:04 PDT):
>I am pretty sure its a typo and should have just stopped at financial stress.

Shruti Bhutada (9/29/2021 14:50:36 PDT):
>exactly. and the more they do this the more media and congress and people in general think they are selfish or dont care or incompetent at solving problems

Shruti Bhutada (9/29/2021 14:50:41 PDT):
>Its like a vicious cycle

Shilpa Mody (9/29/2021 14:50:48 PDT):
>Calling out the errors preemptively maybe makes sense because otherwise other people will notice and make a big deal of them?

Shruti Bhutada (9/29/2021 14:50:55 PDT):
>Ah gotcha

Shruti Bhutada (9/29/2021 14:50:59 PDT):
>yeah thats true

Shilpa Mody (9/29/2021 14:55:37 PDT):
>I wonder if they're using the "you can't really draw any conclusions from this research" approach in the annotations to try to cut off the argument that "FB knew about this"? Like, no we didn't actually know anything because the research didn't say anything?

CONFIDENTIAL

Shruti Bhutada (9/29/2021 14:55:59 PDT):
>yeah maybe

Shruti Bhutada (9/29/2021 14:56:22 PDT):
>but it really just looks like a critique of the research

Shilpa Mody (9/29/2021 14:56:34 PDT):
>That seems crazy from a media POV but maybe makes sense for legal/regulatory reasons?

Shruti Bhutada (9/29/2021 14:57:01 PDT):
>Its likely only accounting for legal/ regulatory POV. It actually looks pretty bad from media perspective

Shilpa Mody (9/29/2021 14:57:37 PDT):
>Right it seems super defensive from a media POV which is why I was wondering

Shruti Bhutada (9/29/2021 14:57:50 PDT):
>like FB throwing its own employees work under the bus/ devaluing it. Isnt it enough to say these are exploratory studies and in order to determine relationship between wellbeing and social media you need toi do experiments

Shruti Bhutada (9/29/2021 14:59:19 PDT):
>like no wonder they keep saying this is not a reflection of how valued you are. This, in addition to all the editing and scrutiny of our current and future work is not making me feel very valued or trusted. I can sort of understand these decks are trying to cover for the company even at the cost of making employees look incompetent.

Shilpa Mody (9/29/2021 14:59:19 PDT):
>Yeah I can't figure out whether this is good strategy in a way that I don't fully understand (eg legal concerns), or just typical FB shitty media strategy

Shruti Bhutada (9/29/2021 15:02:28 PDT):
>they keep saying subtitles are misaligned

Shruti Bhutada (9/29/2021 15:02:31 PDT):
>but they are not?

Shruti Bhutada (9/29/2021 15:02:44 PDT):
>like the graph for makes better or makes worse.

Shruti Bhutada (9/29/2021 15:03:02 PDT):
>significantly more people said IG made problematic use worse compared to any other issue.

Shruti Bhutada (9/29/2021 15:03:34 PDT):
>the title already says we generally made things better or have no impact

Shruti Bhutada (9/29/2021 15:04:32 PDT):
>misaligned seems like an odd choice of word. The headlines and sub-headlines are calling out findings we should pay attention to

Shilpa Mody (9/29/2021 15:04:58 PDT):
>I think it's because there's an ambiguity in what the "worse" is comparing to. Like does it mean more people said PU makes it worse compared to other problems, or more people said PU makes it worse compared to makes it better.

Shilpa Mody (9/29/2021 15:09:50 PDT):
>The annotation also keeps repeating that these are user perceptions, but like… that really only matters for the makes it better/worse slide. The rest of the time, people's perception is literally ground truth because we're asking about personal experiences / feelings.

Shilpa Mody (9/29/2021 15:25:42 PDT):
>Hmmmm I wonder if part of the reason to make it seem like you can't draw any conclusions from the data is because people will invariably try to read negative things into it (even where there's nothing actually bad), so it's better to basically be like the data means nothing? Eg some person who wants to make it look bad will be like "49% of IG users have anxiety but only X% of the general population does so IG must be bad" and so it's better to undermine confidence in the whole thing?

Shilpa Mody (9/29/2021 15:25:58 PDT):
>ok I should stop obsessing about this but I can't!

Shruti Bhutada (9/29/2021 15:42:30 PDT):
>hmmm ok.

Shruti Bhutada (9/29/2021 15:42:59 PDT):
>yeah i am not sure how else you would measure well-being.

Shruti Bhutada (9/29/2021 15:43:37 PDT):

>I mean none of that will stop the motivated. I actually thing saying you cant draw conclusions could make it worse.

Shruti Bhutada (9/29/2021 15:44:00 PDT):
>Like, if you say "dont look here its not important", everyone is gonna look there and think its important.

Shilpa Mody (9/29/2021 15:45:20 PDT):
>Yeah I am really just trying to understand the reasoning behind this. Like I feel like they're absolutely throwing us under the bus and making us sound incompetent, which is not great obviously but would feel better to me if there was a good reason to do it.

Shruti Bhutada (9/29/2021 15:45:33 PDT):
>if they focus on flaws in the research as opposed to the public critique, which is about flaws in leadership, they come across as defensive.

Shruti Bhutada (9/29/2021 15:46:15 PDT):
>Mark and Adam suck at self reflection and awareness? And Pratiti and others really have no choice?

Shilpa Mody (9/29/2021 15:46:55 PDT):
>Haha right but like what is their goal / what benefit to they believe they will get from this?

Shilpa Mody (9/29/2021 15:47:04 PDT):
>I don't even really understand that

Shilpa Mody (9/29/2021 15:47:22 PDT):
>Like why do they think that this is a good strategy (correctly or incorrectly)

Shruti Bhutada (9/29/2021 15:47:53 PDT):
>like if this is what Adam is pissed about then they cant do anything right? The moment the research needs to be presented in congress they almost need to just follow what legal says and cover the company's ass.

Shruti Bhutada (9/29/2021 15:48:12 PDT):
>my guess is they want to prove that Mark didnt lie to Congress last year

Shruti Bhutada (9/29/2021 15:48:57 PDT):
>I dont know why they are going about it this way. Because he didnt. But they are just disqualifying everything they can in the research in case someone takes some finding and makes a big deal about it

Shruti Bhutada (9/29/2021 15:49:49 PDT):
>I mean they are even trying to disqualify the qual work haha

Shilpa Mody (9/29/2021 15:50:22 PDT):
>Yeah I think they're basically trying to discredit the work so much that it's like it didn't get leaked at all

Shilpa Mody (9/29/2021 15:50:54 PDT):
>To stop cherry picking, etc

Shilpa Mody (9/29/2021 15:51:08 PDT):
>And they are probably also trying to fight this on all fronts

Shruti Bhutada (9/29/2021 15:52:39 PDT):
>yeah

Shilpa Mody (9/29/2021 15:52:49 PDT):
>Like saying, we didn't really know anything, and also we didn't fail to act because we did build things, and also we didn't like

Shilpa Mody (9/29/2021 15:52:52 PDT):
>Lie

Shruti Bhutada (9/29/2021 15:53:13 PDT):
>given how much they are telling us we should not take this personally my guess is they dont have much control on this. But its actually really messed up if thats the case.

Shruti Bhutada (9/29/2021 15:53:42 PDT):
>Like DSS and ██████ etc probably dont have much control over this.

Shruti Bhutada (9/29/2021 15:53:52 PDT):
>Its just so messed up.

Shilpa Mody (9/29/2021 15:53:55 PDT):
>… do you think this is something I can ask Kristin? Like what's the thinking behind undermining the research?

Shruti Bhutada (9/29/2021 15:54:40 PDT):

>I think we can! If you are worried I can ask her too. So she can get mad at both of us instead of one XD

Shruti Bhutada (9/29/2021 15:55:52 PDT):
>They keep saying leaks lower morale... no, Adam the choices you guys make lowers morale

Shruti Bhutada (9/29/2021 15:56:59 PDT):
>On one hand we have Miki and ███ literally forcing the product team to make stupid decisions (teens dont want meditation, show lava lamps; or you cant have the break without it being opt in first). On the other hand we get discredited for doing the best work we could.

Shruti Bhutada (9/29/2021 15:57:20 PDT):
>They (or ██) are responsible for the Take a Break being opt in btw. I just chatted with ███

Shruti Bhutada (9/29/2021 15:57:59 PDT):

PII

Shilpa Mody (9/29/2021 15:58:37 PDT):
>Yeah I've definitely considered it but then I think I'll get kicked out of the country because I don't have a green card haha

Shruti Bhutada (9/29/2021 15:59:43 PDT):
>this is really so messed up. I want to assume good intent of ██ and ██ and Kristin. But I honestly dont want to find out I am wrong.

Shilpa Mody (9/29/2021 16:01:26 PDT):
>Yeah I think they have good intent

Shilpa Mody (9/29/2021 16:03:26 PDT):
>It's easier for me to believe that for research people than for product/ other leads though

Shruti Bhutada (9/29/2021 16:04:01 PDT):
>hahaha true.

Shruti Bhutada (9/29/2021 16:05:53 PDT):
>I guess I am more cynical. I trust ███, ███ etc. But I also feel like they are being asked to check in and assure us maybe so we dont go and join the leaker or something. XD. I am sure thats not what Kristin or ███ might have been told. I hope I am just being too cynical.

Shruti Bhutada (9/29/2021 16:07:32 PDT):
>man reading this annotated deck after hearing them out feels like someone slapped you hard then gave you a candy saying they have no hard feelings XD

Shilpa Mody (9/29/2021 16:08:56 PDT):
>Yeah totally, I feel like I know understand why they felt they needed to have that meeting with all of them there

Shilpa Mody (9/29/2021 16:09:11 PDT):
>Rather than sending an email like they did over the weekend

Shruti Bhutada (9/29/2021 16:24:12 PDT):
>yeah. Initially I was like: I dont understand. But I read through that deck and I was like..oh

Shruti Bhutada (9/29/2021 16:24:47 PDT):
>I mean its also ironic that they keep splitting hairs on semantics and causal language but keep saying something is myopic or misaligned. Like those words are so broad, what do you mean?

Shilpa Mody (9/29/2021 16:33:48 PDT):
>Yeah I feel like there are basically three buckets of comments: 1) pointing out this mistake before others do, 2) things are not as bad as the slide makes it seem, 3) you can't believe anything in this research. The first two seem understandable to me, the third does not.

Shruti Bhutada (9/29/2021 16:34:29 PDT):
>yeah.

Shruti Bhutada (9/29/2021 16:34:45 PDT):
>its going a bit too far and I am not sure why

Shilpa Mody (9/29/2021 16:35:04 PDT):
>Btw is the other deck that they're releasing yours as well (w Wendy)?

Shruti Bhutada (9/29/2021 16:35:55 PDT):
>it also makes FB look bad, like FB is devaluaing its own work and ppl to protect its ass. I read as much on Verge when Pratiti wrote her blog post. And her blog post was actually pretty reasonable.

Shruti Bhutada (9/29/2021 16:36:10 PDT):
>I have no idea. I thought it would be ████'s own research

Shruti Bhutada (9/29/2021 16:36:23 PDT):

>The suicide self injury findings were taken from her deck

Shilpa Mody (9/29/2021 16:36:32 PDT):
>I wonder if it's literally preferable for the company that the data wasn't weighted or whatever because then they can trash it more.

Shilpa Mody (9/29/2021 16:36:47 PDT):
>Yeah I felt that her post was reasonable as well

Shruti Bhutada (9/29/2021 16:36:51 PDT):
>A lot of it was from her work actually I think only the 1 in 3 was from HLM 1 and there was one quote from qual study.

Shruti Bhutada (9/29/2021 16:38:30 PDT):
>I dont understand this. It makes people who work for them feel like crap. Externally I cant imagine these journalists and congress people going: Oh man! Those researchers didnt even weigh the data and wrote myopic headlines? Wow, now I feel bad for facebook

Shruti Bhutada (9/29/2021 16:39:08 PDT):
>like poor Adam, here have a hug. Man why do you hire these researchers

Shruti Bhutada (9/29/2021 16:39:10 PDT):
>:-/

Shilpa Mody (9/29/2021 16:45:00 PDT):
>I'm pretty sure that 90%+ surveys run at FB aren't weighted and have myopic headlines!

Shruti Bhutada (9/29/2021 16:45:36 PDT):
>I am sure 99% do. I MEAN WHAT WILL THEY SAY IF ▮▮▮ AND ▮▮▮▮'S STUDY GOT LEAKED? Sorry

Shruti Bhutada (9/29/2021 16:45:48 PDT):
>Also.., this study literally copies ▮▮▮▮▮▮▮ work

Shruti Bhutada (9/29/2021 16:46:12 PDT):
>Like, except for the bubble chart, I even followed his ranking exercise.

Shilpa Mody (9/29/2021 16:50:56 PDT):
>Ughhhhhhhh ok I'm going to try not to think about this for a while

Shilpa Mody (9/29/2021 16:52:36 PDT):
>Omg just saw the other thread wtfffffff

Shruti Bhutada (9/29/2021 16:53:22 PDT):
>I know