# AMENDED Exhibit 816

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

## Master One Sheet

Updated: October 2018

Click on a title to jump

**Snap Core Product/Business**                                    **2**

**Snap AR/Lens Studio**                                           **4**

**Discover/Shows**                                                **7**

**Bitmoji**                                                       **11**

**Hardware**                                                      **13**

**Advertising**                                                   **15**

**Privacy, Policy, T&S**                                          **18**

**Snap's Core Values**

## Topline Stats and Messaging
*Updated: October 2018*

### Key Messages:

- <u>Snap Inc.</u> is a camera company. We believe that reinventing the camera represents our greatest opportunity to improve the way people live and communicate. Our products empower people to express themselves, live in the moment, learn about the world, have fun together. Over the last 7 years, Snap Inc. has worked to consistently surprise and engage its community and partners by experimenting with totally new formats and experiences, innovating through thoughtful design choices as well as big, long-term product bets.
- We're focused on creating engaging experiences through which our community can stay close with their real friends and, when not chatting and snapping with those they love, explore diverse and credible perspectives from around the world, covering a wide array of topics, in a made-for-mobile format.
- Our primary goal is for Snapchat to always be the fastest way to communicate. Everyone wishes they had more time and communication through contextually-rich, visual Snaps is simple, but powerful. With Snapchat, you can say in one tap of the camera button what might take several minutes to type on a smartphone keyboard.
- Everything we do today is in an effort to help you express your emotions in an instant -- to talk, visually. Spectacles allow users to create a Snap in-the-moment with one tap. Bitmoji empowers expression through your avatar. Lenses reduce the barrier to taking a Snap by making any moment magical. Zenly uses a map to allow users to communicate where they are, who they're with, and and what they're doing without taking their phones out of their pockets.
- Snapchat was also designed without public vanity metrics, like "comments", "likes", or "shares", to create an environment that was about talking and being creative, not broadcasting or perfect images. Additionally, Snapchatters don't have public profile pages, don't see numbers like how many friends they have, or how many friends other Snapchatters have; you also can't see how many people view each other's Stories either.


### Hot FAQ:

**Q:** Who is your core audience?

**Q:** What is your approach to product design?

**Q:** How will you continue to grow?

**Q:** How are Android improvements going?

**Q:** What is Snap Inc.'s strategy for success? How are you unique?
**A:** Over the last 7 years, Snap Inc. has worked to consistently surprise and engage its community and partners by experimenting with totally new formats and experiences, innovating with thoughtful but playful design choices, and making big, long-term product bets. Our main goal is for Snapchat to be the **fastest way to communicate.**

HIGHLY CONFIDENTIAL (COMPETITOR)                                                          SNAP3141990

Everything we do today is an effort to lower barrier to creation and self-expression so that Snapchat remains the best place to talk with the people you're close to. Spectacles allow users to create a Snap in-the-moment with one tap. Bitmoji empowers expression through your avatar. Lenses reduce the barrier to taking a Snap by making any moment magical. Zenly uses a map to allow users to communicate where they are, who they're with, and and what they're doing without taking their phones out of their pockets.

**Q:** Why is Snapchat committed to hardware/How important to Snap are Spectacles?
**A:** Snap already makes one of the most used cameras in the world -- Snapchat. Today nearly all of the 3.5 billion Snaps captured every day on Snapchat are taken on a phone, but we believe that will not always be the case. The Snap Lab team is responsible for ensuring that Snap has the hardware capability to ensure it can continue to play a leadership role, even as camera devices evolve.

As camera technology advances, cameras are becoming more than just tools for taking photos and videos. Cameras can provide a rich understanding of the world around us by integrating digital elements into the physical world (AR). Alongside this transition, we believe that camera hardware will evolve too -- camera glasses are likely to grow in popularity, for example.

**Snap AR/Lens Studio**

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3141991

**Topline Stats and Messaging**
*Updated: October 2018*

**Key Stats:**
- Over 3 billion Snaps are created each day ([approved public stat](#))
- On average, Snapchatters create over 20 Snaps every day ([approved public stat](#))
- On average, more than 60% of Daily Active Users create Snaps with the Camera every day ([approved public stat](#))
- On average, users use Creative Tools to enhance over 60% of all Snaps they send on Snapchat every day ([approved public stat](#))
- Over 1/3 of our daily audience (70M+ users) play with Lenses each day, averaging over 3 minutes each per day ([approved public stat](#)); that's over 500 *years* of playtime with augmented reality, every day on Snapchat
- 70% of Snapchatters use AR every month (DMEXCO '18)
- In more penetrated markets, like the US, half of all millennials (half of the entire population of 13-34 year olds) play with AR on Snapchat every week (DMEXCO '18)
- Since we launched Lens Studio in late 2017, creators have submitted over 100,000 unique Lenses which have been viewed by Snapchat users over 3.5 billion times [Q2 earnings].

**Key Messages:**
- We believe that augmented reality is an extremely powerful tool for visual expression, and helps make Snapchat the fastest way to communicate.
- Snapchat has always opened to the camera, inviting people to express themselves, be creative, and explore -- and positively impacting the engagement we see with our camera and affording us a unique opportunity to innovate around camera technology.
- Snap is focused on three core building blocks of AR: understanding the world through our Snapchat camera, providing a platform for creators to build AR experiences, and investing in future hardware to transcend the smartphone. By taking a step-by-step approach to innovation, we're able to learn iteratively with real-world consumer experiences and insights taken into consideration alongside hardware and software technology advancements.
- It is still very early days for this industry and we believe that future growth and innovation require the democratization of tools and industry collaboration.
- We believe that Snapchat and the Snapchat community will continue to play a key role in driving the mass adoption and innovation in augmented reality forward. Snap has successfully introduced hundreds of millions of people to augmented reality in playful, approachable ways and we encourage them to explore new types of content and behaviors within AR.
- As we work towards this future, we're dedicated to a) building simple, but powerful tools like Lens Studio that creators globally can leverage to help shape this future and b) partnering to provide Snap-powered camera experiences across the growing ecosystem of mobile and hardware devices.

**Lens Studio-Specific:**
- The success of Lens Studio signals a shift in AR: the rise of the creative community. Our goal has always been to allow any user — professional designer or teenage art student — to experiment and create.
- Lens Studio makes AR approachable. With the templates and guides we've built, we're empowering the range of new 2D illustrators to sophisticated developers to experiment and

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP3141992

design in augmented reality. In essentially three steps, you can build your experience, submit it, and then share it with your community to use on Snapchat -- on any device iOS or Android.

- The success of AR is dependent on a vibrant, diverse creator community; we're excited to be supporting the Lens Studio community through a number of programs including our Official Lens Creator program, workshop opportunities, partnered opportunities, and more.

**Hot FAQ:**

**Q:** Why did you create Lens Studio?

**A:** We believe that the long-term success of AR is dependent on a diverse creator community; Lens Studio make it possible for any creator to express themselves in AR and provides all Snapchatters with an ever-evolving array of AR experiences to express themselves with.

Lens Studio is the product of 2.5 years of building Lenses for Snapchatters. The tool is almost identical to what Snap designers use today to build Lenses. Given that Lenses are an integral part of the Snapchat experience today, we've grown to have an expertise in AR and were super excited to bottle some of that up for the general population.

**Q:** I'm sure Snapchat wants to make money from Lens Studio. How?

**A:** Today we have a number of third-party partners that are using Lens Studio to create Lenses for advertisers that will then run within Snapchat as a part of an ad buy. In this way, Lens Studio has made AR advertising on Snapchat more accessible across different budgets, timelines, etc. which is then good for our business of course.

**Q:** Do you promote creators?

**A:** Lens Explorer is a way to discover and unlock thousands of Lenses built by Snapchatters around the world. We released Lens Explorer in June 2018.

**Q:** What does it mean to be an Official Lens Creators?

**A:** Today, we have a few dozen Official Lens Creators that the team works with ongoing. The group is made up of artists, designers, developers, students, and more from all of the world right now.  Snap supports OLCs by:

- Providing hands-on time with these creators re: tools and template education, may provide early access to new tools within Lens Studio for early feedback and testing
- Promoting Official Lens Creators on our website, through media opportunities, workshops, and more.
- Building a community around Official Lens Creators through which creators can learn from each other as the new media is being explored and evolved together. exploring this new medium together.

**Q:** On your website it says that Official Lens Creators have revenue opportunities. What does this mean?

**A:** Today, this means that we're able to support Official Lens Creators by helping them make connections with brands who are looking to pay for AR content. We're continuing to explore other opportunities for the future as well, but don't have details to share on this at this time.

**Q:** Do you review Lenses? How are you approaching IP violations?

**A:** Like everything else on Snapchat, Lenses created through the Lens Studio must comply with our guidelines. We're handling this in a couple of ways right now:

HIGHLY CONFIDENTIAL (COMPETITOR)

1) Snapchatters can report Lenses from the community by tapping the small flag in the upper left-hand corner of the Lens information pop-up (what you see when you scan the Lens' Snapcode or tap the 'i' button above the Lens).
2) Some Lenses based on usage are also reviewed proactively. From here, the team can take action -- from deactivating a Snapcode, to suspending or banning a user.

If you see a Lens that you think violates our guidelines, please report it by tapping the small flag in the upper left-hand corner of the Lens information pop-up (what you see when you scan the Lens' Snapcode or tap the 'i' button above the Lens).

**Q:** Facebook is always on the heels of every Snap feature. Thoughts on this?
**A:** We have to date and will continue to innovate for our community. This is what we focus on.

**Q:** What's Evan like? How involved is he in Lens Studio?
**A:** Bobby Murphy, Snap CTO and co-founder, oversees that Camera Platform team behind Lens Studio and many of our AR tools. For years now, Bobby has been a driving force behind our innovation in this area.

Evan too is really excited by the work we're doing today and the potential of Lens Studio. He's passionate about encouraging self-expression and creativity through the Snapchat app and this platform in particular.

**Q:** Why are Lenses and AR successful on Snapchat?
**A:** Snapchat opens to the camera, inviting our community to express themselves and storytell. On average, Daily Active Users visit Snapchat approximately 25 times each day -- opening to the camera every time and, on average, Snapchatters create over 20 Snaps every day. Snapchat is a place for our community to, first and foremost, talk with their friends visually and Lenses have become a natural part of this creativity and communication.

HIGHLY CONFIDENTIAL (COMPETITOR)

**Discover/Shows**
**Topline Stats and Messaging**
*Updated: October 2018*

**Key Stats:**
- The number of people that watch Publisher Stories and Shows on iOS every day has grown by over 15% this year (approved public stat - Q2 earnings 2018)
- We've dramatically grown the amount of total time viewers spend engaging with all our Shows, nearly tripling since the beginning of the year.

**Key Messages:**

**Discover-Specific:**
- Discover launched globally in January 2015 and is a place for Snapchatters to explore Stories from an expert editorial perspective.
- Discover is the best place to find news and entertainment handmade for your phone.
- Discover's design combines the power of machine learning with the wisdom of human editorial judgment to make it easier for you to discover content that you love. We believe that showing the right stories to the right audience will help continue to grow engagement and monetization opportunities for partners, for advertisers and for Snapchat.
- Our new Discover page has been a long time in the making and reflects how our content offerings have grown over the last three years. Content has become more and more prominent in our app as we have grown from 11 editorial partners to over 80 globally; have introduced Shows, our mobile-TV like content; and our recently launched Snap Map is generating significantly higher submissions of Snaps from our users to our community Stories.
- We are proud that our Discover page will now put all of that amazing content front and center for each of our users in a way that is thoughtful, personal, and lives up to our values.
- Our Discover page features:
  - Editorial Content from leading publishers, TV networks, Studios
  - Content from the larger Snapchat community
  - Content from individual creators
  - Content from an individual user's community

- As we introduce new types of content onto our Discover page, we are making sure that content is distributed, moderated and programmed in a way that lives up to our values for content. We value content that is authoritative and credible; that shows multiple perspectives and prevents our platform from becoming an echo chamber; that helps our partners succeed economically and build loyal audiences; and that always has a beating human heart its center.
- Our technology is designed to empower our content values. We have always believed that human editorial judgment is important, and that what our users see shouldn't just be determined simply by clicks or shares. There is tremendous power in using technology and data to help serve an audience, but we never forget that all technology are human creations. On our Discover page, the role of humans will always be more important than algorithms.

**Shows-Specific:**

HIGHLY CONFIDENTIAL (COMPETITOR)                                   SNAP3141995

- In August of 2016, Snap introduced a new type of content to its Discover platform: Shows, a new form of premium, original TV-like content, produced exclusively for mobile by leading TV networks and entertainment studios.
- Like other forms of content on Snapchat, Shows were born out of a belief that mobile is a fundamentally new medium, and that content should be custom created for it.
- Today, most video on mobile is repurposed content from the internet or TV.
- That's where Snap has been thinking a bit differently. After working with media publishers to begin creating custom mobile magazines for Snapchat, we began to wonder what an episode of mobile TV should like like. We started to experiment with the form factor, from length to pacing to editing and storytelling techniques.
- We have since been focused on learning and refining a new creative process for creating premium mobile video content, and then partnering with the world's best storytellers -- studios and networks -- to produce exclusive Shows for us.
- At a time when more and more platforms are directly competing for viewers -- we believe that Snapchat Shows offer a very different value proposition to these partners.
- Shows are an extension of traditional TV, not a replacement for it. Shows can help TV networks reach a new audience who many not be watching their linear programs. Building a core, loyal audience for our TV partners is critical to building their brand equity and a long-term, sustainable model for producing mobile TV.

**Hot FAQ:**

**Q:** How is this different from other platforms' newsfeeds?
**A:** Two important ways:
- First, most platforms combine all forms of content in their newsfeed. Our redesign makes a clear distinction between content from friends and content from publishers, creators and the community, which we think will make for a more personal and engaging experience, whether you are communicating with your friends or consuming content.
- Second, on our Discover screen, the role of humans will always be more important than algorithms. We have taken an extremely comprehensive approach to how we will moderate and program our content that sets us apart from other platforms.

While data and machine learning will help us serve the right content to the right audiences, humans will review  the content that comes from creators or is algorithmically generated from the larger Snapchat community before it appears on the Discover screen.
- There are two exceptions to this. Content that a user already subscribes to will not be reviewed by human moderators, and the two types of stories that come from an individual user's community: Geo Stories or Custom Stories, will not be reviewed. Those types of stories are not able to be consumed by a wide public audience, and there is no mechanism for them to go viral on the Discover page.
- We will also have a team of Content Programmers who will help ensure that every user has a mixed and healthy content diet that shows them multiple perspectives and diverse content formats. This will help prevent our platform from becoming a filter bubble and help us serve content that informs, entertains, and surprises.
- The entire design of our Discover screen was built around our content values, and to maintain the editorial integrity of our platform.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                 SNAP3141996

**Q:** Won't this hurt your media partners' traffic, with so many other types of content competing against theirs?

**A:** Since the launch of Discover, we've been focused on building a publisher-friendly platform, and that mission continues in this redesign. While publisher content once took a backseat to stories from friends, the new design creates better separation and gives content creators a dedicated and prominent space within Snapchat.

- We're very excited that their content will now be more prominent in the app than ever before -- a natural evolution from the past few years.
- It will also be much easier for users to find content that's interesting to them -- and we think over time it will help our partners build larger, more loyal audiences.
- Our programming strategy will allow us to promote interesting and important content -- like premium content produced by our partners -- to a large audience.
- This isn't the first change we have made to how our Discover content is presented, and we're sure it won't be our last.
- Our focus remains the same as it was before -- helping our partners build long-term, sustainable business models, and we think these changes will be a win for users and our partners.

**Q:** Will you promote new Shows or Publisher Stories in ways that everyone will see them?

**A:** Yes. Our programming strategy will allow us to promote interesting and important content -- like premium content produced by our partners -- to a large audience.

**Q:** Will you expand the number of media publishers you work with?

**A:** Yes, just as we have been expanding the number of partners we worked with over the past 3 years, we expect to continue to bring on more partners for both Shows and Publisher Stories.

**Q:** What is the benefit to being a partner (like having a Publisher Story or Show) if media brands with organic accounts can also appear on the Discover page?

**A:** Our ranking algorithms are designed with our values in mind.  And we value high value, premium, accurate content produced exclusively for Snapchat. Our current set of Snapchat partners are the best positioned to sustainably produce content that hits that bar due to the revenue they make off of Snapchat and the tools at their disposal. That being said, we think it's important for all publishers and creators to have an opportunity to build an audience.

**Q:** How will you keep your own programmers' biases from impacting what users see? How will they stay objective?

**A:** Our programmers will be focused on creating the best experience that informs and entertains each user, upholds our values for content, and maintains the editorial integrity that sets our platform apart. Our team will be comprised of staff from editorial backgrounds who are used to bringing a journalistic objectivity to their work, and they will be expected to bring that same approach to how they program.

**Q:** How big is your moderation team?

**A:** We don't share specifics on the size of our team, but we will have moderation staff working 24/7 and coverage across all of the major markets we operate in.

**Q:** Why aren't you including Geo or Custom Stories in your moderation?

**A:** Our focus is making sure that all Stories that could be consumed by a large audience on Discover lives up to our values for content.

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP3141997

- Geo and Custom Stories are a bit different than the other types of content on our Discover page -- they are created for an individual users' community, and can generally only be seen by other viewers within that community.
- For example, Geo Stories give multiple Snapchatters the opportunity to create a single story together while at a specific event, such as a wedding or birthday party.
- And Custom Stories can be created to set the number of friends who can add to and view the Story. Users outside of that set viewing list won't be able to see it.
- Neither type of Story would be promoted the same way that content from publishers, creators or the larger Snapchat community will be.

**Q:** You have been able to prevent fake news and propaganda on your platform -- how will you maintain that with a much more open platform?
**A:** We have always believed that our audience deserves a certain standard of credibility for the content they see on our platform, no matter the topic or ideological perspective. We believe strongly in content that is authoritative and credible, in journalism, and that we have a responsibility to make sure that our users know where their news and information is coming from.

- All of these beliefs informed how we built our new Discover page and the protections that will help us maintain its editorial integrity.
- All editorial content produced by Publishers, Show partners, or Snap's Our Stories teams, will continue to be produced the way they are today, which means reviewed and edited by each respective creator.
- All content that is algorithmically generated or created by Popular users will have to be reviewed and approved by human moderators before it can appear on our Discover screen.
- The only types of content that will not be reviewed by human moderators are:
    - Content that a user already subscribes to; and
    - The two types of stories that come from an individual user's community: Geo Stories or Custom Stories. Those types of stories are not able to be consumed by a wide public audience, and there is no mechanism for them to go viral on the Discover page.

**Q:** How will you make sure that Maps Stories don't accidentally promote false information?
**A:** No news or breaking news Story will appear on the Discover page without being reviewed by our moderators. And, if the news story is important enough, our team of journalists will produce a Curated Our Story covering it. Our moderation teams will be able to flag any Maps content that appears to have a news angle to our news team for their consideration. If they decide it warrants coverage through an Our Story, they will take over from there.

**Q:** How will your moderators take cultural/local sensitivities into account?
**A:** Our moderators follow our extensive guidelines which have been designed to take sensitivities into account.

**Q:** How will users be able to report offensive or inappropriate content they see on the Discover screen?
**A:** Users will be able to report any public story snap through our in-app reporting tools.Our dedicated Trust & Safety team will review any reports and decide whether to take action.

<u>**Bitmoji**</u>
**Topline Stats and Messaging**

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3141998

*Updated: October 2018*

**Key Stats:**
- Bitmoji was the fastest growing app in 2016 [source]
- Bitmoji was the most downloaded app in 2017 [source]
- 70% of Snapchat daily users have their Bitmoji linked to the app [first shared spring 2018]

**Key Messages:**
- Bitmoji is a fun, fast way to communicate visually with friends and family of all ages.
- Bitmoji go where text and emojis can't, adding more *you*, nuance, and expression to your everyday conversations.
- The Bitmoji team thinks about how people are communicating in their everyday conversations and the emotions they feel — whether it's happiness, frustration, or any of the emotions in between. The Bitmoji team first hand sketches each design, and then renders and builds those designs in a tool that scales for our community's millions of unique Bitmojis.
- A special bond forms when users repeatedly use their Bitmojis to represent themselves with people they care about most. Not only do you begin to recognize the Bitmoji as an extension of you, but your friends and family who you use Bitmojis begin to form the same associations.
- Building Bitmoji is like building a puzzle, where every individual piece is always different, but it has to look right when complete every time. There are hundreds of unique attributes each of our users can choose from, which can come together in trillions of unique permutations, but each final avatar has to fit within the scene of the comic perfectly, no matter the hairstyle, head shape, clothing options, accessories, etc. What we've learned over time is that the avatar will never be "complete" -- we'll always have to add more styles and features.
- We built the Bitmoji Deluxe style which released in early 2018 from the ground up, to offer our community a more visual design flow with added feature options, as well as build a back-end that allows for continued investments and more flexibility in the future.
- Avatars are becoming an increasingly important part of our lives. In the physical world, whether you're looking at yourself in the mirror, having a conversation with a close friends, or riding a roller coaster, the connection between all of your experiences is *you*. Looking ahead, we envision Bitmoji as you across more and more digital experiences.
- The Bitmoji team is about X team members and based in Toronto, Canada. The team consists of designers, engineers, animators, and more!

**Hot FAQ:**

**Q:** How is Bitmoji different to other avatar?

**A:** Bitmoji is a fusion of art and technology. While there is sophisticated tech underneath, all of the content, images and AR experiences are fuelled by artists and people who think in cartoons. We try to think about what people are communicating in their everyday conversations, hand sketch and design for that, and then render and build those designs to match each individual Bitmoji user. The Bitmoji team is made up of animators, cartoonists, designers and engineers.

**Q:** What's next for Bitmoji?

**A:** In the physical world, whether you're looking yourself in the mirror, having a conversation with a close friends or riding a roller coaster, the connection between all of these is you. We want Bitmoji to give you that same you in digital.

HIGHLY CONFIDENTIAL (COMPETITOR)                    SNAP3141999

- Without giving too much away, much in the same sense, you can expect continued innovation around avatar identity constructs (i.e. updates to make your Bitmoji feel/look more like you), communication (i.e. more updates around interactivity with your friends through Bitmoji), and experiences (i.e. image where else your Bitmoji could live or what types of experiences you could have that would be better with more you. We can see this now with our AR experiences).
- With the launch of Bitmoji Kit on Snap Kit we are opening up a range of ways people can use Bitmoji in apps like Tinder to extend their communication with Bitmoji in new places.
- Using Bitmoji in chat is just the tip of the iceberg when you consider the possibilities when there is a world where you and all of your friends exist as avatars, and those avatars appear in the apps you use every day.

**Q:** What's the biggest technological challenge?
**A:** Overall, building Bitmoji is like building a puzzle, where every individual piece is always different, but it has to look right when complete every time. There are hundreds of unique attributes each of our users can choose from, which can come together in trillions of unique permutations, but each final avatar has to fit within the scene of the comic perfectly, no matter the hairstyle, head shape, clothing options, accessories, etc.

- We built the Bitmoji Deluxe style, in many ways from the ground up, to offer our community a more visual design flow with added feature options, as well as build a back-end that allows for continued investments and more flexibility in the future.
- What we've learned over time is that the avatar will never be "complete" -- we'll always have to add more styles and features.

**Q:** It's been some time since the Snap acquisition. What's changed since you joined the Snap family? How do your visions align?
**A:** Snap felt like a natural next step for us. We've always been really aligned on our values: creativity, visual communications and self expression.

- One of the great things about the acquisition has been how much we've been able to really maintain the culture and magic of Bitmoji. We've doubled the size of our team; we've kept it in Toronto; and we've expanded the things we're doing exponentially.
- Since joining Snapchat, we've achieved so much in a short period of time and found a lot of natural fits within the app - Bitmojis in Chat and Stickers, Friendmojis, 3D Bitmoji Lenses, Actionmojis on Snap Map, and more. We keep innovating and we're well on our way to a world where everyone has an avatar.
- Today, 70% of Snapchat daily users have their Bitmoji linked to the app --- so a community of users most used to and engaged with communicating visual have adopted Bitmoji as a part of their everyday language.

**Hardware**
**Topline Stats and Messaging**
*Updated: October 2018*

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP3142000

**Key Stats:**

- Since launching Spectacles 2 in April, customers are capturing more Snaps with Spectacles -- a 40% increase on average per user.
- Additionally, since we introduced the ability to "auto save" Specs Snaps to your phone's Camera Roll as well as the option to export these Snaps in horizontal and square formats, Snapchatters are saving or sending 2x more Snaps outside of Snapchat, on other platforms of their choice.

**Key Messages:**

- We want Snapchat to be the fastest way to communicate. Spectacles, our hands-free camera sunglasses, present an opportunity to capture a moment -- and in the future experience computing around you --  faster than you can with your phone, and allow you  to stay "in the moment" while you do this.
- Specs Snaps reflect what your eyes actually saw, so the perspective you capture is always unique and seeing your content feels like you're reliving your memories.
- At Snap, we believe that phones will not always be a primary source of communication, documentation, and entertainment. As camera technology advances, we envision that one day the Spectacles camera will also provide the wearer with a rich understanding of the world around them. This will be accomplished by integrating digital layers into the view of the physical world (Augmented Reality). We believe this future environment has the potential to provide for a more "present" and more personal relationship with technology.
- By taking a step-by-step approach to innovation, we're able to learn iteratively with real-world consumer experiences and insights taken into consideration alongside hardware and software technology advancements.
- Throughout computing history, huge amounts of value have been created during "platform transitions" - for example, the transition from mainframe to desktop, or desktop to mobile. We envision Snap playing a central role in the next transition to computing overlaid on the world.

**Hot FAQ:**

**Q:** Why is Snapchat committed to hardware/How important to Snap are Spectacles?
**A:** Snap already makes one of the most used cameras in the world -- Snapchat. Today nearly all of the 3+ billion Snaps captured every day on Snapchat are taken on a phone, but we believe that will not always be the case. The Snap Lab team is responsible for ensuring that Snap has the hardware capability to ensure it can continue to play a leadership role, even as camera devices evolve.

**Q:** Are Spectacles a revenue driver for Snap today?
**A:** Spectacles are not a material part of today's business. They are an investment for the future.

**Q:** How many units of v2 have been sold since April?
**A:** We are not sharing this number.

**Q:** What countries have Spectacles been most successful in?
**A:** We are not disclosing this.

**Q:** What are your goals for this latest product beyond # of units, for example? If these early versions are about learning, what specific learnings are you hoping to achieve?

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3142001

**A:** Everything is an opportunity for us to learn today. For example, Spectacles 2 capture higher quality footage,  both photo and video and audio, and more, so we envisioned they would become more enjoyable to use. Already we're seeing promising results. With Nico and Veronica, Spectacles 2 for the first time come with polarized Lenses and look and feel even more like a premium pair of sunglasses.

**Q:** Many people were expecting the next generation of Spectacles to have AR or depth detection elements? How are you thinking about that? When is that pair coming out?
**A:** We're taking a step-by-step approach to innovation around camera technology. Nico and Veronica will give us interesting data points around style, for example.

It's helpful to think about Spectacles today like Snapchat 6 or 7 years ago. 6 or 7 years ago, Snapchat could only Snap photos and videos that you could then share with your friends. Now the Snapchat camera unlocks all types of experiences -- Snapcodes, songs through Shazam, Filters, Lenses -- and on either side of it are robust messaging and content products. Spectacles will evolve over time as well, just like any product.

<u>**Advertising**</u>
**Topline Stats and Messaging**
*Updated: October 2018*

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                       SNAP3142002

**Key Stats:**

- On average, Sponsored Lenses are played with for 10-15 seconds before being sent to friends, and drive a 19 point lift in ad awareness, a 6 point lift in brand awareness, and a 3.4 point lift in action intent.

**Key Messages:**

- We launched our ad business in June 2015 at Cannes Lions with our first major ad product, Snap Ads. Since then we've moved fast — with major initiatives around measurement and targeting. Our ad products have one thing in common: each is based on our fun, playful consumer products, a strategy that's delivered incredible ROI for marketers.
- In June 2017, we made Snapchat marketing simple for all businesses by launching Snapchat Ad Manager, a self-serve platform where anyone can quickly select audiences, launch, manage and optimize ad campaigns, and measure performance in real-time. Snap Ads run in over 40 markets, and hands-on Snap sales teams are located in the US, Canada, UK, France, Germany, Australia etc.
- **AR Lenses** let Snapchatters apply real-time effects and sounds to their selfies — so brands can take part in the camera usage and chatting on Snapchat in the most fun, personal way. Lenses are a new form of advertising — an impression but also "play time," or how long Snapchatters spend playing with a Lens.
- We believe Snapchat has become one of the world's most-used cameras and largest AR reach platform: over 3B Snaps are created daily, and over 500 years of playtime with AR daily. Every day, over 1 in 3 of our daily audience play with Lenses, averaging over 3 minutes each per day.
- **Story Ads**, launched as Promoted Stories in November 2017, are our first feed-based ads. They're a new way for brands to tell their stories in the same way and place Snapchatters and Discover publishers tell theirs. Advertisers create a tile that opens into a collection of three to ten Snaps, which allows them to a tell a longer, richer story targeted at the right audience. This format is a great way to drive business results, like awareness and consideration, on a massive scale. Story Ad tiles appear on the Discover screen, between tiles from publishers and creators, where millions of Snapchatters go daily to keep up on what's new.
- **Snap Ads** offer sight, sound, and motion in an ad format that's made for mobile: full-screen, 100% viewable, with sound on by default. They begin with a video, GIF, or still image, and advertisers can also allow viewers to swipe up for more — an app install page, long form video or trailer, or pre-loaded website or game. Each campaign comes with robust measurement and metrics. To quickly build a vertical Snap Ad, any brand can use the Snap Publisher web tool, released July 2017.
- **Filters** are artistic overlays that appear after you take a Snap and swipe left or right. They allow brands to be a part of consumer's content — driving awareness, advocacy, and action. Over 3 billion Snaps featuring Filters are viewed daily on average and allow brands new reach and be a part of consumers' conversation every day. Filters can now be bought via our auction allowing brands to bid in real time and take advantage of our full suite of targeting in order to reach the right consumer at the right time.
- We've listened closely to our advertisers and quickly built robust measurement. Marketers receive real-time metrics on their Snap Ads — impressions, completions, eCPM, eCPV etc. — and metrics on their Filters — swipes, views, uses, reach, use rate etc. For maximum transparency, we offer advertisers nineteen third-party measurement partner options: Nielsen,

Millward Brown, Google DoubleClick, Neustar, Placed, Oracle Data Cloud (Datalogix) etc. We also created Snap to Store, which shows foot traffic to a location after seeing an ad. Most recently, we launched Snap Pixel in October 2017 for targeting and measurement.

- For targeting, we offer over 500 pre-defined audiences — based on what Snapchatters care about, what they buy, what they watch, and where they go. We now have partnerships with PlaceIQ (location) and Oracle Data Cloud (Datalogix - ad relevance based on offline purchases), and offer our own Snap Lifestyle Categories (targeting based on content viewed), Audience Match (email/device ID match program), and Lookalikes (shows ads to groups similar to a selected group). We also offer age, gender, location, device/OS, and carrier targeting.

**Hot FAQ:**

**Q:** In what ways is Snapchat advertising still privacy-safe vs. Facebook and others?
Instagram recently launched free, organic shopping features, rather than paid -- why hasn't Snapchat developed a funnel of organic brand presences? Will you?
**A:** As you know, privacy has always been a top priority and is fundamental to the way our platform works. From the outset Snapchat was designed to recreate the feeling of a natural conversation -- a private communication between close friends that deletes by default and isn't saved for eternity. And this approach informs how we communicate with Snapchatters, the way we design and build new features, and the way we monetize and scale our business.

In advertising, we believe it is important to show Snapchatters content they care about while protecting their privacy. From very early on, our product development and engineering culture has embraced the principle of privacy by design – itself a core principle of GDPR – and our privacy and security teams monitor every product and feature release.

Some core practices:

1. We do not share any user-identifiable information with advertisers.
2. We do not offer a product like Facebook's Graph API, and do not share any personally identifiable information (PII) or friend network information with third parties. Advertisers and third parties cannot download this type of data from Snapchat or our tools. [These differences are what enabled the Cambridge Analytica data security issues.]
3. Snapchatters can opt-out from targeting based on third-party data in the app, and choose whether to allow use of location services.
4. Advertisers only target in an aggregated form and for at least 1,000 Snapchatters, larger than competing platforms. (Exception: On-Demand Geofilters for events, parties etc. start at $5 and can reach smaller groups at a location.)
5. Our predefined audiences are carefully curated and meticulously avoid targeting towards sensitive personal characteristics, such as race, religion, health status and sexual identity. We also avoid proxies for ethnicity like "ethnic affinity categories" that have been allowed on other platforms.

Since 2016 we have offered advertisers industry-standard targeting, such as interest-based targeting, lookalikes, audience match, and more - overview. As we keep growing, we'll be vigilant about preparing

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP3142004

for any future risks and will continue to be as transparent and clear as possible with our users about the privacy protections they can expect on Snapchat.

**Q:** Why would an advertiser choose Snapchat e-commerce ads over Instagram, Google, Facebook or others?
**A:** Snapchat is a core part of the shopping experience for our users. Among U.S. general consumers, we have the most commonly used app during and after shopping[1]. This means brands have a crucial opportunity to influence a purchase decision when they're in the buying mindset, and continue to build preference and loyalty after they buy.

Snapchat gives brands the ability to reach a unique set of customers with high disposable income. 42% of Snapchatters can't be reached on Facebook on a daily basis, or 46% on Instagram.[2] Snapchatters spend 39% more annually than the national average in retail stores.[3]

**Q:** How will you maintain creative quality with the Product Catalog ads?
**A:** As with all of our formats, Snapchat maintains a very high creative bar. Product Ads will be no different -- users will continue to take very intentional actions with our ads such as swiping or tapping, as opposed to other mobile ads that can be plagued with mis-clicks.

**Q:** Will the deeper Pixel Audiences lead to creepier ads?
**A:** Supporting more sophisticated targeting will lead to increased relevance of the ads we serve to our users. When we introduced the basic form of pixel audiences (Q4 '17), we saw that this targeting drove an 82% decrease in Cost per Purchase and 56% decrease in Cost per Sign Up. This meant advertisers got more efficiency for their media spend because they were reaching an audience that was more receptive to their brand / product.[4] That said, Snapchat has always has been a privacy-minded organization, and we give our users complete control and transparency over their ad preferences.

**Trust & Safety**
**Topline Stats and Messaging**
*Updated: October 2018*

**Key Messages:**

[1] *Source: Retail Today, 2016; Snap commissioned an online survey of 1000+ U.S. consumers who have made at least one purchase in the retail category in the past 6 months.*
[2] *Source: App Annie Research; Q1 - Q2 2018*
[3] *Source: Nielsen Buyer Insights 2017 commissioned by Snap Inc.*

[4] *Source: Snap Inc. internal data, Dec - March 2018*

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                  SNAP3142005

- **Snapchat has always been very different from other platforms. It is first and foremost a place to simply talk with your friends, and not a broadcast platform.**
    - When Snapchat launched in 2011, it was at a time when young people were already spending a lot of energy curating a perfect image of themselves on social media. In contrast, Snapchat was built as a place to talking through photos and videos with your friends. The first core innovation of Snapchat -- ephemeral photos -- was designed to combat this behavior. On Snapchat, you can be silly, be yourself, have fun and live in the moment when talking to your friends through photo and video Snaps, knowing that the Snaps are designed to delete after they've been viewed or expired.
- Snapchat was also designed without public "vanity" metrics, like "comments", "likes" or "shares." Snapchatters don't have public profile pages, don't see numbers like how many friends they have, or how many friends other Snapchatters have; you can't see how many people view each other's Stories either. On Snapchat, there is no need to disable or hide negative comments because we don't believe self-expression should be judged by other people's commentary.
- We've partnered with best in class safety experts (including Family Online Safety Institute, ConnectSafely, iKeepSafe, and the UK Safer Internet Centre) to build a Safety Center where parents, teachers, and teens can find safety tips, research, and resources about Snapchat. Some of these groups form our Safety Advisory Board and provide valuable insights which guide our policies and product development.

**Pornographic content & minors**
- Snapchat is a place for friends to freely communicate, but not in ways that are illegal or cause harm. Information about how we approach a variety of issues can be found in our community guidelines.
- Nudity or sexually suggestive content involving minors is expressly against our community guidelines and our Terms of Service. When we become aware of any child abuse image we remove it, and we report instances of child sexual abuse to law enforcement via NCMEC.
- We also have an online Safety Center -- which we built so that anyone can find safety tips, research, and resources.
- And lastly, we've partnered with best in class safety experts -- including Connect Safely, iKeepSafe, and the UK Safer Internet Centre. These groups all sit on our safety advisory board, which helps to shape our approach to these important issues.

**Bullying**
- We think bullies are the worst. If a Snapchatter ever receives a snap from one of their friends or someone that they find offensive we recommend taking a screenshot, blocking and reporting the user. We work closely with law enforcement to make Snapchat a safe experience.
- We have an online Safety Center where parents, teachers, and teens can find safety tips, research, and resources about Snapchat.
- We've partnered with best in class safety experts, including Connect Safely, iKeepSafe, and UK Safer Internet Centre (as you'll see in our Safety Center). These groups helped build the Safety Center and community guidelines, and sit on our safety advisory board.

**Law Enforcement**
- While the vast majority of Snapchatters use Snapchat for fun, it's important that law enforcement is able to investigate illegal activity and we comply with valid legal requests. We publish a Transparency Report detailing this activity bi-annually.

- Like most online services, we provide tools for Snapchatters to report violations of our guidelines. We have a dedicated Trust & Safety team that reviews abuse reports and takes action when they become aware of a violation.
- We've partnered with best in class safety experts (including ConnectSafely, iKeepSafe, Net Family News, and the UK Safer Internet Centre) to build a Safety Center where parents, teachers, and teens can find safety tips, research, and resources about Snapchat. These groups form our Safety Advisory Board and provide insights which guide our policies and product development.
- Additional details can be found in our law enforcement guidelines.

**Privacy-Specific**

- Privacy has always been fundamental to Snapchat. From the outset Snapchat was designed to recreate the feeling of a natural conversation -- a private communication between close friends that deletes by default and isn't preserved for eternity. And this approach informs how we communicate with Snapchatters, the way we design and build new features, and the way we monetize and scale our business.
- All new features and products go through an intense privacy review process to ensure they uphold this commitment to privacy and treat our users' data with care.
- We prioritize users' choice and control wherever possible, and build in-app onboarding processes and notifications for new features to clearly explain the impact if a user chooses to share certain types of information, such as their location.
- Unlike many other tech companies, we don't stockpile our users' data, and keep retention periods on their data short.
- When it comes to advertising, we believe it is important to show Snapchatters content they care about while protecting their privacy. For example:
    - We do not share any user-identifiable location information with advertisers.
    - Snapchatters can opt-out from targeting based on third-party data in the app, and choose whether to allow use of location services.
    - Advertisers only see ad measurement results in aggregation and for at least 1,000 Snapchatters.
- We want to make sure Snapchatters always understand how their data is being used -- and that we communicate that to them in clear and simple terms. Our privacy center lays out the type of information we collect, how that information is being used, how users can control their information, and how and when it may be shared with other users and third parties, and how long we retain that information for.
- As we keep growing, we will be vigilant about preparing for any future risks and will continue to be as transparent and clear as possible with our users about the privacy protections they can expect on Snapchat.

**Election Interference**
- Snapchat was built to be a platform for communicating with your closest friends, and is very different than the public broadcasting, link-based nature of many other platforms. For example:
    - Private by default - individuals must choose to open up their profile to others
    - Individual users have to accept all friend requests before beginning communication.
    - Friends must be bidirectional in order to see each others' Stories.
    - There aren't public profile pages for individual users.

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP3142007

- Snapchat is designed around communication between friends, rather than promoting virality and community feedback like Likes and Shares, which means that the economic incentives for spamming, phishing, or circulating links via bots are extremely low compared to other platforms and the effort required. Snapchat's mobile-only functionality also reduces vulnerability and exposure to bots that web-based platforms are more susceptible to.
- Snapchat's focus on real friends and ephemerality has led to years of aggressive technical and manual enforcement against bad actors and third-party apps that could undermine this unique experience. (*Many platforms do not have a policy against bots (i.e. Twitter), or are popular destinations for non-human accounts (i.e. meme or business accounts.*)
- We believe it's important for our users to know where their news and information is coming from. Because of these values and the way we have built our content platform, Discover, we have been able to protect against the spread of fake news.
- Our Discover page, where information can be publicly broadcasted to Snapchatters, is a closed platform, where trusted media companies, vetted and curated by us, can publish content.
- These media partners must comply with content guidelines, which make clear that inaccurate news and impersonation are not allowed on Snapchat.
- Discover also features content from creators with large followings, and we have teams of moderators who aggressively monitors compliance with our community guidelines. Our [community guidelines](#) make clear that impersonation, hate speech, and content that could promote violence and terrorism are violations and will result in enforcement actions, up to termination of a user's account.

**Hot FAQ:**

**Q:** Could the Facebook/Cambridge Analytica situation happen on Snapchat?
**A:** Snapchat is architected differently. We have never offered a product like an open social graph, and do not share any personally identifiable information (PII) or friend network information with third parties. Advertisers and third parties cannot download this type of data from Snapchat or our tools.
- Advertisers only see ad measurement results in aggregate and for at least 1,000 Snapchatters.
- And Snapchatters can opt-out from targeting based on third-party data in the app, and choose whether to allow use of location services.

**Q:** What types of data do you allow developers or other third parties to access?
**A:** We do not offer a product like an open social graph, and do not share any personally identifiable information (PII) or friend network information with third parties.
- Advertisers only see ad measurement results in aggregation and for at least 1,000 Snapchatters.
- Both our self-serve Ads Manager and Marketing API gives advertisers the ability to run ads on Snapchat programmatically, and any person can log in to Ad Manager and see the targeting allowed.
- While these two products can give advertisers reporting statistics like total impressions, cost per thousand views (CPM), number of users in an interest category, etc., our platform never discloses specifically who was reached, their PII, or who their friends were.
- Again, we take a conservative approach to aggregation: advertisers only see ad measurement results in aggregation and for at least 1,000 Snapchatters.

**Q:** What is your response to the idea that Snapstreaks can make Snapchatters feel badly about themselves?
**A:** Snapchat was designed as a place to have fun when talking through photos and videos with your friends -- we never want anyone to feel pressure to be "perfect" or "popular" on Snapchat!

HIGHLY CONFIDENTIAL (COMPETITOR)                                              SNAP3142008

- Snapstreaks are meant to be a fun way to illustrate who you're snapping with the most. Snapstreaks were first introduced in April 2015 as part of the larger 'Friend Emojis' product update.
- Since we redesigned our application in early 2018, we also made UI decisions designed to de-emphasize Streaks, like making the icon smaller.

**Q:** How do you protect minors and adolescents who may be too young to protect themselves on your platform?
**A:** We have a responsibility to create a safe and secure experience. We get it. That's why we have:
- Partnered with leading online child advocacy groups to provide expert advice in our Safety Center. [snapchat.com/safety]
- Made "Friends Only" the default privacy setting for all Snapchatters. This means that you have to approve each and every friend before they are able to send you Snaps or view your Stories.
- Made it easy for you to block users within the app and report offenders to our team.

**Q:** How do you identify accounts that are violating your Terms of Use? Like those public accounts dedicated to pornography?
**A:** We do not comment on TOU enforcement actions on individual accounts but here is some information on our policies generally:
- If a user has had an account terminated previously they are prohibited from creating new accounts
- Our TOU prohibit the use of third-party applications to access Snapchat, like those used to upload pictures
- We regularly shut down accounts dedicated to pornography
- We've partnered with best in class safety experts -- iKeepSafe, Safer Internet Center, Connect Safely (see Snapchat.com/safety)
- We have taken aggressive efforts to combat child pornography. We report all instances of suspected child exploitation to the National Center for Missing and Exploited Children
- More information can be found in our community guidelines

HIGHLY CONFIDENTIAL (COMPETITOR)   SNAP3142009