# AMENDED Exhibit 822

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

P-SNAP-0655

**Snap Inc.**

Investor Presentation

April 2023

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1234546

P-SNAP-0655

Snap Inc.

# Over 750 million monthly active users[1]

Snapchat reaches 90% of the 13- to 24-year-old population and 75% of the 13- to 34-year-old population in over 20 countries.[2]

[1] Snap Inc. internal data Q1 2023.

[2] Snap Inc. internal data Q1 2023. Penetration calculated as monthly active users (MAU) divided by 2021 population estimates per the 2022 United Nations World Population Prospects.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1234550