# AMENDED Exhibit 823

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# SNAP IS A DAILY HABIT, BUT NOT EVERYWHERE

In US, Snap sending is an everyday (L7=7) behavior for young users - but not so for older users, and not in Brazil
Charts show how many days out of 7 that users send Snaps, given they send at least one Snap that week.
(2015 Q1 + Q2 registration cohort)



**US**

**Brazil**

CONFIDENTIAL

SNAP5471034



# BACKUP: CHAT

In US, 41% of users under 24 are L6 or L7 Chat senders - but this engagement doesn't hold for older users or Brazilians

Charts show how many days out of 7 that users send Chats, given they send at least one Chat that week.
(2015 Q1 + Q2 registration cohort)



**US**                                                        **Brazil**

CONFIDENTIAL                                                SNAP5471035

# 1WEEK+ RETENTION FOR L6+/7 SNAPPERS AND STORY VIEWERS HAS NOT CHANGED

All retention rates have been steady for US, Brazil above 99.0%

## Chart shows the daily trend of 1Week+ retention among L6+/7 Snappers



**US**



**Brazil**

CONFIDENTIAL

SNAP5471036

# % OF L6+/7 STORY VIEWERS AMONG WAU DECLINED

Retention of highly engaged users did not change but the % of highly engaged users has decreased over time especially for % of L6+/7 Story viewers in Brazil





**US**

**Brazil**

CONFIDENTIAL

SNAP5471037

# NEWER USERS DON'T FORM THE SNAP HABIT

Newer users send Snaps fewer days per week, and the percentage of WAU sending Snaps at all is smaller for new users

### Percentage of Weekly Active Snap Senders that **send Snaps 6 or 7 days out of 7** (L7=6,7) by registration cohort and market



### Percentage of Weekly Active Users that **send at least one Snap during the week** by registration cohort and market



CONFIDENTIAL

SNAP5471038

# STORY POSTING IS NOT A DAILY HABIT

Story posting is done infrequently relative to Snap sending, even in Story-heavy markets like Brazil

Charts show how many days out of 7 that users **post** Stories, given they post at least one Story that week.
(2015 Q1 + Q2 registration cohort)





**US**

**Brazil**

CONFIDENTIAL

SNAP5471039

# STORY VIEWING CAN BECOME A DAILY HABIT

Users will watch Stories daily even in markets and age groups where users post Stories rarely - despite no notifications

Charts show how many days out of 7 that users **watch** Stories, given they watch at least one Story that week. (2015 Q1 + Q2 registration cohort)



**US**                    **Brazil**

CONFIDENTIAL

SNAP5471040

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP5471034-SNAP5471040

**BEGATTACH:** SNAP5471032

**ENDATTACH:** SNAP5471040

**Custodian:** ANDREOU_JACOB; SPIEGEL_EVAN

**Author:**

**Filename:** SNAPS VS. STORY HABITS.PDF

**Create Date:**

**Last Modified Date:**

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /SNAPS VS. STORY HABITS.PDF