**AMENDED Exhibit 828**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

P-SNAP-0622



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5197673

P-SNAP-0622

## Problem Statement

How can we improve **strategic and operational alignment and accountability** between Consumer and Monetization teams?

Snap Inc. | CONFIDENTIAL | A-C PRIVILEGE                                                2

HIGHLY CONFIDENTIAL (COMPETITOR)                                         SNAP5197674

P-SNAP-0622

# Operational Solution

We built a simple model that allows us to **construct different revenue scenarios by app surface**, combining four basic supply- and demand-side inputs that multiply together to produce ad revenue:



MAU × Time/MAU × Ad Load × CPM = Revenue

*Monetizable* MAU and Time Spent          *Effective* Ad Load and CPM

The **goals** of this modeling framework include:

(i) Provide for quick scenario planning by surface to answer questions like: *"If a new Spotlight feature increases view time, how much could we reduce Friend Stories ad load? What if the feature cannibalizes Creator Stories engagement?"*

(ii) Help teams set goals that, in combination, directly represent achieving our company-level revenue target

(iii) Provide insights about how engagement movements impact revenue via underlying drivers

We've been using it in 2023 to better understand our supply-side revenue drivers, help teams set goals to support revenue, inform analyses like Friday's net revenue discussion, and provide insights to inform SSP

Snap Inc. | CONFIDENTIAL | A-C PRIVILEGE

3

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5197675

P-SNAP-0622

# US Monthly ARPU by Age Group



US Monthly ARPU by Age Group (First 12 Months Post-Registration)

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                   SNAP5197745

P-SNAP-0622

# US LTV and ARPU by Age Group



US LTV and Month-12 ARPU by Age

Snap Inc. | CONFIDENTIAL | A-C PRIVILEGE

71

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP5197746