# AMENDED Exhibit 833

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation





13-24 is >80% of time spent. These are users that ecommerce marketers (who want pixel) anti-target. We are building it anyway for when we age up, but it's not today.

EXHIBIT 22
WIT: Sells
DATE: 2/6/25
Maureen O. Pollard, RDR

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6113817

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP6113817

**Custodian:** SELLIS_PETER

**Author:**

**Filename:** GROUP_CHAT~MEDIA_V4~2017-02-27-00-42-15UTC~JSIEG~CD7AE89E-4856-3A81-8AD2-1928153BDF4D~SAVED~B~EIQSFU9XUEVCC0RTZLRVZ2JTSLOZBHJGNBOAGGAYAXXIALAEYAE~V4.JPEG

**Create Date:** 1/23/2025 12:00 AM

**Last Modified Date:** 1/23/2025 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /GROUP_CHAT~MEDIA_V4~2017-02-27-00-42-15UTC~JSIEG~CD7AE89E-4856-3A81-8AD2-1928153BDF4D~SAVED~B~EIQSFU9XUEVCC0RTZLRVZ2JTSLOZBHJGNBOAGGAYAXXIALAEYAE~V4.JPEG