# AMENDED Exhibit 842

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Personal messages David Boyle and David Levenson - 2023-04-07 (UTC)

Private April 7th 2023, 3:47 PM UTC
David Boyle and David Levenson

- **David Boyle DB**

  god this US 13-17 trendline continuing makes me absolutely sick to my stomach
  https://docs.google.com/presentation/d/1n6ReC3hydzEWzSx9Ac83Ct4AyiZtwP2HFTZgDp1oZwQ/edit#slide=id.SLIDES_API2011309675_424
  4/7/2023, 3:47 PM UTC
  i did not sleep last night. it kills me
  4/7/2023, 3:47 PM UTC

- **David Levenson DL**

  im not sure what to do about it -- I'm talking to Jack in our 1:1. We've got the analysis, we've got the research, we've got focus from your team. I don't know how to get everyone else focused
  4/7/2023, 4:15 PM UTC

- **David Boyle DB**

  sigh reg steps..
  4/7/2023, 5:21 PM UTC
  2 of those steps (bitmoji, invites) we AB tested for multiple months and adding them are DAU positive
  4/7/2023, 5:22 PM UTC
  2 are OS permissions, which we need to ask for like camera
  4/7/2023, 5:22 PM UTC
  like it's easy to look at the length as a problem but i'm not sure what the alternative is
  4/7/2023, 5:22 PM UTC

- **David Levenson DL**

  yea, thats not the area to focus
  4/7/2023, 5:22 PM UTC
  lemon8 isnt growing because it has a good reg flow
  4/7/2023, 5:22 PM UTC

- **David Boyle DB**

  https://www.arkansasonline.com/news/2023/apr/07/bill-requiring-age-verification-for-new-social/
  4/7/2023, 10:58 PM UTC
  Bill requiring age verification for social media users, parental permission for anyone younger than 18, heads to Sanders' desk
  The Arkansas Senate on Thursday voted to send to Gov. Sarah Huckabee Sanders a bill that would require age verification for new social media users and parental permission for those younger than 18.
  we are about to get really screwed in arkansas.
  4/7/2023, 10:58 PM UTC
  and unlike utah, this one goes into effect in September 2023...
  4/7/2023, 10:58 PM UTC

- **David Levenson DL**

  Well this won't help 13-27
  4/7/2023, 11:52 PM UTC

- **David Boyle DB**

  i know lol
  4/7/2023, 11:53 PM UTC

CONFIDENTIAL                                                                 SNAP2267991