# AMENDED Exhibit 848

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



CONFIDENTIAL



CONFIDENTIAL

SNAP0395054




**OVERVIEW**

## In this section you will learn:

- All about ODGs
- How an ODG is used
- How to create an ODG
- Your role in the ODG creation process

SNAP0395055

# WHAT IS AN ODG?

**Geofilters are creative overlays that capture where you are or what you are up to on Snapchat!**
On-Demand Geofilters (ODGs) are Snapchatter created, location and time based filters for Snapchat that allow Snapchatters in a certain area to utilize decorative overlays on their snap photos and videos.

 

CONFIDENTIAL                                                                    SNAP0395056



Links
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/5b312bfc-6d35-4cce-a239-c61123e153c5
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/f6aa4c24-eb34-469e-8732-aadf76d59d90

CONFIDENTIAL

SNAP0395121



Links
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/5b312bfc-6d35-4cce-a239-c61123e153c5
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/f6aa4c24-eb34-469e-8732-aadf76d59d90

CONFIDENTIAL                                                                      SNAP0395122



Links
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/a3bd4ae3-c273-4e1a-a87c-02dacd258cc0
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/e0e32e60-ae90-4879-bd00-ca244647e6c6

CONFIDENTIAL

SNAP0395123



CONFIDENTIAL

SNAP0395124



Links
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/74a393f2-73e7-4f3b-a7e7-78e7928d2b30
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/22ef5440-7026-495b-93aa-1370cc62251a
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/a2cccb76-d2b9-418e-ba8e-a23557295822
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/141a33b7-8ef3-40da-b7bc-b0504fa543d3

CONFIDENTIAL



Links
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/9b65167c-b88b-4c39-b0e1-758d5dfdbbef
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/5961e2be-3d82-4f5f-9cd6-29f4ea61a08e
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/60539d0b-1e8f-41e7-83f2-74ea76d111ad
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/1413fd3e-0378-4f6a-83a7-7db71f0f2027

CONFIDENTIAL                                                                        SNAP0395126



Links
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/dc205b23-2849-4641-93ce-0b8b175ef2bb
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/bf28b4e1-633e-4d14-933b-44f9ecc874b4
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/6c249f75-9867-48a9-bfac-de7242da7772
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/68477166-37f6-40f6-9763-162802613de6

CONFIDENTIAL

SNAP0395127



Links
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/8248c06d-85ad-4e52-934a-79ae8950c712
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/5256e911-b528-4c81-bc3f-1179dfdc484d
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/2704f508-8bce-4f49-b962-da054874fd4d
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/d1e2cc50-7f43-488f-92c1-a8e31db11537

CONFIDENTIAL

SNAP0395128



Links
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/f1021c70-4c19-4b0a-b215-007ad84509f1
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/c20822a5-9660-4a9f-9251-ae3299209c7b
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/95edbc61-45d8-4f22-9fa3-fa94da48a776

CONFIDENTIAL          SNAP0395129



Links
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/48622c27-6437-44f6-a69a-20558c136d20
https://approval-dot-geofilters-on-demand.appspot.com/filters/filter/48622c27-6437-44f6-a69a-20558c136d20

CONFIDENTIAL

SNAP0395130

# WEAPONS



A weapon is anything designed to inflict pain or harm on another person, or that could inflict pain or harm on a person.







**WEAPON POLICY**

Some weapons can be **APPROVED** in ODGs given the weapon is:
- Not realistic (animated, fictional)
- Realistic weapon in entertainment context as long as it's not pointed directly at the user
- Not used in a threatening manner
- Makes sense in the context of the ODG (ex. A small axe makes sense in the context of a lumberjack ODG)
- Does not have blood on it
- Is not pointed at another person in the ODG or AT THE SNAPCHATTER
- Geofence is not over a school
- Not for weapon sales.
- Not glorifying weapons

If any of the above is violated, please reject for 'Weapons'

WEAPONS

CONFIDENTIAL

SNAP0395285

# WEAPONS



This ODG appears over a high school and has a pirate with a sword.  It must be rejected for 'Weapons'

**WEAPONS**

CONFIDENTIAL

SNAP0395297

# ALCOHOL AND MINORS/ SCHOOLS

Alcohol in the context of minors (18 or under) should always be **rejected**, regardless of approvable templates, bitmojis or emojis. When the Geofence is over a school the item should be rejected also for **LOCATION** (alcohol in the filter + geofence over the school = Reject for alcohol + location)



CONFIDENTIAL

SNAP0395355