# AMENDED Exhibit 875

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

DOCUMENT PRODUCED IN NATIVE FORMAT

HIGHLY CONFIDENTIAL (COMPETITOR)                                                          SNAP7292616

| inferred_age_b | Calculated Fiel | reported (re-bucketed) | | | |
|---|---|---|---|---|---|
| | 43198.5 | | exclude | 2.3% | |
| 13-17 | 71,088,980 | 52,904,931 | exclude | 0.3% | |
| 18-20 | 61,965,828 | 64,404,277 | | | |
| 21-24 | 63,292,126 | 74,726,503 | | | |
| 25-34 | 71,558,345 | 73,421,480 | | | |
| 35-plus | 49,656,190 | 44,130,434 | | | |
| unknown | 287,692 | | | | |
| Grand Total | 317,892,359 | | | 2.61% | we would exclude this percentage of users by excluding outlier reported ages |

User Distribution

| | inferred | reported (re-bucketed) | |
|---|---|---|---|
| 13-17 | 22% | 17% | -5% |
| 18-20 | 20% | 21% | 1% |
| 21-24 | 20% | 24% | 4% |
| 25-34 | 23% | 24% | 1% |
| 35-plus | 16% | 14% | -1% |

reported (re-bucketed)

| | | |
|---|---|---|
| | exclude | 0.0% |
| 643,940 | exclude | 6.9% |
| 548,237 | | |
| 479,614 | | |
| 409,470 | | |
| 225,530 | | |

inferred age not available on d0                    6.92%  we would exclude this percentage of users by excluding outlier reported ages

User Distribution

| | inferred | reported (re-bucketed) | |
|---|---|---|---|
| 13-17 | 30% | 28% | -2% |
| 18-20 | 25% | 24% | -1% |
| 21-24 | 19% | 21% | 2% |
| 25-34 | 16% | 18% | 1% |
| 35-plus | 10% | 10% | 0% |

DAU:

| inferred_age_b | reported_age | dau |
|---|---|---|
| 25-34 | 13-17 | 1823376 |
| 13-17 | 25-34 | 20254940 |
| 25-34 | 21-24 | 27731805 |
|  | <13 | 4 |
| 35-plus | 34-100 | 227757688 |
|  | 21-24 | 50712 |
| 35-plus | >100 | 1199297 |
| 13-17 | <13 | 28321 |
| 21-24 | 13-17 | 3245780 |
| 35-plus | 21-24 | 9952172 |
|  | 18-20 | 64313 |
| 35-plus | 18-20 | 5843414 |
|  | >100 | 16440 |
| 25-34 | 25-34 | 345137366 |
| 35-plus | 25-34 | 41370111 |
| 13-17 | >100 | 1019766 |
|  | 34-100 | 17177 |
| unknown | 25-34 | 111788 |
| unknown | >100 | 979102 |
| 21-24 | 34-100 | 3673740 |
| 21-24 | >100 | 929592 |
| 35-plus | <13 | 8772421 |
| 21-24 | <13 | 6287459 |
| 21-24 | 21-24 | 327547257 |
| 18-20 | >100 | 541665 |
| 21-24 | 18-20 | 17970775 |
|  | 25-34 | 42507 |
| 25-34 | <13 | 27917825 |
| 13-17 | 34-100 | 10225309 |
| 35-plus | 13-17 | 3042039 |
| unknown | <13 | 36607 |
| 18-20 | 21-24 | 28944122 |
|  | 13-17 | 68038 |
| 18-20 | <13 | 232529 |
| 25-34 | 34-100 | 19579080 |
| 25-34 | >100 | 1867386 |
| 13-17 | 21-24 | 53989291 |
| unknown | 21-24 | 143657 |
| 18-20 | 13-17 | 13341732 |
| unknown | 34-100 | 61864 |
| 18-20 | 34-100 | 3467744 |
| 25-34 | 18-20 | 5293232 |

DNU:

| inferred_age_b | reported_age | dnu |
|---|---|---|
| 13-17 | 25-34 | 5 |
| 13-17 | 21-24 | 155 |
| 18-20 | 21-24 | 1278 |
| 18-20 | 34-100 | 8 |
| 18-20 | 13-17 | 1 |
| 25-34 | 13-17 | 1 |
| 25-34 | 21-24 | 1 |
| 25-34 | 34-100 | 187 |
| 25-34 | >100 | 1 |
| 13-17 | 18-20 | 2642 |
| 21-24 | 18-20 | 1 |
| 21-24 | 34-100 | 7 |
|  | 13-17 | 3718613 |
| 35-plus | 34-100 | 15967 |
| 21-24 | 13-17 | 2 |
| 18-20 | 18-20 | 39773 |
|  | 34-100 | 1312182 |
| 35-plus | 25-34 | 2 |
| 35-plus | 13-17 | 2 |
| 25-34 | 25-34 | 26768 |
| unknown | 18-20 | 83842 |
| 18-20 | 25-34 | 29 |
| 25-34 | 18-20 | 1 |
| 13-17 | 34-100 | 7 |
| unknown | >100 | 2997 |
| 35-plus | >100 | 1 |
|  | 18-20 | 3163157 |
| 35-plus | 18-20 | 3 |
|  | 21-24 | 2777484 |
| unknown | 34-100 | 24824 |
| unknown | 13-17 | 97649 |
| unknown | 25-34 | 54277 |
| 21-24 | 21-24 | 30612 |
|  | 25-34 | 2375257 |
| unknown | 21-24 | 68154 |
| 35-plus | 21-24 | 1 |
| 21-24 | 25-34 | 480 |
|  | >100 | 1026398 |
| 13-17 | 13-17 | 47372 |

| | | |
|---|---|---|
| 18-20 | 18-20 | 311753161 |
| 13-17 | 13-17 | 295696268 |
| unknown | 18-20 | 180781 |
| 13-17 | 18-20 | 45319986 |
| unknown | 13-17 | 212350 |
| 18-20 | 25-34 | 13514014 |
| 21-24 | 25-34 | 20098152 |

```
SELECT inferred_age_bucket,
CASE WHEN age < 13 THEN "<13"
WHEN age between 13 and 17 THEN "13-17"
WHEN age between 18 and 20 THEN "18-20"
WHEN age between 21 and 24 THEN "21-24"
WHEN age between 25 and 34 THEN "25-34"
WHEN age between 34 and 100 THEN "34-100"
ELSE ">100"
END AS reported_age,
sum(app_application_open_uu) as dnu
FROM `sc-analytics.report_app.attributed_duc_202112*`
WHERE _TABLE_SUFFIX BETWEEN "01" and "06"
AND registration_user_success_uu = 1
GROUP BY 1,2
```