# AMENDED Exhibit 876

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Session 1 - M, 13, iPhone XR**

https://docs.google.com/spreadsheets/d/1_D158kgh3VwP4QXQwqcuVdcsknEAPbiBLgihFkd5Z
Fw/edit?folder=0ANGjVneVTEKBUk9PVA#gid=0

- 7 or 8 when they got phone
- Used to use my mom's phone to play games on it and stuff
- I didn't start getting into social media until I was 10
- I started a business sand I still run a couple of other business, one of them was I was
- My mom let me use Facebook to tell people I was doing it
- Now I use other apps like Snapchat, Instagram, FB Business

12 when he got Instagram
Communicating with friends? Snapchat, IG, sometimes Tik Tok
IG - sending memes
Has 2 Instagram accounts - personal and business
Personal - I have a series going on my Instagram and Snapchat what would Robert eat bring in different stuff and see what I'd eat (my pig)

Got Snapchat at 11
My dad told me if I could do well in school if you get a 500 on this test you can have whatever social media you want. If you get 500 I'll let you get Snapchat. That's what all my friends had so I was going to get on Snapchat. I had to ask my dad first.
Friends doing on Snapchat? Posting funny stuff, sending memes around, I wasn't really included because I didn't have Snapchat
How did you know? They would talk about it in class did you see that one video and I'd be like what video or you aren't in the group chat
Which friends to add? They usually give me their usernames
How old were your friends when they got Snap? N had it when she was 7 because she has the highest snap score I've ever seen minne is 20k hers is 200k
Do you use Snap the same way as age 11? Yeah
What do you do on Snap? In the morning I usually check if there's anything in the group chat, go outside, do a what will Robert eat, go to school then I usually text my friends and see what they're doing on Snapchat. Snapchat is usually my easiest way to see what my friends are doing all at once so that's usually what I use when I want to text my friends if I want to text one person I'd use text messaging.
Talk to family? Text messages

Tik Tok
Usually just posting videos and stuff, sometimes seeing what my friends have posted, I think a couple of other times we'll do group videos on Tik Tok you can do one person has one video then you can duet. Me and my friends have this thing going everyday where we have to make a duet to a video and break the Tik Tok world record
So far we're up to 50 duets on video and we're still going trying to get it to the post we can
I got it 6 months after I got Snapchat (11)



EXHIBIT 14
WIT: Chan
DATE: 2/1/23
Maureen O. Pollard, RDR

1

SNAP4872383

IG

A lot of my family (?)

Maybe I'm just going to stay away from that

Instagram is more so you follow the stuff then you'll see it but most of the stuff I'm doing on Instagram

Advertising stuff for my business

Other apps to talk to people? Google Hangouts

Who? Some of my younger cousins they don't have a sim card for their phone or they aren't on a phone plan so they use hangouts to talk to me

Sometimes my dad asks me to see what my cousins are doing sometimes my nephew is doing stuff he shouldn't be

-

If you're at school and you're talking to someone instead of giving someone your phone number you usually give them your Snapchat. I feel like I know a couple of times people ask me for my phone number but I give them my Snapchat instead and if they're weird you can block them but if they have your phone number

-

How long will you use these apps? As long as they are there

Snapchat and IG is fun for me, especially Tik Tok and Snapchat those are my two

If I'm bored I'll go to tik Tok they have for you page with videos everyone posts and you get to see

Sometimes I've come across my friends on that page next thing I know I see their face

Sometimes people get embarrassed they have Tik Tok you do dancing videos or whatever, I think people are embarrassed sometimes

They don't want people from school to find their Tik Tok

-

Snapchat

A lot of random people follow you and it's like do I know you or why add me

-

Anything change for HS?

One of my close friends she's a little older than me and she was like omg people are so thirsty they're always on my IG and stuff it's not funny but I think it's hilarious but I think a lot more people Instagram

More people would be like clout hungry and trying to get more followers and stuff

I think mainly on Instagram and Tik Tok

2

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP4872384

Not as much on Snapchat

-

If friends stop using app? Redownload it already
I usually stay with it if I like it if I don't I'll download it and see what my friends are doing

-

What do you do on Snap?
Stories - all the time. That's what I did this morning with what will Robert eat
Just one Snapchat account
I do have a private story certain friends they won't view it unless it's on the private story so I just made a couple private stories

-

If one of my friends, if they're phone dies and I don't have their phone number but their parents have a Snapchat
Snapchat if I can't get a hold of someone on their text message and they'll send me something through Snapchat sometimes people have their text messages muted

-

In the future? I'll text them
I think it would mainly be Snapchat and Instagram, not Tik Tok or Hangouts
If you give someone your Snapchat and they're weird you can block them
But if you give them your IG they can find your Facebook or if your FB is linked to your Instagram so I prefer to give them my Snapchat instead of my phone number

-

Don't use FB
I might use it when I get older, older cousins and stuff have Facebook but I don't

-

Favorite social media? That everyone else can see what you're doing

-

Favorite app? Snapchat

-

YUVB
It's an anonymous you send someone a message then they can add you back I've used it a cuple times you can swipe through and find people you want to talk to then send a message
It could be anyone
**Session 2 - M, 13, iPhone XR**

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872385

8th grade

Friends - IG and Snapchat
Family - iMessage

First phone
Without data - 8 or 9, I think 9
With cellular data - 11

8 years old got Youtube only watched at home only watched it when I had wifi
No apps

First phone with data 11
Downloaded IG the first couple of weeks when I had my phone

Age 12
Downloaded FB, don't use it that often but got it

Age 13
3 months ago I downloaded Snapchat

-

How did you know to download youtube? I'm guessing my parents
I had a child restriction thing

How did you know about IG? Not many of my friends had IG because I was still 11 and the first time it was like this basketball game thing and this guy was talking about IG and I asked what's IG and then they explained it and I downloaded it - they were adults, I don't know how they knew about it they were adults

My dad said it was a photo editing app
My dad didn't care, he knew I had it. He has an account too just to check on me
He got it around the same time

12 - Facebook but I don't use it very often my parents use it a lot
I saw my parents had FB so I downloaded it to see what it was
Cause I don't know many kids that have FB but IG is the same thing but I think about it for kids because Facebook is kind of for adults

13 -
Snapchat, IDK how I found out about it
My dad didn't want me to download Snapchat
Face ID with the phones now I downloaded it without him knowing he doesn't care about it now

4

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872386

I was curious to what it was I saw the filters they would post it on Instagram from Snapchat
Cause I knew IG didn't have them

-

IG - I use a lot for I'm a really big baseball fan I follow a ton of baseball accounts my friends post
on their Story mainly to see what they're doing
I post mainly on Stories but I have 14 posts now I delete some and keep some
I delete some because it's kind of dumb why did I post that it's meaningless I don't care what the
number is

-

Snap - Streaks
I don't really post on my Snapchat story often but I do see what other people are doing
sometimes they post things on Snapchat in their Story but mainly Streaks

-

# of Friends
IG I have about 426 and I follow 900
FB I don't even know
Snapchat I don't even know where that would show

-

Are most of your friends on Snap? Yes
All of them are on Instagram

FB not as much, maybe a couple, the parents are

-

Mainly Instagram (to communicate with friend) and sometimes Snapchat, not as often as
Instagram and then messages regular messages

-

Any other apps? With some family in other countrie son Whatsapp and that's it
I only have family on whatsapp

-

Snapchat -
IG I do that (post stories) and all the same people are on Instagram
No (don't post the same thing) if I just finished Streaks I might post on Snapchat but not often
but I'm always on Instagram
If Snapchat got rid of Streaks? I would use it a lot less. Because it's fun to see the 400 Streaks,
400 days in a row I'm not there yet but it's mainly it there's no point in having Stories the only
point in Filters which aren't that amazing to keep me on it

-

5

Yeah (most people on IG first then Snapchat)
No (people were not on Snap before IG)
Because IG is a lot simpler, you post, you look at stories, you look at photos and comment whereas Snap it's Streaks, filters and also Snapchat doesn't save messages some people like that and some people don't I personally don't care

-

If IG disappeared? I'd find the nearest bridge
I would ask for more phone numbers, what's the point of having someone's number unless you want to call them or facetime them
I use IG all the time and I love it
But I would message friends on Snapchat

How many people of your friend do you have their #'s? 20% there's kind of no point
Yeah probably (my closest friends)
I do it on regular messages I don't use the IG facetime thing I don't really like it, I just don't like it
Never called anybody on Snapchat, just regular messages

I've looked at a few times the Stories some of them are interesting

-

I'll probably use Snapchat a lot more in High School It's kind of the high schooler older crowd
IG it's more simple you're supposed to be 13 but no one actually does that you get it before there's nothing bad on Instagram
I just put in a random birthday, I set up my account before I was 13 so I put in a random birthday
Maybe college for Facebook

College - I'd start using FB more but still stick to Instagram because I use it for a lot of other sources
Maybe still use Snapchat, probably still use Snapchat
Definitely always Youtube forever

-

High school on Snapchat? Same thing, Streaks probably add a few more because I'm meeting people because of High school probably look at a lot more stories

-

Any other apps? The only reason I don't use Twitter is because a lot of the baseball accounts will post from twitter on their Story so I don't use twitter
-

Hear them from other people someone who downloaded IG with their parents when they're young and it keeps spreading out
Adults talking about it

6

We don't talk about the actual app at school, if you see something cool on a Story you'd swipe up and say that was kind of cool you don't need to say that in-person

How do you add people at school? I found out most of the people from my school because there are mutual friends so sometimes I'll ask sometimes people will ask but if someone is following someone else (IG)
Snapchat - it's kind of the same thing someone will tag someone in their Story people will ask on Instagram or put on their Instagram story here's my Snap
Why do you want people on your Snapchat? I have enough Streaks with the people I do it wit but more interesting thing to see in your stories so you don't run out of things to look at on Snapchat

-

Anything you don't like?
FB - When I look at FB it looks complicated, it's weird. IG is a simpler version of FB
Everything else is pretty good

Taking away likes I don't think they should do that. I feel like 100 likes just feels good. I'll be ok I wouldn't care that much but it just feels good when you have 100 likes. That's most of the goals for kids.

There's the thing on Snapchat where you can write anonymous messages in the Story so I gues s if you get a bunch of those
I've never done that before, I've never created one but have responded

-

Could only use on app for HS? Hard because I use Youtube all the time but IG in a way I'm getting information so probably Instagram
I follow a lot of Baseball accounts

-

This is my old account I'd just post stuff everyday whereas now
My old one I put in a bad passcode that I couldn't remember so when I got a new phone I just forgot the passcode so I made a new account
I'm in Middle school I should create a new account
No (not going to HS) it's way too much work I don't want to lose the old friends I was following and I might just forget about it
-

If your friends left app? I don't think 1 friend would make a difference
Snapchat? If it was a person I was doing Streaks with that would suck
If everyone left Snapchat (I would not use it)
IG I would still use it because you get a lot of information from IG things around the world
It would not make IT as good but

7

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872389

-

Fav thing about SC? Streaks, it's fun you send a picture everyday it's a Streak it'll be there for a long time
Yeah I'll text on Snapchat, not as often as Instagram
Something you wouldn't want your parents to see because it doesn't stay there

IG You can kinda do the same thing because you can delete messages

Send photos with text over it? IG when I'm maybe reposting something if someone posted a story you can post something in your Story and you can write something
And on Snapchat you send Streaks on the photo

-

Add anything to apps?
IG - they added a new thing where you can create your own story I tried it one time more exciting things on their Stories
On Snapchat they have these games you can do on Stories which is fun (would want that on IG)

**Session 3 - F, 13, iPhone X**

My family I just usually text them
With my friends I text them on Snapchat, IG, or on my phone with messages

**I was 11 when I got my phone Youtube**
**Youtube**
**I downloaded games and stuff like that that's pretty much all I had till I was 12/13 I got Snapchat and Instagram**

8

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872390

Used to use my parents phone
Just playing mobile apps and video games
How did you know? Probably Ad's

How did you know about Youtube? My older, my cousins, just other people really
I used to watch Youtube online then i downloaded the app after

Texting when you were 11? Yeah
Who were you texting? Some of my 5th grade friends, my mom, my family that's pretty much it

There was a lot of kids in my grade and my school who had phones so I asked my mom and dad they kept saying later then they surprised me with it
I wanted it but didn't know
Kids have their phones at school
Yeah, (using apps at school) sometimes, I don't really remember probably Subway surfers or something

(would exchange numbers with friends)

-
Heard about IG and Snap from school
All my friends were using it so basically I got it and instead of texting people on my phone I just text people on Snap and send them pictures and stuff like that
Who knew about Snapchat first? Older kids, I don't know
I knew a little about it because people I knew who were older than me had it like my family friends so I knew about it but I didn't really get it because i was kind of young and no one in my grade really had it
If I was confused I'd probably ask my friend but I learned myself it was pretty easy
Sending snaps to epople like pictures that's really it

Don't post stories often on both Snapchat and Instagram

So for IG it's like you post and it stays on there but people don't post that often they usually go on their story and it deletes in 24 hours like Snapchat there's not really much of a difference when you're differentiating stories
The difference is probably your posts on IG and the pictures you can take on Snap are different
On Snapchat you can, I forget what's its called you can scroll and do different faces and stuff like that and that's really it
(uses SC Filters)
I use them then I don't post it I just delete it

IG - I don't text as much as Snap

9

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872391

On Snapchat - talking about HW i want to know, things that happened in my grade or at my school, something about a teacher, it depends

New friend - I'd add them on Snap because it's easier. All you need to do is get your Snap and scan it and you're automatically add it it's much easier, it's quicker

Parents know? They know

Will you get other apps? If it becomes really popular I will but right now Instagram and SC are the main things I use
Nobody was using Snap until it got popular, if other people start using it then I'll use it
I'm not sure (when Snap got popular), 3-4 years ago

I got Snapchat before Instagram
Why? I just heard it before, I don't know if I heard it before but that's what I saw my friends using and people in my class using
My mom had Instagram way before
Some people have spam accounts on IG to post things for a certain amount of people if you're going to post it you might as well let everyone see it

-

Tik Tok - yeah I have it but I don't do any of the TikTok's I see what my friends post or the people on the For You page is what I look at
It depends on what you like (what shows up) it's different for every person, it's random stuff really
It's the most popular stuff then depending on your likes I think it changes it to what you like
Friends on Tik Tok? Yeah you can follow them on Tik Tok
Do you follow all friends on TT? Not really some people don't post they just do For You and that's really the reason why should I follow them if they're not going to post anything It's not like I can communicate with them through the app
Why are people on TT? It's like musical.y and they made it popular again and it's usually girls who do Tik Toks like that I guess they think it's fun I'm not sure it's just funny videos that you can walk people do dances and stuff like that
I got it recently like 5-6 months ago
Why did you download TT? They advertise it a lot and people were starting to send me funny videos so I just downloaded it
You can send it through messages - you just copy the link and send it
How long will you use TT? I'm not really sure I'm not really using it I'm just watching what people are posting, it depends (if I'd make a video) if my friends if we're all together as a group we might do it as a joke but I don't think I'd do it 1:1 I don't really care about it
1:1 videos? People at my school, and of course, famous people do it too

-

10

HIGHLY CONFIDENTIAL (COMPETITOR)                                                      SNAP4872392

Going to HS - I think I'll probably be using the same apps I might get different ones but for now I think I'll be using these apps
Different apps people are using? Not that I know of

-

Anything missing from these apps? Not really they add stuff they take out stuff nothing that's big
If they took away Stories or something I'm not sure something that's huge maybe if they don't let you comment on your post or something like that or your friend posts sometimes they decline they don't get you comment
Youtube does it they're more strict about it

10 year old on Social media? Probably the same thing but maybe different, as you get older posting more things
(They would know what not to post)

-

Older kids using? Snapchat and Instagram

Main way you communicate w friends in HS? All of them it depends on how close I am to them if I get close I'll message them

- Map - uses this feature, but only shares his location sometimes
- Perfect app - stories and texting

### Session 4 - F, 13, iPhone X

I mostly text them, Instagram
Facetime - mostly with two of my friends that I'm close with

By 13 I got my mom's phone and a few other apps and games and stuff

First phone at 11 - It was an iPhone 6S they were like are you sure you're ready for this
Not much since I was pretty young I just saw what other people were doing and get used to other stuff
Most of them had IG or other social medias and at first I didn't really get that my parents

At 12 I was allowed to have social media

11

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                SNAP4872393

I found out through my friends when they'd be talking at school I didn't know what was going on like how did you find this out then they started to tell me about it

I knew about some of them (apps) but I wasn't that interested at first
Since I never had it, I never really thought I'd be on social media posting stuff I still don't really do it that much but I still get to see what other people are doing

I had Snapchat first because at first I just wanted to use the filters because I thought they were funny
Instagram (a few months after) because they saw (my parents) that I was fine with

At first Snapchat just for filters because they were pretty funny
At first not really I was new to it but then i was starting to get more friends on Snapchat but I was using it for fun

IG yeah I just started following people and they followed me back

Tik Tok - got it a few months ago because it's new
Why did you download? At first it was musical.y but it closed down but people started talking about TikTok...i just checked it out and I liked it
Musical.y had it before, my cousin had it before me (got it at age 12)

Snapchat -
I text my friends mostly just sometimes if we want to send funny pictures to each other then we talk about it and we talk about other stuff sometimes we call and we use the filters and they're funny
Not doing Stories - I don't have anything interesting going on so I don't know what to post I only post when I'm hanging out with friends or something exciting is happening or something funny at school
Instagram is the same
Most of the people that I follow or are my friends and sometimes they're random people I know but I don't really talk to them mostly people from my school (on both apps)

IG it's usually them texting me first because I can't see notifications but Snapchat I can see the conversation and we can talk about it there and use pictures
No IG notifications - I don't know how to turn them on
(has notifications for Snapchat)

-
New apps? I just got more games I want to download Twitter and other stuff but I don't know what's interesting because I'm picky
Scroll through the app store or see what my friends are playing (games)
Sometimes if I'm bored of the apps on my phone I'll go there and just go through them but most of the time I don't download anything

12

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872394

They make us download stuff to submit HW and check stuff

-

High School - I think I'm probably going to be using the same but more since HS seems to be big time
Some people they want to be like the other kids and fit in if everyones talking about in app then everyone wants to have the app so soon everyone will be downloading
If they make a new app that's better or interesting they'll probably all go on it to

-

Fav thing about IG? The explore page where you can see funny stuff or stuff you like and find out new stuff

Fav about SC? The filters or the Satisfying videos - sometimes when i get bored on IG i go there and look at the weird stuff they have

-

I'd probably (exchange contact info) on Instagram

-

College - probably text messages because they'll be easier or facetiming each other
Probably not using SC and IG in 10 years
I don't know because maybe when I grow up I'll be like this isa  dumb app or something new will come up soon

-

SC - definitely teenagers sometimes parents but only if their parents tell them about it
I think mostly teenagers

IG - definitely mostly teenagers or sometimes older people who do business or want to get popularity

(celebs) Definitely if there is something going on and you don't know you can go to IG then probably Snapchat
I follow a few on SC but sometimes I don't really look at their stories that sometimes it takes forever to load and I don't really want to do it you can see when they post something you can see it before opening it so if you're interested you can click on it
Maybe they're just saying new video or new post and I don't really care about that

-

(Why do ppl pick an app)

13

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872395

Maybe a celebrity commenting on it or seeing other people use it as well
Yeah sometimes when a new app happens when Tik Tok happened only a few people had it and others were like no but then more and more people started using then more people found out about it
Right now not really because right now that's all they do go on TikTok but right now it seem pretty

Snapchat people are kind of losing it but it's still there because of the filters and they can post it on Instagram
Some people they like using the Snapchat filters but they post it on IG instead of SC
IDK it's just people don't do it as much as they used to Instagram is where they talk, post, see more interesting stuff the Explore page has certain stuff that you like but Snapchat just has weird stuff going on

10 year olds - most likely games but he uses Youtube a lot
My cousin is 11 and is all over TikTok that's all she does

Will Snapchat be cool in a couple years? Yeah unless something better comes but right now it seems like it would still going to be there

One app? Instagram probably IG you can send photos, facetime, call, and text a lot and if you want to say something you can unsend it easily but on Snapchat if you text someone and you don't want them to see it says they deleted the message

Snapchat disappearing messages? Sometimes it can get annoying because maybe they send a funny photo and they forgot to save it
I think it would be better if you could save stuff more

An app you could make? Probably where if you opened something you can still see it, more interesting stuff going on, maybe restricting some stuff because some people can be ? to other people
Sometimes if people don't like someone they can go all out and just talk and talk about it and can hurt people's feelings and it's a big deal because it's happening more and more often

FB? No it just seems something like my parents would do more it seems more like something with adults or parents

People use the Bitmoji app to make their avatar and use it a lot on Snapchat too

Next year more apps or same? I don't know they'll probably come up with something new this year was like TiKTok

14

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872396

**Session 5 - F, 13, iPhone 7**

How do you communicate? Either iMessage or IG
How do you decide? If it's one of my friends and I don't have their number I'll use IG

I was around 6 when I got my first phone
IG - 11
FB - 10, my mom made my first FB
Snap - 13

My aunt actually got me my first phone I always wanted a phone and used other peoples phone
Probably watching Youtube
It was already on my phone they set up the things I would use on her phone
I would usually take pictures and play games

IG
So all of my cousins, my older cousins had IG i was like what's IG I made an account I wouldn't
post anything I'd just be on the explore page watching makeup videos

15

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP4872397

Before IG how much did you know about it? Not a lot
I thought honestly I really did think it was another youtube because I saw the videos and stuff
How did you learn IG? I had one of my older cousins show me how to use IG
Did you mom know about IG? Yes she followed me on IG

Snapchat
I really didn't use Snapchat like that but once I got it and see the filters that's where most of my pictures come from then save them to my phone
I got SC in April maybe
Why did you download? Because actually one of my friends she had a SC account and she would have all of these filters and I'd be like where did you get those from so I got SC to get the filters
What did you know about SC? Just to take pictures and videos and stuff like that
I'd take pictures or look at my friends' stories
Posts stories sometimes
If it's a picture that I really like then I'll post it on my Snapchat feed but that's really it

Posts stories on IG
I post more on IG
Because more of my friends follow me on IG than SC

My closest friends follow me on SC but friends I talk to on the daily basis IG

On IG I have 4 accounts
It's basically a spam account where I post random things, I made my sister one, mine, then I have a private page

I knew about SC for a while, about a year, a year and a half
I didn't really know what Snapchat was, I knew of it but I didn't know what it was about basically
The filters (made me download it)

Tik Tok? Yeah
I don't really post I just watch other peoples videos
They probably think it's corny but I don't care if you use it you use it
I make them but I save them private so no one can see them but me
I don't know why, I just do
Fav thing about TT? The creativity of the videos and how much effort they put into them

Discover on SC? Yeah it was one IDK the name of it but it was these girls they would go to different places and it's called beauty trippin and they would go to different places and try things
Not at first (that SC had videos like this)
Discover? Not really, not a lot maybe I'd say everytime I take a picture on SC
If I'm bored and I don't have anything else to do

16

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872398

Photos on SC? I use the filters so it'll be one with blue eyes or one with the butterflies going around your head then I take a picture

Then I save it into my camera roll, that's really it

Some of them I post on my IG story

(doesn't send the photo to anyone on SC) I don't really talk to people on there like that I would the people that I do follow we don't text, we would have you heard of Streaks? We would do those but I would take a random picture of something

Use SC for messaging? Eventually, yeah - cause I don't really follow lot of people on there so there isn't a lot of friends that use the app to send messages

Because everybody is on Instagram so we don't really be on Snapchat

Fav app? IG

Fav thing about IG? The explore page you can see different types of videos and stuff it's a good way to see your friends and family you haven't seen in a long time

If I was to get a new phone I would just make a new account because I would not remember the password to that account

(created new accounts for everything)

-

High School - I think they might improve how IG is blown up now everyone is using it maybe Snapchat will blow up or Youtube but they might improve the page how you can post on your story or how you can message people and stuff

The amount of people will improve

Snapchat - (not enough people to be on it)

IG - no because mostly everyone I know has IG and there's a lot of people on IG

Why are they not on Snap? Because Snapchat is boring

There's not really much to do on there but take pictures unless you really really use Snapchat Like my mom, yes, she posts everything on there like omg - her friends, some of our family members

Would you wanna use Snap more? I would like to use it more I think I just need people to on there that I know that I can talk to more

How do you know if they are on there? It will show you people in your contacts that are on there already. If they're not on there it will say invite this person to Snapchat

What would make your friends use SC? Iw ouldn't say make it exactly like IG but have similar features instead of logging out of an account on IG you could just add one

Add a place where you can add multiple accounts like switch around

(wants more than 1 account on SC) It would be a page that my friends follow and then a page that my family follows

(rn her family follows her on SC)

I would just post everything

17

Private stories? No I didn't know they had private stories

Fav thing about SC? The filters because you have funny filters and you have cute filters because IF they don't have filters like that their filters are very very boring

(doesn't talk to her mom on SC but watches her story
I'm not on there anything she posts I don't have anything to say about
(would talk to her on iMessage)

-

10 years -
IDk either like regular text message or if they do have IG or SC account I would text them on there
Maybe, IDK

Why would you leave? If they get super boring if there's really nothing exciting about them it's just like how basically Vine was
It blew up then it just went away
(she didn't use Vine)
People that I followed on IG they would take their videos from Vine and post them on IG

-

Other apps friends are using? Funimate
I just started using that this year because all of my friends are making these cool videos and I was like how did you do that so I downloaded it and started using it

-

Perfect app?
A combination of Snapchat and IG
IG would be the explore page and the different accounts and Snapchat would be the filters and stuff
(wants to be able to talk to people)

-

18

HIGHLY CONFIDENTIAL (COMPETITOR)                    SNAP4872400

**Thursday**

User 1
Got his first phone at 7
Used his parents phone before that to play games
Got my first phone at 10
Twitter 11 (I CANT HEAR HIM AH)
I looked at the trending page, that is how I started
Need For Speed was the first then Instagram
People are talking everyday about instagram
People talking about how they get the news and updates
I check what people are doing and their stories
We make plans through instagram and we talk
I have multiple group chats - theyre just for whatever we talk about
Did not ask his parents they dont really care that much
Everyone has Instagram
I just played with the app to learn how to do Instagram
Friends show new features
After IG I use twitter
Wanted to download twitter because of YouTube
Got YouTube right when he got IG
I dont really do SC but I do it with facetime
My phone doesnt work with messages so I downloaded sc
I dont really use it at all
I just do it to send the messages to talk about homework or ask about a test
I usually test them

**User 2**
Every person I hang out with has a friend or an IG
My favorite thing about SC is the filters, I like looking at those whenever I am bored. I don't do it as often anymore I do it like twice a week
I kinda taught myself how to do it by myself
I was one of the last people to get IG and SC i just never really caught on to it
Losing streaks I would change, If i was going to get grounded and lose my streaks I would be mad
They are just little games
I like the way Snapchat is
Next got IG
I communicate with friends on IG
I also post stuff on my story, if I am somewhere cool I will put it on my story
My story I am a lot more active on than my wall
My friends are as active as me on my phone
If we finish our school work we can listen to music and we can go on our phones
I taught myself how to use IG, i think its our generation

19

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872401

## Page 19 Comments

M1          how much does the app store play into your choices
            *Morgan Hammerstrom. 12/12/2019 05.44 PM*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872402

I think my parents like that I am on social media

I wouldnt change anything about IG

If all my friends left IG i would not use it because there is no audience

I have a tiktok account but dont use

Mostly girls are using it and my guy friends make fun of them

I think tiktok has become more popular

I would use IG- it doesnt delete stuff [M2]

Highschool -

My friends are starting to hop on that app and i want to keep up with what my friends are on

Going to twitter - another platform to communicate with and celebrities

Asking my parents to get on Twitter

I can picture myself using SC less - it is not really, i dont really know its not really a social media

its more communication and i think im going to grow out of the filters

In college i think I will be

Im not going onto facebook because all of my mom friends - FB is the old person IG

Parents friend each other on FBook

PhotosUp you can create shared albums for group projects

If it a poster people send their parts

People can comment on it, change this for the project

I dont see anyone using twitter i dont know why but my friends are starting to ask for it

Vine was deleted so i kinda see less and less vine videos

I got tiktok like a month ago

**YouTubers are not on snapchat**


**User 3**

I have a lot of group chats on IG

Group video chats on IG you can do it on group chats but people prefer it on IG

Video chats on IG are convenient

They wanted me to have really good grades so I got an iPhone at the end of the year

I asked for a phone and they asked me do a task to get it

First downloaded is a game - connect the dots or something

2 - 5 more apps i didn't know what social media was so I played games

Twitter - FB IG SC

Most recently twitter i got it like 8 months ago

I got snapchat like 9 to 10 months ago

How did you know which apps to download - like ads on TV

I went to the app store

I would search for the name on the app stores

Not as often as I used to

I dont download apps as often as I used to

Tending apps? Only if I go there to download an app i will look

My friends had it so I got it

I post pictures groups pictures on my story or use it to text my friends

I use it everyday to text my frien**ds (on IG)**

20

## Page 20 Comments

M2        disappearing messaging
          *Morgan Hammerstrom,  12/12/2019 06.48 PM*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872404

Not really i keep my phone off
**They didnt really tell me much i just saw that everyone else had it on their phones so I wanted to get it, they didnt really tell me about it**
When you first get it it says like tap here to look at your story,
I have like 20 friends on IG - just my friends and family or aquanitises at school
IG - I have other accounts, i share one with my friend, allowing it to have more accounts
I have accounts for pictures

All of my friends had SC so I wanted it to
I heard that you could post on your story and you could post things to your friends
Same with IG i saw a tap here to see this or tap here to save this
Same friends on both apps
I would ask them for their snapchat M3
Add them on SC and then ask to add them on IG
Then you ask them for their other social media
I dont like that it doesnt save the messages, if you dont save it it would disappear
I would prefer it to save
If you could replay it more than once

If all friends left IG i would still use it
I would probably still use SC
I look at the discover from time to time but not usually
I do look at my friends stories at the top of IG
If they do something at school and they will post it
They dont talk about what they do at school
**I would use IG because it is easy to use and I like it better**
I got twitter around the same time i got SC
My history teacher had it and updated it
I never ended up using it
High school - probably IG mostly over the other apps
Maybe less of SC maybe I wont do streaks in HS and forget to do it
They dont take up a lot of my time
I would be fine it is just something that i do for fun
College - probably through imessage I wouldnt be doing social media as much
Social media is for younger people not older people
I use youtube and tiktok
I dont use tiktok i just browse other peoples
You can post stories that disappear and you can text people

User 4
Subway surfers - games
I could see it on my sisters phone
Ususally i am looking for an editing app on IG or a game - most reviewed one
For games I look at my friends phone

21

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872405

## Page 21 Comments

M3          Asking for SC first
            *Morgan Hammerstrom.  12/12/2019 06.35 PM*

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP4872406

Musically - i liked making videos with music
Yeah i use TikTok but I dont post - same account as muscially
Does not communicate on TikTok
Age 9 i got IG
I saw my sister had it and was always laughing on it
Asked her mom about musically - told her it was more age appropriate than IG
My sister is 21 and using IG
None of my friends had a phone - they werent on IG
My friends got a phone around age 11 or 12
It was another social media - online date on there? Its like a fake IG
I know you can text and facetime
My main group 1 on IG but like 10 on IG
Their parents wont allow them to be on it - the parents are scared for them to get it
My parents - my mom has FB, SC and IG
I like the ones that IG has more (filters)
SC has words - if there were filters with things under the eyes
I like IG people it borrows TIkTIk videos
I would still use IG if none of my friends were there
SC since I was 10
My sister would make funny videos of me and post on her story
Asked her mom for SC to see her sisters story
A few of my friends had SC when I first got it
My friends on IG are people that i know, people on SC kinda just add me
It was easier to find them on SC
I dont know i dont tlak to the people on SC as much because i got a new group of friends
IG is the most popular
SC kinda got a little boring after a while cause they dont have posts they just have stories
All the same ones in High school
I will definitely keep using IG
Maybe SC
Maybe stopped using TikTok after a while
I feel like its a little more …
For my friend group i have all of their numbers
I play games a lot [M4]

Snapchat ads on

User 6
I do text message
The main way I make plans with my friends
I got my phone for my birthday at the end of 4th grade
Pretty much in 5th grade
I was 11 probably
I used my parents phone, my family friend is older than a year, she got the phone

22

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872407

## Page 22 Comments

M4          Games in survey
            *Morgan Hammerstrom,  12/12/2019 07.27 PM*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872408

She used to be on IG and watch nail videos and I would watch on my parents IG account
My parents are on IG my dad has twitter FB and they have SC and they dont use it
10 i used my parents IG and watch YouTUbe
I watched a channel called…
Had an iPad before
Her aunt pays her apple pay
I can get any app
Now that all of my friends have IG i like their post and comment
IG i dont really use that often
I do probably look at videos one a week
TikTok i am on that constanty and so are my friends
You can learn dances
Musically it was vine and vine died and musically came and someone bought mucisally and its tiktok
TT i scroll through the for you page for hours, i mostly go through the for you page
If I am learning dances i look at my friends cause theyre trending in my town
We post stories together
My friend had it so I downloaded it
TT is funny i like learning dances
Pretty much all of my friends are on IG
SC i had some friends that had SC my mom didnt like SC
My cousin is on it constantly and she showed me a little bit
My mom didnt like SC because it goes away
My mom is fine with all social media but not SC
When people were first getting social media they were allowed SC over IG
I think IG is more like people post where they are
Its kinda more if you were to get sad that your friends were hanging out you would see that on IG
I do streaks on SC
Streaks are cool
I had more in 6th grades
I had a lot of group chats on imessage
Lots of group chats on more conversations - texts
Group chat on SC
Theyre not really that active
Some people some streaks on group chats even through it doesnt work
Most of them are on SC
I think more people have IG
Probably because of their parents
Nothing to change on SC snapmaps are a little weird so people know where you are
I honestly dont know if i have my locations on i still see myself on the map just my bitmoji
Probably having streaks is my favorite thing
i would text first then IG then SC
I would ask for their numbers

23

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872409

I  would probably not use IG if my friends stopped, actually probably
I would just have it to watch funny videos and watch what people are doing
SC you snap your friends if there is no one to snap it is pointless
People dont really talk about Social media at school
People text a lot during school
I didnt post on it i just used it to watch nail and baking videos
If you put in nails a bunch of nail accounts show up
SC before i got it was confusing but then when i got it it was confusing
If you have an app and you were exploring it you can probably figure out what it is in 5 minutes
I dont remember why i thought it was confusing
A lot of my friends didnt have it before
My cousin was a couple years older than me
SHe was always snapping a lot of friends so i was always like what are you doing
I am using TIkTok
It is probably the most used i will text my friends and they will be up on tiktok
You'll see it on tiktok too my sleep schedule before and after
There is a lot to do on it,
TikTOk is her favorite and youtube
The new app is Tinder but I dont use it
It is a think that is in the social media workd i dont use it
I get ads for it
I have seen ads -- i dont get ads for SC
Not really IG mostly tiktok

24

HIGHLY CONFIDENTIAL (COMPETITOR)

25

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP4872411

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP4872383-SNAP4872411

**BEGATTACH:** SNAP4872383

**ENDATTACH:** SNAP4872411

**Custodian:** CHAN_CLAUDIA

**Author:**

**Filename:** 2019_12_ FORMATIVE MESSAGING SESSION NOTES.DOCX

**Create Date:** 7/1/2022 12:00 AM

**Last Modified Date:** 7/1/2022 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /2019_12_ FORMATIVE MESSAGING SESSION NOTES.DOCX