# AMENDED Exhibit 877

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

## Personal messages Alex Osborne and Nima Mozhgani - 2023-10-19 (UTC)

Private 10/19/2023, 6:33 PM UTC
Alex Osborne and Nima Mozhgani

- Alex Osborne (U02LB0ULNGG)AO

  hey do you know how many accounts TikTok and others delete for beign U13 every day?
  10/19/2023, 6:33 PM UTC
  im like struggling to see that in transparency reporting
  10/19/2023, 6:33 PM UTC

- Nima Mozhgani (UJYCUDCC9)NM

  i dont believe any platform reports that number broken out
  10/19/2023, 6:34 PM UTC
  most lump it under a catchall category like "child safety"
  10/19/2023, 6:34 PM UTC

- Alex Osborne (U02LB0ULNGG)AO

  https://www.axios.com/2021/06/30/tiktok-removed-7-million-accounts-under-13
  10/19/2023, 6:34 PM UTC
  Exclusive: TikTok removed 7 million+ accounts for being under 13 in Q1
  It's the first time the tech giant has revealed the number of accounts it has deleted for possibly being underage.

- Nima Mozhgani (UJYCUDCC9)NM

  very interesting
  10/19/2023, 6:36 PM UTC
  i dont think they continue to publish those metrics?
  10/19/2023, 6:38 PM UTC

- Alex Osborne (U02LB0ULNGG)AO

  would be great to find...
  10/19/2023, 6:38 PM UTC

- Nima Mozhgani (UJYCUDCC9)NM

  nvm found it
  10/19/2023, 6:39 PM UTC

- Alex Osborne (U02LB0ULNGG)AO

  oh?
  10/19/2023, 6:39 PM UTC

- Nima Mozhgani (UJYCUDCC9)NM

  https://www.tiktok.com/transparency/en/community-guidelines-enforcement-2023-2/
  10/19/2023, 6:40 PM UTC



Δ π EXHIBIT 10
Deponent Mozhgani
Date 3/7/25  Rptr. LL
WWW.DEPOBOOKPRODUCTS.COM

SNAP4703321

# Total videos and accounts removed and rest



6:40 PM UTC
Screenshot 2023-10-19 at 2.40.06 PM.png (F062MMV8FC0)Screenshot 2023-10-19 at 2.40.06 PM.png10/19/2023, 6:40 PM UTC
- Alex Osborne (U02LB0ULNGG)A O

SNAP4703322

wow
10/19/2023, 6:40 PM UTC
• Nima Mozhgani (UJYCUDCC9)NM

what this tells me is that our TR might only scratching the surface of account deletions...
10/19/2023, 6:41 PM UTC
• Alex Osborne (U02LB0ULNGG)AO

am i reading this right
10/19/2023, 6:43 PM UTC
20m deletes per quarter for u13?
10/19/2023, 6:43 PM UTC
• Nima Mozhgani (UJYCUDCC9)NM

yup, 18.8M in Q4
10/19/2023, 6:44 PM UTC
• Alex Osborne (U02LB0ULNGG)AO

jesdus
10/19/2023, 6:44 PM UTC
they move them to this u13 experience
10/19/2023, 6:44 PM UTC
but that makes our numbers laughable
10/19/2023, 6:44 PM UTC
we delete like 50 per day
10/19/2023, 6:44 PM UTC
• Nima Mozhgani (UJYCUDCC9)NM

in that 2021 report, they said that metric was only 1% of total accounts
10/19/2023, 6:44 PM UTC
• Alex Osborne (U02LB0ULNGG)AO

i dont follow
10/19/2023, 6:45 PM UTC
• Nima Mozhgani (UJYCUDCC9)NM

From their Q1 2021 TR, in that axios article, "This includes 7,263,952 suspected underage accounts that were removed for potentially belonging to a person under the age of 13, which is less than 1% of all accounts on TikTok."
10/19/2023, 6:45 PM UTC
• Alex Osborne (U02LB0ULNGG)AO

kinda awkward that "Snapchatters safe" is what we highlight as the link?
10/19/2023, 6:50 PM UTC



6:50 PM UTC

<   >

CONFIDENTIAL

SNAP4703323

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP4703321-SNAP4703323

**BEGATTACH:** SNAP4703321

**ENDATTACH:** SNAP4703325

**Custodian:** OSBORNE_ALEX

**Author:**

**Filename:** PERSONAL MESSAGES ALEX OSBORNE AND NIMA MOZHGANI - 2023-10-19 (UTC).HTML

**Create Date:**

**Last Modified Date:**

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /PERSONAL MESSAGES ALEX OSBORNE AND NIMA MOZHGANI - 2023-10-19 (UTC).HTML