# AMENDED Exhibit 878

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

## DOCUMENT SLIPSHEET

**P-SNAP-0893**

**Bates Number:** SNAP7141088-SNAP7141089

**Custodian:** STOUT_JENNIFER

**Author:**

**Filename:** RSMF000045.RSMF

**Create Date:** 3/19/2019 12:00 AM

**Last Modified Date:** 3/19/2019 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /RSMF000045.RSMF



EXHIBIT
49
SNAP-STOUT
3/27/25 AV

**P-SNAP-0893**

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 2 | Date Range: 3/19/2019 - 4/29/2019 |

## Outline of Conversations

💬　　**jps_dc** · 2 messages between 3/19/2019 - 4/29/2019 · jps_dc · stecoll40

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP7141088

**P-SNAP-0893**

**Messages in chronological order** (times are shown in GMT -07:00)

---

📝   **jps_dc**

J   **jps_dc**                                                                    3/19/2019, 9:08 PM

Mike, Katherine, Jacob, Agatha, Peter Sellis and Nima and I met to discuss ways in which we could consider how to build a tighter age gate/verification process. Jacob mentioned the testing Product did in Nov 2017 that took two categories of users and tested back-button cookies for users that inputed an age under 13. One group of users were locked out for 5 minutes. Another group was locked out for 24 hours. In both cases, there is material impact to user acquisition and retention. His conclusion was that feature would have a negative impact on DNU and DAU.

J   **jps_dc**                                                                    4/29/2019, 7:38 PM

3. Meeting with Evan on child safety and privacy. Next week we will have a legal WBR with Evan to discuss this. We will need to give a high level overview of the political environment including OHWP, ICO age appropriate design, CARU, and COPPA amendments. We will discuss age verification, steaks, safety by design and how to increase safety and privacy protection for young people on Snap.

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP7141089