# AMENDED Exhibit 901

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

## Oh Snap, you're leaving us? 😢

If you're sure that you want to delete your account, please enter your username and password below, and then press Continue.

Your account will be deactivated, which means friends won't be able to contact you on Snapchat. You'll also lose any Chats you've saved, and any Snaps and Chats you haven't opened. After 30 days, your account will be deleted. If you'd like to reactivate your account before that happens, just log in to Snapchat 😊

One more note: If you've requested your data and haven't received it yet, please wait until you've downloaded your data to delete your account. We won't be able to contact you if your account is scheduled for deletion.

**We were unable to process your request, please try again.**

Username

tastytest23

Password

•••••••••    👁

**Delete account**

CONFIDENTIAL

SNAP7274672