# AMENDED Exhibit 921

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Revenue Update
Peter Sellis
1 October 2018

*This email contains material non-public information that is highly confidential and must not be shared or forwarded beyond this initial distribution.*
*Details: https://wiki.sc-corp.net/pages/viewpage.action?spaceKey=standards&title=Insider+Trading*



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3791003



EXHIBIT ___5___
WIT: _Sellis_
DATE: _2/6/25_
Maureen O. Pollard, RDR

## Slide 1 Notes

Testing Speaker Notes

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3791004

# Summary of Monetization 2018 Priorities

## Goal
$1.2B in Revenue on 216M Q4 DAU

## Overall Objective
"In 2018, we are going to drive measurable return on investment for advertisers regardless of their level of sophistication in order to become one of the top 3 digital ad platforms."

## Team Objectives

O1: Make Snap an imperative for performance marketers

O2: Focus on "digital native" advertisers

O3: Elevate measurement

O4: Win at location, context, and A/R

O5: Ruthlessly simplify

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3791005

# Summary of Q2-Q4 2018 Revenue Goals





$297M
Actual

$290M
Goal

$285M
Consensus

Q3
2018

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3791006

# Summary of Q2-Q4 2018 Revenue Goals





HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3791007

# Summary of Q2-Q4 2018 Revenue Goals



~$390M Goal

$298M
Actual

$290M
Goal

$285M
Consensus

$262M
Actual

$260M
Goal

$254M
Consensus

Q2
2018

Q3
2018

Q4
2018

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3791008

# Summary of Q2-Q4 2018 Revenue Goals





~$375M
TBD Goal &
Consensus

$297M
Actual

$290M
Goal

$285M
Consensus

$262M
Actual

$260M
Goal

$254M
Consensus

Q2
2018

Q3
2018

Q4
2018

- Overall revenue goal of $1.15-$1.2B for the year
  - Slight miss in Q1
- Outperformance in Q2 and Q3
- Q3 = 43% YoY growth in Revenue
  - 24% ARPU growth YoY
- Revenue goal for Q4 is TBD
- Approximately 5-7% is non-advertising revenue (Placed, Metamarkets, Spectacles)
- $375M in Q4 represents significant acceleartion over Q3

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3791009

# Looking at Snap + Story Ads for <u>Q3</u>—where do they run?

*$ of revenue per day, Q3, Snap Ads and Story Ads by placement*



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3791031

# Evan's Letter—Three Priorities



There are three primary ways that we are working on growing revenue:

1) Increasing DAU and engagement

2) Improving measurement and optimization

3) Increasing the number of active advertisers

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3791043

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP3791003-SNAP3791082

**Custodian:** SELLIS_PETER

**Author:**

**Filename:** REVENUE UPDATE FOR ENG OFFSITE — 20181001.PPTX

**Create Date:** 11/4/2018 12:00 AM

**Last Modified Date:** 11/4/2018 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /REVENUE UPDATE FOR ENG OFFSITE — 20181001.PPTX