# AMENDED Exhibit 924

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# SNAP IS A DAILY HABIT, BUT NOT EVERYWHERE

In US, Snap sending is an everyday (L7=7) behavior for young users - but not so for older users, and not in Brazil

Charts show how many days out of 7 that users send Snaps, given they send at least one Snap that week.
(2015 Q1 + Q2 registration cohort)



**US**

**Brazil**

CONFIDENTIAL

SNAP5471034



Δπ EXHIBIT 3
Deponent Spiegel
Date 4/11/25 Rptr.
WWW.DEPOBOOKPRODUCTS.COM

# BACKUP: CHAT

In US, 41% of users under 24 are L6 or L7 Chat senders - but this engagement doesn't hold for older users or Brazilians

Charts show how many days out of 7 that users send Chats, given they send at least one Chat that week.
(2015 Q1 + Q2 registration cohort)



**US**                                    **Brazil**

CONFIDENTIAL                                                SNAP5471035

# 1WEEK+ RETENTION FOR L6+/7 SNAPPERS AND STORY VIEWERS HAS NOT CHANGED

All retention rates have been steady for US, Brazil above 99.0%

### Chart shows the daily trend of 1Week+ retention among L6+/7 Snappers



**US**



**Brazil**

CONFIDENTIAL

SNAP5471036

# % OF L6+/7 STORY VIEWERS AMONG WAU DECLINED

Retention of highly engaged users did not change but the % of highly engaged users has decreased over time especially for % of L6+/7 Story viewers in Brazil





**US**

**Brazil**

CONFIDENTIAL

SNAP5471037

# NEWER USERS DON'T FORM THE SNAP HABIT

Newer users send Snaps fewer days per week, and the percentage of WAU sending Snaps at all is smaller for new users

Percentage of Weekly Active Snap Senders
that **send Snaps 6 or 7 days out of 7** (L7=6,7)
by registration cohort and market

Percentage of Weekly Active Users
that **send at least one Snap during the week**
by registration cohort and market





CONFIDENTIAL

SNAP5471038

# STORY POSTING IS NOT A DAILY HABIT

Story posting is done infrequently relative to Snap sending, even in Story-heavy markets like Brazil

Charts show how many days out of 7 that users **post** Stories, given they post at least one Story that week.
(2015 Q1 + Q2 registration cohort)



**US**



**Brazil**

CONFIDENTIAL

SNAP5471039

# STORY VIEWING CAN BECOME A DAILY HABIT

Users will watch Stories daily even in markets and age groups where users post Stories rarely - despite no notifications

Charts show how many days out of 7 that users **watch** Stories, given they watch at least one Story that week. (2015 Q1 + Q2 registration cohort)



**US**            **Brazil**

CONFIDENTIAL            SNAP5471040

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP5471034-SNAP5471040

**BEGATTACH:** SNAP5471032

**ENDATTACH:** SNAP5471040

**Custodian:** ANDREOU_JACOB; SPIEGEL_EVAN

**Author:**

**Filename:** SNAPS VS. STORY HABITS.PDF

**Create Date:**

**Last Modified Date:**

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /SNAPS VS. STORY HABITS.PDF