# AMENDED Exhibit 925

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Streaks Experiment Brainstorm

## Context

Design user experience tests which measure different Key Positives and Negatives of streaks. The goal is to understand the impact of sunsetting streaks, in the most low-impact way possible. In these tests, we'll mostly be tweaking the existing streaks logic versus implementing a replacement feature. Some of the treatments may be rolled out as transition states.

Streaks Deep Dive Master Doc

**Illustrative Solutions**
The solution space should aim to capture and maximize the key positives of streaks listed above and exclude or minimize the key negatives. Some illustrative examples are the following:
- Consistent Snapping between friends creates an egg that eventually hatches into a Pet, which only hides (rather than dies) when you don't Snap each other that day.
- Consistent Snapping between friends makes the design of the Conversation View become increasingly appealing.

**Illustrative Ramp-Down Plans**
We are unlikely to do something that would break user trust, like killing existing streaks without a replacement, so any solution is likely to be coordinated with a ramp-down plan for existing streaks.
- Existing streaks turn into eggs that eventually hatch into Pets, with higher streaks turning into rarer eggs.
- No new streaks; existing streaks are unaffected.

## Questions we want to answer

**Bolded items are priority.**

1. What is the snap engagement impact of no longer starting streaks?
   a. ***Do not allow users to initiate new streaks. Streaks in relationships that die cannot be re-started.***
2. How much does showing a number matter?
   a. ***Hide number everywhere. Keep fire, keep timer.***
   b. ***Hide number except in Friendship Profile. Keep fire, keep timer.***
   c. *Test a few levels of streaks.*
3. How much does showing streaks in the feed matter?
   a. ***Hide streaks from feed.***
4. How much does showing streaks in Send To matter?
   a. ***Hide streaks from Send To.***
5. How does lessening the anxiety of a streak dying affect engagement with streaks?
   a. *Allow users to freeze a streak.*
   b. *Allow users to restore in app.*
6. How much of the stress around streaks come from only very long streaks?
   a. ***After X days, show X+ as streak number on FF and Send To.***



Δ π EXHIBIT 22
Deponent _Voss_
Date _4/4/25_ Rptr. _LC_
WWW.DEPOBOOKPRODUCTS.COM

7. How does celebrating the end of streak affect restarting streaks?
    a. *Teaching that we have the Longest Streak Charm and alerting you when you get it.*
8. How much requiring a Snap every 24 hours affect streak engagement? (Daily Habit hypothesis) *Note: Change the increment window (start or end): hour 21 to hour 32, timer emoji shows between 24 and 32.*
    a. *Show the timer earlier (during the full increment window)*
    b. ***Extend increment window end time to 48 hours or 7 days - timer will still show at 8 hours from end.***
    c. ***Increment / decrement.***
    d. *Show a countdown*
9. How much does having too many streaks matter?
    a. *Cap number of friends you can have streaks with*

## Measuring Success

- Customer feedback via in-app surveys
- Number of contacts to customer ops
- Engagement metrics
- Diaries?

### Success Metrics

1. Unique Interactions via Snap
2. Snáp Send (Total, UU, Active Days, Recipients)
3. DAU, Active Days
4. All Tier 0 & 1 Metrics

# Appendix

## Brainstorm

We should start with aspects of streaks (pros and cons) that we think

1. Key Positive #1: Excuse to start talking *"Want to start a streak?"*
    - Streaks without numbers
    - Friendship Levels
2. Key Positive #2: Daily Habit Training *"Oh, I have to send streaks today."*
    - Streaks only increment every X days (with X>1)
3. Key Negative #1: Stress around losing a long streak *"OMG I'm freaking out, I can't lose my streak"*
    - Allow streaks to only increment after X days, streaks cannot be lost after a certain X day threshold is reached
    - Allow streaks to decrement if you miss a day rather than disappear entirely
    - Allow users to freeze streaks when they know they'll be offline

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6906161

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP6906160-SNAP6906161

**Custodian:** VOSS_JEREMY

**Author:**

**Filename:** STREAKS EXPERIMENT BRAINSTORM.DOCX

**Create Date:** 5/8/2019 12:00 AM

**Last Modified Date:** 5/8/2019 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /STREAKS EXPERIMENT BRAINSTORM.DOCX