# AMENDED Exhibit 962

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | MDL No. 3047 Case No. 4:22-MD-03047-YGR |
|---|---|
| This Document Relates to: | **PLAINTIFF FACT SHEET** |
| | Full Name of Plaintiff (First, Middle, and Last): |
| Case Caption and Civil Action No.: | |

**EXHIBIT** 15
14
3/4/25

PENGAD 800-631-6989

**PLAINTIFF FACT SHEET – Appendix for Snap**

**Complete the following questions only if you have named Snap as a defendant.**

A.    Identify whether you have used or encountered the following Snapchat features, and state whether you contend that this feature contributed to your injuries.

| Feature | ~~Have you used or encountered this feature?~~ Addictive | ~~Do you contend that this feature contributed to your injuries?~~ Mental H Harms |
|---|---|---|
| Sending or receiving Chats or Snaps | No | ~~No~~ Yes + grooming |
| Using lenses and filters | No | No |
| Communicating with other users via voice or video calling | No | No |
| Posting Stories | No | No |
| Checking and/or monitoring your Story views | No | No |
| Viewing others' Stories | No | No |
| Viewing content on Spotlight | Yes | No |
| Posting content on Spotlight | Yes | No |

1

| Feature | Addictive Have you used or encountered this feature? | Mental H Harm Do you contend that this feature contributed to your injuries? |
|---|---|---|
| Viewing content on Discover | No | No |
| Checking and/or monitoring your Spotlight content views | No | No |
| Using Snap Map | No | No |
| Maintaining and/or monitoring Snap Streaks | No | No |
| Monitoring your Snapscore | No | No |
| Viewing your Trophies or Charms | No | No |
| Adding friends via Quick Add | No | No |
| Saving Snaps to My Eyes' Only | No | No |
| Using Stickers | No | No |
| Using SnapKidz | No | No |
| Sending or receiving Snapcash | No | No |
| Use of the add all button | No | No |

2