**AMENDED Exhibit 969**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Literature Review: Snapchat vs. Instagram mental health and emotional well-being research**
Consumer Insights & Comms Teams
March 2019

Monday at SXSW, Instagram co-founders argued that Instagram was a "place for authenticity," and mentioned beauty filters, including on Snapchat, as "concerning." While there was no coverage of this anti-Snapchat point, a few second tier outlets noted their defense of Instagram as a place for authenticity (Tom's Guide).

1. Press headlines continue to claim that Instagram has a negative impact on mental health and emotional well-being:

- Wall Street Journal: Why I Put My Dog's Photo on Social Media, but Not My Son's - March 2019
- Business Insider: Facebook and Instagram deliberately condition you to use your phone like a drug, says this app developer - December 2018
- The Atlantic: Instagram Is Teeming With Anti-Semitism - October 2018
- The Atlantic: Instagram Has a Massive Harassment Problem - October 2018
- The Atlantic: Teens Are Being Bullied 'Constantly' on Instagram - October 2018
- Business Insider: A 26-year-old woman racked up $10,000 of debt after trying to become an Instagram star — and it reveals a huge issue with the platform - March 2018
- BBC: Instagram tops cyber-bullying study - July 2017
- BBC: Instagram 'worst for young mental health' - May 2017
- Business Insider: A new study found that Instagram is bad for young adults' mental health - May 2017

2. Research shows that impact on mental health and emotional well-being is somewhat mixed for both Instagram and Snapchat, with a slight advantage for Snapchat.

Research has shown that Instagram makes users feel "self-conscious" (Source: *Apposphere* study commissioned by Snap Inc.), and "sets unrealistic expectations, feelings of inadequacy, and low self-esteem" (Source: *The Tenuous Relationship*). However, there is also research that includes Snapchat in these studies demonstrating negative effects of usage. For example, in "*#Statusofmind,*" while Instagram was ranked as the worst offender of young people's mental health and well-being, Snapchat was ranked second behind Instagram. In a study by UPenn, Snapchat was included alongside Facebook and Instagram in the results, which found that those who limited their use of the apps "showed significant reductions in loneliness and depression" (Source: No More FOMO: Limiting Social Media Decreases Loneliness and Depression).

Other research has shown bright spots for Snapchat, however. While research from the New Jersey Institute of Technology shows that some people use Snapchat Lenses to make themselves look "better", the same study also found that "more participants prefer the funny ones over the rest" and see this as an expression of their own personalities (Source: How Users Choose a Face Lens on Snapchat). Additional research from the University of Michigan found that Snapchat made people happier than any other app, second only to face-to-face interactions, and felt that their interactions on Snapchat were unique compared to other platforms because of an "increased trust in their audience, ephemerality, and less self-curation of content due to the lack of expected content archival" (Source: Sharing the Small Moments: Ephemeral Social Interaction on Snapchat). Similarly, the Apposphere study above finds that 95% of Snapchatters say the app makes them feel happy, scoring higher on "happy" than any other app tested. This supports the idea that Snapchat is a "feel good" platform, where one is meant to share an experience with the world or have fun, and not to show off one's life or get more views or followers (Source: Impact of Contextual Factors on Snapchat Public Sharing conducted by Snap Inc.).

Overview of Studies:

SNAP0223846

**How Users Choose a Face Lens on Snapchat (2018)** -- from the New Jersey Institute of Technology, this study conducted in-depth interviews and thematic analysis and found participants had a goal in mind while using Face Lenses; while some respondents confirmed that use of Lenses was to make them look "better" than in real life, others used Lenses to make their friends laugh by using "funny" or "goofy" Lenses. *"In general, participants put Face Lenses into categories of "pretty/cute" or "funny," with more participants preferring the funny ones over the rest…"* Furthermore, participants chose Face Lenses based on their own personalities (self expression), mainly when it came to having a goofy or funny personality." Link.

**#Status of Mind - Instagram ranked worst for young people's mental health (2017)** -- a study conducted by the Royal Society for Public Health found "YouTube topped the table as the most positive, with Instagram and Snapchat coming out as the most detrimental to young people's mental health and wellbeing" Link.

**No More FOMO: Limiting Social Media Decreases Loneliness and Depression (2018)** -- a study from University of Pennsylvania based on experimental data connects Facebook, Snapchat, and Instagram use to decreased well-being. "The limited use group showed significant reductions in loneliness and depression over three weeks compared to the control group. Both groups showed significant decreases in anxiety and fear of missing out over baseline, suggesting a benefit of increased self-monitoring." Link.

**The Tenuous Relationship Between Instagram and Teen Self-Identity (2018)** -- review of a previously published study, "#StatusofMind," which found Instagram was ranked as the most negative platform in terms of sleep, body image, and fear that people are missing out by not being present in their various social circles. In comparison to other social networks, the article states Instagram is uniquely poised to set unrealistic expectations, feelings of inadequacy, and low self-esteem. Link.

**Impact of Contextual Factors on Snapchat Public Sharing (conducted by Snap Inc.) (2019)** -- this study's respondents reported sharing Snaps publicly primarily out of intrinsic motivations, such as the desire to share an experience with the world or to have fun, over extrinsic motivations, such as the desire to show off one's life, or to get more views or followers. Link.

**'Apposphere' (commissioned by Snap Inc.) (2018)** -- a study conducted in the U.S., U.K., France and Australia among over 1,000 app users aged 13-44. They found that Snapchat elicits feelings of 'happiness' and 'playfulness' among users, as compared to feelings like 'self-conscious' which are elicited by Instagram. Among all the apps tested, Snapchat was also the front-runner for 'having fun' as a use-case, as compared to Facebook, Instagram, YouTube, and Twitter. Link.

**Sharing the Small Moments: Ephemeral Social Interaction on Snapchat (2015)** -- from the University of Michigan, this study found that Snapchat made people happier than any other app tested, second only to face-to-face interactions. Users also differentiated their interactions on Snapchat from those on other platforms, associating them with an "increased trust in their audience, ephemerality, and less self-curation of content due to the lack of expected content archival." Link.

**Share First, Save Later: Performance of Self through Snapchat Stories (2017)** -- a study conducted by the University of Minnesota, which found that participants describe Snapchat Stories posting as low-pressure and much more relaxed than posts on other platforms, such as Instagram and Facebook. Link.

**Instagram #Instasad? (2015)** -- a study from Pace University found that participants using Instagram who follow a higher number of strangers had direct associations with greater depressive symptoms. Link.

**Association of Facebook Use With Compromised Well-Being: A Longitudinal Study (2016/2017)**-- Facebook wrote that actively talking w/ close friends is beneficial for mental health, whereas passively consuming makes people feel bad. They cite two studies. One is from the University of Michigan (2016), which found that people who spend a lot of time passively consuming information and not interacting with people feel worse afterward. The other is from UC San Diego and Yale (2017), which found that "people who "liked" twice as many posts, reported worse mental health than average." Link.

 SNAP0223847