# AMENDED Exhibit 972

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**From:** Snap Comms / Breakwater Strategy / Finsbury Glover Hering
**To:**    Evan Spiegel, Snap Inc.
**Date:**  April 18, 2021
**RE:**    Media Training & Message Book

The purpose of this memo is to provide messaging on key issues for use in media engagements.

## Strategy:

Every question is an opportunity to:
- Differentiate Snap's values from other tech companies using examples such as privacy defaults, feature design, visual communications, etc.
- Reinforce the "camera company" definition by repeating the camera messaging.
- Position Snap as a leader in AR by relating it to your products AND to the way you are building trust through your values.

Remember your guardrails:
- When discussing values, preemptively remind the reporter that you're not perfect in order to keep them from wanting to find a way to "bust" you.
- Don't be afraid to acknowledge the legitimacy of the question when difficult -- it can disarm the punch of the question.
- Make sure to begin answers as a human/parent, not a CEO, especially when the question is about a personal issue or tragedy.
- Discuss what you are doing more than what others are not, so the headlines are more about you not them, or at least about you as a contrast to them.

## Overarching Messages:

1. Snap is a camera company that empowers people to communicate with close friends through *visual* communications that are richer, faster and more fun than text. 5 billion Snaps are created every day.

2. Our differentiated purpose and foundational values have led us to make choices, from how we designed the product, to the policies and practices we put in place to operate the business.

3. These choices set us apart from many other tech platforms - like privacy-by-default, ephemerality, and limiting virality of unvetted content - and have been essential to our ability to earn and preserve the trust of our community.

4. This trust will be even more important as we chart our next chapter for Snap, where we are evolving AR from a fun way to express yourself into a real utility. Over 200 million

use Snapchat's AR daily to try on shoes, makeup, clothes, and more, right from their phone. We are building towards a future in which computing is layered on the world around us -- helping us understand, and interact. Pioneering this technology requires enormous responsibility, and is why it is so important to us that we stick to our values as we do it.

\*\*\*

## About Snap

### Being a Camera-Centered App
- Snapchat is essentially a camera that can be used for talking – it enables visual communication, which is richer, faster and more fun than text.
- Over time it's evolved to add other things. Stories allow people to share the chronology of their day with photos and videos, and Spotlight, Discover and other services allow people to learn and share new experiences.
- But at its core, Snapchat is a way to communicate with friends through the camera.

### Differentiating Snapchat from Social Media
- Social media has come to be about connecting with as many people as possible, encouraging them to build up massive followings and broadcast content to the whole world. Public comments and vanity metrics have led many people to feel pressured to perform for strangers, rather than feel comfortable being themselves.
- Snapchat was built around the camera to create a way for people to communicate more meaningfully and authentically with their real friends and loved ones.
- Snapping -- or talking with pictures -- was born out of our realization that the camera, which was once a tool for documenting important moments, could become a powerful platform for self-expression and visual communication.
- It's why Snapchat opens directly to the camera, and not a feed of content.
- It's why we made Snaps delete by default -- because until social media platforms came along, friends didn't keep a permanent transcript of every conversation they had.
- It's why Snapchat is centered around communicating with a close network of people you actually know in real life, rather than a town square where anyone has the right to distribute anything to anyone without moderation.
- On Snapchat, we require two-way contact authentication before you can send a chat to another Snapchatter.
- Snapchat doesn't allow public comments, which can often fuel toxicity and judgement. We limit virality across the app outside of your own friend community and we do not allow unvetted content to reach a large audience. Our Discover content platform is closed, and only features content from trusted media publishers and content creators.
- Our entertainment platform for user-generated content, Spotlight, is proactively moderated before content can reach a large audience.
- Group Chats are limited to 64 members and are not discoverable on our platform if you are not a member of that Group.

HIGHLY CONFIDENTIAL (COMPETITOR)

- We don't offer browsable profile photos. To help protect Snapchatters under 18 in particular, we don't allow them to create public profiles, and when searching for new friends on Snap, we only display the user's Bitmoji avatar and not an actual photo.

**Snap's Future**
- Looking ahead, Snap is developing the next generation of AR products that will move this revolutionary technology toward becoming an ever more useful tool for businesses and people by adding layers of the digital world onto their physical ones.
- Today, humans perceive their reality based on the physical world -- it's limited by what we can see, touch, or even smell. But we know that the greatest miracles in the world are actually the things we can't see -- it's what's in our minds, our hearts and our spirits, that so beautifully animate humanity.
- I recently read a wonderful sermon by MLK, in which he talks about this feeling of seeing a building but then seeing the mind of the architect in that building. This physical representation, which takes years and lots of materials to build, is really an insight into the mind of an unbelievably talented, creative person.
- Beyond utility, we think the promise of AR is to reduce the friction between what is in your mind to becoming part of the world that is perceived and experienced by people.
- We also know that bringing these technologies forward opens a lot of complex issues and that only companies that earn the trust of their stakeholders will be able to do so successfully and responsibly.

****

# Regulation

**Overarching Regulation Message**
- We definitely support thoughtful regulation -- for example, we have already seen quite a bit of it in Europe.
- We agree with concerns about the way many companies are approaching user privacy, misinformation and anticompetitive practices, for example.
- We also believe that, given the speed of tech's evolution, regulation should not be a substitute for the fundamental need for businesses to behave responsibly.
- At Snapchat, we have not always been perfect, but we have always put our values at the center of our decision-making from start to finish, from product design to our policies and practices to how we manage the platform.
- AR is a perfect example. Snap is developing the next generation of AR products that will move this revolutionary technology toward becoming an ever more useful tool for businesses, creators, developers and for the Snapchat community..
- We believe computing will increasingly serve as a layer through which people will engage with the world, which will unlock incredible advances and opportunities. Regulation may or may not keep up but regardless, only companies that proceed responsibly, by earning the trust of their stakeholders, are going to be successful.

HIGHLY CONFIDENTIAL (COMPETITOR)

**Section 230**

- Snapchat has never relied upon Section 230 in the same way some other platforms have.
- We have always taken an extremely different approach to manage the risks of harmful content.
- For example, we don't offer an unfiltered broadcast feature or open newsfeed. Our content platform is curated and only features content from vetted media publishers and creators. We proactively moderate all content on our entertainment platform, Spotlight, before it can get reach.
- We continue to monitor proposed modifications to Section 230, but are fundamentally confident that any reforms will be manageable for us.
- I would also say that the way we design and manage our platform reflects our belief in a fundamental need for other businesses to behave responsibly – in other words, that regulation can have an important role but is not a replacement for decisions we believe all tech platforms should be making.

**Antitrust**

- We welcome fair competition -- it drives us to always get better and we believe it is best for our community and the economy at large.
- We know there is a lot of regulatory interest in our sector, it is too early to tell what might happen.
- We will cooperate with those efforts, if and when asked to do so. But our focus remains on building the best products for our community.

**Data Privacy**

- Privacy is central to Snapchat's value proposition. We take a very different approach than many of our peers and that starts with our defaults.
- We think a company's values come through in their defaults, and we built Snapchat to be private by default.
- What this means is we delete a lot of data other platforms keep for a users' lifetime, we do not provide access to your individual information unless you specifically agree to it and are clear about the value you receive if you do choose to disclose.
- So again, regulation may be helpful in this area, but it doesn't replace values-driven decision-making.

*\*\*\**

# Trust and Safety

**Overarching Trust and Safety Message**

- At Snap, nothing is more important than the safety of our community. Many of us are parents ourselves and understand in particular the worries parents have for younger people engaging on tech platforms.

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP0221373

- And we don't just say that. Our product design, policies and practices are all developed with the safety of our community as our top priority.
- We recognize that like all communications technologies, Snapchat can be used for harmful purposes by bad actors.
- That's why we require two-way contact authentication before you can send a chat to another Snapchatter or see one another in Stories or our Snap Map.
- Snaps are ephemeral, mimicking typical human interactions and enabling people to communicate authentically without fear of creating a permanent record on our platform.
- Snapchat limits virality across the app and only features content from vetted media publishers and content creators.
- Our entertainment platform for user-generated content, Spotlight, is proactively moderated before content can reach a large audience.
- Group Chats are limited to 64 members, and are not discoverable on our platform if you are not a member of that Group.
- We don't offer browsable profile photos. To help protect Snapchatters under 18 in particular, we don't allow them to create public profiles, and when searching for new friends on Snap we only display the user's bitmoji avatar and not an actual photo.
- Our dedicated Trust and Safety team works non-stop to identify patterns used by bad actors on our platform and then remove them.
- We also continuously invest in new technologies, tools, partnerships and initiatives to help us combat threats.
- We use machine learning to detect harmful content, give Snapchatters the ability to flag content that they come across, and are constantly developing initiatives to educate our community on misleading, harmful and dangerous content.

**Fentanyl**
- We are heartbroken to hear these stories. Fentanyl-laced drugs have truly become an epidemic plaguing communities across the country, on and offline.
- Nothing is more important than the safety of our users. I say this as CEO of Snapchat, but also as a parent myself.
- We have zero tolerance for using Snapchat to buy or sell illegal drugs, which violates our Community Guidelines.
- We also know no platform is perfect, but we are taking lots of proactive steps to combat these activities, including:
  - Using machine learning to detect drug-related content.
  - Providing our community with the ability to flag this type of content.
  - Working with experts to update our ability to block drug-related language.
  - Developing initiatives to educate Snapchatters about the threat of Fentanyl and drug abuse.
  - We know education is critical here -- and we believe we can make a real difference by reaching teens with information.

**Extremist Groups**
- On other platforms, Groups are where a lot of this activity has been organized.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP0221374

- On Snapchat, Groups are limited to 64 friends and aren't searchable, recommended or surfaced anywhere in the app outside of the Chat tab when you are already a member of the Group.
- And if we become aware of violations of our Community Guidelines, which prohibit conspiracy theories and misinformation – we simply remove violating content, and take additional action as warranted.

## Trump Account Decisions

- We've been clear we will not promote hate speech or incitement to violence on our app.
- For example, our guidelines have long prohibited abhorrent ideas like Holocaust denial.
- Because Discover is selected and vetted by us, we are able to enforce our guidelines.
- We first stopped promoting Trump's account on Discover in June.
- In January, after repeated attempts to violate our guidelines, we permanently terminated his account.

***

# Privacy

## Topline Privacy Message

- Privacy is central to Snapchat's value proposition. We take a very different approach than many of our peers and that starts with our defaults.
- We think a company's values come through in their defaults, and we built Snapchat to be private by default.
- What this means is we delete a lot of data other platforms keep for a users' lifetime, and do not provide access to your individual information unless you specifically agree to it and are clear about the value you receive if you do disclose.
- It is also the reason for the ephemerality of Snaps and the control we give users on who sees the things they choose to share.
- All new features go through an intense privacy review process and we do not release any features that don't pass this review process.
- We've never given advertisers or developers an open social graph and do not share friend network information with third parties.
- We know privacy means different things for different people, so we start our defaults at a high-level of privacy and let Snapchatters choose where they want to go from there.

## Apple iOS 14

- We support Apple's efforts to enhance user privacy.
- It's important to understand the actual changes: 1) restricting the use of IDFA, and; 2) a very broad policy change that restricts the use of any other identifiers.
- We think a company's values come through in their defaults, and we built Snapchat to be private by default. What this means is we delete a lot of data other platforms keep for a users' lifetime and do not provide access to your individual information unless you specifically agree to it and are clear about the value you receive if you do disclose.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP0221375

- We do use data for targeted advertising, but in a way that is different and designed to be user-first. For instance, we have never allowed device-level targeting. By using an aggregated model, we allow advertisers to target groups of users with similar characteristics while still protecting our users' personal information. This approach is less intrusive to the user than the type of creepy microtargeting they might experience elsewhere.
- So the Apple change that we're focused on has less to do with IDFA, for which Apple has long offered an opt-out, and instead on a much broader policy change that requires Snapchatters to opt-in to tracking with other personal identifiers such as their email addresses. This would make it harder for the digital ad ecosystem to match advertising to outcomes.
- We've been working with Apple to implement SK Ad Network, which is their privacy-protective solution, as well as building our own solutions that use aggregated data to protect privacy.
- We've been communicating with advertisers about these changes and encouraging them to implement our Conversion API and Measurement Kit.
- Longer term, we are investing in using first-party data from our platform and providing more opportunities for on-platform conversion.
- Overall we feel well prepared for these changes.

*** 

## Culture and Leadership

**Overarching Culture Message**
- At Snap, we are not perfect but have always emphasized fostering a culture that reflects our values.
- As a company that seeks to provide a way for people to build deep relationships with their friends and now is pioneering the next generation of AR products, we know we must bring together a diverse, creative and talented team that can excel together, in part through having empathy for each other's backgrounds and lived experiences. .
- We have made a lot of progress, AND have a lot of work to continue to do to build a more diverse team, and to make sure team members from underrepresented backgrounds feel supported to be able to keep growing and developing.  We also have to be vigilant in upholding our values, which is something we invest a great deal of time, effort and resources seeking to do.

**DEI**
- The tech industry has a reputation for being inhospitable to people who are different.
- That's why we invest a lot of thought and energy into working to be the company we want to be – inclusive, fair, and anti-racist.
- In recent years, we have made progress by treating DEI as a core business priority, baked into everything we do now and our strategy moving forward.

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                    SNAP0221376

- But what we have found, is that even with the right processes, representation goals, and more transparent data, unless people are intrinsically motivated to do this work, it can be very slow moving.
- Over the last year in particular, we've been really focused on how we can change the hearts and minds within our team. One especially powerful tool for us has been our company-wide storytelling series called The Big IDEA, where team members share how their backgrounds have shaped their experiences in the workplace and the tech industry, related to race, gender, ability, mental health, and so much more. The way this has built empathy inside Snap has been truly profound.
- In our products, we have adopted inclusive decision processes to make sure our products work for all Snapchatters, starting with our own camera.
- In our operations, we measure contributions to DEI in performance reviews for all Snap team members and our Executive Team members set clear DEI strategy, with specific OKRs. We meet quarterly to track progress.
- We are not making progress as quickly as we would like on things like improving our overall diversity, but I am very hopeful about the foundational progress we are making. And we're in it for the long haul.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP0221377