# AMENDED Exhibit 1132

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Snapchat Transparency Report
## July 1, 2020 - December 30, 2020

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1067217



# Table of Contents

**2-3**  **Introduction**
How we enforce privacy and safety across our platform

**4-5**  **About Transparency Reporting**
History of transparency reports and our approach to safety partnerships

**6-7**  **Additional Safety & Privacy Resources**
Resources that explain and inform our policies, actions, and perspectives

**8-9**  **Overview of Content and Account Violations**
Overview of violations against our community guidelines

**10-15**  **Expanded Violations**
Enforcement against false information, child abuse,
and terrorism on our platform

**16**  **Region Overview**
Enforcement of our rules in individual countries

**17-42**  **Content and Accounts Violations by Country**
Breakdown of community guideline violations by country

**43-52**  **Government Requests and DMCA Takedown Notices**
Data on global government user information and content removal requests,
DMCA copyrighted content takedown notices, and trademark notices

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP1067218



# Overview of Content and Account Violations

Our [Community Guidelines](#) prohibit harmful content, including misinformation; conspiracy theories that can cause harm; deceptive practices; illegal activities, including buying or selling illegal drugs, counterfeit goods, contraband or illegal weapons; hate speech, hate groups and terrorism; harassment and bullying; threats, violence and harm, including the glorification of self-harm; sexually explicit content; and child sexual exploitation.

Every day, more than five billion Snaps are created using our Snapchat camera. **From July 1 - December 31, 2020, we enforced against 5,543,281 pieces of content globally that violated our guidelines.**

Enforcement actions could include removing the offending content; terminating or limiting the visibility of the account in question; and referring the content to law enforcement. If an account is terminated for violating our Guidelines, the account holder is not permitted to create a new account or use Snapchat again.

During the reporting period, we saw a **Violative View Rate (VVR) of 0.08 percent**, which means that out of every 10,000 views of content on Snap, eight contained content that violated our guidelines.

We offer in-app reporting tools that allow Snapchatters to quickly and easily report content to our Trust and Safety teams, who investigate the report, and take appropriate action. Our teams work to take enforcement actions as quickly as possible and, in the vast majority of cases, take action within two hours of receiving an in-app report.

In addition to in-app reporting, we also offer online reporting options through our support site. Furthermore, our teams are constantly improving capabilities for proactively detecting violating and illegal content, such as child sexual abuse material, content that involves illegal drugs or weapons, or threats of violence. We outline specific details of our work to combat child sexual exploitation and abuse in this report.

HIGHLY CONFIDENTIAL (COMPETITOR)     SNAP1067225



For more information and resources,
please visit our About Transparency Reporting section.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1067270