# AMENDED Exhibit 1150

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Safety on Snapchat

## Focus,Brand Safety Job Aid

Keep this job aid on hand for a quick, high-level review of safety measures on Snapchat.

**Snapchat was created as a tool to make people feel comfortable expressing themselves.**

Snapchat is deliberately built differently than traditional social media, in ways that make it much safer for our community.
From the very beginning, we've focused on helping real friends connect when they're apart, and to feel comfortable expressing themselves in the moment.
We do not support public commenting or "shares."

**Authenticity:** Snaps are primarily created for and shared with a close group of real friends.

**Ephemerality:** Stories delete by default after 24 hours, and Snaps disappear once viewed.

Clear Policies, Enforced Consistently

Closed Editorial Platform

No Open News Feed

**Dedicated Teams** - Global teams are focused on creating a space where Snapchatters and brands feel safe.

**Technology** - Global teams are focused on creating a space where Snapchatters and brands feel safe.

**Community** - We make it easy for our community to get in touch via in-app reports and off-platform feedback to identify inappropriate users and content.

**Technology** - Global teams are focused on creating a space where Snapchatters and brands feel safe.

**Policy** - Our policies prohibit hate speech, disinformation, and incitement of violence. We enforce our policies consistently and partner with best-in-class safety organizations.

# Community Guidelines - Page 3

**Our Community Guidelines strictly prohibit certain content.**

Snap's terms and guidelines strictly prohibit the following in user generated content:

| Threats, Violence & Hate Speech | Impersonation & Spam | Illegal Content |
|---|---|---|
| Harassment & Bullying | Sexually Explicit Content | False Information |

**Safety is a shared responsibility.**
We rely on our community for input and feedback.

1. We make it easy to get in touch.
   Users can report any content via in-app reporting, support portal, and Snapchat Support Twitter account.
2. We take action in accordance with our Community Guidelines and aggregate feedback to improve Snapchat.
3. Reports are reviewed by a person on our Trust & Safety Team within 24 hours.

# Ads on Snapchat - Page 4

Ads in Stories

- No comments
- Ads appear between stories of friends you're connected to on Snapchat
- You can also see ads between the stories of those you follow, including brands and public figures

Ads in Camera

**Lenses**

- Found in the Camera by tapping the screen before taking a Snap
- The augmented reality in Lenses transforms your selfie — or the world around you
- Snaps with Lenses appear in Snaps and Stories

**Filters**

- Found in the Camera after taking a Snap
- Filters add context to a Snap after it's taken
- Snaps with Filters appear in Snaps and Stories

Ads in Discover

**Snap Ads + Commercials**

- Full screen
- No comments
- Sharing can be disabled

**Story Ads**

HIGHLY CONFIDENTIAL (COMPETITOR)                                    SNAP2617128

- Tiles Featured in "For You" alongside other tiles
- No comments
- Sharing can be disabled

# Ad Content Adjacency - Page 5

**Story Ads appear adjacent to human-curated content.**

Story Ads appear on the Stories Tab. The tiles surrounding Story Ads are human-curated.

Ads don't support commenting, and sharing can be easily disabled in Ads Manager.

**Snap Ads and Commercials play in full-screen.**

Ads in Stories never share the screen with other content. They are immersive, and appear before and after an individual Story — never within.

These ads don't support commenting, and sharing can be easily disabled in Ads Manager.

# Ad Content Adjacency - Page 6

**In Discover, we provide a variety of content adjacency controls in our Ads Manager tool.**

In Discover, run your **Commercials** alongside specific content best suited to your brand's message.

We provide inventory-level control when running **Snap Ads**, where you may opt in or out of User Stories, Discover Content, or specific publishers.

**Instead of an open news feed that optimizes for unvetted, ~~sensational,~~ or toxic content, we built Discover, a curated content platform.**

Like a television network, Snap chooses which <u>content we promote</u> ~~shows run~~ in Discover. This curation provides our community with ~~safe, trustworthy, and~~ accurate information from <u>trusted</u> ~~selected~~ partners.

Because we work with a closed group of hand-selected partners, we have a unique opportunity to partner closely with each one as they implement our Content Guidelines, which prohibit things like hate speech and misinformation.

# Privacy - Page 7

**We believe privacy is essential to empowering self-expression.**
At Snap, one of our core values is helping people feel free to express themselves in the moment. Having privacy and agency over one's own voice is essential for self-expression.

**Snap Privacy Principles**

### We communicate honestly and openly
When you use Snap products, you share information with us. It's our responsibility to help you understand how that information is used.

### You choose how to express yourself
You're in control of who you share things with, how you share them, and how long they can be viewed on Snapchat.

### We design with privacy in mind
When we create products, we think about how our products will impact Snapchatters' privacy.

### You control your information
We provide easy ways to access and update your information, adjust how much information you share with us, and request that we delete your information — or your account altogether.

### Deletion is our default
Snapchat aims to capture the feeling of hanging out with friends in person — that's why Snaps and Chats are deleted from our servers once they're opened or expired.

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2617130

## Track Changes

| | | |
|---|---|---|
| 1 | Delete | *Rachel Racusen,  11/17/2021 11:54 AM* |
| 2 | Change | *Rachel Racusen,  11/17/2021 11:54 AM* |
| 3 | Delete | *Rachel Racusen,  11/17/2021 11:54 AM* |
| 4 | Change | *Rachel Racusen,  11/17/2021 11:54 AM* |

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2617131