# AMENDED Exhibit 1152

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Friend Stories WBR
**2/1/19**

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342053

# Agenda

**Discover Layout**
- How do we align Discover's layout with what users watch?
- How do we prioritize across Friend Stories, Subscriptions, and For You?

**Custom / Private Stories**
- Should we invest in Stories as a way to share with smaller groups of friends?
- What is the identity of a Private Story and how does it relate to My Story?

**Story Availability**
- Since Story availability is most correlated with friend count, should we invest more in growing friends for Android users?
- Should Stories remain a product for L6/L7 users, or should we make them more accessible for everyone?

**Appendix / Data**
- Custom / Group / Private Story trends over time
- Retention of Friend vs Non-Friend consumption

2

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342054

# Discover's layout today isn't always aligned with what users select to watch





**Discover WAU**
(Over a week, % Discover users*
only viewed _____ that week)

**30%** only view Friend
**61%** view Friend and Non-Friend
**8.8%** only view Non-Friend

**Discover Sessions**
(% of Discover sessions where
user exclusively watched _____)

**66%** only view Friend
**16%** view Friend and Non-Friend
**18%** only view Non-Friend

*Discover WAU who viewed at least one Story [3]
that week

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342055

**How do we align Discover's layout with what users watch?**

**Must Discover be one size fits all, or can we tailor the layout based on a user's preferences and Story availability?**
- E.g. if a user regularly watches Friends Stories first, should we start with a Friend-centric layout, then shift towards Subscriptions after they've consumed all Friend Stories, then move to For You

**How do we achieve layout flexibility while accommodating Story Ads?**
- Does the ad unit have to be tied to For You?
- Could an equivalent unit work in in Subscriptions or Friends?

4

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342056

# How do we prioritize across Friend Stories, Subscriptions, and For You?

**What is our end goal for Story consumption?** Ex:
- People-centric: consume content from people you care about (Friend Stories)
  - Facilitate the fastest way to communicate with them about it
- Content-centric: consume content you find engaging (Premium content)
  - Facilitate the fastest way to communicate with friends about it
- Maximizing time spent regardless of focus

**Do we want to keep the Friend vs Non-Friend divide clear?**
- Is there room to simplify for a better user experience?
- Can we collapse certain groups or formats? (e.g. if user only has 2 Friend Stories and 1 Popular User, can we put them in the same space)?
- Where does community content fit in?

5

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342057

# On iOS, Private Stories have grown 5x in UU, and 4x in volume in last 6 months





**15m** Private Story posts daily, making up **9.5% of total** Story posts (12% iOS, 2% Android).

**2.9m** Private Story users daily, making up **1.5% of DAU** (2.4% iOS, 0.2% Android).

Why haven't Private Stories grown on Android? One hypothesis: Private Stories aren't part of a friend's Story on Discover, and were ranked at the very end of DF carousel - this is being fixed in Mushroom

6

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342058

**Private Stories are primarily...**

**For a small set of friends**: 78% of Private Story audiences are 50 friends or less; 90% of the audience sizes represent < 20% of a user's friends

**Used by power users**: 97% of Private Story users are power users - 80% are female, and 65% are 13-17

**Used with My Story and Custom My Story Privacy settings**:
- Users post a lot both: Private Story on average 17x a week, and My Story 15x.
- 60% of Private Story posters also have My Story set to Custom
- 82% of Private Story posters also post to My Story in a given week

**A Single Story:** 87% of users have only one Private Story

Full data available in Appendix.

7

HIGHLY CONFIDENTIAL (COMPETITOR)                                      SNAP1342059

**Private Story Retention**: For users who created Private Story, usage is sticky - 51% of users are still posting to it by week 5.

|  | % of Users posting to Private Story |
|---|---|
| **First week (creation)** | 89% |
| **Week 2** | 58% |
| **Week 3** | 52% |
| **Week 4** | 51% |
| **Week 5** | 51% |

Currently, Private Stories expire if user doesn't post for 7 days, which could negatively impact retention.

8

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342060

Growing usage of Private Stories amongst power users suggests a need for Story sharing with smaller audiences. **Should we invest in Stories as a way to share with smaller groups of friends**, or keep this as a niche / power user feature?

| Pros | Cons |
|---|---|
| • Can **reduce context collapse** as a user's friend graph grows over time (HS → College → Post College)<br><br>• More **total posting**, as users share more with smaller audiences<br><br>• Potentially shifts some direct snap behavior into Story format, which **may increase monetizable inventory** | • **Fewer viewers per post**, which could mean less total Friend Story availability (this can be offset with enough Private Story posting) and **less ad inventory**<br><br>• More **product complexity** (list & multi-Story management)<br><br>• Could cannibalize current "Snapping to many recipients" behavior (is this a con?) |

9

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342061

# What is the identity of a Private Story and how does it live with My Story?

- Users use Private Stories similar to My Story, but restrict sharing to a smaller, whitelisted set of friends.
- How does this live with My Story vs the broader Community/Custom Story efforts?

| | My Story | | | Custom Story | | | | |
|---|---|---|---|---|---|---|---|---|
| | My Story: Everyone | My Story: Friends | My Story: Custom | Private | Custom | Group Chat | Geo | Our Story |
| **Who can see** | Everyone | My Friends | Select Friends (blacklist) | Select Friends (whitelist) | Select Friends | Select Friends | Select Friends | Everyone |
| **Who can post** | Just me | | | | Select Friends | | | Everyone |

10

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342062

The Story availability gap between Android and iOS is explained by a user's active friend count. **Should we invest more in growing friends for Android users? If we do that, how do we prevent the high-friend-count context collapse?**

| | Current Friends | | Total friends of friends (excludes current) | |
|---|---|---|---|---|
| | Android | iOS | Android | iOS |
| **Total Average Friend Count** | 102 | 199 | 23,328 | 46,003 |
| **Average Active Friend Count (WAU)** | 81 | 165 | 13,480 | 32,209 |
| **Number of Stories Available** | 33 | 67 | 4,714 | 12,870 |

**Friend Counts and Stories Available:** The ratio of active friends to Stories is the same on Android and iOS - 0.4 Stories per Active Friend - Android users just have half as many friends as iOS.

| Friend Type | New Stories per New Friend | |
|---|---|---|
| | Android | iOS |
| Random | 0.35 | 0.40 |
| Power | 0.47 | 0.50 |
| Regular | 0.11 | 0.13 |
| Casual | 0.01 | 0.01 |

**Headroom:** Incremental Stories primarily come from power users. On Android, **adding 10 additional power friends means +14% more Stories**, and adding 20 means +28% more.

11

HIGHLY CONFIDENTIAL (COMPETITOR)                                                                                SNAP1342063

The ephemeral nature of Stories requires users to develop a daily habit of checking them. **Should Stories remain a product for L6/L7 users, or should we make them more accessible for everyone?**

**Explore different Story lifespans:** Stories that are more meaningful can persist for longer, and ones that are not can persist for 24 hours, or possibly less.



At an extreme, if all Stories lasted for 3 / 7 days, availability would increase +65% / +100%.

**Emphasize Stories through notifications:** Users could be taught to subscribe to their closest friends' Stories, so they'll never miss Stories from people they care about.

- **40m, or 20%, of WAU with Stories miss Stories daily** due to not opening Snapchat
- 20m are on Android, and 20m on iOS
- **18m are Regular users who open Snapchat 2-15x a week**. 18m are Casual (1 app open), and 1-2m are Power (15+)

12

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342064

# Custom / Private Stories: Additional Data

13

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342065

# Custom Story Posts are primarily Private (90%).



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342066

**Private Stories offset some of the decline to My Story posts, but not fully.**

We are defining a "Total Story Posts" metric for KPIs and A/B tests.



15

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342067

**Private Story Viewing Trends:** Actual logging is broken, but approximations suggest Private Stories are about 5% of total Friend Story views on iOS.





Need to investigate logging differences pre/post Barracuda

16

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342068

# Audiences of Private Stories are quite small:

78% of audience size is under 50 friends; 90% of Private Story audience represent < 20% of a user's friends.

| Private Story Audience Size | # of Private Stories | % of Total Private Stories |
|---|---|---|
| 0 | 455 | 0.05% |
| 1 | 5,632 | 0.57% |
| 2 | 27,345 | 2.75% |
| 3-9 | 90,042 | 9.05% |
| 10-19 | 208,549 | 20.96% |
| 20-29 | 193,223 | 19.42% |
| 30-39 | 147,012 | 14.78% |
| 40-49 | 98,128 | 9.86% |
| 50-99 | 174,374 | 17.53% |
| 100+ | 50,057 | 5.03% |

78%

| % of Friends in Private Story Audience | # of Private Stories | % of Total Private Stories |
|---|---|---|
| 0-10% | 690,527 | 69.41% |
| 10-20% | 208,911 | 21.00% |
| 20-30% | 51,635 | 5.19% |
| 30-40% | 19,305 | 1.94% |
| 40-50% | 10,270 | 1.03% |
| 50-60% | 6,771 | 0.68% |
| 60-70% | 3,474 | 0.35% |
| 70-80% | 2,388 | 0.24% |
| 80-90% | 933 | 0.09% |
| 90-100% | 588 | 0.06% |

90%

Private Stories here mean the Story entity on Profile, not Private Story posts.

17

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342069

# Private Story users are power users, and skews 13-17, female, in US / GB.

**% of Users who post to My / Private Story who are…**

| User Type | My Story | Private Story |
|---|---|---|
| Female | 59% | **79%** |
| Male | 38% | 21% |
| | | |
| 13-17 | 21% | **65%** |
| 18-24 | 44% | 31% |
| 25-34 | 24% | 3% |
| 35+ | 10% | 1% |
| | | |
| US | 46% | **58%** |
| FR | 8% | 1% |
| GB | 7% | **13%** |
| SA | 8% | 3% |
| BR | 1% | 0% |
| IN | 2% | 0% |

| User Type | My Story | Private Story |
|---|---|---|
| App Power Users | 65.31% | **96.82%** |
| Friend Story Power Users | 55.61% | **95.33%** |
| Communication Power Users | 45.33% | **91.95%** |
| | | |
| Tenured Users (>365 Days) | 81.65% | **88.48%** |
| 0-14 Days | 2.35% | 0.50% |
| 15-30 Days | 1.18% | 0.42% |
| 31-90 Days | 3.27% | 1.72% |
| 91-365 Days | 10.30% | 8.76% |

18

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342070

# Additional Resources

## Friend Story Inventory + Availability Deep Dive

## Friend Story & App Retention

19

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP1342071