# AMENDED Exhibit 1153

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

## STREAKS

Master doc - August 2018

### Table of contents:

Existing research

Internal survey

Research plan

External survey

In-person Research findings

Quant findings (external)

### Existing research

- Streaks are a main driver of segments app engagement
  - *"I send all my streaks in the morning and at night. And people will usually reply throughout the day." July 2018*
  - *"I've heard a lot of people in the last 4-5 months say, "Ugh, I accidentally lost my streaks, forget it, I'm leaving the app!". It's their only reason for using Snapchat.* **If Streaks were gone I probably wouldn't use Snapchat.** *You can't send streaks on Instagram." July 2018*
  - **"If Snapchat got rid of streaks that would give people one more reason to stop using it." July 2018**
  - *"I think Snapchat is kinda going down in popularity. People who used to have a lot of streaks then lost it and were kinda over it." July 2018*
  - *"If SC got rid of streaks, she would forget to use the app. If I didn't have that to promote me to open the app, I don't think I would open the app." April 2018*
  - "I snap all my streaks in the mornings. I'm not going to look at this video because I know he's just sending me a streak." April 2018
  - *"A lot of times people are on Snapchat for streaks. I think that keeps a lot of people on Snapchat." June 2018*
  - *"I think that is what keeps a lot of people on Snapchat." June 2018*

- Streaks are taken extremely seriously due to social pressure
  - *"Streaks are actually very important to me." July 2018*
  - *"If Snap got rid of Streaks, I wouldn't have as much incentive to use it. I think of it as an accomplishment. I've seen people celebrate, like bake cakes for my streaks." April 2018*
  - *"I went on a retreat and when I was away I asked my friend to keep up my streaks ("I gave you one job ... I need you to do this")" July 2018*



HIGHLY CONFIDENTIAL (COMPETITOR)

- Users think of Streaks as a way to keep up with friends and maintain social status
  - Streaks impact real-life relationships, both negatively and positively
    - *"It would be a relief (if she didn't have streaks), but it's also how I communicate, I stay updated with the people I talk to. We still have some sort of connection because we have a streak." July 2018*
    - *"Also I have a streak with one of the kids I like and it's like ... we're getting married tomorrow! It's a big deal" July 2018*
    - *"If someone stops a Streak with you think they don't like you anymore." July 2019*

- Once users lose a big streak, they are unlikely to start a new one
  - *"I have 12 streaks right now. I used to have 18 but lost a bunch. And people don't like starting over." July 2018*
  - *"I lost a bunch of streaks, of like 200+, when I was on vacation and I was really really pissed. I lost like 4 streaks because people were mad at me. It's only fun when you have had them for a long time. When you lose them you lose them. You can't just restart some think you had for a year and a half, it's not the same, there is no point." July 2018*

*May 2017* https://drive.google.com/drive/search?q=streaks



**Hypotheses**
1. **Streaks are a way for users to gauge the depth of their relationships**
2. **Gamification, habit, number going up**

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3151496

**3. Communicating without a topic, gives people an excuse to start a convos**

Internal survey

Research plan

**Introduction**

The team is looking to uncover insights around Steaks behavior. User Research will be conducted to understand Streaks attribution (i.e. why people use Streaks) and sentiment (how people feel about Streaks).

**Hypotheses**

1. Streaks are a way for users to gauge the depth of their relationships
2. Gamification, habit, number going up
3. Communicating without a topic, gives people an excuse to start a convo

**Methodology**

Research will be broken up into three parts:

1. Internal survey
2. Internal follow-up interviews (if needed)
3. External user interviews

**Internal survey** - Launch 8/2

- Survey will be sent out to users asking for general attitudes toward Snapchat features
- If users have Streaks, they will be asked attitudinal and behavioral questions about feature
- Survey will be created with Qualtrics and sent via email
- Distribution: survey will be sent to G&P as a dry run then sent to Sales org. Will continue to send to different teams until we reach statistical significance (n = 600 with 90% +/- 4)

**Internal follow-up interviews** - Week of 8/6

- If needed for additional insights, users will be asked to participate in a 1:1 user interviews to dive deeper into survey results
- Interviews will happen onsite
- Interviews will last about 15 minutes

**External user interviews** - Week of 8/6

- External user interviews will take place using an external research vendor, Focus Pointe, to recruit and host participants
- Morgan will moderate sessions, based on predetermined discussion guide (below)
- Sessions will last 30 minutes

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3151497

- Sessions will be recorded
- Analysis will be completed after all sessions

## Participants for external user interviews
- Local: Phoenix, AZ
    - DAU: 635,436 (Rank = 15th), Snap sends per DAU: 7.3
- Age 13 - 17
- Mixed gender
- Range in Snapstreaks
    - Range: average 5+

## Optional: International research
Germany, Poland, Netherlands and Sweden all have over 40% DAU with active Snapstreaks
- **Survey (quant)**
- **In-person interviews (qual)**

## Timeline
8/1 - Kickoff
8/2 - BK and Jon approve survey questions
8/2 - Launch survey to Growth and Product team to check data
8/3 - Launch internally
Week of 8/6 - follow up in-person internal interviews
Week of 8/6 - send follow-up to survey
Week of 8/6 - qual in-person research
Week of 8/13 - analysis
Week of 8/13 - report

*"The only time I was a little disappointed was with someone who I don't really talk to outside of snap and when our snap streak broke, there wasn't really any other reason to stay in contact."*

## External survey

1. Which of the following social media apps do you use? [multi-select]
    a. Instagram
    b. Twitter
    c. YouTube
    d. Snapchat (must say)

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3151498

     e. Facebook
     f. Whatsapp

2. (If Instagram) Which of the following do you on Instagram? [multi-select]
     a. Post photos or videos on your feed
     b. Post photos or videos on your story
     c. Like people's photos
     d. Comment on people's photos

3. How important is it for you to receive likes on the photos you post?
     a. Importance scale

4. How stressful is it to get likes on the photos you post?
     a. Stress scale

5. Sliding scale of Fun → Stress: Which best represents how you feel about getting likes on your Instagram photos?

6. Which of the following do you do on Snapchat? [multi-response]
     a. Chat with friends
     b. Post Snaps to my Story
     c. Which of the following do you do on Snapchat?

7. Why do you do Streaks? (Get copy from Bryan) nebulous
     a. People like achieving higher numbers
     b. Streak counts show the depth of relationship
     c. Provides with a way to quickly say hi to friends without needing something to say ("poke" equivalent)
     d. Natural communication turns into streaks

8. Comments: [open-ended]

9. How important is it for you to keep your Streaks going?
     a. Importance scale

10. How much stress does Streaks bring you?
     a. An intolerable amount of stress
     b. A large amount of stress
     c. A moderate amount of stress
     d. A little stress
     e. No stress at all

11. Sliding Scale of Fun → Stress: Which best represents how you feel about Streaks?

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3151499

### In-person Research findings

Demo: 13 - 17 y/o who use SC everyday and have Streaks

- Teens LOVE streaks. The main motivation to do Streaks for this demo is to get a high number but they view this as a fun activity. They also view Streaks as a way to keep in contact with their friends. Users like getting the notifications and knowing that someone is thinking of them, regardless of the amount of effort put into it. Users like to feel connected and know that they are working towards something with someone.
    - *"I would be really sad if there was no Streaks. I would probably get off Snapchat for a while."*
    - *"I like the notification, like I like having that pop up on my phone. When I go to sleep and wake up and say "aw people love me, even though it is just streaks, these people love me."*
    - *"This way to connect with people - knowing that people are thinking about you. Like my sister is super busy but seeing her name pop up on my phone, even though it is just a streak, okay she is living. I like that."*

- Unlike older demo whose main motivation is staying connected with people they might not talk to everyday, teens are mainly motivated by seeing the number go up. This group has more frequent encounters with their social groups (school).
    - *"My Streaks, I just like seeing the heart and the number next to it."*
    - *"I like seeing how high I can get my streaks because it is really cool. If you can keep it high then why not. I want to hit 300 really bad but I haven't yet. Im 60 days away. And when I hit 300 Im going to want to hit 500."*
    - *"I want to see how high I can get it. I prioritize some people, like my closet friends I care more to keep them higher."*

- Streaks are a big part of their social interactions and are seen as a way to stay connected with their friends. Users use Streaks as an icebreaker in a lot of relationships, especially when they have a crush on someone.
    - *"Sometimes someone has tried sending me one and I didn't do it. A few of them were girls that liked me but I didn't like them back and I didnt want to be mean so I just didn't start one with them."*
    - *"If I don't know them that well I will send them a photo asking if they want to start a Streak. If they dont send one back I won't send them one anymore. It's a little awkward."*

- Users viewed Streaks as a fun challenge that they could do with their friends, or acquaintances. None of the teens said Streaks were stressful to them. **On the spectrum, all users said they were more fun than stressful**.
    - *"Definitely not stressful."*
    - *"It is fun, it's in between. It's stressful because I want to keep them. But fun."*

- None of the users associated the motivation to get a high streak number as an unhealthy behavior

HIGHLY CONFIDENTIAL (COMPETITOR)                                                      SNAP3151500

- Users main motivation to use Snapchat is to keep up their Streaks
  - *"I do mine in the morning. I wake up, brush my teeth, then send my Streaks with the 'S'. And then I am off snapchat unless I text someone or do my story."*
  - *"I only send my best friend snaps at night, like weird ugly photos of me throughout the night. Other than that, just Streaks."*
  - *"I will Snapchat my friends occasionally but it is usually just streaks."*

- Many users talked about the negative social pressure and stress of Instagram, specifically in correlation to getting likes on a photo. All users felt stress on choosing which photo to post and then stress once posting because they want a lot of likes. Many saying that if they didn't get a lot of likes they would delete the app.
  - *"I have stress and anxiety because I don't want people not to like it."*
  - *"You have to post at a certain time otherwise no one is going to be on Instagram."*
  - *" I know not to post in the morning because no one is on, I would post at night because everyone is bored and just on Instagram."*
  - *"If I post a selfie I really want people to like it."*
  - *"Yeah I usually care how many likes I get. I usually look for certain people to like it and if they don't like it or I don't hit a certain number I will delete the post. I feel like it is not something that everyone likes or something like that."*

- None of the users considered Streaks as a way to gauge the depth of their relationships and tended to rank that last
  - *"My relationships shouldn't be if you text me on social media. You relationships shouldn't be based on social media."*
  - *"If they broke it wouldn't change my relationships with my friends. I would be mad but it wouldn't affect our relationships."*

- Most of the users had customized their Streak emoji. They also edit their contacts names so they could easily find them when sending Streaks.
  - *"I don't really like fire, so I changed it to hearts."*
  - *"I put a S// at the beginning of their names. That way I can just scroll down to the S's and send them all."*

- Most users sent arbitrary pictures to their Streaks, often just a blank screen with an 'S'. All of the Streaks sent were branded Streaks, either with just an 'S', the word 'Streaks' or GMS, Good Morning Steak/GNS, Good Night Streak. Most users did not spend time creating their Streak.
  - *"I know it's not a Streak because they come morning and night."*
  - *"Most people send blank screens with an S."*

- Users sent their Streaks in the morning and night because they were not sure what the exact Streak rules were, so they sent them twice "just in case."
  - *"And then I do my streaks again at night just to make sure they don't die. If I forget, and then if I forget in the morning my streaks will die and I will be really upset and I won't start them again."*

- Most users gave their passwords to their best friends incase they had to do their streaks for them.
  - *"If they get their phone taken I have to log in and do their Streaks."*

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3151501

- *"I had to go do my friends streaks, every morning and night I would have to do her streaks. She gave me her password."*

- Users discuss starting a Streak before hand. If they are close they will usually talk about it in person, or they will send someone on Snapchat a photo with the word 'Streak' on it.
  - *"We usually just talk about it if we want to start a Streak. You can also send a photo with Streaks on it if you want to start a new Streak."*

**Instagram**

- Users spend most of their time on the Explore page on Instagram.
  - *"The explore page is a big deal and I spend a lot of my time on that."*

- Compared to Instagram, users feel safe on Snapchat and don't have the same anxiety about posting
  - *"I can post anything on my Snapchat. I don't have any family or family-type people on there. So I can post anything."*
  - *"I posted a picture of me today on SC and a quote. But would't post that on Instagram."*
  - *"I feel a lot more comfortable posting on Snapchat because of the people who will see it and it will delete in 24 hours. Like I don't have to worry about it just sitting there, I get the views and it just deletes."*
  - *"You have to be comfortable enough to post the pictures on Instagram. Some pictures I take I look really ugly, or my skin doesn't look good."*

*Other quotes:*
*"Instagram is only used so you can get likes on your photos. Twitter is only to see cool things. And SC is to post things that are going on. IG is all about popularity."*

**Quant findings (external)**

N = 790
Snapchat users 13 - 24, US

High-level:
1. More than half of streak users are doing it for the number and the strength of relationship was the minority. 1/3 of people do it to stay in touch with people they would not have. Cool.
2. 1/3 says that its very important to keep streaks. Similar level of people needing likes on IG posts. That said, when comparing stress levels, 2x more proportion of people show greater than large stress (large + intolerable) for getting IG likes vs Snap Streaks. So while the importance level may be similar, IG likes may be 2x more stressful for the end-spectrum folks (dunno how to put it more elegantly)

HIGHLY CONFIDENTIAL (COMPETITOR)

3. #2 gets confirmed when you look at fun-to-stress ratio for Snap Streaks vs IG

Detail:
- Why do you Streak?
  - To see how high we can get the number: **55%**
  - To stay connected with people that I might not otherwise: **33%**
  - To gauge how strong my relationships are with people: **13%**
  - All lot of subjective answers (I didn't try to count / sort them) seem to revolve around "because I can, it's fun, just cuz, keep it up" etc
- How important is to keep your streaks going?
  - Extremely (13%) + Very (21%): 34%
  - Slightly (21%) + Moderately (33%): 55%
  - Not at all: 11%
- How important is to get likes on IG posts?
  - Extremely (11%) + Very (20%): 31%
  - Slightly (21%) + Moderately (32%): 53%
  - Not at all: 15%
- Stress Level for Streaks
  - Intolerable (2%) + Large (4%) Stress: 6%
  - Little (33%) + Moderate (15%): 48%
  - No Stress at all: 46%
- Stress Level for IG Likes
  - Intolerable (3%) + Large (9%) Stress: 12%
  - Little (30%) + Moderate (16%): 46%
  - No Stress at all: 42%
- Comparing Snap Streaks vs IG Likes (0 is fun, 7 is stressed)
  - Avg for Snap Streaks: 2.89
  - Avg for IG Likes: 3.01
  - So IG Like is slightly more stressful, but the population is for people who do both streaks and IG likes (excludes people who may use IG but doesn't engage in streaks; this population is 86 people out of 790 respondents)

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP3151503

# DOCUMENT SLIPSHEET

**Bates Number:** SNAP3151495-SNAP3151503

**Custodian:** VOSS_JEREMY

**Author:**

**Filename:** STREAKS - MH NOTES.DOCX

**Create Date:** 4/24/2019 12:00 AM

**Last Modified Date:** 4/24/2019 12:00 AM

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**MAAG BEGBATES:**

**MAAG ENDBATES:**

**File Path:** /STREAKS - MH NOTES.DOCX