# AMENDED Exhibit 1157

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

*Goal: Extend Nathan's original presentation to the broader Product Vision of Discover. We'll use this outline to create a presentation that Jacob, Nathan, Matt, or Giles should be able to deliver across the organization to relevant stakeholders, and can be repurposed for broader settings (e.g., Snap in Focus, Sales Conference, Eng All Hands) or added to over the course of H1. We're doing this to help restore confidence in the product roadmap around Discover.*

Intro

1. When we created Discover, original vision
   a. Discover was built for creatives as a new Story-based broadcast format that Snapchatters could use to learn about the world. It counted on editors and artists, not clicks and shares, to determine what was important. (Original Blog Post)
2. Moved Discover to Stories Screen
   a. TBD
3. Moved Discover Up
   a. Allowed us to add more publishers as we increased reach
4. From Circles to Tiles
   a. More Publishers as Engagement Increased
5. Dynamic Tiles, other improvements
   a. Continue to Improve Reach
6. Limits
   a. Artificial Containers for Content Types
   b. Friends and Non-Friends Mixed Together
   c. Not Scalable (too many Subscriptions = No)

2018

7. 2018 totally blew up this ecosystem in every way
   a. Discover's Advantages
   b. Discover's Monetization Model (Auction Transition)
   c. Overall Quality
8. [Advantages] Cheetah eradicated a bunch of advantages
   a. Visual Hierarchy
   b. Premium Placements
   c. Up Next
   d. Audience Growth
9. [Monetization] The Shift to Bidded Self-Serve
   a. Yield Fell
   b. Non Premium Advertisers Dominated
   c. Not capturing the 'serendipity' of content aware ads
10. [Quality]
    a. TNA
    b. Commercialization / Perceived Ad Load

2019 H1

11. [Big Slide] North Star of Discover (Max's Notes toward a POV)
    a. Discover is…
    b. Discover is…
    c. Discover is…
12. Categories (Pivots) that let us build Communities around Engaging Experiences
    a. Explain why Pivots can equal communities

SNAP3793871

Page 1 Comments

J1   It also gave us a lot of advantages we should call out here
     *Josh Siegel, 1/7/2019 10:16 PM*

P2   I wanted #6 to address some of the things Cheetah helped solved for. Could you add some more? --
     agree we should call them out, but from a flow standpoint it should go before this.
     *Peter Sellis, 1/7/2019 10:24 PM*

J3   I think this is fine, but I wouldn't say "eradicated," it's more a tone thing. Basically Cheetah gave us
     an infinite scroll content experience we never had before.
     *Josh Siegel, 1/8/2019 04:41 PM*

J4   I think people try to talk about our vision in terms of sums of goal, but goals are usually quantitative
     and vision is not. Trying to grow time spent or daily use might be goals we have for a given quarter
     or year, but we probably need a pithy short vision statement for discover. I think something simple
     like "Discover helps you explore and examine the world around you" that makes it clear we are tied
     to Snapchat - a mobile / camera first, global network of friends and family focused on doing good. I
     don't know what the right statement is, but whatever we land on, it should be somewhat memorable
     and it should "click" IMO
     *Josh Siegel, 1/7/2019 10:23 PM*

P5   +1
     *Peter Sellis, 1/7/2019 10:26 PM*

J6   I think we start with no more than like ten, so communities is very aspirational and kind of an
     overloaded term IMO
     *Josh Siegel, 1/7/2019 10:24 PM*

P7   overloaded but I think it speaks to wanting to drive engagement beyond just watch time.
     *Peter Sellis, 1/7/2019 10:26 PM*

J8   We should really just call the things Channels and stop kidding ourselves
     *Josh Siegel, 1/7/2019 10:24 PM*

P9   Why _are_ they called Pivots?
     *Peter Sellis, 1/7/2019 10:25 PM*

CONFIDENTIAL                                                                                    SNAP3793872

13. UI that supports our strategy
    a. Clean, organized, light
    b. Category Pivots allow Content to shine
14. A Clear Path for Creators to Win
    a. TBD Giles Doc
    b. How to go from nothing to a Show Producer in our Discover World
    c. How Lens Creators are Tied In
15. Amazing Programming Tools that Support a Programmed Experience
    a. Addresses
16. A "Marketplace" that builds a sustainable feedback loop for Creators
    a. TBD David Lue Doc

2019 Beyond—Why We're Excited
17. Promotions
    a. TBD on Publishers, Creators
18. Flexible Category Pivots
    a. Category pivots allow us to experiment
    b. Tease some of the more novel UIs (e.g., SnapTV)
19. More Choice / Control
    a. Show settings, notifications, etc.—tie back to marketplace
20. New Content Formats
    a. Use examples of Lens Challenges, Solos, Shows, etc.
    b. Can we tease crazier ones?

Discover Strategy presentation outline (MT)
- User funnel - where is the opportunity and what is the objective function?
  - [Get users to the right side of the app -> create a daily habit -> deepen engagement (time spent)]
  - Opportunities in top markets and key user cohorts [opptys in Saudi/India...opptys for new users.. opptys for 35+]
  - What types of content are we seeing the most heat in? (which formats and which categories are growing in time spent/shares?)
- What are Snaps key competitive strengths in media?  (brainstorm)
  - Captive audience of millions of Gen Z craving mobile content
  - Superior creative tools enabling unique story telling for users and creators
  - Engaged community with millions of snaps and submissions per day
  - Leading messaging platform creates opportunity for sharing and community around content
- Content strategy - which 2-3 content types to double-down on in 2019? (let's make some hard decisions)
  - Which support our goals and why? E.g. what will most effectively create a daily habit? What best takes users down engagement rabbit holes?
  - Which categories align with our strengths? Which create positive feedback loops with each other and other parts of the app?
  - What is the path for creators to succeed and thrive on our ecosystem? What is the path from community member to creator to show producer?
  - How can premium show content thrive on the platform and how it fits into our strategy?
  - Community ecosystem: What is the narrative around Our Stories, Lens Challenge, Solos, etc.
- Opportunities: What are some key opportunities to improve engagement with Discover
  - Improve content discovery:

- - How do we leverage friend stories even more to entice additional users to Discover?
    - Improvements to Up Next and Recommended
    - Connecting the messaging and content loops
    - Interest selection
  - Improve usability:
    - Settings/history
    - Notifications
    - 35+/white space
- UI vision -
  - Future of pivots/hierarchy: How do we create a UI hierarchy that is intuitive and that supports navigation to the key content types we are investing in?
  - What is the best UI for each of the content types we are focusing on (e.g. shows, creators, community)
  - How does this the UI support a daily habit? How does the UI support deepening engagement/rabbit holes?
- Ranking/Marketplace - strategy for different content types, pivots, what to highlight to users, etc.

CONFIDENTIAL

SNAP3793874