# AMENDED Exhibit 1164

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



# Post-Quarantine Product Research

Product Research
June 2020

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2661290

# Overview

1. Goals, Methodology, and Participants
2. Summary
3. Findings

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2661291

# Goals and Objectives

The goal of this research is to understand current behaviors of Snapchat users, we are also looking to gather insights on their perspective of quarantine and how they expect things to change once quarantine is over. The goal is to uncover any new product opportunities.

**Objectives**
- Understand current perspective of their behaviors being in quarantine
- Understand if users predict a change in behavior post-quarantine
- Gather insights to help aid product initiatives

Snap Send Survey

3

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2661292

# Methodology

- User interviews with cognitive walkthroughs
- 6 users
- Remote sessions via Zoom
- Users will cast their phone screens to the Zoom
- Users will show how they currently use Snapchat
- Findings in this deck represent what was observed during these sessions

4

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2661293

# Participants

- US only
- 6 remote interviews
- Use Snapchat daily
- Age 13 - 25
- Representative gender mix
- Representative device mix
- Equally distributed geographically

5

HIGHLY CONFIDENTIAL (COMPETITOR)                    SNAP2661294

# Other insights



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2661317

# Most users during these sessions were adding a ton of friends to Snapchat to increase Story views

- Main motivation to having a lot of friends is to increase Story Views and Snapscore
- Users would add a bunch of people from Quick-add
- One user put her username on Hoop to get a lot more friends
- *I add a lot of people from my school but I'm not really sure who most of them are so I mainly just watch my friend stories*
- *There's an app called hoop to where people can get other peoples SC and people will add me to that*
- *A lot of the time people add me and I add them if their name looks familiar*
- *I like it when I get a lot of views on my main story I think that's IDK why that makes me feel good*
- *I'm not really sure I think some of them are random people snapping me and sometimes that scares me so I don't just open them*

29

HIGHLY CONFIDENTIAL (COMPETITOR)                                                            SNAP2661318

Slide 29 Notes

Note that is was only observed during this qual session - more research needed to quantify

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP2661319