# AMENDED Exhibit 1165

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation



Streaks Research
User Research - Atlanta, GA
July 2019

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP6423845

# Content

- Goals and Objectives
- Methodology
- Treatments
- Streaks Behavioral Personas
- Overall findings
- Treatment findings

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6423846

## Goals and Objectives

- Understand users current Streak behavior
- Observe user interactions when introduced to new Streak treatments

3

HIGHLY CONFIDENTIAL (COMPETITOR)                    SNAP6423847

# Methodology

- 1 hour, usability sessions
- 1:1 moderated
- Organic observation and probing on 4 design treatments
- Sessions took place in a usability lab in Atlanta, GA

4

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6423848

## Participants

- 6 users
- Age 13 - 24
- iOS users
- Daily active Snapchat users
- Current Streak users, must have at least 5 Streaks
- Mix gender, profession, ethnicity, education, socioeconomic backgrounds

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP6423849

# Treatments

**1**

Hide Streak count everywhere

**2**

Hide Streak count except on Friends Profile



HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6423850

# Treatments



3 — Hide Streak on Friends Feed

4 — Hide Streaks from Send To

HIGHLY CONFIDENTIAL (COMPETITOR)    SNAP6423851

# Summary

- Users are very passionate about their Streaks and view them as a fun way to stay connected with friends
- Users did not think Streaks are stressful
- At a high level, users were very disappointed with the treatments they saw
- Users care the most about seeing the number
- Just seeing the fire emoji was not enough for the users
- Most users were doing their Streaks through the Friends Feed (DTTR) and cared less about removing the Streak number on the Send To page (most users said they rarely went there)
- There are three very clear behavioral Streak personas
- Most users rarely went to the Friendship Profiles and had never seen Charms, making the experience of going there to check their Streaks number inconvenient

8

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    SNAP6423852



Streaks Behavioral Personas

HIGHLY CONFIDENTIAL (COMPETITOR)

SNAP6423853

## Unhealthy Streakers

- Typically send "good morning" and "good night" Streaks
- Takes a photo of something random or black screen and puts an "S" on it
- Organizes Send To to easily send Streak Snaps to all of the people they have a Streak with
- Some power users do not open their Snaps because they know they are Streaks (images that say Streak or "S")
- Motivated by the amount of Streaks they have and also by how large each number is
- Typically add a bunch of people from their schools to do Streaks with
- They probably don't know some of the people they have Streaks with
- Use Streaks way to feel like they are connected to a larger group of people

*"My Streaks are with acquaintances. Some people I know, some random people."*

*"Mostly random people that add me on quick add."*

*"We don't talk in between Streaks." "I send it to all these people on this page (Send To)."*

*"When I get up I usually go on Snapchat to do my Streaks."*

*"Some people will write their username on the board at school so people add them for Streaks."*

*"We don't talk in between sending Streaks."*

10

HIGHLY CONFIDENTIAL (COMPETITOR)                    SNAP6423854