# AMENDED Exhibit 1171

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

# Safety @ Snap

**A holistic approach to Snapchatter safety**

## Part I:  General Overview

*October 2023*



©2022 Snap, Inc.Proprietary & Confidential.

CONFIDENTIAL

SNAP1249070

# Agenda

- Defining Safety & Our Values

- A Sampling of Snap's Safety Initiatives

  - *Safety Advisory Board*

  - *International Safer Internet Day*

  - *Digital Well-Being Index + Research*

    - *Sextorion deep-dive (Year Two)*

- Eye on 2024

  - *Snap Platform Safety "Standard"*

  - *Teen Council for Digital Well-Being*

CONFIDENTIAL

# What is Online Safety?

Case 4:22-md-03047-YGR    Document 2888-44    Filed 03/27/26    Page 4 of 8

**1** Online Safety is about enabling community members to **maximize** their **desirable experiences**, while **minimizing** those associated with illegal or harmful content, contact, conduct, or commercial activity (**"The Four Cs"**).

**2** Protecting teens and other vulnerable populations is a key component of online safety @ Snap.

CONFIDENTIAL

SNAP1249072

Slide 3 Notes

It's important to know what we mean when we say "online safety" …

If we were to ask 10 different people for their definition of online safety, we'd probably get 10 different answers – from protecting teens and young people online and fighting back against illegal and harmful content, to promoting K-12 digital safety education and digital literacy.

Online safety is all of these things and more.

Specifically, this working definition is how we define online safety at Snap. It's important to note that the two halves of the definition are **necessary** and **cannot be decoupled**. We want people to maximize what they want to do on our app *while at the same time*, minimizing any connection with illegal or harmful content or activity.

Since Snap's key demographic is 13-to-24-year-olds, protecting teens and younger people is also a core component of the online safety mission.

CONFIDENTIAL

SNAP1249073

# The "Four C's" of Online Risk

**C**ontent:  Illegal, inaccurate, extreme, hateful

**C**ontact (Target):  Unwelcome, unwanted

**C**onduct (Actor):  Unwelcome, unwanted

**C**ommercial activity:  Solicitations, purchases

CONFIDENTIAL

SNAP1249074

# Family Center

*Family Center offers parents and caregivers insight into who their teens are friends with on Snapchat, and who they have been communicating with, without revealing the substance of those conversations.*

Family Center offers parents and caregivers the ability to:

→ View the Snapchat friends their teens have sent messages, photos, or videos to in the last 7 days

→ See a complete list of their teens' existing friends

→ Easily and confidentially report any accounts that parents may be concerned about directly to our Trust & Safety teams

→ Access information about how to use Family Center, as well as resources for important conversation-starters and other tips for using Snapchat safely

CONFIDENTIAL

SNAP1249123

SNAP1249161

CONFIDENTIAL

Thank You!