# AMENDED Exhibit 170

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

(→) The Facebook company is now Meta. Learn more.     ✕

 Meta                                                    🔍

Back to Newsroom

Meta

# Welcome Back to School: National PTA and Facebook Launch Digital Families Community Events

September 12, 2018

HIGHLY CONFIDENTIAL (COMPETITOR)



By _Antigone Davis_, *Head of Global Safety*

Today we're announcing a new collaboration with National PTA to conduct a series of 200 community safety events around the US. These Digital Families Community Events are designed to help families address tech-related challenges, from online safety and bullying prevention, to digital and news literacy.

The events, happening in all 50 states, are part of a grant program open to all PTAs so parents can get research-backed best practices and tools to help them have important conversations with their children about technology. Local PTAs can apply now for a grant to host an event. Hosts will receive a unique training on online safety so they can further extend the impact of these events. Visit pta.org/connected/digitalfamilies to learn more.

We're proud to work with National PTA to help parents who are raising kids in a connected world. With more and more young people going online, this topic is more important than ever. Last year we launched the Facebook Parents Portal with tips to make it easier for parents to talk to their children about what they do online and set guidelines. We also continue to consult with external experts and advisors in the fields of online safety, child development and media, such as the Net Family News, Center on

HIGHLY CONFIDENTIAL (COMPETITOR)

Media and Child Health, MediaSmarts, the Yale Center for Emotional Intelligence, and the Fred Rogers Center. The toolkits for the events are developed by experts including contributions by the Youth and Media team at the Berkman Klein Center for Internet & Society.

*National PTA does not endorse any commercial entity, product, or service. No endorsement is implied.*

Categories: Events, Meta, Safety and Expression

Tags: Resources

Like          Share          Tweet          ✉ Email

## RELATED NEWS

### Meta

# Keeping People Safe and Informed About the Coronavirus

Facebook is supporting global health experts, local governments, businesses and communities affected by COVID-19.

December 18, 2020

## Topics

Company News

Technology and Innovation

Data and Privacy

Safety and Expression

Combating Misinformation

Economic Opportunity

Election Integrity

Strengthening Communities

Diversity and Inclusion

HIGHLY CONFIDENTIAL (COMPETITOR)

Meta

Contributing to Asia-Pacific and European Economies Through Expanded Internet Access

February 27, 2022

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00002243

## Meta

### Building the Metaverse With Diversity and Inclusion from the Start

February 24, 2022



## Company

Welcome to Meta

Newsroom

Company Info

Careers

For Investors

Brand Resources

## Meta Policies

Community Standards

Data Policy

Cookie Policy

Terms of Service

## Technologies

Facebook

Messenger

Instagram

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00002244

WhatsApp

Oculus

Workplace

Portal

Novi

## Help Center

Facebook Help Center

Messenger Help Center

Instagram Help Center

WhatsApp Help Center

Oculus Support

Workplace Help Center

Portal Help Center

 Meta

Follow Us

United States (English) ▼                                                                                    Sitemap

© 2022 Meta

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-003-00002245