# AMENDED Exhibit 171

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

**Message**

| | |
|---|---|
| **From:** | Karina Newton [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=B750335B24784D469404943F35093D69] |
| **Sent:** | 2/2/2019 9:40:56 PM |
| **To:** | ███████████████████████ ; Max Eulenstein ██████████ ; Karina Newton ██████████████ |
| **Subject:** | Message summary [{"otherUserFbId":null,"threadFbId":2408405559192121}] |

Karina Lynn Newton (2/02/2019 13:20:23 PST):
>ps: i find it to be a very weird world we're living in where fb leadership is making threshold decisions of ig hashtags?

██████████ (2/02/2019 13:24:42 PST):
>It's strange and unwelcome.

██████████ (2/02/2019 13:24:45 PST):
>So you're not alone.

██████████ (2/02/2019 13:25:00 PST):
>It's also the wrong level of granularity of discussion, imo.

██████████ (2/02/2019 13:25:10 PST):
>We keep pretending there's a purely technical solution.

██████████ (2/02/2019 13:25:35 PST):
>There's going to be SSI content on IG and FB for the near future. The existing classifiers are not hard to game.

██████████ (2/02/2019 13:25:59 PST):
>And (as you noted) false positive become a bigger concern as we adjust thresholds.

Karina Lynn Newton (2/02/2019 13:26:11 PST):
>it's bananas

██████████ (2/02/2019 13:26:23 PST):
>I'd almost rather go from 30% to >0% as opposed to gradual steps. At least that's easy to explain.

Karina Lynn Newton (2/02/2019 13:27:14 PST):
>it doesn't seem like we are critically identifying what problems we're trying to solve for and what the actual business risk for those problems is. and by we i mean "fb leadership"

Karina Lynn Newton (2/02/2019 13:27:40 PST):
>the biggest issue underlying all of this is less about the content but what is appropriate for teens and pre-teens and the elephant in the room there is age — I would be putting our efforts in addressing that core issue

Karina Lynn Newton (2/02/2019 13:28:03 PST):
>ie if we collected age on IG we could age-gate this content (assuming ssi classifiers worked) and if we used age classifiers we could detect under 13s and kick them off the platform so they wouldn't have access to content that's not appropriate for them to find)

Karina Lynn Newton (2/02/2019 13:28:14 PST):
>that's the actual policy on fire risk

██████████ (2/02/2019 13:28:56 PST):
>Mmm, maybe. Then we get into the "what's ok for 13-year-olds vs 14- or 15-?" kinda of conversations tho.

██████████ (2/02/2019 13:29:11 PST):
>It feels more like "do we listen to experts or the media when they disagree?"

HIGHLY CONFIDENTIAL (COMPETITOR)

██████████ (2/02/2019 13:29:18 PST):
>Maybe I'm over-simplifying.

Karina Lynn Newton (2/02/2019 13:32:27 PST):
>those conversations are happening already and there's significant legislation on the horizon to mandate higher age requirements in various eu countries -- aka we are in a near term regulatory environment where we could be told by law that you have to be 16 in germany to use ig and 15 in uk

Karina Lynn Newton (2/02/2019 13:32:46 PST):
>so that's what we're trying to solve for on policy end

Karina Lynn Newton (2/02/2019 13:32:53 PST):
>but agree on your meta point

Karina Lynn Newton (2/02/2019 13:33:04 PST):
>who we listen to is critical

██████████ (2/02/2019 13:33:07 PST):
>Makes sense for SSI. Drugs, CT...

██████████ (2/02/2019 13:33:14 PST):
>Those are a bit different.

Karina Lynn Newton (2/02/2019 13:33:24 PST):
>yeah, i hear you

██████████ (2/02/2019 13:33:38 PST):
>Anyhow, I'll figure out the data stuff Monday morning if Chris doesn't beat me to it. I bet he will.

Karina Lynn Newton (2/02/2019 13:33:49 PST):
>should we add him to that thread?

██████████ (2/02/2019 13:34:55 PST):
>He's on it.

██████████ (2/02/2019 13:35:01 PST):
>The group chat I mean.

██████████ (2/02/2019 13:35:22 PST):
>I'll add him to the email thread. Good idea.

Max Christian Eulenstein (2/02/2019 13:35:52 PST):
>Email thread is a bit clearer on the ask and expected turnaround time.

██████████ (2/02/2019 13:37:22 PST):
>Done and you're both cc'ed.

Karina Lynn Newton (2/02/2019 13:39:37 PST):
>ty, glad to be living in bananas world with you two

Max Christian Eulenstein (2/02/2019 13:40:04 PST):
>it's an exciting time :)

Karina Lynn Newton (2/02/2019 13:40:56 PST):
>yes, so many opportunities for growth :)