# AMENDED Exhibit 185

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message



**From:** [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=80945D00908E442BB49E757DE9B47740 ]

**Sent:** 3/28/2020 1:46:01 PM

**To:** Vaishnavi J [ Ravi Sinha

**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":2305877842784016}]

(3/28/2020 00:02:07 PDT):
>@silent https://www.bbc.co.uk/news/technology-52067507?ocid=wsnews.chat-apps.in-app-msg.whatsapp.trial.link1_.auin

(3/28/2020 06:45:44 PDT):
>@silent Is anyone else receiving child abuse reports on platform? In the last 24 hours I've received a ton :( I've seen terrible things, we're not detecting it :((((

(3/28/2020 06:46:01 PDT):
>@silent will post on tribe for follow-up

CONFIDENTIAL

META3047MDL-040-00541113

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-040-00541113

**BEGATTACH:** META3047MDL-040-00541113

**ENDATTACH:** META3047MDL-040-00541113

**TNAG BEGBATES:**

**TNAG ENDBATES:**

**Create Date:** 3/28/2020 6:46 AM

**Last Modified Date:** 3/28/2020 6:46 AM

**Custodian:** ███████████ JAYAKUMAR_VAISHNAVI; ████████████████████; SINHA_RAVI

**Title:**

**Author:**

**Confidentiality Designation:** CONFIDENTIAL

**META_Pointer:**

**META_Pointee:**