# AMENDED Exhibit 188

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| **From:** | Kate Gotimer (Google Slides) [comments-noreply@docs.google.com] |
| **Sent:** | 1/19/2021 11:00:42 PM |
| **To:** | Amit Bhattacharyya ███████████ |
| **Subject:** | Restricted Content Overview (a/c priv) |

## Kate Gotimer resolved action items in the following document

Restricted Content Overview (a/c priv)

Resolved

2 action items

# Resolved

## Action Items

We could reduce precision thresholds for quarantine or auto-delete but given maturity of classifiers and harsh penalties for child safety offenses, we do not recommend this.

Kate Gotimer

███████████████ and ██████████████, after speaking with ████, I added this. Is this fair from your POV?

*Assigned to you*

████████████████

████ (PM) & I are aligned that this is not a viable path forward ATM because of:
1. high risk of FP
2. lack of appeals staffing (so inability to correct account-level disables)

In H1, we're scoping out a roadmapping investment on banking efficiencies for child safety violations that do NOT include law enforcement (LE) reporting, eg minor sexualization & benign child nudity. this will free up FTC WHO capacity, which we will re-invest into CEI review with the goal of identifying & banking more "novel" (unmatched) CEI

Kate Gotimer

**New**

*Marked as done*

ReplyOpen

ETA Week of 1/18/21

CONFIDENTIAL

META3047MDL-222-00005478

Amit Bhattacharyya

█████████████ is this reasonable?

*Assigned to* █████████████

Kate Gotimer

New

*Marked as done*

ReplyOpen

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated discussion threads.Change what Google Docs sends you.You can not reply to this email.

CONFIDENTIAL

META3047MDL-222-00005479