# AMENDED Exhibit 189

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

11:04



childporn

## This May Be Associated with Child Sexual Abuse

This term is sometimes associated with sexual images or videos of children.

Child sexual abuse or viewing sexual imagery of children can lead to imprisonment and other severe personal consequences.

This abuse causes extreme harm to children and searching and viewing such materials adds to that harm.

If you see this type of activity here, see how to report it to us and to law enforcement in the link below.

See How To Report

See results anyway



CONFIDENTIAL

META3047MDL-020-00151907

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-020-00151907

**BEGATTACH:** META3047MDL-020-00151905

**ENDATTACH:** META3047MDL-020-00151908

**TNAG BEGBATES:** METATNAG-005-00282059

**TNAG ENDBATES:** METATNAG-005-00282059

**Create Date:** 12/31/9999 7:00 PM

**Last Modified Date:** 12/31/9999 7:00 PM

**Custodian:** CRENSHAW_LIZA; ███████████████ ; JAYAKUMAR_VAISHNAVI

**Title:**

**Author:**

**Confidentiality Designation:** CONFIDENTIAL

**META_Pointer:**

**META_Pointee:**