# AMENDED Exhibit 194

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:23-cv-01804-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SOCIAL MEDIA           )
ADOLESCENT ADDICTION/         )
PERSONAL INJURY PRODUCTS      )   MDL No. 3047
LIABILITY LITIGATION          )
                              )
                              )

SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE
COUNTY OF LOS ANGELES - SPRING STREET COURTHOUSE

COORDINATION PROCEEDING           )
SPECIAL TITLE [RULE 3.400]        )
                                  )
SOCIAL MEDIA CASES                )
                                  )
                                  ) Lead Case No.
This Document Relates to:         ) 22STCV21355
                                  )
STATE OF TENNESSEE, ex rel.       )
JONATHAN SKRMETTI,                )
ATTORNEY GENERAL and REPORTER,)
v.                                )
META PLATFORMS, INC., and         )
INSTAGRAM, LLC.                   )
                                  )
_____)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER
VOLUME 1
VIDEO-RECORDED
DEPOSITION OF MICHAEL "MIKI" ROTHSCHILD
(Pages 1 - 370)
Held at the Law Offices of Covington & Burling
3000 El Camino Real, Palo Alto, California
Tuesday, January 21, 2025, 9:06 a.m.
- - - -
REPORTED BY:  ELAINA BULDA-JONES, CSR 11720

CONFIDENTIAL

Page 2

APPEARANCES

For the Plaintiffs:
        BY: THOMAS CARTMELL, ESQ.
        BY: KATHLEEN HUDNALL, ESQ.
        BY: ANDREW FAES, ESQ.
        Wagstaff & Cartmell
        4740 Grand Avenue, Suite 300
        Kansas City, Missouri 64112
        816.701.1100
        Khudnall@wcllp.com
        Afaes@wcllp.com

For the Defendants Meta Platforms, Inc., f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook
Operations, LLC; Facebook Payments, Inc.; Facebook
Technologies, LLC; Instagram, LLC; Siculus, Inc.;
and Mark Elliot Zuckerberg:
        BY: GREGORY L. HALPERIN, ESQ.
        BY: MICHAEL X. IMBROSCIO, ESQ.
        BY: MATT CULLEN, ESQ.
        Covington & Burling
        The New York Times Building
        620 Eighth Avenue
        New York, New York 10018-1405
        631.513.8088
        Ghalperin@cov.com
        Mimbroscio@cov.com
        Mcullen@cov.com
        BY: MICHAEL BASSHAM, ESQ.
        Bass, Berry, Sims PLC
        21 Platform Way South, Suite 3500
        Nashville, Tennessee 37203
        615.742.6286
        Michael.bassham@bassberry.com

CONFIDENTIAL

Page 3

For the State of Massachusetts:
         BY: AARON DAVIS, ESQ.
         Office of the Attorney General
         State of Massachusetts
         1 Ashburton Place, 20th Floor
         Boston, Massachusetts 02108
         617.727.2200
         Aaron.davis@mass.gov

For State of Tennessee:
         BY: CHRIS DUNBAR, ESQ.
         BY: BRIAN PHELPS, ESQ. (VIA ZOOM)
         State of Tennessee
         Attorney General
         UBS Tower
         315 Deaderick Street
         Nashville, Tennessee 37243
         615.741.3519
         Chris.dunbar@ag.tn.gov

For the State of Kentucky:
         BY: DANIEL KEISER, ESQ.
         Daniel.keiser@ky.gov
         Assistant Attorney General
         Common Wealth of Kentucky
         1024 Capital Center Drive, Suite 200
         Frankfort, Kentucky 40601
         502.696.5300

For the Defendants TikTok, Ltd.; Tiktok, LLC;
Tiktok, Inc.; ByteDance Ltd.; and ByteDance, Inc.:

         BY: LENNETTE LEE, ESQ. (VIA ZOOM)
         King & Spalding LLP
         633 West Fifth Street, Suite 1600
         Los Angeles, California 90071
         213.218.4011
         Llee@kslaw.com

CONFIDENTIAL

Page 4

For the Defendant Snap:
        BY: KAYSIE GONZALEZ, ESQ. (VIA ZOOM)
        Munger Tolles & Olson LLP
        350 South Grand Avenue, 50th Floor
        Los Angeles, California 90071-3426
        213.683.9578
        Kaysie.gonzalez@mto.com


For the Defendants Google and YouTube:

        BY: LAURA HERNANDEZ, ESQ. (VIA ZOOM)
        Wilson, Sonsini, Goodrich & Rosati
        One Market Street, Spear Tower, Suite 3300
        San Francisco, California 94105-1126
        415.947.2011
        Lhernandez@wsgr.com

Also present:
        Rita Bosworth, Meta
        Taylor Smith, Meta
        Donnie Guillory, trial tech
        Evan Wolfe, trial tech
        Alejandro Zamora Ruiz, videographer
        Jared Rinehimer
        Laurel Lackey
        Charles White
        Aelish Baig
        Verna Pradaxay
        Alex Kory
        Maureen Murphy
        Lucy Malone
        Asma Jaber
        Jack Barry
        Abby Cunningham
        Mandy Wang
        Kirk Goza
        Melissa Roberts
        Christina Chan
        Katy Lawrimore
        Jon Kieffer
        Jodi Flowers
        Andrew Celli
        Shante Piche

CONFIDENTIAL

Robert Groves
Tess Shaw
Lance Oliver
Previn Warren
Clinton Richardson
Matthew Janssen
Brian Reiser
Elizabeth Orem
Paige Boldt
Lexi Hazam
Joseph VanZandt
Alexandra Walsh
Jennifer Emmel
Troi Davis
Patrick Nutter
Shaheen Sheikh

Page 14

including Meta, based on their claims that they've been harmed by Meta's social media platforms like Instagram and Facebook.

Do you understand that?

A.    Yes.

Q.    Okay.  And I represent kids and young adults and families of young adults who are claiming they were -- strike that.

And I represent school districts across America who are suing social media companies, including Meta, for causing harms to their operation, including disruption to the educational process.

Do you understand that?

MR. HALPERIN:  Object to foundation.

THE WITNESS:  I understand you represent the multiple lawsuits.

BY MR. CARTMELL:

Q.    Do you understand that you're here as a witness in this case because you have worked at Meta over the years, and specifically, you've worked in the areas related to work on child safety and harms to kids?

A.    I have worked quite a few years in this space of protecting kids, protecting teens on our

CONFIDENTIAL

Page 15

services here at Meta.

Q.   And you were also for a period of time I think senior product manager at Instagram and helping Instagram to grow specifically with respect to teens, correct?

A.   I've been working both at Instagram and more recently across different teams across the company, including in the safety and well-being space for teens.

Q.   Am I right that you are currently still working for Meta?

A.   Yes, I still work at Meta.

Q.   And I believe that you have worked for Meta for approximately 11 years; is that right?

A.   Almost 11 years, that's right.

Q.   Before we get started asking questions about your work at Meta, I want to ask you a few things about this process.

Have you ever given a deposition before?

A.   I have given one deposition in an intellectual property case.

Q.   Were you a witness testifying on behalf of Meta?

A.   That is correct.

Q.   And when was that deposition?

Page 107

constantly.

Q.   Now, that research that Thorn did that identified those millions of 9- to 12-year-olds on Instagram and Facebook, that was in 2021, so Meta had already been asking for the ages of kids for a period of time, correct?

MR. HALPERIN:  Misstates the document.

THE WITNESS:  Again, I -- as I said, I'm not exactly sure what this research is, but we did already collect age from users, that's correct.

BY MR. CARTMELL:

Q.   Okay.  And we saw a document previously that showed that Meta knew there was approximately a 60 percent lying rate for kids, correct?

MR. HALPERIN:  Misstates testimony.

THE WITNESS:  Again, this was teens lying, representing their age as adults.  So this is 13- to 17-year-old who provide stated age of over 18 and we use predicted age in order to identify those -- those users and give them protections.

BY MR. CARTMELL:

Q.   Okay.  So as of 2021, Meta knew that approximately 60 percent of teens were lying on Instagram and saying they were adults, fair?

A.   Based on our estimates.  So we had

CONFIDENTIAL

Page 108

estimates based on predicted age.  So that was our approximation.

Q.   So did Meta even think it was possible that maybe kids 9 to 12 might also lie and say they were older to get on Instagram?  Did you even consider that?

MR. HALPERIN:  Objection.

THE WITNESS:  We --

MR. HALPERIN:  Form.

Give me a second.

Form.  Argumentative.  Foundation.

THE WITNESS:  So we work to collect age and continuously developed, you know, age verification, other methods to prevent age misrepresentation.

BY MR. CARTMELL:

Q.   I'm going to hand you what's been marked as Exhibit 7 and 8.

(Whereupon, Meta-Rothschild Exhibit 7 was marked for identification.)

(Whereupon, Meta-Rothschild Exhibit 8 was marked for identification.)

BY MR. CARTMELL:

Q.   And I will say that the first e-mail, I'm just going to ask you if it includes the link to

CONFIDENTIAL

Page 723

STATE OF CALIFORNIA    )

COUNTY OF YOLO         )

I, ELAINA BULDA-JONES, a Certified Shorthand Reporter of the State of California, duly authorized to administer oaths pursuant to Section 2025 of the California Code of Civil Procedure, do hereby certify that

MICHAEL "MIKI" ROTHSCHILD,

the witness in the foregoing deposition, was by me duly sworn to testify the truth, the whole truth and nothing but the truth in the within-entitled cause; that said testimony of said witness was reported by me, a disinterested person, and was thereafter transcribed under my direction into typewriting and is a true and correct transcription of said proceedings.

I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing deposition and caption named, nor in any way interested in the outcome of the cause named in said deposition dated the _____ day of _____, 2025.

ELAINA BULDA-JONES, CSR 11720