# AMENDED Exhibit 196

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

EXHIBIT
#21 A. Davis
3/4/25

Message

| | |
|---|---|
| **From:** | ████████ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=████████ |
| **Sent:** | 3/28/2019 4:29:06 PM |
| **To:** | ████████ ████████; Antigone Davis ████████; ████████ ████████ |
| **CC:** | Monika Bickert ████████; Community Escalations ████████; ████████ |
| **Subject:** | Re: Reporting flow broken |
| **Attachments:** | image001.png |

Thanks ████,

So to be clear what's currently happening is the way to report 'Underage profiles' is through a <u>contact form</u> for underage reporting.

1. Outside the US – people will need to search for the form
2. Inside the US only – if you select 'something else' in FRX on the users profile – you get the option which takes you through to the form (shown below)



Improving this is not currently in the plans for FRX and looking at these numbers seem quite small (only 15K completions per week), but happy to be looped into the age management effort to see what requirements there might be there if that would help?

Cheers,

████

---

**From:** ████████ ████████
**Date:** Wednesday, March 27, 2019 at 10:30 PM
**To:** Antigone Davis ████████
████████
**Cc:** Monika Bickert ████████ Community Escalations ████████
**Subject:** Re: Reporting flow broken

████████

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-014-00166515

Looks like the reporting flow for accounts might have something wonky happening. Can you triage this to the right place?

Thanks!

███████

**From:** Antigone Davis
**Sent:** Tuesday, March 26, 2019 18:06
**To:** ███████
**Cc:** Monika Bickert; ███████ Community Escalations
**Subject:** Re: Reporting flow broken

Regarding the reporting flow, I agree it is more than pretty bad and suggests we want to deter underage reporting. It would be great to prioritize a fix given the significant public focus on underage accounts. ███████ possible? I also will flag this as part of age management effort the company is kicking off.

On Mar 26, 2019, at 7:46 PM, ███████ wrote:

Hi Monika,

Circling back to update you that we have enrolled the underage user in the Underage Validation checkpoint, meaning she will need to provide an ID proving she is older than 13 in order to regain access. Thanks again for bringing this to our attention.

Best,

███████

Global Escalations | Risk and Response

**From:** ███████
**Date:** Tuesday, March 26, 2019 at 3:55 PM
**To:** Monika Bickert ███████, ███████ Antigone Davis ███████, Community Escalations ███████
**Subject:** Re: Reporting flow broken

Hi Monika,

Thanks for bringing this to our attention. I have tasked this up to investigate in T42248075. We will review and action the profile accordingly. Please let us know if you have any further questions.

Best,

███████

Global Escalations | Risk and Response

**From:** Monika Bickert ███████
**Date:** Tuesday, March 26, 2019 at 3:30 PM
**To:** ███████, Antigone Davis ███████ Community Escalations ███████
███████
**Subject:** Reporting flow broken

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-014-00166516

Hey there. I was trying to report this profile for being underage and got a weird error message that reporting was not available.

I was hoping we could review this profile, which a school sent me, for belonging to an underage child.

https://www.facebook.com/███████████

Antigone and ████████ added you for awareness of the report flow issue and because for a related profile, which I was able to report, the reporting flow was pretty bad. I wondered if we should look into it. It was obviously structured to deter any reports.

Sent from my iPhone

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-014-00166517