**AMENDED Exhibit 197**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

---

**From:** Vaishnavi J [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=█████████████████

**Sent:** 3/23/2021 11:09:04 PM

**To:** ████████████; Vaishnavi J ███████████; ████████; ████████████████; ████

**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":5369084769798578}]

---

████████████████ (3/23/2021 00:32:23 PDT):
>Hi both - one of the things some of our partners have been asking for (in PH in particular) is in-app reporting for underage accounts.  Is this something that we can consider? Adding u/age tag to in-app reporting flow on at least profiles/accounts?

Vaishnavi Jayakumar (3/23/2021 06:47:44 PDT):
>Hey hey! I think there's appetite for this but would be a significant legal / privacy lift. That said considering how we're heading towards youth experiences, definitely not off the table. How much of a push are you getting / how much of a priority would you rate it?

████████████████ (3/23/2021 07:37:52 PDT):
>Hmm mainly in one country but if it's a big lift I'm uncertain... I'm not sure if people will use it. I mean, if they did, it would be great cos it will give us signal on u/13 accounts we could use later for other efforts... but how do we know how much it will be used without trying it?

████████ (3/23/2021 10:57:27 PDT):
>As part of the Age Verification workstream for Youth XFN, we are working on improving our underage reporting flows and backlog. It is a longer term project though (clearing the backlog is the immediate concern right now)

████████ (3/23/2021 10:59:18 PDT):
>I can check with PM leading this to see if there's an overall underage reporting flow improvement plan coming together

████████ (3/23/2021 15:01:28 PDT):
>Improving u13 reporting is clearly prioritized in the Youth XFN roadmap: U13 Reporting and Enforcement (P1)* Significantly improve Reporting & Enforcement for users under 13 years old across FB & IG to ensure compliance with our terms of use guidance and to build legitimacy with external stakeholders [POC: ████████]
>Data point: For reporting, currently, there is no way for users to report U-13 users on Facebook in app and takes over 7 screens for users to report U-13 users on IG. See here (https://docs.google.com/presentation/d/1WbJQ8Uqc9jb1KmOQcZx2NsGOtCda8WFDy-q4aNiaNgI/edit#slide=id.gbba804680c_0_296) for reference. On enforcement, we currently have a backlog of over 2.5 million cases age-related reports to review.
>
>1. [P0] Review submissions within 48 hour turnaround for U-13 review and appeals. Includes backlog clean up.
>2. [P1] Facebook: Launch a 4 screen in app U-13 reporting flow globally.
>3. [P1] Instagram: Shorten in app U-13 Reporting Flow from 7 to 5 screens.

████████████████ (3/23/2021 16:09:04 PDT):
>Oh wow. It would be really interesting to know which countries the backlog represents and in what proportion...

HIGHLY CONFIDENTIAL (COMPETITOR)

# DOCUMENT SLIPSHEET

**Bates Number:** META3047MDL-020-00278850

**BEGATTACH:** META3047MDL-020-00278850

**ENDATTACH:** META3047MDL-020-00278850

**TNAG BEGBATES:** METATNAG-005-00409002

**TNAG ENDBATES:** METATNAG-005-00409002

**Create Date:** 3/23/2021 12:00 AM

**Last Modified Date:** 3/23/2021 12:00 AM

**Custodian:** ███████████ ; JAYAKUMAR_VAISHNAVI

**Title:**

**Author:**

**Confidentiality Designation:** HIGHLY CONFIDENTIAL (COMPETITOR)

**META_Pointer:**

**META_Pointee:**