**AMENDED Exhibit 209**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

**From:** Nick Clegg [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=█████████]
**Sent:** 10/1/2021 11:36:05 PM
**To:** ████████  ██████████
**Subject:** Re: Alert: Facebook Struggles to Quell Uproar Over Instagram's Effect on Teens (New York Times)

Can you send me the full piece?

_____

**From:** ████████  ██████████
**Date:** Friday, October 1, 2021 at 3:44 PM
**To:** Nick Clegg ██████████
**Subject:** Fwd: Alert: Facebook Struggles to Quell Uproar Over Instagram's Effect on Teens (New York Times)

--



_____

**From:** Techmeme Alerts <alerts@techmeme.com>
**Sent:** Friday, October 1, 2021 6:41:24 PM
**To:** ████████  ██████████
**Subject:** Alert: Facebook Struggles to Quell Uproar Over Instagram's Effect on Teens (New York Times)

New York Times, at least 3 minutes ago, published this item.
        Techmeme is alerting you of the following, since you're tracking Facebook news:

| | |
|---|---|
| Title: | **Facebook Struggles to Quell Uproar Over Instagram's Effect on Teens** |
| Source: | **New York Times** |
| Author: | **Mike Isaac** (@mikeisaac) |
| Author: | **Sheera Frenkel** (@sheeraf) |
| Pub time: | at least 3 minutes ago |

**Excerpts:**

# Facebook Struggles to Quell Uproar Over Instagram's Effect on Teens

The social network has been all hands on deck as it grapples with revelations that it knew the harmful effects its Instagram photo-sharing app was having on teenagers.

- - - - - - - Read in app

SAN FRANCISCO — Over the past few weeks, top Facebook executives assembled virtually for a series of emergency meetings.

In one gathering last weekend, half a dozen managers — including Adam Mosseri, head of Instagram, and Nick Clegg, Facebook's vice president of global affairs — discussed pausing the development of an Instagram service for children ages 13 and under, said two people briefed on the meeting. Mark Zuckerberg, Facebook's chief executive, weighed in to approve the decision, the people said.

HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-004-00029310

The meetings continued this week, with a larger group that included Facebook's "Strategic Response" teams, which are overseen by Mr. Clegg, the people said. The executives debated what to do about internal research around teenagers and Instagram, they said, and decided to publicly release some information but annotate it to add context.

Facebook has been in an uproar over the past few weeks, which the meetings were held to quell. The tumult began after The Wall Street Journal published a series of articles last month that showed Facebook knew about the harms of its services, including teenage girls saying that Instagram made them feel worse about themselves. The articles were based on a trove of Facebook documents, which were leaked by an unidentified whistle-blower.

 **...** As scrutiny mounted, Facebook delayed the Instagram service for children. On Thursday, Antigone Davis, Facebook's global head of safety, was questioned for more than two hours by lawmakers about the mental and emotional toll its services could take on kids.


 **...**


*For questions, comments, or subscription/unsubscription requests, just reply to this email.*

HIGHLY CONFIDENTIAL (COMPETITOR)                                                    META3047MDL-004-00029311