**AMENDED Exhibit 215**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

___

**From:** ███  ███  [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=███████████████

**Sent:** 10/24/2023 7:03:18 PM

**To:** ███ ███  ██████████  ███ ███  ██████████

**Subject:** Message summary [{"otherUserFbId":100028925479616,"threadFbId":null}]

___

██ ██████  (10/24/2023 11:21:35 PDT):
>I feel like i'm reading totally different litigation and legislation than our org leaders... We literally are optimizing teen feeds for engagement. We can change that, but none of the YIPs actually address this core issue.

██ ██████  (10/24/2023 11:24:58 PDT):
>First off - thank you for checking in on me last week, i'm sorry for not responding ███ ███ █████ ██████ ████████████ ███ ██ ██████ ██████████████ █████████████ ███████ █████ █████████████████████ ██ █████ █████

██ ██████  (10/24/2023 11:25:34 PDT):
>secondly, which org leaders, and where do you see this?

██ ██████  (10/24/2023 11:25:54 PDT):
>and do we do this differently/more for teens than adults?

██ ██████  (10/24/2023 11:26:25 PDT):
██ ██████ █████ ██ ████████ ███████ ██ ███

██ ██████  (10/24/2023 11:26:37 PDT):
>the people determining the YIPs

██ ██████  (10/24/2023 11:26:43 PDT):
>no, exactly the same

██ ██████  (10/24/2023 11:28:10 PDT):
>I thought I remembered you saying that there are specific engagement-boosting things we're doing specifically for teens (and some of those are what influence teen SWOP).

██ ██████  (10/24/2023 11:28:35 PDT):
>or was it that the same enagement-boosting things have different effects on teens?

██ ██████  (10/24/2023 11:29:15 PDT):
>this one

██ ██████  (10/24/2023 11:29:34 PDT):
>teens seem to just be more responsive to some of the engagement-optimization stuff we do for *all* users

██ ██████  (10/24/2023 11:29:39 PDT):
>which seems consistent with the external concerns

██ ██████  (10/24/2023 11:29:57 PDT):
>but YIPs are all policy/competitor driven. if you want us to not optimize for teen engagement we have to get TikTok to do that

██ ██████  (10/24/2023 11:30:09 PDT):
>and by "you", I mean "we"

██ ██████  (10/24/2023 11:31:06 PDT):
>the whole 'compliance' thing that is coalescing around closing the SWOP gap, which I am all for, seems like a necessary but not sufficient condition of compliance -- I think we need to stop optimizing teen users' algos for engagement metrics to be in compliance but nobody seems to be talking beyond building new tools and strong enforcements

██ ██████  (10/24/2023 11:32:27 PDT):
>yeah. prob because there's a whole other side of the company working equally frenziedly on how to achieve teen growth

██ ██████  (10/24/2023 11:32:53 PDT):
>yeaz

██ ██████  (10/24/2023 11:33:05 PDT):
>I actually don't really understand how you reconcile those as equal prios

██ ██████  (10/24/2023 11:33:21 PDT):

CONFIDENTIAL

>It feels like the UI tooling is an attempt to *not* disrupt the core business model

██ ███████ (10/24/2023 11:33:25 PDT):
>https://fb.workplace.com/groups/commsupdates/permalink/25359058740382735/

██ ███████ (10/24/2023 11:33:38 PDT):
>Regulators: "Stop optimizing for teen engagement"
>Meta: "30 tools!"

██ ███████ (10/24/2023 11:37:26 PDT):
>The whole company is set up to avoid this problem. Like XI is sequenced to be *after* Relevance, and explicitly does not engage with them, to allow Relevance to optimize for engagement and XI runs around trying to pick up the pieces.

██ ███████ (10/24/2023 12:03:18 PDT):
>do you understand the GVM process?

CONFIDENTIAL

META3047MDL-046-00328645