**AMENDED Exhibit 222**

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

03.11.25

**Exhibit 7**

Lisa K. Bankins

Message

| From: | ▮▮▮▮▮ on Workplace [▮▮▮▮▮▮▮▮▮▮▮▮▮▮h] |
|---|---|
| Sent: | 9/21/2023 5:15:55 PM |
| To: | Moira Burke [▮▮▮▮▮▮▮▮▮h] |
| Subject: | ▮▮▮ sent a message to your group conversation |

September 21 at 9:45 AM

Reflecting on ▮▮▮▮s comment about the difference between a team that finds and fixes societally important user problems and what the Integrity teams do, I think it's important to recognize what our partner teams do and don't do. \*\*Relevance\*\*: Create the value model ranking terms, and then tune them maximally empirically to optimize for vpvs, sessions, and dap. This is often a blind mathematical process with no principles. As a result, this very frequently creates exacerbates integrity problems, but beyond some very loose guardrails, that is not their problem to solve. XI: is the enforcement arm of content policy. Its toolkit is constrained to classifier-targeted Remove, Reduce, and Inform on defined content problems per the community standards. They have no capacity to makes changes to the core algorithm, they are sort of the last line of defense, and given the narrow definitions of our policies, the ceilings on demotions (a "25% demotion" is a 0.25 multiplier on the relevance score, not a 25% reduction in vpvs... often like ~8%), and the state of classifiers in 2023, the reality is that they miss a lot. FI: are sort of a "middle" org between the two -- it is responsible for bad user experiences, which often extends beyond what is strictly defined under our policies. They have a much more expansive toolkit, including deboosting (removing relevance event weights) and core algorithmic changes. Because their focus is bad experiences, they are focused on things like p(NUF) demotions, or cooling down the civic ecosystem, rather than strictly violating OR societal outcomes. IGRI: are like IG's FI, but without the toolkit. They do no deboosting or algo changes yet. This leaves very large gaps when Relevance changes create negative externalities that aren't FI priorities. FI is clear that societal outcomes are not in scope for them, and their job is to respect user preferences towards non-violating content. They are constantly firefighting and have very limited capacity for exploratory work outside of their priorities -- which are mapped to growth priorities. This is how they have done nothing about Teens on FB in the last decade, and why we need to.

HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (COMPETITOR)

Open conversation

This message was sent to █████████████

If you don't want to receive these emails from Workplace in the future, please **unsubscribe**.

Meta Platforms, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025



HIGHLY CONFIDENTIAL (COMPETITOR)
HIGHLY CONFIDENTIAL (COMPETITOR)

META3047MDL-040-00207836
METADCAG-006-00534460