# AMENDED Exhibit 226

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

| From: | Max Eulenstein [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=69192CD237FE4C128CDC4A55F232027A] |
|---|---|
| Sent: | 1/27/2021 3:19:07 AM |
| To: | Adam Mosseri [ ▮▮▮▮▮ ] |
| Subject: | Max/Adam Monthly 1:1 Follow-up |

Hey,

You asked me for general thoughts today. I reflected on it a bit more and here are five things worth considering. No response necessary, but wanted to give you a better answer.

Max

| Category | What? | Why? | Confidence |
|---|---|---|---|
| Goals | Change IG's top-line goals from FCI to US (or US − Global) | The U.S. is our most important, and weakest, market. We should focus more energy on improving our position. This also directly aligns our goaling with FB app and MSGR. | High |
| Strategy | Invest more in creator monetization, including a bet in subscription models | Creators are the key to winning the entertainment job; monetization is the key to winning creators. Substack, OnlyFans, Patreon, Twtr-Revue acquisition suggest subscriptions might be a key part of the creator monetization portfolio. | Medium |
| Strategy | Invest in a group messaging bet for teen connection (e.g. re-focusing threads on core IG) | Connecting with friends is our #2 job. Messaging is the future of friend connection. IG has a unique wedge with content sharing and teens hanging out that could be served via medium-sized groups. | Medium |
| Strategy | To promote well-being, align our metric goals with people's goals | Metrics like "well-being sessions" could align our goals with our customers' goals. No one wakes up thinking they want to maximize the number of times they open Instagram that day. But that's exactly what our product teams are trying to do. | High |
| Org. | Reduce the number of virtual teams by re-orging whenever a virtual team is likely to sustain for over ~9 months | Virtual teams are inefficient, requiring us to re-create process/relationships, which slows us down. They also support people less well and lead to increased burn-out, particularly for high-performers, which slows us down over time in hard-to-notice ways. | High |

_____

**From:** Adam Mosseri
**Sent:** Tuesday, September 22, 2020 1:38 PM
**To:** Adam Mosseri < ▮▮▮▮▮ >; Max Eulenstein < ▮▮▮▮▮ >
**Subject:** Max/Adam Monthly 1:1
**When:** Tuesday, January 26, 2021 1:30 PM-2:00 PM.
**Where:** Direct Call on Workchat/Portal

HIGHLY CONFIDENTIAL (COMPETITOR)     META3047MDL_RVOL003     META3047MDL-003-00161686