# AMENDED Exhibit 239

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

| | |
|---|---|
| **From:** | ████ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=████ |
| **Sent:** | 9/11/2020 2:39:53 PM |
| **To:** | ████████]; ███████████ ███████ Darius Kilstein ████ ███████ ████████ ████ ███████]; ████████ ████████ ████ ████████ |
| **Subject:** | Message summary [{"otherUserFbId":null,"threadFbId":3394210350604818}] |
| **Attachments:** | 119123395_323858312280282_4634782047200669899_n.png; 119093045_4569722176401681_4069044370678785275_n.png; 119036493_2482174058748410_3560574369863485665_n.png; 118984503_3319486081464811_5403744972131058292_n.png |

Meta-Kilstein-45

12/17/2024

Jenny L. Griffin, CSR

Darius Kilstein (9/11/2020 09:14:18 PDT):
>* cringe *

Darius Kilstein (9/11/2020 09:14:19 PDT):
>To whoever stole my copy of Microsoft Office, I will find you. You have my Word!

Darius Kilstein (9/11/2020 09:27:52 PDT):
>btw there is a new netflix doco basically saying we're creating a world of addicts

Darius Kilstein (9/11/2020 09:27:53 PDT):
>https://www.netflix.com/title/81254224

Darius Kilstein (9/11/2020 09:27:57 PDT):
>Pretty interesting watch

Darius Kilstein (9/11/2020 09:28:07 PDT):
>Would be happy to discuss it one day

████████ (9/11/2020 09:31:30 PDT):
>Interesting. Yeah I was listening to an audio book yesterday about how people said they didn't like Facebook Newsfeed, just like how Netflix users say they want to save movies to watch for later. But people don't ever go back to watch their saved Netflix movies because they would rather binge more entertaining stuff, just like people did use Facebook more after we added Newsfeed.

████████ (9/11/2020 09:31:48 PDT):
>Makes me feel like tech plays to humans' inability to have self control lol

Darius Kilstein (9/11/2020 09:36:15 PDT):
>Yeh that's exactly what the doco says

Darius Kilstein (9/11/2020 09:36:19 PDT):
>I think its true tbh

Darius Kilstein (9/11/2020 09:36:32 PDT):
>Personally I think its most worrying for young people

Darius Kilstein (9/11/2020 09:36:58 PDT):
>Like, as an adult, if you've got nothing better to do anyway, there's no major downside to spending time on social media

Darius Kilstein (9/11/2020 09:37:24 PDT):
>but I do worry what it does to young people who are still developing their brains and social skills, as well as being more susceptable to mean comments or lack of friends/feedback

Darius Kilstein (9/11/2020 09:38:06 PDT):
>What do you all think?

████████ ████████ (9/11/2020 09:38:58 PDT):
>except receiving, believing, and spreading misinformation - something I feel the generation that grew up without the internet is more susceptible to

████████ ████████ (9/11/2020 09:39:46 PDT):
>Not you, but like 50+

Darius Kilstein (9/11/2020 09:40:05 PDT):
>Thats true, my mum is definitely talking more about things that aren't true than before

████████  ████████  (9/11/2020 09:40:27 PDT):
>They're so used to consuming their media from sources of authority (news/respected publishers/etc), I feel like they haven't really developed that ability to filter the signal from the all the crap

████████  (9/11/2020 09:41:44 PDT):
>I think there's a question of whether we're creating addicts or facilitating them. I read addiction is basically 50% genetic, 50% terrible coping skills, So is FB creating addicts or giving existing addicts a really accessible outlet?

████████  ████████  (9/11/2020 09:45:43 PDT):
>a really accessible outlet that optimizes for time spent

████████  ████████  (9/11/2020 09:47:04 PDT):
>which isn't inherently bad - it just keeps people coming back even when it stops being good for them

████████  ████████  (9/11/2020 09:48:26 PDT):
>That's why I love things like "You're all caught up for now" on feed for example - I feel like we should have a responsibility to minimize the negative externality

Darius Kilstein (9/11/2020 09:49:33 PDT):
>Yeh it's definitely facilitation

Darius Kilstein (9/11/2020 09:49:43 PDT):
>Not creation

████████  ████████  (9/11/2020 09:50:47 PDT):
>Have you guys read Hooked?

Darius Kilstein (9/11/2020 09:50:52 PDT):
>I think though, without the right stimulus, somenone might never become an addict

Darius Kilstein (9/11/2020 09:51:07 PDT):
>So it's a tricky one

Darius Kilstein (9/11/2020 09:51:25 PDT):
>Its like, you'll never become a gambling addict if you don't visit vegas :p

████████  (9/11/2020 09:54:08 PDT):
>The startup with text stories? :O

████████  (9/11/2020 09:54:47 PDT):
>LOL my friend's friend started that start up! I had an offer to be a growth PM over there

████████  (9/11/2020 09:55:07 PDT):
>But maybe that's not what you're referring to

████████  ████████  (9/11/2020 09:58:56 PDT):
>No! This book: https://www.goodreads.com/book/show/22668729-hooked

████████  ████████  (9/11/2020 09:59:54 PDT):
>I'm kinda more interested in this tho lol

████████  (9/11/2020 10:05:10 PDT):
>oops. It's just this app that feeds people addicting stories through texts

████████  (9/11/2020 10:05:32 PDT):
>it tries to get people hooked

████████  (9/11/2020 10:05:41 PDT):
>but the content is kind of trashy

Darius Kilstein (9/11/2020 10:31:46 PDT):
>Congrats to ████ on an awesome note!
>
>People have been asking these questions for ages!
>
>https://fb.workplace.com/notes/████████/what-is-the-impact-of-outsized-growth-on-engagement-per-account-metrics-in-h1-20/319508235808099/

████████  (9/11/2020 10:34:58 PDT):
>Ouh nice waterfall charts!!

Darius Kilstein (9/11/2020 11:43:09 PDT):
>FYI in case anyone is interested, the documentary made me look into some data

Darius Kilstein (9/11/2020 11:43:17 PDT):
shared: 119123395_323858312280282_4634782047200669899_n.png

HIGHLY CONFIDENTIAL (COMPETITOR)    META3047MDL_RVOL003    META3047MDL-003-00011761

Darius Kilstein (9/11/2020 11:43:25 PDT):
>The distribution looks favorable, although, small % of DAU is still a ton of people:

Darius Kilstein (9/11/2020 11:43:32 PDT):

shared: 119093045_4569722176401681_4069044370678785275_n.png

Darius Kilstein (9/11/2020 11:43:45 PDT):
>I found it interesting that 18% of US DAU are teens, but they make up more of the 5+ hour bucket

███████████ (9/11/2020 11:43:45 PDT):

shared: 119036493_2482174058748410_3560574369863485665_n.png

███████████ (9/11/2020 11:44:33 PDT):
>How is idle time calculated in the time spent metric? IF someone leaves their browser open does the clock keep running?

Darius Kilstein (9/11/2020 11:44:49 PDT):
>Such a DS question

Darius Kilstein (9/11/2020 11:44:50 PDT):
>lol

Darius Kilstein (9/11/2020 11:45:48 PDT):
>Im not actually sure tbh. Web is tiny tho. Not sure what idle time on App looks like

Darius Kilstein (9/11/2020 11:46:04 PDT):
>The fact taht teens > non teens in that bucket makes me think its more reliable than not

Darius Kilstein (9/11/2020 11:46:13 PDT):
>but there may be quirks with the data set

Darius Kilstein (9/11/2020 14:04:43 PDT):
>My first IC work since March: https://fb.workplace.com/notes/darius-kilstein/are-there-teens-that-use-too-much-instagram/773370769686433/

Darius Kilstein (9/11/2020 14:04:46 PDT):
>Two charts

Darius Kilstein (9/11/2020 14:04:47 PDT):
>LOL

███████████ (9/11/2020 14:14:54 PDT):
>best ROI dingdingding

Darius Kilstein (9/11/2020 14:23:50 PDT):

shared: 118984503_3319486081464811_5403744972131058292_n.png

Darius Kilstein (9/11/2020 14:23:54 PDT):
>████ comment on ████ analysis ^

Darius Kilstein (9/11/2020 14:24:12 PDT):
>Go ████!!!!!

███████████ (9/11/2020 14:39:53 PDT):
>Thanks for being so supportive :)

HIGHLY CONFIDENTIAL (COMPETITOR)          META3047MDL_RVOL003                    META3047MDL-003-00011762