# AMENDED Exhibit 241

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR
MDL No. 3047
In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message

**From:** ████████ (Google Docs) [comments-noreply@docs.google.com]
**Sent:** 9/28/2021 7:28:06 PM
**To:** ████████ ]
**Subject:** IGY overall - We should also call out well-being ch...



████████ replied to a comment in the following document

IGY overall

Content policies for different age cohorts within teens.

████████

We should also call out well-being challenges:
i.e. content on IG triggering negative emotions among tweens and impacting their mental well-being (and) our ranking algorithms taking into negative spirals & feedback loops that are hard to exit from.

████████

**New**

Additionally this is probably both a policy issue and a 'content issue'.

By content issue I mean
1. decreasing PMF (bullet pointed below)
but also 2. content safety (likely less of an issue than with Tweens... but we have seen for Youth on FB that prevalence of harm is higher for genpop and I'm expecting that we will see similar on IG when we get preliminary cuts in the near future)
3. wellbeing/age appropriate/'nutritious content' (to ████ 's point above)

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are subscribed to all discussions on IGY overall. Change what Google Docs sends you. You can reply to this email to reply to the discussion.

CONFIDENTIAL