# AMENDED Exhibit 242

# PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Case No.: 4:22-md-03047-YGR

MDL No. 3047

In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

Message
_____

| | |
|---|---|
| From: | ▮▮▮▮ [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN ▮▮▮▮ ] |
| Sent: | 11/3/2020 12:02:00 AM |
| To: | Wendy Gross ▮▮▮▮ ; ▮▮▮▮ |
| Subject: | Message summary [{"otherUserFbId":100029669716068,"threadFbId":null}] |

Wendy Tegge Gross (11/02/2020 14:45:04 PST):
>so fun fact

Wendy Tegge Gross (11/02/2020 14:45:31 PST):
>it looks like it's not overall subjective well-being that influences how people react to IG content, but how they're feeling compared to how they normally feel

Wendy Tegge Gross (11/02/2020 14:45:53 PST):
>people who normally feel bad report seeing feel-good content less often than people who normally feel good

Wendy Tegge Gross (11/02/2020 14:46:16 PST):
>same pattern when we ask about how they feel today

Wendy Tegge Gross (11/02/2020 14:46:51 PST):
>but people who are feeling better than usual report seeing more feel-good content than people who normally feel bad and feel bad today

Wendy Tegge Gross (11/02/2020 14:47:06 PST):
>and people who feel worse than usual see less feel-good content than those who normally feel good and feel good today

▮▮▮▮ (11/02/2020 14:57:32 PST):
>interesting -- do you think it's because the content influences the mood, or vice versa, or both equally intwined?

Wendy Tegge Gross (11/02/2020 15:00:20 PST):
>from qualitative work, it's intertwined

Wendy Tegge Gross (11/02/2020 15:00:34 PST):
>people feel low and then content makes them feel worse

▮▮▮▮ (11/02/2020 15:05:10 PST):
>but this should support our "feeing the spiral" theory right? regardless of who starts it, someone feeling bad sees content that makes them feel bad, they engage with it, and then their IG is flooded w it

Wendy Tegge Gross (11/02/2020 15:05:18 PST):
>yup

Wendy Tegge Gross (11/02/2020 15:05:44 PST):
>looking at overall subjective well-being supports the idea of feeding the spiral

▮▮▮▮ (11/02/2020 15:06:13 PST):
>yupppp

▮▮▮▮ (11/02/2020 15:06:16 PST):
>we should highlight that!

▮▮▮▮ (11/02/2020 15:06:21 PST):
>im sure you're already on it ha

Wendy Tegge Gross (11/02/2020 15:06:48 PST):

HIGHLY CONFIDENTIAL (COMPETITOR)

>but another fun nugget supports the idea that it's someone's mood that influences what they see

██████████████████ (11/02/2020 15:06:49 PST):
>btw do you want to keep our meeting tmrw or should i move? i can't tell if meetings are going to help or hurt the immense amount of anxiety i'll be feeling starting... now

Wendy Tegge Gross (11/02/2020 15:08:06 PST):
>people who normally feel bad but feel good today reacted more positively to content than people who normally feel bad and feel bad today

Wendy Tegge Gross (11/02/2020 15:08:24 PST):
>and people who normally feel good but feel bad today reacted more negatively than people who normally feel good and feel good today

Wendy Tegge Gross (11/02/2020 15:10:59 PST):
>I don't know if meetings will help or hurt me, either

██████████████████ (11/02/2020 15:13:55 PST):
>just saw an article about a "cookie poll predicting trump win" and now I AM spiraling

Wendy Tegge Gross (11/02/2020 15:14:28 PST):
>I'm wondering what to stress bake tomorrow

██████████████████ (11/02/2020 15:14:35 PST):
>ohhhh good idea

██████████████████ (11/02/2020 15:14:46 PST):
>that's how i got through █ █████████ ████████

Wendy Tegge Gross (11/02/2020 15:15:20 PST):
>stress baking is amazing therapy

Wendy Tegge Gross (11/02/2020 15:15:40 PST):
>I also bought "Wreck this Journal" and I plan on filling a lot out tomorrow

██████████████████ (11/02/2020 15:16:03 PST):
>ohhhh i should get that!!

██████████████████ (11/02/2020 15:16:19 PST):
>i can never finish journals so this seems right up my ally

Wendy Tegge Gross (11/02/2020 15:16:40 PST):
>the only journals I ever finished were ██ ████ ████████ █ ██ █████

Wendy Tegge Gross (11/02/2020 15:16:47 PST):
>but I think the ███ ███ ████ █ ███ ██ ████████

██████████████████ (11/02/2020 15:17:03 PST):
>ya i got through ███ ██████ there and then gave up haha

██████████████████ (11/02/2020 15:17:08 PST):
>i did do a ██████ ██ █████

Wendy Tegge Gross (11/02/2020 15:17:32 PST):
██ ██ ███ ████ ████ ██ - ███ ██

██████████████████ (11/02/2020 15:17:43 PST):
>impressive!

Wendy Tegge Gross (11/02/2020 15:22:35 PST):

>so on the other thread with Yury - do you think it's better to highlight that we've found things that make people feel good or that we should move forward collaboratively?

████████████████ (11/02/2020 15:23:21 PST):
>that we've found there are a distinct mix of characteristcs that can make people feel either inspired or triggered, and we'll use this guidance in upcoming work

████████████████ (11/02/2020 15:23:39 PST):
>i think if we include the collab approach, adam will not want to include, since he hasn't committed to this team yet

Wendy Tegge Gross (11/02/2020 15:23:49 PST):
>very very true

████████████████ (11/02/2020 15:24:12 PST):
>also, nitpicking on Y's language, I'd make it sstronger than simply "we shared insights" lol

████████████████ (11/02/2020 15:24:22 PST):
>i was hopingggg he could provide more but guess we should just fix

Wendy Tegge Gross (11/02/2020 15:24:46 PST):
>but the mix of attributes doesn't sound very much like business, so didn't know how to tweak that

Wendy Tegge Gross (11/02/2020 15:24:55 PST):
>I think Y's language is very bland

████████████████ (11/02/2020 15:25:07 PST):
>i think as long as we add "will use it to inform upcoming owned business efforts"

Wendy Tegge Gross (11/02/2020 15:25:45 PST):
>Adam's HPM does sound like "shared research insights"

████████████████ (11/02/2020 15:26:36 PST):
>"We found that there are a distinct mix of attributes that can make content either inspiring or triggering. We'll work together across business teams to leverage this as guidance in upcoming efforts"

Wendy Tegge Gross (11/02/2020 15:56:29 PST):
>"Recent marketing insights indicate that social comparison remains one of the key threats to well-being that disproportionately affects young people on Instagram - even during COVID-related lockdowns and social distancing. We found that there are a distinct mix of attributes that can make content either inspiring or triggering. We'll work together across business teams to leverage this as guidance in upcoming efforts."

████████████████ (11/02/2020 16:02:00 PST):
>looks good! i was trying to think of an intro that's more "conversational" but i'm sure ██ ████ can figure that out if she decides to include

HIGHLY CONFIDENTIAL (COMPETITOR)